**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KITCHEN WINNERS NY INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROCK FINTEK LLC, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-cv-5276-PAE |

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Rock Fintek LLC certifies that Rock Fintek LLC has no corporate parents, affiliates or subsidiaries, which are publicly held.

Dated:   June 24, 2022          Respectfully submitted,

ROCK FINTEK LLC,

By:   */s/*Phillip Rakhunov
        Phillip Rakhunov
        POLLACK SOLOMON DUFFY LLP
        485 Madison Avenue, Suite 1301
        New York, NY 10022
        212-493-3100 (Tel)
        617-960-0490 (Fax)
        prakhunov@psdfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned certifies all counsel of record are being served with this Notice of Removal by email on June 24, 2022:

/s/Phillip Rakhunov