UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> ROCK FINTEK LLC, <br><br> *Defendant*, | Case Number: 1:22-cv-05276-PAE |
| ROCK FINTEK LLC, <br><br> *Counterclaim and Third-Party Plaintiff*, <br><br> -against- <br><br> KITCHEN WINNERS NY INC, <br><br> *Counterclaim Defendant*, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> *Third-Party Defendants*. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding, as counsel for Kitchen Winners NY Inc., and requests that copies of all notices and other court papers in this action be served upon the undersigned at the address listed below.

Dated: Kew Gardens, New York
      July 6, 2022

                                        **LIPSIUS-BENHAIM LAW, LLP**

By: _____
     Ira S. Lipsius
     80-02 Kew Gardens Road
     Suite 1030
     Kew Gardens, NY 11415
     (212) 981-8440
     iral@lipsiuslaw.com