**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KITCHEN WINNERS NY INC.,

    Plaintiff,           22-CV-05276-PAE
-V-                 AFFIDAVIT OF SERVICE

ROCK FINTEK LLC,

    Defendant/Third-Party Plaintiff,

-V

ADORAMA, INC., et al.,

    Third-Party Defendant,
-----------------------------------------------------------X
STATE OF NEW YORK )
         S.S.:
COUNTY OF ALBANY )

  DEBORAH LaPOINTE, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

  That on the 8TH day of July, 2022, at approximately the time of 2:15P.M., at the office of the Secretary of State, of the State of New York in the City of Albany, deponent served SUMMONS ON A THIRD-PARTY COMPLAINT , SUMMONS, COMPLANT, NOTICE OF REMOVAL, ROCK FINTEK LLC'S ANSWER, DEFENSES, COUNTERCLAIM AND THIRD PARTY COMPLAINT AND NOTICE OF ELECTRONIC FILING upon JNS CAPITAL HOLDINGS LLC, in this action, by delivering to and leaving with AMY LESCH an agent of the Secretary of State, of the State of New York, two (2) true copies thereof and at that time of making such service deponent paid said Secretary of State a fee of forty dollars. That said service was made pursuant to Section, 303 of the Limited Liability Company Law.

  Deponent further says that she knew the person so served as aforesaid to be the individual in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant.

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com

**DEMOVSKY LAWYER SERVICE**
Premier Nationwide Document Retrieval and Process Service Company
800-443-1058

AMY LESCH is a white female, approximately 40 years of age, stands approximately 5 feet 8 inches tall, weighs approximately 180 pounds with brown hair.

*[signature]*
DEBORAH LaPOINTE

Sworn to before me this 11TH day of July, 2022

_____
NOTARY PUBLIC

Kelly A. Brunelle
Notary Public, State of New York
Certified in Rensselaer County
ID# 01BR6049686
Commission Expires 9/18/____

D.L.S., Inc.
100 State Street
Ste. 220
Albany, NY 12207
518-449-8411
www.dlsnational.com