UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> *Plaintiff*, <br><br> -against- <br><br> ROCK FINTEK LLC, <br><br> *Defendant*, | Civil Action No.: 22-cv-05276-PAE |
| ROCK FINTEK LLC, <br><br> *Counterclaim and Third-Party Plaintiff*, <br><br> -against- <br><br> KITCHEN WINNERS NY INC, <br><br> *Counterclaim Defendant*, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> *Third-Party Defendants*. | |

**NOTICE OF MOTION TO DISMISS**

**PLEASE TAKE NOTICE** that, upon the Declaration of Alexander J. Sperber dated July 15, 2022, and the exhibits annexed thereto; and upon the accompanying memorandum of law; and upon all the pleadings and prior proceedings had herein, Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc. ("Kitchen Winners") and Third-Party Defendants Adorama Inc.

("Adorama"), Hershey Weiner ("Weiner"), and Joseph Mendlowitz ("Mendlowitz"; collectively "Defendants") will move this Court, before the Honorable Paul A. Engelmayer, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, for an order:

(a) Dismissing Defendant/Counterclaim and Third-Party Plaintiff Rock Fintek LLC's ("Rock Fintek") Counterclaim and Third-Party Complaint against the Defendants with prejudice; and

(b) Granting as such other and further relief as the Court deems just and proper.

Dated: Kew Gardens, New York
July 15, 2022

**LIPSIUS-BENHAIM LAW, LLP**
*Attorneys for Plaintiff/Counterclaim*
*Defendant Kitchen Winners NY Inc. and*
*Third-Party Defendants Adorama Inc.,*
*Hershey Weiner, and Joseph Mendlowitz*

By: _____
Ira S. Lipsius
Alexander J. Sperber, Esq.
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
(212) 981-8440
ilipsius@lipsiuslaw.com
asperber@lipsiuslaw.com