**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCK FINTEK LLC, <br><br> Defendant, <br><br>———————————————————<br> ROCK FINTEK LLC, <br><br> Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> KITCHEN WINNERS NY INC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> Third-Party Defendants. | Civil Action No. 22-cv-05276-PAE <br><br> **NOTICE OF CHANGE OF ADDRESS** |

COUNSELORS:

    **PLEASE TAKE NOTICE**, that POLLACK SOLOMON DUFFY LLP is now located at the following address:

43 West 43rd Street, Suite 174
New York, New York 10036

    All future correspondence and legal papers should be sent to this address.  Kindly update your files accordingly.

|  |  |
|---|---|
| Dated: New York, New York<br>December 19, 2022 | POLLACK SOLOMON DUFFY LLP<br><br>_____<br>Phillip Rakhunov<br>Lauren A. Riddle<br>43 West 43rd St., Ste. 174<br>New York, NY 10036<br>(212) 493-3100<br><br>*Attorneys for Defendant/Counterclaim and*<br>*Third-Party Plaintiff*<br>*Rock Fintek, LLC* |

TO:

LIPSIUS BENHAIM LAW LLP
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415

*Attorneys for Plaintiff/Counterclaim Defendant*
*Kitchen Winners NY Inc. and*
*Third-Party Defendants Adorama Inc.,*
*Hershey Weiner, and Joseph Mendlowitz*

THE LAW OFFICE OF AVRAM E. FRISCH LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601

*Attorneys for Third-Party Defendants*
*JNS Capital Holdings LLC and Joel Stern*