UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC.,<br><br>    *Plaintiff*,<br><br>vs.<br><br>ROCK FINTEK LLC,<br><br>    *Defendant*.<br><hr>ROCK FINTEK LLC,<br><br>    *Counterclaim and Third-Party Plaintiff,*<br><br>vs.<br><br>KITCHEN WINNERS NY INC,<br><br>    *Counterclaim Defendant*,<br><br>and<br><br>ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN,<br><br>    *Third-Party Defendants*. | Civil Action No. 22-cv-05276-PAE |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant Adorama Inc. ("Adorama"), hereby certifies as follows:

  1.  Adorama is a non-governmental corporate party, and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: Kew Gardens, New York
       April 14, 2023

                                   **LIPSIUS-BENHAIM LAW LLP**
                                   *Attorneys for Third-Party Defendant*
                                   *Adorama Inc.*

By: _____
      Ira S. Lipsius, Esq.
      Alexander J. Sperber, Esq.
      80-02 Kew Gardens Road, Suite 1030
      Kew Gardens, NY 11415
      (212) 981-8440
      iral@lipsiuslaw.com
      asperber@lipsiuslaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 14th day of April, 2023, I electronically filed Third-Party Defendant Adorama Inc.'s Rule 7.1 Corporate Disclosure Statement, and this Certification of Service, through the Court's CM/ECF filing system, and a copy of same was served via electronic filing upon all counsel of record:

                 _____
                    Ira S. Lipsius