**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KITCHEN WINNERS NY INC., | |
| *Plaintiff*, | Civil Action No. 22-cv-05276-PAE |
| vs. | |
| ROCK FINTEK LLC, | |
| *Defendant*. | |

ROCK FINTEK LLC,

                                  *Counterclaim and Third-Party Plaintiff*,

        vs.

KITCHEN WINNERS NY INC,

                        *Counterclaim Defendant*,

        and

ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN,

                        *Third-Party Defendants*.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc. ("Kitchen Winners"), hereby certifies as follows:

    1.    Kitchen Winners is a non-governmental corporate party, and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: Kew Gardens, New York
April 14, 2023

**LIPSIUS-BENHAIM LAW LLP**
*Attorneys for Plaintiff/Counterclaim*
*Defendant Kitchen Winners NY Inc.*

By: _____
Ira S. Lipsius, Esq.
Alexander J. Sperber, Esq.
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
(212) 981-8440
iral@lipsiuslaw.com
asperber@lipsiuslaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 14th day of April, 2023, I electronically filed Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc.'s Rule 7.1 Corporate Disclosure Statement, and this Certification of Service, through the Court's CM/ECF filing system, and a copy of same was served via electronic filing upon all counsel of record:

_____

Ira S. Lipsius