UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> ROCK FINTEK LLC, <br><br> *Defendant*. <br><br> ROCK FINTEK LLC, <br><br> *Counterclaim and Third-Party Plaintiff*, <br><br> vs. <br><br> KITCHEN WINNERS NY INC, <br><br> *Counterclaim Defendant*, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> *Third-Party Defendants*. | Civil Action No. 22-cv-05276-PAE |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Third-Party Defendant Adorama Inc. ("Adorama"), hereby certifies as follows:

1. Adorama is a non-governmental corporate party, and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Dated: Kew Gardens, New York
       April 14, 2023

                                                  **LIPSIUS-BENHAIM LAW LLP**
                                                  *Attorneys for Third-Party Defendant*
                                                  *Adorama Inc.*

By: _____
       Ira S. Lipsius, Esq.
       Alexander J. Sperber, Esq.
       80-02 Kew Gardens Road, Suite 1030
       Kew Gardens, NY 11415
       (212) 981-8440
       iral@lipsiuslaw.com
       asperber@lipsiuslaw.com

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 14th day of April, 2023, I electronically filed Third-Party Defendant Adorama Inc.'s Rule 7.1 Corporate Disclosure Statement, and this Certification of Service, through the Court's CM/ECF filing system, and a copy of same was served via electronic filing upon all counsel of record:

_____<br>
Ira S. Lipsius