UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> ROCK FINTEK LLC, <br><br> *Defendant*. <br><br> ROCK FINTEK LLC, <br><br> *Counterclaim and Third-Party Plaintiff*, <br><br> vs. <br><br> KITCHEN WINNERS NY INC, <br><br> *Counterclaim Defendant*, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> *Third-Party Defendants*. | Civil Action No. 22-cv-05276-PAE |

**AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc. ("Kitchen Winners"), hereby certifies as follows:

1.  Kitchen Winners is a non-governmental corporate party, and it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

2. Kitchen Winners is a New York corporation, with its principal place of business in Brooklyn, New York. The citizenship of no other individual or entity is attributed to Kitchen Winners for purposes of establishing jurisdiction based upon diversity of citizenship.

Dated: Kew Gardens, New York
April 18, 2023

**LIPSIUS-BENHAIM LAW LLP**
*Attorneys for Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc.*

By: _____
Ira S. Lipsius, Esq.
Alexander J. Sperber, Esq.
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
(212) 981-8440
iral@lipsiuslaw.com
asperber@lipsiuslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of April, 2023, I electronically filed Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc.'s Amended Rule 7.1 Corporate Disclosure Statement, and this Certification of Service, through the Court's CM/ECF filing system, and a copy of same was served via electronic filing upon all counsel of record:

 

_____
Ira S. Lipsius