

**PSD**

NEW YORK    BOSTON
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
43 West 43rd Street, Suite 174, New York, NY 10036
(212) 493-3100
prakhunov@psdfirm.com

April 17, 2023

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

      Re:    *Kitchen Winners NY Inc. v. Rock Fintek LLC*, Case No. 22-cv-05276-PAE
             **Motion to Adjourn Initial Pretrial Conference by One-Week**

Dear Judge Engelmayer:

This firm represents defendant and counterclaim/third-party plaintiff Rock Fintek LLC in the above-captioned matter. Rock Fintek respectfully submits this letter motion to adjourn by *one-week* the Initial Pretrial Conference currently scheduled April 21, 2023, and to extend by one-week the April 18, 2023 deadline for submitting a joint letter in advance of the conference, as set forth in the April 11, 2023 Notice of Initial Pretrial Conference (ECF 72).

We request this brief adjournment because the undersigned lead counsel for Rock Fintek is traveling on a long pre-planned family vacation out of the country between April 18, 2023 and April 25, 2023. The one prior request to adjourn an earlier scheduled Initial Pretrial Conference was on June 30, 2022 when Rock Fintek was attempting service of process on certain third-party defendants (*see* ECF 20). The later-scheduled August 1, 2022 Initial Pretrial Conference was adjourned by the Court *sua sponte* by email to counsel dated August 1, 2022.

Counsel for all parties assent to the relief sought herein. No parties will be prejudiced by the extension sought herein. Accordingly, Rock Fintek respectfully requests that the Court grant this letter motion, adjourn the April 21, 2023 Initial Pretrial Conference to April 28, 2023 or a date thereafter convenient for the Court, and extend to April 25, 2023 the deadline for the parties to submit a joint letter in advance of the Initial Pretrial Conference.

Respectfully submitted,

/s/Phillip Rakhunov
Phillip Rakhunov

cc:     All counsel of record (via ECF)

Granted.  The initial pretrial conference is rescheduled for Monday,
May 1, 2023 at 10 a.m.  The parties shall file their pre-conference
submissions no later than April 25, 2023.  SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge
April 18, 2023