# EXHIBIT A

**Medcare Exam Gloves at Medline Branches**

| Medline Branch | Medline Branch Location | Glove SKU at Medline Branch | Cases of Gloves by SKU at Medline Branch | Total Cases of Gloves at Medline Branch |
|---|---|---|---|---|
| B24 | 8001 SW 47th Street Oklahoma City, OK 73179 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 5466<br>4401<br>1275<br>634 | 11776 |
| B25 | 1401 N. Universal Avenue Kansas City, MO 64120 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 4307<br>3688<br>1263<br>555 | 9813 |
| B28 | 735 County Road 4 East Prattville, AL 36067 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 4415<br>6470<br>681<br>947 | 12513 |
| B48 | 36445 Van Born Rd. Ste 200 Romulus, MI 48174 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 9546<br>13075<br>1834<br>1977 | 26432 |
| B51 | 60 Athlete's Way North Mount Juliet, TN 37122 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCOREXLG | 2008<br>4799<br>598 | 7405 |
| C02 | 2200 Cornerstone Parkway Grayslake, IL 60030 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 10154<br>9135<br>2952<br>2413 | 24654 |
| C05 | 1062 Old Dixie Highway Auburndale, FL 33823 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 2874<br>2636<br>338<br>633 | 6481 |
| C32 | 29895 US HWY90 Bus Katy, TX 77494 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 4241<br>6263<br>1314<br>944 | 12762 |

| | | | | |
|---|---|---|---|---:|
| C47 | 239 Belvidere Rd. Perryville, MD 21903 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 5653<br>4145<br>770<br>508 | 11076 |
| C54 | 494 State Route 416 Montgomery, NY 12549 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 1253<br>921<br>187<br>179 | 2540 |
| C89 | 251 Hilton Dr. Jeffersonville, IN 47130 | AENMDCORELG<br>AENMDCOREMED<br>AENMDCORESM<br>AENMDCOREXLG | 36918<br>16369<br>2461<br>9714 | 65462 |
| **Grand Total** | | | | **190914** |