# PSD 

NEW YORK   BOSTON
www.psdfirm.com

POLLACK SOLOMON DUFFY LLP
43 West 43rd Street, Suite 174, New York, NY 10036
617-439-9800
prakhunov@psdfirm.com

July 17, 2023

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Kitchen Winners NY Inc. v. Rock Fintek LLC*, Case No. 22-cv-05276-PAE
**Joint Status Update and Request for Partial Adjournment of Deadline to Provide Joint Status Report**

Dear Judge Engelmayer:

This firm represents defendant and counterclaim/third-party plaintiff Rock Fintek LLC. We write jointly pursuant to the Court's July 10, 2023 Order (ECF 91) to provide a status update and to request an additional week, through July 24, 2023, to provide a further status update regarding the sampling, inspection and disposition of gloves.

Today (Monday, July 17, 2023), the parties are conducting inspection and sampling efforts at the Jeffersonville, Indiana warehouse. On Wednesday, July 19, 2023, the parties have scheduled a meet and confer call with counsel for Medline Industries and Ascension Health to discuss completion of discovery/inspection efforts and disposition of the gloves, as well as the subpoenas that the Adorama Parties and the JNS Parties have served on Ascension and Medline.

Accordingly, the parties jointly respectfully request that the Court allow this requested adjournment and allow through July 24, 2023 to provide a further status report, including the positions of third parties, Medline Industries and Ascension Health.

Respectfully submitted,
/s/Phillip Rakhunov
Phillip Rakhunov

cc:   All counsel (via ECF)

Granted. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
July 17, 2023