UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> Plaintiff, <br><br> v. <br><br> ROCK FINTEK LLC, <br><br> Defendant, <br><br>―――――――――――――――――― <br> ROCK FINTEK LLC, <br><br> Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> KITCHEN WINNERS NY INC, <br><br> Counterclaim Defendant, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br> Third-Party Defendants. | Civil Action No. 22-cv-05276-PAE |

**ROCK FINTEK LLC'S INITIAL DISCLOSURES**

Defendant and Counterclaim-Plaintiff Rock Fintek LLC, by and through their undersigned counsel, make the following initial disclosures pursuant to Fed. R. Civ. P. 26(a), based on information reasonably available at present. Rock Fintek reserves the right to supplement these disclosures as discovery continues.

**I.** **Fed. R. Civ. P. 26(a)(1)(A)(i) – Individuals with Discoverable Information**

| Name | Contact Information | Subject Matter |
|---|---|---|
| Thomas Kato | c/o undersigned counsel | The transactions at issue; defects in and non-conforming nature of the gloves; damages sustained by Rock Fintek. |
| Bradley Gilling | c/o undersigned counsel | The transactions at issue; defects in and non-conforming nature of the gloves; damages sustained by Rock Fintek. |
| Alex King (Dimerco Logistics) | Alexander King<br>Branch Manager<br>Dimerco Express (U.S.A.) Corp (DIMNYC)<br>1-516-279-1342<br>Alexander_King@dimerco.com | Shipping and proofs of delivery for the gloves at issue; correspondence with Adorama parties and JNS parties regarding same. |
| Ascension Health | c/o outside Counsel:<br><br>Winthrop B. Reed, III<br>WReed@lewisrice.com<br>600 Washington Avenue<br>Suite 2500<br>St. Louis, Missouri 63101-1311<br>314.444.7617 (direct)<br>314.612.7617 (fax) | The transactions between Rock Fintek and Ascension; defects in and non-conforming nature of the gloves; damages sustained by Rock Fintek; storage of the gloves; mitigation efforts. |
| Medline, Inc. | c/o inside counsel:<br><br>Katherine Morgan<br>224-327-9271<br>kmorgan@medline.com | Receiving shipments of gloves sold by Rock Fintek to Ascension; defects in and non-conforming nature of the gloves; storage of the gloves; inventory count of the gloves, including to identify "protection" versus "examination" gloves. |
| Joseph Mendlowitz | c/o Adorama counsel | Transactions between parties; the source and nature of the gloves at issue; corporate structure |

| | | |
|---|---|---|
| | | of Adorama and Kitchen Winners; communications with Joel Stern/JNS. |
| Joel Stern | c/o his counsel | Transactions between parties; the source and nature of the gloves at issue; communications with Adorama/Kitchen Winners. |
| Hershey Weiner | c/o Adorama counsel | Transactions between parties; the identity and nature of the gloves at issue; extortionate demands alleged in Rock Fintek's complaint; corporate structure of Adorama and Kitchen Winners; communications with Joel Stern/JNS. |
| Mendel Baron | c/o Adorama counsel | Transactions between parties; the identity and nature of the gloves at issue; extortionate demands alleged in Rock Fintek's complaint; corporate structure of Adorama and Kitchen Winners; communications with Joel Stern/JNS. |
| Estern Banon | Unknown | LevMed gloves. |
| Arik Maimon | c/o his counsel: Gary M. Murphree, Esq. 10743 SW 104TH St. MIAMI, FL 33176 P: 305.441.9530 F: 305.595.5086 | Transactions between parties; the sources and nature of the gloves at issue; extortionate demands alleged in Rock Fintek's complaint. |
| Chunrong Li | 5 Awbury Road Philadelphia, PA 19138 | The source and nature of some of the gloves at issue. |
| Anna Grinvald | Global Tooling Service +86-13622617084 +8676923326470 Dongguan,China | Transactions between parties; sources and nature of the gloves at issue. |

3

II.     **Fed. R. Civ. P. 26(a)(1)(A)(ii) – Documents in Rock Fintek Possession or Control**

- Email correspondence between the parties
- WhatsApp chat communications between the parties
- Email and WhatsApp communications with third-parties regarding the gloves and transactions at issue
- Photographs and videos of gloves at Medline warehouses
- Testing reports regarding the gloves at issue

III.     **Fed. R. Civ. P. 26(a)(1)(A)(iii) – Computation of Damages**

At this stage in the litigation, Rock Fintek is unable to calculate its damages and reserves the right to assess damages at a later stage once discovery has progressed.

IV.     **Fed. R. Civ. P. 26(a)(1)(A)(iv) – Insurance Policies**

Rock Fintek is unaware of any applicable insurance policies.

V.     **Fed. R. Civ. P. 26(a)(2) – Expert Testimony**

Rock Fintek has not retained any expert witnesses at this time, but reserves the right to do so in accordance with the applicable rules and any future scheduling orders issued by the Court.

May 15, 2023

Respectfully submitted,
ROCK FINTEK LLC
By its attorneys,

/s/Phillip Rakhunov
Phillip Rakhunov
Lauren A. Riddle (*Admitted Pro Hac Vice*)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Ste. 940
Boston, MA 02116
(617) 439-9800
prakhunov@psdfirm.com
lriddle@psdfirm.com

## Certificate of Service

    The undersigned certifies that this document will be electronically served on counsel who are registered users of ECF on May 15, 2023.

                                                /s/Phillip Rakhunov