UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br>   Plaintiff, <br><br> v. <br><br> ROCK FINTEK LLC, <br><br>   Defendant, <br><br> ROCK FINTEK LLC, <br><br>   Counterclaim and Third-Party Plaintiff, <br><br> v. <br><br> KITCHEN WINNERS NY INC, <br><br>   Counterclaim Defendant, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br>   Third-Party Defendants. | Civil Action No. 22-cv-05276-PAE |

**DEFENDANT ROCK FINTEK LLC'S RESPONSES TO THE THIRD-PARTY DEFENDANTS JOSEPH MENDLOWITZ AND ADORAMA INC'S <u>DEMAND FOR VERIFIED INTERROGATORIES</u>**

Pursuant to Federal Rule of Civil Procedure, Rule 33, Defendant / Counterclaim Plaintiff Rock Fintek LLC ('Rock Fintek"), hereby responds to the Third-Party Defendant's Joseph Mendlowitz ("Mendlowitz") and Adorama Inc's ("Adorama") Demand for Verified Interrogatories as follows:

# INTERROGATORIES

**INTERROGATORY NO. 1:** Identify the names of all witnesses with knowledge of information relevant to the subject matter of this action.

**RESPONSE NO. 1**: Rock Fintek refers Mendlowitz and Adorama to the Rule 26 initial disclosures served by each of the parties, which include listings of potential witnesses with knowledge of information relevant to the subject matter of this action, and which are incorporated herein by reference. Rock Fintek further states as follows:
  Thomas Kato
  Bradley Gilling
  Alex King (Dimercco Logistics)
  Corporate representative of Ascension Health
  Corporate representative of Medline, Inc.
  Joseph Mendlowitz
  Joel Stern
  Hershey Weiner
  Mendel Banon
  Estern Banon
  Arik Maimon
  Chunrong Li
  Anna Grinvald
  David Rubin
  Jay Sammy
  Joel Lefkowitz
  Google LLC Custodian of Records
  Individuals identified in documents produced by the parties.
Rock Fintek reserves the right to supplement this answer as discovery is ongoing.

**INTERROGATORY NO. 2:** Identify each category of damages alleged by Rock Fintek LLC against plaintiff Kitchen Winners and against each third-party defendant. For each category of damages, describe the computation of such alleged damages.

**RESPONSE NO. 2**: Unpaid amounts owed to Rock Fintek, which can be calculated through the documents produced in discovery; Destruction of Rock Fintek's relationship with Ascension, which can be calculated through the documents produced in discovery and potential expert and fact witness testimony. Rock Fintek reserves the right to seek additional categories of damages, including disgorgement and punitive damages as discovery continues.

**INTERROGATORY NO. 3:** Identify the specific location of each and every pallet of gloves that Rock Fintek purchased from Kitchen Winners and/or Adorama, for which it was not paid by Ascension and/or Medline

**RESPONSE NO. 3**: Rock Fintek objects to this request as seeking information beyond that which is permitted in interrogatories, pursuant to LR 33.3. Rock Fintek further objects to this request as calling for information outside the possession or control of Rock Fintek.

**INTERROGATORY NO. 4**: Identify the specific location of each and every pallet of gloves that Rock Fintek purchased from Kitchen Winners and/or Adorama, for which it was not paid by Ascension and/or Medline.

**RESPONSE NO. 4**: See Response No. 3.

**INTERROGATORY NO. 5:** Identify the specific location of each and every pallet of gloves that Rock Fintek or its agents picked up from Kitchen Winners and/or Adorama on June 11, 2021.

**RESPONSE NO. 5**: Rock Fintek objects to this request as seeking information beyond that which is permitted in interrogatories, pursuant to LR 33.3. Rock Fintek further objects to this request as calling for information outside the possession or control of Rock Fintek.

**INTERROGATORY NO. 6:** Identify each custodian who may possess documents relevant to the subject matter of this action, including pertinent insurance agreements, and other physical evidence, or information of a similar nature.

**RESPONSE NO. 6**: The following are custodians who may possess documents relevant to the subject matter of this action.
    Bradley Gilling
    Thomas H. Kato
    Shalom Arik Maimon
    Anna Grinvald
    Hershey Weiner
    Joseph Mendlowitz
    Mendel Banon
    Corporate representative of Ascension Health
    Corporate representative of Medline, Inc.

      Del Express
      Dimerco Express
      Google LLC Custodian of Records
      David Rubin
      Jay Sammy
      Joel Lefkowitz
      Individuals identified in documents produced by the parties.

Rock Fintek reserves the right to supplement this answer, as discovery is ongoing.

**INTERROGATORY NO. 7:** Identify the location of all documents relevant to the subject matter of this action, including pertinent insurance agreements, and other physical evidence, or information of a similar nature.

**RESPONSE NO. 7**: Rock Fintek does not know the location of all documents relevant to the subject matter of this action. Rock Fintek only knows the location of those relevant documents that are in its own possession. Specifically, documents relevant to the subject matter of this action can be found in the electronic files of Thomas Kato and Bradley Gilling. Relevant documents can likely also be found in the electronic files of the individuals and companies identified in response to Interrogatories Nos. 1 and 6. The gloves at issue in this lawsuit can be located in various warehouses owned and/or operated by Medline Industries, LP and/or otherwise in the possession of Ascension Health, outside of Rock Fintek's possession or control.

                Respectfully submitted,

                ROCK FINTEK LLC

                By its attorneys,

                /s/ Phillip Rakhunov
                Phillip Rakhunov
                Lauren A. Riddle (*Admitted Pro Hac Vice*)
                POLLACK SOLOMON DUFFY LLP
                43 West 43rd Street, Suite 174
                New York, NY 10036
                617-439-9800
                prakhunov@psdfirm.com
                lriddle@psdfirm.com

**Certificate of Service**

The undersigned certifies that this document is being served on counsel for all parties by e-mail on August 1, 2023.

/s/Phillip Rakhunov