# EXHIBIT A

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Date:** February 18, 2021 at 4:42:37 PM EST
**To:** anna@gts-hk.net
**Cc:** mendelbanon@gmail.com
**Subject: Medcare major issue**


Hi Anna
We received the load of container number OOCU7022928.
Please see attached photos of the boxes,
1) it does not say exam on the box, this is unacceptable
2) the factory in back of the box is different than the 510k
These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have where to sell it now.
If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.





Sent from my iPhone

AKW - 003069

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

---

## FW: Medcare and Skymed
1 message

---

**Devora Bernal** <D.Bernal@dynarex.com>                                    Wed, Feb 17, 2021 at 3:41 PM
To: Daniel Kugel <dkugel@mjnpllc.com>, Joseph Weiner <hersheyweiner@gmail.com>
Cc: Joseph Mendlowits <josephm@adorama.com>, Zalman Tenenbaum CEO <Z.Tenenbaum@dynarex.com>

Hi All


We haven't heard back from you regarding the below email, but we have a need to update you on the situation at this point.


The Medcare container we accepted and sold (Oakland), will most likely be returned to us.  Despite having received a document with the size breakdown for the container, it appears that the container was actually stuffed with ALL Size Medium.  The customer will most likely return the goods.


This further illustrates the reason Zalman is pulling out of this business.  Not one shipment has lived up to promises.  It looks like someone is loading containers with whatever is available at the time.  It's always a surprise.


For you and some of your customers this might work in the middle of the pandemic.  But Dynarex runs a different kind of business.  We sell medical grade gloves that end up in medical facilities.  Hit or miss is not an acceptable standard for them even in these difficult times.


Please let us know when Zalman's money will be returned.


Thanks

Devora


 **Dynarex Corp**

**Devora Bernal**
Executive Administrator
D.Bernal@dynarex.com
Office 845.398.9625

**Dynarex Corporation**
10 Glenshaw St, Orangeburg NY 10962
www.dynarex.com
Main (845) 365-8200

AKW - 003023

**From:** Devora Bernal
**Sent:** Monday, February 15, 2021 6:26 PM
**To:** Daniel Kugel <dkugel@mjnpllc.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Subject:** Medcare and Skymed

Hi All

1.  We were able to get rid of the Medcare container in Oakland.  We do not want any more Medcare gloves.  As we have stated, Dynarex sells medical grade gloves to customers in the medical sector, who are only satisfied with a certain standard of glove.  We don't sell to food service and other industries.  Our customers are particular and not willing to take gloves of the quality you have shown us, where materials are not high quality, sizing is inconsistent, and product is not as marked on the box.

2.  We did not hear back from you regarding the 2 Skymed containers you were stripping.   We have decided not to take them at this point.  We don't have high expectations that anything will have improved.

With CNY in full swing, no new containers would arrive before mid to late April.  We are not confident that there would be anything worth waiting for that would meet specs in our glove category.  Also it is now past the end date of our contract, and we are not prepared to modify or extend at this time.  We would like to cancel anything that might be considered open at this point and we would need to receive the following to close out this business:

- Refund of payment for the 2 skymed containers.  These were paid in full.  You are in possession and may keep them.
- Refund of the remainder of our deposit money you are holding against future purchases

Please advise when we will receive the refund payments.

We thank you for the opportunity even though it didn't work out for Zalman.

Devora



| | |
|---|---|
| **Devora Bernal** | **Dynarex Corporation** |
| Executive Administrator | 10 Glenshaw St, Orangeburg NY 10962 |
| D.Bernal@dynarex.com | www.dynarex.com |
| Office 845.398.9625 | Main (845) 365-8200 |

AKW - 003024

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Wednesday, February 10, 2021 6:38 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>
**Cc:** Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Subject:** Re: gloves

The skymed we are unloading now, we will know in the next 48 hours.

The Oakland container has nothing with us, I am not sure what you are referring to.

On Wed, Feb 10, 2021 at 6:28 PM Devora Bernal <D.Bernal@dynarex.com> wrote:

Hi Joseph

Any update on the inspection of the Skymed containers or the Medcare container in Oakland?

Thanks

Devora

| | | |
|---|---|---|
| | **Devora Bernal** | **Dynarex Corporation** |
| | Executive Administrator | 10 Glenshaw St, Orangeburg NY 10962 |
| | D.Bernal@dynarex.com | www.dynarex.com |
| | Office 845.398.9625 | Main (845) 365-8200 |

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Wednesday, February 10, 2021 2:56 PM
**To:** Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Cc:** Daniel Kugel <dkugel@mjnpllc.com>; Joseph Mendlowits <josephm@adorama.com>; Devora Bernal <D.Bernal@dynarex.com>
**Subject:** Re: gloves

Zalman,

I have sent over samples of the Medcare, please give me feedback on it, and if you want I can allocate to you one container that is shipping in the next few days. Not that I am taking away from Levmed, just that Medcare, I have now goods shipping, but Levmed will have to wait till after CNY.

Let me know, I want to make you happy.

AKW - 003025

On Mon, Feb 8, 2021 at 5:25 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Devora,

Please send me Zalmans address


On Mon, Feb 8, 2021 at 5:23 PM Devora Bernal <D.Bernal@dynarex.com> wrote:

Daniel

Please have Hershey drop off the samples ASAP to Zalman's house or Orangeburg.

Thanks

Devora

---

**From:** Daniel Kugel <dkugel@mjnpllc.com>
**Sent:** Monday, February 8, 2021 5:15 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves


Devora and Zalman


Skymed: these have not been unloaded yet, they are backlogged because of the snow. They are expected to be stripped over the next 2 days. We will let you know.

Another Brand: Nothing yet, Hershey will let you know as soon as he has something.

LevMed: He  was not able to get any containers out before Chinese New Year, Shipments will resume rights after the holiday.


Hershey has a sample of the new Medcare goods. Please let him know when he can meet you to deliver the sample.


Thank You,


Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

AKW - 003026

---

**From:** Devora Bernal <D.Bernal@dynarex.com>
**Sent:** Monday, February 8, 2021 4:30 PM
**To:** Daniel Kugel <dkugel@mjnpllc.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Joseph
Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves

Hi All

Any updates on the highlighted items?

Thank you

Devora

| | **Devora Bernal** | **Dynarex Corporation** |
|---|---|---|
| | Executive Administrator | 10 Glenshaw St, Orangeburg NY 10962 |
| | D.Bernal@dynarex.com | www.dynarex.com |
| | Office 845.398.9625 | Main (845) 365-8200 |

---

**From:** Daniel Kugel <dkugel@mjnpllc.com>
**Sent:** Thursday, February 4, 2021 3:34 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>;
Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves

Zalman,

Thank you for taking the time to discuss this on the phone. We have confirmed that the container of Medcare
gloves docked today but has not yet been discharged. You have the BOL and can track it for the latest updates.

To recap our conversation.

- We will shift to delivering Lev Med gloves and provide you with reports confirming the quantity per box so
  that you do not have a repeat of the issue with Skymed.
- The two Skymed containers that are coming in will be inspected and stripped by Hershey and if the
  quantity per box is correct Hershey will let you know and you can have those containers.
- Moving forward if there is another brand available that Herhsey thinks you may be interested in he can
  notify you by email and you may respond that you want it within 48 hours. This is your choice to take
  whatever it is or not.

AKW - 003027

- Hershey will check his inventory over the weekend advise when he can start delivering Lev med containers for you. Once we have that information we can discuss whether an amendment to the contract is necessary.

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Daniel Kugel
**Sent:** Thursday, February 4, 2021 2:52 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves

Hershey and I are on the call.

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Daniel Kugel
**Sent:** Thursday, February 4, 2021 2:47 PM
**To:** 'Devora Bernal' <D.Bernal@dynarex.com>; 'Zalman Tenenbaum CEO' <Z.Tenenbaum@Dynarex.com>; 'Joseph Weiner' <hersheyweiner@gmail.com>

AKW - 003028

**Cc:** 'Joseph Mendlowits' <josephm@adorama.com>
**Subject:** RE: gloves

The line is free now.

Dial in: (319) 527-2820

      Access code. 819700

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Daniel Kugel
**Sent:** Thursday, February 4, 2021 2:37 PM
**To:** 'Devora Bernal' <D.Bernal@dynarex.com>; 'Zalman Tenenbaum CEO' <Z.Tenenbaum@Dynarex.com>; 'Joseph Weiner' <hersheyweiner@gmail.com>
**Cc:** 'Joseph Mendlowits' <josephm@adorama.com>
**Subject:** RE: gloves

We were sent the wrong conference information. I will send a new one shortly. Please do not use the previous number.

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

AKW - 003029

**From:** Daniel Kugel
**Sent:** Thursday, February 4, 2021 2:02 PM
**To:** 'Devora Bernal' <D.Bernal@dynarex.com>; 'Zalman Tenenbaum CEO' <Z.Tenenbaum@Dynarex.com>; 'Joseph Weiner' <hersheyweiner@gmail.com>
**Cc:** 'Joseph Mendlowits' <josephm@adorama.com>
**Subject:** RE: gloves

Seller asked to push this to 2:30. Please confirm.

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

**From:** Daniel Kugel
**Sent:** Thursday, February 4, 2021 12:22 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves

**Date and time:**        2/4/21 2:15 PM - (US/Eastern)

**Conference Call:**

**Dial-in number:**        (319) 527-2820

**Access code:**        819700

AKW - 003030

Thank You,


Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Devora Bernal <D.Bernal@dynarex.com>
**Sent:** Thursday, February 4, 2021 11:39 AM
**To:** Daniel Kugel <dkugel@mjnpllc.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves



2:15.

Thanks!


| | |
|---|---|
| **Devora Bernal** | **Dynarex Corporation** |
| Executive Administrator | 10 Glenshaw St, Orangeburg NY 10962 |
| D.Bernal@dynarex.com | www.dynarex.com |
| Office 845.398.9625 | Main (845) 365-8200 |

---

**From:** Daniel Kugel <dkugel@mjnpllc.com>
**Sent:** Wednesday, February 3, 2021 11:03 PM
**To:** Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>; Devora Bernal <D.Bernal@dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** RE: gloves

AKW - 003031

Let me know what time and my office will set it up.


Thank You,


Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007
ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Sent:** Wednesday, February 3, 2021 10:56 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>; Daniel Kugel <dkugel@mjnpllc.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** Re: gloves


Lets get a call in number

Sent from my Verizon, Samsung Galaxy smartphone

Get Outlook for Android

---

**From:** Daniel Kugel <dkugel@mjnpllc.com>
**Sent:** Wednesday, February 3, 2021 10:43:28 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Subject:** Re: gloves


Let's schedule a phone call to discuss whether the product is being replaced or refunded.

Let me know what time so we can wrap this up.


Thank You,


Daniel Kugel

Mark J. Nussbaum & Associates PLLC

AKW - 003032

225 Broadway – 39th Floor

New York, New York 10007

ph - (212) 632-8300 ext.112

fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Devora Bernal <D.Bernal@dynarex.com>
**Sent:** Wednesday, February 3, 2021 7:45:13 PM
**To:** Daniel Kugel <dkugel@mjnpllc.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@dynarex.com>
**Subject:** FW: gloves

Hi All

If you really think a call is the most important thing right now, we can try to schedule something for you with Zalman; **however in the meantime please take care of reimbursing Zalman for the 2 canceled Skymed containers that were paid for.**

Please confirm when the wire transfer is sent.

Thank you!

Devora

---

**From:** Devora Bernal
**Sent:** Tuesday, February 2, 2021 8:07 PM
**To:** Daniel Kugel <dkugel@mjnpllc.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@dynarex.com>
**Subject:** RE: gloves

Daniel and All

Thank you for the correction.

AKW - 003033

So, Zalman's response is that there are still **two** container reimbursements outstanding; when will the money be returned?

Let's take care of that, and then discuss how best to move forward.

Thank you

Devora

| | | |
|---|---|---|
| **Devora Bernal** | **Dynarex Corporation** |
| Executive Administrator | 10 Glenshaw St, Orangeburg NY 10962 |
| D.Bernal@dynarex.com | www.dynarex.com |
| Office 845.398.9625 | Main (845) 365-8200 |

---

**From:** Daniel Kugel <dkugel@mjnpllc.com>
**Sent:** Tuesday, February 2, 2021 7:06 PM
**To:** Devora Bernal <D.Bernal@dynarex.com>; Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Subject:** RE: gloves

Devora/Zalman,

You were reimbursed for two containers, wire confirmations are attached. Additionally the seller tells me they inadvertently sent back an extra $1,500.00 for the container that they picked up which was not unpacked.

Clearly this email chain is not very productive and there are fundamental miscommunications about the current state of affairs. I suggest that if you want to work this out we schedule a conference call so that we can discuss a path forward that makes both sides happy.

Let me know your availability.

Thank You,

Daniel Kugel
Mark J. Nussbaum & Associates PLLC
225 Broadway – 39th Floor
New York, New York 10007

AKW - 003034

ph – 212-632-8300 ext.112
fax - (212) 939-9453

NOTICE: The information contained in (and attached to) this e-mail is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney/client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you received this communication in error, please notify us immediately by reply e-mail, and delete the original message (including attachments).

---

**From:** Devora Bernal <D.Bernal@dynarex.com>
**Sent:** Tuesday, February 2, 2021 4:10 PM
**To:** Joseph Weiner <hersheyweiner@gmail.com>
**Cc:** Joseph Mendlowits <josephm@adorama.com>; Daniel Kugel <dkugel@mjnpllc.com>; Zalman Tenenbaum CEO <Z.Tenenbaum@Dynarex.com>
**Subject:** gloves

Hi Joseph

As he has not heard back from you in a while, Zalman would like to point out that:

- He fully paid for 4 Skymed orders that were canceled, yet to date he has been reimbursed for only 1 container.
- He wired an original amount of $525,000 representing a 10% deposit to reserve 500,000 boxes of gloves. He received only 2 containers.

He would like a resolution to this situation.

Please advise.

Thank you

**Devora Bernal**
Executive Administrator
D.Bernal@dynarex.com
Office 845.398.9625

**Dynarex Corporation**
10 Glenshaw St, Orangeburg NY 10962
www.dynarex.com
Main (845) 365-8200

**CAUTION:** This email originated from outside of Dynarex. Do not click links or open attachments unless you recognize the sender and know the content is safe.

AKW - 003035

**image003.jpg**
1K

AKW - 003036

 Gmail

**hershey weiner <weinerhershey@gmail.com>**

---

## SGS for Medcare

**hershey weiner** <weinerhershey@gmail.com>                                    Tue, Nov 10, 2020 at 2:03 PM
To: Mendel Banon <mendelbanon@gmail.com>

on the first page redact the factory name

---------- Forwarded message ---------
From: **Mendel Banon** <mendelbanon@gmail.com>
Date: Mon, Nov 9, 2020 at 3:02 PM
Subject: SGS for Medcare
To: <Weinerhershey@gmail.com>

---

**CANWT00362703-26Oct.2020.pdf**
2295K



**hershey weiner <weinerhershey@gmail.com>**

---

## SGS for Medcare

---

**Mendel Banon** <mendelbanon@gmail.com>                    Tue, Nov 10, 2020 at 2:09 PM
To: hershey weiner <weinerhershey@gmail.com>

Please review and let me know if its good, Thanks
[Quoted text hidden]
--
Regards
Mendel Banon

---



**CANWT00362703-26Oct.2020 (1).pdf**
2254K

AKW_004817

# SGS

SGS-P-7.4-01-F02-CRS-HL

**Report No.:**   CANWT00362703

SGS-CSTC Standards Technical Services Co., Ltd. Guangzhou Branch
198Kezhu Road, Scientech Park, Guangzhou Economic & Technology Development District, Guangzhou, Guangdong Province,China
P.C:510663
Tel:86 020 82155555
Fax:86 020 82075008

## INSPECTION REPORT

| To | : |  | Date: | 27-Oct-2020 |
|---|---|---|---|---|
| Att | : |  |  |  |
| From | : |  | E-mail : |  |

| SGS File No.: | CNCAN21286423 | Product family view |
|---|---|---|
| Buyer : |  |  |
| Supplier : |  |  |
| Manufacturer : | N/A |  |
| Style Number: | N/A |  |
| Product description: | Examination non sterile powder free gloves |  |
| P.O. Number: | PO20220/OF-20-000173; PO22228/PO20200035 |  |
| L/C Number: | N/A |  |
| Service performed : | FRI |  |
| Inspection Date : | 26-Oct-2020 |  |
| Inspection Location : |  |  |

### Inspection Criteria

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | Yes |
| SGS WI number | P-INSP-WI-HL-111-04 |
| Other | N/A |

| **Overall Inspection Conclusion:** | **Subject to client's evaluation** |
|---|---|

### Inspection Summary:

| 1. Quantity : | Conform |
|---|---|
| 2. Style, color : | Subject to client's evaluation |
| 3. Workmanship appearance / function : | Conform |
| 4. Data measurement / field tests: | Subject to client's evaluation |
| 5. Packing : | Subject to client's evaluation |
| 6. Marking / label : | Subject to client's evaluation |

### Problem Remark:
- No equipment provided by factory for tensile strength check.
- The factory refused to do carton drop test during inspection.
- No PO number on export carton.

Inspector:   Xiaohua Lv                     Factory Representative:

*This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.08: Mar.24th,2020]

AKW_004818

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## Rock Fintek Quantities delivered
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                    Fri, May 28, 2021 at 12:25 PM
To: Joseph Mendlowits <josephm@adorama.com>

See attached report,
Note, some loads have less quantities, but their payments was always for full loads

 **qty delivered.xlsx**
159K

AKW001598

# Kitchen Winners NY
## Sales by Item Detail
### All Transactions

| | Type | Date | Num | Qty | Sales Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Invoice | 04/20/2021 | 1703 | 29,200 | 11.50 | 335,800.00 |
| 2 | Invoice | 04/20/2021 | 1704 | 24,950 | 11.50 | 286,925.00 |
| 3 | Invoice | 04/26/2021 | 1705 | 29,200 | 11.50 | 335,800.00 |
| 4 | Invoice | 04/26/2021 | 1706 | 29,200 | 11.50 | 335,800.00 |
| 5 | Invoice | 04/27/2021 | 1730 | 30,000 | 11.50 | 345,000.00 |
| 6 | Invoice | 05/03/2021 | 1707 | 30,000 | 11.50 | 345,000.00 |
| 7 | Invoice | 05/03/2021 | 1708 | 30,000 | 11.50 | 345,000.00 |
| 8 | Invoice | 05/05/2021 | 1709 | 30,000 | 11.50 | 345,000.00 |
| 9 | Invoice | 05/05/2021 | 1710 | 30,000 | 11.50 | 345,000.00 |
| 10 | Invoice | 05/10/2021 | 1711 | 30,000 | 11.50 | 345,000.00 |
| 11 | Invoice | 05/10/2021 | 1712 | 30,000 | 11.50 | 345,000.00 |
| 12 | Invoice | 05/11/2021 | 1713 | 30,000 | 11.50 | 345,000.00 |
| 13 | Invoice | 05/11/2021 | 1714 | 28,740 | 11.50 | 330,510.00 |
| 14 | Invoice | 05/11/2021 | 1715 | 30,000 | 11.50 | 345,000.00 |
| 15 | Invoice | 05/12/2021 | 1716 | 30,000 | 11.50 | 345,000.00 |
| 16 | Invoice | 05/12/2021 | 1717 | 30,000 | 11.50 | 345,000.00 |
| 17 | Invoice | 05/12/2021 | 1746 | 30,000 | 11.50 | 345,000.00 |
| 18 | Invoice | 05/13/2021 | 1718 | 30,000 | 11.50 | 345,000.00 |
| 19 | Invoice | 05/19/2021 | 1719 | 30,000 | 11.50 | 345,000.00 |
| 20 | Invoice | 05/19/2021 | 1720 | 30,000 | 11.50 | 345,000.00 |
| 21 | Invoice | 05/19/2021 | 1721 | 30,000 | 11.50 | 345,000.00 |
| 22 | Invoice | 05/19/2021 | 1722 | 30,000 | 11.50 | 345,000.00 |
| 23 | Invoice | 05/19/2021 | 1723 | 30,000 | 11.50 | 345,000.00 |
| 24 | Invoice | 05/19/2021 | 1724 | 30,000 | 11.50 | 345,000.00 |
| 25 | Invoice | 05/20/2021 | 1728 | 30,000 | 11.50 | 345,000.00 |
| 26 | Invoice | 05/20/2021 | 1729 | 30,000 | 11.50 | 345,000.00 |
| 27 | Invoice | 05/21/2021 | 1727 | 30,000 | 11.50 | 345,000.00 |
| 28 | Invoice | 05/24/2021 | 1731 | 30,000 | 11.50 | 345,000.00 |
| 29 | Invoice | 05/24/2021 | 1732 | 30,000 | 11.50 | 345,000.00 |
| 30 | Invoice | 05/24/2021 | 1733 | 30,000 | 11.50 | 345,000.00 |
| 31 | Invoice | 05/24/2021 | 1734 | 30,000 | 11.50 | 345,000.00 |
| 32 | Invoice | 05/24/2021 | 1735 | 30,000 | 11.50 | 345,000.00 |
| 33 | Invoice | 05/24/2021 | 1736 | 30,000 | 11.50 | 345,000.00 |
| 34 | Invoice | 05/24/2021 | 1737 | 28,000 | 11.50 | 322,000.00 |
| 35 | Invoice | 05/25/2021 | 1738 | 28,000 | 11.50 | 322,000.00 |
| 36 | Invoice | 05/25/2021 | 1739 | 28,740 | 11.50 | 330,510.00 |
| 37 | Invoice | 05/25/2021 | 1740 | 29,610 | 11.50 | 340,515.00 |
| 38 | Invoice | 05/25/2021 | 1742 | 30,000 | 11.50 | 345,000.00 |
| 39 | Invoice | 05/25/2021 | 1743 | 30,000 | 11.50 | 345,000.00 |
| 40 | Invoice | 05/25/2021 | 1744 | 30,000 | 11.50 | 345,000.00 |
| 41 | Invoice | 05/25/2021 | 1745 | 30,000 | 11.50 | 345,000.00 |
| 42 | Invoice | 05/26/2021 | 1741 | 28,740 | 11.50 | 330,510.00 |

AKW001599

# Kitchen Winners NY
## Sales by Item Detail
### All Transactions

| | |
|---|---|
| 1,244,380 | 13,974,570.00 |
| 1,244,380 | 13,974,570.00 |
| 1,244,380 | 13,974,570.00 |

AKW001600

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

─────────────────────────────────────────────

## letter Kitchen winner.pdf
1 message

─────────────────────────────────────────────

**Joseph Weiner** <hersheyweiner@gmail.com>                    Mon, Mar 22, 2021 at 8:52 AM
To: Joseph Mendlowits <josephm@adorama.com>, Joseph Weiner <hersheyweiner@gmail.com>

Sent from my iPhone

─────────────────────────────────────────────

📄 **letter Kitchen winner.pdf**
    151K

AKW - 003168



**GRINVALD TECHNOLOGIES DONG GUAN**
RN: 91441900MA5199MT80



401 Building 3 No. 4
Guangming New Village
2 Road Dong Cehng Dongguan,
China 523001

Wednesday 22 March 2021

To              : Kitchen Winner

Attention     : Mr. Weiner Hershey
                Mr. Banon Mendel

Subject: **DECLARATION OF ALLOCATION LETTER**

---

Dear Mr., Weiner hershey,

We hereby declare that GLOBAL TOOLING SERVICES LIMITED, has an agreement with Kitchen winner for supply of our brand Medcare Nitra force Gloves.

The contract is based on allocation with a minimum delivery per week (starting week three of March of 600,000 boxes (20 containers) per week and we are increasing to 25 containers per week (750,000 boxes) starting first week of April shipments, Production third week of March.

Global Tooling service is Guarantee the deliveries with a performance bond to Kitchen winner and will do all possible to increase the deliveries up to 1 million boxes delivery per week by second week of April.

We here by confirm that Kitchen winner has full exclusivity for Medcare in USA.

Kind regards, Kind regards,

*For and on behalf of*
**GLOBAL TOOLING SERVICE LIMITED**

.........................................
*Authorized Signature(s)*

Chief Executive Officer / Owner
Anna Grinvald
GTS

GLOBAL TOOLING SERVICE LIMITED

AKW - 003169