# EXHIBIT B

## Robert Edelstein, individually and derivatively v. Louis Karger
## JAMS Reference # 5400000082

## PRE-TRIAL ORDER

After a telephone conference today with counsel for the parties, I enter the following Orders:

1. Claimant's request by letter to the arbitrator dated September 6, 2023, is denied, without prejudice.
2. Respondent's request by letter to the arbitrator dated September 15, 2023, is denied, without prejudice.
3. This matter is scheduled for trial Nov. 6 to 10, 2023. The parties shall comply with JAMS Rule 20 (a) by October 16, 2023.
4. There will be a Final Trial Conference by telephone on October 20. 2023, at 11:00 am.

So Ordered by the arbitrator,
*/s/ Edward P. Leibensperger*

Hon. Edward P. Leibensperger (Ret.)
September 19, 2023