

| | | | | | |
|---|---|---|---|---|---|
| 06/08/2021 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE... | | C | -690,000.00 | 659,558.25 |
| 06/03/2021 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE... | | C | -1,380,000.00 | 268,604.75 |
| 06/01/2021 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE... | | C | -1,725,000.00 | 404,109.75 |

RF_003638

| | | | | | |
|---|---|---|---|---|---|
| Processing | WIRE TRANSFER HOLD ON 06/14 FOR WIRE #00614460198 | ⊖ | [P] | -345,000.00 | |
| ▶ 06/10/2021 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE… | ↰ | [C] | -1,035,000.00 | |

RF_003639

| | | | | |
|---|---|---|---|---|
| 06/08/2021 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE... | | C | -690,000.00 |
| 06/03/2021 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE... | | C | -1,380,000.00 |
| 06/01/2021 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE... | | C | -1,725,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Processing | WIRE TRANSFER HOLD ON 06/14 FOR WIRE #00614460198 | ⊖ | [P] | -345,000.00 | |
| 06/10/2021 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE... | ↰ | C | -1,035,000.00 | |

RF_003642

```
Sent from my iPhone
```

RF_003643



| | | | | |
|---|---|---|---|---|
| 06/08/2021 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE... | | C | -690,000.00 |
| 06/03/2021 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE... | | C | -1,380,000.00 |
| 06/01/2021 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE... | | C | -1,725,000.00 |

| | | | | | |
|---|---|---|---|---|---|
| Processing | WIRE TRANSFER HOLD ON 06/14 FOR WIRE #00614460198 | ⊖ | [P] | -345,000.00 | |
| 06/10/2021 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE... | ↰ | [C] | -1,035,000.00 | |

| | | | | |
|---|---|---|---|---|
| 06/08/2021 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE... | | C | -690,000.00 |
| 06/03/2021 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE... | | C | -1,380,000.00 |
| 06/01/2021 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE... | | C | -1,725,000.00 |

RF_003652



| | | | | | |
|---|---|---|---|---|---|
| Processing | WIRE TRANSFER HOLD ON 06/14 FOR WIRE #00614460198 | ⊖ | [P] | -345,000.00 | |
| ▶ 06/10/2021 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE… | ↰ | C | -1,035,000.00 | |

RF_003653