IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO: 2020-016234-CA-01
SECTION: CA43
JUDGE: Thomas J. Rebull

**Rock Fintek, LLC**

Plaintiff(s)

vs.

**Andrew Kotsovos et al**

Defendant(s)

_____/

### ORDER ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THIS CAUSE having come before the Court on August 31, 2023, *via zoom*, and the Court, having reviewed the file, and being otherwise fully advised on the premises, it is hereupon,

ORDERED* AND ADJUDGED that Plaintiff's Motion for Protective Order is hereby **GRANTED for the reasons stated on the record.** The Court will set a two-day evidentiary hearing on Defendant/Counterclaim-Plaintiff's pending motions for sanctions. The evidentiary hearing will be conducted *via zoom.* Any party that is unavailable on the dates selected by the Court, should file a Motion to Continue.

\*   The Court has considered the parties competing orders. This order reflects the Court's ruling.

**DONE** and **ORDERED** in Chambers at Miami-Dade County, Florida on this <u>11th day of October, 2023</u>.

2020-016234-CA-01 10-11-2023 5:00 PM
Hon. Thomas J. Rebull

**CIRCUIT COURT JUDGE**
Electronically Signed

No Further Judicial Action Required on **THIS MOTION**

CLERK TO **RECLOSE** CASE IF POST JUDGMENT

**Electronically Served:**
Adam Brian Leichtling, ALeichtling@ll-lawfirm.com
Adam Brian Leichtling, eservice@LL-lawfirm.com
CBL Section 43 Case Mgr, cbl43@jud11.flcourts.org
Michael I Feldman, mif@khllaw.com
Michael I Feldman, mschneider@khllaw.com
Michael I Feldman, eservicemia@khllaw.com
Rosa Iris Rodriguez, judgerosa@aol.com
Rosa Iris Rodriguez, judgerosa@aol.com
Rosa Iris Rodriguez, judgerosa@aol.com
Salvatore H. Fasulo, shf@khllaw.com
Salvatore H. Fasulo, eservicemia@khllaw.com

**Physically Served:**