

Alexander Sperber <asperber@lipsiuslaw.com>

## Depositions etc.

**Alexander Sperber** <asperber@lipsiuslaw.com>                              Thu, Oct 19, 2023 at 7:29 PM
To: Phillip Rakhunov <prakhunov@psdfirm.com>
Cc: Avram Frisch <frischa@avifrischlaw.com>, Yisroel Steinberg <ysteinberg@lipsiuslaw.com>, Lauren Riddle <lriddle@psdfirm.com>

Phil,

We just sent you an additional production of emails. I am pressing to make sure that anything left is produced as soon as possible.

Regarding the deposition of Mr. Stern, I would propose agreeing to an additional 1.5 hours to complete the deposition, which we will split evenly (45 minutes each).

Mr. Mendlowitz is available for his deposition on 10/26. Please confirm that date works for you.

I will try to get back to you tomorrow regarding Mr. Banon, and will speak with Mr. Zirkind to find out his availability for a remote deposition.

I am available the entire week of 10/30 for depositions, as my trial has been cancelled. I would suggest scheduling Mr. Weiner for 11/02. Please let me know if Ms. Gajic is available any day that week.

I have not yet received any documents from any of the third-parties that we subpoenaed, except for Medline.

Best,
Alex

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030  | Kew Gardens, NY 11415
Direct: 212.981.8449   |  Main: 212.981.8440 |  Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law.  If you received this e-mail in error, do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.  Thank you.*

[Quoted text hidden]