

**Alexander Sperber <asperber@lipsiuslaw.com>**

## 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

**Lauren Riddle** <lriddle@psdfirm.com>  Fri, Oct 27, 2023 at 8:37 AM
To: Alexander Sperber <asperber@lipsiuslaw.com>, Avram Frisch <frischa@avifrischlaw.com>
Cc: Yisroel Steinberg <ysteinberg@lipsiuslaw.com>, Phillip Rakhunov <prakhunov@psdfirm.com>

All, Mr. Gombo received our subpoena and would like to schedule his remote deposition. I am available Next Thursday or Friday (11/2 or 11/3). Do either of those dates for work you?

**From:** Alexander Sperber <asperber@lipsiuslaw.com>
**Sent:** Friday, October 20, 2023 1:27 PM
**To:** Lauren Riddle <lriddle@psdfirm.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Avram Frisch <frischa@avifrischlaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>

[Quoted text hidden]

[Quoted text hidden]