# EXHIBIT A

| | |
|---|---|
| **From:** | Lauren Riddle |
| **To:** | Alexander Sperber |
| **Cc:** | Avram Frisch; Yisroel Steinberg; Phillip Rakhunov |
| **Subject:** | RE: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E |
| **Date:** | Friday, October 27, 2023 9:49:00 AM |

==I will be handling Mr. Gombo's deposition. Phil is unavailable that date, and as lead counsel, he will be handling Mr. Weiner's deposition.==

**From:** Alexander Sperber <asperber@lipsiuslaw.com>
**Sent:** Friday, October 27, 2023 9:42 AM
**To:** Lauren Riddle <lriddle@psdfirm.com>
**Cc:** Avram Frisch <frischa@avifrischlaw.com>; Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
**Subject:** Re: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

==I don't understand, didn't you just represent to the Court that you are unavailable to take depositions on that date?  I offered that date for Mr. Weiner's deposition and was told it was unavailable.==

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030  | Kew Gardens, NY 11415
Direct: 212.981.8449   |  Main: 212.981.8440 |  Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**
E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law.  If you received this e-mail in error, do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.  Thank you.

On Fri, Oct 27, 2023 at 9:00 AM Lauren Riddle <lriddle@psdfirm.com> wrote:

> Alex, are you available 11/2?
>
> **From:** Avram Frisch <frischa@avifrischlaw.com>
> **Sent:** Friday, October 27, 2023 8:49 AM
> **To:** Lauren Riddle <lriddle@psdfirm.com>; Alexander Sperber <asperber@lipsiuslaw.com>
> **Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
> **Subject:** Re: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E
>
> I would suggest taking a more important deposition that day, however.
>
> Avi Frisch
> The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Friday, October 27, 2023 8:48:16 AM
**To:** Lauren Riddle <lriddle@psdfirm.com>; Alexander Sperber <asperber@lipsiuslaw.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
**Subject:** Re: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

Still not available that Friday

Avi Frisch
The Law Office of Avram E. Frisch LLC
201-289-5352

**From:** Lauren Riddle <lriddle@psdfirm.com>
**Sent:** Friday, October 27, 2023 8:47:19 AM
**To:** Avram Frisch <frischa@avifrischlaw.com>; Alexander Sperber <asperber@lipsiuslaw.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
**Subject:** RE: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

To clarify, I'm only expecting the deposition would go 3 hours tops.

**From:** Avram Frisch <frischa@avifrischlaw.com>
**Sent:** Friday, October 27, 2023 8:38 AM
**To:** Lauren Riddle <lriddle@psdfirm.com>; Alexander Sperber <asperber@lipsiuslaw.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
**Subject:** Re: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

11/2 I am available. I have multiple motions on 11/3 around the state of NJ

Avi Frisch

The Law Office of Avram E. Frisch LLC

201-289-5352

**From:** Lauren Riddle <lriddle@psdfirm.com>
**Sent:** Friday, October 27, 2023 8:37:02 AM
**To:** Alexander Sperber <asperber@lipsiuslaw.com>; Avram Frisch <frischa@avifrischlaw.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>

**Subject:** RE: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

All, Mr. Gombo received our subpoena and would like to schedule his remote deposition. I am available Next Thursday or Friday (11/2 or 11/3). Do either of those dates for work you?

---

**From:** Alexander Sperber <asperber@lipsiuslaw.com>
**Sent:** Friday, October 20, 2023 1:27 PM
**To:** Lauren Riddle <lriddle@psdfirm.com>
**Cc:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>; Avram Frisch <frischa@avifrischlaw.com>; Phillip Rakhunov <prakhunov@psdfirm.com>
**Subject:** Re: 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

Bezalel Gombo is a non-party. At this point in time we are not planning to depose him. You are welcome to serve him a subpoena if you want his testimony.

Alex

**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**

80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415

Direct: 212.981.8449   |   Main: 212.981.8440 |   Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law.  If you received this e-mail in error, do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.  Thank you.*

On Fri, Oct 20, 2023 at 1:25 PM Lauren Riddle <lriddle@psdfirm.com> wrote:

Yisroel and Alex,

Please provide deposition dates for Bezalel Gombo.

---

**From:** Yisroel Steinberg <ysteinberg@lipsiuslaw.com>
**Sent:** Friday, October 20, 2023 1:14 PM
**To:** Phillip Rakhunov <prakhunov@psdfirm.com>
**Cc:** Alexander Sperber <asperber@lipsiuslaw.com>; Avram Frisch <frischa@avifrischlaw.com>; Lauren Riddle <lriddle@psdfirm.com>
**Subject:** 5529.0002 - Kitchen Winners v. Rock Fintek - Amended Rule 26 Disclosures E

Phil,

Please find attached amended Rule 26 disclosures on behalf of Kitchen Winners, Adorama, and Joseph Mendlowitz.

Best,

Yisroel

--

**Yisroel Steinberg, Esq.**

**Lipsius-Benhaim Law LLP**

80-02 Kew Gardens Rd., Suite 1030  | Kew Gardens, NY 11415

Direct: 212.981.8448   |  Main: 212.981.8440 |  Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law.  If you received this e-mail in error, do not read this e-mail or any attached items.  Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof.  Thank you.*