# EXHIBIT B

# RETURN OF SERVICE

State of New York        County of SOUTHERN        District Court

Index Number: 22-CV-05276-PAE    Court Date: 8/31/2023 10:00 am
Date Filed: _____

OJF2023018433

Plaintiff:
**KITCHEN WINNERS NY INC**

vs.

Defendant:
**ROCK FINTEK, LLC**

For:
PHILLIP RAKHUNOV
POLLACK SOLOMON DUFFY, LLP
31 ST JAMES AVE
STE 940
BOSTON, MA 02116

Received by OJF SERVICES, INC. on the 20th day of July, 2023 at 1:01 pm to be served on **MENDEL BANON, 9835 W BROADVIEW DR, BAY HARBOR ISLANDS, FL 33154**.

I, LAZARO ORDAZ, do hereby affirm that on the **27th day of July, 2023** at **12:00 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION WITH A WITNESS FEE CHECK OF $43.00** to: **MENDEL BANON** at the address of: **9835 W BROADVIEW DR, BAY HARBOR ISLANDS, FL 33154** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, they refused to state whether or not the Defendant is married.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 180, Hair: Black, Glasses: N

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**LAZARO ORDAZ**
CPS #2319

OJF SERVICES, INC.
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2023018433

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r