**EXHIBIT 3**



hershey weiner <weinerhershey@gmail.com>

## Rock Fintek final numbers
2 messages

**hershey weiner** <weinerhershey@gmail.com>  Mon, Jun 28, 2021 at 12:41 PM
To: arik meimoun <ariknext@gmail.com>, Thomas Kato <tk@rockfintek.com>, Bradley Gilling <bg@rockfintek.com>
Cc: Joseph Weiner <hersheyweiner@gmail.com>

As we discussed, here are the figures

Total acknowledged that were picked up 1,678,270
Contract amount 1,500,000 @ 11.50 $17,250,000.00
Overage 178,270 @ 9.50 $1,693,565.00
Agreed trucking $192,625.00
Agreed Insurance $65,000.00
Total owed from all above $19,201,190.00

Now there are 25,510 boxes in question, which according to BOLs' were picked up, $242,345.00
I suggest we divide it in half  $121,172.50

Now the total is $19,322,362.50
You paid $19,190,000.00
Difference is $132,362.50

If the rebate of $750,000.00 is approved, I will need to give you $617,637.50

---

**hershey weiner** <weinerhershey@gmail.com>  Fri, Jul 2, 2021 at 2:42 PM
To: josephm@adorama.com, Hershey Weiner <hersheyweiner@gmail.com>

Sent from my iPhone

Begin forwarded message:

[Quoted text hidden]

Adorama INC. and Kitchen Winners NY INC.000065