**EXHIBIT 4**

**From:** Ana Gajic <ana@rockfintek.com>
**Sent:** Monday, June 14, 2021 6:38 PM EDT
**To:** Bradley Gilling <bg@rockfintek.com>
**CC:** Thomas H. Kato <t@mhub.com>
**Subject:** Adorama
**Attachment(s):** "Rock Fintek April bofa.pdf","Rock Fintek May.pdf","043021 WellsFargo.pdf","c7250155-72bb-48bc-8bee-54363aa59732.jpg","Screen Shot 2021-06-15 at 1.26.57 AM.png","Screen Shot 2021-06-15 at 1.29.26 AM.png"

The transactions to Adorama are attached.

- April statement Bank of America & Wells Fargo
- May statement Bank of America
- June screen Shot
- Excel sheet with all transfers

Regards,

Ana Gajic

 **Rock Fintek**
**A TRADING COMPANY**

305-501-3000
1680 Michigan Ave
 Suite 800
Miami Beach, FL, 33139

*Coronavirus Medical Equipment*

*CONFIDENTIALITY: This communication may contain confidential or privileged information attempted to be sent only to the intended recipient(s).  If you received this by mistake, please destroy it and notify us of the error immediately.  Nothing in this communication is intended to constitute an electronic signature unless a statement to the contrary is included.*

RF_003422



| | | | | | | |
|---|---|---|---|---|---:|---:|
| ▶ | 06/08/2021 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE... | | C | -690,000.00 | 659,558.25 |
| ▶ | 06/03/2021 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE... | | C | -1,380,000.00 | 268,604.75 |
| ▶ | 06/01/2021 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE... | | C | -1,725,000.00 | 404,109.75 |

RF_003638



| Processing | WIRE TRANSFER HOLD ON 06/14 FOR WIRE #00614460198 | ⊖ | ⌐P⌐ | -345,000.00 |
| 06/10/2021 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE... | | C | -1,035,000.00 |

RF_003639