UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KITCHEN WINNERS NY INC.,

        Plaintiff,

-v-

ROCK FINTEK LLC,

        Defendant.

---

ROCK FINTEK LLC,

        Third-Party Plaintiff and Counter Claimant,

-v-

KITCHEN WINNERS NY INC.,

        Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC, JOEL STERN, HERSHEY WEINER, JOSEPH MENDLOWITZ, ADORAMA, INC.,

        Third-Party Defendants.

22 Civ. 5276 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court grants the motion at Docket 111 and orders Rock Fintek LLC to produce a full and unredacted copy of its bank records forthwith, and in all events by Tuesday, November 7, 2023. For the time being, these records are to be produced on an attorneys'-eyes-only basis to counsel in this case. Following this production, the recipient counsel are at liberty to move for less restrictive conditions of review.

2

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: November 3, 2023
       New York, New York