UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br>                     Plaintiff, <br><br> -v- <br><br> ROCK FINTEK LLC, <br><br>                  Defendant. | 22 Civ. 5276 (PAE) <br><br> <ins>ORDER</ins> |

ROCK FINTEK LLC,

                 Third-Party Plaintiff and
                 Counter Claimant,

       -v-

KITCHEN WINNERS NY INC.,

                 Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC, JOEL STERN,
HERSHEY WEINER, JOSEPH MENDLOWITZ,
ADORAMA, INC.,

                 Third-Party Defendants.

PAUL A. ENGELMAYER, District Judge:

Substantially for the reasons stated in the letters filed at Dockets 109, 110, and 112, the
Court denies Mr. Rakhunov's application for an extension of the fact discovery deadline or for
additional time to question witnesses in depositions. The fact discovery deadline remains
November 16, 2023.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: November 3, 2023
       New York, New York