UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br>       Plaintiff, <br> -v- <br><br> ROCK FINTEK LLC, <br><br>       Defendant. | 22 Civ. 5276 (PAE) <br><br> ORDER |
| ROCK FINTEK LLC, <br><br>       Third-Party Plaintiff and <br>       Counter Claimant, <br><br> -v- <br><br> KITCHEN WINNERS NY INC., <br><br>       Counterclaim Defendant, <br><br> JNS CAPITAL HOLDINGS LLC, JOEL STERN, <br> HERSHEY WEINER, JOSEPH MENDLOWITZ, <br> ADORAMA, INC., <br><br>       Third-Party Defendants. | |

PAUL A. ENGELMAYER, District Judge:

  Then Court has received letters from JNS Capital Holdings LLC and Joel Stern, Dkt. 123, Adorama, Inc. and Joseph Mendlowitz, Dkt. 124, and Kitchen Winners NY Inc., Dkt. 125, requesting a conference in anticipation of filing a motion for summary judgment. The Court has also received letters from Rock Fintek LLC, opposing each of these requests. Dkts. 126–128.

  Counsel for all parties are directed to appear for a pre-motion conference with the Court on **December 19, 2023**, at **3:30 p.m.** in Courtroom 1305 at the Thurgood Marshall U.S.

Courthouse, 40 Foley Square, New York, New York 10007, at which the Court expects set a prompt schedule for the briefing of the anticipated motions. **The conference will be held in person.** In light of the number of participants, and counsels' fractiousness during pretrial proceedings, the Court's judgment is a telephonic conference would not be workable. Counsel should come to the conference prepared to discuss the anticipated motions and defenses.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 8, 2023
      New York, New York