UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KITCHEN WINNERS NY INC.,

                Plaintiff,

-v-

ROCK FINTEK LLC,

                Defendant.

---

ROCK FINTEK LLC,

                Third-Party Plaintiff and Counter Claimant,

-v-

KITCHEN WINNERS NY INC.,

                Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC, JOEL STERN, HERSHEY WEINER, JOSEPH MENDLOWITZ, ADORAMA, INC.,

                Third-Party Defendants.

22 Civ. 5276 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at yesterday's conference, the Court sets the following deadlines for summary judgment briefing:

- The Joint Statement of Facts ("JSF") is due **January 16, 2024**.

- Opening briefs from Kitchen Winners, the Adorama Parties, and JNS Capital and Joel Stern are due **February 16, 2024**.

- A response brief from Rock Fintek is due **March 15, 2024**.

- Reply briefs are due **March 29, 2024**.

Separately, at the conference the Court granted Rock Fintek's request to supplement its initial expert report by **January 1, 2024**.[1] *See* Dkt 133. The deadline for rebuttal reports is likewise extended to **February 1, 2024**, and the deadline for all expert discovery, including depositions, to be completed is now **February 23, 2024**.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: December 21, 2023
       New York, New York

---

[1] Given the January 1 holiday, the Court will permit the report to be sent to opposing counsel the morning of January 2, 2024.