Letter of Intent (LOI)

This LOI was compiled and started effective on April 1, 2021 regarding cooperation between **ROCK FINTEK LLC** ("Rock Fintek"), with offices located at 1680 Michigan Ave, Suite 800, Miami Beach, FL 33139 and **Arik Maimon ("Maimon")**, a Florida resident whose principal mailing address is 520 West Ave., Suite 1405, Miami Beach, FL 33139..

1.     Subject: Rock Fintek desires to purchase up to 1 million boxes of powder-free nitrile medical gloves (100 gloves/box as per specifications) from Kitchen Winners NY Inc (KWNY) / Adorama for import to the USA with the option to purchase a second lot of 1 million boxes of the same.

2.     Rock Fintek desires to purchase the Medcare brand of medical gloves which are approved for use in the USA and have no restrictions nor prohibitions for import to the USA. These gloves will be purchased at US$11.50 per box of 100 gloves for first 1 million boxes.

3.     Upon confirmation of acceptable availability & delivery schedule, Rock Fintek will open a Letter of Credit (L/C) for benefit of Adorama OR will deposit 50% of the approximate value of 1 week of arriving shipments (approx 5 – 7 containers per week), with remaining 50% payments to be made to Adorama upon delivery of each container or as agreed separately. Deposits and payments are to be made to Adorama as per the shipping / delivery schedule for each week's shipment or as agreed separately.  Adorama is financing these transactions for Kitchen Winners NY

 4.     Upon confirmation of the L/C or deposit, KWNY will order product to comply with the attached shipment schedule via ocean freight, a total of 1,000,000 (one million) boxes of gloves in the following distribution: 10% Small, 40% Medium, 40% Large, 10% Xtra Large. Rock Fintek will allow Arik Maimon to sell 300,000 boxes from the second order of 1 million boxes of gloves supplied by KWNY to his own customers (Maimon Customers) whereby the profit will be split 50%/50% between Maimon and Rock Fintek. All future shipments will be in the same distribution of sizes and have the same rights regarding Maimon Customers. If Rock Fintek decides not to exercise their right to acquire the 2nd order of 1 million boxes listed in the agreement with KWNY, then Rock Fintek will allow Maimon to provide his own financing and assume the remaining contract, transferring the contract with the same rights and privileges to Maimon as Rock Fintek enjoyed for the 1st 1 million boxes.

5.     Confidentiality – The parties have signed a Mutual NDA.

6.     Compensation. Arik Maimon has introduced Rock Fintek to KWNY for the current and future purchase of medical gloves and will receive commissions of US$0.15 per box purchased from KWNY for the first 1 million boxes sold to Rock Fintek for its customers. If product is sold to Maimon's Customers, he will receive 50% of the gross profit for those transactions and Rock Fintek will receive 50% of gross profit. If Rock Fintek exercises the option to purchase the 2nd lot of 1 million boxes from KWNY, Rock Fintek will pay Maimon $0.25 per box additional for the first 1 million boxes transacted ($250,000) and $0.40 per box for the second 1 million boxes. If Rock Fintek decides not to exercise their right to acquire the option for the 2nd 1 million boxes listed in the agreement with KWNY, then Rock Fintek will allow Maimon to provide his own financing and assume the contract, transferring the contract with the same rights and privileges as Rock Fintek enjoyed for the 1st 1 million boxes.

7. If KWNY offers other brands of medical gloves or other products, commissions will be paid at similar, fair and reasonable rates to Maimon, to be agreed by the parties before contract signing or order confirmations. Maimon may designate an entity under his control to participate & receive these benefits.

8.     This LOI is binding and the parties must agree to final terms and conditions of compensation for current and future purchases.

IN WITNESS WHEREOF, the parties have caused this LOI to be executed by their duly authorized representatives on the date first above written.

**ROCK FINTEK LLC**                                                            **ARIK MAIMON**

_____  April 1, 2021            _____  April 1, 2021
Signature                                      Date                    Signature                                      Date
Bradley Gilling - COO                                          Arik Maimon - Consultant

**CONFIDENTIAL**                                                                                                           RF_000963