# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26813

| | |
|---|---|
| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 |
| Attn To : | |
| Ship To : | KITCHEN WINNERS INC |

| | |
|---|---|
| INVOICE DATE | Jul-31-2021 |
| TERMS | 0 days |
| DUE DATE | Jul-31-2021 |
| OUR FILING NO. | OLX0002239 |
| Customer Ref. No. | |

| | | | |
|---|---|---|---|
| MASTER B/L NO. : | JUL 2021 - KW | NO. OF PKGS : | |
| HOUSE B/L NO. : | JUL 2021 - KW | KGS / LBS : | |
| Vessel(Flight) NO. : | | CBM / CFT : | |
| POL / ETD : | | CNTR. NO. : | |
| POD / ETA : | | SHIPPER : | |
| F.DEST. / ETA : | | | |
| COMMODITY : | | CONSIGNEE : | |
| SHIPPER : | | NOTIFY : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| T202 | - | 832.000 | 1 | 832.00 |
| 53A805 | - | 1,644.000 | 1 | 1,644.00 |
| 2023 | - | 1,415.000 | 1 | 1,415.00 |
| 21469 | - | 1,724.000 | 1 | 1,724.00 |
| 116 | - | 1,854.000 | 1 | 1,854.00 |
| 79593 | - | 988.000 | 1 | 988.00 |
| 80180 | - | 950.000 | 1 | 950.00 |
| C270 | - | 988.000 | 1 | 988.00 |
| STORAGE - 35 PLTS | - | 10.000 | 35 | 350.00 |
| STORAGE - 28 PLTS | - | 10.000 | 28 | 280.00 |
| STORAGE - 26 PLTS | - | 10.000 | 26 | 260.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 11,285.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 11,285.00 |

| | |
|---|---|
| MEMO | T202<br>53A805<br>2023<br>21469<br>116<br>79593<br>80180<br>C270 |
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.

Adorama Inc. & Kitchen Winners NY Inc.000237

MICHELLE
PREPARED BY

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26813

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | INVOICE DATE | Jul-31-2021 |
| | | TERMS | 0 days |
| | | DUE DATE | Jul-31-2021 |
| Attn To : | | OUR FILING NO. | OLX0002239 |
| Ship To : | KITCHEN WINNERS INC | Customer Ref. No. | |

| | | | | |
|---|---|---|---|---|
| MASTER B/L NO. | : | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | KGS / LBS | : | |
| Vessel(Flight) NO. | : | CBM / CFT | : | |
| POL / ETD | : | CNTR. NO. | : | |
| POD / ETA | : | SHIPPER | : | |
| F.DEST. / ETA | : | | | |
| COMMODITY | : | CONSIGNEE | : | |
| SHIPPER | : | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| T202 | - | 832.000 | 1 | 832.00 |
| 53A805 | - | 1,644.000 | 1 | 1,644.00 |
| 2023 | - | 1,415.000 | 1 | 1,415.00 |
| 21469 | - | 1,724.000 | 1 | 1,724.00 |
| 116 | - | 1,854.000 | 1 | 1,854.00 |
| 79593 | - | 988.000 | 1 | 988.00 |
| 80180 | - | 950.000 | 1 | 950.00 |
| C270 | - | 988.000 | 1 | 988.00 |

| | | | |
|---|---|---|---|
| | TOTAL DUE | | 10,395.00 |
| | PAID AMOUNT | | 0.00 |
| | PLEASE PAY THIS AMOUNT | USD | 10,395.00 |

| MEMO | T202<br>53A805<br>2023<br>21469<br>116<br>79593<br>80180<br>C270 |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

| ACL AMERICA, INC. | MICHELLE |
|---|---|
| | PREPARED BY |

Adorama Inc. & Kitchen Winners NY Inc.000238

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26950

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | **INVOICE DATE** | Aug-31-2021 |
| | | **TERMS** | 0 days |
| | | **DUE DATE** | Aug-31-2021 |
| Attn To : | | **OUR FILING NO.** | OLX0002351 |
| Ship To : | KITCHEN WINNERS INC | **Customer Ref. No.** | |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : AUG 2021 -KW | | NO. OF PKGS | : | |
| HOUSE B/L NO. | : AUG 2021 -KW | | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| STORAGE - 35 PLTS | - | 18.000 | 35 | 630.00 |
| STORAGE - 28 PLTS | - | 18.000 | 28 | 504.00 |
| STORAGE - 26 PLTS | - | 18.000 | 26 | 468.00 |

| | | | |
|---|---|---|---|
| | TOTAL DUE | | 1,602.00 |
| | PAID AMOUNT | | 0.00 |
| | PLEASE PAY THIS AMOUNT | USD | 1,602.00 |

| MEMO | 3 CONTAINERS-LA |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

| ACL AMERICA, INC. | MICHELLE |
|---|---|
| | PREPARED BY |

Adorama Inc. & Kitchen Winners NY Inc.000239

# ACL AMERICA, INC.

# INVOICE

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

INVOICE No. : INV-ALX-27203

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | INVOICE DATE | Sep-30-2021 |
| | | TERMS | 0 days |
| | | DUE DATE | Sep-30-2021 |
| | | OUR FILING NO. | OLX0002530 |
| Attn To : | | Customer Ref. No. | |
| Ship To : | KITCHEN WINNERS INC | | |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : | SEP 2021 - KW | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | SEP 2021 - KW | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| STORAGE - 35 PLTS | - | 18.000 | 35 | 630.00 |
| STORAGE - 28 PLTS | - | 18.000 | 28 | 504.00 |
| STORAGE - 26 PLTS | - | 18.000 | 26 | 468.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 1,602.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 1,602.00 |

| MEMO | 3 CONTAINERS-LA |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.

Adorama Inc. & Kitchen Winners NY Inc.000240

MICHELLE
PREPARED BY



# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-27382

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | **INVOICE DATE** | Oct-31-2021 |
| | | **TERMS** | 0 days |
| | | **DUE DATE** | Oct-31-2021 |
| | | **OUR FILING NO.** | OLX0002605 |
| Attn To : | | **Customer Ref. No.** | |
| Ship To : | KITCHEN WINNERS INC | | |

| MASTER B/L NO. | : OCT 2021 - KW | NO. OF PKGS | : |
| HOUSE B/L NO. | : OCT 2021 - KW | KGS / LBS | : |
| Vessel(Flight) NO. | : | CBM / CFT | : |
| POL / ETD | : | CNTR. NO. | : |
| POD / ETA | : | SHIPPER | : |
| F.DEST. / ETA | : | | |
| COMMODITY | : | CONSIGNEE | : |
| SHIPPER | : | NOTIFY | : |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| STORAGE - 35 PLTS | - | 18.000 | 35 | 630.00 |
| STORAGE - 28 PLTS | - | 18.000 | 28 | 504.00 |
| STORAGE - 26 PLTS | - | 18.000 | 26 | 468.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 1,602.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 1,602.00 |

| MEMO | |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

| ACL AMERICA, INC. | | MICHELLE |
|---|---|---|
| | | PREPARED BY |

Adorama Inc. & Kitchen Winners NY Inc.000241



**ACL AMERICA, INC.**
200 E. ALONDRA BLVD. GARDENA CA 90248
TEL : 310-329-2389  FAX : 310-329-1056  EMAIL : JIWON.LEE@ACLGLOBAL.NET

# STATEMENT

TO   :   KITCHEN WINNERS INC
         1134 53RD ST
         BROOKLYN, NY 11219

| STATEMENT DATE | June 22, 2021 |
|---|---|
| STATEMENT PERIOD | As of 06-22-2021 |
| CURRENCY | USD |
| TERMS | 0 |
| CREDIT LIMIT | 0.00 |
| BALANCE DUE | USD  20,904.50 |

| INV. DATE / DUE DATE | FILING NO. | B/L NO. | CUSTOMER REF NO. | Invoice No. | INVOICE AMOUNT | PAID | BALANCE | TOTAL BALANCE |
|---|---|---|---|---|---|---|---|---|
| 05/20/2021 | OLX0002044 - TR | | LM003 | INV-ALX-26366 | 600.00 | 0.00 | 600.00 | 600.00 |
| 05/20/2021 | | | | | | 0.00 | | |
| 05/31/2021 | OLX0002077 | MAY 2021 - KITCHEN W | | INV-ALX-26390 | 8,387.00 | 0.00 | 8,387.00 | 8,987.00 |
| 05/31/2021 | | | | | | 0.00 | | |
| 06/03/2021 | OLX0002025 - TR | | LM001 | INV-ALX-26364 | 900.00 | 0.00 | 900.00 | 9,887.00 |
| 06/03/2021 | | | | | | 0.00 | | |
| 06/03/2021 | OLX0002025 - TR | | LM001 | INV-ALX-26365 | 787.50 | 0.00 | 787.50 | 10,674.50 |
| 06/03/2021 | | | | | | 0.00 | | |
| 06/03/2021 | OLX0002065 | TRANS-LOAD | | INV-CHI-30536 | 9,524.00 | 0.00 | 9,524.00 | 20,198.50 |
| 06/03/2021 | | | | | | 0.00 | | |
| 06/07/2021 | OLX0002091 | JUN 07 2021 - KWI | | INV-ALX-26416 | 706.00 | 0.00 | 706.00 | 20,904.50 |
| 06/07/2021 | | | | | | 0.00 | | |
| | | | | TOTAL | 20,904.50 | 0.00 | | 20,904.50 |

| CURRENT | 1 - 30 DAYS PAST DUE | 31 - 60 DAYS PAST DUE | 61 - 90 DAYS PAST DUE | 90 + DAYS PAST DUE | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | 20,304.50 | 600.00 | 0.00 | 0.00 | 20,904.50 |

| REMARK |
|---|
|  |

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: RACHEL@ACLGLOBAL.NET

# INVOICE

**INVOICE No. : INV-ALX-26366**

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | **INVOICE DATE** | May-20-2021 |
| | | **TERMS** | 0 days |
| | | **DUE DATE** | May-20-2021 |
| Attn To : | | **OUR FILING NO.** | OLX0002044 - TR |
| Ship To : | ACL AMERICA INC. | **Customer Ref. No.** | LM003 |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : 1 X 53'TRAILER | | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : GLOVES | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| 05/21/21 TRUCKING CHARGE | - | 600.000 | 1 | 600.00 |

| | | | |
|---|---|---|---|
| | TOTAL DUE | | 600.00 |
| | PAID AMOUNT | | 0.00 |
| | **PLEASE PAY THIS AMOUNT** | USD | 600.00 |

| MEMO | |
|---|---|
| **REMARK** | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.

JIWON
PREPARED BY

Adorama Inc. & Kitchen Winners NY Inc.000259

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26390

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | INVOICE DATE | May-31-2021 |
| | | TERMS | 0 days |
| | | DUE DATE | May-31-2021 |
| Attn To : | | OUR FILING NO. | OLX0002077 |
| Ship To : | KITCHEN WINNERS INC | Customer Ref. No. | |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : | MAY 2021 - KITCHEN W | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | MAY 2021 - KITCHEN W | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| MC019 | - | 520.000 | 1 | 520.00 |
| MC024 | - | 610.000 | 1 | 610.00 |
| MC025 | - | 576.000 | 1 | 576.00 |
| MC018 | - | 560.000 | 1 | 560.00 |
| MJ002 | - | 650.000 | 1 | 650.00 |
| MC020 | - | 576.000 | 1 | 576.00 |
| MJ006 | - | 735.000 | 1 | 735.00 |
| MJ004 | - | 640.000 | 1 | 640.00 |
| MC023 | - | 640.000 | 1 | 640.00 |
| MC021 | - | 650.000 | 1 | 650.00 |
| MC022 | - | 610.000 | 1 | 610.00 |
| MJ005 | - | 520.000 | 1 | 520.00 |
| MJ008 | - | 580.000 | 1 | 580.00 |
| MJ009 | - | 520.000 | 1 | 520.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 8,387.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 8,387.00 |

| MEMO | 14 TRANSLOADS |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.

JIWON
PREPARED BY

Adorama Inc. & Kitchen Winners NY Inc.000260

# ACL AMERICA, INC.

**INVOICE**

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: RACHEL@ACLGLOBAL.NET

INVOICE No. : INV-ALX-26364

| | | | |
|---|---|---|---|
| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | INVOICE DATE | Jun-03-2021 |
| | | TERMS | 0 days |
| | | DUE DATE | Jun-03-2021 |
| Attn To : | | OUR FILING NO. | OLX0002025 - TR |
| Ship To : | ACL AMERICA INC. | Customer Ref. No. | LM001 |

MASTER B/L NO.     :   2 X 53'TRAILER          NO. OF PKGS     :
HOUSE B/L NO.      :                           KGS / LBS       :
Vessel(Flight) NO. :                           CBM / CFT       :
POL / ETD          :                           CNTR. NO.       :
POD / ETA          :                           SHIPPER         :
F.DEST. / ETA      :
COMMODITY          :   GLOVES                  CONSIGNEE       :

SHIPPER            :                           NOTIFY          :

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| 05/13/21 TRUCKING CHARGE | - | 600.000 | 1 | 600.00 |
| WAITING TIME (10AM-4PM) | - | 75.000 | 4 | 300.00 |

|  |  |  |
|---|---|---|
| TOTAL DUE | | 900.00 |
| PAID AMOUNT | | 0.00 |
| PLEASE PAY THIS AMOUNT | USD | 900.00 |

| MEMO | 2ND LOAD |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.                                   JIWON
                                                    PREPARED BY

Adorama Inc. & Kitchen Winners NY Inc.000261

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: RACHEL@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26365

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | **INVOICE DATE** | Jun-03-2021 |
| | | **TERMS** | 0 days |
| | | **DUE DATE** | Jun-03-2021 |
| Attn To : | | **OUR FILING NO.** | OLX0002025 - TR |
| Ship To : | ACL AMERICA INC. | **Customer Ref. No.** | LM001 |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : 2 X 53'TRAILER | | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : GLOVES | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| 05/13/21 TRUCKING CHARGE | - | 600.000 | 1 | 600.00 |
| WAITING TIME (9:30AM-2:00PM) | - | 75.000 | 2.5 | 187.50 |

| | | | |
|---|---|---|---|
| **TOTAL DUE** | | | 787.50 |
| **PAID AMOUNT** | | | 0.00 |
| **PLEASE PAY THIS AMOUNT** | | USD | 787.50 |

| **MEMO** | 1ST LOAD |
|---|---|
| **REMARK** | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

| | JIWON |
|---|---|
| ACL AMERICA, INC. | PREPARED BY |

Adorama Inc. & Kitchen Winners NY Inc.000262

# ACL AMERICA, INC.

2475 TOUHY AVE STE 100 DOCK 1 ~ 3,
ELK GROVE VILLAGE, IL 60007
TEL: 847-734-8700 FAX: 874-734-1404
EMAIL: JAY.BACK@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-CHI-30536

Bill To : KITCHEN WINNERS INC
1134 53RD ST
BROOKLYN, NY 11219

| | |
|---|---|
| INVOICE DATE | Jun-03-2021 |
| TERMS | 0 days |
| DUE DATE | Jun-03-2021 |
| OUR FILING NO. | OLX0002065 |
| Customer Ref. No. | |

Attn To :
Ship To : KITCHEN WINNERS INC

MASTER B/L NO.    : TRANS-LOAD
HOUSE B/L NO.     : TRANS-LOAD
Vessel(Flight) NO. :
POL / ETD         :
POD / ETA         :
F.DEST. / ETA     :
COMMODITY         :

SHIPPER           : KITCHEN WINNERS INC

NO. OF PKGS       :
KGS / LBS         :
CBM / CFT         :
CNTR. NO.         :
SHIPPER           : KITCHEN WINNERS INC
CONSIGNEE         : DIMERCO
NOTIFY            :

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| IN & OUT CHG | - | 20.000 | 473 | 9,460.00 |
| PALLET CHG | - | 16.000 | 4 | 64.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 9,524.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 9,524.00 |

| | |
|---|---|
| MEMO | |
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br><br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.* |

ACL AMERICA, INC.

JIWON
PREPARED BY

Adorama Inc. & Kitchen Winners NY Inc.000263

# ACL AMERICA, INC.

# INVOICE

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

INVOICE No. : INV-ALX-26416

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 | | |
|---|---|---|---|
| | | INVOICE DATE | Jun-07-2021 |
| | | TERMS | 0 days |
| | | DUE DATE | Jun-07-2021 |
| Attn To : | | OUR FILING NO. | OLX0002091 |
| Ship To : | KITCHEN WINNERS INC | Customer Ref. No. | |

| | | | | | |
|---|---|---|---|---|---|
| MASTER B/L NO. | : | JUN 07 2021 - KWI | NO. OF PKGS | : | |
| HOUSE B/L NO. | : | JUN 07 2021 - KWI | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| WH IN CHARGES | - | 10.000 | 24 | 240.00 |
| WH OUT CHARGES | - | 10.000 | 24 | 240.00 |
| WH STORAGE-HALF | - | 9.000 | 24 | 216.00 |
| WH WRAPPING | - | 10.000 | 1 | 10.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 706.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 706.00 |

| MEMO | 53102 TO 26474 |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT. 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

ACL AMERICA, INC.

JIWON
PREPARED BY

Adorama Inc. & Kitchen Winners NY Inc.000264