

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79583 R1**
Invoice Date: 5/27/2021
Revision Date: 5/27/2021
TERMS: Due Upon Receipt
Load: 79583

# REVISED INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: MC030
Pickup Date: 5/27/2021 Delivery: 6/1/2021
Carrier Pro Num: LAND-1344693

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | 10.25 | $4100.00 |
| | * * * TOTAL CHARGES DUE ON 5/27/2021 * * * | | | | $5100.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79349**
Invoice Date: 5/19/2021
TERMS: Due Upon Receipt
Load: 79349

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79349
Pickup Date: 5/19/2021 Delivery: 5/24/2021
Carrier Pro Num: aaau

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | Flat | $8500.00 |
| | * * * TOTAL CHARGES DUE ON 5/19/2021 * * * | | | | $8500.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79348**
Invoice Date: 5/19/2021
TERMS: Due Upon Receipt
Load: 79348

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79348
Pickup Date: 5/19/2021 Delivery: 5/21/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer | | 40000 lbs | 0 | Flat | $8200.00 |
| | **\* \* \* TOTAL CHARGES DUE ON 5/19/2021 \* \* \*** | | | | **$8200.00** |

\*\*\*\* SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS \*\*\*\*
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del'express**

Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79347**
Invoice Date: 5/16/2021
TERMS: Due Upon Receipt
Load: 79347

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79347
Pickup Date: 5/16/2021 Delivery: 5/21/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer | | 40000 lbs | 0 | Flat | $8200.00 |
| | * * * TOTAL CHARGES DUE ON 5/16/2021 * * * | | | | $8200.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79346**
Invoice Date: 9/16/2021
TERMS: Due Upon Receipt
Load: 79346

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79346
Pickup Date: 5/16/2021 Delivery: 5/21/2021
Carrier Pro Num: itfg

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer | | 40000 lbs | 0 | Flat | $8500.00 |
| | *** TOTAL CHARGES DUE ON 5/16/2021 *** | | | | $8500.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del'express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79344**
Invoice Date: 9/16/2021
TERMS: Due Upon Receipt
Load: 79344

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79344
Pickup Date: 5/16/2021 Delivery: 5/21/2021
Carrier Pro Num: tql

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | Flat | $8500.00 |
| | * * * TOTAL CHARGES DUE ON 5/16/2021 * * * | | | | $8500.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79343**
Invoice Date: 5/16/2021
TERMS: Due Upon Receipt
Load: 79343

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79343
Pickup Date: 5/16/2021 Est. Delivery: 5/21/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer | | 40000 lbs | 0 | Flat | $8500.00 |
| | **\* \* \* TOTAL CHARGES DUE ON 5/16/2021 \* \* \*** | | | | **$8500.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79585**
Invoice Date: 5/28/2021
TERMS: Due Upon Receipt
Load: 79585

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: MC032
Pickup Date: 5/28/2021 Est. Delivery: 6/1/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer | | 38500 lbs | 0 | 13.25 | $5100.00 |
| | Net Total: | | | | $5100.00 |
| | *** TOTAL CHARGES DUE ON 5/28/2021 *** | | | | **$5100.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.



REMIT PAYMENT TO:
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79571 R1**
Invoice Date: 5/27/2021
Revision Date: 5/27/2021
TERMS: Due Upon Receipt
Load: 79571

# REVISED INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: MC031
Pickup Date: 5/27/2021 Est. Delivery: 5/31/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 38500 lbs | 0 | 13.25 | $5100.00 |
| | Deficit Weight : | 0 lbs | | 13.25 | $1500.00 |
| | Net Total: | | | | $6600.00 |
| 1. Pickup | MD 3PL, Ontario, CA | | | | $0.00 |
| 2. Pickup | warhorse, Houston, TX | | | | $0.00 |
| 3. Drop | acl, Laredo, TX | | | | $0.00 |
| | **\* \* \* TOTAL CHARGES DUE ON 5/27/2021 \* \* \*** | | | | **$6600.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79472**
Invoice Date: 5/23/2021
TERMS: Due Upon Receipt
Load: 79472

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 1
Pickup Date: 5/23/2021 Est. Delivery: 5/28/2021
Carrier Pro Num: Intr

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|----------|------------------------|--------|-------|------|-------|
| 1 trailer |                        | 38500 lbs | 0 | 12.73 | $4900.00 |
|          | Net Total:             |        |       |      | $4900.00 |
|          | * * * TOTAL CHARGES DUE ON 5/23/2021 * * * |  |  |  | **$4900.00** |

\*\*\*\* SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS \*\*\*\*
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79471**
Invoice Date: 5/23/2021
TERMS: Due Upon Receipt
Load: 79471

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 1
Pickup Date: 5/23/2021 Est. Delivery: 5/28/2021
Carrier Pro Num: Rbfr

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 38500 lbs | 0 | 15.06 | $5800.00 |
| | Net Total: | | | | $5800.00 |
| | *** TOTAL CHARGES DUE ON 5/23/2021 *** | | | | **$5800.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79462**
Invoice Date: 5/21/2021
TERMS: Due Upon Receipt
Load: 79462

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 1
Pickup Date: 5/21/2021 Est. Delivery: 5/26/2021
Carrier Pro Num: jkzc

**CONSIGNEE** (TO)
ACL America Inc
2475 TOUHY AVE STE#100, DOCK#1-7
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 39000 lbs | 0 | 21.03 | $8200.00 |
| | Net Total: | | | | $8200.00 |
| | **\* \* \* TOTAL CHARGES DUE ON 5/21/2021 \* \* \*** | | | | **$8200.00** |

\*\*\*\* SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS \*\*\*\*
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79459**
Invoice Date: 5/21/2021
TERMS: Due Upon Receipt
Load: 79459

# INVOICE

| BILL TO | SHIPPER (FROM) |
|---|---|
| Kitchen Winners INC<br>1134 53rd st<br>Brooklyn, NY 11219 | MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761 |

Shipper Num: 1
Pickup Date: 5/21/2021 Est. Delivery: 5/24/2021
Carrier Pro Num: asqw

**CONSIGNEE (TO)**
ACL America Inc
2475 TOUHY AVE STE#100, DOCK#1-7
Elk Grove Village, IL 60007

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 39000 lbs | 0 | 21.03 | $8200.00 |
| | Net Total: | | | | $8200.00 |
| | * * * TOTAL CHARGES DUE ON 5/21/2021 * * * | | | | **$8200.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79408**
Invoice Date: 5/20/2021
TERMS: Due Upon Receipt
Load: 79408

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79408
PO Reference: MC020
Pickup Date: 5/20/2021 Est. Delivery: 5/24/2021
Carrier Pro Num: lga

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | Flat | $5200.00 |
| | * * * TOTAL CHARGES DUE ON 5/20/2021 * * * | | | | $5200.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79407**
Invoice Date: 5/20/2021
TERMS: Due Upon Receipt
Load: 79407

# INVOICE

| BILL TO | SHIPPER (FROM) |
|---|---|
| Kitchen Winners INC<br>1134 53rd st<br>Brooklyn, NY 11219 | MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761 |

Shipper Num: 79407
PO Reference: MC019
Pickup Date: 5/20/2021 Delivery: 5/24/2021
Carrier Pro Num: GREA

**CONSIGNEE (TO)**
acl
1118 Beltway Parkway
Laredo, TX 78045

.

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | Flat | $5200.00 |
| | * * * TOTAL CHARGES DUE ON 5/20/2021 * * * | | | | **$5200.00** |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.

**del express**

REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79406**
Invoice Date: 5/20/2021
TERMS: Due Upon Receipt
Load: 79406

# INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: 79406
PO Reference: MC018
Pickup Date: 5/20/2021 Est. Delivery: 5/24/2021
Carrier Pro Num: LAND

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | Flat | $5200.00 |
| | *** TOTAL CHARGES DUE ON 5/20/2021 *** | | | | $5200.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.