# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 3/31/2021 |

**To:**
Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139

| Due Date | Amount Due |
|---|---|
| 3/31/2021 | $1,850,000.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/21/2021 | Balance forward | | 0.00 |
| 03/24/2021 | INV #1697. Due 04/07/2021. | 1,250,000.00 | 1,250,000.00 |
| 03/26/2021 | INV #1698A. Due 04/26/2021. | 600,000.00 | 1,850,000.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 1,850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,850,000.00 |

Adorama Inc. & Kitchen Winners NY Inc.000456

# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 6/30/2021 |

**To:**
Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139

| Due Date | Amount Due |
|---|---|
| 6/30/2021 | $661,095.00 |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 05/31/2021 | Balance forward | | 3,727,840.00 |
| 06/01/2021 | PMT | -1,725,000.00 | 2,002,840.00 |
| 06/02/2021 | INV #1753. Due 06/02/2021. | 342,125.00 | 2,344,965.00 |
| 06/03/2021 | INV #1754. Due 06/03/2021. | 342,125.00 | 2,687,090.00 |
| 06/03/2021 | INV #1755. Due 06/03/2021. | 319,585.00 | 3,006,675.00 |
| 06/03/2021 | PMT | -1,380,000.00 | 1,626,675.00 |
| 06/04/2021 | INV #1759. Due 06/04/2021. | 314,755.00 | 1,941,430.00 |
| 06/04/2021 | INV #1760. Due 06/04/2021. | 319,585.00 | 2,261,015.00 |
| 06/08/2021 | INV #1756. Due 06/08/2021. | 65,000.00 | 2,326,015.00 |
| 06/08/2021 | INV #1761. Due 06/08/2021. | 327,405.00 | 2,653,420.00 |
| 06/08/2021 | PMT | -690,000.00 | 1,963,420.00 |
| 06/10/2021 | PMT | -1,035,000.00 | 928,420.00 |
| 06/11/2021 | INV #1762. Due 06/11/2021. | 345,000.00 | 1,273,420.00 |
| 06/11/2021 | INV #1763. Due 06/11/2021. | 345,000.00 | 1,618,420.00 |
| 06/11/2021 | INV #1764. Due 06/11/2021. | 345,000.00 | 1,963,420.00 |
| 06/11/2021 | INV #1765. Due 06/11/2021. | 292,675.00 | 2,256,095.00 |
| 06/14/2021 | PMT | -345,000.00 | 1,911,095.00 |
| 06/14/2021 | CREDMEM #1697C. | -1,250,000.00 | 661,095.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 661,095.00 | 0.00 | 0.00 | 0.00 | $661,095.00 |

# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 4/30/2021 |

**To:**
Rock Fintek LLC Deposits

| Due Date | Amount Due |
|---|---|
| 4/30/2021 | $600,000.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/31/2021 | Balance forward | | 0.00 |
| 04/07/2021 | INV #1697. Due 04/07/2021. | 1,250,000.00 | 1,250,000.00 |
| 04/08/2021 | PMT #Deposit. | -1,250,000.00 | 0.00 |
| 04/26/2021 | INV #1698A. Due 04/26/2021. | 600,000.00 | 600,000.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 600,000.00 | 0.00 | 0.00 | 0.00 | $600,000.00 |

# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 5/31/2021 |

| To: |
|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| Due Date | Amount Due |
|---|---|
| 5/31/2021 | $3,727,840.00 |

| Date | Transaction | Amount | Balance |
|---|---|---:|---:|
| 04/30/2021 | Balance forward | | -85,675.00 |
| 05/03/2021 | INV #1707. Due 05/03/2021. | 345,000.00 | 259,325.00 |
| 05/03/2021 | INV #1708. Due 05/03/2021. | 345,000.00 | 604,325.00 |
| 05/03/2021 | PMT | -690,000.00 | -85,675.00 |
| 05/05/2021 | INV #1709. Due 05/05/2021. | 345,000.00 | 259,325.00 |
| 05/05/2021 | INV #1710. Due 05/05/2021. | 345,000.00 | 604,325.00 |
| 05/05/2021 | PMT | -690,000.00 | -85,675.00 |
| 05/10/2021 | INV #1711. Due 05/10/2021. | 345,000.00 | 259,325.00 |
| 05/10/2021 | INV #1712. Due 05/10/2021. | 345,000.00 | 604,325.00 |
| 05/10/2021 | PMT | -690,000.00 | -85,675.00 |
| 05/11/2021 | INV #1713. Due 05/11/2021. | 345,000.00 | 259,325.00 |
| 05/11/2021 | INV #1714. Due 05/11/2021. | 330,510.00 | 589,835.00 |
| 05/11/2021 | INV #1715. Due 05/11/2021. | 345,000.00 | 934,835.00 |
| 05/11/2021 | PMT | -690,000.00 | 244,835.00 |
| 05/12/2021 | INV #1716. Due 05/12/2021. | 345,000.00 | 589,835.00 |
| 05/12/2021 | INV #1717. Due 05/12/2021. | 345,000.00 | 934,835.00 |
| 05/12/2021 | PMT | -690,000.00 | 244,835.00 |
| 05/12/2021 | INV #1746. Due 05/12/2021. | 345,000.00 | 589,835.00 |
| 05/13/2021 | INV #1718. Due 05/13/2021. | 345,000.00 | 934,835.00 |
| 05/13/2021 | INV #1757. Due 05/13/2021. | 321,770.00 | 1,256,605.00 |
| 05/16/2021 | INV #1725. Due 05/16/2021. | 198,435.00 | 1,455,040.00 |
| 05/19/2021 | INV #1719. Due 05/19/2021. | 345,000.00 | 1,800,040.00 |
| 05/19/2021 | INV #1720. Due 05/19/2021. | 345,000.00 | 2,145,040.00 |
| 05/19/2021 | INV #1721. Due 05/19/2021. | 345,000.00 | 2,490,040.00 |
| 05/19/2021 | INV #1722. Due 05/19/2021. | 345,000.00 | 2,835,040.00 |
| 05/19/2021 | INV #1723. Due 05/19/2021. | 345,000.00 | 3,180,040.00 |
| 05/19/2021 | INV #1724. Due 05/19/2021. | 345,000.00 | 3,525,040.00 |
| 05/19/2021 | PMT | -1,380,000.00 | 2,145,040.00 |
| 05/20/2021 | INV #1728. Due 05/20/2021. | 345,000.00 | 2,490,040.00 |
| 05/20/2021 | INV #1729. Due 05/20/2021. | 345,000.00 | 2,835,040.00 |
| 05/20/2021 | PMT | -345,000.00 | 2,490,040.00 |
| 05/21/2021 | INV #1727. Due 05/21/2021. | 345,000.00 | 2,835,040.00 |
| 05/21/2021 | PMT | -1,035,000.00 | 1,800,040.00 |
| 05/24/2021 | INV #1731. Due 05/24/2021. | 345,000.00 | 2,145,040.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 0.00 | 3,727,840.00 | 0.00 | 0.00 | 0.00 | $3,727,840.00 |

Adorama Inc. & Kitchen Winners NY Inc.000459

# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 5/31/2021 |

**To:**
Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139

| Due Date | Amount Due |
|---|---|
| 5/31/2021 | $3,727,840.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 05/24/2021 | INV #1732. Due 05/24/2021. | 345,000.00 | 2,490,040.00 |
| 05/24/2021 | INV #1733. Due 05/24/2021. | 345,000.00 | 2,835,040.00 |
| 05/24/2021 | INV #1734. Due 05/24/2021. | 345,000.00 | 3,180,040.00 |
| 05/24/2021 | INV #1735. Due 05/24/2021. | 345,000.00 | 3,525,040.00 |
| 05/24/2021 | INV #1736. Due 05/24/2021. | 345,000.00 | 3,870,040.00 |
| 05/24/2021 | INV #1737. Due 05/24/2021. | 322,000.00 | 4,192,040.00 |
| 05/24/2021 | PMT | -1,725,000.00 | 2,467,040.00 |
| 05/25/2021 | INV #1738. Due 05/25/2021. | 322,000.00 | 2,789,040.00 |
| 05/25/2021 | INV #1739. Due 05/25/2021. | 330,510.00 | 3,119,550.00 |
| 05/25/2021 | INV #1740. Due 05/25/2021. | 340,515.00 | 3,460,065.00 |
| 05/25/2021 | INV #1742. Due 05/25/2021. | 345,000.00 | 3,805,065.00 |
| 05/25/2021 | INV #1743. Due 05/25/2021. | 345,000.00 | 4,150,065.00 |
| 05/25/2021 | INV #1744. Due 05/25/2021. | 345,000.00 | 4,495,065.00 |
| 05/25/2021 | PMT | -1,035,000.00 | 3,460,065.00 |
| 05/26/2021 | INV #1741. Due 05/25/2021. | 330,510.00 | 3,790,575.00 |
| 05/26/2021 | INV #1745. Due 05/25/2021. | 345,000.00 | 4,135,575.00 |
| 05/27/2021 | PMT | -198,435.00 | 3,937,140.00 |
| 05/27/2021 | PMT | -2,070,000.00 | 1,867,140.00 |
| 05/28/2021 | INV #1747. Due 05/28/2021. | 192,625.00 | 2,059,765.00 |
| 05/28/2021 | INV #1749. Due 05/28/2021. | 345,000.00 | 2,404,765.00 |
| 05/28/2021 | INV #1750. Due 05/28/2021. | 330,510.00 | 2,735,275.00 |
| 05/28/2021 | INV #1751. Due 05/28/2021. | 322,460.00 | 3,057,735.00 |
| 05/28/2021 | INV #1752. Due 05/28/2021. | 340,515.00 | 3,398,250.00 |
| 05/28/2021 | INV #1758. Due 05/28/2021. | 329,590.00 | 3,727,840.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,727,840.00 | 0.00 | 0.00 | 0.00 | $3,727,840.00 |

Adorama Inc. & Kitchen Winners NY Inc.000460

# Statement

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date |
|---|
| 4/30/2021 |

**To:**
Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139

| Due Date | Amount Due |
|---|---|
| 4/30/2021 | -$85,675.00 |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 03/31/2021 | Balance forward | | 0.00 |
| 04/20/2021 | INV #1703. Due 04/20/2021. | 335,800.00 | 335,800.00 |
| 04/20/2021 | INV #1704. Due 04/20/2021. | 286,925.00 | 622,725.00 |
| 04/20/2021 | PMT | -690,000.00 | -67,275.00 |
| 04/26/2021 | INV #1705. Due 04/26/2021. | 335,800.00 | 268,525.00 |
| 04/26/2021 | INV #1706. Due 04/26/2021. | 335,800.00 | 604,325.00 |
| 04/26/2021 | PMT | -690,000.00 | -85,675.00 |
| 04/27/2021 | INV #1730. Due 04/27/2021. | 345,000.00 | 259,325.00 |
| 04/27/2021 | PMT | -345,000.00 | -85,675.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| -85,675.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$85,675.00 |

Adorama Inc. & Kitchen Winners NY Inc.000461

# Invoice

Kitchen Winners NY
1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 6/11/2021 | 1763 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 79741 | Net 30 | | 6/11/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30,000 | 4015190000 | Nitrile examination gloves  powder free , Non sterile | 11.50 | 345,000.00 |

| | |
|---|---|
| **Total** | $345,000.00 |
| **Payments/Credits** | -$321,580.00 |
| **Balance Due** | $23,420.00 |

Adorama Inc. & Kitchen Winners NY Inc.000514

# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 6/11/2021 | 1764 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 79740 | Net 30 | | 6/11/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 30,000 | 4015190000 | Nitrile examination gloves powder free, Non sterile | 11.50 | 345,000.00 |

| | Total | $345,000.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000515

# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 6/11/2021 | 1765 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| 79742 | Net 30 | | 6/11/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 25,450 | 4015190000 | Nitrile examination gloves powder free , Non sterile | 11.50 | 292,675.00 |

| | Total | $292,675.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000516

# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 5/28/2021 | 1747 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 5/28/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Truck | 79470 | 7,700.00 | 7,700.00 |
|  | Truck | 79485 | 7,100.00 | 7,100.00 |
|  | Truck | 79482 | 7,100.00 | 7,100.00 |
|  | Truck | 79483 | 7,200.00 | 7,200.00 |
|  | Truck | 79403 | 7,100.00 | 7,100.00 |
|  | Truck | 7245241551 | 7,246.00 | 7,246.00 |
|  | Truck | 3653359637 | 7,246.00 | 7,246.00 |
|  | Truck | 7640350811 | 7,246.00 | 7,246.00 |
|  | Truck | 5940330786 | 7,246.00 | 7,246.00 |
|  | Truck | 8612202412 | 7,246.00 | 7,246.00 |
|  | Truck | 79484 | 7,100.00 | 7,100.00 |
|  | Truck | 79557 | 7,200.00 | 7,200.00 |
|  | Truck | 79560 | 7,200.00 | 7,200.00 |
|  | Truck | 79559 | 7,200.00 | 7,200.00 |
|  | Truck | 79576 | 7,100.00 | 7,100.00 |
|  | Truck | 79571 | 7,100.00 | 7,100.00 |
|  | Truck | 79583 | 7,100.00 | 7,100.00 |
|  | Truck | 79585 | 7,100.00 | 7,100.00 |
|  | Truck | 7084972361 | 6,382.00 | 6,382.00 |
|  | Truck | 6845495973 | 6,915.00 | 6,915.00 |
|  | Truck | 9066043699 | 6,382.00 | 6,382.00 |
|  | Truck | 2106817524 | 7,182.00 | 7,182.00 |
|  | Truck | 5793891311 | 7,182.00 | 7,182.00 |
|  | Truck | 8005460413 | 7,182.00 | 7,182.00 |
|  | Truck | 2391242110 | 7,814.00 | 7,814.00 |
|  | Truck | 2259696233 | 7,028.00 | 7,028.00 |
|  | Truck | 2539778244 | 7,028.00 | 7,028.00 |

**Total** $192,625.00

Adorama Inc. & Kitchen Winners NY Inc.000561

# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 6/8/2021 | 1756 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 6/8/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | Insurance | Euler Insurance policy - Kitchen Winners 750k | 25,000.00 | 25,000.00 |
|  | Insurance | Euler Insurance policy - Logic Imports 750k | 25,000.00 | 25,000.00 |

**Total** $50,000.00

Adorama Inc. & Kitchen Winners NY Inc.000562