

**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79046**

PICKUP DATE: 5/5/2021
SHIPPERS NO.

**Load: 79046**             **CARRIER: Hd Carriers Inc**

**SHIPPER (FROM)**
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE (TO)**
Dimerco
1351 Veterans Pkwy.
Clarksville, IN 47129
( ) -
Phone numbers provided for carrier convenience
Contact:
PO#9900007555

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 26 Pallets  3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |

Pickup Date: 5/5/2021 Ready: 9:00 AM Close: 6:00 PM      Total Weight: **36000**

(Place Pro Label Here)

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79046
Guaranteed delivery for 5/9 11pm
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | _signature_ | PER | DATE/TIME 5/5/21 |
| CARRIER Hd Carriers Inc | _signature_ | PER | DATE/TIME 05/05/21 |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material                   STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79046

Adorama Inc. & Kitchen Winners NY Inc.000360

**BILL OF LADING: 79045**


**delexpress**

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445  Fax. 718-237-2543
info@delx.com

PICKUP DATE: 5/5/2021
SHIPPERS NO.

Load: 79045     CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles, Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| | | 30 Pallets - on 30 Pallets (48 x 48) | | 60 Ln ft |
| | | Pickup Date: 5/5/2021  Ready: 9:00 AM  Close: 6:00 PM | | Total Weight: 37000 |

*(Place Pro Label Here)*

Handwritten: 26 PALLS
Seal # 29050836
Trailer# HD-208

3RD PARTY BILL FREIGHT PREPAID TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79045
Guaranteed Delivery 5/10 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | PER | DATE/TIME |
|---|---|---|---|
| SHIPPER | MD 3PL | [signature] | 5/5 |
| CARRIER | Hd Carriers Inc | PER  Jessie Singh | 5/5-21 |
| CONSIGNEE | Dimerco | PER | 5-15 |

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

* HM indicates Hazardous Material

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and shall be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load # 79045

Adorama Inc. & Kitchen Winners NY Inc.000361



**delexpress**

63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: feiga gruber

**BILL OF LADING:** 79026

| PICKUP DATE: | 5/11/2021 |
|---|---|
| SHIPPERS NO. | 79026 |

**Load: 79026**         **CARRIER: BAL TRUCKING INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | | 50 Ln ft |
| Pickup Date: 5/11/2021 Ready: 11:00 AM Close: 3:00 PM | | | | Total Weight: 37000 |

(Place Pro Label Here)

*Handwritten:* Trailler #W37886
Seal # 29050809
26 pallets total

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

| | Shipment Value Not Specified. | |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _____ | Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79026
Delivery appointment set for 5/14 7:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL _(signature)_ 5-11-21 | PER | DATE/TIME |
|---|---|---|
| CARRIER BAL TRUCKING INC Sukhchain | PER _(signature)_ | DATE/TIME 5-11-21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del-Express**

Load #: 79026



**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING-79030**

| PICKUP DATE: 5/11/2021 |
|---|
| SHIPPERS NO. |

## Load: 79030        CARRIER: DELTA CARRIERS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>(732) 554-8600<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 25 Pallets | | 2874 Cartons | 100 | 35,210.8 lbs |
| 25 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/11/2021 Ready: 10:15 AM Close: 6:00 PM | | | | Total Weight: 37000 |

(Place Pro Label Here)
Seal # 29050856
Trailer # 9104
25 pallets total.

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79030
Guaranteed Delivery 5/14 10 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | 5-11-21 | PER | | DATE/TIME |
|---|---|---|---|---|
| CARRIER DELTA CARRIERS INC | AD | PER | | DATE/TIME 05-11-21 |
| CONSIGNEE Dimerco | | PER | | DATE/TIME |

* HM indicates Hazardous Material                        STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79030



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79235**

| PICKUP DATE: | 5/12/2021 |
|---|---|
| SHIPPERS NO. | 79 |

## Load: 79235        CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | dimarco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 27 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 27 Pallets - on 28 Pallets(48 x 48) | | | | 56 Ln ft |
| Pickup Date: 5/12/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **36000** | |

(Place Pro Label Here)

Seal # 29050759
Trailer # W86721
27 pallets Total

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79235
**Additional Services:**

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | MD 3PL | [signature] 5-12-21 | PER | | DATE/TIME | |
|---|---|---|---|---|---|---|
| CARRIER | Hd Carriers Inc | [signature] | PER | | DATE/TIME | 5/12/21 |
| CONSIGNEE | dimarco | | PER | | DATE/TIME | |

* HM indicates Hazardous Material                   STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79235



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445  Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79233**

| PICKUP DATE: |
|---|
| 5/11/2021 |
| SHIPPERS NO. |
| 79 |

## Load: 79233              CARRIER: KORDUN EXPRESS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL<br>905 Wineville Ave<br>Unit B Door 20<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>2260 Midlothian Road<br>Mundelein, IL 60060<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/11/2021 Ready: 11:15 AM Close: 4:30 PM | | | Total Weight: | **36000** |

(Place Pro Label Here)

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79233
Gurenteed Delivery Friday 5/14 7 am
Additional Services:

SEAL 09175001

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | MD 3PL | PER | DATE/TIME 5/11/21 |
|---|---|---|---|
| CARRIER | KORDUN EXPRESS INC | PER | DATE/TIME |
| CONSIGNEE | Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                              STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Adorama Inc. & Kitchen Winners NY Inc.000365

Load #: 79233



**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79234**

| PICKUP DATE: | 5/12/2021 |
|---|---|
| SHIPPERS NO. | 79 |

## Load: 79234                    CARRIER: Hd Carriers Inc

**SHIPPER (FROM)**
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE (TO)**
Dimerco
1351 Veterans Pkwy,
Clarksville, IN 47129
( ) -
Phone numbers provided for carrier convenience
Contact:
**PO#9900007555**

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 26 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 26 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/12/2021 Ready: 6:15 AM Close: 5:00 PM | | | Total Weight: | 36000 |

(Place Pro Label Here)
Seal #29050751
Trailer # HD113
26 pallets total

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(SIGNATURE OF CONSIGNOR)_

**SPECIAL INSTRUCTIONS:** Load:79234
**Additional Services:**

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | 5-12-21 | PER | DATE/TIME |
|---|---|---|---|
| CARRIER Hd Carriers Inc | | PER | DATE/TIME 5-12-21 |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Adorama Inc. & Kitchen Winners NY Inc. 000366

Load #: 79234



**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79310**

| PICKUP DATE: |
| --- |
| 5/13/2021 |

| SHIPPERS NO. |
| --- |
| 7 |

## Load: 79310    CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 26 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 26 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/13/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **36000** | |

(Place Pro Label Here)

Seal # 29050760
Trailer # 53724
26 pallets total

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79310
**Additional Services:**

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL Alexander Zamano | PER Alex | DATE/TIME 05/13/21 |
| --- | --- | --- |
| CARRIER Hd Carriers Inc | PER Jorge | DATE/TIME 5/13/81 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                                             STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived
Adorama Inc. & Kitchen Winners NY Inc 000367
**Track your Shipment at Del Express**

Load #: 79310



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79236**

| PICKUP DATE: |
| 5/11/2021 |
| SHIPPERS NO. |
| 7 |

## Load: 79236   CARRIER: Hd Carriers Inc

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE** (TO)
Dimerco
1351 Veterans Pkwy,
Clarksville, IN 47129
( ) -
Phone numbers provided for carrier convenience
Contact:

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 26 Pallets | | 3,000 CTNS | 100 | 36000 lbs |
| 26 Pallets | | | | |

Pickup Date: 5/11/2021 Ready: 12:00 AM Close: 12:00 AM    Total Weight: **36000**

(Place Pro Label Here)
Seal # 29050752
Trailer # Hde-205

26 pallets

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79236
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL Antonio | PER | DATE/TIME 5-12-21 |
| CARRIER Hd Carriers Inc Jessin Shm | PER | DATE/TIME 5-12-21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79236



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING 79317**

| PICKUP DATE: | 5/19/2021 |
|---|---|
| SHIPPERS NO. | 7 |

## Load: 79317    CARRIER: STAFFORD TRUCKING INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Mount Juliet, TN 37122<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |

(handwritten: 22)

Pickup Date: 5/19/2021 Ready: 9:00 AM Close: 5:00 PM    Total Weight: **36000**

(Place Pro Label Here)

(handwritten: 22 PLTS)

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79317
guaranteed delivery 5/20 5:30 am
Additional Services:

(handwritten: PO# MC001)

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | (sig) | DATE/TIME | 5/19/21 |
|---|---|---|---|---|---|
| CARRIER | STAFFORD TRUCKING INC | PER | Etjam Sanchor | DATE/TIME | 5/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79317



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79318**

| PICKUP DATE: | 5/19/2021 |
|---|---|
| SHIPPERS NO. | 7 |

## Load: 79318

### CARRIER: DORRE TRUCKING TRANSPORTATION LLC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Mount Juliet, TN 37122<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets *[27]* | | 3000 Cartons | 100 | 36000 lbs |
| | | 30 Pallets - on 30 Pallets(48 x 48) | | |
| | | Pickup Date: 5/19/2021 Ready: 8:00 AM Close: 5:00 PM | Total Weight: | **36000** |

(Place Pro Label Here)

*27 plts*

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79318
guaranteed delivery 5/20 6 am
Additional Services:   *PO#MC002*

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | *[sig]* | DATE/TIME | 5/19/21 |
|---|---|---|---|---|---|
| CARRIER | DORRE TRUCKING TRANSPORTATION LLC | PER | *Omer* | DATE/TIME | 5/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

Track your Shipment at Del Express



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445   Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING 79320**

| PICKUP DATE: | 5/19/2021 |
|---|---|
| SHIPPERS NO. | 7 |

**Load: 79320**            **CARRIER: W EXPRESS INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Romulus, MI 48174 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets (X'd, "26" written) | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 6:15 AM Close: 5:00 PM | | | Total Weight: | **36000** |

(Place Pro Label Here) — handwritten: **PO#MD003**

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

**SPECIAL INSTRUCTIONS: Load:79320**
Guaranteed delivery 5/20 3:45 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | Jay Rock | DATE/TIME | 5/19/21 |
|---|---|---|---|---|---|
| CARRIER | W EXPRESS INC | PER | Dusan Antic | DATE/TIME | 5/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

Track your Shipment at Del Express

Load #: 79320



**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78915**

| PICKUP DATE: | 4/26/2021 |
|---|---|
| SHIPPERS NO. | |

## Load: 78915     CARRIER: Bhullar transportllc

**SHIPPER (FROM)**
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE (TO)**
Dimerco
1351 Veterans Pkwy,
Clarksville, IN 47129
( ) -
Phone numbers provided for carrier convenience
Contact:
**PO#9900007555**

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 4/26/2021 Ready: 9:00 AM Close: 5:00 PM | | | | Total Weight: **37000** |

(Place Pro Label Here)
Seal # 29050892
Trailer # 170643

28 pallets

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:78915
guaranteed delivery 04/29 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | 4-26-21 PER | | DATE/TIME |
|---|---|---|---|
| CARRIER Bhullar transportllc | PER | | DATE/TIME 4/26/21 |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material     STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78915



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING** 79319

| PICKUP DATE: | 5/19/2021 |
|---|---|
| SHIPPERS NO. | 7 |

## Load: 79319     CARRIER: GLOBAL FREIGHT LINES INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Romulus, MI 48174<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ Pallets [24] | | 3000 Cartons | 100 | 36000 lbs |
| | | 30 Pallets - on 30 Pallets(48 x 48) | | |
| | | Pickup Date: 5/19/2021 Ready: 8:00 AM Close: 5:00 PM | Total Weight: | **36000** |

(Place Pro Label Here)

PO#MD004

seal#

G0462357

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79319
Guaranteed Delivery 5/20 4:30 am
Additional Services:

SLC

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | Jay Back | DATE/TIME | 5/19/21 |
|---|---|---|---|---|---|
| CARRIER | GLOBAL FREIGHT LINES INC | PER | Herah | DATE/TIME | 5/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

\* HM indicates Hazardous Material     STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



**Del Express**
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING 79315**

| PICKUP DATE: | 5/19/2021 |
|---|---|
| SHIPPERS NO. | 7 |

## Load: 79315    CARRIER: WINDY CITY CARRIERS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>2260 Midlothian Road<br>Mundelein, IL 60060<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: | 36000 |

(Place Pro Label Here)

PO# MD006

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ (SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79315
Guaranteed delivery 5/20 6:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | [signature] | DATE/TIME 5/19/21 |
|---|---|---|---|---|
| CARRIER | WINDY CITY CARRIERS INC | PER | [signature] | DATE/TIME 05/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

Track your Shipment at Del Express

Load #: 79315