

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING 79316**

| PICKUP DATE: 5/19/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79316** **CARRIER: VMB TRANSPORTATION INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>2260 Midlothian Road<br>Mundelein, IL 60060<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 8:30 AM Close: 5:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| PO# MD007 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| Seal #<br>UL-0213154 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br>By ________________ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>_(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79316
Guaranteed delivery by 5/20 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | PER | | DATE/TIME | |
|---|---|---|---|---|---|
| SHIPPER | ACL America | PER | Jay Bonk | DATE/TIME | 5/19/21 |
| CARRIER | VMB TRANSPORTATION INC | PER | VASYL | DATE/TIME | 05-19-2021 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING 79321

| PICKUP DATE: 5/20/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79321** **CARRIER: YANKEE FREIGHT SYSTEMS LLC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ 24 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/20/2021 Ready: 4:15 AM Close: 4:45 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| PO # MD005 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| Seal # 4899081 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ________________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>________________<br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79321
Guerenteed delivery 5/21 10:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL America | PER Jay Buck | DATE/TIME 5/20/21 | |
| CARRIER YANKEE FREIGHT SYSTEMS LLC | PER MILOS RADIVOJEVIC | DATE/TIME | |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79321

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING 79314

| PICKUP DATE: 5/20/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79314**

**CARRIER: ALWAYS THERE EXPRESS CORPORATION**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ Pallets (26) | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/20/2021 Ready: 12:00 AM Close: 12:00 AM | | | | Total Weight: **36000** |

(Place Pro Label Here)
Po# MD008

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

Seal # 4899082

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ________________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

________________
(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79314
Guaranteed delivery by appointment 5/21 8:30am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | PER | DATE/TIME |
|---|---|---|---|
| SHIPPER | ACL America | Jay Bock | 5/20/21 |
| CARRIER | ALWAYS THERE EXPRESS CORPORATION | [signature] | 5/20/21 |
| CONSIGNEE | Dimerco | | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79314



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING: 79323

| PICKUP DATE: 5/14/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79323** **CARRIER: BEST TRUCKING LLC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/14/2021 Ready: 12:00 AM Close: 12:00 AM | | | | Total Weight: **36000** |

26

| (Place Pro Label Here)<br>PO#MC013 | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
|---|---|

| Seal # 36779090 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _______________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_______________<br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79323
Guaranteed delivery Monday 5/24 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL America | PER Jay Back | DATE/TIME | 5/21/21 |
| CARRIER BEST TRUCKING LLC | PER [signature] | DATE/TIME | 5/21/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79323



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING NO: 79325

| PICKUP DATE: |
|---|
| 5/24/2021 |
| SHIPPERS NO. |
| 7 |

**Load: 79325** **CARRIER: PAWPOL INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets (handwritten: 29) | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 4:30 PM | | | | Total Weight: **36000** |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| MC014 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| Seal # 4899050 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ________________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>________________<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79325
Guaranteed delivery 5/25 7:15 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | | |
|---|---|---|---|---|---|
| SHIPPER | ACL America | PER | Jay Bocic | DATE/TIME | 5/24/21 |
| CARRIER | PAWPOL INC | PER | [signature] | DATE/TIME | 5/24/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material — STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING 79326

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79326** **CARRIER: ROAD FALCONS INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ 26 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 3:30 PM | | | | Total Weight: **36000** |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| #MC012 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| Seal# 4899047 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_______________<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79326
Guaranteed delivery on appointment 5/25 9:15 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL America | PER Jay Bacce | DATE/TIME 5/24/21 | |
| CARRIER ROAD FALCONS INC | PER [signature] | DATE/TIME 5/24/21 | |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79326



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79464**

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. |

**Load: 79464** **CARRIER: MUZOM TRANSPORTATION INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>8551 N Boardwalk Ave<br>Kansas City, MO 64120<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007846** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ Pallets (26) | | 3000 cartons | 100 | 0 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: **0** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| MC015 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| Sel #<br>4899009 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ________________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>________________<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79464
guaranteed delivery 5/25 4am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL America | PER [signature] | DATE/TIME | 5/24/21 |
| CARRIER MUZOM TRANSPORTATION INC | PER [signature] | DATE/TIME | 5/24/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** *****.DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79464



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

BILL OF LADING: 79463

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. |

**Load: 79463** **CARRIER: GRAND ONE LLC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>8551 N Boardwalk Ave<br>Kansas City, MO 64120<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007846** |

| **Shipping Units** | **HM*** | **Kinds of Packaging, Description of Articles Special Marks and Exceptions** | **CLASS** | **WEIGHT** |
|---|---|---|---|---|
| 30 Pallets (handwritten: 26) | | 3000 cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here)<br>MC016 | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
|---|---|

| Seal# 4899010 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ________________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79463
guaranteed delivery 4 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL America | PER Jay Back | DATE/TIME 5/24/21 |
| CARRIER GRAND ONE LLC | PER [signature] | DATE/TIME 5/24/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 78862**

| PICKUP DATE: | 4/20/2021 |
|---|---|
| SHIPPERS NO. | 1 |

**Load: 78862** **CARRIER: UTMOST INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| **Shipping Units** | **HM*** | **Kinds of Packaging, Description of Articles Special Marks and Exceptions** | **CLASS** | **WEIGHT** |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons<br>**Dims: L:** 40 Inches **W:** 48 Inches **H:** 70 Inches **Dim Weight:** 692.78 PCF<br>**Density:** 15.43 | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | | |
| Pickup Date: 4/20/2021 Ready: 9:00 AM Close: 5:00 PM | | | | Total Weight: **36000** |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| TRAILER NUM = 49621<br>SEAL NUM = 2905 0849 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:78862
guaranteed 04/23 6 am delivery
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL [signature] 4-20-21 | PER | DATE/TIME | |
| CARRIER UTMOST INC JW | PER | DATE/TIME | 4.20.21 |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 78863**

| PICKUP DATE: | 4/20/2021 |
|---|---|
| SHIPPERS NO. | 1 |

**Load: 78863** **CARRIER: H & O TRANSPORT INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555**<br>Trailer# Seal#27050819 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2495 Cartons<br>**Dims: L:** 40 Inches **W:** 48 Inches **H:** 70 Inches **Dim Weight:** 692.78 PCF<br>**Density:** 15.43 | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | | |
| Pickup Date: 4/20/2021 Ready: 9:45 AM Close: 4:45 PM | | | | Total Weight: **36000** |

(Place Pro Label Here)

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ________________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:78863
guaranteed delivery 04/26 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL | 4-20-21 PER | DATE/TIME | |
| CARRIER H & O TRANSPORT INC | PER Frank SLC | DATE/TIME | 4-20-21 |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78863

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING # 79458

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. |

**Load: 79458** **CARRIER: Alias Trucking Company**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>25 Heyward St<br>Katy, TX 77494<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007851,**<br>name X LEONAR cell 786 473 1136 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 10:30 AM Close: 3:30 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
|---|---|

| | | | |
|---|---|---|---|
| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br>By ______________ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>______________<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79458
guaranteed delivery 10:30 am
leonar 786 473 1136
Additional Services:

TRL# 1953
Seal# 837446

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER ACL | PER | DATE/TIME |
| CARRIER Alias Trucking Company | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING: 79324

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79324** **CARRIER: BEST TRUCKING LLC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL America<br>2475 TOUHY AVE STE#100, DOCK#1-7<br>Elk Grove Village, IL 60007<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: Jay | Dimerco<br>1351 Veterans Pkwy,<br>Charlestown, IN 47111<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ 26 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 5:00 PM | | | | Total Weight: **36000** |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| MD009 | **Del Express<br>63 Flushing Ave, Unit 258<br>Brooklyn, NY 11205** |

| Seal # 4899049 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ________________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>________________<br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79324
Guaranteed delivery on appointment 5/25 5:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | | |
|---|---|---|---|---|---|
| SHIPPER | ACL America | PER | Jay Back | DATE/TIME | 5/24/21 |
| CARRIER | BEST TRUCKING LLC | PER | [signature] | DATE/TIME | 5/24/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79324

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING: 79466

| PICKUP DATE: 5/25/2021 |
|---|
| SHIPPERS NO. |

**Load: 79466** **CARRIER: SECURE XPRESS LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Name<br>Dimerco<br>27 38th st<br>Oklahoma City, OK 73179<br>( ) -<br>Phone numbers provided for carrier convenience Cell<br>Contact:<br>**PO#9900007845** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/25/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: **36000** | |

(Place Pro Label Here)
25 pallets
2,874 Count

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ____________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79466
guaranteed delivery 5/26 4 am
Additional Services:

Secur Express
TRL# 43574 seal# 831460

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER ACL | PER | | DATE/TIME |
| CARRIER SECURE XPRESS LLC | PER | | DATE/TIME |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Miguel Hinojosa (956) 898-8324

345827

S 19
3 FLOOR

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

BILL OF LADING: 79520

| PICKUP DATE: 5/25/2021 |
|---|
| SHIPPERS NO. 7 |

**Load: 79520** **CARRIER: Ep Hauling**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>8551 N Boardwalk Ave<br>Auburndale, FL 33823<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>Name [handwritten, illegible]<br>X [signature]<br>Cell 234 [illegible] 0455 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| ~~30~~ Pallets | | ~~3000 cartons~~ | 100 | 38000 lbs |
| ~~30~~ Pallets - on ~~30~~ Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/25/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **38000** | |

| (Place Pro Label Here)<br>28 pallets<br>2800 count | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
|---|---|

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br>By ______________ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79520
gaurenteed delievry 05/27 8 am
Additional Services:

EP hauling
TRL# 116
seal# 837459

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | PER | DATE/TIME |
|---|---|---|
| SHIPPER ACL | | |
| CARRIER Ep Hauling | | |
| CONSIGNEE Dimerco | | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79520

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79521**

| PICKUP DATE: 5/28/2021 |
| --- |
| SHIPPERS NO. 1 |

**Load: 79521** **CARRIER: Ep Hauling**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
| --- | --- |
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>8551 N Boardwalk Ave<br>Auburndale, FL 33823<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#900007847** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 0 Pallets | 29 pallets | 0cartons 2874 cartons | 100 | 0 lbs |
| 0 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft 35000 | |
| Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **0** | |

| (Place Pro Label Here)<br>GNW trl # 496603<br>Seal# 837506 | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
| --- | --- |

| SM=300<br>MD=1200<br>LG=1074<br>XL=300 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br>By ______ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.<br>Lazaro Ortiz | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>(SIGNATURE OF CONSIGNOR) |
| --- | --- | --- | --- |

**SPECIAL INSTRUCTIONS:** Load:79521
Guaranteed delivery 6/1 6:30 pm
Additional Services:

786-853-1747

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
| --- | --- | --- | --- |
| SHIPPER | ACL | PER | DATE/TIME |
| CARRIER | Ep Hauling | PER | DATE/TIME |
| CONSIGNEE | Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**