HRL 89524



(19)



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

BILL OF LADING 79455

| PICKUP DATE: 5/24/2021 |
|---|
| SHIPPERS NO. |

**Load: 79455** **CARRIER: RMZ TRANSPORT LLC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL<br>118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>25 Heyward St<br>Katy, TX 77494<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007851<br>Name Juan Ramirez<br>X Juan Ramirez<br>cell 956 206 70 02 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 10:30 AM Close: 6:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:**<br>**Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |
|---|---|

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______________ | Shipment Value Not Specified<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79455
Guaranteed delivery by 5/25 10:30 am
Additional Services:

HRL # 53093
Seal # 837445

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER | ACL | PER | DATE/TIME |
| CARRIER | RMZ TRANSPORT LLC | PER | DATE/TIME |
| CONSIGNEE | Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79455

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

BILL OF LADING: 79452

PICKUP DATE: 5/28/2021

SHIPPERS NO.

15

**Load: 79452** **CARRIER: ROGUE CARRIER INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Prattville, AL 36066<br>(347) 385-2357<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007850**<br>Name X 9525523434 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) 3000 | | | 60 Ln ft | |
| 32 Pickup Date: 5/28/2021 Ready: 6:00 AM Close: 4:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| Rouge TRL #854168<br>seal # 837508 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| SM = 350<br>MD = 900<br>L = 1450<br>XL = 300 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br>By ____________ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79452
Guaranteed delivery by appointment 6/1 5:45 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER ACL | PER | DATE/TIME |
| CARRIER ROGUE CARRIER INC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

BILL OF LADING: 79522

| PICKUP DATE: 5/28/2021 |
|---|
| SHIPPERS NO. 1 |

Floor

**Load: 79522** **CARRIER: WINDY CITY CARRIERS INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>8551 N Boardwalk Ave<br>Auburndale, FL 33823<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 0 Pallets | 28 pallets | cartons 2804 Cartons | 100 | 0 lbs |
| 0 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft 38,500 | |
| Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **0** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| GB Hawing<br>tel# 31304 Seal# 837504 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| S = 160<br>M = 1175<br>L = 1369<br>XL = 100 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79522
GAURNTEED DELIEVRY 6/1 430 AM
Additional Services:

Roberto 904 909 0911

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER ACL | PER | DATE/TIME |
| CARRIER WINDY CITY CARRIERS INC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

(8)

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

BILL OF LADING: 79470

| PICKUP DATE: 5/23/2021 |
|---|
| SHIPPERS NO. 1 |

**Load: 79470** **CARRIER:** Best Loads.

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>(310) 493-9257<br>Phone numbers provided for carrier convenience<br>Contact: | acl<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>(773) 330-1892<br>Phone numbers provided for carrier convenience<br>Contact: Jay Back |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 1 trailer | | 1804 CTNS. | N/A | 38500 lbs |
| 1 trailer | | | | |
| Pickup Date: 5/23/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **38500** | |

(Place Pro Label Here)
Seal# 29050902
Trailer # G16712
28 pallets

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

S = 160
L = 1369
M = 1175
XL = 100

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ____________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

[signature]
(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79470
Gaurenteed delivery 05.26
Mj004
Additional Services:

5/26/21

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL [signature] | PER | DATE/TIME | 5/23/21 |
| CARRIER Best Loads. | PER Brar [signature] | DATE/TIME | 05-23-21 |
| CONSIGNEE acl | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79470

(18)

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79525**

| PICKUP DATE: 5/28/2021 |
|---|
| SHIPPERS NO. 1 |

**Load: 79525** **CARRIER: INR TRANSPORT LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>8551 N Boardwalk Ave<br>Perryville, MD 21903<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007846**<br>Name Ernesto [illegible] X [illegible] cell 915 4965 215 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | | CLASS | WEIGHT |
|---|---|---|---|---|---|
| 30 Pallets | 29 pallets | 3000 cartons | 2916 ctns | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft | |
| Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | | | | Total Weight: **36000** | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| INR 4RL71003<br>Seal# 831503 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| S = 160<br>M = 1175<br>L = 1517<br>XL = 109 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79525
Guaranteed delivery 6/1 4am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | |
|---|---|---|
| SHIPPER ACL | PER | DATE/TIME |
| CARRIER INR TRANSPORT LLC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79525

DOCK 10

(7)

**delexpress**

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79472**

| PICKUP DATE: |
|---|
| 5/23/2021 |
| SHIPPERS NO. |
| 1 |

**Load: 79472** **CARRIER: Integrity Transportation**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>(310) 493-9257<br>Phone numbers provided for carrier convenience<br>Contact: | acl<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>(773) 330-1892<br>Phone numbers provided for carrier convenience<br>Contact: Jay Back |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 1 trailer | | 2961 CTNS. | N/A | 38500 lbs |
| 1 trailer | | | | |
| Pickup Date: 5/23/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **38500** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| Seal # 29050903<br>Trailler# V 531731<br>29 pallets | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| S= 160.<br>M= 1175.<br>L= 1517.<br>XL= 109. | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ______________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>______________<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79472
Gaurenteed deliveey 05-25 4pm
MJ006
Additional Services:

5/25/21

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | | |
|---|---|---|---|---|---|
| SHIPPER | MD 3PL Antonio [signature] | PER | 5-23-21 | DATE/TIME | 1:20pm |
| CARRIER | Integrity Transportation [signature] | PER | 5-23-21 | DATE/TIME | 1:20pm |
| CONSIGNEE | acl | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79472

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78916**

| PICKUP DATE: 4/26/2021 |
|---|
| SHIPPERS NO. |

**Load: 78916**

**CARRIER: STONE SOLID EXPRESS**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 4/26/2021 Ready: 2:00 PM Close: 6:00 PM | | | Total Weight: **37000** | |

(Place Pro Label Here)

Seal# 29050897
Trailer# 5969

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

28 pallets

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ____________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:78916
Guaranteed delivery 04/30 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL [signature] 4-26-21 | PER | | DATE/TIME |
| CARRIER STONE SOLID EXPRESS | PER | [signature] | DATE/TIME 4/26 |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78956**

| PICKUP DATE: 4/27/2021 |
|---|
| SHIPPERS NO. |

**Load: 78956** **CARRIER: Hd Carriers Inc**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 27 Pallets | | 3000 cartons | 100 | 37000 lbs |
| 27 Pallets - on 27 Pallets(48 x 48) | | | 54 Ln ft | |
| Pickup Date: 4/27/2021 Ready: 2:00 PM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| Seal # 29050867<br>Trailer# 9917 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By ____________ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:78956
Guaranteed delivery 05/03 2 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL Antonio 4-27-21 | PER | DATE/TIME | 4:47pm |
| CARRIER Hd Carriers Inc | PER | DATE/TIME | |
| CONSIGNEE Dimerco [signature] | PER 4:47pm | DATE/TIME | 4/27/21 |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79044**

| PICKUP DATE: 5/3/2021 |
|---|
| SHIPPERS NO. |

**Load: 79044** **CARRIER: Go Neal Logistics**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 29 ~~30~~ Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 29 ~~30~~ Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/3/2021 Ready: 1:45 PM Close: 3:00 PM | | | Total Weight: **37000** | |

(Place Pro Label Here)
29 Pallets total
Trailer #164681
Seal #29050894

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ____________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79044
Guaranteed delivery 05/07 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | | |
|---|---|---|---|---|---|
| SHIPPER | MD 3PL [signature] | PER | 5-3-21 | DATE/TIME | 6:19 |
| CARRIER | Go Neal Logistics [signature] | PER | 5/3/21 | DATE/TIME | 6:19 PST |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79044

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79043**

| PICKUP DATE: 5/3/2021 |
|---|
| SHIPPERS NO. |

**Load: 79043** **CARRIER: TY TRANSPORTATION INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/3/2021 Ready: 8:45 AM Close: 6:00 PM | | | Total Weight: 36000 | |

(Place Pro Label Here)
Seal # 29050869
Trailer # D323
28 pallets Total.

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ____________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79043
Guaranteed delivery for 5/7 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | | |
|---|---|---|---|---|---|
| SHIPPER | MD 3PL Humberto | PER | 5-3-21 | DATE/TIME | 5:08pm |
| CARRIER | TY TRANSPORTATION INC (TY) | PER | [illegible] | DATE/TIME | 5-3-2021 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79029**

| PICKUP DATE: 5/10/2021 |
|---|
| SHIPPERS NO. |

**Load: 79029** **CARRIER: R2V TRUCKING INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| **Shipping Units** | **HM*** | **Kinds of Packaging, Description of Articles Special Marks and Exceptions** | **CLASS** | **WEIGHT** |
|---|---|---|---|---|
| 26 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 26 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/10/2021 Ready: 10:15 AM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| Seal # 29050876<br>Trailler # 1008<br>26 pallets | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ______________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

______________ (SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79029
Guaranteed Delivery 5/14 6:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | | |
|---|---|---|---|---|
| SHIPPER MD 3PL [signature] 5-10-21 | PER | | DATE/TIME | |
| CARRIER R2V TRUCKING INC SINGH | PER | [signature] | DATE/TIME | 05/10/21 |
| CONSIGNEE Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived



**Track your Shipment at Del Express**

Load #: 79029



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: sarah

**BILL OF LADING: 79027**

| PICKUP DATE: |
| --- |
| 5/10/2021 |
| SHIPPERS NO. |
| 79027 |

**Load: 79027** **CARRIER:** Golden Tiger Transportation.

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
| --- | --- |
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>(732) 554-8600<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/10/2021 Ready: 9:00 AM Close: 6:00 PM | | | Total Weight: **37000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
| --- | --- |
| Seal # 29050877<br>Trailler # 5389 | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By ______________

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79027
Guarantee delivery for 5/14 8:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | PER | | DATE/TIME | |
| --- | --- | --- | --- | --- | --- |
| SHIPPER | MD 3PL | Humberto | | DATE/TIME | 5/10/21 |
| CARRIER | Golden Tiger Transportation. | PER | [illegible] | DATE/TIME | 5/10/2021 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**



Load #: 79027