

IRREVOCABLE CORPORATE PURCHASE ORDER ( ICPO)

DATE   02/02/2021

TO         JNS CAPITAL 155 SKILMAN STREET BROOKLYN NY 11205

Dear ,

We are  buyer , our company name is   Rock Fintek LL  and address  1680 Michigan Ave 800, Miami Beach, FL, 33139
Represented by Thomas Kato
registered in    Miami Beach
Hereby intent to purchase the below mentioned product irrevocably for
with qualities certificates, subject to inspection before  release  final payment.

PRODUCT :     NITRILE GLOVE MEDICARE MEDICAL EXAM BLUE COLOR
QUANTITY        90 000 BOXES OF 100 GLOVES FIRST QUALITY
UNIT PRICE       $15 PER BOX OF 100
TOTAL ORDER  $ 1 350 000.00
PICK UP  FOB PORT NY
CONDITIONS : ONCE ICPO SIGNED BY  THE BUYER THE  SELLER MANDATE PROVIDES  BOL FOR 3 CONTAINERS OF 30 000 BOXES OF 100 EACH . ETA FOR GOODS ARE SCHEDULE BEFORE 02/08 PLUS CUSTOM RELEASE.BUYER TRANSFER FULL AMOUNT AS $ 1 350 000.00 TO HIS  OR HER ATTORNEY ESCROW ACCOUNT , AN ESCROW AGREEMENT WILL BE SENT TO THE SELLER SIMULTENEOUS .IF SELLER DOES NOT RECEIVED COPY OF ESCROW AGREEMENT AFTER 48 HOURS THIS ICPO IS CANCELLED.
ONCE GOODS HAS BEEN RELEASED FROM US CUSTOMS BUYER HAS 48 HOURS TO INSPECT ,RELEASE THE FUNDS TO THE SELLER AND PICK UP THE GOODS.AFTER 48 HOURS BUYER IS SUBJECT TO 1.5% PENALTIES DUE TO THE SELLER. INSPECTION WILL TAKE PLACE AT NY PORT .
The seller and the buyer are agreed that SOURCING CONNECTION INC represented by Bruno  Azra as a seller mandate and the information pass by seller mandate. Sourcing Connection inc , as seller mandate shall be informed to all information , update, communication and any written email or whats message.
BUYER    Rock Fintek                                                              DATE 02/03/2021
NAME   Thomas Kato

**US Headquarters |1680 Michigan Ave Suite 800 | Miami Beach | FL | 33139**
EU Headquarters | 40 – 42 Parker Street, First Floor| London | WC2B 5PQ

P +1 305 501 3000
P +44 (0)207-952 – 2156
**www.rockfintek.com**

