# CAPITAL One Bank

## MANAGE YOUR CASH
### CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  APRIL 01, 2021  -  APRIL 30, 2021

### Business Analyzed Checking ▉▉▉▉▉                    JNS CAPITAL HOLDINGS LLC

| | | | |
|---|---|---|---|
| Previous Balance  03/31/21 | $54,842.50 | Number of Days in Cycle | 30 |
| 5 Deposits/Credits | $1,197,550.00 | Minimum Balance This Cycle | $8,849.55 |
| 9 Checks/Debits | ($925,732.60) | Average Collected Balance | $57,790.17 |
| Service Charges | $0.00 | | |
| Ending Balance 04/30/21 | $326,659.90 | | |

## ACCOUNT DETAIL    FOR PERIOD  APRIL 01, 2021  -  APRIL 30, 2021

### Business Analyzed Checking ▉▉▉▉▉                    JNS CAPITAL HOLDINGS LLC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 04/13 | TRANSFER DEPOSIT FROM ...1712 | $300,000.00 | | $354,842.50 |
| 04/13 | Wire transfer withdrawal Mark J. Nussbaum  & Associa 041321 USD0008025392 | | $250,000.00 | $104,842.50 |
| 04/14 | Wire transfer withdrawal Quickway Customs 041421 USD0008034668 | | $18,492.95 | $86,349.55 |
| 04/15 | TRANSFER DEPOSIT FROM ...1712 | $50,000.00 | | $136,349.55 |
| 04/15 | Wire transfer withdrawal Cong. Zichron Me nachem 041521 USD0008040122 | | $25,000.00 | $111,349.55 |
| 04/15 | Wire transfer withdrawal Joseph pollack 041521 USD0008042568 | | $42,500.00 | $68,849.55 |
| 04/15 | Wire transfer withdrawal Lowenthal P.C. 041521 USD0008040034 | | $50,000.00 | $18,849.55 |
| 04/19 | Wire transfer withdrawal Aviro Logistic I nc 041921 USD0008050361 | | $10,000.00 | $8,849.55 |
| 04/21 | TRANSFER DEPOSIT FROM ...1712 | $550,000.00 | | $558,849.55 |
| 04/21 | Wire transfer withdrawal Mark J. Nussbaum  & Associa 042121 USD0008062787 | | $500,000.00 | $58,849.55 |
| 04/23 | TRANSFER WITHDRAWAL TO ...1712 | | $20,000.00 | $38,849.55 |

*Thank you for banking with us.*

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



MEMBER FDIC   EQUAL HOUSING LENDER

An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC

ACCOUNT DETAIL    CONTINUED FOR PERIOD  APRIL 01, 2021   -   APRIL 30, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 04/27 | Wire transfer deposit ROCK FINTEK LLC 042721 USD202104XXXXXX0298 | $25,000.00 | | $63,849.55 |
| 04/30 | Wire transfer deposit ROCK FINTEK LLC 043021 USD202104XXXXXX6058 | $272,550.00 | | $336,399.55 |
| 04/30 | Wire transfer withdrawal Aviro Logistic Inc 043021 USD0008114302 | | $9,739.65 | $326,659.90 |
| **Total** | | $1,197,550.00 | $925,732.60 | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.

# Capital One® Bank

## MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD FEBRUARY 01, 2021 - FEBRUARY 26, 2021

| Business Analyzed Checking | ▮▮▮▮▮ | JNS CAPITAL HOLDINGS LLC | |
|---|---|---|---|
| Previous Balance  01/31/21 | $2,500.00 | Number of Days in Cycle | 26 |
| 19 Deposits/Credits | $13,621,250.00 | Minimum Balance This Cycle | $2,475.00 |
| 30 Checks/Debits | ($11,805,195.00) | Average Collected Balance | $1,063,792.14 |
| Service Charges | $0.00 | | |
| Ending Balance 02/26/21 | $1,818,555.00 | | |

## ACCOUNT DETAIL    FOR PERIOD FEBRUARY 01, 2021 - FEBRUARY 26, 2021

**Business Analyzed Checking** ▮▮▮▮▮                                        **JNS CAPITAL HOLDINGS LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 02/04 | Book transfer credit FROM ...7096 | $1,000,000.00 | | $1,002,500.00 |
| 02/04 | Wire transfer withdrawal Blink Supplies I nc 020421 USD0007710933 | | $1,000,000.00 | $2,500.00 |
| 02/04 | Wire transfer fee Blink Supplies I nc 020421 | | $25.00 | $2,475.00 |
| 02/08 | Book transfer credit FROM ...7096 | $101,000.00 | | $103,475.00 |
| 02/08 | Wire transfer withdrawal AMCM Gloves LLC 020821 USD0007722557 | | $100,000.00 | $3,475.00 |
| 02/08 | Wire transfer fee AMCM Gloves LLC 020821 | | $25.00 | $3,450.00 |
| 02/10 | Wire transfer deposit 1/IM ROCK 13 INV ESTMENTS L 021021 USD202102XXXXXX8823 | $450,000.00 | | $453,450.00 |
| 02/10 | Wire transfer fee 1/IM ROCK 13 INV ESTMENTS L 021021 | | $15.00 | $453,435.00 |
| 02/11 | Book transfer credit FROM ...7096 | $1,700,000.00 | | $2,153,435.00 |
| 02/11 | Book transfer credit FROM ...7096 | $1,000,000.00 | | $3,153,435.00 |
| 02/11 | Wire transfer withdrawal Sourcing Connect ion 021121 USD0007747495 | | $27,900.00 | $3,125,535.00 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S



# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

## JNS CAPITAL HOLDINGS LLC

ACCOUNT DETAIL    CONTINUED FOR PERIOD  FEBRUARY 01, 2021   -  FEBRUARY 26, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 02/11 | Wire transfer withdrawal AMCM Gloves LLC 021121 USD0007741959 | | $1,000,000.00 | $2,125,535.00 |
| 02/11 | Wire transfer withdrawal Hershy Itzkowitz , ESQ 021121 USD0007747677 | | $2,000,000.00 | $125,535.00 |
| 02/11 | Wire transfer fee Sourcing Connect ion 021121 | | $25.00 | $125,510.00 |
| 02/11 | Wire transfer fee Hershy Itzkowitz , ESQ 021121 | | $25.00 | $125,485.00 |
| 02/11 | Wire transfer fee AMCM Gloves LLC 021121 | | $25.00 | $125,460.00 |
| 02/16 | Wire transfer deposit BUERECH UMVOIROC H TRUST 021621 USD2544 | $2,000,000.00 | | $2,125,460.00 |
| 02/16 | Wire transfer fee BUERECH UMVOIROC H TRUST   021621 | | $15.00 | $2,125,445.00 |
| 02/17 | Wire transfer deposit SO & CO WATCH LL C 021721 USD221970XXXXXX0026 | $420,000.00 | | $2,545,445.00 |
| 02/17 | Wire transfer deposit 1/IM ROCK 13 INV ESTMENTS L 021721 USD202102XXXXXX2346 | $200,000.00 | | $2,745,445.00 |
| 02/17 | Wire transfer withdrawal Hershy Itzkowitz , ESQ 021721 USD0007768022 | | $2,000,000.00 | $745,445.00 |
| 02/17 | Wire transfer fee SO & CO WATCH LL C 021721 | | $15.00 | $745,430.00 |
| 02/17 | Wire transfer fee 1/IM ROCK 13 INV ESTMENTS L 021721 | | $15.00 | $745,415.00 |
| 02/17 | Wire transfer fee Hershy Itzkowitz , ESQ 021721 | | $25.00 | $745,390.00 |
| 02/19 | Wire transfer deposit PRIME ENTERPRISE LLC 021921 USD210218161303H800 | $2,000,000.00 | | $2,745,390.00 |
| 02/19 | Wire transfer deposit LAZAR WEISS 021921 USD3189411050ES | $1,000,000.00 | | $3,745,390.00 |
| 02/19 | Wire transfer deposit BRADLEY GILLING 021921 USD210219007247 | $250,000.00 | | $3,995,390.00 |
| 02/19 | Wire transfer fee LAZAR WEISS 021921 | | $15.00 | $3,995,375.00 |
| 02/19 | Wire transfer fee BRADLEY GILLING 021921 | | $15.00 | $3,995,360.00 |
| 02/19 | Wire transfer fee PRIME ENTERPRISE  LLC 021921 | | $15.00 | $3,995,345.00 |
| 02/22 | Customer Deposit | $500,000.00 | | $4,495,345.00 |
| 02/22 | Wire transfer deposit BSD BROOKLYN LLC 022221 USD202102XXXXXX8633 | $50,000.00 | | $4,545,345.00 |
| 02/22 | Book transfer debit TO ...7096 | | $1,500,000.00 | $3,045,345.00 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



ACCOUNT DETAIL   CONTINUED FOR PERIOD  FEBRUARY 01, 2021   -   FEBRUARY 26, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 02/22 | Wire transfer withdrawal Sourcing Connect ion 022221 USD0007784472 | | $39,500.00 | $3,005,845.00 |
| 02/22 | Wire transfer fee BSD BROOKLYN LLC 022221 | | $15.00 | $3,005,830.00 |
| 02/22 | Wire transfer fee Sourcing Connect ion 022221 | | $25.00 | $3,005,805.00 |
| 02/23 | Wire transfer deposit ROCK FINTEK LLC 022321 USD202102XXXXXX7328 | $200,000.00 | | $3,205,805.00 |
| 02/24 | TRANSFER WITHDRAWAL TO ...7096 | | $300,000.00 | $2,905,805.00 |
| 02/24 | Wire transfer withdrawal AMCM Gloves LLC 022421 USD0007799470 | | $2,900,000.00 | $5,805.00 |
| 02/25 | Book transfer credit FROM ...1712 | $1,500,000.00 | | $1,505,805.00 |
| 02/25 | Wire transfer deposit MARK J. NUSSBAUM  AND ASSOC 022521 USD1753754930 | $1,000,000.00 | | $2,505,805.00 |
| 02/25 | Wire transfer deposit ROCK FINTEK LLC 022521 USD202102XXXXXX0179 | $250,000.00 | | $2,755,805.00 |
| 02/25 | TRANSFER WITHDRAWAL TO ...7096 | | $150,000.00 | $2,605,805.00 |
| 02/25 | TRANSFER WITHDRAWAL TO ...7096 | | $100,000.00 | $2,505,805.00 |
| 02/25 | Book transfer debit TO ...7096 | | $600,000.00 | $1,905,805.00 |
| 02/26 | Reverse miscellaneous fee WIRE TRANSFER          022621 | $210.00 | | $1,906,015.00 |
| 02/26 | Reverse miscellaneous fee WIRE TRANSFER          022621 | $40.00 | | $1,906,055.00 |
| 02/26 | Wire transfer withdrawal Sourcing Connect ion 022621 USD0007817041 | | $37,500.00 | $1,868,555.00 |
| 02/26 | Wire transfer withdrawal Cornell Capital Funding LL 022621 USD0007811300 | | $50,000.00 | $1,818,555.00 |
| **Total** | | $13,621,250.00 | $11,805,195.00 | |

# CAPITAL**One**® Bank

# MANAGE YOUR CASH

**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  JULY 01, 2021  -  JULY 30, 2021

| Business Analyzed Checking | ████████ | | JNS CAPITAL HOLDINGS LLC |
|---|---|---|---|
| Previous Balance  06/30/21 | $6,933.82 | Number of Days in Cycle | 30 |
| 8 Deposits/Credits | $1,319,364.50 | Minimum Balance This Cycle | $6,933.82 |
| 9 Checks/Debits | ($1,229,389.00) | Average Collected Balance | $75,711.01 |
| Service Charges | $0.00 | | |
| Ending Balance 07/30/21 | $96,909.32 | | |

## ACCOUNT DETAIL    FOR PERIOD  JULY 01, 2021  -  JULY 30, 2021

| Business Analyzed Checking ████████ | | | JNS CAPITAL HOLDINGS LLC |
|---|---|---|---|

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/01 | Wire transfer deposit NUSSBAUM LOWINGE R LLP 070121 USD2781121861 | $125,000.00 | | $131,933.82 |
| 07/02 | TRANSFER DEPOSIT FROM ...1712 | $250,000.00 | | $381,933.82 |
| 07/02 | TRANSFER WITHDRAWAL TO ...7096 | | $25,000.00 | $356,933.82 |
| 07/06 | TRANSFER DEPOSIT FROM ...1712 | $200,000.00 | | $556,933.82 |
| 07/06 | Wire transfer withdrawal Mark J. Nussbaum  & Associa 070621 USD0008421182 | | $175,000.00 | $381,933.82 |
| 07/06 | ACH Withdrawal JNS CAPITALHOLD CASHDISB 070621 JNS CAPITALHOLD -SETT-TMOBSPEB | | $331,640.00 | $50,293.82 |
| 07/07 | Customer Deposit | $100,000.00 | | $150,293.82 |
| 07/07 | TRANSFER WITHDRAWAL TO ...7096 | | $18,000.00 | $132,293.82 |
| 07/08 | TRANSFER DEPOSIT FROM ...1712 | $300,000.00 | | $432,293.82 |
| 07/08 | ACH Withdrawal JNS CAPITALHOLD CASHDISB 070821 JNS CAPITALHOLD -SETT-TMOBSPEB | | $400,000.00 | $32,293.82 |
| 07/12 | ACH deposit RETURN SETTLE    RETURN 071221 RETURN SETTLE -SETT-DIAUTO | $100,000.00 | | $132,293.82 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.   Tell us your name and account number (if any).
2.   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.   Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JNS CAPITAL HOLDINGS LLC

ACCOUNT DETAIL   CONTINUED FOR PERIOD  JULY 01, 2021   -   JULY 30, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 07/12 | ACH Withdrawal JNS CAPITALHOLD CASHDISB 071221 JNS CAPITALHOLD -SETT-TMOBSPEB | | $100,000.00 | $32,293.82 |
| 07/16 | ACH Withdrawal JNS CAPITALHOLD CASHDISB 071621 JNS CAPITALHOLD -SETT-TMOBSPEB | | $20,000.00 | $12,293.82 |
| 07/28 | TRANSFER DEPOSIT FROM ...1712 | $200,000.00 | | $212,293.82 |
| 07/28 | Wire transfer withdrawal Isaac Hirsch 072821 USD0008528805 | | $100,000.00 | $112,293.82 |
| 07/28 | ACH Withdrawal JNS CAPITALHOLD CASHDISB 072821 JNS CAPITALHOLD -SETT-TMOBSPEB | | $59,749.00 | $52,544.82 |
| 07/30 | ACH deposit RETURN SETTLE     RETURN 073021 RETURN SETTLE -SETT-DIAUTO | $44,364.50 | | $96,909.32 |
| **Total** | | $1,319,364.50 | $1,229,389.00 | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.

MEMBER FDIC

EQUAL HOUSING LENDER



# Capital One Bank

## MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert at 1-888-755-2172 — a one-stop number for both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD  JUNE 01, 2021  -  JUNE 30, 2021

### Business Analyzed Checking ▮▮▮▮▮▮▮▮                    JNS CAPITAL HOLDINGS LLC

| | | | |
|---|---|---|---|
| Previous Balance  05/31/21 | $301,928.82 | Number of Days in Cycle | 30 |
| 4 Deposits/Credits | $445,000.00 | Minimum Balance This Cycle | $5,833.82 |
| 12 Checks/Debits | ($739,995.00) | Average Collected Balance | $44,050.15 |
| Service Charges | $0.00 | | |
| Ending Balance 06/30/21 | $6,933.82 | | |

## ACCOUNT DETAIL    FOR PERIOD  JUNE 01, 2021  -  JUNE 30, 2021

### Business Analyzed Checking ▮▮▮▮▮▮▮▮                    JNS CAPITAL HOLDINGS LLC

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 06/01 | TRANSFER WITHDRAWAL TO ...1712 | | $200,000.00 | $101,928.82 |
| 06/03 | ACH Withdrawal Euler Hermes     WEB PAY 060321 JNS Capital Holdings P1000476 | | $5,875.00 | $96,053.82 |
| 06/03 | ACH Withdrawal Euler Hermes     WEB PAY 060321 JNS Capital Holdings P1000476 | | $220.00 | $95,833.82 |
| 06/09 | TRANSFER WITHDRAWAL TO ...1712 | | $50,000.00 | $45,833.82 |
| 06/10 | TRANSFER WITHDRAWAL TO ...1712 | | $40,000.00 | $5,833.82 |
| 06/11 | Customer Deposit | $40,000.00 | | $45,833.82 |
| 06/16 | Customer Deposit | $40,000.00 | | $85,833.82 |
| 06/16 | TRANSFER WITHDRAWAL TO ...1712 | | $36,000.00 | $49,833.82 |
| 06/17 | Wire transfer withdrawal MD 3PL 061721 USD0008333572 | | $22,200.00 | $27,633.82 |
| 06/24 | TRANSFER DEPOSIT FROM ...1712 | $290,000.00 | | $317,633.82 |
| 06/24 | Wire transfer withdrawal MD 3PL 062421 USD0008368276 | | $5,700.00 | $311,933.82 |
| 06/24 | Wire transfer withdrawal Milton and Rita Aron 062421 USD0008368154 | | $20,000.00 | $291,933.82 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S



**MANAGE YOUR CASH**

CASH MANAGEMENT **|** CHECKING **|** MONEY MARKET **|** CDs **|** LOANS

JNS CAPITAL HOLDINGS LLC

ACCOUNT DETAIL    CONTINUED FOR PERIOD  JUNE 01, 2021   -   JUNE 30, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 06/24 | Wire transfer withdrawal PA ESTATES LLC 062421 USD0008368174 | | $255,000.00 | $36,933.82 |
| 06/28 | TRANSFER DEPOSIT FROM ...1712 | $75,000.00 | | $111,933.82 |
| 06/28 | Wire transfer withdrawal Joseph pollack 062821 USD0008380113 | | $100,000.00 | $11,933.82 |
| 06/30 | TRANSFER WITHDRAWAL TO ...7096 | | $5,000.00 | $6,933.82 |
| *Total* | | $445,000.00 | $739,995.00 | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.

MEMBER **FDIC**   EQUAL HOUSING LENDER

# Capital One Bank

## MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD MARCH 01, 2021  -  MARCH 31, 2021

**Business Analyzed Checking**                                                 **JNS CAPITAL HOLDINGS LLC**

| | | | |
|---|---|---|---|
| Previous Balance  02/28/21 | $1,818,555.00 | Number of Days in Cycle | 31 |
| 8 Deposits/Credits | $6,835,000.00 | Minimum Balance This Cycle | $5,555.00 |
| 16 Checks/Debits | ($8,598,712.50) | Average Collected Balance | $287,274.75 |
| Service Charges | $0.00 | | |
| Ending Balance 03/31/21 | $54,842.50 | | |

## ACCOUNT DETAIL     FOR PERIOD MARCH 01, 2021    -  MARCH 31, 2021

**Business Analyzed Checking**                                                 **JNS CAPITAL HOLDINGS LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 03/01 | TRANSFER WITHDRAWAL TO ...7096 | | $250,000.00 | $1,568,555.00 |
| 03/02 | Wire transfer withdrawal AMCM Gloves LLC 030221 USD0007826259 | | $1,000,000.00 | $568,555.00 |
| 03/04 | TRANSFER WITHDRAWAL TO ...7096 | | $543,000.00 | $25,555.00 |
| 03/05 | Wire transfer withdrawal Common Sense Goo ds LLC 030521 USD0007853526 | | $20,000.00 | $5,555.00 |
| 03/12 | TRANSFER DEPOSIT FROM ...7096 | $500,000.00 | | $505,555.00 |
| 03/12 | Wire transfer withdrawal Mark J. Nussbaum  & Associa 031221 USD0007884869 | | $500,000.00 | $5,555.00 |
| 03/17 | TRANSFER DEPOSIT FROM ...7096 | $20,000.00 | | $25,555.00 |
| 03/17 | Wire transfer withdrawal Sourcing Connect ion 031721 USD0007904734 | | $10,712.50 | $14,842.50 |
| 03/19 | Customer Deposit | $200,000.00 | | $214,842.50 |
| 03/22 | TRANSFER WITHDRAWAL TO ...0938 | | $200,000.00 | $14,842.50 |
| 03/24 | Wire transfer deposit HERSHY ITZKOWITZ , ESQ. P.C 032421 USDXXXXX4193 | $4,000,000.00 | | $4,014,842.50 |
| 03/24 | Wire transfer deposit ALL WAYS FORWARD ING INTL I 032421 USD202103XXXXXX6129 | $1,000,000.00 | | $5,014,842.50 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



An Important Message to Our Clients

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S



## MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

**JNS CAPITAL HOLDINGS LLC**

**ACCOUNT DETAIL**   CONTINUED FOR PERIOD  MARCH 01, 2021   -   MARCH 31, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|-----------------:|-------------------:|------------------:|
| 03/24 | Wire transfer withdrawal Mark J. Nussbaum  & Associa 032421 USD0007935841 | | $2,000,000.00 | $3,014,842.50 |
| 03/25 | TRANSFER DEPOSIT FROM ...7096 | $565,000.00 | | $3,579,842.50 |
| 03/25 | TRANSFER WITHDRAWAL TO ...1712 | | $70,000.00 | $3,509,842.50 |
| 03/25 | Wire transfer withdrawal Lowenthal P.C. 032521 USD0007940831 | | $150,000.00 | $3,359,842.50 |
| 03/25 | Wire transfer withdrawal The WineGroup LL C 032521 USD0007940092 | | $350,000.00 | $3,009,842.50 |
| 03/25 | Wire transfer withdrawal SLJ management L LC 032521 USD0007940253 | | $2,000,000.00 | $1,009,842.50 |
| 03/26 | Wire transfer deposit P A ESTATES LLC 032621 USD3317601085ES | $350,000.00 | | $1,359,842.50 |
| 03/26 | TRANSFER DEPOSIT FROM ...1712 | $200,000.00 | | $1,559,842.50 |
| 03/26 | Wire transfer withdrawal Aviro Logistic I nc 032621 USD0007943730 | | $5,000.00 | $1,554,842.50 |
| 03/26 | Wire transfer withdrawal Joseph pollack 032621 USD0007947781 | | $150,000.00 | $1,404,842.50 |
| 03/26 | Wire transfer withdrawal FINE REALTY LLC 032621 USD0007943800 | | $1,000,000.00 | $404,842.50 |
| 03/29 | Wire transfer withdrawal Abe Brach 032921 USD0007948284 | | $350,000.00 | $54,842.50 |
| **Total** | | **$6,835,000.00** | **$8,598,712.50** | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.

**MEMBER FDIC**

**EQUAL HOUSING LENDER**



# MANAGE YOUR CASH
**CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS**

JNS CAPITAL HOLDINGS LLC
155 SKILLMAN ST 1L
BROOKLYN NY  11205

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY     FOR PERIOD MAY 01, 2021  -  MAY 28, 2021

**Business Analyzed Checking** ▮▮▮▮▮▮▮                    **JNS CAPITAL HOLDINGS LLC**

| | | | |
|---|---|---|---|
| Previous Balance  04/30/21 | $326,659.90 | Number of Days in Cycle | 28 |
| 9 Deposits/Credits | $3,262,232.00 | Minimum Balance This Cycle | $226,659.90 |
| 16 Checks/Debits | ($3,286,963.08) | Average Collected Balance | $432,248.03 |
| Service Charges | $0.00 | | |
| Ending Balance 05/28/21 | $301,928.82 | | |

## ACCOUNT DETAIL   FOR PERIOD  MAY 01, 2021   -   MAY 28, 2021

**Business Analyzed Checking** ▮▮▮▮▮▮                    **JNS CAPITAL HOLDINGS LLC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 05/04 | Wire transfer withdrawal AMCM Gloves LLC 050421 USD0008130414 | | $100,000.00 | $226,659.90 |
| 05/06 | Wire transfer deposit DYNAMIC HOLDINGS  NY LLC 050621 USDUS210506297713 | $646,567.00 | | $873,226.90 |
| 05/06 | TRANSFER WITHDRAWAL TO ...7096 | | $150,000.00 | $723,226.90 |
| 05/07 | Wire transfer deposit ROCK FINTEK LLC 050721 USD202105XXXXX0706 | $700,000.00 | | $1,423,226.90 |
| 05/07 | TRANSFER DEPOSIT FROM ...1712 | $36,000.00 | | $1,459,226.90 |
| 05/07 | TRANSFER WITHDRAWAL TO ...1712 | | $500,015.75 | $959,211.15 |
| 05/07 | Wire transfer withdrawal Yehuda Miller 050721 USD0008146117 | | $250,000.00 | $709,211.15 |
| 05/10 | TRANSFER WITHDRAWAL TO ...1712 | | $200,000.00 | $509,211.15 |
| 05/11 | Wire transfer deposit ROCK FINTEK LLC 051121 USD202105XXXXX3876 | $119,475.00 | | $628,686.15 |
| 05/12 | Wire transfer deposit ROCK FINTEK LLC 051221 USD202105XXXXX5021 | $322,550.00 | | $951,236.15 |
| 05/14 | TRANSFER WITHDRAWAL TO ...1712 | | $616,000.00 | $335,236.15 |
| 05/14 | TRANSFER WITHDRAWAL TO ...7096 | | $25,000.00 | $310,236.15 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.



An Important Message to Our Clients

### What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A., 7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PAGE 2 OF 4

PSI: 0 / SHC: 0 / LOB :S



**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

JNS CAPITAL HOLDINGS LLC

ACCOUNT DETAIL    CONTINUED FOR PERIOD  MAY 01, 2021  -  MAY 28, 2021

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|------|-------------|------------------|--------------------|-------------------|
| 05/14 | Wire transfer withdrawal Aviro Logistic I nc 051421 USD0008184457 | | $4,860.00 | $305,376.15 |
| 05/17 | ACH Withdrawal Euler Hermes    WEB PAY 051721 JNS Capital Holding LL C1000476 | | $833.33 | $304,542.82 |
| 05/17 | ACH Withdrawal Euler Hermes    WEB PAY 051721 JNS Capital Holding LL C1000476 | | $25.00 | $304,517.82 |
| 05/21 | Wire transfer withdrawal MD 3PL 052121 USD0008216105 | | $15,900.00 | $288,617.82 |
| 05/24 | Wire transfer deposit ROCK FINTEK LLC 052421 USD202105XXXXXX8114 | $200,000.00 | | $488,617.82 |
| 05/25 | Wire transfer deposit ROCK FINTEK LLC 052521 USD202105XXXXXX2466 | $137,640.00 | | $626,257.82 |
| 05/25 | Wire transfer withdrawal MA Investing Inc 052521 USD0008229231 | | $200,000.00 | $426,257.82 |
| 05/27 | TRANSFER DEPOSIT FROM ...1712 | $900,000.00 | | $1,326,257.82 |
| 05/27 | Wire transfer deposit ROCK FINTEK LLC 052721 USD202105XXXXXX0269 | $200,000.00 | | $1,526,257.82 |
| 05/27 | Wire transfer withdrawal SLJ Management L LC 052721 USD0008237541 | | $1,000,000.00 | $526,257.82 |
| 05/28 | Wire transfer withdrawal Aviro Logistic I nc 052821 USD0008250819 | | $24,329.00 | $501,928.82 |
| 05/28 | Wire transfer withdrawal Milton and Rita Aron 052821 USD0008250021 | | $80,000.00 | $421,928.82 |
| 05/28 | Wire transfer withdrawal MA Investing Inc 052821 USD0008249548 | | $120,000.00 | $301,928.82 |
| **Total** | | $3,262,232.00 | $3,286,963.08 | |

Products and services are offered by Capital One, N.A., Member FDIC.
©2021 Capital One. All rights reserved.

MEMBER FDIC