**Gmail**  Joseph Weiner <hersheyweiner@gmail.com>

## Medcare major issue
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>  Thu, Feb 18, 2021 at 4:42 PM
To: anna@gts-hk.net
Cc: mendelbanon@gmail.com

Hi Anna
We received the load of container number OOCU7022928.
Please see attached photos of the boxes,
1) it does not say exam on the box, this is unacceptable
2) the factory in back of the box is different than the 510k
These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have where to sell it now.
If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.

Sent from my iPhone

**2 attachments**


**IMG_0937.JPG**
98K


**IMG_0938.JPG**
81K

AKW - 003061





AKW - 003063