

Joseph Weiner <hersheyweiner@gmail.com>

## Re: Medcare major issue
1 message

**Anna Grinvald** <anna@gts-hk.net>  Fri, Feb 19, 2021 at 2:03 AM
To: Joseph Weiner <hersheyweiner@gmail.com>
Cc: Mendel Banon <mendelbanon@gmail.com>, cici-gts <cici-gts@hotmail.com>, yosi <yosi@gtsgroup.info>, andree@gtsgroup.info

Dear All,

Bear factory (Anhui) still using these boxes until the middle of March.
there are 3 containers being picked up today (2 you have received inspection and one is inspected today before loading).
these 90,000 boxes will be with this packeing.


With a smile,

Dr.Anna Grinvald
     CEO



**GTS Limited/Grinvald DG**

 401, Building #3, No 4 of Guangming New Village 2 Road，

Dongcheng, Dongguan City, Guangdong Province, China 523000

东莞市东城街道东城光明新村二路4号3栋401室（万航科技园内）

**Office +8676923326470/ Mobile +8613622617084 / Israeli Phone 03-6861649**

**Website:www.gtsgroup.info**

            www.grinvaldfootwear.com

**Skype  Anna-GTS / ron.grunwald**

**Before printing this email, please think about the environment**




On Fri, Feb 19, 2021 at 1:58 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
> Anna
> Please let me know which container numbers have this same problem.
> I need to know exactly very urgently
>
> Sent from my iPhone
>
> Begin forwarded message:

AKW - 003067

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Date:** February 18, 2021 at 4:42:37 PM EST
**To:** anna@gts-hk.net
**Cc:** mendelbanon@gmail.com
**Subject: Medcare major issue**

Hi Anna
We received the load of container number OOCU7022928.
Please see attached photos of the boxes,
1) it does not say exam on the box, this is unacceptable
2) the factory in back of the box is different than the 510k
These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have where to sell it now.
If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.





Sent from my iPhone

AKW - 003069