**Gmail**

Joseph Weiner <hersheyweiner@gmail.com>

---

**FW: CAIU9565838**
1 message

---

**Jimmy Esparza** <jimmy@md3pl.com>                                     Thu, Jun 17, 2021 at 3:33 PM
To: Joseph Weiner <hersheyweiner@gmail.com>

Hi Joseph,

Please see pictures below for container # CAIU965838

Jimmy

---

**From:** Jason Wynn <jasondoylewynn@hotmail.com>
**Sent:** Thursday, June 17, 2021 9:13 AM
**To:** jasonw@md3pl.com
**Subject:** CAIU9565838

AKW_004204









AKW_004208



Get Outlook for iOS

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

AKW_004210









AKW_004214



Get Outlook for iOS

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

AKW_004216