Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

---

## Re: Release loads
1 message

---

**Mendel Banon** <mendelbanon@gmail.com>         Tue, Apr 27, 2021 at 4:42 PM
To: Luis Navarro <luisn@md3pl.com>
Cc: David Dembitzer <davidd@md3pl.com>, Jimmy Esparza <jimmy@md3pl.com>, Joseph Weiner
<hersheyweiner@gmail.com>

Ok, thanks.

On Tue, Apr 27, 2021 at 4:38 PM Luis Navarro <luisn@md3pl.com> wrote:

> Mendel,
>
> As discussed we only have the following left of NBR
>
> Size M = 153 cases
>
> Size XL = 162 cases
>
> The rest of the quantities will be filled with the synthetic gloves using the provided break down
>
> *Hi,*
>
> *You can release a load for Rock Fintek as below*
>
> *140 small*
>
> *1030 medium ( 153 NBR and 877 Synthetic)*
>
> *1420 large*
>
> *410 ex large (162 NBR and 248 Synthetic)*
>
> Thank you
>
> Louis

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Tuesday, April 27, 2021 2:17 PM
**To:** David Dembitzer <davidd@md3pl.com>

AKW_003368

**Cc:** Jimmy Esparza <JIMMY@md3pl.com>; Luis Navarro <luisn@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
**Subject:** Re: Release loads

These are Medcare, please make sure only Medcare is being loaded, and send pictures before loading.

 look back at the emails, I copied it here,

*3 containers from JNS*

*CBHU8904290*
*TGBU8842994*
*CSNU7178458*

*1 container from MM2020*

*BEAU4566776*

*And 2 containers from Prestige*

*MATU2709520*

*TCLU8010739*

These above containers are from where we took the goods for 5 loads. 4 loads were picked up already, now this will be the 5th load, so you should have the quantities as below from previous email

*Actually, I also want you to work on the size breakdown.*

*According to the packing list, these containers should have as below.*

|  | Small | Medium | Large | Ex large |
|---|---|---|---|---|
| *JNS* | *300* | *700* | *1,700* | *300* |
| *JNS* | *300* | *700* | *1,700* | *300* |
| *JNS* | *300* | *700* | *1,700* | *300* |
| *MM2020* | *500* | *400* | *1,900* | *200* |
| *PS* | | *1,200* | *1,200* | *600* |
| *PS* | | *1,050* | *1,750* | *200* |
| | *1,400* | *4,750* | *9,950* | *1,900* |

AKW_003369

*We need only as below*


**Small 1,400**

**Medium 4,750**

**Large 6,750**

**Ex Large 1,700**


On Tue, Apr 27, 2021 at 3:03 PM David Dembitzer <davidd@md3pl.com> wrote:

Please clarify what brand and what containers to pull from if you need specific

-

Best Regards,

David Dembitzer

CEO



O. 562-666-2828

F. 562-666-2829

TF. 833-568-3828

WWW.MD3PL.COM



> On Apr 27, 2021, at 3:49 PM, Joseph Weiner <hersheyweiner@gmail.com> wrote:

> Hi,

> You can release a load for Rock Fintek as below

> 140 small

> 1030 medium

AKW_003370

1420 large

410 ex large


Once this is out, please confirm what is the balance of the 6 containers prepared last week


On Mon, Apr 26, 2021 at 11:20 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Good morning David and Jimmy,


Last week Rock Fintek picked up 2 containers of the below.

Today they are picking up another 2 containers, you can go ahead and release it to them.


On Mon, Apr 19, 2021 at 5:00 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Actually, I also want you to work on the size breakdown.

According to the packing list, these containers should have as below.

|        | Small | Medium | Large | Ex large |
|--------|-------|--------|-------|----------|
| JNS    | 300   | 700    | 1,700 | 300      |
| JNS    | 300   | 700    | 1,700 | 300      |
| JNS    | 300   | 700    | 1,700 | 300      |
| MM2020 | 500   | 400    | 1,900 | 200      |
| PS     |       | 1,200  | 1,200 | 600      |
| PS     |       | 1,050  | 1,750 | 200      |
|        | 1,400 | 4,750  | 9,950 | 1,900    |


We need only as below


**Small 1,400**

**Medium 4,750**

**Large 6,750**

**Ex Large 1,700**

AKW_003371

**Please confirm**

On Mon, Apr 19, 2021 at 4:44 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Hi,

I will try to make it the easiest possible.

The following container number loads we are selling to a customer of ours which will come down to inspect and pick up. But only after my authorization they are able to pick up.

Now the goods are currently not assigned to me, they are under JNS and Prestige Sales. But, I am having them release it to me, so I can sell it further.

3 containers from JNS

CBHU8904290
TGBU8842994
CSNU7178458

1 container from MM2020

BEAU4566776

And 2 containers from Prestige

MATU2709520

TCLU8010739

Once all is released and ready to load on trucks, please make sure that the JNS goods are the ones accessible to inspect, and they are the ones loaded on the track last.

On every load there should be some JNS goods mixed in, so you should have what to put last on the truck.

In other words, we want them rather to see those goods if they inspect.

--
Regards
Mendel Banon