**From:** Thomas Kato <tk@rockfintek.com>
**Sent:** Friday, September 10, 2021 12:36 PM EDT
**To:** Dewayne Radar The Resource Group <Dewayne.Rader@TheResourceGroup.com>
**Subject:** A Hopeful Solution

Hi Dewayne,

First sorry for this long message.  Emails or text messages do not always come across with the correct tone.  This is a very sincere and soft tone and appreciative tone, for you giving me the opportunity to work with you.

I want to say we really appreciate all of your time and support.    I know you and your guys work endless hours, some times 7 days a week, with thousands of moving parts and this is the last thing you needed to deal with, I sincerely  apologize for that.

As you said, and I also acknowledge, we are not glove experts.  Not about tape or anything else to do with them.  Not at all and sorry for any controversial questions about any of them. That's why when we get any documentation for these gloves or any other products we send them to Mike or whomever directed.   We rely on their expertise or the department they send them to see if they are satisfied with the documentation and or sample products.

In this situation, when they were satisfied and approved the Medcare gloves, we started to deliver them around January/February.   Later in February and March we were able to secure pre-pandemic brand gloves like Kimberly Clark, Intco and others.  These name brands would have cost us less to purchase, but we did not.

Vince told us not to, he said Medcare  Gloves are in all the hospitals and they are very happy with them, and it's more work to input a new product.
By this time you may have already received 20 million gloves or so.

Rock Fintek then signed in April a contract to purchase another 150 million of these Medcare gloves at a premium over the prepandemic big brand names,  to satisfy the request and relationship with Resource, in hopes to continue to work with you guys in the future.

If I, Monday morning quarterback this situation, I would clearly do things differently on multiple fronts.
I would not imagine I would  leaving mid honeymoon with my new wife, driving around Midwest for days to Medline and Hospital facilities examining gloves and having the words legal and DOJ spoken to me in our Nashville meeting or ever in a relation to you and a Resource.  It's giving us sleepless night and we are trying all day every day to come up with a solution that we can do.

Rock Fintek doesn't warranty products and your agreement says it will return within 30 days.   If we knew in 30 days or 60 days you wanted to return the Medcare gloves in February, March or even April, we could have avoided to buy the balance of 150 million more. But this is the past now and we are going to find a solution to make things right with you, I pray.

Since then we have been speaking to Medcare directly and they want to work with you and us. They are willing to exchange a good amount of gloves.  They even found someone in the US to take your existing gloves now,  so they can replace some, if not all of them, with the new glove sample we sent you.  There is probably even an option to exchange a good amount of the gloves with Intco Brand too.

It's still a pandemic and people still want these gloves.  We sent the photos and specs of the gloves to two companies and they seem to want to move forward.

We can help facilitate this replacement for you, however we need to act sooner than later while there is still a glove shortage, or the replacement will not happen.

The Pandemic made the process of getting gloves very difficult.   I showed you the letters from U.S. State Department wrote to help us try to recoup the millions stolen from us in Asia.  People still need them and this is an option to fix this.

Again, we have this opportunity now to start the exchange process if Resource Group is interested.
Rock Fintek is willing to help facilitate the agreement with MedCare to supply replacement gloves and help coordinate all the logistics.

I don't know what else I have in my power to help.
I am open to any other suggestions you may have.
Again I know you put your faith in me, I am truly sorry for all this.   I hope you might still consider working with us another time, as this will never happen again, if not I understand.


   Regards,

   Tommy

**CONFIDENTIAL**


Exhibit
JNS Exh F
3rd Oct 2023

*Please excuse any typos or short messages as this was sent from my mobile.*

**Thomas Kato**
**tk@rockfintek.com**

**CONFIDENTIAL**                                                                                                                                          **RF_001035**