**From:** Thomas H. Kato <t@mhub.com>
**Sent:** Friday, July 23, 2021 5:30 AM EDT
**To:** Bradley Gilling <bg@rockfintek.com>
**Subject:** Fwd: Gloves concern

Regards,

Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

<u>Thomas Kato</u>

Begin forwarded message:

> **From:** Thomas Kato <tk@rockfintek.com>
> **Date:** July 23, 2021 at 11:26:25 AM GMT+2
> **To:** Dewayne Rader <dewayne.rader@theresourcegroup.com>
> **Subject: Re: Gloves concern**
>
> Dewayne,
>
> Reading those messages from the nurses is horrible.   You are really the last person I wanted to disappoint.  You had faith in me, more than my own absent father.
>
> Regardless that these gloves are going to test ok, it doesn't matter from what these hospitals are saying.  It's very scary for them.
>
> There has to be something with a small lot of them.   We have emails and calls from Vince several months ago on how people were happy with them.   Has to be something that happened in May.
>
> This whole glove situation has been incredible from the beginning.  One of the worst situations in my life.    I made a deal with the Malaysia company with Hartelga and also with Kimberly Clark the largest glove producer, they took a few million dollar deposit and did not give me one glove.
>
> Then I sent Skymed $6.2 million and they didn't send me 1 glove.  I am still chasing them for over 6 months to help and still no gloves.
>
> In the beginning of the year I was so happy to get you these Medcare gloves and that Vince was happy with them, now this email hearing what these hospitals are saying is horrific.
>
> I will touch base later on your correct time zone.
>
>    Regards,
>
>    Tommy
>
> *Please excuse any typos or short messages as this was sent from my mobile.*
>
> <u>Thomas Kato</u>
>
>
>    Regards,
>
>    Thomas
>
> *Please excuse any typos or short messages as this was sent from my mobile.*
>
> <u>Thomas Kato</u>
> <u>tk@rockfintek.com</u>
>
>    On Jul 22, 2021, at 9:14 PM, Dewayne Rader <dewayne.rader@theresourcegroup.com



I am pulling the plug on these Synthetic Protection Gloves guys.  We now have this complaint from Oklahoma, Wisconsin, Michigan, Indiana and Nashville that say these gloves are not good.  The complaints are from people that are used to wearing many sets of gloves every day.  We have used Medline, Cardinal, and Biogel over the last nine years I have been here and never heard these complaints.

We cannot keep using them.  Even if we have a good test, they ruined it with these lots, people no longer have confidence and are going to question when these gloves are on the shelf.

Dewayne Rader
Vice President, National Operations
System Support Team
t: 865-414-1680

Diane Hebel, Executive Assistant
t: 314-422-7702 |
Diane.Hebel@TheResourceGroup.com<mailto:diane.hebel@theresourcegroup.com>


[The Resource Group]<http://theresourcegroup.com/>




---------- Forwarded message ---------
From: Scott Hebisen <scott.hebisen@theresourcegroup.com<mailto:scott.hebisen@theresourcegroup.com>>
Date: Thu, Jul 22, 2021 at 3:03 PM
Subject: Fwd: Gloves concern
To: Rader, Dewayne <Dewayne.Rader@theresourcegroup.com<mailto:Dewayne.Rader@theresourcegroup.com>>


FYI


[TheResourceGroup]


Scott Hebisen
Sr. Manager, National Logistics

System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com




---------- Forwarded message ---------
From: Cole Johnson <cole.johnson@theresourcegroup.com<mailto:cole.johnson@theresourcegroup.com>>
Date: Thu, Jul 22, 2021 at 1:32 PM
Subject: Re: Gloves concern
To: Lubus, Kevin J <Kevin.Lubus@theresourcegroup.com<mailto:Kevin.Lubus@theresourcegroup.com>>, Garold Williams <garold.williams@theresourcegroup.com<mailto:garold.williams@theresourcegroup.com>>, Geoffrey Nielson <geoffrey.nielson@theresourcegroup.com<mailto:geoffrey.nielson@theresourcegroup.com>>, Scott Hebisen <scott.hebisen@theresourcegroup.com<mailto:scott.hebisen@theresourcegroup.com>>, Michelle Wood (Shelly) <michelle.wood@theresourcegroup.com<mailto:michelle.wood@theresourcegroup.com>>, Vincent Moccio <vincent.moccio@theresourcegroup.com<mailto:vincent.moccio@theresourcegroup.com>>


Hi Vince,

Additional info to help. The lot number of the medium glove that was breaking at the fingertips is below.

[image.png]
Cole Johnson
Director, Operations
St. Vincent Indiana
m: 765-434-2328


[The]<http://theresourcegroup.com/>
[https://signatures.ascension.org/Content/app/ABIDE-email-sig5.png]


On Thu, Jul 22, 2021 at 1:33 PM Cole Johnson <cole.johnson@theresourcegroup.com<mailto:cole.johnson@theresourcegroup.com>> wrote:
Hi Vince,

Please see below a concern we just received on the gloves from Indy. The nurse was administering an IV to a Hep C positive patient and the finger tips were breaking. The email chain below provides the details and the Voalte message. This could be another ERS situation.

Thanks for your help and hearing out these concerns.

Cole

Cole Johnson
Director, Operations
St. Vincent Indiana
m: 765-434-2328


[The]<http://theresourcegroup.com/>
[https://signatures.ascension.org/Content/app/ABIDE-email-sig5.png]



---------- Forwarded message ---------
From: Kimberly Hagan <kimberly.hagan@theresourcegroup.com<mailto:kimberly.hagan@theresourcegroup.com>>
Date: Thu, Jul 22, 2021 at 1:29 PM
Subject: Re: Gloves concern
To: Rhea roma Bradley <rbrad002@ascension.org<mailto:rbrad002@ascension.org>>
Cc: Cole Johnson <cole.johnson@theresourcegroup.com<mailto:cole.johnson@theresourcegroup.com>>


Hi Rhea,
The gloves that you are currently seeing are a sub only, not what we will be providing on a regular basis. There is a large international backorder on gloves. This is resulting from increased utilization due to COVID, shipping delays, labor shortages and raw material shortages. We are doing our best to maintain a constant supply of gloves for our clinical areas and as the backorders begin to resolve, you will see the gloves you are traditionally used to seeing.
I am happy to discuss how these national and international issues are impacting our supply chain in a staff meeting if you think that would be helpful.

Kim Hagan MSN, RN, CNS
Critical Products Manager
Ascension St.Vincent Indianapolis, St.Vincent Women's, Seton Specialty Hospital, and Peyton Manning Children's Hospital
t: 317-409-3404

[The Resource Group]<https://signatures.ascension.org/TheResourceGroup.com>


On Thu, Jul 22, 2021 at 12:33 PM Rhea roma Bradley

RF_003485

<rbrad002@ascension.org<mailto:rbrad002@ascension.org>> wrote:
Hi Kim-

Feedback from an associate regarding our current gloves. Can you help?

[cid:17acf10107aff44f22d1]

--
Rhea Bradley, BSN, RN, CCRN
Nurse Manager
Trauma/Neuro/Surgical ICU Department
Ascension St. Vincent
2001 West 86th Street
Ind

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.
<IMG_4239.jpg>
<image.png>