1

2   UNITED STATES DISTRICT COURT          **COPY**
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    KITCHEN WINNERS NY INC.,
4
                                    PLAINTIFF,
5
            -against-         CIVIL Action No.:
6                             22-cv-05276-PAE

7   ROCK FINTEK LLC,
                                    DEFENDANT.
8   ----------------------------------------X
    ROCK FINTEK LLC,
9
       COUNTERCLAIM and THIRD-PARTY PLAINTIFF,
10
                 -against-
11
    KITCHEN WINNERS NY INC.,
12
                    COUNTERCLAIM DEFENDANT,
13
                 and
14
    ADORAMA INC., HERSHEY WEINER, JOSEPH
15  MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
    JOEL STERN,
16
                    THIRD-PARTY DEFENDANTS.
17  ----------------------------------------X

18                   DATE:  August 29, 2023

19                   TIME:  10:17 a.m.

20

21      VIDEOCONFERENCE DEPOSITION of

22     ROCK FINTEK LLC, by BRAD GILLING

23

24            RAPID REPORTING LLC
          254 South Main Street, Suite 216
25             New City, New York 10956
                  (718) 310-0704

1

2                    DATE:  August 29, 2023

3                    TIME:  10:17 a.m.

4

5

6

7

8

9

10

11        VIDEOCONFERENCE DEPOSITION of ROCK

12   FINTEK LLC, by BRAD GILLING, pursuant to

13   Notice, held remotely via Zoom, before

14   Phyllis F. Russek, a Shorthand Reporter and

15   Notary Public of the State of New York.

16

17

18

19

20

21

22

23

24

25

```
 1

 2   A P P E A R A N C E S:

 3        LIPSIUS-BENHAIM LAW, LLP
                  Attorneys for the Plaintiff /
 4                Counterclaim Defendant
                  KITCHEN WINNERS NY INC.
 5                80-02 Kew Gardens Road, Suite 1030
                  Kew Gardens, New York  11415
 6                BY: ALEXANDER SPERBER, ESQ.

 7        POLLACK SOLOMON DUFFY, LLP
                  Attorneys for the Defendant /
 8                Counterclaim and Third-Party Plaintiff
                  ROCK FINTEK LLC
 9                31 St. James Avenue, Suite 940
                  Boston, Massachusetts 02116
10                BY: PHILLIP RAKHUNOV, ESQ.

11        LAW OFFICE OF AVRAM E. FRISCH, ESQ.
                  Attorneys for the Third-Party Defendants
12                JNS CAPITAL HOLDINGS LLC and JOEL STERN
                  1 University Plaza, Suite 119
13                Hackensack, New Jersey  076011
                  BY: AVRAM E. FRISCH, ESQ.

14
          ALSO PRESENT:  YISROEL STEINBERG, ESQ.
15                        LAUREN RIDDLE, ESQ.

16

17

18

19

20

21

22

23

24

25
```

1

2                     FEDERAL STIPULATIONS

3

4

5        IT IS HEREBY STIPULATED AND AGREED by

6    and between the counsel for the respective

7    parties herein that the sealing, filing,

8    and certification of the within deposition

9    be waived; that the original of the

10   deposition may be signed and sworn to by

11   the witness before anyone authorized to

12   administer an oath, with the same effect as

13   if signed before a Judge of the Court; that

14   an unsigned copy of the deposition may be

15   used with the same force and effect as if

16   singed by the witness, 30 days after

17   service of the original and 1 copy of same

18   upon counsel for the witness.

19

20       IT IS FURTHER STIPULATED AND AGREED

21   that all objections, except as to form, are

22   reserved to the time of trial.

23

24                   *    *    *    *

25

```
 1                    GILLING
 2            THE REPORTER:  Mr. Frisch, are
 3        you ordering?
 4            MR. FRISCH:  Yes.
 5            THE REPORTER:  Mr. Rakhunov?
 6            MR. RAKHUNOV:  Yes.
 7            (Whereupon, an off-the-record
 8        discussion was held.)
 9  B R A D   G I L L I N G, called as a
10  witness, having been first duly sworn by a
11  Notary Public of the State of New York, was
12  examined and testified as follows:
13  EXAMINATION BY
14  MR. SPERBER:
15       Q    Please state your name for the
16  record.
17       A    Brad Gilling.
18       Q    What is your current address?
19            MR. RAKHUNOV:  I don't know why
20        you need Mr. Gilling's home address
21        on the record.  We'd be willing to
22        accept any service on his behalf.
23        So if acceptable to all counsel, we
24        will just put his office address
25        down.
```

```
 1                 GILLING
 2            MR. SPERBER:  That's fine by
 3       me.
 4            MR. FRISCH:  Fine with me.
 5       A      22955 21 Mile Road, Macomb,
 6  Michigan  48042.
 7       Q      Good morning, Mr. Gilling.  My
 8  name is Alexander Sperber.  I'm the
 9  attorney in this matter for plaintiff,
10  Kitchen Winners New York, Inc., Adorama,
11  Inc., and Joseph Mendlowitz.
12            Have you ever testified under
13  oath before?
14       A      Yes.
15       Q      In what context?
16       A      In a lawsuit.
17       Q      Was that lawsuit related to a
18  business matter?
19       A      Yes.
20       Q      Can you describe it?
21  Withdrawn.
22            Can you explain the nature of
23  that lawsuit?
24       A      It's a Rock Fintek plaintiff's
25  case.  Rock Fintek against two brokers.
```

```
1                    GILLING
2       Q     Was Rock Fintek the plaintiff
3  in that action?
4       A     Yes.
5       Q     Did that lawsuit have to do
6  with medical gloves?
7       A     No.
8       Q     Did it have anything to do with
9  personal protective equipment?
10       A     Yes.
11       Q     What kind of equipment?
12       A     Masks.
13       Q     And what was Rock Fintek
14  alleging?
15             MR. RAKHUNOV:  Objection.
16       A     I'm not really sure.
17       Q     What was the name of that
18  lawsuit?
19       A     I'm -- I don't know.
20       Q     Who was Rock Fintek suing?
21       A     First Holdings, Michael Boback,
22  and the other gentleman escapes me.
23       Q     When you said you testified
24  under oath, was that in a deposition or a
25  trial.
```

                      GILLING

1

2        A     Deposition.

3        Q     Besides for that lawsuit, have

4   you ever testified under oath under any

5   other circumstances?

6        A     No, not that I recollect.

7        Q     Well, just to refresh your

8   recollection -- I'll go through.  I'm sure

9   you were told this at your last deposition.

10  We have a court reporter here who is taking

11  down everything I say, everything you say,

12  everything that the other attorneys here

13  say.  So it's important in order to get a

14  clean transcript that we don't speak over

15  one another.

16            THE REPORTER:  Excuse me.  What

17       is that beeping?

18            (Whereupon, an off-the-record

19       discussion was held.)

20       Q     Let me just repeat the

21  question.  We have a court reporter here

22  who is taking down everything that I say,

23  that you say, and the other attorneys are

24  saying.  It's important to get a clean

25  record and so I'd ask that when possible

```
                        GILLING
 1
 2   you don't speak over me and I won't speak
 3   over you.  Is that all right?
 4        A    Yes.
 5        Q    Do you understand that you are
 6   under the same oath today that you would be
 7   as if you were in a courtroom?
 8        A    Yes.
 9        Q    And you understand that even
10   though you are testifying at a deposition
11   today, the testimony you are giving under
12   oath here is subject to the same penalty of
13   perjury as if you were testifying in a
14   court of law?
15        A    Yes.
16        Q    If you don't understand one of
17   my questions, please let me know.  Unless
18   you tell me otherwise, I'm going to assume
19   you understood the question.  Is that all
20   right?
21        A    Yes.
22        Q    Is there anything that would
23   prevent you from thinking clearly or
24   testifying truthfully today?
25        A    No.
```

```
1                      GILLING
2         Q     If you need time to take a
3   break during the deposition, just let me
4   know.  As long as there is no question
5   pending, I'd be happy to take a break at
6   any time.
7         A     Okay.
8         Q     In preparing for today's
9   deposition, did you review any documents?
10        A     No.
11        Q     What did you do to prepare for
12  today's deposition?
13        A     Had a discussion with Rock
14  Fintek's attorney.
15        Q     Anything else?
16        A     Well, a discussion with Rock
17  Fintek's attorneys.  Lauren was present
18  too.
19        Q     Aside from Lauren and
20  Mr. Rakhunov, was anyone else present
21  during that conversation?
22        A     No.
23        Q     Mr. Gilling, what is your
24  highest level of education?
25        A     Four-year college degree.
```

```
 1                        GILLING
 2        Q      Where is that from?
 3        A      Alma College.
 4        Q      What was your degree in?
 5        A      Advertising.
 6        Q      And when did you graduate?
 7        A      '92.  1992.
 8        Q      And after graduating from
 9   college, what was the first job that you
10   took?
11        A      Working for a beer distributor.
12        Q      What were you doing there?
13        A      Working on the sales team.
14        Q      And how long were you at that
15   company?
16        A      I don't recall.  Not long.
17        Q      And after leaving that company,
18   what was your next form of employment?
19        A      I'm not sure where I went from
20   there.  Eventually went to a company called
21   IDS.
22        Q      Is that I, D, like David, S?
23        A      Correct.
24        Q      What kind of company is IDS, or
25   was IDS?
```

```
1                    GILLING

2        A     Financial planning company.

3        Q     And what were you doing there?

4        A     Financial planner.

5        Q     Approximately how long were you

6   at IDS?

7        A     I'm not sure.  One to -- one to

8   three years.  One to two years.

9        Q     And after leaving IDS, where

10   was your next employment?

11        A     I went out on my own, on my

12   own, as a broker for Mariner Financial was

13   the name of the broker dealer.

14        Q     Approximately what year was

15   that?

16        A     '94 to '96.  Somewhere in

17   there.

18        Q     Are you still practicing as a

19   insurance broker today?

20        A     Yes.

21        Q     Are you still a broker for

22   Mariner Financial?

23        A     No.

24        Q     Are you familiar with a company

25   by the name of Rock Fintek, LLC?
```

```
 1                    GILLING
 2        A     Yes.
 3        Q     Are you an owner of Rock
 4   Fintek, LLC?
 5        A     No.
 6        Q     Were you involved in founding
 7   Rock Fintek, LLC?
 8        A     No.
 9              MR. RAKHUNOV:  Objection.
10        Q     How did you become aware of the
11   company Rock Fintek, LLC?
12        A     Tommy Kato.
13        Q     How long have you known
14   Mr. Kato?
15        A     Roughly 20, 25 years.
16        Q     And how long have you been in
17   business with Mr. Kato?
18        A     Clarify that question.  I'm not
19   in business.
20        Q     Sure.
21        A     I don't own a business with
22   him.
23        Q     When you first met --
24   withdrawn.
25              Is your relationship with
```

```
1                    GILLING
2   Mr. Kato a professional relationship, a
3   personal relationship, or both?
4        A    Both.
5        Q    At what point in time did your
6   relationship become professional in nature?
7        A    Well, I don't understand that
8   question.
9        Q    All right.  Well, to your
10  knowledge, does Mr. Kato own any other
11  companies?
12       A    Yes.
13       Q    What other companies does he
14  own?
15            MR. RAKHUNOV:  Objection.
16       A    I don't know specifically the
17  companies he owns, but he owns other
18  companies.
19       Q    Okay.  Are you involved in any
20  other companies that Mr. Kato owns?
21            MR. RAKHUNOV:  Objection.  You
22        can answer.
23       A    I don't -- yeah -- I don't --
24  I'm involved with Rock Fintek.  I'm
25  involved in other -- other things we've
```

```
 1                    GILLING
 2   worked on.
 3        Q     Approximately when did you
 4   first become involved with Rock Fintek?
 5        A     When the -- when the pandemic
 6   started.  Shortly -- right around when the
 7   pandemic started.
 8        Q     Around 2000?
 9        A     If that's when the pandemic
10   started.  I'm not -- like I'm not sure.  I
11   could Google that if you'd let me Google
12   it.
13             MR. RAKHUNOV:  Don't Google
14          anything.  Just your best
15          recollection.
16        A     I don't know.
17        Q     What kind of company is Rock
18   Fintek?
19        A     It's a trading company.
20        Q     What does it trade in?
21        A     Well, it was -- my
22   understanding was it was for trading
23   electronic goods and then focused on PPE in
24   the pandemic.
25        Q     You mentioned that it was
```

```
 1                     GILLING
 2   involved in electronic goods.  Was that
 3   prior to the pandemic?
 4        A     It would be hearsay by me.  I
 5   wasn't involved with it for that.  That's
 6   why it was set up.
 7        Q     Okay.
 8        A     That's what I was told.
 9        Q     Am I correct in understanding
10   you were employed at some point in time by
11   Rock Fintek?
12        A     I was contracted as a 1099
13   employee.
14        Q     Do you have a contract, a
15   written contract, with Rock Fintek?
16        A     I do not.
17        Q     Do you have any job title in
18   connection with your responsibilities for
19   Rock Fintek?
20        A     The title given to me was COO,
21   chief operating officer.
22        Q     And what were your job
23   responsibilities?
24        A     Mostly logistics; order
25   execution, interface with clients,
```

```
 1                    GILLING
 2   interface with accounting, sending
 3   invoicing and -- and some procurement of
 4   sales.
 5        Q     Okay.  Do you still work for
 6   Rock Fintek?
 7        A     I work in a capacity of
 8   recovering funds.
 9        Q     During your time at Rock
10   Fintek, what were the kinds of goods that
11   it traded in?
12        A     Masks, gloves, hair bouffants,
13   booties, gowns.  That's all that I can
14   recollect.
15        Q     Do you know who were the
16   members of Rock Fintek?
17              MR. RAKHUNOV:  Objection.
18        A     I don't know the -- Tommy Kato
19   would be the owner of Rock Fintek.
20        Q     Is he the sole owner?
21        A     I don't know that for certain,
22   but I would -- it's something you would
23   have to ask him.
24        Q     Do you know when Rock Fintek
25   was formed?
```

```
 1                    GILLING
 2        A     I don't.
 3        Q     Do you know what state Rock
 4   Fintek was incorporated in?
 5        A     Delaware.
 6        Q     Is there more than one
 7   corporation that you're aware of named Rock
 8   Fintek, LLC?
 9        A     No.  No.  Not that I'm aware
10   of.
11        Q     Is there a relationship that
12   you're aware of between Rock Fintek and
13   something by the name of M Hub?
14        A     No.
15        Q     Are you familiar with M Hub?
16        A     I'm familiar with the name
17   M Hub, yes.
18        Q     What is your understanding of
19   what M Hub is?
20        A     It's a merchant services
21   company.
22        Q     Do you have any role in M Hub?
23        A     No.
24        Q     What is M Hub's -- you said
25   it's a merchant services company.  What
```

```
 1                    GILLING
 2  kind of services does it provide?
 3            MR. RAKHUNOV:  Objection.
 4       A    I don't know.
 5       Q    What do you mean by a merchant
 6  services company?
 7       A    I don't know.  It's called a
 8  merchant services.  It's -- it's called
 9  Merchant Hub.  That's what M Hub stands
10  for.  It's a merchant services company.  So
11  I -- it's credit card processing.
12       Q    Are you familiar with a company
13  by the name of Ascension?
14       A    Yes.
15       Q    Was Ascension a customer of
16  Rock Fintek?
17       A    Yes.
18       Q    Aside from Ascension, did Rock
19  Fintek have any other customers?
20       A    Yes.
21       Q    Can you name them?
22       A    Fresna Health, Delta Airlines,
23  Firestone, Patterson Dental, Meyer, City of
24  New York.  Those are the only ones that
25  come to mind.  I assume there's others, but
```

```
1                    GILLING
2     those are the only ones I remember.
3          Q     Are those customers that Rock
4     Fintek had while you were working for Rock
5     Fintek?
6          A     Yes.
7                MR. RAKHUNOV:  Counsel, I'm
8             sorry; before we go on.  I just
9             want to put on the record, other
10            than the City of New York and five
11            other customers that Mr. Gilling
12            just identified, I just want to
13            designate those names, just those
14            names, confidential in the
15            transcript.
16               MR. SPERBER:  Okay.
17               MR. RAKHUNOV:  Thank you.
18         Q     Would it be accurate to say
19    that Rock Fintek was filling those
20    customers' personal protective equipment?
21         A     Yes.
22         Q     And is Rock Fintek still
23    selling any of those customers' personal
24    protective equipment?
25         A     No.
```

```
 1                    GILLING
 2        Q     Is there a reason for that?
 3              MR. RAKHUNOV:  Objection.
 4        A     We're out of -- we're out of
 5   business.
 6        Q     Well, for example, what was
 7   Rock Fintek selling to Delta Airlines?
 8        A     Masks.
 9        Q     Did there come a point in time
10   when Delta Airlines stopped buying masks
11   from Rock Fintek?
12        A     Yes.
13        Q     Did Delta indicate that it no
14   longer needed additional masks from Rock
15   Fintek?
16        A     No.
17        Q     Could you explain what happened
18   there?
19        A     I don't -- Delta didn't
20   indicate that they didn't need more masks.
21   I don't know what happened with that.
22        Q     Do you know why Rock Fintek
23   stopped selling masks to Delta Airlines?
24        A     I don't know.
25        Q     What products was Rock Fintek
```

```
 1                    GILLING
 2    selling to Firestone?
 3         A     Masks.
 4         Q     Again, is Rock Fintek still
 5    selling masks to Firestone?
 6         A     No.  Rock Fintek is out of
 7    business.
 8         Q     Okay.  Again, why did Rock
 9    Fintek stop selling masks to Firestone?
10         A     I don't know.
11         Q     How about Patterson Dental?
12    What products was Rock Fintek selling to
13    Patterson Dental?
14         A     I know booties and bouffants
15    went to them, and I'm not sure what else.
16    Possibly masks.
17         Q     Is Rock Fintek still selling
18    those goods to Patterson Dental?
19         A     No.  Rock Fintek is out of
20    business.
21         Q     And, again, why did Rock Fintek
22    stop selling those goods to Patterson
23    Dental?
24         A     I don't know.
25         Q     Who would know the answer to
```

```
 1                    GILLING
 2   that question?
 3        A    I don't know -- I don't know if
 4   there is an answer to that question.  I
 5   don't know.
 6        Q    Okay.
 7        A    It's plausible there wouldn't
 8   be an answer to that question.
 9        Q    Approximately when did Rock
10   Fintek stop selling goods to Delta
11   Airlines?
12        A    I don't know.  I don't know
13   that.
14        Q    Was it in 2000?
15        A    I don't know.
16        Q    Do you have any concept of when
17   Rock Fintek stopped selling goods to Delta
18   Airlines?
19        A    I don't know.
20        Q    How about, do you have any idea
21   when Rock Fintek stopped selling goods to
22   Firestone?
23        A    No.
24        Q    Do you have any idea when Rock
25   Fintek stopped selling goods to Patterson
```

```
 1                    GILLING
 2   Dental?
 3        A      No.
 4        Q      Again, who would know the
 5   answer to these questions?
 6             MR. RAKHUNOV:  Objection.
 7        A      I don't know.  I don't know.
 8        Q      How many employees does Rock
 9   Fintek have?
10             MR. RAKHUNOV:  Objection.
11        A      I don't know.  I don't know
12   that specifically.
13        Q      Okay.
14             MR. FRISCH:  Could I interject
15          one thing?  Because you keep asking
16          about the pandemic in 2000, and I'm
17          pretty sure you mean 2020.  Just so
18          that we're clear.
19             MR. SPERBER:  You are correct.
20          I meant 2020.
21        Q      During your time at Rock
22   Fintek, how many employees did it have?
23        A      I don't know.  I would think --
24   I don't know.  I don't know.  Tommy Kato
25   will know.
```

```
                     GILLING
 1
        Q      During your time at Rock
 2
Fintek, which other employees of Rock
 3
Fintek did you work with?
 4
        A      I don't -- you're asking -- I
 5
don't know that because you're asking about
 6
employees.  Employees is a term that
 7
associates with W-2 transactions.  I don't
 8
know if anybody was W-2'd.
 9
        Q      Okay.
10
        A      I was -- I was contracted, so I
11
was different.  I don't know if any of the
12
other people associated with Rock Fintek
13
were contracted.
14
        Q      Let me rephrase my question.
15
        A      Sure.
16
        Q      Let me rephrase my question.
17
During your time at Rock Fintek, what other
18
individuals did you work with who were also
19
working on behalf of Rock Fintek?
20
        A      Tommy Kato.  As a broker, Mike
21
Boback, Andy Kotsovos, Anna Gajik, and
22
Artil Burek, who would have been our
23
technology guy, our computer tech.
24
        Q      Would any of those individuals
25
```

```
 1                    GILLING
 2   have information as to why Rock Fintek
 3   stopped selling goods to any of its
 4   customers other than Ascension?
 5               MR. RAKHUNOV:  Objection.
 6        A     I don't know.
 7        Q     Would any of those individuals
 8   have information as to when exactly Rock
 9   Fintek stopped selling goods to its
10   customers other than Ascension?
11               MR. RAKHUNOV:  Objection.
12        A     I think financial records would
13   show that.  I don't -- I think that's the
14   only way you would be able to find that.
15        Q     Okay.
16        A     I don't -- I don't think
17   anybody specific is going to have that,
18   like, in the top of their head.
19        Q     Do you know, has Rock Fintek
20   sold goods to any of its other customers in
21   the last year?
22        A     Do I know if they -- I don't
23   know.  I don't know.
24        Q     Are you -- were you involved in
25   drafting Rock Fintek's counterclaim and
```

```
 1                      GILLING
 2   third-party complaint in this action?
 3              MR. RAKHUNOV:  Objection.
 4              You might want to be careful
 5         with this one.  I don't know where
 6         you're going with that question,
 7         and we're obviously going to avoid
 8         anything that would disclose your
 9         conversations with any attorneys
10         for Rock Fintek, whether it's me or
11         my colleagues or any other firms.
12         I guess you can answer that yes or
13         no.
14      A     What's the question?
15      Q     Were you involved with Rock
16   Fintek's counterclaim and third-party
17   complaint in this action?
18      A     I did not draft the document.
19   I had conversations with Tommy Kato and our
20   attorneys.
21      Q     Have you seen Rock Fintek's
22   First Amended Counterclaim and Third-Party
23   Complaint?
24      A     I'm certain I have, yes.
25              MR. SPERBER:  I'm going to mark
```

```
 1                    GILLING
 2         this document as -- I'll call it
 3         Plaintiff's Exhibit 1.  I'll share
 4         my screen.
 5              (Whereupon, a Counterclaim /
 6         Complaint was marked as Plaintiff's
 7         Exhibit 1 for identification, as of
 8         this date, by the reporter.)
 9         Q    Can you see in front of you the
10  document on your scene?
11         A    Yes.
12         Q    I'm going to scroll to the
13  second page of the document.  At the very
14  top it says First Amended Counterclaim and
15  Third-Party Complaint.  Do you see where I
16  am?
17         A    Yes.
18         Q    I want to walk through with you
19  this document and see if you have knowledge
20  about some of the allegations that are in
21  here.
22         A    Can you expand that, blow it
23  up?
24         Q    Sure.  I'm going to start.  Can
25  you take a look at paragraph 17.  It reads:
```

```
 1                    GILLING
 2   Adorama has routinely faced litigation and
 3   regulatory action for selling unauthorized
 4   knock-off products including electronics.
 5             Do you see where I am?
 6        A    Yes.
 7        Q    Do you have any personal
 8   knowledge to support the allegations in
 9   that paragraph?
10        A    I do not have any personal
11   knowledge other than, you know, Google
12   searching Adorama and their, you know,
13   litigation history with -- with issues
14   alluding to that.
15        Q    Okay.
16        A    A public record, I mean, a
17   public record, but I don't have any direct
18   memory of specifics.
19        Q    Sure.  If you look at paragraph
20   18, it says:  Since the start of the global
21   COVID-19 pandemic, the demand and prices
22   for PPE skyrocketed, while supplies were
23   limited, which caused companies like
24   Adorama, that had historically been
25   involved in other lines of business, to
```

```
 1                    GILLING
 2   insert themselves into the PPE industry.
 3            Do you see where I'm at?
 4       A    Yes.
 5       Q    Do you have knowledge as to the
 6   price for PPE over the course of the
 7   pandemic?
 8       A    I would have some knowledge.
 9       Q    Do you have knowledge about the
10   price and the way -- the way the price
11   changed for medical gloves over the course
12   of the pandemic?
13       A    No.
14       Q    Were you involved on behalf of
15   Rock Fintek in purchasing medical gloves
16   during the course of the pandemic?
17       A    Yes.
18       Q    As part of your involvement in
19   that, were you involved in negotiating
20   prices for those gloves that you were
21   purchasing, or that Rock Fintek was
22   purchasing?
23       A    I had input with Tommy Kato,
24   but I was not negotiating price.
25       Q    Do you understand what the
```

```
 1                   GILLING
 2   market price was for gloves at various
 3   points in time?
 4        A    Yes, I would have some
 5   knowledge of that.
 6        Q    Would it be accurate to say
 7   that early in the pandemic price for gloves
 8   went up quite a bit?
 9        A    I'm sure there is statistic
10   data on that.  I would assume.  I don't --
11        Q    Was that your experience in
12   working on behalf of Rock Fintek to
13   purchase gloves?
14        A    We had one glove buyer.  It was
15   our largest client, Ascension Hospital.
16        Q    You were -- Rock Fintek was
17   purchasing gloves, correct?
18        A    For our client, Ascension
19   Hospital.
20        Q    Would it be correct to say Rock
21   Fintek was purchasing gloves from sellers
22   and then reselling them to Ascension?
23        A    Yes.
24        Q    And so --
25        A    We -- we -- yes.  That's not
```

```
 1                    GILLING
 2   from resell.  I'm not certain if we bought
 3   direct.  We did have some direct
 4   opportunities too, but I'm not certain if
 5   we bought from them.
 6        Q     And so in your capacity of
 7   purchasing gloves on behalf of Rock Fintek,
 8   did you see at the beginning of the
 9   pandemic the price of gloves go up?
10              MR. RAKHUNOV:  Objection.
11        A     Yeah.  I don't have knowledge
12   about that.
13        Q     You have no recollection of
14   whether prices went up at the beginning of
15   the pandemic or went down later on?
16        A     No, I don't, because when we --
17   when we went to -- we got an order from our
18   client and we went to market.  So that's
19   when we went to market.  So I wasn't -- I
20   wasn't in the glove buying business or any
21   of that until our client asked us to get
22   gloves.
23        Q     Would I be correct in
24   understanding that Rock Fintek made a
25   profit on the spread between the price it
```

```
 1                    GILLING
 2   was purchasing the gloves for and the price
 3   it was selling the gloves for?
 4              MR. RAKHUNOV:  Objection.
 5        A     I don't have knowledge of that.
 6        Q     Who would have knowledge of
 7   that?
 8        A     Thomas Kato would have
 9   knowledge about it.
10        Q     Taking a look at paragraph 19,
11   is states that:  Kitchen Winners is an
12   affiliate of Adorama, that Adorama, formed
13   upon information and belief, for the
14   purpose of engaging in PPE business and
15   shielding Adorama from liability for
16   fraudulent PPE transactions.  Do you see
17   where I am?
18        A     Yes.
19        Q     Do you have any personal
20   knowledge to support the allegations in
21   that paragraph?
22        A     I do not.
23        Q     It says, Roman Numeral IV, upon
24   information and belief, for the purpose of
25   engaging in the PPE business and shielding
```

```
 1                   GILLING
 2   Adorama from liability from fraudulent PPE
 3   transactions.
 4             Do you have any information
 5   that would support the allegations that
 6   Adorama formed Kitchen Winners for the
 7   purpose of engaging in PPE business?
 8        A    I do not.
 9        Q    Do you have any information
10   that would support the allegation that
11   Adorama formed Kitchen Winners for the
12   purpose of shielding Adorama from liability
13   for fraudulent PPE transactions?
14        A    I do not.
15        Q    Taking a look at paragraph 20,
16   it says:  Kitchen Winners is an alter ego
17   of Adorama.  Do you see where I am?
18        A    Paragraph 20.  Yep.
19        Q    Do you have any information to
20   support the allegation that Kitchen Winners
21   is the alter ego of Adorama?
22        A    The information I have about
23   Kitchen Winners was when we were entering
24   into a contract for -- for examination
25   gloves for a hospital, Kitchen Winners was
```

GILLING

1

2      a newly founded company that was not

3      collectible and had -- was -- was holding

4      themself out to sign a multi-million dollar

5      deal that had, from what we could see, no

6      financial backing, no record of anything.

7                  As that -- and through

8      discussions, they -- Kitchen Winners

9      discussed that Adorama was backing them and

10     Adorama would be the party to the contract,

11     which we ended up writing a contract for

12     examination gloves with Adorama as the

13     company backing the deal, with Kitchen

14     Winners along as a party of the contract.

15                  That's my recollection.

16          Q      Did you ever speak with anyone

17     at Adorama as part of that negotiation?

18          A      I believe I was on a phone call

19     with one of the principals of Adorama.

20          Q      And who was that?

21          A      Maybe Mendlowitz.  I don't

22     know.  If you give me a few names, I could

23     probably tell you which one.

24          Q      Well, when you say you believe

25     you were on a conference call with someone

GILLING

1
2  from Adorama, you're not -- you're not
3  sure?
4       A     Well, I'm -- we were very
5  specific that Adorama was the signer of the
6  contract for examination gloves.  And our
7  attorneys at that time, we -- we needed to
8  talk to a principal there.  We couldn't
9  rely on Kitchen Winners holding themselves
10 out as Adorama.  So we -- there was a
11 principal at Adorama that got involved on
12 the phone because we demanded it.
13      Q     Do you have the date of that
14 phone call?
15      A     It would have -- it would have
16 been prior to the signing of the contract.
17      Q     Aside from yourself and an
18 unnamed individual at Adorama, who else was
19 on that phone call?
20      A     Thomas Kato would have been on
21 that phone call.  I know that for sure.
22 Hershey.  Hershey, I don't know Hershey's
23 real name.  Everybody's got, like, these
24 nicknames.  I don't know if Hershey is even
25 his name, but a gentleman that went by

```
 1                  GILLING
 2   Hershey was on the phone call.
 3        Q    Is that Hershey Weiner?
 4        A    Yeah.  Is that his real name?
 5        Q    Anyone else that you can think
 6   of who was on the phone call?
 7        A    Is -- well, I don't know.  I'm
 8   asking is Hershey Weiner his name?
 9        Q    I'm not here to answer your
10   questions.  I'm here to ask.  You're here
11   to answer.
12        A    The person I knew of was
13   Hershey Weiner.  It's very possible Eric
14   Lymon was on it, on that phone call.
15        Q    And what did the person from
16   Adorama tell you on that phone call?
17        A    That they were representing
18   Adorama and that -- and signing the
19   document for -- with us for buying
20   examination gloves.
21        Q    What else?
22        A    That's all I recall.
23        Q    Did that person say that
24   Adorama had formed Kitchen Winners?
25        A    I don't know.
```

```
1                     GILLING
2        Q      Did that person say that
3   Adorama somehow controlled Kitchen Winners?
4               MR. RAKHUNOV:  Objection.
5        A      I don't know.
6        Q      Did that person say that
7   Adorama comingled funds with Kitchen
8   Winners?
9        A      No.  Bank records would show
10  that, though.  I don't know.
11       Q      Did that person say that
12  Adorama and Kitchen Winners have the same
13  officers?
14       A      I don't know.
15       Q      Or directors?
16       A      I don't know.
17       Q      Or did that person say that
18  they share office space?
19       A      I don't know.
20       Q      Looking at paragraph 20, it
21  alleges that Adorama and its principals
22  dominate and control Kitchen Winners for
23  the purposes of engaging in fraudulent PPE
24  transactions as described herein while
25  seeking to shield creditors' funds received
```

```
 1                      GILLING
 2    in those transactions.  As detailed below,
 3    Adorama and Kitchen Winners comingled
 4    funds, failed to observe corporate
 5    formalities, share officers, directors, and
 6    office space.
 7              Do you see where I am?
 8        A     Yes.
 9        Q     Do you have any knowledge to
10    support those allegations?
11        A     I got to read it carefully
12    again.  Hold on.
13              Well, I can -- do I have
14    knowledge about it?  Well, I do know that
15    they sold us fraudulent PPE.  Kitchen
16    Winners held them out as a party with
17    Adorama in -- in our -- in our contract
18    with them so, yeah, they -- they -- I don't
19    know about dominating and controlling, but
20    Kitchen Winners certainly alluded and
21    brought Adorama as the principal signer of
22    the contract.
23              Comingling funds, I don't know
24    about that, but I'm sure that will come out
25    in bank records.
```

```
1                    GILLING
2          As far as observing corporate
3    formalities and officers and directors, I
4    don't -- I don't have any direct knowledge
5    of that, and I'm sure that's -- we talked
6    to a principal of Adorama so I would assume
7    that those two parties were intertwined
8    with each other.
9          Q    You assume that just based upon
10   the fact that they were on the same phone
11   call?
12         A    No.  We were very specific
13   about having a party that was going to be
14   responsible for signing the contract.
15   That's when all this was disclosed about
16   Kitchen Winners and Adorama being together.
17   And my recollection of the phone calls
18   are -- well, I wasn't on all of them.  I
19   was on a lot of them.  And we had very
20   specific marching orders, you know, from
21   our attorney in how we were going to sign
22   this contract.
23              So there was due diligence that
24   was done by our attorney at the time, Tommy
25   Kato, myself, to vet out signing this
```

```
 1                    GILLING
 2   contract for examination gloves.  Our
 3   hospital had to have specific gloves for
 4   their -- for their medical staff.  And
 5   that's what we were procuring.
 6        Q    Was it your demand that Adorama
 7   have some involvement in this transaction?
 8   Was that documented in any e-mails?
 9        A    I don't know.  If there's
10   e-mails you can show me.  I could confirm
11   it, but I don't know.
12        Q    Was your attorney or was Rock
13   Fintek's attorney on that phone call with
14   the individual from Adorama?
15        A    I don't know that for certain.
16        Q    Aside from the single phone
17   call, did you ever --
18        A    I didn't say that was a single
19   phone call.  You're twisting words there.
20   There was multiple phone calls and, you
21   know, different phone calls with different
22   parties.
23        Q    Well, how many phone calls was
24   Adorama on or an individual from Adorama
25   on?
```

```
 1                    GILLING
 2        A     I was on one phone call with
 3   this individual.
 4        Q     Aside from that -- that single
 5   phone call, did you ever, on any other
 6   occasions, speak with anyone from Adorama?
 7        A     Not that I recall.
 8        Q     Do you have any recollection of
 9   e-mailing anyone from Adorama directly?
10        A     I don't have any recollection.
11        Q     Do you have any recollection of
12   receiving any e-mails from anyone at
13   Adorama directly?
14        A     No, but I'm -- no, but I'm sure
15   if that's out there, it's out there.  I
16   believe there is e-mails copied of -- with
17   the principal at Adorama.  It's the only
18   way this document could have been signed.
19        Q     Do you have any recollection of
20   communicating with anyone at Adorama
21   directly via text?
22        A     If Hershey Weiner is a
23   part of Adorama, I'm not sure if I had
24   texts.  There were some WhatsApp messages,
25   I think with him.
```

```
 1                  GILLING
 2        Q     Aside from Hershey --
 3        A     I'm getting confused whether
 4  Kitchen Winners was Adorama.  I think
 5  that's what -- I don't -- is Hershey Weiner
 6  a part of Adorama?
 7        Q     Again, I'm not here to answer
 8  questions.  I'm here to ask them.
 9        A     Okay.
10             MR. RAKHUNOV:  Just do -- just
11          do the best of your knowledge.
12        A     I don't know.  I don't know.
13        Q     Do you have any recollection of
14  communicating in any other way directly
15  with anyone employed by Adorama?
16        A     No.  I don't know.
17        Q     You mentioned that you were
18  communicating with Hershey Weiner via
19  WhatsApp, correct?
20        A     I think so.
21             MR. SPERBER:  I have not seen
22          those produced in this action.  I'm
23          going to call for production of any
24          WhatsApp communications between Mr.
25          Gilling and Mr. Weiner.
```

```
 1                    GILLING
 2          MR. RAKHUNOV:  Yeah, we'll
 3       confirm.  We'll check again whether
 4       any exist and if they do, we will
 5       absolutely produce them.  I don't
 6       know that they exist.
 7     Q     Mr. Gilling, you mentioned that
 8  you had that phone call where there was an
 9  individual from Adorama who was on the
10  line.  How did you confirm that person was
11  from Adorama?
12     A     I don't recall.
13          I don't know how you can
14  confirm anybody is who they are on a phone
15  call, to be honest with you.
16     Q     If you take a look at paragraph
17  21, the last sentence says:  Upon
18  information and belief, Kitchen Winners did
19  not even have a separate bank account at
20  the time of the parties' business dealings
21  at issue.
22          Do you see where I am?
23     A     Yes.
24     Q     Do you have any personal
25  knowledge for the assertion that Kitchen
```

```
 1                    GILLING
 2   Winners did not have a separate bank
 3   account at the time the parties were
 4   dealing with one another?
 5        A    We sent all payments to
 6   Adorama.  So I don't know if Kitchen
 7   Winners had a separate bank account.  All
 8   payments that were contracted for
 9   examination gloves was to Adorama.
10        Q    But beyond the fact that you
11   were making payments or Rock Fintek was
12   making payments to Adorama, do you have any
13   basis to believe that Kitchen Winners did
14   not have a bank account of its own?
15        A    Well --
16             MR. RAKHUNOV:  Objection.
17        A    Adorama was shorting us gloves
18   and saying they delivered them on trucks,
19   and the accounting wasn't matching up so
20   they owed us money at different times.  And
21   we were making demands for that money.  And
22   it needed to come out of Adorama's bank
23   account.  So I don't -- I don't know if
24   Kitchen Winners has a separate bank
25   account.  I don't have knowledge of that.
```

```
 1                    GILLING
 2   I just know that we made payments, all
 3   payments to Adorama.
 4        Q    If you take a look at paragraph
 5   22, it says:  Prior to entering into the
 6   SPA, Mendlowitz, acting on behalf of
 7   Adorama, provided the document to Rock
 8   Fintek in which he instructed and stated
 9   that Kitchen Winners New York, Inc. are
10   authorized to act on our, Adorama's, behalf
11   to procure nitrile gloves and discuss
12   subject to contract.
13             Do you see where I am?
14        A    Yeah, I do.
15        Q    Do you know what document this
16   is referring to?
17        A    I do not.
18        Q    When it says here that Adorama
19   -- that Mendlowitz provided a document to
20   Rock Fintek, do you know in what manner he
21   provided that document?  When I say that, I
22   mean e-mail or mail or some other fashion?
23        A    I don't know.
24        Q    You have no knowledge of the
25   document being referenced in this
```

```
 1                     GILLING
 2   paragraph?
 3        A     I do not.
 4              MR. SPERBER:  I'll just note
 5           for the record that to my knowledge
 6           no such document has been produced
 7           in this action, and I call for
 8           production of it.
 9        Q     Take a look at paragraph 23.
10   It refers to an individual named Mendel
11   Bannon, who had said was an employee and
12   agent of Adorama and Kitchen Winners.
13        A     Uh-huh.
14        Q     Do you have documents in which
15   Mr. Bannon claims to be an employee of
16   Adorama?
17        A     I don't have any documents.
18        Q     Do you have any documents in
19   which Mr. Bannon claims to be an agent of
20   Adorama?
21              MR. RAKHUNOV:  Objection.
22        A     I don't have any documents.
23        Q     Do you have any documents in
24   which Mr. Bannon claims to be an employee
25   of Kitchen Winners?
```

```
 1                    GILLING
 2       A      Yeah --
 3              THE REPORTER:  I didn't hear
 4         the answer.
 5       A      Do I have documents?
 6       Q      She didn't get your answer.
 7              Do you have any documents in
 8   which Mr. Bannon claims to be an employee
 9   of Kitchen Winners?
10       A      Just verbal.
11       Q      Did Mr. Bannon verbally tell
12   you he was an employee of Adorama?
13       A      Yeah.  Mendel Bannon held
14   himself out as a representative of Kitchen
15   Winners and associated with Adorama.
16       Q      Taking a look at paragraph 24.
17   It says that:  Accordingly, Kitchen Winners
18   is a mere shell set up by Adorama in an
19   ineffective effort to shield Adorama and
20   its principals from liability from
21   fraudulent PPE transactions.
22              Do you see where I am?
23       A      Yes.
24       Q      Again, do you have any
25   knowledge to support the assertion that
```

```
 1                    GILLING
 2   Kitchen Winners is a mere shell set up by
 3   Adorama?
 4              MR. RAKHUNOV:  Objection.
 5        A    No.
 6        Q    Paragraph 25, it says:  In
 7   early 2021, Rock Fintek was introduced to
 8   Weiner, Mendlowitz, and other
 9   representatives of Adorama and Kitchen
10   Winners, including their employee and
11   agent, Mendel Bannon.  Do you see where I
12   am?
13        A    Yes.
14        Q    Do you know what this paragraph
15   is referring to when it says that Rock
16   Fintek was introduced to Mr. Mendlowitz?
17        A    Yeah.  It would have been when
18   we were doing the contract and needed the
19   actual principal to sign, Adorama.
20        Q    Who did the introducing?
21        A    I think Mendel did the
22   introducing.
23        Q    Was this an in-person meeting?
24        A    I don't know, but Tommy Kato
25   had an in-person meeting with Mendel.
```

```
 1                    GILLING
 2        Q    Did you yourself ever have an
 3   in-person meeting with Weiner?
 4        A    No.
 5        Q    Did you yourself ever have an
 6   in-person meeting with Mendlowitz?
 7        A    No.
 8        Q    Did you yourself ever have an
 9   in-person meeting with any representatives
10   or either Adorama or Kitchen Winners?
11        A    No.
12        Q    Take a look at paragraph 26.
13   It says:  Around the same time, Rock Fintek
14   was also introduced to Joel Stern.
15             Do you see where I am?
16        A    Yes.
17        Q    Who introduced Rock Fintek to
18   Joel Stern?
19        A    I believe it was a broker,
20   Mrs. Li.
21        Q    Have you yourself ever met
22   Mr. Stern in person?
23        A    No.
24        Q    Paragraph 26 goes on:  Upon
25   information and belief, Stern and JNS are
```

```
 1                    GILLING
 2   not corporate affiliates of Adorama or
 3   Kitchen Winners but act as agents of
 4   Adorama and Kitchen Winners.
 5        A    I missed what you're saying.
 6   Can you highlight what you're talking
 7   about?
 8        Q    Sure.
 9        A    Right there.  Got it.
10        Q    I'll just read it again.  Upon
11   information and belief, Stern and JNS are
12   not corporate affiliates of Adorama or
13   Kitchen Winners but have acted as agents of
14   Adorama and Kitchen Winners when holding
15   themselves out as a reseller of gloves
16   provided by the Adorama parties.
17             Do you see where I am?
18        A    Yes.
19        Q    Has anyone at Adorama ever told
20   you that Stern or JNS were an agent of
21   Adorama?
22        A    I'm not sure.
23        Q    Has anyone at Kitchen -- I'm
24   sorry.
25             MR. RAKHUNOV:  No.  I just
```

GILLING

1

2      wanted to chime in to respond to

3      something that you said a few

4      minutes ago about the document

5      quoted in I believe paragraph 22 of

6      the counterclaim not being

7      produced.  And I just want to make

8      sure it's clear on the record the

9      document was produced.  It's an

10     attachment to one of the WhatsApp

11     chats that we produced in native

12     format.  I don't -- I can't readily

13     identify a Bates number because we

14     produced the file in the way that

15     it was ordinarily kept, but I will

16     tell you it's a WhatsApp chat with

17     Arik Maimon.

18     Q    Mr. Gilling, has anyone at

19  Kitchen Winners ever told you that Stern or

20  JNS are agents of Kitchen Winners?

21     A    Define agents.  I don't

22  understand the context of that.

23     Q    Has anyone at Kitchen Winners

24  ever told you that Stern or JNS were acting

25  on Kitchen Winners' behalf when selling

```
1                    GILLING
2    gloves to Rock Fintek?
3         A     Absolutely.
4         Q     And who was the individual that
5    told you that?
6         A     Both Hershey Weiner and Mendel.
7    And they were acting on behalf of Kitchen
8    Winners in conjunction with Adorama.  That
9    was all part of -- that was all part of the
10   structure of the deal.
11        Q     When you say Mendel, you're
12   referring to Mendel Bannon?
13        A     Yes.  Mendel Bannon, yes.
14        Q     Did Hershey Weiner tell you in
15   writing that Stern or JNS was acting on
16   Kitchen Winners' behalf as a reseller of
17   gloves?
18             MR. RAKHUNOV:  Objection.
19        A     I don't -- I don't have
20   knowledge of that, but it's possible in an
21   e-mail or a text message.
22        Q     Did Mendel Bannon tell you in
23   writing that Kitchen -- that Stern or JNS
24   was acting as a reseller of gloves on
25   behalf of Kitchen Winners?
```

```
 1                    GILLING
 2        A    I don't have knowledge of that.
 3        Q    This was verbal, as far as you
 4   recall?
 5        A    Correct.
 6             MR. RAKHUNOV:  Objection.
 7        A    Correct.
 8             (Whereupon, a short recess was
 9          taken.)
10        Q    Mr. Gilling, if you go to
11   paragraph 27, it says Stern, Weiner,
12   Mendlowitz, and Bannon told Rock Fintek
13   that Adorama and Kitchen Winners had a
14   connection to a new nitrile glove
15   manufacturer in China.
16             Do you see where I am?
17        A    Yes.
18        Q    When it says that Weiner told
19   this to Rock Fintek -- I'm sorry, let --
20   withdrawn.
21             When it says that Mendlowitz
22   told Rock Fintek that Adorama and Kitchen
23   Winners had a connection with a
24   manufacturer in China, when is this
25   referring to?
```

```
1                       GILLING
2        A     Nitrile gloves.
3        Q     No.  At what point in time did
4   Mendlowitz tell that to Rock Fintek?
5        A     I don't know.
6        Q     Did Mendlowitz ever tell that
7   to you?
8        A     I don't know.
9        Q     Did anyone at Adorama ever tell
10  you that Rock Fintek -- that they had a
11  connection with a glove manufacturer in
12  China?
13       A     I wasn't the lead person on
14  these phone calls, so I didn't -- I wasn't
15  asking those questions.
16       Q     Who was the lead person?
17       A     Tommy Kato.
18       Q     You have no knowledge of any
19  such communication from Mendlowitz?
20       A     Correct.
21             MR. RAKHUNOV:  Objection.
22             MR. FRISCH:  Objection.
23       A     I would have been on the phone
24  calls.
25       Q     You were on the phone calls,
```

```
 1                    GILLING
 2    but you don't recall Mendlowitz ever saying
 3    such a thing.  Correct?
 4         A     Had a connection to a new glove
 5    -- nitrile glove manufacturer in China that
 6    manufactured MedCare gloves.
 7              Well, what I recall about this
 8    is that Adorama and Kitchen Winners held
 9    themselves out as being the exclusive
10    distributor of all MedCare gloves in the
11    United States.
12         Q     When you say that Adorama held
13    itself out, along with Kitchen Winners, as
14    an exclusive seller of MedCare gloves, who
15    at Adorama told you that?
16         A     Well, the only person on those
17    phone calls or phone call that I was on
18    would be Mendlowitz.
19         Q     Again, that was one phone call?
20         A     I'm not sure if there was more
21    than one phone call.
22         Q     You only recall one phone call?
23         A     Correct.
24         Q     And again, what specifically
25    did Mendlowitz tell you?
```

```
 1                    GILLING
 2        A     I don't know if it was
 3   Mendlowitz, Bannon, Weiner, or Stern.  I
 4   don't know which one of them would have
 5   held themself out.  But it was very
 6   definitive that they were the sole
 7   distributor of MedCare gloves in the United
 8   States.
 9        Q     Am I correct that you purchased
10   MedCare gloves both from Kitchen Winners
11   and from JNS?
12        A     We -- we bought them from --
13   from three parties; Kitchen Winners,
14   Adorama, and JNS.
15        Q     Okay.  So you said someone told
16   you they were the sole distributor.  How
17   did that work if you were buying from three
18   different parties?
19              MR. RAKHUNOV:  Objection.
20        A     Well, Stern told me he was
21   getting them from Adorama/Kitchen Winners,
22   and Kitchen Winners was holding themselves
23   out as the sole distributor.  However, they
24   went on to say that Adorama was backing
25   them as the sole distributor.
```

```
 1                    GILLING
 2        Q     Mr. Gilling, how were you paid
 3   for your work at Rock Fintek?
 4        A     A percentage of profit.
 5        Q     You made a commission?
 6        A     I got paid a percentage of
 7   profits.
 8        Q     What percentage of the profit
 9   did you -- were you entitled to?
10        A     It varies.
11        Q     Again, was there a contract
12   that said this?
13        A     No.  I mean we --
14        Q     Can you explain to me how was
15   your pay calculated?
16        A     Based on negotiation per deal.
17        Q     So for each of these glove
18   deals, you would make a different percent?
19        A     No.  On this -- on this
20   specific deal -- we had multiple deals.
21   This specific deal was 10 percent of
22   profits.
23        Q     Okay.  Before joining Rock
24   Fintek, did you have any experience dealing
25   with PPE?
```

```
 1                  GILLING
 2        A     No.
 3        Q     And when I say PPE, do you
 4   understand that I'm referring to personal
 5   protective equipment?
 6        A     No.
 7        Q     Do you understand what PPE
 8   refers to?
 9        A     Restate your question because
10   you --
11        Q     Do you understand what the
12   abbreviation PPE refers to?
13        A     Yes.
14        Q     What does it refer to?
15        A     Personal protection equipment.
16        Q     I'm sorry.  I missed your
17   answer earlier.  Before you were with Rock
18   Fintek, did you have any experience dealing
19   with PPE?
20        A     No.
21        Q     In paragraph 28 it refers to a
22   distinction between medical grade
23   examination gloves and protection gloves.
24   Do you see where I'm referring to?
25        A     Yes.
```

```
 1                    GILLING
 2        Q     Do you have any knowledge as to
 3   the distinction between examination gloves
 4   and protection gloves?
 5        A     Yes.
 6        Q     Okay.  What is your
 7   understanding?
 8        A     Well, it's very specific.  I
 9   believe it's D-6319 is specific to the
10   examination glove for hospital use, medical
11   use, which was part of our contract.  Any
12   other glove would be not suitable to be
13   used in a hospital setting for -- for
14   doctor and nurse care.
15        Q     It says here that the term
16   medical grade examination glove is an
17   industry term of art that carries specific
18   chemical and use specifications.
19        A     Correct.
20        Q     Where does your knowledge --
21   let me -- withdrawn.
22              Do you have any knowledge as --
23   withdrawn.
24              How did you learn about this
25   industry term of art?
```

```
 1                    GILLING
 2        A    Well, through study, through
 3   the demand by our contract from our
 4   hospital to have ASTM D6319 gloves were the
 5   only thing we could procure and deliver to
 6   our client.  So it's a very specific
 7   medical grade glove.
 8        Q    You're saying that ASTM D6319
 9   applies to examination gloves, correct?
10        A    Well, I'm not sure if that's
11   the exact standard, but the D-6319 is.
12        Q    What standard applies to
13   protection gloves?
14        A    They wouldn't have a standard.
15        Q    How do you know that?
16        A    They would be for janitors.
17        Q    How do you know that?
18        A    Their standard?
19        Q    How do you know the difference
20   between examination gloves and protection
21   gloves?
22        A    By the standard that --
23             MR. RAKHUNOV:  Objection.
24             What time period are you asking
25        Mr. Gilling for his knowledge?  You
```

1                        GILLING

2              know, today, when we're well into

3              this lawsuit, or what knowledge he

4              had at the time that the contract

5              was executed?

6        Q      I'm asking him as of today.

7        A      I'm very knowledgable about --

8    about gloves and the characteristics and

9    the testing of gloves.

10       Q      I'm asking you; how do you know

11   about the distinction between examination

12   gloves and protection gloves?

13       A      It's an actual designation

14   given for the glove.  So if you do not have

15   it, an ASTM D6319, it is not for use in the

16   medical setting.

17       Q      Again, how do you know --

18       A      A protection glove does not

19   have that designation.

20       Q      How do you know that protection

21   gloves do not have that designation?

22       A      Well, first of all, it has to

23   say examination glove on the box, and it

24   says protection.  So a hospital wouldn't

25   accept it because it doesn't read right.

GILLING

1
2   And through all of our process of these
3   gloves failing, the first thing noticed was
4   it didn't say examination glove across the
5   front of the box, which is designated by
6   every examination glove, actual examination
7   glove, that would go into a hospital
8   setting.
9        Q    You said that it has to say
10  examination glove on the box.  When you say
11  "has to," where does that come from?
12       A    Well, I don't know if it has to
13  say it, but it is industry standard that
14  examination needs to be written on the box.
15  And it could very likely be it has to say
16  examination, but it has to be designated
17  ASTM D6319 as the medical standard for
18  examination.  Those two terms are universal
19  in the glove industry.  An examination
20  glove being ordered is associated with the
21  ASTM D6319 designation.  It's protocol and
22  it's standard talk about buying gloves.
23       Q    Mr. Gilling, how many customers
24  did Rock Fintek have for medical gloves?
25       A    One.

                    GILLING

1          Q     And, again, before working for

2    Rock Fintek, you had no experience with

3    medical gloves, correct?

4          A     Correct.

5          Q     So all your experience comes

6    from dealing with one customer?

7          A     Correct.

8          Q     So how do you know what the

9    industry standard is?

10         A     By reading extensively, by

11   talking to professionals in the industry,

12   by dealing with our procurement company

13   resource group that we work with to secure

14   the wording and the contract and

15   specifically what they needed, and by the

16   standards of the ASTM D6319 which is a

17   fairly straightforward document that for

18   testing in durability of the glove.  It's

19   not rocket science.  Anybody could take the

20   testing and make sure that the gloves that

21   are provided to you fit for -- for what

22   they are.  It's not -- it's not rocket

23   science.

24         Q     Did Rock Fintek have a contract

```
 1                    GILLING
 2  at some point in time with Kitchen Winners?
 3       A    Yes.  We had a contract with
 4  Adorama and Kitchen Winners.
 5       Q    Did it put into that contract
 6  that the gloves you were purchasing had to
 7  comply with ASTM D6319?
 8       A    I'm not sure of that.  It had
 9  examination gloves in there, which is the
10  interchangeable term.
11            And it was discussed repeatedly
12  on all of our phone calls in procuring the
13  doc -- or procuring the gloves.  About the
14  standards, the testing, and everything we
15  needed.
16       Q    If you look at paragraph 29, it
17  says that:  Rock Fintek expressly explained
18  orally and in writing to Stern, Weiner,
19  Mendlowitz, and Bannon that all gloves that
20  Rock Fintek purchased from the Adorama
21  seller and the JNS sellers would be
22  immediately sold to Rock Fintek's hospital
23  group client in the United States for use
24  by medical professionals.
25            Do you see where I am?
```

```
 1                    GILLING
 2        A     Yes.
 3        Q     Okay.  Where in writing did
 4   Rock Fintek inform Mendlowitz that all the
 5   gloves would be purchased by a hospital
 6   group client in the U.S.?
 7        A     I don't know about in writing.
 8   We had a contract to buy examination
 9   gloves, so that's in writing.  And there
10   was very repeated knowledge of we were
11   selling it in the hospitals and could only
12   accept examination gloves per our contract.
13        Q     Again, where in writing did you
14   ever -- did Rock Fintek ever disclose the
15   identity of the customer to Weiner,
16   Mendlowitz, or Bannon?
17              MR. RAKHUNOV:  Let him finish
18         the question.
19              THE WITNESS:  Okay, sorry.
20        A     Repeat the question, please.
21        Q     Where in writing did Rock
22   Fintek identify the customer to Stern,
23   Weiner, Mendlowitz, and Bannon?
24        A     We never disclosed our
25   customer; only it was a hospital.  We
```

                        GILLING

1

2    wouldn't disclose our customer.

3         Q    Paragraph 32 says that in March

4    2021, prior to engaging in any of the

5    transactions at issue, and in order to

6    induce Rock Fintek to buy gloves from

7    Adorama and Kitchen Winners, Bannon

8    provided Rock Fintek various materials

9    describing the purported MedCare

10   examination gloves that Adorama and Rock --

11   Kitchen Winners were intending to sell to

12   Rock Fintek, including the 84-page MedCare

13   product presentation.

14              Do you see where I am?

15        A    Yes.

16        Q    To whom did Bannon send those

17   materials?

18        A    I don't know specifically who

19   he sent it to.  It was -- I don't know

20   specifically.

21              MR. SPERBER:  I'll note for the

22         record here again that I have not

23         seen this document or any documents

24         in the production that we have

25         received.  I would call for the

```
 1                    GILLING
 2        production.
 3                MR. RAKHUNOV:  I will say I
 4            think you should take a closer look
 5            at the production.  I believe that
 6            has been produced.  But we'll take
 7            another look.
 8                MR. SPERBER:  Okay.  Thank you.
 9        Q    If you look under 34, it says:
10   Through these written materials, Adorama
11   sellers and JNS sellers described, quote,
12   MedCare nitrile force nitrile examination
13   glove, end quote, as meeting certain
14   specifications and standards, including
15   certain ASTM international certificates,
16   FDA 510(k) certification, and other
17   international standards.
18                Do you see where I am?
19        A    Yes.
20        Q    How did the Adorama sellers
21   make this kind of representation?
22        A    Identify Adorama sellers.  I
23   don't --
24        Q    Let me --
25        A    Who are you referring to as
```

```
 1                     GILLING
 2   Adorama sellers?
 3        Q     Did Mendlowitz provide anyone
 4   at Rock Fintek with any written materials
 5   describing the gloves that would be sold to
 6   Rock Fintek?
 7        A     I'm not sure.
 8        Q     Did anyone else at Adorama, to
 9   your knowledge, provide anyone at Rock
10   Fintek with any written materials
11   describing the gloves that would be sold to
12   Rock Fintek?
13        A     I'm not sure.
14        Q     Did Mendlowitz provide Rock
15   Fintek with any written materials
16   describing the gloves needing FDA 510(k)
17   certifications?
18        A     I'm not sure.
19        Q     How about anyone else at
20   Adorama?
21        A     You have to identify Adorama.
22   I don't know -- Adorama to me is Kitchen
23   Winners, so if it's Kitchen Winners, yes.
24        Q     And how about if we exclude
25   Kitchen Winners and Hershey Weiner?
```

```
 1                    GILLING
 2        A    So -- so this is confusing,
 3   your question, because Kitchen Winners and
 4   Adorama were told to me by those parties as
 5   being the same company.  So you're
 6   separating them other than how they told it
 7   to me, so we were told --
 8        Q    Who at Adorama told you they
 9   were the same company?
10        A    Kitchen Winners held themselves
11   out as part of Adorama.  So Mendlowitz,
12   Mendlowitz on the phone call, who signed
13   the contract to be the seller and who we
14   were paying Adorama, they were the seller
15   of these MedCare nitrile force nitrile
16   examination gloves.  Adorama was.  They
17   sign the contract as the seller.  That's
18   who we were buying.  Kitchen Winners was a
19   party to it.  That was my understanding of
20   that.
21             And regarding the
22   certifications, we went through the
23   certifications multiple times and all
24   parties held out that these gloves had the
25   proper certifications for examination
```

```
 1                    GILLING
 2   gloves to be used in a hospital setting.
 3        Q     Did Mendlowitz provide Rock
 4   Fintek with any written materials
 5   describing the gloves being manufactured by
 6   Zhonghong, Grinvalt Technology Co.,
 7   Limited?
 8        A     I'm not sure.
 9        Q     Did anyone else at Adorama
10   provide written materials to Rock Fintek
11   describing the gloves as being manufactured
12   by Zhonghong  Technology Co., Limited?
13        A     I'm not sure.  I don't know.
14        Q     Did Mendlowitz provide Rock
15   Fintek with any written materials
16   whatsoever describing the gloves as fit for
17   performing medical examination, diagnostic,
18   or therapeutic intervention and for work
19   with infectious medical materials and that
20   they protect the patient from
21   contamination?
22             MR. RAKHUNOV:  Objection.
23        A     Well, Adorama signed a document
24   specific to buying examination gloves, not
25   protection gloves, examination gloves, for
```

```
 1                    GILLING
 2   our hospital.
 3            So they were -- he signed a
 4   document for industry standard examination
 5   gloves that we were purchasing from them.
 6   MedCare made two types of gloves.  One was
 7   a very inexpensive glove called protection;
 8   one was an examination glove that they were
 9   buying at different price points.  We were
10   getting examination gloves, very specific
11   on the box.  And that's what we signed the
12   contract for.  And Adorama acknowledged
13   that, and that's what we were buying.
14        Q    Aside from the contract, aside
15   from the sales and purchase agreement
16   between the parties, did Mendlowitz provide
17   Rock Fintek with any other documentation
18   concerning the gloves?
19        A    Other that the contract that --
20   that Adorama signed for examination gloves?
21   I don't know.
22        Q    Okay.  Other than the contract
23   between the parties, did anyone else at
24   Adorama provide Rock Fintek with any
25   documentation concerning the gloves?
```

                    GILLING

1

2        A      Only the -- only the contract

3    for examination gloves that they signed.

4    To my knowledge.

5        Q      Take a look at paragraph 37

6    where it says:  In addition, Adorama and

7    Kitchen Winners provided Rock Fintek with a

8    copy of the same FDA 510(k) approval letter

9    as Stern for another potential MedCare

10   glove manufacturer known as Zhonghong Pulin

11   Medical Products Co., Limited.

12            Do you see where I am?

13       A      Yes.  It would help if you

14   highlighted it as you're telling me.

15       Q      Who at Adorama provided that

16   document or documents to Rock Fintek?

17       A      Adorama and Kitchen Winners

18   were -- were interchangeable as parties to

19   selling us this, so I think that statement

20   is accurate, as we -- we reviewed them as

21   one.

22       Q      So you're saying the only --

23   the only person who provided you any kind

24   of document like this would be either

25   Kitchen Winners or Hershey Weiner?

```
1                    GILLING

2        A     I don't know.

3        Q     Did Weiner --

4        A     Mendel -- Mendel could do it

5   too.  I don't know.  If you're saying just

6   those people, I don't know.

7        Q     Did Weiner provide Rock Fintek

8   with the document being referenced in

9   paragraph 37?

10       A     I don't know.

11             If you want to show me the

12  e-mail, if there is an e-mail that exists

13  that would gladly jog my memory, that would

14  help.  But I know most of this was done via

15  WhatsApp or e-mail.

16       Q     Why is it that the ASTM

17  specifications that Rock Fintek claimed in

18  paragraph 37 were material to its decision

19  to enter into the SPA?  Why is it that

20  those ASTM specifications are not mentioned

21  anywhere in the SPA?

22             MR. RAKHUNOV:  Objection.

23       A     I don't -- you'd have to show

24  it to me.

25       Q     We'll take a look at it later.
```

```
 1                      GILLING
 2               Take a look at paragraph 42,
 3    which says that each of the Adorama,
 4    Kitchen Winners, Stern, and JNS, and their
 5    agents knew at all pertinent times that due
 6    to COVID-19 related safety restrictions,
 7    Rock Fintek's and its contracted logistics
 8    providers and truck drivers were not
 9    permitted to unseal the pallets of gloves
10    delivered by defendant and could not open
11    and inspect the packaging or contents of
12    the boxes of gloves prior to the gloves
13    being shipped to Ascension warehouses
14    around the United States.
15               Do you see where I am?
16         A    Yes.
17         Q    What is the actual basis for
18    the assertion that Adorama knew Rock Fintek
19    was not permitted to unseal the pallets of
20    gloves that it was purchasing?
21         A    Well, the factual -- it's a
22    fact at that time you -- you had to back up
23    to the a warehouse.  Driver wasn't allowed
24    to go in the warehouse.  The pallets were
25    loaded and then the -- it was sealed.
```

GILLING

1
2    The door was closed and sealed with a tape
3    that -- it was tamper-proof, and then it
4    would be backed up into our client -- into
5    MedLine, which houses the gloves for -- for
6    Ascension Hospital, would be backed up.
7    That seal would be cut and they would
8    unload, with the driver not present because
9    of COVID and COVID protocol.
10            Secondly, to add to that, in
11   logistics, a truck driver is a hired third
12   party that has no responsibility in viewing
13   or looking at, inspecting gloves that are
14   picked up at any time.  They are -- that is
15   all part of the responsibility in the
16   contract of getting what you're purchasing
17   and delivering it to the end user.
18            So -- so in this -- you're
19   asking me a question about inspecting
20   packaging and contents of the gloves?  It
21   just was impossible to do that.  And it's
22   not protocol for a driver to do that.
23       Q    Did you personally ever tell
24   anyone at Adorama that Rock Fintek was not
25   permitted to unseal the pallets of gloves

```
1                    GILLING
2    in the first instance?
3         A     Restate that?
4         Q     Did you personally ever tell
5    anyone at Adorama that Rock Fintek was not
6    permitted to unseal the pallets of gloves
7    they were purchasing?
8         A     Did I personally tell anybody
9    at Adorama -- please say it again.
10        Q     Did you personally tell anyone
11   at Adorama that Rock Fintek was not
12   permitted to unseal the pallet of gloves it
13   was purchasing?
14        A     I was only on one phone call
15   with -- with Mendlowitz, so no.  The answer
16   to that is no.
17        Q     How do you know that Adorama
18   knew that Rock Fintek was not allowed to
19   unseal the pallets of gloves they were
20   purchasing?
21        A     Well, there's several ways.
22   One is when -- when Adorama loaded our
23   truck with LevMed gloves, which was a
24   disaster for us, and they put the gloves on
25   our truck, which -- which nobody could
```

```
 1                    GILLING
 2   view, and they delivered them into MedLine,
 3   and a day or two later I get an e-mail from
 4   Vince at Resource Group saying hey, you
 5   know, what are there LevMed gloves?  I said
 6   I don't know.  And he -- we didn't deliver
 7   them.
 8              And then Vince came back a few
 9   hours later and was like hey, this came off
10   your truck that you delivered at
11   such-and-such a time, and MedLine tracks
12   every truck, every -- everything that comes
13   in, very specifically, even into what slot
14   they go in the warehouse.  He said well, it
15   turns out you delivered this.
16              And I said I don't know what
17   you're talking about.  So I reached out to
18   Kitchen Winner/Adorama folks, and they
19   denied it, of course.  And then later, when
20   we -- we documented more that this
21   happened, then they said oh, yeah, those
22   are -- there was a mistake, and had some
23   old crazy story about it.
24              I said listen; they're in the
25   hospital setting.  We need documentation of
```

```
 1                    GILLING
 2    what these gloves are.  And there was a
 3    whole lot of discussion about that.  And
 4    then that's when Mendel, you know,
 5    fraudulently sent over, you know, fake
 6    documents of what those gloves were, which
 7    we presented to our hospital.
 8                    And, you know, began the -- the
 9    biggest problem that we had in this case on
10    the outset was we delivered gloves that we
11    -- we didn't know what they were, and they
12    were the wrong gloves, with no
13    documentation.  That was fabricated, so on
14    and so forth.
15                    So that answers your question
16    how did we -- did they know, did we know?
17    Yeah, because of that example right there,
18    which was early on in the pickup of these
19    gloves that that happened to us.  And it
20    was because nobody could see it.  The --
21    the trucks were sealed, delivered, and
22    opened up and even loaded and put in racks.
23                    And so that was the first, you
24    know, disastrous issue we had with our
25    client was dealing with that.
```

```
                       GILLING
 1
 2        Q     Was there any law or regulation
 3   that prohibited Rock Fintek from examining
 4   the gloves that it was picking up?
 5               MR. RAKHUNOV:  Objection.
 6        A     I'm not a lawyer.  I don't know
 7   if there's a law.
 8        Q     Okay.  So not that you're aware
 9   of?
10        A     That a law exists about
11   examining?
12        Q     Let me rephrase the question.
13   What stopped Rock Fintek from deciding to
14   open up the pallets of gloves it was
15   purchasing to examine them when it was
16   taking it off?
17        A     I just -- do you want me to
18   repeat the whole protocol in trucking --
19        Q     No.  What I'm asking you is --
20        A     -- and sealing a truck and
21   delivering it?  I don't -- we're not -- so
22   Rock Fintek is a -- is a trading company.
23   So we hire third party logistics to handle
24   this sort of thing.  So Demarco was our
25   third party logistics company.
```

GILLING

But anyways, they're our third
party logistics provider.  They -- they
deliver the gloves, and we fell under their
protocol for pickup and delivery of product
that we contractually were buying.

So, you know, they go with
their -- with their trucks, get the bill of
lading from Adorama/Kitchen Winners, from
their side, take that bill of lading that
says what's on our trucks, go there in a
sealed -- sealed truck that gets backed up
into MedLine.  They unseal it, they take it
out and count pallets and the boxes that --
or the cartons that are on there.

And, unfortunately, what really
upset this whole contract at the beginning
was we were being shorted almost every load
by Adorama and Kitchen Winners with what
the bill of lading said and what was on our
truck.  We were dealing with that from the
beginning as a problem with our client that
we were not picking up the amount we said
we were picking up and delivering.

And that was quite of point of

```
                        GILLING
```

1                        GILLING

2    contention with Hershey Weiner and Mendel

3    along the way until they finally admitted,

4    after multiple truck loads, that they were

5    shorting us.

6         Q     Who told you or who told Rock

7    Fintek that it was not allowed to open up

8    the pallets of gloves it was purchasing at

9    the time of pickup?

10        A     You couldn't go into a

11   warehouse and see any of that.  So --

12        Q     Who --

13        A     Demarco, our third party

14   logistics carrier.

15        Q     I'm sorry?

16        A     Demarco.

17        Q     So Demarco told you they

18   couldn't open up those pallets?

19        A     Well, first of all, they don't

20   do that.  And second of all, if I requested

21   them to do that, they probably would have

22   done it for us, with the volume of business

23   we did with them.  However, it was -- it

24   was COVID protocol at the time.  You could

25   not see what was going on your truck.  The

```
1                    GILLING
2    driver backed up.  He wasn't allowed in the
3    warehouse.  I mean, I'm sure you remember
4    the pandemic.  You couldn't -- you weren't
5    just walking around into warehouses.  It
6    just didn't happen.
7         Q    When you state it was COVID
8    protocol, where did that protocol come
9    from?
10        A    From our logistics carrier.
11   And it would be -- and the same protocol
12   would have been from the warehouse, the 3PL
13   that Kitchen Winners and Adorama were
14   storing these gloves at.  They would have
15   had the same protocol.
16        Q    Did they tell you that
17   protocol?
18        A    It was the same protocol that
19   Demarco was -- and this all came about
20   When the Adorama and Kitchen Winners put
21   the undocumented fake LevMed gloves on our
22   trucks to -- this is when it really had
23   focus on what the protocol was and what was
24   going on.  Because it was initially denied
25   by Adorama and Kitchen Winners that they
```

```
 1                    GILLING
 2   did that to us, and then as that onion
 3   peeled, they -- they 100 percent did it to
 4   us, and -- and --
 5          Q     Am I correct in understanding
 6   that Rock Fintek hired Demarco?
 7          A     Correct.
 8          Q     Demarco acting on behalf of
 9   Rock Fintek when it picked up the gloves,
10   correct?
11                MR. RAKHUNOV:  Objection.
12          A     I don't -- they're just at --
13   they're a logistics company.
14          Q     Okay.  And again, if you had
15   asked them to inspect the gloves when you
16   picked them up, would you have done it?
17                MR. RAKHUNOV:  Objection.
18          A     No.  It was -- I'll tell you
19   again.  COVID did not allow for any of that
20   to happen.  Our truck drivers couldn't see
21   what was on their truck.  And I'll
22   reiterate it again.  This will be the
23   fourth time I'm reiterating it.  The trucks
24   got loaded by the 3PL that Adorama and
25   Kitchen Winners was use -- were using.
```

```
 1                    GILLING
 2   They got put onto the truck by those people
 3   with our truck drivers sitting in the cab
 4   or outside.  Then it got sealed.  And then
 5   it goes to MedLine, backs up, gets unsealed
 6   by MedLine, and gets unloaded.
 7        Q     I understand what you're
 8   saying.
 9        A     So this is why this drew
10   attention to it as we got shorted multiple
11   times by Adorama and Kitchen Winners; that
12   MedLine, with their amazing system of
13   counting everything off a truck, including
14   on video camera, and documenting it,
15   everything that came out.  It was after
16   numerous calls to Hershey Weiner that you
17   guys are shorting us, and it's all
18   documented, that we were able to get them
19   to admit that they were shorting us.
20        Q     Yeah, but you're not answering
21   my question, which is:  Who told you that
22   Demarco could not open up the pallets when
23   they were picking them up?
24             MR. RAKHUNOV:  Objection.
25        Asked and answered.
```

                        GILLING

1

2       Q     What was the answer?  Is there

3   an individual?

4       A     Okay.  I'm going to reiterate

5   again.  Demarco, okay, does not inspect

6   product.  They are hired by us per contract

7   to pick up what we were are contractually

8   buying.  At that time, if I would have

9   asked them to do that, they would have.  I

10  had no idea that I would have to ask until

11  Adorama was doing two things; one, shorting

12  us and, two, putting the wrong thing on a

13  truck.

14            So there was reasons for us to

15  ask to have that done.  However, Demarco

16  was not going to do it because COVID-19

17  didn't allow for it.  COVID-19 had very

18  specific safety restrictions about backing

19  up the truck, having it loaded and sealed,

20  and then dropped off.

21      Q     Were the COVID-19 restrictions,

22  were they in writing somewhere?

23      A     Probably.  I would assume so.

24  I would -- I would assume they're with -- I

25  know Demarco would testify this, and I'm

```
 1                    GILLING
 2   sure Adorama and Kitchen Winners 3PL would
 3   testify to the COVID protocol about
 4   logistics.
 5             MR. SPERBER:  Well, I'm going
 6         to call for the production of any
 7         writing that Rock Fintek had that
 8         concerned the COVID-19 protocols.
 9        A    I didn't say writing.  I said
10   would testify.  But you can call for that.
11   That's fine.
12        Q    Did Ascension tell you that you
13   were not permitted to open up the pallets
14   before delivering them to it?
15        A    I didn't -- I didn't deal with
16   Ascension.
17        Q    Who dealt with Ascension?
18        A    Resource Group, the buying
19   group for Ascension hospitals.
20        Q    Okay.  And did Resource Group
21   tell you that you were not permitted to
22   open up the pallets of gloves before
23   delivering them?
24        A    No.  Resource Group didn't.
25   They were the procurement company.  It goes
```

GILLING

1
2      to MedLine.  MedLine houses it.  Just so --
3      just so you're clear on how it all works.
4      It's Ascension's our client.  Resource
5      Group is the buying arm.  MedLine is the
6      storage facility.
7          Q      Did either MedLine, Ascension,
8      or the Resource Group tell you that Rock
9      Fintek was not permitted to open up the
10     pallets before delivering them to the
11     MedLine warehouses?
12         A      One hundred percent we were not
13     allowed to do that.
14         Q      Again --
15         A      Whether it was told by them or
16     not, you were not allowed in the warehouse.
17     You were not allowed in the back of the
18     truck when they were loading.  The truck
19     was sealed and dropped off, and you were
20     not allowed in, hence making it impossible
21     to inspect.
22               So it doesn't need to be told.
23     It's just a fact of how the protocol was.
24     You could not inspect.
25               And trust me.  I would have

GILLING

 1    loved to figure out that Adorama/Kitchen

 2    Winners stuffed over half of the gloves on

 3    our trucks as protection, cheaper,

 4    janitor-grade gloves, sooner than we found

 5    out after they were breaking on people's

 6    hands in the hospital arms.  I would have

 7    loved to have found that out.  They were

 8    breaking on doctors' and nurses' hands, the

 9    glove, the protection glove.

10         Q     Did the --

11         A     I don't know if we shared all

12    that, but there was plenty of documentation

13    on that.

14         Q     You mentioned there was a

15    shortage of gloves from what was being

16    provided to you by Kitchen Winners; is that

17    correct?

18         A     Restate the question.

19         Q     Did you mention that Kitchen

20    Winners were shorting you gloves?

21         A     Yes.

22         Q     How do you know that?

23         A     Because the bill of lading

24    would say that this is on the truck and

```
1                    GILLING
2    then it would get counted and that wasn't
3    on the truck.  We were shorted multiple
4    times and had to take it up with Hershey
5    Weiner about it, and Hershey Weiner ended
6    up crediting us for all the gloves, and the
7    -- all the cartons that they shorted us.
8         Q     Who counted --
9         A     Hundreds of thousands --
10   hundreds of thousands of dollars.  Hundreds
11   of thousands of dollars.
12        Q     Who counted the number of
13   gloves that were on each pallet?
14        A     MedLine.
15        Q     Was Rock Fintek relying upon
16   MedLine to do that counting on its behalf?
17        A     One hundred percent.
18        Q     Did MedLine ever, you know,
19   tell Rock Fintek about what was actually on
20   the pallet besides the number of gloves?
21        A     Correct.  No.  I mean, they
22   told us what was on the pallet.  Yeah, how
23   many gloves.
24        Q     Did you ever ask MedLine
25   whether the products on the pallet matched
```

```
 1                      GILLING
 2    what you were supposed to be purchasing
 3    under the contract?
 4              MR. RAKHUNOV:  Objection.
 5         A    Do you want me to explain the
 6    difference between, you know, the --
 7         Q    I would like you to answer my
 8    question.
 9              MR. RAKHUNOV:  Focus on the
10         question.
11         A    Okay. so ask the question.
12         Q    Did you ever ask MedLine to
13    tell you whether the goods that were on the
14    pallets were the same goods that you
15    thought you were purchasing?
16              MR. RAKHUNOV:  Objection.
17         A    Well, we -- well, LevMed gloves
18    got delivered so that was one of the
19    problems that came up.  They caught that.
20    And then, secondly, the carton boxes are
21    very deceptive on what they read.  They all
22    say MedCare across them.  But it doesn't
23    exactly mean that what it says on the side
24    of the box other than MedCare is what's in
25    the box.
```

1                     GILLING

2          Q      Again, did you ever ask MedLine

3    to tell you whether the goods that were on

4    the pallets were the same goods that you

5    thought you were purchasing?

6          A      You couldn't see inside the

7    cartons.  So no.  You couldn't see inside.

8    You could only see the exterior of the box.

9          Q      Did the exterior of the box

10   reveal to you whether the goods --

11   withdrawn.

12                Could you tell by looking at

13   the exterior of the box whether the goods

14   inside were the goods that you thought you

15   were purchasing?

16         A      Multiple different styles of

17   cartons, boxes.

18         Q      Again, did you ever ask MedLine

19   to look at the gloves you were purchasing

20   and tell you whether they were the same

21   goods you thought you were purchasing?

22         A      Yes.  But you got to -- yes.

23   Yes, of course.

24         Q      Is that request in writing?

25         A      Oh, yeah.

```
 1                    GILLING
 2              MR. SPERBER:  I ask for it to
 3          be produced.   Thank you.
 4          Q      Was that request made via
 5   e-mail?
 6          A      We -- we requested after the
 7   gloves started breaking on everybody's
 8   hands and multiple different boxes were
 9   disclosed, that they do a full audit of
10   what was in their warehouse.
11                  So very detailed instructions
12   and e-mails going back and forth for the
13   full audit of the amount of protection
14   gloves that Adorama/Kitchen Winners put on
15   their trucks.  So yeah, there was very
16   extensive discussion going back and forth
17   in writing after the fact of what -- what
18   Adorama and Kitchen Winners delivered to
19   us.  Very well documented.
20          Q      Am I correct in understanding
21   that Rock Fintek purchased gloves from
22   both, let's say, JNS and Kitchen Winners
23   over the course of several months?
24          A      Yes.  These gloves were bought
25   over several months.
```

```
 1                    GILLING
 2        Q     Okay.  And during -- over the
 3   course of those months, did Rock Fintek
 4   ever ask MedLine to confirm that the gloves
 5   it was receiving were the gloves that you
 6   thought you were purchasing?
 7                MR. RAKHUNOV:  Objection.
 8        A     Restate that again?
 9        Q     Over the course of those
10   months --
11        A     What months?  I don't know what
12   months you're talking about.
13        Q     Over the course of the months
14   that Rock Fintek was purchasing gloves from
15   the defendant in this action, did Rock
16   Fintek ask MedLine to inform it as to
17   whether the gloves it was receiving were
18   the gloves that Rock Fintek thought it was
19   purchasing?
20        A     No.  It wasn't until they were
21   breaking on people's hands in the hospital.
22        Q     And at that time you did ask
23   them to check?
24        A     Yes.
25        Q     And they did check?
```

```
                    GILLING
1
2        A     They did check, yes.  Did a
3   full audit, and we had over half of the
4   gloves were, you know, inferior protection
5   gloves.
6        Q     If you look at paragraph 56,
7   which says that at all pertinent times when
8   Stern, Adorama, and Kitchen Winners were
9   delivering nonconforming fraudulent product
10  to Rock Fintek, either under the SPA or
11  under the one-off transactions, Adorama,
12  Kitchen Winners, and their constituents
13  were in routine contact with Stern about
14  the transactions and coordinated their
15  intentional effort to provide fraudulent
16  products to Rock Fintek.
17              Do you see that paragraph?
18       A     Yes.
19       Q     Okay.
20       A     I do.
21       Q     Do you have any personal
22  knowledge to support that assertion?
23       A     Yeah.  Yes.
24       Q     How do you personally know that
25  these individuals or groups were
```

```
 1                    GILLING
 2    coordinating with one another?
 3        A    Well, Stern was -- Stern was
 4    very vocal that he buys -- you know,
 5    Kitchen Winners and Adorama have the
 6    contract for all glove sales of MedCare in
 7    the United States.  So he was buying,
 8    either working with or buying directly from
 9    Adorama/Kitchen Winners.
10            So he was trying to make his
11    margin and really get as much business as
12    he could from us and marking it up and
13    making margin on top of his association
14    with Kitchen Winners and Adorama.  He, was
15    very vocal about that.
16            Secondly, in talking about
17    fraudulent products and how deceptive,
18    Stern along the way says hey, Adorama has
19    these stickered boxes.  They're real --
20    they just boxed them wrong but they're --
21    they're real examination gloves and it was
22    just a boxing thing, and will you take them
23    and, you know, I'll give you a great deal
24    and I'll sell them to you for, you know,
25    seven bucks a box.  And I said absolutely
```

```
 1                    GILLING
 2   not.  You know, our client cannot take
 3   anything other than examination gloves.  We
 4   can't take any stickered thing that would
 5   tarnish our reputation.  We just were not
 6   interested.
 7            He said well, you know, it's
 8   the same glove and gave me a whole song and
 9   dance.  And I said absolutely not.  We're
10   not buying that.
11            Well, as it turns out, all of
12   those stickered gloves ended up, you know,
13   fraudulently being put, after they were
14   told not to, being put on trucks.  We
15   couldn't see them; sealed, delivered,
16   racked, and bought by us and delivered to
17   our client.
18            So that answers that -- that
19   question I think very clearly of that.
20        Q    Do you have any documents
21   showing that Adorama was in routine contact
22   with Stern?
23        A    No.  Just him in discussing it
24   with me.
25        Q    Do you have any documents
```

```
 1                   GILLING
 2   showing that Kitchen Winners was in routine
 3   contact with Stern?
 4        A     I think there are documents
 5   that are bill of lading that Stern gave us
 6   along the way that has Adorama or Kitchen
 7   Winners at the top of it that he was
 8   reselling, so I have seen documents that --
 9   that Joel Stern and JNS were selling that
10   Kitchen Winners was on the either the bill
11   of lading or -- or on the 3PL document from
12   when we picked up.
13        Q     But do you have anything to
14   show that they were in routine contact with
15   one another?
16        A     Well, other than that document
17   which shows they're in contact with each
18   other and Joel Stern saying it, no.  But
19   that document would point very much so that
20   they were buying from -- Joel Stern was
21   working with Kitchen Winners and Adorama.
22               And, secondly, Kitchen Winners
23   and Adorama held themselves out as the sole
24   provider of these gloves in the United
25   States, so there was no getting around any
```

```
 1                    GILLING
 2   -- the only way you would get these gloves
 3   is going through them.
 4        Q     Does that mean they were in
 5   routine contact with Stern?
 6             MR. RAKHUNOV:  Objection.
 7        A     Joel Stern told me he was in
 8   routine contact with them.
 9        Q     Did he tell you that orally or
10   by text or by e-mail?
11        A     Joe Stern will openly discuss
12   this because it happened numerous times.
13   That's how he was getting gloves.  From
14   Adorama and Kitchen Winners, because he
15   told me.  He told me this.  It's the only
16   place he got them from anyway.  There's no
17   -- there's no getting around this other
18   than the conversations happened.  There are
19   documents that he bought them from there,
20   and that's that.
21             I feel like we're talking in
22   circles.
23             MR. RAKHUNOV:  Wait for a
24        question.
25             THE WITNESS:  All right.
```

```
1                    GILLING
2         Q     Only because you're not
3   answering the questions.
4               You mentioned earlier you had a
5   conversation, you know, a phone call and
6   there was someone from Adorama on that
7   call.  Do you know if that was Joseph
8   Mendlowitz, Yuchi Mendlowitz, Kascas
9   Mendlowitz, Moshe?  Do you know who was on
10  the call from Adorama?
11        A     Joseph Mendlowitz.
12        Q     Take a look at paragraph 44.
13  You say that Rock Fintek purchased gloves
14  through Stern and JNS which Stern and JNS
15  represented the --
16        A     If you highlight it as you're
17  reading, it helps.
18        Q     Examination gloves that
19  according to Stern were sourced, quote,
20  through my people at Adorama.
21              Do you see where that is?
22        A     Yes.  Joel Stern would have
23  said that, yes.
24        Q     Was that in writing?
25        A     No.  It's a quote, so it's --
```

GILLING

it's my people and that's how he would

state it.  It would be on bill of ladings

and other documents.

   Q  He said that to you?

   A  Yes.  Oh, yeah.  Numerous

times.

   Q  You spoke with Stern on the

phone numerous names?

   A  Oh, numerous times.

   Q  Did you speak with Hershey

Weiner on the phone many times?

   A  Yes.  Sure did, unfortunately.

   Q  Taking a look at paragraph 54,

Rock Fintek asserts that Stern took

affirmative steps to fraudulently conceal

the fact that he was shipping fraudulent

gloves to Rock Fintek by placing stickers

bearing the word, quote, examination, end

quote, on top of the protection gloves to

cover up and conceal the true nature of

those gloves.

    Do you see where I am?

   A  Yes.

   Q  How do you know that Stern is

```
 1                    GILLING
 2    the one who placed the stickers on those
 3    boxes?
 4         A      Because we went and did a --
 5    after the gloves were breaking in the
 6    hospital and this whole thing blew up,
 7    Tommy Kato and I went around to multiple
 8    warehouses to inspect what we had purchased
 9    and were allowed into the facilities at
10    MedLine at that time.
11              There were multiple pallets all
12    over the place that have Kitchen Winners --
13    when they wrap these things, they shrink
14    wrap them and in the shrink wrap is --
15    identifies where they came from.  So there
16    was pallets all over the place that say
17    Kitchen Winners wrapped in cellophane and
18    there's pallets all over the place 0that
19    say JNS, Joel Stern, different things like
20    that.
21              Those pallets identified as
22    delivered by Joel Stern were -- were
23    showing the stickered examination boxes.
24    So I witnessed it.  I pulled the sticker
25    off.  I saw the true fraud concealment of
```

```
 1                    GILLING
 2    this with my own eyes.  We have those boxes
 3    in the -- and so yeah.  That's --
 4         Q     How were you allowed into the
 5    MedCare warehouse during COVID?
 6         A     We were at MedLine.
 7         Q     MedLine, I'm sorry.
 8         A     Yeah.  This was -- this was in
 9    mid -- this was after -- this was about 30
10    days after all the gloves were delivered to
11    our client that this happened.
12         Q     So how were you allowed into
13    the warehouse during COVID?  I thought
14    there were restrictions.
15         A     There are restrictions, a
16    hundred percent.  So we had to go -- we
17    went -- when this became a massive issue,
18    we got approval to go in with masks and,
19    you know, protocol to do the examination.
20         Q     So somebody let you into the
21    warehouse when you wanted to go in?
22                MR. RAKHUNOV:  Objection.
23         A     I just said that.  I went to
24    the warehouse to examine it, yes.
25         Q     Had you ever made a prior
```

```
 1                    GILLING
 2   request to visit the MedLine warehouses?
 3        A     I had no reason to do that.  I
 4   did have a reason during the LevMed issue,
 5   but Adorama and Kitchen Winners ended up
 6   accepting responsibility for that so I
 7   didn't have to do that.  However, upon my
 8   inspections later, where we got approval
 9   once the bomb went off that these gloves
10   were breaking on everybody's hands, I did
11   see the LevMed gloves in the warehouse as
12   well.
13        Q     So the answer is you had never
14   previously requested to visit the MedLine
15   warehouse, correct?
16        A     I requested to go into the
17   MedLine warehouse, yes, to inspect, after
18   the gloves were breaking in the hospital.
19   We had a problem.
20        Q     Before that occasion, you never
21   asked for permission to visit a MedLine
22   warehouse, correct?
23        A     No.  I just said I asked for
24   permission to go in and look at the gloves
25   when they were breaking on everybody's
```

```
1                    GILLING
2    hands.
3         Q     Yeah I'm asking before that.
4    Before that occasion, did you ever ask --
5         A     Yeah.
6         Q     -- to visit the MedLine
7    warehouse?
8         A     When?  When?  You're -- you're
9    like --
10        Q     Any time during the course of
11   your transactions with Kitchen Winners,
12   Adorama, JNS, or Stern.
13        A     Correct.  I never asked to go
14   in to see them until they started breaking
15   in the hospital.  And then they were
16   showing us they have protection gloves.
17   And we said we didn't buy protection
18   gloves.  And that warranted us having to go
19   into the warehouses to look and see what
20   they put on our trucks.
21        Q     Did you --
22        A     Yes.
23        Q     -- personally see Stern placing
24   stickers on the boxes?
25        A     No, but Stern told me he had
```

```
1                      GILLING
2     stickered boxes, and they had stickered
3     them over, and we wouldn't buy them.  So I
4     didn't see him do it.  He told my he had
5     them.  And we wouldn't buy them.
6          Q     Okay.  How do you know that the
7     stickers weren't placed on the boxes by the
8     manufacturer?
9          A     I don't know that.
10         Q     So as far as you know --
11         A     Actually, no.  I do know that.
12    He said they arrived here and they were
13    packaged wrong and they had to get stickers
14    on them.  That's what he told me.  So I
15    don't know who did it.  I mean, I don't
16    know if Joel did it himself.  I just know
17    he was in possession of those.
18         Q     Did he tell you that in
19    writing?
20         A     It's possible.  He might have
21    sent what the boxes looked like when he was
22    trying to get me to buy them.  It's
23    possible, but I don't know.  I mean, I
24    would ask -- I don't see if that's in
25    production, but I don't know.  We weren't
```

```
 1                    GILLING
 2   buying them.
 3              THE REPORTER:  Off the record.
 4              (Whereupon, an off-the-record
 5          discussion was held.)
 6        Q    If you take a look at paragraph
 7   60, it says that Stern, JNS, Adorama, and
 8   Kitchen Winners and their constituents
 9   knew, because Rock Fintek repeatedly told
10   them, agents of the sellers loaded sealed
11   pallets of gloves directly onto trucks
12   provided by Rock Fintek to be delivered
13   directly to Rock Fintek's hospital clients,
14   warehouses, for use by medical
15   professionals.
16              Again, did Rock Fintek tell
17   them this in writing or only orally?
18        A    It's in our contract of buying
19   examination gloves which was for use in the
20   medical facility, and it was discussed
21   numerous times verbally.
22        Q    Verbally, sir?
23        A    Both.  It's in the contract and
24   both verbally.  Both in the contract and
25   verbally.
```

```
 1                    GILLING
 2        Q     What was the procedure you had
 3   to use to get access to the MedLine
 4   warehouse?
 5        A     We -- we navigated through
 6   Resource Group, our buying group, to get
 7   entry after the problem happened, after the
 8   gloves were breaking in the hospital
 9   setting.  So we used Resource Group to help
10   us get in there.
11        Q     Did MedLine ask you for
12   information before letting you in?
13              MR. RAKHUNOV:  Objection.
14        A     For I.D.?
15        Q     For anything.
16        A     More specific.
17        Q     Did MedLine tell you you had to
18   comply with certain COVID protocols?
19        A     Yes.  When you walk into a
20   MedLine facility, you get buzzed in.
21   And MedLine facilities aren't for public or
22   anybody to go into.  It's a distribution
23   room so it's for lift truck drivers and
24   packaging.  It's a big -- these warehouses
25   are massive.
```

```
 1                    GILLING
 2            So you -- you get buzzed in.
 3   You sign in.  And so there is a
 4   documentation of sign-in.  You get issued a
 5   yellow -- well, you can't go in without a
 6   mask on.  You get issued a yellow, you
 7   know, protection thing, goggles.  And you
 8   wait for somebody to show you through the
 9   warehouse.  And you walk -- you walk into
10   the warehouse with a representative of
11   MedLine.
12            And when we had the problems
13   happen in the hospital, we set up to go to
14   multiple locations over the series of a few
15   days.  And they pulled pallets down from
16   the slots and put them on display so we
17   could inspect.  And then we also were able
18   to, with a MedLine representative, walk the
19   warehouses to look at the gloves.  Which
20   we, you know, we documented very well.
21       Q    So aside from wearing a mask,
22   were there any other COVID-specific
23   requirements they had for you?
24       A    I don't know if they had social
25   distancing or any of that.  I don't -- I
```

```
1                    GILLING
2    don't recall.  But it was at that time, you
3    know, each month that went by with the
4    pandemic, you know, things got a little
5    more lax.  So it was a little more lax at
6    that point.
7         Q     If you take a look at paragraph
8    63 of the counterclaim, it says as a
9    condition of entering into the SPA, Rock
10   Fintek required Adorama to be a party to
11   the SPA --
12        A     Can you highlight it again?
13   I'm trying to find it.  Okay.
14        Q     And guarantee the performance
15   of Kitchen Winners as under the SPA.
16              Do you see where that is?
17        A     Yes.  Yes.
18        Q     Is this request in writing
19   somewhere?
20        A     Yes.  It's a contract that we
21   signed.
22        Q     Besides the contract, were
23   there any contract negotiations done
24   beforehand where it was put in writing?
25        A     There would have been drafts.
```

```
 1                    GILLING
 2   There were multiple drafts of that SPA so
 3   there was multiple correspondence and
 4   drafts going back and forth.  And then, you
 5   know, a conversation with Adorama, Joseph
 6   Mendlowitz, and all parties on there.
 7        Q    Now, were you involved in
 8   negotiating the SPA?
 9        A    Other than input with Bonnie, I
10   wasn't the lead on negotiating that.  We
11   were -- we were working with Hershey and
12   Mendlowitz, and Mendel was -- Mendel was a
13   smaller part of that.  He was more the
14   introduction to it.
15             And we worked with Arik Maimon,
16   too, as kind of an interface between us and
17   Adorama.
18        Q    Who at Rock Fintek was
19   responsible for negotiating the SPA?
20        A    Thomas Kato.
21        Q    Did Rock Fintek ever ask that
22   Adorama give a personal guarantee of some
23   sort or give a written guarantee of the
24   performance of Kitchen Winners?
25             MR. RAKHUNOV:  Objection.
```

```
1                    GILLING
2         A    Adorama was the party that
3    signed the contract.  We did -- we did an
4    agreement with Adorama, so --
5         Q    Let me --
6         A    Kitchen Winners -- Kitchen
7    Winners is a party of it, so.
8         Q    Do you have knowledge of the
9    negotiations for the SPA or should I direct
10   those questions to Thomas Kato?
11        A    You can ask Thomas Kato, but I
12   was on a lot of those phone calls.
13        Q    On those phone calls -- was
14   negotiation done entirely by phone call or
15   was it also done by e-mail?
16        A    I don't know.
17        Q    Were you on any e-mails
18   concerning negotiation of the contract?
19        A    I have no idea.
20        Q    Are you aware of any e-mails in
21   which Rock Fintek expressed its need for
22   Adorama to guarantee the performance of
23   Kitchen Winners under the SPA?
24             It's a yes or no?
25        A    Wait.  Repeat the question.
```

```
 1                   GILLING
 2        Q    Were you on any e-mails in
 3   which Rock Fintek expressed its need for
 4   Adorama to guarantee the performance of
 5   Kitchen Winners under the SPA?
 6             MR. RAKHUNOV:  Objection.
 7        A    If I saw -- if I saw an e-mail,
 8   I could confirm it, but I don't know.
 9        Q    Is it your assertion that Rock
10   Fintek required Adorama to be a guarantor
11   of Kitchen Winners' performance, was that
12   entirely based upon formal conversations
13   that you were a party to?
14             MR. RAKHUNOV:  Objection.
15        A    I don't -- our contract is with
16   Adorama and Kitchen Winners, so I don't --
17   I'm not -- there was nothing -- let me
18   answer your question.
19             There was nothing that --
20   guaranteeing the performance of Kitchen
21   Winners.  There's two parties to that -- to
22   our agreement, and they are both separate.
23   Adorama and Kitchen Winners are both, you
24   know, responsible parties.
25             So I don't know -- Adorama
```

GILLING

1
2    signed the contract and we made all
3    payments to them.  Because what we could
4    gather from our due diligence was, you
5    know, they were a profitable company and
6    had assets, and -- and we could look at
7    financial statements online and see that
8    they were selling and -- and could be a
9    worthy party of guaranteeing it.
10              That's -- it was a simple
11   business move.  And, you know, that's when
12   all this information came out about Kitchen
13   Winners and Adorama are interchangeable and
14   one.  That was all discussed on phone calls
15   --
16        Q      Paragraph --
17        A      -- held itself out as part of
18   Adorama.
19        Q      Paragraph 73 says that as a
20   condition of entering into the SPA, Rock
21   Fintek required that Adorama guarantee its
22   performance --
23        A      Yeah, so --
24        Q      I would imagine that is not
25   what is in the SPA itself, but the

```
 1                   GILLING
 2   negotiations leading up to it.  So
 3   regarding those negotiations, are you
 4   referring solely to oral communications?
 5        A    I don't know.  There -- there
 6   -- certainly I was party to that being
 7   orally, and there very likely could be
 8   correspondence, e-mails, about this as
 9   well, because it was -- it was very
10   well documented that that had to happen.
11        Q    So when you say there were oral
12   communications, who was on those
13   communications?  Who was party to those
14   discussions where Rock Fintek said that it
15   needed to have Adorama guarantee the
16   performance of Kitchen Winners?
17        A    Hershey Weiner, Tommy Kato,
18   myself, likely Arik Maimon would have been
19   on those calls.
20        Q    That's it?
21        A    Maybe Mendel.  You know, I --
22        Q    So I just want to -- if I can
23   just follow up on that.
24        A    I was always confused whether
25   Hershey Weiner and Joe -- I don't know --
```

```
 1                    GILLING
 2   there was all these different names of who
 3   they were.  I thought they were two people.
 4   I don't even know who Kitchen Winners
 5   really is, other than Hershey Weiner and
 6   Adorama.  Like, I don't -- because I have
 7   seen different names along the way.
 8        Q     No one at Rock Fintek related
 9   that requirement to anyone at Adorama
10   itself, correct?
11        A     No.  We did.  We -- Adorama
12   signed the contract, so --
13        Q     Again, I'm talking about before
14   the contract.
15        A     Yeah, before the contract, we
16   -- that's why we had a phone call with
17   Mendlowitz to make sure, you know, it was
18   real.  You know, and that phone call could
19   have happened -- there could have been
20   multiple phone calls because I know Arik
21   was working on it as well, and Tommy was
22   working on it, and then I would have been
23   privy to at least one phone call for sure,
24   but none of it's on it.  But, you know,
25   Tommy can speak for himself.  He might have
```

```
 1                   GILLING
 2   been on multiple calls.
 3        Q    Aside from the one phone call
 4   you had -- let me rephrase that.
 5             On the one phone call you had
 6   that Adorama was party to, what was
 7   discussed?
 8        A    We would have just discussed
 9   doing a deal to buy gloves.
10        Q    Would you have discussed the
11   terms of that deal?
12        A    Very likely.
13        Q    Okay.  Do you specifically
14   recall telling Mendlowitz that Rock Fintek
15   needed Adorama to guarantee the performance
16   of Kitchen Winners with the SPA?
17        A    I don't know if I would have
18   said it.  Tommy Kato would have said it.
19   Tommy is a very seasoned negotiator of
20   contracts.  Very specific that we had --
21        Q    Do you --
22        A    -- we had --
23        Q    Sorry.  How do you know that
24   Mendlowitz was actually on that phone call?
25   Maybe -- maybe someone got on there and
```

```
 1                    GILLING
 2   claimed they were Mendlowitz.
 3              MR. RAKHUNOV:  Objection.
 4        A    I don't know if anybody -- at
 5   this point, the fraud that was imposed on
 6   us, it could have been anybody on these
 7   phone calls.  I don't know.  All I know is
 8   we bought gloves that weren't right, and we
 9   bought it from these guys and sent checks
10   to them.  Or wired money, rather.
11              I think that's preposterous
12   that you would say such a thing.
13        Q    And again, the only place this
14   is in writing is in the SPA.  Is that
15   correct?
16        A    What's in writing?
17        Q    That Rock Fintek was requiring
18   that Adorama guarantee the performance of
19   Kitchen Winners was the SPA?
20        A    When you say writing, are you
21   talking about like WhatsApp messages and
22   communications to do this deal?
23        Q    Anything.  E-mails, WhatsApp --
24        A    I don't know.  I don't know.  I
25   would speculate it's in writing.  Because
```

```
 1                      GILLING
 2   we were -- it was the biggest part of the
 3   contract.  So it was discussed repeatedly
 4   amongst Tommy, myself, Arik, Hershey
 5   Weiner.  We weren't going to do -- Kitchen
 6   Winners was, you know, was a nobody as far
 7   as being able to accept, you know, that
 8   kind of money, you know, this sort of deal.
 9   And so, you know, everybody did.  This was
10   discussed multiple times.
11          Q     Do you --
12          A     We weren't going to sign a
13   contract with Kitchen Winners without a
14   collectible party.  That's why it didn't
15   happen.  They wouldn't -- they wouldn't
16   have been able to do the deal to get money
17   from us until they had somebody that we
18   felt comfortable was collectible.
19          Q     Take a look at paragraph 79.
20   Just read it over please.
21                Let me know when you're done.
22          A     Okay.
23          Q     In this paragraph you're
24   asserting that Adorama, not just Kitchen
25   Winners, was trying to extort money from
```

```
 1                  GILLING
 2   Rock Fintek, correct?
 3        A     This paragraph is accurate.
 4        Q     Okay.
 5        A     Very accurate.
 6        Q     In what way did Adorama try to
 7   extort money from Rock Fintek?
 8        A     Adorama and Kitchen Winners
 9   were soliciting us for another contract for
10   two million boxes and wouldn't pay us our
11   rebate.  They --
12        Q     Who at Adorama -- who at
13   Adorama made those decisions?
14        A     Well, we signed a contract with
15   Adorama and Kitchen Winners being
16   represented by -- interchangeably by both,
17   so.
18        Q     You just said that they were
19   trying to solicit you to enter into a new
20   contract.  Who at Adorama made the
21   solicitation?
22        A     I don't -- I don't know.  It
23   was -- it was very clear, this absurd
24   proposal.
25        Q     You said it was very clear.  So
```

```
                      GILLING
 1

 2    if it was very clear, who at Adorama were

 3    you talking with at that time?

 4         A    I didn't talk with anybody.

 5    Thomas Kato can relay on this.  I did talk

 6    to Hershey Weiner about this along the way.

 7         Q    So you have no personal

 8    knowledge of anything done by Adorama

 9    itself in regards to the allegations in

10    paragraph 79, correct?

11         A    I don't -- okay, I'm going to

12    -- I really don't know who Adorama is, what

13    you're referring to as Adorama.  Adorama

14    and Kitchen Winners are a party together in

15    all my negotiations and dealings with them.

16         Q    Okay.

17         A    Okay.  So when you're talking

18    about Adorama, I assume that that's who we

19    bought all the gloves from.  We bought them

20    and sent checks to Adorama.  So when this

21    was being negotiated again, Adorama would

22    have been part of that negotiation.  Who

23    specifically, I don't know.  But it was all

24    part of the same thing.  We did a deal with

25    Adorama to buy gloves, and they were coming
```

```
1                    GILLING
2    back again -- wouldn't give us the rebate
3    until they were extorting us to buy another
4    two million gloves.  All part of the same
5    process.
6         Q     Which individuals were you
7    dealing with in regards to the allegations
8    in paragraph 79?
9         A     I don't know.  Thomas Kato was
10   the lead on that.
11        Q     Did you have any personal
12   knowledge yourself as to the individuals
13   who were making or doing the -- doing the
14   things alleged in paragraph 79?
15             MR. RAKHUNOV:  Objection.
16        A     Yeah; repeat the question
17   again.
18        Q     Do you have any personal
19   knowledge as to which individuals were
20   doing the things alleged in paragraph 79?
21        A     Well, I know I had
22   conversations with Hershey Weiner about it.
23   We were on phone calls with him.  He would
24   have been the lead on this.
25        Q     Aside from Hershey Weiner,
```

1                    GILLING

2     which other individuals were doing the

3     things alleged in paragraph 79?

4          A     I don't know.

5          Q     Anyone else?

6          A     I don't know.  I'm sure there

7     was other parties, but I don't know.

8          Q     Take a look at paragraph 80.

9     In paragraph 80, Rock Fintek alleges that

10    Adorama and Kitchen Winners unilaterally

11    invoiced Rock Fintek for several hundred

12    thousand dollars of previously undisclosed

13    and unagreed-upon expenses.  Do you see

14    that?

15         A     Yes.

16         Q     Again, is there a document from

17    Adorama invoicing Rock Fintek for this

18    money?

19         A     I'm not sure.

20               Be mindful.  We signed a deal

21    with Adorama.  Our contract was Adorama.

22    Kitchen Winners was a party with them in

23    the contract.  They were the deliverer in

24    getting these gloves.  They were working in

25    conjunction with each other and held

```
 1                    GILLING
 2   themselves out as working with each other
 3   as one party.
 4              So when these sort of things
 5   come about in this -- that you're reading
 6   to me, you're -- it's an attempt to
 7   separate them.  In my mind, they weren't
 8   separated.  It was one party working in
 9   unison with us on these gloves.
10              So when we got these
11   unagreed-upon expenses for insurance and,
12   you know, frivolous bills for freight, they
13   had us over a barrel because our hospital
14   needed gloves and they were jamming us with
15   unagreed-to expenses and extorting us for
16   delivering the rest of the gloves.
17        Q    I just want to follow up.
18   We'll take a break in one second for lunch.
19   I just want to follow up on one thing you
20   just said there, which is they held
21   themselves out as one company.  Is that
22   what you just said?
23        A    Yeah, they -- no, they didn't
24   hold themself -- in my mind, in entering
25   into the contract, Kitchen Winners a3nd
```

```
 1                    GILLING
 2   Adorama were one.  They were one party to
 3   the contract.  Even though they're listed
 4   as Adorama and Kitchen Winners separately,
 5   they held themselves out as working in
 6   unison together.
 7                So when I say unison, I'm not
 8   -- I'm not saying they're one company on
 9   paper.  I'm saying they worked in union
10   with each other on this whole agreement.
11        Q     You previously testified that
12   you had a total of one conversation with
13   Defendant Adorama and no other --
14                MR. RAKHUNOV:  Objection.
15        Q     -- whatsoever, correct?
16                MR. RAKHUNOV:  Objection.
17        A     We have a contract --
18        Q     I'm asking about your
19   communications, not the contract.
20        A     I'm going to answer -- I'm
21   going to answer it the way I want to answer
22   it.  You're asking me a question.  Our
23   contract was Adorama, and Kitchen Winners
24   being a party.  So all -- all things
25   associated with that contract fall on
```

```
1                    GILLING
2    Adorama.  So regardless of if I had any
3    type of conversation with Adorama after the
4    fact, Kitchen Winners was doing all the
5    legwork for Adorama.
6        Q    State for me all facts that you
7    are relying upon to assert Adorama held
8    itself out as being the same company as
9    Kitchen Winners.
10       A    I -- I didn't say that.  I
11   recanted and said they worked in unison
12   together and Kitchen Winners held
13   themselves out as working in unison
14   together with Adorama.
15            MR. SPERBER:  Okay.  Let's take
16        a break for lunch.
17            (Whereupon, a lunch recess was
18        taken.)
19       Q    Mr. Gilling, are you familiar
20   with someone by the name of Arik Maimon?
21       A    Yes.
22       Q    What was Mr. Maimon's role in
23   regards to gloves that Rock Fintek was
24   purchasing?
25       A    He was brought in to help
```

```
 1                    GILLING
 2   facilitate a deal with Adorama/Kitchen
 3   Winners.
 4        Q     Who brought him in?
 5        A     Thomas Kato.
 6        Q     Are you familiar with a letter
 7   of intent between Rock Fintek and Arik
 8   Maimon?
 9        A     If I see it, possibly.
10        Q     I'm going to introduce a second
11   exhibit.
12              Mr. Gilling, can you see a
13   document in front of you?
14        A     Yes.
15              MR. SPERBER:  I'm marking this
16          document as Plaintiff's Exhibit 2.
17              (Whereupon, a letter of intent
18          was marked as Plaintiff's Exhibit 2
19          for identification, as of this
20          date, by the reporter.)
21        Q     Is this a document that you
22   recognize?  I'll scroll through it so you
23   can see the whole thing.
24              Is this a document that you
25   recognize?
```

```
 1                   GILLING
 2        A    I don't recognize it, but
 3   that's my signature on it.
 4        Q    On page 2, that is your
 5   signature?
 6        A    Yeah.
 7        Q    Okay.  The document at the top
 8   is labeled a letter of intent.  Do you see
 9   that?
10        A    Yes.
11        Q    Do you have any recollection of
12   signing a letter of intent on behalf of
13   Rock Fintek with Mr. Maimon?
14        A    I don't remember signing this
15   document.
16        Q    Do you remember discussing it
17   with Mr. Maimon?
18        A    I want to -- I don't -- not
19   necessarily discussed it with Mr. Maimon.
20   I would have discussed it with Tommy Kato.
21        Q    Do you have any reason to doubt
22   that you signed this document?
23        A    I do not.
24        Q    If you look at paragraph 1, it
25   says that Rock Fintek desires to purchase
```

GILLING

1
2      up to one million boxes of powder-free

3      nitrile medical gloves from Kitchen Winners

4      New York, Inc., an abbreviation of KWNY,

5      slash, Adorama for import to the U.S.A.,

6      with the option to purchase a second lot of

7      one million boxes of same.  Do you see

8      that?

9          A    Are you asking me?

10         Q    Yeah, I'm asking you.  Do you

11     see where I am?

12         A    Yeah.

13         Q    And if you take a look at

14     paragraph 3, it appears to be laying out

15     Adorama's role in the transaction.  The end

16     explains that Adorama is financing these

17     transactions for Kitchen Winners New York.

18     Do you see that?

19         A    Yes.

20         Q    Was that your understanding of

21     Adorama's role in this transaction?

22         A    No.

23         Q    If that's the case, why did you

24     sign this document?

25         A    I didn't draft this document.

```
 1                    GILLING
 2        Q    But you signed it, correct?
 3        A    Yes.  But I didn't draft it.
 4   It was a commission thing for our -- it
 5   was -- there's -- it -- it's irrelevant to
 6   me.
 7        Q    This is a document you saw at
 8   some point in time, though, correct?
 9             MR. RAKHUNOV:  Objection.
10        A    I'm not recognizing this
11   document.
12        Q    Okay.
13        A    But that is my signature.
14        Q    Okay.
15        A    That signature is on the second
16   page, so --
17        Q    Yeah.
18        A    So I don't know if this is all
19   part of the same thing, but that's my
20   signature that is on the second page of a
21   document I don't recognize.
22        Q    Are you in the habit of signing
23   documents that you don't read?
24             MR. RAKHUNOV:  Objection.
25        A    I am not in the habit of
```

```
                          GILLING
 1
 2   signing documents that I don't read.
 3        Q     Are you in the habit of signing
 4   documents that you think incorrectly
 5   establish the terms of a deal that you are
 6   entering into?
 7               MR. RAKHUNOV:  Objection.
 8        A     Those aren't really terms of
 9   the deal.  The terms of the deal are what
10   we're going to pay them in commission.  The
11   other are nonsense items that really don't
12   pertain the accuracy to it.
13        Q     Are you in the habit of signing
14   documents that contain -- that incorrectly
15   describe the nature of --
16        A     This is not --
17               MR. RAKHUNOV:  Let him finish
18          the question.  Listen to the
19          question.
20        Q     Are you in the habit of signing
21   documents that incorrectly describe the
22   nature of a transaction that you're
23   entering into?
24        A     I'm not in the habit.
25        Q     All right.  We'll --
```

```
 1                    GILLING
 2        A     I'm not saying I signed that
 3   document either.  I'm saying it shows on
 4   the second page I signed a document, but --
 5        Q     Okay.
 6        A     -- I don't -- I don't recognize
 7   that document.  That is my signature for
 8   certain.
 9        Q     Do you think someone might have
10   forged your signature?
11        A     No.  That's my signature.
12        Q     Is it possible Thomas Kato gave
13   you this document to sign on behalf of Rock
14   Fintek?
15        A     Well, I don't -- no.  I think
16   Arik would have drafted this document.
17   Tommy would have seen it.  And Tommy would
18   have authorized the signature would be the
19   standard protocol.
20        Q     Okay.  All right.  Let me move
21   on from here.
22        A     But that's an agreement between
23   Arik and Rock Fintek.  Not with you guys.
24              Can you go back?  I would like
25   to see the date on that.
```

```
 1                   GILLING
 2        Q     Sure.
 3        A     What is the date on that
 4   document?
 5        Q     Can you see it?
 6        A     What's it signed?  When did I
 7   sign it, April 1?
 8        Q     That says April 1, 2021.
 9        A     Yeah.  What's the signature?
10        Q     And same.
11        A     Yeah.  No.  So there's no real
12   -- okay.  I don't know when that was
13   signed, but okay.  And one more -- well,
14   never mind.  I'll know the answer.
15        Q     I want to show you another
16   document.
17              Mr. Gilling, I'm going to be
18   showing you what I'm going to be marking as
19   Plaintiff's Exhibit 3.  This appears to be
20   an e-mail.  It says from Bradley Gilling,
21   an e-mail address --
22        A     Yep.
23        Q     -- bd@RockFintek.com.  Is that
24   your e-mail address?
25        A     Yes.
```

```
 1                    GILLING
 2              (Whereupon, a e-mail was marked
 3          as Plaintiff's Exhibit 3 for
 4          identification, as of this date, by
 5          the reporter.)
 6      Q     Okay.  And it's to Dewayne
 7  Rader at the Resource Group.  Do you know
 8  who that is?
 9      A     Yes.
10      Q     Who is it?
11              MR. RAKHUNOV:  And I'm sorry,
12          Counsel.  Can you just put the
13          Bates number on the record so we --
14              MR. SPERBER:  Sure.  This is
15          the document Bate stamped RF_000698
16          through RF_ 000717.
17      Q     Who is Mr. Dewayne Rader?
18      A     Works for the Resource Group.
19      Q     What was his role there?
20      A     I don't -- I think he was
21  the -- I don't know.  I don't know what his
22  actual title is.
23      Q     The Resource Group, what is the
24  Resource Group?
25      A     They're the buying arm for
```

```
 1              GILLING
 2  Ascension.
 3       Q     Okay.
 4       A     They're the -- yeah, they do
 5  the buying for Ascension Hospital.
 6       Q     The e-mail also says it's
 7  directed towards Michael Elstro.  Do you
 8  know who that is?
 9       A     Part of the Resource Group
10  buyer.
11       Q     He was a buyer there?
12       A     No.  He is another executive at
13  the Resource Group.
14       Q     And it's also directed to Scott
15  Henderson.
16       A     Yep.
17       Q     Do you know who that was?
18       A     He's another -- he's another
19  one of the gentlemen at the Resource Group
20  that we deal with.
21       Q     Vincent Moccio?
22       A     He was in charge of logistics
23  and procurement and authenticating product.
24       Q     And the subject line here is
25  MedCare gloves.  Do you have any
```

```
 1                    GILLING
 2   recollection -- I'll scroll down - of
 3   sending this e-mail?
 4        A    Wait.  Say it again?
 5        Q    Do you have any recollection of
 6   sending this e-mail?
 7        A    I would have to read it.  Okay.
 8        Q    Again, do you have any
 9   recollection of sending this e-mail?
10        A    I would have to see it in its
11   entirety.
12        Q    Sure.  I am happy to scroll
13   through.
14             Let's start with the one here
15   that ends at RF_000706.  So, again, do you
16   have any recollection of this e-mail?
17        A    Yes, I do.
18        Q    Looking at the text on
19   RF_000699, it appears you're comparing
20   certain MedCare gloves with gloves from a
21   company called Solstice.
22             Is that correct?
23        A    I don't know.  I'd have to read
24   the box to verify that.
25        Q    Well, it says below is MedLine
```

```
                        GILLING
```

1              GILLING
2    Solstice chemo-rated gloves, the MedCare
3    nitrile glove vs. Solstice nitrile glove,
4    practically identical other than color.
5    Thickness, elasticity, feel, sizing, and
6    weight all appears identical.  Chemo rated
7    and chemo tested gloves have superior
8    thickness and protection.
9         A    Yeah.
10        Q    Did I read that correctly?
11        A    Yeah.
12        Q    When you wrote this, was this
13   based on some kind of testing you yourself
14   did of those gloves?
15        A    No.  We -- we sent the gloves
16   out for testing.  They all failed, but no.
17   That was after this.
18        Q    When you wrote this, how did
19   you come to the determination that these
20   two kinds of gloves were practically
21   identical?
22        A    Jason and I were in his --
23   Jason and I were in his cube, and he had
24   these gloves as just gloves he was using at
25   his desk.  I had a box of the MedCare

```
 1                     GILLING
 2   gloves.  And at this point we were both
 3   trying them on.  And that glove was very
 4   similar in sheen, in look to the MedCare
 5   gloves.
 6               However, I don't know anything
 7   about these MedLine Solstice chemo gloves
 8   other than from a comparison standpoint
 9   when we were trying them on at that time.
10   They were similar.
11        Q     And again, just for the record,
12   this is dated July 22, 2021.
13               Do you have any recollection of
14   the context in which you were sending this
15   e-mail?
16        A     The context was I went down to
17   examine the gloves and on my way out saw
18   these gloves and sent them a comparison.
19   We were trying to justify, based on what we
20   delivered in the reports that Adorama and
21   Kitchen Winners gave to us, that the gloves
22   were good.  And we were doing our best to
23   fight off a problem.  It was -- as it
24   snowballed into the gloves being wrong
25   boxes, wrong make-up, breaking on people's
```

```
 1                    GILLING
 2   hands.
 3        Q     Okay.  And so at that time you
 4   personally compared these two different
 5   kind of gloves and concluded they were
 6   practically identical, right?
 7        A     Yeah, but I don't -- I don't
 8   have any information on those gloves other
 9   than seeing them.  They could have been
10   fake too.  I don't know what the gloves
11   are.  I don't even know what was in that
12   box other than I was doing a comparison
13   that they were similar.
14        Q     All right.  You mentioned that
15   Rock Fintek sent gloves out for testing; is
16   that right?
17        A     Yes.
18        Q     Which testing company did Rock
19   Fintek use?
20        A     We used really the company that
21   everybody used, Akron.
22        Q     How many gloves did you test?
23        A     I'm not certain.  Anywhere from
24   nine to -- well, eight to 11 different
25   lots.
```

```
1                    GILLING
2        Q     And when you say "different
3    lots," is that one glove per lot?
4        A     No, just out of a box.
5        Q     How many gloves in that box did
6    the testing company test?
7        A     I don't know.  You would have
8    to look at the report, but there is a
9    standard for doing that.  You send the
10   entire box and then they pull and do it.
11   They do an assessment of it.
12       Q     Is this testing that Rock
13   Fintek did or that Ascension did?
14       A     We did testing.  Ascension did
15   testing too.
16       Q     Do you know, did you test
17   gloves from Kitchen Winners or from Stern?
18       A     Both.
19       Q     How did you go about choosing
20   the gloves to test?
21       A     Went to the warehouse and
22   pulled samples and took boxes and sent them
23   out for inspection.
24       Q     Were these protection gloves or
25   examination gloves?
```

```
1                      GILLING
2        A     Both.
3        Q     Is that something you
4   specifically looked for when you were
5   choosing gloves to collect for testing?
6        A     I was looking for lot numbers.
7        Q     What were you looking for with
8   the lot numbers?
9        A     Different lot numbers.  We only
10  got -- we only were delivered so many
11  different lot numbers.  And we had a
12  spreadsheet on the lot numbers that we got
13  and we had it verified by MedCare of what
14  they sent to Kitchen Winners/Adorama.
15       Q     Who were you dealing with at
16  MedCare?
17       A     Anna and Yossi.
18       Q     Is that Anna Grinvalt?
19       A     Yep.
20       Q     And Yossi, what's his last
21  name?
22       A     I don't know Yossi's last name.
23  I would think it's Grinvald because that's
24  -- his mother is -- Anna's his mom.
25       Q     So at what point in time did
```

```
                          GILLING
1
2    you reach out to MedCare directly?
3         A    We reached out to them when
4    Hershey Weiner refused to give us reports
5    on -- on the origin and testing reports
6    that were promised to us.  He was
7    withholding that information and refused to
8    give it to us.  So we went directly to
9    MedCare and they gave us all the reports.
10        Q    When you said that they were --
11   these reports were promised to you,
12   promised to you where?
13        A    When we were buying them.  When
14   we were buying the gloves.  We needed to
15   document everything to the client.  It just
16   was one more thing that -- in the process
17   that, you know, was smoking mirrors by
18   Adorama and Kitchen Winners.
19        Q    Did you put that requirement in
20   the contract between the parties?
21        A    Authenticating?
22             MR. RAKHUNOV:  Objection.
23        Q    Any -- any --
24        A    I don't know.  I don't know.
25   Read the document.  I don't know if it's in
```

```
 1                    GILLING
 2   there or not.
 3        Q     Okay.
 4        A     It was certainly discussed
 5   verbally multiple times.
 6        Q     But if it's not in the
 7   contract, obviously then it wasn't
 8   something that you considered worth putting
 9   in there, right?
10             MR. RAKHUNOV:  Objection.
11        A     No, because it was already
12   agreed to.  And, secondly, good practice
13   and expectations in any relationship are to
14   document and verify the examination of the
15   D6319 gloves that we were getting.  And
16   that's where Hershey -- well, we did get a
17   fraudulent report when we got the LevMed
18   gloves delivered by Mendel, and I'm sure
19   with Hershey's guidance, but the -- the --
20   when we needed to deliver testing reports,
21   Hershey Weiner would not give them to us.
22             MR. SPERBER:  I'm going to mark
23         the following document as
24         Plaintiff's Exhibit 4.
25             (Whereupon, a Sales and
```

                        GILLING

1                        GILLING

2              Purchase Agreement was marked as

3              Plaintiff's Exhibit 4 for

4              identification, as of this date, by

5              the reporter.)

6         Q    Mr. Gilling, do you see a

7    document in front of you that's labeled

8    sales and purchase agreement?

9              Mr. Gilling?

10        A    Yes, I see it.

11        Q    I'm just going to scroll

12   through it so you can see the whole

13   document before I ask you specific

14   questions.

15             Looking on page 4 of the

16   agreement, there is a signature there.  It

17   appears to be from you.  Is that your

18   signature?

19        A    Yup.

20        Q    It's dated April 7, 2021?

21        A    Yup.

22        Q    And is this the contract

23   between Kitchen Winners, Adorama, and Rock

24   Fintek?

25        A    You -- I don't -- I'd have to

```
1                    GILLING
2    see it in its entirety.
3                  MR. RAKHUNOV:  Make sure you
4          look at the whole thing.
5         A    Well, it just got smaller, so.
6         Q    I'm trying to let you see the
7    whole thing.  If you want it bigger, I can
8    make it bigger.
9         A    I'd have to read it because
10   there were multiple versions of it.
11        Q    Well, this is the one that was
12   signed, right?
13        A    Uh-huh.
14                 MR. RAKHUNOV:  Objection.
15        Q    Did you sign any other versions
16   other than the final version?
17        A    I'm not sure.
18        Q    What would you look at to
19   figure out whether this is the final
20   version or not?
21        A    By reading it.
22        Q    Okay.
23        A    Yeah.  You'd have to scroll up.
24        Q    Oh.
25        A    Scroll down, rather.
```

```
 1                    GILLING
 2              Uh-huh.  Okay.  Uh-huh.
 3    Uh-huh.  Okay.  All right.
 4         Q     There's a schedule here.  Okay.
 5    So is this the contract between Kitchen
 6    Winners, Adorama, and Rock Fintek?
 7         A     It appears to be that way, yes.
 8         Q     And you just read through the
 9    agreement.  Was there somewhere in the
10    agreement where Kitchen Winners or Adorama
11    agreed to provide documentation to Rock
12    Fintek concerning the gloves?
13              MR. RAKHUNOV:  Objection.
14         A     Other than the medical
15    examination grade that was -- the gloves
16    were failing and we had the document that
17    that's what they were, further by testing
18    reports which we requested from Hershey and
19    he refused to give them to us.  It was more
20    of a courtesy than anything else.  So no,
21    it's not in this report.  It came up after
22    the fact that they were fake gloves.
23         Q     I just want to run through a
24    couple of the terms of the contract with
25    you.  If you look at Section 2-A, it
```

GILLING

1

2  appears, and you can tell me if this is

3  your understanding as well; that the buyer,

4  that was Rock Fintek, was going to provide

5  a first deposit of $1.25 million upon

6  signing the agreement.  Is that right?

7      A    Yes.

8      Q    And then there would be a

9  second deposit of $600,000 on April 26th or

10  thereabouts?

11     A    Uh-huh.

12     Q    And that the deposit was going

13  to be applied as payment in full for the

14  last approximately 5.6 containers.  Is that

15  your understanding as well?

16     A    That's what I'm reading.

17     Q    If you look at section 2-D

18  that's over here, it says that any payment

19  of the purchase price payable for each box

20  of gloves delivered, to be paid to seller

21  upon buyer's inspection of the products at

22  seller's warehouse in Los Angeles,

23  California, prior to buyer's selection of

24  delivered products.  Did I read that

25  correctly?

```
 1                    GILLING
 2        A    You've just read that sentence,
 3   yes.
 4        Q    So am I correct in
 5   understanding that Rock Fintek was going to
 6   be -- or told Kitchen Winners and Adorama
 7   that it would be inspecting the gloves upon
 8   selection of the gloves from seller's
 9   warehouse?
10             MR. RAKHUNOV:  Objection.
11        A    I don't -- I'm not aware of
12   that.  That -- and that might have
13   happened.  We might have had Demarco do
14   that, but I'm not aware of it.
15        Q    What does it mean where you
16   said that you would be paying upon buyer's
17   inspection of the products at seller's
18   warehouse?  What does that mean to you?
19        A    That would have meant we would
20   have sent Demarco or somebody to that
21   warehouse to inspect the product.
22        Q    Okay.
23        A    I'm not sure we were allowed to
24   do that during COVID at that time.
25        Q    Then it says:  Payments are
```

```
1                    GILLING
2    considered timely if wire confirmation is
3    made within 48 hours, excluding Saturday
4    and Sunday, from product availability at
5    seller's Los Angeles warehouse.  Again, did
6    I read that correctly?
7         A     Yup.
8         Q     Getting down to section 8,
9    there was a rebate provision in here, which
10   I'm just going to read it again.  It says:
11   Provided that all payments due hereunder
12   are timely made, and only after the second
13   deposit be funded, seller shall provide
14   buyer a rebate of 50 cents per box for the
15   first five containers delivered, for a
16   total of $75,000.  Do you see where I am?
17   Let me highlight it.
18        A     Yes.
19        Q     So am I correct in
20   understanding that Rock Fintek was only
21   entitled to a rebate if it timely made the
22   payments under this agreement?
23        A     Say that again?
24        Q     Am I correct in understanding
25   that Rock Fintek was only entitled to a
```

```
 1                    GILLING
 2   rebate if it timely made the payments under
 3   this agreement?
 4              MR. RAKHUNOV:  Objection.
 5       A     That's not what happened.
 6   You're -- you're talking about apples and
 7   oranges.
 8       Q     Well, I'm just reading the
 9   contract.  Is that what the contract says?
10       A     Yeah.  So we made timely
11   payments until we were shorted on our
12   trucks and LevMed gloves came onto our
13   trucks, which, which just, which, you know,
14   was a breach of contract at that point,
15   which delayed payment from our buyer which
16   was relying on to make these payments.
17              So once Adorama/Kitchen Winners
18   breached us with shorting our trucks and we
19   were paying in full for them, so we were
20   overpaying along the way.  And then LevMed
21   gloves went on the trucks, which our client
22   refused to pay us for.  That's when this
23   all came skewed.
24              So that will come out along the
25   way as we go throughout this case.  But as
```

```
 1                     GILLING
 2   you're reading the contract, yes, late
 3   payments, they were caused by actions by
 4   Kitchen Winners and Adorama.
 5        Q     Okay, but that's not -- that's
 6   not what I'm asking here.  I was asking
 7   about --
 8              MR. RAKHUNOV:  Listen to the
 9         question.
10        Q     -- what the contract actually
11   says.
12        A     Okay.  So read it again.
13   What's your question?
14        Q     Am I correct in understanding
15   that Rock Fintek was only entitled to a
16   rebate if it timely made all the payments
17   under the contract?
18        A     I don't --
19              MR. RAKHUNOV:  Same objection.
20        Q     Okay.
21        A     That's not what happened.  This
22   is all -- I can -- that's why we have
23   attorneys to sort this all out.  It was
24   breached prior to that, so.  The breach
25   happened by then, prior to that, so.
```

```
 1                    GILLING
 2              MR. RAKHUNOV:  I don't think
 3          there is a question pending.
 4              THE WITNESS:  Yeah.
 5        Q     Taking a look at section 7,
 6   manufacturing variance.  The seller shall
 7   be allowed a variance in package quantities
 8   up to 10 percent, right?  What does that
 9   mean?
10        A     I don't know.
11        Q     I mean you signed the contract.
12   Did you have any idea what you were
13   signing?
14              MR. RAKHUNOV:  Objection.
15        A     I had very, very well
16   understanding of what I was signing.
17              So what that means in that
18   section is they were struggling to deliver
19   the proper sizes, 10/40/40/10, and they
20   were concerned that they weren't going to
21   be able to perform on that.  Therefore,
22   there is a variance in packing quantities
23   of 10 percent extra large, 40 large and
24   medium, and 10 small.  So we were allowing
25   a variance in that section.
```

```
 1                    GILLING
 2        Q     There have been some
 3   allegations made by Rock Fintek that
 4   Kitchen Winners did not provide the exact
 5   number of gloves that it was saying.  Could
 6   that be explained by the provision here
 7   allowing for a 10 percent manufacturing
 8   variance?
 9        A     No.
10              MR. RAKHUNOV:  Objection.
11        A     No.
12        Q     Why not?
13        A     That's not what that is
14   pertaining to.  It is pertaining to packing
15   quantities which is the types of gloves.
16   10/40/40/10.  Its size, everything about
17   these things was getting the right size,
18   and we had to complete the order with an
19   exact amount of 10 percent extra large,
20   40/40 large and medium, 10 percent small.
21        Q     What does packing quantities
22   mean to you?
23        A     I'm going reiterate it again.
24   It's we bought these in sizes very specific
25   to the order of 10/40/40/10, different
```

```
1                   GILLING
2    sizes.  That's what it means.
3         Q     I mean, if you look at the
4    section 1 where it says right there,
5    they're referring to sizes, right?  Like
6    over here -- I don't see where the word
7    size is referenced.
8         A     That's what the variance --
9    they were having a problem getting us
10   10/40/40/10 on each truck.  So we were
11   allowing them to have a little variance.
12   It wasn't easy.  You know, these things are
13   coming off ships and put into shipping
14   containers and put into a warehouse and
15   then they had to be pulled and sent to us.
16   We were very specific we needed
17   10/40/40/10.  It wasn't easy to do.
18        Q     Take a looking at section 5.
19   The seller shall import the product through
20   customs and pay any taxes and duties.
21   Buyer shall arrange for and pay the cost of
22   ground transportation after customs
23   clearance.
24             Did Rock Fintek arrange for and
25   pay the cost of ground transportation after
```

1                    GILLING

2    customs clearance?

3        A    We paid several just

4    undocumented bills helding [sic] us,

5    extorting us that we weren't going to get

6    product that Hershey Weiner created with no

7    documentation, per our agreement to pay for

8    that, for ground transportation.

9            And we paid -- we paid hundreds

10   of thousands of dollars in transportation.

11       Q    But, again, did Rock Fintek

12   immediately pick up the gloves once they

13   cleared customs?

14       A    No.  We weren't buying them

15   from there.  We were buying them from their

16   warehouse.

17       Q    Okay.

18       A    Uh-huh.

19       Q    Was that something that the

20   seller agreed to pay here?

21            MR. RAKHUNOV:  Objection.

22       A    I don't know.

23       Q    Am I correct in recalling that

24   you asked Hershey Weiner to send parking

25   invoices to you?

```
 1                   GILLING
 2        A     Yes.
 3        Q     Why did you ask that?
 4        A     Because we agreed to that.
 5        Q     Okay.
 6        A     We agreed.  It would give us a
 7   pass-through cost.  He was having them
 8   shipped to us in Chicago and he was passing
 9   through the cost to the investor.  And what
10   he gave us was just a simple thing that had
11   like 7,500, 7,500, with no documentation.
12   Once again his refusal to give
13   documentation.  Smoking mirrors.
14        Q     Did he provide you ultimately
15   parking invoices?
16        A     No.
17        Q     Okay.  I would like to
18   understand here.  Rock Fintek has asserted
19   a counterclaim against a number of parties
20   claiming they were damaged.  And I would
21   want to try and understand what damages did
22   Rock Fintek suffer here.  So can you
23   explain to me --
24              MR. RAKHUNOV:  And I just want
25         to put on the record that, you
```

1                         GILLING

2              know, you're certainly free to ask

3              Mr. Gilling about these topics but

4              he is not appearing in his capacity

5              as a Rule 30(b)(6) designee and has

6              not specifically been prepared in

7              that capacity because he is not

8              here in that capacity to testify

9              about damages.  But I just want to

10             be clear on the record, but with

11             that you can go right ahead.

12        Q    Sure.  So with that caveat, Mr.

13   Gilling, do you know what damages Rock

14   Fintek suffered as a result of the alleged

15   breach of contract by Adorama, Kitchen

16   Winners, JNS, and Stern?

17        A    Loss of our largest client.

18        Q    Anything besides that?

19        A    Yeah; the revenue lost from our

20   largest client.

21        Q    Let me see if I can back up a

22   little bit.  Rock Fintek sold gloves to a

23   company called Ascension, correct?

24        A    I can't answer that in the way

25   it's worded right there.

```
                         GILLING
 1

 2        Q      What's the confusion?

 3        A      Well, our -- we -- Resource

 4   Group procured all the products for

 5   Ascension, so Ascension was the end user of

 6   the gloves.  So there's really two parties

 7   to that.

 8        Q      So Rock Fintek sold gloves

 9   either to Ascension or the Resource Group.

10        A      Correct.

11        Q      Would that be fair?

12        A      Yeah.  I mean, Research Group

13   was the buying arm for Ascension hospitals.

14        Q      Do you know, are they the same

15   company or are they two separate companies?

16        A      I don't know that.

17        Q      How much did either Ascension

18   or the Resource Group pay to Rock Fintek

19   for those gloves?

20        A      I don't -- I don't have the

21   accounting for that.

22        Q      But Rock Fintek -- excuse me --

23   but Ascension or the Resource Group paid

24   money to Rock Fintek for the gloves, right?

25        A      Correct.
```

```
 1                    GILLING
 2        Q    Did Rock Fintek return any of
 3   that money to Ascension?
 4             MR. RAKHUNOV:  Objection.
 5        A    No.  We weren't paid in full
 6   for it.
 7        Q    Do you know how much money you
 8   were not paid that you believe you should
 9   have been paid by Ascension?
10        A    I don't know.  Maybe a couple
11   million bucks.
12        Q    You said that Rock Fintek lost
13   its biggest customer.  Can you expand upon
14   that?
15        A    We lost our biggest customer,
16   Resource Group and Ascension hospitals, by
17   volume and by -- by volume and product
18   sales.
19        Q    How long had Resource Group
20   and/or Ascension been customers of Rock
21   Fintek?
22        A    I don't know.  It was -- that
23   had started and was happening before I came
24   aboard.  So --
25        Q    Do you know whether they were
```

```
 1                     GILLING
 2   customers of Rock Fintek before the
 3   pandemic?
 4        A     I don't know that.
 5        Q     Who would know that?
 6        A     Thomas Kato.
 7        Q     You mentioned earlier that Rock
 8   Fintek went out of business.  Why did it go
 9   out of business?
10        A     Because we lost our biggest
11   client.
12        Q     You had other clients, correct?
13        A     We had other clients along the
14   way, yes.
15        Q     And so you lost one client.
16   Again, why did the company go out of
17   business.
18              MR. RAKHUNOV:  Objection.
19        A     Was there a question there?
20        Q     Yes.  Again --
21        A     You've asked this question
22   about --
23              MR. RAKHUNOV:  Again, asked and
24          answered.
25        A     You've repeatedly asked.  I've
```

```
 1                   GILLING
 2   asked it.  You're asking it like to confuse
 3   me and trip me up in some other answer.  I
 4   don't know.
 5        Q    No.  Well --
 6        A    I mean, you've asked -- in my
 7   defense, I mean, a lot of the stuff is the
 8   same stuff so just, I don't know --
 9             MR. RAKHUNOV:  Just -- just --
10        A    I don't know.
11        Q    You were the COO of Rock
12   Fintek.  What were Rock Fintek's major
13   costs?
14        A    Major costs.  I don't know.
15             MR. RAKHUNOV:  Objection.
16        Q    What were the biggest line
17   items on -- in terms of expenses for Rock
18   Fintek?
19        A    I don't know.
20        Q    Did --
21        A    I wasn't an accounting and CFO
22   and that sort of stuff.  I didn't deal with
23   anything with bank accounts, and I don't
24   know that.
25        Q    Did Rock Fintek have physical
```

```
 1                    GILLING
 2   offices somewhere?
 3        A      Miami.
 4        Q      I'm sorry?
 5        A      In Miami.
 6        Q      Who worked out of those
 7   offices?
 8        A      Tommy Kato and likely Anna.
 9   Maybe Atil at some times.
10        Q      Is that Anna Gajik (phonetic)?
11        A      Yes.
12        Q      What was her role at Rock
13   Fintek?
14        A      She was working on the
15   accounting side of it, bill payment.
16        Q      And what was Atil Burak, what
17   was his role?
18        A      I don't know if he was -- he
19   was more technology and systems.
20        Q      Was he a full-time employee of
21   Rock Fintek?
22              MR. RAKHUNOV:  Objection.
23        Q      Or was he -- well --
24        A      He would have been a crossover
25   employee for one of Tommy's other
```

```
 1                    GILLING
 2   interests.
 3        Q    If I wanted to understand Rock
 4   Fintek's business structure, who would I
 5   speak to?  Would it be or Tommy or someone
 6   else?
 7        A    Be specific about business
 8   structure.
 9        Q    Sure.  If I wanted to
10   understand or find out what Rock Fintek's
11   biggest expenses were, who would I speak
12   to?
13        A    Thomas Kato.
14        Q    Okay.  Did Rock Fintek, to
15   your knowledge, ever provide notice of
16   breach of contract to Adorama?
17        A    Yes.
18        Q    Was that by e-mail or by mail
19   or in some other fashion?
20        A    Other fashion.
21        Q    What fashion was that?
22        A    Phone call.
23        Q    Who did you speak to?
24        A    Hershey Weiner.
25        Q    Anybody else?
```

                        GILLING

1

2        A     Not sure.

3        Q     Did Rock Fintek ever provide

4   notice of breach to Joseph Mendlowitz?

5        A     Not sure.  They were one and

6   the same, so not sure.

7        Q     But you have a specific cause

8   of action here against Joseph Mendlowitz,

9   correct?

10       A     If you can put that out in

11  writing so I can read it.

12       Q     Sure.  Absolutely.  I'm going

13  to show you again what was marked as

14  Plaintiff's Exhibit 1.  This is the amended

15  complaint, or the -- I'm sorry, the amended

16  counterclaim.

17       A     So when you say "you," it's not

18  -- I don't have a specific cause of action

19  against anyone.  I'm a contracted employee.

20  It's not like --

21       Q     So --

22       A     You is not me.  It's -- if

23  you're talking about Rock Fintek has a

24  cause of action, that's for Rock Fintek to

25  decide.

                        GILLING

1

2          Q       Okay.

3          A       But you can show me if you want

4    and I can say yeah, that looks great.

5          Q       Absolutely.  So Rock Fintek has

6    a third-party complaint.  One of the

7    third-party defendants here is Joseph

8    Mendlowitz.

9          A       Yeah.

10         Q       I'll take you down to the very

11   bottom here.  There's a claim here for

12   breach of warranty.  And it says over here

13   that -- paragraph 179.  As detailed above,

14   Adorama, Kitchen Winners, JNS, Stern,

15   Weiner, and Mendlowitz directly and through

16   their agents, including Bannon, provided

17   Rock Fintek with written express

18   warrantees, including the specific

19   quantities of gloves being sold to Rock

20   Fintek, including quantities of gloves

21   being sold to Rock Fintek were MedCare

22   brand nitrile/NBR medical grade examination

23   grade gloves bearing an FDA 510-K

24   certification.

25              Do you see where I am?

```
1                    GILLING
2       A     Yes.
3       Q     So first, when did Mendlowitz
4  personally provide a written express
5  warranty to Rock Fintek?
6       A     I would assume on the phone
7  call.  Or on multiple phone calls he could
8  have done it.
9       Q     Okay.
10             MR. RAKHUNOV:  And let me --
11        can I just jump in here?  And,
12        because I just want to save us some
13        time.  I mean, the document that
14        you referenced earlier that we told
15        you is in the chat that you claimed
16        wasn't produced -- just take a look
17        at that document.  The witness may
18        or may not remember it, but -- you
19        know, that would probably answer
20        your questions.
21             And I just want to make sure
22        that the record is clear.  I think
23        your question was framed in terms
24        of a breach of contract claim
25        against Mr. Mendlowitz, and we're
```

```
 1                      GILLING
 2         looking at a breach of warranty
 3         claim, which is very different.  So
 4         just note my objection to the form
 5         of the objection.
 6             MR. SPERBER:  You've noted your
 7         objection, but I'm still asking
 8         whether notice of breach was ever
 9         provided to Mendlowitz personally.
10             MR. RAKHUNOV:  Notice of breach
11         of warrantees or breach of --
12             MR. SPErber:  Notice of breach
13         of warrantees.  Sure.
14             MR. RAKHUNOV:  Whatever the
15         witness remembers.
16      A    Is there a question?
17      Q    Yes.  Again, do you have any
18   knowledge as to the manner in which -- or
19   let me rephrase that.
20         Do you have any knowledge as to
21   whether Rock Fintek ever provided notice of
22   breach of warranty to Mendlowitz
23   personally?
24      A    I did not have knowledge of
25   that.
```

```
 1                    GILLING
 2        Q     Do you have any knowledge of a
 3   written express warranty provided by
 4   Mendlowitz to Rock Fintek?
 5        A     Did you say warranty?
 6        Q     Warranty.
 7              MR. RAKHUNOV:  Objection.
 8        A     Yeah.  Explain warranty to me.
 9        Q     I'm just reading the words on
10   here that Rock Fintek wrote that said
11   Mendlowitz, directly and through its
12   agents, provided Rock Fintek with written
13   express warrantees.  So I'm just curious;
14   do you have any personal knowledge about
15   that?
16        A     I very well could if it was
17   explained to me better.  I don't quite
18   understand in the context that that's
19   written.
20        Q     Did Mendlowitz, to your
21   knowledge, provide anything in writing to
22   Rock Fintek?
23        A     Yeah.  He gave us the contract
24   they signed for the medical examination
25   gloves.
```

```
                        GILLING
 1
 2        Q      Anything else?
 3        A      No.  That's it.  That's all we
 4   needed to do the deal, so --
 5        Q      Okay.
 6        A      And in that was the discussion
 7   of what we were getting, which was medical
 8   examination gloves.
 9        Q      To your knowledge, did Rock
10   Fintek ever provide notice of breach of
11   warranty to Adorama?
12        A      Is Adorama -- Adorama -- yes.
13   Yes.  We provided it to Weiner.
14        Q      Any other way?
15        A      No.  We provided it to Weiner
16   about the -- about the breach.  Yeah.  I'm
17   sure.  We would have done it with Mendel,
18   I think, along the way too but Weiner and
19   Kitchen Winners/Adorama, yeah, we provided
20   it to them.  They were -- they were
21   operating in the same -- they were the same
22   company.
23              MR. SPERBER:  Okay.  Can we
24         take five minutes?  I think I may
25         be done.
```

```
1                    GILLING
2              (Whereupon, a short recess was
3         taken.)
4   EXAMINATION BY
5   MR. FRISCH:
6         Q    Good afternoon, Mr. Gilling.
7   My name is Avram Frisch.  Same instructions
8   apply as with Mr. Sperber.  Let's try to
9   get through this as quickly as we can.
10             There was a letter from
11  Ascension's counsel in March 2022 that says
12  that Rock Fintek was only formed in May
13  2021.  Do you know what that's referring
14  to?
15        A    I do not.
16        Q    Do you know if Rock Fintek has
17  an operating agreement?
18        A    I do not.
19        Q    Do you know why Ascension or
20  Resource Group often refers to Rock Fintek
21  as M Hub?
22        A    I do not.
23        Q    Do you know if any of the
24  dealings between Ascension and Tommy Kato's
25  company was with M Hub as opposed to Rock
```

```
 1                    GILLING
 2   Fintek?
 3        A     I do not.
 4        Q     What experience did you have in
 5   the PPE business before you started working
 6   for Rock Fintek?
 7        A     None.
 8            MR. RAKHUNOV:  Objection.
 9          Asked and answered.
10            MR. FRISCH:  I'll ask for a
11          little bit of leeway just so that I
12          can get on to the subjects that,
13          you know, I need to get to.
14        Q     Do you know what experience
15   Thomas Kato had in the PPE business?
16        A     Prior to what?
17        Q     Prior to COVID.
18        A     I have no idea.
19        Q     What work experience did you
20   have that prepared you to be a chief
21   operating officer?
22        A     The trading company.
23            MR. RAKHUNOV:  Objection.
24        A     I've got a tremendous amount of
25   business acumen.
```

```
 1                    GILLING
 2        Q     You discussed Rock Fintek going
 3   out of business and stopping sales to other
 4   customers.  Are there any business records
 5   that you have that would indicate the dates
 6   on which you stopped selling to those
 7   customers, or that Rock Fintek would have?
 8        A     I think financial records would
 9   show the --
10             MR. FRISCH:  I'm going to call
11         for the production of those
12         records.
13             MR. RAKHUNOV:  Objection, but
14         we can talk about that off-line.
15         I'm not sure what records you're
16         even referring to.
17             MR. FRISCH:  Financial records
18         he literally just testified about.
19         Those records.
20        Q     Do you know in whose possession
21   those documents would be?
22        A     I just -- I said financial
23   records would be referring to bank records.
24        Q     Did Rock Fintek maintain
25   QuickBooks or something like that, a
```

```
 1                     GILLING
 2    general ledger software?
 3          A     I don't know.
 4          Q     Do you know who would know?
 5          A     Thomas Kato.
 6          Q     Are you still personally
 7    involved in the PPE business?
 8          A     Other than dealing with this,
 9    no.
10          Q     Do you know if Thomas Kato is
11    personally in the PPE business at this
12    time?
13          A     I don't know.
14          Q     Did Rock Fintek ever make money
15    in the PPE business, to the best of your
16    knowledge?  Was it ever profitable?
17                MR. RAKHUNOV:  Objection.
18          A     Yes.
19          Q     This is despite the fraud in
20    Vietnam where you lost millions of dollars?
21                MR. RAKHUNOV:  Objection.
22          A     Yes.
23          Q     Do you know, how did Rock
24    Fintek get introduced to Ascension?
25          A     I don't know.
```

1                    GILLING

2        Q     Were all the gloves sold to

3   Ascension or Resource Group through the

4   same contract or were there multiple

5   contracts?

6        A     Two contracts.  Two, maybe

7   three.

8        Q     Do you recall the terms of the

9   other contracts?  Well, let me rephrase.

10             Do you recall the terms of the

11  contracts that were between Rock Fintek and

12  Ascension or Resource Group?

13       A     I don't know them specifically.

14       Q     When did you first buy gloves

15  from JNS?

16       A     I don't know.

17             MR. RAKHUNOV:  Objection.  When

18         you -- when you say "you," you mean

19         Rock Fintek, right?

20             MR. FRISCH:  Yeah.  Correct.

21         Although Mr. Gilling in his role as

22         COO of Rock Fintek was clearly

23         involved in that.

24             MR. RAKHUNOV:  Of course.

25       Q     So do you recall if it was

```
1                    GILLING
2    prior to you meeting the Kitchen Winners
3    people?
4         A    Yes.
5         Q    It was?
6         A    Yes.
7         Q    Was it approximately February
8    2021?
9         A    I don't know.
10        Q    Were the MedCare gloves sold to
11   you by JNS the first MedCare gloves Rock
12   Fintek had purchased?
13              MR. RAKHUNOV:  Objection.
14        A    I don't know.
15        Q    Who would know?
16        A    I don't know if anybody would
17   know that.
18        Q    Who else did you buy MedCare
19   gloves from?  By "you," I mean Rock Fintek.
20        A    I don't know -- Joel Stern,
21   JNS.  I think -- I think JNS had another
22   party sourcing group which comes to mind.
23   That was on something that -- that Joel was
24   part of Kitchen Winners, Adorama, Hershey
25   Weiner, Mendlowitz, Mendel Bannon.  Mendel
```

GILLING

1

2  Bannon had some sort of like a side deal, I

3  think, for ordering gloves too through his

4  wife or something.

5      Q      Were any MedCare gloves

6  purchased from a party that is not involved

7  in this litigation?

8      A      I don't know, but my -- I would

9  think no.

10     Q      Do you recall the first date on

11  which MedCare gloves were delivered to

12  MedLine on behalf of JNS?

13     A      If you show me a document, I

14  could probably verify that, but I don't

15  know.

16     Q      We'll get there.  Okay.

17            How did you keep track of which

18  gloves were sold by JNS and which gloves

19  were sold to you by Kitchen Winners?  By

20  Kitchen Winners, I mean all the Kitchen

21  Winners parties.  I'm not distinguishing at

22  the moment.

23     A      We bought -- we bought gloves

24  from Joel Stern at the beginning, to make

25  our relationship solely from Joel Stern.

```
 1                    GILLING
 2  It wasn't till later that they crossed
 3  paths for just a brief moment.  And then we
 4  brought directly from Adorama and Kitchen
 5  Winners.  So there might have been an
 6  overlap for one or two loads, but they were
 7  very separate.  It was Joel Stern first and
 8  then Kitchen Winners and Adorama second.
 9         Q    Do you know, did Ascension ever
10  put -- when Ascension first put MedCare
11  gloves into circulation in its hospitals?
12         A    I don't.
13         Q    Do you know the first time
14  Ascension complained about gloves,
15  specifically gloves sold to it by JNS?
16  Sold to you by JNS.
17         A    I know the time period.  It was
18  about 31, 32 days after the last delivery.
19         Q    The last delivery from the
20  Kitchen Winners people?
21         A    Uh-huh.
22         Q    So before that there were no
23  complaints; is that correct?
24         A    They weren't in the system.
25  And so --
```

```
                           GILLING
 1

 2          Q      Do you know when you first

 3   provided notice of complaints to JNS or

 4   Joel Stern?

 5          A      No.

 6          Q      Did Rock Fintek ever refund any

 7   money to Ascension?  This may have been

 8   asked already, but just in case it wasn't.

 9               MR. RAKHUNOV:  Note my

10          objection.  It has been, but you

11          can answer again.

12          A      Regarding this, gloves?

13          Q      Yes.

14          A      We did a ton of business with

15   our client that was non-glove, so --

16          Q      Did you provide any replacement

17   gloves to Ascension?

18          A      No.

19          Q      Do you recall how you were

20   introduced to Mr. Stern?

21          A      Say it again?

22          Q      How were you introduced to

23   Mr. Stern?

24          A      I think by Mrs. Li.

25          Q      And Mrs. Li worked for Rock
```

```
 1                  GILLING
 2   Fintek, did she not?
 3        A     No.
 4        Q     So what was your relationship
 5   with Mrs. Li?
 6        A     She was a broker.
 7        Q     And you paid her a commission?
 8        A     I don't know.
 9        Q     Did Mrs. Li work for JNS?
10        A     I don't know.
11        Q     Isn't it true that you had
12   months and months of conversations with
13   Mrs. Li trying to identify gloves to
14   purchase?
15        A     I don't know.
16              MR. FRISCH:  I wasn't planning
17           on even doing this as an exhibit,
18           but I just, I need to make sure
19           that we are all on the same page.
20           All right.  I'm going to share my
21           screen.  I guess we will label this
22           as JNS number 1.
23              (Whereupon, an off-the-record
24           discussion was held.)
25              (Whereupon, a WhatsApp chat
```

```
 1                    GILLING
 2          text was marked as Third-Party
 3          Defendant's Exhibit A for
 4          identification, as of this date, by
 5          the reporter.)
 6      Q     Let me share my screen.
 7              I'm sharing with you, this has
 8  been marked as Third-Party Exhibit A.  This
 9  is a chat that was produced from WhatsApp
10  by Rock Fintek between you, Thomas Kato,
11  and Ms. Li.
12              Does this refresh your
13  recollection as to the dealings with Ms.
14  Li?
15      A     I don't see any on there
16  anywhere.
17      Q     Go down.  It's hundreds of
18  lines long.
19              THE REPORTER:  Excuse me.
20          Somebody is in the waiting room.
21              (Whereupon, an off-the-record
22          discussion was held.)
23      Q     You see here you start being --
24  I think you said by 11/12/2020 you start
25  being in the chat pretty extensively.  And
```

```
1                    GILLING
2    this goes on and on.  These chats go from
3    November 2020, it looks like all the way
4    down to June 2021.
5                    Does this refresh your
6    recollection of your dealings with Ms. Li?
7         A     This -- this text chain doesn't
8    re -- no.  But I know who she is.
9         Q     Are you saying that you didn't
10   have months of discussions with her over
11   various gloves?
12        A     I didn't say that at all.  No.
13   I didn't say that.
14        Q     So you did, you had substantial
15   discussions with her over -- you know, with
16   numerous offers of different gloves.  Is
17   that correct?
18        A     That's correct.
19        Q     When did you initially become
20   aware of an entity called JNS Capital?
21        A     I don't know.
22        Q     Was it right at the beginning
23   of your dealings with Mr. Stern?
24              MR. RAKHUNOV:  Objection.
25        A     I don't know.
```

                         GILLING

1

2        Q      Who introduced you -- was Ms.

3   Li dealing directly with Mr. Stern or was

4   there another intermediary?

5        A      I don't know.

6        Q      Do you recall an individual

7   named Bruno?

8        A      I know the name.  He was on

9   some -- I thought he was -- actually, Bruno

10  was referred to by Stern as one of his

11  partners.

12       Q      In a phone call you had with

13  him or in a document?

14       A      I've seen his name on documents

15  and phone calls.

16       Q      Referring to him as a partner?

17       A      No.  I've seen his name,

18  Bruno's name, on documents.

19       Q      You were aware that Mr. Stern

20  was operating through a limited liability

21  entity?

22       A      No.

23              MR. RAKHUNOV:  Objection.

24       Q      Did your purchase order that

25  you sent to Mr. Stern, was that directed at

```
 1                    GILLING
 2    JNS or was it directed to Mr. Stern
 3    personally?
 4         A    You would have to show me the
 5    multiple purchase orders or invoices,
 6    regardless.
 7         Q    Do you recall signing an escrow
 8    agreement between you, Mr. Stern, and a law
 9    firm?
10         A    I would have to see it.
11         Q    All right.  And we will.
12              This is going to be labeled as
13    Third-Party Defendant's Exhibit B.  Do you
14    recall this agreement?
15         A    I can't -- can you blow it up,
16    please.
17         Q    I'll try.  Let me see.  Is it
18    still showing?
19         A    No.  It's still showing.
20              Yeah, that's great.  That's
21    perfect.
22         Q    I put it on a bigger screen,
23    so --
24              (Whereupon, a escrow agreement
25           was marked as Third-Party
```

```
 1                   GILLING
 2          Defendant's Exhibit B for
 3          identification, as of this date, by
 4          the reporter.)
 5     A     Yeah.  Okay, so there is no
 6  date on this.  Is this a draft?
 7     Q     Actually, I'm going to go down
 8  to the signatures.
 9     A     Well, there's no date on the
10  top.  It doesn't have --
11              MR. RAKHUNOV:  Just wait.
12          There is no question pending.
13     Q     I am going down here.  Was this
14  signed by Rock Fintek by Thomas Kato?  Do
15  you know if that's Mr. Kato's signature?
16              MR. RAKHUNOV:  Objection.
17     A     I can't verify that.
18     Q     Have you ever seen Mr. Kato's
19  signature?
20     A     Yes.
21     Q     Do you think that looks
22  similar?  It's a fairly unique signature.
23     A     I can't verify that.  I don't
24  -- I don't know that.
25     Q     Who is Gunster, Yoakley, and
```

```
1                    GILLING
2    Stewart?
3         A     That's our attorney, Scott
4    Coffey.
5         Q     Why was he signing this
6    agreement?
7              MR. RAKHUNOV:  Objection.
8         A     That -- that agreement was
9    never put into place.  We didn't escrow, to
10   my knowledge.  This was just -- this was
11   never even an active document.  It was a
12   working document.  Nothing was ever
13   escrowed.
14        Q     Why not?
15        A     It was never --
16             MR. RAKHUNOV:  Objection.  Did
17        you just ask a question?
18             MR. FRISCH:  I did.  I said why
19        not?  He said it --
20             MR. RAKHUNOV:  I didn't hear
21        it. That's all.
22        A     Why wasn't it?
23        Q     Yes.  Why wasn't it put into --
24        A     Because I think we decided just
25   to pay Stern directly.
```

```
 1              GILLING
 2      Q     Okay.  So you did execute this
 3  agreement.
 4      A     No.  It wasn't executed by all
 5  parties.  It was -- it was never used.
 6  This agreement was never used.  We never --
 7  we never -- we never consummated it.  It
 8  was never used.  We didn't put -- we didn't
 9  put money in escrow.  We didn't do an
10  escrow deal.
11      Q     Did you intend to waive trial
12  by jury?
13      A     No.  No.  This agreement was a
14  working document that was never signed or
15  agreed to.
16      Q     Well, it was signed by -- it
17  was signed by Rock Fintek and it was signed
18  by --
19      A     The parties were the escrow
20  agents and they were -- what happened there
21  was they, my recollection was Gunster,
22  Scott Coffey, his firm wasn't going to
23  escrow.  We had to get a different escrow
24  agent out of Florida that would actually
25  escrow the funds.  Then it became more
```

```
 1                    GILLING
 2   hassle than it was worth so we abandoned
 3   doing this and just paid directly.
 4        Q     But does this refresh your
 5   recollection that you were dealing with JNS
 6   Capital, LLC?
 7        A     I was dealing with Stern.  I'd
 8   have to -- I don't know if we bought from
 9   -- I don't recollect -- isn't there a JNS
10   and now there's a JNS Capital that's a
11   different?
12              MR. RAKHUNOV:  I think JNS
13          Capital is the entity.  That's the
14          entity that you guys are suing.
15        A     Yeah, I don't -- I think we're
16   suing Joel Stern too; is that correct?
17              MR. SPERBER:  You are.
18        A     That's who we were dealing
19   with.
20        Q     You were being advised by
21   counsel when you were dealing with JNS and
22   Mr. Stern in February 2021?
23              MR. RAKHUNOV:  We're now
24          just --
25        Q     Yes or no question.
```

```
 1                     GILLING
 2              MR. RAKHUNOV:  -- getting into
 3           a sensitive area, so --
 4        A     Counsel wasn't hired by me.
 5    That was hired by -- by Rock Fintek, so --
 6        Q     At the time, did you ever
 7    request any documentation from JNS about
 8    their corporate formation?
 9              MR. RAKHUNOV:  Objection.
10        A     I'm not aware of that.
11        Q     Did you ever ask for any
12    documentation about the capitalization of
13    JNS?
14        A     Yes, I did.
15        Q     Where?
16        A     On the phone.  We talked to
17    Joel about he had partners that were
18    backing him.  He had -- there was some
19    builders, a development group that were
20    backing him.  He was just the operations
21    guy.  And there were other principals that
22    were giving him financial backing.
23        Q     Did you have any reason to
24    assume that was false?
25              MR. RAKHUNOV:  Objection.
```

```
 1                     GILLING
 2        A     Well, I didn't until now
 3   because everything was false we got, so.
 4   I don't know.  Good point.  That's a good
 5   point.  If we're all -- it's all deception.
 6   That's a very good point.
 7        Q     Did you have a representative
 8   inspect the gloves before picking up your
 9   first set of gloves from Mr. Stern's
10   company?
11        A     I'm not aware of that.  I
12   believe Mrs. Li could have done that, but
13   I'm not aware.
14        Q     And Mrs. Li was working on your
15   behalf, was she not?
16        A     Mrs. Li was a broker.  We were
17   working with, you know, 50 different
18   brokers.  So she was just one of the
19   brokers that we were dealing with.
20        Q     But you paid her.
21        A     I don't know.  I wasn't in
22   charge of banking, so I don't know if we
23   paid her or not.
24        Q     Did Mr. Stern make any
25   representations to you personally about
```

```
 1                    GILLING
 2   that transaction?
 3               MR. RAKHUNOV:  Objection.
 4        A     I don't understand your
 5   question.
 6        Q     Did Mr. Stern make any
 7   representations about the quality of the
 8   gloves or anything about the gloves to you?
 9   Did he tell you anything about the gloves?
10        A     Yes.  We were buying medical
11   examination gloves.  That's what we were
12   buying.  Very specific what we needed to
13   buy.  Multiple conversations with Stern
14   about the quality of what the gloves needed
15   to be.  And he assured us and said that's
16   what these are.
17        Q     Do you have evidence that the
18   gloves he sold you were not the gloves that
19   you needed?
20        A     Yes.
21        Q     Where is that evidence?
22        A     Testing reports that we have
23   sent them out for testing.  We have now
24   harvest a full -- actually a fairly
25   significant amount of boxes for testing
```

                        GILLING
1
2   that we are going to send out and have
3   retested.  Which, you know, if the first 11
4   tests we have done are accurate to the
5   tests that Ascension hospitals had done, I
6   think it's all going to show that these
7   gloves are not medical examination gloves
8   at all.
9        Q     You don't know that; you're
10  just hoping for that.
11       A     Well, I sent it out for a
12  letter and answering reports and I've seen
13  all 11 test reports, so I know, I know 11
14  boxes --
15       Q     I've seen the test reports.
16  But let's focus on what you actually know.
17  Do you know whether or not the gloves that
18  Mr. Stern sold were even still in the
19  warehouse?
20       A     Yes.
21       Q     How do you know?
22       A     MedLine has a very specific --
23  when trucks come off, the pallets from that
24  truck are loaded into specific spots and
25  are tracked.  So we know the date that we

```
 1                    GILLING
 2    got it from Mr. Stern.  And, furthermore,
 3    there are numerous, numerous pallets marked
 4    with JNS Capital on them.
 5         Q    Well, did you -- weren't you
 6    the one who put those markings on the
 7    pallet?
 8         A    No.
 9         Q    Well, who did?
10         A    JNS.  They would have arrived
11    by JNS, shrink-wrapped by JNS before they
12    came into the MedLine facility.  So they
13    were marked in the warehouse by the 3PL and
14    sent on trucks by Joel Stern's operations.
15    In fact, several of them have names by both
16    Kitchen Winners and Joel Stern.  There's
17    another party on there too.
18         Q    So it's your testimony that of
19    those pallets that had those signs on them,
20    that they arrived with those signs.
21         A    Correct.
22         Q    How do you know that if you
23    were not able to inspect the pallets?
24         A    I know that because I've been
25    in the warehouses and talked to the
```

```
 1                    GILLING
 2   operation managers on how they came in.
 3   And they come in shrink-wrapped from the
 4   3PL with those pieces of paper in them to
 5   identify in the 3PL where they came from,
 6   which is a total normal way of identifying
 7   whose product is what in a 3PL warehouse.
 8   So it's very common that that's how that's
 9   identified and then shipped and it's still
10   wrapped that way.
11        Q    So your testimony is some third
12   party put those signs, that we don't know
13   who it is, but some third party in a
14   warehouse, prior to them arriving, based on
15   representations made to you by MedLine --
16        A    No.  No, that's not my
17   testimony.  My testimony is exactly how I
18   said it.  Which there is two things.  One
19   is that, and then, secondly, MedLine knows
20   specifically what was delivered by Joel
21   Stern and where it was wrapped.
22             So it's not -- it's a science.
23   It's accurate.  It's actually fact.  It's
24   not a science.  They know where Joel
25   Stern's trucks were dropped off and where
```

```
 1                    GILLING
 2   they're slotted, so --
 3        Q     That's your testimony.
 4        A      Including the sticker.
 5        Q     I'm going to show you another
 6   document, Third-Party C.  Do you recall
 7   this tallied document?  Have you ever seen
 8   documents like this?
 9              (Whereupon, tally document was
10         marked as Third-Party Defendant's
11         Exhibit C for identification, as of
12         this date, by the reporter.)
13              MR. RAKHUNOV:  So, yeah, can we
14         get the Bates number please?
15              MR. FRISCH:  If there is one.
16         I don't see one.  This may not have
17         come from -- this is probably from
18         one of the chats.  So it doesn't
19         have -- oh, it's 1231, actually.
20         It's in the file.
21              MR. RAKHUNOV:  Yeah.
22        Q     Do you recall receiving tally
23   forms like this?
24        A     I did not receive any of these.
25   I don't even know what this is about.  Who
```

```
 1                    GILLING
 2    tallied this?  Where is this from?
 3         Q    Well, it says Caravan, Inc.,
 4    inbound tally.  And these are the listing
 5    of various size gloves.  I'm just reading
 6    what it says.  You're saying you never
 7    received this.
 8         A    I don't know what it is.  I
 9    don't know who Caravan, Inc. is, I don't
10    know who Aviro Kraus is.  I don't know what
11    this tally is.
12         Q    I'm going to switch back to the
13    chat with Ms. Li, because, frankly, I like
14    truth and I don't think you're telling me
15    the truth, honestly.
16              MR. RAKHUNOV:  Objection.
17         That's --
18              MR. FRISCH:  Well, if he --
19              MR. RAKHUNOV:  That's not how
20         you conduct a deposition, Avi.    I
21         mean ask him a question.  Your
22         opinion is not relevant here.
23              THE WITNESS:  He just called me
24         a liar, by the way.
25              MR. RAKHUNOV:  He did.  That's
```

```
1                    GILLING
2          why --
3          Q     You're lying.  You've been
4     lying all day.  So let's -- let's get on to
5     it.
6          A     I did not lie all day.
7               MR. RAKHUNOV:  Right.
8               THE WITNESS:  This is crazy.
9          Like what kind of --
10              MR. RAKHUNOV:  Brad, I told you
11         he was going to --
12              THE WITNESS:  Listen.  I'll
13         just check out of this thing.  I'll
14         leave this thing and --
15              MR. RAKHUNOV:  No, no, no, no,
16         Brad, you're not -- you're not
17         going to do that.  I told you he
18         would be a jerk and try to get
19         under your skin, so just answer the
20         questions.
21              THE WITNESS:  That's not
22         professional, you know.
23              MR. RAKHUNOV:  Just answer the
24         questions.
25         Q     Now, if you see here, and this
```

```
 1                    GILLING
 2   was back to Exhibit A, your conversation
 3   with Miss Li on 2/10/21.  I'm going to
 4   highlight it for you.  Do you see -- do you
 5   see this document referenced here?
 6        A    Yes.
 7        Q    Do you see the reference to
 8   this document 1231 Aviro, and that's the
 9   document that we were just looking at?
10        A    Yeah, so that's what you're
11   calling me a liar about?
12             MR. RAKHUNOV:  Brad.  Brad.
13         Brad.  Brad.  Brad.  Brad.
14        A    Did I see a copy of it and I
15   said --
16             MR. RAKHUNOV:  Brad, there's no
17         question.
18        A    This is for a container for a
19   pickup today.  Yes, I see that.
20        Q    Now, when you see this tally
21   sheet, did you say it was wrong?  Like
22   exactly explain to you -- explain to me
23   what was going on here.
24        A    Yes.  I'd say what happened?
25   It's not 10/40/40/10.  This isn't what we
```

```
 1                    GILLING
 2   expected.  What a surprise.  Yes.
 3        Q     So you got tallies of various
 4   documents, though, of shipments as they
 5   were coming in.
 6        A     This is a one-off.  This did
 7   not happen all the time.
 8        Q     Okay.
 9        A     This is not protocol.  This is
10   -- this is -- that's why it's -- it's not
11   common practice, what we were doing.
12        Q     You're saying it was not
13   protocol that they were off from the
14   10/40/40/10?
15        A     Show me -- show me another 21
16   of these -- 20 or 50 of these.  Show me
17   another 20 of these.  Then I'll say it was
18   protocol, but I don't -- I would like to
19   even see another one of these.
20        Q     Okay.  I'm sure you can go look
21   for it in your time.
22        A     Show me a bunch of them because
23   I don't -- I don't recall.
24              But yes, we had a problem with
25   sizes.  Very accurate.
```

```
 1                    GILLING
 2        Q     So what --
 3        A     -- 10/40/40/10, and based on
 4   that report you just showed me, it was not
 5   that.
 6        Q     That was one -- one set of
 7   tallies.  So you were able to know what you
 8   were getting when they were delivered,
 9   weren't you?
10        A     Sizes.
11        Q     Did nobody at MedLine or
12   Ascension ever open the boxes?
13        A     No.
14             MR. RAKHUNOV:  Objection.
15        Q     Why not?
16        A     Not that I'm aware of.
17        Q     Why not?
18        A     They just, they wouldn't do
19   that.  It's not what they would do there.
20        Q     What if somebody had sent you a
21   box of potatoes?  They didn't open any of
22   the boxes to see that there were actually
23   gloves inside?  I find that hard to
24   believe.
25        A     Well, I can't answer MedLine.
```

```
 1                    GILLING
 2   So why don't you go ask them.
 3        Q     We will ask them.
 4        A     Good.  Get your answer there.
 5   I'm not MedLine.
 6        Q     Okay.
 7              THE WITNESS:  Is it possible to
 8         blow your nose because the
 9         sniffling is getting --
10              MR. FRISCH:  I'll tell you, by
11         the way, just because you seem very
12         interested in my medical history.
13         I'd had two surgeries on my nose.
14              THE WITNESS:  I don't want to
15         hear -- I would rather not hear
16         about your medical.
17              MR. FRISCH:  Try to deal with
18         it.  It is what it is.
19              THE WITNESS:  Less sniffling
20         would be helpful.
21              MR. FRISCH:  Well, there's not
22         much I can do about it.  Blowing my
23         nose won't help.  By the way, go
24         talk to my wife.  She is very well
25         with you on this.
```

```
 1                    GILLING
 2      Q     Okay.  So did you have a
 3 conversation with Miss Li on 2/13?  It's
 4 still shared.  Let me go to it here.
 5             Do you recall this conversation
 6 that's now showing on the screen?
 7      A     It's two and a half years ago.
 8 I don't--
 9      Q     Do you know --
10             MR. RAKHUNOV:  Why don't you --
11         Brad, why don't you actually take a
12         minute and read through the texts.
13         Yeah, take your time.  Make sure
14         you read --
15             THE WITNESS:  I read it.
16      Q     Do you know if they ever sent
17 any gloves by air freight to make up the
18 tallies?
19      A     No.
20      Q     No, you don't know or no, they
21 didn't?
22      A     No, they didn't.  That I'm
23 aware of.
24      Q     Were these tallies ever
25 corrected?
```

```
 1                    GILLING
 2        A    Well, this is when -- this was
 3   when Joel Stern was referencing to Adorama
 4   and Kitchen Winners that they were the ones
 5   that were sending them this way and they
 6   were going to get it corrected.
 7        Q    Do you recall ever texting -- I
 8   guess it's not this -- I thought it was
 9   this chat, but it's not.  Do you recall
10   saying on February 13, '21 -- it's changed,
11   but give me a second.  No, that looks good.
12             I apologize.  I don't remember
13   which text it is, but I'm not seeing it
14   here.
15             You guys have no control over
16   process, processing gloves?
17        A    It's right there on 213.
18        Q    Oh, there it is.  Okay.
19             Do you recall that these guys
20   have no control over process, hustling
21   gloves is zero control, really
22   disappointed, Miss Li.
23             Do you remember saying that?
24        A    I didn't say it.  I texted it.
25             What's your question?
```

```
 1                  GILLING
 2        Q     Do you recall saying this in
 3   the text?
 4        A     I recall texting this, yes.
 5        Q     So you understood that JNS had
 6   very little control over the process?
 7        A     That's -- that's not exactly
 8   what I'm saying here.
 9        Q     It's literally what you said.
10   These guys have --
11        A     I'm stating no control over
12   process.  That's not stating that JNS
13   doesn't have any control over Adorama or
14   Kitchen Winners.  It's just poor business.
15        Q     Poor business.  Do you have any
16   idea if any of these gloves were ever used
17   by a provider at Ascension?
18              MR. RAKHUNOV:  Objection.
19        A     MedCare gloves were used by
20   Ascension hospitals, yes.
21        Q     I think I asked you.  You don't
22   know when they started using them, correct?
23        A     I don't.
24        Q     Do you know if they ever -- did
25   they ever get to check any of the gloves?
```

```
 1                    GILLING
 2              MR. RAKHUNOV:  Objection.
 3        A     I'm not Ascension.  I don't
 4   know that.
 5        Q     Did you ever send them any
 6   gloves to sample?
 7              MR. RAKHUNOV:  When?
 8        Q     Ever.
 9        A     I don't recall.
10        Q     Were you ever made aware of any
11   quality issues specifically with that
12   initial glove order from JNS in February
13   2021?
14        A     I don't -- which -- how many
15   gloves?  I don't know which -- because we
16   bought from Joel several times.  I don't
17   know the initial one.
18        Q     The first -- the first order.
19   The one that you were going to escrow for,
20   the one that we've been discussing.  Do you
21   know of any issues with that shipment?
22        A     I don't.
23        Q     Do you know if any of your
24   testing reports tested gloves from that
25   shipment?
```

```
 1                    GILLING
 2      A     I would have to see the testing
 3  reports to figure it out.  We could
 4  certainly do that easy enough.
 5      Q     Which documents would I look at
 6  to identify the claim -- you know, they've
 7  identified the lot that was delivered in a
 8  particular delivery?  Like where would I
 9  find that?
10      A     Well, there's two ways.  One is
11  -- one is MedCare provided us with all the
12  documents of what they shipped in the
13  testing reports that they -- they in the
14  lot numbers for what they shipped and what
15  Kitchen Winners, Adorama, and Joel Stern
16  bought.  So we have those tracked down to
17  the actual lot numbers.  And it's taking
18  those lot numbers which were specific to
19  the gloves that we bought from Joel Stern
20  and Adorama and Kitchen Winners and having
21  those tested, which can be tracked down by
22  MedLine, which knows exactly when those
23  gloves arrived and when they were slotted
24  into the different slots.
25                    So you know.  We have a high
```

GILLING

1

2  amount of accuracy exactly the lot numbers

3  that we purchased from Joel Stern, Kitchen

4  Winners, and so forth.  And each -- each

5  lot number is the same glove.  So there can

6  be -- some lot numbers have a tremendous

7  amount of quantity that were given to

8  Kitchen Winners and Joel Stern and Adorama,

9  and some have a smaller quantity.  But it

10  can be very easily ascertained.

11        The 11 ones that we sent out

12  all failed.  And there are 8 or 11

13  different lot numbers, 9 or 11 different

14  lot numbers.

15        And then -- and then the ones

16  that Ascension sent out, they all failed as

17  well.

18    Q    Well, I have not seen testing

19  reports for 11 gloves by you.  What type of

20  testing was done on those 11 gloves?

21    A    I don't even -- that's for

22  Phillip to answer.  I don't - I don't know

23  why you would see any of these.

24    Q    You're claiming that the

25  testing proves that the gloves were not up

```
 1                    GILLING
 2  to par.  I, of course, need to see those
 3  reports, but I don't think I've seen more
 4  than 11 gloves being -- do you know what
 5  type of testing you performed?
 6       A    The recommended testing by
 7  Acumen for ASTM D63, or D6319.
 8            MR. FRISCH:  This will be
 9       Exhibit D.
10            (Whereupon, a invoice was
11       marked as Third-Party Defendants'
12       Exhibit D for identification, as of
13       this date, by the reporter.)
14       Q    Are you familiar with this
15  invoice?
16       A    Can you identify that, and?
17       Q    This is identified as Exhibit D
18  --
19       A    Is this -- is this Mrs. Li?
20            MR. RAKHUNOV:  Hang on, Brad.
21       Hang on.
22            You got to tell us where this
23       came from in the record.  I need to
24       be able to know what --
25            MR. FRISCH:  This is your Bates
```

```
 1                    GILLING
 2          number 2051.  In the chats.
 3                MR. RAKHUNOV:  And just so you
 4          know, that's not our Bates number.
 5          That's how the documents were
 6          numbered by WhatsApp.  So we didn't
 7          -- the only Bates number was the
 8          name of the chat file, so if you
 9          can tell me where that came from.
10                MR. FRISCH:  I believe this is
11          from the Mrs. Li chats.  But again,
12          you'll see, those numbers, you
13          know, these numbers that WhatsApp
14          uses are on everything, so they're
15          just as good as a separate Bates
16          number anyway.
17      Q      Okay.  Are you familiar with
18  Practice Protection, LLC?
19      A      Vaguely.
20      Q      Is that Ms. Li's company?
21      A      I'm not sure.
22      Q      Do you see here, it says
23  consulting for 90,000 MedCare medical
24  gloves, 2 percent at $15 a box?  Do you
25  know what that was for?
```

```
1                      GILLING
2       A     I would assume the first 90,000
3   boxes we bought from JNS.
4              MR. RAKHUNOV:  Don't assume.
5          Just what you know.
6       A     I don't know.  I don't know.
7       Q     I want to go back to sharing
8   the chat with Ms. Li.
9              On 3/24 at 12:03.  Do you
10  recall this offer?  Ms. Li, Bruno has a few
11  containers of MedCare gloves on the ground,
12  all 10/40/40/10.  This offer is $13.50.  I
13  told them we are not buying anything above
14  $12.50.  He said he could negotiate with
15  the sale of nitrile.  Do you want -- do we
16  want them if he can get them for 12.50.
17             Do you recall that?
18      A     I don't.
19      Q     So you don't know if you ever
20  bought these gloves?
21      A     I don't know.
22             I don't -- I don't think we
23  bought anything from Bruno.
24      Q     Do you remember purchasing
25  YaniMed gloves in April 2021?
```

```
 1                    GILLING

 2        A      Yup.

 3        Q      Were those fake?

 4        A      Yup.

 5        Q      Who sold them to you?

 6        A      I'm not sure.  It was a broker.

 7   It was a group out of California, I think.

 8        Q      Who introduced you to those

 9   people?

10        A      I don't know.

11        Q      But it wasn't Mr. Stern,

12   correct?

13        A      I don't know.

14        Q      And it wasn't JNS?

15        A      I don't know.

16        Q      And it wasn't the Adorama folks

17   either.

18        A      You're -- I'm getting confused

19   with your questions because you're making

20   statements.  They're not --

21        Q      Did any of the individuals

22   involved in this lawsuit sell you the

23   YaniMed gloves?

24        A      Not that --

25               MR. RAKHUNOV:  Objection.
```

```
 1                    GILLING
 2        A     Not that I'm aware of.
 3        Q     Were those gloves also
 4   delivered to MedLine?
 5        A     I don't think so.
 6        Q     So how did you --
 7        A     We stopped -- we stopped them
 8   before they got there.
 9        Q     How did you catch those?
10        A     I don't -- I don't recall.  I
11   don't recall.  I know it got caught,
12   though.  I think the way it got caught were
13   samples, I think, because I had those at my
14   house.  I think the samples finally arrived
15   at my house and I -- I inspected them, put
16   them on.  They were breaking.  They were --
17   they weren't what they were supposed to be.
18   And that's how we stopped it before it
19   arrived to our plant.
20             That's my recollection.  I'm
21   not -- I believe that's how it happened.
22   We literally stopped our truck.  Anna
23   picked them up and 3returned them.
24        Q     Did you ever test any of the
25   gloves that you alleged had stickers over
```

                     GILLING

1
2   the word protection?
3        A     I'm not sure.  But we're going
4   to get them tested.
5        Q     Okay.  So you don't know if
6   those gloves were, in fact, actually
7   examination gloves.
8        A     None of the gloves that we got
9   passed an examination glove test.  Not one.
10       Q     Well, you only tested 11, 11
11  boxes out of like 200 million boxes, right?
12  You can't possibly say that not a single
13  glove -- you don't -- you don't have the
14  basis to make that conclusion.  You didn't
15  test all the gloves.
16       A     I'm going to reiterate to you
17  again, because you like talking over and
18  making up stuff.  I said we pulled 11 lots.
19  And there were only so many lots.  I think
20  out of the total amount of lots, it's under
21  20.  So we tested over -- my recollection
22  is over half the gloves and likely more
23  than that to -- and they all have tested
24  with either zero nitrile content or very
25  little nitrile content, and none of them

```
 1                   GILLING
 2  passed the STMD-6319 [sic] testing and are
 3  not suitable for a hospital.  None of them.
 4              MR. FRISCH:  I'm going to call
 5          for production of all those testing
 6          reports because we have not -- I
 7          have not seen 11 test reports
 8          related to 11 lots.  I have seen
 9          three chemical tests, of which one
10          passed and two failed, and I have
11          seen eight stretchy tests, and
12          that's it.  So I am going to call
13          for production of those tests.
14              MR. RAKHUNOV:  We'll take your
15          request under advisement and we
16          will get back to you.
17      Q    Do you believe that Mr. Stern
18  actually placed the stickers on the boxes
19  personally?
20              MR. RAKHUNOV:  Objection.
21          Asked and answered.
22      A    I don't have knowledge of that.
23      Q    Do you have any idea how many
24  gloves were actually used at Ascension
25  hospitals?
```

```
                        GILLING
 1
 2        A     That's a question for them.
 3        Q     Did you make any effort to
 4   convince Ascension that they were wrong
 5   about their conclusions on the gloves that
 6   they had received?
 7        A     Yes.
 8        Q     What steps did you take?
 9        A     Well, we took numerous steps.
10   You know, we went to the warehouses, we
11   pulled gloves, we pulled samples.  We met
12   with them in person at a hospital in the
13   south.  I think it was outside Indianapolis
14   or, I'm not sure, Grays Lake, maybe.  We
15   met in a hospital and we had a meeting
16   with, you know, the executives at Resource
17   Group, and, you know, including the head of
18   the department who came in with the gloves
19   and pulled them on one after another as
20   they were breaking.  We gave them at that
21   meeting the testing reports that Anna from
22   MedCare gave us, which was a stack of
23   reports that was about four inches high
24   printed off.  And we went there to, you
25   know, say hey, these gloves are fine.
```

```
 1                      GILLING
 2              After the nurse, head of
 3    nursing was pulling them out one after
 4    another breaking, breaking, breaking,
 5    breaking, with different lots, so it was
 6    from there that we left and took the
 7    samples we had, had them tested, you know,
 8    to found the same conclusion.  And that's
 9    the first -- you know, along that process
10    is where we saw a mass quantity of
11    protection gloves that we -- we didn't
12    purchase that were scattered all over the
13    warehouse.
14         Q    Didn't you have doubts about
15    MedLine's performance in counting and
16    organizing the gloves as they were being --
17              MR. RAKHUNOV:  Objection.
18         A    Not that I -- we were -- we
19    were -- had very good relationships with
20    MedLine and their whole team.  And it was
21    -- we had a really good relationship up
22    until the Kitchen Winners/Adorama.  You
23    know, it started with Joel Stern with the
24    bad sizes going in, because our client
25    didn't want those.
```

```
1                     GILLING
2           So we were starting to upset at
3    that time.  And it just got worse and worse
4    by shorting them and having them discover
5    we were shorting them.  And that wasn't our
6    intention to short them.
7       Q    All right.  So showing you
8    here, I think we're up to Exhibit E.  This
9    is your chats with Alex King.
10              (Whereupon, WhatsApp texts were
11          deemed marked as Third-Party
12          Defendant's Exhibit E for
13          identification, as of this date, by
14          the reporter.)
15              (Whereupon, a short recess was
16          taken.)
17      Q    Do you recall this conversation
18   with Alex King on April 23, '21, starting
19   at 10:22 a.m. and 29 seconds.
20              Alex King:  MedLine is a mess.
21   Nobody picks up the phone.  Drivers can't
22   get the pod when picking up the empty
23   trailer yesterday because the pod is with
24   the previous shift.  All I have been doing
25   is trying to get this pod from MedLine this
```

1               GILLING

2 morning.

3            First of all, what's a pod?

4     A    It would be a trailer full of

5 stuff.

6     Q    And then you responded:  I

7 don't like doing things this way.  We need

8 our guy there when they count and unload.

9            Alex King:  Me neither.

10            Brad:  We stem to be screwed.

11            Alex King:  They don't let us.

12            Brad:  They have to.  There is

13 no checks and balance.

14            Alex King:  They make us either

15 drop the trailer and come back the next day

16 to pick up the empty or tell us to come

17 back next week.

18            Alex King:  Okay.  I just

19 copied you in an e-mail.  Talk to Vince.

20 We need a better system.

21            So do you recall this

22 conversation?

23     A    Yes.

24     Q    So you tell us now MedLine had

25 a great system, but here in the thick of it

```
 1                    GILLING
 2   you were saying MedLine had a terrible
 3   system, that you needed to be present, you
 4   needed a voice present to count with them.
 5             MR. RAKHUNOV:  Objection.  It's
 6         not what it says.
 7       A    That's not what it says at all,
 8   but --
 9       Q    Why don't you --
10       A    It doesn't even come remotely
11   close to saying that.
12       Q    Tell me what you meant.
13       A    It's we need a system to verify
14   what Stern and JNS or Adorama or whoever is
15   sending in, to verify what they're sending
16   in.  And we need to find a system to verify
17   what they're telling us they're sending.
18   So I'm trying to get a system in place to
19   do it that's outside of the COVID protocol
20   of us not seeing it.
21             Secondly, this is COVID, man.
22   You -- as an attorney, you have no idea of
23   what was going on.  These places were --
24   you had to get a slot.  You had to get a
25   time frame.  And you only had that time
```

```
                           GILLING
 1
 2    frame to work in when you delivered your
 3    truck.  If you miss it based on trucking,
 4    delays, whatever, your pod was going in a
 5    trailer in the parking lot and it would be
 6    unloaded when they got to it in the next
 7    slot that was open.  It was -- when I'm
 8    saying it's a mess, it's a mess because the
 9    industry is a mess.  MedLine was -- was
10    very efficient in what they were doing.
11    They would have trucks backed up, lined up
12    for PPE product coming into their warehouse
13    and going out.
14            So you're talking about -- and
15    everything, you know, everything that
16    happens inside that warehouse on MedLine's
17    side is very buttoned up for tracking
18    purposes.
19        Q    It's critical -- you wrote:
20    It's critical we get paid.  We can't do
21    things this way.  It throws off our cash
22    flow.
23            What are you referring to?
24        A    I'm referring to when we send
25    in gloves that -- when we send in and look
```

GILLING

1

2  to get -- so we -- we get a Bill of Lading,

3  and we would invoice.  We were -- we had

4  become a rinse and repeat type of

5  organization.  We had to get money in to

6  turn around and pay it out to buy more

7  product.

8          So when we were getting shorted

9  on trucks, when we were getting sizing that

10 was wrong, it was delaying our process in

11 getting paid.  I would get a call by Vince

12 and, Vince would say hey, your sizing is

13 all screwed up.  You know, you got to fall

14 in line with what we're requesting.  The

15 trucks have to come 10/40/40/10, blah,

16 blah, blah, and that would just start a

17 domino effect of us getting paid timely to

18 turn around and buy new product.

19     Q     You had a problem with Joel

20 Stern's delivery on the first order; is

21 that correct?

22     A     I don't recall.

23     Q     The sizing, right, early on.

24     A     Yeah.

25     Q     Yet you continued to purchase

```
 1                    GILLING
 2    from him; isn't that correct?
 3         A     That's correct.
 4         Q     Why?
 5         A     Because he said he was going to
 6    make it right.
 7         Q     Did he?
 8         A     I don't recall.
 9               MR. RAKHUNOV:  Objection.
10         Q     Now, in general, were MedCare
11    gloves known for being high quality?
12               MR. RAKHUNOV:  Objection.
13         A     I don't know.
14         Q     Weren't you still talking to
15    Mr. Stern in August 2021 about purchasing
16    gloves?
17         A     Is there more to that sentence?
18    You said "uh" after?
19         Q     Not yet.
20         A     I don't recall.
21         Q     Didn't you have discussions
22    with Mr. Stern after you supposedly
23    discovered quality issues in July?
24         A     Yeah, I would have discussions
25    with him.
```

```
 1                    GILLING
 2        Q     About purchasing additional
 3   gloves?
 4        A     About what?
 5        Q     About purchasing additional
 6   gloves.
 7        A     I don't -- I don't recall.  And
 8   if it was about that, it would have been
 9   replacing gloves.
10        Q     Did you blame the issues with
11   the gloves solely on JNS to the exclusion
12   of the Adorama parties when you were
13   talking to Arik Maimon?
14        A     I have no idea what you're
15   talking about.  I don't recollect what
16   you're -- do you have a certain document
17   you would like to point to?
18        Q     Not at the moment.
19              Did you have discussions with
20   Arik Maimon about the glove issues?
21        A     Absolutely.
22        Q     And did you tell him that the
23   gloves were all -- all the problem gloves
24   came from JNS?
25        A     All of the problem gloves came
```

```
1                      GILLING
2    -- I don't -- if -- I don't know.  And if I
3    did that, that would have been the evidence
4    I would have had at the time.
5                This was a -- this was the
6    onion was peeling, you know, very rapidly
7    in this thing.
8         Q    So Joel asked you on August 4,
9    2021 if you needed more MedCare gloves, and
10   you responded that you were not sure.
11   Didn't you?
12        A    I have no idea.  You know,
13   we're playing a cat and mouse game.  If you
14   want to put something up on the screen and
15   ask if I -- if this is a chat that I had
16   with him, I'd be happy to do that.  But it
17   seems like --
18        Q    I will --
19        A    I keep saying no.  I'm going to
20   keep saying no to you unless you produce a
21   document because it's two and a half years
22   ago.
23        Q    Well, let me walk you through
24   how this works.  I ask the questions the
25   way I want to ask them.  You answer the
```

```
 1                    GILLING
 2   questions to the best of your recollection.
 3   If you don't remember, you don't remember.
 4   If I decide to put an exhibit in front of
 5   you, then you get to look at the exhibit.
 6   You dont get to demand what I do.
 7                    That being said, I am going to
 8   put this up.  Okay?  But I sometimes like
 9   to ask you the questions before I show you
10   the proof.  So, but now with my
11   explanation; I don't answer your questions,
12   and you don't get to decide how I --
13                    MR. RAKHUNOV:  I think,
14          Counsel, I think you've made your
15          speech now.  I think we can move on
16          with the deposition.
17                    MR. FRISCH:  No.  I think he
18          made --
19                    MR. RAKHUNOV:  And I've let you
20          make your speeches.  You're asking
21          unfair and misleading questions.  I
22          understand you are trying to trap
23          him in a tricky way.  We've all
24          been doing this for many years, but
25          --
```

```
 1                    GILLING
 2          MR. FRISCH:  Nobody is trying
 3      to trap him.  I'm trying to get the
 4      truth, which so far we haven't
 5      gotten.
 6          MR. RAKHUNOV:  We haven't
 7      gotten what you want to hear.
 8      That's -- that's the difference,
 9      but --
10          MR. FRISCH:  No.  That's where
11      you're wrong.  That's where you're
12      wrong.
13          What makes you think I haven't
14      gotten what I wanted to hear? You
15      can say it, but it ain't true.
16          All right.  All right.  Now I'm
17      going to share this.
18          THE WITNESS:  Five o'clock's
19      rolling up.
20          MR. FRISCH:  We get done when
21      we get done.
22          THE WITNESS:  Seven hours.
23          MR. FRISCH:  Well, seven hours
24      does not include the breaks.
25          MR. RAKHUNOV:  Just move on.
```

```
 1                    GILLING
 2          But it certainly includes your
 3          speeches, so --
 4               MR. FRISCH:  I agree.  We
 5          agree.  Don't worry, we're getting
 6          there.  We're getting done.  Okay.
 7      Q     So on 8/4/21, did Joel Stern
 8  text you:  By the way, are you going to
 9  need more MedCare or Synguard?
10          And did you respond:  Don't
11  know yet?
12      A     Yep.
13      Q     Well, why didn't you just say
14  no, your gloves are terrible.  I'm not
15  buying from you anymore?
16      A     Because Synguard's a different
17  brand than MedCare.  Synguard is made by a
18  different company and are -- and they're
19  very reputable.  They're an INTCO glove and
20  we -- we had a direct contract with INTCO
21  on masks.  And I was curious to see if he
22  could get INTCO gloves for cheaper than we
23  could buy direct.
24      Q     But if you didn't trust him at
25  that point, why didn't you just say no?
```

```
1                    GILLING
2        A    That's not -- I don't have any
3   opinion of that.
4        Q    Well, meaning if the guy sold
5   you bad gloves --
6        A    Listen; I don't --
7             MR. RAKHUNOV:  Let him finish
8          the question.
9        A    I have no opinion on it.
10       Q    I didn't ask that question yet.
11            If the guy sold you bad gloves,
12  wouldn't your reaction have been go away;
13  I'm never buying anything from you?
14       A    No.
15       Q    Why not?
16       A    Keep your enemies close to your
17  chest.  It's all just part of how I
18  operate.  So it's fine.  He got what's
19  coming to him.  Which is he committed fraud
20  against us and now we're in this.
21       Q    Did you receive any testing
22  reports on the gloves Mr. Stern sold you --
23            MR. RAKHUNOV:  Asked and
24          answered.
25       Q    -- from --
```

GILLING

1

2          MR. FRISCH:  No, it isn't.

3     A     Say it again?

4     Q     Did you receive testing reports

5   in regard to the gloves --

6     A     You were muffled again at the

7   beginning.  Say it again.

8     Q     Did you receive testing

9   reporters on the gloves Mr. Stern sold you

10  in February of 2021?

11    A     I don't remember what Joel sent

12  over or what Joel sent to Mrs. Li and what

13  we received, but we would have received,

14  you know, some sort of packet of what the

15  gloves were.  That was detailing that it

16  was a examination glove that we would

17  provide to Ascension that would have

18  allowed us to buy them.  We went through

19  their procurement area, which we would have

20  sent all that reporting along.

21    Q     This document, again, was

22  provided to us by you in one of the chats.

23  Do you recall receiving this document?

24    A     I don't -- I'd have to see the

25  document in its entirety.

```
1                    GILLING
2        Q     I'd be happy to scroll down.
3              Does this look familiar to you?
4        A     Well, Akron Rubber is who we
5   contracted.
6        Q     Okay.
7        A     So that's not -- that test up
8   there isn't the test that -- this is not a
9   test for ASTM D6319, as you can go up to
10  the top and look at.
11       Q     What is this a test for?
12       A     Well, scroll back up and you
13  will see it.  You already passed it.  Keep
14  going.  Keep going.
15       Q     I see it.  All right.  So what
16  is this test for and why was it provided to
17  you?
18       A     It's a --
19             MR. RAKHUNOV:  Objection.
20          Compound.
21       A     It's a permeation testing.  It
22  says right here.  It can be in the
23  evidence.  It says exactly what it is.
24       Q     And the gloves passed the test,
25  it says, right?
```

```
                      GILLING
 1
 2        A     It's for permea -- it's not --
 3   it's not for ASTM D6319.
 4        Q     At any point in time did --
 5        A     This is for -- if you read it,
 6   this is for --
 7              MR. RAKHUNOV:  Brad, there's no
 8        -- there's no question.
 9        A     Okay.  Yeah, there's no
10   question.  That's not what this test was
11   for.
12        Q     At any point in time did Mr.
13   Stern represent to you that the gloves met
14   a particular ASTM standard?
15        A     Yes.
16        Q     When?
17        A     From the onset when we were
18   buying.  We had to have examination grade
19   ASTM D6319, with 510-K.  We had to have
20   that.  They were going into hospitals.
21   They were not -- these weren't janitor
22   gloves.
23        Q     But did he say to you that
24   these gloves --
25        A     Yes.
```

```
                        GILLING
```

Q      Did he say that in writing?

A      Did he say it in writing?
Well, no, because it would be hard to say
it in writing.  Did he put it in writing?
Maybe.  I don't know.  We would have to
look at all the chats and all the e-mails.
It's very possible he did because he gave
documents to Mrs. Li, she sent them to us,
we sent them to our client, and in those
documents I believe were checking the boxes
and alluding to these being examination
grade gloves.

Q      And those testing reports, you
don't know if they're false, correct?  You
just assume they're false.

           MR. RAKHUNOV:  Objection.  What
        testing reports?

           MR. FRISCH:  Yeah, the testing
        reports he just referenced that he
        got from the package from China.

           MR. RAKHUNOV:  From -- from
        your client?

A      Show me what you're alluding
to.  I can't tell --

                    GILLING

1

2      Q      I don't think I intended to use

3  it, but I'm going to show it to you because

4  maybe it will help us get to somewhere.

5             I'm just going to show you one

6  as an example, not -- not to go through all

7  of these.

8             Did you receive reports similar

9  to these prior to purchasing the gloves?

10     A      No.

11     Q      Do you know if these reports

12  are false?

13             MR. RAKHUNOV:  Objection.

14     A      I would have to read it very

15  detailed about what the standard is and

16  what they're doing.

17     Q      Do you recall an individual

18  named Avi from whom you purchased gloves?

19     A      I think there's an Avi in

20  Florida.  Is he in Florida?

21     Q      You tell me.

22     A      I don't know.

23     Q      What did you guys buy from him?

24     A      I don't know who Avi is.

25     Q      All right.  Well, let's go back

```
 1                    GILLING
 2    to the chat with Alex King.  I don't recall
 3    what number we -- what exhibit we called
 4    this.
 5              MR. RAKHUNOV:  I actually don't
 6         remember it being marked.  But
 7         maybe I was not listening, but --
 8         it might have been D?  I'm not
 9         sure.
10              MR. FRISCH:  It might be D.
11         We'll figure it out at the end.
12         Q    So do you recall -- reading the
13    chats, and I'll give you a minute to read
14    these, from -- do we know who this is --
15    what gloves is this talking about?
16         A    Yes.  I think that's Avi out of
17    Florida.
18         Q    What type of gloves were you
19    buying from him?
20         A    I don't recall.
21         Q    Did you by any?
22         A    ASTM D69 -- 6319 gloves.  Yeah.
23         Q    Were those MedCare gloves?
24         A    No.
25         Q    Were those gloves provided to
```

```
 1              GILLING
 2   Ascension?
 3        A     Yes.
 4        Q     Were there any quality issues
 5   with those gloves?
 6        A     No.
 7        Q     You didn't like Avi very much,
 8   did you?
 9        A     Nope.
10        Q     Why not?
11        A     I didn't like him.  He's a
12   jerk.
13        Q     You didn't like him because
14   he's Jewish?
15              MR. RAKHUNOV:  Objection.
16              MR. FRISCH:  Why?  What's your
17         objection?  He said it.  He called
18           him a typical, aggressive,
19           fast-talking Jewish guy.
20        A     Yeah, what's that have to do --
21   that's not saying I don't -- and I don't
22   like him anyways.
23        Q     Oh.  So --
24        A     I don't like typically
25   aggressive fast-talking people.
```

```
 1                    GILLING
 2        Q    Oh.  You didn't -- you don't
 3   like him because he's a Jew from New York,
 4   like Alex King called him, right?
 5              MR. RAKHUNOV:  Objection.
 6        A    Alex is from New York.  That's
 7   right.
 8        Q    So you're saying Alex didn't
 9   dislike Jews from New York because he's
10   from New York?  Is that --
11        A    I didn't say anything.  Alex
12   King said he's a Jew from New York.  What's
13   the big deal?  I'm a Catholic boy.  You
14   know.  I don't -- I don't like fast-talking
15   Catholic boys.
16        Q    Well, you didn't write that.
17   You could have -- you could have just
18   called him a typical aggressive
19   fast-talking guy.  What's -- why didn't you
20   write that?
21        A    Jewish isn't a derogatory term.
22        Q    It is in the context in which
23   you used it.
24        A    No, it's not.
25              MR. RAKHUNOV:  It's -- it's
```

```
1                    GILLING
2         irrelevant.
3              MR. FRISCH:  This is very
4         relevant.  It goes to his
5         credibility here.
6              THE WITNESS:  What?  What are
7         you talking about?  This is a deal
8         that I did that has nothing to do
9         with you.  Next chapter.
10    Q     Well, you mean -- all right.
11              MR. RAKHUNOV:  Brad, I don't
12         know if I can represent you
13         anymore.  I'm a fast-talking Jewish
14         guy too.
15              THE WITNESS:  My attorney's
16         Jewish.
17    Q     You mentioned before you were
18  getting paid a percentage of the deal.  Did
19  you ever get paid for the Kitchen Winners,
20  Adorama, and Joel Stern deals?
21    A     No.
22    Q     Why didn't you pay Alex King
23  his money?
24              MR. RAKHUNOV:  Objection.
25    A     We paid Alex King millions of
```

```
 1                 GILLING
 2  dollars.
 3        Q    Why did you leave him hanging
 4  on his last $45,000?
 5        A    That's not mine.  That's a
 6  question for Tommy Kato, not me.
 7             MR. RAKHUNOV:  Objection.
 8        Q    Was that money ever paid?
 9        A    I have no idea.
10        Q    Do you have any proof that
11  Ascension refused to pay you money when
12  things got messed up?
13        A    Yes.  We weren't paid money,
14  correct.
15        Q    Well, do you have any --
16        A    The money hitting the bank
17  account would be the proof.
18             MR. FRISCH:  So I'm going to
19          call for production of all the bank
20          records that prove this point.
21             MR. RAKHUNOV:  We produced
22          relevant bank transfers, and you're
23          not getting the entire wholesale
24          bank records of my client.  But if
25          there is something that you think
```

```
 1                    GILLING
 2          is missing, we can talk about it.
 3          I think the witness just said there
 4          was no payment, so that's the whole
 5          point.
 6      Q    Do you recall the name Thomas
 7  Marian?
 8      A    I do not.
 9      Q    Did you buy any MedCare gloves
10  sourced by Ms. Li in November 2020?
11      A    I don't know.
12      Q    Do you know an entity called
13  MV3PL?
14      A    Yeah.  Do you know what that
15  is?
16      Q    I do not.  That's why I'm
17  asking you.
18      A    It's likely where your client
19  housed gloves.  3PL is a third party
20  storage house.
21      Q    Right, but I was asking about
22  MV3PL which is referenced in all of your
23  documents.
24      A    That would be where they stored
25  gloves.  That would be the name of the 3PL.
```

```
 1                    GILLING
 2   I would say likely your client is 3PL.
 3          Q     Did you -- so it's your
 4   testimony you never bought MedCare gloves
 5   from anybody other than the parties to this
 6   lawsuit, right?  That was -- that was your
 7   prior testimony.
 8          A     Correct.
 9          Q     Do you recall who Sourcing
10   Connection LLC is?
11          A     No.  I saw them on document --
12   on a document for sure.  And it was one
13   tied to Joel Stern.
14          Q     Do you know who Zhonghong Pulin
15   Medical is?
16          A     Well, if you're pronouncing
17   that right, which you are not, because it's
18   -- it's -- it wasn't even close, but that
19   would be one of the manufacturers of
20   MedCare gloves would be my -- my
21   assumption, but I would have to see that
22   based on how you pronounced it.
23          Q     Okay.  You know what; can I put
24   it in the chat so you can see it?
25          A     Yeah.  Put it on the screen
```

1                    GILLING

2    here.

3         Q    I don't want to -- I'll put it

4    in the chat.  One second.  I don't want to

5    --

6              All right.  Do you see the

7    spelling of it?  It's there in the chat.

8         A    I don't know where the chat is.

9    I don't know what you're talking about.

10             MR. RAKHUNOV:  Look at the

11             bottom of the screen, at least on

12             my computer.  There is a -- it's

13             hard to see when there is a screen

14             share happening, but there is a

15             chat box.

16             THE WITNESS:  Well, I don't --

17             I know what that name is, but I

18             don't know if that's one of the --

19             MedCare sourced from three

20             difference companies.  And

21             Zhonghong is a province in China,

22             and Pulin is a very common name

23             over there as well.  So I don't

24             know if that's exactly specific to

25             one of the glove types that they

```
 1                    GILLING
 2          were sourcing from or if it's a
 3          whole different company, through
 4          its attorney.
 5                 MR. RAKHUNOV:  They're not.
 6       Q     Okay.  I'm going to share it
 7   quickly, just to make sure we know that
 8   we're talking about the same place.  Can
 9   you see it now?
10       A     No.
11       Q     I've made it bigger.  Try.
12       A     I can see it in your chat here.
13       Q     Okay, so you see it.
14       A     Yeah, what are you -- what -- I
15   just told you I did.
16       Q     Okay, you told me.  All right.
17   I wasn't sure if you knew what we were
18   talking about.  That's why I just wanted to
19   make sure we're talking about the same
20   thing.
21                 Did Miss Li ever offer you
22   gloves from that manufacturer?
23       A     I don't know.  I would have to
24   know what the brand name is that -- that
25   would be the brand -- there would be a
```

```
1                    GILLING

2   brand name associated with them.

3   Manufacturers from China don't throw

4   Zhonghong Pulin on a box and try and sell

5   it to Americans.  It just wouldn't sell.

6   So there is some sort of goofy name

7   associated with gloves, be it YaniMed or

8   MedCare or whatever it is.  But that's -- I

9   wouldn't know specifically other than I've

10  seen that company's name.

11       Q    Can you see this now?  The Ms.

12  Li chat is back up.  Okay.  So you see she

13  offers you on 4/8/21 at 5:56 a.m. Zhonghong

14  Pulin, and, again, I agree I do not know

15  how to pronounce that, and she -- this is

16  what she offers you.  Did you buy those?

17       A    I don't -- I don't -- no.  At

18  that time?  No.

19       Q    Are you familiar with an

20  individual named Brendan?

21       A    Yes.

22       Q    Who was that?

23       A    It's a broker out of Los

24  Angeles.

25       Q    Was he the one who sold you the
```

```
 1                   GILLING
 2    YaniMed gloves?
 3         A    I don't know if Brendan did, or
 4    Brandon.  I don't recall.  I mean, I'm sure
 5    there's documents out there when we bought
 6    those.
 7         Q    I'm showing you an invoice that
 8    was within your production.  It looks like
 9    it's number 2279 in the Ms. Li chat
10    attachments.  Are you familiar with this
11    invoice?
12         A    I am not.
13         Q    Do you know if you ever bought
14    these gloves?
15         A    I don't know what gloves they
16    are.  It doesn't say the brand, but no.
17    We -- we bought YaniMed gloves before we
18    bought -- in the original contracts we
19    bought INTCO gloves is what we initially
20    delivered to our clients.
21              I don't know what glove this
22    is.  I don't -- I don't know what --
23         Q    Okay.  Are you familiar with
24    Commercial Group International, Inc.?
25         A    I am -- I don't recollect that.
```

GILLING

And this could be the YaniMed gloves that
we bought and returned.  It could be them.

  Q Do you -- I apologize because
the file name said 90,000 MedCare.  Do you
know how that -- let me share it again.  I
just realized that was why I wanted to ask
about this.

    Do you see 90,000 MedCare at
the top here?

  A Yup.

  Q Do you know where that came
from?  It says MedCare in the -- in the
description here.

  A Yep.

  Q So doesn't this -- isn't this
evidence that you bought 90,000 MedCare
gloves from this Commercial Group
International?

  A Yeah, we -- no, it's not
evidence.  We didn't buy those.

  Q Then why is there an invoice
for it?

  A That's somebody invoicing us to
buy them.  We didn't -- we didn't buy them.

```
1                    GILLING
2    I mean, not that I can recollect.  I mean,
3    that could have been -- you can ask Tommy
4    that same question.
5         Q    I probably will.
6         A    Yeah.  I don't -- not that I
7    recollect.
8         Q    Okay.  I'm going to share a
9    video.  I don't know how that works, but
10   we're going to try.
11              MR. FRISCH:  Does anybody know
12         if Zoom actually works to share
13         videos?
14              MR. RAKHUNOV:  I'm not sure.
15         Can you identify what you're --
16              MR. FRISCH:  This was also in
17         the Miss Li chat identified as
18         document 1175, video dated 2/9/21.
19         I don't know if that's the video or
20         the time it was sent in the chat.
21         But here we go.
22              Can you all see it?
23              (Wherein, a video was
24         played.)
25         Q    Are you familiar with this
```

```
 1                   GILLING
 2  video?
 3        A     I am.
 4        Q     Do you know who is the one
 5  doing this testing?
 6        A     I think it's Ms. Li.
 7        Q     So she tested them before you
 8  bought them; is that correct?
 9        A     She went and physically
10  inspected those.
11        Q     And they don't appear to be
12  tearing, do they?
13        A     Well, she is trying on an extra
14  large glove that doesn't fit her hand.
15  It's not -- you know, that's -- that's a
16  little bit more smoke in mirrors with maybe
17  working in conjunction with Joel Stern
18  because that's not the kind of glove you
19  would -- that's not the size glove you put
20  on when you're in a hospital.
21        Q     So you're saying the person you
22  -- that your company paid to represent you
23  in a transaction was working with Joel
24  Stern to defraud you.  That's your now,
25  your current allegation?
```

```
1                    GILLING
2              MR. RAKHUNOV:  Objection.
3        A    You just said that, but I
4    didn't say that.
5        Q    You said it's smoking mirrors;
6    she did with Joel Stern.
7        A    That's not right.  That's not
8    what I said.  I said smoke in mirrors,
9    correct.  Exactly.
10             MR. RAKHUNOV:  You want to find
11         out?
12       A    Yeah, we're going to find out.
13   But that is -- that is the wrong size glove
14   she's pulling on, number one.  It's like a
15   OJ type of thing.  It's a ginormous glove
16   going on a little hand.
17             Secondly, in -- in my knowledge
18   now that I have in gloves, the nitrile
19   glove will extend past your elbow if it's
20   real.  She is stretching that and it's
21   barely coming past her wrist.  You know,
22   which is a telltale sign if we give this to
23   Akra Rubber, that they would look at that
24   video and say these gloves are not nitrile
25   examination gloves.  Which is amazingly on
```

                    GILLING

1

2   this video because I had forgotten about it

3   and it will be more -- they will be able to

4   evaluate that video with their own eyes as

5   experts.

6        Q    Well, I will await to hear

7   their expert testimony.

8        A    Yes.  Me too.  Thank you for

9   showing it.

10        Q    Okay.  Now it's your testimony

11   you don't really trust Ms. Li either; is

12   that correct?

13             MR. RAKHUNOV:  Objection.

14        A    I didn't -- I didn't testify

15   that I don't trust Ms. Li.

16        Q    Did you buy these gloves on

17   April 30th of '21?  Did you buy this off

18   her?

19        A    Is that from Joel Stern?

20        Q    No.  This is from Ms. Li.  This

21   chat is all Ms. Li.

22        A    Well, Ms. Li sold us products

23   of Joel Stern's.

24        Q    Look at the date.  April 30,

25   2021.

```
 1                    GILLING
 2        A     No.  We didn't buy it.
 3        Q     Why not?
 4        A     Well, I would assume we were
 5   entering into a contract with Kitchen
 6   Winners and Adorama, who held themselves
 7   out as the direct source of MedCare gloves.
 8        Q     Do you know what that Emoji
 9   means?
10        A     What?
11        Q     Do you know what that Emoji
12   means?
13        A     No.
14              MR. RAKHUNOV:  Objection.
15        A     What is it?
16        Q     That's what I'm asking.  Do you
17   know what Tommy --
18        A     I can't even see it.
19        Q     That I can't help you with.  I
20   can help you a little bit to make it
21   bigger, but --
22              It's a face with a thumbs up.
23   But you don't know what he meant by it.
24   Okay.
25        A     There's a thumbs up in there?
```

```
 1                 GILLING
 2         MR. RAKHUNOV:  I don't know
 3      what that means either.
 4         MR. FRISCH:  I believe it's a
 5      thumbs up.  I don't know what
 6      Emojis mean either.  I'm not -- I'm
 7      too old for that.
 8         MR. RAKHUNOV:  Looks like, my
 9      eight-year-old might say that's a
10      "hmm" Emoji.
11         MR. FRISCH:  I don't know.
12      That's what I'm asking.
13         MR. RAKHUNOV:  Yeah.  I don't
14      know.  For the record, Mr. Gilling
15      is not the author of that text, so.
16         MR. FRISCH:  That's why I was
17      asking.  That's why we were asking.
18      He doesn't need to know that.  See,
19      that I know he doesn't.  I'm not
20      surprised he doesn't know that, but
21      I'm still asking.
22      Q    Okay.  Do you see now what I've
23   highlighted 6/11/21 from Ms. Li, another
24   offer of 500,000 MedCare gloves for $8.25
25   in Los Angeles?
```

```
1                   GILLING

2       A     No.

3       Q     Did you buy those?

4       A     No.

5       Q     Why not?

6       A     6/11/21 we were -- we were just

7    wrapping up delivering the rest of our

8    gloves to -- to -- to MedLine and

9    Ascension.

10      Q     Okay.

11      A     We were -- we were done with

12   the order.  No, we didn't buy those.

13      Q     How many times were you

14   defrauded?  Aside from this case, how many

15   times were you defrauded by vendors of PPE

16   during COVID?

17      A     Well, unfortunately, several

18   times.

19      Q     Can you give me some details?

20   What type of fraud?  Was the stuff fake,

21   were people taking your money, they weren't

22   delivering in some way that, you know --

23   what type of issues happened?

24      A     All the above.  What you just

25   stated.
```

```
                        GILLING
 1
 2        Q     So when you were buying from
 3   Mr. Stern and JNS, you should have been on
 4   the lookout for fraud by that point?  You
 5   had already encountered fraud in other
 6   transactions?
 7              MR. RAKHUNOV:  Objection.
 8        A     We were -- the fraud that was
 9   committed to us was not on U.S. soil up to
10   that point.  The YaniMed gloves were the
11   first ones that we bought domestically that
12   were fake.  When you -- what you're going
13   to get into when you dive into testing of
14   these gloves with Akron Rubber and their
15   vast Rolodex of testing, you're going to
16   find out there was a lot of problems with
17   PPE, MedCare being one of them.  They
18   tested MedCare multiple times.
19              So -- so fraud was -- was
20   unfortunately rampant, and we were stung
21   outside of the country several times and
22   then unfortunately stung here as well.
23        Q     So when you say they tested
24   MedCare many times, is that something they
25   told you?
```

```
 1                    GILLING
 2       A     Yes.
 3       Q     And is the problem with the
 4  MedCare manufacturers?
 5             MR. RAKHUNOV:  Objection.
 6       A     I don't know.
 7       Q     I mean, did they tell you that
 8  MedCare often is fake?
 9             MR. RAKHUNOV:  Objection.
10       A     Yeah.  I don't -- I was told
11  that they had tested MedCare gloves prior
12  to us requesting them be tested.
13       Q     And what was -- and did they
14  tell you the outcome of those tests?
15       A     No.  They wouldn't -- we asked
16  for those reports.  They couldn't give
17  them.  They have a client, you know, what's
18  the word I'm looking for.  You know, they
19  protect their clients.  They wouldn't give
20  us anybody's report.  Just like we can
21  share the report with you that we got, but
22  they're not -- you call there and ask them
23  for the reports we did, they're not going
24  to give them to you.
25       Q     They charge a lot of money for
```

```
 1                    GILLING
 2   --
 3        A     Confidentiality, yeah.
 4        Q     They charge a lot of money.
 5   They want -- they want everybody to pay --
 6        A     They do not charge a lot of
 7   money.  It's very inexpensive to get those
 8   tests.
 9        Q     So your testimony here is they
10   told you they tested them many times.  Did
11   they give you any indication as to -- not
12   -- I understand they didn't give you a
13   report.  Did they give you any indication
14   as to problems with MedCare gloves beyond
15   the ones that are within this lawsuit?
16        A     I -- I don't -- you're going to
17   do your own homework on that.
18        Q     You're alleging fraud by Mr.
19   Stern, right, but maybe Mr. Stern is a
20   victim of fraud from somebody in China.
21   How do you know?
22        A     The alleged fraud against Mr.
23   Stern is giving us stickered boxes that we
24   -- we refused to buy and he just put them
25   on our trucks anyways to profiteer off of
```

```
 1                    GILLING
 2    it.  He bought those for a song and stuck
 3    them on us, 14, $15 a box.  So that's
 4    fraud.
 5          Q     If it happened.
 6          A     We're going to find out.  He
 7    just didn't -- you know -- he didn't just
 8    show up at the warehouse off his truck, off
 9    the trucks that he loaded.
10          Q     Going back to the Alex King
11    chat.  What am I looking for; 738. 6/16.
12    That's not in this chat.  Where the hell is
13    it?
14                Do you recall buying gloves
15    from somebody named Ido, I-D-O?
16          A     Yeah.
17          Q     What kind of gloves did you buy
18    from him?
19          A     INTCO.
20          Q     And from Avi you also bought
21    INTCO?
22          A     No.  I mean, some of it might
23    have been INTCO, but no, they were -- they
24    were a different brand.
25          Q     At any point in time did
```

```
 1                    GILLING
 2   Ascension ever tell you that they intended
 3   to continue working with Rock Fintek?
 4             MR. RAKHUNOV:  Objection.  Time
 5        frame?
 6        Q     During the period you were
 7   buying gloves from the parties to this
 8   lawsuit.
 9        A     Yes.  We -- we had a meeting
10   with Dewayne.  Tommy and I stood behind his
11   desk and he showed us in his computer
12   screen of their annual buy for the hospital
13   and gave us all the intel on it to put a
14   proposal in to, you know, to compete for
15   their billion plus glove buy.
16        Q     And did you put in a proposal?
17        A     No.  We were precluded from
18   doing that because of the Adorama and
19   Kitchen Winners ghoster.
20        Q     When you entered into the
21   contract in this case with -- for the 150
22   million gloves or whatnot, didn't you not
23   have a supply at all yet of gloves to give
24   him?
25        A     No.  We started with -- we
```

```
 1                   GILLING
 2   started with one or two contracts prior.
 3   One was for 25 million individual gloves,
 4   and then they upped it and then we were --
 5   you know, that's -- that order we were
 6   giving them Ido was supplying the gloves to
 7   us at that time.  Ido was a trusted
 8   supplier of us for masks and other PPE
 9   products, and that was what graduated it to
10   a 200 million order was because we were
11   delivering when nobody else was delivering.
12        Q    When you got the purchase order
13   for the 200 million gloves, did you have
14   the gloves available to you?
15        A    We had -- we had two buying
16   groups that we were sourcing the majority
17   -- actually, we had three buying -- we had
18   three groups we were sourcing our PPE from.
19   The majority of it was Ido, a company
20   called Bon-go-go, and -- and a Danny Li was
21   a broker associated with us in China.  And
22   we were assured from, number one, Bon-go-go
23   that we would be able to procure the gloves
24   through them.
25                We sent a deposit to
```

```
 1                     GILLING
 2   Kimberly-Clark and waited for gloves to
 3   arrive, and they didn't arrive.  And we
 4   were able, fortunately, to get our money
 5   back.  That was the first one, and that was
 6   procured by Bon-go-go at the outset of
 7   this.  Then Ido was delivering us gloves
 8   prior to, you know, other sources that we
 9   brought in before we met Joel Stern.
10        Q     And it's your testimony that
11   you had the opportunity to bid on a billion
12   glove order by Resource Group?
13                MR. RAKHUNOV:  Objection.
14        A     Yeah, it's -- that's -- we were
15   showed by Dewayne -- we had an incredible
16   working relationship that we had fostered
17   with this plan, and we were delivering and
18   he was -- we were working on that
19   opportunity with Dewayne to put a proposal
20   in.  We never got to that step because of
21   this.
22        Q     Have you attempted to make any
23   further sales to Ascension or the Resource
24   Group since July 2021?
25        A     Not sales.  We tried to move
```

```
1                     GILLING
2      these gloves out to dispose of them, and
3      that fell through just recently.
4           Q     Didn't you have other issues
5      with Ascension over time?  Wasn't there a
6      point in time where you delivered 409,000
7      unwanted gowns in the summer of 2020?
8           A     No.  That is not accurate.
9                 We delivered the gloves, but
10     they were definitely wanted.  The way you
11     phrased it sounds --
12          Q     I said gown.
13          A     Yeah, like, when you say
14     unwanted glove -- gowns, no.  The hospital
15     wanted them.  We gave it to them.  We lost
16     money on it and it was a good favor to
17     them.  And, you know, we also donated I
18     think 10 or 12 million masks to charity.
19     We had made to them for good will.
20          Q     So do you recall --
21          A     We did all sorts of good will
22     things to protect our relationship there.
23          Q     I notice -- well, you're not on
24     this thread.  I'll ask Thomas about it when
25     we take his deposition.  Let's move on.
```

```
 1              GILLING
 2  Because I do want to get done today.
 3              This is the next thing I want
 4  to go to.
 5              MR. FRISCH:  Do you know what
 6         exhibit we're up to?  I know we've
 7         been a little lax with numbering.
 8              MR. RAKHUNOV:  I want to say E,
 9         but I could be wrong.
10              (Whereupon, a letter was marked
11         as Third-Party Defendant's Exhibit
12         F for identification, as of this
13         date, by the reporter.)
14       Q    This is an e-mail -- this is a
15  letter, I'm sorry, from Ascension's
16  attorney to -- addressed to Tommy Kato.
17              Have you ever seen this before?
18       A    I don't know.
19       Q    Do you want to take a second to
20  read it?
21       A    You have to blow it up, please.
22       Q    Oh, that takes it off the
23  screen.  I apologize.  Is that good?
24       A    Yeah.  That's good, yeah.
25       Q    All right.  I'm going to
```

```
 1                    GILLING
 2   scroll.
 3        A     Yeah.  I have not -- I don't
 4   recollect seeing this, but I'll read it
 5   through.  3/6/19.
 6              MR. RAKHUNOV:  Brad, read it to
 7         yourself.
 8        A     Yeah.  Okay.  I read that.
 9        Q     Do you see the footnote?  Tell
10   me when you're ready to go to the next
11   page.
12        A     Yeah.  It's not accurate,
13   though, but go ahead.
14        Q     Do you know if Rock Fintek and
15   Ascension ever reached a settlement of this
16   dispute?
17        A     No, they have not.
18        Q     Has Rock Fintek ever been sued
19   by Ascension?
20        A     No.
21        Q     Do you know why not?
22              MR. RAKHUNOV:  Objection.  Let
23         me just -- let me just pause you
24         there.  To the extent that there is
25         anything that could have to do with
```

```
1                    GILLING
2         a potential answer that came from
3         me or, you know, I guess any other
4         lawyer that represents you or Rock
5         Fintek, I am going to instruct you
6         not to answer.  But if you have any
7         knowledge from any source other
8         than from privileged discussion,
9         then you're welcome to answer that
10        question.
11    A    I would look at statute of
12 limitations is all I would say.
13    Q    So it's your understanding that
14 the statute of limitations has passed on
15 any potential claim?
16    A    No, not even close.
17    Q    It's getting close, but that's
18 --
19    A    It's not even close.
20    Q    And it's your understanding --
21    A    It's not even close.
22    Q    It's not as far off as --
23         MR. RAKHUNOV:  I don't think we
24      need to have a hypothetical legal
25      discussion here.
```

```
1                     GILLING
2              THE WITNESS:  Yeah, right.
3        Q     Why did their law firm believe
4   that the entity was not formed until May 1,
5   2021?
6              MR. RAKHUNOV:  Objection.
7        A     Yeah.  Tommy can answer that.
8   There was -- you know, Rock Fintek was
9   formed in Delaware in 2019, I believe.  And
10  there is clear documentation for that.
11       Q     Meaning it --
12       A     It was also -- also reformed in
13  Miami for other purposes that were
14  different than this.
15       Q     What purposes was it reformed
16  in Miami for?
17       A     I don't -- I don't know, but it
18  was very logical purposes.  And it's not
19  reformed, it's just addendum.  It's -- Rock
20  Fintek out of Delaware is the entity.
21       Q     Okay.  And the Rock Fintek out
22  of Florida has nothing to do with this
23  case?
24       A     I don't -- you can talk to
25  Tommy Kato about that.  There's a --
```

                    GILLING

1

2       Q     I definitely will.  Thank you.

3             This actually predates the

4   letter, but let's share this.  I guess this

5   will be Exhibit G?

6             MR. RAKHUNOV:  I think.

7             MR. FRISCH:  We'll have to --

8         I'll have to get them all together.

9         They got out of order,

10        unfortunately.

11            (Whereupon, an off-the-record

12        discussion was held.)

13      Q     Have you ever seen this e-mail

14   before?  I know you are not copied.  Have

15   you seen it?

16      A     Not that I recollect.

17      Q     Do you -- so do you recall the

18   events being recounted here?  When they

19   were satisfied and approved the MedCare

20   gloves, which appears to be referring to

21   people at the Resource Group, we started to

22   deliver them around January/February.

23            Where did you get MedCare

24   gloves in January?

25      A     Well, I don't know about

```
 1                    GILLING
 2    January, but we certainly got them from
 3    Joel Stern in February.
 4         Q     So you're saying that Mr. Kato
 5    was inaccurate in saying February?
 6         A     I don't know.  I think it was
 7    right around that time period.  Is how I
 8    read that.
 9         Q     It discusses that in later
10    February/March we were able to secure
11    prepandemic gloves by Kimberly-Clark, INTCO
12    and others.  These name brands would have
13    cost us less to purchase, but we did not.
14    Vince told us not to.  He said MedCare
15    gloves are in all the hospitals and they
16    are very happy with them and it's more work
17    to input a new product.
18              Were you present when Vince
19    told Tommy Kato this?
20         A     I was on that call when Vince
21    said that they were happy with the gloves.
22    However, you know, Vince was a buyer for --
23    or was a logistics guy for Resource Group.
24    And as that turns out, you know, that was
25    -- I don't know how accurate that statement
```

```
 1                    GILLING
 2   was because once the gloves flooded in, it
 3   was very rapid that the complaints came.
 4   They came very quick.
 5        Q     Well, is it possible that there
 6   was a distinction between the earlier
 7   gloves and the later gloves, primarily the
 8   distinction between the gloves sold by JNS
 9   and the gloves sold by Adorama?
10        A     I don't know that.  The
11   majority of the gloves that we bought are
12   still in the warehouse so that will be
13   discovered, I think, by going through a
14   little bit more of an audit of where the
15   gloves came from.  I can't speculate on
16   that.
17        Q     Now, you said that the products
18   weren't warranteed.  Is that accurate?
19        A     Rock Fintek doesn't warranty
20   products.
21        Q     What about the purchase order
22   from Ascension -- from the Resource Group;
23   didn't it include a warranty?
24        A     Yeah, they have a warranty
25   clause in there.
```

                        GILLING

1

2          Q      So you did have a warranty.

3          A      No.  We had -- there's

4   competing documents there.  There's our

5   document for -- or our invoice, and their

6   document for the PO.  Both those documents

7   are competing documents, so that would have

8   to be sorted out before the law.

9          Q      Right.  So battle of the forms

10  is what we used to call it in law school.

11         A      Correct.  I don't remember what

12  happens in those situations, to be honest.

13  But I think that, you know, there is

14  language specific to, you know, in our

15  document and in their document.  You're

16  welcome to read both of them.

17         Q      I have.  Hence the reason I'm

18  asking you about it.

19                How were these other companies

20  all offering MedCare gloves if Adorama and

21  Kitchen Winners were the exclusive U.S.

22  dealer of MedCare gloves?

23         A      Good question.  Ask those guys.

24         Q      If I knew who they were, I

25  would.

                    GILLING

1       A     No.   Ask -- Kitchen Winners and

2  Adorama hold themselves out as the only

3  source, so.

4       Q     Well, I'll leave that to your

5  attorney to ask them that.

6             What kind of due diligence did

7  you do before you bought the MedCare

8  gloves?  Someone referenced in this e-mail

9  that there was some due diligence.  Can you

10 give me more of an explanation of what you

11 --

12      A     Yeah.  Joel Stern would have

13 sent Mrs. Li a document.  And that document

14 isn't just testing reports which you

15 alluded to earlier.  It would have been a

16 document about, you know, the shiny,

17 glossy, this is MedCare, this is who we

18 are, this is what we do, here is how we

19 make gloves; you know, several pages about

20 conformity, the gloves they make, and how

21 they conform to different standards.

22            And then, you know, sometimes

23 in there is -- is a testing report on one

24 lot of gloves that they'll include in those

                    GILLING

1       A     No.   Ask -- Kitchen Winners and

2  Adorama hold themselves out as the only

3  source, so.

4       Q     Well, I'll leave that to your

5  attorney to ask them that.

6             What kind of due diligence did

7  you do before you bought the MedCare

8  gloves?  Someone referenced in this e-mail

9  that there was some due diligence.  Can you

10 give me more of an explanation of what you

11 --

12      A     Yeah.  Joel Stern would have

13 sent Mrs. Li a document.  And that document

14 isn't just testing reports which you

15 alluded to earlier.  It would have been a

16 document about, you know, the shiny,

17 glossy, this is MedCare, this is who we

18 are, this is what we do, here is how we

19 make gloves; you know, several pages about

20 conformity, the gloves they make, and how

21 they conform to different standards.

22            And then, you know, sometimes

23 in there is -- is a testing report on one

24 lot of gloves that they'll include in those

```
 1                    GILLING
 2   type of sales documents.  Very typical for
 3   all these gloves, any type of PPE; masks,
 4   gloves, gowns, you know, they'll all have
 5   some sort of, you know, this is what the
 6   product is.
 7                    So that would have been sent.
 8   Joel would have sent that to Mrs. Li or
 9   Joel would have sent that to us, you know,
10   however we got that document from Joel or
11   Mrs. Li or a sourcing group, whoever sent
12   it.  We sent it to Ascension for them to
13   review and approve.  And that's how they
14   got approved is based on, you know, the
15   documentation.
16                    There have been several
17   different forms of this documentation.
18   We've seen it from Kitchen Winners sending
19   us redacted documents, shortened documents.
20   But that's how that happens.
21        Q     Now, in terms of physical
22   samples, did you receive any physical
23   samples?  Mr. Kato alluded to samples.
24        A     I don't remember.  I don't --
25   you know, that would be a good question for
```

```
                        GILLING
 1
 2    Mrs. Li.  We -- we certainly would have
 3    requested them, and Mrs. Li lived was --
 4    you know, lived in New Jersey or New York
 5    and was close to there.  My recollection is
 6    she sent me samples at different times and
 7    MedCare.  I don't know that for sure.  But
 8    we would have requested samples.
 9         Q    Were those samples provided to
10    the Resource Group?
11         A    I don't recall.
12         Q    When you said you were
13    prohibited from bidding on Resource Group's
14    future business, what did you mean by that?
15    Did they tell you don't bother because
16    we're not going to give it to you?
17         A    We -- we gave them several
18    different options to try and cure this
19    problem; by selling them test kits, by
20    selling them different things to say okay,
21    we'll sell these and we'll take revenue
22    from our company and replace gloves.  Like,
23    we were giving them remedies to fix the
24    bomb that went off with the relationship
25    that we built.
```

```
1                        GILLING
2              And so it was -- we were moving
3     strong on gloves until, you know, we were
4     in a position to make a bigger play in the
5     glove market with them, and -- and the way
6     they signed off deals is they sell them on
7     a three- and five-year, depending on the
8     contract, revolving deal, so it would have
9     been a -- we would have gone for a
10    five-year contract with them.  And, you
11    know, that's what we were coming for was in
12    that space.
13             The doors were open for us to,
14    you know, test kits were a big deal, and we
15    had a line, a direct source on test kits.
16    But we had presented to them several
17    different options to help remediate our
18    problem on that.
19       Q    And they didn't accept any of
20    those offers?
21       A    Correct.  Well, because we
22    torched the bridge with them.  We gave them
23    $37 million worth of gloves that were not
24    right.  They were boxed wrong and breaking
25    on people's hand and unusable.  Hence the
```

```
 1                    GILLING
 2   letter from Winn regarding their position
 3   with an option to sue us.
 4        Q    But they haven't sued you,
 5   correct?  And you haven't paid them any
 6   money back?
 7             MR. RAKHUNOV:  Objection.
 8        Q    So you could have bid, and you
 9   just didn't; isn't that correct?
10        A    No.  We weren't --
11             MR. RAKHUNOV:  Objection.
12        A    We weren't going to do any
13   business with them.
14             We tried -- we tried to do more
15   business with them.  They were very frank
16   about it.  Their board was not going to
17   allow it.
18        Q    Is there any of those -- any
19   communication on that in writing?
20        A    No.  Just discussions with
21   Dewayne and Scott and Vince.  It might be
22   out there in writing too.  I don't -- I'm
23   not sure, but -- you know, Tommy would know
24   more about it.
25        Q    And there was no commitment
```

```
 1                    GILLING
 2   from Ascension to buy -- to buy anything
 3   from you, correct?
 4             MR. RAKHUNOV:  Objection.
 5       A    I don't -- I don't know that
 6   either.  There was a commitment the entire
 7   time for us because we -- we were
 8   delivering.  So we had established an
 9   incredible -- they were very appreciative
10   of us during the pandemic.
11       Q    Well, isn't that the real
12   reason why they were not going to buy from
13   you anymore; because the pandemic ended and
14   they didn't need you?
15       A    No, not at all.  Not true.
16       Q    Can't they buy direct from the
17   manufacturer now?
18             MR. RAKHUNOV:  Objection.
19       A    You can ask them about that,
20   but it's -- we were in a terrific position
21   for long-term business.
22       Q    I'm going to go back to what
23   Alex had labeled I think Plaintiff's 1, the
24   complaint, the third-party complaint,
25   amended.  Actually, let me make it bigger
```

```
1                    GILLING
2   for you so I can get it.
3              All right.  So I have some
4   questions about your allegations or Rock
5   Fintek's allegations against Mr. Stern and
6   JNS.  Did Mr. Stern ever personally speak
7   to you and tell you that the gloves had a
8   510-K certification?
9        A    Yes.
10       Q    510 certification, 510-K
11  certification is really just based on the
12  manufacturer writing a letter to the FDA;
13  is it not?
14       A    Well, it's writing a letter and
15  then it goes through an approval process,
16  which is fairly difficult to get.  There is
17  a -- when they do it, there is a working
18  letter that gives them a, kind of a 510-K
19  preliminary number.  To get the actual
20  certification is more difficult.
21       Q    Did he ever personally
22  represent to you -- not through an
23  intermediary -- did he ever personally tell
24  you that it met ASTM-D6319 standards?
25       A    Yes.
```

```
1                    GILLING
2        Q     How did he make that
3   representation to you?
4        A     Simply by this was the
5   standards we need to buy for the hospitals.
6   We have to buy an ASTM-D6319 examination
7   glove.
8        Q     Why wasn't that in your
9   purchase orders?  Why are those words,
10  ASTM-D6319, not in --
11       A     Because the other reference is
12  medical examination gloves.  It's the same
13  reference.
14             It's like calling tissues
15  Kleenex.  It's the same thing.
16       Q     Do you recall when these
17  representations were made?
18       A     All -- all along.  I --
19  unfortunately, I talked to Joel more than I
20  wanted to.
21       Q     He is a nice guy.  I talk to
22  him all the time.
23       A     Joel is a nice guy.  I agree.
24  He is a nice man.  He's just a guy I don't
25  want to do business with.
```

```
 1                    GILLING
 2        Q     Did you ever tell Mr. Stern you
 3   were prohibited from inspecting the goods?
 4   I know we went -- you went through this ad
 5   infinitum with Alex, but --
 6        A     Hold on one second.
 7              (Whereupon, an off-the-record
 8          discussion was held.)
 9        Q     Did you ever let Mr. Stern know
10   that you were prohibited from inspecting
11   the shipments?
12        A     In the warehouse?  Like at
13   MedLine?  Is that what you're asking?
14        Q     Sure.
15        A     No, because I didn't have any
16   reason to inspect at that time.  Like they
17   -- it wasn't until later that all this was
18   discovered.
19        Q     You also sent Ms. Li to inspect
20   them, did you not?  So the gloves had been
21   inspected by you.
22        A     No.  It's not -- Ms. Li went
23   and met over at Joel Stern's office or
24   whatever and provided that video.
25        Q     And when they got on your
```

```
 1                    GILLING
 2   trucks, couldn't you have had the driver
 3   pull the truck over and meet the truck and
 4   count the boxes on the truck?
 5        A     No.
 6        Q     No?
 7        A     No.  To reiterate, all trucks
 8   were sealed.  You couldn't go into the
 9   warehouse.  They were sealed, and if that
10   seal was broken along the way, that means
11   it was tampered with.  So you couldn't do
12   that.
13        Q     You --
14        A     It was maniacal at that time.
15   You -- everything was sealed with -- it
16   arrived sealed and it was cut by MedLine.
17   They were delivered to MedLine.  It arrived
18   sealed and MedLine would have cut that and
19   unloaded that.
20        Q     Didn't you -- when you said
21   that you had chemically tested the gloves,
22   you've seen reports for three tests on the
23   chemical testing.  Do you have more
24   chemical tests?
25        A     Not that I'm aware of.
```

```
 1                    GILLING
 2        Q      Okay.
 3        A      I don't -- you know -- we sent
 4   different lot numbers and, you know,
 5   MedCare held these things out, Anna and
 6   Yossi, as being, you know, dual gloves for
 7   examination and chemotherapy.  MedCare,
 8   Anna and Yossi at MedCare, later, after the
 9   fact, after all the problems, they held
10   these gloves out as being chemotherapy,
11   good for chemotherapy and examination.  You
12   could basically pour gasoline on them.
13   And, you know, that's fine.
14             The problem isn't that's --
15   that's not what these gloves were purchased
16   for.  They were purchased for examination
17   gloves, which an examination glove needs to
18   go on your hand very swiftly in a hospital
19   setting where there's emergencies going on.
20   And these gloves tear and puncture and rip.
21   And that was the problem with it.
22             If you put one of these gloves
23   on very gingerly and got it on your hand,
24   you could pour gasoline on it.  But that
25   was just more evidence of the compound that
```

```
 1                     GILLING
 2   they were made of was, you know, not proper
 3   for an examination glove.  It was -- the
 4   biggest problem with these gloves is an
 5   elasticity and durability issue.
 6        Q     Right.  Now, you have been
 7   alleging fraud.  But in reality, you don't
 8   have any idea whether or not the fraud that
 9   you're alleging happened on the end of the
10   manufacturer or if it was done by the
11   defendants in this lawsuit, correct?
12        A     I will give you, you know,
13   which I have repeated several times.  Anna
14   explained to us that Kitchen
15   Winners/Adorama wanted to buy the cheaper,
16   less expensive protection gloves, not the
17   examination gloves, which they bought in
18   droves and put on our truck and sold them
19   to us as if they were examination gloves.
20   So there was different price points for
21   gloves they're buying.
22             Secondly, alluding to fraud was
23   the stickered boxes that Joel Stern sold to
24   us, which were 100 percent fraudulent with
25   the cheaper glove, protection glove, that
```

```
 1                      GILLING
 2    did not meet any of the standards that we
 3    were buying and we said we would not buy
 4    that were put on the trucks and sold to us,
 5    unbeknownst to us.  And it wasn't until I
 6    went out and did inspections in July of
 7    '21, July, August, that I was mortified to
 8    find those sitting in the MedLine warehouse
 9    with Joel Stern's paperwork all over it.
10         Q     Did you ever ask MedCare about
11    the claim that the protection gloves were
12    the same as the examination gloves?
13         A     MedCare does not have a report
14    for -- that they can give us.  We've asked
15    over -- repeatedly for at least a year or
16    more for reports on the protection gloves.
17    They don't have any reports that they can
18    give us.  We tried to get that report to go
19    back to our client and say hey, these
20    gloves are fine; however, there isn't
21    reports about protection gloves that exist
22    that they are D-6319, that they are 510-K.
23    There is none of that.  They -- they just
24    don't exist.
25              So, so yeah, that doesn't
```

```
                        GILLING
```

1

2    exist.  They do have some loose reports on

3    the examination gloves being approved, but

4    that can be challenged too whether that's

5    legitimate.

6         Q    So you don't -- again, you

7    spoke to the people at MedCare and they

8    blamed Adorama, correct?

9         A    The people at MedCare are not

10   forming opinions on anything.  They just

11   told us what they sold and what they were

12   buying these things for and speculated why

13   they would have done what they would have

14   done.  They were just buying them cheaper

15   and jamming them on our truck for fraud

16   purposes.  They could make more of a buck

17   by giving us some janitor gloves.  That's

18   what --

19        Q    Isn't it possible that MedCare

20   stuck protection gloves in boxes and sent

21   them to Adorama, who -- or to my client and

22   said -- I mean, it's just as possible that

23   MedCare is the -- is the party that sold

24   cheaper gloves as more expensive gloves; is

25   it not?

```
                        GILLING
   A     I didn't buy -- I didn't buy
these from MedCare.  I bought them from
your client.  So --
   Q     But you're alleging my client
defrauded you.
   A     Correct.
   Q     And I'm asking you; maybe my
client was defrauded by MedCare.  You don't
know that, do you?
   A     Okay.  So I will reiterate the
fraud again.  Your client stuffed stickered
boxes on trucks and delivered them against
our direction.  We didn't want -- and it
was done from a greed standpoint to make
margin for their own pockets, creating a
fraud, creating me to lose a client,
creating all sorts of problems for me.
         So I will reiterate for you
saying for the umpteenth time there's no
fraud; there's 100 percent fraud in this
case.  That's just one instance of fraud.
         The other is the protection
gloves that we should have never got.  And
they were buying it at two different price
```

```
 1                    GILLING
 2   points.  So to say that isn't it MedCare
 3   that alluded that they didn't get what they
 4   were buying?  They were buying protection
 5   gloves at a different price point than
 6   examination gloves.
 7             So go back to your client and
 8   investigate that, because I hope we can
 9   get, you know, deeper into this in our
10   lawsuit.
11       Q    I want to get done today, and
12   your speeches about my clients are not
13   especially helpful.
14             MR. RAKHUNOV:  Yeah, let's
15         stick to the questions.  We're
16         almost done.
17             Just quickly, how much longer
18         do you think you have, Avi?  If
19         it's going to be --
20             MR. FRISCH:  Twenty minutes.  I
21         want to get done here just as much
22         as you.  I like going home also.
23       Q    So the -- did you get any
24   paperwork from MedCare that substantiated
25   the claim that Adorama had purchased
```

```
 1                    GILLING
 2   protection gloves from them?
 3        A     Yes.
 4        Q     You have such paperwork?
 5        A     Yes.
 6        Q     Has that been produced to us?
 7        A     I assume so.
 8             MR. FRISCH:  I have not seen
 9          that so I'm going to call for its
10          production.  But maybe I missed it.
11             Phil, if you know which Bates
12          number it is, that's fine too.
13             THE WITNESS:  It's on the
14          testing reports that have Kitchen
15          Winners across to top of the
16          testing report.
17             MR. RAKHUNOV:  Look at the SGS.
18             THE WITNESS:  Well, it's SGS
19          and it's ATS. It's ATS and SGS's
20          file.
21        Q     Okay, well, what I'm looking
22   for, right, is they say they sold -- that
23   they were paid for protection gloves as
24   opposed to examination gloves.  So I'm
25   looking for documentation from them that
```

```
1                    GILLING
2    would demonstrate that they only received
3    payment for protection gloves and that they
4    did not receive payment for examination
5    gloves.  I'm wondering if you have that.  I
6    mean, I understand that there's a testing
7    report saying --
8         A    No.  That's a good point.  You
9    should ask that.
10             MR. RAKHUNOV:  That is
11        something that we requested in
12        discovery I'm not sure that we've
13        received, so.
14             MR. FRISCH:  I certainly don't
15        have it.  So I know that.
16             MR. RAKHUNOV:  Your client
17        would.
18             MR. FRISCH:  He wouldn't.
19             MR. RAKHUNOV:  Let's move on.
20        Q    Let's move on.  Like I said,
21    I'm just trying to find out if it's
22    something that they received from MedCare
23    directly.  Because I would expect that such
24    proof would exist if there's -- if MedCare
25    is saying that they sold protection gloves
```

```
 1                    GILLING
 2   and did not sell examination gloves, they
 3   should have some proof of that.
 4        A     Okay, so the proof is they gave
 5   us the testing reports for all the gloves
 6   that they bought that they delivered to us
 7   with the lot numbers identifying exactly
 8   what we got that was going to us.
 9              As far as what they paid for,
10   invoices and all that, they didn't give us
11   that.  They gave the testing reports that
12   were provided with Kitchen Winners on those
13   testing reports with the lot numbers that
14   we received and we matched up to the lot
15   numbers that we have.
16        Q     Now, can you -- we looked
17   together at the MedLine spreadsheet.  Could
18   you identify precisely which shipments came
19   from Stern and precisely which shipments
20   came from Adorama?
21        A     We would be able to -- I don't
22   know if that document exists in the form
23   that you have it, but we can identify it
24   based on payments to Stern and deliveries
25   made at that time.  And then we could -- it
```

```
 1                    GILLING
 2   could be tracked.
 3        Q    Okay.
 4        A    I don't know if it exists, but
 5   it could be tracked.
 6        Q    Okay.
 7        A    MedLine -- you know, that would
 8   be a MedLine discovery of, you know, trucks
 9   that came in when we purchased -- when we
10   actually purchased and wired money to Joel
11   Stern.
12        Q    Now, in your complaint, you
13   state that Stern and JNS were agents of
14   Adorama and Kitchen Winners.  In what sense
15   were they agents?
16             MR. RAKHUNOV:  Objection.
17        A    Well, they were working with --
18   they were providing the gloves.
19        Q    Well, in that sense, you bought
20   the gloves from them and sold them to
21   Ascension, weren't you -- you were an agent
22   of Adorama and Kitchen Winners by that
23   basis; were you not?
24             MR. RAKHUNOV:  Objection.
25        Q    Literally the same
```

```
 1                  GILLING
 2   relationship?
 3        A     I don't -- I don't -- I can't
 4   even comment on that.  It's a confusing
 5   topic you just talked about.
 6        Q     It's alleged in your pleading,
 7   not -- not mine.
 8             MR. RAKHUNOV:  It's alleged in
 9          Rock Fintek's pleading, and Mr.
10          Gilling is not a lawyer.
11        Q     Okay.  Did Mr. Stern ever tell
12   you he was selling on behalf of Adorama?
13        A     I don't know if he used those
14   words.
15        Q     It was your understanding he
16   was selling for the account of JNS, not for
17   Adorama's account; isn't that correct?
18        A     I had a lot of conversations
19   with Joel Stern about he was kind of
20   beholden to Hershey Weiner and how they
21   were getting these gloves.  And so he was
22   trying to make his margin from getting them
23   from Adorama and Kitchen Winners to sell to
24   us.
25             He was -- he was trying to
```

```
1                    GILLING
2   compete against them at some points, but
3   other times he was working with them, so --
4   he was -- he was greed-driven to make money
5   any way he could in working and being held
6   by Hershey Weiner to get the gloves.
7        Q     He was trying to make money.  I
8   don't know that that's greed.  You were
9   also trying to make money.  Everybody is
10  trying to make money.  I'm sitting here
11  today trying to make money.  It's not
12  necessarily greed.
13            Okay.  Did Joel Stern, first,
14  did he ever tell you that he had a
15  connection to a new nitrile glove
16  manufacturer at any time?
17       A     We saw it in a text chain I
18  thought.
19       Q     That he had a relationship?
20       A     I don't know.
21       Q     Okay.
22       A     I don't recollect him telling
23  that, but it could be true.
24       Q     Again, in paragraph 29 you say
25  expressly explained orally and in writing
```

```
 1                    GILLING
 2   to Stern.
 3        A     I don't -- I don't say that,
 4   but go ahead.
 5        Q     I say "you," as in Rock Fintek
 6   here, okay?
 7        A     Okay.  Yeah.
 8        Q     I'm just trying to get done
 9   here.
10              What writing do you have to
11   Joel Stern that substantiates what's
12   written in those paragraphs?
13        A     What's in writing is a
14   contract.
15        Q     You didn't have a contract with
16   Stern; you had a purchase order.
17        A     Correct.  In writing -- I'm
18   giving you one answer to this so far.  I'm
19   not done talking.
20              You know, with Stern, there
21   should be WhatsApp messages, there should
22   be e-mail messages, and there is certainly
23   numerous verbal discussions about
24   purchasing and what we had to -- what we
25   were purchasing them for.  The ASTM D6319
```

```
 1                  GILLING
 2   examination gloves.
 3                  These guys all know what those
 4   are.  I mean, we can keep dancing around.
 5   They were in the glove business -- they
 6   weren't in the glove business, they were in
 7   the glove business about the same amount of
 8   time we were, so.  You know, all this
 9   expertise thing you're talking about; they
10   were in the same amount of time.  And they
11   knew exactly what an ASTM-D6319 glove was,
12   and they knew it was examination glove.
13   It was discussed numerous times on the
14   phone.  It was standard protocol discussion
15   for buying gloves.  They knew it, we knew
16   it.  What we got was totally different.
17        Q     In paragraph 30, you write
18   Stern, through a broker.  What's the
19   identify of the name of the broker
20   referenced?
21        A     I would -- I would assume
22   that's Mrs. Li.
23        Q     Do you know if it was given by
24   Stern directly to Mrs. Li or was there
25   another person in the mix there?
```

```
 1                    GILLING
 2        A     Well, if Stern had somebody
 3   else, like, I don't know, a sourcing group
 4   or -- or Hershey or Mendel or, I'm not
 5   sure.  I'm not sure how Stern was
 6   operating.  But it came through those
 7   channels for us to give to our client.
 8        Q     And the MedCare examination
 9   gloves sold to you around February 2nd, how
10   do you know that those gloves in particular
11   did not match the paperwork that you were
12   given?
13        A     Well, I don't -- I know the
14   gloves that we got in hindsight did not
15   check out, based on our testing, based on
16   the hospital putting them on, based on
17   stickers, based on what they read on the
18   package.  That was all found out later.
19   And then I am still-- which will come out
20   in this lawsuit, based on testing, will
21   likely find out there is problems with all
22   of them.
23              I'm just speculating.
24        Q     Okay.  Please don't do that.
25   Just tell me what you know.
```

```
 1                    GILLING
 2          Paragraph 35 I think is the
 3   next one. The express representation that
 4   you allege in -- that Rock Fintek alleges
 5   in paragraph 35, do you know where that was
 6   made?
 7      A     Yeah.  That would have been --
 8   that would have fallen in line with, you
 9   know, us in our demands for what we were
10   buying being ASTM-D6319.  It's pretty
11   standard wording of it.
12      Q     You say Adorama, Kitchen
13   Winners, and Stern did not include as a
14   specification in their pertinent contracts.
15   Didn't -- you didn't have a formal contract
16   with Stern, right?  You issued a purchase
17   order that he accepted?
18          MR. RAKHUNOV:  Objection.
19      A     Yeah.  I don't -- I think a
20   contract can be, you know, anything.  It
21   can be verbal and it can be invoiced and
22   pick up the gloves and pay for them.  I
23   mean, I don't know.
24          If you tell me the difference
25   in that transaction, I guess I could --
```

```
                       GILLING
 1
 2        Q     But there wasn't a formal
 3   written negotiated contract, correct, with
 4   Stern?
 5              MR. RAKHUNOV:  Objection.
 6        A     Well, yeah, there was a written
 7   -- there was a verbal contract, an
 8   agreement that was consummated by either a
 9   PO and an invoice.  That's how it would
10   have been done.
11        Q     If it was consummated with a PO
12   and an invoice, shouldn't your PO have
13   included the specification you wanted?
14        A     I'm not sure if we were giving
15   them POs at that time or not.
16        Q     I'm just going based on what
17   you just said, right?  Meaning this
18   paragraph of the complaint is alleging that
19   there is a piece of paper prepared by Mr.
20   Stern that did not -- that, essentially
21   fraudulently, left out a specification you
22   wanted.  And I don't -- and I'm trying to
23   figure out what document that's referring
24   to.
25        A     Let me read it.  Are you
```

```
1                    GILLING
2   talking about 37?
3         Q     Specifically the last sentence.
4         A     37.
5               Yes.  This is accurate.  That
6   was provided by both Stern and Kitchen
7   Winners and Adorama.
8         Q     What was provided?
9         A     That documentation with -- with
10  Zhonghong Pulin Medical Products, that they
11  were providing ASTM-D6319-specified gloves
12  with the 510-K approval there.
13        Q     It's the last clause of the
14  contract that I'm asking about, but which
15  Adorama, Kitchen Winners, and Stern did not
16  include as a specification in their
17  pertinent contracts.
18              I'm trying to find the
19  pertinent contract that's being alleged
20  here.
21        A     Okay, so what's your question?
22        Q     What contract are we talking
23  about?  Where did Stern not include
24  something in a contract that you -- that
25  you felt was needed?
```

```
 1                    GILLING
 2            MR. RAKHUNOV:  Objection.  I'm
 3       not sure about that last part.
 4       A     I don't know.  You have to
 5   narrow that question.
 6       Q     Let's move on.  I'm not going
 7   to get an answer, clearly.
 8            Didn't you have an attorney
 9   working with you when you were dealing with
10   Mr. Stern in February 2021?
11       A     Yes.
12       Q     And that attorney was assisting
13   you in the transaction?  Without telling me
14   what was discussed with him.
15       A     Yes.
16       Q     On what basis do you say Stern
17   and JNS had superior and special knowledge
18   about the source and nature of the gloves
19   and had exclusive access to the principals
20   and agents of Global Tooling Service?  Do
21   you have any idea where that allegation
22   comes from?
23       A     Is there a question?
24       Q     Yes.  Where does this come
25   from?
```

```
                          GILLING
 1

 2          A       What --

 3          Q       Meaning where did Stern and JNS

 4    have superior and special knowledge of the

 5    source and nature of the glove?

 6          A       Are you talking about section

 7    41, or number 41?

 8          Q       Yes.

 9          A       Yeah.   That's accurate.   So,

10    yes.

11          Q       Well, what's the factual basis

12    for it?

13          A       The factual basis is they held

14    themself out as the exclusive seller of

15    MedCare gloves.   You couldn't get them from

16    anywhere else but them.   They -- in

17    hindsight, which makes all this writing,

18    all this in the complaint easier, was the

19    discussions that we had with Anna and Yossi

20    after the fact of their relationship.

21          Q       But I'm trying to distinguish

22    Adorama/Kitchen Winners from Stern and JNS.

23    Stern and JNS were customers of Adorama and

24    Kitchen Winners, like you testified.

25                  MR. RAKHUNOV:   Objection.
```

```
1                        GILLING
2          A     I don't know that.  I just know
3    that Stern has told me that.  Stern could
4    be Kitchen Winners for all I know.  JNS
5    could be Kitchen Winners.  I don't know.
6          Q     That's what I'm asking you.
7    You know, this being alleged, right, that
8    he had exclusive access, and you don't have
9    any basis for that other than -- you don't
10   seem to have any basis for the assertion
11   made --
12         A     I have -- I have basis to it,
13   that Stern has told me that he was getting
14   the gloves from Adorama and Kitchen Winners
15   and worked with them closely.  So I don't
16   know their corporate structure.  It sure
17   looked the same along the way.
18         Q     42 I think we've beaten to
19   death.
20               Why didn't Ascension inspect
21   the gloves on a timely basis?
22         A     I don't -- you'd have to ask
23   them.
24         Q     I plan on it.  Just wondering
25   if you know.
```

                        GILLING

1                       In paragraph 44, it says

2   between on or about April 16th through May

3   2nd, Rock Fintek purchased at least 2.6

4   million worth of gloves through Stern and

5   JNS.  Didn't the transactions with Stern

6   and JNS begin about two months before that?

7        A     Yeah.  I think maybe they

8   started in February.  I don't know.  So

9   maybe we bought more.  I don't know.

10       Q     So is this -- is the allegation

11  about all gloves sold by Stern or only

12  gloves sold by Stern from April 16 onward?

13       A     I don't know that.  I would

14  defer to my attorney on that.

15       Q     In regard to paragraph 46, do

16  you have any evidence showing that what

17  Stern told you was untrue?

18       A     Yeah, this -- this is true.

19  Yeah.  He said this.

20       Q     Well, it says it.  I'm saying

21  how do you -- but it alleges that this

22  statement was false.  How do you know it

23  was false?

24       A     Well, because I talked to --

GILLING

1

2    you know, Anna and Yossi have no

3    documentation for protection gloves.

4    There's -- they're a janitor grade glove.

5    They're -- that's why there's no

6    documentation for examination and D6319 and

7    any of those things because they were

8    created to sell for those purposes.

9              So I would just take my

10   knowledge from talking to the manufacturer

11   and what was sold to us including just the

12   absurd that they put an examination sticker

13   over a protection box and call it an

14   examination glove.

15             You know, this is -- and by the

16   way, I opened that box and put a glove on,

17   and it snaps immediately on your hand and

18   breaks.  So it's -- it's just all part of

19   the fraud that was -- this is all part of

20   the fraud that was put on Rock Fintek.

21        Q    So the April 16 transaction

22   where he sold you the gloves from the L.A.

23   inventory, are those the ones that you

24   believe came with the protection gloves

25   with the sticker?

GILLING

1

2     A    I'm not -- I'm not sure.  I

3  don't know.  You would have to ask Joel

4  Stern.

5     Q    Okay.

6     A    He was very knowledgeable about

7  them, and we weren't taking them.

8     Q    But you have no basis to say

9  that he was the one who had the stickers

10  placed on the boxes?

11     A    I don't know that.

12     Q    And you don't know -- it's

13  possible the manufacturer misprinted the

14  boxes and then put stickers on to correct

15  the boxes instead of reprinting new boxes?

16     A    I have no -- I have no

17  knowledge of that.

18     Q    Now, if he was just able to put

19  the items on the truck and rip you off, as

20  you claim, then why in paragraph 55 would

21  he be calling you up to try to sell you the

22  protection gloves with the stickers on

23  them?  Apparently, he is able to just lie

24  to you.  So isn't this internally

25  inconsistent with your theory?

```
 1                     GILLING
 2             MR. RAKHUNOV:  Objection.
 3        A     Is there a question there?
 4        Q     Yes.  Isn't -- aren't your
 5   allegations internally inconsistent?
 6        A     What's your question there?
 7   You wanted me to read number 55?
 8        Q     Read number 55.
 9        A     Okay.
10             Yeah.  That's very accurate.
11        Q     If he had already put fake
12   gloves, you know, protection gloves on you
13   a week earlier without you knowing, why
14   would he come and try to get you to take
15   them voluntarily?  He could just keep
16   giving them to you, and you wouldn't know
17   the difference.
18        A     That's not -- you're alluding
19   that Stern is an upstanding guy.  Like,
20   that's -- that's why we're suing him is
21   because he is not.  So this falls right in
22   line with chaos and, you know, being --
23             MR. RAKHUNOV:  Objection, by
24         the way, to the extent, you know,
25         you're asking him to guess about
```

                    GILLING

1
2          what Mr. Stern was thinking.  This

3             is just a fact of what happened.

4             What he was thinking is -- I'll ask

5             Mr. Stern about that.

6      Q     The allegation of fraud is

7    based on what you guys are claiming, even

8    though you have no evidence of it.

9      A     Oh, we have tremendous evidence

10   of him committing fraud against us.  That's

11   a --

12     Q     You have yet to come up with a

13   piece of evidence of it.  And I keep asking

14   you where is the evidence?

15     A     Well --

16     Q     I haven't seen it.

17     A     I've already told you, you

18   don't have to see it.  Wait until you see

19   the stickered boxes and what was done.  You

20   will see it.

21             MR. RAKHUNOV:  He's seen the

22        stickered boxes.

23     Q     I've seen pictures.  I'm not

24   convinced that that's fraud, and I'm not --

25     A     It's fraud.

```
                          GILLING
1
2          Q      But in any event --
3          A      A court will decide that.
4          Q      I agree.
5                 How do you know that Stern
6    complained to Rock Fintek -- to Adorama and
7    Weiner about Rock Fintek as alleged in
8    paragraph 90?
9          A      What's your question?
10         Q      How do you know what's alleged
11   here?  How do you know about a conversation
12   between Stern and Adorama and Weiner?
13         A      Stern would have cried a river
14   that Adorama and Kitchen Winners are the
15   ones that are causing problems.
16         Q      So now you can make assumptions
17   about what Stern would have said but five
18   seconds ago you told me I can't make
19   assumptions; that's not what Stern was
20   thinking.  Is that your testimony?
21         A      No, because we had
22   conversations with him about it.  I can't
23   --
24         Q      Okay.
25         A      -- say that's something I
```

```
 1                    GILLING
 2   didn't have a conversation with him about.
 3        Q    Well, you said he ignored your
 4   written communications and complained to
 5   Rock Fintek --  complained to Adorama and
 6   Weiner.  How do you know that?
 7        A    Yeah.  Because he would have --
 8   he would have -- he would have done it
 9   verbally on the phone.  Ignored the written
10   communications and started complaining
11   about it.
12        Q    So who told you --
13        A    It says it right there.  It's
14   exactly how it's said in --
15        Q    Who told you that this
16   occurred?
17        A    Stern.
18        Q    When?
19        A    When we talked to him about the
20   problem with -- in the discovery of fake
21   gloves.  There is still communication with
22   Stern after the fact.  We were being
23   somewhat nice to Stern in hoping he would
24   give us more information on Adorama and
25   Kitchen Winners.  Which he complained
```

```
 1                    GILLING
 2    verbally.  Stern would reach out to me and
 3    give me, you know, Jewish, like, little
 4    memes and stuff, I don't know.  I don't
 5    know.
 6         Q    Was he complaining about you
 7    because you guys didn't pay him on time?
 8         A    Stern never complained about
 9    us.  To me.  It's more whining.  He whined
10    a little, bit but he didn't complain.
11         Q    You guys held back his money
12    for months, didn't you?
13         A    I don't -- I don't recall that.
14              I wish we would have held it
15    back in its entirety, to be honest with
16    you, because we were -- because of the
17    fraud.
18              MR. RAKHUNOV:  That wasn't a
19         question.
20         Q    Do you have a list of the
21    factories that were printed on the glove
22    boxes as the manufacturers?
23         A    I don't know about a list but,
24    you know, in talking with Anna, I -- my
25    recollection is there's three different
```

```
 1                    GILLING
 2   manufacturers that they were using.
 3        Q     Did you ever inform Mr. Stern
 4   of Ascension's existence?
 5        A     No, but he was always trying to
 6   figure it out because he was in hopes to
 7   sell direct to them.  He would always ask
 8   questions about them.  And then he came
 9   back one day and said, oh, I know you're
10   selling to Ascension hospitals.  Because it
11   showed up on, you know, some sort of
12   trucking something along the way.  No.  It
13   went to MedLine.  It went to MedLine and
14   then he was like, he was always trying to
15   figure it out.
16        Q     Why wasn't Arik Maimon paid?
17              MR. RAKHUNOV:  Objection.
18        A     Yeah.  I don't know.
19        Q     Whose decision was it not to
20   pay him?
21        A     You're going to have to talk to
22   him because I know he made money.  Along
23   the way he made money from someone.  It
24   wasn't us.
25        Q     You guys had an agreement with
```

```
1                    GILLING
2   him to pay him, didn't you?
3        A    That agreement showed up
4   earlier in this case -- or in this Zoom.
5   That agreement showed up earlier in this
6   testimony with the other attorney.
7        Q    Yeah.  Did you ever get
8   anything from MedCare in writing that shows
9   the distinction between protection and
10  examination gloves?
11       A    No.
12            I'll reiterate.  I've said it
13  five times.  There is nothing that exists
14  on protection gloves.  We've requested it
15  numerous times.  They said they would send
16  it.  They never sent it.  This has gone on
17  for -- that part went on for maybe a year.
18  It doesn't exist.
19       Q    Did MedCare confirm that
20  Adorama and Kitchen Winners was the
21  exclusive dealer of their gloves or did
22  they say that was false?
23       A    They confirmed that.  However,
24  I believe they also stated they -- they
25  were selling to other channels too, but I
```

```
 1                    GILLING
 2   don't have that confirmed.  They confirmed
 3   to me that initially that Adorama and
 4   Kitchen Winners were the exclusive people.
 5        Q    Are you expecting to be paid
 6   for this deal?
 7        A    I -- I don't know.  You know, I
 8   don't -- my time is very valuable, and I'm
 9   not on this call for -- for free, so yes, I
10   expect to be paid.
11        Q    So Rock Fintek is paying you to
12   appear today?
13        A    No, they're not.
14             MR. RAKHUNOV:  Objection.
15        Q    So you're going to get paid if
16   you're successful in this lawsuit.
17             MR. RAKHUNOV:  Objection.
18        A    I sure hope so.
19             MR. FRISCH:  That's all I have.
20          I don't know if Alex has any
21          follow-up questions he wants to get
22          in before we finish.
23             MR. SPERBER:  Give me -- give
24          me two minutes.
25             MR. FRISCH:  Okay.
```

```
 1                    GILLING
 2              (Whereupon, a short recess was
 3          taken.)
 4              MR. SPERBER:  I have one
 5          follow-up question.
 6    EXAMINATION BY
 7    MR. SPERBER:
 8         Q    Mr. Gilling, did MedCare tell
 9    you that Adorama was also an exclusive
10    dealer of their products, or just Kitchen
11    Winners?
12         A    I don't -- I don't recall.  I
13    think they -- you know, I think Kitchen
14    Winners and Adorama were one and the same,
15    you know.  We discussed -- you know, we
16    didn't get introduced to MedCare or track
17    them down until the problem had arisen, so,
18    you know, we explained to them what our
19    contract was with Kitchen Winners and
20    Adorama.  And that's when they verified
21    that they were the, you know, distributor
22    for the United States.
23              MR. SPERBER:  Okay.  I have no
24          other questions.
25              MR. RAKHUNOV:  You know what; I
```

```
1                      GILLING
2           typically wouldn't do this, but I
3           do have one question for Mr.
4           Gilling to clarify something.
5                  Avi, do you mind taking down
6           your screen share so I could --
7                  MR. FRISCH:  Of course.
8                  (Whereupon, an off-the-record
9           discussion was held.)
10   EXAMINATION BY
11   MR. RAKHUNOV:
12       Q    So what I've put on the screen
13   is, I guess we can mark this as whatever
14   the last exhibit would be.  And this is a
15   chat that we produced that is, the title of
16   it is JNS service, Joel NY gloves.  Do you
17   see at the very bottom there is a chat from
18   you dated July 20, '21, 6:35 p.m., and you
19   write:  Joel, you going dark on Rock Fintek
20   and complaining to the Adorama and Hershey,
21   et cetera, isn't helping anything.  Do you
22   see that?
23       A    Yes.
24                  (Whereupon, a WhatsApp text was
25           deemed marked as Defendant's
```

```
 1                    GILLING
 2          Exhibit A for identification, as of
 3          this date, by the reporter.)
 4      Q    Okay.  And you learned that Mr.
 5  Stern was complaining about Rock Fintek
 6  from the phone call that you had with
 7  Hershey Weiner and others where Mr. Weiner
 8  threatened you; is that correct?
 9      A    Yeah.  I don't -- I don't know
10  in the context you're asking that.  I mean,
11  Mr. Weiner threatened to kill me and bury
12  me in my front yard.  That was scary and
13  unfortunate and made me fear these --
14  they're scary people once that starts, but
15  -- okay, so what's your question?
16      Q    So my question is you didn't
17  learn from Mr. Stern that he was
18  complaining to Hershey.  You learned from
19  Hershey that Mr. Stern was complaining to
20  him?
21      A    Correct.
22      Q    Okay.  It was a little
23  confusing the way it came across earlier,
24  and I just want to make the record clear.
25      A    Yeah.  That's correct.
```

```
 1                    GILLING
 2            MR. RAKHUNOV:  That's all I
 3        had.
 4            MR. SPERBER:  I just want to
 5        follow up on the line of
 6        questioning from Phil.
 7  EXAMINATION  BY
 8  MR. SPERBER:
 9        Q    Mr. Gilling, you mentioned a
10  phone call during which Mr. Weiner
11  threatened you?
12        A    Yes.
13        Q    Who was on that phone call?
14        A    Arik Maimon, Hershey Weiner,
15  and Thomas Kato.  I believe Thomas Kato was
16  on there.  You've got to ask him.
17        Q    Do you recall when that phone
18  call was?
19        A    It was in the summer -- well, I
20  don't know if it was quite summer.  But I
21  was -- I know exactly where I was.  I was
22  on a golf course on the sixth hole in the
23  fairway when it happened.  But I don't know
24  the exact date.  And Phillip might have it.
25            MR. SPERBER:  Okay.  That was
```

1                    GILLING

2          my only question.

3                (Whereupon, at 5:21 p.m., the

4          examination of this witness was

5          concluded.)

1

2                D E C L A R A T I O N

3

4        I hereby certify that having been

5    first duly sworn to testify to the truth, I

6    gave the above testimony.

7

8        I FURTHER CERTIFY that the foregoing

9    transcript is a true and correct transcript

10   of the testimony given by me at the time

11   and place specified hereinbefore.

12

13

14

15

16                    _____

17                         BRAD GILLING

18

19

20   Subscribed and sworn to before me

21   this_____day of_____, 2023.

22

23   _____

24            NOTARY PUBLIC

25

```
 1                        GILLING

 2                    E X H I B I T S

 3      PLAINTIFF EXHIBITS

 4      EXHIBIT          EXHIBIT                    PAGE

 5      NUMBER           DESCRIPTION

 6      Ex 1             Counterclaim / Complaint    28

 7      Ex 2             Letter of Intent           127

 8      Ex 3             E-mail                     133

 9      Ex 4             Sales and Purchase Agreement  143

10

11      THIRD-PARTY DEFENDANT EXHIBITS

12      EXHIBIT          EXHIBIT                    PAGE

13      NUMBER           DESCRIPTION

14      Ex A             WhatsApp text              159

15      Ex B             Escrow agreement           183

16      Ex C             Tally document             194

17      Ex D             Invoice                    207

18      Ex E             WhatsApp text              216

19      Ex F             Letter                     260

20

21      DEFENDANT EXHIBITS

22      EXHIBIT          EXHIBIT                    PAGE

23      NUMBER           DESCRIPTION

24      A                WhatsApp text              312

25
```

1                      GILLING

2                   I N D E X

3

4    EXAMINATION BY                      PAGE

5    MR. SPERBER                           5

6    MR. FRISCH                          170

7    MR. SPERBER                         310

8    MR. RAKHUNOV                        311

9

10      INFORMATION AND / OR DOCUMENTS REQUESTED

11   INFORMATION AND/OR DOCUMENTS        PAGE

12   WhatsApp communications between      43
     Mr. Gilling and Mr.Weiner
13
     Document provided by Mr. Mendlowitz    47
14
     Materials provided by Mr. Bannon    67
15
     COVID-19 Protocols                  87
16
     Written request to MedLine          92
17
     Financial records                  172
18
     Testing reports                    213
19
     Bank records                       237
20
     Paperwork from Medcare             284
21

22

23

24

25

1

2            C E R T I F I C A T E

3

4   STATE OF NEW YORK      )

5                            :   SS.:

6   COUNTY OF KINGS        )

7

8        I, PHYLLIS F. RUSSEK, a Notary Public

9   for and within the State of New York, do

10  hereby certify:

11       That the witness whose examination is

12  hereinbefore set forth was duly sworn and

13  that such examination is a true record of

14  the testimony given by that witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or by marriage and that I

18  am in no way interested in the outcome of

19  this matter.

20       IN WITNESS WHEREOF, I have hereunto

21  set my hand this 4th day of October, 2023.

22

23

24  _____

25           PHYLLIS F. RUSSEK

```
1   Errata Sheet

2

3   NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4   DATE OF DEPOSITION: 08/29/2023

5   NAME OF WITNESS: BRAD GILLING

6   Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                          _____
```

**Exhibits**

**Ex 1**  28:3,7 164:14
316:6

**Ex 2**  127:16,18
316:7

**Ex 3**  133:19 134:3
316:8

**Ex 4**  143:24 144:3
316:9

**Ex A**  180:3,8
197:2 312:2
316:14

**Ex B**  183:13 184:2
316:15

**Ex C**  194:11
316:16

**Ex D**  207:9,12,17
316:17

**Ex E**  216:8,12
316:18

**Ex F**  260:11,12
316:19

**$**

**$1.25**  147:5

**$12.50**  209:14

**$13.50**  209:12

**$15**  208:24 255:3

**$37**  271:23

**$45,000**  237:4

**$600,000**  147:9

**$75,000**  149:16

**$8.25**  250:24

**0**

**000717**  134:16

**0that**  102:18

**1**

**1**  28:3,7 128:24
133:7,8 154:4

164:14 179:22
263:4 273:23

**10**  58:21 152:8,23,
24 153:7,19,20
259:18

**10/40/40/10**
152:19 153:16,25
154:10,17 197:25
198:14 199:3
209:12 220:15

**100**  84:3 279:24
282:21

**1099**  16:12

**10:22**  216:19

**11**  139:24 191:3,
13 206:11,12,13,
19,20 207:4
212:10,18 213:7,8

**11/12/2020**
180:24

**1175**  245:18

**12**  259:18

**12.50**  209:16

**1231**  194:19 197:8

**12:03**  209:9

**13**  202:10

**14**  255:3

**150**  256:21

**16**  299:13 300:21

**16th**  299:3

**17**  28:25

**179**  165:13

**18**  29:20

**19**  33:10

**1992**  11:7

**2**

**2**  127:16,18 128:4
208:24

**2-A**  146:25

**2-D**  147:17

**2.6**  299:4

**2/10/21**  197:3

**2/13**  201:3

**2/9/21**  245:18

**20**  13:15 34:15,18
38:20 198:16,17
212:21 311:18

**200**  212:11
257:10,13

**2000**  15:8 23:14
24:16

**2019**  263:9

**2020**  24:17,20
181:3 238:10
259:7

**2021**  49:7 67:4
133:8 138:12
144:20 170:13
175:8 181:4
187:22 204:13
209:25 221:15
223:9 228:10
248:25 258:24
263:5 296:10

**2022**  170:11

**2051**  208:2

**21**  6:5 44:17
198:15 202:10
216:18 248:17
280:7 311:18

**213**  202:17

**22**  46:5 52:5
138:12

**2279**  243:9

**22955**  6:5

**23**  47:9 216:18

**24**  48:16

**25**  13:15 49:6
257:3

**26**  50:12,24

**26th**  147:9

**27**  54:11

**28**  59:21

**29**  65:16 216:19
289:24

**2nd**  292:9 299:4

**3**

**3**  129:14 133:19
134:3

**3/24**  209:9

**3/6/19**  261:5

**30**  103:9 248:24
291:17

**30(b)(6)**  157:5

**30th**  248:17

**31**  177:18

**32**  67:3 177:18

**34**  68:9

**35**  293:2,5

**37**  73:5 74:9,18
295:2,4

**3PL**  83:12 84:24
87:2 98:11 192:13
193:4,5,7 238:19,
25 239:2

**3returned**  211:23

**4**

**4**  143:24 144:3,15
223:8

**4/8/21**  242:13

**40**  152:23

**40/40**  153:20

**409,000**  259:6

**41**  297:7

**42**  75:2 298:18

**44**  100:12 299:2

**46**  299:16

**48**  149:3

**48042**  6:6

**5**

**5**  154:18

**5.6**  147:14

**50**  149:14 189:17
198:16

**500,000**  250:24

**510**  274:10

**510(k)**  68:16
69:16 73:8

**510-K**  165:23
230:19 274:8,10,
18 280:22 295:12

**54**  101:14

**55**  301:20 302:7,8

**56**  95:6

**5:56**  242:13

**6**

**6/11/21**  250:23
251:6

**6/16**  255:11

**60**  107:7

**63**  110:8

**6319**  233:22

**6:35**  311:18

**7**

**7**  144:20 152:5

**7,500**  156:11

**73**  114:19

**738**  255:11

**79**  119:19 121:10
122:8,14,20 123:3

**8**

**8**  149:8 206:12

**8/4/21**  226:7

**80**  123:8,9

**84-page**  67:12

**9**

**9**  206:13

**90**  304:8

**90,000**  208:23
209:2 244:5,9,17

**92** 11:7

**94** 12:16

**96** 12:16

---

**A**

**a.m.** 216:19
242:13

**a3nd** 124:25

**abandoned** 187:2

**abbreviation**
59:12 129:4

**able** 26:14 85:18
109:17 119:7,16
152:21 192:23
199:7 207:24
248:3 257:23
258:4 265:10
286:21 301:18,23

**aboard** 159:24

**above** 165:13
209:13 251:24

**absolutely** 44:5
53:3 96:25 97:9
164:12 165:5
222:21

**absurd** 120:23
300:12

**accept** 5:22 62:25
66:12 119:7
271:19

**acceptable** 5:23

**accepted** 293:17

**accepting** 104:6

**access** 108:3
296:19 298:8

**according** 100:19

**Accordingly**
48:17

**account** 44:19
45:3,7,14,23,25
237:17 288:16,17

**accounting** 17:2
45:19 158:21
161:21 162:15

**accounts** 161:23

**accuracy** 131:12
206:2

**accurate** 20:18
31:6 73:20 120:3,5
191:4 193:23
198:25 259:8
261:12 265:25
266:18 295:5
297:9 302:10

**acknowledged**
72:12

**across** 63:4 91:22
284:15

**act** 46:10 51:3

**acted** 51:13

**acting** 46:6 52:24
53:7,15,24 84:8

**action** 7:3 27:2,17
29:3 43:22 47:7
94:15 164:8,18,24

**actions** 151:3

**active** 185:11

**actual** 49:19
62:13 63:6 75:17
134:22 205:17
274:19

**actually** 90:19
106:11 117:24
151:10 182:9
184:7 186:24
190:24 191:16
193:23 194:19
199:22 201:11
212:6 213:18,24
233:5 245:12
257:17 264:3
273:25 287:10

**acumen** 171:25
207:7

**ad** 276:4

**add** 76:10

**addendum**
263:19

**addition** 73:6

**additional** 21:14
222:2,5

**address** 5:18,20,
24 133:21,24

**addressed**
260:16

**admit** 85:19

**admitted** 82:3

**Adorama** 6:10
29:2,12,24 33:12,
15 34:2,6,11,12,
17,21 35:9,10,12,
17,19 36:2,5,10,
11,18 37:16,18,24
38:3,7,12,21 39:3,
17,21 40:6,16
41:6,14,24 42:6,9,
13,17,20,23 43:4,
6,15 44:9,11 45:6,
9,12,17 46:3,7,18
47:12,16,20 48:12,
15,18,19 49:3,9,19
50:10 51:2,4,12,
14,16,19,21 53:8
54:13,22 55:9
56:8,12,15 57:14,
24 65:4,20 67:7,10
68:10,20,22 69:2,
8,20,21,22 70:4,8,
11,14,16 71:9,23
72:12,20,24 73:6,
15,17 75:3,18
76:24 77:5,9,11,
17,22 81:19 83:13,
20,25 84:24 85:11
86:11 87:2 93:18
95:8,11 96:5,14,18
97:21 98:6,21,23
99:14 100:6,10,20
104:5 105:12
107:7 110:10
111:5,17,22 112:2,
4,22 113:4,10,16,
23,25 114:13,18,
21 115:15 116:6,9,
11 117:6,15
118:18 119:24
120:6,8,12,13,15,
20 121:2,8,12,13,
18,20,21,25
123:10,17,21
125:2,4,13,23
126:2,3,5,7,14
129:5,16 138:20
142:18 144:23
146:6,10 148:6
151:4 157:15
163:16 165:14
169:11,12 175:24
177:4,8 202:3

203:13 205:15,20
206:8 210:16
218:14 222:12
236:20 249:6
256:18 266:9
267:20 268:3
281:8,21 283:25
286:20 287:14,22
288:12,23 293:12
295:7,15 297:23
298:14 304:6,12,
14 305:5,24
308:20 309:3
310:9,14,20
311:20

**Adorama's** 45:22
46:10 129:15,21
288:17

**Adorama/kitchen**
57:21 81:9 89:2
93:14 96:9 127:2
150:17 297:22

**Advertising** 11:5

**advised** 187:20

**advisement**
213:15

**affiliate** 33:12

**affiliates** 51:2,12

**affirmative**
101:16

**after** 11:8,17 12:9
82:4 85:15 89:6
93:6,17 97:13
102:5 103:9,10
104:17 108:7
126:3 137:17
146:21 149:12
154:22,25 177:18
214:19 215:2,3
221:18,22 278:8,9
297:20 305:22

**afternoon** 170:6

**again** 22:4,8,21
24:4 39:12 43:7
44:3 48:24 51:10
56:19,24 58:11
62:17 64:2 66:13
67:22 77:9 84:14,
19,22 86:5 88:14
92:2,18 94:8
107:16 110:12
116:13 118:13

121:21 122:2,17
123:16 136:4,8,15
138:11 149:5,10,
23 151:12 153:23
155:11 156:12
160:16,20,23
164:13 167:17
178:11,21 208:11
212:17 228:3,6,7,
21 242:14 244:6
281:6 282:12
289:24

**against** 6:25
156:19 164:8,19
166:25 227:20
254:22 274:5
282:13 289:2
303:10

**agent** 47:12,19
49:11 51:20
186:24 287:21

**agents** 51:3,13
52:20,21 75:5
107:10 165:16
168:12 186:20
287:13,15 296:20

**aggressive**
234:18,25 235:18

**ago** 52:4 201:7
223:22 304:18

**agree** 226:4,5
242:14 275:23
304:4

**agreed** 143:12
146:11 155:20
156:4,6 186:15

**agreement** 72:15
112:4 113:22
125:10 132:22
144:2,8,16 146:9,
10 147:6 149:22
150:3 155:7
170:17 183:8,14,
24 185:6,8 186:3,
6,13 294:8 307:25
308:3,5

**ahead** 157:11
261:13 290:4

**ain't** 225:15

**air** 201:17

**Airlines** 19:22
21:7,10,23 23:11,

18

**Akra** 247:23

**Akron** 139:21
229:4 252:14

**Alex** 216:9,18,20
217:9,11,14,18
233:2 235:4,6,8,11
236:22,25 255:10
273:23 276:5
309:20

**Alexander** 6:8

**all** 5:23 9:3,19
14:9 17:13 37:22
40:15,18 45:5,7
46:2 53:9 56:10
62:22 63:2 64:6
65:12,19 66:4
70:23 75:5 76:15
82:19,20 83:19
85:17 88:3 89:12
90:6,7 91:21 95:7
96:6 97:11 99:25
102:11,16,18
103:10 111:6
114:2,12,14 116:2
118:7 121:15,19,
23 122:4 125:24
126:4,6 130:18
131:25 132:20
137:6,16 139:14
142:9 146:3
149:11 150:23
151:16,22,23
158:4 169:3 174:2
176:20 179:19,20
181:3,12 183:11
185:21 186:4
189:5 191:6,8,13
196:4,6 198:7
205:11 206:12,16
209:12 212:15,23
213:5 215:12
216:7,24 217:3
218:7 220:13
222:23,25 224:23
225:16 227:17
228:20 229:15
231:7 232:6,25
236:10 237:19
238:22 240:6
241:16 245:22
248:21 251:24
256:13,23 259:21
260:25 262:12
264:8 265:15

267:20 269:3,4
273:15 274:3
275:18,22 276:17
277:7 278:9 280:9
282:18 286:5,10
291:3,8 292:18,21
297:17,18 298:4
299:12 300:18,19
309:19

**allegation** 34:10,
20 246:25 296:21
299:11 303:6

**allegations** 28:20
29:8 33:20 34:5
39:10 121:9 122:7
153:3 274:4,5
302:5

**allege** 293:4

**alleged** 122:14,20
123:3 157:14
211:25 254:22
288:6,8 295:19
298:7 304:7,10

**alleges** 38:21
123:9 293:4
299:22

**alleging** 7:14
254:18 279:7,9
282:5 294:18

**allow** 84:19 86:17
272:17

**allowed** 75:23
77:18 82:7 83:2
88:13,16,17,20
102:9 103:4,12
148:23 152:7
228:18

**allowing** 152:24
153:7 154:11

**alluded** 39:20
268:16 269:23
283:3

**alluding** 29:14
231:12,24 279:22
302:18

**Alma** 11:3

**almost** 81:18
283:16

**along** 35:14 56:13
82:3 96:18 98:6
116:7 121:6

150:20,24 160:13
169:18 215:9
228:20 275:18
277:10 298:17
307:12,22

**already** 143:11
178:8 229:13
252:5 302:11
303:17

**also** 25:19 50:14
109:17 112:15
135:6,14 211:3
245:16 255:20
259:17 263:12
276:19 283:22
289:9 308:24
310:9

**alter** 34:16,21

**Although** 174:21

**always** 115:24
307:5,7,14

**am** 16:9 28:16
29:5 33:17 34:17
39:7 44:22 46:13
48:22 49:12 50:15
51:17 54:16 57:9
65:25 67:14 68:18
73:12 75:15 84:5
93:20 101:23
129:11 130:25
136:12 148:4
149:16,19,24
151:14 155:23
165:25 184:13
213:12 224:7
243:12,25 246:3
255:11 262:5
292:19

**amazing** 85:12

**amazingly** 247:25

**amended** 27:22
28:14 164:14,15
273:25

**Americans** 242:5

**amongst** 119:4

**amount** 81:23
93:13 153:19
171:24 190:25
206:2,7 212:20
291:7,10

**an** 5:7 8:18 13:3

23:4,8 32:17 33:11
34:16 36:17 41:24
44:8 47:10,11,15,
19,24 48:8,12,18
49:23,25 50:2,5,8
51:20 52:9 53:20
56:14 60:16 62:13,
15 63:19 72:8
74:12 78:3 86:3
107:4 111:16
112:3 113:7 124:6
129:4 132:22
133:20,21 140:11
153:18 161:21
165:23 170:17
177:5 179:17,23
180:21 181:20
182:6 183:7
185:11 186:9
212:9 217:19
218:22 224:4
226:19 232:6,17,
19 238:12 242:19
243:7 244:22
246:13 258:15
260:14 264:11
266:14 268:11
272:3 273:8
274:15,22 275:6
276:7 278:17
279:3,4 287:21
291:11 294:7,9,12
296:7,8 300:12,13
302:19 307:25
310:9 311:8

**and/or** 159:20

**Andy** 25:22

**Angeles** 147:22
149:5 242:24
250:25

**Anna** 25:22
141:17,18 162:8,
10 211:22 214:21
278:5,8 279:13
297:19 300:2
306:24

**Anna's** 141:24

**annual** 256:12

**another** 8:15 45:4
68:7 73:9 96:2
98:15 120:9 122:3
133:15 135:12,18
175:21 182:4
192:17 194:5

198:15,17,19
214:19 215:4
250:23 291:25

**answer** 14:22
22:25 23:4,8 24:5
27:12 37:9,11 43:7
48:4,6 59:17 77:15
86:2 91:7 104:13
113:18 125:20,21
133:14 157:24
161:3 166:19
178:11 196:19,23
199:25 200:4
206:22 223:25
224:11 262:2,6,9
263:7 290:18
296:7

**answered** 85:25
160:24 171:9
213:21 227:24

**answering** 85:20
100:3 191:12

**answers** 79:15
97:18

**any** 5:22 8:4 10:6,
9 14:10,19 16:17
18:22 19:19 20:23
23:16,20,24 25:12,
25 26:3,7,20 27:9,
11 29:7,10,17
32:20 33:19 34:4,
9,19 39:9 40:4
41:8 42:5,8,10,11,
12,19 43:13,14,23
44:4,24 45:12
47:17,18,22,23
48:7,24 50:9 55:18
58:24 59:18 60:2,
11,22 67:4,23
69:4,10,15 71:4,15
72:17,24 73:23
76:14 80:2 82:11
84:19 87:6 95:21
97:4,20,25 98:25
105:10 109:22,25
110:23 112:17,20
113:2 122:11,18
126:2 128:11,21
135:25 136:5,8,16
138:13 139:8
142:23 143:13
145:15 147:18
152:12 154:20
159:2 167:17,20
168:2,14 169:14

170:23 172:4 176:5 178:6,16 180:15 188:7,11,23 189:24 190:6 194:24 199:21 201:17 203:13,15,16,25 204:5,10,21,23 206:23 210:21 211:24 213:23 214:3 227:2,21 230:4,12 233:21 234:4 237:10,15 238:9 254:11,13 255:25 258:22 262:3,6,7,15 269:3,22 271:19 272:5,12,18 276:15 279:8 280:2,17 283:23 289:5,16 296:21 298:9,10 299:17 300:7 304:2 309:20

**anybody** 25:9 26:17 44:14 64:20 77:8 108:22 118:4,6 121:4 163:25 175:16 239:5 245:11

**anybody's** 253:20

**anymore** 226:15 236:13 273:13

**anyone** 10:20 35:16 37:5 42:6,9,12,20 43:15 51:19,23 52:18,23 55:9 69:3,8,9,19 71:9 72:23 76:24 77:5,10 116:9 123:5 164:19

**anything** 7:8 9:22 10:15 15:14 27:8 35:6 97:3 98:13 108:15 118:23 121:8 138:6 146:20 157:18 161:23 168:21 169:2 190:8,9 209:13,23 227:13 235:11 261:25 273:2 281:10 293:20 308:8 311:21

**anyway** 99:16 208:16

**anyways** 81:2 234:22 254:25

**anywhere** 74:21 139:23 180:16 297:16

**apologize** 202:12 244:4 260:23

**Apparently** 301:23

**appear** 246:11 309:12

**appearing** 157:4

**appears** 129:14 133:19 136:19 137:6 144:17 146:7 147:2 264:20

**apples** 150:6

**applied** 147:13

**applies** 61:9,12

**apply** 170:8

**appreciative** 273:9

**approval** 73:8 103:18 104:8 274:15 295:12

**approve** 269:13

**approved** 264:19 269:14 281:3

**approximately** 12:5,14 15:3 23:9 147:14 175:7

**April** 133:7,8 144:20 147:9 209:25 216:18 248:17,24 299:3,13 300:21

**area** 188:3 228:19

**aren't** 108:21 131:8 302:4

**Arik** 52:17 111:15 115:18 116:20 119:4 126:20 127:7 132:16,23 222:13,20 307:16

**arisen** 310:17

**arm** 88:5 134:25 158:13

**arms** 89:7

**around** 15:6,8 50:13 75:14 83:5 98:25 99:17 102:7 220:6,18 264:22 265:7 291:4 292:9

**arrange** 154:21,24

**arrive** 258:3

**arrived** 106:12 192:10,20 205:23 211:14,19 277:16,17

**arriving** 193:14

**art** 60:17,25

**Artil** 25:23

**Ascension** 19:13,15,18 26:4,10 31:15,18,22 75:13 76:6 87:12,16,17,19 88:7 135:2,5 140:13,14 157:23 158:5,9,13,17,23 159:3,9,16,20 170:19,24 173:24 174:3,12 177:9,10,14 178:7,17 191:5 199:12 203:17,20 204:3 206:16 213:24 214:4 228:17 234:2 237:11 251:9 256:2 258:23 259:5 261:15,19 266:22 269:12 273:2 287:21 298:20 307:10

**Ascension's** 88:4 170:11 260:15 307:4

**ascertained** 206:10

**aside** 10:19 19:18 36:17 41:16 42:4 43:2 72:14 109:21 117:3 122:25 251:14

**ask** 8:25 17:23 37:10 43:8 86:10,15 90:24 91:11,12 92:2,18 93:2 94:4,16,22 105:4 106:24 108:11 111:21 112:11 144:13 156:3 157:2 171:10 185:17 188:11 195:21 200:2,3 223:15,24,25 224:9 227:10 244:7 245:3 253:22 259:24 267:23 268:2,6 273:19 280:10 285:9 298:22 301:3 303:4 307:7

**asked** 32:21 84:15 85:25 86:9 104:21,23 105:13 155:24 160:21,23,25 161:2,6 171:9 178:8 203:21 213:21 223:8 227:23 253:15 280:14

**asking** 24:15 25:5,6 37:8 55:15 61:24 62:6,10 76:19 80:19 105:3 125:18,22 129:9,10 151:6 161:2 167:7 224:20 238:17,21 249:16 250:12,17,21 267:18 276:13 282:8 295:14 298:6 302:25 303:13

**assert** 126:7

**asserted** 156:18

**asserting** 119:24

**assertion** 44:25 48:25 75:18 95:22 113:9 298:10

**asserts** 101:15

**assessment** 140:11

**assets** 114:6

**assisting** 296:12

**associated** 25:13 48:15 63:20 125:25 242:2,7 257:21

**associates** 25:8

**association** 96:13

**assume** 9:18 19:25 31:10 40:6,9 86:23,24 121:18 166:6 188:24 209:2,4 231:16 249:4 284:7 291:21

**assumption** 239:21

**assumptions** 304:16,19

**assured** 190:15 257:22

**ASTM** 61:4,8 62:15 63:17,21 64:17 65:7 68:15 74:16,20 207:7 229:9 230:3,14,19 233:22 290:25

**ASTM-D6319** 274:24 275:6,10 291:11 293:10

**ASTM-D6319-SPECIFIED** 295:11

**at** 8:9 9:10 10:5 11:14 12:6 14:5 16:10 17:9 24:21 25:2,18 28:13,25 29:19 30:3 31:2 32:8,14 33:10 34:15 35:17 36:7,11,18 38:20 40:24 42:12,17,20 44:16,19,21 45:3,20 46:4 47:9 48:16 50:12 51:19,23 52:18,23 55:3,9 56:15 58:3 62:4 65:2,16 67:5 68:5 69:4,8,9,19 70:8 71:9 72:9,23 73:5,15 74:25 75:2,5,22 76:13,14,24 77:5,9,11 78:4,10 81:17 82:8,24 83:14

84:12 86:8 92:12, 19 94:22 95:6,7 98:7 100:12,20 101:14 102:9,10 103:6 104:24 107:6 109:19 110:2,5,7 111:18 114:6 116:8,9,23 118:4 119:19 120:12,20 121:2,3 123:8 128:7,24 129:13 130:7 134:7 135:12,19 136:15,18 137:24 138:2,9 139:3 140:8 141:15,25 145:4,18 146:25 147:17,21 148:17, 24 149:4 150:14 152:5 154:3,18 162:9,12 166:17 167:2 173:11 176:21,24 181:12, 22 182:25 188:6 191:8 197:9 199:11 203:17 205:5 208:24 209:9 211:13,15 213:24 214:12,16, 20 216:2,19 218:7 222:18 223:4 224:5 226:24 228:6 229:10 230:4,12 231:7 233:11 240:10,11 242:13,17 244:9 247:23 248:24 255:8,25 256:23 257:7 258:6 262:11 264:21 270:6 273:15 276:12,16,23 277:14 278:8 280:15 281:7,9 282:25 283:5 284:17 286:17,25 289:2,16 294:15 299:4 311:17

**Atil** 162:9,16

**ATS** 284:19

**attachment** 52:10

**attachments** 243:10

**attempt** 124:6

**attempted** 258:22

**attention** 85:10

**attorney** 6:9 10:14 40:21,24 41:12,13 185:3 218:22 241:4 260:16 268:6 296:8,12 299:15 308:6

**attorney's** 236:15

**attorneys** 8:12,23 10:17 27:9,20 36:7 151:23

**audit** 93:9,13 95:3 266:14

**August** 221:15 223:8 280:7

**authenticating** 135:23 142:21

**author** 250:15

**authorized** 46:10 132:18

**availability** 149:4

**available** 257:14

**Avi** 195:20 232:18, 19,24 233:16 234:7 255:20 283:18 311:5

**Aviro** 195:10 197:8

**avoid** 27:7

**Avram** 170:7

**await** 248:6

**aware** 13:10 18:7, 9,12 80:8 112:20 148:11,14 181:20 182:19 188:10 189:11,13 199:16 201:23 204:10 211:2 277:25

**away** 227:12

**B**

**back** 75:22 78:8 88:17 93:12,16 111:4 122:2 132:24 157:21

195:12 197:2 209:7 213:16 217:15,17 229:12 232:25 242:12 255:10 258:5 272:6 273:22 280:19 283:7 306:11,15 307:9

**backed** 76:4,6 81:12 83:2 219:11

**backing** 35:6,9,13 57:24 86:18 188:18,20,22

**backs** 85:5

**bad** 215:24 227:5, 11

**balance** 217:13

**bank** 38:9 39:25 44:19 45:2,7,14, 22,24 161:23 172:23 237:16,19, 22,24

**banking** 189:22

**Bannon** 47:11,15, 19,24 48:8,11,13 49:11 53:12,13,22 54:12 57:3 65:19 66:16,23 67:7,16 165:16 175:25 176:2

**barely** 247:21

**barrel** 124:13

**based** 40:9 58:16 113:12 137:13 138:19 193:14 199:3 219:3 239:22 269:14 274:11 286:24 292:15,16,17,20 294:16 303:7

**basically** 278:12

**basis** 45:13 75:17 212:14 287:23 296:16 297:11,13 298:9,10,12,21 301:8

**Bate** 134:15

**Bates** 52:13 134:13 194:14 207:25 208:4,7,15

284:11

**battle** 267:9

**bd@rockfintek. com.** 133:23

**bearing** 101:19 165:23

**beaten** 298:18

**became** 103:17 186:25

**because** 24:15 25:6 32:16 36:12 52:13 59:9 62:25 70:3 76:8 79:17,20 83:24 86:16 89:24 99:12,14 100:2 102:4 107:9 114:3 115:9 116:6,20 118:25 124:13 141:23 143:11 145:9 156:4 157:7 160:10 166:12 185:24 189:3 192:24 195:13 198:22 200:8,11 204:15 210:19 211:13 212:17 213:6 215:24 216:23 219:8 221:5 223:21 226:16 231:4,8 232:3 234:13 235:3,9 239:17 244:4 246:18 248:2 256:18 257:10 258:20 260:2 266:2 270:15 271:21 273:7,13 275:11 276:15 283:8 285:23 299:25 300:7 302:21 304:21 305:7 306:7,16 307:6,10, 22

**become** 13:10 14:6 15:4 181:19 220:4

**been** 5:10 13:16 25:23 29:24 36:16, 20 42:18 47:6 49:17 55:23 68:6 83:12 110:25 115:18 116:19,22 117:2 118:6

119:16 121:22 122:24 139:9 153:2 157:6 159:9, 20 162:24 177:5 178:7,10 180:8 192:24 196:3 204:20 216:24 222:8 223:3 224:24 227:12 233:8 245:3 252:3 255:23 260:7 261:18 268:16 269:7,16 271:9 276:20 279:6 284:6 293:7 294:10

**beeping** 8:17

**beer** 11:11

**before** 6:13 20:8 58:23 59:17 64:2 87:14,22 88:10 104:20 105:3,4 108:12 116:13,15 144:13 159:23 160:2 171:5 177:22 189:8 192:11 211:8,18 224:9 236:17 243:17 246:7 258:9 260:17 264:14 267:8 268:8 299:7 309:22

**beforehand** 110:24

**began** 79:8

**begin** 299:7

**beginning** 32:8, 14 81:17,22 176:24 181:22 228:7

**behalf** 5:22 25:20 30:14 31:12 32:7 46:6,10 52:25 53:7,16,25 84:8 90:16 128:12 132:13 176:12 189:15 288:12

**behind** 256:10

**beholden** 288:20

**being** 40:16 46:25 52:6 56:9 63:20

70:5 71:5,11 74:8
75:13 81:18 89:16
97:13,14 115:6
119:7 120:15
121:21 125:24
126:8 138:24
165:19,21 180:23,
25 187:20 207:4
215:16 221:11
224:7 231:12
233:6 252:17
264:18 278:6,10
281:3 289:5
293:10 295:19
298:7 302:22
305:22

**belief** 33:13,24
44:18 50:25 51:11

**believe** 35:18,24
42:16 45:13 50:19
52:5 60:9 68:5
159:8 189:12
199:24 208:10
211:21 213:17
231:11 250:4
263:3,9 300:24
308:24

**below** 39:2 136:25

**besides** 8:3 90:20
110:22 157:18

**best** 15:14 43:11
138:22 173:15
224:2

**better** 168:17
217:20

**between** 18:12
32:25 43:24 59:22
60:3 61:20 62:11
72:16,23 91:6
111:16 127:7
132:22 142:20
144:23 146:5
170:24 174:11
180:10 183:8
266:6,8 299:3
304:12 308:9

**beyond** 45:10
254:14

**bid** 258:11 272:8

**bidding** 270:13

**big** 108:24 235:13
271:14

**bigger** 145:7,8
183:22 241:11
249:21 271:4
273:25

**biggest** 79:9
119:2 159:13,15
160:10 161:16
163:11 279:4

**bill** 81:8,10,20
89:24 98:5,10
101:3 162:15
220:2

**billion** 256:15
258:11

**bills** 124:12 155:4

**bit** 31:8 157:22
171:11 246:16
249:20 266:14
306:10

**blah** 220:15,16

**blame** 222:10

**blamed** 281:8

**blew** 102:6

**blow** 28:22 183:15
200:8 260:21

**Blowing** 200:22

**board** 272:16

**Boback** 7:21
25:22

**bomb** 104:9
270:24

**Bon-go-go**
257:20,22 258:6

**Bonnie** 111:9

**booties** 17:13
22:14

**both** 14:3,4 53:6
57:10 93:22
107:23,24 113:22,
23 120:16 138:2
140:18 141:2
192:15 267:6,16
295:6

**bother** 270:15

**bottom** 165:11
240:11 311:17

**bouffants** 17:12
22:14

**bought** 32:2,5
57:12 93:24 97:16
99:19 118:8,9
121:19 153:24
176:23 187:8
204:16 205:16,19
209:3,20,23 239:4
243:5,13,17,18,19
244:3,17 246:8
252:11 255:2,20
266:11 268:8
279:17 282:3
286:6 287:19
299:10

**box** 62:23 63:5,10,
14 72:11 91:24,25
92:8,9,13 96:25
136:24 137:25
139:12 140:4,5,10
147:19 149:14
199:21 208:24
240:15 242:4
255:3 300:13,16

**boxed** 96:20
271:24

**boxes** 75:12
81:14 91:20 92:17
93:8 96:19 102:3,
23 103:2 105:24
106:2,7,21 120:10
129:2,7 138:25
140:22 190:25
191:14 199:12,22
209:3 212:11
213:18 231:11
254:23 277:4
279:23 281:20
282:13 301:10,14,
15 303:19,22
306:22

**boxing** 96:22

**boy** 235:13

**boys** 235:15

**Brad** 5:17 196:10,
16 197:12,13,16
201:11 207:20
217:10,12 230:7
236:11 261:6

**Bradley** 133:20

**brand** 165:22
226:17 241:24,25

242:2 243:16
255:24

**Brandon** 243:4

**brands** 265:12

**breach** 150:14
151:24 157:15
163:16 164:4
165:12 166:24
167:2,8,10,11,12,
22 169:10,16

**breached** 150:18
151:24

**break** 10:3,5
124:18 126:16

**breaking** 89:6,9
93:7 94:21 102:5
104:10,18,25
105:14 108:8
138:25 211:16
214:20 215:4,5
271:24

**breaks** 225:24
300:18

**Brendan** 242:20
243:3

**bridge** 271:22

**brief** 177:3

**broken** 277:10

**broker** 12:12,13,
19,21 25:21 50:19
179:6 189:16
210:6 242:23
257:21 291:18,19

**brokers** 6:25
189:18,19

**brought** 39:21
126:25 127:4
177:4 258:9

**Bruno** 182:7,9
209:10,23

**Bruno's** 182:18

**buck** 281:16

**bucks** 96:25
159:11

**builders** 188:19

**built** 270:25

**bunch** 198:22

**Burak** 162:16

**Burek** 25:23

**business** 6:18
13:17,19,21 21:5
22:7,20 29:25
32:20 33:14,25
34:7 44:20 82:22
96:11 114:11
160:8,9,17 163:4,7
171:5,15,25 172:3,
4 173:7,11,15
178:14 203:14,15
270:14 272:13,15
273:21 275:25
291:5,6,7

**but** 14:17 17:22
19:25 29:17 30:24
32:4 36:25 39:19,
24 41:11 42:14
45:10 49:24 51:3,
13 52:15 53:20
56:2 57:5 61:11
63:13,16 68:6
74:14 81:2 85:20
87:10 89:13 91:22
92:22 96:20 98:13,
18 104:5 105:25
106:23,25 110:2
112:11 113:8
114:25 116:24
121:23 123:7
128:2 130:2,3,13,
19 132:4,22
133:13 137:16
139:7 140:8 143:6,
19 148:14 150:25
151:5 155:11
157:3,9,10 158:22,
23 164:7 165:3
166:18 167:7
169:18 172:13
176:8,14 177:6
178:8,10 179:18
181:8 187:4
189:12,20 191:16
193:13 198:18,24
202:9,11,13 206:9
207:3 208:11
210:11 212:3
217:25 218:8
223:16 224:8,10,
24 225:9,15 226:2,
24 228:13 230:23
232:3 233:6,7
237:24 238:21

239:18,21 240:14,
17 242:8 243:16
245:9,21 247:3,13
249:21,23 250:20
253:21 254:19
255:23 259:9
260:9 261:4,13
262:6,17 263:17
264:4 265:2,13
267:13 269:20
270:7 271:16
272:4,23 273:20
276:5 278:24
279:7 281:3 282:5
284:10 286:23
287:4 289:2,23
290:4 292:6 294:2
295:14 297:16,21
299:22 301:8
304:2,17 306:10,
23 307:5 308:25
311:2

**buttoned** 219:17

**buy** 66:8 67:6
105:17 106:3,5,22
117:9 121:25
122:3 174:14
175:18 190:13
220:6,18 226:23
228:18 232:23
238:9 242:16
244:21,25 248:16,
17 249:2 251:3,12
254:24 255:17
256:12,15 273:2,
12,16 275:5,6
279:15 280:3
282:2

**buyer** 31:14
135:10,11 147:3
149:14 150:15
154:21 265:22

**buyer's** 147:21,23
148:16

**buying** 21:10
32:20 37:19 57:17
63:22 70:18 71:24
72:9,13 81:6 86:8
87:18 88:5 96:7,8
97:10 98:20 107:2,
18 108:6 134:25
135:5 142:13,14
155:14,15 158:13
190:10,12 209:13
226:15 227:13

230:18 233:19
252:2 255:14
256:7 257:15,17
279:21 280:3
281:12,14 282:25
283:4 291:15
293:10

**buys** 96:4

**buzzed** 108:20
109:2

—————————
**C**
—————————

**cab** 85:3

**calculated** 58:15

**California** 147:23
210:7

**call** 28:2 35:18,25
36:14,19,21 37:2,
6,14,16 40:11
41:13,17,19 42:2,5
43:23 44:8,15 47:7
56:17,19,21,22
67:25 70:12 77:14
87:6,10 100:5,7,10
112:14 116:16,18,
23 117:3,5,24
163:22 166:7
172:10 182:12
213:4,12 220:11
237:19 253:22
265:20 267:10
284:9 300:13
309:9

**called** 5:9 11:20
19:7,8 72:7 136:21
157:23 181:20
195:23 233:3
234:17 235:4,18
238:12 257:20

**calling** 197:11
275:14 301:21

**calls** 40:17 41:20,
21,23 55:14,24,25
56:17 65:12 85:16
112:12,13 114:14
115:19 116:20
117:2 118:7
122:23 166:7
182:15

**came** 78:8,9 83:19
85:15 91:19

102:15 114:12
146:21 150:12,23
159:23 192:12
193:2,5 207:23
208:9 214:18
222:24,25 244:12
262:2 266:3,4,15
286:18,20 287:9
292:6 300:24
307:8

**camera** 85:14

**can** 6:20,22 14:22
17:13 19:21 27:12
28:9,22,24 37:5
39:13 41:10 44:13
51:6 58:14 87:10
110:12 112:11
115:22 116:25
121:5 127:12,23
132:24 133:5
134:12 144:12
145:7 147:2
151:22 156:22
157:11,21 159:13
164:10,11 165:3,4
166:11 169:23
170:9 171:12
172:14 178:11
183:15 194:13
198:20 200:22
205:21 206:5,10
207:16 208:9
209:16 224:15
225:15 229:9,22
236:12 238:2
239:23,24 241:8,
12 242:11 245:2,3,
15,22 249:20
251:19 253:20
263:7,24 268:10
273:19 274:2
280:14,17 281:4
283:8 286:16,23
291:4 293:20,21
304:16 311:13

**can't** 52:12 97:4
109:5 157:24
183:15 184:17,23
199:25 212:12
216:21 219:20
231:25 249:18,19
266:15 273:16
288:3 304:18,22

**cannot** 97:2

**capacity** 17:7

32:6 157:4,7,8

**Capital** 181:20
187:6,10,13 192:4

**capitalization**
188:12

**Caravan** 195:3,9

**card** 19:11

**care** 60:14

**careful** 27:4

**carefully** 39:11

**carrier** 82:14
83:10

**carries** 60:17

**carton** 91:20

**cartons** 81:15
90:7 92:7,17

**case** 6:25 79:9
129:23 150:25
178:8 251:14
256:21 263:23
282:22 308:4

**cash** 219:21

**cat** 223:13

**catch** 211:9

**Catholic** 235:13,
15

**caught** 91:19
211:11,12

**cause** 164:7,18,24

**caused** 29:23
151:3

**causing** 304:15

**caveat** 157:12

**cellophane**
102:17

**cents** 149:14

**certain** 17:21
27:24 32:2,4 41:15
68:13,15 108:18
132:8 136:20
139:23 222:16

**certainly** 39:20
115:6 143:4 157:2
205:4 226:2 265:2
270:2 285:14

290:22

**certificates** 68:15

**certification**
68:16 165:24
274:8,10,11,20

**certifications**
69:17 70:22,23,25

**cetera** 311:21

**CFO** 161:21

**chain** 181:7
289:17

**challenged** 281:4

**changed** 30:11
202:10

**channels** 292:7
308:25

**chaos** 302:22

**chapter** 236:9

**characteristics**
62:8

**charge** 135:22
189:22 253:25
254:4,6

**charity** 259:18

**chat** 52:16 166:15
179:25 180:9,25
195:13 202:9
208:8 209:8
223:15 233:2
239:24 240:4,7,8,
15 241:12 242:12
243:9 245:17,20
248:21 255:11,12
311:15,17

**chats** 52:11 181:2
194:18 208:2,11
216:9 228:22
231:7 233:13

**cheaper** 89:4
226:22 279:15,25
281:14,24

**check** 44:3 94:23,
25 95:2 196:13
203:25 292:15

**checking** 231:11

**checks** 118:9
121:20 217:13

chemical 60:18
213:9 277:23,24

chemically
277:21

chemo 137:6,7
138:7

chemo-rated
137:2

chemotherapy
278:7,10,11

chest 227:17

Chicago 156:8

chief 16:21 171:20

chime 52:2

China 54:15,24
55:12 56:5 231:21
240:21 242:3
254:20 257:21

choosing 140:19
141:5

circles 99:22

circulation
177:11

circumstances
8:5

City 19:23 20:10

claim 165:11
166:24 167:3
205:6 262:15
280:11 283:25
301:20

claimed 74:17
118:2 166:15

claiming 156:20
206:24 303:7

claims 47:15,19,
24 48:8

clarify 13:18
311:4

clause 266:25
295:13

clean 8:14,24

clear 24:18 52:8
88:3 120:23,25
121:2 157:10
166:22 263:10

clearance 154:23
155:2

cleared 155:13

clearly 9:23 97:19
174:22 296:7

client 31:15,18
32:18,21 61:6
65:23 66:6 76:4
79:25 81:22 88:4
97:2,17 103:11
142:15 150:21
157:17,20 160:11,
15 178:15 215:24
231:10,23 237:24
238:18 239:2
253:17 280:19
281:21 282:4,5,9,
12,17 283:7
285:16 292:7

clients 16:25
107:13 160:12,13
243:20 253:19
283:12

close 218:11
227:16 239:18
262:16,17,19,21
270:5

closed 76:2

closely 298:15

closer 68:4

Co 71:6,12 73:11

Coffey 185:4
186:22

colleagues 27:11

collect 141:5

collectible 35:3
119:14,18

college 10:25
11:3,9

color 137:4

come 19:25 21:9
39:24 45:22 63:11
83:8 124:5 137:19
150:24 191:23
193:3 194:17
217:15,16 218:10
220:15 292:19
296:24 302:14
303:12

comes 64:6 78:12
175:22 296:22

comfortable
119:18

coming 121:25
154:13 198:5
219:12 227:19
247:21 271:11

comingled 38:7
39:3

Comingling
39:23

comment 288:4

Commercial
243:24 244:18

commission 58:5
130:4 131:10
179:7

commitment
272:25 273:6

committed
227:19 252:9

committing
303:10

common 193:8
198:11 240:22

communicating
42:20 43:14,18

communication
55:19 272:19
305:21

communications
43:24 115:4,12,13
118:22 125:19
305:4,10

companies
14:11,13,17,18,20
29:23 158:15
240:20 267:19

company 11:15,
17,20,24 12:2,24
13:11 15:17,19
18:21,25 19:6,10,
12 35:2,13 64:13
70:5,9 80:22,25
84:13 87:25 114:5
124:21 125:8
126:8 136:21
139:18,20 140:6
157:23 158:15

160:16 169:22
170:25 171:22
189:10 208:20
226:18 241:3
246:22 257:19
270:22

company's
242:10

compared 139:4

comparing
136:19

comparison
138:8,18 139:12

compete 256:14
289:2

competing 267:4,
7

complain 306:10

complained
177:14 304:6
305:4,5,25 306:8

complaining
305:10 306:6
311:20

complaint 27:2,
17,23 28:6,15
164:15 165:6
273:24 287:12
294:18 297:18

complaints
177:23 178:3
266:3

complete 153:18

comply 65:7
108:18

compound
229:20 278:25

computer 25:24
240:12 256:11

conceal 101:16,
21

concealment
102:25

concept 23:16

concerned 87:8
152:20

concerning

72:18,25 112:18
146:12

concluded 139:5

conclusion
212:14 215:8

conclusions
214:5

condition 110:9
114:20

conduct 195:20

conference 35:25

confidential
20:14

Confidentiality
254:3

confirm 41:10
44:3,10,14 94:4
113:8 308:19

confirmation
149:2

confirmed 308:23
309:2

conform 268:22

conformity
268:21

confuse 161:2

confused 43:3
115:24 210:18

confusing 70:2
288:4

confusion 158:2

conjunction 53:8
123:25 246:17

connection 16:18
54:14,23 55:11
56:4 239:10
289:15

considered 143:8
149:2

constituents
95:12 107:8

consulting
208:23

consummated
186:7 294:8,11

**contact** 95:13 97:21 98:3,14,17 99:5,8

**contain** 131:14

**container** 197:18

**containers** 147:14 149:15 154:14 209:11

**contamination** 71:21

**content** 212:24, 25

**contention** 82:2

**contents** 75:11 76:20

**context** 6:15 52:22 138:14,16 168:18 235:22

**continue** 256:3

**continued** 220:25

**contract** 16:14,15 34:24 35:10,11,14 36:6,16 39:17,22 40:14,22 41:2 46:12 49:18 58:11 60:11 61:3 62:4 64:15,25 65:3,5 66:8,12 70:13,17 72:12,14,19,22 73:2 76:16 81:17 86:6 91:3 96:6 107:18,23,24 110:20,22,23 112:3,18 113:15 114:2 116:12,14, 15 119:3,13 120:9, 14,20 123:21,23 124:25 125:3,17, 19,23,25 142:20 143:7 144:22 146:5,24 150:9,14 151:2,10,17 152:11 157:15 163:16 166:24 168:23 174:4 226:20 249:5 256:21 271:8,10 290:14,15 293:15, 20 294:3,7 295:14, 19,22,24 310:19

**contracted** 16:12 25:11,14 45:8 75:7

164:19 229:5

**contracts** 117:20 174:5,6,9,11 243:18 257:2 293:14 295:17

**contractually** 81:6 86:7

**control** 38:22 202:15,20,21 203:6,11,13

**controlled** 38:3

**controlling** 39:19

**conversation** 10:21 100:5 111:5 125:12 126:3 197:2 201:3,5 216:17 217:22 304:11 305:2

**conversations** 27:9,19 99:18 113:12 122:22 179:12 190:13 288:18 304:22

**convince** 214:4

**convinced** 303:24

**COO** 16:20 161:11 174:22

**coordinated** 95:14

**coordinating** 96:2

**copied** 42:16 217:19 264:14

**copy** 73:8 197:14

**corporate** 39:4 40:2 51:2,12 188:8 298:16

**corporation** 18:7

**correct** 11:23 16:9 24:19 31:17, 20 32:23 43:19 54:5,7 55:20 56:3, 23 57:9 60:19 61:9 64:4,5,8 84:5,7,10 89:18 90:21 93:20 104:15,22 105:13 116:10 118:15 120:2 121:10

125:15 130:2,8 136:22 148:4 149:19,24 151:14 155:23 157:23 158:10,25 160:12 164:9 174:20 177:23 181:17,18 187:16 192:21 203:22 210:12 220:21 221:2,3 231:15 237:14 239:8 246:8 247:9 248:12 267:11 271:21 272:5,9 273:3 279:11 281:8 282:7 288:17 290:17 294:3 301:14

**corrected** 201:25 202:6

**correctly** 137:10 147:25 149:6

**correspondence** 111:3 115:8

**cost** 154:21,25 156:7,9 265:13

**costs** 161:13,14

**could** 15:11 21:17 24:14 35:5,22 41:10 42:18 61:5 63:15 64:20 66:11 74:4 75:10 77:25 79:20 82:24 85:22 88:24 92:8,12 96:12 109:17 113:8 114:3,6,8 115:7 116:18,19 118:6 139:9 153:5 166:7 168:16 176:14 189:12 205:3 209:14 226:22,23 235:17 244:2,3 245:3 260:9 261:25 272:8 278:12,24 287:2,5 289:5,23 293:25 298:3,5 302:15 311:6

**couldn't** 36:8 82:10,18 83:4 84:20 92:6,7 97:15 253:16 277:2,8,11 297:15

**counsel** 5:23 20:7 134:12 170:11 187:21 188:4 224:14

**count** 81:14 217:8 218:4 277:4

**counted** 90:2,8, 12

**counterclaim** 26:25 27:16,22 28:5,14 52:6 110:8 156:19 164:16

**counting** 85:13 90:16 215:15

**country** 252:21

**couple** 146:24 159:10

**course** 30:6,11,16 78:19 92:23 93:23 94:3,9,13 105:10 174:24 207:2 311:7

**court** 8:10,21 9:14 304:3

**courtesy** 146:20

**courtroom** 9:7

**cover** 101:21

**COVID** 76:9 82:24 83:7 84:19 87:3 103:5,13 108:18 148:24 171:17 218:19,21 251:16

**COVID-19** 29:21 75:6 86:16,17,21 87:8

**COVID-SPECIFIC** 109:22

**crazy** 78:23 196:8

**created** 155:6 300:8

**creating** 282:16, 17,18

**credibility** 236:5

**credit** 19:11

**crediting** 90:6

**creditors'** 38:25

**cried** 304:13

**critical** 219:19,20

**crossed** 177:2

**crossover** 162:24

**cube** 137:23

**cure** 270:18

**curious** 168:13 226:21

**current** 5:18 246:25

**customer** 19:15 64:7 66:15,22,25 67:2 159:13,15

**customers** 19:19 20:3,11 26:4,10,20 63:23 159:20 160:2 172:4,7 297:23

**customers'** 20:20,23

**customs** 154:20, 22 155:2,13

**cut** 76:7 277:16,18

**D**

**D-6319** 60:9 61:11 280:22

**D63** 207:7

**D6319** 61:4,8 62:15 63:17,21 64:17 65:7 143:15 207:7 229:9 230:3, 19 290:25 300:6

**D69** 233:22

**damaged** 156:20

**damages** 156:21 157:9,13

**dance** 97:9

**dancing** 291:4

**Danny** 257:20

**dark** 311:19

**data** 31:10

**date** 28:8 36:13 127:20 132:25

133:3 134:4 144:4
176:10 180:4
184:3,6,9 191:25
194:12 207:13
216:13 248:24
260:13

**dated** 138:12
144:20 245:18
311:18

**dates** 172:5

**David** 11:22

**day** 78:3 196:4,6
217:15 307:9

**days** 103:10
109:15 177:18

**deal** 35:5,13 53:10
58:16,20,21 87:15
96:23 117:9,11
118:22 119:8,16
121:24 123:20
127:2 131:5,9
135:20 161:22
169:4 176:2
186:10 200:17
235:13 236:7,18
271:8,14 309:6

**dealer** 12:13
267:22 308:21
310:10

**dealing** 45:4
58:24 59:18 64:7,
13 79:25 81:21
122:7 141:15
173:8 182:3 187:5,
7,18,21 189:19
296:9

**dealings** 44:20
121:15 170:24
180:13 181:6,23

**deals** 58:18,20
236:20 271:6

**dealt** 87:17

**death** 298:19

**deception** 189:5

**deceptive** 91:21
96:17

**decide** 164:25
224:4,12 304:3

**decided** 185:24

**deciding** 80:13

**decision** 74:18
307:19

**decisions** 120:13

**deemed** 216:11
311:25

**deeper** 283:9

**defendant** 75:10
94:15 125:13

**Defendant's**
180:3 183:13
184:2 194:10
216:12 260:11
311:25

**defendants** 165:7
279:11

**Defendants'**
207:11

**defense** 161:7

**defer** 299:15

**Define** 52:21

**definitely** 259:10
264:2

**definitive** 57:6

**defraud** 246:24

**defrauded**
251:14,15 282:6,9

**degree** 10:25 11:4

**Delaware** 18:5
263:9,20

**delayed** 150:15

**delaying** 220:10

**delays** 219:4

**deliver** 61:5 78:6
81:4 143:20
152:18 264:22

**delivered** 45:18
75:10 78:2,10,15
79:10,21 91:18
93:18 97:15,16
102:22 103:10
107:12 138:20
141:10 143:18
147:20,24 149:15
176:11 193:20
199:8 205:7 211:4

219:2 243:20
259:6,9 277:17
282:13 286:6

**deliverer** 123:23

**deliveries** 286:24

**delivering** 76:17
80:21 81:24 87:14,
23 88:10 95:9
124:16 251:7,22
257:11 258:7,17
273:8

**delivery** 81:5
177:18,19 205:8
220:20

**Delta** 19:22 21:7,
10,13,19,23 23:10,
17

**demand** 29:21
41:6 61:3 224:6

**demanded** 36:12

**demands** 45:21
293:9

**Demarco** 80:24
82:13,16,17 83:19
84:6,8 85:22 86:5,
15,25 148:13,20

**demonstrate**
285:2

**denied** 78:19
83:24

**Dental** 19:23
22:11,13,18,23
24:2

**department**
214:18

**depending** 271:7

**deposit** 147:5,9,
12 149:13 257:25

**deposition** 7:24
8:2,9 9:10 10:3,9,
12 195:20 224:16
259:25

**derogatory**
235:21

**describe** 6:20
131:15,21

**described** 38:24
68:11

**describing** 67:9
69:5,11,16 71:5,
11,16

**description**
244:14

**designate** 20:13

**designated** 63:5,
16

**designation**
62:13,19,21 63:21

**designee** 157:5

**desires** 128:25

**desk** 137:25
256:11

**despite** 173:19

**detailed** 39:2
93:11 165:13
232:15

**detailing** 228:15

**details** 251:19

**determination**
137:19

**development**
188:19

**Dewayne** 134:6,
17 256:10 258:15,
19 272:21

**diagnostic** 71:17

**didn't** 21:19,20
41:18 48:3,6 55:14
63:4 78:6 79:11
83:6 86:17 87:9,
15,24 104:7
105:17 106:4
119:14 121:4
124:23 126:10
129:25 130:3
161:22 181:9,12,
13 185:9,20 186:8,
9 189:2 199:21
201:21,22 202:24
208:6 212:14
215:11,14,25
221:21 223:11
226:13,24,25
227:10 234:7,11,
13 235:2,8,11,16,
19 236:22 244:21,
25 247:4 248:14
249:2 251:12

254:12 255:7
256:22 258:3
259:4 266:23
271:19 272:9
273:14 276:15
277:20 282:2,14
283:3 286:10
290:15 293:15
296:8 298:20
299:6 305:2 306:7,
10,12 308:2
310:16

**difference** 61:19
91:6 225:8 240:20
293:24 302:17

**different** 25:12
41:21 45:20 57:18
58:18 72:9 92:16
93:8 102:19 116:2,
7 139:4,24 140:2
141:9,11 153:25
167:3 181:16
186:23 187:11
189:17 205:24
206:13 215:5
226:16,18 241:3
255:24 263:14
268:22 269:17
270:6,18,20
271:17 278:4
279:20 282:25
283:5 291:16
306:25

**difficult** 274:16,
20

**diligence** 40:23
114:4 268:7,10

**direct** 29:17 32:3
40:4 112:9 226:20,
23 249:7 271:15
273:16 307:7

**directed** 135:7,14
182:25 183:2

**direction** 282:14

**directly** 42:9,13,
21 43:14 96:8
107:11,13 142:2,8
165:15 168:11
177:4 182:3
185:25 187:3
285:23 291:24

**directors** 38:15
39:5 40:3

**disappointed** 202:22

**disaster** 77:24

**disastrous** 79:24

**disclose** 27:8 66:14 67:2

**disclosed** 40:15 66:24 93:9

**discover** 216:4

**discovered** 221:23 266:13 276:18

**discovery** 285:12 287:8 305:20

**discuss** 46:11 99:11

**discussed** 35:9 65:11 107:20 114:14 117:7,8,10 119:3,10 128:19, 20 143:4 172:2 291:13 296:14 310:15

**discusses** 265:9

**discussing** 97:23 128:16 204:20

**discussion** 5:8 8:19 10:13,16 79:3 93:16 107:5 169:6 179:24 180:22 262:8,25 264:12 276:8 291:14 311:9

**discussions** 35:8 115:14 181:10,15 221:21,24 222:19 272:20 290:23 297:19

**dislike** 235:9

**display** 109:16

**dispose** 259:2

**dispute** 261:16

**distancing** 109:25

**distinction** 59:22 60:3 62:11 266:6,8 308:9

**distinguish** 297:21

**distinguishing** 176:21

**distribution** 108:22

**distributor** 11:11 56:10 57:7,16,23, 25 310:21

**dive** 252:13

**doc** 65:13

**doctor** 60:14

**doctors'** 89:9

**document** 27:18 28:2,10,13,19 37:19 42:18 46:7, 15,19,21,25 47:6 52:4,9 64:18 67:23 71:23 72:4 73:16, 24 74:8 98:11,16, 19 123:16 127:13, 16,21,24 128:7,15, 22 129:24,25 130:7,11,21 132:3, 4,7,13,16 133:4,16 134:15 142:15,25 143:14,23 144:7, 13 146:16 166:13, 17 176:13 182:13 185:11,12 186:14 194:6,7,9 197:5,8, 9 222:16 223:21 228:21,23,25 239:11,12 245:18 267:5,6,15 268:14, 17 269:10 286:22 294:23

**documentation** 72:17,25 78:25 79:13 89:13 109:4 146:11 155:7 156:11,13 188:7, 12 263:10 269:15, 17 284:25 295:9 300:3,6

**documented** 41:8 78:20 85:18 93:19 109:20 115:10

**documenting** 85:14

**documents** 10:9 47:14,17,18,22,23 48:5,7 67:23 73:16 79:6 97:20,25 98:4,8 99:19 101:4 130:23 131:2,4,14, 21 172:21 182:14, 18 194:8 198:4 205:5,12 208:5 231:9,11 238:23 243:5 267:4,6,7 269:2,19

**does** 14:10,13 15:20 19:2 24:8 59:14 60:20 62:18 63:11 86:5 99:4 148:15,18 152:8 153:21 180:12 181:5 187:4 225:24 229:3 245:11 280:13 296:24

**doesn't** 62:25 88:22 91:22 181:7 184:10 194:18 203:13 218:10 243:16 244:16 246:14 250:18,19, 20 266:19 280:25 308:18

**doing** 11:12 12:3 49:18 86:11 117:9 122:13,20 123:2 126:4 138:22 139:12 140:9 179:17 187:3 198:11 216:24 217:7 219:10 224:24 232:16 246:5 256:18

**dollar** 35:4

**dollars** 90:10,11 123:12 155:10 173:20 237:2

**domestically** 252:11

**dominate** 38:22

**dominating** 39:19

**domino** 220:17

**don't** 5:19 7:19 8:14 9:2,16 11:16 13:21 14:7,16,23

15:13,16 17:18,21 18:2 19:4,7 21:19, 21,24 22:10,24 23:3,5,12,15,19 24:7,11,23,24 25:5,6,8,12 26:6, 13,16,22,23 27:5 29:17 31:10 32:11, 16 33:5 35:21 36:22,24 37:7,25 38:5,10,14,16,19 39:18,23 40:4 41:9,11,15 42:10 43:5,12,16 44:5, 12,13 45:6,23,25 46:23 47:17,22 49:24 52:12,21 53:19 54:2 55:5,8 56:2 57:2,4 63:12 66:7 67:18,19 68:23 69:22 71:13 72:21 74:2,5,6,10, 23 78:6,16 80:6,21 82:19 84:12 89:12 94:11 106:9,15,23, 24,25 109:24,25 110:2 112:16 113:8,15,16,25 115:5,25 116:4,6 117:17 118:4,7,24 120:22 121:11,12, 23 122:9 123:4,6,7 128:2,14,18 130:18,21,23 131:2,11 132:6,15 133:12 134:20,21 136:23 138:6 139:7,10,11 140:7 141:22 142:24,25 144:25 148:11 151:18 152:2,10 154:6 155:22 158:16,20 159:10, 22 160:4 161:4,8, 10,14,19,23 162:18 164:18 168:17 173:3,13, 25 174:13,16 175:9,14,16,20 176:8,14 177:12 179:8,10,15 180:15 181:21,25 182:5 184:23,24 187:8,9,15 189:4, 21,22 190:4 191:9 193:12 194:16,25 195:8,9,10,14 198:18,23 200:2,

14 201:10,11,20 202:12 203:21,23 204:3,9,14,15,16, 22 206:21,22 207:3 209:4,6,18, 19,21,22 210:10, 13,15 211:5,10,11 212:5,13 213:22 217:7,11 218:9 220:22 221:8,13, 20 222:7,15 223:2 224:3,11,12 226:5, 10 227:2,6 228:11, 24 231:6,15 232:2, 22,24 233:2,5,20 234:21,24 235:2, 14 236:11 238:11 240:3,4,8,9,16,18, 23 241:23 242:3, 17 243:3,4,15,21, 22,25 245:6,9,19 246:11 248:11,15 249:23 250:2,5,11, 13 253:6,10 254:16 260:18 261:3 262:23 263:17,24 264:25 265:6,25 266:10 267:11 269:24 270:7,11,15 272:22 273:5 275:24 278:3 279:7 280:17,24 281:6 282:9 285:14 286:21 287:4 288:3,13 289:8,20,22 290:3 292:3,13,24 293:19,23 294:22 296:4 298:2,5,8,9, 15,22 299:9,10,14 301:3,11,12 303:18 306:4,13, 23 307:18 309:2,7, 8,20 310:12

**don't--** 201:8

**donated** 259:17

**done** 40:24 74:14 82:22 84:16 86:15 110:23 112:14,15 119:21 121:8 166:8 169:17,25 189:12 191:4,5 206:20 225:20,21 226:6 251:11 260:2 279:10

281:13,14 282:15
283:11,16,21
290:8,19 294:10
303:19 305:8

**dont** 224:6

**door** 76:2

**doors** 271:13

**doubt** 128:21

**doubts** 215:14

**down** 5:25 8:11,
22 32:15 109:15
136:2 138:16
145:25 149:8
165:10 180:17
181:4 184:7,13
205:16,21 229:2
310:17 311:5

**draft** 27:18 129:25
130:3 184:6

**drafted** 132:16

**drafting** 26:25

**drafts** 110:25
111:2,4

**drew** 85:9

**driver** 75:23 76:8,
11,22 83:2 277:2

**drivers** 75:8 84:20
85:3 108:23
216:21

**drop** 217:15

**dropped** 86:20
88:19 193:25

**droves** 279:18

**dual** 278:6

**due** 40:23 75:5
114:4 149:11
268:7,10

**duly** 5:10

**durability** 64:19
279:5

**during** 10:3,21
17:9 24:21 25:2,18
30:16 94:2 103:5,
13 104:4 105:10
148:24 251:16
256:6 273:10

**duties** 154:20

## E

**e-mail** 46:22
53:21 74:12,15
78:3 93:5 99:10
112:15 113:7
133:20,21,24
134:2 135:6 136:3,
6,9,16 138:15
163:18 217:19
260:14 264:13
268:9 290:22

**e-mailing** 42:9

**e-mails** 41:8,10
42:12,16 93:12
112:17,20 113:2
115:8 118:23
231:7

**each** 40:8 58:17
75:3 90:13 98:17
110:3 123:25
124:2 125:10
147:19 154:10
206:4

**earlier** 59:17
100:4 160:7
166:14 266:6
268:16 302:13
308:4,5

**early** 31:7 49:7
79:18 220:23

**easier** 297:18

**easily** 206:10

**easy** 154:12,17
205:4

**education** 10:24

**effect** 220:17

**efficient** 219:10

**effort** 48:19 95:15
214:3

**ego** 34:16,21

**eight** 139:24
213:11

**eight-year-old**
250:9

**either** 50:10 73:24
88:7 95:10 96:8

98:10 132:3 158:9,
17 210:17 212:24
217:14 248:11
250:3,6 273:6
294:8

**elasticity** 137:5
279:5

**elbow** 247:19

**electronic** 15:23
16:2

**electronics** 29:4

**else** 10:15,20
22:15 36:18 37:5,
21 69:8,19 71:9
72:23 123:5
146:20 163:6,25
169:2 175:18
257:11 292:3
297:16

**Elstro** 135:7

**emergencies**
278:19

**Emoji** 249:8,11
250:10

**Emojis** 250:6

**employed** 16:10
43:15

**employee** 16:13
47:11,15,24 48:8,
12 49:10 162:20,
25 164:19

**employees** 24:8,
22 25:3,7

**employment**
11:18 12:10

**empty** 216:22
217:16

**encountered**
252:5

**end** 68:13 76:17
101:19 129:15
158:5 233:11
279:9

**ended** 35:11 90:5
97:12 104:5
273:13

**ends** 136:15

**enemies** 227:16

**engaging** 33:14,
25 34:7 38:23 67:4

**enough** 205:4

**enter** 74:19
120:19

**entered** 256:20

**entering** 34:23
46:5 110:9 114:20
124:24 131:6,23
249:5

**entire** 140:10
237:23 273:6

**entirely** 112:14
113:12

**entirety** 136:11
145:2 228:25
306:15

**entitled** 58:9
149:21,25 151:15

**entity** 181:20
182:21 187:13,14
238:12 263:4,20

**entry** 108:7

**equipment** 7:9,11
20:20,24 59:5,15

**Eric** 37:13

**escapes** 7:22

**escrow** 183:7,24
185:9 186:9,10,19,
23,25 204:19

**escrowed** 185:13

**especially** 283:13

**essentially**
294:20

**establish** 131:5

**established**
273:8

**et** 311:21

**evaluate** 248:4

**even** 9:9 36:24
44:19 78:13 79:22
116:4 125:3
139:11 172:16
179:17 185:11
191:18 194:25

198:19 206:21
218:10 239:18
249:18 262:16,19,
21 288:4 303:7

**event** 304:2

**events** 264:18

**Eventually** 11:20

**ever** 6:12 8:4
35:16 41:17 42:5
50:2,5,8,21 51:19
52:19,24 55:6,9
56:2 66:14 76:23
77:4 90:18,24
91:12 92:2,18 94:4
103:25 105:4
111:21 163:15
164:3 167:8,21
169:10 173:14,16
177:9 178:6
188:6,11 194:7
199:12 201:16,24
202:7 203:16,24,
25 204:5,8,10
209:19 211:24
236:19 237:8
241:21 243:13
256:2 260:17
261:15,18 264:13
274:6,21,23 276:2,
9 280:10 288:11
289:14 307:3
308:7

**every** 63:6 78:12
81:18

**everybody** 119:9
139:21 254:5
289:9

**everybody's**
36:23 93:7 104:10,
25

**everything** 8:11,
12,22 65:14 78:12
85:13,15 142:15
153:16 189:3
208:14 219:15
277:15

**evidence** 190:17,
21 223:3 229:23
244:17,21 278:25
299:17 303:8,9,13,
14

**exact** 61:11 153:4, 19

**exactly** 26:8 91:23 193:17 197:22 203:7 205:22 206:2 229:23 240:24 247:9 286:7 291:11 305:14

**examination** 5:13 34:24 35:12 36:6 37:20 41:2 45:9 59:23 60:3,10,16 61:9,20 62:11,23 63:4,6,10,14,16, 18,19 65:9 66:8,12 67:10 68:12 70:16, 25 71:17,24,25 72:4,8,10,20 73:3 96:21 97:3 100:18 101:19 102:23 103:19 107:19 140:25 143:14 146:15 165:22 168:24 169:8 170:4 190:11 191:7 212:7,9 228:16 230:18 231:12 247:25 275:6,12 278:7,11, 16,17 279:3,17,19 280:12 281:3 283:6 284:24 285:4 286:2 291:2, 12 292:8 300:6,12, 14 308:10 310:6 311:10

**examine** 80:15 103:24 138:17

**examined** 5:12

**examining** 80:3, 11

**example** 21:6 79:17 232:6

**exclude** 69:24

**excluding** 149:3

**exclusion** 222:11

**exclusive** 56:9,14 267:21 296:19 297:14 298:8 308:21 309:4 310:9

**excuse** 8:16 158:22 180:19

**execute** 186:2

**executed** 62:5 186:4

**execution** 16:25

**executive** 135:12

**executives** 214:16

**exhibit** 28:3,7 127:11,16,18 133:19 134:3 143:24 144:3 164:14 179:17 180:3,8 183:13 184:2 194:11 197:2 207:9,12,17 216:8,12 224:4,5 233:3 260:6,11 264:5 311:14

**exist** 44:4,6 280:21,24 281:2 285:24 308:18

**existence** 307:4

**exists** 74:12 80:10 286:22 287:4 308:13

**expand** 28:22 159:13

**expect** 285:23 309:10

**expectations** 143:13

**expected** 198:2

**expecting** 309:5

**expenses** 123:13 124:11,15 161:17 163:11

**expensive** 279:16 281:24

**experience** 31:11 58:24 59:18 64:3,6 171:4,14,19

**expert** 248:7

**expertise** 291:9

**experts** 248:5

**explain** 6:22 21:17 58:14 91:5 156:23 168:8 197:22

**explained** 65:17 153:6 168:17 279:14 289:25 310:18

**explains** 129:16

**explanation** 224:11 268:11

**express** 165:17 166:4 168:3,13 293:3

**expressed** 112:21 113:3

**expressly** 65:17 289:25

**extend** 247:19

**extensive** 93:16

**extensively** 64:11 180:25

**extent** 261:24 302:24

**exterior** 92:8,9,13

**extort** 119:25 120:7

**extorting** 122:3 124:15 155:5

**extra** 152:23 153:19 246:13

**eyes** 103:2 248:4

---

**F**

**fabricated** 79:13

**face** 249:22

**faced** 29:2

**facilitate** 127:2

**facilities** 102:9 108:21

**facility** 88:6 107:20 108:20 192:12

**fact** 40:10 45:10 75:22 88:23 93:17

101:17 126:4 146:22 192:15 193:23 212:6 278:9 297:20 303:3 305:22

**factories** 306:21

**facts** 126:6

**factual** 75:21 297:11,13

**failed** 39:4 137:16 206:12,16 213:10

**failing** 63:3 146:16

**fair** 158:11

**fairly** 64:18 184:22 190:24 274:16

**fake** 79:5 83:21 139:10 146:22 210:3 251:20 252:12 253:8 302:11 305:20

**fall** 125:25 220:13

**fallen** 293:8

**falls** 302:21

**false** 188:24 189:3 231:15,16 232:12 299:23,24 308:22

**familiar** 12:24 18:15,16 19:12 126:19 127:6 207:14 208:17 229:3 242:19 243:10,23 245:25

**far** 40:2 54:3 106:10 119:6 225:4 262:22 286:9 290:18

**fashion** 46:22 163:19,20,21

**fast-talking** 234:19,25 235:14, 19 236:13

**favor** 259:16

**FDA** 68:16 69:16 73:8 165:23 274:12

**February** 175:7 187:22 202:10 204:12 228:10 265:3,5 292:9 296:10 299:9

**February/march** 265:10

**feel** 99:21 137:5

**fell** 81:4 259:3

**felt** 119:18 295:25

**few** 35:22 52:3 78:8 109:14 209:10

**fight** 138:23

**figure** 89:2 145:19 205:3 233:11 294:23 307:6,15

**file** 52:14 194:20 208:8 244:5 284:20

**filling** 20:19

**final** 145:16,19

**finally** 82:3 211:14

**financial** 12:2,4, 12,22 26:12 35:6 114:7 172:8,17,22 188:22

**financing** 129:16

**find** 26:14 110:13 163:10 199:23 205:9 218:16 247:10,12 252:16 255:6 280:8 285:21 292:21 295:18

**fine** 6:2,4 87:11 214:25 227:18 278:13 280:20 284:12

**finish** 66:17 131:17 227:7 309:22

**Fintek** 6:24,25 7:2,13,20 12:25 13:4,7,11 14:24 15:4,18 16:11,15, 19 17:6,10,16,19, 24 18:4,8,12

19:16,19 20:4,5,
19,22 21:7,11,15,
22,25 22:4,6,9,12,
17,19,21 23:10,17,
21,25 24:9,22
25:3,4,13,18,20
26:2,9,19 27:10
30:15,21 31:12,16,
21 32:7,24 45:11
46:8,20 49:7,16
50:13,17 53:2
54:12,19,22 55:4,
10 58:3,24 59:18
63:24 64:3,25
65:17,20 66:4,14,
22 67:6,8,12 69:4,
6,10,12,15 71:4,
10,15 72:17,24
73:7,16 74:7,17
75:18 76:24 77:5,
11,18 80:3,13,22
82:7 84:6,9 87:7
88:9 90:15,19
93:21 94:3,14,16,
18 95:10,16
100:13 101:15,18
107:9,12,16
110:10 111:18,21
112:21 113:3,10
114:21 115:14
116:8 117:14
118:17 120:2,7
123:9,11,17
126:23 127:7
128:13,25 132:14,
23 139:15,19
140:13 144:24
146:6,12 147:4
148:5 149:20,25
151:15 153:3
154:24 155:11
156:18,22 157:14,
22 158:8,18,22,24
159:2,12,21 160:2,
8 161:12,18,25
162:13,21 163:14
164:3,23,24 165:5,
17,20,21 166:5
167:21 168:4,10,
12,22 169:10
170:12,16,20
171:2,6 172:2,7,24
173:14,24 174:11,
19,22 175:12,19
178:6 179:2
180:10 184:14
186:17 188:5
256:3 261:14,18

262:5 263:8,20,21
266:19 290:5
293:4 299:4
300:20 304:6,7
305:5 309:11
311:19

**Fintek's** 10:14,17
26:25 27:16,21
41:13 65:22 75:7
107:13 161:12
163:4,10 274:5
288:9

**Firestone** 19:23
22:2,5,9 23:22

**firm** 183:9 186:22
263:3

**firms** 27:11

**first** 5:10 7:21
11:9 13:23 15:4
27:22 28:14 62:22
63:3 77:2 79:23
82:19 147:5
149:15 166:3
174:14 175:11
176:10 177:7,10,
13 178:2 189:9
191:3 204:18
209:2 215:9 217:3
220:20 252:11
258:5 289:13

**fit** 64:22 71:16
246:14

**five** 20:10 149:15
169:24 225:18
304:17 308:13

**five-year** 271:7,
10

**fix** 270:23

**flooded** 266:2

**Florida** 186:24
232:20 233:17
263:22

**flow** 219:22

**focus** 83:23 91:9
191:16

**focused** 15:23

**folks** 78:18 210:16

**follow** 115:23
124:17,19

**follow-up** 309:21
310:5

**following** 143:23

**follows** 5:12

**footnote** 261:9

**force** 68:12 70:15

**forged** 132:10

**forgotten** 248:2

**form** 11:18 167:4
286:22

**formal** 113:12
293:15 294:2

**formalities** 39:5
40:3

**format** 52:12

**formation** 188:8

**formed** 17:25
33:12 34:6,11
37:24 170:12
263:4,9

**forming** 281:10

**forms** 194:23
267:9 269:17

**forth** 79:14 93:12,
16 111:4 206:4

**fortunately** 258:4

**fostered** 258:16

**found** 89:5,8
215:8 292:18

**founded** 35:2

**founding** 13:6

**four** 214:23

**Four-year** 10:25

**fourth** 84:23

**frame** 218:25
219:2 256:5

**framed** 166:23

**frank** 272:15

**frankly** 195:13

**fraud** 102:25
118:5 173:19
227:19 251:20
252:4,5,8,19

254:18,20,22
255:4 279:7,8,22
281:15 282:12,17,
21,22 300:19,20
303:6,10,24,25
306:17

**fraudulent** 33:16
34:2,13 38:23
39:15 48:21 95:9,
15 96:17 101:17
143:17 279:24

**fraudulently** 79:5
97:13 101:16
294:21

**free** 157:2 309:9

**freight** 124:12
201:17

**Fresna** 19:22

**Frisch** 5:2,4 6:4
24:14 55:22 170:5,
7 171:10 172:10,
17 174:20 179:16
185:18 194:15
195:18 200:10,17,
21 207:8,25
208:10 213:4
224:17 225:2,10,
20,23 226:4 228:2
231:19 233:10
234:16 236:3
237:18 245:11,16
250:4,11,16 260:5
264:7 283:20
284:8 285:14,18
309:19,25 311:7

**frivolous** 124:12

**from** 9:23 10:19
11:2,8,19 19:18
21:11,14 31:21
32:2,5,17 33:15
34:2,12 35:5 36:2,
17 37:15 40:20
41:14,16,24 42:4,
6,9,12 43:2 44:9,
11 48:20 55:19
57:10,11,12,13,17,
21 61:3 63:11 64:7
65:20 67:6 71:20
72:5,14,15 78:3
80:3,13 81:9,21
83:9,10,12 89:16
93:21 94:14 96:8,
12 98:11,20 99:13,
16,19 100:6,10

102:15 109:15,21
114:4 117:3 118:9
119:17,25 120:7
121:19 122:25
123:16 129:3
132:21 133:20
136:20 138:8
139:23 140:17
144:17 146:18
148:8 149:4
150:15 155:15
157:19 170:10
174:15 175:19
176:6,24,25 177:4,
19 180:9 181:2
187:8 188:7 189:9
191:23 192:2
193:3,5 194:17
195:2 198:13
204:12,16,24
205:19 206:3
207:23 208:9,11
209:3,23 214:21
215:6 216:25
221:2 222:24
226:15 227:13,25
230:17 231:21,22
232:18,23 233:14,
19 235:3,6,9,10,12
239:5 240:19
241:2,22 242:3
244:13,18 248:19,
20 250:23 251:14
252:2 254:20
255:15,18,20
256:7,17 257:18,
22 260:15 262:2,7,
8 265:2 266:15,22
269:10,18 270:13,
22 272:2 273:2,3,
12,16 276:3,10
282:3,15 283:24
284:2,25 285:22
286:19,20 287:20
288:22,23 296:22,
25 297:15,22
298:14 299:13
300:10,22 307:23
308:8 311:17

**front** 28:9 63:5
127:13 144:7
224:4

**full** 93:9,13 95:3
147:13 150:19
159:5 190:24
217:4

**full-time** 162:20

**funded** 149:13

**funds** 17:8 38:7,
25 39:4,23 186:25

**further** 146:17
258:23

**furthermore**
192:2

**future** 270:14

---

**G**

**Gajik** 25:22
162:10

**game** 223:13

**gasoline** 278:12,
24

**gather** 114:4

**gave** 97:8 98:5
132:12 138:21
142:9 156:10
168:23 214:20,22
231:8 256:13
259:15 270:17
271:22 286:4,11

**general** 173:2
221:10

**gentleman** 7:22
36:25

**gentlemen**
135:19

**get** 8:13,24 32:21
48:6 78:3 81:8
85:18 90:2 96:11
99:2 106:13,22
108:3,6,10,20
109:2,4,6 119:16
143:16 155:5
170:9 171:12,13
173:24 176:16
186:23 194:14
196:4,18 200:4
202:6 203:25
209:16 212:4
213:16 216:22,25
218:18,24 219:20
220:2,5,11 224:5,
6,12 225:3,20,21
226:22 232:4
236:19 252:13

254:7 258:4 260:2
264:8,23 274:2,16,
19 280:18 283:3,9,
11,21,23 289:6
290:8 296:7
297:15 302:14
308:7 309:15,21
310:16

**gets** 81:12 85:5,6

**getting** 43:3 57:21
72:10 76:16 98:25
99:13,17 123:24
143:15 149:8
153:17 154:9
169:7 188:2 199:8
200:9 210:18
220:8,9,11,17
226:5,6 236:18
237:23 262:17
288:21,22 298:13

**ghoster** 256:19

**Gilling** 5:1,17 6:1,
7 7:1 8:1 9:1 10:1,
23 11:1 12:1 13:1
14:1 15:1 16:1
17:1 18:1 19:1
20:1,11 21:1 22:1
23:1 24:1 25:1
26:1 27:1 28:1
29:1 30:1 31:1
32:1 33:1 34:1
35:1 36:1 37:1
38:1 39:1 40:1
41:1 42:1 43:1,25
44:1,7 45:1 46:1
47:1 48:1 49:1
50:1 51:1 52:1,18
53:1 54:1,10 55:1
56:1 57:1 58:1,2
59:1 60:1 61:1,25
62:1 63:1,23 64:1
65:1 66:1 67:1
68:1 69:1 70:1
71:1 72:1 73:1
74:1 75:1 76:1
77:1 78:1 79:1
80:1 81:1 82:1
83:1 84:1 85:1
86:1 87:1 88:1
89:1 90:1 91:1
92:1 93:1 94:1
95:1 96:1 97:1
98:1 99:1 100:1
101:1 102:1 103:1
104:1 105:1 106:1
107:1 108:1 109:1

110:1 111:1 112:1
113:1 114:1 115:1
116:1 117:1 118:1
119:1 120:1 121:1
122:1 123:1 124:1
125:1 126:1,19
127:1,12 128:1
129:1 130:1 131:1
132:1 133:1,17,20
134:1 135:1 136:1
137:1 138:1 139:1
140:1 141:1 142:1
143:1 144:1,6,9
145:1 146:1 147:1
148:1 149:1 150:1
151:1 152:1 153:1
154:1 155:1 156:1
157:1,3,13 158:1
159:1 160:1 161:1
162:1 163:1 164:1
165:1 166:1 167:1
168:1 169:1 170:1,
6 171:1 172:1
173:1 174:1,21
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1,14 251:1
252:1 253:1 254:1
255:1 256:1 257:1
258:1 259:1 260:1
261:1 262:1 263:1
264:1 265:1 266:1
267:1 268:1 269:1
270:1 271:1 272:1
273:1 274:1 275:1

276:1 277:1 278:1
279:1 280:1 281:1
282:1 283:1 284:1
285:1 286:1 287:1
288:1,10 289:1
290:1 291:1 292:1
293:1 294:1 295:1
296:1 297:1 298:1
299:1 300:1 301:1
302:1 303:1 304:1
305:1 306:1 307:1
308:1 309:1 310:1,
8 311:1,4

**Gilling's** 5:20

**gingerly** 278:23

**ginormous**
247:15

**give** 35:22 96:23
111:22,23 122:2
142:4,8 143:21
146:19 156:6,12
202:11 233:13
247:22 251:19
253:16,19,24
254:11,12,13
256:23 268:11
270:16 279:12
280:14,18 286:10
292:7 305:24
306:3 309:23

**given** 16:20 62:14
206:7 291:23
292:12

**gives** 274:18

**giving** 9:11
188:22 254:23
257:6 270:23
281:17 290:18
294:14 302:16

**gladly** 74:13

**global** 29:20
296:20

**glossy** 268:18

**glove** 31:14 32:20
54:14 55:11 56:4,5
58:17 60:10,12,16
61:7 62:14,18,23
63:4,6,7,10,19,20
64:19 68:13 72:7,8
73:10 89:10 96:6
97:8 137:3 138:3
140:3 204:12

206:5 212:9,13
222:20 226:19
228:16 240:25
243:21 246:14,18,
19 247:13,15,19
256:15 258:12
259:14 271:5
275:7 278:17
279:3,25 289:15
291:5,6,7,11,12
297:5 300:4,14,16
306:21

**gloves** 7:6 17:12
30:11,15,20 31:2,
7,13,17,21 32:7,9,
22 33:2,3 34:25
35:12 36:6 37:20
41:2,3 45:9,17
46:11 51:15 53:2,
17,24 55:2 56:6,
10,14 57:7,10
59:23 60:3,4 61:4,
9,13,20,21 62:8,9,
12,21 63:3,22,24
64:4,21 65:6,9,13,
19 66:5,9,12 67:6,
10 69:5,11,16
70:16,24 71:2,5,
11,16,24,25 72:5,
6,10,18,20,25 73:3
75:9,12,20 76:5,
13,20,25 77:6,12,
19,23,24 78:5
79:2,6,10,12,19
80:4,14 81:4 82:8
83:14,21 84:9,15
87:22 89:3,5,16,21
90:6,13,20,23
91:17 92:19 93:7,
14,21,24 94:4,5,
14,17,18 95:4,5
96:21 97:3,12
98:24 99:2,13
100:13,18 101:18,
20,22 102:5
103:10 104:9,11,
18,24 105:16,18
107:11,19 108:8
109:19 117:9
118:8 121:19,25
122:4 123:24
124:9,14,16
126:23 129:3
135:25 136:20
137:2,7,14,15,20,
24 138:2,5,7,17,
18,21,24 139:5,8,

10,15,22 140:5,17,
20,24,25 141:5
142:14 143:15,18
146:12,15,22
147:20 148:7,8
150:12,21 153:5,
15 155:12 157:22
158:6,8,19,24
165:19,20,23
168:25 169:8
174:2,14 175:10,
11,19 176:3,5,11,
18,23 177:11,14,
15 178:12,17
179:13 181:11,16
189:8,9 190:8,9,
11,14,18 191:7,17
195:5 199:23
201:17 202:16,21
203:16,19,25
204:6,15,24
205:19,23 206:19,
20,25 207:4
208:24 209:11,20,
25 210:23 211:3,
25 212:6,7,8,15,22
213:24 214:5,11,
18,25 215:11,16
219:25 221:11,16
222:3,6,9,11,23,25
223:9 226:14,22
227:5,11,22 228:5,
9,15 229:24
230:13,22,24
231:13 232:9,18
233:15,18,22,23,
25 234:5 238:9,19,
25 239:4,20
241:22 242:7
243:2,14,15,17,19
244:2,18 247:18,
24,25 248:16
249:7 250:24
251:8 252:10,14
253:11 254:14
255:14,17 256:7,
22,23 257:3,6,13,
14,23 258:2,7
259:2,9 264:20,24
265:11,15,21
266:2,7,8,9,11,15
267:20,22 268:9,
20,21,25 269:3,4
270:22 271:3,23
274:7 275:12
276:20 277:21
278:6,10,15,17,20,
22 279:4,16,17,19,

21 280:11,12,16,
20,21 281:3,17,20,
24 282:24 283:5,6
284:2,23,24 285:3,
5,25 286:2,5
287:18,20 288:21
289:6 291:2,15
292:9,10,14
293:22 295:11
296:18 297:15
298:14,21 299:5,
12,13 300:3,22,24
301:22 302:12
305:21 308:10,14,
21 311:16

**go** 8:8 20:8 32:9
54:10 63:7 75:24
78:14 81:7,11
82:10 103:16,18,
21 104:16,24
105:13,18 108:22
109:5,13 132:24
140:19 150:25
157:11 160:8,16
180:17 181:2
184:7 198:20
200:2,23 201:4
209:7 227:12
229:9 232:6,25
245:21 260:4
261:10,13 273:22
277:8 278:18
280:18 283:7
290:4

**goes** 50:24 85:5
87:25 181:2 236:4
274:15

**goggles** 109:7

**going** 9:18 26:17
27:6,7,25 28:12,24
40:13,21 43:23
82:25 83:24 86:4,
16 87:5 93:12,16
99:3 111:4 119:5,
12 121:11 125:20,
21 127:10 131:10
133:17,18 143:22
144:11 147:4,12
148:5 149:10
152:20 153:23
155:5 164:12
172:2,10 179:20
183:12 184:7,13
186:22 191:2,6
194:5 195:12
196:11,17 197:3,

23 202:6 204:19
212:3,16 213:4,12
215:24 218:23
219:4,13 221:5
223:19 224:7
225:17 226:8
229:14 230:20
232:3,5 237:18
241:6 245:8,10
247:12,16 252:12,
15 253:23 254:16
255:6,10 260:25
262:5 266:13
270:16 272:12,16
273:12,22 278:19
283:19,22 284:9
286:8 294:16
296:6 307:21
309:15 311:19

**gone** 271:9
308:16

**good** 6:7 138:22
143:12 170:6
189:4,6 200:4
202:11 208:15
215:19,21 259:16,
19,21 260:23,24
267:23 269:25
278:11 285:8

**goods** 15:23 16:2
17:10 22:18,22
23:10,17,21,25
26:3,9,20 91:13,14
92:3,4,10,13,14,21
276:3

**goofy** 242:6

**Google** 15:11,13
29:11

**got** 32:17 36:11,23
39:11 51:9 58:6
84:24 85:2,4,10
91:18 92:22 99:16
103:18 104:8
110:4 117:25
124:10 141:10,12
143:17 145:5
171:24 189:3
192:2 198:3
207:22 211:8,11,
12 212:8 216:3
219:6 220:13
227:18 231:21
237:12 253:21
257:12 258:20
264:9 265:2

269:10,14 276:25
278:23 282:24
286:8 291:16
292:14

**gotten** 225:5,7,14

**gown** 259:12

**gowns** 17:13
259:7,14 269:4

**grade** 59:22 60:16
61:7 146:15
165:22,23 230:18
231:13 300:4

**graduate** 11:6

**graduated** 257:9

**graduating** 11:8

**Grays** 214:14

**great** 96:23 165:4
183:20 217:25

**greed** 282:15
289:8,12

**greed-driven**
289:4

**Grinvald** 141:23

**Grinvalt** 71:6
141:18

**ground** 154:22,25
155:8 209:11

**group** 64:14 65:23
66:6 78:4 87:18,
19,20,24 88:5,8
108:6,9 134:7,18,
23,24 135:9,13,19
158:4,9,12,18,23
159:16,19 170:20
174:3,12 175:22
188:19 210:7
214:17 243:24
244:18 258:12,24
264:21 265:23
266:22 269:11
270:10 292:3

**Group's** 270:13

**groups** 95:25
257:16,18

**guarantee** 110:14
111:22,23 112:22
113:4 114:21
115:15 117:15

118:18

**guaranteeing**
113:20 114:9

**guarantor** 113:10

**guess** 27:12
179:21 202:8
262:3 264:4
293:25 302:25
311:13

**guidance** 143:19

**Gunster** 184:25
186:21

**guy** 25:24 188:21
217:8 227:4,11
234:19 235:19
236:14 265:23
275:21,23,24
302:19

**guys** 85:17 118:9
132:23 187:14
202:15,19 203:10
232:23 267:23
291:3 303:7 306:7,
11 307:25

**H**

**habit** 130:22,25
131:3,13,20,24

**hair** 17:12

**half** 89:3 95:3
201:7 212:22
223:21

**hand** 246:14
247:16 271:25
278:18,23 300:17

**handle** 80:23

**hands** 89:7,9 93:8
94:21 104:10
105:2 139:2

**Hang** 207:20,21

**hanging** 237:3

**happen** 83:6
84:20 109:13
115:10 119:15
198:7

**happened** 21:17,
21 78:21 79:19
99:12,18 103:11

108:7 116:19 148:13 150:5 151:21,25 186:20 197:24 211:21 251:23 255:5 279:9 303:3

**happening** 159:23 240:14

**happens** 219:16 267:12 269:20

**happy** 10:5 136:12 223:16 229:2 265:16,21

**hard** 199:23 231:4 240:13

**harvest** 190:24

**has** 26:19 29:2 45:24 47:6 51:19, 23 52:18,23 62:22 63:9,11,12,15,16 68:6 76:12 96:18 98:6 156:18 157:5 164:23 165:5 170:16 178:10 180:7 191:22 209:10 236:8 261:18 262:14 263:22 284:6 298:3,13 308:16 309:20

**hassle** 187:2

**haven't** 225:4,6, 13 272:4,5 303:16

**having** 5:10 40:13 86:19 105:18 154:9 156:7 205:20 216:4

**he** 14:13,17 17:20 46:8,20 48:12 57:20 62:3 67:19 72:3 78:6,14 83:2 96:4,7,10,12,14 97:7 98:7 99:7,9, 13,14,15,16,19 101:2,5,17 105:25 106:4,12,14,17,18, 20,21 111:13 116:25 122:23 126:25 134:20 135:11,12,22 137:23,24 142:6 146:19 156:7,8,10, 14 157:4,7 162:18,

20,23,24 166:7 168:23 172:18 182:8,9 185:5,19 188:17,18,20 190:9,15,18 195:18,23,25 196:11,17 209:14, 16 221:5,7 224:17 226:21 227:18,19 230:23 231:2,3,5, 8,20 232:20 234:17 242:25 249:23 250:18,19, 20 254:24 255:2,6, 7,9 256:11 258:18 265:14 274:21,23 275:2,21,24 285:18 288:12,13, 15,19,21,25 289:3, 4,5,7,14,19 293:17 298:8,13 299:20 300:22 301:6,9,18, 21,23 302:11,14, 15,21 303:4 305:3, 7,8,23,25 306:6,9, 10 307:5,6,7,8,14, 22,23 309:21

**he's** 135:18 234:11,14 235:3,9, 12 275:24 303:21

**head** 26:18 214:17 215:2

**Health** 19:22

**hear** 48:3 185:20 200:15 225:7,14 248:6

**hearsay** 16:4

**held** 5:8 8:19 39:16 48:13 56:8, 12 57:5 70:10,24 98:23 107:5 114:17 123:25 124:20 125:5 126:7,12 179:24 180:22 249:6 264:12 276:8 278:5,9 289:5 297:13 306:11,14 311:9

**helding** 155:4

**hell** 255:12

**help** 73:13 74:14 108:9 126:25

200:23 232:4 249:19,20 271:17

**helpful** 200:20 283:13

**helping** 311:21

**helps** 100:17

**hence** 88:20 267:17 271:25

**Henderson** 135:15

**her** 162:12 179:7 181:10,15 189:20, 23 246:14 247:21 248:18

**here** 8:10,12,21 9:12 28:21 37:9,10 43:7,8 46:18 60:15 67:22 106:12 132:21 135:24 136:14 146:4 147:18 149:9 151:6 153:6 154:6 155:20 156:18,22 157:8 164:8 165:7, 11,12 166:11 168:10 180:23 184:13 195:22 196:25 197:5,23 201:4 202:14 203:8 208:22 216:8 217:25 229:22 236:5 240:2 241:12 244:10,14 245:21 252:22 254:9 262:25 264:18 268:19 283:21 289:10 290:6,9 295:20 304:11

**herein** 38:24

**hereunder** 149:11

**Hershey** 36:22,24 37:2,3,8,13 42:22 43:2,5,18 53:6,14 69:25 73:25 82:2 85:16 90:4,5 101:11 111:11 115:17,25 116:5 119:4 121:6 122:22,25 142:4 143:16,21 146:18 155:6,24 163:24

175:24 288:20 289:6 292:4 311:20

**Hershey's** 36:22 143:19

**hey** 78:4,9 96:18 214:25 220:12 280:19

**high** 205:25 214:23 221:11

**highest** 10:24

**highlight** 51:6 100:16 110:12 149:17 197:4

**highlighted** 73:14 250:23

**him** 13:22 17:23 42:25 62:6 66:17 97:23 106:4 122:23 127:4 131:17 182:13,16 188:18,20,22 195:21 221:2,25 222:22 223:16 224:23 225:3 226:24 227:7,19 232:23 233:19 234:11,13,18,22 235:3,4,18 237:3 255:18 256:24 275:22 289:22 296:14 302:20,25 303:10 304:22 305:2,19 306:7 307:20,22 308:2

**himself** 48:14 106:16 116:25

**hindsight** 292:14 297:17

**hire** 80:23

**hired** 76:11 84:6 86:6 188:4,5

**his** 5:22,24 36:25 37:4,8 61:25 96:10,13 134:19, 21 137:22,23,25 141:20,24 156:12 157:4 162:17 174:21 176:3 182:10,14,17 186:22 236:4,23 237:4 255:8

256:10,11 259:25 288:22 306:11

**historically** 29:24

**history** 29:13 200:12

**hitting** 237:16

**hmm** 250:10

**hold** 39:12 124:24 268:3 276:6

**holding** 35:3 36:9 51:14 57:22

**Holdings** 7:21

**home** 5:20 283:22

**homework** 254:17

**honest** 44:15 267:12 306:15

**honestly** 195:15

**hope** 283:8 309:18

**hopes** 307:6

**hoping** 191:10 305:23

**hospital** 31:15,19 34:25 41:3 60:10, 13 61:4 62:24 63:7 65:22 66:5,25 71:2 72:2 76:6 78:25 79:7 89:7 94:21 102:6 104:18 105:15 107:13 108:8 109:13 124:13 135:5 213:3 214:12,15 246:20 256:12 259:14 278:18 292:16

**hospitals** 66:11 87:19 158:13 159:16 177:11 191:5 203:20 213:25 230:20 265:15 275:5 307:10

**hours** 78:9 149:3 225:22,23

**house** 211:14,15 238:20

**housed** 238:19

**houses** 76:5 88:2

**how** 11:14 12:5
13:10,13,16 22:11
23:20 24:8,22
40:21 41:23 44:10,
13 57:16 58:2,14
60:24 61:15,17,19
62:10,17,20 63:23
64:9 68:20 69:19,
24 70:6 77:17
79:16 88:3,23
89:23 90:22 95:24
96:17 99:13 101:2,
25 103:4,12 106:6
117:23 137:18
139:22 140:5,19
158:17 159:7,19
173:23 176:17
178:19,22 191:21
192:22 193:2,8,17
195:19 204:14
208:5 211:6,9,18,
21 213:23 223:24
224:12 227:17
239:22 242:15
244:6 245:9
251:13,14 254:21
265:7,25 267:19
268:19,21 269:13,
20 275:2 283:17
288:20 292:5,9
294:9 299:22,23
304:5,10,11 305:6,
14

**however** 57:23
82:23 86:15 104:7
138:6 265:22
269:10 280:20
308:23

**Hub** 18:13,15,17,
19,22 19:9 170:21,
25

**Hub's** 18:24

**hundred** 88:12
90:17 103:16
123:11

**hundreds** 90:9,10
155:9 180:17

**hustling** 202:20

**hypothetical**
262:24

**I**

**I'D** 8:25 10:5
136:23 144:25
145:9 187:7
197:24 200:13
223:16 228:24
229:2

**I'LL** 8:8 28:2,3
47:4 51:10 67:21
84:18,21 96:23,24
127:22 133:14
136:2 165:10
171:10 183:17
196:12,13 198:17
200:10 233:13
240:3 259:24
261:4 264:8 268:5
303:4 308:12

**I'VE** 160:25
171:24 182:14,17
191:12,15 192:24
207:3 224:19
241:11 242:9
250:22 303:17,23
308:12 311:12

**I-D-O** 255:15

**I.D.** 108:14

**idea** 23:20,24
86:10 112:19
152:12 171:18
203:16 213:23
218:22 222:14
223:12 237:9
279:8 296:21

**identical** 137:4,6,
21 139:6

**identification**
28:7 127:19 134:4
144:4 180:4 184:3
194:11 207:12
216:13 260:12

**identified** 20:12
102:21 193:9
205:7 207:17
245:17

**identifies** 102:15

**identify** 52:13
66:22 68:22 69:21
179:13 193:5
205:6 207:16

245:15 286:18,23
291:19

**identifying** 193:6
286:7

**identity** 66:15

**Ido** 255:15 257:6,
7,19 258:7

**IDS** 11:21,24,25
12:6,9

**ignored** 305:3,9

**imagine** 114:24

**immediately**
65:22 155:12
300:17

**import** 129:5
154:19

**important** 8:13,
24

**imposed** 118:5

**impossible** 76:21
88:20

**in-person** 49:23,
25 50:3,6,9

**inaccurate** 265:5

**inbound** 195:4

**Inc** 6:10,11 46:9
129:4 195:3,9
243:24

**inches** 214:23

**include** 225:24
266:23 268:25
293:13 295:16,23

**included** 294:13

**includes** 226:2

**including** 29:4
49:10 67:12 68:14
85:13 165:16,18,
20 194:4 214:17
300:11

**inconsistent**
301:25 302:5

**incorporated**
18:4

**incorrectly**
131:4,14,21

**incredible** 258:15
273:9

**Indianapolis**
214:13

**indicate** 21:13,20
172:5

**indication**
254:11,13

**individual** 36:18
41:14,24 42:3 44:9
47:10 53:4 86:3
182:6 232:17
242:20 257:3

**individuals**
25:19,25 26:7
95:25 122:6,12,19
123:2 210:21

**induce** 67:6

**industry** 30:2
60:17,25 63:13,19
64:10,12 72:4
219:9

**ineffective** 48:19

**inexpensive** 72:7
254:7

**infectious** 71:19

**inferior** 95:4

**infinitum** 276:5

**inform** 66:4 94:16
307:3

**information** 26:2,
8 33:13,24 34:4,9,
19,22 44:18 50:25
51:11 108:12
114:12 139:8
142:7 305:24

**initial** 204:12,17

**initially** 83:24
181:19 243:19
309:3

**input** 30:23 111:9
265:17

**insert** 30:2

**inside** 92:6,7,14
199:23 219:16

**inspect** 75:11
84:15 86:5 88:21,

**incredible** 258:15
273:9

24 102:8 104:17
109:17 148:21
189:8 192:23
276:16,19 298:20

**inspected** 211:15
246:10 276:21

**inspecting** 76:13,
19 148:7 276:3,10

**inspection**
140:23 147:21
148:17

**inspections**
104:8 280:6

**instance** 77:2
282:22

**instead** 301:15

**instruct** 262:5

**instructed** 46:8

**instructions**
93:11 170:7

**insurance** 12:19
124:11

**INTCO** 226:19,20,
22 243:19 255:19,
21,23 265:11

**intel** 256:13

**intend** 186:11

**intended** 232:2
256:2

**intending** 67:11

**intent** 127:7,17
128:8,12

**intention** 216:6

**intentional** 95:15

**interchangeable**
65:10 73:18
114:13

**interchangeably**
120:16

**interested** 97:6
200:12

**interests** 163:2

**interface** 16:25
17:2 111:16

**interject** 24:14

**intermediary**
182:4 274:23

**internally** 301:24
302:5

**international**
68:15,17 243:24
244:19

**intertwined** 40:7

**intervention**
71:18

**into** 30:2 34:24
46:5 62:2 63:7
65:5 74:19 76:4
78:2,13 81:13
82:10 83:5 102:9
103:4,12,20
104:16 105:19
108:19,22 109:9
110:9 114:20
120:19 124:25
131:6,23 138:24
154:13,14 177:11
185:9,23 188:2
191:24 192:12
205:24 219:12
230:20 249:5
252:13 256:20
277:8 283:9

**introduce** 127:10

**introduced** 49:7,
16 50:14,17
173:24 178:20,22
182:2 210:8
310:16

**introducing**
49:20,22

**introduction**
111:14

**inventory** 300:23

**investigate** 283:8

**investor** 156:9

**invoice** 207:10,15
220:3 243:7,11
244:22 267:5
294:9,12

**invoiced** 123:11
293:21

**invoices** 155:25
156:15 183:5
286:10

**invoicing** 17:3
123:17 244:24

**involved** 13:6
14:19,24,25 15:4
16:2,5 26:24 27:15
29:25 30:14,19
36:11 111:7 173:7
174:23 176:6
210:22

**involvement**
30:18 41:7

**irrelevant** 130:5
236:2

**isn't** 179:11 187:9
197:25 221:2
228:2 229:8
235:21 244:16
268:15 272:9
273:11 278:14
280:20 281:19
283:2 288:17
301:24 302:4
311:21

**issue** 44:21 67:5
79:24 103:17
104:4 279:5

**issued** 109:4,6
293:16

**issues** 29:13
204:11,21 221:23
222:10,20 234:4
251:23 259:4

**items** 131:11
161:17 301:19

**its** 26:3,9,20 38:21
45:14 48:20 74:18
75:7 90:16 112:21
113:3 114:21
136:10 145:2
153:16 159:13
168:11 177:11
228:25 241:4
284:9 306:15

**itself** 56:13
114:17,25 116:10
121:9 126:8

**IV** 33:23

---

**J**

**jamming** 124:14

281:15

**janitor** 230:21
281:17 300:4

**janitor-grade**
89:5

**janitors** 61:16

**January** 264:24
265:2

**January/february**
264:22

**Jason** 137:22,23

**jerk** 196:18 234:12

**Jersey** 270:4

**Jew** 235:3,12

**Jewish** 234:14,19
235:21 236:13,16
306:3

**Jews** 235:9

**JNS** 50:25 51:11,
20 52:20,24 53:15,
23 57:11,14 65:21
68:11 75:4 93:22
98:9 100:14
102:19 105:12
107:7 157:16
165:14 174:15
175:11,21 176:12,
18 177:15,16
178:3 179:9,22
181:20 183:2
187:5,9,10,12,21
188:7,13 192:4,10,
11 203:5,12
204:12 209:3
210:14 218:14
222:11,24 252:3
266:8 274:6
287:13 288:16
296:17 297:3,22,
23 298:4 299:6,7
311:16

**job** 11:9 16:17,22

**Joe** 99:11 115:25

**Joel** 50:14,18
98:9,18,20 99:7
100:22 102:19,22
106:16 175:20,23
176:24,25 177:7
178:4 187:16
188:17 192:14,16

193:20,24 202:3
204:16 205:15,19
206:3,8 215:23
220:19 223:8
226:7 228:11,12
236:20 239:13
246:17,23 247:6
248:19,23 258:9
265:3 268:13
269:8,9,10 275:19,
23 276:23 279:23
280:9 287:10
288:19 289:13
290:11 301:3
311:16,19

**jog** 74:13

**joining** 58:23

**Joseph** 6:11
100:7,11 111:5
164:4,8 165:7

**July** 138:12
221:23 258:24
280:6,7 311:18

**jump** 166:11

**June** 181:4

**jury** 186:12

**just** 5:24 8:7,20
10:3 15:14 20:8,
12,13 24:17 40:9
43:10 46:2 47:4
48:10 51:10,25
52:7 74:5 76:21
80:17 83:5,6 84:12
88:2,3,23 96:20,22
97:5,23 103:23
104:23 106:16
115:22,23 117:8
119:20,24 120:18
124:17,19,20,22
134:12 137:24
138:11 140:4
142:15 144:11
145:5 146:8,23
148:2 149:10
150:8,13 155:3
156:10,24 157:9
161:8,9 166:11,12,
16,21 167:4 168:9,
13 171:11 172:18,
22 177:3 178:8
179:18 184:11
185:10,17,24
187:3,24 188:20
189:18 191:10

195:5,23 196:13,
19,23 197:9 199:4,
18 200:11 203:14
208:3,15 209:5
216:3 217:18
220:16 225:25
226:13,25 227:17
231:16,20 232:5
235:17 238:3
241:7,15,18 242:5
244:7 247:3 251:6,
24 253:20 254:24
255:7 259:3
261:23 263:19
268:15 272:9,20
274:11 275:24
278:25 280:23
281:10,14,22
282:22 283:17,21
285:21 288:5
290:8 292:23,25
294:16,17 298:2,
24 300:9,11,18
301:18,23 302:15
303:3 310:10

**justify** 138:19

---

**K**

**Kascas** 100:8

**Kato** 13:12,14,17
14:2,10,20 17:18
24:24 25:21 27:19
30:23 33:8 36:20
40:25 49:24 55:17
102:7 111:20
112:10,11 115:17
117:18 121:5
122:9 127:5
128:20 132:12
160:6 162:8
163:13 171:15
173:5,10 180:10
184:14 237:6
260:16 263:25
265:4,19 269:23

**Kato's** 170:24
184:15,18

**keep** 24:15 176:17
223:19,20 227:16
229:13,14 291:4
302:15 303:13

**kept** 52:15

**Kimberly-clark**

258:2 265:11

**kind** 7:11 11:24
15:17 19:2 68:21
73:23 111:16
119:8 137:13
139:5 196:9
246:18 255:17
268:7 274:18
288:19

**kinds** 17:10
137:20

**King** 216:9,18,20
217:9,11,14,18
233:2 235:4,12
236:22,25 255:10

**Kitchen** 6:10
33:11 34:6,11,16,
20,23,25 35:8,13
36:9 37:24 38:3,7,
12,22 39:3,15,20
40:16 43:4 44:18,
25 45:6,13,24 46:9
47:12,25 48:9,14,
17 49:2,9 50:10
51:3,4,13,14,23
52:19,20,23,25
53:7,16,23,25
54:13,22 56:8,13
57:10,13,22 65:2,4
67:7,11 69:22,23,
25 70:3,10,18
73:7,17,25 75:4
78:18 81:19 83:13,
20,25 84:25 85:11
87:2 89:17,20
93:18,22 95:8,12
96:5,14 98:2,6,10,
21,22 99:14
102:12,17 104:5
105:11 107:8
110:15 111:24
112:6,23 113:5,11,
16,20,23 114:12
115:16 116:4
117:16 118:19
119:5,13,24 120:8,
15 121:14 123:10,
22 124:25 125:4,
23 126:4,9,12
129:3,17 138:21
140:17 141:14
142:18 144:23
146:5,10 148:6
151:4 153:4
157:15 165:14
169:19 175:2,24

176:19,20 177:4,8,
20 192:16 202:4
203:14 205:15,20
206:3,8 215:22
236:19 249:5
256:19 267:21
268:2 269:18
279:14 284:14
286:12 287:14,22
288:23 293:12
295:6,15 297:24
298:4,5,14 304:14
305:25 308:20
309:4 310:10,13,
19

**kits** 270:19
271:14,15

**Kleenex** 275:15

**knew** 37:12 75:5,
18 77:18 107:9
241:17 267:24
291:11,12,15

**knock-off** 29:4

**know** 5:19 7:19
9:17 10:4 14:16
15:16 17:15,18,21,
24 18:3 19:4,7
21:21,22,24 22:10,
14,24,25 23:3,5,
12,15,19 24:4,7,
11,23,24,25 25:6,
9,12 26:6,19,22,23
27:5 29:11,12
35:22 36:21,22,24
37:7,25 38:5,10,
14,16,19 39:14,19,
23 40:20 41:9,11,
15,21 43:12,16
44:6,13 45:6,23
46:2,15,20,23
49:14,24 55:5,8
57:2,4 61:15,17,19
62:2,10,17,20
63:12 64:9 66:7
67:18,19 69:22
71:13 72:21 74:2,
5,6,10,14 77:17
78:5,6,16 79:4,5,8,
11,16,24 80:6 81:7
86:25 89:12,23
90:18 91:6 94:11
95:4,24 96:4,23,24
97:2,7,12 100:5,7,
9 101:25 103:19
106:6,9,10,11,15,

16,23,25 109:7,20,
24 110:3,4 111:5
112:16 113:8,24,
25 114:5,11 115:5,
21,25 116:4,17,18,
20,24 117:17,23
118:4,7,24 119:6,
7,8,9,21 120:22
121:12,23 122:9,
21 123:4,6,7
124:12 130:18
133:12,14 134:7,
21 135:8,17
136:23 138:6
139:10,11 140:7,
16 141:22 142:17,
24,25 150:13
152:10 154:12
155:22 157:2,13
158:14,16 159:7,
10,22,25 160:4,5
161:4,8,10,14,19,
24 162:18 166:19
170:13,16,19,23
171:13,14 172:20
173:3,4,10,13,23,
25 174:13,16
175:9,14,15,16,17,
20 176:8,15 177:9,
13,17 178:2 179:8,
10,15 181:8,15,21,
25 182:5,8 184:15,
24 187:8 189:4,17,
21,22 191:3,9,13,
16,17,21,25
192:22,24 193:12,
24 194:25 195:8,9,
10 196:22 199:7
201:9,16,20
203:22,24 204:4,
15,17,21,23 205:6,
25 206:22 207:4,
24 208:4,13,25
209:5,6,19,21
210:10,13,15
211:11 212:5
214:10,16,17,25
215:7,9,23 219:15
220:13 221:13
223:2,6,12 226:11
228:14 231:6,15
232:11,22,24
233:14 235:14
236:12 238:11,12,
14 239:14,23
240:8,9,17,18,24
241:7,23,24 242:9,
14 243:3,13,15,21,

22 244:6,12 245:9,
11,19 246:4,15
247:21 249:8,11,
17,23 250:2,5,11,
14,18,19,20
251:22 253:6,17,
18 254:21 255:7
256:14 257:5
258:8 259:17
260:5,6,18 261:14,
21 262:3 263:8,17
264:14,25 265:6,
22,24,25 266:10
267:13,14 268:17,
20,23 269:4,5,9,
14,25 270:4,7
271:3,11,14
272:23 273:5
276:4,9 278:3,4,6,
13 279:2,12
282:10 283:9
284:11 285:15
286:22 287:4,7,8
288:13 289:8,20
290:20 291:3,8,23
292:3,10,13,25
293:5,9,20,23
296:4 298:2,4,5,7,
16,25 299:9,10,14,
23 300:2,15 301:3,
11,12 302:12,16,
22,24 304:5,10,11
305:6 306:3,4,5,
23,24 307:9,11,18,
22 309:7,20
310:13,15,18,21,
25

**knowing** 302:13

**knowledgable**
62:7

**knowledge** 14:10
28:19 29:8,11
30:5,8,9 31:5
32:11 33:5,6,9,20
39:9,14 40:4 43:11
44:25 45:25 46:24
47:5 48:25 53:20
54:2 55:18 60:2,
20,22 61:25 62:3
66:10 69:9 73:4
95:22 112:8 121:8
122:12,19 163:15
167:18,20,24
168:2,14,21 169:9
173:16 185:10
213:22 247:17

262:7 296:17
297:4 300:10
301:17

**knowledgeable**
301:6

**known** 13:13
73:10 221:11

**knows** 193:19
205:22

**Kotsovos** 25:22

**Kraus** 195:10

**KWNY** 129:4

─────── **L** ───────

**L.A.** 300:22

**label** 179:21

**labeled** 128:8
144:7 183:12
273:23

**lading** 81:9,10,20
89:24 98:5,11
220:2

**ladings** 101:3

**Lake** 214:14

**language** 267:14

**large** 152:23
153:19,20 246:14

**largest** 31:15
157:17,20

**last** 8:9 26:21
44:17 141:20,22
147:14 177:18,19
237:4 295:3,13
296:3 311:14

**late** 151:2

**later** 32:15 74:25
78:3,9,19 104:8
177:2 265:9 266:7
276:17 278:8
292:18

**Lauren** 10:17,19

**law** 9:14 80:2,7,10
183:8 263:3 267:8,
10

**lawsuit** 6:16,17,
23 7:5,18 8:3 62:3

210:22 239:6
254:15 256:8
279:11 283:10
292:20 309:16

**lawyer** 80:6 262:4
288:10

**lax** 110:5 260:7

**laying** 129:14

**lead** 55:13,16
111:10 122:10,24

**leading** 115:2

**learn** 60:24

**least** 116:23
240:11 280:15
299:4

**leave** 196:14
237:3 268:5

**leaving** 11:17
12:9

**ledger** 173:2

**leeway** 171:11

**left** 215:6 294:21

**legal** 262:24

**legitimate** 281:5

**legwork** 126:5

**less** 200:19
265:13 279:16

**let** 8:20 9:17 10:3
15:11 25:15,17
54:19 60:21 66:17
68:24 80:12
103:20 112:5
113:17 117:4
119:21 131:17
132:20 145:6
149:17 157:21
166:10 167:19
174:9 180:6
183:17 201:4
217:11 223:23
224:19 227:7
244:6 261:22,23
273:25 276:9
294:25

**let's** 93:22 126:15
136:14 170:8
191:16 196:4
232:25 259:25

264:4 283:14
285:19,20 296:6

**letter** 73:8 127:6,
17 128:8,12
170:10 191:12
260:10,15 264:4
272:2 274:12,14,
18

**letting** 108:12

**level** 10:24

**Levmed** 77:23
78:5 83:21 91:17
104:4,11 143:17
150:12,20

**Li** 50:20 178:24,25
179:5,9,13 180:11,
14 181:6 182:3
189:12,14,16
195:13 197:3
201:3 202:22
207:19 208:11
209:8,10 228:12
231:9 238:10
241:21 242:12
243:9 245:17
246:6 248:11,15,
20,21,22 250:23
257:20 268:14
269:8,11 270:2,3
276:19,22 291:22,
24

**Li's** 208:20

**liability** 33:15
34:2,12 48:20
182:20

**liar** 195:24 197:11

**lie** 196:6 301:23

**lift** 108:23

**like** 11:22 15:10
26:18 29:23 36:23
73:24 78:9 91:7
99:21 102:19
105:9 106:21
116:6 118:21
132:24 154:5
156:11,17 161:2
164:20 172:25
176:2 181:3 194:8,
23 195:13 196:9
197:21 198:18
205:8 212:11,17
217:7 222:17

223:17 224:8
234:7,11,13,22,24
235:3,4,14 243:8
247:14 250:8
253:20 259:13
270:22 275:14
276:12,16 283:22
285:20 292:3
297:24 302:19
306:3 307:14

**likely** 63:15 115:7,
18 117:12 162:8
212:22 238:18
239:2 292:21

**limitations**
262:12,14

**limited** 29:23
71:7,12 73:11
182:20

**line** 44:10 135:24
161:16 220:14
271:15 293:8
302:22

**lined** 219:11

**lines** 29:25 180:18

**list** 306:20,23

**listed** 125:3

**listen** 78:24
131:18 151:18
196:12 227:6

**listening** 233:7

**listing** 195:4

**literally** 172:18
203:9 211:22
287:25

**litigation** 29:2,13
176:7

**little** 110:4,5
154:11 157:22
171:11 203:6
212:25 246:16
247:16 249:20
260:7 266:14
306:3,10

**lived** 270:3,4

**LLC** 12:25 13:4,7,
11 18:8 187:6
208:18 239:10

**load** 81:18

**loaded** 75:25
77:22 79:22 84:24
86:19 107:10
191:24 255:9

**loading** 88:18

**loads** 82:4 177:6

**locations** 109:14

**logical** 263:18

**logistics** 16:24
75:7 76:11 80:23,
25 81:3 82:14
83:10 84:13 87:4
135:22 265:23

**long** 10:4 11:14,
16 12:5 13:13,16
159:19 180:18

**long-term** 273:21

**longer** 21:14
283:17

**look** 28:25 29:19
33:10 34:15 44:16
46:4 47:9 48:16
50:12 65:16 68:4,
7,9 73:5 74:25
75:2 92:19 95:6
100:12 101:14
104:24 105:19
107:6 109:19
110:7 114:6
119:19 123:8
128:24 129:13
138:4 140:8 145:4,
18 146:25 147:17
152:5 154:3
166:16 198:20
205:5 219:25
224:5 229:3,10
231:7 240:10
247:23 248:24
262:11 284:17

**looked** 106:21
141:4 286:16
298:17

**looking** 38:20
76:13 92:12
136:18 141:6,7
144:15 154:18
167:2 197:9
253:18 255:11
284:21,25

**lookout** 252:4

**loaded** see above

**looks** 165:4 181:3
184:21 202:11
243:8 250:8

**loose** 281:2

**Los** 147:22 149:5
242:23 250:25

**lose** 282:17

**Loss** 157:17

**lost** 157:19
159:12,15 160:10,
15 173:20 259:15

**lot** 40:19 79:3
112:12 129:6
140:3 141:6,8,9,
11,12 161:7 205:7,
14,17,18 206:2,5,
6,13,14 219:5
252:16 253:25
254:4,6 268:25
278:4 286:7,13,14
288:18

**lots** 139:25 140:3
212:18,19,20
213:8 215:5

**loved** 89:2,8

**lunch** 124:18
126:16,17

**lying** 196:3,4

**Lymon** 37:14

## M

**Macomb** 6:5

**made** 32:24 46:2
58:5 72:6 93:4
103:25 114:2
120:13,20 149:3,
12,21 150:2,10
151:16 153:3
193:15 204:10
224:14,18 226:17
241:11 259:19
275:17 279:2
286:25 293:6
298:11 307:22,23

**mail** 46:22 163:18

**Maimon** 52:17
111:15 115:18
126:20 127:8
128:13,17,19

222:13,20 307:16

**Maimon's** 126:22

**maintain** 172:24

**major** 161:12,14

**majority** 257:16,
19 266:11

**make** 52:7 58:18
64:21 68:21 96:10
116:17 145:3,8
150:16 166:21
173:14 176:24
179:18 189:24
190:6 201:13,17
212:14 214:3
217:14 221:6
224:20 241:7,19
249:20 258:22
268:20,21 271:4
273:25 275:2
281:16 282:15
288:22 289:4,7,9,
10,11 304:16,18

**make-up** 138:25

**makes** 225:13
297:17

**making** 45:11,12,
21 88:20 96:13
122:13 210:19
212:18

**man** 218:21
275:24

**managers** 193:2

**maniacal** 277:14

**manner** 46:20
167:18

**manufactured**
56:6 71:5,11

**manufacturer**
54:15,24 55:11
56:5 73:10 106:8
241:22 273:17
274:12 279:10
289:16 300:10
301:13

**manufacturers**
239:19 242:3
253:4 306:22
307:2

**manufacturing**
152:6 153:7

**many** 24:8,22
41:23 63:23 90:23
101:12 139:22
140:5 141:10
204:14 212:19
213:23 224:24
251:13,14 252:24
254:10

**March** 67:3
170:11

**marching** 40:20

**margin** 96:11,13
282:16 288:22

**Marian** 238:7

**Mariner** 12:12,22

**mark** 27:25
143:22 311:13

**marked** 28:6
127:18 134:2
144:2 164:13
180:2,8 183:25
192:3,13 194:10
207:11 216:11
233:6 260:10
311:25

**market** 31:2
32:18,19 271:5

**marking** 96:12
127:15 133:18

**markings** 192:6

**mask** 109:6,21

**masks** 7:12 17:12
21:8,10,14,20,23
22:3,5,9,16 103:18
226:21 257:8
259:18 269:3

**mass** 215:10

**massive** 103:17
108:25

**match** 292:11

**matched** 90:25
286:14

**matching** 45:19

**material** 74:18

**materials** 67:8,17
68:10 69:4,10,15
71:4,10,15,19

**matter** 6:9,18

**may** 166:17,18
169:24 170:12
178:7 194:16
263:4 299:3

**maybe** 35:21
115:21 117:25
159:10 162:9
174:6 214:14
231:6 232:4 233:7
246:16 254:19
282:8 284:10
299:8,10 308:17

**me** 6:3,4 7:22
8:16,20 9:2,17,18
10:3 15:11 16:4,20
25:15,17 27:10
35:22 41:10 57:20
58:14 60:21 68:24
69:22 70:4,7 73:14
74:11,24 76:19
80:12,17 88:25
91:5 97:8,24 99:7,
15 105:25 106:14,
22 112:5 113:17
117:4 119:21
124:6 125:22
126:6 129:9 130:6
132:20 147:2
149:17 156:23
157:21 158:22
161:3 164:22
165:3 166:10
167:19 168:8,17
174:9 176:13
180:6,19 183:4,17
188:4 195:14,23
197:11,22 198:15,
16,22 199:4 201:4
202:11 208:9
217:9 218:12
223:23 231:24
232:21 237:6
241:16 244:6
248:8 251:19
261:10,23 262:3
268:11 270:6
273:25 282:17,18
292:25 293:24
294:25 296:13
298:3,13 302:7
304:18 306:2,3,9
309:3,23,24

**mean** 19:5 24:17
29:16 46:22 58:13
83:3 90:21 91:23

99:4 106:15,23
148:15,18 152:9,
11 153:22 154:3
158:12 161:6,7
166:13 174:18
175:19 176:20
195:21 236:10
243:4 245:2 250:6
253:7 255:22
270:14 281:22
285:6 291:4
293:23

**meaning** 227:4
263:11 294:17
297:3

**means** 152:17
154:2 249:9,12
250:3 277:10

**meant** 24:20
148:19 218:12
249:23

**Medcare** 56:6,10,
14 57:7,10 67:9,12
68:12 70:15 72:6
73:9 91:22,24 96:6
103:5 135:25
136:20 137:2,25
138:4 141:13,16
142:2,9 165:21
175:10,11,18
176:5,11 177:10
203:19 205:11
208:23 209:11
214:22 221:10
223:9 226:9,17
233:23 238:9
239:4,20 240:19
242:8 244:5,9,13,
17 249:7 250:24
252:17,18,24
253:4,8,11 254:14
264:19,23 265:14
267:20,22 268:8,
18 270:7 278:5,7,8
280:10,13 281:7,9,
19,23 282:3,9
283:2,24 285:22,
24 292:8 297:15
308:8,19 310:8,16

**medical** 7:6
30:11,15 41:4
59:22 60:10,16
61:7 62:16 63:17,
24 64:4 65:24
71:17,19 73:11

107:14,20 129:3
146:14 165:22
168:24 169:7
190:10 191:7
200:12,16 208:23
239:15 275:12
295:10

**medium** 152:24
153:20

**Medline** 76:5
78:2,11 81:13
85:5,6,12 88:2,5,7,
11 90:14,16,18,24
91:12 92:2,18
94:4,16 102:10
103:6,7 104:2,14,
17,21 105:6 108:3,
11,17,20,21
109:11,18 136:25
138:7 176:12
191:22 192:12
193:15,19 199:11,
25 200:5 205:22
211:4 215:20
216:20,25 217:24
218:2 219:9 251:8
276:13 277:16,17,
18 280:8 286:17
287:7,8 307:13

**Medline's** 215:15
219:16

**meet** 277:3 280:2

**meeting** 49:23,25
50:3,6,9 68:13
175:2 214:15,21
256:9

**members** 17:16

**memes** 306:4

**memory** 29:18
74:13

**Mendel** 47:10
48:13 49:11,21,25
53:6,11,12,13,22
74:4 79:4 82:2
111:12 115:21
143:18 169:17
175:25 292:4

**Mendlowitz** 6:11
35:21 46:6,19
49:8,16 50:6
54:12,21 55:4,6,19
56:2,18,25 57:3
65:19 66:4,16,23

69:3,14 70:11,12
71:3,14 72:16
77:15 100:8,9,11
111:6,12 116:17
117:14,24 118:2
164:4,8 165:8,15
166:3,25 167:9,22
168:4,11,20
175:25

**mention** 89:20

**mentioned** 15:25
43:17 44:7 74:20
89:15 100:4
139:14 160:7
236:17

**merchant** 18:20,
25 19:5,8,9,10

**mere** 48:18 49:2

**mess** 216:20
219:8,9

**message** 53:21

**messages** 42:24
118:21 290:21,22

**messed** 237:12

**met** 13:23 50:21
214:11,15 230:13
258:9 274:24
276:23

**Meyer** 19:23

**Miami** 162:3,5
263:13,16

**Michael** 7:21
135:7

**Michigan** 6:6

**mid** 103:9

**might** 27:4 106:20
116:25 132:9
148:12,13 177:5
233:8,10 250:9
255:22 272:21

**Mike** 25:21

**Mile** 6:5

**million** 120:10
122:4 129:2,7
147:5 159:11
212:11 256:22
257:3,10,13
259:18 271:23

299:5

**millions** 173:20
236:25

**mind** 19:25 124:7,
24 133:14 175:22
311:5

**mindful** 123:20

**mine** 237:5 288:7

**minute** 201:12
233:13

**minutes** 52:4
169:24 283:20
309:24

**mirrors** 142:17
156:13 246:16
247:5,8

**misleading**
224:21

**misprinted**
301:13

**miss** 197:3 201:3
202:22 219:3
241:21 245:17

**missed** 51:5
59:16 284:10

**missing** 238:2

**mistake** 78:22

**mix** 291:25

**Moccio** 135:21

**mom** 141:24

**moment** 176:22
177:3 222:18

**money** 45:20,21
118:10 119:8,16,
25 120:7 123:18
158:24 159:3,7
173:14 178:7
186:9 220:5
236:23 237:8,11,
13,16 251:21
253:25 254:4,7
258:4 259:16
272:6 287:10
289:4,7,9,10,11
306:11 307:22,23

**month** 110:3

**months** 93:23,25

94:3,10,11,12,13
179:12 181:10
299:7 306:12

**more** 18:6 21:20
56:20 78:20
108:16 110:5
111:13 133:13
142:16 146:19
162:19 186:25
207:3 212:22
220:6 221:17
223:9 226:9
246:16 248:3
265:16 266:14
268:11 272:14,24
274:20 275:19
277:23 278:25
280:16 281:16,24
299:10 305:24
306:9

**morning** 6:7
217:2

**mortified** 280:7

**Moshe** 100:9

**most** 74:14

**Mostly** 16:24

**mother** 141:24

**mouse** 223:13

**move** 114:11
132:20 224:15
225:25 258:25
259:25 285:19,20
296:6

**moving** 271:2

**Mr** 5:2,4,5,6,14,19,
20 6:2,4,7 7:15
10:20,23 13:9,14,
17 14:2,10,15,20,
21 15:13 17:17
19:3 20:7,11,16,17
21:3 24:6,10,14,19
26:5,11 27:3,25
32:10 33:4 38:4
43:10,21,24,25
44:2,7 45:16 47:4,
15,19,21,24 48:8,
11 49:4,16 50:22
51:25 52:18 53:18
54:6,10 55:21,22
57:19 58:2 61:23,
25 63:23 66:17
67:21 68:3,8 71:22

74:22 80:5 84:11,
17 85:24 87:5
91:4,9,16 93:2
94:7 99:6,23
103:22 108:13
111:25 113:6,14
118:3 122:15
125:14,16 126:15,
19,22 127:12,15
128:13,17,19
130:9,24 131:7,17
133:17 134:11,14,
17 142:22 143:10,
22 144:6,9 145:3,
14 146:13 148:10
150:4 151:8,19
152:2,14 153:10
155:21 156:24
157:3,12 159:4
160:18,23 161:9,
15 162:22 166:10,
25 167:6,10,12,14
168:7 169:23
170:5,6,8 171:8,
10,23 172:10,13,
17 173:17,21
174:17,20,21,24
175:13 178:9,20,
23 179:16 181:23,
24 182:3,19,23,25
183:2,8 184:11,15,
16,18 185:7,16,18,
20 187:12,17,22,
23 188:2,9,25
189:9,24 190:3,6
191:18 192:2
194:13,15,21
195:16,18,19,25
196:7,10,15,23
197:12,16 199:14
200:10,17,21
201:10 203:18
204:2,7 207:8,20,
25 208:3,10 209:4
210:11,25 213:4,
14,17,20 215:17
218:5 221:9,12,15,
22 224:13,17,19
225:2,6,10,20,23,
25 226:4 227:7,22,
23 228:2,9 229:19
230:7,12 231:17,
19,22 232:13
233:5,10 234:15,
16 235:5,25 236:3,
11,24 237:7,18,21
240:10 241:5
245:11,14,16

247:2,10 248:13
249:14 250:2,4,8,
11,13,14,16 252:3,
7 253:5,9 254:18,
19,22 256:4
258:13 260:5,8
261:6,22 262:23
263:6 264:6,7
265:4 269:23
272:7,11 273:4,18
274:5,6 276:2,9
283:14,20 284:8,
17 285:10,14,16,
18,19 287:16,24
288:8,9,11 293:18
294:5,19 296:2,10
297:25 302:2,23
303:2,5,21 306:18
307:3,17 309:14,
17,19,23,25 310:4,
7,8,23,25 311:3,7,
11

**Mrs** 50:20 178:24,
25 179:5,9,13
189:12,14,16
207:19 208:11
228:12 231:9
268:14 269:8,11
270:2,3 291:22,24

**Ms** 180:11,13
181:6 182:2
195:13 208:20
209:8,10 238:10
242:11 243:9
246:6 248:11,15,
20,21,22 250:23
276:19,22

**much** 96:11 98:19
158:17 159:7
200:22 234:7
283:17,21

**muffled** 228:6

**multi-million**
35:4

**multiple** 41:20
58:20 70:23 82:4
85:10 90:3 92:16
93:8 102:7,11
109:14 111:2,3
116:20 117:2
119:10 143:5
145:10 166:7
174:4 183:5
190:13 252:18

**MV3PL** 238:13,22

**my** 6:7 9:17 12:11
15:21 25:15,17
27:11 28:4 35:15
40:17 47:5 70:19
73:4 74:13 85:21
91:7 100:20 101:2
103:2 104:7 106:4
121:15 124:7,24
128:3 130:13,19
132:7,11 138:17
161:6 167:4 170:7
176:8 178:9
179:20 180:6
185:10 186:21
193:16,17 200:12,
13,22,24 211:13,
15,20 212:21
224:10 236:15
237:24 239:20
240:12 247:17
250:8 270:5
281:21 282:5,8
283:12 299:15
300:9 306:24
309:8

**myself** 40:25
115:18 119:4

———

**N**

**name** 5:15 6:8
7:17 12:13,25
18:13,16 19:13,21
36:23,25 37:4,8
126:20 141:21,22
170:7 182:8,14,17,
18 208:8 238:6,25
240:17,22 241:24
242:2,6,10 244:5
265:12 291:19

**named** 18:7 47:10
182:7 232:18
242:20 255:15

**names** 20:13,14
35:22 101:9 116:2,
7 192:15

**narrow** 296:5

**native** 52:11

**nature** 6:22 14:6
101:21 131:15,22
296:18 297:5

**navigated** 108:5

**necessarily**
128:19 289:12

**need** 5:20 10:2
21:20 78:25 88:22
112:21 113:3
171:13 179:18
207:2,23 217:7,20
218:13,16 226:9
250:18 262:24
273:14 275:5

**needed** 21:14
36:7 45:22 49:18
64:16 65:15
115:15 117:15
124:14 142:14
143:20 154:16
169:4 190:12,14,
19 218:3,4 223:9
295:25

**needing** 69:16

**needs** 63:14
278:17

**negotiate** 209:14

**negotiated**
121:21 294:3

**negotiating**
30:19,24 111:8,10,
19

**negotiation**
35:17 58:16
112:14,18 121:22

**negotiations**
110:23 112:9
115:2,3 121:15

**negotiator**
117:19

**neither** 217:9

**never** 66:24
104:13,20 105:13
133:14 185:9,11,
15 186:5,6,7,8,14
195:6 227:13
239:4 258:20
282:24 306:8
308:16

**new** 5:11 6:10
19:24 20:10 46:9
54:14 56:4 120:19
129:4,17 220:18
235:3,6,9,10,12

**navigated** 108:5

**newly** 35:2

**next** 11:18 12:10
217:15,17 219:6
236:9 260:3
261:10 293:3

**nice** 275:21,23,24
305:23

**nicknames** 36:24

**nine** 139:24

**nitrile** 46:11 54:14
55:2 56:5 68:12
70:15 129:3 137:3
209:15 212:24,25
247:18,24 289:15

**nitrile/nbr** 165:22

**no** 7:7 8:6 9:25
10:4,10,22 12:23
13:5,8 18:9,14,23
20:25 21:13,16
22:6,19 23:23 24:3
27:13 30:13 32:13,
16 35:5,6 38:9
40:12 42:14 43:16
46:24 47:6 49:5
50:4,7,11,23 51:25
55:3,18 58:13,19
59:2,6,20 64:3
76:12 77:15,16
79:12 80:19 84:18
86:10 87:24 90:21
92:7 94:20 97:23
98:18,25 99:16,17
100:25 104:3,23
105:25 106:11
112:19,24 116:8,
11 121:7 124:23
125:13 129:22
132:11,15 133:11
135:12 137:15,16
140:4 143:11
146:20 153:9,11
155:6,14 156:11,
16 159:5 161:5
169:3,15 171:18
173:9 176:9
177:22 178:5,18
179:3 181:8,12
182:17,22 183:19
184:5,9,12 186:4,
13 187:25 192:8
193:16 196:15
197:16 199:13

**201**:19,20,22
202:11,15,20
203:11 217:13
218:22 222:14
223:12,19,20
224:17 225:10
226:14,25 227:9,
14 228:2 230:7,8,9
231:4 232:10
233:24 234:6
235:24 236:21
237:9 238:4
239:11 241:10
242:17,18 243:16
244:20 248:20
249:2,13 251:2,4,
12 253:15 255:22,
23 256:17,25
259:8,14 261:17,
20 262:16 267:3
268:2 272:10,20,
25 273:15 276:15,
22 277:5,6,7
282:20 285:8
300:2,5 301:8,16
303:8 304:21
307:5,12 308:11
309:13 310:23

**nobody** 77:25
79:20 119:6
199:11 216:21
225:2 257:11

**non-glove** 178:15

**nonconforming**
95:9

**none** 116:24
171:7 212:8,25
213:3 280:23

**nonsense** 131:11

**Nope** 234:9

**normal** 193:6

**nose** 200:8,13,23

**not** 7:16 8:6 11:16,
19 12:7 13:18
15:10 16:16 18:9
22:15 27:18 29:10
30:24 31:25 32:2,4
33:22 34:8,14 35:2
36:2 37:9 42:7,23
43:7,21 44:19
45:2,14 46:17 47:3
51:2,12,22 52:6
56:20 60:12 61:10

**62**:14,15,18,21
64:20,23 65:8
67:22 69:7,13,18
71:8,13,24 74:20
75:8,10,19 76:8,
22,24 77:5,11,18
80:6,8,21 81:23
82:7,25 84:19
85:20,22 86:5,16
87:13,21 88:9,12,
16,17,20,24 97:2,
5,9,10,14 100:2
113:17 114:24
119:24 123:19
125:7,8,19 128:18,
23 130:10,25
131:16,24 132:2,
23 139:23 143:2,6,
21 145:17,20
146:21 148:11,14,
23 150:5 151:5,6,
21 153:4,12,13
157:4,6,7 159:8
164:2,5,6,17,20,22
166:18 167:24
170:15,18,22
171:3 172:15
176:6,21 179:2
185:14,19 188:10
189:11,13,15,23
190:18 191:7,17
192:23 193:16,22,
24 194:16,24
195:19,22 196:6,
16,21 197:25
198:7,9,10,12
199:4,15,16,17,19
200:5,15,21 202:8,
9,13 203:7,12
204:3 206:18,25
208:4,21 209:13
210:6,20,24 211:2,
21 212:3,9,12
213:3,6,7 214:14
215:18 218:6,7,20
221:19 222:18
223:10 225:24
226:14 227:2,15
229:7,8 230:2,3,
10,21 232:6 233:7,
8 234:10,21
235:24 237:5,6,23
238:8,16 239:17
241:5 242:14
243:12 244:20
245:2,6,14 246:15,
18,19 247:7,24
249:3 250:6,15,19

251:5 252:9
253:22,23 254:6,
11 255:12 256:22
258:25 259:8,23
261:3,12,17,21
262:6,16,19,21,22
263:4,18 264:14,
16 265:13,14
270:16 271:23
272:16,23 273:12,
15 274:13,22
275:10 276:20,22
277:25 278:15
279:2,8,16 280:2,
3,13 281:9,25
283:12 284:8
285:4,12 286:2
287:23 288:7,10,
16 289:11 290:19
292:4,5,11,14
293:13 294:14,15,
20 295:15,23
296:3,6 301:2
302:18,21 303:23,
24 304:19 307:19
309:9,13

**Notary** 5:11

**note** 47:4 67:21
167:4 178:9

**noted** 167:6

**nothing** 113:17,
19 185:12 236:8
263:22 308:13

**notice** 163:15
164:4 167:8,10,12,
21 169:10 178:3
259:23

**noticed** 63:3

**November** 181:3
238:10

**now** 111:7 187:10,
23 189:2 190:23
196:25 197:20
201:6 217:24
221:10 224:10,15
225:16 227:20
241:9 242:11
246:24 247:18
248:10 250:22
266:17 269:21
273:17 279:6
286:16 287:12
301:18 304:16

**number** 52:13
90:12,20 134:13
153:5 156:19
179:22 194:14
206:5 208:2,4,7,16
233:3 243:9
247:14 257:22
274:19 284:12
297:7 302:7,8

**numbered** 208:6

**numbering** 260:7

**numbers** 141:6,8,
9,11,12 205:14,17,
18 206:2,6,13,14
208:12,13 278:4
286:7,13,15

**Numeral** 33:23

**numerous** 85:16
99:12 101:6,9,10
107:21 181:16
192:3 214:9
290:23 291:13
308:15

**nurse** 60:14 215:2

**nurses'** 89:9

**nursing** 215:3

**NY** 311:16

___

## O

**o'clock's** 225:18

**oath** 6:13 7:24 8:4
9:6,12

**objection** 7:15
13:9 14:15,21
17:17 19:3 21:3
24:6,10 26:5,11
27:3 32:10 33:4
38:4 45:16 47:21
49:4 53:18 54:6
55:21,22 57:19
61:23 71:22 74:22
80:5 84:11,17
85:24 91:4,16 94:7
99:6 103:22
108:13 111:25
113:6,14 118:3
122:15 125:14,16
130:9,24 131:7
142:22 143:10
145:14 146:13

148:10 150:4
151:19 152:14
153:10 155:21
159:4 160:18
161:15 162:22
167:4,5,7 168:7
171:8,23 172:13
173:17,21 174:17
175:13 178:10
181:24 182:23
184:16 185:7,16
188:9,25 190:3
195:16 199:14
203:18 204:2
210:25 213:20
215:17 218:5
221:9,12 229:19
231:17 232:13
234:15,17 235:5
236:24 237:7
247:2 248:13
249:14 252:7
253:5,9 256:4
258:13 261:22
263:6 272:7,11
273:4,18 287:16,
24 293:18 294:5
296:2 297:25
302:2,23 307:17
309:14,17

**observe** 39:4

**observing** 40:2

**obviously** 27:7
143:7

**occasion** 104:20
105:4

**occasions** 42:6

**occurred** 305:16

**off** 78:9 80:16
85:13 86:20 88:19
102:25 104:9
107:3 138:23
154:13 191:23
193:25 198:13
214:24 219:21
248:17 254:25
255:8 260:22
262:22 270:24
271:6 301:19

**off-line** 172:14

**off-the-record**
5:7 8:18 107:4
179:23 180:21

264:11 276:7
311:8

**offer** 209:10,12
241:21 250:24

**offering** 267:20

**offers** 181:16
242:13,16 271:20

**office** 5:24 38:18
39:6 276:23

**officer** 16:21
171:21

**officers** 38:13
39:5 40:3

**offices** 162:2,7

**often** 170:20
253:8

**oh** 78:21 92:25
101:6,10 145:24
194:19 202:18
234:23 235:2
260:22 303:9
307:9

**OJ** 247:15

**okay** 10:7 14:19
16:7 17:5 20:16
22:8 23:6 24:13
25:10 26:15 29:15
43:9 57:15 58:23
60:6 66:3,19 68:8
72:22 80:8 84:14
86:4,5 87:20 91:11
94:2 95:19 106:6
110:13 117:13
119:22 120:4
121:11,16,17
126:15 128:7
130:12,14 132:5,
20 133:12,13
134:6 135:3 136:7
139:3 143:3
145:22 146:2,3,4
148:22 151:5,12,
20 155:17 156:5,
17 163:14 165:2
166:9 169:5,23
176:16 184:5
186:2 198:8,20
200:6 201:2
202:18 208:17
212:5 217:18
224:8 226:6 229:6
230:9 239:23

241:6,13,16
242:12 243:23
245:8 248:10
249:24 250:22
251:10 261:8
263:21 270:20
278:2 282:11
284:21 286:4
287:3,6 288:11
289:13,21 290:6,7
292:24 295:21
301:5 302:9
304:24 309:25
310:23

**old** 78:23 250:7

**on** 5:21,22 11:13
12:11 15:2,23
20:8,9 25:20 28:10
30:14 31:10,12
32:7,15,25 35:18,
25 36:9,11,19,20
37:2,6,14,16 39:12
40:10,18,19 41:13,
24,25 42:2,5 44:9,
14 45:18 46:6,10
50:24 52:8,25
53:7,15,24 55:13,
23,25 56:16,17
57:24 58:16,19
62:23 63:10,14
65:12 70:12 72:11
77:14,24 79:9,13,
18 81:11,15,20
82:25 83:21,23,24
84:8,21 85:14
86:12 88:3 89:3,6,
9,14,25 90:3,13,
16,19,22,25 91:9,
13,21,23 92:3
93:7,14 94:21
96:13 97:14 98:10,
11 100:6,9 101:3,
8,12,20 102:2
104:10,25 105:20,
24 106:7,14 109:6,
16 111:6,10
112:12,13,17
113:2 114:14
115:12,19,23
116:21,22,24
117:2,5,24,25
118:5,6 121:5
122:10,23,24
124:9,19 125:8,10,
25 128:3,4,12
130:15,20 132:3,
13,21,25 133:3

134:13 136:18
137:13 138:3,9,17,
19,25 139:8
141:12 142:5
144:15 147:9
150:11,16,21
152:21 154:10
156:25 157:10
161:17 162:14
166:6,7 168:9
171:12 172:6
175:23 176:10,12
179:17,19 180:15
181:2 182:8,14,18
183:22 184:6,9
188:16 189:14
191:16 192:4,6,14,
17,19 193:2,14
196:4 197:3,23
199:3 200:13,25
201:3,6 202:10,17
206:20 207:20,21
208:14 209:9,11
211:16 213:18
214:5,19 216:18
218:23 219:3,16
220:9,20,23
222:11 223:8,14
224:15 225:25
226:7,21 227:9,22
228:9 237:4
239:11,12,22,25
240:11 242:4,13
246:13,20 247:14,
16,25 248:16
252:3,9 254:17,25
255:3 256:13
258:11,18 259:16,
23,25 262:14
265:20 266:15
268:24 269:14
270:13 271:3,6,7,
15,18,25 272:19
274:11 276:6,25
277:4,22 278:12,
18,19,23,24 279:9,
18 280:4,16 281:2,
10,15 282:13
284:13 285:19,20
286:12,24 288:4,
12 291:13 292:15,
16,17,20 294:16
296:6,16 298:21,
24 299:3,15
300:16,17,20
301:10,14,19,22
302:12 303:7
305:9,24 306:7,21

307:11 308:14,16,
17 309:9 311:12,
19

**once** 104:9 150:17
155:12 156:12
266:2

**one** 8:15 9:16
12:7,8 18:6 24:15
27:5 31:14 35:19,
23 42:2 45:4 52:10
56:19,21,22 57:4
63:25 64:7 72:6,8
73:21 77:14,22
86:11 88:12 90:17
91:18 96:2 98:15
102:2 114:14
116:8,23 117:3,5
124:3,8,18,19,21
125:2,8,12 129:2,7
133:13 135:19
136:14 140:3
142:16 145:11
160:15 162:25
164:5 165:6 177:6
182:10 189:18
192:6 193:18
194:15,16,18
198:19 199:6
204:17,19,20
205:10,11 212:9
213:9 214:19
215:3 228:22
232:5 239:12,19
240:4,18,25
242:25 246:4
247:14 252:17
257:2,3,22 258:5
268:24 276:6
278:22 282:22
290:18 293:3
301:9 307:9 310:4,
14 311:3

**one-off** 95:11
198:6

**ones** 19:24 20:2
204:4 206:11,15
252:11 254:15
300:23 304:15

**onion** 84:2 223:6

**online** 114:7

**only** 19:24 20:2
26:14 42:17 56:16,
22 61:5 66:11,25
73:2,22,23 77:14

92:8 99:2,15 100:2
107:17 118:13
141:9,10 149:12,
20,25 151:15
170:12 208:7
212:10,19 218:25
268:3 285:2
299:12

**onset** 230:17

**onto** 85:2 107:11
150:12

**onward** 299:13

**open** 75:10 80:14
82:7,18 85:22
87:13,22 88:9
199:12,21 219:7
271:13

**opened** 79:22
300:16

**openly** 99:11

**operate** 227:18

**operating** 16:21
169:21 170:17
171:21 182:20
292:6

**operation** 193:2

**operations**
188:20 192:14

**opinion** 195:22
227:3,9

**opinions** 281:10

**opportunities**
32:4

**opportunity**
258:11,19

**opposed** 170:25
284:24

**option** 129:6
272:3

**options** 270:18
271:17

**oral** 115:4,11

**orally** 65:18 99:9
107:17 115:7
289:25

**oranges** 150:7

**order** 8:13 16:24
32:17 67:5 153:18,
25 182:24 204:12,
18 220:20 251:12
257:5,10,12
258:12 264:9
266:21 290:16
293:17

**ordered** 63:20

**ordering** 5:3
176:3

**orders** 40:20
183:5 275:9

**ordinarily** 52:15

**organization**
220:5

**organizing**
215:16

**origin** 142:5

**original** 243:18

**other** 7:22 8:5,12,
23 14:10,13,17,20,
25 19:19 20:9,11
25:3,13,18 26:4,
10,20 27:11 29:11,
25 40:8 42:5 43:14
46:22 49:8 60:12
68:16 70:6 72:17,
19,22 91:24 97:3
98:16,18 99:17
101:4 109:22
111:9 116:5 123:2,
7,25 124:2 125:10,
13 131:11 137:4
138:8 139:8,12
145:15,16 146:14
160:12,13 161:3
162:25 163:19,20
169:14 172:3
173:8 174:9
188:21 239:5
242:9 252:5 257:8
258:8 259:4 262:3,
7 263:13 267:19
275:11 282:23
289:3 298:9 308:6,
25 310:24

**others** 19:25
265:12

**otherwise** 9:18

**our** 25:23,24
27:19 31:15,18

32:17,21 36:6
39:17 40:21,24
41:2 46:10 60:11
61:3,6 63:2 64:13
65:12 66:12,24
67:2 72:2 76:4
77:22,25 79:7,24
80:24 81:2,11,20,
22 82:13 83:10,21
84:20 85:3 88:4
89:4 97:2,5,17
103:11 105:20
107:18 108:6
113:15,22 114:4
120:10 123:21
124:13 125:22
130:4 138:22
150:11,12,15,18,
21 155:7 157:17,
19 158:3 159:15
160:10 176:25
178:15 185:3
208:4 211:19,22
215:24 216:5
217:8 219:21
220:10 231:10
243:20 251:7
254:25 257:18
258:4 259:22
267:4,5,14 270:22
271:17 279:18
280:19 281:15
282:14 283:9
292:7,15 293:9
310:18

**out** 12:11 21:4
22:6,19 35:4 36:10
39:16,24 40:25
42:15 45:22 48:14
51:15 56:9,13
57:5,23 70:11,24
78:15,17 81:14
85:15 89:2,6,8
97:11 98:23
114:12,17 124:2,
21 125:5 126:8,13
129:14 137:16
138:17 139:15
140:4,23 142:2,3
145:19 150:24
151:23 160:8,9,16
162:6 163:10
164:10 172:3
186:24 190:23
191:2,11 196:13
205:3 206:11,16
210:7 212:11,20

215:3 219:13
220:6 233:11,16
242:23 243:5
247:11,12 249:7
252:16 255:6
259:2 263:20,21
264:9 265:24
267:8 268:3
272:22 278:5,10
280:6 285:21
292:15,18,19,21
294:21,23 297:14
306:2 307:6,15

**outcome** 253:14

**outset** 79:10
258:6

**outside** 85:4
214:13 218:19
252:21

**over** 8:14 9:2,3
30:6,11 79:5 89:3
93:23,25 94:2,9,13
95:3 102:12,16,18
106:3 109:14
119:20 124:13
147:18 154:6
165:12 181:10,15
202:15,20 203:6,
11,13 211:25
212:17,21,22
215:12 228:12
240:23 259:5
276:23 277:3
280:9,15 300:13

**overlap** 177:6

**overpaying**
150:20

**owed** 45:20

**own** 12:11,12
13:21 14:10,14
45:14 103:2 248:4
254:17 282:16

**owner** 13:3 17:19,
20

**owns** 14:17,20

———

**P**

———

**p.m.** 311:18

**package** 152:7
231:21 292:18

**packaged** 106:13

**packaging** 75:11
76:20 108:24

**packet** 228:14

**packing** 152:22
153:14,21

**page** 28:13 128:4
130:16,20 132:4
144:15 179:19
261:11

**pages** 268:20

**paid** 58:2,6 147:20
155:3,9 158:23
159:5,8,9 179:7
187:3 189:20,23
219:20 220:11,17
236:18,19,25
237:8,13 246:22
272:5 284:23
286:9 307:16
309:5,10,15

**pallet** 77:12
90:13,20,22,25
192:7

**pallets** 75:9,19,24
76:25 77:6,19
80:14 81:14 82:8,
18 85:22 87:13,22
88:10 91:14 92:4
102:11,16,18,21
107:11 109:15
191:23 192:3,19,
23

**pandemic** 15:5,7,
9,24 16:3 24:16
29:21 30:7,12,16
31:7 32:9,15 83:4
110:4 160:3
273:10,13

**paper** 125:9 193:4
294:19

**paperwork** 280:9
283:24 284:4
292:11

**par** 207:2

**paragraph** 28:25
29:9,19 33:10,21
34:15,18 38:20
44:16 46:4 47:2,9
48:16 49:6,14
50:12,24 52:5

54:11 59:21 65:16
67:3 73:5 74:9,18
75:2 95:6,17
100:12 101:14
107:6 110:7
114:16,19 119:19,
23 120:3 121:10
122:8,14,20 123:3,
8,9 128:24 129:14
165:13 289:24
291:17 293:2,5
294:18 299:2,16
301:20 304:8

**paragraphs**
290:12

**parking** 155:24
156:15 219:5

**part** 30:18 35:17
42:23 43:6 53:9
60:11 70:11 76:15
111:13 114:17
119:2 121:22,24
122:4 130:19
135:9 175:24
227:17 296:3
300:18,19 308:17

**particular** 205:8
230:14 292:10

**parties** 40:7 41:22
45:3 51:16 57:13,
18 70:4,24 72:16,
23 73:18 111:6
113:21,24 123:7
142:20 156:19
158:6 176:21
186:5,19 222:12
239:5 256:7

**parties'** 44:20

**partner** 182:16

**partners** 182:11
188:17

**party** 35:10,14
39:16 40:13 70:19
76:12 80:23,25
81:3 82:13 110:10
112:2,7 113:13
114:9 115:6,13
117:6 119:14
121:14 123:22
124:3,8 125:2,24
175:22 176:6
192:17 193:12,13
238:19 281:23

**pass-through**
156:7

**passed** 212:9
213:2,10 229:13,
24 262:14

**passing** 156:8

**past** 247:19,21

**paths** 177:3

**patient** 71:20

**Patterson** 19:23
22:11,13,18,22
23:25

**pause** 261:23

**pay** 58:15 120:10
131:10 150:22
154:20,21,25
155:7,20 158:18
185:25 220:6
236:22 237:11
254:5 293:22
306:7 307:20
308:2

**payable** 147:19

**paying** 70:14
148:16 150:19
309:11

**payment** 147:13,
18 150:15 162:15
238:4 285:3,4

**payments** 45:5,8,
11,12 46:2,3 114:3
148:25 149:11,22
150:2,11,16 151:3,
16 286:24

**peeled** 84:3

**peeling** 223:6

**penalty** 9:12

**pending** 10:5
152:3 184:12

**people** 25:13 74:6
85:2 100:20 101:2
116:3 175:3
177:20 210:9
234:25 251:21
264:21 281:7,9
309:4

**people's** 89:6
94:21 138:25

271:25

**per** 58:16 66:12
86:6 140:3 149:14
155:7

**percent** 58:18,21
84:3 88:12 90:17
103:16 152:8,23
153:7,19,20
208:24 279:24
282:21

**percentage** 58:4,
6,8 236:18

**perfect** 183:21

**perform** 152:21

**performance**
110:14 111:24
112:22 113:4,11,
20 114:22 115:16
117:15 118:18
215:15

**performed** 207:5

**performing** 71:17

**period** 61:24
177:17 256:6
265:7

**perjury** 9:13

**permea** 230:2

**permeation**
229:21

**permission**
104:21,24

**permitted** 75:9,19
76:25 77:6,12
87:13,21 88:9

**person** 37:12,15,
23 38:2,6,11,17
44:10 50:22 55:13,
16 56:16 73:23
214:12 246:21
291:25

**personal** 7:9 14:3
20:20,23 29:7,10
33:19 44:24 59:4,
15 95:21 111:22
121:7 122:11,18
168:14

**personally** 76:23
77:4,8,10 95:24
105:23 139:4

166:4 167:9,23 173:6,11 183:3 189:25 213:19 274:6,21,23

**pertain** 131:12

**pertaining** 153:14

**pertinent** 75:5 95:7 293:14 295:17,19

**Phil** 284:11

**Phillip** 206:22

**phone** 35:18 36:12,14,19,21 37:2,6,14,16 40:10,17 41:13,16, 19,20,21,23 42:2,5 44:8,14 55:14,23, 25 56:17,19,21,22 65:12 70:12 77:14 100:5 101:9,12 112:12,13,14 114:14 116:16,18, 20,23 117:3,5,24 118:7 122:23 163:22 166:6,7 182:12,15 188:16 216:21 291:14 305:9

**phonetic** 162:10

**phrased** 259:11

**physical** 161:25 269:21,22

**physically** 246:9

**pick** 86:7 155:12 217:16 293:22

**picked** 76:14 84:9,16 98:12 211:23

**picking** 80:4 81:23,24 85:23 189:8 216:22

**picks** 216:21

**pickup** 79:18 81:5 82:9 197:19

**pictures** 303:23

**piece** 294:19 303:13

**pieces** 193:4

**place** 99:16 102:12,16,18 118:13 185:9 218:18 241:8

**placed** 102:2 106:7 213:18 301:10

**places** 218:23

**placing** 101:18 105:23

**plaintiff** 6:9 7:2

**plaintiff's** 6:24 28:3,6 127:16,18 133:19 134:3 143:24 144:3 164:14 273:23

**plan** 258:17 298:24

**planner** 12:4

**planning** 12:2 179:16

**plant** 211:19

**plausible** 23:7

**play** 271:4

**played** 245:24

**playing** 223:13

**pleading** 288:6,9

**please** 5:15 9:17 66:20 77:9 119:20 183:16 194:14 260:21 292:24

**plenty** 89:13

**plus** 256:15

**PO** 267:6 294:9, 11,12

**pockets** 282:16

**pod** 216:22,23,25 217:3 219:4

**point** 14:5 16:10 21:9 55:3 65:2 81:25 98:19 110:6 118:5 130:8 138:2 141:25 150:14 189:4,5,6 222:17 226:25 230:4,12 237:20 238:5 252:4,10 255:25

259:6 283:5 285:8

**points** 31:3 72:9 279:20 283:2 289:2

**poor** 203:14,15

**POS** 294:15

**position** 271:4 272:2 273:20

**possession** 106:17 172:20

**possible** 8:25 37:13 53:20 106:20,23 132:12 200:7 231:8 266:5 281:19,22 301:13

**possibly** 22:16 127:9 212:12

**potatoes** 199:21

**potential** 73:9 262:2,15

**pour** 278:12,24

**powder-free** 129:2

**PPE** 15:23 29:22 30:2,6 33:14,16,25 34:2,7,13 38:23 39:15 48:21 58:25 59:3,7,12,19 171:5,15 173:7,11, 15 219:12 251:15 252:17 257:8,18 269:3

**practically** 137:4, 20 139:6

**practice** 143:12 198:11 208:18

**practicing** 12:18

**precisely** 286:18, 19

**precluded** 256:17

**predates** 264:3

**preliminary** 274:19

**prepandemic** 265:11

**prepare** 10:11

**prepared** 157:6 171:20 294:19

**preparing** 10:8

**preposterous** 118:11

**present** 10:17,20 76:8 218:3,4 265:18

**presentation** 67:13

**presented** 79:7 271:16

**pretty** 24:17 180:25 293:10

**prevent** 9:23

**previous** 216:24

**previously** 104:14 123:12 125:11

**price** 30:6,10,24 31:2,7 32:9,25 33:2 72:9 147:19 279:20 282:25 283:5

**prices** 29:21 30:20 32:14

**primarily** 266:7

**principal** 36:8,11 39:21 40:6 42:17 49:19

**principals** 35:19 38:21 48:20 188:21 296:19

**printed** 214:24 306:21

**prior** 16:3 36:16 46:5 67:4 75:12 103:25 147:23 151:24,25 171:16, 17 175:2 193:14 232:9 239:7 253:11 257:2 258:8

**privileged** 262:8

**privy** 116:23

**probably** 35:23 82:21 86:23 166:19 176:14

194:17 245:5

**problem** 79:9 81:22 104:19 108:7 138:23 154:9 198:24 220:19 222:23,25 253:3 270:19 271:18 278:14,21 279:4 305:20 310:17

**problems** 91:19 109:12 252:16 254:14 278:9 282:18 292:21 304:15

**procedure** 108:2

**process** 63:2 122:5 142:16 202:16,20 203:6, 12 215:9 220:10 274:15

**processing** 19:11 202:16

**procure** 46:11 61:5 257:23

**procured** 158:4 258:6

**procurement** 17:3 64:13 87:25 135:23 228:19

**procuring** 41:5 65:12,13

**produce** 44:5 223:20

**produced** 43:22 47:6 52:7,9,11,14 68:6 93:3 166:16 180:9 237:21 284:6 311:15

**product** 67:13 81:5 86:6 95:9 135:23 148:21 149:4 154:19 155:6 159:17 193:7 219:12 220:7,18 265:17 269:6

**production** 43:23 47:8 67:24 68:2,5 87:6 106:25 172:11 213:5,13

237:19 243:8
284:10

**products** 21:25
22:12 29:4 73:11
90:25 95:16 96:17
147:21,24 148:17
158:4 248:22
257:9 266:17,20
295:10 310:10

**professional**
14:2,6 196:22

**professionals**
64:12 65:24
107:15

**profit** 32:25 58:4,8

**profitable** 114:5
173:16

**profiteer** 254:25

**profits** 58:7,22

**prohibited** 80:3
270:13 276:3,10

**promised** 142:6,
11,12

**pronounce**
242:15

**pronounced**
239:22

**pronouncing**
239:16

**proof** 224:10
237:10,17 285:24
286:3,4

**proper** 70:25
152:19 279:2

**proposal** 120:24
256:14,16 258:19

**protect** 71:20
253:19 259:22

**protection** 59:15,
23 60:4 61:13,20
62:12,18,20,24
71:25 72:7 89:4,10
93:13 95:4 101:20
105:16,17 109:7
137:8 140:24
208:18 212:2
215:11 279:16,25
280:11,16,21
281:20 282:23

283:4 284:2,23
285:3,25 300:3,13,
24 301:22 302:12
308:9,14

**protective** 7:9
20:20,24 59:5

**protocol** 63:21
76:9,22 80:18 81:5
82:24 83:8,11,15,
17,18,23 87:3
88:23 103:19
132:19 198:9,13,
18 218:19 291:14

**protocols** 87:8
108:18

**prove** 237:20

**proves** 206:25

**provide** 19:2
69:3,9,14 71:3,10,
14 72:16,24 74:7
95:15 146:11
147:4 149:13
153:4 156:14
163:15 164:3
166:4 168:21
169:10 178:16
228:17

**provided** 46:7,19,
21 51:16 64:22
67:8 73:7,15,23
89:17 107:12
149:11 165:16
167:9,21 168:3,12
169:13,15,19
178:3 205:11
228:22 229:16
233:25 270:9
276:24 286:12
295:6,8

**provider** 81:3
98:24 203:17

**providers** 75:8

**providing** 287:18
295:11

**province** 240:21

**provision** 149:9
153:6

**public** 5:11 29:16,
17 108:21

**Pulin** 73:10
239:14 240:22

242:4,14 295:10

**pull** 140:10 277:3

**pulled** 102:24
109:15 140:22
154:15 212:18
214:11,19

**pulling** 215:3
247:14

**puncture** 278:20

**purchase** 31:13
72:15 128:25
129:6 144:2,8
147:19 179:14
182:24 183:5
215:12 220:25
257:12 265:13
266:21 275:9
290:16 293:16

**purchased** 57:9
65:20 66:5 93:21
100:13 102:8
175:12 176:6
206:3 232:18
278:15,16 283:25
287:9,10 299:4

**purchasing**
30:15,21,22 31:17,
21 32:7 33:2 65:6
72:5 75:20 76:16
77:7,13,20 80:15
82:8 91:2,15 92:5,
15,19,21 94:6,14,
19 126:24 209:24
221:15 222:2,5
232:9 290:24,25

**purported** 67:9

**purpose** 33:14,24
34:7,12

**purposes** 38:23
219:18 263:13,15,
18 281:16 300:8

**put** 5:24 20:9 65:5
77:24 79:22 83:20
85:2 93:14 97:13,
14 105:20 109:16
110:24 134:12
142:19 154:13,14
156:25 164:10
177:10 183:22
185:9,23 186:8,9
192:6 193:12
211:15 223:14

224:4,8 231:5
239:23,25 240:3
246:19 254:24
256:13,16 258:19
278:22 279:18
280:4 300:12,16,
20 301:14,18
302:11 311:12

**putting** 86:12
143:8 292:16

---

**Q**

**quality** 190:7,14
204:11 221:11,23
234:4

**quantities** 152:7,
22 153:15,21
165:19,20

**quantity** 206:7,9
215:10

**question** 8:21
9:19 10:4 13:18
14:8 23:2,4,8
25:15,17 27:6,14
59:9 66:18,20 70:3
76:19 79:15 80:12
85:21 89:19 91:8,
10,11 97:19 99:24
112:25 113:18
122:16 125:22
131:18,19 151:9,
13 152:3 160:19,
21 166:23 167:16
184:12 185:17
187:25 190:5
195:21 197:17
202:25 214:2
227:8,10 230:8,10
237:6 245:4
262:10 267:23
269:25 295:21
296:5,23 302:3,6
304:9 306:19
310:5 311:3

**questions** 9:17
24:5 37:10 43:8
55:15 100:3
112:10 144:14
166:20 196:20,24
210:19 223:24
224:2,9,11,21
274:4 283:15
307:8 309:21
310:24

**quick** 266:4

**Quickbooks**
172:25

**quickly** 170:9
241:7 283:17

**quite** 31:8 81:25
168:17

**quote** 68:11,13
100:19,25 101:19,
20

**quoted** 52:5

---

**R**

**racked** 97:16

**racks** 79:22

**Rader** 134:7,17

**Rakhunov** 5:5,6,
19 7:15 10:20 13:9
14:15,21 15:13
17:17 19:3 20:7,17
21:3 24:6,10 26:5,
11 27:3 32:10 33:4
38:4 43:10 44:2
45:16 47:21 49:4
51:25 53:18 54:6
55:21 57:19 61:23
66:17 68:3 71:22
74:22 80:5 84:11,
17 85:24 91:4,9,16
94:7 99:6,23
103:22 108:13
111:25 113:6,14
118:3 122:15
125:14,16 130:9,
24 131:7,17
134:11 142:22
143:10 145:3,14
146:13 148:10
150:4 151:8,19
152:2,14 153:10
155:21 156:24
159:4 160:18,23
161:9,15 162:22
166:10 167:10,14
168:7 171:8,23
172:13 173:17,21
174:17,24 175:13
178:9 181:24
182:23 184:11,16
185:7,16,20
187:12,23 188:2,9,
25 190:3 194:13,

21 195:16,19,25
196:7,10,15,23
197:12,16 199:14
201:10 203:18
204:2,7 207:20
208:3 209:4
210:25 213:14,20
215:17 218:5
221:9,12 224:13,
19 225:6,25 227:7,
23 229:19 230:7
231:17,22 232:13
233:5 234:15
235:5,25 236:11,
24 237:7,21
240:10 241:5
245:14 247:2,10
248:13 249:14
250:2,8,13 252:7
253:5,9 256:4
258:13 260:8
261:6,22 262:23
263:6 264:6 272:7,
11 273:4,18
283:14 284:17
285:10,16,19
287:16,24 288:8
293:18 294:5
296:2 297:25
302:2,23 303:21
306:18 307:17
309:14,17 310:25
311:11

**rampant** 252:20

**rapid** 266:3

**rapidly** 223:6

**rated** 137:6

**rather** 118:10
145:25 200:15

**re** 181:8

**reach** 142:2 306:2

**reached** 78:17
142:3 261:15

**reaction** 227:12

**read** 39:11 51:10
62:25 91:21
119:20 130:23
131:2 136:7,23
137:10 142:25
145:9 146:8
147:24 148:2
149:6,10 151:12
164:11 201:12,14,

15 230:5 232:14
233:13 260:20
261:4,6,8 265:8
267:16 292:17
294:25 302:7,8

**readily** 52:12

**reading** 64:11
100:17 124:5
145:21 147:16
150:8 151:2 168:9
195:5 233:12

**reads** 28:25

**ready** 261:10

**real** 36:23 37:4
96:19,21 116:18
133:11 247:20
273:11

**reality** 279:7

**realized** 244:7

**really** 7:16 81:16
83:22 96:11 116:5
121:12 131:8,11
139:20 158:6
202:21 215:21
248:11 274:11

**reason** 21:2
104:3,4 128:21
188:23 267:17
273:12 276:16

**reasons** 86:14

**rebate** 120:11
122:2 149:9,14,21
150:2 151:16

**recall** 11:16 37:22
42:7 44:12 54:4
56:2,7,22 110:2
117:14 174:8,10,
25 176:10 178:19
182:6 183:7,14
194:6,22 198:23
201:5 202:7,9,19
203:2,4 204:9
209:10,17 211:10,
11 216:17 217:21
220:22 221:8,20
222:7 228:23
232:17 233:2,12,
20 238:6 239:9
243:4 255:14
259:20 264:17
270:11 275:16
306:13 310:12

**recalling** 155:23

**recanted** 126:11

**receive** 194:24
227:21 228:4,8
232:8 269:22
285:4

**received** 38:25
67:25 195:7 214:6
228:13 285:2,13,
22 286:14

**receiving** 42:12
94:5,17 194:22
228:23

**recently** 259:3

**recess** 54:8
126:17 170:2
216:15 310:2

**recognize**
127:22,25 128:2
130:21 132:6

**recognizing**
130:10

**recollect** 8:6
17:14 187:9
222:15 243:25
245:2,7 261:4
264:16 289:22

**recollection** 8:8
15:15 32:13 35:15
40:17 42:8,10,11,
19 43:13 128:11
136:2,5,9,16
138:13 180:13
181:6 186:21
187:5 211:20
212:21 224:2
270:5 306:25

**recommended**
207:6

**record** 5:16,21
8:25 20:9 29:16,17
35:6 47:5 52:8
67:22 107:3
134:13 138:11
156:25 157:10
166:22 207:23
250:14

**records** 26:12
38:9 39:25 172:4,
8,12,15,17,19,23
237:20,24

**recounted** 264:18

**recovering** 17:8

**redacted** 269:19

**refer** 59:14

**reference** 197:7
275:11,13

**referenced** 46:25
74:8 154:7 166:14
197:5 231:20
238:22 268:9
291:20

**referencing**
202:3

**referred** 182:10

**referring** 46:16
49:15 53:12 54:25
59:4,24 68:25
115:4 121:13
154:5 170:13
172:16,23 182:16
219:23,24 264:20
294:23

**refers** 47:10 59:8,
12,21 170:20

**reformed** 263:12,
15,19

**refresh** 8:7
180:12 181:5
187:4

**refund** 178:6

**refusal** 156:12

**refused** 142:4,7
146:19 150:22
237:11 254:24

**regard** 228:5
299:16

**regarding** 70:21
115:3 178:12
272:2

**regardless** 126:2
183:6

**regards** 121:9
122:7 126:23

**regulation** 80:2

**regulatory** 29:3

**reiterate** 84:22
86:4 153:23

212:16 277:7
282:11,19 308:12

**reiterating** 84:23

**related** 6:17 75:6
116:8 213:8

**relationship**
13:25 14:2,3,6
18:11 143:13
176:25 179:4
215:21 258:16
259:22 270:24
288:2 289:19
297:20

**relationships**
215:19

**relay** 121:5

**relevant** 195:22
236:4 237:22

**rely** 36:9

**relying** 90:15
126:7 150:16

**remediate** 271:17

**remedies** 270:23

**remember** 20:2
83:3 128:14,16
166:18 202:12,23
209:24 224:3
228:11 233:6
267:11 269:24

**remembers**
167:15

**remotely** 218:10

**repeat** 8:20 66:20
80:18 112:25
122:16 220:4

**repeated** 66:10
279:13

**repeatedly** 65:11
107:9 119:3
160:25 280:15

**rephrase** 25:15,
17 80:12 117:4
167:19 174:9

**replace** 270:22

**replacement**
178:16

**replacing** 222:9

**report** 140:8 143:17 146:21 199:4 253:20,21 254:13 268:24 280:13,18 284:16 285:7

**reporter** 5:2,5 8:10,16,21 28:8 48:3 107:3 127:20 134:5 144:5 180:5,19 184:4 194:12 207:13 216:14 260:13

**reporters** 228:9

**reporting** 228:20

**reports** 138:20 142:4,5,9,11 143:20 146:18 190:22 191:12,13,15 204:24 205:3,13 206:19 207:3 213:6,7 214:21,23 227:22 228:4 231:14,18,20 232:8,11 253:16,23 268:15 277:22 280:16,17,21 281:2 284:14 286:5,11,13

**represent** 230:13 236:12 246:22 274:22

**representation** 68:21 275:3 293:3

**representations** 189:25 190:7 193:15 275:17

**representative** 48:14 109:10,18 189:7

**representatives** 49:9 50:9

**represented** 100:15 120:16

**representing** 37:17

**represents** 262:4

**reprinting** 301:15

**reputable** 226:19

**reputation** 97:5

**request** 92:24 93:4 104:2 110:18 188:7 213:15

**requested** 82:20 93:6 104:14,16 146:18 270:3,8 285:11 308:14

**requesting** 220:14 253:12

**required** 110:10 113:10 114:21

**requirement** 116:9 142:19

**requirements** 109:23

**requiring** 118:17

**Research** 158:12

**resell** 32:2

**reseller** 51:15 53:16,24

**reselling** 31:22 98:8

**resource** 64:14 78:4 87:18,20,24 88:4,8 108:6,9 134:7,18,23,24 135:9,13,19 158:3,9,18,23 159:16,19 170:20 174:3,12 214:16 258:12,23 264:21 265:23 266:22 270:10,13

**respond** 52:2 226:10

**responded** 217:6 223:10

**responsibilities** 16:18,23

**responsibility** 76:12,15 104:6

**responsible** 40:14 111:19 113:24

**rest** 124:16 251:7

**Restate** 59:9 77:3 89:19 94:8

**restrictions** 75:6 86:18,21 103:14,

15

**result** 157:14

**retested** 191:3

**return** 159:2

**returned** 244:3

**reveal** 92:10

**revenue** 157:19 270:21

**review** 10:9 269:13

**reviewed** 73:20

**revolving** 271:8

**RF** 134:16

**RF_000698** 134:15

**RF_000699** 136:19

**RF_000706** 136:15

**right** 9:3,20 14:9 15:6 51:9 62:25 79:17 99:25 118:8 131:25 132:20 139:6,14,16 143:9 145:12 146:3 147:6 152:8 153:17 154:4,5 157:11,25 158:24 174:19 179:20 181:22 183:11 196:7 202:17 212:11 216:7 220:23 221:6 225:16 229:15,22,25 232:25 235:4,7 236:10 238:21 239:6,17 240:6 241:16 247:7 254:19 260:25 263:2 265:7 267:9 271:24 274:3 279:6 284:22 293:16 294:17 298:7 302:21 305:13

**rinse** 220:4

**rip** 278:20 301:19

**river** 304:13

**Road** 6:5

**Rock** 6:24,25 7:2, 13,20 10:13,16 12:25 13:3,7,11 14:24 15:4,17 16:11,15,19 17:6, 9,16,19,24 18:3,7, 12 19:16,18 20:3, 4,19,22 21:7,11, 14,22,25 22:4,6,8, 12,17,19,21 23:9, 17,21,24 24:8,21 25:2,3,13,18,20 26:2,8,19,25 27:10,15,21 30:15, 21 31:12,16,20 32:7,24 41:12 45:11 46:7,20 49:7,15 50:13,17 53:2 54:12,19,22 55:4,10 58:3,23 59:17 63:24 64:3, 25 65:17,20,22 66:4,14,21 67:6,8, 10,12 69:4,6,9,12, 14 71:3,10,14 72:17,24 73:7,16 74:7,17 75:7,18 76:24 77:5,11,18 80:3,13,22 82:6 84:6,9 87:7 88:8 90:15,19 93:21 94:3,14,15,18 95:10,16 100:13 101:15,18 107:9, 12,13,16 110:9 111:18,21 112:21 113:3,9 114:20 115:14 116:8 117:14 118:17 120:2,7 123:9,11, 17 126:23 127:7 128:13,25 132:13, 23 139:15,18 140:12 144:23 146:6,11 147:4 148:5 149:20,25 151:15 153:3 154:24 155:11 156:18,22 157:13, 22 158:8,18,22,24 159:2,12,20 160:2, 7 161:11,12,17,25 162:12,21 163:3, 10,14 164:3,23,24 165:5,17,19,21 166:5 167:21

168:4,10,12,22 169:9 170:12,16, 20,25 171:6 172:2, 7,24 173:14,23 174:11,19,22 175:11,19 178:6, 25 180:10 184:14 186:17 188:5 256:3 261:14,18 262:4 263:8,19,21 266:19 274:4 288:9 290:5 293:4 299:4 300:20 304:6,7 305:5 309:11 311:19

**rocket** 64:20,23

**role** 18:22 126:22 129:15,21 134:19 162:12,17 174:21

**rolling** 225:19

**Rolodex** 252:15

**Roman** 33:23

**room** 108:23 180:20

**Roughly** 13:15

**routine** 95:13 97:21 98:2,14 99:5,8

**routinely** 29:2

**Rubber** 229:4 247:23 252:14

**Rule** 157:5

**run** 146:23

**S**

**safety** 75:6 86:18

**said** 7:23 18:24 47:11 52:3 57:15 58:12 63:9 78:5, 14,16,21,24 81:20, 23 87:9 96:25 97:7,9 100:23 101:5 103:23 104:23 105:17 106:12 115:14 117:18 120:18,25 124:20,22 126:11 142:10 148:16 159:12 168:10

172:22 180:24
185:18,19 190:15
193:18 197:15
203:9 209:14
212:18 221:5,18
224:7 234:17
235:12 238:3
244:5 247:3,5,8
259:12 265:14,21
266:17 270:12
277:20 280:3
281:22 285:20
294:17 299:20
304:17 305:3,14
307:9 308:12,15

**sale** 209:15

**sales** 11:13 17:4
72:15 96:6 143:25
144:8 159:18
172:3 258:23,25
269:2

**same** 9:6,12 38:12
40:10 50:13 70:5,9
73:8 83:11,15,18
91:14 92:4,20 97:8
121:24 122:4
126:8 129:7
130:19 133:10
151:19 158:14
161:8 164:6
169:21 170:7
174:4 179:19
206:5 215:8 241:8,
19 245:4 275:12,
15 280:12 287:25
291:7,10 298:17
310:14

**sample** 204:6

**samples** 140:22
211:13,14 214:11
215:7 269:22,23
270:6,8,9

**satisfied** 264:19

**Saturday** 149:3

**save** 166:12

**saw** 102:25 113:7
130:7 138:17
215:10 239:11
289:17

**say** 8:11,13,22,23
20:18 31:6,20
35:24 37:23 38:2,
6,11,17 41:18

46:21 53:11 56:12
57:24 59:3 62:23
63:4,9,10,13,15
68:3 77:9 87:9
89:25 91:22 93:22
100:13 102:16,19
115:11 118:12,20
125:7 126:10
136:4 140:2
149:23 164:17
165:4 168:5
174:18 178:21
181:12,13 197:21,
24 198:17 202:24
212:12 214:25
220:12 225:15
226:13,25 228:3,7
230:23 231:2,3,4
235:11 239:2
243:16 247:4,24
250:9 252:23
259:13 260:8
262:12 270:20
280:19 283:2
284:22 289:24
290:3,5 293:12
296:16 301:8
304:25 308:22

**saying** 8:24 45:18
51:5 56:2 61:8
73:22 74:5 78:4
85:8 98:18 125:8,9
132:2,3 153:5
181:9 195:6
198:12 202:10,23
203:2,8 218:2,11
219:8 223:19,20
234:21 235:8
246:21 265:4,5
282:20 285:7,25
299:21

**says** 28:14 29:20
33:23 34:16 44:17
46:5,18 48:17
49:6,15 50:13
54:11,18,21 60:15
62:24 65:17 67:3
68:9 73:6 75:3
81:11 91:23 95:7
96:18 107:7 110:8
114:19 128:25
133:8,20 135:6
136:25 147:18
148:25 149:10
150:9 151:11
154:4 165:12
170:11 195:3,6

208:22 218:6,7
229:22,23,25
244:13 299:2,21
305:13

**scattered** 215:12

**scene** 28:10

**schedule** 146:4

**school** 267:10

**science** 64:20,24
193:22,24

**Scott** 135:14
185:3 186:22
272:21

**screen** 28:4
179:21 180:6
183:22 201:6
223:14 239:25
240:11,13 256:12
260:23 311:6,12

**screwed** 217:10
220:13

**scroll** 28:12
127:22 136:2,12
144:11 145:23,25
229:2,12 261:2

**seal** 76:7 277:10

**sealed** 75:25 76:2
79:21 81:12 85:4
86:19 88:19 97:15
107:10 277:8,9,15,
16,18

**sealing** 80:20

**searching** 29:12

**seasoned** 117:19

**second** 28:13
82:20 124:18
127:10 129:6
130:15,20 132:4
147:9 149:12
177:8 202:11
240:4 260:19
276:6

**secondly** 76:10
91:20 96:16 98:22
143:12 193:19
218:21 247:17
279:22

**seconds** 216:19
304:18

**section** 146:25
147:17 149:8
152:5,18,25 154:4,
18 297:6

**secure** 64:14
265:10

**see** 28:9,15,19
29:5 30:3 32:8
33:16 34:17 35:5
39:7 44:22 46:13
48:22 49:11 50:15
51:17 54:16 59:24
65:25 67:14 68:18
73:12 75:15 79:20
82:11,25 84:20
92:6,7,8 95:17
97:15 100:21
101:23 104:11
105:14,19,23
106:4,24 110:16
114:7 123:13
127:9,12,23 128:8
129:7,11,18
132:25 133:5
136:10 144:6,10,
12 145:2,6 149:16
154:6 157:21
165:25 180:15,23
183:10,17 194:16
196:25 197:4,5,7,
14,19,20 198:19
199:22 205:2
206:23 207:2
208:12,22 226:21
228:24 229:13,15
239:21,24 240:6,
13 241:9,12,13
242:11,12 244:9
245:22 249:18
250:18,22 261:9
303:18,20 311:17,
22

**seeing** 139:9
202:13 218:20
261:4

**seeking** 38:25

**seem** 200:11
298:10

**seems** 223:17

**seen** 27:21 43:21
67:23 98:8 116:7
132:17 182:14,17
184:18 191:12,15
194:7 206:18

207:3 213:7,8,11
242:10 260:17
264:13,15 269:18
277:22 284:8
303:16,21,23

**selection** 147:23
148:8

**sell** 67:11 96:24
210:22 242:4,5
270:21 271:6
286:2 288:23
300:8 301:21
307:7

**seller** 56:14 65:21
70:13,14,17
147:20 149:13
152:6 154:19
155:20 297:14

**seller's** 147:22
148:8,17 149:5

**sellers** 31:21
65:21 68:11,20,22
69:2 107:10

**selling** 20:23
21:7,23 22:2,5,9,
12,17,22 23:10,17,
21,25 26:3,9 29:3
33:3 52:25 66:11
73:19 98:9 114:8
172:6 270:19,20
288:12,16 307:10
308:25

**send** 67:16 140:9
155:24 191:2
204:5 219:24,25
308:15

**sending** 17:2
136:3,6,9 138:14
202:5 218:15,17
269:18

**sense** 287:14,19

**sensitive** 188:3

**sent** 45:5 67:19
79:5 106:21 118:9
121:20 137:15
138:18 139:15
140:22 141:14
148:20 154:15
182:25 190:23
191:11 192:14
199:20 201:16
206:11,16 228:11,

12,20 231:9,10
245:20 257:25
268:14 269:7,8,9,
11,12 270:6
276:19 278:3
281:20 308:16

**sentence** 44:17
148:2 221:17
295:3

**separate** 44:19
45:2,7,24 113:22
124:7 158:15
177:7 208:15

**separated** 124:8

**separately** 125:4

**separating** 70:6

**series** 109:14

**service** 5:22
296:20 311:16

**services** 18:20,25
19:2,6,8,10

**set** 16:6 48:18
49:2 109:13 189:9
199:6

**setting** 60:13
62:16 63:8 71:2
78:25 108:9
278:19

**settlement**
261:15

**seven** 96:25
225:22,23

**several** 77:21
93:23,25 123:11
155:3 192:15
204:16 251:17
252:21 268:20
269:16 270:17
271:16 279:13

**SGS** 284:17,18

**SGS's** 284:19

**shall** 149:13 152:6
154:19,21

**share** 28:3 38:18
39:5 179:20 180:6
225:17 240:14
241:6 244:6 245:8,
12 253:21 264:4
311:6

**shared** 89:12
201:4

**sharing** 180:7
209:7

**she** 48:6 162:14
179:2,6 181:8
189:15,18 200:24
231:9 242:12,15,
16 246:7,9,13
247:6,20 270:6

**she's** 247:14

**sheen** 138:4

**sheet** 197:21

**shell** 48:18 49:2

**shield** 38:25
48:19

**shielding** 33:15,
25 34:12

**shift** 216:24

**shiny** 268:17

**shipment** 204:21,
25

**shipments** 198:4
276:11 286:18,19

**shipped** 75:13
156:8 193:9
205:12,14

**shipping** 101:17
154:13

**ships** 154:13

**short** 54:8 170:2
216:6,15 310:2

**shortage** 89:16

**shorted** 81:18
85:10 90:3,7
150:11 220:8

**shortened** 269:19

**shorting** 45:17
82:5 85:17,19
86:11 89:21
150:18 216:4,5

**Shortly** 15:6

**should** 68:4 112:9
159:8 252:3
282:24 285:9
286:3 290:21

**shouldn't** 294:12

**show** 26:13 38:9
41:10 74:11,23
98:14 109:8
133:15 164:13
165:3 172:9
176:13 183:4
191:6 194:5
198:15,16,22
224:9 231:24
232:3,5 255:8

**showed** 199:4
256:11 258:15
307:11 308:3,5

**showing** 97:21
98:2 102:23
105:16 133:18
183:18,19 201:6
216:7 243:7 248:9
299:17

**shows** 98:17
132:3 308:8

**shrink** 102:13,14

**shrink-wrapped**
192:11 193:3

**sic** 155:4 213:2

**side** 81:10 91:23
162:15 176:2
219:17

**sign** 35:4 40:21
49:19 70:17 109:3
119:12 129:24
132:13 133:7
145:15 247:22

**sign-in** 109:4

**signature** 128:3,5
130:13,15,20
132:7,10,11,18
133:9 144:16,18
184:15,19,22

**signatures** 184:8

**signed** 42:18
70:12 71:23 72:3,
11,20 73:3 110:21
112:3 114:2
116:12 120:14
123:20 128:22
130:2 132:2,4
133:6,13 145:12
152:11 168:24
184:14 186:14,16,

17 271:6

**signer** 36:5 39:21

**significant**
190:25

**signing** 36:16
37:18 40:14,25
128:12,14 130:22
131:2,3,13,20
147:6 152:13,16
183:7 185:5

**signs** 192:19,20
193:12

**similar** 138:4,10
139:13 184:22
232:8

**simple** 114:10
156:10

**Simply** 275:4

**since** 29:20
258:24

**single** 41:16,18
42:4 212:12

**sir** 107:22

**sitting** 85:3 280:8
289:10

**situations** 267:12

**size** 153:16,17
154:7 195:5
246:19 247:13

**sizes** 152:19
153:24 154:2,5
198:25 199:10
215:24

**sizing** 137:5
220:9,12,23

**skewed** 150:23

**skin** 196:19

**skyrocketed**
29:22

**slash** 129:5

**slot** 78:13 218:24
219:7

**slots** 109:16
205:24

**slotted** 194:2
205:23

**small** 152:24
153:20

**smaller** 111:13
145:5 206:9

**smoke** 246:16
247:8

**smoking** 142:17
156:13 247:5

**snaps** 300:17

**sniffling** 200:9,19

**snowballed**
138:24

**social** 109:24

**software** 173:2

**soil** 252:9

**sold** 26:20 39:15
65:22 69:5,11
157:22 158:8
165:19,21 174:2
175:10 176:18,19
177:15,16 190:18
191:18 210:5
227:4,11,22 228:9
242:25 248:22
266:8,9 279:18,23
280:4 281:11,23
284:22 285:25
287:20 292:9
299:12,13 300:11,
22

**sole** 17:20 57:6,
16,23,25 98:23

**solely** 115:4
176:25 222:11

**solicit** 120:19

**solicitation**
120:21

**soliciting** 120:9

**Solstice** 136:21
137:2,3 138:7

**some** 16:10 17:3
28:20 30:8 31:4
32:3 41:7 42:24
46:22 65:2 78:22
111:22 130:8
137:13 153:2
161:3 162:9
163:19 166:12
176:2 182:9

188:18 193:11,13
206:6,9 228:14
242:6 251:19,22
255:22 268:10
269:5 274:3 281:2,
17 286:3 289:2
307:11

**somebody**
103:20 109:8
119:17 148:20
180:20 199:20
244:24 254:20
255:15 292:2

**somehow**  38:3

**someone**  35:25
57:15 100:6
117:25 126:20
132:9 163:5 268:9
307:23

**something**  17:22
18:13 52:3 141:3
143:8 155:19
172:25 175:23
176:4 223:14
237:25 252:24
285:11,22 295:24
304:25 307:12
311:4

**sometimes**  224:8
268:23

**somewhat**
305:23

**somewhere**
12:16 86:22
110:19 146:9
162:2 232:4

**song**  97:8 255:2

**sooner**  89:5

**sorry**  20:8 51:24
54:19 59:16 66:19
82:15 103:7
117:23 134:11
162:4 164:15
260:15

**sort**  80:24 111:23
119:8 124:4
151:23 161:22
176:2 228:14
242:6 269:5
307:11

**sorted**  267:8

**sorts**  259:21
282:18

**sounds**  259:11

**source**  249:7
262:7 268:4
271:15 296:18
297:5

**sourced**  100:19
238:10 240:19

**sources**  258:8

**sourcing**  175:22
239:9 241:2
257:16,18 269:11
292:3

**south**  214:13

**SPA**  46:6 74:19,21
95:10 110:9,11,15
111:2,8,19 112:9,
23 113:5 114:20,
25 117:16 118:14,
19

**space**  38:18 39:6
271:12

**speak**  8:14 9:2
35:16 42:6 101:11
116:25 163:5,11,
23 274:6

**special**  296:17
297:4

**specific**  26:17
36:5 40:12,20 41:3
58:20,21 60:8,9,17
61:6 71:24 72:10
86:18 108:16
117:20 144:13
153:24 154:16
163:7 164:7,18
165:18 190:12
191:22,24 205:18
240:24 267:14

**specifically**
14:16 24:12 56:24
64:16 67:18,20
78:13 117:13
121:23 141:4
157:6 174:13
177:15 193:20
204:11 242:9
295:3

**specification**
293:14 294:13,21

295:16

**specifications**
60:18 68:14 74:17,
20

**specifics**  29:18

**speculate**  118:25
266:15

**speculated**
281:12

**speculating**
292:23

**speech**  224:15

**speeches**  224:20
226:3 283:12

**spelling**  240:7

**Sperber**  5:14 6:2,
8 20:16 24:19
27:25 43:21 47:4
67:21 68:8 87:5
93:2 126:15
127:15 134:14
143:22 167:6,12
169:23 170:8
187:17 309:23
310:4,7,23

**spoke**  101:8
281:7

**spots**  191:24

**spread**  32:25

**spreadsheet**
141:12 286:17

**stack**  214:22

**staff**  41:4

**stamped**  134:15

**standard**  61:11,
12,14,18,22 63:13,
17,22 64:10 72:4
132:19 140:9
230:14 232:15
291:14 293:11

**standards**  64:17
65:14 68:14,17
268:22 274:24
275:5 280:2

**standpoint**  138:8
282:15

**stands**  19:9

**start**  28:24 29:20
136:14 180:23,24
220:16

**started**  15:6,7,10
93:7 105:14
159:23 171:5
203:22 215:23
256:25 257:2
264:21 299:9
305:10

**starting**  216:2,18

**state**  5:11,15 18:3
83:7 101:3 126:6
287:13

**stated**  46:8
251:25 308:24

**statement**  73:19
265:25 299:23

**statements**  114:7
210:20

**states**  33:11
56:11 57:8 65:23
75:14 96:7 98:25
310:22

**stating**  203:11,12

**statistic**  31:9

**statute**  262:11,14

**stem**  217:10

**step**  258:20

**steps**  101:16
214:8,9

**Stern**  50:14,18,22,
25 51:11,20 52:19,
24 53:15,23 54:11
57:3,20 65:18
66:22 73:9 75:4
95:8,13 96:3,18
97:22 98:3,5,9,18,
20 99:5,7,11
100:14,19,22
101:8,15,25
102:19,22 105:12,
23,25 107:7
140:17 157:16
165:14 175:20
176:24,25 177:7
178:4,20,23
181:23 182:3,10,
19,25 183:2,8
185:25 187:7,16,
22 189:24 190:6,

13 191:18 192:2,
16 193:21 202:3
205:15,19 206:3,8
210:11 213:17
215:23 218:14
221:15,22 226:7
227:22 228:9
230:13 236:20
239:13 246:17,24
247:6 248:19
252:3 254:19,23
258:9 265:3
268:13 274:5,6
276:2,9 279:23
286:19,24 287:11,
13 288:11,19
289:13 290:2,11,
16,20 291:18,24
292:2,5 293:13,16
294:4,20 295:6,15,
23 296:10,16
297:3,22,23 298:3,
13 299:5,6,12,13,
18 301:4 302:19
303:2,5 304:5,12,
13,17,19 305:17,
22,23 306:2,8
307:3

**Stern's**  189:9
192:14 193:25
220:20 248:23
276:23 280:9

**Stewart**  185:2

**stick**  283:15

**sticker**  102:24
194:4 300:12,25

**stickered**  96:19
97:4,12 102:23
106:2 254:23
279:23 282:12
303:19,22

**stickers**  101:18
102:2 105:24
106:7,13 211:25
213:18 292:17
301:9,14,22

**still**  12:18,21 17:5
20:22 22:4,17
167:7 173:6
183:18,19 191:18
193:9 201:4
221:14 250:21
266:12 305:21

**still--** 292:19

**STMD-6319**
213:2

**stood** 256:10

**stop** 22:9,22
23:10

**stopped** 21:10,23
23:17,21,25 26:3,9
80:13 172:6 211:7,
18,22

**stopping** 172:3

**storage** 88:6
238:20

**stored** 238:24

**storing** 83:14

**story** 78:23

**straightforward**
64:18

**stretching** 247:20

**stretchy** 213:11

**strong** 271:3

**structure** 53:10
163:4,8 298:16

**struggling**
152:18

**stuck** 255:2
281:20

**study** 61:2

**stuff** 161:7,8,22
212:18 217:5
251:20 306:4

**stuffed** 89:3
282:12

**stung** 252:20,22

**styles** 92:16

**subject** 9:12
46:12 135:24

**subjects** 171:12

**substantial**
181:14

**substantiated**
283:24

**substantiates**
290:11

**successful**
309:16

**such** 47:6 55:19
56:3 118:12 284:4
285:23

**such-and-such**
78:11

**sue** 272:3

**sued** 261:18 272:4

**suffer** 156:22

**suffered** 157:14

**suing** 7:20
187:14,16 302:20

**suitable** 60:12
213:3

**summer** 259:7

**Sunday** 149:4

**superior** 137:7
296:17 297:4

**supplier** 257:8

**supplies** 29:22

**supply** 256:23

**supplying** 257:6

**support** 29:8
33:20 34:5,10,20
39:10 48:25 95:22

**supposed** 91:2
211:17

**supposedly**
221:22

**sure** 7:16 8:8
11:19 12:7 13:20
15:10 22:15 24:17
25:16 28:24 29:19
31:9 36:3,21 39:24
40:5 42:14,23
51:8,22 52:8 56:20
61:10 64:21 65:8
69:7,13,18 71:8,13
83:3 87:2 101:13
116:17,23 123:6,
19 133:2 134:14
136:12 143:18
145:3,17 148:23
157:12 163:9
164:2,5,6,12
166:21 167:13
169:17 172:15

179:18 198:20
201:13 208:21
210:6 212:3
214:14 223:10
233:9 239:12
241:7,17,19 243:4
245:14 270:7
272:23 276:14
285:12 292:5
294:14 296:3
298:16 301:2
309:18

**surgeries** 200:13

**surprise** 198:2

**surprised** 250:20

**swiftly** 278:18

**switch** 195:12

**sworn** 5:10

**Synguard** 226:9,
17

**Synguard's**
226:16

**system** 85:12
177:24 217:20,25
218:3,13,16,18

**systems** 162:19

_____

**T**
_____

**take** 10:2,5 28:25
44:16 46:4 47:9
50:12 64:20 68:4,6
73:5 74:25 75:2
81:10,13 90:4
96:22 97:2,4
100:12 107:6
110:7 119:19
123:8 124:18
126:15 129:13
154:18 165:10
166:16 169:24
201:11,13 213:14
214:8 259:25
260:19 270:21
300:9 302:14

**taken** 54:9 126:18
170:3 216:16
310:3

**takes** 260:22

**taking** 8:10,22

33:10 34:15 48:16
80:16 101:14
152:5 205:17
251:21 301:7
311:5

**talk** 36:8 63:22
121:4,5 172:14
200:24 217:19
238:2 263:24
275:21 307:21

**talked** 40:5
188:16 192:25
275:19 288:5
299:25 305:19

**talking** 51:6 64:12
78:17 94:12 96:16
99:21 116:13
118:21 121:3,17
150:6 164:23
212:17 219:14
221:14 222:13,15
233:15 236:7
240:9 241:8,18,19
290:19 291:9
295:2,22 297:6
300:10 306:24

**tallied** 194:7
195:2

**tallies** 198:3 199:7
201:18,24

**tally** 194:9,22
195:4,11 197:20

**tamper-proof**
76:3

**tampered** 277:11

**tape** 76:2

**tarnish** 97:5

**taxes** 154:20

**team** 11:13 215:20

**tear** 278:20

**tearing** 246:12

**tech** 25:24

**technology** 25:24
71:6,12 162:19

**tell** 9:18 35:23
37:16 48:11 52:16
53:14,22 55:4,6,9
56:25 76:23 77:4,
8,10 83:16 84:18

87:12,21 88:8
90:19 91:13 92:3,
12,20 99:9 106:18
107:16 108:17
147:2 190:9
200:10 207:22
208:9 217:16,24
218:12 222:22
231:25 232:21
253:7,14 256:2
261:9 270:15
274:7,23 276:2
288:11 289:14
292:25 293:24
310:8

**telling** 73:14
117:14 195:14
218:17 289:22
296:13

**telltale** 247:22

**term** 25:7 60:15,
17,25 65:10
235:21

**terms** 63:18
117:11 131:5,8,9
146:24 161:17
166:23 174:8,10
269:21

**terrible** 218:2
226:14

**terrific** 273:20

**test** 139:22 140:6,
16,20 191:13,15
211:24 212:9,15
213:7 229:7,8,9,
11,16,24 230:10
270:19 271:14,15

**tested** 137:7
204:24 205:21
212:4,10,21,23
215:7 246:7
252:18,23 253:11,
12 254:10 277:21

**testified** 5:12 6:12
7:23 8:4 125:11
172:18 297:24

**testify** 86:25 87:3,
10 157:8 248:14

**testifying** 9:10,
13,24

**testimony** 9:11
192:18 193:11,17

194:3 239:4,7
248:7,10 254:9
258:10 304:20
308:6

**testing** 62:9
64:19,21 65:14
137:13,16 139:15,
18 140:6,12,14,15
141:5 142:5
143:20 146:17
190:22,23,25
204:24 205:2,13
206:18,20,25
207:5,6 213:2,5
214:21 227:21
228:4,8 229:21
231:14,18,19
246:5 252:13,15
268:15,24 277:23
284:14,16 285:6
286:5,11,13
292:15,20

**tests** 191:4,5
213:9,11,13
253:14 254:8
277:22,24

**text** 42:21 53:21
99:10 136:18
180:2 181:7
202:13 203:3
226:8 250:15
289:17 311:24

**texted** 202:24

**texting** 202:7
203:4

**texts** 42:24 201:12
216:10

**than** 18:6 20:10
26:4,10 29:11
56:21 70:6 72:22
89:5 91:24 97:3
98:16 99:18 111:9
116:5 137:4 138:8
139:9,12 145:16
146:14,20 173:8
187:2 207:4
212:23 226:17,22
239:5 242:9 262:8
263:14 275:19
283:5 298:9

**Thank** 20:17 68:8
93:3 248:8 264:2

**that's** 6:2 15:9

16:5,8 17:13 19:9
26:13 31:25 32:18
35:15 37:22 40:5,
15 41:5 42:15 43:5
61:10 66:9 70:17
72:11,13 79:4
87:11 99:13,20
101:2 103:3
106:14,24 114:10,
11 115:20 116:16
118:11 119:14
121:18 128:3
129:23 130:19
132:11,22 141:23
143:16 144:7
146:17 147:16,18
150:5,22 151:5,21,
22 153:13 154:2,8
164:24 168:18
169:3 170:13
181:18 183:20
184:15 185:3,21
187:10,13,18
189:4,6 190:11,15
193:8,16 194:3
195:17,19,25
196:21 197:8,10
198:10 201:6
203:7,12 206:21
208:4,5 211:18,20,
21 213:12 214:2
215:8 218:7,19
221:3 225:8,10,11
227:2 229:7
230:10 233:16
234:21 235:6
237:5 238:4,16
240:18,24 241:18
242:8 244:24
245:19 246:15,18,
19,24 247:7
249:16 250:9,12,
16,17 255:3,12
257:5 258:14
260:24 262:17
269:13,20 271:11
278:13,14,15
281:4,17 282:22
284:12 285:8
289:8 291:22
294:9,23 295:19
297:9 298:6 300:5
302:10,18,20
303:10,24 304:19,
25 309:19 310:20

**their** 26:18 29:12
41:4 49:10 61:18

75:4 81:4,8,10
84:21 85:12 93:10,
15 95:12,14 107:8
155:15 165:16
188:8 214:5
215:20 219:12
228:19 248:4,7
252:14 253:19
256:12,15 263:3
267:5,15 272:2,16
282:16 293:14
295:16 297:20
298:16 308:21
310:10

**them** 19:21 22:15
31:22 32:5 35:9
39:16,18 40:18,19
43:8 44:5 45:18
57:4,12,21,25 70:6
72:5 73:20 78:2,7
80:15 82:21,23
84:15,16 85:18,23
86:9 87:14,23
88:10,15 91:22
94:23 96:20,22,24
97:15 99:3,8,16,19
102:14 105:14
106:3,5,14,22
107:2,10,17
109:16 114:3
118:10 121:15,19
123:22 124:7
131:10 138:3,9,18
139:9 140:22
142:3,13 143:21
146:19 150:19
154:11 155:14,15
156:7 169:20
174:13 190:23
192:4,15,19 193:4,
14 198:22 200:2,3
202:5 203:22
204:5 209:13,16
210:5 211:7,15,16,
23 212:4,25 213:3
214:2,12,19,20
215:3,7 216:4,5,6
218:4 223:25
228:18 231:9,10
239:11 242:2
244:3,25 246:7,8
252:17 253:12,17,
22,24 254:10,24
255:3 257:6,24
259:2,15,17,19
264:8,22 265:2,16
267:16 268:6

269:12 270:3,17,
19,20,23 271:5,6,
10,16,22 272:5,13,
15 273:19 274:18
276:20 278:12
279:18 281:14,15,
21 282:3,13 284:2,
25 287:20 288:22
289:2,3 290:25
292:16,22 293:22
294:15 297:15,16
298:15,23 301:7,
23 302:15,16
307:7,8 310:17,18

**themself** 35:4
57:5 124:24
297:14

**themselves** 30:2
36:9 51:15 56:9
57:22 70:10 98:23
124:2,21 125:5
126:13 249:6
268:3

**then** 15:23 31:22
75:25 76:3 78:8,
19,21 79:4 84:2
85:4 86:20 90:2
91:20 105:15
109:17 111:4
116:22 140:10
143:7 147:8
148:25 150:20
151:25 154:15
177:3,8 186:25
193:9,19 198:17
206:15 217:6
224:5 244:22
252:22 257:4
258:7 262:9
268:23 274:15
286:25 292:19
301:14,20 307:8,
14

**theory** 301:25

**therapeutic**
71:18

**there** 9:22 10:4
11:12,20 12:3,17
18:6,11 21:2,9,18
23:4,7 31:9 36:8,
10 40:23 41:19,20
42:15,16,24 44:8
51:9 56:20 58:11
65:9 66:9 74:12
78:5,22 79:2,17

80:2 81:11,15
86:2,14 89:13,15
93:15 98:4,25
99:18,19 100:6
102:11,15 103:14,
15 108:10 109:3,
22 110:23,25
111:2,3,6 113:17,
19 115:5,7,11
116:2,19 117:25
123:6,16 124:20
134:19 135:11
140:8 143:2,9
144:16 145:10
146:9 147:8 149:9
152:3,22 153:2
154:4 155:15
157:25 160:19
167:16 170:10
172:4 174:4
176:16 177:5,22
180:15 182:4
184:5,12 186:20
187:9 188:18,21
192:3,17 193:18
194:15 199:19,22
200:4 202:17,18
206:5,12 211:8
212:19 214:24
215:6 217:8,12
221:17 226:6
229:8 234:4
237:25 238:3
240:7,12,13,14,23
241:25 242:6
243:5 244:22
249:25 252:16
253:22 259:5,22
261:24 263:8,10
266:5,25 267:4,13
268:10,24 269:16
270:5 272:18,22,
25 273:6 274:16,
17 279:20 280:20,
23 290:20,21,22
291:24,25 292:21
294:2,6,7,19
295:12 296:23
302:3,6 305:13,21
308:13 311:17

**there's** 19:25 41:9
77:21 80:7 99:16,
17 102:18 113:21
130:5 133:11
146:4 158:6
165:11 184:9
187:10 192:16

197:16 200:21
205:10 230:7,8,9
232:19 243:5
249:25 263:25
267:3,4 278:19
282:20,21 285:6,
24 300:4,5 306:25

**thereabouts**
147:10

**Therefore** 152:21

**these** 24:5 36:23
55:14 58:17 63:2
68:10 70:15,24
79:2,18 83:14
93:24 95:25 96:19
98:24 99:2 102:13
104:9 108:24
116:2 118:6,9
123:24 124:4,9,10
129:16 137:19,24
138:7,18 139:4
140:24 142:11
150:16 153:17,24
154:12 157:3
181:2 190:16
191:6 194:24
195:4 198:16,17,
19 201:24 202:19
203:10,16 206:23
208:13 209:20
214:25 218:23
230:21,24 231:12
232:7,9,11 233:14
243:14 247:24
248:16 252:14
259:2 265:12
267:19 269:3
270:21 275:16
278:5,10,15,20,22
279:4 280:19
281:12 282:3
288:21 291:3

**they** 21:20 26:22
35:8 37:17 38:18
39:15,18 40:10
44:4,6,14 45:18,20
53:7 55:10 57:6,
16,23 61:14,16
64:16,23 70:6,8,
14,16 71:20 72:3,8
73:3 76:7,14 77:7,
19,24 78:2,14,18,
21 79:11,16 81:3,
7,13 82:3,4,17,19,
21 83:14,16,25
84:3 85:2,19,23

86:6,9,22 87:25
88:18 89:6,8 90:7,
21 91:19,21 92:20
93:9 94:20,25 95:2
96:20 97:13 98:14,
20 99:4 102:13,15
104:25 105:14,15,
16,20 106:2,12,13
109:15,23,24
113:22 114:5,8
116:3 118:2
119:15,17 120:11,
18 121:25 122:3
123:23,24 124:7,
12,14,20,23 125:2,
5,9 126:11 135:4
137:16 138:10
139:5,9,13 140:10,
11 141:14 142:9,
10 146:17,22
151:3 152:18,19,
20 154:9,15
155:12 156:20
158:14,15 159:25
164:5 168:24
169:20,21 177:2,6,
24 186:20,21
192:10,11,12,20
193:2,3,5,24
198:4,13 199:8,18,
19,21 201:16,20,
22 202:4,5 203:22,
24,25 205:12,13,
14,23 206:16
211:8,16,17
212:23 214:4,6,20
215:16 217:8,11,
12,14 219:6,10,11
230:20,21 238:24
240:25 243:15
246:11,12 247:23
248:3 251:21
252:17,23,24
253:7,11,13,15,16,
17,18,19,25 254:4,
5,6,9,10,11,12,13
255:23 256:2
257:4 258:3
259:10 261:17
264:9,18 265:15,
21 266:4,24
267:24 268:21,22
269:13 270:15
271:6,19,24 272:4,
15 273:9,12,14,16
274:17 276:16,25
277:9,17 278:9,16
279:2,17,19

280:14,17,22,23
281:2,7,10,11,13,
14,16 282:25
283:3,4 284:22,23
285:2,3,22,25
286:2,4,6,9,10,11
287:15,17,18
288:20 291:5,6,9,
10,12,15 292:17
295:10 297:13,16
299:8 300:7,12
307:2 308:15,16,
22,23,24 309:2
310:13,20,21

**they'll** 268:25
269:4

**they're** 78:24 81:2
84:12,13 86:24
96:19,20,21 98:17
125:3,8 134:25
135:4 154:5 194:2
208:14 210:20
218:15,17 226:18,
19 231:15,16
232:16 241:5
253:22,23 279:21
300:4,5 309:13

**they've** 205:6

**thick** 217:25

**thickness** 137:5,
8

**thing** 24:15 56:3
61:5 63:3 80:24
86:12 96:22 97:4
102:6 109:7
118:12 121:24
124:19 127:23
130:4,19 142:16
145:4,7 156:10
196:13,14 223:7
241:20 247:15
260:3 275:15
291:9

**things** 14:25
86:11 102:13,19
110:4 122:14,20
123:3 124:4
125:24 153:17
154:12 193:18
217:7 219:21
237:12 259:22
270:20 278:5
281:12 300:7

**think** 24:23 26:12,
13,16 37:5 42:25
43:4,20 49:21 68:4
73:19 97:19 98:4
118:11 131:4
132:9,15 134:20
141:23 152:2
166:22 169:18,24
172:8 175:21
176:3,9 178:24
180:24 184:21
185:24 187:12,15
191:6 195:14
203:21 207:3
209:22 210:7
211:5,12,13,14
212:19 214:13
216:8 224:13,14,
15,17 225:13
232:2,19 233:16
237:25 238:3
246:6 259:18
262:23 264:6
265:6 266:13
267:13 273:23
283:18 293:2,19
298:18 299:8
310:13

**thinking** 9:23
303:2,4 304:20

**third** 76:11 80:23,
25 81:2 82:13
193:11,13 238:19

**third-party** 27:2,
16,22 28:15 165:6,
7 180:2,8 183:13,
25 194:6,10
207:11 216:11
260:11 273:24

**Thomas** 33:8
36:20 111:20
112:10,11 121:5
122:9 127:5
132:12 160:6
163:13 171:15
173:5,10 180:10
184:14 238:6
259:24

**those** 19:24 20:2,
3,13,19,23 22:18,
22 25:25 26:7
30:20 39:2,10 40:7
43:22 55:15 56:16
63:18 67:16 70:4
74:6,20 78:21 79:6

82:18 85:2 94:3,9
97:12 101:22
102:2,21 103:2
106:17 112:10,12,
13 115:3,12,13,19
120:13 131:8
137:14 139:8
158:19 162:6
172:6,11,19,21
192:6,19,20 193:4,
12 205:16,18,21,
22 206:20 207:2
208:12 210:3,8
211:3,9,13 212:6
213:5,13 215:25
231:10,14 233:23,
25 234:5 242:16
243:6 244:21
246:10 251:3,12
253:14,16 254:7
255:2 267:6,12,23
268:25 270:9
271:20 272:18
275:9 280:8
286:12 288:13
290:12 291:3
292:6,10 300:7,8,
23

**though** 9:10
38:10 125:3 130:8
198:4 211:12
261:13 303:8

**thought** 91:15
92:5,14,21 94:6,18
103:13 116:3
182:9 202:8
289:18

**thousand** 123:12

**thousands** 90:9,
10,11 155:10

**thread** 259:24

**three** 12:8 57:13,
17 174:7 213:9
240:19 257:17,18
277:22 306:25

**three-** 271:7

**through** 8:8 28:18
35:7 61:2 63:2
68:10 70:22 99:3
100:14,20 108:5
109:8 127:22
134:16 136:13
144:12 146:8,23
154:19 156:9

165:15 168:11
170:9 174:3 176:3
182:20 201:12
223:23 228:18
232:6 241:3
257:24 259:3
261:5 266:13
274:15,22 276:4
291:18 292:6
299:3,5

**throughout**
150:25

**throw** 242:3

**throws** 219:21

**thumbs** 249:22,
25 250:5

**tied** 239:13

**till** 177:2

**time** 10:2,6 14:5
16:10 17:9 21:9
24:21 25:2,18 31:3
36:7 40:24 44:20
45:3 50:13 55:3
61:24 62:4 65:2
75:22 76:14 78:11
82:9,24 84:23 86:8
94:22 102:10
105:10 110:2
121:3 130:8 138:9
139:3 141:25
148:24 166:13
173:12 177:13,17
188:6 198:7,21
201:13 216:3
218:25 223:4
230:4,12 242:18
245:20 255:25
256:4 257:7 259:5,
6 265:7 273:7
275:22 276:16
277:14 282:20
286:25 289:16
291:8,10 294:15
306:7 309:8

**timely** 149:2,12,
21 150:2,10
151:16 220:17
298:21

**times** 45:20 70:23
75:5 85:11 90:4
95:7 99:12 101:7,
10,12 107:21
119:10 143:5

162:9 204:16
251:13,15,18
252:18,21,24
254:10 270:6
279:13 289:3
291:13 308:13,15

**tissues** 275:14

**title** 16:17,20
134:22 311:15

**today** 9:6,11,24
12:19 62:2,6
197:19 260:2
283:11 289:11
309:12

**today's** 10:8,12

**together** 40:16
121:14 125:6
126:12,14 264:8
286:17

**told** 8:9 16:8 51:19
52:19,24 53:5
54:12,18,22 56:15
57:15,20 70:4,6,7,
8 82:6,17 85:21
88:15,22 90:22
97:14 99:7,15
105:25 106:4,14
107:9 148:6
166:14 196:10,17
209:13 241:15,16
252:25 253:10
254:10 265:14,19
281:11 298:3,13
299:18 303:17
304:18 305:12,15

**Tommy** 13:12
17:18 24:24 25:21
27:19 30:23 40:24
49:24 55:17 102:7
115:17 116:21,25
117:18,19 119:4
128:20 132:17
162:8 163:5
170:24 237:6
245:3 249:17
256:10 260:16
263:7,25 265:19
272:23

**Tommy's** 162:25

**ton** 178:14

**too** 10:18 32:4
74:5 111:16
139:10 140:15

169:18 176:3
187:16 192:17
236:14 248:8
250:7 272:22
281:4 284:12
308:25

**took** 11:10 101:15
140:22 214:9
215:6

**Tooling** 296:20

**top** 26:18 28:14
96:13 98:7 101:20
128:7 184:10
229:10 244:10
284:15

**topic** 288:5

**topics** 157:3

**torched** 271:22

**total** 125:12
149:16 193:6
212:20

**totally** 291:16

**towards** 135:7

**track** 176:17
310:16

**tracked** 191:25
205:16,21 287:2,5

**tracking** 219:17

**tracks** 78:11

**trade** 15:20

**traded** 17:11

**trading** 15:19,22
80:22 171:22

**trailer** 216:23
217:4,15 219:5

**transaction** 41:7
129:15,21 131:22
190:2 246:23
293:25 296:13
300:21

**transactions**
25:8 33:16 34:3,13
38:24 39:2 48:21
67:5 95:11,14
105:11 129:17
252:6 299:6

**transcript** 8:14

20:15

**transfers** 237:22

**transportation**
154:22,25 155:8,
10

**trap** 224:22 225:3

**tremendous**
171:24 206:6
303:9

**trial** 7:25 186:11

**tricky** 224:23

**tried** 258:25
272:14 280:18

**trip** 161:3

**truck** 75:8 76:11
77:23,25 78:10,12
80:20 81:12,21
82:4,25 84:20,21
85:2,3,13 86:13,19
88:18 89:25 90:3
108:23 154:10
191:24 211:22
219:3 255:8 277:3,
4 279:18 281:15
301:19

**trucking** 80:18
219:3 307:12

**trucks** 45:18
79:21 81:8,11
83:22 84:23 89:4
93:15 97:14
105:20 107:11
150:12,13,18,21
191:23 192:14
193:25 219:11
220:9,15 254:25
255:9 277:2,7
280:4 282:13
287:8

**true** 101:21
102:25 179:11
225:15 273:15
289:23 299:19

**trust** 88:25 226:24
248:11,15

**trusted** 257:7

**truth** 195:14,15
225:4

**truthfully** 9:24

**try** 120:6 156:21
170:8 183:17
196:18 200:17
241:11 242:4
245:10 270:18
301:21 302:14

**trying** 96:10
106:22 110:13
119:25 120:19
138:3,9,19 145:6
179:13 216:25
218:18 224:22
225:2,3 246:13
285:21 288:22,25
289:7,9,10,11
290:8 294:22
295:18 297:21
307:5,14

**turn** 220:6,18

**turns** 78:15 97:11
265:24

**Twenty** 283:20

**twisting** 41:19

**two** 6:25 12:8 40:7
63:18 72:6 78:3
86:11,12 113:21
116:3 120:10
122:4 137:20
139:4 158:6,15
174:6 177:6
193:18 200:13
201:7 205:10
213:10 223:21
257:2,15 282:25
299:7 309:24

**type** 126:3 206:19
207:5 220:4
233:18 247:15
251:20,23 269:2,3

**types** 72:6 153:15
240:25

**typical** 234:18
235:18 269:2

**typically** 234:24
311:2

---

**U**

**U.S.** 66:6 252:9
267:21

**U.S.A.** 129:5

**uh** 221:18

**Uh-huh** 47:13 145:13 146:2,3 147:11 155:18 177:21

**ultimately** 156:14

**umpteenth** 282:20

**unagreed-to** 124:15

**unagreed-upon** 123:13 124:11

**unauthorized** 29:3

**unbeknownst** 280:5

**under** 6:12 7:24 8:4 9:6,11 68:9 81:4 91:3 95:10,11 110:15 112:23 113:5 149:22 150:2 151:17 196:19 212:20 213:15

**understand** 9:5, 9,16 14:7 30:25 52:22 59:4,7,11 85:7 156:18,21 163:3,10 168:18 190:4 224:22 254:12 285:6

**understanding** 15:22 16:9 18:18 32:24 60:7 70:19 84:5 93:20 129:20 147:3,15 148:5 149:20,24 151:14 152:16 262:13,20 288:15

**understood** 9:19 203:5

**undisclosed** 123:12

**undocumented** 83:21 155:4

**unfair** 224:21

**unfortunately** 81:16 101:13 251:17 252:20,22 264:10 275:19

**unilaterally** 123:10

**union** 125:9

**unique** 184:22

**unison** 124:9 125:6,7 126:11,13

**United** 56:11 57:7 65:23 75:14 96:7 98:24 310:22

**universal** 63:18

**unless** 9:17 223:20

**unload** 76:8 217:8

**unloaded** 85:6 219:6 277:19

**unnamed** 36:18

**unseal** 75:9,19 76:25 77:6,12,19 81:13

**unsealed** 85:5

**until** 32:21 82:3 86:10 94:20 105:14 119:17 122:3 150:11 189:2 215:22 263:4 271:3 276:17 280:5 303:18 310:17

**untrue** 299:18

**unusable** 271:25

**unwanted** 259:7, 14

**up** 16:6 28:23 31:8 32:9,14 35:11 45:19 48:18 49:2 75:22 76:4,6,14 79:22 80:4,14 81:12,23,24 82:7, 18 83:2 84:9,16 85:5,22,23 86:7,19 87:13,22 88:9 90:4,6 91:19 96:12 97:12 98:12 101:21 102:6 104:5 109:13 115:2,23 124:17, 19 129:2 145:23 146:21 152:8 155:12 157:21 161:3 183:15

189:8 201:17 206:25 211:23 212:18 215:21 216:8,21,22 217:16 219:11,17 220:13 223:14 224:8 225:19 229:7,9,12 237:12 242:12 249:22,25 250:5 251:7 252:9 255:8 260:6,21 286:14 293:22 301:21 303:12 307:11 308:3,5

**upon** 33:13,23 40:9 44:17 50:24 51:10 90:15 104:7 113:12 126:7 147:5,21 148:7,16 159:13

**upped** 257:4

**upset** 81:17 216:2

**upstanding** 302:19

**use** 60:10,11,18 62:15 65:23 84:25 107:14,19 108:3 139:19 232:2

**used** 60:13 71:2 108:9 139:20,21 186:5,6,8 203:16, 19 213:24 235:23 267:10 288:13

**user** 76:17 158:5

**uses** 208:14

**using** 84:25 137:24 203:22 307:2

___

**V**

**Vaguely** 208:19

**valuable** 309:8

**variance** 152:6,7, 22,25 153:8 154:8, 11

**varies** 58:10

**various** 31:2 67:8 181:11 195:5 198:3

**vast** 252:15

**vendors** 251:15

**verbal** 48:10 54:3 290:23 293:21 294:7

**verbally** 48:11 107:21,22,24,25 143:5 305:9 306:2

**verified** 141:13 310:20

**verify** 136:24 143:14 176:14 184:17,23 218:13, 15,16

**version** 145:16,20

**versions** 145:10, 15

**very** 28:13 36:4 37:13 40:12,19 57:5 60:8 61:6 62:7 63:15 66:10 72:7,10 78:13 86:17 91:21 93:11, 15,19 96:4,15 97:19 98:19 109:20 115:7,9 117:12,19,20 120:5,23,25 121:2 138:3 152:15 153:24 154:16 165:10 167:3 168:16 177:7 189:6 190:12 191:22 193:8 198:25 200:11,24 203:6 206:10 212:24 215:19 219:10,17 223:6 226:19 231:8 232:14 234:7 236:3 240:22 254:7 263:18 265:16 266:3,4 269:2 272:15 273:9 278:18,23 301:6 302:10 309:8 311:17

**vet** 40:25

**via** 42:21 43:18 74:14 93:4

**victim** 254:20

**video** 85:14 245:9,18,19,23 246:2 247:24 248:2,4 276:24

**videos** 245:13

**Vietnam** 173:20

**view** 78:2

**viewing** 76:12

**Vince** 78:4,8 217:19 220:11,12 265:14,18,20,22 272:21

**Vincent** 135:21

**visit** 104:2,14,21 105:6

**vocal** 96:4,15

**voice** 218:4

**volume** 82:22 159:17

**voluntarily** 302:15

**vs** 137:3

___

**W**

**W-2** 25:8

**W-2'D** 25:9

**wait** 99:23 109:8 112:25 136:4 184:11 303:18

**waited** 258:2

**waiting** 180:20

**waive** 186:11

**walk** 28:18 108:19 109:9,18 223:23

**walking** 83:5

**want** 20:9,12 27:4 28:18 52:7 74:11 80:17 91:5 115:22 124:17,19 125:21 128:18 133:15 145:7 146:23 156:21,24 157:9 165:3 166:12,21 200:14 209:7,15, 16 215:25 223:14, 25 225:7 240:3,4

247:10 254:5
260:2,3,8,19
275:25 282:14
283:11,21

**wanted**  52:2
103:21 163:3,9
225:14 241:18
244:7 259:10,15
275:20 279:15
294:13,22 302:7

**wants**  309:21

**warehouse**
75:23,24 78:14
82:11 83:3,12
88:16 93:10 103:5,
13,21,24 104:11,
15,17,22 105:7
108:4 109:9,10
140:21 147:22
148:9,18,21 149:5
154:14 155:16
191:19 192:13
193:7,14 215:13
219:12,16 255:8
266:12 276:12
277:9 280:8

**warehouses**
75:13 83:5 88:11
102:8 104:2
105:19 107:14
108:24 109:19
192:25 214:10

**warranted**  105:18

**warranteed**
266:18

**warrantees**
165:18 167:11,13
168:13

**warranty**  165:12
166:5 167:2,22
168:3,5,6,8 169:11
266:19,23,24
267:2

**wasn't**  16:5
32:19,20 40:18
45:19 55:13,14
75:23 83:2 90:2
94:20 111:10
143:7 154:12,17
161:21 166:16
177:2 178:8
179:16 185:22,23
186:4,22 188:4

189:21 210:11,14,
16 216:5 239:18
241:17 259:5
275:8 276:17
280:5 294:2
306:18 307:16,24

**way**  26:14 30:10
42:18 43:14 52:14
82:3 96:18 98:6
99:2 116:7 120:6
121:6 125:21
138:17 146:7
150:20,25 157:24
160:14 169:14,18
181:3 193:6,10
195:24 200:11,23
202:5 211:12
217:7 219:21
223:25 224:23
226:8 251:22
259:10 271:5
277:10 289:5
298:17 300:16
302:24 307:12,23

**ways**  77:21
205:10

**We'd**  5:21

**we'll**  44:2,3 68:6
74:25 124:18
131:25 176:16
213:14 233:11
264:7 270:21

**we're**  21:4 24:18
27:7 62:2 80:21
97:9 99:21 131:10
166:25 187:15,23
189:5 212:3 216:8
220:14 223:13
226:5,6 227:20
241:8,19 245:10
247:12 255:6
260:6 270:16
283:15 302:20

**we've**  14:25
204:20 224:23
260:6 269:18
280:14 285:12
298:18 308:14

**wearing**  109:21

**week**  217:17
302:13

**weight**  137:6

**Weiner**  37:3,8,13
42:22 43:5,18,25
49:8 50:3 53:6,14
54:11,18 57:3
65:18 66:15,23
69:25 73:25 74:3,7
82:2 85:16 90:5
101:12 115:17,25
116:5 119:5 121:6
122:22,25 142:4
143:21 155:6,24
163:24 165:15
169:13,15,18
175:25 288:20
289:6 304:7,12
305:6

**welcome**  262:9
267:16

**well**  8:7 10:16
14:7,9 15:21 21:6
35:24 36:4 37:7
39:13,14 40:18
41:23 45:15 56:7,
16 57:20 60:8
61:2,10 62:2,22
63:12 71:23 75:21
77:21 78:14 82:19
87:5 91:17 93:19
96:3 97:7,11 98:16
104:12 109:5,20
115:9,10 116:21
120:14 122:21
132:15 133:13
136:25 139:24
143:16 145:5,11
147:3,15 150:8
152:15 158:3
161:5 162:23
168:16 174:9
184:9 186:16
189:2 191:11
192:5,9 195:3,18
199:25 200:21,24
202:2 205:10
206:17,18 212:10
214:9 223:23
225:23 226:13
227:4 229:4,12
231:4 232:25
235:16 236:10
237:15 239:16
240:16,23 246:13
248:6,22 249:4
251:17 252:22
259:23 264:25
266:5 268:5
271:21 273:11

274:14 284:18,21
287:17,19 292:2,
13 294:6 297:11
299:21,25 303:15
305:3

**went**  11:19,20
12:11 22:15 31:8
32:14,15,17,18,19
36:25 57:24 70:22
102:4,7 103:17,23
104:9 110:3
138:16 140:21
142:8 150:21
160:8 214:10,24
228:18 246:9
270:24 276:4,22
280:6 307:13
308:17

**were**  8:9 9:7,13
11:12,14 12:3,5
13:6 16:10,22
17:10,15 20:4
25:14,19 26:24
27:15 29:22 30:14,
19,20 31:16 34:23
35:25 36:4 37:17
40:7,10,12,21 41:5
42:24 43:17 45:3,
8,11,21 49:18
51:20 52:24 53:7
55:25 57:6,16,17
58:2,9 59:17 61:4
65:6 66:10 67:11
70:4,7,9,14,18
72:3,5,8,9,13
73:18 74:18 75:8,
24 77:7,19 79:6,
11,12,21 81:6,18,
21,23,24 82:4
83:13 84:25 85:18,
19,23 86:7,21,22
87:13,21,25 88:12,
16,17,18,19 89:6,
8,21 90:3,13 91:2,
13,14,15 92:3,4,5,
14,15,19,20,21
93:8,24 94:5,6,17,
20 95:4,8,13,25
97:5,13 98:9,14,20
99:4 100:19 102:5,
9,11,22 104:10,
18,25 105:15
106:12 108:8
109:17,22 110:22
111:2,7,11 112:17
113:2,13 114:5,8

115:11 116:3
118:2 119:2 120:9,
18 121:2,25 122:3,
6,13,19,23 123:2,
23,24 124:14
125:2 137:20,22,
23 138:2,9,10,14,
19,22 139:5,13
140:24 141:4,7,10,
15 142:6,10,11,13,
14 143:15 145:10
146:16,17,22
148:23 150:11,19
151:3 152:12,18,
20,24 154:9,10,16
155:15 156:20
159:8,25 161:11,
12,16 163:11
164:5 165:21
169:7,20,21 174:2,
4,11 175:10 176:5,
11,18,19 177:6,22
178:19,22 182:19
186:19,20 187:5,
18,20,21 188:17,
19,21,22 189:16,
19 190:10,11,18
191:18 192:13,23
193:25 197:9
198:5,11,13 199:7,
8,22 201:24 202:4,
5,6 203:16,19
204:10,19 205:18,
23 206:7,25 208:5
210:3 211:3,12,16,
17 212:6,19
213:24 214:4,20
215:12,16,18,19
216:2,5,10 218:2,
23 219:10 220:3,8,
9 221:10 222:12,
23 223:10 228:6,
15 230:17,20,21
231:11 233:18,23,
25 234:4 236:17
241:2,17 249:4
250:17 251:6,11,
13,15,21 252:2,8,
10,12,20 255:23,
24 256:6,17 257:4,
5,10,16,18,22
258:4,14,17,18
259:10 263:13
264:19 265:10,18,
21 267:19,21,24
270:9,12,23 271:2,
3,11,13,14,23,24
272:15 273:7,9,12,

360Index: weren't–who

20 275:17 276:3,
10 277:8,9,17
278:15,16 279:2,
19,24 280:3,4,11
281:11,14 282:25
283:4 284:23
286:12 287:13,15,
17,18,21,23
288:21 289:8
290:25 291:5,6,8,
10 292:11 293:9
294:14 295:11
296:9 297:23
300:7 305:22
306:16,21 307:2
308:25 309:4
310:14,21

**weren't** 83:4
106:7,25 118:8
119:5,12 124:7
152:20 155:5,14
159:5 177:24
192:5 199:9
211:17 221:14
230:21 237:13
251:21 266:18
272:10,12 287:21
291:6 301:7

**what** 5:18 6:15
7:11,13,17 8:16
10:11,23 11:4,9,
12,18,24 12:3,14
14:5,13 15:17,20
16:8,22 17:10
18:3,18,19,24,25
19:5,9 21:6,17,21,
25 22:12,15 25:18
30:25 35:5 37:15,
21 41:5 43:5
46:15,20 49:14
51:5,6 55:3 56:7,
24 58:8 59:7,11,14
60:6 61:12,24 62:3
64:9,16,22 72:11,
13 75:17 76:16
78:5,13,16 79:2,6,
11 80:13,19 81:16,
19,20 82:25 83:23
84:21 85:7 86:2,7
89:16 90:19,22
91:2,21,23 93:10,
17 94:11 102:8
105:19 106:14,21
108:2 114:3,25
117:6 120:6
121:12 124:22
126:22 131:9

133:3,18 134:19,
21,23 138:19
139:10,11 141:7,
13,25 145:18
146:17 147:16
148:15,18 150:5,9
151:6,10,21 152:8,
12,16,17 153:13,
21 154:2,8 156:9,
21 157:13 161:12,
16 162:12,16
163:10,21 164:13
169:7 170:13
171:4,14,16,19
172:15 179:4
186:20 190:11,12,
14,16 191:16
193:7,20 194:25
195:6,8,10 196:9
197:10,23,24,25
198:2,11 199:2,7,
19,20 200:18
203:8,9 205:12,14
206:19 207:4,24
208:25 209:5
211:17 214:8
218:6,7,12,14,15,
17,23 219:10,23
220:14 222:4,14,
15 224:6 225:7,13,
14 228:11,12,14
229:11,15,23
230:10 231:17,24
232:15,16,23
233:3,15,18 236:6
238:14 239:23
240:9,17 241:14,
17,24 242:16
243:15,19,21,22
245:15 247:8
249:8,10,11,15,16,
17,23 250:3,5,12,
22 251:20,23,24
252:12 253:13
255:11,17 257:9
260:5 263:15
266:21 267:10,11
268:7,11,19 269:5
270:14 271:11
273:22 276:13
278:15 281:11,13,
18 283:3 284:21
286:8,9 287:14
290:10,24 291:3,
11,16 292:17,25
293:9 294:16,23
295:8,22 296:14,
16 297:2 298:6

299:17 300:11
303:2,3,4,7,19
304:17,19 310:18,
25 311:12

**what's** 27:14
81:11 91:24
118:16 133:6,9
141:20 151:13
158:2 202:25
217:3 227:18
234:16,20 235:12,
19 253:17 290:11,
13 291:18 295:11
297:11 302:6
304:9,10

**whatever** 167:14
219:4 242:8
276:24 311:13

**whatnot** 256:22

**Whatsapp** 42:24
43:19,24 52:10,16
74:15 118:21,23
179:25 180:9
208:6,13 216:10
290:21 311:24

**whatsoever**
71:16 125:15

**when** 7:23 8:25
11:6 13:23 15:3,5,
6,9 17:24 21:10
23:9,16,21,24 26:8
32:16,17,19 34:23
35:24 40:15 46:18,
21 49:15,17 51:14
52:25 53:11 54:18,
21,24 56:12 59:3
62:2 63:10 77:22
78:19 79:4 80:15
83:7,20,22 84:9,15
85:22 88:18 95:7
98:12 102:13
103:17,21 104:25
105:8 106:21
108:19 109:12
114:11 115:11
118:20 119:21
121:17,20 124:4,
10 125:7 133:6,12
137:12,18 138:9
140:2 141:4 142:3,
10,13 143:17,20
150:22 164:17
166:3 174:14,17,
18 177:10 178:2
181:19 187:21

191:23 197:20
199:8 202:2,3
203:22 204:7
205:22,23 216:22
217:8 219:2,6,7,
24,25 220:8,9
222:12 225:20
230:16,17 237:11
240:13 243:5
246:20 252:2,12,
13,23 256:20
257:11,12 259:13,
24 261:10 264:18
265:18,20 270:12
274:17 275:16
276:25 277:20
287:9 296:9
305:18,19 310:20

**where** 11:2,19
12:9 27:5 28:15
29:5 30:3 33:17
34:17 39:7 44:8,22
46:13 48:22 49:11
50:15 51:17 54:16
59:24 60:20 63:11
65:25 66:3,13,21
67:14 68:18 73:6,
12 75:15 83:8
100:21 101:23
102:15 104:8
110:16,24 115:14
129:11 142:12
143:16 146:10
148:15 149:16
154:4,6 165:25
173:20 188:15
190:21 193:5,21,
24,25 195:2 205:8
207:22 208:9
215:10 225:10,11
238:18,24 240:8
244:12 255:12
259:6 264:23
266:14 278:19
293:5 295:23
296:21,24 297:3
300:22 303:14

**whereupon** 5:7
8:18 28:5 54:8
107:4 126:17
127:17 134:2
143:25 170:2
179:23,25 180:21
183:24 194:9
207:10 216:10,15
245:23 260:10
264:11 276:7

310:2 311:8,24

**whether** 27:10
32:14 43:3 44:3
88:15 90:25 91:13
92:3,10,13,20
94:17 115:24
145:19 159:25
167:8,21 191:17
279:8 281:4

**which** 25:3 29:23
35:11,23 46:8
47:14,19,24 48:8
57:4 60:11 63:5
64:17 65:9 75:3
76:5 77:23,25
79:6,18 85:21 95:7
98:17 100:14
107:19 109:19
112:21 113:3
122:6,19 123:2
124:20 138:14
139:18 146:18
149:9 150:13,15,
21 153:15 167:3,
18 169:7 172:6
175:22 176:11,17,
18 191:3 193:6,18
202:13 204:14,15
205:5,18,21,22
213:9 214:22
225:4 227:19
228:19 235:22
238:22 239:17
247:22,25 264:20
268:15 274:16
278:17 279:13,17,
24 284:11 286:18,
19 292:19 295:14
297:17 305:25

**while** 20:4 29:22
38:24

**whined** 306:9

**whining** 306:9

**who** 7:20 8:10,22
17:15 22:25 24:4
25:19,23 33:6
35:20 36:18 37:6
44:9,14 47:11
49:20 50:17 53:4
55:16 56:14 67:18
68:25 70:8,12,13,
18 73:15,23 82:6,
12 85:21 87:17
90:8,12 100:9
102:2 106:15

111:18 115:12,13
116:2,4 120:12,20
121:2,12,18,22
122:13 127:4
134:8,10,17 135:8,
17 141:15 160:5
162:6 163:4,11,23
173:4 175:15,18
181:8 182:2
184:25 187:18
192:6,9 193:13
194:25 195:9,10
210:5,8 214:18
229:4 232:24
233:14 239:9,14
242:22,25 246:4
249:6 267:24
268:18 281:21
301:9 305:12,15

**whoever** 218:14
269:11

**whole** 79:3 80:18
81:17 97:8 102:6
125:10 127:23
144:12 145:4,7
215:20 238:4
241:3

**wholesale** 237:23

**whom** 67:16
232:18

**whose** 172:20
193:7 307:19

**why** 5:19 16:6
21:22 22:8,21 26:2
74:16,19 85:9
116:16 119:14
129:23 151:22
153:12 156:3
160:8,16 170:19
185:5,14,18,22,23
196:2 198:10
199:15,17 200:2
201:10,11 206:23
218:9 221:4
226:13,25 227:15
229:16 234:10,16
235:19 236:22
237:3 238:16
241:18 244:7,22
249:3 250:16,17
251:5 261:21
263:3 273:12
275:8,9 281:12
298:20 300:5
301:20 302:13,20

307:16

**wife** 176:4 200:24

**willing** 5:21

**Winn** 272:2

**Winner/adorama**
78:18

**Winners** 6:10
33:11 34:6,11,16,
20,23,25 35:8,14
36:9 37:24 38:3,8,
12,22 39:3,16,20
40:16 43:4 44:18
45:2,7,13,24 46:9
47:12,25 48:9,15,
17 49:2,10 50:10
51:3,4,13,14
52:19,20,23 53:8,
25 54:13,23 56:8,
13 57:10,13,21,22
65:2,4 67:7,11
69:23,25 70:3,10,
18 73:7,17,25 75:4
81:9,19 83:13,20,
25 84:25 85:11
87:2 89:3,17,21
93:14,18,22 95:8,
12 96:5,9,14 98:2,
7,10,21,22 99:14
102:12,17 104:5
105:11 107:8
110:15 111:24
112:6,7,23 113:5,
16,21,23 114:13
115:16 116:4
117:16 118:19
119:6,13,25 120:8,
15 121:14 123:10,
22 124:25 125:4,
23 126:4,9,12
127:3 129:3,17
138:21 140:17
142:18 144:23
146:6,10 148:6
150:17 151:4
153:4 157:16
165:14 175:2,24
176:19,20,21
177:5,8,20 192:16
202:4 203:14
205:15,20 206:4,8
236:19 249:6
256:19 267:21
268:2 269:18
284:15 286:12
287:14,22 288:23

293:13 295:7,15
297:22,24 298:4,5,
14 304:14 305:25
308:20 309:4
310:11,14,19

**Winners'** 52:25
53:16 113:11

**Winners/
adorama** 141:14
169:19 215:22
279:15

**wire** 149:2

**wired** 118:10
287:10

**wish** 306:14

**with** 6:4 7:6,8
10:13,16 12:24
13:17,21,25 14:24
15:4 16:5,15,18,25
17:2 18:15,16
19:12 21:21 25:4,
8,13,19 27:5,6,9,
15,19 28:18 29:13
30:23 35:12,13,16,
19,25 37:19 38:7
39:16,18 40:8
41:13,21 42:2,6,
16,20,25 43:15,18
44:15 45:4 48:15
49:25 50:3,6,9
52:16 53:8 54:23
55:11 56:13 58:25
59:17,19 63:20
64:3,7,13,14 65:2,
3,7 69:4,10,15
71:4,15,19 72:17,
24 73:7 74:8 76:2,
8 77:15,23 79:12,
24,25 81:7,8,19,
21,22 82:2,22,23
85:3,12 86:24
87:15,17 90:4
95:13 96:2,8,14
97:22,24 98:3,14,
17,21 99:5,8
101:8,11 103:2,18
105:11 108:18
109:10,18 110:3
111:5,9,11,15
112:4 113:15
116:16 117:16
119:13 120:14
121:3,4,15,24
122:7,22,23
123:21,22,25

124:2,9,14 125:10,
12,25 126:3,14,20
127:2,6 128:13,17,
19,20 129:6
132:23 135:20
136:14,20 141:7,
15 143:19 146:24
150:18 153:18
155:6 156:11
157:10,12 161:22,
23 165:17 168:12
169:17 170:8,25
173:8 178:14
179:5,12 180:7,13
181:6,10,15,23
182:3,12 187:5,7,
19,21 189:17,19
190:13 192:4,20
193:4 195:13
197:3 198:24
200:17,25 201:3
204:11,21 205:11
207:14 208:17
209:8,14 210:19
212:24 214:12,16,
18 215:5,19,23
216:9,18,23 218:4
220:14,19 221:22,
25 222:10,19
223:16 224:10,16
226:20 230:19
233:2 234:5 236:9
242:2,7,19 243:10,
23 245:25 246:16,
17,23 247:6 248:4
249:5,19,22
251:11 252:14,16
253:3,21 254:14
256:3,10,21,25
257:2,21 258:17,
19 259:5 260:7
261:25 263:22
265:16,21 270:24
271:5,10,22 272:3,
13,15,20 275:25
276:5 277:11,15
278:21 279:4,24
280:9 286:7,12,13
287:17 288:19
289:3 290:15,20
292:21 293:8,16
294:3,11 295:9,12
296:9,14 297:19
298:15 299:6
300:24,25 301:22,
25 302:22 303:12
304:22 305:2,20,
21 306:15,24

307:25 308:6
310:19

**withdrawn** 6:21
13:24 54:20 60:21,
23 92:11

**withholding**
142:7

**within** 149:3
243:8 254:15

**without** 109:5
119:13 296:13
302:13

**witness** 5:10
66:19 99:25 152:4
166:17 167:15
195:23 196:8,12,
21 200:7,14,19
201:15 225:18,22
236:6,15 238:3
240:16 263:2
284:13,18

**witnessed** 102:24

**won't** 9:2 200:23

**wondering** 285:5
298:24

**word** 101:19
154:6 212:2
253:18

**worded** 157:25

**wording** 64:15
293:11

**words** 41:19
168:9 275:9
288:14

**work** 17:5,7 25:4,
19 57:17 58:3
64:14 71:18
171:19 179:9
219:2 265:16

**worked** 15:2
111:15 125:9
126:11 162:6
178:25 298:15

**working** 11:11,13
20:4 25:20 31:12
64:2 96:8 98:21
111:11 116:21,22
123:24 124:2,8
125:5 126:13
162:14 171:5

185:12 186:14
189:14,17 246:17,
23 256:3 258:16,
18 274:17 287:17
289:3,5 296:9

**works** 88:3
134:18 223:24
245:9,12

**worry** 226:5

**worse** 216:3

**worth** 143:8 187:2
271:23 299:5

**worthy** 114:9

**would** 9:6,22 16:4
17:19,22 20:18
22:25 24:4,23
25:23,25 26:7,12,
14 27:8 30:8 31:4,
6,10,20 32:23
33:6,8 34:5,10
35:10 36:15,20
38:9 40:6 49:17
55:23 56:18 57:4
58:18 60:12 61:16
63:7 65:21 66:5
67:25 69:5,11
73:13,24 74:13
76:4,6,7 82:21
83:11,12,14 84:16
86:8,9,10,23,24,25
87:2,10 88:25
89:7,25 90:2 91:7
97:4 98:19 99:2
100:22 101:2,3
106:24 110:25
114:24 115:18
116:22 117:8,10,
17,18 118:12,25
121:21 122:23
128:20 132:16,17,
18,24 136:7,10
140:7 141:23
143:21 145:18
147:8 148:7,16,19
156:6,17,20
158:11 160:5
162:24 163:4,5,11
166:6,19 169:17
172:5,7,8,21,23
173:4 175:15,16
176:8 183:4,10
186:24 192:10
196:18 198:18
199:19 200:15,20
205:2,5,8 206:23

209:2 217:4 219:5,
11 220:3,11,12,16
221:24 222:8,17
223:3,4 228:13,16,
17,19 231:4,6
232:14 237:17
238:24,25 239:2,
19,20,21 241:23,
25 246:19 247:23
249:4 257:23
262:11,12 265:12
267:7,25 268:13,
16 269:7,8,9,25
270:2,8 271:8,9
272:23 277:18
280:3 281:13
285:2,17,23,24
286:21 287:7
291:21 293:7,8
294:9 299:14
300:9 301:3,20
302:14 304:13,17
305:7,8,23 306:2,
14 307:7 308:15
311:14

**wouldn't** 23:7
61:14 62:24 67:2
106:3,5 119:15
120:10 122:2
199:18 227:12
242:5,9 253:15,19
285:18 302:16
311:2

**wrap** 102:13,14

**wrapped** 102:17
193:10,21

**wrapping** 251:7

**wrist** 247:21

**write** 235:16,20
291:17 311:19

**writing** 35:11
53:15,23 65:18
66:3,7,9,13,21
86:22 87:7,9 92:24
93:17 100:24
106:19 107:17
110:18,24 118:14,
16,20,25 164:11
168:21 231:2,3,5
272:19,22 274:12,
14 289:25 290:10,
13,17 297:17
308:8

**written** 16:15
63:14 68:10 69:4,
10,15 71:4,10,15
111:23 165:17
166:4 168:3,12,19
290:12 294:3,6
305:4,9

**wrong** 79:12
86:12 96:20
106:13 138:24,25
197:21 214:4
220:10 225:11,12
247:13 260:9
271:24

**wrote** 137:12,18
168:10 219:19

———————

**Y**

**Yanimed** 209:25
210:23 242:7
243:2,17 244:2
252:10

**yeah** 14:23 32:11
37:4 39:18 44:2
46:14 48:2,13
49:17 78:21 79:17
85:20 90:22 92:25
93:15 95:23 101:6
103:3,8 105:3,5
114:23 116:15
122:16 124:23
128:6 129:10,12
130:17 133:9,11
135:4 137:9,11
139:7 145:23
150:10 152:4
157:19 158:12
165:4,9 168:8,23
169:16,19 174:20
183:20 184:5
187:15 194:13,21
197:10 201:13
220:24 221:24
230:9 231:19
233:22 234:20
238:14 239:25
241:14 244:20
245:6 247:12
250:13 253:10
254:3 255:16
258:14 259:13
260:24 261:3,8,12
263:2,7 266:24
268:13 280:25
283:14 290:7

293:7,19 294:6
297:9 299:8,19,20
302:10 305:7
307:18 308:7

**year** 12:14 26:21
280:15 308:17

**years** 12:8 13:15
201:7 223:21
224:24

**yellow** 109:5,6

**Yep** 34:18 133:22
135:16 141:19
226:12 244:15

**yes** 5:4,6 6:14,19
7:4,10 9:4,8,15,21
12:20 13:2 14:12
18:17 19:14,17,20
20:6,21 21:12
27:12,24 28:11,17
29:6 30:4,17 31:4,
23,25 33:18 39:8
44:23 48:23 49:13
50:16 51:18 53:13
54:17 59:13,25
60:5 65:3 66:2
67:15 68:19 69:23
73:13 75:16 89:22
92:22,23 93:24
94:24 95:2,18,23
100:22,23 101:6,
13,24 103:24
104:17 105:22
108:19 110:17,20
112:24 123:15
126:21 127:14
128:10 129:19
130:3 133:25
134:9 136:17
139:17 144:10
146:7 147:7 148:3
149:18 151:2
156:2 160:14,20
162:11 163:17
166:2 167:17
169:12,13 173:18,
22 175:4,6 178:13
184:20 185:23
187:25 188:14
190:10,20 191:20
197:6,19,24 198:2,
24 203:4,20 214:7
217:23 230:15,25
233:16 234:3
237:13 242:21
248:8 253:2 256:9

274:9,25 284:3,5
295:5 296:11,15,
24 297:8,10 302:4
309:9 311:23

**yesterday** 216:23

**yet** 220:25 221:19
226:11 227:10
256:23 303:12

**Yoakley** 184:25

**York** 5:11 6:10
19:24 20:10 46:9
129:4,17 235:3,6,
9,10,12 270:4

**Yossi** 141:17,20
278:6,8 297:19
300:2

**Yossi's** 141:22

**you'd** 15:11 74:23
145:23 298:22

**you'll** 208:12

**you're** 18:7,12
25:5,6 27:6 36:2
37:10 41:19 51:5,6
53:11 61:8 70:5
73:14,22 74:5
76:16,18 78:17
80:8 85:7,20 88:3
94:12 100:2,16
105:8 119:21,23
121:13,17 124:5,6
125:22 131:22
136:19 150:6
151:2 157:2 161:2
164:23 172:15
191:9 195:6,14
196:3,16 197:10
198:12 206:24
210:18,19 219:14
222:14,16 224:20
225:11 231:24
235:8 237:22
239:16 240:9
245:15 246:20,21
252:12,15 254:16,
18 259:23 261:10
262:9 265:4
267:15 276:13
279:9 282:5 291:9
302:18,25 307:9,
21 309:15,16

**you've** 148:2
160:21,25 161:6
167:6 196:3

224:14 277:22

**your**  5:15,18 8:7,9
  10:23 11:4,18
  12:10 13:25 14:5,9
  15:14 16:18,22
  17:9 18:18 24:21
  25:2,18 27:8 28:10
  30:18 31:11 32:6
  37:9 41:6,12 43:11
  48:6 58:3,15 59:9,
  16 60:6,20 64:6
  69:9 70:3 78:10
  79:15 82:25
  105:11 113:9,18
  125:18 128:4
  129:20 132:10
  133:24 144:17
  147:3,15 151:13
  163:15 166:20,23
  167:6 168:20
  169:9 173:15
  179:4 180:12
  181:5,6,23 182:24
  187:4 189:8,14
  190:4 192:18
  193:11 194:3
  195:21 196:19
  197:2 198:21
  200:4,8,16 201:13
  202:25 204:23
  207:25 210:19
  213:14 216:9
  219:2,4 220:12
  224:2,11,14,20
  226:2,14 227:12,
  16 231:23 234:16
  238:18,22 239:2,3,
  6 241:12 243:8
  246:22,24,25
  247:19 248:10
  251:21 254:9,17
  258:10 262:13,20
  268:5 274:4 275:8
  276:25 278:18,23
  282:4,12 283:7,12
  285:16 287:12
  288:6,15 294:12
  295:21 300:17
  301:25 302:4,6
  304:9,20 305:3
  311:6

**yourself**  36:17
  50:2,5,8,21 122:12
  137:13 261:7

**Yuchi**  100:8

**Yup**  144:19,21
  149:7 210:2,4
  244:11

―――――――――――

**Z**

―――――――――――

**zero**  202:21
  212:24

**Zhonghong**  71:6,
  12 73:10 239:14
  240:21 242:4,13
  295:10

**Zoom**  245:12
  308:4