1

2   UNITED STATES DISTRICT COURT          ORIGINAL
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    KITCHEN WINNERS NY INC.,
4
                              PLAINTIFF,
5
                    -against-        CIVIL Action No.:
6                                    22-cv-05276-PAE

7   ROCK FINTEK LLC,
                              DEFENDANT.
8   ----------------------------------------X
    ROCK FINTEK LLC,
9
        COUNTERCLAIM and THIRD-PARTY PLAINTIFF,
10
                    -against-
11
    KITCHEN WINNERS NY INC.,
12
                              COUNTERCLAIM DEFENDANT,
13
                    and
14
    ADORAMA INC., HERSHEY WEINER, JOSEPH
15  MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
    JOEL STERN,
16
                              THIRD-PARTY DEFENDANTS.
17  ----------------------------------------X

18                    DATE:   September 12, 2023

19                    TIME:   2:16 p.m.

20

21      EXAMINATION OF NON-PARTY WITNESS,

22             ALEXANDER KING

23

24             RAPID REPORTING LLC
         254 South Main Street, Suite 216
25           New City, New York  10956
                 (718) 310-0704

1

2                              DATE:    September 12, 2023

3                              TIME:    2:16 p.m.

4

5

6

7

8

9

10

11          VIDEOCONFERENCE DEPOSITION of

12   ALEXANDER KING, a Non-Party Witness,

13   pursuant to a Subpoena, held remotely via

14   Zoom, before Phyllis F. Russek, a Shorthand

15   Reporter and Notary Public of the State of

16   New York.

17

18

19

20

21

22

23

24

25

```
 1

 2      A P P E A R A N C E S:

 3

 4          LIPSIUS-BENHAIM LAW, LLP
                 Attorneys for the Plaintiff /
 5               Counterclaim Defendant
                 KITCHEN WINNERS NY INC.
 6               80-02 Kew Gardens Road, Suite 1030
                 Kew Gardens, New York  11415
 7               BY: ALEXANDER SPERBER, ESQ.

 8          POLLACK SOLOMON DUFFY, LLP
                 Attorneys for the Defendant /
 9               Counterclaim and Third-Party Plaintiff
                 ROCK FINTEK LLC
10               31 St. James Avenue, Suite 940
                 Boston, Massachusetts 02116
11               BY: PHILLIP RAKHUNOV, ESQ.

12          LAW OFFICE OF AVRAM E. FRISCH, ESQ.
                 Attorneys for the Third-Party Defendants
13               JNS CAPITAL HOLDINGS LLC and JOEL STERN
                 1 University Plaza, Suite 119
14               Hackensack, New Jersey  076011
                 BY: AVRAM E. FRISCH, ESQ.
15
            ALSO PRESENT:  YISROEL STEINBERG, ESQ.
16

17

18

19

20

21

22

23

24

25
```

```
 1

 2                    FEDERAL STIPULATIONS

 3

 4

 5        IT IS HEREBY STIPULATED AND AGREED by

 6   and between the counsel for the respective

 7   parties herein that the sealing, filing,

 8   and certification of the within deposition

 9   be waived; that the original of the

10   deposition may be signed and sworn to by

11   the witness before anyone authorized to

12   administer an oath, with the same effect as

13   if signed before a Judge of the Court; that

14   an unsigned copy of the deposition may be

15   used with the same force and effect as if

16   singed by the witness, 30 days after

17   service of the original and 1 copy of same

18   upon counsel for the witness.

19

20        IT IS FURTHER STIPULATED AND AGREED

21   that all objections, except as to form, are

22   reserved to the time of trial.

23

24

25                    *    *    *    *
```

```
1                        KING
2                THE REPORTER:  Counsel, I see a
3            a New Jersey driver's license.  I'm
4            just making sure you're all okay
5            that I'm a New York notary.
6                MR. FRISCH:  Fine with me.
7                MR. SPERBER:  Fine on my end.
8                MR. RAKHUNOV:  That's fine.
9    A L E X A N D E R   K I N G, called as a
10   witness, having been first duly sworn, by a
11   Notary Public of the State of New York, was
12   examined and testified as follows:
13   EXAMINATION BY
14   MR. SPERBER:
15        Q    Please state your name for the
16   record.
17        A    Alexander King.
18        Q    What is your current address?
19        A    133-33 Brookville Boulevard,
20   Apartment 208, Rosedale, New York  1142.
21        Q    Mr. King, good afternoon.  My
22   name is Alexander Sperber.  I am --
23        A    How are you?
24        Q    Very good; thanks.  I am one of
25   the lawyers in this action and I'm the
```

```
 1                    KING
 2   lawyer for Kitchen Winners New York Inc.
 3   and for Adorama.
 4              Have you ever testified at a
 5   deposition before?
 6        A    No, I have not.
 7        Q    How about at a trial?
 8        A    No, I have not.
 9        Q    So let me give you the
10   instructions that, you know, just so you
11   understand how the whole process works.
12              We have a court reporter here
13   who's taking down everything that I say,
14   everything you say, everything that the
15   other lawyers here say.  So it's important
16   that we don't speak over one another so
17   that the reporter can get a clean
18   transcript of what everyone is saying.
19              Is that all right?
20        A    Sure.  That's understandable.
21        Q    Do you understand that you are
22   under the same oath that you would be in as
23   if you were in a courtroom?
24        A    Absolutely.  Understood.
25        Q    If you don't understand one of
```

                            KING

1
2      my questions, please let me know.  Unless
3      you tell me otherwise, I'm going to assume
4      you understood the question.  Is that all
5      right?
6               A       Absolutely.  Understood.
7               Q       Is there anything that would
8      prevent you from thinking clearly or
9      testifying truthfully today.
10              A       Absolutely not.
11              Q       Perfect.  If you need to take a
12     break during the deposition, that's fine.
13     Let me know.  As long as there is no
14     question unanswered, you are welcome to
15     take a break at any time.
16              A       Okay.  Thank you.
17              Q       In preparing for today's
18     deposition, did you review any documents?
19              A       I did not review specific
20     documents per se, but I reviewed some, you
21     know, shipping reports and -- and -- and --
22     and -- and -- and related materials, but
23     no, not, not in depth.
24              Q       Do you recall receiving a
25     subpoena from my office?

1                      KING

2          A       I do not.  I did not.  I

3     actually, my Chicago office received it and

4     it was forwarded to me.  It was scanned to

5     me and e-mailed to me.  So I did not

6     personally receive it.  I -- I received a

7     copy of it, but I was not at the physical

8     location to receive it, no.

9          Q       The subpoena asked for you to

10    look through documents to try and find

11    anything that might be relevant about this

12    matter.  Have you or anyone else in the

13    company looked through the documents to see

14    if you have anything that would respond to

15    what we are asking for?

16         A       I did not -- can you repeat the

17    question please, Alexander?  I apologize.

18         Q       For today's deposition, part of

19    it also asked for documents.  You had

20    documents that would relation to, for

21    example, the transaction at issue in this

22    case.  Have you had a chance to look

23    through Dimerco's documents to see if you

24    have anything that would respond to what we

25    were asking for

```
 1                        KING
 2           A      I'm not exactly sure what
 3      you're asking for.  I do not know what
 4      relevant information that my company and
 5      the services that we perform have anything
 6      related to this deposition -- I mean to
 7      this dispute between you and Rock Fintek.
 8           Q      All right.  So let's back up.
 9           A      I am sorry, Alexander.  Please,
10      you know, if I'm not answering it, just
11      please follow through on your questions and
12      I will try to follow through the best I
13      can.
14           Q      Absolutely.  Let's just back
15      up.  Let's start with; what is the highest
16      level of education that you received?
17           A      Me?  I received a high school
18      level.  Completed high school level.
19           Q      When did you graduate high
20      school?
21           A      2000, and I did two years of
22      school, but did not finish.
23           Q      Was that immediately after high
24      school?
25           A      Yes, that's correct.
```

```
 1                    KING
 2        Q    Where is that?
 3        A    That was at Hofstra University.
 4        Q    What were you studying there?
 5        A    International business
 6   management.
 7        Q    So you finished or left Hofstra
 8   around 2022; is that accurate?
 9        A    2002, 2003.  I can't remember
10   the exact dates, but around that time.
11   Again, did not graduate.
12        Q    After you finished, you know,
13   attending Hofstra, did you seek employment
14   somewhere?
15        A    Well, I've been work -- during
16   my studies at Hofstra, I was part time
17   working at the current company I'm with
18   now, Dimerco Express here in New York as a
19   part-time employee while I was going to
20   school at Hofstra.
21             And due to some family
22   situation, I was forced to leave school and
23   work full time at Dimerco.
24        Q    Have you been working at
25   Dimerco ever since?
```

```
1                         KING
2          A     I have left -- I worked at
3    Dimerco from 2000 to 2006 and then I went
4    to another company, another logistics
5    company, and then returned to Dimerco in
6    2012 to my current, to the present right
7    now.
8          Q     Between 2006 and 2012, where
9    were you working?
10         A     I was working at another
11   logistics company called Air Tiger Express.
12         Q     Is that AR, like AR?
13         A     No.  It's Air, as in A-I-R,
14   Tiger, T-I-G-E-R, Express.
15         Q     When you started at Dimerco,
16   what was your job title?
17         A     Wow.  When I first started as a
18   part-time worker back in 2000, I was -- I
19   don't even know if really had a title, but
20   I guess if you were to put a title on me at
21   that time, I guess it would be clerk, I
22   guess, a clerk.
23         Q     And --
24         A     I'm sorry.  Operations clerk.
25   I think that would be the closest
```

```
 1                    KING
 2   equivalent that we have right now, a
 3   position that we have now.
 4        Q    It sounds like it's not your
 5   title now.  Can you walk me through how
 6   your job title has changed over the years?
 7        A    Absolutely.  So from 2000 to
 8   2006, while I was at the Dimerco New York
 9   office, I was mostly doing, you know, you
10   know, like operational, like operations --
11   operations.  I was -- I guess you would put
12   me at like an operation clerk.
13            In 2003 I was promoted to a
14   super operations import supervisor.  2006 I
15   left Dimerco to go to Air Tiger to take on
16   the position of a sales executive.  So from
17   2006 to 2012, I was a sales executive at
18   Air Tiger.
19            In 2012, I was rehired by
20   Dimerco and -- was hired by Dimerco,
21   Dimerco's China office.  Sorry.  I was
22   working in Dimerco China from 2012 to 2019.
23   During that period, during that period from
24   2012 to 2019, I was working at Dimerco
25   China and I was -- I had, you know,
```

```
 1                     KING
 2   regional sales manager position all the way
 3   up to regional sales director, and then
 4   2019 I was transferred from Dimerco China
 5   to Dimerco New York to take on role of P&L
 6   head of Dimerco New York with the position
 7   of branch manager.
 8        Q     Is that your current title?
 9        A     That is my current title, but
10   I'm the branch manager of Dimerco New York
11   office with the addition of the New Jersey
12   office, because I opened a New Jersey
13   office in 2020.  In 2020, I was, you know,
14   my title changed to branch manager of
15   Dimerco New York and New Jersey branches.
16        Q     Can you explain what kind of
17   business is Dimerco in?
18        A     Dimerco Express, we are a
19   international logistics provider.  In other
20   words, you know, if you are familiar with
21   an industry called freight forwarding,
22   that's what we do.  But, you know, so we
23   specialize in international air freight,
24   international ocean freight, customs
25   brokerage, warehousing, distribution as
```

```
 1                        KING
 2    well as trucking.
 3            Q      Trucking, you said?
 4            A      Trucking, yes.
 5                   So international air freight,
 6    international ocean freight, you know,
 7    customs brokerage, customs brokerage,
 8    warehousing and distribution, and trucking.
 9    Those are the main products that we focus
10    on it.
11            Q      Got it.
12                   Are you familiar with a company
13    by the name of Rock Fintek?
14            A      Yes, I am.
15            Q      How did you become familiar
16    with them?
17            A      They were a client of mine from
18    --
19            Q      I'm sorry.  Go ahead.
20            A      They were a client of mine from
21    2020, starting from 2020.
22            Q      And what business, to your
23    knowledge, was Rock Fintek in in 2020?
24                   MR. RAKHUNOV:  Objection.
25                   My name is Phil Rakhunov.  I
```

```
 1                        KING
 2         represent Rock Fintek.  I don't
 3         think we've ever met.
 4              THE WITNESS:  Hi, Phillip.  How
 5         are you?
 6              MR. RAKHUNOV:  Good.  Thank
 7         you.
 8              So from time to time, I may
 9         lodge an objection if I perceive
10         some issue with the question that
11         counsel asks.
12              THE WITNESS:  Sure.
13              MR. RAKHUNOV:  You can kind of
14         ignore that.  It's for the record
15         for the lawyers to sort things out
16         later.  You can go ahead and still
17         answer the question as you would if
18         I didn't object.  If there was -- I
19         don't see any reason why I would
20         instruct you not to answer a
21         question, but if you had a lawyer
22         they might give you that
23         instruction.  So if you hear one of
24         us say, "Objection," you can just
25         proceed.
```

```
1                    KING
2             THE WITNESS:  Okay.
3             MR. RAKHUNOV:  Don't worry
4          about that.
5             THE WITNESS:  I understand.
6          Thank you for letting me know,
7          Phillip.
8        Q     To your knowledge, what
9    business was Rock Fintek in in 2020 when
10   you first started doing business with them?
11       A     A trading company.
12       Q     What were they trading?
13       A     I do not know.  I only know the
14   products that they were trading that I was
15   personally handling.  Not personally.  My
16   company was handling.
17       Q     What products were those?
18       A     PPEs, personal protective.
19   They can involve, you know, medical gloves,
20   medical-grade gloves, medical-grade gowns,
21   medical-grade caps, boots.  That -- that's
22   about it.
23       Q     Were those products that Rock
24   Fintek was trading at that time?
25       A     I can't answer that.  I can
```

1                    KING

2    only answer to the products that I was

3    handling on their behalf.  You know, I do

4    not know what other products they may or

5    not be handling that another freight

6    forwarder, for example, would be handling

7    for them.  I would not know.

8              But the products that Dimerco

9    handled, that was hired by Rock Fintek to

10   handle, was the products that I listed

11   prior.

12        Q    Who were you dealing with at

13   Rock Fintek?

14        A    I was -- my main contact there

15   was Mr. Bradley Gilling, rad Gilling, and

16   on occasion I would deal with Mr. Kato on

17   occasion and his first name is Tommy.  I'm

18   not sure if he goes by Thomas legally, but

19   I will refer to him as Tommy.

20        Q    When was the last time you

21   spoke with Mr. Gilling?

22        A    I would say two months ago give

23   or take.

24        Q    What were you taking about at

25   that time?

1                          KING

2          A      I was talking to him about

3     whether there was any resolution to any of

4     the legal case that was going on because

5     Dimerco still has an ongoing case with Rock

6     Fintek as well.

7          Q      When you say Dimerco has a case

8     with Rock Fintek, is that an active

9     lawsuit?

10         A      I think we stopped pursuing it.

11    We were still hoping that -- the last time

12    I had a conversation with Brad, he said if

13    he wins the lawsuit he was currently in, we

14    would still get paid.

15         Q      Am I to understand that Dimerco

16    believed Rock Fintek owes it unpaid bills?

17         A      Yes.   That is pretty much

18    directly related to your case right now.

19         Q      How much money does Rock Fintek

20    owe Dimerco?

21         A      I -- I'm sorry.  I don't have

22    that number in front of me now, but I can

23    probably only give you a range.

24         Q      That's fine.

25         A      Again, it's not the exact

1                       KING

2      amount, but it's between 40- to 50,000.

3           Q       And what is the reason that Mr.

4      Gilling told you that Rock Fintek could not

5      pay Dimerco?

6           A       Because they did not get paid

7      by their customer because Adorama and

8      Kitchen Winners sold the products that were

9      not acceptable on a medical-grade level.

10     So, you know, the Rock Fintek's customer

11     would not accept those goods.  Hence they

12     were not going to pay Rock Fintek, hence

13     Rock Fintek had no money to pay us.

14          Q       When you say Rock Fintek's

15     customer, is that Ascension?

16          A       It could be Ascension, it could

17     be other -- I know they had multiple other

18     customers, but yes, I believe they were one

19     of them.

20          Q       Who were the other customers

21     that Rock Fintek had that you're aware of?

22          A       I mean that I am aware of -- I

23     mean -- so no, I can't tell you I know all

24     of their customers names, because a lot of

25     the times I do not deal with their

```
 1                      KING
 2   customers.  There's no opportunity for me
 3   to deal with their customers directly.  A
 4   lot of times that's handling the
 5   transportation delivering it from one
 6   warehouse to another warehouse based on the
 7   instructions that Rock Fintek would give to
 8   me.
 9        Q     Which customers of Rock Fintek
10   do you know the names of?
11        A     I mean I know for a fact I --
12              THE REPORTER:  You're getting
13          cut off.  I think it's because of
14          the movement.
15              (Whereupon, an off-the-record
16          discussion was held.)
17              (Whereupon, a short recess was
18          taken.)
19        Q     Mr. King, are you ready?
20        A     Yes.
21        Q     Let's just get back into it.  I
22   don't know exactly where I left off.  I
23   think I was asking you if you know the
24   names of any Rock Fintek customers they
25   were dealing with at the time you were
```

```
 1                    KING
 2   working along with them.
 3        A    Sure.  Again, I can't say that
 4   I know all of their customers that we
 5   handled because sometimes we were just
 6   instructed to deliver to a specific
 7   warehouse or a third-party logistics
 8   warehouse where I wouldn't know, you know,
 9   who the customer was, but I know for a fact
10   that we have handled shipments for Rock
11   Fintek for their customers such as the City
12   of New York, Medline, Peterson Dental.
13        Q    When you say Medline, do you
14   know whether Medline was their customer or
15   was Medline holding their product on behalf
16   of a different customer?
17        A    To my knowledge, they were
18   working directly with Medline.
19        Q    Okay.  Are you familiar with a
20   company by the name of Ascension?
21        A    Yes.  I -- it's familiar.  It's
22   familiar.  I might have heard them talking
23   about it, like this order, you know, might
24   be for Ascension, but I wouldn't know
25   directly which shipments we handled for
```

```
 1                        KING
 2   them, because I believe Ascension might be
 3   one of those companies that we were doing
 4   deliveries to a third-party warehouse, not
 5   directly Ascension's warehouse.
 6         Q      You said earlier that Mr. Kato
 7   informed you that Rock Fintek was unable to
 8   pay Dimerco's bills because it hadn't been
 9   paid by one of its customers.  You don't
10   know which customer that was?
11         A      No.  I cannot specify which
12   customer it was, but I know it was mostly
13   they were not paid by their customer.  It
14   could be multiple customers.  I cannot
15   answer that question factually.  I just
16   know it was -- it could be one of their
17   customers.  Could be multiple customers.  I
18   do not know.
19         Q      Are you aware that Rock Fintek
20   earned gross profits in excess of $36
21   million from its business with some of its
22   customers?
23               MR. RAKHUNOV:  Objection.
24         A      I mean I didn't know that, but
25   I wouldn't be surprised.  I'm not surprised
```

```
 1                        KING
 2   by that number.  During the pandemic, I'm
 3   sure that everybody here was aware of the
 4   demand for protective gear during the peak
 5   of the pandemic.  I think everybody bought
 6   masks before during the pandemic and knew
 7   the cost of the masks during that time, so
 8   yes.  The profit margin I'm sure was very
 9   large, but the demand also justified that
10   for that time, for that certain situation,
11   yes.
12        Q     I guess my question is, how do
13   you square that with Rock Fintek also
14   telling you that they don't have any money
15   to pay Dimerco's bills?
16             MR. RAKHUNOV:  Objection.
17        A     That really -- I don't know.  I
18   don't know why that's relevant, only
19   because the profits that even my company
20   makes, I don't even know where it goes.  So
21   I'm sure -- I don't know what their
22   overhead is, I don't know what their
23   operating budget is.  I don't know any of
24   that.  I don't know the commission
25   structure to their sales people.  I mean I
```

1                         KING

2    wouldn't -- you know, I don't -- I don't

3    know, but that's what I was told, but yeah,

4    that's fine.

5         Q     How were you paid in

6    relationship to Dimerco's dealings with

7    Rock Fintek?  Were you paid just by Dimerco

8    or did you receive a percent of Rock

9    Fintek's profits?

10        A     No.   I would not receive --

11   absolutely not.  I would only get paid for

12   providing the Dimerco services that we

13   provided to Rock Fintek directly and we

14   have records of all the quotations that we

15   quoted Rock Fintek and no, they paid us --

16   they paid Dimerco directly.

17              And to tell you the truth, in

18   the beginning of our cooperation between

19   Rock Fintek and Dimerco, Rock Fintek

20   actually prepaid us for certain situations

21   where, you know, they would prepay us I

22   think as much as an excess of a million

23   dollars before we were even offering the

24   service.  So we never really had a payment

25   problem with Rock Fintek until the end, the

1                    KING

2    tail end of our cooperations once they

3    were, you know, sold, you know, gloves that

4    were not up to specs.

5          Q    Are you familiar with a company

6    called M Hub?

7          A    I do know that -- I am familiar

8    with that company.  I am not an expert at

9    that company, but I knew that during my

10   initial research of Rock Fintek before we

11   started cooperating on a business level

12   that we did do some research on Rock Fintek

13   and I know that M Hub or Merchant Hub is

14   one of Mr. Kato's other businesses or

15   business entities.

16         Q    Do you know if Dimerco has done

17   any work on behalf of Mr. Kato's other

18   businesses?

19         A    No.

20         Q    The only one you did business

21   for was Rock Fintek?

22         A    That's correct.

23         Q    I will ask a couple of other

24   names to see if they ring a bell with you.

25              Are you familiar with a Hershey

```
 1                      KING
 2   Weiner?
 3        A     Hershey Weiner, no.  I'm not
 4   familiar.  No.  I can't say I'm familiar
 5   with him.
 6        Q     How about a Joseph Mendlowits?
 7        A     I believe I actually might have
 8   spoke to him before in the past.  I do
 9   remember of a person of one of Rock
10   Fintek's suppliers being named Joseph and
11   being on a conference call with Rock Fintek
12   and Joseph.
13        Q     Do you recall what Mr.
14   Mendlowits would have said during those
15   conference calls or did say during those
16   conference calls?
17        A     No.  It was -- the conversation
18   would be related to when a cargo would be
19   ready for me to pick up on behalf of Rock
20   Fintek.
21        Q     Who was on the conference call
22   besides yourself?
23        A     Mr. Brad Gilling.
24        Q     Anyone else.
25        A     Not that I can recall.
```

```
 1                        KING
 2        Q     It was just the three of you?
 3        A     I mean it could be more people.
 4   I don't remember.  Those were the two main
 5   people.  You know, maybe there was other
 6   people listening in, taking notes or
 7   whatever.  I don't know.  It was a phone
 8   call.
 9        Q     I'm sorry.  Can you say it
10   again?  I missed that?
11        A     Yes.  It was a phone call, so I
12   can't confirm who was in the conversation,
13   but I remember it being Joseph and Brad
14   being most vocal during that conversation.
15        Q     Was this one phone call or
16   multiple phone calls?
17        A     This was definitely not one
18   phone call.  It was definitely multiple
19   phone calls, and I can't tell you exactly
20   how many phone calls, but maybe three or
21   four I'm guessing.
22        Q     Do you have any records from
23   those phone calls?
24        A     No.  No.  Alexander, the
25   premise of those phone calls were munch
```

KING

2 arranging pickups from Josef's company, you

3 know, because in the past we always had

4 struggled with them picking up from

5 Joseph's company because when we would send

6 the trucks, the cargo would not be ready

7 and that's the reason -- or not even ready,

8 but not even available.  The goods would

9 not be available.

10          So that's why we would get on

11 calls to coordinate what is going on.

12 There were a couple of times I had to send

13 trucks to the sites and not being able to

14 pick up any freight.

15      Q      Are you familiar with someone

16 by the name of Joseph Weiner?

17      A      You know what; I'm sorry.  I

18 just know it was a Joseph.  I can't tell

19 you exactly his last name.  I can't

20 recollect his last name.  So I just

21 remember it being a Joseph.  I'm just

22 assuming it was the same Joseph you were

23 referring to.  I will be completely honest.

24 I don't remember the guy's last name, but I

25 do remember the name being Yosef.

```
1                        KING
2           Q      Are you familiar with someone
3    by the name of Mendel Bannon?
4           A      Mendel sounds very familiar.  I
5    know Mendel is a key contact of one of Rock
6    Fintek's suppliers.  I do not know which
7    one and I just heard that name being
8    mentioned on one of my cases with Brad, but
9    I don't have any recollection of ever
10   speaking to him directly.
11          Q      How about a Joel Stern?
12          A      Yes.  Joel Stern is another one
13   of one of Rock Fintek's suppliers.  I can't
14   tell you which ones.  I might even -- no,
15   no.  I know he is one of -- a supplier of
16   Rock Fintek.  That's the most I can tell
17   you about him.
18          Q      Did you ever speak with Mendel
19   --
20          A      I might have.  I don't
21   recollect.  I don't recollect, sir.  I'm
22   sorry.
23          Q      Again, I'm just trying figure
24   out what you do recall.  When I ask the
25   question, just answer to the best of your
```

```
 1                    KING
 2   recollection.  That's all I can ask for.
 3        A     Okay.  You know what?  I take
 4   that back.  I'm so sorry.  Regarding Joel,
 5   I did have communication with him via text.
 6        Q     Okay.  Now, what kind of
 7   services was Dimerco providing to Rock
 8   Fintek?
 9        A     We were providing a range of
10   services ranging from air freight,
11   international air freight from Asia to the
12   United States, international Ocean freight
13   from Asia to the United States.  I also
14   handled international air and ocean from
15   Europe to the United States.  I also helped
16   them handle customs clearance, customs
17   brokerage, of their goods in entering into
18   the United States as well as trucking
19   services for Rock Fintek.
20        Q     Let me just start with some of
21   the air freight you mentioned.  Do you
22   recall what kind of products were being
23   brought in by Rock Fintek via air freight?
24        A     Yes.  The products that I
25   mentioned earlier related to protective
```

```
1                    KING
2    personal protective equipment that, you
3    know, consists of, you know, gloves, masks,
4    gloves, masks, you know, medical gowns, and
5    medical caps, yeah.
6         Q     Are you familiar with a brand
7    of gloves called Medcare?
8         A     Medcare or you mean Medline?
9    Medcare I'm not familiar with.
10        Q     Do you know what brand of
11   gloves Rock Fintek was selling or dealing
12   in?
13        A     I don't recall.  There was --
14   you know, there was -- there's just too
15   many.  There was a wide range and no -- I
16   do not recall, no.
17        Q     How many companies was Rock
18   Fintek buying medical gloves from, to your
19   recollection?
20             MR. RAKHUNOV:  Objection.
21        A     I don't recall, but it's
22   definitely more than one, but I really
23   don't get into the sourcing part of it.
24   Again, I just want to be repeat that
25   Dimerco Express was solely hired to provide
```

```
1                    KING
2    transportation services and logistics for
3    Rock Fintek.
4            We do not get involved with
5    their sourcing, we do not getting involved
6    with their selling, their sales.  We are
7    just pure transportation providers and
8    logistic providers for Rock Fintek.
9        Q    Again, only if you know.  Do
10   you know if they had more or less than five
11   suppliers of medical gloves?
12       A    I would not be able to know for
13   a fact.  I would not be able to answer that
14   and be confident that it would be factual,
15   so I prefer not to answer that because I
16   really do not no.
17       Q    I think you mentioned this.  I
18   apologize for repeating it.  Was one of the
19   services Dimerco was providing to Rock
20   Fintek trucking?
21       A    Yes, that's correct.
22       Q    Did that involve transporting
23   boxes of goods from Rock Fintek suppliers
24   to its customer or customers?
25       A    Yes.  That's correct.  That's
```

```
                              KING
 1
 2    correct.  We've done that service before
 3    quite frequently, if I had to say.
 4         Q      Does Dimerco do trucking itself
 5    or does it hire --
 6         A      We outsource independent
 7    truckers.  We also work with key partners,
 8    vendors of hours, but no, in Dimerco in the
 9    USA, Dimerco does not own our own trucks.
10         Q      Do you know which trucking
11    companies Dimerco was utilizing for the
12    work with Rock Fintek?
13         A      Well, yes.  I can name the key
14    --one of the -- we use multiple vendors3
15    because the volume was so large and the,
16    you know, it was -- we had to deliver like,
17    you know, not only New York, but in
18    California, in Detroit, all parts of the
19    U.S., so we could not rely on only one
20    vendor.  So -- but for New York
21    transportation, yes, we were I would say 80
22    percent of our New York deliveries and
23    pickups was done by one trucking company,
24    which was a company called Dell Express, s
25    D-E-L-L E-X-P-R-E-S-S.
```

1                       KING

2          Q      Was Dimerco involved in helping

3    Rock Fintek keep track of the goods that it

4    was transporting across the country?

5          A      Yes.   We tried to do the best

6    of our ability.   However, you know, we have

7    specific -- every transaction that we have

8    with Rock Fintek is documented.   It's

9    invoiced.   We have records of it, but in

10   terms of the specific piece count, we also

11   have records of this.   However, whether or

12   not we can verify it, we cannot verify it.

13   As you can imagine, we were sending trucks

14   looking to pick up like, you know, a

15   million, three million gloves.   There was

16   no way that we could literally count every

17   single glove or every single carton that is

18   loaded onto the truck by the supplier.

19                I hope that answers the

20   question, Alex.

21         Q      I think so.

22                Let me ask a couple of more

23   questions around that to see if we can get

24   some clarity.

25         A      Sure.

```
 1                      KING
 2        Q     Are you familiar with the word
 3   or phrase POD, P-O-D?
 4        A     Yes.
 5        Q     Does POD stand for proof of
 6   delivery?
 7        A     It my industry, yes, it does.
 8        Q     When Dimerco's trucking company
 9   or -- let me rephrase that.
10              When the company that Dimerco
11   hired to transport Rock Fintek's goods, to
12   pick them up, was there anything that would
13   have prevented the trucker from examining
14   the good before picking them up?
15        A     No.  I'm sorry.  Can you
16   rephrase that question?  You're saying is
17   there any circumstance where it would
18   prevent a trucker from examining the goods?
19        Q     Let me rephrase it.
20        A     I'm sorry.
21        Q     Let me see if I can make it
22   clear.  Dimerco would send a trucker or a
23   truck to pick up goods on behalf of Rock
24   Fintek to a warehouse somewhere, all right?
25        A     Yes.  That's correct.
```

1                          KING

2          Q      So when the trucker or truck

3     arrived, I assume there was a driver in the

4     truck.  Was it just one driver in the truck

5     or was there anyone else with them?

6          A      It would depend.  If it's a

7     local delivery and a local pickup, it would

8     be one driver.  If it was a little bit what

9     we consider long haul, like, you know,

10    cross certain states or cross country, we

11    would sometimes use two truckers, because

12    one driver can only legally drive on the

13    road for a certain amount of hours.

14         Q      So they would take turns?

15         A      Yes.

16         Q      Okay?

17         A      So depending on the distance.

18    Depending on the distance.  It would be

19    either one or two drivers.  Max two

20    drivers.

21         Q      Can you explain to me, if you

22    know, what is the process like when the

23    trucker arrives at the warehouse to pick up

24    goods?

25                MR. RAKHUNOV:  Objection.  Can

```
 1                       KING
 2           you focus on a time frame?
 3                MR. SPERBER:  Yes.  This is in
 4             2020 or 2021.
 5           A     Are you talking about
 6     specifically from Rock Fintek or are you
 7     speaking like industry standards, because I
 8     can tell you for a fact that -- go ahead
 9     please.  I'm sorry.
10           Q     Let's start with the industry
11     standard as a whole and then we'll narrow
12     it to Rock Fintek.
13                In 2020 or '21, when a trucker
14     would go pick up goods, what was the
15     process like?
16           A     It would depend.  I mean we
17     have some larger, like what we consider
18     multinational customers dealing with, you
19     know, semiconductor, where it would be very
20     smooth, where we will send in a truck, go
21     in onto a specific dock that we were
22     assigned to, that the trucker was assigned
23     to, and we would be in and out.  During the
24     whole pickup process, it would take between
25     maybe 30 to an hour to load a truckload of
```

1                         KING
2      freight.
3                    During the pandemic time, if
4      you are talking about some of hour larger
5      multinational customers, specifically I can
6      -- I specifically remember that picking up
7      from Rock Fintek's suppliers, especially in
8      2021, it was very difficult because a lot
9      of the times we would go to specific pickup
10     sites and the freight would not be there.
11          Q     I'll get to Rock Fintek in just
12     a second.  I just want to -- again, I want
13     to understand sort of how the whole process
14     works and then we'll go more specifically.
15                   When a trucker would arrive,
16     would they have documentation with them
17     explaining what they were there to pick up?
18          A     Yes.   That documentation that
19     you're referring to in our industry is
20     called, something called a DO, which stands
21     for delivery order.
22                   And that delivery order would
23     consist of the trucker's name that would be
24     picking up the goods.  It would also
25     consist of the address of the pickup, the

```
1                        KING
2     amount of -- the quantity of freight that
3     was being picked up, the weight of the
4     freight that was being picked up, as well
5     as where it's going to be delivered to.
6     And that delivery order would also act as
7     our POD, proof of delivery, as well.
8          Q     So would the trucker have to
9     have that documentation, the DO, signed by
10    the warehouse releasing the goods?
11         A     No.   I mean, you know,
12    sometimes -- it's not a requirement.
13    Sometimes the supplier would do that
14    voluntarily, which is always helpful.
15    However, it is not a requirement.  However,
16    it is a requirement for industry standards
17    for us to have the receiving party sign off
18    on how much -- sign off once upon receiving
19    the goods which will ultimately act as the
20    proof of delivery for us.
21         Q     So would the seller be giving
22    any documentation to the trucker along with
23    the goods?
24         A     Well, yes.   We would come with
25    multiple copies of this.   We would provide
```

```
1                        KING
2    a copy to the supplier as well.
3         Q      So more specifically now,
4    regarding Rock Fintek and what it was doing
5    in 2020 and 2021, how did that process work
6    where truckers would go to pick up goods on
7    behalf of Rock Fintek?
8         A      Are you talking about the --
9    can you repeat that?
10        Q      In 2020 and 2021, when Dimerco
11   would send a truck on behalf of Rock Fintek
12   to pick up goods from a seller, how would
13   that process work?
14              THE REPORTER:   I'm getting a
15         message that your bandwidth is low.
16              (Whereupon, an off-the-record
17         discussion was held.)
18        A      For Rock Fintek specific
19   pickups, again, you know, we will pick up
20   for various locations.  So every pickup is
21   different and even picking up out of the
22   same location, every pickup experience is
23   different and it's unique within itself.
24              So for Rock Fintek specific
25   cases, it's always a red flag for us and my
```

```
1                           KING
2    team because I would say a majority of Rock
3    Fintek's pickups, there was always some
4    sort of issues.  Whether it's goods not
5    being there or goods not being complete or,
6    you know, or me or my truckers spending a
7    long time at the specific location just to
8    pickup the freight.
9               Like I said, usually under
10   normal circumstances, you know, I don't
11   expect my trucker to spend more than an
12   hour to pick up freight.  It's very common
13   for Dimerco's truckers to spend well over
14   an hour picking up for some of the
15   suppliers for Rock Fintek.
16        Q    Let me -- you mentioned
17   sometimes the shipment was not complete
18   when a trucker would pick up for Rock
19   Fintek.  How would the trucker know it was
20   not complete?
21        A    The supplier will let him know
22   that hey, you know, right now we only have
23   -- you're here to pick up let's just say
24   300 cartons, for example.  Right now only
25   100 cartons is ready now.  That's just an
```

```
1                    KING
2    example, but that's how it usually would
3    go.
4         Q    Were the truckers able to look
5    over the goods before they left the
6    warehouse?
7         A    Are you talking about the
8    actual product itself?
9         Q    Yes.
10        A    Absolutely not.  It's not our
11   practice and industry practice to get
12   involved with any inspection of the
13   physical goods.  Again, we don't open
14   boxes, we he don't open outer cartons.  We
15   don't do any of them.
16        Q    It's not a service you provide?
17        A    Absolutely not.  Again, we are
18   just -- we are not a quality -- we're not
19   like a, you know, quality control.  We
20   don't do quality control.  We only isolate
21   our services to transportation only.
22        Q    Is there anything --
23        A    Again, these are truck drivers.
24   They are not qualified -- they would not be
25   qualified to inspect goods.
```

```
1                        KING
2        Q     Sure.  I understand you're
3   saying it's not something they would do for
4   you and that's not something you would
5   provide to Rock Fintek, but were there any
6   rules, you know, from the government, for
7   example, that would have prevented you if
8   they, if Rock Fintek wanted to hire you to
9   do that?  Were they allowed to?
10       A     No.   There wouldn't be any
11  government regulation about us doing that.
12  It was just our -- I mean we wouldn't be
13  qualified.  I mean even if you were to send
14  me to drive a truck to pick up goods, I
15  would not be -- I'm not a specialist.  I
16  don't specialize on the specific products
17  that we're picking up.  So we wouldn't be
18  able to --
19                 THE REPORTER:  Did we lose him?
20                 (Whereupon, an off-the-record
21            discussion was held.)
22                 MR. SPERBER:  Counsel for Mr.
23            Stern and JNS as well as counsel
24            for Rock Fintek and Mr. King, we've
25            all agreed to adjourn today's
```

```
 1                    KING
 2       deposition until Monday, September
 3       18th, at 1 p.m.
 4            THE WITNESS:   That's correct.
 5            (Whereupon, at 3:21 p.m., the
 6       examination of this witness was
 7       adjourned.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1
2                    D E C L A R A T I O N
3
4          I hereby certify that having been
5     first duly sworn to testify to the truth, I
6     gave the above testimony.
7
8          I FURTHER CERTIFY that the foregoing
9     transcript is a true and correct transcript
10    of the testimony given by me at the time
11    and place specified hereinbefore.
12
13
14
15
16                     _____
17                        ALEXANDER KING
18
19
20    Subscribed and sworn to before me
21    this_____day of_____, 2023.
22
23    _____
24          NOTARY PUBLIC
25
```

1

2                          I N D E X

3

4    EXAMINATION BY                          PAGE

5    MR. SPERBER                               5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1
2                    C E R T I F I C A T E
3
4    STATE OF NEW YORK        )
5                                    :    SS.:
6    COUNTY OF KINGS          )
7
8         I, PHYLLIS F. RUSSEK, a Notary Public
9    for and within the State of New York, do
10   hereby certify:
11        That the witness whose examination is
12   hereinbefore set forth was duly sworn and
13   that such examination is a true record of
14   the testimony given by that witness.
15        I further certify that I am not
16   related to any of the parties to this
17   action by blood or by marriage and that I
18   am in no way interested in the outcome of
19   this matter.
20        IN WITNESS WHEREOF, I have hereunto
21   set my hand this 19th day of October, 2023.
22
23
24   _____
25              PHYLLIS F. RUSSEK
```

```
1   Errata Sheet

2

3   NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4   DATE OF DEPOSITION: 09/12/2023

5   NAME OF WITNESS: ALEXANDER KING

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25              _____
```

1   Errata Sheet

2

3   NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4   DATE OF DEPOSITION: 09/12/2023

5   NAME OF WITNESS: ALEXANDER KING

6   Reason Codes:

7       1. To clarify the record.

8       2. To conform to the facts.

9       3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                          _____

**$**

**$36** 22:20

**-**

**--one** 33:14

**1**

**100** 41:25

**1142** 5:20

**133-33** 5:19

**2**

**2000** 9:21 11:3, 18 12:7

**2002** 10:9

**2003** 10:9 12:13

**2006** 11:3,8 12:8,14,17

**2012** 11:6,8 12:17,19,22,24

**2019** 12:22,24 13:4

**2020** 13:13 14:21,23 16:9 37:4,13 40:5,10

**2021** 37:4 38:8 40:5,10

**2022** 10:8

**208** 5:20

**21** 37:13

**3**

**30** 37:25

**300** 41:24

**4**

**40-** 19:2

**5**

**50,000** 19:2

**8**

**80** 33:21

**A**

**A-I-R** 11:13

**ability** 34:6

**able** 28:13 32:12,13 42:4 43:18

**absolutely** 6:24 7:6,10 9:14 12:7 24:11 42:10,17

**accept** 19:11

**acceptable** 19:9

**accurate** 10:8

**across** 34:4

**act** 39:6,19

**action** 5:25

**active** 18:8

**actual** 42:8

**actually** 8:3 24:20 26:7

**addition** 13:11

**address** 5:18 38:25

**adjourn** 43:25

**Adorama** 6:3 19:7

**after** 9:23 10:12

**afternoon** 5:21

**again** 10:11 18:25 21:3 27:10 29:23 31:24 32:9 38:12 40:19 42:13,17,23

**ago** 17:22

**agreed** 43:25

**ahead** 14:19 15:16 37:8

**air** 11:11,13 12:15,18 13:23 14:5 30:10,11, 14,21,23

**Alex** 34:20

**Alexander** 5:17,22 8:17 9:9 27:24

**all** 5:4 6:19 7:4 9:8 13:2 19:23 21:4 24:14 30:2 33:18 35:24 43:25

**allowed** 43:9

**along** 21:2 39:22

**also** 8:19 23:9, 13 30:13,15 33:7 34:10 38:24 39:6

**always** 28:3 39:14 40:25 41:3

**am** 5:22,24 9:9 14:14 18:15 19:22 25:7,8

**amount** 19:2 36:13 39:2

**an** 12:12 13:21 15:9 18:5,8 20:15 24:22 25:8 37:25 40:16 41:11,14, 25 43:20

**another** 6:16 11:4,10 17:5 20:6 29:12

**answer** 15:17, 20 16:25 17:2 22:15 29:25 32:13,15

**answering** 9:10

**answers** 34:19

**any** 7:15,18 15:19 18:3 20:24 23:14,23

**25:17 27:22 28:14 29:9 35:17 39:22 42:12,15 43:5, 10**

**anyone** 8:12 26:24 36:5

**anything** 7:7 8:11,14,24 9:5 35:12 42:22

**Apartment** 5:20

**apologize** 8:17 32:18

**AR** 11:12

**around** 10:8,10 34:23

**arranging** 28:2

**arrive** 38:15

**arrived** 36:3

**arrives** 36:23

**Ascension** 19:15,16 21:20, 24 22:2

**Ascension's** 22:5

**Asia** 30:11,13

**ask** 25:23 29:24 30:2 34:22

**asked** 8:9,19

**asking** 8:15,25 9:3 20:23

**asks** 15:11

**assigned** 37:22

**assume** 7:3 36:3

**assuming** 28:22

**at** 6:4,7 7:15 8:7, 21 10:3,16,17, 20,23,24 11:2, 10,15,20 12:8, 12,17,24 16:24 17:12,24 20:25 25:8 36:23 41:7

**attending** 10:13

**available** 28:8,9

**aware** 19:21,22 22:19 23:3

**B**

**back** 9:8,14 11:18 20:21 30:4

**bandwidth** 40:15

**Bannon** 29:3

**based** 20:6

**because** 13:12 18:4 19:6,7,24 20:13 21:5 22:2, 8 23:19 28:3,5 32:15 33:15 36:11 37:7 38:8 41:2

**become** 14:15

**been** 5:10 10:15,24 22:8

**before** 6:5 23:6 24:23 25:10 26:8 33:2 35:14 42:5

**beginning** 24:18

**behalf** 17:3 21:15 25:17 26:19 35:23 40:7,11

**being** 26:10,11 27:13,14 28:13, 21,25 29:7 30:22 39:3,4 41:5

**believe** 19:18 22:2 26:7

**believed** 18:16

**bell** 25:24

**besides** 26:22

**best** 9:12 29:25 34:5

**between** 9:7 11:8 19:2 24:18 37:24

**bills** 18:16 22:8 23:15

**bit** 36:8

**boots** 16:21

**bought** 23:5

**Boulevard** 5:19

**boxes** 32:23 42:14

**Brad** 18:12 26:23 27:13 29:8

**Bradley** 17:15

**branch** 13:7,10, 14

**branches** 13:15

**brand** 31:6,10

**break** 7:12,15

**brokerage** 13:25 14:7 30:17

**Brookville** 5:19

**brought** 30:23

**budget** 23:23

**business** 10:5 13:17 14:22 16:9,10 22:21 25:11,15,20

**businesses** 25:14,18

**but** 7:20,22 8:7 9:22 10:10 11:19 13:9,22 15:21 17:8,18 18:22 19:2,18 21:9,24 22:12, 24 23:9 24:3 25:9 27:13,20 28:8,24 29:8 31:21,22 33:8, 17,20 34:9 42:2 43:5

**buying** 31:18

**C**

**California** 33:18

**call** 26:11,21 27:8,11,15,18

**called** 5:9 11:11 13:21 25:6 31:7 33:24 38:20

**calls** 26:15,16 27:16,19,20,23, 25 28:11

**can** 6:17 8:16 9:13 12:5 13:16 15:13,16,24 16:19,25 18:22 26:25 27:9 29:16 30:2 33:13 34:12,13, 23 35:15,21 36:12,21,25 37:8 38:5 40:9

**can't** 10:9 16:25 19:23 21:3 26:4 27:12,19 28:18, 19 29:13

**cannot** 22:11,14 34:12

**caps** 16:21 31:5

**cargo** 26:18 28:6

**carton** 34:17

**cartons** 41:24, 25 42:14

**case** 8:22 18:4, 5,7,18

**cases** 29:8 40:25

**certain** 23:10 24:20 36:10,13

**chance** 8:22

**changed** 12:6 13:14

**Chicago** 8:3

**China** 12:21,22, 25 13:4

**circumstance** 35:17

**circumstances** 41:10

**City** 21:11

**clarity** 34:24

**clean** 6:17

**clear** 35:22

**clearance** 30:16

**clearly** 7:8

**clerk** 11:21,22, 24 12:12

**client** 14:17,20

**closest** 11:25

**come** 39:24

**commission** 23:24

**common** 41:12

**communicatio n** 30:5

**companies** 22:3 31:17 33:11

**company** 8:13 9:4 10:17 11:4, 5,11 14:12 16:11,16 21:20 23:19 25:5,8,9 28:2,5 33:23,24 35:8,10

**complete** 41:5, 17,20

**Completed** 9:18

**completely** 28:23

**conference** 26:11,15,16,21

**confident** 32:14

**confirm** 27:12

**consider** 36:9 37:17

**consist** 38:23, 25

**consists** 31:3

**contact** 17:14 29:5

**control** 42:19, 20

**conversation** 18:12 26:17 27:12,14

**cooperating** 25:11

**cooperation** 24:18

**cooperations** 25:2

**coordinate** 28:11

**copies** 39:25

**copy** 8:7 40:2

**correct** 9:25 25:22 32:21,25 33:2 35:25

**cost** 23:7

**could** 19:4,16 22:14,16,17 27:3 33:19 34:16

**counsel** 5:2 15:11 43:22,23

**count** 34:10,16

**country** 34:4 36:10

**couple** 25:23 28:12 34:22

**court** 6:12

**courtroom** 6:23

**cross** 36:10

**current** 5:18 10:17 11:6 13:8, 9

**currently** 18:13

**customer** 19:7, 10,15 21:9,14, 16 22:10,12,13 32:24

**customers** 19:18,20,24 20:2,3,9,24 21:4,11 22:9,14, 17,22 32:24 37:18 38:5

**customs** 13:24 14:7 30:16

**cut** 20:13

**D**

**D-E-L-L** 33:25

**dates** 10:10

**deal** 17:16 19:25 20:3

**dealing** 17:12 20:25 31:11 37:18

**dealings** 24:6

**definitely** 27:17,18 31:22

**deliver** 21:6 33:16

**delivered** 39:5

**deliveries** 22:4 33:22

**delivering** 20:5

**delivery** 35:6 36:7 38:21,22 39:6,7,20

**Dell** 33:24

**demand** 23:4,9

**Dental** 21:12

**depend** 36:6 37:16

**depending** 36:17,18

**deposition** 6:5 7:12,18 8:18 9:6

**depth** 7:23

**Detroit** 33:18

**didn't** 15:18 22:24

**different** 21:16 40:21,23

**difficult** 38:8

**Dimerco** 10:18, 23,25 11:3,5,15 12:8,15,20,22, 24 13:4,5,6,10, 15,17,18 17:8 18:5,7,15,20 19:5 24:7,12,16,

19 25:16 30:7
31:25 32:19
33:4,8,9,11 34:2
35:10,22 40:10

**Dimerco's** 8:23
12:21 22:8
23:15 24:6 35:8
41:13

**directly** 18:18
20:3 21:18,25
22:5 24:13,16
29:10

**director** 13:3

**discussion**
20:16 40:17
43:21

**dispute** 9:7

**distance** 36:17,
18

**distribution**
13:25 14:8

**dock** 37:21

**documentation**
38:16,18 39:9,
22

**documented**
34:8

**documents**
7:18,20 8:10,13,
19,20,23

**does** 18:19
33:4,5,9 35:5,7

**doing** 12:9
16:10 22:3 40:4
43:11

**dollars** 24:23

**don't** 6:16,25
11:19 15:2,19
16:3 18:21
20:22 22:9
23:14,17,18,20,
21,22,23,24
24:2 27:4,7
28:24 29:9,20,
21 31:13,21,23
41:10 42:13,14,
15,20 43:16

**done** 25:16
33:2,23

**down** 6:13

**drive** 36:12
43:14

**driver** 36:3,4,8,
12

**driver's** 5:3

**drivers** 36:19,
20 42:23

**due** 10:21

**duly** 5:10

**during** 7:12
10:15 12:23
23:2,4,6,7 25:9
26:14,15 27:14
37:23 38:3

**E**

**e-mailed** 8:5

**E-X-P-R-E-S-S**
33:25

**earlier** 22:6
30:25

**earned** 22:20

**education** 9:16

**either** 36:19

**else** 8:12 26:24
36:5

**employee**
10:19

**employment**
10:13

**end** 5:7 24:25
25:2

**entering** 30:17

**entities** 25:15

**equipment** 31:2

**equivalent** 12:2

**especially** 38:7

**Europe** 30:15

**even** 11:19
23:19,20 24:23
28:7,8 29:14
40:21 43:13

**ever** 6:4 10:25
15:3 29:9,18

**every** 34:7,16,
17 40:20,22

**everybody**
23:3,5

**everyone** 6:18

**everything**
6:13,14

**exact** 10:10
18:25

**exactly** 9:2
20:22 27:19
28:19

**EXAMINATION**
5:13

**examined** 5:12

**examining**
35:13,18

**example** 8:21
17:6 41:24 42:2
43:7

**excess** 22:20
24:22

**executive**
12:16,17

**expect** 41:11

**experience**
40:22

**expert** 25:8

**explain** 13:16
36:21

**explaining**
38:17

**Express** 10:18
11:11,14 13:18
31:25 33:24

**F**

**fact** 20:11 21:9
32:13 37:8

**factual** 32:14

**factually** 22:15

**familiar** 13:20
14:12,15 21:19,

21,22 25:5,7,25
26:4 28:15 29:2,
4 31:6,9 35:2

**family** 10:21

**figure** 29:23

**find** 8:10

**fine** 5:6,7,8 7:12
18:24 24:4

**finish** 9:22

**finished** 10:7,
12

**Fintek** 9:7
14:13,23 15:2
16:9,24 17:9,13
18:6,8,16,19
19:4,12,13,21
20:7,9,24 21:11
22:7,19 23:13
24:7,13,15,19,
25 25:10,12,21
26:11,20 29:16
30:8,19,23
31:11,18 32:3,8,
20,23 33:12
34:3,8 35:24
37:6,12 38:11
40:4,7,11,18,24
41:15,19 43:5,8,
24

**Fintek's** 19:10,
14 24:9 26:10
29:6,13 35:11
38:7 41:3

**first** 5:10 11:17
16:10 17:17

**five** 32:10

**flag** 40:25

**focus** 14:9 37:2

**follow** 9:11,12

**follows** 5:12

**forced** 10:22

**forwarded** 8:4

**forwarder** 17:6

**forwarding**
13:21

**four** 27:21

**frame** 37:2

21,22 25:5,7,25
26:4 28:15 29:2,
4 31:6,9 35:2

**freight** 13:21,
23,24 14:5,6
17:5 28:14
30:10,11,12,21,
23 38:2,10 39:2,
4 41:8,12

**frequently** 33:3

**FRISCH** 5:6

**from** 7:8,25 11:3
12:7,16,22,23
13:4 14:17,20,
21 15:8 20:5
22:21 27:22
28:2,4 30:10,11,
13,14 31:18
32:23 35:13,18
37:6 38:7 40:12
43:6

**front** 18:22

**full** 10:23

**G**

**gear** 23:4

**get** 6:17 18:14
19:6 20:21
24:11 28:10
31:23 32:4
34:23 38:11
42:11

**getting** 20:12
32:5 40:14

**Gilling** 17:15,21
19:4 26:23

**give** 6:9 15:22
17:22 18:23
20:7

**giving** 39:21

**glove** 34:17

**gloves** 16:19,20
25:3 31:3,4,7,
11,18 32:11
34:15

**go** 12:15 14:19
15:16 37:8,14,
20 38:9,14 40:6
42:3

**goes** 17:18
23:20

**going** 7:3 10:19 18:4 19:12 28:11 39:5

**good** 5:21,24 15:6 35:14

**goods** 19:11 28:8 30:17 32:23 34:3 35:11,18,23 36:24 37:14 38:24 39:10,19, 23 40:6,12 41:4, 5 42:5,13,25 43:14

**Got** 14:11

**government** 43:6,11

**gowns** 16:20 31:4

**graduate** 9:19 10:11

**gross** 22:20

**guess** 11:20,21, 22 12:11 23:12

**guessing** 27:21

**guy's** 28:24

**H**

**hadn't** 22:8

**handle** 17:10 30:16

**handled** 17:9 21:5,10,25 30:14

**handling** 16:15, 16 17:3,5,6 20:4

**has** 12:6 18:5,7 25:16

**haul** 36:9

**having** 5:10

**he** 17:18 18:12, 13 29:15 42:14

**head** 13:6

**hear** 15:23

**heard** 21:22 29:7

**held** 20:16 40:17 43:21

**helped** 30:15

**helpful** 39:14

**helping** 34:2

**hence** 19:11,12

**here** 6:12,15 10:18 23:3 41:23

**Hershey** 25:25 26:3

**hey** 41:22

**Hi** 15:4

**high** 9:17,18,19, 23

**highest** 9:15

**him** 17:19 18:2 26:5,8 29:10,17 30:5 41:21 43:19

**hire** 33:5 43:8

**hired** 12:20 17:9 31:25 35:11

**his** 17:17 28:19, 20

**Hofstra** 10:3,7, 13,16,20

**holding** 21:15

**honest** 28:23

**hope** 34:19

**hoping** 18:11

**hour** 37:25 38:4 41:12,14

**hours** 33:8 36:13

**how** 5:23 6:7,11 12:5 14:15 15:4 18:19 23:12 24:5 26:6 27:20 29:11 31:17 38:13 39:18 40:5,12 41:19 42:2

**However** 34:6, 11 39:15

**Hub** 25:6,13

**I**

**I'LL** 38:11

**I'VE** 10:15

**ignore** 15:14

**imagine** 34:13

**immediately** 9:23

**import** 12:14

**important** 6:15

**Inc** 6:2

**independent** 33:6

**industry** 13:21 35:7 37:7,10 38:19 39:16 42:11

**information** 9:4

**informed** 22:7

**initial** 25:10

**inspect** 42:25

**inspection** 42:12

**instruct** 15:20

**instructed** 21:6

**instruction** 15:23

**instructions** 6:10 20:7

**international** 10:5 13:19,23, 24 14:5,6 30:11, 12,14

**into** 20:21 30:17 31:23

**invoiced** 34:9

**involve** 16:19 32:22

**involved** 32:4,5 34:2 42:12

**isolate** 42:20

**issue** 8:21 15:10

**issues** 41:4

**its** 22:9,21 32:24

**itself** 33:4 40:23 42:8

**J**

**Jersey** 5:3 13:11,12,15

**JNS** 43:23

**job** 11:16 12:6

**Joel** 29:11,12 30:4

**Josef's** 28:2

**Joseph** 26:6,10, 12 27:13 28:16, 18,21,22

**Joseph's** 28:5

**just** 5:4 6:10 9:10,14 15:24 20:21 21:5 22:15 24:7 27:2 28:18,20,21 29:7,23,25 30:20 31:14,24 32:7 36:4 38:11, 12 41:7,23,25 42:18 43:12

**justified** 23:9

**K**

**Kato** 17:16 22:6

**Kato's** 25:14,17

**keep** 34:3

**key** 29:5 33:7,13

**kind** 13:16 15:13 30:6,22

**King** 5:1,17,21 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1,19 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1

36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1,24

**Kitchen** 6:2 19:8

**knew** 23:6 25:9

**know** 6:10 7:2, 13,21 9:3,10 10:12 11:19 12:9,10,25 13:13,20,22 14:6 16:6,13,19 17:3,4,7 19:10, 17,23 20:10,11, 22,23 21:4,8,9, 14,23,24 22:10, 12,16,18,24 23:17,18,20,21, 22,23,24 24:2,3, 21 25:3,7,13,16 27:5,7 28:3,17, 18 29:5,6,15 30:3 31:3,4,10, 14 32:9,10,12 33:10,16,17 34:6,14 36:9,22 37:19 39:11 40:19 41:6,10, 19,21,22 42:19 43:6

**knowledge** 14:23 16:8 21:17

**L**

**large** 23:9 33:15

**larger** 37:17 38:4

**last** 17:20 18:11 28:19,20,24

**later** 15:16

**lawsuit** 18:9,13

**lawyer** 6:2 15:21

**lawyers** 5:25 6:15 15:15

**leave** 10:22

**left** 10:7 11:2 12:15 20:22 42:5

**legal** 18:4

**legally** 17:18
36:12

**less** 32:10

**let** 6:9 7:2,13
30:20 34:22
35:9,19,21
41:16,21

**let's** 9:8,14,15
20:21 37:10
41:23

**letting** 16:6

**level** 9:16,18
19:9 25:11

**license** 5:3

**like** 11:12 12:4,
10,12 21:23
33:16 34:14
36:9,22 37:7,15,
17 41:9 42:19

**listed** 17:10

**listening** 27:6

**literally** 34:16

**little** 36:8

**load** 37:25

**loaded** 34:18

**local** 36:7

**location** 8:8
40:22 41:7

**locations** 40:20

**lodge** 15:9

**logistic** 32:8

**logistics** 11:4,
11 13:19 21:7
32:2

**long** 7:13 36:9
41:7

**look** 8:10,22
42:4

**looked** 8:13

**looking** 34:14

**lose** 43:19

**lot** 19:24 20:4
38:8

**low** 40:15

**M**

**main** 14:9 17:14
27:4

**majority** 41:2

**make** 35:21

**makes** 23:20

**making** 5:4

**management**
10:6

**manager** 13:2,
7,10,14

**many** 27:20
31:15,17

**margin** 23:8

**masks** 23:6,7
31:3,4

**materials** 7:22

**matter** 8:12

**Max** 36:19

**may** 15:8 17:4

**maybe** 27:5,20
37:25

**me** 5:6 6:9 7:2,3,
13 8:4,5 9:17
11:20 12:5,12
16:6 18:22 20:2,
8 26:19 30:20
34:22 35:9,19,
21 36:21 41:6,
16 43:14

**mean** 9:6 19:22,
23 20:11 22:24
23:25 27:3 31:8
37:16 39:11
43:12,13

**Medcare** 31:7,8,
9

**medical** 16:19
31:4,5,18 32:11

**medical-grade**
16:20,21 19:9

**Medline** 21:12,
13,14,15,18
31:8

**Mendel** 29:3,4,
5,18

**Mendlowits**
26:6,14

**mentioned** 29:8
30:21,25 32:17
41:16

**Merchant** 25:13

**message** 40:15

**met** 15:3

**might** 8:11
15:22 21:22,23
22:2 26:7 29:14,
20

**million** 22:21
24:22 34:15

**mine** 14:17,20

**missed** 27:10

**money** 18:19
19:13 23:14

**months** 17:22

**more** 27:3 31:22
32:10 34:22
38:14 40:3
41:11

**most** 27:14
29:16

**mostly** 12:9
22:12

**movement**
20:14

**Mr** 5:6,7,8,14,21
14:24 15:6,13
16:3 17:15,16,
21 19:3 20:19
22:6,23 23:16
25:14,17 26:13,
23 31:20 36:25
37:3 43:22,24

**much** 18:17,19
24:22 39:18

**multinational**
37:18 38:5

**multiple** 19:17
22:14,17 27:16,
18 33:14 39:25

**munch** 27:25

**my** 5:7,21 7:2,25
8:3 9:4 10:16
11:6 13:9,14
14:25 16:15
17:14 21:17
23:12,19 25:9
29:8 35:7 40:25
41:6,11

**N**

**name** 5:15,22
14:13,25 17:17
21:20 28:16,19,
20,24,25 29:3,7
33:13 38:23

**named** 26:10

**names** 19:24
20:10,24 25:24

**narrow** 37:11

**need** 7:11

**never** 24:24

**New** 5:3,5,11,20
6:2 10:18 12:8
13:5,6,10,11,12,
15 21:12 33:17,
20,22

**no** 6:6,8 7:13,23
8:8 11:13 19:13,
23 20:2 22:11
24:10,15 25:19
26:3,4,17 27:24
29:14,15 31:15,
16 32:16 33:8
34:16 35:15
39:11 43:10

**normal** 41:10

**not** 6:6,8 7:10,
19,23 8:2,5,7,16
9:2,3,10,22
10:11 12:4
15:20 16:13,15
17:4,5,7,18
18:25 19:4,6,9,
11,12,25 22:4,
13,18,25 24:10,
11 25:4,8 26:3,
25 27:17 28:6,7,
8,9,13 29:6
31:9,16 32:4,5,
12,13,15,16
33:9,17,19

**occasion**
17:16,17

**ocean** 13:24
14:6 30:12,14

**off** 20:13,22
39:17,18

**off-the-record**
20:15 40:16
43:20

**offering** 24:23

**office** 7:25 8:3
12:9,21 13:11,
12,13

**okay** 5:4 7:16
16:2 21:19 30:3,
6 36:16

**on** 5:7 9:11
11:20 12:15
13:5 14:10 17:3,
16 18:4 19:9
20:6 21:15
25:11,12,17
26:11,19,21
28:10,11 29:8
33:19 35:23
36:12,17,18
37:2 39:18 40:6,
11 43:16

**34**:12 38:10
39:12,15 41:4,5,
17,20 42:10,16,
17,18,24 43:3,4,
15

**notary** 5:5,11

**notes** 27:6

**now** 10:18 11:7
12:2,3,5 18:18,
22 30:6 40:3
41:22,24,25

**number** 18:22
23:2

**O**

**oath** 6:22

**object** 15:18

**objection** 14:24
15:9,24 22:23
23:16 31:20
36:25

55Index: once–record

**once** 25:2 39:18

**one** 5:24 6:16,25
15:23 19:18
20:5 22:3,9,16
25:14,20 26:9
27:15,17 29:5,7,
8,12,13,15
31:22 32:18
33:19,23 36:4,8,
12,19

**ones** 29:14

**ongoing** 18:5

**only** 16:13 17:2
18:23 23:18
24:11 25:20
32:9 33:17,19
36:12 41:22,24
42:20,21

**onto** 34:18
37:21

**open** 42:13,14

**opened** 13:12

**operating** 23:23

**operation** 12:12

**operational**
12:10

**operations**
11:24 12:10,11,
14

**opportunity**
20:2

**order** 21:23
38:21,22 39:6

**other** 6:15 13:19
17:4 19:17,20
25:14,17,23
27:5

**otherwise** 7:3

**our** 24:18 25:2
33:9,22 34:6
38:19 39:7
42:10,21 43:12

**out** 15:15 29:24
37:23 40:21

**outer** 42:14

**outsource** 33:6

**over** 6:16 12:6

**41:13 42:5**

**overhead** 23:22

**owe** 18:20

**owes** 18:16

**own** 33:9

___

**P**

**P&I** 13:5

**P-O-D** 35:3

**paid** 18:14 19:6
22:9,13 24:5,7,
11,15,16

**pandemic** 23:2,
5,6 38:3

**part** 8:18 10:16
31:23

**part-time** 10:19
11:18

**partners** 33:7

**parts** 33:18

**party** 39:17

**past** 26:8 28:3

**pay** 19:5,12,13
22:8 23:15

**payment** 24:24

**peak** 23:4

**people** 23:25
27:3,5,6

**per** 7:20

**perceive** 15:9

**percent** 24:8
33:22

**Perfect** 7:11

**perform** 9:5

**period** 12:23

**person** 26:9

**personal** 16:18
31:2

**personally** 8:6
16:15

**Peterson** 21:12

**Phil** 14:25

**Phillip** 15:4 16:7

**phone** 27:7,11,
15,16,18,19,20,
23,25

**phrase** 35:3

**physical** 8:7
42:13

**pick** 26:19 28:14
34:14 35:12,23
36:23 37:14
38:17 40:6,12,
19 41:12,18,23
43:14

**picked** 39:3,4

**picking** 28:4
35:14 38:6,24
40:21 41:14
43:17

**pickup** 36:7
37:24 38:9,25
40:20,22 41:8

**pickups** 28:2
33:23 40:19
41:3

**piece** 34:10

**please** 5:15 7:2
8:17 9:9,11 37:9

**POD** 35:3,5 39:7

**position** 12:3,
16 13:2,6

**PPES** 16:18

**practice** 42:11

**prefer** 32:15

**premise** 27:25

**prepaid** 24:20

**preparing** 7:17

**prepay** 24:21

**present** 11:6

**pretty** 18:17

**prevent** 7:8
35:18

**prevented**
35:13 43:7

**prior** 17:11

**probably** 18:23

**problem** 24:25

**proceed** 15:25

**process** 6:11
36:22 37:15,24
38:13 40:5,13

**product** 21:15
42:8

**products** 14:9
16:14,17,23
17:2,4,8,10 19:8
30:22,24 43:16

**profit** 23:8

**profits** 22:20
23:19 24:9

**promoted**
12:13

**proof** 35:5 39:7,
20

**protective**
16:18 23:4
30:25 31:2

**provide** 31:25
39:25 42:16
43:5

**provided** 24:13

**provider** 13:19

**providers** 32:7,
8

**providing** 24:12
30:7,9 32:19

**Public** 5:11

**pure** 32:7

**pursuing** 18:10

**put** 11:20 12:11

___

**Q**

**qualified** 42:24,
25 43:13

**quality** 42:18,
19,20

**quantity** 39:2

**question** 7:4,14

**8:17 15:10,17,
21 22:15 23:12
29:25 34:20
35:16**

**questions** 7:2
9:11 34:23

**quite** 33:3

**quotations**
24:14

**quoted** 24:15

___

**R**

**rad** 17:15

**Rakhunov** 5:8
14:24,25 15:6,
13 16:3 22:23
23:16 31:20
36:25

**range** 18:23
30:9 31:15

**ranging** 30:10

**ready** 20:19
26:19 28:6,7
41:25

**really** 11:19
23:17 24:24
31:22 32:16

**reason** 15:19
19:3 28:7

**recall** 7:24
26:13,25 29:24
30:22 31:13,16,
21

**receive** 8:6,8
24:8,10

**received** 8:3,6
9:16,17

**receiving** 7:24
39:17,18

**recess** 20:17

**recollect** 28:20
29:21

**recollection**
29:9 30:2 31:19

**record** 5:16
15:14

**records** 24:14 27:22 34:9,11

**red** 40:25

**refer** 17:19

**referring** 28:23 38:19

**regarding** 30:4 40:4

**regional** 13:2,3

**regulation** 43:11

**rehired** 12:19

**related** 7:22 9:6 18:18 26:18 30:25

**relation** 8:20

**relationship** 24:6

**releasing** 39:10

**relevant** 8:11 9:4 23:18

**rely** 33:19

**remember** 10:9 26:9 27:4,13 28:21,24,25 38:6

**repeat** 8:16 31:24 40:9

**repeating** 32:18

**rephrase** 35:9, 16,19

**reporter** 5:2 6:12,17 20:12 40:14 43:19

**reports** 7:21

**represent** 15:2

**requirement** 39:12,15,16

**research** 25:10, 12

**resolution** 18:3

**respond** 8:14, 24

**returned** 11:5

**review** 7:18,19

**reviewed** 7:20

**right** 6:19 7:5 9:8 11:6 12:2 18:18 35:24 41:22,24

**ring** 25:24

**road** 36:13

**Rock** 9:7 14:13, 23 15:2 16:9,23 17:9,13 18:5,8, 16,19 19:4,10, 12,13,14,21 20:7,9,24 21:10 22:7,19 23:13 24:7,8,13,15,19, 25 25:10,12,21 26:9,11,19 29:5, 13,16 30:7,19, 23 31:11,17 32:3,8,19,23 33:12 34:3,8 35:11,23 37:6, 12 38:7,11 40:4, 7,11,18,24 41:2, 15,18 43:5,8,24

**role** 13:5

**Rosedale** 5:20

**rules** 43:6

**S**

**said** 14:3 18:12 22:6 26:14 41:9

**sales** 12:16,17 13:2,3 23:25 32:6

**same** 6:22 28:22 40:22

**say** 6:13,14,15 15:24 17:22 18:7 19:14 21:3, 13 26:4,15 27:9 33:3,21 41:2,23

**saying** 6:18 35:16 43:3

**scanned** 8:4

**school** 9:17,18, 20,22,24 10:20, 22

**se** 7:20

**second** 38:12

**see** 5:2 8:13,23 15:19 25:24 34:23 35:21

**seek** 10:13

**seller** 39:21 40:12

**selling** 31:11 32:6

**semiconductor** 37:19

**send** 28:5,12 35:22 37:20 40:11 43:13

**sending** 34:13

**service** 24:24 33:2 42:16

**services** 9:5 24:12 30:7,10, 19 32:2,19 42:21

**shipment** 41:17

**shipments** 21:10,25

**shipping** 7:21

**short** 20:17

**sign** 39:17,18

**signed** 39:9

**since** 10:25

**single** 34:17

**sir** 29:21

**sites** 28:13 38:10

**situation** 10:22 23:10

**situations** 24:20

**smooth** 37:20

**sold** 19:8 25:3

**solely** 31:25

**some** 7:20 10:21 15:10 22:21 25:12

**30:20 34:24 37:17 38:4 41:3, 14**

**someone** 28:15 29:2

**something** 38:20 43:3,4

**sometimes** 21:5 36:11 39:12,13 41:17

**somewhere** 10:14 35:24

**sorry** 9:9 11:24 12:21 14:19 18:21 27:9 28:17 29:22 30:4 35:15,20 37:9

**sort** 15:15 38:13 41:4

**sounds** 12:4 29:4

**sourcing** 31:23 32:5

**speak** 6:16 29:18

**speaking** 29:10 37:7

**specialist** 43:15

**specialize** 13:23 43:16

**specific** 7:19 21:6 34:7,10 37:21 38:9 40:18,24 41:7 43:16

**specifically** 37:6 38:5,6,14 40:3

**specify** 22:11

**specs** 25:4

**spend** 41:11,13

**spending** 41:6

**Sperber** 5:7,14, 22 37:3 43:22

**spoke** 17:21 26:8

**square** 23:13

**stand** 35:5

**standard** 37:11

**standards** 37:7 39:16

**stands** 38:20

**start** 9:15 30:20 37:10

**started** 11:15, 17 16:10 25:11

**starting** 14:21

**state** 5:11,15

**states** 30:12,13, 15,18 36:10

**Stern** 29:11,12 43:23

**still** 15:16 18:5, 11,14

**stopped** 18:10

**structure** 23:25

**struggled** 28:4

**studies** 10:16

**studying** 10:4

**subpoena** 7:25 8:9

**such** 21:11

**super** 12:14

**supervisor** 12:14

**supplier** 29:15 34:18 39:13 40:2 41:21

**suppliers** 26:10 29:6,13 32:11, 23 38:7 41:15

**sure** 5:4 6:20 9:2 15:12 17:18 21:3 23:3,8,21 34:25 43:2

**surprised** 22:25

**sworn** 5:10

**T**

**T-I-G-E-R** 11:14

**tail** 25:2

**take** 7:11,15 12:15 13:5 17:23 30:3 36:14 37:24

**taken** 20:18

**taking** 6:13 17:24 27:6

**talking** 18:2 21:22 37:5 38:4 40:8 42:7

**team** 41:2

**tell** 7:3 19:23 24:17 27:19 28:18 29:14,16 37:8

**telling** 23:14

**terms** 34:10

**testified** 5:12 6:4

**testifying** 7:9

**text** 30:5

**than** 31:22 32:10 41:11

**Thank** 7:16 15:6 16:6

**thanks** 5:24

**that's** 5:8 6:20 7:12 9:25 13:22 16:21 18:24 20:4 23:18 24:3, 4 25:22 28:7,10 29:16 30:2 32:21,25 35:25 41:25 42:2 43:4

**their** 17:3 19:7, 24,25 20:3 21:4, 11,14,15 22:13, 16 23:21,22,25 30:17 32:5,6

**them** 14:16 16:10 17:7 19:19 21:2,22 22:2 28:4 30:16

35:12,14 36:5 38:16 42:15

**then** 11:3,5 13:3 37:11 38:14

**there** 7:7,13 10:4 15:18 17:14 18:3 27:5 28:12 31:13,14, 15 34:15 35:12, 17 36:3,5 38:10, 17 41:3,5 42:22 43:5,10

**there's** 20:2 31:14

**these** 42:23

**they** 14:17,20 15:22 16:12,14, 19 17:4 19:6,11, 17,18 20:24 21:17 22:13 23:14 24:15,16, 21 25:2,24 32:10 36:14 38:16,17 42:5, 24 43:3,8,9

**things** 15:15

**think** 11:25 15:3 18:10 20:13,23 23:5 24:22 32:17 34:21

**thinking** 7:8

**third-party** 21:7 22:4

**Thomas** 17:18

**those** 14:9 16:17,23 19:11 22:3 26:14,15 27:4,23,25

**three** 27:2,20 34:15

**through** 8:10, 13,23 9:11,12 12:5

**Tiger** 11:11,14 12:15,18

**time** 7:15 10:10, 16,23 11:21 15:8 16:24 17:20,25 18:11 20:25 23:7,10

37:2 38:3 41:7

**times** 19:25 20:4 28:12 38:9

**title** 11:16,19,20 12:5,6 13:8,9,14

**today** 7:9

**today's** 7:17 8:18 43:25

**told** 19:4 24:3

**Tommy** 17:17, 19

**too** 31:14

**track** 34:3

**trading** 16:11, 12,14,24

**transaction** 8:21 34:7

**transcript** 6:18

**transferred** 13:4

**transport** 35:11

**transportation** 20:5 32:2,7 33:21 42:21

**transporting** 32:22 34:4

**trial** 6:7

**tried** 34:5

**truck** 34:18 35:23 36:2,4 37:20 40:11 42:23 43:14

**trucker** 35:13, 18,22 36:2,23 37:13,22 38:15 39:8,22 41:11, 18,19

**trucker's** 38:23

**truckers** 33:7 36:11 40:6 41:6, 13 42:4

**trucking** 14:2,3, 4,8 30:18 32:20 33:4,10,23 35:8

**truckload** 37:25

**trucks** 28:6,13 33:9 34:13

**truth** 24:17

**truthfully** 7:9

**try** 8:10 9:12

**trying** 29:23

**turns** 36:14

**two** 9:21 17:22 27:4 36:11,19

**U**

**U.S.** 33:19

**ultimately** 39:19

**unable** 22:7

**unanswered** 7:14

**under** 6:22 41:9

**understand** 6:11,21,25 16:5 18:15 38:13 43:2

**understandable** 6:20

**understood** 6:24 7:4,6

**unique** 40:23

**United** 30:12, 13,15,18

**University** 10:3

**Unless** 7:2

**unpaid** 18:16

**until** 24:25

**up** 9:8,15 13:3 25:4 26:19 28:4, 14 34:14 35:12, 14,23 36:23 37:14 38:6,17, 24 39:3,4 40:6, 12,19,21 41:12, 14,18,23 43:14, 17

**upon** 39:18

**USA** 33:9

**use** 33:14 36:11

**usually** 41:9 42:2

**utilizing** 33:11

**V**

**various** 40:20

**vendor** 33:20

**vendors** 33:8

**vendors3** 33:14

**verify** 34:12

**very** 5:24 23:8 29:4 37:19 38:8 41:12

**via** 30:5,23

**vocal** 27:14

**volume** 33:15

**voluntarily** 39:14

**W**

**walk** 12:5

**want** 31:24 38:12

**wanted** 43:8

**warehouse** 20:6 21:7,8 22:4,5 35:24 36:23 39:10 42:6

**warehousing** 13:25 14:8

**way** 13:2 34:16

**we'll** 37:11 38:14

**we're** 42:18 43:17

**we've** 15:3 33:2 43:24

**weight** 39:3

**Weiner** 26:2,3 28:16

**welcome** 7:14

**well** 10:15 14:2 18:6 30:18 33:13 39:4,7,24 40:2 41:13 43:23

**went** 11:3

**were** 6:23 8:25 10:4 11:9,20 14:17,20 16:12, 14,17,23 17:12, 24 18:11 19:8, 12,18,20 20:25 21:5,17 22:3,13 24:5,7,23 25:3,4 27:4,25 28:12, 22 30:9,22 33:21 34:13 37:21 38:17 42:4 43:5,9,13

**what** 5:18 6:18 8:15,24 9:2,3,15 10:4 11:16 13:16,22 14:22 16:8,12,17 17:4, 24 19:3 23:21, 22 24:3 26:13 28:11,17 29:24 30:3,6,22 31:10 36:8,22 37:14, 17 38:17 40:4

**whatever** 27:7

**when** 9:19 11:15,17 16:9 17:20 18:7 19:14 21:13 26:18 28:5 29:24 35:8,10 36:2,22 37:13 38:15 40:10 41:18

**where** 10:2 11:8 20:22 21:8 23:20 24:21 35:17 37:19,20 39:5 40:6

**whereupon** 20:15,17 40:16 43:20

**whether** 18:3 21:14 34:11 41:4

**which** 20:9 21:25 22:10,11 29:6,14 33:10, 24 38:20 39:14, 19

**while** 10:19 12:8

**who** 17:12 19:20 21:9 26:21 27:12

**who's** 6:13

**whole** 6:11 37:11,24 38:13

**why** 15:19 23:18 28:10

**wide** 31:15

**Winners** 6:2 19:8

**wins** 18:13

**with** 5:6 9:15 10:17 13:6,11, 20 14:12,16 15:10 16:10 17:12,16,21 18:5,8,12 19:25 20:3,25 21:2,18, 19 22:21 23:13 24:6,25 25:5,8, 24,25 26:5,11 28:4,15 29:2,8, 9 32:4,6 33:7,12 34:8 35:2 36:5 37:10,18 38:16 39:22,24 42:12

**within** 40:23

**witness** 5:10 15:4,12 16:2,5

**word** 35:2

**words** 13:20

**work** 10:15,23 25:17 33:7,12 40:5,13

**worked** 11:2

**worker** 11:18

**working** 10:17, 24 11:9,10 12:22,24 21:2, 18

**works** 6:11 38:14

**worry** 16:3

**would** 6:22 7:7 8:14,20,24 11:21,25 12:11 15:17,19 17:6,7, 16,22 18:14 19:11 20:7 24:10,11,21 26:14,18 28:5,6, 8,10 32:12,13, 14 33:21 35:12, 17,22 36:6,7,11, 14,18 37:14,16, 19,23,24 38:9, 10,15,16,22,23, 24 39:6,8,13,21, 24,25 40:6,11, 12 41:2,18,19 42:2,24 43:3,4, 7,15

**wouldn't** 21:8, 24 22:25 24:2 43:10,12,17

**Wow** 11:17

---

**Y**

---

**yeah** 24:3 31:5

**years** 9:21 12:6

**yes** 9:25 14:4,14 18:17 19:18 20:20 21:21 23:8,11 27:11 29:12 30:24 32:21,25 33:13, 21 34:5 35:4,7, 25 36:15 37:3 38:18 39:24 42:9

**York** 5:5,11,20 6:2 10:18 12:8 13:5,6,10,15 21:12 33:17,20, 22

**Yosef** 28:25

**you're** 5:4 9:3 19:21 20:12 35:16 38:19 41:23 43:2

**your** 5:15,18 9:11 11:16 12:4, 6 13:8 14:22 16:8 18:18 29:25 31:18 40:15

**yourself** 26:22

1

2   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
3   ----------------------------------------X
    KITCHEN WINNERS NY INC.,
4
                              PLAINTIFF,
5
                   -against-          CIVIL Action No.:
6                                     22-cv-05276-PAE

7   ROCK FINTEK LLC,
                              DEFENDANT.
8   ----------------------------------------X
    ROCK FINTEK LLC,
9
        COUNTERCLAIM and THIRD-PARTY PLAINTIFF,
10
                   -against-
11
    KITCHEN WINNERS NY INC.,
12
                              COUNTERCLAIM DEFENDANT,
13
                   and
14
    ADORAMA INC., HERSHEY WEINER, JOSEPH
15  MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
    JOEL STERN,
16
                              THIRD-PARTY DEFENDANTS.
17  ----------------------------------------X

18                      DATE:  September 18, 2023

19                      TIME:  1:09 p.m.

20                      VOLUME II

21       CONTINUED EXAMINATION OF NON-PARTY

22         WITNESS, ALEXANDER KING

23

24             RAPID REPORTING LLC
           254 South Main Street, Suite 216
25             New City, New York  10956
                   (718) 310-0704

**ORIGINAL**

1

2                          DATE:    September 18, 2023

3                          TIME:    1:09 p.m.

4

5

6

7

8

9

10

11              CONTINUED VIDEOCONFERENCE DEPOSITION

12      of ALEXANDER KING, a Non-Party Witness,

13      pursuant to a Subpoena, held remotely via

14      Zoom, before Phyllis F. Russek, a Shorthand

15      Reporter and Notary Public of the State of

16      New York.

17

18

19

20

21

22

23

24

25

3

```
1
2   A P P E A R A N C E S:

3

4         LIPSIUS-BENHAIM LAW, LLP
                Attorneys for the Plaintiff /
5               Counterclaim Defendant
                KITCHEN WINNERS NY INC.
6               80-02 Kew Gardens Road, Suite 1030
                Kew Gardens, New York  11415
7               BY: ALEXANDER SPERBER, ESQ.

8         POLLACK SOLOMON DUFFY, LLP
                Attorneys for the Defendant /
9               Counterclaim and Third-Party Plaintiff
                ROCK FINTEK LLC
10              31 St. James Avenue, Suite 940
                Boston, Massachusetts 02116
11              BY: PHILLIP RAKHUNOV, ESQ.

12  LAW OFFICE OF AVRAM E. FRISCH, ESQ.
                Attorneys for the Third-Party Defendants
13              JNS CAPITAL HOLDINGS LLC and JOEL STERN
                1 University Plaza, Suite 119
14              Hackensack, New Jersey  076011
                BY: AVRAM E. FRISCH, ESQ.
15
    ALSO PRESENT:   YISROEL STEINBERG, ESQ.
16
                        LAUREN RIDDLE, ESQ.
17
18
19
20
21
22
23
24
25
```

```
 1

 2                    FEDERAL STIPULATIONS

 3

 4

 5       IT IS HEREBY STIPULATED AND AGREED by

 6  and between the counsel for the respective

 7  parties herein that the sealing, filing,

 8  and certification of the within deposition

 9  be waived; that the original of the

10  deposition may be signed and sworn to by

11  the witness before anyone authorized to

12  administer an oath, with the same effect as

13  if signed before a Judge of the Court; that

14  an unsigned copy of the deposition may be

15  used with the same force and effect as if

16  singed by the witness, 30 days after

17  service of the original and 1 copy of same

18  upon counsel for the witness.

19

20       IT IS FURTHER STIPULATED AND AGREED

21  that all objections, except as to form, are

22  reserved to the time of trial.

23

24                    *    *    *    *

25
```

```
 1                        KING
 2     A L E X A N D E R   K I N G, called as a
 3     witness, having been first duly sworn, by a
 4     Notary Public of the State of New York, was
 5     examined and testified as follows:
 6     EXAMINATION BY
 7     MR. SPERBER:
 8          Q     Please state your name for the
 9     record.
10          A     Alexander King.
11          Q     What is your current address?
12          A     133-33 Brookville Boulevard,
13     Apartment 208, Rosedale, New York  1142.
14          Q     Good afternoon, Mr. King.  How
15     are you doing?
16          A     Good.  How are you?
17          Q     Thank you for joining us again
18     for this.  Are you at a computer this time?
19          A     Yes.  I'm in my office this
20     time.
21          Q     Perfect.  So if I share my
22     screen with you, will you be able to see
23     what I'm showing you?
24          A     Yes.
25          Q     Perfect.
```

1          KING

2              MR. SPERBER:   I'm going to mark

3          the following document and call it

4          King Exhibit A.

5              (Whereupon, a WhatsApp log was

6          marked as King Exhibit A for

7          identification, as of this date, by

8          the reporter.)

9      Q    Mr. King, can you see a

10 document in front of you?

11     A    Yes.

12     Q    You can.  Okay.  Good.  This is

13 a rather long document.  I'm going to

14 represent to you this was a document

15 produced in discovery by Rock Fintek.

16         Are you familiar with someone

17 by the name of Brad Gilling?

18     A    Yes, I am.

19     Q    Was Mr. Gilling someone who

20 worked at Rock Fintek or on behalf of Rock

21 Fintek?

22     A    Yes, that's correct.

23     Q    Did you ever communicate with

24 Mr. Gilling via WhatsApp?

25     A    Yes.

```
                         KING
```
1
2        Q    I think, and you can tell me if
3   I'm correct, my understanding is the
4   document you see in front of you is a
5   printout of that conversation between you
6   and Mr. Gilling.  Does this look at all
7   familiar?
8        A    I'm sure this is communication,
9   a transcript of communication on Whatsapp
10   between myself and Brad.  I have no doubt
11   about that.  The content itself I would
12   need to review it, you know, but I have no
13   reason to believe that it's not accurate.
14        Q    I'm not going to go over the
15   entire document with you.  For the record,
16   I'm going to skip ahead.  The document has
17   164 pages in it.  I'm going to skip ahead
18   to page 80.
19             We're on page 80 of King
20   Exhibit A.  Can you read this or is it too
21   small?
22        A    I can read that perfectly.
23        Q    Perfect.  Just read through the
24   page and let me know when you're on the
25   bottom and I'll move down for you.

```
 1                    KING
 2       A     Sure.
 3       Q     Were you able to read the
 4  entire thing?
 5       A     Yes.
 6       Q     Now we're on page 81.  Just
 7  continuing on the same conversation.
 8       A     Okay.
 9       Q     Does this conversation -- do
10  you recall this conversation?
11       A     I mean -- honestly, no I do
12  not.  I mean it's from a couple of years
13  ago.  I do communicate with Brad quite
14  often.  So this specific conversation, I'm
15  sure it was made.  However, you know, you
16  know, it's a couple of years ago.  You
17  know, I can't --
18       Q     Sure.
19       A     I mean this type of
20  communication is a very common type of
21  conversation I would have normally.
22       Q     Do you see where it says they
23  signed for more than what was actually
24  delivered?
25       A     Yes.
```

1                    KING

2        Q     I'm going to scroll down a

3    little bit towards the bottom here and

4    again; they signed more than what was on

5    that truck?

6        A     Okay.

7        Q     Do you have any idea what you

8    were referring to?

9        A     Well, there has been times in

10   the past -- I'm sure this is an example --

11   where the delivery count made by the

12   receiving party did not match the pickup

13   count that was supposed to be picked up.

14            So when I look at something

15   like this, two out of -- you know, there

16   are two scenarios in this situation.

17   Either the destination receiving party

18   miscounted or the amount that was loaded

19   was incorrect.

20       Q     By the shipper?

21       A     By the shipper was loaded

22   incorrectly or the receiving party was

23   miscounted, yes.

24       Q     Am I correct that you yourself,

25   were not at either the shipping warehouse

```
 1                         KING
 2   or the delivering warehouse, correct?
 3         A      No, it could be -- yes, that is
 4   correct.  I was not physically there, no.
 5         Q      How would you learn about the
 6   discrepancy?
 7         A      I would only learn about the
 8   discrepancy when I received the proof of
 9   delivery and, you know, I would note the
10   numbers do not match and I would let my
11   client know as well.
12         Q      Who would give you the proof of
13   delivery?
14         A      The trucking company, sir.
15         Q      Is that a document provided
16   ultimately by the warehouse that received
17   the goods?
18         A      No.  It will be provided to me
19   by the trucking company that I assigned or
20   hired to deliver the goods.  It would not
21   come directly from the receiving party.
22         Q      The trucking company creates
23   the proof of delivery?
24         A      No.  Dimerco would create the
25   delivery order, delivery order documents,
```

```
 1                     KING
 2   and give it to the trucking company and
 3   trucking company will use it as a source of
 4   instructions per se on where to deliver the
 5   goods to, how many carts are in the load
 6   and ultimately used for the proof of
 7   delivery upon delivery.
 8        Q     I'm confused.  So I'm trying to
 9   understand.  How would the trucking company
10   know how many cartons it was delivering?
11        A     They would not know.  They
12   would not know how much was loaded.  In our
13   industry, it's what we call shipper loaded.
14   Again, we are hired to -- again, my vendors
15   are hired by Rock Fintek to do the
16   transportation only.  We are not
17   responsible for the, you know, what is
18   picked up exactly, what was delivered
19   exactly.  We are only responsible for the
20   transportation exclusively.
21        Q     So when you said that there was
22   a discrepancy between what was put on the
23   truck versus what was supposed to be put on
24   the truck, again, how would the trucking
25   company know to report that to you?  How
```

```
 1                    KING
 2   would they know about the discrepancy?
 3        A     They wouldn't know about the
 4   discrepancy.  They would only know the
 5   discrepancy by what was signed, you know,
 6   by what was signed by the receiving party.
 7              So, for example, if that
 8   delivery order said, for example, you know,
 9   the delivery order said we're supposed to
10   deliver 1,132 cases and when the receiving
11   party says they signed for 1,134 cartons,
12   that's how we would know.
13        Q     So the receiving party would
14   count it when it's delivered?
15        A     Yes.  The receiving party would
16   count it when delivered.  My trucking
17   company would not be responsible for that
18   assignment.
19        Q     The receiving party would tell
20   that to the trucker who would report back
21   to you about the discrepancy?
22        A     That's correct.
23              MR. FRISCH:  Alex, the audio
24         cut out on my end.  Are people able
25         to hear?
```

```
 1                        KING
 2               MR. RAKHUNOV:  I don't think
 3          anybody was talking.
 4               MR. FRISCH:  Okay.  Sorry.
 5          Q     Just for the record, I'm
 6     skipping to page 82 of King Exhibit A.   If
 7     you can read this page, I would appreciate
 8     it and let me know when you finish reading.
 9          A     Okay.  Yes.
10          Q     Do you see someone here named
11     Miss Li?
12          A     Yes.
13          Q     Do you know who this is or was?
14          A     That is one of Rock Fintek's
15     suppliers.
16          Q     Do you know what Ms. Lee was
17     supplying to Rock Fintek?
18          A     PPEs.
19          Q     Do you know what kind?
20          A     This specific transaction, I
21     believe it's face masks.
22          Q     When you say "this specific
23     transaction," what do you mean?
24          A     I'm reading the transcripts
25     right now.  Let me just move it to my other
```

```
 1                   KING
 2    screen so you guys don't lose my -- I'm
 3    seeing that right now.  Hold on.  Based on
 4    the carton count, I am confident that we
 5    are specifically talking about masks for
 6    this specific transaction.
 7         Q    What kind of products in
 8    general did Ms. Li sell to Rock Fintek, to
 9    your knowledge?
10         A    I do not recall.  However,
11    masks is definitely a, you know, product
12    that they sold to Rock Fintek.  Regarding
13    any other commodities, I do not recall.
14         Q    Do you know if she sold them
15    gloves?
16         A    I can't recall.  I do not
17    remember.
18         Q    I'm going to jump ahead in King
19    Exhibit A to page 97, page 97 out of 164.
20    Mr. King, can you just read this?  I would
21    appreciate it.  Just let me know when you
22    finish and I'll scroll down for you.
23         A    Sure.  Give me a second.
24              Yes.
25         Q    Earlier on this same page, page
```

KING

1
2    97, do you see where Brad is saying need to

3    verify all 100,000 boxes, has to be seen

4    and verified, and then below it says those

5    need to be opened and inspected?

6         A     Yes.

7         Q     Could you explain to me what

8    was going on at that point in time?

9         A     I don't recall, but based on

10   this communication, it looks like Brad

11   wanted me to verify that -- the branding on

12   the box.

13        Q     Who would do that on your

14   behalf?

15        A     The trucking company, but based

16   on my understanding I can't remember.  It

17   is not a regular protocol to open any boxes

18   so if anything, it was only the outer

19   boxes.

20        Q     It says over here, looking

21   towards the bottom of page 97, please open

22   some boxes.  Is that asking that the

23   trucker to open some of the boxes to check

24   what was inside?

25        A     Yes, and most likely I told him

```
 1                    KING
 2   no.
 3        Q     There are a whole bunch of
 4   photos here?  Do you see --
 5        A     Yes.
 6        Q     I'm going to show you some of
 7   those photos.  Give me just a moment.
 8        A     I'm sorry.  Am I looking at
 9   anything in particular right now?
10        Q     Not yet.  Give me just a
11   moment.
12             MR. SPERBER:  I'm going to mark
13          it as King Exhibit B.
14             (Whereupon, a photograph was
15          marked as King Exhibit B for
16          identification, as of this date, by
17          the reporter.)
18        Q     Do you see a picture of an
19   image?
20        A     Yes, sir.
21        Q     Does this appear to you to be a
22   pallet of goods that may have been on one
23   of the trucks that Dimerco sent on behalf
24   of Rock Fintek?
25        A     That Dimerco sent, yes.  I mean
```

```
1                    KING
2  I have no reason to believe it's not.
3         Q    Again, can you take a look at
4  this?  I'll mark this as King Exhibit C.
5              MR. RAKHUNOV:  Do you have a
6         file name, just for the record?
7              (Whereupon, a photograph was
8         marked as King Exhibit C for
9         identification, as of this date, by
10        the reporter.)
11             MR. SPERBER:  Sure.  The first
12        one I showed which I marked as King
13        Exhibit B.  This one is
14        00002156-photo-2021-04-14-17-31-33
15        and then King Exhibit C is file name
16        00002183-photo-2021-04-14-18-12-48.
17             I'm going to show one more.
18             MR. RAKHUNOV:  The first
19        number, 0002183, for example, for
20        me at least that's sufficient, but
21        -- so you don't to take up the
22        time.
23             MR. SPERBER:  Sure.  I'm going
24        to show what I'm marking as King
25        Exhibit D.
```

```
1                        KING
2                (Whereupon, a photograph was
3            marked as King Exhibit D for
4            identification, as of this date, by
5            the reporter.)
6        Q    Can you see this in front of
7   you?
8        A    Yes.
9        Q    It appears to be an image of a
10  box of Yani Med medical gloves?
11       A    Okay.
12       Q    Again, this is one of the
13  photos that was being sent as part of that
14  conversation.
15                MR. SPERBER:  Just for the
16            record, this one is file name
17            00002184.
18       Q    Do these images reflect your
19  recollection as to whether the trucking
20  company actually opened up some boxes?
21       A    Yes.  So it's against our --
22  it's not a normal procedure that we do
23  this.  However, you know, you know, we have
24  clear instructions from the customer to
25  give us authority to open up the cart to
```

```
 1                    KING
 2   take pictures only.
 3             Again, my trucking company or
 4   the driver or myself, we are not familiar
 5   with any specs of the goods or anything
 6   like that.  So we are only taking the
 7   pictures to provide to our customers
 8   without any other -- you know, we don't
 9   have any other -- you know, knowledge of
10   specs or any of the, you know, details of
11   the goods.
12        Q    Sure.
13             I'm going to jump ahead to page
14   98.  Again, Mr. King, can you read through
15   it?  Let me know when and I'll scroll down
16   further.
17        A    Okay.
18        Q    Do you see at the bottom of
19   this page where Brad writes the gloves on
20   our truck are fake nitrile?
21        A    Yes.
22        Q    Do you have any idea how he
23   knew that?
24             MR. RAKHUNOV:  Objection.
25        A    Again, I do not know.  I would
```

```
1                       KING
2    not be able to identify fake or real
3    nitrile gloves.  I'm a logistics guy, but
4    I'm assuming it's from the pictures I sent
5    him.
6         Q     Do you know what happened with
7    the gloves you and Mr. Gilling are
8    discussing?
9         A     To tell you the truth, no, not
10   for this specific batch of gloves.
11   However, I do know that in a situation like
12   this if we have ever delivered fake or
13   gloves or products that are not up to
14   specs, usually the clients will not accept
15   them and we will have, you know, the client
16   would not accept them.
17        Q     Would Dimerco then return the
18   gloves to the supplier?
19        A     No.  No.  I mean the receiving
20   party might be the responsible -- to
21   discard of the goods, but unless we were
22   instructed to pick anything up, we would
23   not be involved with that.
24             Again, if we receive
25   instructions from Rock Fintek, from our
```

```
 1                        KING
 2   client, to pick up goods, I might not know
 3   the reason why we're picking up the goods.
 4   It could be because of any reason, but we
 5   are -- we just take on the instructions
 6   from the client.  So yes, you know, usually
 7   the goods would not be accepted and I
 8   wouldn't really be involved with the
 9   aftermath of that.
10        Q    I'm going to skip ahead in this
11   document, in King Exhibit A, to page 100.
12   Again, Mr. King, if you can read through
13   this, I would appreciate it let.  Me know
14   and I'll scroll down further.
15        A    Okay.  Yes, I read it.
16        Q    I'm scrolling down further.
17        A    Yes.
18        Q    Do you have any recollection of
19   this conversation with Mr. Gilling?
20        A    Again, I do not recall this
21   conversation in detail.  It's from a couple
22   of years ago and I have been doing a lot of
23   transactions since then.  So, no, I do not
24   recall specifically.  No, I do not.
25        Q    Do you have any reason to doubt
```

```
 1                     KING
 2   that this is an accurate printout of your
 3   conversation with Mr. Gilling?
 4        A     I have no doubt to believe
 5   otherwise.
 6        Q     Do you see where you were
 7   inquiring of Mr. Gilling; who did you buy
 8   the gloves from?
 9        A     Yes.
10        Q     Do you have an understanding of
11   why you were asking him that question?
12        A     Yes.  Well, based on this
13   conversation, which is quite frequent, my
14   past experiences of not just dealing with
15   PPEs, but, in general, when we're picking
16   up out of a specific warehouse, that
17   warehouse will carry many companies' goods.
18   So when we send a truck to pick up specific
19   goods, if the warehouse specifically asks
20   hey, who are you guys picking up for
21   exactly, that's when I would go back to ask
22   Brad, hey, who are we picking up for
23   because the warehouse is not familiar with
24   who we're picking up.
25               So if we go back and say we're
```

```
1                    KING
2    making up for supplier A, they'll be like
3    oh, supplier A, here.  Okay.  Kind of like
4    The type of communication that would happen
5    quite often.  Not specifically with this
6    case, but it happens all the time with
7    other clients as well.
8         Q    I think last time we discussed
9    a couple of companies that were selling
10   gloves to Rock Fintek.  Was one of them an
11   individual or company by the name of Joel
12   Stern?
13        A    Yes.  Sure.
14        Q    Are you familiar with a company
15   by the name Adorama?
16        A    Sure.  Yes.
17        Q    A company by the name of
18   Kitchen Winners?
19        A    Sure.
20        Q    Were the gloves that Rock
21   Fintek was buying from Mr. Stern, Adorama,
22   Kitchen Winners, were they all in the same
23   warehouse?
24        A    No.  By my understanding, they
25   can be ranging from California, warehouses
```

```
 1                      KING

 2   in California and New York, and it could be

 3   -- in any location throughout the United

 4   States.  Yes, so no.  It does not -- would

 5   not be necessarily one location.  Keep in

 6   mind; these gloves are sourced, right, so,

 7   you know, even if Joel buys them from

 8   somewhere else, the gloves might be located

 9   in another location.

10        Q     Do you know if there was any

11   overlap in the warehouses that those

12   companies used; meaning was there a

13   warehouse that both Stern and kitchen

14   winners used, for example?

15        A     I would not -- I do not

16   recollect.  I don't know if I can answer

17   that question because I don't have a

18   recollection.

19        Q     Now, do you know -- withdrawn.

20              Do you see where you wrote, can

21   you push Joel?

22        A     Yes.

23        Q     Do you have any idea what

24   you're referring to?

25        A     My trucker was probably at that
```

```
1                        KING
2       Los Angels warehouse and my trucker is
3       probably pushing me; Alex, I've been at
4       this warehouse trying to pick up the gloves
5       for a while.
6                   I think in the last deposition,
7       the last time we speak, I told you about a
8       couple of times where, you know, where we
9       would go to pick up goods and the goods
10      would not be ready or the warehouse would
11      not know of the goods and hence, we would
12      have a lot of difficulty on the
13      transportation end, because we would send a
14      truck and the goods which would not be
15      available.
16           Q    All right.
17           A    Which would cause, you know,
18      it's a big deal for us because, you know,
19      we have to pay the truckers waiting time,
20      waiting fees, dry runs.  If we send the
21      trucker to pick up the goods, but the goods
22      are not ready, so these are all extra costs
23      that arise when the goods are not ready
24      when they're expressed to be or when we're
25      not able to pick up the goods.
```

1                   KING

2        Q      I'm going to skip ahead in this

3   document, King Exhibit A, to page 104.

4   Again, Mr. King, if you can read through it

5   and I'll scroll down whenever you're ready.

6             MR. FRISCH:   Alex, do you mind

7         if I take a one-minute break while

8         he's reading?

9             MR. SPERBER:   Sure.

10       A      Okay.   Yes.

11            MR. SPERBER:   Wait a minute for

12        Mr. Frisch to get back and then

13        we'll continue.

14            MR. FRISCH:   I'm back.

15       Q      Do you see where it says

16   warehouse is releasing us the gloves based

17   on ocean containers, not based on the

18   actual order amount?

19       A      Yes.

20       Q      Can you explain what was going

21   on there?

22       A      Sure.

23       Q      So this looks like we are --

24   okay.   So this looks like these goods were

25   sourced by the supplier and it looks like

```
1                    KING
2    it literally just arrived into United
3    States on ocean containers from oversees.
4    So we were probably at the warehouse
5    picking up the goods that were just
6    offloaded from the ocean container as
7    opposed to when we go to the warehouse to
8    pick up goods that have already been at the
9    warehouse already.  Let me know if you need
10   me to repeat that.
11        Q     Yeah.  So if you can say that
12   again, I would appreciate it.
13        A        These products in these
14   warehouses are all produced and
15   manufactured oversees in another country,
16   whether it be China or Southeast Asia or
17   wherever.  So when these goods come in, it
18   goes into a warehouse.  For this specific
19   case, I'm letting Brad know that these
20   goods just arrived via Ocean container and
21   these contain -- these cartons were
22   literally offloaded from a container, an
23   ocean container, directly onto our truck.
24   It did not pass through a warehouse.  It
25   did not, like, you know, get offloaded from
```

```
1                         KING
2     a container into a warehouse and then we
3     pick up from there.  All transactions,
4     although it happened at the warehouse, it
5     was coming off the ocean container
6     directly.
7          Q     Look a little further.  You
8     wrote, I don't think they will figure this
9     out for a while.  Do you have any
10    recollection of what was going on?
11         A     I think I'm letting him know
12    that because we are sending three or four
13    trucks for this load and, you know, I think
14    they were asking me, you know, what was
15    picked up so for and what was not picked up
16    so far and I'm letting Brad know that, you
17    know, I don't think -- they're still, you
18    know, the first truck was just finished
19    unloading.  We're not going to figure out
20    exactly what the status of the loading and
21    unloading is for this load.
22         Q     All right.  I'm going to skip
23    ahead to page 107 in King Exhibit A.
24    Please look through it.  When you're ready,
25    I'll scroll down.
```

```
1                      KING
2         A    Okay.  Yes.  I read it.  Thank
3  you.
4         Q    I'm scrolling down.
5         A    Okay.  Yes
6         Q    Do you have any recollection of
7  what was going on at this point in time?
8         A    I do not remember the specific
9  instance.  Again, it was a couple of years
10 ago.  I can't recall is.
11        Q    Do you know why you were asking
12 Brad for help.  Alex King; please help
13 Brad.
14        A    I can't recall.  Maybe there
15 was a phone conversation before or after
16 this.  I can't tell just based on this
17 communication, this transcript alone.
18        Q    Okay?
19        A    I have a feeling this has
20 something to do with -- I can't tell just
21 by this communication right now.  I'm
22 sorry.
23        Q    That's fine.  Do you see where
24 it says that mistake from yesterday is
25 huge?
```

KING

    A     I don't recall from this specific transaction --

    Q     Understood.  I'm going to move forward then.  I'm going to move to page 109 in King Exhibit A.  Please read through it.  When you're ready, let me know.

    A     Okay.  Got it.

    Q     Scrolling down.

    A     Yes.

    Q     Looking at the top here, you wrote to Brad; Medline is a mess.  Do you have any idea what you're referring to?

    A     Medline has several different distribution centers throughout the United States.  Some Medline centers are better than others upon receiving goods, but I do recollect some Medline delivery locations warehouses are very difficult to deal with, where we are getting, you know, POD's late, you know, it takes them a while to offload the containers.

         Just to let you know that when we are talking about live unload and what we mean by that, usually our trucker will

```
 1                        KING
 2     go with the load to delivery and it will be
 3     -- the goods will be offloaded from the
 4     truck, what we call a live unload
 5     immediately, when the trucker is there.
 6                 Other times Medline will be too
 7     busy to receive goods at a specific time,
 8     so what they will do is ask us to drop the
 9     trailer at their location and then once
10     they finish unloading the container, they
11     will call us and let us know to pick up the
12     --
13         Q      We've lost you there for a
14     second?
15         A      So that prevents us from having
16     our trucker wait there.
17         Q      So I guess it sounds like there
18     was a point in time where -- and I don't
19     mean to repeat you but -- where Medline was
20     making Dimerco or Dimerco's  truckers drop
21     off trailers and come back later and
22     Dimerco did not have someone there to
23     supervise that process.  Is that accurate?
24         A      Yes, but normally, a lot of
25     times we are not able to supervise their
```

```
                          KING
 1

 2    process, because they would not let my

 3    drivers inside the --

 4         Q      Do you see where Brad wrote we

 5    need our guys there when they count and

 6    unload?

 7         A      Yes.

 8         Q      Was he referring to those when

 9    he wrote that?

10         A      Yes.

11         Q      Brad wanted to sure that you

12    had a Dimerco representative there at the

13    Medline warehouse while when Medline was

14    loading the truck?

15         A      Yes, but as you can see a

16    couple of lines down, I let him know that

17    Medline don't let us have somebody there

18    to, and that is actually quite common.

19               It's actually a security, you

20    know, a lot of receiving parties,

21    especially some big companies like Medline

22    or even consumer products like Apple, HP,

23    these different companies, for security

24    reasons, they do not let trucking companies

25    inside the loading docks.  It's quite
```

```
1                        KING
2    common.
3         Q     Do you recall, were there some
4    Medline locations where they more
5    cooperative and would let you keep a
6    Dimerco employee while they were loading?
7         A     It's not like they do or don't.
8    My trucker is just, you know, I mean some
9    places, they were a little more friendly
10   where they don't make our truckers just
11   wait on the dock.  They actually invite
12   them in to like, you know -- it ranges, but
13   some are more strict than others, yes.  I
14   would say that.
15        Q     So you sort let of -- let me
16   back up.  Medline, when they received the
17   deliveries, they would unload the truck and
18   they'd also count what they were receiving?
19        A     Yes.  I mean that would be the
20   process.  Either that was done behind
21   closed doors or in front of our driver, but
22   it depends on the shift or the location of
23   the Medline delivery.
24        Q     Got it.
25              Do you know what Brad was
```

```
 1                      KING
 2   referring to when he wrote we stem to be
 3   screwed.  I think he meant we seem to be
 4   screwed.  Do you have any recollection of
 5   what he was referring to?
 6              MR. RAKHUNOV:  Objection.
 7        A    Honestly, I do not.  You know,
 8   maybe there was a telephone conversation
 9   before or after this.  I'm not sure.  I
10   can't remember just based on this
11   communication.
12              MR. RAKHUNOV:  Objection.
13        Q    I'm going to jump ahead to page
14   112 of King Exhibit A.
15        A    Yes.
16        Q    Same thing.  Read through it.
17   When you're ready, let me know and I'll
18   scroll down further.
19        A    Yes.  Okay.
20        Q    Scrolling down.
21        A    Sure.  Okay.
22        Q    Do you have a sense of what is
23   going on where there is a reference to an
24   extra load that was picked up?
25        A    I honestly can't recollect from
```

```
 1                          KING
 2   this.
 3          Q      You have no recollection of
 4   what was going on in this conversation?
 5          A      I can't -- I do not know.  I
 6   can't tell.  I can't tell just based on
 7   this -- no, I cannot.
 8          Q      And then you wrote a little
 9   further let's just keep quiet.  You don't
10   have any recollection of what was going on?
11          A      No.
12          Q      I'm going to jump ahead to page
13   142 in King Exhibit A.  Same thing; please
14   read through it and when you're ready let
15   me know.
16          A      Okay.  Yes.
17          Q      Scrolling down.
18          A      Okay.
19          Q      Do you know what these
20   references are to overflow?
21          A      No, I can't.  I do not
22   remember.  It may be dealing with this
23   supplier or another supplier or another
24   location that we picked up from.  I can't
25   tell from this transcript.
```

```
 1                      KING
 2          Q     So you said please don't
 3    mention the overflow.  You have no idea?
 4          A     If I said don't mention the
 5    overflow, it was probably because there was
 6    no accurate number yet.
 7          Q     What is over flow?
 8          A     An overflow might be involved
 9    into delivering more goods than what was --
10    what was expected.  So, for example, if
11    Rock Fintek is trying to fill an order for
12    100 pieces and we pick up 50 pieces from
13    Adorama or whatever the case might be and
14    another 50 from another supplier, you know,
15    maybe there was -- whatever -- and then we
16    might have delivered from too many
17    suppliers to any specific location, yes.
18    So these are all, you know, things that
19    happen quite often in our industry.
20          Q     So when you refer to we still
21    have some overflow at the LAX warehouse,
22    does that the seller provided too many
23    cartons of goods at the Los Angeles
24    warehouse?
25          A     It could mean that, but it
```

```
 1                        KING
 2    could also mean other scenarios as well.
 3         Q      Like what?
 4         A      It could have other scenarios
 5    as well such as, you know, one location
 6    might have like too many of the same orders
 7    at a specific warehouse.
 8         Q      Well, where it says we have
 9    some overflow at LAX warehouse, 1,341
10    cartons.  Does that clarify for you that
11    it's referring to a certain number of
12    cartons?
13         A      I can't tell by this
14    transaction, but, you know, having an
15    overflow could mean many situations where
16    we have, you know, a surplus of goods at a
17    specific warehouse.
18         Q      Do you see towards the bottom
19    where you wrote, I don't know the
20    difference between Joel's and Hershey's
21    loads as the pickup and gloves are the
22    same.
23               Do you see where that is?
24         A      Yes, I see that.
25         Q      Do you have any recollection of
```

```
1                        KING
2    what you are referring to over there?
3         A    I do not.  I can't confirm for
4    sure based on this transcript.
5         Q    Dimerco was picking up gloves
6    sold by Joel Stern, correct?
7         A    Sure.  Yes, we have.
8         Q    And also gloves sold by Hershey
9    Weiner?
10        A    Yes, definitely.
11        Q    Were you able to tell the
12   difference between those gloves when you
13   were picking them up?
14        A    I would not.  I would not know
15   the difference, no.  Again, we don't
16   specialize in identifying goods.  We are
17   strictly a transportation provider where we
18   are instructed to pick up certain goods and
19   that's what we do.  We don't know really
20   how to identify them.
21        Q    Did Dimerco keep any kind of
22   spreadsheet keeping track of what goods it
23   picked up from which supplier on behalf of
24   Rock Fintek?
25        A    Yes, we would.
```

KING

1

2       Q      Would you have that still?

3       A      I'm sure I have it in my

4  records from years back, but I believe in

5  preparation I provided all this information

6  to Rock Fintek already.  They have all the

7  reports that I provided them.

8              MR. SPERBER:  I'm going to call

9          for production of those reports to

10          the extent they have not already

11          been produced.

12             MR. RAKHUNOV:  Is that directed

13          too me or to --

14             MR. SPERBER:  To both.

15             MR. RAKHUNOV:  We have produced

16          those, Alex.  There is nothing

17          further from Rock Fintek to produce

18          in that category.  You have

19          everything we have.

20             MR. SPERBER:  Okay.

21     Q      Do you know if there were any

22  identifying details on the shipments that

23  Dimerco was picking up from Joel Stern or

24  --

25     A      Can you repeat that question

```
1                      KING
2    from the beginning please?
3         Q    Sure.  Do you know if there
4    were any identifying details on the boxes
5    or cartons that were being picked up from
6    Joel stern or Hershey Weiner that would let
7    you keep track of who was the seller?
8         A    Unfortunately, no.  The reason
9    why is because these are goods that are
10   sourced by Joel and Hershey and suppliers
11   of Rock Fintek.  They're not actually the
12   manufacturers.
13        Q    Do you know why Brad was trying
14   to figure out who the seller was over here?
15             MR. RAKHUNOV:  Objection.
16        A    I not recall, but there should
17   be no reason why -- I mean I think it's
18   quite clear that they do know who their
19   suppliers are.  I think the question was
20   just about, you know, giving me the
21   instructions about what to pick up from
22   who.
23        Q    The report I provided is based
24   on the BL numbers Hershey provided on his
25   report.  Is that one of the reports that
```

```
1                      KING
2      you gave to Rock Fintek to produce in this
3      lawsuit?
4           A     Yes.  These are reports that
5      are -- yes.
6           Q     I'm going to jump ahead to page
7      150 in King Exhibit A.  Once again, please
8      read through it and when you're ready let
9      me know.
10          A     Okay.  Yes.
11          Q     Scrolling down.
12          A     Yes.  Okay.
13          Q     Do you have any recollection of
14     what was going on in this conversation?
15          A     I do not, but it looks like
16     there was a discrepancy with the report.
17          Q     Was Brad relying upon Dimerco
18     to keep track of the number of goods, the
19     number of cartons of goods being picked up
20     from Rock Fintek?
21          A     I don't think he was 100
22     percent relying on Dimerco.  However, he
23     would use us as a reference.  Again, we are
24     the transportation provider.  We are not
25     able to -- you know, we are only instructed
```

```
 1                   KING

 2   to pick up goods.  We are not the ones

 3   counting what we're picking up.

 4        Q     Would it be accurate to say

 5   that beyond just providing shipping and

 6   transportation services, you were also

 7   helping Brad keep track of the shipments

 8   going back and forth?

 9        A     It depends on our ability.

10   However, actual versus -- you know, we

11   cannot take that.  We cannot be

12   responsible.  For example, if he tells us

13   to pick up 1,000 cartons and we only pick

14   up 900 cartons, I mean we can't be liable

15   for that, because if it was short by 100

16   cartons, then we wouldn't -- we would not

17   take on that risk to be liable for the

18   value of the goods.

19        Q     Sure, but I guess what I'm

20   asking is, you know, to your recollection,

21   did Brad have good records as to what Rock

22   Fintek had already picked up and delivered

23   to Medline?

24             MR. RAKHUNOV:  Objection.

25        A     I don't know if he has good
```

1                           KING
2     records.  I mean I'm sure he did.  I mean
3     this guy -- he had a pretty big company
4     that is -- I would assume that he would,
5     yes.
6          Q      Jumping ahead to page 154 in
7     King Exhibit A.  Again, please read through
8     this and when you're ready, let me know.
9          A      Okay.
10         Q      Do you see where you wrote,
11    yes, this whole mess was a process from the
12    beginning, but agree totally?
13         A      Yes.
14         Q      What do you mean there?
15         A      I think I mentioned this in the
16    last deposition that at that time during
17    COVID it was very difficult.  A lot of the
18    process was that due to COVID, it was just
19    a very big mess.  I mean, you know, I don't
20    think anybody had a clear accounting of any
21    transaction they were doing because, again,
22    like I said before in the past, we would go
23    up to pick up a certain amount of goods.
24    The goods would not be ready.  They would
25    be incomplete.  We would have to go back to

```
 1                    KING
 2    pick up, you know, more goods to complete
 3    the order.  So, yes, it's very messy.  A
 4    lot of people were over-committing to what
 5    they were actually able to supply.
 6         Q    Let me just back up a little
 7    bit over here.  If you go up a little
 8    higher on the page, it says, from you, I
 9    have not forgotten about this.  We are
10    going over each POD and categorizing by
11    vender.  Going back in history poses some
12    problems, but we'll clear this up soon.
13    Brad back to you thank you, need as soon as
14    possible.  We should have tracked this all
15    along.
16              Do you see where I am there?
17         A    Yes.
18         Q    Do you have any recollection of
19    this conversation?
20         A    I do not, but we had this type
21    of conversation all the time.
22         Q    Do you have any reason to doubt
23    this is a conversation between you and
24    Brad?
25         A    I have no reason to doubt that.
```

```
 1                    KING
 2        Q     It sounds like you were trying
 3   to go back after the fact and figure out
 4   which vendor sold which gloves to Rock
 5   Fintek.  Brad is responding, saying need it
 6   as soon as possible and we should have
 7   tracked it all along.
 8               Is that an accurate summary of
 9   what's going on here.
10               MR. RAKHUNOV:  Objection.
11        A     I can't tell exactly, but I
12   can't -- I don't know the purpose, but it
13   definitely seems like he is looking for an
14   updated report.
15        Q     Again, do you know why was Brad
16   asking you to do this?
17               MR. RAKHUNOV:  Objection.  If
18          you know.
19        A     Maybe as a cross reference.
20   I'm not sure.  You might have to ask him.
21        Q     Did you ever spoke with Joel
22   Stern?
23        A     I'm sure I have.
24        Q     How about Hershey Weiner?
25        A     I probably have more
```

```
 1                    KING
 2    recollection talking to Joel Stern than I
 3    have with Hershey?
 4         Q    Can you recall any
 5    conversations with Hershey Weiner?
 6         A    I honestly do not recall.
 7    However, I do recall with Joel.  But I do
 8    not recall with Hershey.
 9         Q    I'm going to jump ahead to page
10    159 in King Exhibit A.  Once again, please
11    read through this and when you're ready --
12         A    Sure.  Sure.  Hold on.  Yes.
13         Q    Are you ready?
14         A    Yes.  I see this.
15         Q    Can you broadly explain what
16    was going on in this conversation?
17         A    I'm looking to get paid.
18         Q    How much money did Rock Fintek
19    owe you?
20         A    I can't recall, but I think
21    it's around 40K.  Give or take.  I can't
22    remember the exact number.
23         Q    You say over here Neither May
24    or anybody could have handled your business
25    smoothly, because unfortunately RF was
```

```
 1                      KING
 2   disorganized.  Is RF Rock Fintek?
 3        A     Yes.
 4        Q     Do you believe Rock Fintek was
 5   disorganized in the way it was handling its
 6   business?
 7             MR. RAKHUNOV:  Objection?
 8        A     No, not -- I mean I don't know
 9   what emotional state I was in when I sent
10   this message, but obviously I was looking
11   for payment.
12        Q     You think Rock Fintek was
13   organized?
14        A     It depends.  I mean they're
15   running like a multimillion-dollar
16   business.  I'm sure they are organized to a
17   certain extent.  I don't know what I was
18   referring to specifically at this point,
19   but it was definitely involved with me
20   trying to collect payment.  For sure.
21        Q     You say you're sure they were
22   organized to a certain extent.  Do you have
23   any knowledge of that or is just, you know,
24   anyone who's running a business that size,
25   it must be organized?
```

```
1                        KING
2               MR. RAKHUNOV:  Objection.
3        A     I wouldn't know.  I'm just
4   trying to collect my bill, my payment, but
5   no, I mean I can't -- I was not directly
6   involved with the running of their business
7   or inside of their business, no.
8        Q     Has Rock Fintek ever paid the
9   money that they owe you?
10       A     No.
11              MR. RAKHUNOV:  Objection.
12       Q     I want to show you what I'm
13  going to mark as King Exhibit E.
14              MR. SPERBER:  I'm going to mark
15         Exhibit E.
16              (Whereupon, a Whatsapp log was
17         marked as King Exhibit E for
18         identification, as of this date, by
19         the reporter.)
20       Q     Mr. King, can you see a
21  document in front of you?
22       A     Yes, I do.
23       Q     This is another chat log,
24  another WhatsApp chat log, produced by Rock
25  Fintek in discovery here.
```

```
 1                    KING
 2            Do you recall the -- that when
 3     you were using Whatsapp to communicate with
 4     Rock Fintek, did you have multiple chat
 5     groups with them?
 6          A     Yes, for sure.
 7          Q     It looked like the last one was
 8     just you and Brad Gilling.  This one
 9     appears to also have Tommy Kato in it.
10     Could that be possible?
11          A     Absolutely it could be
12     possible.
13          Q     I'm going to jump ahead to page
14     61 in this document.  We're on page 61 of
15     King Exhibit E.  If you can just read
16     through this I would appreciate it.
17          A     Okay.  Yes.
18          Q     Okay.  Looking at the top over
19     here.
20          A     Sure.
21          Q     It says from you, on a separate
22     note base both trucks picked up today for
23     the MedCare gloves from Mendel.  Confirm
24     all Medcare gloves.  Do you see where I am?
25          A     Yes, I see it.
```

```
1                        KING
2          Q     Who is Mendel?
3          A     I'm sure Mendel is one of
4     the suppliers for Rock Fintek.
5          Q     How did you confirm the gloves
6     being picked up were Medcare gloves?
7          A     I would only be able to
8     identify them by the outer cartons.
9          Q     The trucker would tell you the
10    outer cartons said Medcare on them?
11         A     Yes.
12               THE WITNESS:  Alexander, can we
13            have a like a five-minute break
14            real quick.
15               (Whereupon, a short recess was
16            taken.)
17         Q     Let me ask you a question.  Do
18    you know if there was any relationship
19    between Joseph Weiner and Hershey Weiner?
20         A     I would not know.
21         Q     In this -- we're on page 61 of
22    King Exhibit E, like Eric.  It says, the
23    second line down, on a separate note, both
24    trucks picked up today for the Medcare
25    gloves from Mendel.  Then it continues,
```

```
 1                        KING
 2    confirm all is Medcare gloves.
 3              Do you have any recollection,
 4    first of all, of sending these texts?
 5         A    Again, they're from a couple of
 6    years ago, so no.
 7         Q    But you have no reason to doubt
 8    that these are texts you sent?
 9         A    Absolutely, I have no doubt.  I
10    wouldn't assume otherwise.
11         Q    If you look further down, it
12    says, Louis just called me and told me that
13    Joel's order was shipped out last week, so
14    it's not available anymore.  He just
15    informed Joel.  Please check with Joel.
16    Yikes.  You respond, bad news.
17              Do you have any idea what's
18    going on here?  What is the bad news?
19         A    I can't recall, but I'm
20    assuming we were supposed to pick up some
21    goods that are no longer there.  Again, I
22    do not recall specifically, but that's what
23    I'm assuming by this transcript.
24         Q    Looking down further, you say
25    most likely the quote, extra, unquote, load
```

we picked up 4/19. Do you have any recollection what extra load you are referring to here?

A No. I do not recall. However, based on this, it's likely so, you know, we didn't -- based on this transcript, it says most likely there is an extra load. I wasn't a hundred percent sure whether this was an extra load or not.

Q You say we will not mention anything unless they come to us. Do you have any idea what you were talking about?

A Well, I didn't say that. Brad said that, but no, I do not know. I think he was double-checking from his end, I'm assuming so.

Q Do you know why Brad didn't want you to mention it?

MR. RAKHUNOV: Objection?

A I just didn't think that it was confirmed, anything was confirmed. I do not know. I'm not sure.

MR. SPERBER: I'm going to mark what I'm going to call King Exhibit

```
1                        KING
2              F, like Frank.
3                   (Whereupon, a e-mail was marked
4              as King Exhibit F for
5              identification, as of this date, by
6              the reporter.)
7         Q    Do you see an e-mail in front
8    of you?
9         A    Yes.
10        Q    It appears to be an e-mail
11   dated June 11, 2021 from a Vincent Moccio
12   to you?
13        A    Okay.
14        Q    The subject line of re and then
15   in brackets, external.  Then it says re
16   next 20 containers.  First, do you know who
17   Vincent Moccio is?
18        A    Yes.
19        Q    Who is that?
20        A    The receiving party.
21        Q    Meaning the party to whom Rock
22   Fintek was shipping the goods?
23        A    Yes.  Correct.
24        Q    It says theresourcegroup.com.
25   Do you know what the Resource Group is or
```

```
 1                    KING
 2   was?
 3        A     I believe a distribution arm of
 4   Medline.  Can you just wait one second?  I
 5   can probably confirm that real quick.
 6             MR. RAKHUNOV:  You don't have
 7        to do any research, Mr. King.  He
 8        was just asking you for your best
 9        recollection.
10        A     Okay.  Sorry.  Definitely the
11   receiving party.  I'm not sure if they are
12   the receiving party for Medline.
13        Q     Looking at this, and it says
14   over here, from Mr. Moccio to you, purchase
15   order and it says a long number, detail on
16   this PO for 200 million gloves is attached.
17   We received 185,416 of the 200 million
18   individual gloves.  Outstanding equal
19   14,584,000 gloves or 14,584 cases slash
20   cartons.  If each truck delivers 3,000
21   cases, that's 4.86 truckloads outstanding.
22   Then it says, below there is a bullet
23   point, Alex has 11,545 cases slash cartons
24   scheduled for delivery.  Looks like we will
25   go over the 200 million amount after these
```

1                       KING

2    deliveries occur.  Do you see where I am?

3          A     Yes, I see it.

4          Q     In highlighting, in bold, it

5    says please do not deliver any additional

6    gloves and then there are four -- looks

7    like four truckloads described.

8                Do you have any recollection

9    what was going on in regards to this

10   e-mail?

11         A     I do not.  I do not.

12         Q     Do you recall receiving this

13   e-mail?

14         A     I'm sure I did.  I'm sure I

15   did.  It looks accurate to me.  Without

16   doing any like, you know, research right

17   now, I can't recall exactly.  I can't

18   recall, but I have no reason to assume it's

19   not accurate.

20         Q     Do you know if these last four

21   shipments were delivered?

22         A     I do not recall.

23         Q     Do you recall if anything

24   beyond these four shipments would have been

25   delivered?

1                    KING

2        A      I do not recall.  I can't

3   remember.  I mean this is so many

4   deliveries, transactions.  I can't recall

5   specific ones from a couple of years ago.

6   I'm sorry.

7        Q      That's fine.  Understood.

8               You mentioned last time that at

9   the very outside of Dimerco's relationship

10  with Rock Fintek, Dimerco had asked for a

11  million dollar deposit.  Is that accurate?

12       A      That was the beginning of the

13  relationship where it kind of was not

14  established.

15       Q      Can you explain?

16       A      So usually with new clients

17  that we sign to partner with Dimerco, we

18  would have to go through a credit

19  application process to provide them with

20  credit.  However, during the peak of the

21  pandemic, our company changed its policy

22  where we would not issue credit during the

23  pandemic for risk purposes.

24               So for that specific case,

25  during the peak of pandemic, due to the

```
 1                    KING
 2   high cost of freight, at that time we would
 3   ask sometimes our client to prepay us in
 4   advance.
 5        Q     Am I correct in understanding
 6   that prior to the pandemic Dimerco had
 7   never done business with Rock Fintek?
 8        A     I can confirm that.  That's
 9   correct.
10        Q     They gave you a million dollar
11   deposit at the outset to give you security.
12        A     With our cooperation, yes.
13        Q     What happened that at the end
14   of this whole process they owed you
15   $40,000?
16        A     That was at the end of our
17   cooperation, toward the end of the
18   cooperation.  You know, once, you know, the
19   COVID was starting to, you know, kind of
20   improve, the situation was kind of
21   improving, so the demand for PPEs was not
22   as high anymore.  So during that time our
23   cooperation with Rock Fintek decreased
24   significantly.  So yes, it was -- you know,
25   the relationship in the beginning was
```

```
1                     KING
2    completely different than at the end, yes.
3         Q     Is that your understanding of
4    why their business wound down, that the
5    pandemic was coming to an end?
6              MR. RAKHUNOV:  Objection?
7         A     I mean I would just assume it
8    was because the demand for PPEs was
9    decreasing due to the pandemic.  That is
10   what I would assume.
11        Q     Did it bother you that Rock
12   Fintek made $30 million or more than $30
13   million in profit and yet never paid the
14   $40,000 they owed to Dimerco at the end of
15   the whole thing?
16        A     I mean it's business.  I mean
17   these things happen quite often, I guess.
18   I don't take it necessarily personally, but
19   -- I mean don't.  I really don't.
20        Q     You don't what?
21        A     I mean I don't feel a certain
22   type of way.  I think during that time
23   everybody made a certain -- everybody's
24   profit margin increased significantly,
25   including ours.
```

59

1                           KING

2           Q      Did you personally have any --

3    I don't mean Dimerco, but I'm talking about

4    you personally -- did you have any negative

5    impacts as a result of Rock Fintek not

6    paying Dimerco the $40,000 that it was

7    owed?

8           A      Yes.   Indirectly, I would say,

9    where it would affect our performance, our

10   station's performance.   If we had any

11   outstanding uncollectible AR, accounts

12   receivables, it would be deducted from our

13   performance and ultimately it would be

14   deducted from my, you know, compensation as

15   well.   Almost kind of like somebody running

16   on a check where the waiter would be

17   indirectly affected.

18          Q      Dimerco didn't take that money

19   from your paycheck?

20          A      No.   It was deducted from my

21   performance and it was deducted from our

22   station's performance.   And as a profit and

23   loss head of the station, I would be

24   directly responsible for any outstanding

25   monies that are not received from our

```
 1                     KING
 2    customers.
 3         Q     But you're not angry that they
 4    didn't pay at the end?
 5         A     Am I angry?  It's not the ideal
 6    situation, so I can't tell you that I
 7    wasn't angry.  Yeah.  No one wants these
 8    things to happen.  I was not happy about
 9    it.
10         Q     But to you it's just business?
11         A     It's business.  For me, I try
12    not to take these things personal.  I.
13              MR. SPERBER:  All right.  I
14         think that's it for my questions.
15         Anybody want to go after me?
16              MR. FRISCH:  I guess I'll go
17         next.  I only have a few questions.
18    EXAMINATION BY
19    MR. FRISCH:
20         Q     Last time you testified you had
21    some text messages with Joel Stern.  Do you
22    have copies of those messages?
23         A     I do.
24         Q     Can you provide copies of those
25    messages?
```

```
 1                         KING
 2          A      I can.
 3          Q      E-mail would be fine after
 4    we're done.  Sometime in the next few case.
 5                 Was the substance of those
 6    messages -- were those messages substantive
 7    or just about arranging deliveries and
 8    pickups?
 9          A      I'm looking at the text message
10    right now.  It's only ten lines of
11    communication.  Give me a second while I
12    read the conversation.
13                 Yes, it's more transactional in
14    terms of coordinating pickups.
15          Q      Did you ever have any
16    conversations with Joel Stern either by
17    phone or text message regarding the
18    substance of the transaction, like your
19    price or type of gloves or anything like
20    that?
21          A      Not price.  I would not be
22    involved with the pricing or value of the
23    goods.  However, I may have spoken about,
24    you know, picking up specific goods.  For
25    example, hey, you know, picking up Medline
```

```
1                        KING
2    gloves or something like that.
3         Q    Do you recall if Joel Stern
4    sold anything other than Medcare gloves to
5    Rock Fintek?
6         A    I would not know.
7         Q    Did you ever arrange Medcare
8    gloves to be shipped to Rock Fintek or
9    Medline by any other supplier other than
10   Joel Stern and Adorama and kitchen Winners?
11        A    Yes.
12        Q    Do you recall the names of
13   those suppliers?
14        A    I do not recall because, again,
15   there was a lot of suppliers.  I can't
16   remember which suppliers handled which type
17   of brand gloves.
18        Q    But Medcare gloves were sold by
19   other suppliers other than the parties to
20   this lawsuit.
21             MR. RAKHUNOV:  Objection.
22        A    Medcare gloves are quite common
23   at that time and many suppliers were
24   pushing those gloves.
25        Q    Do you know if Medline had a
```

1                        KING
2      quality team or other group of people who
3      inspected the deliveries once they were
4      delivered at their warehouse?
5            A     Yes.
6            Q     Do you know what type of
7      information they did?
8            A     I do not know.  I do not get
9      involved in that.  However, I do know for a
10     fact that they would do inspections upon
11     receiving the gloves, yes.
12           Q     They would do counts of gloves
13     -- would they do counts of gloves, to your
14     knowledge?
15           A     Yes, they would and they would
16     also do quality check.
17           Q     And they would verify that what
18     was being delivered was what the client
19     expected to be delivered?
20           A     Yes.
21           Q     So somebody had the ability to
22     check once it was delivered at the
23     Medline warehouse.  Either Medline or the
24     client -- somebody would be able to check
25     if what was claimed to have been delivered

actually had arrived?

A The receiving party. Yes. That's correct, sir.

Q Do you recall an individual by the name Edo Topel?

A Yes. Edo was another supplier of Rock Fintek.

Q Do you know who he supplied?

A I do not recall, but it's PPE related. Specifically I can't recall.

MR. FRISCH: That's all I have. Thank you.

THE WITNESS: Thank you.

EXAMINATION BY

MR. RAKHUNOV:

Q Mr. king, I represent Rock Fintek.

A Hi, Phillip. How are you?

Q Well. Again, thank you for your time today. Let me just put another exhibit on the screen.

MR. RAKHUNOV: This is actually Exhibit A. It may look slightly different, but it's the chat with

```
1                      KING
2          Alex King that Mr. King has been
3          questioned about today.  It's just
4          the version I have on my computer.
5      Q    So can everyone see a text box
6  with a chat on their screen right now?
7      A    I see it.
8      Q    So I will direct your attention
9  to -- unfortunately, I don't have the same
10 page numbers that Mr. Sperber had, but I'm
11 going to start.  I'm going to ask you to
12 read.  Let me just highlight.  Do you see I
13 highlighted a block of texts on April 26,
14 2021 starting at 940 a.m. and then going
15 through 2:13 p.m.?
16     A    Yes, I see.  I read it.
17     Q    Do you see at 11:46 a.m. you
18 write to Mr. Gilling, call me back.  Jimmy
19 from the warehouse just called me and told
20 me that Mendel instructed him to load the
21 trailer half and half with LevMed and
22 Medcare gloves.  Do you see that?
23     A    Yes.
24     Q    Do you recall the circumstances
25 that led you to write this message?
```

```
 1                    KING
 2        A    I can't recall, sir.  Again,
 3   I'm just relaying messages I'm receiving
 4   from the warehouse.
 5        Q    Do you remember who Jimmy was
 6   at the warehouse?
 7        A    Yes.  Jimmy was a warehouse
 8   worker at the warehouse that we were
 9   picking up the goods from.
10        Q    Do you recall what warehouse
11   specifically?
12        A    Yes.  I believe it's a
13   warehouse called MD3 in Los Angeles
14        Q    And would bills of lading or
15   proofs of delivery related to these
16   shipments have the specific address of that
17   warehouse?
18        A    Absolutely.
19        Q    When you use the name Mendel
20   here, are you referring to Mendel Bannon?
21        A    I don't know his last name, but
22   I only dealt with one Mendel in my life.
23        Q    Could it be any other Mendel
24   other than the Mendel that was involved in
25   the relationship with Rock Fintek?
```

```
1                       KING
2          A     Honestly, I wouldn't remember
3    because I never dealt with that name
4    before.  It's not a familiar name.  It's a
5    unique name.  So I wouldn't remember that.
6    I only dealt with one Mendel in my whole
7    entire life.
8          Q     In the next line you give a
9    phone number for Jimmy and then you mention
10   Louis, also with a phone number.
11   Who is Louis?
12         A     Louis is also a worker at that
13   specific warehouse.
14         Q     By the way, do you know Jimmy
15   or Louis' last names?
16         A     Maybe, maybe not.  I don't
17   think I do.  I don't think I do, sir.  Only
18   because I never met them in person before.
19   We never exchanged name cards.  Most of the
20   communication was done via phone.
21         Q     You write on April 26, 2021 at
22   11:55 a.m., I just spoke to both warehouse
23   guys, Jimmy, his phone, and Louis, his
24   phone number.  Both of them said the same
25   thing, that Mendel instructed them to load
```

```
 1                   KING
 2    us with half Medcare and LevMed gloves.  Do
 3    you see that?
 4         A     I do, sir.
 5         Q     Other than what you wrote here,
 6    do you recall anything else about your
 7    conversations with either Jimmy or Louis?
 8         A     Not regarding this specific
 9    transaction, no, sir.
10              Oh.  See; I think there is a
11    last name for Louis.  His last name is
12    Navarro.
13         Q     Are you referring to the line
14    in the chat April 26 2021 at 6:31 p.m.,
15    correct?
16         A     That's correct, sir.
17         Q     Before we leave this, I want to
18    ask you about another section of this.
19    Just bear with me for a second.  So I will
20    direct your attention to -- scratch that.
21              Hang on a second.  We can skip
22    this.  Sorry about this.  Just bear with me
23    for a minute.
24              You were asked a little bit
25    earlier today about discussions you might
```

```
 1                    KING
 2    have had with Joel Stern.  Do you remember
 3    that?
 4         A     Yes, sir.
 5         Q     So let me direct your attention
 6    to the chat on June 2, 2021 at 8:36 p.m. Do
 7    you see you write, Brad I just got a call
 8    from Joel, very strange call.  He said he
 9    got my number from a mutual friend.  He
10    told me he has containers on the ground and
11    asked me if I have any buyers for these
12    nitrile gloves and I can earn commission.
13              Do you see that?
14         A     Yes.
15         Q     Do you remember receiving a
16    phone call like that from Joel Stern?
17         A     I do, actually.  I do remember
18    that, because that was a very strange phone
19    call.
20         Q     What do you remember about
21    that?
22         A     I remember that specifically
23    because as somebody from a transportation
24    company, I'm not a buyer of any sorts.  So
25    it's very strange that a customer or
```

1                       KING
2    indirect customer or supplier would call
3    me, as a transportation guy, to ask me to
4    buy goods, actual, you know, goods.   It
5    would be like me calling you up and asking
6    you if you need a truck, you know.
7         Q     And was that the only
8    conversation you had with -- let me back
9    up.  Do you recall specifically what Mr.
10   Stern said to you on that phone call?
11        A     I do not remember specifically.
12   I remember the premise of the call.  He was
13   asking me; he has goods to sell me and if I
14   can introduce him to any buyers.
15        Q     Do you recall what specifically
16   he told you about the goods?  Did he tell
17   you -- you write here nitrile gloves.   Do
18   you see that?
19        A     Yes.
20        Q     Do you recall if Mr. Stern told
21   you anything else about these gloves other
22   than that they were nitrile?
23        A     I'm sure he told me the specs
24   of the gloves, but I can't remember.
25        Q     Do you remember what brand

```
 1                    KING
 2   gloves Mr. Stern --
 3        A     I'm sorry.  I do not remember
 4   what brand gloves or the specs were,
 5   because I'm not a real buyer.  That
 6   wouldn't resonate with me.
 7        Q     No need to apologize.  I'm just
 8   asking for your best recollection.  Do you
 9   know if Mr. Stern ever called you again
10   after this call?
11        A     No.  I don't think he called me
12   twice.  He might have.  I don't remember.
13   I definitely remember this, him calling me
14   to see if I had interest in buying gloves.
15   I do not recall if I ever had a future
16   conversation about this, but I definitely
17   recall this conversation with him, yes.
18             MR. RAKHUNOV:  Let's mark the
19        next document that I put on the
20        screen as -- we're up to G.
21             (Whereupon, a proof of delivery
22        was deemed marked as King Exhibit G
23        for identification, as of this
24        date, by the reporter.)
25        Q     Mr. King, do you see an image
```

```
 1                    KING
 2   on your screen before you?
 3        A     I do.
 4        Q     I'll try to make it a little
 5   bigger.  Hopefully that helps.
 6              Do you recognize the type of
 7   document that is before you in Exhibit G?
 8        A     Yes, sir.
 9        Q     What is it?
10        A     There is, to us, a delivery
11   order or a trucker's bill of lading, and
12   once it's delivered, we would also use this
13   document as a proof of delivery.  So it
14   starts off as bill of lading slash delivery
15   order.  Once it's delivered and gets signed
16   off, it becomes proof of delivery.
17        Q     Are you familiar with a process
18   in which a document like this goes from
19   being a delivery order to a proof of
20   delivery?
21        A     Yes.
22        Q     And it's a part of your
23   business, a part of your profession, to
24   dealt with documents like this on a daily
25   basis?
```

```
1                          KING
2          A       That is correct, sir.
3          Q       Can you take us through the
4   process of -- strike that.
5                  Do you see there is various
6   handwritings and check marks and
7   highlightings on this document?
8          A       Yes.  Welcome to the world of
9   logistics.  It's a lot of handwriting, yup.
10         Q       To the best of your ability,
11  can you take us through this document?  I'm
12  happy to ask you, piece by piece, to go
13  through the various sections and to just
14  explain what they are or if you can just
15  take us through it.  Either way.
16         A       A bill of lading to us is
17  almost like a contract with the customer.
18  So it has specific instructions.  The
19  shipper will be where we're picking up from
20  and the consignee is the delivering party.
21         Q       Do you see a reference to a PO
22  at the bottom of the consignee box?
23         A       Yes, sir.
24         Q       Do you know what that number
25  references?
```

```
 1                     KING
 2       A      The PO is the purchase order
 3  number and that will be our customer's
 4  reference number.  So that would be Rock
 5  Fintek's or Medline's purchase order
 6  number.
 7       Q      So that would be the purchase
 8  order that's provided to you, not a
 9  purchase order that Dimerco generates?
10       A      That's correct, sir.
11       Q      So do you know what the address
12  1351 Veterans Parkway, Clarksville, Indiana
13  is?
14       A      That is a delivery address.
15  However, I want to be transparent.  It is
16  customary in our industry to use different
17  types of identification so we do not
18  disclose our customer's customer to the
19  supplier.
20       Q      I'm sorry.  Can you explain
21  what that means?
22       A      Yes, because if I were to
23  write, as a consignee, Medline at whatever
24  address they're at, this is the same
25  document that the supplier would also
```

```
 1                        KING
 2   receive.  So that would mean the supplier
 3   would see9 Rock Fintek's customer.  To
 4   protect our customer's best interest, we
 5   would try to hide that information from the
 6   supplier.
 7        Q    Understood.  To do that in this
 8   situation, do you know what information was
 9   changed.  Was it the address or just the
10   name --
11        A    The name, Dimerco.  The 1351
12   Clarksville, Indiana, that is still an
13   accurate address, but, you know, instead of
14   putting Medline --
15        Q    Understood, and I appreciate
16   that, because that was causing me some
17   confusion trying to figure out why Dimerco
18   put its name and the warehouse address.
19             Do you see some handwriting
20   next to it?  I believe it says Meghan
21   Flower and there is a phone number.  Do you
22   know what that handwriting refers to?
23        A    I do not.
24        Q    Do you know who would make a
25   notation like on that this document?  I'm
```

```
 1                          KING
 2    making it a little bigger?
 3         A      Most likely it's the receiving
 4    party.
 5         Q      So going to the next section,
 6    do you see where it says shipping units?
 7         A      Yes, sir.
 8         Q      So who fills in that
 9    information of 30 pallets?
10         A      That information would be
11    filled out by us, Dimerco, based on the
12    instructions from our client.
13         Q      In this case, Rock Fintek is
14    asking you to pick up 30 pallets of product
15    at the MD 3PL warehouse in Ontario,
16    California, correct?
17         A      That's correct, sir.
18         Q      So the next box under the
19    heading kinds of packaging description of
20    articles, special marks and exceptions, it
21    say 2,933 cartons and it has same
22    dimensions, density, and something called a
23    PCF.  Who fills in that information?
24         A      We fill that out on behalf of
25    the client.
```

```
1                         KING
2          Q      Do you see hovering over this
3    box, there are a couple of what looks to be
4    like stamps with Medline Industries drop
5    dates and seal number?  Do you understand
6    that what refers to?
7          A      Yes.   That is the
8    identification of Medline and their proof
9    of delivery.
10         Q      Somebody at Medline would have
11   put a stamp like that on this document?
12         A      Once we deliver the goods and
13   they received the goods, my trucker would
14   ask for them to be provide a proof delivery
15   and this would be their version of proof of
16   receipt of the goods of what they received.
17   Does that make sense?
18                So it's not that clear, but if
19   you zoom in on it, under the weight, you
20   see how it says Medline?
21         Q      Yes.
22         A      So if you really look at it,
23   that 4/25/21, that's probably the received
24   dates.   Underneath is how many cartons it
25   was received, how many pallets it was
```

```
1                    KING
2    received, and then right there is a
3    signature.  If you can imagine, it's just
4    literally a stamp to confirm that it's from
5    Medline and then it gets filled in by
6    Medline with a signature, who received it,
7    and how many pieces it received and when
8    and that will act as proof of delivery.
9         Q    On the left you see something
10   that looks like it says seal number?
11        A    Yes.
12        Q    Do you know what that refers
13   to?
14        A    Every full truckload that we
15   deliver, so when you go on the road and see
16   like a 53-foot trailer on the road, in the
17   back it's locked.  So every time the
18   supplier finished loading the container, we
19   would lock the trailer and put a seal on it
20   and that seal would prove that during
21   transportation that that trailer was not
22   opened.  Does that make sense?
23        Q    That makes sense.
24             So who wrote this seal number
25   on the proof of delivery?
```

```
1                      KING
2        A     Medline did.
3        Q     Does Dimerco maintain a copy of
4   that seal number if it ever needed to be
5   verified?
6        A     Yes, we would have that.
7        Q     And you have that in your
8   internal records; obviously it wouldn't be
9   written on this document in advance?
10       A     No, it would be not be, only
11  because -- that seal protects us from
12  anybody accusing us of opening up the
13  trucks after it was already loaded.  It
14  prevents pilferage.  It prevents people --
15       Q     Going down to the signature
16  block, do you see where it says shipper, MD
17  3PL?
18       A     Yes.
19       Q     What does that signature refer
20  to?
21       A     That is the person that acts at
22  the supplier.  Antonio was the one that
23  helped us load the trailer at MD 3PL.
24       Q     And the carrier XDL Trucking,
25  what does that refer to?
```

```
1                       KING

2        A      That is the trucking company

3   and Yang Feng is the driver of that

4   specific truck.

5        Q      At what point in the shipping

6   process does the driver puts his or her

7   signature on this document?

8        A      As soon as the truck driver

9   identifies which trucker has been

10  dispatched to pick up the load.

11       Q      Under consignee, it says

12  Dimerco?

13       A      Yes.

14       Q      Would someone from Dimerco

15  actually sign this document?

16       A      No, because we're not the

17  actual receiving --

18       Q      So, again, the name Dimerco

19  here is included to prevent the true

20  identity of the receiving party, correct?

21       A      From the supplier, that's

22  correct.

23       Q      And the stamp that we looked at

24  a few minutes ago, what looks to be a

25  signature in the box, where it says
```

1                        KING

2      signature consignor, that's the proof of

3      receipt by Medline?

4           A      Yes, sir.  That's correct.

5                  MR. RAKHUNOV:  I don't have any

6              other --

7           Q      Do you see at the top where

8      there's a log number 78731?

9           A      That's correct, sir.

10          Q      Do you know what additional

11     information, if any, Dimerco has in its

12     systems beyond what appears on this

13     document?

14          A      No, sir.  That load number will

15     be acting as our reference number,

16     Dimerco's reference number.

17          Q      In its systems, I guess in its

18     business records, would Dimerco have in its

19     database some information associated with

20     this load number that is not included on

21     this document that's marked as Exhibit G?

22          A      Can you repeat the question?

23          Q      Is it accurate that there is

24     some record in your company system that you

25     can pull up information related to load

```
1                          KING
2     number 78731?
3          A      Absolutely.  We need that in
4     our system to do the billing.
5          Q      My question is; do you know if
6     there would be information in your system
7     that is additional to what we're seeing on
8     the document here?
9          A      Yes.  You know, that would be
10    more Dimerco's internal information such as
11    price agreed for this trucker to perform
12    this job for us.
13         Q      Would there be notes of
14    conversations with a client or anything to
15    that effect in your system?
16         A      No.
17         Q      The top of the document we saw
18    a minute ago, there is a label Dell
19    Express, and forgive me; I believe you were
20    asked about this last time.  What is Dell
21    Express?
22         A      Dell Express is a trucking
23    company we use.  It's one of our truck
24    vendors.
25         Q      And so then they in turn may
```

```
 1                    KING

 2   procure another carrier.  So the carrier

 3   may be different from the trucking company?

 4        A     Yes.  It's kind of confusing.

 5   Dell Express, they're our truck vendor for

 6   us, but they also act as a truck broker

 7   where they have a network of truckers that

 8   they can assign.

 9        Q     Understood.

10        A     But we do not deal with those

11   independent truckers.  We deal with Dell

12   Express so the transaction is between

13   Dimerco and Dell Express.

14             MR. RAKHUNOV:  Mr. King, I

15        don't have anything else at this

16        time.  Thank you.

17             MR. SPERBER:  Thank you, Mr.

18        King, for your assistance.  We

19        really appreciate it.

20             (Whereupon, at 3:13 p.m., the

21        examination of this witness was

22        concluded.)

23

24

25
```

```
 1
 2              D E C L A R A T I O N
 3
 4         I hereby certify that having been
 5    first duly sworn to testify to the truth, I
 6    gave the above testimony.
 7
 8         I FURTHER CERTIFY that the foregoing
 9    transcript is a true and correct transcript
10    of the testimony given by me at the time
11    and place specified hereinbefore.
12
13
14
15
16                        _____
17                        ALEXANDER KING
18
19
20    Subscribed and sworn to before me
21    this_____day of_____, 2023.
22
23    _____
24         NOTARY PUBLIC
25
```

```
 1
 2                    E X H I B I T S
 3
 4   PLAINTIFF EXHIBITS
 5
 6   EXHIBIT                 EXHIBIT              PAGE
 7   NUMBER                  DESCRIPTION
 8   Ex A KING               WhatsApp log           6
 9   Ex B KING               Photograph            16
10   Ex C KING               Photograph            17
11   Ex D KING               Photograph            17
12   Ex E KING               WhatsApp log          48
13   Ex F KING               E-mail                53
14   Ex G KING               Proof of delivery     71
15
16                      I N D E X
17   EXAMINATION BY                              PAGE
18   MR. SPERBER                                    5
19   MR. FRISCH                                    60
20   MR. RAKHUNOV                                  64
21
22      INFORMATION AND / OR DOCUMENTS REQUESTED
23   INFORMATION AND/OR DOCUMENTS               PAGE
24   List of suppliers                            38
25   Texts with Joel Stern                        60
```

1

2                C E R T I F I C A T E

3

4   STATE OF NEW YORK        )

5                               :    SS.:

6   COUNTY OF KINGS           )

7

8        I, PHYLLIS F. RUSSEK, a Notary Public

9   for and within the State of New York, do

10  hereby certify:

11       That the witness whose examination is

12  hereinbefore set forth was duly sworn and

13  that such examination is a true record of

14  the testimony given by that witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or by marriage and that I

18  am in no way interested in the outcome of

19  this matter.

20       IN WITNESS WHEREOF, I have hereunto

21  set my hand this 22nd day of October, 2023.

22

23                      *Phyllis J. Russek*

24                      _____

25                      PHYLLIS F. RUSSEK

1   Errata Sheet

2

3   NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4   DATE OF DEPOSITION: 09/18/2023

5   NAME OF WITNESS: ALEXANDER KING

6   Reason Codes:

7        1. To clarify the record.

8        2. To conform to the facts.

9        3. To correct transcription errors.

10  Page _____ Line _____ Reason _____

11  From _____ to _____

12  Page _____ Line _____ Reason _____

13  From _____ to _____

14  Page _____ Line _____ Reason _____

15  From _____ to _____

16  Page _____ Line _____ Reason _____

17  From _____ to _____

18  Page _____ Line _____ Reason _____

19  From _____ to _____

20  Page _____ Line _____ Reason _____

21  From _____ to _____

22  Page _____ Line _____ Reason _____

23  From _____ to _____

24

25                            _____

```
1    Errata Sheet

2

3    NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4    DATE OF DEPOSITION: 09/18/2023

5    NAME OF WITNESS: ALEXANDER KING

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                                _____
```

**$**

$30  58:12

$40,000  57:15
58:14 59:6

**0**

00002156-
photo-2021-04-
14-17-31-33
17:14

00002183-
photo-2021-04-
14-18-12-48
17:16

00002184  18:17

0002183  17:19

**1**

1,000  42:13

1,132  12:10

1,134  12:11

1,341  37:9

100  21:11 36:12
41:21 42:15

100,000  15:3

104  26:3

107  28:23

109  30:6

11  53:11

11,545  54:23

112  34:14

1142  5:13

11:46  65:17

11:55  67:22

133-33  5:12

1351  74:12
75:11

14,584  54:19

14,584,000
54:19

142  35:13

150  41:7

154  43:6

159  46:10

164  7:17 14:19

185,416  54:17

**2**

2  69:6

2,933  76:21

20  53:16

200  54:16,17,25

2021  53:11
65:14 67:21
68:14 69:6

208  5:13

26  65:13 67:21
68:14

2:13  65:15

**3**

3,000  54:20

30  76:9,14

3PL  76:15
79:17,23

**4**

4.86  54:21

4/19  52:2

4/25/21  77:23

40K  46:21

**5**

50  36:12,14

53-foot  78:16

**6**

61  49:14 50:21

6:31  68:14

**8**

80  7:18,19

81  8:6

82  13:6

8:36  69:6

**9**

900  42:14

940  65:14

97  14:19 15:2,21

98  19:14

**A**

a.m.  65:14,17
67:22

ability  42:9
63:21 73:10

able  5:22 8:3
12:24 20:2
25:25 31:25
38:11 41:25
44:5 50:7 63:24

Absolutely
49:11 51:9
66:18

accept  20:14,16

accepted  21:7

accounting
43:20

accounts  59:11

accurate  7:13
22:2 31:23 36:6
42:4 45:8 55:15,
19 56:11 75:13

accusing  79:12

act  78:8

acts  79:21

actual  26:18
42:10 70:4

actually  8:23
18:20 32:18,19
33:11 40:11

44:5 64:2,23
69:17

additional  55:5

address  5:11
66:16 74:11,14,
24 75:9,13,18

Adorama
23:15,21 36:13
62:10

advance  57:4
79:9

affect  59:9

affected  59:17

after  29:15 34:9
45:3 54:25
60:15 61:3
71:10 79:13

aftermath  21:9

afternoon  5:14

again  5:17 9:4
11:14,24 17:3
18:12 19:3,14,
25 20:24 21:12,
20 26:4 27:12
29:9 38:15 41:7,
23 43:7,21
45:15 46:10
51:5,21 62:14
64:20 66:2 71:9

against  18:21

ago  8:13,16
21:22 29:10
51:6 56:5

agree  43:12

ahead  7:16,17
14:18 19:13
21:10 26:2
28:23 34:13
35:12 41:6 43:6
46:9 49:13

Alex  12:23 25:3
26:6 29:12
39:16 54:23
65:2

Alexander  5:10
50:12

all  7:6 15:3 23:6,
22 25:16,22
27:14 28:3,22

36:18 39:5,6
44:14,21 45:7
49:24 51:2,4
60:13 64:12

almost  59:15
73:17

alone  29:17

along  44:15
45:7

already  27:8,9
39:6,10 42:22
79:13

also  33:18 37:2
38:8 42:6 49:9
63:16 67:10,12
72:12 74:25

although  28:4

am  6:18 9:24
14:4 16:8 44:16
49:24 55:2 57:5
60:5

amount  9:18
26:18 43:23
54:25

an  9:10 16:18
18:9 22:2,10
23:10 27:22
34:23 36:8,11
37:14 45:8,13
52:8,10 53:7,10
58:5 64:5 71:25
75:12

Angeles  36:23
66:13

Angels  25:2

angry  60:3,5,7

another  24:9
27:15 35:23
36:14 48:23,24
64:7,21 68:18

answer  24:16

Antonio  79:22

any  9:7 14:13
15:17 19:5,8,9,
10,22 21:4,18,
25 24:3,10,23
28:9 29:6 30:13
34:4 35:10
36:17 37:25
38:21 39:21

40:4 41:13
43:20 44:18,22
46:4 47:23
50:18 51:3,17
52:2,13 54:7
55:5,8,16 59:2,
4,10,24 61:15
62:9 66:23
69:11,24 70:14

**anybody** 13:3
43:20 46:24
60:15 79:12

**anymore** 51:14
57:22

**anyone** 47:24

**anything** 15:18
16:9 19:5 20:22
52:12,22 55:23
61:19 62:4 68:6
70:21

**Apartment** 5:13

**apologize** 71:7

**appear** 16:21

**appears** 18:9
49:9 53:10

**Apple** 32:22

**application**
56:19

**appreciate** 13:7
14:21 21:13
27:12 49:16
75:15

**April** 65:13
67:21 68:14

**AR** 59:11

**arise** 25:23

**arm** 54:3

**around** 46:21

**arrange** 62:7

**arranging** 61:7

**arrived** 27:2,20
64:2

**articles** 76:20

**Asia** 27:16

**ask** 22:21 31:8
45:20 50:17

57:3 65:11
68:18 70:3
73:12 77:14

**asked** 56:10
68:24 69:11

**asking** 15:22
22:11 28:14
29:11 42:20
45:16 54:8 70:5,
13 71:8 76:14

**asks** 22:19

**assigned** 10:19

**assignment**
12:18

**assume** 43:4
51:10 55:18
58:7,10

**assuming** 20:4
51:20,23 52:17

**at** 5:18 6:20 7:6
9:14,25 15:8
16:8 17:3,20
19:18 24:25
25:3 27:4,8 28:4
29:7 30:11 31:7,
9 32:12 36:21,
23 37:7,9,16
43:16 47:18
49:18 54:13
56:8 57:2,11,13,
16 58:2,14 60:4
61:9 62:23 63:4,
22 65:14,17
66:6,8 67:12,21
68:14 69:6
73:22 74:23,24
76:15 77:10,22
79:21,23

**attached** 54:16

**attention** 65:8
68:20 69:5

**audio** 12:23

**authority** 18:25

**available** 25:15
51:14

—— B ——

**back** 12:20
22:21,25 26:12,

14 31:21 33:16
39:4 42:8 43:25
44:6,11,13 45:3
65:18 70:8
78:17

**bad** 51:16,18

**Bannon** 66:20

**base** 49:22

**based** 14:3
15:9,15 22:12
26:16,17 29:16
34:10 35:6 38:4
40:23 52:6,7
76:11

**basis** 72:25

**batch** 20:10

**bear** 68:19,22

**because** 21:4
22:23 24:17
25:13,18 28:12
32:2 36:5 40:9
42:15 43:21
46:25 58:8
62:14 67:3,18
69:18,23 71:5
74:22 75:16
79:11

**becomes** 72:16

**been** 5:3 9:9
16:22 21:22
25:3 27:8 39:11
55:24 63:25
65:2

**before** 29:15
34:9 43:22 67:4,
18 68:17 72:2,7

**beginning** 40:2
43:12 56:12
57:25

**behalf** 6:20
15:14 16:23
38:23 76:24

**behind** 33:20

**being** 18:13
40:5 41:19 50:6
63:18 72:19

**believe** 7:13
13:21 17:2 22:4
39:4 47:4 54:3
66:12 75:20

**below** 15:4
54:22

**best** 54:8 71:8
73:10 75:4

**better** 30:16

**between** 7:5,10
11:22 37:20
38:12 44:23
50:19

**beyond** 42:5
55:24

**big** 25:18 32:21
43:3,19

**bigger** 72:5 76:2

**bill** 48:4 72:11,
14 73:16

**bills** 66:14

**bit** 9:3 44:7
68:24

**BL** 40:24

**block** 65:13
79:16

**bold** 55:4

**both** 24:13
39:14 49:22
50:23 67:22,24

**bother** 58:11

**bottom** 7:25 9:3
15:21 19:18
37:18 73:22

**Boulevard** 5:12

**box** 15:12 18:10
65:5 73:22
76:18 77:3

**boxes** 15:3,17,
19,22,23 18:20
40:4

**brackets** 53:15

**Brad** 6:17 7:10
8:13 15:2,10
19:19 22:22
27:19 28:16
29:12,13 30:12
32:4,11 33:25
40:13 41:17
42:7,21 44:13,
24 45:5,15 49:8

52:14,18 69:7

**brand** 62:17
70:25 71:4

**branding** 15:11

**break** 26:7
50:13

**broadly** 46:15

**Brookville** 5:12

**bullet** 54:22

**bunch** 16:3

**business** 46:24
47:6,16,24 48:6,
7 57:7 58:4,16
60:10,11 72:23

**busy** 31:7

**but** 7:12 15:9,15
17:20 20:3,21
21:4 22:15 23:6
25:21 30:17
31:19,24 32:15
33:12,21 36:25
37:14 39:4
40:16 41:15
42:19 43:12
44:12,20 45:11,
12 46:7,20
47:10,19 48:4
51:7,19,22
52:15 55:18
58:18 59:3 60:3,
10 62:18 64:10,
25 65:10 66:21
70:24 71:16
75:13 77:18

**buy** 22:7 70:4

**buyer** 69:24
71:5

**buyers** 69:11
70:14

**buying** 23:21
71:14

**buys** 24:7

—— C ——

**California**
23:25 24:2
76:16

**call** 6:3 11:13 31:4,11 39:8 52:25 65:18 69:7,8,16,19 70:2,10,12 71:10

**called** 5:2 51:12 65:19 66:13 71:9,11 76:22

**calling** 70:5 71:13

**can** 6:9,12 7:2, 20,22 13:7 14:20 17:3 18:6 19:14 21:12 23:25 24:16,20 26:4,20 27:11 32:15 39:25 46:4,15 48:20 49:15 50:12 54:4,5 56:15 57:8 60:24 61:2 65:5 68:21 69:12 70:14 73:3,11,14 74:20 78:3

**can't** 8:17 14:16 15:16 29:10,14, 16,20 34:10,25 35:5,6,21,24 37:13 38:3 42:14 45:11,12 46:20,21 48:5 51:19 55:17 56:2,4 60:6 62:15 64:11 66:2 70:24

**cannot** 35:7 42:11

**cards** 67:19

**carrier** 79:24

**carry** 22:17

**cart** 18:25

**carton** 14:4

**cartons** 11:10 12:11 27:21 36:23 37:10,12 40:5 41:19 42:13,14,16 50:8,10 54:20, 23 76:21 77:24

**carts** 11:5

**case** 23:6 27:19 36:13 56:24 61:4 76:13

**cases** 12:10 54:19,21,23

**categorizing** 44:10

**category** 39:18

**cause** 25:17

**causing** 75:16

**centers** 30:15, 16

**certain** 37:11 38:18 43:23 47:17,22 58:21, 23

**changed** 56:21 75:9

**chat** 48:23,24 49:4 64:25 65:6 68:14 69:6

**check** 15:23 51:15 59:16 63:16,22,24 73:6

**China** 27:16

**circumstances** 65:24

**claimed** 63:25

**clarify** 37:10

**Clarksville** 74:12 75:12

**clear** 18:24 40:18 43:20 44:12 77:18

**client** 10:11 20:15 21:2,6 57:3 63:18,24 76:12,25

**clients** 20:14 23:7 56:16

**closed** 33:21

**collect** 47:20 48:4

**come** 10:21

27:17 31:21 52:12

**coming** 28:5 58:5

**commission** 69:12

**commodities** 14:13

**common** 8:20 32:18 33:2 62:22

**communicate** 6:23 8:13 49:3

**communicatio n** 7:8,9 8:20 15:10 23:4 29:17,21 34:11 61:11 67:20

**companies** 23:9 24:12 32:21,23,24

**companies'** 22:17

**company** 10:14,19,22 11:2,3,9,25 12:17 15:15 18:20 19:3 23:11,14,17 43:3 56:21 69:24

**compensation** 59:14

**complete** 44:2

**completely** 58:2

**computer** 5:18 65:4

**confident** 14:4

**confirm** 38:3 49:23 50:5 51:2 54:5 57:8 78:4

**confirmed** 52:22

**confused** 11:8

**confusion** 75:17

**consignee** 73:20,22 74:23

**consumer** 32:22

**contain** 27:21

**container** 27:6, 20,22,23 28:2,5 31:10 78:18

**containers** 26:17 27:3 30:22 53:16 69:10

**content** 7:11

**continue** 26:13

**continues** 50:25

**continuing** 8:7

**contract** 73:17

**conversation** 7:5 8:7,9,10,14, 21 18:14 21:19, 21 22:3,13 29:15 34:8 35:4 41:14 44:19,21, 23 46:16 61:12 70:8 71:16,17

**conversations** 46:5 61:16 68:7

**cooperation** 57:12,17,18,23

**cooperative** 33:5

**coordinating** 61:14

**copies** 60:22,24

**copy** 79:3

**correct** 6:22 7:3 9:24 10:2,4 12:22 38:6 53:23 57:5,9 64:4 68:15,16 73:2 74:10 76:16,17

**cost** 57:2

**costs** 25:22

**could** 10:3 15:7 21:4 24:2 36:25

37:2,4,15 46:24 49:10,11 66:23

**count** 9:11,13 12:14,16 14:4 32:5 33:18

**counting** 42:3

**country** 27:15

**counts** 63:12,13

**couple** 8:12,16 21:21 23:9 25:8 29:9 32:16 51:5 56:5 77:3

**COVID** 43:17,18 57:19

**create** 10:24

**creates** 10:22

**credit** 56:18,20, 22

**cross** 45:19

**current** 5:11

**customary** 74:16

**customer** 18:24 69:25 70:2 73:17 74:18 75:3

**customer's** 74:3,18 75:4

**customers** 19:7 60:2

**cut** 12:24

**D**

**daily** 72:24

**date** 6:7 16:16 17:9 18:4 48:18 53:5 71:24

**dated** 53:11

**dates** 77:5,24

**deal** 25:18 30:19

**dealing** 22:14 35:22

**dealt** 66:22 67:3,6 72:24

decreased 57:23

decreasing 58:9

deducted 59:12,14,20,21

deemed 71:22

definitely 14:11 38:10 45:13 47:19 54:10 71:13,16

deliver 10:20 11:4 12:10 55:5 77:12 78:15

delivered 8:24 11:18 12:14,16 20:12 36:16 42:22 55:21,25 63:4,18,19,22, 25 72:12,15

deliveries 33:17 55:2 56:4 61:7 63:3

delivering 10:2 11:10 36:9 73:20

delivers 54:20

delivery 9:11 10:9,13,23,25 11:7 12:8,9 30:18 31:2 33:23 54:24 66:15 71:21 72:10,13,14,16, 19,20 74:14 77:9,14 78:8,25

demand 57:21 58:8

density 76:22

depends 33:22 42:9 47:14

deposit 56:11 57:11

deposition 25:6 43:16

described 55:7

description 76:19

destination 9:17

detail 21:21 54:15

details 19:10 39:22 40:4

didn't 52:7,14, 18,21 59:18 60:4

difference 37:20 38:12,15

different 30:14 32:23 58:2 64:25 74:16

difficult 30:19 43:17

difficulty 25:12

dimensions 76:22

Dimerco 10:24 16:23,25 20:17 31:20,22 32:12 33:6 38:5,21 39:23 41:17,22 56:10,17 57:6 58:14 59:3,6,18 74:9 75:11,17 76:11 79:3

Dimerco's 31:20 56:9

direct 65:8 68:20 69:5

directed 39:12

directly 10:21 27:23 28:6 48:5 59:24

discard 20:21

disclose 74:18

discovery 6:15 48:25

discrepancy 10:6,8 11:22 12:2,4,5,21 41:16

discussed 23:8

discussing 20:8

discussions 68:25

disorganized 47:2,5

distribution 30:15 54:3

dock 33:11

docks 32:25

document 6:3, 10,13,14 7:4,15, 16 10:15 21:11 26:3 48:21 49:14 71:19 72:7,13,18 73:7, 11 74:25 75:25 77:11 79:9

documents 10:25 72:24

does 7:6 8:9 16:21 24:4 36:22 37:10 77:17 78:22 79:3,19,25

doing 5:15 21:22 43:21 55:16

dollar 56:11 57:10

don't 13:2 14:2 15:9 17:21 19:8 24:16,17 28:8, 17 30:2 31:18 32:17 33:7,10 35:9 36:2,4 37:19 38:15,19 41:21 42:25 43:19 45:12 47:8,17 54:6 58:18,19,20,21 59:3 65:9 66:21 67:16,17 71:11, 12

done 33:20 57:7 61:4 67:20

doors 33:21

double-checking 52:16

doubt 7:10 21:25 22:4 44:22,25 51:7,9

down 7:25 9:2 14:22 19:15 21:14,16 26:5 28:25 29:4 30:9 32:16 34:18,20 35:17 41:11 50:23 51:11,24 58:4 79:15

driver 19:4 33:21

drivers 32:3

drop 31:8,20 77:4

dry 25:20

due 43:18 56:25 58:9

duly 5:3

during 43:16 56:20,22,25 57:22 58:22 78:20

E

e-mail 53:3,7,10 55:10,13 61:3

each 44:10 54:20

earlier 14:25 68:25

earn 69:12

Edo 64:6,7

either 9:17,25 33:20 61:16 63:23 68:7 73:15

else 24:8 68:6 70:21

emotional 47:9

employee 33:6

end 12:24 25:13 52:16 57:13,16, 17 58:2,5,14 60:4

entire 7:15 8:4 67:7

equal 54:18

Eric 50:22

especially 32:21

established 56:14

even 24:7 32:22

ever 6:23 20:12 45:21 48:8 61:15 62:7 71:9, 15 79:4

every 78:14,17

everybody 58:23

everybody's 58:23

everyone 65:5

everything 39:19

exact 46:22

exactly 11:18, 19 22:21 28:20 45:11 55:17

EXAMINATION 5:6 60:18 64:15

examined 5:5

example 9:10 12:7,8 17:19 24:14 36:10 42:12 61:25

exceptions 76:20

exchanged 67:19

exclusively 11:20

exhibit 6:4,6 7:20 13:6 14:19 16:13,15 17:4,8, 13,15,25 18:3 21:11 26:3 28:23 30:6 34:14 35:13 41:7 43:7 46:10 48:13,15,17 49:15 50:22 52:25 53:4 64:22,24 71:22 72:7

**expected** 36:10
63:19

**experiences**
22:14

**explain** 15:7
26:20 46:15
56:15 73:14
74:20

**expressed**
25:24

**extent** 39:10
47:17,22

**external** 53:15

**extra** 25:22
34:24 51:25
52:3,8,10

**F**

**face** 13:21

**fact** 45:3 63:10

**fake** 19:20 20:2,
12

**familiar** 6:16 7:7
19:4 22:23
23:14 67:4
72:17

**far** 28:16

**feel** 58:21

**feeling** 29:19

**fees** 25:20

**few** 60:17 61:4

**figure** 28:8,19
40:14 45:3
75:17

**file** 17:6,15
18:16

**fill** 36:11 76:24

**filled** 76:11 78:5

**fills** 76:8,23

**fine** 29:23 56:7
61:3

**finish** 13:8
14:22 31:10

**finished** 28:18
78:18

**Fintek** 6:15,20,
21 11:15 13:17
14:8,12 16:24
20:25 23:10,21
36:11 38:24
39:6,17 40:11
41:2,20 42:22
45:5 46:18 47:2,
4,12 48:8,25
49:4 50:4 53:22
56:10 57:7,23
58:12 59:5 62:5,
8 64:8,18 66:25
76:13

**Fintek's** 13:14
74:5 75:3

**first** 5:3 17:11,
18 28:18 51:4
53:16

**five-minute**
50:13

**flow** 36:7

**Flower** 75:21

**following** 6:3

**follows** 5:5

**forgotten** 44:9

**forth** 42:8

**forward** 30:5

**four** 28:12 55:6,
7,20,24

**Frank** 53:2

**freight** 57:2

**frequent** 22:13

**friend** 69:9

**friendly** 33:9

**Frisch** 12:23
13:4 26:6,12,14
60:16,19 64:12

**from** 8:12 10:21
18:24 20:4,25
21:6,21 22:8
23:21,25 24:7
27:3,6,22,25
28:3 29:24 30:2
31:3,15 34:25
35:24,25 36:12,
14,16 38:23
39:4,17,23 40:2,

5,21 41:20
43:11 44:8
49:21,23 50:25
51:5 52:16
53:11 54:14
56:5 59:12,14,
19,20,21,25
65:19 66:4,9
69:8,9,16,23
72:18 73:19
75:5 76:12 78:4
79:11

**front** 6:10 7:4
18:6 33:21
48:21 53:7

**full** 78:14

**further** 19:16
21:14,16 28:7
34:18 35:9
39:17 51:11,24

**future** 71:15

**G**

**gave** 41:2 57:10

**general** 14:8
22:15

**generates** 74:9

**get** 26:12 27:25
46:17 63:8

**gets** 72:15 78:5

**getting** 30:20

**Gilling** 6:17,19,
24 7:6 20:7
21:19 22:3,7
49:8 65:18

**give** 10:12 11:2
14:23 16:7,10
18:25 46:21
57:11 61:11
67:8

**giving** 40:20

**gloves** 14:15
18:10 19:19
20:3,7,10,13,18
22:8 23:10,20
24:6,8 25:4
26:16 37:21
38:5,8,12 45:4
49:23,24 50:5,6,

25 51:2 54:16,
18,19 55:6
61:19 62:2,4,8,
17,18,22,24
63:11,12,13
65:22 68:2
69:12 70:17,21,
24 71:2,4,14

**go** 7:14 22:21,25
25:9 27:7 31:2
43:22,25 44:7
45:3 54:25
56:18 60:15,16
73:12 78:15

**goes** 27:18
72:18

**going** 6:2,13
7:14,16,17 9:2
14:18 15:8 16:6,
12 17:17,23
19:13 21:10
26:2,20 28:10,
19,22 29:7 30:4,
5 34:13,23 35:4,
10,12 39:8 41:6,
14 42:8 44:10,
11 45:9 46:9,16
48:13,14 49:13
51:18 52:24,25
55:9 65:11,14
76:5 79:15

**good** 5:14,16
6:12 42:21,25

**goods** 10:17,20
11:5 16:22 19:5,
11 20:21 21:2,3,
7 22:17,19 25:9,
11,14,21,23,25
26:24 27:5,8,17,
20 30:17 31:3,7
36:9,23 37:16
38:16,18,22
40:9 41:18,19
42:2,18 43:23,
24 44:2 51:21
53:22 61:23,24
66:9 70:4,13,16
77:12,13,16

**got** 30:8 33:24
69:7,9

**ground** 69:10

**group** 53:25
63:2

**groups** 49:5

**guess** 31:17
42:19 58:17
60:16

**guy** 20:3 43:3
70:3

**guys** 14:2 22:20
32:5 67:23

**H**

**half** 65:21 68:2

**handled** 46:24
62:16

**handling** 47:5

**handwriting**
73:9 75:19,22

**handwritings**
73:6

**Hang** 68:21

**happen** 23:4
36:19 58:17
60:8

**happened** 20:6
28:4 57:13

**happens** 23:6

**happy** 60:8
73:12

**has** 7:16 9:9
15:3 29:19
30:14 42:25
48:8 54:23 65:2
69:10 70:13
73:18 76:21

**having** 5:3
31:15 37:14

**he** 19:22 32:8,9
34:2,3,5 41:21,
22 42:12,25
43:2,3,4 45:13
51:14 52:16
54:7 64:9 69:8,
9,10 70:12,13,
16,23 71:11,12

**he's** 26:8

**head** 59:23

**heading** 76:19

**hear** 12:25

**help** 29:12

**helped** 79:23

**helping** 42:7

**helps** 72:5

**hence** 25:11

**here** 9:3 13:10
15:20 16:4 23:3
30:11 40:14
44:7 45:9 46:23
48:25 49:19
51:18 52:4
54:14 66:20
68:5 70:17

**Hershey** 38:8
40:6,10,24
45:24 46:3,5,8
50:19

**Hershey's**
37:20

**hey** 22:20,22
61:25

**Hi** 64:19

**hide** 75:5

**high** 57:2,22

**higher** 44:8

**highlight** 65:12

**highlighted**
65:13

**highlighting**
55:4

**highlightings**
73:7

**him** 15:25 20:5
22:11 28:11
32:16 45:20
65:20 70:14
71:13,17

**hired** 10:20
11:14,15

**his** 40:24 52:16
66:21 67:23
68:11

**history** 44:11

**Hold** 14:3 46:12

**honestly** 8:11
34:7,25 46:6
67:2

**Hopefully** 72:5

**hovering** 77:2

**how** 5:14,16
10:5 11:5,9,10,
12,24,25 12:12
19:22 38:20
45:24 46:18
50:5 64:19
77:20,24,25
78:7

**However** 8:15
14:10 18:23
20:11 41:22
42:10 46:7 52:5
56:20 61:23
63:9 74:15

**HP** 32:22

**huge** 29:25

**hundred** 52:9

**I**

**I'LL** 7:25 14:22
17:4 19:15
21:14 26:5
28:25 34:17
60:16 72:4

**I'VE** 25:3

**idea** 9:7 19:22
24:23 30:13
36:3 51:17
52:13

**ideal** 60:5

**identification**
6:7 16:16 17:9
18:4 48:18 53:5
71:23 74:17
77:8

**identify** 20:2
38:20 50:8

**identifying**
38:16 39:22
40:4

**image** 16:19
18:9 71:25

**images** 18:18

**imagine** 78:3

**immediately**
31:5

**impacts** 59:5

**improve** 57:20

**improving**
57:21

**including** 58:25

**incomplete**
43:25

**incorrect** 9:19

**incorrectly**
9:22

**increased**
58:24

**Indiana** 74:12
75:12

**indirect** 70:2

**indirectly** 59:8,
17

**individual**
23:11 54:18
64:5

**Industries** 77:4

**industry** 11:13
36:19 74:16

**information**
39:5 63:7 75:5,8
76:9,10,23

**informed** 51:15

**inquiring** 22:7

**inside** 15:24
32:3,25 48:7

**inspected** 15:5
63:3

**inspections**
63:10

**instance** 29:9

**instead** 75:13

**instructed**
20:22 38:18
41:25 65:20
67:25

**instructions**
11:4 18:24

20:25 21:5
40:21 73:18
76:12

**interest** 71:14
75:4

**internal** 79:8

**into** 27:2,18
28:2 36:9

**introduce** 70:14

**invite** 33:11

**involved** 20:23
21:8 36:8 47:19
48:6 61:22 63:9
66:24

**issue** 56:22

**its** 47:5 56:21
75:18

**itself** 7:11

**J**

**Jimmy** 65:18
66:5,7 67:9,14,
23 68:7

**Joel** 23:11 24:7,
21 38:6 39:23
40:6,10 45:21
46:2,7 51:15
60:21 61:16
62:3,10 69:2,8,
16

**Joel's** 37:20
51:13

**joining** 5:17

**Joseph** 50:19

**jump** 14:18
19:13 34:13
35:12 41:6 46:9
49:13

**Jumping** 43:6

**June** 53:11 69:6

**just** 7:23 8:6
13:5,25 14:20,
21 16:7,10 17:6
18:15 21:5
22:14 27:2,5,20
28:18 29:16,20
30:23 33:8,10

34:10 35:6,9
40:20 42:5
43:18 44:6
47:23 48:3 49:8,
15 51:12,14
52:21 54:4,8
58:7 60:10 61:7
64:21 65:3,12,
19 66:3 67:22
68:19,22 69:7
71:7 73:13,14
75:9 78:3

**K**

**Kato** 49:9

**keep** 24:5 33:5
35:9 38:21 40:7
41:18 42:7

**keeping** 38:22

**kind** 13:19 14:7
23:3 38:21
56:13 57:19,20
59:15

**kinds** 76:19

**king** 5:1,10,14
6:1,4,6,9 7:1,19
8:1 9:1 10:1
11:1 12:1 13:1,6
14:1,18,20 15:1
16:1,13,15 17:1,
4,8,12,15,24
18:1,3 19:1,14
20:1 21:1,11,12
22:1 23:1 24:1
25:1 26:1,3,4
27:1 28:1,23
29:1,12 30:1,6
31:1 32:1 33:1
34:1,14 35:1,13
36:1 37:1 38:1
39:1 40:1 41:1,7
42:1 43:1,7 44:1
45:1 46:1,10
47:1 48:1,13,17,
20 49:1,15 50:1,
22 51:1 52:1,25
53:1,4 54:1,7
55:1 56:1 57:1
58:1 59:1 60:1
61:1 62:1 63:1
64:1,17 65:1,2
66:1 67:1 68:1
69:1 70:1 71:1,
22,25 72:1 73:1

74:1 75:1 76:1 77:1 78:1 79:1

**kitchen** 23:18, 22 24:13 62:10

**knew** 19:23

**know** 7:12,24 8:15,16,17 9:15 10:9,11 11:10, 11,12,17,25 12:2,3,4,5,8,12 13:8,13,16,19 14:11,14,21 18:23 19:8,9,10, 15,25 20:6,11, 15 21:2,6,13 24:7,10,16,19 25:8,11,17,18 27:9,19,25 28:11,13,14,16, 17,18 29:11 30:7,20,21,23 31:11 32:16,20 33:8,12,25 34:7, 17 35:5,15,19 36:14,18 37:5, 14,16,19 38:14, 19 39:21 40:3, 13,18,20 41:9, 25 42:10,20,25 43:8,19 44:2 45:12,15,18 47:8,17,23 48:3 50:18,20 52:6, 15,18,23 53:16, 25 55:16,20 57:18,19,24 59:14 61:24,25 62:6,25 63:6,8,9 64:9 66:21 67:14 70:4,6 71:9 73:24 74:11 75:8,13, 22,24 78:12

**knowledge** 14:9 19:9 47:23 63:14

**L**

**lading** 66:14 72:11,14 73:16

**last** 23:8 25:6,7 43:16 49:7 51:13 55:20 56:8 60:20

66:21 67:15 68:11

**late** 30:20

**later** 31:21

**lawsuit** 41:3 62:20

**LAX** 36:21 37:9

**learn** 10:5,7

**least** 17:20

**leave** 68:17

**led** 65:25

**Lee** 13:16

**left** 78:9

**let** 7:24 10:10 13:8,25 14:21 19:15 21:13 27:9 30:7,23 31:11 32:2,16, 17,24 33:5,15 34:17 35:14 40:6 41:8 43:8 44:6 50:17 64:21 65:12 69:5 70:8

**let's** 35:9 71:18

**letting** 27:19 28:11,16

**Levmed** 65:21 68:2

**Li** 13:11 14:8

**liable** 42:14,17

**life** 66:22 67:7

**like** 9:15 15:10 19:6 20:11 23:2, 3 26:23,24,25 27:25 31:17 32:21,22 33:7, 12 37:3,6 41:15 43:22 45:2,13 47:15 49:7 50:13,22 53:2 54:24 55:7,16 59:15 61:18,19 62:2 69:16 70:5 72:18,24 73:17 75:25 77:4,11 78:10,16

**likely** 15:25 51:25 52:6,8 76:3

**line** 50:23 53:14 67:8 68:13

**lines** 32:16 61:10

**literally** 27:2,22 78:4

**little** 9:3 28:7 33:9 35:8 44:6,7 68:24 72:4 76:2

**live** 30:24 31:4

**load** 11:5 28:13, 21 31:2 34:24 51:25 52:3,8,10 65:20 67:25 79:23

**loaded** 9:18,21 11:12,13 79:13

**loading** 28:20 32:14,25 33:6 78:18

**loads** 37:21

**located** 24:8

**location** 24:3,5, 9 31:9 33:22 35:24 36:17 37:5

**locations** 30:18 33:4

**lock** 78:19

**locked** 78:17

**log** 6:5 48:16,23, 24

**logistics** 20:3 73:9

**long** 6:13 54:15

**longer** 51:21

**look** 7:6 9:14 17:3 28:7,24 51:11 64:24 77:22

**looked** 49:7

**looking** 15:20 16:8 30:11 45:13 46:17

47:10 49:18 51:24 54:13 61:9

**looks** 15:10 26:23,24,25 41:15 54:24 55:6,15 77:3 78:10

**Los** 25:2 36:23 66:13

**lose** 14:2

**loss** 59:23

**lost** 31:13

**lot** 21:22 25:12 31:24 32:20 43:17 44:4 62:15 73:9

**Louis** 51:12 67:10,11,12,23 68:7,11

**Louis'** 67:15

**M**

**made** 8:15 9:11 58:12,23

**maintain** 79:3

**make** 33:10 72:4 75:24 77:17 78:22

**makes** 78:23

**making** 23:2 31:20 76:2

**manufactured** 27:15

**manufacturers** 40:12

**many** 11:5,10 22:17 36:16,22 37:6,15 56:3 62:23 77:24,25 78:7

**margin** 58:24

**mark** 6:2 16:12 17:4 48:13,14 52:24 71:18

**marked** 6:6 16:15 17:8,12

18:3 48:17 53:3 71:22

**marking** 17:24

**marks** 73:6 76:20

**masks** 13:21 14:5,11

**match** 9:12 10:10

**may** 16:22 35:22 46:23 61:23 64:24

**maybe** 29:14 34:8 36:15 45:19 67:16

**MD** 76:15 79:16, 23

**MD3** 66:13

**me** 7:2,24 10:18 13:8,25 14:21, 23 15:7,11 16:7, 10 17:20 19:15 21:13 25:3 27:9, 10 28:14 30:7 33:15 34:17 35:15 39:13 40:20 41:9 43:8 44:6 47:19 50:17 51:12 55:15 60:11,15 61:11 64:21 65:12,18,19,20 68:19,22 69:5, 10,11 70:3,5,8, 13,23 71:6,11, 13 75:16

**mean** 8:11,12, 19 13:23 16:25 20:19 30:25 31:19 33:8,19 36:25 37:2,15 40:17 42:14 43:2,14,19 47:8, 14 48:5 56:3 58:7,16,19,21 59:3 75:2

**meaning** 24:12 53:21

**means** 74:21

**meant** 34:3

**Med** 18:10

**Medcare** 49:23, 24 50:6,10,24 51:2 62:4,7,18, 22 65:22 68:2

**medical** 18:10

**Medline** 30:12, 14,16,18 31:6, 19 32:13,17,21 33:4,16,23 42:23 54:4,12 61:25 62:9,25 63:23 74:23 75:14 77:4,8,10, 20 78:5,6 79:2

**Medline's** 74:5

**Meghan** 75:20

**Mendel** 49:23 50:2,3,25 65:20 66:19,20,22,23, 24 67:6,25

**mention** 36:3,4 52:11,19 67:9

**mentioned** 43:15 56:8

**mess** 30:12 43:11,19

**message** 47:10 61:9,17 65:25

**messages** 60:21,22,25 61:6 66:3

**messy** 44:3

**met** 67:18

**might** 20:20 21:2 24:8 36:8, 13,16 37:6 45:20 68:25 71:12

**million** 54:16, 17,25 56:11 57:10 58:12,13

**mind** 24:6 26:6

**minute** 26:11 68:23

**miscounted** 9:18,23

**Miss** 13:11

**mistake** 29:24

**Moccio** 53:11, 17 54:14

**moment** 16:7, 11

**money** 46:18 48:9 59:18

**monies** 59:25

**more** 8:23 9:4 17:17 33:4,9,13 36:9 44:2 45:25 58:12 61:13

**most** 15:25 51:25 52:8 67:19 76:3

**move** 7:25 13:25 30:4,5

**Mr** 5:7,14 6:2,9, 19,24 7:6 12:23 13:2,4 14:20 16:12 17:5,11, 18,23 18:15 19:14,24 20:7 21:12,19 22:3,7 23:21 26:4,6,9, 11,12,14 34:6, 12 39:8,12,14, 15,20 40:15 42:24 45:10,17 47:7 48:2,11,14, 20 52:20,24 54:6,7,14 58:6 60:13,16,19 62:21 64:12,16, 17,23 65:2,10, 18 70:9,20 71:2, 9,18,25

**Ms** 13:16 14:8

**much** 11:12 46:18

**multimillion-dollar** 47:15

**multiple** 49:4

**must** 47:25

**mutual** 69:9

**my** 5:19,21 7:3 10:10 11:14 12:16,24 13:25

14:2 15:16 19:3 22:13 23:24 24:25 25:2 32:2 33:8 39:3 48:4 59:14,20 60:14 65:4 66:22 67:6 69:9 77:13

**myself** 7:10 19:4

---

**N**

**name** 5:8 6:17 17:6,15 18:16 23:11,15,17 64:6 66:19,21 67:3,4,5,19 68:11 75:10,11, 18

**named** 13:10

**names** 62:12 67:15

**Navarro** 68:12

**necessarily** 24:5 58:18

**need** 7:12 15:2, 5 27:9 32:5 44:13 45:5 70:6 71:7

**needed** 79:4

**negative** 59:4

**Neither** 46:23

**never** 57:7 58:13 67:3,18, 19

**new** 5:4,13 24:2 56:16

**news** 51:16,18

**next** 53:16 60:17 61:4 67:8 71:19 75:20 76:5,18

**nitrile** 19:20 20:3 69:12 70:17,22

**no** 7:10,12 8:11 10:3,4,18,24 16:2 17:2 20:9, 19 21:23,24 22:4 23:24 24:4

35:3,7,11,21 36:3,6 38:15 40:8,17 44:25 47:8 48:5,7,10 51:6,7,9,21 52:5,15 55:18 59:20 60:7 68:9 71:7,11 79:10

**normal** 18:22

**normally** 8:21 31:24

**not** 7:13,14 8:12 9:12,25 10:4,10, 20 11:11,12,16 12:17 14:10,13, 16 15:17 16:10 17:2 18:22 19:4, 25 20:2,9,13,14, 16,23 21:2,7,20, 23,24 22:14,23 23:5 24:4,5,15 25:10,11,14,22, 23,25 26:17 27:24,25 28:15, 19 29:8 31:22, 25 32:2,24 33:7 34:7,9 35:5,21 38:3,14 39:10 40:11,16 41:15, 24 42:2,16 43:24 44:9,20 45:20 46:6,8 47:8 48:5 50:20 51:14,22 52:5, 10,11,15,23 54:11 55:5,11, 19,22 56:2,13, 22 57:21 59:5, 25 60:3,5,8,12 61:21 62:6,14 63:8 64:10 67:4, 16 68:8 69:24 70:11 71:3,5,15 74:8,17 75:23 77:18 78:21 79:10

**Notary** 5:4

**notation** 75:25

**note** 10:9 49:22 50:23

**nothing** 39:16

**now** 8:6 13:25 14:3 16:9 24:19 29:21 55:17

61:10 65:6

**number** 17:19 36:8 37:11 41:18,19 46:22 54:15 67:9,10, 24 69:9 73:24 74:3,4,6 75:21 77:5 78:10,24 79:4

**numbers** 10:10 40:24 65:10

---

**O**

**Objection** 19:24 34:6,12 40:15 42:24 45:10,17 47:7 48:2,11 52:20 58:6 62:21

**obviously** 47:10 79:8

**occur** 55:2

**ocean** 26:17 27:3,6,20,23 28:5

**off** 28:5 31:21 72:14,16

**office** 5:19

**offload** 30:21

**offloaded** 27:6, 22,25 31:3

**often** 8:14 23:5 36:19 58:17

**oh** 23:3 68:10

**okay** 6:12 8:8 9:6 13:4,9 18:11 19:17 21:15 23:3 26:10,24 29:2,5,18 30:8 34:19,21 35:16, 18 39:20 41:10, 12 43:9 49:17, 18 53:13 54:10

**on** 6:20 7:9,19, 24 8:6,7 9:4 11:4,22,23 12:24 14:3,25 15:8,9,11,13,16 16:22,23 19:19

21:5 22:12 25:12 26:17,21 27:3 28:10 29:7,16 33:11,22 34:10,23 35:4,6,10 38:4,23 39:22 40:4,24 41:14,22 42:9,17 44:8 45:9 46:12,16 49:14,21 50:10,21,23 51:18 52:6,7 54:15 55:9 59:16 64:22 65:4,6,13 67:21 68:21 69:6,10 70:10 71:19 72:2,24 73:7 75:25 76:11,24 77:11,19 78:9,15,16,19,25 79:9

**once** 31:9 41:7 46:10 57:18 63:3,22 72:12,15 77:12

**one** 13:14 16:22 17:12,13,17 18:12,16 23:10 24:5 37:5 40:25 49:7,8 50:3 54:4 60:7 66:22 67:6 79:22

**one-minute** 26:7

**ones** 42:2 56:5

**only** 10:7 11:16,19 12:4 15:18 19:2,6 41:25 42:13 50:7 60:17 61:10 66:22 67:6,17 70:7 79:10

**Ontario** 76:15

**onto** 27:23

**open** 15:17,21,23 18:25

**opened** 15:5 18:20 78:22

**opening** 79:12

**opposed** 27:7

**order** 10:25 12:8,9 26:18 36:11 44:3 51:13 54:15 72:11,15,19 74:2,5,8,9

**orders** 37:6

**organized** 47:13,16,22,25

**other** 13:25 14:13 19:8,9 23:7 31:6 37:2,4 62:4,9,19 63:2 66:23,24 68:5 70:21

**others** 30:17 33:13

**otherwise** 22:5 51:10

**our** 11:12 18:21 19:7,20 20:25 27:23 30:25 31:16 32:5 33:10,21 36:19 42:9 56:21 57:3,12,16,22 59:9,12,21,25 74:3,16,18 75:4 76:12

**ours** 58:25

**out** 9:15 12:24 14:19 22:16 28:9,19 40:14 45:3 51:13 75:17 76:11,24

**outer** 15:18 50:8,10

**outset** 57:11

**outside** 56:9

**outstanding** 54:18,21 59:11,24

**over** 7:14 15:20 36:7 38:2 40:14 44:7,10 46:23 49:18 54:14,25 77:2

**over-committing** 44:4

**overflow** 35:20 36:3,5,8,21 37:9,15

**overlap** 24:11

**oversees** 27:3,15

**owe** 46:19 48:9

**owed** 57:14 58:14 59:7

**P**

**p.m.** 65:15 68:14 69:6

**packaging** 76:19

**page** 7:18,19,24 8:6 13:6,7 14:19,25 15:21 19:13,19 21:11 26:3 28:23 30:5 34:13 35:12 41:6 43:6 44:8 46:9 49:13,14 50:21 65:10

**pages** 7:17

**paid** 46:17 48:8 58:13

**pallet** 16:22

**pallets** 76:9,14 77:25

**pandemic** 56:21,23,25 57:6 58:5,9

**Parkway** 74:12

**part** 18:13 72:22,23

**particular** 16:9

**parties** 32:20 62:19

**partner** 56:17

**party** 9:12,17,22 10:21 12:6,11,13,15,19 20:20 53:20,21 54:11,12 64:3 73:20 76:4

**pass** 27:24

**past** 9:10 22:14 43:22

**pay** 25:19 60:4

**paycheck** 59:19

**paying** 59:6

**payment** 47:11,20 48:4

**PCF** 76:23

**peak** 56:20,25

**people** 12:24 44:4 63:2 79:14

**per** 11:4

**percent** 41:22 52:9

**Perfect** 5:21,25 7:23

**perfectly** 7:22

**performance** 59:9,10,13,21,22

**person** 67:18 79:21

**personal** 60:12

**personally** 58:18 59:2,4

**Phillip** 64:19

**phone** 29:15 61:17 67:9,10,20,23,24 69:16,18 70:10 75:21

**photograph** 16:14 17:7 18:2

**photos** 16:4,7 18:13

**physically** 10:4

**pick** 20:22 21:2 22:18 25:4,9,21,25 27:8 28:3 31:11 36:12 38:18 40:21 42:2,13 43:23 44:2 51:20 76:14

**picked** 9:13 11:18 28:15

34:24 35:24 38:23 40:5 41:19 42:22 49:22 50:6,24 52:2

**picking** 21:3 22:15,20,22,24 27:5 38:5,13 39:23 42:3 61:24,25 66:9 73:19

**pickup** 9:12 37:21

**pickups** 61:8,14

**picture** 16:18

**pictures** 19:2,7 20:4

**piece** 73:12

**pieces** 36:12 78:7

**pilferage** 79:14

**places** 33:9

**please** 5:8 15:21 28:24 29:12 30:6 35:13 36:2 40:2 41:7 43:7 46:10 51:15 55:5

**PO** 54:16 73:21 74:2

**POD** 44:10

**POD's** 30:20

**point** 15:8 29:7 31:18 47:18 54:23

**policy** 56:21

**poses** 44:11

**possible** 44:14 45:6 49:10,12

**PPE** 64:10

**PPES** 13:18 22:15 57:21 58:8

**premise** 70:12

**preparation** 39:5

**prepay** 57:3

**pretty** 43:3

**prevents** 31:15
79:14

**price** 61:19,21

**pricing** 61:22

**printout** 7:5
22:2

**prior** 57:6

**probably** 24:25
25:3 27:4 36:5
45:25 54:5
77:23

**problems** 44:12

**procedure**
18:22

**process** 31:23
32:2 33:20
43:11,18 56:19
57:14 72:17
73:4

**produce** 39:17
41:2

**produced** 6:15
27:14 39:11,15
48:24

**product** 14:11
76:14

**production**
39:9

**products** 14:7
20:13 27:13
32:22

**profession**
72:23

**profit** 58:13,24
59:22

**proof** 10:8,12,23
11:6 71:21
72:13,16,19
77:8,14,15 78:8,
25

**proofs** 66:15

**protect** 75:4

**protects** 79:11

**protocol** 15:17

**prove** 78:20

**provide** 19:7
56:19 60:24
77:14

**provided** 10:15,
18 36:22 39:5,7
40:23,24 74:8

**provider** 38:17
41:24

**providing** 42:5

**Public** 5:4

**purchase** 54:14
74:2,5,7,9

**purpose** 45:12

**purposes** 56:23

**push** 24:21

**pushing** 25:3
62:24

**put** 11:22,23
64:21 71:19
75:18 77:11
78:19

**putting** 75:14

**Q**

**quality** 63:2,16

**question** 22:11
24:17 39:25
40:19 50:17

**questioned**
65:3

**questions**
60:14,17

**quick** 50:14
54:5

**quiet** 35:9

**quite** 8:13 22:13
23:5 32:18,25
36:19 40:18
58:17 62:22

**quote** 51:25

**R**

**RAKHUNOV**

13:2 17:5,18
19:24 34:6,12
39:12,15 40:15
42:24 45:10,17
47:7 48:2,11
52:20 54:6 58:6
62:21 64:16,23
71:18

**ranges** 33:12

**ranging** 23:25

**rather** 6:13

**re** 53:14,15

**read** 7:20,22,23
8:3 13:7 14:20
19:14 21:12,15
26:4 29:2 30:6
34:16 35:14
41:8 43:7 46:11
49:15 61:12
65:12,16

**reading** 13:8,24
26:8

**ready** 25:10,22,
23 26:5 28:24
30:7 34:17
35:14 41:8 43:8,
24 46:11,13

**real** 20:2 50:14
54:5 71:5

**really** 21:8
38:19 58:19
77:22

**reason** 7:13
17:2 21:3,4,25
40:8,17 44:22,
25 51:7 55:18

**reasons** 32:24

**recall** 8:10
14:10,13,16
15:9 21:20,24
29:10,14 30:2
33:3 40:16 46:4,
6,7,8,20 49:2
51:19,22 52:5
55:12,17,18,22,
23 56:2,4 62:3,
12,14 64:5,10,
11 65:24 66:2,
10 68:6 70:9,15,
20 71:15,17

**receipt** 77:16

**receivables**
59:12

**receive** 20:24
31:7 75:2

**received** 10:8,
16 33:16 54:17
59:25 77:13,16,
23,25 78:2,6,7

**receiving** 9:12,
17,22 10:21
12:6,10,13,15,
19 20:19 30:17
32:20 33:18
53:20 54:11,12
55:12 63:11
64:3 66:3 69:15
76:3

**recess** 50:15

**recognize** 72:6

**recollect** 24:16
30:18 34:25

**recollection**
18:19 21:18
24:18 28:10
29:6 34:4 35:3,
10 37:25 41:13
42:20 44:18
46:2 51:3 52:3
54:9 55:8 71:8

**record** 5:9 7:15
13:5 17:6 18:16

**records** 39:4
42:21 43:2 79:8

**refer** 36:20
79:19,25

**reference** 34:23
41:23 45:19
73:21 74:4

**references**
35:20 73:25

**referring** 9:8
24:24 30:13
32:8 34:2,5
37:11 38:2
47:18 52:4
66:20 68:13

**refers** 75:22
77:6 78:12

**reflect** 18:18

**regarding**
14:12 61:17
68:8

**regards** 55:9

**regular** 15:17

**related** 64:11
66:15

**relationship**
50:18 56:9,13
57:25 66:25

**relaying** 66:3

**releasing** 26:16

**relying** 41:17,22

**remember**
14:17 15:16
29:8 34:10
35:22 46:22
56:3 62:16 66:5
67:2,5 69:2,15,
17,20,22 70:11,
12,24,25 71:3,
12,13

**repeat** 27:10
31:19 39:25

**report** 11:25
12:20 40:23,25
41:16 45:14

**reporter** 6:8
16:17 17:10
18:5 48:19 53:6
71:24

**reports** 39:7,9
40:25 41:4

**represent** 6:14
64:17

**representative**
32:12

**research** 54:7
55:16

**resonate** 71:6

**Resource** 53:25

**respond** 51:16

**responding**
45:5

**responsible**
11:17,19 12:17
20:20 42:12

99Index: result–specs

59:24

result 59:5

return 20:17

review 7:12

RF 46:25 47:2

right 13:25 14:3
16:9 24:6 25:16
28:22 29:21
55:16 60:13
61:10 65:6 78:2

risk 42:17 56:23

road 78:15,16

Rock 6:15,20
11:15 13:14,17
14:8,12 16:24
20:25 23:10,20
36:11 38:24
39:6,17 40:11
41:2,20 42:21
45:4 46:18 47:2,
4,12 48:8,24
49:4 50:4 53:21
56:10 57:7,23
58:11 59:5 62:5,
8 64:8,17 66:25
74:4 75:3 76:13

Rosedale 5:13

running 47:15,
24 48:6 59:15

runs 25:20

S

said 11:21 12:8,
9 36:2,4 43:22
50:10 52:15
67:24 69:8
70:10

same 8:7 14:25
23:22 34:16
35:13 37:6,22
65:9 67:24
74:24 76:21

say 13:22 22:25
27:11 33:14
42:4 46:23
47:21 51:24
52:11,14 59:8
76:21

saying 15:2
45:5

says 8:22 12:11
15:4,20 26:15
29:24 37:8 44:8
49:21 50:22
51:12 52:7
53:15,24 54:13,
15,22 55:5
75:20 76:6
77:20 78:10
79:16

scenarios 9:16
37:2,4

scheduled
54:24

scratch 68:20

screen 5:22
14:2 64:22 65:6
71:20 72:2

screwed 34:3,4

scroll 9:2 14:22
19:15 21:14
26:5 28:25
34:18

scrolling 21:16
29:4 30:9 34:20
35:17 41:11

se 11:4

seal 77:5 78:10,
19,20,24 79:4,
11

second 14:23
31:14 50:23
54:4 61:11
68:19,21

section 68:18
76:5

sections 73:13

security 32:19,
23 57:11

see 5:22 6:9 7:4
8:22 13:10 15:2
16:4,18 18:6
19:18 22:6
24:20 26:15
29:23 32:4,15
37:18,23,24
43:10 44:16
46:14 48:20

49:24,25 53:7
55:2,3 65:5,7,
12,16,17,22
68:3,10 69:7,13
70:18 71:14,25
73:5,21 75:19
76:6 77:2,20
78:9,15 79:16

see9 75:3

seeing 14:3

seem 34:3

seems 45:13

seen 15:3

sell 14:8 70:13

seller 36:22
40:7,14

selling 23:9

send 22:18
25:13,20

sending 28:12
51:4

sense 34:22
77:17 78:22,23

sent 16:23,25
18:13 20:4 47:9
51:8

separate 49:21
50:23

services 42:6

several 30:14

share 5:21

she 14:14

shift 33:22

shipments
39:22 42:7
55:21,24 66:16

shipped 51:13
62:8

shipper 9:20,21
11:13 73:19
79:16

shipping 9:25
42:5 53:22 76:6

short 42:15
50:15

should 40:16
44:14 45:6

show 16:6
17:17,24 48:12

showed 17:12

showing 5:23

sign 56:17

signature 78:3,
6 79:15,19

signed 8:23 9:4
12:5,6,11 72:15

significantly
57:24 58:24

since 21:23

sir 10:14 16:20
64:4 66:2 67:17
68:4,9,16 69:4
72:8 73:2,23
74:10 76:7,17

situation 9:16
20:11 57:20
60:6 75:8

situations
37:15

size 47:24

skip 7:16,17
21:10 26:2
28:22 68:21

skipping 13:6

slash 54:19,23
72:14

slightly 64:24

small 7:21

smoothly 46:25

sold 14:12,14
38:6,8 45:4
62:4,18

some 15:22,23
16:6 18:20
30:16,18 32:21
33:3,8,13 36:21
37:9 44:11
51:20 60:21
75:16,19

somebody
32:17 59:15
63:21,24 69:23

should 40:16

someone 6:16,
19 13:10 31:22

something 9:14
29:20 62:2
76:22 78:9

Sometime 61:4

sometimes
57:3

somewhere
24:8

soon 44:12,13
45:6

sorry 13:4 16:8
29:22 54:10
56:6 68:22 71:3
74:20

sort 33:15

sorts 69:24

sounds 31:17
45:2

source 11:3

sourced 24:6
26:25 40:10

Southeast
27:16

speak 25:7

special 76:20

specialize
38:16

specific 8:14
13:20,22 14:6
20:10 22:16,18
27:18 29:8 30:3
31:7 36:17 37:7,
17 56:5,24
61:24 66:16
67:13 68:8
73:18

specifically
14:5 21:24
22:19 23:5
47:18 51:22
64:11 66:11
69:22 70:9,11,
15

specs 19:5,10
20:14 70:23

77:10

71:4

**Sperber** 5:7 6:2 16:12 17:11,23 18:15 26:9,11 39:8,14,20 48:14 52:24 60:13 65:10

**spoke** 45:21 67:22

**spoken** 61:23

**spreadsheet** 38:22

**stamp** 77:11 78:4

**stamps** 77:4

**start** 65:11

**starting** 57:19 65:14

**starts** 72:14

**state** 5:4,8 47:9

**States** 24:4 27:3 30:16

**station** 59:23

**station's** 59:10, 22

**status** 28:20

**stem** 34:2

**stern** 23:12,21 24:13 38:6 39:23 40:6 45:22 46:2 60:21 61:16 62:3,10 69:2,16 70:10,20 71:2,9

**still** 28:17 36:20 39:2 75:12

**strange** 69:8, 18,25

**strict** 33:13

**strictly** 38:17

**strike** 73:4

**subject** 53:14

**substance** 61:5,18

**substantive**

**such** 37:5

**sufficient** 17:20

**summary** 45:8

**supervise** 31:23,25

**supplied** 64:9

**supplier** 20:18 23:2,3 26:25 35:23 36:14 38:23 62:9 64:7 70:2 74:19,25 75:2,6 78:18 79:22

**suppliers** 13:15 36:17 40:10,19 50:4 62:13,15, 16,19,23

**supply** 44:5

**supplying** 13:17

**supposed** 9:13 11:23 12:9 51:20

**sure** 7:8 8:2,15, 18 9:10 14:23 17:11,23 19:12 23:13,16,19 26:9,22 32:11 34:9,21 38:4,7 39:3 40:3 42:19 43:2 45:20,23 46:12 47:16,20, 21 49:6,20 50:3 52:9,23 54:11 55:14 70:23

**surplus** 37:16

**sworn** 5:3

T

**take** 17:3,21 19:2 21:5 26:7 42:11,17 46:21 58:18 59:18 60:12 73:3,11, 15

**taken** 50:16

**takes** 30:21

**taking** 19:6

**talking** 13:3 14:5 30:24 46:2 52:13 59:3

**team** 63:2

**telephone** 34:8

**tell** 7:2 12:19 20:9 29:16,20 35:6,25 37:13 38:11 45:11 50:9 60:6 70:16

**tells** 42:12

**ten** 61:10

**terms** 61:14

**testified** 5:5 60:20

**text** 60:21 61:9, 17 65:5

**texts** 51:4,8 65:13

**than** 8:23 9:4 30:17 33:13 36:9 46:2 58:2, 12 62:4,9,19 66:24 68:5 70:22

**thank** 5:17 29:2 44:13 64:13,14, 20

**that's** 6:22 12:12,22 17:20 22:21 29:23 38:19 51:22 54:21 56:7 57:8 60:14 64:4,12 68:16 74:8,10 76:17 77:23

**their** 31:9,25 40:18 48:6,7 58:4 63:4 65:6 77:8,15

**them** 14:14 20:15,16 23:10 24:7 30:21 33:12 38:13,20 39:7 49:5 50:8, 10 56:19 67:18, 24,25 77:14

**then** 15:4 17:15 20:17 21:23

26:12 28:2 30:5 31:9 35:8 36:15 42:16 50:25 53:14,15 54:22 55:6 65:14 67:9 78:2,5

**there** 9:9,15 10:4 11:21 16:3 24:10,12 26:21 28:3 29:14 31:5, 13,16,17,22 32:5,12,17 33:3 34:8,23 36:5,15 38:2 39:16,21 40:3,16 41:16 43:14 44:16 50:18 51:21 52:8 54:22 55:6 62:15 68:10 72:10 73:5 75:21 77:3 78:2

**theresourcegro up.com.** 53:24

**these** 18:18 24:6 25:22 26:24 27:13,17, 19,21 32:23 35:19 36:18 40:9 41:4 51:4,8 54:25 55:20,24 58:17 60:7,12 66:15 69:11 70:21

**they** 8:22 9:4 11:11 12:2,3,4, 11 14:12 23:22, 24 28:8,14 31:8, 10 32:2,5,24 33:4,6,7,9,10, 11,16,17,18 39:6,10 40:18 43:21,24 44:5 47:16,21 48:9 52:12 54:11 57:10,14 58:14 60:3 63:3,7,10, 12,13,15,17 70:22 73:14 77:13,16

**they'd** 33:18

**they'll** 23:2

**they're** 25:24 28:17 40:11 47:14 51:5

74:24

**thing** 8:4 34:16 35:13 58:15 67:25

**things** 36:18 58:17 60:8,12

**think** 7:2 13:2 23:8 25:6 28:8, 11,13,17 34:3 40:17,19 41:21 43:15,20 46:20 47:12 52:15,21 58:22 60:14 67:17 68:10 71:11

**those** 15:4 16:7 24:11 32:8 38:12 39:9,16 60:22,24 61:5,6 62:13,24

**three** 28:12

**through** 7:23 19:14 21:12 26:4 27:24 28:24 30:6 34:16 35:14 41:8 43:7 46:11 49:16 56:18 65:15 73:3,11, 13,15

**throughout** 24:3 30:15

**time** 5:18,20 15:8 17:22 23:6, 8 25:7,19 29:7 31:7,18 43:16 44:21 56:8 57:2, 22 58:22 60:20 62:23 64:21 78:17

**times** 9:9 25:8 31:6,25

**today** 49:22 50:24 64:21 65:3 68:25

**told** 15:25 25:7 51:12 65:19 69:10 70:16,20, 23

**Tommy** 49:9

**too** 7:20 31:6

36:16,22 37:6 39:13

top 30:11 49:18

Topel 64:6

totally 43:12

toward 57:17

towards 9:3 15:21 37:18

track 38:22 40:7 41:18 42:7

tracked 44:14 45:7

trailer 31:9 65:21 78:16,19,21 79:23

trailers 31:21

transaction 13:20,23 14:6 30:3 37:14 43:21 61:18 68:9

transactional 61:13

transactions 21:23 28:3 56:4

transcript 7:9 29:17 35:25 38:4 51:23 52:7

transcripts 13:24

transparent 74:15

transportation 11:16,20 25:13 38:17 41:24 42:6 69:23 70:3 78:21

truck 9:5 11:23,24 19:20 22:18 25:14 27:23 28:18 31:4 32:14 33:17 54:20 70:6

trucker 12:20 15:23 24:25 25:2,21 30:25 31:5,16 33:8 50:9 77:13

trucker's 72:11

truckers 25:19 31:20 33:10

trucking 10:14,19,22 11:2,3,9,24 12:16 15:15 18:19 19:3 32:24 79:24

truckload 78:14

truckloads 54:21 55:7

trucks 16:23 28:13 49:22 50:24 79:13

truth 20:9

try 60:11 72:4 75:5

trying 11:8 25:4 36:11 40:13 45:2 47:20 48:4 75:17

twice 71:12

two 9:15,16

type 8:19,20 23:4 44:20 58:22 61:19 62:16 63:6 72:6

types 74:17

U

ultimately 10:16 11:6 59:13

uncollectible 59:11

under 76:18 77:19

Underneath 77:24

understand 11:9 77:5

understanding 7:3 15:16 22:10 23:24 57:5 58:3

Understood 30:4 56:7 75:7,15

unfortunately 40:8 46:25 65:9

unique 67:5

United 24:3 27:2 30:15

units 76:6

unless 20:21 52:12

unload 30:24 31:4 32:6 33:17

unloading 28:19,21 31:10

unquote 51:25

up 9:13 11:18 17:21 18:20,25 20:13,22 21:2,3 22:16,18,20,22,24 23:2 25:4,9,21,25 27:5,8 28:3,15 31:11 33:16 34:24 35:24 36:12 38:5,13,18,23 39:23 40:5,21 41:19 42:2,3,13,14,22 43:23 44:2,6,7,12 49:22 50:6,24 51:20 52:2 61:24,25 66:9 70:5,9 71:20 73:19 76:14 79:12

updated 45:14

upon 11:7 30:17 41:17 63:10

use 11:3 41:23 66:19 72:12 74:16

used 11:6 24:12,14

using 49:3

usually 20:14 21:6 30:25 56:16

V

value 42:18 61:22

various 73:5,13

vender 44:11

vendor 45:4

vendors 11:14

verified 15:4 79:5

verify 15:3,11 63:17

version 65:4 77:15

versus 11:23 42:10

very 8:20 30:19 43:17,19 44:3 56:9 69:8,18,25

Veterans 74:12

via 6:24 27:20 67:20

Vincent 53:11,17

W

wait 26:11 31:16 33:11 54:4

waiter 59:16

waiting 25:19,20

want 48:12 52:19 60:15 68:17 74:15

wanted 15:11 32:11

wants 60:7

warehouse 9:25 10:2,16 22:16,17,19,23 23:23 24:13 25:2,4,10 26:16 27:4,7,9,18,24 28:2,4 32:13 36:21,24 37:7,9,17 63:4,23 65:19 66:4,6,7,8,10,13,17 67:13,22 75:18 76:15

warehouses 23:25 24:11 27:14 30:19

wasn't 52:9 60:7

way 47:5 58:22 67:14 73:15

we'll 26:13 44:12

we're 7:19 8:6 12:9 21:3 22:15,24,25 25:24 28:19 42:3 49:14 50:21 61:4 71:20 73:19

We've 31:13

week 51:13

weight 77:19

Weiner 38:9 40:6 45:24 46:5 50:19

Welcome 73:8

well 9:9 10:11 22:12 23:7 37:2,5,8 52:14 59:15 64:20

were 8:3 9:8,25 20:21 22:6,11 23:9,20,22 26:24 27:4,5,21 28:14 29:11 33:3,6,9,18 38:11,13 39:21 40:4,5 42:6 43:21 44:4,5 45:2 47:21 49:3 50:6 51:20 52:13 55:21 61:6 62:18,23 63:3 66:8 68:24 70:22 71:4 74:22

what 5:11,23 8:23 9:4,7 11:13,17,18,22,23 12:5,6 13:16,19,23 14:7 15:7,24 17:24 20:6 24:23 26:20 28:10,14,15,20 29:7 30:13,24

31:4,8 33:18,25
34:5,22 35:4,10,
19 36:7,9,10
37:3 38:2,19,22
40:21 41:14
42:3,19,21
43:14 44:4
46:15 47:9,17
48:12 51:18,22
52:3,13,25
53:25 55:9
57:13 58:10,20
63:6,17,18,25
66:10 68:5
69:20 70:9,15,
25 71:4 72:9
73:14,24 74:11,
21 75:8,22 77:3,
6,16 78:12
79:19,25

what's 45:9
51:17

whatever
36:13,15 74:23

Whatsapp 6:5,
24 7:9 48:16,24
49:3

when 7:24 9:14
10:8 11:21
12:10,14,16
13:8,22 14:21
19:15 22:15,18,
21 25:23,24
27:7,17 28:24
30:7,23 31:5
32:5,8,13 33:16
34:2,17 35:14
36:20 38:12
41:8 43:8 46:11
47:9 49:2 66:19
78:7,15

whenever 26:5

where 8:22 9:11
11:4 15:2 19:19
22:6 24:20 25:8
26:15 29:23
30:20 31:18,19
32:4 33:4,10
34:23 37:8,15,
19,23 38:17
43:10 44:16
49:24 55:2
56:13,22 59:9,
16 73:19 76:6
79:16

whereupon 6:5
16:14 17:7 18:2
48:16 50:15
53:3 71:21

wherever 27:17

whether 18:19
27:16 52:9

which 17:12
22:13 25:14,17
38:23 45:4
62:16 72:18

while 25:5 26:7
28:9 30:21
32:13 33:6
61:11

who 6:19 10:12
12:20 13:13
15:13 22:7,20,
22,24 40:7,14,
18,22 50:2
53:16,19 63:2
64:9 66:5 67:11
75:24 76:8,23
78:6,24

who's 47:24

whole 16:3
43:11 57:14
58:15 67:6

whom 53:21

why 21:3 22:11
29:11 40:9,13,
17 45:15 52:18
58:4 75:17

winners 23:18,
22 24:14 62:10

with 5:22 6:16,
23 7:15 8:13
19:5 20:6,23
21:8,19 22:3,14,
23 23:5,6,14
29:20 30:19
31:2 35:22
41:16 45:21
46:3,5,7,8 47:19
48:6 49:3,5
51:15 56:10,16,
17,19 57:7,12,
23 60:21 61:16,
22 64:25 65:6,
21 66:22,25
67:3,6,10 68:2,
7,19,22 69:2

70:8 71:6,17
72:17,24 73:17
77:4 78:6

withdrawn
24:19

without 19:8
55:15

witness 5:3
50:12 64:14

worked 6:20

worker 66:8
67:12

world 73:8

would 7:11 8:21
10:5,7,9,10,12,
20,24 11:9,11,
12,24 12:2,4,12,
13,15,17,19,20
13:7 14:20
15:13 19:25
20:16,17,22
21:7,13 22:21
23:4 24:4,15
25:9,10,11,13,
14,17 27:12
32:2 33:5,14,17,
19 38:14,25
39:2 40:6 41:23
42:4,16 43:4,22,
24,25 49:16
50:7,9,20 55:24
56:18,22 57:2
58:7,10 59:8,9,
12,13,16,23
61:3,21 62:6
63:10,12,13,15,
17,24 66:14
70:2,5 72:12
74:4,7,25 75:2,
3,5,24 76:10
77:10,13,15
78:19,20 79:6,
10

wouldn't 12:3
21:8 42:16 48:3
51:10 67:2,5
71:6 79:8

wound 58:4

write 65:18,25
67:21 69:7
70:17 74:23

writes 19:19

written 79:9

wrote 24:20
28:8 30:12 32:4,
9 34:2 35:8
37:19 43:10
68:5 78:24

X

XDL 79:24

Y

Yani 18:10

Yeah 27:11 60:7

years 8:12,16
21:22 29:9 39:4
51:6 56:5

yes 5:19,24
6:11,18,22,25
8:5,25 9:23 10:3
12:15 13:9,12
14:24 15:6,25
16:5,20,25 18:8,
21 19:21 21:6,
15,17 22:9,12
23:13,16 24:4,
22 26:10,19
29:2,5 30:10
31:24 32:7,10,
15 33:13,19
34:15,19 35:16
36:17 37:24
38:7,10,25 41:4,
5,10,12 43:5,11,
13 44:3,17
46:12,14 47:3
48:22 49:6,17,
25 50:11 53:9,
18,23 55:3
57:12,24 58:2
59:8 61:13
62:11 63:5,11,
15,20 64:3,7
65:16,23 66:7,
12 69:4,14
70:19 71:17
72:8,21 73:8,23
74:22 76:7 77:7,
21 78:11 79:6,
18

yesterday
29:24

yet 16:10 36:6
58:13

Yikes 51:16

York 5:4,13 24:2

you're 7:24
24:24 26:5
28:24 30:7,13
34:17 35:14
41:8 43:8 46:11
47:21 60:3

your 5:8,11 14:9
15:13 18:18
22:2 42:20
46:24 54:8 58:3
59:19 61:18
63:13 64:21
65:8 68:6,20
69:5 71:8 72:2,
22,23 73:10
79:7

yourself 9:24

yup 73:9

Z

zoom 77:19