# Nitrile disposable Gloves | POWDER-FREE



**MEDCARE**
Medical protection

## QUALITY STANDARDS

- Conforms to EN455, EN 420, EN374-1, EN374-2:3019 and EN ISO 21420:2020
- Manufactured under QSR (GMP), ISO 9001:2015 Quality Management System

## GLOVE SIZES

- Small, Medium, Large, Extra-Large
- Size of gloves shall be marked in the check box on the shipping carton with black ink

## PRODUCT SPECIFICATIONS

| Type | Powdered & Powder-Free, Non-sterile |
|---|---|
| Material | 100% Nitrile Latex-Free |
| Colour | Blue |
| Design & Features | Powedered-Free: Polymer coated or online single chlorinated, offline double chlorinated, ambidextrous, finger textured or palm textured surface, beaded cuff |
| Storage | The gloves shall maintain their properties when stored in a dry condition. Avoid direct sunlight |
| Shelf-Life | 3 years from the date of manufacturing |



## PRODUCT SPECIFICATIONS

### Standard
### EN 455

| | | | |
|---|---|---|---|
| Length (mm) | Min 230, Min 240, 300 ± 10 | Min 220 (S) Min 230 (M, L, XL) | Min 240 |

**Palm Width (mm)**

| | | | |
|---|---|---|---|
| · S | 84 ± 3 | 80 ± 10 | 80 ± 10 |
| · M | 94 ± 3 | 95 ± 10 | 95 ± 10 |
| · L | 105 ± 3 | 110 ± 10 | 110 ± 10 |
| · XL | 113 ± 3 | 120 ± 10 | 2:110 |

**Thickness: Single Wall (mm)**

| | | | |
|---|---|---|---|
| · Finger | Min 0.08 -0.12 | Min 0.08 | N/A |
| · Palm | Min 0.05 -0.12 | Min 0.05 | N/A |

## PHYSICAL PROPERTIES

| Property | EN 455 | |
|---|---|---|
| **Tensile Strength (MPa)** | | |
| · Before Aging | 14 | N/A |
| · After Aging | 14 | N/A |
| **Elongation at Break(%)** | | |
| · Before Aging | Min 500 | N/A |
| · After Aging | Min 400 | N/A |
| **Median Force at Break (N)** | | |
| · Before Aging | N/A | Min 6 |
| · After Aging | N/A | Min 6 |

**MEDCARE**
Medical protection





**2020**

## CERTIFICATE OF REGISTRATION

This certifies that:

**DONGGUAN GRINVALD TECHNOLOGY CO. LTD**
**401, Building #3, No 4 Of Guangming New Village 2 Road**
**Dongcheng**
**Dongguan City Guangdong, CN 523000**

is registered with the U.S. Food and Drug Administration for FY 2020 pursuant to Title 21, 807 et seq. of the United States Code of Federal Regulations:

| | |
|---|---|
| Establishment Owner/Operator Number: | 10071856 |
| DUNS No.: | 55-453-3470 |
| Device Classification Name: | POLYMER PATIENT EXAMINATION GLOVE |
| Product Code: | LZA |
| Regulation Number: | 880.6250 |
| Official Correspondent and U.S. Agent: | **Registrar Corp** <br> 144 Research Drive, Hampton, Virginia, 23666, USA <br> Telephone: +1-757-224-0177 • Fax: +1-757-224-0179 |

Registrar Corp will confirm that such registration remains effective upon request and presentation of this certificate until the end of the year stated above, unless said registration is terminated after issuance of this certificate. Registrar Corp makes no other representations or warranties, nor does this certificate make any representations or warranties to any person or entity other than the named certificate holder, for whose sole benefit it is issued. This certificate does not denote endorsement or approval of the certificate-holder's device or establishment by the U.S. Food and Drug Administration. Registrar Corp assumes no liability to any person or entity in connection with the foregoing.

Pursuant to 21 CFR 807.39, "Registration of a device establishment or assignment of a registration number does not in any way denote approval of the establishment or its products. Any representation that creates an impression of official approval because of registration or possession of a registration number is misleading and constitutes misbranding."

The U.S. Food and Drug Administration does not issue a certificate of registration, nor does the U.S. Food and Drug Administration recognize a certificate of registration. Registrar Corp is not affiliated with the U.S. Food and Drug Administration.

**Registrar Corp**

144 Research Drive, Hampton, Virginia, 23666, USA
Telephone: +1-757-224-0177 • Fax: +1-757-224-0179
info@registrarcorp.com • www.registrarcorp.com

David Lennarz
Executive Director
Registrar Corp
Dated: July 13, 2020

©2005-2020 Registrar Corp

---



**Products**

**TÜVRheinland®**
Precisely Right.

| | | |
|---|---|---|
| Report No.: | 242122000-01a | Page 1 of 3 |
| Client: | Dongguan Grinvald Technology Co., Ltd. | |
| Contact Information: | 401 Building A 4th Floor, Dongguan Guangdong China 523000 | |
| Identification/ Model No(s): | MEDCARE NITRILE EXAMINATION GLOVES | |
| Sample Receiving date: | 2020-08-05 | |
| Sample Resubmitted date: | 2020-08-20 | |
| Testing Period: | 2020-08-05 to 2020-08-27 | |
| Delivery condition: | Apparent good, Samples tested as received | |

| Test Specification: | Test result: |
|---|---|
| 1. EN 455-1: 2000: Requirements for freedom from holes | PASS |

Other Information provided by client:
Grade: Examination Gloves Powder Free
Manufacture: Dongguan Grinvald Technology Co., Ltd.
Country of Origin: China

The report 242122000-01a supersede report 242122000-01 ( Revised Identification/Model No.(S) )

For and on behalf of
TÜV Rheinland Thailand Ltd.



| | |
|---|---|
| 2020-09-01 | Wilawan Sriphrom / Manager |
| Date | Name/Position |

Test result is drawn according to the kind and extent of tests performed. This test report relates to the above mentioned Test sample. Without permission of the test center this test report is not permitted to be duplicated in extracts. This test report does not entitle to carry any safety mark on this or similar products.

TÜV Rheinland Thailand Ltd. - Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate 123/1, Soi Chalongkrung 31, Lamplatew, Ladkrabang, Bangkok 10520 Thailand
Tel.: +66 (0) 2326-1333     Fax.: +66 (0) 2326-1334-5     Email: info@tha.tuv.com · Web:www.tuv.com

Products   TÜVRheinland®
Precisely Right.

**Test Report No.:** 242122000-01a    Page 2 of 3

### Sampling Information:

| | |
|---|---|
| Inspection Method: | No inspection |
| Inspection level: | N/A |
| AQL: | N/A |
| Sample size: | N/A |

### Material list:

| Material No. | Material | Color | Location |
|---|---|---|---|
| M001 | Nitrile Gloves | Blue | Refer to photo |

### Freedom from holes

Test method: With reference to EN 455-1: 2000

### Test result:

| Material No. | Gloves Size | Tested samples | No. of samples for Non-compliance | Conclusion |
|---|---|---|---|---|
| M001 | M | 200 pcs. | 1 | Pass |

### Remark:

1. All samples were selected and supplied by the client.
2. The batch size of the gloves supplied was not stated by the client. In accordance with BS EN 455-1, a batch size between 35,001 to 150,000 was chosen, and therefore 50 gloves per stage were tested for perforations using General Inspection Level I at an AQL of 1.5%. with reference to table, the result can be judged as above AQL 0.65.

| Stage No. | Cumulative no. tested | Accept | Reject |
|---|---|---|---|
| First | 50 | 0 | 4 |
| Second | 100 | 1 | 6 |
| Third | 150 | 3 | 8 |
| Fourth | 200 | 5 | 9 |
| Fifth | 250 | 9 | 19 |

---

Products   TÜVRheinland®
Precisely Right.

**Test Report No.:** 242122000-01a    Page 3 of 3

Sample photo



-END-

**SGS**

**Test Report**  No.: GZHL2008040822OT  Date: Aug 10, 2020  Page 4 of 23

**Sample Photo**



A

The statement of conformity in this test report is only based on measured values by the laboratory and does not take their uncertainties into consideration.

Ⅱ. The content of this part is extracted from the test report number GZHL2007037331OT.
1. SGS Ref No.: CAN20-117986

| Test Requested | Result |
|---|---|
| Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds | PASS |
| Entry 23 of Commission Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Cadmium and its compounds | PASS |
| Entry 50 of Commission Regulation (EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Polycyclic Aromatic Hydrocarbons (PAHs) | PASS |
| Entry 51 of Commission Regulation (EU) 2018/2005 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Phthalates | PASS |
| European Regulation POPs (EU) 2019/1021 - Alkanes C10-C13, chloro (short-chain chlorinated paraffins) (SCCPs) | PASS |



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention:To check the authenticity of testing / inspection report & certificate, please contact us at telephone:(86-755) 8307 1443, or email: CN.Doccheck@sgs.com
| 198 Kezhu Road,Scientech Park Guangzhou Economic & Technology Development District,Guangzhou,China 510663   t (86-20) 82155555  f (86-20) 82075191   www.sgsgroup.com.cn
SGS-CSTC Standards Technical Services Co., Ltd.   中国·广州·经济技术开发区科学城科珠路198号   邮编: 510663   t (86-20) 82155555  f (86-20) 82075191   e sgs.china@sgs.com
Guangzhou Branch

Member of the SGS Group (SGS SA)

---

**SGS**

**Test Report**  No.: GZHL2008040822OT  Date: Aug 10, 2020  Page 5 of 23

Test Results :

Test Part Description :

| SGS Sample ID | Description |
|---|---|
| CAN20-117986.001 | Blue soft plastic(glove) |

Remarks :
(1) 1 mg/kg = 0.0001%
(2) MDL = Method Detection Limit
(3) ND = Not Detected ( < MDL )
(4) "-" = Not Regulated

**Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds**

Test Method : SGS In-house method (GZTC CHEM-TOP-004-01, with reference to EPA 3052:1996), analysis was performed by ICP-OES.

| Test Item(s) | Limit | Unit | MDL | 001 |
|---|---|---|---|---|
| Lead (Pb) | 500 | mg/kg | 2 | ND |

**Entry 23 of Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Cadmium and its compounds**

Test Method : SGS In-house method (GZTC CHEM-TOP-004-01, with reference to US EPA Method 3052:1996), analysis was performed by ICP-OES.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Cadmium (Cd) | 7440-43-9 | 0.01 | %(w/w) | 0.0005 | ND |

**Entry 50 of Regulation(EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Polycyclic Aromatic Hydrocarbons (PAHs)**

Test Method : With reference to AfPS GS 2019:01 PAK, analysis was performed by GC-MS.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Benzo(a)anthracene(BaA) | 56-55-3 | 1.0 | mg/kg | 0.1 | ND |
| Chrysene(CHR) | 218-01-9 | 1.0 | mg/kg | 0.1 | ND |



Unless otherwise agreed in writing, this document is issued by the Company subject to its General Conditions of Service printed overleaf, available on request or accessible at http://www.sgs.com/Terms-and-Conditions.aspx and, for electronic format documents, subject to Terms and Conditions for Electronic Documents at http://www.sgs.com/en/Terms-and-Conditions/Terms-e-Document.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein. Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. This document cannot be reproduced except in full, without prior written approval of the Company. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law. Unless otherwise stated the results shown in this test report refer only to the sample(s) tested and such sample(s) are retained for 30 days only.
Attention:To check the authenticity of testing / inspection report & certificate, please contact us at telephone:(86-755) 8307 1443, or email: CN.Doccheck@sgs.com
198 Kezhu Road,Scientech Park Guangzhou Economic & Technology Development District,Guangzhou,China 510663   t (86-20) 82155555  f (86-20) 82075191   www.sgsgroup.com.cn
中国·广州·经济技术开发区科学城科珠路198号   邮编: 510663   t (86-20) 82155555  f (86-20) 82075191   e sgs.china@sgs.com

Member of the SGS Group (SGS SA)

# TECHNICAL REPORT

## WORK REQUESTED

Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8) were received by SATRA on 22 July 2020 for testing in accordance with EN ISO 21420: 2020 and EN 374-2: 2014.

## SAMPLE SUBMITTED



Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8).

## TESTING REQUESTED

EN ISO 21420: 2020 Clause 5.1 – Sizing and measurement of gloves
EN ISO 21420: 2020 Clause 5.2 – Dexterity
EN ISO 21420: 2020 Clause 4.2 – Innocuousness of protective gloves
EN 374-2: 2014 Clause 7.2 – Air leak
EN 374-2: 2014 Clause 7.3 – Water leak

## CONCLUSION

The samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8) were found to achieve the following results:

EN ISO 21420: 2020 Clause 5.1 – See below table
EN ISO 21420: 2020 Clause 5.2 – Level 5
EN ISO 21420: 2020 Clause 4.2* – Pass PAHs, DMFa and pH value
EN 374-2: 2014 Clause 7.2* – Pass
EN 374-2: 2014 Clause 7.3 – Pass

All tests marked * in this technical report were subcontracted to test facilities accredited to ISO/IEC 17025: 2017 by CNAS.

Detailed results are included on the following page(s)

Global Tooling Service S.R.O
SATRA Reference:   CHT0300498 /2030
Date:   4 August 2020   (Page 2 of 9)

Signed:
Technologist
China Testing

# TECHNICAL REPORT

## Testing

Testing was carried out in accordance with EN 374-2: 2014

Samples for testing were conditioned for at least 24 hours in a conditioned environment maintained at (23±2)°C and (50±5)% relative humidity.

## Requirements

Requirements for EN 374-2: 2014

| Clause 7.2 Air leak | No leak to be detected |
|---|---|
| Clause 7.3 Water leak | No leak to be detected |

## Test Results

EN 374-2: 2014 Test Results

| Clause / Test | Test Results | | UoM | Result |
|---|---|---|---|---|
| 7.2 Air leak test | Total air pressure used | 3.0 kPa | NA | Pass |
| | Sample size | Leaks | | |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |
| 7.3 Water leak test | Sample size | Leaks | NA | Pass |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |

*** End of Report ***

Global Tooling Service S.R.O
SATRA Reference:   CHT0300498 /2030
Date:   4 August 2020   (Page 7 of 9)

Signed:
Technologist
China Testing



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Public Health Service

 

                                                           Food and Drug Administration
                                                           10903 New Hampshire Avenue
                                                           Document Control Center - WO66-G609
                                                           Silver Spring, MD 20993-0002

March 9, 2016

Zhonghong Pulin Medical Products Co., Ltd.
c/o Mr. Chu Xiaoan
Room 1606 Bldg. 1, Jianxiang Yuan No. 209
Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K152712
    Trade/Device Name: Nitrile Powder Free Patient Examination Gloves, Blue Color
    Regulation Number: 21 CFR 880.6250
    Regulation Name: Patient Examination Glove
    Regulatory Class: Class I
    Product Code: LZA
    Dated: January 28, 2016
    Received: February 1, 2016

Dear Mr. Xiaoan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in

---

Page 2 - Mr. Xiaoan

the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address
http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to
http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address
http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

                                                  Sincerely yours,

                                                  Tejashri Purohit-Sheth, M.D.
                                  *Tejashri Purohit-Sheth, M.D.*   Clinical Deputy Director
                                                                        DAGRID/ODE/CDRH   FOR

Erin I. Keith, M.S.
Director
Division of Anesthesiology,
   General Hospital, Respiratory,
   Infection Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

| | DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration | Form Approved: OMB No. 0910-0120<br>Expiration Date: January 31, 2017 |
|---|---|---|
| | **Indications for Use** | See PRA Statement below. |

**510(k) Number** *(if known)*
K152712

**Device Name**
Nitrile Powder Free Patient Examination Gloves, Blue Color

**Indications for Use** *(Describe)*
Nitrile Powder Free Patient Examination Gloves, Blue Color is a non-sterile disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

**Type of Use** *(Select one or both, as applicable)*

☐ Prescription Use (Part 21 CFR 801 Subpart D)    ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

***DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

FORM FDA 3881 (8/14)        Page 1 of 1

| | powder | 2mg of residual powder | |
|---|---|---|---|
| Materials used to fabricate the devices | Nitrile | Nitrile | Substantially equivalent |
| Dusting or Donning Powder: name | PU | Polyurethane | Substantially equivalent |
| Compare performance data supporting substantial equivalence | Meets<br>ASTM D5151-06 (Reapproved 2011)<br>ASTM D6319-10<br>ASTM D6124-06 (Reapproved 2011) | Meets<br>ASTM D5151-06 (Reapproved 2011)<br>ASTM D6319-10<br>ASTM D6124-06 (Reapproved 2011) | Substantially equivalent |
| Single Patient Use | Single Patient Use | Single Patient Use | Substantially equivalent |
| Biocompatibility | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10:2002/Amd.1:2006<br><br>Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10: Third Edition 2010-08-01.<br><br>Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | Substantially equivalent |
| Labeling for the legally marketed device to which substantial equivalence is claimed. | -Powder Free<br>-Patient Examination Glove<br>-Single Use Only<br>- Manufactured For:<br>- Lot<br>-Blue color<br>- Non sterile | -Powder Free<br>-Patient Examination Glove<br>-Single Use Only<br>- Manufactured For:<br>- Lot<br>-Blue color<br>- Non sterile | Substantially equivalent |

**10.0  Substantial Equivalence Comparison:**

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color meet the ASTM standard or equivalent standard and FDA requirements for waterleak test on pinhole AQL., meet labeling claims.

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color is as safe, as effective, and performs as well as the predicate device, Nitrile Powder Free Patient Examination Gloves, Blue Color, Tangshan Zhonghong Pulin Plastic Co., Ltd.. K120970.




