**Gmail**

Joseph Weiner <hersheyweiner@gmail.com>

---

## Update schedule for April Medcare Nitra force
1 message

---

**Anna Grinvald** <anna@gts-hk.net>                  Thu, Apr 1, 2021 at 6:45 AM
To: Joseph Weiner <hersheyweiner@gmail.com>, "sh.chen.kenny" <sh.chen.kenny@tzlogistics.com>, Mendel Banon <mendelbanon@gmail.com>, kipodsagi <kipodsagi@gmail.com>, Sabrina Lee <sabrinalee-gts@hotmail.com>, yosi <yosi@gtsgroup.info>, andree <andree@gtsgroup.info>

Hi Hershey and Mendel,

Attached is the schedule for April from Langtai.
We guarantee the production on time.
**We need help with bookings for shipments fast.**

**Attached are inspection reports for this week 9 containers 270,000 Boxes ready to ship and Cici released bookings.**

**We have now 14 containers ready to ship and not picked up yet.**
**5 containers have S/O Already.**
**9 containers - do not have S/O yet.**

**For next week we have 26 containers for shipment - from next week we will have also an inspection on loading since we will have a CTS person in the factory full time.**

**In April only Langtai will ship 2,190 Boxes - Kenny we need your help also to ship it in April and not delay to May.**

**Factory agreed to ship from Shanghai.**

 With a smile,

Dr.Anna Grinvald
   CEO

**MED**CARE

**GTS Limited/Grinvald DG**

 401, Building #3, No 4 of Guangming New Village 2 Road，

Dongcheng, Dongguan City, Guangdong Province, China 523000

东莞市东城街道东城光明新村二路3栋401室（万航科技园内）

**Office +8676923326470/ Mobile +8613622617084 / Israeli Phone 03-6861649**

**Website: www.gtsgroup.info**

           **www.grinvaldfootwear.com**

           **www.medcaregloves.com**

**Skype  Anna-GTS / ron.grunwald**

**Before printing this email, please think about the environment**

**3 attachments**

 **Factory Order Schedule_20210401.xlsx**
29K

 **CT06487_20210331_LangTai_Kitchen Winner.pdf**
3091K

 **CT06524_20210401_LangTai_Kitchen Winner.pdf**
3184K

AKW_003175



| **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06524 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **1** of **29** |

| Client: | Global Tooling Service Ltd |
|---|---|
| Supplier Name: | Langtai |
| Factory Name: | Shandong Hongxin Chemicals Co.,Ltd |
| Inspection Service: | Final Random Inspection |
| P/O Number: | GTS |
| Style Number: | -- |
| P/O Quantity: | 15,000,000 Pieces |
| Color: | Blue |
| Destination Country: | -- |
| Inspection date: | Apr 1,2021 |
| Product Description: | Synthetic nitrile examination gloves |
| Place of Inspection: | Zibo,Shandong,China |

The inspection results of the above mentioned merchandise were found as follows:

| | Description | Passed | Failed | Pending | N.A. | Remark |
|---|---|---|---|---|---|---|
| 1 | Quantity Available | X | | | | |
| 2 | Workmanship for product | X | | | | |
| 3 | On-site tests | X | | | | |
| 4 | Specification | X | | | | |
| 5 | Packing | X | | | | |
| 6 | Marking & Labeling | X | | | | |
| 7 | Data Check | X | | | | |

| OVERALL CONCLUSION: | PASSED | | |
|---|---|---|---|
| Inspector(s)Arrived Time: | 8:30 AM | Inspector(s) Departure Time: | 16:30 PM |
| Inspector(s) Name: | | Domonic Tang & Boris Wang | |
| Report reviewer: | | Lucas Yang | |

| Note: | |
|---|---|
| 1 | No G.W. and N.W on master carton for reference. |
| 2 | No submitted sample provided by factory for inspection comparison. |
| 3 | The selected cartons were not repacked immediately because there's not enough people on site. |



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **2** of **29** |

## INSPECTION RESULTS:

The inspection results were found as follows:

## 1) : QUANTITY AVAILABLE:

### A: Quantity details

| Quantity | | | | | | | | Unit:Pieces |
|---|---|---|---|---|---|---|---|---|
| P.O No. | Size | Order Qty | CTN Qty | Sample size | | Quantity Breakdown | | |
| | | | | Packed | Unpacked | Unfinished | Packed | Unpacked |
| GTS | S | 500000 | 500 | 17 | 0 | 0 | 500000 | 0 |
| | M | 6000000 | 6000 | 200 | 0 | 0 | 6000000 | 0 |
| | L | 8000000 | 8000 | 266 | 0 | 0 | 8000000 | 0 |
| | XL | 500000 | 500 | 17 | 0 | 0 | 500000 | 0 |
| | | | | | | | | |
| | Total | 15000000 | 15000 | 500 | 0 | 0 | 15000000 | 0 |

### B: Random selected carton number

| P.O No. | Size | Ctn Qty | | | CTN NO. |
|---|---|---|---|---|---|
| GTS | S | 4 | -- | -- | |
| | M | 49 | -- | -- | |
| | L | 60 | -- | -- | |
| | XL | 4 | -- | -- | |
| Note: | No Carton number carton marked on master carton. | | | | |

## 2) WORKMANSHIP for PRODUCT:

| Inspection Standard:  ANSI/ASQ Z1.4 | | Defects | | |
|---|---|---|---|---|
| | | Critical | Major | Minor |
| Sampling Plan: | General | AQL: | 0 | 2.5 | 4.0 |
| Inspection Level: | Level II | Actual Found: | 0 | 5 | 7 |
| Sample Size: | 500 Pieces | Max.Allow: | 0 | 21 | 21 |
| Order Quantity: | 15000000 Pieces | **Result:** | **Within AQL** | | |
| Available Quantity: | 15000000 Pieces | | | | |

Workmanship Defects/Function Inspection Finding

| P.O No. | Description | Cr | Ma | Mi |
|---|---|---|---|---|
| GTS | Obviously Untrimmed material at product | 0 | 3 | 0 |
| | Obviously color stain at product | 0 | 1 | 0 |
| | Oil mark at product | 0 | 1 | 0 |
| | Black spot at product | 0 | 0 | 3 |
| | Dirty mark at product | 0 | 0 | 3 |
| | Blue spot at product | 0 | 0 | 1 |
| | **Total  defect  found:** | 0 | 5 | 7 |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **3** of **29** |

| DEFECT PHOTOS |
|---|

| Defect - Obviously Untrimmed material at product -Ma | Defect - Obviously Untrimmed material at product -Ma |
|---|---|

| Defect - Obviously Untrimmed material at product -Ma | Defect - Obviously color stain at product -Ma |
|---|---|

| Defect - Oil mark at product – Ma | Defect - Black spot at product – Mi |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **4** of **29** |



| Defect - Black spot at product – Mi | Defect - Black spot at product – Mi |
|---|---|
| Defect - Dirty mark at product - Mi | Defect - Dirty mark at product - Mi |
| Defect - Dirty mark at product - Mi | Defect - Blue spot at product – Mi |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **5** of **29** |

 

### 3) On-site Tests:

| No. | Description | Sample size | Result |
|---|---|---|---|
| 1 | Transportation drop check on master carton | 1 carton | Passed |
| 2 | Size measurement | 5 pieces/size | Passed |
| 3 | Function &Performance check | 5 pieces/size | Passed |
| 4 | Fitting check | 5 pieces/size | Passed |
| 5 | Pulling test | 5 pieces/size | Passed |
| 6 | Smell test | 5 pieces/size | Passed |
| 7 | The Window of gift box using function test | 5 pieces | Passed |
| 8 | The water leaking test | 5 pieces/size | Passed |
| 9 | Barcode check | 50 samples | Passed |

### 4) SPECIFICATION

| Description | Findings |
|---|---|
| Check against order | |
| The inspected samples were found similar to the description of order | -- |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| Check against sample | -- |
| The inspected samples were found similar to conformity sample submitted by Factory | -- |
| No conformity sample was provided by client or supplier for style & color comparison | X |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| **Description** | **Provided By** |
| The inspected samples were consistent with | |
| - Purchase Order | -- |
| - Performa Invoice | Client |
| - Specification | -- |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **6** of **29** |

| | |
|---|---|
| - Submitted sample | -- |
| - Digital photo | -- |
| Instruction manual and documentation check | -- |
| - The components of inspected samples were compared with the provided CDF. | -- |

## 5) PACKAGING:

| Export Carton Details | | | |
|---|---|---|---|
| Fastening Metal Staples | X | New or Used | New |
| Material | Cardboard | Seal band | X |
| Nailing or Not | X | X | X |
| Packing method | | | |
| 1 | One Hundred(100) pieces packed into a gift box. | | |
| 2 | Ten(10) piece gift boxes packed into a double-wall corrugated master carton sealed with gummed tape. | | |
| 1 | One Thousand (1000) pieces packed into a double-wall corrugated master carton sealed with gummed tape. | | |

## 6) MARKING & LABELING:

| Barcode/Labelling/Printing | | |
|---|---|---|
| <u>Description</u> | <u>Location</u> | <u>Result</u> |
| Barcode | Color box | Passed |
| Label | -- | -- |
| Logo | Master carton/Color box | Passed |
| Content of instruction | Master carton/Color box | Passed |
| Printing | Master carton/Color box | Passed |
| Shippint Marks | | |
| Shipping Marks (on 2 side(s)) | | Passed |
| Side Marks    (on 2 side(s)) | | Passed |
| Inner Box Marks (on__side(s)) | | -- |
| Colour Box Marks (on 6 side(s)) | | Passed |

## 7) DATE CHECK
### A: Carton check

| PO No. | Size | Carton size(cm) | Carton weight(kg) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 34x26x25 | 5.65 | 4250368561224 | 4250368561224 |
| | M | | 6.075 | 4250368561231 | 4250368561231 |
| | L | | 6.6 | 4250368561248 | 4250368561248 |
| | XL | | 7.09 | 4250368561255 | 4250368561255 |

|  | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **7** of **29** |

B: Color Box check

| PO No. | Size | Box size(cm) | Box weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 23.5x12.5x6.5 | 535.91 | 4250368560654 | 4250368560654 |
| | M | | 578.92 | 4250368560661 | 4250368560661 |
| | L | | 632.74 | 4250368560678 | 4250368560678 |
| | XL | | 677.98 | 4250368560685 | 4250368560685 |

C: Product check

| PO No. | Size | Product size(cm) | Product weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 23.5x8.5 | 4.7/4.7/4.89/4.75/4.79 | -- | -- |
| | M | 23.7x9.3 | 5.31/5.31/5.31/5.19/5.33 | -- | -- |
| | L | 24x10.4 | 6.02/5.7/5.7/5.86/5.78 | -- | -- |
| | XL | 24x11.3 | 6.27/6.27/6.22/6.04/6.13 | -- | -- |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **8** of **29** |

| POTOS ATTACHMENT | |
|---|---|
| Carton view | Shipping mark on 2 wider sides view |
|  |  |
| Top side view | Shipping mark on 2 narrower sides view for S |
|  |  |
| Barcode check | Shipping mark on 2 narrower sides view for M |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **9** of **29** |





| Barcode check | Shipping mark on 2 narrower sides view for L |
|---|---|





| Barcode check | Shipping mark on 2 narrower sides view for XL |
|---|---|





| Barcode check | Open carton |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **10** of **29** |



3PLY



Color box view



Color box view for S



Color box view for S



Color box view



Color box view for S



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **11** of **29** |



| Color box view | Color box view |
|---|---|
| Color box view | Color box view |
| Color box view for S | Barcode check |



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **12** of **29** |



Color box view for M



Color box view for M



Color box view for M



Color box view for M



Barcode check



Color box view for L



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **13** of **29** |



Color box view for L



Color box view for L



Color box view for L



Barcode check



Color box view for XL



Color box view for XL



| **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06524 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **14** of **29** |



Color box view for XL



Color box view for XL



Barcode check



Certificate inside carton



Open color box



Packing method



| INSPECTION REPORT | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06524 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **15** of **29** |



Product view



Product view



Master carton size check for length - 34cm



Master carton size check for length - 34cm



Master carton size check for width - 26cm



Master carton size check for width - 26cm



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **16** of **29** |



Master carton size check for height - 25cm

Master carton size check for height - 25cm

Gift boxsize - 23.5cm

Gift box size - 12.5cm

Gift box size - 6.5cm

Product width for S - 23.5cm



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **17** of **29** |



Product width for S - 8.5cm



Product width for M - 23.7cm



Product width for M - 9.3cm

Product length for L - 23.8cm



Product width for L - 10.4cm



Product length for XL - 24cm



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **18** of **29** |



Product width for XL - 11.3cm



Product thickness check for S



Product thickness check for S

Product thickness check for S



Product thickness check for M



Product thickness check for M



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **19** of **29** |



Product thickness check for M



Product thickness check for L



Product thickness check for L



Product thickness check for L



Product thickness check for XL



Product thickness check for XL



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **20** of **29** |



Product thickness check for XL



Carton weight check for S



Carton weight check for M



Carton weight check for L



Carton weight check for XL



Color box weight check for S



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **21** of **29** |



Color box weight check for M



Color box weight check for L



Color box weight check for XL



Unit weight check for S

Unit weight check for S



Unit weight check for S



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **22** of **29** |



Unit weight check for S



Unit weight check for S



Unit weight check for M



Unit weight check for M



Unit weight check for M



Unit weight check for M



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **23** of **29** |



Unit weight check for M



Unit weight check for L



Unit weight check for L



Unit weight check for L



Unit weight check for L



Unit weight check for L



| | INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT06524 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **24** of **29** |



Unit weight check for XL



Unit weight check for XL



Unit weight check for XL



Unit weight check for XL



Unit weight check for XL



Smell check



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **25** of **29** |



Carton drop test



Carton drop test



Opening check



Opening check



Water leaking test



Water leaking test



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **26** of **29** |



Water leaking test



Water leaking test



Fitting test



Fitting test




Pulling test



Pulling test



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **27** of 29 |





| Pulling test | Pulling test |
|---|---|





| Pulling test | Pulling test |
|---|---|





| Pulling test | Pulling test |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 1 APRIL | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06524 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **28** of **29** |





| Goods in warehouse | Goods in warehouse |
|---|---|





| Goods in warehouse | Goods in warehouse |
|---|---|





| Goods in warehouse | Goods in warehouse |
|---|---|



| INSPECTION REPORT | Report Date: | 1 APRIL | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06524 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **29** of **29** |

 



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **1** of **28** |

| Client: | Global Tooling Service Ltd |
|---|---|
| Supplier Name: | Langtai |
| Factory Name: | Shandong Hongxin Chemicals Co.,Ltd |
| Inspection Service: | Final Random Inspection |
| P/O Number: | GTS |
| Style Number: | -- |
| P/O Quantity: | 12,000,000Pieces |
| Color: | Blue |
| Destination Country: | -- |
| Inspection date: | Mar 31,2021 |
| Product Description: | Synthetic nitrile examination gloves |
| Place of Inspection: | Zibo,Shandong,China |

The inspection results of the above mentioned merchandise were found as follows:

| | Description | Passed | Failed | Pending | N.A. | Remark |
|---|---|---|---|---|---|---|
| 1 | Quantity Available | X | | | | |
| 2 | Workmanship for product | X | | | | |
| 3 | On-site tests | X | | | | |
| 4 | Specification | X | | | | |
| 5 | Packing | X | | | | |
| 6 | Marking & Labeling | X | | | | |
| 7 | Data Check | X | | | | |

| OVERALL CONCLUSION: | | PASSED | | |
|---|---|---|---|---|
| Inspector(s)Arrived Time: | 8:00 AM | Inspector(s) Departure Time: | | 16:30 PM |
| Inspector(s) Name: | | Domonic Tang & Boris Wang | | |
| Report reviewer: | | Lucas Yang | | |

| Note: | |
|---|---|
| 1 | No G.W. and N.W on master carton for reference. |
| 2 | No submitted sample provided by factory for inspection comparison. |
| 3 | The selected cartons were not repacked immediately because there's not enough people on site. |



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **2** of **28** |

## INSPECTION RESULTS:

The inspection results were found as follows:

## 1) : QUANTITY AVAILABLE:

A: Quantity details

| Quantity | | | | | | | | Unit:Pieces |
|---|---|---|---|---|---|---|---|---|
| P.O No. | Size | Order Qty | CTN Qty | Sample size | | Quantity Breakdown | | |
| | | | | Packed | Unpacked | Unfinished | Packed | Unpacked |
| GTS | S | 400000 | 400 | 17 | 0 | 0 | 400000 | 0 |
| | M | 4800000 | 4800 | 200 | 0 | 0 | 4800000 | 0 |
| | L | 6400000 | 6400 | 266 | 0 | 0 | 6400000 | 0 |
| | XL | 400000 | 400 | 17 | 0 | 0 | 400000 | 0 |
| | | | | | | | | |
| | Total | 12000000 | 12000 | 500 | 0 | 0 | 12000000 | 0 |

B: Random selected carton number

| P.O No. | Size | Ctn Qty | | | CTN NO. |
|---|---|---|---|---|---|
| GTS | S | 4 | -- | -- | |
| | M | 44 | -- | -- | |
| | L | 58 | -- | -- | |
| | XL | 4 | -- | -- | |
| Note: | No Carton number carton marked on master carton. | | | | |

## 2) WORKMANSHIP for PRODUCT:

| | | | Defects | | |
|---|---|---|---|---|---|
| **Inspection Standard:** ANSI/ASQ Z1.4 | | | Critical | Major | Minor |
| Sampling Plan: | General | AQL: | 0 | 2.5 | 4.0 |
| Inspection Level: | Level II | Actual Found: | 0 | 1 | 6 |
| Sample Size: | 500 Pieces | Max.Allow: | 0 | 21 | 21 |
| Order Quantity: | 12000000 Pieces | **Result:** | **Within AQL** | | |
| Available Quantity: | 12000000 Pieces | | | | |

Workmanship Defects/Function Inspection Finding

| P.O No. | Description | Cr | Ma | Mi |
|---|---|---|---|---|
| GTS | Obviously Untrimmed material at product | 0 | 1 | 0 |
| | Black spot at product | 0 | 0 | 3 |
| | Blue spot at product | 0 | 0 | 2 |
| | Dirty mark at product | 0 | 0 | 1 |
| | | | | |
| | **Total defect found:** | 0 | 1 | 6 |



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **3** of **28** |



DEFECT PHOTOS

| Defect - Obviously Untrimmed material at product -Ma | Defect - Black spot at product – Mi |
|---|---|
| Defect - Black spot at product – Mi | Defect - Black spot at product – Mi |
| Defect - Blue spot at product – Mi | Defect - Blue spot at product – Mi |



| **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06487 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **4** of **28** |




| Defect - Dirty mark at product - Mi | N/A |
|---|---|



N/A

### 3) On-site Tests:

| No. | Description | Sample size | Result |
|---|---|---|---|
| 1 | Transportation drop check on master carton | 1 carton | Passed |
| 2 | Size measurement | 5 pieces/size | Passed |
| 3 | Function &Performance check | 5 pieces/size | Passed |
| 4 | Fitting check | 5 pieces/size | Passed |
| 5 | Pulling test | 5 pieces/size | Passed |
| 6 | Smell test | 5 pieces/size | Passed |
| 7 | The Window of gift box using function test | 5 pieces | Passed |
| 8 | The water leaking test | 5 pieces/size | Passed |
| 9 | Barcode check | 50 samples | Passed |



| | INSPECTION REPORT | Report Date: | 31 MARCH | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT06487 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **5** of **28** |

## 4) SPECIFICATION

| Description | Findings |
|---|---|
| Check against order | |
| The inspected samples were found similar to the description of order | -- |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| Check against sample | -- |
| The inspected samples were found similar to conformity sample submitted by Factory | -- |
| No conformity sample was provided by client or supplier for style & color comparison | X |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| Description | Provided By |
| The inspected samples were consistent with | |
| - Purchase Order | -- |
| - Performa Invoice | Client |
| - Specification | -- |
| - Submitted sample | -- |
| - Digital photo | -- |
| Instruction manual and documentation check | -- |
| - The components of inspected samples were compared with the provided CDF. | -- |

## 5) PACKAGING:

| Export Carton Details | | | |
|---|---|---|---|
| Fastening Metal Staples | X | New or Used | New |
| Material | Cardboard | Seal band | X |
| Nailing or Not | X | X | X |
| Packing method | | | |
| 1 | One Hundred(100) pieces packed into a gift box. | | |
| 2 | Ten(10) piece gift boxes packed into a double-wall corrugated master carton sealed with gummed tape. | | |
| 1 | One Thousand (1000) pieces packed into a double-wall corrugated master carton sealed with gummed tape. | | |

## 6) MARKING & LABELING:

| Barcode/Labelling/Printing | | |
|---|---|---|
| Description | Location | Result |
| Barcode | Color box | Passed |
| Label | -- | -- |
| Logo | Master carton/Color box | Passed |
| Content of instruction | Master carton/Color box | Passed |



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **6** of **28** |

| Printing | Master carton/Color box | Passed |
|---|---|---|
| Shippint Marks | | |
| Shipping Marks (on 2 side(s)) | | Passed |
| Side Marks    (on 2 side(s)) | | Passed |
| Inner Box Marks (on__side(s)) | | -- |
| Colour Box Marks (on 6 side(s)) | | Passed |

## 7) DATE CHECK

### A: Carton check

| PO No. | Size | Carton size(cm) | Carton weight(kg) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 34x26x25 | 5.725 | 4250368561224 | 4250368561224 |
| | M | | 6.095 | 4250368561231 | 4250368561231 |
| | L | | 6.595 | 4250368561248 | 4250368561248 |
| | XL | | 7.26 | 4250368561255 | 4250368561255 |

### B: Color Box check

| PO No. | Size | Box size(cm) | Box weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 23.5x12.5x6.5 | 542.76 | 4250368560654 | 4250368560654 |
| | M | | 594.61 | 4250368560661 | 4250368560661 |
| | L | | 651.12 | 4250368560678 | 4250368560678 |
| | XL | | 694.46 | 4250368560685 | 4250368560685 |

### C: Product check

| PO No. | Size | Product size(cm) | Product weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| GTS | S | 23.5x8.5 | 5.1/5.08/4.84/4.89/4.81 | -- | -- |
| | M | 23.7x9.3 | 5.51/5.41/5.36/5.26/5.26 | -- | -- |
| | L | 24x10.4 | 6.13/6.22/6.16/5.79/6.22 | -- | -- |
| | XL | 24x11.3 | 6.51/6.53/6.35/6.67/6.45 | -- | -- |



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **7** of **28** |

| POTOS ATTACHMENT | |
|---|---|
| Carton view | Shipping mark on 2 wider sides view |
|  |  |
| Top side view | Shipping mark on 2 narrower sides view for S |
|  |  |
| Barcode check | Shipping mark on 2 narrower sides view for M |

CTS-INSPECTION SERVICES CO., LTD
Tel: +86 571 8628 3561 Fax: +86 571 8863 2737      E-mail: CTS@CTS-Inspection.com
CTS-Inspection Copyright © All Rights Reserved



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **8** of **28** |



| Barcode check | Shipping mark on 2 narrower sides view for L |
|---|---|




| Barcode check | Shipping mark on 2 narrower sides view for XL |
|---|---|





| Barcode check | Open carton |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **9** of **28** |



3PLY



Color box view



Color box view for S



Color box view for S



Color box view



Color box view for S



| INSPECTION REPORT | Report Date: | 31 MARCH | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06487 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **10** of **28** |



| Color box view | Color box view |
|---|---|
| Color box view | Color box view |
| Color box view for S | Barcode check |



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **11** of **28** |



Color box view for M



Barcode check



Color box view for M



Color box view for M



Barcode check



Color box view for L



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **12** of **28** |



Color box view for L



Color box view for L



Color box view for L



Barcode check



Color box view for XL



Color box view for XL



| **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06487 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **13** of **28** |



Color box view for XL



Color box view for XL



Barcode check



Certificate inside carton



Open color box



Packing method



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **14** of **28** |



Product view



Product view



Master carton size check for length - 34cm



Master carton size check for length - 34cm



Master carton size check for width - 26cm



Master carton size check for width - 26cm



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **15** of **28** |



| Master carton size check for height - 25cm | Master carton size check for height - 25cm |
|---|---|




| Gift boxsize - 23.5cm | Gift box size - 12.5cm |
|---|---|




| Gift box size - 6.5cm | Product width for S - 23.5cm |
|---|---|



| **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06487 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **16** of **28** |



Product width for S - 8.5cm



Product width for M - 23.7cm



Product width for M - 9.3cm

Product length for L - 24cm



Product width for L - 10.4cm



Product length for XL - 24cm



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **17** of **28** |



Product width for XL - 11.3cm



Product thickness check for S



Product thickness check for S



Product thickness check for S



Product thickness check for M

Product thickness check for M



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **18** of **28** |



Product thickness check for M



Product thickness check for L



Product thickness check for L



Product thickness check for L



Product thickness check for XL



Product thickness check for XL



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **19** of **28** |



Product thickness check for XL



Carton weight check for S



Carton weight check for M



Carton weight check for L



Carton weight check for XL



Color box weight check for S



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **20** of **28** |



Color box weight check for M



Color box weight check for L



Color box weight check for XL



Unit weight check for S



Unit weight check for S



Unit weight check for S



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **21** of **28** |



Unit weight check for S



Unit weight check for S



Unit weight check for M



Unit weight check for M



Unit weight check for M



Unit weight check for M



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **22** of **28** |



Unit weight check for M



Unit weight check for L



Unit weight check for L



Unit weight check for L



Unit weight check for L



| INSPECTION REPORT | Report Date: | 31 MARCH | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT06487 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **23** of **28** |



Unit weight check for XL

Unit weight check for XL





Unit weight check for XL

Unit weight check for XL





Unit weight check for XL

Smell check



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **24** of **28** |



Carton drop test



Carton drop test



Opening check



Opening check



Water leaking test



Water leaking test



| | INSPECTION REPORT | Report Date: | 31 MARCH | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT06487 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **25** of **28** |



Water leaking test



Water leaking test



Water leaking test



Water leaking test



Fitting test



Fitting test



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **26** of **28** |



Pulling test



Pulling test



Pulling test



Pulling test



Pulling test



Pulling test



| **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT06487 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **27** of **28** |



| Pulling test | Pulling test |
|---|---|



| Goods in warehouse | Goods in warehouse |
|---|---|



| Goods in warehouse | Goods in warehouse |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 31 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT06487 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **28** of **28** |

