**To:** Brooke McKinley[Brooke McKinley]
**From:** Vincent Moccio
**Sent:** 2021-06-14T20:28:56Z
**Importance:** Normal
**Subject:** Re: MedCare 3PL Gloves
**Received:** 2021-06-14T20:28:56Z

We are about to roll out a large burn down plan for the MedCare gloves in specific. I am interested to know what they didn't like... lots of folks have received these gloves.
Also, yes, there are many different glove brands for you all at B51. See below.

| | | | | |
|---|---|---|---|---|
| AENAMZNGLVXL | B51 | CS | 77 | NITRILE EX |
| AENINTCOMED | B51 | CS | 77 | |
| AENINTCOLG | B51 | CS | 77 | |
| AENMDCOREMED | B51 | CS | 77 | |
| AENMDCORELG | B51 | CS | 77 | |
| AENNCSLG | B51 | CS | 77 | |
| AENRESTOGLXL | B51 | CS | 77 | RESTOR |
| AENMDCOREXLG | B51 | CS | 77 | |
| AENINTCOXLG | B51 | CS | 77 | |
| AENFLXLG | B51 | CS | 77 | |
| AENFLXMED | B51 | CS | 77 | |
| AENMDCORESM | B51 | CS | 77 | |
| AENNCSXL | B51 | CS | 77 | |
| AENNCSMED | B51 | CS | 77 | |
| AENTCHFLXSM | B51 | CS | 77 | |
| AENRESTOGLL | B51 | CS | 77 | RESTOR |
| AENTCHFLXLG | B51 | CS | 77 | |
| AENWESHLDGVS | B51 | CS | 77 | GLOVE NITRI |
| AENFLXXL | B51 | CS | 77 | |
| AENRESTOGLXXL | B51 | CS | 77 | RESTOR |
| AENWESHLDGVL | B51 | CS | 77 | GLOVE NITRILE |
| AENNCSSM | B51 | CS | 77 | |
| AENTCHFLXMD | B51 | CS | 77 | |
| AENWESHLDGVM | B51 | CS | 77 | GLOVE NITRILE N |

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Mon, Jun 14, 2021 at 3:25 PM Brooke McKinley <brooke.mckinley@ascension.org> wrote:

Because I'm hoping they AREN'T stocked ????  Just trying to get a read on if we can expect these regularly.

Are there any other brands of Mediums available that we can send to West? I know Rutherford received these as well and I haven't heard of any complaints.

On Mon, Jun 14, 2021 at 3:22 PM Vincent Moccio <vincent.moccio@theresourcegroup.com> wrote:

If they aren't a fan why do you want to know if they are in stock? Lol, so confused.
The medium size is at B51. There are some at C89 Jeffersonville as well.

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Mon, Jun 14, 2021 at 3:20 PM Brooke McKinley <brooke.mckinley@ascension.org> wrote:

Hi Vince!
Are you able to see if B51 has any of the "MedCare" Nitra Force branded gloves in stock? We have rarely received complaints about the 3PL Gloves - but West is not a fan of this paticular glove.

| Item ID | Description | Description 1 | Mfg Itm ID |
|---|---|---|---|
| 000000000000280946 | GLOVES ROCK FINTEK MEDCORE NITRAFORCE MED 100/BX | MEDLINE INDUSTRIES INC | AENMDCOREMED |
| 000000000000280947 | GLOVES ROCK FINTEK MEDCORE NITRAFORCE SML 100/BX | MEDLINE INDUSTRIES INC | AENMDCORESM |

--

Brooke McKinley

System Coordinator

Saint Thomas Health

Cell: 615-428-1294

--

Brooke McKinley

System Coordinator

Saint Thomas Health

Cell: 615-428-1294

| | |
|---|---|
| **To:** | Vincent Moccio[Vincent Moccio] |
| **Cc:** | Scott Hebisen[Scott Hebisen] |
| **From:** | Swearingin, Adam |
| **Sent:** | 2021-06-17T15:39:21Z |
| **Importance:** | Normal |
| **Subject:** | RE: [EXTERNAL] RE: 3PL Gloves - Jeremy to pilot at Novi |
| **Received:** | 2021-06-17T15:39:28Z |

image001.png
image002.png
image003.jpg
image004.png

Thanks Vince.  If we don't scale back allocations, I'm afraid this burn-down will drag out for far too long.  While the gloves in 3PL aren't your contracted gloves and don't carry all of the test data that our gloves do, they do appear to be good quality gloves.  This will just become a bigger and bigger issue the further we get past the pandemic.  If we don't burn through these now, it will become increasingly difficult later in the year going forward.  As we discussed on Friday, I'd be ok reducing allocation to 25%, but we'll never burn down the 3PL gloves if we keep allocations at 100%.

**From:** Vincent Moccio <vincent.moccio@theresourcegroup.com>
**Sent:** Thursday, June 17, 2021 8:54 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>
**Cc:** Jaeger, Brad <BJaeger@medline.com>; Naylor, Sarah <SNaylor@medline.com>; Scott Hebisen <scott.hebisen@theresourcegroup.com>
**Subject:** Re: [EXTERNAL] RE: 3PL Gloves - Jeremy to pilot at Novi

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Terrific news below Vince!  Sorry I didn't get back to you until now.

Yes, this is terrific news. Once gloves are transferred from C89 to all branches we can start the burn down process.

However, due to the fact that the MEDCARE NitraForce nitrile glove may not be chemo approved (still waiting on the chemo testing reports from MHUB/RockFintek), I'm hesitant in freezing allocation of the TRG series gloves. If I move the MEDCARE NitraFroce gloves and other 3PL purchased gloves to our shared item master then announce on national call for a couple weeks that folk's need to purchase these gloves going forward for 4 month's, then monitor purchase volumes/usage,  I'm positive that we will see an uptick in gloves purchased from 3PL. I personally do not want to freeze allocation at all, I think it is too risky and I do not want their to be excessive backlash from the field. We can discuss further during tomorrow's 8:30 call.

**Brad & Sarah**,

Do we have the ability to provide visibility to 3PL items in Medline.com?

Thanks,

Adam

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Wed, Jun 16, 2021 at 4:57 PM Swearingin, Adam <ASwearingin@medline.com> wrote:
Terrific news below Vince!  Sorry I didn't get back to you until now.

**Brad & Sarah**,

Do we have the ability to provide visibility to 3PL items in Medline.com?

Thanks,

Adam



**Adam Swearingin**
Vice President, Integrated Health Systems
Medline Industries, Inc.
www.medline.com

C:770-722-8924
aswearingin@medline.com



**From:** Vincent Moccio <vincent.moccio@theresourcegroup.com>
**Sent:** Tuesday, June 15, 2021 10:41 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>
**Subject:** Fwd: 3PL Gloves - Jeremy to pilot at Novi

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Adam -

We moved the AENMDCORE gloves to our shared item master. Jeremy Work setup the items in his store room IBU 34015 and auto replenishment successfully ordered the items, PO number below. I am hoping to see the order fill on your side soon.

Purchase Order: 34015000158236

Jeremy is inquiring about seeing these items on medline.com. Are you able to add the items to his profile so he can see availability?

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

---------- Forwarded message ---------
From: **Jeremy Work** <jeremy.work@theresourcegroup.com>
Date: Tue, Jun 15, 2021 at 9:56 AM
Subject: Re: 3PL Gloves - Jeremy to pilot at Novi
To: Vincent Moccio <vincent.moccio@theresourcegroup.com>
Cc: Rama Rongala <rama.rongala@theresourcegroup.com>, Nathan Miller <nathan.miller@theresourcegroup.com>

Vince,
 These are setup in our STOR IBU now 34015, and they did run on replenishment just now. Can you get Medline to give me access to the 4 part numbers so I can verify what they have on hand at b48?

000000000000280945   AENMDCORELG
000000000000280946   AENMDCOREMED
000000000000280947   AENMDCORESM
000000000000280948   AENMDCOREXLG

**Jeremy Work**
Manager, Operations
Supply Chain Management - Novi,MI Campus
t: 248-465-4935



On Tue, Jun 15, 2021 at 8:53 AM Vincent Moccio <vincent.moccio@theresourcegroup.com> wrote:
 Hey There, Jeremy -

 Please let us know if you have any difficulties purchasing these items after Central/Supply Chain and par set up.

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Mon, Jun 14, 2021 at 12:13 PM Nathan Miller <nathan.miller@theresourcegroup.com> wrote:
> These have been moved back to the regular item master. These will be visible in eMarketplace in about an hour.
>
> Regards,
> **Nate Miller**
> Manager, Master Data Management - Governance
> System Support Team
> t: 636-542-8525

On Fri, Jun 11, 2021 at 3:23 PM Vincent Moccio <vincent.moccio@theresourcegroup.com> wrote:
> Hi There -
>
> As discussed, Jeremy has volunteered to pilot our ordering of 3PL gloves for Novi.
>
> Nate the gloves you can have moved over to the shared item master are below. Once this move is completed by Ascension Technologies we will want to notify Jeremy so that he can assign the items to his storeroom IBU and pars to ensure POs transmit out to Medline accordingly following the same replenishment process as any other item ordered from Medline.
>
>   AENMDCORELG
>
>   AENMDCOREMED
>
>   AENMDCORESM
>
>   AENMDCOREXLG
>
> Please let me know if anyone has any questions.
>
> Thank you,

Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

**To:** MOSTL-DL-The Resource Group-Operations Directors[MOSTL-DL-The Resource Group-Operations Directors]
**Cc:** Scott Hebisen[Scott Hebisen]
**From:** Vincent Moccio
**Sent:** 2021-06-25T20:26:13Z
**Importance:** Normal
**Subject:** 3PL Nitrile Glove Burn Down
**Received:** 2021-06-25T20:26:54Z
ASTM 6978-05 Dongguan 157938.pdf

Team -
For the Nitrile Glove category we were able to attain a healthy stockpile of nitrile gloves at our Medline 3PL locations that have helped keep clinicians and operations safe during the course of the pandemic. I'd like to deplete this stock to a more suitable and cost effective 90 day long-term pandemic stock amount.

I am rolling out a 3PL Nitrile Glove Burn Down effort similar to what was done in the past for isolation gowns with one caveat....this time the 3PL SKUs will be moved from our pandemic item master to the shared item master so ops folks can set the 3PL SKUs up in their Supply Chain/Central Supply departments and PAR locations and order as necessary. This process was already piloted in Michigan and has been successful.

1. All ministries have purchased nitrile gloves from the 3PL throughout 2020 and 2021 so folks have already been stocking their locations with these nitrile glove subs/alternatives
2. I presented this topic on a National Implementation call and Area Director call so these two groups are aware of this burn down effort
3. I will be presenting on an upcoming National Operations call.
4. All Medline Distribution Centers (DCs) that service your ministries are stocked with these 3PL nitrile glove SKUs
5. I will provide a crosswalk that shows the 3PL nitrile glove SKUs folks will need to set up in their Supply Chain/Central Supply departments and PAR locations. Most will be asked to set up BIN locations for the MEDCARE NITRAFORCE branded glove (chemo drug testing results attached).

I believe this burn down can be achieved without having to remove, change, or freeze any current nitrile glove allcations. The objective will be for your teams to prioritize the purchasing of these 3PL nitrile glove SKUs for July, August, Sept, Oct then go back to buying nitrile gloves from the primary Medline channel.

More emails to come on this topic, but if any of you have any questions/concerns, please let me know.

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com