**To:** Jayme Rayner[Jayme Rayner]
**Cc:** Vincent Moccio[Vincent Moccio]; Laurie De La Cruz[Laurie De La Cruz]
**From:** Scott Hebisen
**Sent:** 2021-07-12T16:11:16Z
**Importance:** Normal
**Subject:** Re: Exam gloves
**Received:** 2021-07-12T16:11:30Z
IMG_7221.jpg

Jayme,
Can you confirm that its the MedCare gloves?





**Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

On Mon, Jul 12, 2021 at 11:09 AM Jayme Rayner <jayme.rayner@theresourcegroup.com> wrote:

The clinician said there are no obvious holes. It seems the water "seeps" in.
**Jayme Rayner**
Manager, Operations
Ascension Oklahoma
t: 918-331-1423
m: 918-766-3963

On Mon, Jul 12, 2021 at 10:14 AM Vincent Moccio <vincent.moccio@theresourcegroup.com> wrote:

Hi There - the gloves leak? Is it possible to get a better understanding here? Does she mean water/nasty stuff is getting through the glove?

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Mon, Jul 12, 2021 at 10:10 AM Laurie De La Cruz <ljdelacruz@theresourcegroup.com> wrote:

Jayme,
Were you able to get the lot#'s off the boxes and the cat# too?

Thank you,
**Laurie De La Cruz, MBA**
Senior Director, Operations
Ascension Oklahoma, St. John Health System
t: 512-803-0261

On Mon, Jul 12, 2021 at 9:38 AM Jayme Rayner <jayme.rayner@theresourcegroup.com> wrote:

Good morning, Gentlemen! Happy Monday to you both.
I received this complaint on Friday and just wanted to let you both know.

"Nearly every glove in these boxes of gloves leak. So my staff are potentially being exposed to some nasty stuff when scope cleaning."

Have a great day and let me know if there is anything I can do!

**Jayme Rayner**
Manager, Operations
Ascension Oklahoma
t: 918-331-1423
m: 918-766-3963

**To:** Rader, Dewayne[Rader, Dewayne]; Elstro, Michael[Elstro, Michael]
**Cc:** Scott Hebisen[Scott Hebisen]
**From:** Vincent Moccio
**Sent:** 2021-07-15T17:09:05Z
**Importance:** Normal
**Subject:** Re: !! MedCare Brand Gloves !!
**Received:** 2021-07-15T17:09:46Z
IMG_7220.jpg
IMG_7221.jpg
MedCare NitraForce PO Data Pull_7.15.2021.xlsx

I pulled Tommy and Brad off this email chain.
I received a 3rd complaint about these MedCare NitraForce gloves today from Laurie De La Cruz, she also stated these gloves rip easily. First complaint was Brooke McKinley 3 weeks ago and the second complaint was from Mikal Hensley 2 weeks ago.

We received our first shipment of this brand of gloves 2/15/2021. More than 4500+ cases were distributed from 3PL to our ministries before hearing a complaint. I spent the day calling our operations team to get some more feedback:

> 1. Nina Smith "It seems to be a sizing issue, mediums are more like small, large are more like medium etc., I rounded and had some nurses try on a larger size than what they usually wear and they fit better and did not rip".

> 2. Jwaynza Harris "yes they rip easy but I am just letting clinicians know that they are temporary so they are dealing with it"

> 3. Jeremy Work "boxes are packed too tight, they fall out too easily, the cuff is not seal tight to the wrist, they tear easier but they aren't horrible, clinicians are just used to a really nice TRG series gloves. Clinicians have not complained until recently."

Total cases distributed to date = 11,621 cases
Total on Hand in 3PL locations = 198 million each.

| Row Labels | Sum of Po_Qty |
|---|---|
| Mar | 684 |
| Apr | 3119 |
| May | 945 |
| Jun | 1038 |
| Jul | 5835 |
| Grand Total | 11621 |

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Mon, Jul 12, 2021 at 11:31 AM Scott Hebisen <scott.hebisen@theresourcegroup.com> wrote:

Tommy/Brad,
I wanted to inform you that there are serious concerns regarding the quality of the MedCare brand gloves we received (196M).  We are currently fielding multiple complaints from our ministries.  Specifically, leaking fluid through the gloves and ripping when putting them on.

We have a few boxes of this brand and I have verified these complaints are legitimate.  In fact, I can not get any of them on without ripping (sizing is correct).  I know what it took to get these gloves manufactured and shipped here, so I apologize for the complaint.  Can you give us your perspective on this situation and possible resolution?  Thanks!





 **Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com



 **Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

CONFIDENTIAL

**To:** to: Vincent Moccio[to: Vincent Moccio]; Lubus, Kevin J[Lubus, Kevin J]; Garold Williams[Garold Williams]; Geoffrey Nielson[Geoffrey Nielson]; Scott Hebisen[Scott Hebisen]; Michelle Wood (Shelly)[Michelle Wood (Shelly)]
**From:** Cole Johnson
**Sent:** 2021-07-22T17:33:24Z
**Importance:** Normal
**Subject:** Fwd: Gloves concern
**Received:** 2021-07-22T17:33:37Z
IMG_4239.jpg

Hi Vince,

Please see below a concern we just received on the gloves from Indy. The nurse was administering an IV to a Hep C positive patient and the finger tips were breaking. The email chain below provides the details and the Voalte message. This could be another ERS situation.

Thanks for your help and hearing out these concerns.

Cole

**Cole Johnson**
Director, Operations
St. Vincent Indiana
m: 765-434-2328



---------- Forwarded message ---------
From: **Kimberly Hagan** <kimberly.hagan@theresourcegroup.com>
Date: Thu, Jul 22, 2021 at 1:29 PM
Subject: Re: Gloves concern
To: Rhea roma Bradley <rbrad002@ascension.org>
Cc: Cole Johnson <cole.johnson@theresourcegroup.com>

Hi Rhea,
The gloves that you are currently seeing are a sub only, not what we will be providing on a regular basis. There is a large international backorder on gloves. This is resulting from increased utilization due to COVID, shipping delays, labor shortages and raw material shortages. We are doing our best to maintain a constant supply of gloves for our clinical areas and as the backorders begin to resolve, you will see the gloves you are traditionally used to seeing.
I am happy to discuss how these national and international issues are impacting our supply chain in a staff meeting if you think that would be helpful.

Kim Hagan MSN, RN, CNS
Critical Products Manager
Ascension St.Vincent Indianapolis, St.Vincent Women's, Seton Specialty Hospital, and Peyton Manning Children's Hospital

t: 317-409-3404

On Thu, Jul 22, 2021 at 12:33 PM Rhea roma Bradley <rbrad002@ascension.org> wrote:

Hi Kim-
Feedback from an associate regarding our current gloves. Can you help?

--
Rhea Bradley, BSN, RN, CCRN
Nurse Manager
Trauma/Neuro/Surgical ICU Department
Ascension St. Vincent
2001 West 86th Street
Ind

CONFIDENTIAL
TRG00000502

| | |
|---|---|
| From: | Dewayne Rader <dewayne.rader@theresourcegroup.com> |
| Sent: | 2021-07-22T19:13:36Z |
| Subject: | Fwd: Gloves concern |
| To: | Bradley Gilling <bg@rockfintek.com>, Thomas Kato <tk@rockfintek.com> |
| Cc: | Michael Elstro <michael.elstro@theresourcegroup.com>, Scott Hebisen <scott.hebisen@theresourcegroup.com>, Vincent Moccio <vincent.moccio@theresourcegroup.com> |

I am pulling the plug on these Synthetic Protection Gloves guys. We now have this complaint from Oklahoma, Wisconsin, Michigan, Indiana and Nashville that say these gloves are not good. The complaints are from people that are used to wearing many sets of gloves every day. We have used Medline, Cardinal, and Biogel over the last nine years I have been here and never heard these complaints.
We cannot keep using them. Even if we have a good test, they ruined it with these lots, people no longer have confidence and are going to question when these gloves are on the shelf.

**Dewayne Rader**
Vice President, National Operations
System Support Team
t: 865-414-1680

Diane Hebel, Executive Assistant
t: 314-422-7702 | Diane.Hebel@TheResourceGroup.com

---------- Forwarded message ---------
From: **Scott Hebisen** <scott.hebisen@theresourcegroup.com>
Date: Thu, Jul 22, 2021 at 3:03 PM
Subject: Fwd: Gloves concern
To: Rader, Dewayne <Dewayne.Rader@theresourcegroup.com>

FYI



**Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

---------- Forwarded message ---------
From: **Cole Johnson** <cole.johnson@theresourcegroup.com>
Date: Thu, Jul 22, 2021 at 1:32 PM

Subject: Re: Gloves concern
To: Lubus, Kevin J <Kevin.Lubus@theresourcegroup.com>, Garold Williams <garold.williams@theresourcegroup.com>, Geoffrey Nielson <geoffrey.nielson@theresourcegroup.com>, Scott Hebisen <scott.hebisen@theresourcegroup.com>, Michelle Wood (Shelly) <michelle.wood@theresourcegroup.com>, Vincent Moccio <vincent.moccio@theresourcegroup.com>

Hi Vince,

Additional info to help. The lot number of the medium glove that was breaking at the fingertips is below.



**Cole Johnson**
Director, Operations
St. Vincent Indiana
m: 765-434-2328



On Thu, Jul 22, 2021 at 1:33 PM Cole Johnson <cole.johnson@theresourcegroup.com> wrote:

Hi Vince,

Please see below a concern we just received on the gloves from Indy. The nurse was administering an IV to a Hep C positive patient and the finger tips were breaking. The email chain below provides the details and the Voalte message. This could be another ERS situation.

Thanks for your help and hearing out these concerns.

Cole

**Cole Johnson**
Director, Operations
St. Vincent Indiana
m: 765-434-2328



---------- Forwarded message ---------
From: **Kimberly Hagan** <kimberly.hagan@theresourcegroup.com>
Date: Thu, Jul 22, 2021 at 1:29 PM
Subject: Re: Gloves concern
To: Rhea roma Bradley <rbrad002@ascension.org>
Cc: Cole Johnson <cole.johnson@theresourcegroup.com>

Hi Rhea,
The gloves that you are currently seeing are a sub only, not what we will be providing on a regular basis. There is a large international backorder on gloves. This is resulting from increased utilization due to COVID, shipping delays, labor shortages and raw material shortages. We are doing our best to maintain a constant supply of gloves for our clinical areas and as the backorders begin to resolve, you will see the gloves you are traditionally used to seeing.
 I am happy to discuss how these national and international issues are impacting our supply chain in a staff meeting if you think that would be helpful.

**Kim Hagan MSN, RN, CNS**
Critical Products Manager
Ascension St.Vincent Indianapolis, St.Vincent Women's, Seton Specialty Hospital, and Peyton Manning Children's Hospital
t: 317-409-3404

On Thu, Jul 22, 2021 at 12:33 PM Rhea roma Bradley <rbrad002@ascension.org> wrote:

Hi Kim-
Feedback from an associate regarding our current gloves. Can you help?



--
Rhea Bradley, BSN, RN, CCRN
Nurse Manager
Trauma/Neuro/Surgical ICU Department
Ascension St. Vincent
2001 West 86th Street
Ind