[8/9/21, 3:18:56 PM] Medcare gloves: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[8/9/21, 3:18:56 PM] Danny Lee China Man: Danny Lee China Man created group "Medcare gloves"
[8/9/21, 3:18:57 PM] Medcare gloves: Danny Lee China Man added you
[8/9/21, 3:19:25 PM] Anna Geinwald Medcare CEO: Hi danny
[8/9/21, 3:19:36 PM] Danny Lee China Man: Hi,Anna.
[8/9/21, 3:20:02 PM] Anna Geinwald Medcare CEO: I will explain what we spoke on the phone .
[8/9/21, 3:20:09 PM] Danny Lee China Man: I will call Thomas and Brad now, Let's make a call here.OK?
[8/9/21, 3:20:22 PM] Anna Geinwald Medcare CEO: Yes it's fine
[8/9/21, 3:22:27 PM] Danny Lee China Man: please also Add Yosi
[8/9/21, 3:32:12 PM] Anna Geinwald Medcare CEO: 1. There is no way to produce a usable glove only from Nitrile material .
2. Medcare is not blended glove. It has its own formula . A blend glove is made only of two materials  and the main one is usually PVC the second one is PU most of the time since PU has very similar filling of Nitrile .
3. The ASTM and in General medical grade there is no minimum requirement if the percentage of Nitrile , a good Medical glove can also not contain at all Nitrile and be produced from CR or latex.
4. The requirements for medical grade gloves are based on Freedom of holes, Elestisity, thickness , breaking point wich is based on AQL 1.5 for major  . For Chemotherapy grade is the resistance to diffrent chemicals .
6. Medical gloves can be produce from diffrent materials - it's not has to be Nitrile only.
[8/9/21, 3:32:21 PM] Anna Geinwald Medcare CEO: <attached: 00000011-PHOTO-2021-08-09-15-32-21.jpg>
[8/9/21, 3:32:36 PM] Anna Geinwald Medcare CEO: Simple explanation from a website.
[8/9/21, 3:33:49 PM] Danny Lee China Man: What is nitrile gloves? Nitrile gloves are gloves made of synthetic material nitrile rubber (NBR).  So this NBR nitrile examination gloves is nitrile gloves, Right ?
[8/9/21, 3:38:28 PM] Danny Lee China Man: Hi,Anna. Maybe Thomas and Brad are busy now.
[8/9/21, 3:58:55 PM] Anna Geinwald Medcare CEO: NBR is the short name of Nitrile Butadiene Rubber
[8/10/21, 8:22:53 AM] Anna Geinwald Medcare CEO: Just for information have finish testing and sampling and we are adding one color to our Nitra Force - pink color for Cosmetics and beauty saloons .
[8/10/21, 8:26:53 AM] Anna Geinwald Medcare CEO: <attached: 00000017-PHOTO-2021-08-10-08-26-53.jpg>
[8/10/21, 8:27:04 AM] Anna Geinwald Medcare CEO: <attached: 00000018-PHOTO-2021-08-10-08-27-04.jpg>
[8/10/21, 8:27:15 AM] Anna Geinwald Medcare CEO: <attached: 00000019-PHOTO-2021-08-10-08-27-15.jpg>
[8/10/21, 8:48:35 AM] Danny Lee China Man: Glad to know.Thank you. 🙏
[8/11/21, 3:23:43 PM] Anna Geinwald Medcare CEO: Hi, I am not sure if you have this information
[8/11/21, 3:24:14 PM] Anna Geinwald Medcare CEO: Medcare Nitra Force-min.pdf • 12 pages <attached: 00000022-Medcare Nitra Force-min.pdf>

[8/11/21, 3:26:01 PM] Bradley: Thank you Anna
[8/11/21, 3:27:31 PM] Anna Geinwald Medcare CEO: Please let me know the quantity need to replace of the protection boxes so we can prepare , I am checking how many we shipped in total .
[8/11/21, 4:18:12 PM] TK: Anna we are in Jeffersonville now and going to another relocation in Nashville later today.
[8/11/21, 4:19:04 PM] TK: We are not sure of the amount to replace.
We have a meeting with them tomorrow afternoon.

What would be the maximum you would want to exchange for the new ones?
[8/11/21, 5:17:45 PM] Anna Geinwald Medcare CEO: I will check how many delivers to kitchen winner with these boxes , is it OK to reply tomorrow morning?
[8/11/21, 5:56:20 PM] TK: Yes of course.
[8/11/21, 5:56:36 PM] TK: Can you call us for a few minutes now?
[8/11/21, 6:09:52 PM] Danny Lee China Man: I think Anna is sleeping now. It is 1am in China now.
[8/11/21, 6:29:47 PM] TK: Ok
[8/12/21, 12:56:22 AM] Anna Geinwald Medcare CEO: I was sleeping
[8/12/21, 12:56:40 AM] Anna Geinwald Medcare CEO: I am available if needed
[8/12/21, 2:02:45 AM] TK: Hello
[8/12/21, 2:02:58 AM] TK: Sorry I didn't know what part of the works you are in
[8/12/21, 2:03:26 AM] Anna Geinwald Medcare CEO: 13 years in China CN
[8/12/21, 2:10:18 AM] TK: Amazing
[8/12/21, 5:23:45 AM] TK: Are you available to speak?
[8/13/21, 7:47:39 AM] Anna Geinwald Medcare CEO: Yes
[8/13/21, 3:22:10 PM] TK: How long are you available for?
[8/13/21, 5:31:54 PM] TK: Anne, what time would be good for you to have a call?
[8/14/21, 2:18:53 AM] Anna Geinwald Medcare CEO: Hi, any time I am available
[8/14/21, 2:23:46 AM] Anna Geinwald Medcare CEO: Let me know today what time you would like to have the call
[8/14/21, 4:43:13 AM] TK: https://a856-cityrecord.nyc.gov/RequestDetail/20200429013
[8/17/21, 9:18:55 AM] Yosi Engineer Medcare: Danny Lee China Man added Yosi Engineer Medcare
[8/17/21, 9:28:54 PM] Bradley: Anna, Chaim Fischer from Sterling bought gloves from you? They reached out to sell us MedCare gloves.
[8/17/21, 10:32:45 PM] Bradley: Below is from Leah:


"Sorry just spoke to Chaim and he said Althogh Stuhrling paid for them - She might recognize Alex form Soho time better"
[8/18/21, 1:28:19 AM] Anna Geinwald Medcare CEO: Soho yes - they have NBR gloves .
[8/18/21, 1:28:58 AM] Anna Geinwald Medcare CEO: Fisher has protection gloves
[8/18/21, 1:29:03 AM] Bradley: Ok. We aren't going to buy from them.
[8/18/21, 1:30:31 AM] Bradley: They appear to have a large amount. 420,000 boxes in NY and 900,000 in LA.
[8/18/21, 1:31:21 AM] Bradley: We will only deal with you direct.
[8/18/21, 1:36:01 AM] Bradley: They called me out of the blue, not sure how they got my contact information
[8/18/21, 1:42:34 AM] Anna Geinwald Medcare CEO: Haim Lea are the same group of Kitchen winner , Alex it's a company name SoHO

[8/18/21, 1:55:08 AM] Bradley: Unreal. They had someone else call me. Will never deal with Kitchen Winners
[8/18/21, 2:21:29 AM] Danny Lee China Man: Hi,Anna. Thomas is busy now,He need 15 minutes.
[8/23/21, 4:34:55 PM] TK: Hello,
Can we have a call tomorrow your morning or now to discuss the testing?
[8/23/21, 4:39:29 PM] Yosi Engineer Medcare: Hi @19179754000 can we have a call tomorrow morning 9:30am China time
[8/23/21, 5:10:59 PM] TK: Sounds good
[8/24/21, 2:09:05 AM] Yosi Engineer Medcare: Good morning /evening we will call in 20min
[8/25/21, 11:21:09 PM] Bradley: ASTM 6319 C50782052.pdf • 9 pages <attached: 00000061-ASTM 6319 C50782052.pdf>
[8/25/21, 11:23:49 PM] Bradley: Hello Anna and Yosi! Got the samples. Thank you!

The report above is for ASTM D6319. Does ASTM certify these reports or just set the standards?

Do you have the report for the other box styles (protection, NBR)?
[8/25/21, 11:25:51 PM] Bradley: Also, the quality of the samples was great. Is it possible to start putting some containers on the water to start replacing gloves?

The goal is to tell our client they are already on way.
[8/31/21, 3:15:01 AM] Bradley: Hello Yosi and Anna. How are you guys doing?

Have any of the testing recertifications come back on the lots we received? and/or the ASTM D6319 tests? Would like to get these into our clients hands.

As always, we appreciate all of your help and kindness.
[8/31/21, 6:00:40 AM] Yosi Engineer Medcare: Hi we will have it ready by Monday September 6th
[8/31/21, 6:27:40 PM] TK: Hello,

We really need to put together a strong delivery schedule for the replacement of the bad quality gloves.

The faster the replacement schedule, the better the hospitals will feel about Medcare backing their products.

If the replacement seems to be very slow, this will appear Medcare is not a large enough company to handle their volume and possible future warranty issues.

We sold these hospitals many products and we outbid companies much much larger then us, however this replacement needs to be handled without them calling us every week for updates.

My word is my bond and I am taking you word as the same.   Please help us, help the hospitals as quickly as possible.
[9/1/21, 8:36:14 PM] TK: We just got this email now.  We have a video call with the hospital group on Wednesday.

[9/1/21, 8:36:20 PM] TK: <attached: 00000068-PHOTO-2021-09-01-20-36-19.jpg>
[9/1/21, 8:37:12 PM] TK: We need to be moving quicker with responding and with replacing the protection gloves.
[9/1/21, 9:05:03 PM] TK: We need to make a couple of changes to the letter you sent. We can discuss when you are ready.

Also you said these gloves are passing the ASTM 6319 test.
[9/2/21, 1:25:09 AM] Anna Geinwald Medcare CEO: Yes
[9/2/21, 1:26:17 AM] Anna Geinwald Medcare CEO: I am at the factory , and today we will send the shipment plan for the replacement . Let me know what you need to change in the letter, I am available if you need .
[9/3/21, 2:09:31 PM] Yosi Engineer Medcare: QDHL2108509439MD-GZHL2108034672MD.pdf • 9 pages <attached: 00000073-QDHL2108509439MD-GZHL2108034672MD.pdf>
[9/3/21, 2:09:36 PM] Yosi Engineer Medcare: @12488916060 @19179754000 Hi please find the ASTM report
[9/3/21, 2:10:12 PM] Bradley: Great. Do you have the report for the Protection Gloves?
[9/3/21, 2:10:28 PM] Yosi Engineer Medcare: It's for both
[9/3/21, 2:11:55 PM] Bradley: There isn't an image of the protection glove box
[9/3/21, 2:12:09 PM] Bradley: This will cause a problem for our client.
[9/3/21, 2:13:10 PM] Bradley: Is it possible to get the test for both boxes?
[9/3/21, 2:27:58 PM] Anna Geinwald Medcare CEO: We will get the second ASTM for protection in two days, it can not be in one report . But we tested both by SGS and it's combine with USA.
[9/3/21, 2:31:14 PM] Bradley: Great!
[9/3/21, 2:31:37 PM] Bradley: We have meeting on Tuesday next week with the client
[9/7/21, 4:33:31 PM] Bradley: Hello Anna and Yosi, we are trying to solve the problem with our client regarding some glove quality issues,  while getting them to commit to a longer term purchase of MedCare Gloves. We would like to have a video call with Rock Fintek, our client, and both of you to discuss the MedCare nitrile gloves formula and quality (chemical tested, ASTM d6319, etc).

Besides the quality, the client wants assurances of correct sizes in boxes. Lastly, they have reviewed the samples and have stated these are 2 different types of gloves. They want to understand the differences and be assured the current gloves in their possession meet the standards for hospital examination usage.

We feel the video call will be very productive!
[9/7/21, 4:47:00 PM] Bradley: Also, our client is asking when is the first container arriving of the new formula gloves? Please let us know so we can discuss on our meeting with them tomorrow.
[9/7/21, 5:50:30 PM] Bradley: Lastly, did the report ASTM d6319 arrive for the nitrile protection gloves?
[9/8/21, 3:27:35 AM] Anna Geinwald Medcare CEO: Hi, I am available today any time for the video call  to explain all details and technical information.
[9/8/21, 3:27:58 AM] Anna Geinwald Medcare CEO: The protection box ASTM should arrive today or tomorrow maximum.
[9/8/21, 5:20:29 AM] Anna Geinwald Medcare CEO: We have a potential costumer that can buy 240,000 boxes protection, we can talk how to do it on our call .
[9/8/21, 5:44:47 AM] Anna Geinwald Medcare CEO: First container we got S/O for 23/9

ETA 10/10 .
[9/8/21, 12:41:34 PM] TK: I just called you both. I am available
[9/8/21, 12:42:47 PM] TK: I will also get you a non compete agreement and have you
on a video call with our client.
[9/8/21, 12:43:04 PM] TK: This would be amazing
[9/8/21, 1:28:39 PM] Anna Geinwald Medcare CEO: I am online , just let me know when
[9/8/21, 2:50:28 PM] TK: I tried calling. Let me know a good time.
[9/8/21, 3:24:58 PM] Anna Geinwald Medcare CEO: I am available I did not had a miss
call
[9/8/21, 3:25:19 PM] TK: I called twice
[9/8/21, 3:25:28 PM] TK: Can me when you are free 🙏
[9/8/21, 3:25:42 PM] Anna Geinwald Medcare CEO: In 10 minutes I can call
[9/8/21, 3:26:07 PM] TK: Anytime in the next 2 hours is good for me.
[9/8/21, 3:26:20 PM] TK: Just want to speak before I speak to the hospitals
[9/8/21, 4:11:10 PM] Anna Geinwald Medcare CEO: Trying to call
[9/9/21, 12:37:19 AM] TK: Anna we had the call today.

The client pulled up your test and said the test was for the box we just sent them
as a sample.  That made us look bad….
[9/9/21, 3:00:25 AM] Anna Geinwald Medcare CEO: We have tests for all boxes I sent
you before 1. ASTM old now , ASTM new gloves, today ASTM for protection will be sent
. I will resend you again all the tests
[9/9/21, 3:48:29 AM] Anna Geinwald Medcare CEO: ASTM is base on the product    It's
done one time for each product .
[9/9/21, 3:48:42 AM] Anna Geinwald Medcare CEO: I am sending by Email the ASTMs
[9/9/21, 3:50:41 AM] TK: We are going to need you and your team to explain all this
to them next week.
We made a video call for 10:00am next Thursday.
[9/9/21, 3:52:43 AM] Anna Geinwald Medcare CEO: Ok , I will have David head of
engineering , yosi and me on the call.
[9/9/21, 3:54:22 AM] TK: Ok good.
[9/10/21, 4:23:51 PM] Bradley: Hello Yosi and Anna, please send the 510k document
for the MedCare Gloves. Buyer needs
[9/10/21, 6:16:13 PM] Bradley: Medcare (5).pdf • 13 pages <attached:
00000110-Medcare (5).pdf>
[9/10/21, 6:17:59 PM] Bradley: This document has the precertification for 510k. Is
there a final document?
[9/11/21, 6:04:17 PM] Anna Geinwald Medcare CEO: I will send first thing tomorrow
morning
[9/11/21, 6:11:10 PM] TK: Great
[9/13/21, 7:49:37 AM] Anna Geinwald Medcare CEO: Your security code with Anna
Geinwald Medcare CEO changed. Tap to learn more.
[9/14/21, 5:45:30 PM] Bradley: Is this the 510k submission document? It does not
reference 510k? Furthermore, is the process of obtaining 510k approval still
ongoing? It was Rock Fintek's assumption the 510k exists from communication with
Kitchen Winners, etc.

The buyer is requesting the 510k documentation. Do we provide them this?
[9/14/21, 6:01:26 PM] Bradley: Also, we have not received to ASTM D6319 testing for
the protection gloves in our clients possession.  We need this report ASAP.

[9/14/21, 6:02:18 PM] Bradley: A report needs to reference the current lot numbers in our clients possession.
[9/15/21, 11:55:09 AM] Anna Geinwald Medcare CEO: Hi, do we have a call today ?
[9/15/21, 11:55:22 AM] Anna Geinwald Medcare CEO: I will arrive soon and send reports
[9/15/21, 12:11:52 PM] Bradley: Call is tomorrow at 10am eastern time
[9/15/21, 1:40:49 PM] TK: Let's have a call in 1 hour to discuss tomorrow's call?
[9/15/21, 2:18:42 PM] Anna Geinwald Medcare CEO: Ok
[9/15/21, 2:19:02 PM] Anna Geinwald Medcare CEO: At 10:00PM I will call
[9/15/21, 2:51:14 PM] Yosi Engineer Medcare: Hi we are ready for the call if you are
[9/15/21, 3:08:24 PM] Anna Geinwald Medcare CEO: CT03516_20210226 Bear_Kitchen Winner.pdf • 27 pages <attached: 00000126-CT03516_20210226 Bear_Kitchen Winner.pdf>
[9/15/21, 3:08:54 PM] Anna Geinwald Medcare CEO: CT05807_20210324_LangTai_Kitchen Winner.pdf • 27 pages document omitted
[9/16/21, 1:04:56 PM] Anna Geinwald Medcare CEO: Hi, we still did not recived link for the call tonight.
[9/16/21, 1:18:54 PM] Bradley: Ok. Will send

Have to find it. Apologize
[9/16/21, 1:41:32 PM] Bradley: meet.google.com/twr-jbun-tmf<https://meet.google.com/twr-jbun-tmf?hs=224>
[9/16/21, 1:42:01 PM] Bradley: The meeting is an 1 hour and 20 mins away.
[9/16/21, 1:42:29 PM] Bradley: We should connect  in 1 hour to discuss expectations again.
[9/16/21, 1:42:43 PM] Bradley: Daniel, you do not have to attend
[9/16/21, 1:47:38 PM] Danny Lee China Man: OK.
[9/16/21, 3:57:02 PM] TK: Call you in 5 minutes
[9/16/21, 4:04:21 PM] TK: 10 Moore minutes.  I am speaking to them now still
[9/16/21, 4:04:27 PM] TK: More
[9/16/21, 4:04:40 PM] Yosi Engineer Medcare: Ok
[9/16/21, 4:06:25 PM] Yosi Engineer Medcare: So should we arrange a call tomorrow for follow up
[9/16/21, 4:06:50 PM] Yosi Engineer Medcare: We can make it china morning time 9 or 10am
[9/16/21, 4:06:58 PM] Yosi Engineer Medcare: So is your 10pm
[9/16/21, 4:18:29 PM] TK: I am done now.  Up to you
[9/16/21, 4:19:31 PM] TK: Tomorrow morning your time is good
[9/17/21, 2:41:54 AM] Yosi Engineer Medcare: Hi we will call in 20min
[9/17/21, 3:04:58 AM] TK: Give me 20
[9/17/21, 3:05:17 AM] Yosi Engineer Medcare: Ok give us a call when you ready
[9/17/21, 3:05:30 AM] TK: Ok
[9/17/21, 4:03:55 AM] TK: <attached: 00000148-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 4:03:55 AM] TK: <attached: 00000149-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 4:03:55 AM] TK: <attached: 00000150-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 4:03:56 AM] TK: <attached: 00000151-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 4:03:56 AM] TK: <attached: 00000152-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 4:03:56 AM] TK: <attached: 00000153-PHOTO-2021-09-17-04-03-55.jpg>
[9/17/21, 7:46:48 AM] Yosi Engineer Medcare: <attached: 00000154-VIDEO-2021-09-17-07-46-48.mp4>
[9/17/21, 7:47:02 AM] Yosi Engineer Medcare: <attached:

00000155-VIDEO-2021-09-17-07-47-02.mp4>
[9/17/21, 7:47:14 AM] Yosi Engineer Medcare: <attached:
00000156-VIDEO-2021-09-17-07-47-14.mp4>
[9/17/21, 7:47:47 AM] Yosi Engineer Medcare: <attached:
00000157-VIDEO-2021-09-17-07-47-47.mp4>
[9/17/21, 2:06:59 PM] TK: Are these the new ones?
[9/17/21, 7:19:55 PM] Anna Geinwald Medcare CEO: No, it's the same ones you sent the
pictures .
[9/17/21, 10:31:49 PM] TK: We are going to mail you some cartons.  They are not the
same.
[9/18/21, 6:21:12 AM] Anna Geinwald Medcare CEO: Ok , that's good . Since we can
compare to the production and understand what happened there.
[9/18/21, 12:01:46 PM] Anna Geinwald Medcare CEO: Hi Thomas I will be with the buyer
at 22:00 , is it OK to call. They want to move forward.
[9/18/21, 2:10:48 PM] TK: Hi Anna,
I am at conference, I can try and walk out at that time.
[9/18/21, 2:11:42 PM] Anna Geinwald Medcare CEO: Do you prefer tomorrow my morning?
Your evening?
[9/18/21, 2:14:06 PM] TK: In 45 minutes or my evening also. Whatever you prefer.
[9/21/21, 12:48:07 AM] Bradley: Yosi, I am sending you some gloves to inspect. Need
your address
[9/22/21, 4:17:54 AM] Yosi Engineer Medcare: <attached:
00000167-PHOTO-2021-09-22-04-17-54.jpg>
[9/22/21, 9:46:26 AM] Bradley: Looks good. Is there a place for 510k on the box?
[9/22/21, 9:54:22 AM] Anna Geinwald Medcare CEO: It's base on the confirmed design
from FDA, Satra we can nit add or change
[9/22/21, 9:54:33 AM] Anna Geinwald Medcare CEO: Only color
[9/22/21, 9:59:28 AM] Bradley: Ok. Looks good.
[9/22/21, 9:59:50 AM] Bradley: We will show client today and confirm.
[9/22/21, 9:59:56 AM] Bradley: Thank you 🙏
[9/22/21, 1:39:41 PM] TK: Does this color look to similar to the existing colors?
[9/22/21, 2:15:49 PM] Anna Geinwald Medcare CEO: No, it's more dark
[9/30/21, 2:01:56 PM] TK: Any news on from Eli buying the gloves ?
[9/30/21, 2:30:37 PM] Yosi Engineer Medcare: We need your lawyer contact so the can
contact him for the payment
[9/30/21, 2:31:07 PM] Yosi Engineer Medcare: CAn you please send me all the contact
so we can move forward
[9/30/21, 2:43:31 PM] TK: Ok so they want to move forward?
[9/30/21, 9:39:17 PM] Anna Geinwald Medcare CEO: Yes they want to move forward
[9/30/21, 9:51:21 PM] Bradley: Ok. Also, is the 1 container of the bee gloves on the
water?
[10/1/21, 12:13:50 AM] Bradley: New gloves
[10/1/21, 12:56:57 AM] Anna Geinwald Medcare CEO: The boat was delay to arrive china
and today supposed to sail . We will send the bill of landing when we get in next
two days.
[10/1/21, 3:15:42 AM] TK: Thank you
[10/1/21, 8:29:45 AM] Bradley: Thank you Anna!
[10/5/21, 2:09:43 AM] Anna Geinwald Medcare CEO: Hi Thomas, can we have a call ?
[10/5/21, 2:10:47 AM] Anna Geinwald Medcare CEO: The guys in USA wants to move
forward  with the products but they waiting for you .

[10/5/21, 3:11:29 AM] TK: Hi Anna
[10/5/21, 3:13:29 AM] TK: The guys want us to fly around to all the states with all
the gloves and make videos for them.
These are highly restricted facilities and you saw the people at the hospital, it's
something they are going to say ok make videos to show proof.
[10/5/21, 3:26:39 AM] Bradley: Anna, the gloves are available and accounted for in
the warehouses. We can get this transaction done immediately if we didn't have to
fly around to show them proof. If you can verify the gloves we purchased and
availability of the gloves, we can move this faster. Can you call them and verify ?
[10/5/21, 3:30:35 AM] Anna Geinwald Medcare CEO: I am talking to them now about
guarantee letter .
[10/5/21, 3:37:44 AM] Anna Geinwald Medcare CEO: Hi Thomas , they asked if can get
one video with the code no need all wearhouses, and I will issue also gurantee
letter .
[10/5/21, 3:38:24 AM] Bradley: Ok. I am in LA now, back Wednesday night. I can
schedule in time on Thursday to do the video
[10/7/21, 5:38:48 PM] Bradley: <attached: 00000194-VIDEO-2021-10-07-17-38-48.mp4>
[10/7/21, 5:38:48 PM] Bradley: <attached: 00000195-VIDEO-2021-10-07-17-38-48.mp4>
[10/7/21, 5:38:49 PM] Bradley: <attached: 00000196-VIDEO-2021-10-07-17-38-49.mp4>
[10/7/21, 5:38:49 PM] Bradley: <attached: 00000197-VIDEO-2021-10-07-17-38-49.mp4>
[10/7/21, 5:38:49 PM] Bradley: <attached: 00000198-VIDEO-2021-10-07-17-38-49.mp4>
[10/7/21, 5:38:49 PM] Bradley: <attached: 00000199-VIDEO-2021-10-07-17-38-49.mp4>
[10/7/21, 5:39:15 PM] Bradley: <attached: 00000200-VIDEO-2021-10-07-17-39-15.mp4>
[10/7/21, 5:39:15 PM] Bradley: <attached: 00000201-VIDEO-2021-10-07-17-39-15.mp4>
[10/7/21, 5:39:15 PM] Bradley: <attached: 00000202-VIDEO-2021-10-07-17-39-15.mp4>
[10/7/21, 5:39:15 PM] Bradley: <attached: 00000203-VIDEO-2021-10-07-17-39-15.mp4>
[10/7/21, 5:39:15 PM] Bradley: <attached: 00000204-VIDEO-2021-10-07-17-39-15.mp4>
[10/7/21, 5:40:02 PM] Bradley: <attached: 00000205-VIDEO-2021-10-07-17-40-02.mp4>
[10/7/21, 5:40:02 PM] Bradley: <attached: 00000206-VIDEO-2021-10-07-17-40-02.mp4>
[10/7/21, 5:40:02 PM] Bradley: <attached: 00000207-VIDEO-2021-10-07-17-40-02.mp4>
[10/7/21, 5:47:07 PM] Yosi Engineer Medcare: Hi@12488916060 I sending now the video
if you don't mind please wait there incase they need something else
[10/7/21, 5:57:57 PM] Yosi Engineer Medcare: Hi all seams ok thanks
[10/7/21, 6:02:47 PM] TK: We did the videos as best as we could.
[10/7/21, 6:03:04 PM] Yosi Engineer Medcare: I know thanks for the help
[10/11/21, 3:48:46 PM] Bradley: Hello Yosi, what is the status with the buyer?
[10/12/21, 2:52:23 AM] Anna Geinwald Medcare CEO: I am Checking now
[10/12/21, 3:21:40 AM] Bradley: I spoke to Kobi today, is this the buyer? He was
inquiring about documents regarding whether the gloves are nitrile or a nitrile
blend.
[10/12/21, 3:21:58 AM] Bradley: I advised him to connect with you.
[10/12/21, 7:26:48 AM] Anna Geinwald Medcare CEO: Kobi spoke with me
[10/14/21, 12:04:39 PM] Bradley: Hello Anna, is Kobi set to go? We need to engage
our client and move this forward.
[10/14/21, 12:59:31 PM] Anna Geinwald Medcare CEO: Checking now , as he told me yes
[10/19/21, 3:46:52 PM] Bradley: Hello Anna,

I sent a message to Kobi, last I heard from him was the buyer was sending him an
updated contract to purchase the gloves. Haven't heard anything from him since last
Thursday

[10/19/21, 3:47:40 PM] Bradley: Also, when will the new formula container of nitrile gloves arrive? Seems they should be here very soon?
[10/19/21, 3:47:58 PM] Bradley: Our client is asking us
[10/19/21, 3:52:33 PM] Yosi Engineer Medcare: I just talk to his partner they will contact you soon. From what I understand the buyer was find positive for covid and his in the hospital there is the client partner that help to close the deal but his a bit slow.
[10/20/21, 4:30:48 PM] TK: Hello,
What is the status of the container that was shipped at the end of September?
[10/21/21, 12:30:22 PM] Bradley: Hello Anna and Yosi. Please let us know the arrival time of the container of new gloves? Our client is asking each day. My assumption is it should be here anyway now.
[10/21/21, 12:30:49 PM] Bradley: Any day now.
[10/21/21, 12:32:04 PM] Bradley: We need the BOL to show the client as well.

Thank you for your help.
[10/21/21, 12:50:24 PM] Anna Geinwald Medcare CEO: Hi, sorry for my late reply, I will send the documents first thing tomorrow morning.
[10/21/21, 12:50:54 PM] Anna Geinwald Medcare CEO: It will arrive USA by 13-11
[10/21/21, 1:06:29 PM] Bradley: Ok. Thank you.

Our client expected them by this week based on our last communication with them on September 30th confirmation of sailing.
[10/21/21, 1:14:04 PM] Bradley: Also, Kobi has sent me a message about another potential buyer. Not sure if the other buyer has fell though? Have you heard anything from him?
[10/21/21, 1:40:29 PM] Anna Geinwald Medcare CEO: No I did not spoke with him last days.
[10/21/21, 1:41:51 PM] Anna Geinwald Medcare CEO: It's should had arrived end of October but the boat was delayed , I have sent message in the group about it. Curt the boat arrived to china late , second the typhoon.
[10/21/21, 7:10:45 PM] TK: Thank you
[10/22/21, 4:56:16 PM] Bradley: Hello Anna. Please provide the BOL for the new formula gloves on the ship. We have a call with the client and they have requested this document to show our sincerity of helping correct the situation. Be mindful, we acknowledged the container was on the water September 30th. Critical we communicate with accuracy of our word.
[10/25/21, 5:07:46 PM] TK: Hi Guys,

We have a call at 4:30 our time with the hospitals.  We are going to have to make up some excuse why we don't have a BOL and why the first container has not arrived…

Do you have an update?
[10/25/21, 10:26:41 PM] Bradley: Akron Rubber Glove Testing 10-19-21.pdf • 10 pages
<attached: 00000236-Akron Rubber Glove Testing 10-19-21.pdf>
[10/25/21, 10:28:13 PM] Bradley: Hello Anna And Yosi, please help us understand this report. Our client gave this to us today. We need your support to respond.
[10/26/21, 4:03:57 PM] Bradley: Hello Anna and Yosi, we need to schedule a call as soon as possible.
[10/26/21, 4:07:40 PM] Bradley: Also, please provide MedCare 510k documents, can't

seem to find them, and Kitchen Winners would not provide, even though they claimed.
[10/27/21, 4:33:21 AM] Bradley: Hello Anna and Yosi, please respond to the issues
above. Our client provided testing results in the United States that the MedCare
gloves do not pass ASTM D6319. We need Information from you backing up your claim
the gloves would pass with no issues. Also, we never received the BOL for the new
gloves?

Please communicate back with us as we have not heard from you.
[10/27/21, 1:41:47 PM] Bradley: Anna and Yosi, please respond. We need your help
[10/27/21, 1:43:27 PM] Anna Geinwald Medcare CEO: Hi Brad BOL will get tomorrow, I
am with the forwarder in contact every day about it. Also tonight I have a call with
the costumer in USA , he issued PO already
[10/27/21, 1:46:12 PM] Bradley: Thank you Anna
[10/27/21, 1:46:55 PM] Bradley: Also, please help us to explain the testing report
our client received?
[10/27/21, 1:53:31 PM] Anna Geinwald Medcare CEO: I will talk to David tomorrow
morning about it since I saw some pass and if tensile pass along still can not fail
- but I need the engineering to explain
[10/27/21, 1:53:42 PM] Anna Geinwald Medcare CEO: <attached:
00000246-PHOTO-2021-10-27-13-53-42.jpg>
[10/27/21, 1:53:42 PM] Anna Geinwald Medcare CEO: <attached:
00000247-PHOTO-2021-10-27-13-53-42.jpg>
[10/27/21, 1:56:34 PM] Anna Geinwald Medcare CEO: Also the numbers - the highes
tensile they say fail , So base on my understanding the pass or fail is not base on
the teadts is base on AQL they gave to the inspection company .
[10/27/21, 1:58:44 PM] TK: We should find 1-2 testing companies in the US and send
them the gloves to test with the proper D6319 requirements.

I don't see how the new gloves could fail.
[10/27/21, 2:00:52 PM] Anna Geinwald Medcare CEO: The company of the report and SGS
are the best , but the correct way to test is not base on AQL also 510K do not test
base on AQL but base on general requirement for elongation, weight and tensile.
[10/27/21, 2:01:07 PM] Anna Geinwald Medcare CEO: But tomorrow morning I will talk
to engineering
[10/27/21, 2:08:03 PM] Bradley: Thank you Anna. 🙏
[10/27/21, 2:09:27 PM] Anna Geinwald Medcare CEO: No problem , no need thanks
[10/27/21, 2:09:42 PM] Anna Geinwald Medcare CEO: I will update after the call with
the buyer
[10/29/21, 3:12:15 PM] Bradley: Hello Anna, when are you available to do a call with
our client?
[10/29/21, 3:16:43 PM] Yosi Engineer Medcare: Hi @12488916060 I just try to call
Anna but no answer. Can we arrange the call tomorrow ?
[10/29/21, 3:17:12 PM] Yosi Engineer Medcare: We can have the call 8pm China if is
ok
[10/29/21, 3:17:39 PM] Bradley: Likely next week on Monday or Tuesday, will that
work?
[10/29/21, 3:17:57 PM] Yosi Engineer Medcare: Yes that's should be ok
[10/29/21, 3:18:25 PM] Bradley: Would prefer in the morning our time, evening your
time.?
[10/29/21, 3:18:29 PM] Yosi Engineer Medcare: Please send us meeting invitation

[10/29/21, 3:18:33 PM] Bradley: Ok
[10/29/21, 3:18:56 PM] Yosi Engineer Medcare: Both option are ok
[10/29/21, 3:19:07 PM] Bradley: Ok. Thank you 🙏
[10/29/21, 5:00:00 PM] TK: I am on a plane and can't speak now
[11/2/21, 5:06:56 PM] Bradley: Help Yosi and Anna. BOL ?  Also, we need to discuss the test our client performed on the nitrile gloves. Please confirm your testing is accurate. Also, need the 510k document and resend all ASTM D6319 certificates. RF needs to get these over to our client.

Thank you again for all your help.
[11/2/21, 5:56:01 PM] TK: I don't understand, we just had you on a call with the largest healthcare group in the U.S. and they were happy with you and now we have to give them excuses.
People can't just reach this group and be considered as a vendor.
[11/3/21, 12:27:56 AM] Anna Geinwald Medcare CEO: It's not excuses , the both was delayed because of the typhoon, then there were stuck containers in the port , so it did not leave on time.
I am pushing the BOL - I hope today I will get it . I can send fir now draft BOL this we have.
[11/3/21, 3:12:32 AM] TK: We need to give them clear information so they do not become skeptical.
[11/3/21, 1:13:52 PM] TK:
https://www.cnn.com/2021/11/03/asia/thailand-police-skymed-gloves-intl/index.html
[11/3/21, 1:14:28 PM] TK: They finally arrested the crook! That's our money they are speaking of. We been speaking to all those government officials.
[11/3/21, 1:14:40 PM] TK: We might be able to have him extradited.
[11/3/21, 1:38:20 PM] Anna Geinwald Medcare CEO: I saw this , it's unbelievable. I am sending email with all information regarding the first replacement shipment.
[11/5/21, 5:04:58 PM] Bradley: Akron Rubber Glove Testing 10-19-21.pdf • 10 pages <attached: 00000274-Akron Rubber Glove Testing 10-19-21.pdf>
[11/5/21, 5:14:00 PM] Bradley: Hello Anna,

Please review the test report above we sent a few weeks ago. We need your feedback as we are not glove experts. ASTM D6319 appears to have a minimum elongation of 500%. Does MedCare have testing results? Also, please help us make sense of these report. Let's schedule a call to discuss
[11/5/21, 6:09:36 PM] Bradley: ASTM 6319 C50782052.pdf • 9 pages <attached: 00000276-ASTM 6319 C50782052.pdf>
[11/5/21, 6:15:14 PM] Bradley: Does this test pass ASTM D 6319 standards?
[11/9/21, 2:31:54 PM] Yosi Engineer Medcare: @12488916060 @19179754000Hey I really need the lawyer information they pushing me very hard they want to close the deal by today this morning ( your morning )
[11/9/21, 2:34:38 PM] Anna Geinwald Medcare CEO: Hi all , I got the agreement for replacing first 800,00 boxes- we must get lawyer information. I am on flight today , tomorrow I will seat with David about full explanation of the reports. But please answer yosi what he needs.
[11/9/21, 3:20:42 PM] Bradley: We have reached out to the attorney handling. He has not called us back yet. Will forward upon confirmation from him
[11/9/21, 3:35:35 PM] TK: We left him 2 messages
[11/10/21, 2:47:24 AM] Yosi Engineer Medcare: Hi @12488916060 @19179754000 can we

please have a call tonight with Anna at 9:30pm China time
[11/10/21, 2:47:29 AM] Yosi Engineer Medcare: Please confirm
[11/10/21, 3:09:54 AM] You: You started a call
[11/10/21, 3:12:36 AM] Bradley: Yes, talk in the morning our time
[11/10/21, 1:28:56 PM] Yosi Engineer Medcare: Yosi Engineer Medcare started a call
[11/10/21, 1:29:22 PM] Yosi Engineer Medcare: Yosi Engineer Medcare started a call
[11/10/21, 1:32:05 PM] Yosi Engineer Medcare: Hi guys we are ready
[11/10/21, 1:32:29 PM] Yosi Engineer Medcare: Yosi Engineer Medcare started a call
[11/10/21, 1:33:37 PM] Yosi Engineer Medcare: Yosi Engineer Medcare started a call
[11/10/21, 1:34:58 PM] Anna Geinwald Medcare CEO: Hi, please let us know when we can
have the call .
[11/10/21, 1:39:50 PM] Yosi Engineer Medcare: @12488916060 @19179754000
[11/10/21, 1:40:15 PM] Bradley: I can talk. Got cut off
[11/10/21, 1:40:39 PM] Yosi Engineer Medcare: Yosi Engineer Medcare started a call
[11/10/21, 1:47:20 PM] Yosi Engineer Medcare: I will arrange a zoom call for 22:30
China time I will send the link in 5min
[11/10/21, 1:49:29 PM] Yosi Engineer Medcare: This message was deleted.
[11/10/21, 1:50:04 PM] Yosi Engineer Medcare:
https://zoom.us/j/81948461845?pwd=MHRNcEI4YlQ2R1ZPWmlkUHBTcCtudz09
[11/10/21, 1:50:23 PM] Yosi Engineer Medcare: Please find the zoom link
[11/10/21, 1:50:49 PM] Yosi Engineer Medcare: @12488916060 @8613622617084
@19179754000
[11/10/21, 2:29:23 PM] Yosi Engineer Medcare: Zoom is open please goin @12488916060
@8613622617084 @19179754000
[11/10/21, 2:32:56 PM] Yosi Engineer Medcare: Zoom is open please goin @12488916060
@8613622617084 @19179754000
[11/10/21, 2:33:16 PM] Anna Geinwald Medcare CEO: Hi, if can not now , please let us
know if our morning 08:30 is OK for the call .
[11/10/21, 2:35:26 PM] Yosi Engineer Medcare: @12488916060 the WhatsApp not working
well
[11/10/21, 2:35:34 PM] Yosi Engineer Medcare: Can you join the zoom
[11/10/21, 2:35:39 PM] Bradley: Yes
[11/10/21, 3:02:00 PM] Anna Geinwald Medcare CEO: Anna Geinwald Medcare CEO started
a call
[11/10/21, 3:04:01 PM] Anna Geinwald Medcare CEO: Bellow is new formula ASTM
[11/10/21, 3:04:30 PM] Anna Geinwald Medcare CEO: Attachment 2 ASTM6319 NEW.pdf • 9
pages <attached: 00000308-Attachment 2 ASTM6319 NEW.pdf>
[11/10/21, 3:05:01 PM] Anna Geinwald Medcare CEO: Old formula ASTM formula
[11/10/21, 3:06:30 PM] Anna Geinwald Medcare CEO: Attachemnt 1 ASTM 6319
C50782052.pdf • 9 pages <attached: 00000310-Attachemnt 1 ASTM 6319 C50782052.pdf>
[11/10/21, 3:28:54 PM] Bradley: <attached: 00000311-PHOTO-2021-11-10-15-28-54.jpg>
[11/11/21, 2:17:11 AM] Yosi Engineer Medcare: Hi @12488916060 can we have a call now
[11/11/21, 3:45:45 PM] Anna Geinwald Medcare CEO: Hi Bradly - I close with Kobi in
USA , they will pay 3.2 fir 250,000 boxes and 2.5 usd for 500,000 boxes . Please
confirm since they need to close the contract today .
[11/11/21, 3:46:31 PM] Anna Geinwald Medcare CEO: Please try to confirm today .
[11/11/21, 6:02:29 PM] TK: Anna this doesn't work for us unless it includes all
logistics.

And for you it's a foot in the door with the largest hospital network in America.

However, I also understand if it doesn't work for you and you want to pass on it. The hospital won't pay for these logistics cost and we cannot to either.
[11/12/21, 12:04:51 AM] Anna Geinwald Medcare CEO: I am sorry , but now I am confuse .
[11/12/21, 1:47:41 AM] Anna Geinwald Medcare CEO: 1. When you contacted us and explain about the situation we agreed to help .
2. We said we will ship samples to confirm the new formula - done.
3. We shipped one container fully on our expenses.
4. You asked me to find a client - you said you do not care about the money , just to replace fast the products - we did it.
5. You put us on the call with your costumer - and now with this attitude you make us look bad, even we are doing every thing to replace as fast as possible.

I do not understand what is your plan - you did not buy directly from us , we are willing to loose money to help but you are now looking only on your side of costs/profits.
To be clear we are not the ones to blame for the mess and mixed products you have received- since you never bought directly from us.
We are willing to help and move fast , But we will not be the only one that loose money, you should care exactly as we care about your end costumer.
This is my opinion.
[11/12/21, 2:26:20 AM] TK: Hi Anna I hope this clarifies your message.   And I have no negative feelings towards you, maybe messages come across with the wrong tone.

The hospital is keeping $2 million of our money, now lost.

We introduced you and spoke very highly of you to the largest hospital group in the U.S.

They also told you themselves that they go through about 1 billion gloves a year and would entertain letting you bid that contract.

The situation and mess we got ourselves into was caused my Adorama.

This situation caused a new opportunity for you to take or to pass on.
This is a business for you to decide if it's feasible or not.  Rye hospital will not spend anymore money on any logistics out of principal.

As an alternative option we hope we will sell the gloves ourselves for a minimum of $3.65, which will give us some  funds to pay for new gloves of a brand they already have and pay for all shipping and trucking costs.

In regards to the free container, it  has not showed up or has a BOL for us to give them.
[11/12/21, 2:36:06 AM] Anna Geinwald Medcare CEO: Hi Thomas , I completely understand . We are not such a big company as others , so with out to cover part of the cost I really can not replace all on our full expenses , I said that from the beginning.
Regarding the container I sent email with all details , I will resend it .

[11/12/21, 2:38:02 AM] TK: I understand you are not a huge company, I f you can get a buyer at a higher price then we can make it work with you.

We are trying to find buyers on our own, without the $1.65 in commissions the deal would work easily.
[11/16/21, 3:22:53 PM] You: You started a call
[11/17/21, 11:35:54 AM] Anna Geinwald Medcare CEO: Guarantee Letter.pdf • 1 page <attached: 00000322-Guarantee Letter.pdf>
[11/17/21, 11:36:42 AM] Anna Geinwald Medcare CEO: Hi Thomas , attached is the gurantee letter for gloves replacement
[12/8/21, 9:16:15 AM] Bradley: Hello Anna. Do you have any other opportunities to sell the gloves? Kobi has not confirmed a buyer. Our client is putting pressure on us to move the gloves out of their warehouses. Also, I'm inquiring about the container of the new formula glove? We promised them delivery a few months ago. After all the delays, last we spoke that container would be in the United States end of November. Do you have an update so I can report back to our client?

We have to move and replace these gloves ASAP. We are under Tremendous pressure.

Thank you, 🙏
[12/8/21, 9:47:45 AM] Bradley: Anna, please provide the BOL, I checked emails and these messages and can't find it.  Thank you,
[12/8/21, 1:05:36 PM] Bradley: Hell Anna, are you there??
[12/8/21, 1:11:19 PM] Anna Geinwald Medcare CEO: Hi , I am here now
[12/8/21, 1:12:06 PM] Anna Geinwald Medcare CEO: I will call Kobi to see where it's stands . BOL sent Ling time ago by Email , I will resend first thing tomorrow morning since I am out.
[12/8/21, 1:12:49 PM] Bradley: Ok. Did not see the BOL, please resend. Also, is the container here?
[12/8/21, 1:14:35 PM] Bradley: EDFBFDE1-EE48-4E73-885D-3FE537F1B113.pdf • 2 pages <attached: 00000330-EDFBFDE1-EE48-4E73-885D-3FE537F1B113.pdf>
[12/8/21, 1:15:13 PM] Bradley: This is the last email I have from you. Can't locate the BOL one.
[12/8/21, 1:15:30 PM] Bradley: Also, please push Cobi. We have to move these gloves
[12/8/21, 1:16:25 PM] Bradley: Medcare (5).pdf • 13 pages <attached: 00000333-Medcare (5).pdf>
[12/8/21, 1:17:53 PM] Bradley: I am going to contact a buyer I know, is this the document from you to give to them? They requested documentation on the gloves.

Please confirm
[12/8/21, 2:18:40 PM] Bradley: Hello Anna? Please respond.
[12/8/21, 2:33:44 PM] Anna Geinwald Medcare CEO: No you have a big mix of documents there
[12/8/21, 2:33:49 PM] Anna Geinwald Medcare CEO: Some ours some no
[12/8/21, 2:55:01 PM] Bradley: Who provided this?
[12/8/21, 2:55:28 PM] Bradley: What is not yours?
[12/9/21, 12:36:42 AM] Anna Geinwald Medcare CEO: Sorry last night have been in an event , I am sending now all certifications
[12/9/21, 12:45:58 AM] Bradley: Thank you. 🙏
[12/9/21, 12:46:10 AM] Bradley: Also, please send BOL. Can't find it.

[12/9/21, 1:45:40 PM] Bradley: Hello Anna, reminder to please send all certificates and BOL.

Is the container in the United States?
[12/9/21, 11:11:28 PM] Bradley: K211808-Acknowledgment Letter.pdf • 1 page
<attached: 00000344-K211808-Acknowledgment Letter.pdf>
[12/9/21, 11:12:26 PM] Bradley: <attached: 00000345-PHOTO-2021-12-09-23-12-26.jpg>
[12/9/21, 11:12:47 PM] Bradley: Are MedCare gloves 510k?
[12/10/21, 12:41:56 PM] Bradley: Hello Anna and Yosi, please respond regarding 510k and BOL?
[12/10/21, 12:50:33 PM] Bradley: We really need help on these 2 items. Please advise 🙏
[12/10/21, 3:04:15 PM] Bradley: Hello Anna or Yosi??
[12/13/21, 3:12:14 PM] Bradley: K211808-Acknowledgment Letter.pdf • 1 page
<attached: 00000350-K211808-Acknowledgment Letter.pdf>
[12/14/21, 12:14:10 PM] Bradley: Hello Yosi and Anna, I assume you are well. Is it possible to hop on a call shortly with Thomas and me ?
[12/17/21, 12:52:42 PM] Bradley: Hello Yosi and Anna, can we please do a call in the next hour?
Very important and need your help.
[12/17/21, 1:06:37 PM] Bradley: MedCare gloves test for Nitrile .pdf • 9 pages
<attached: 00000353-MedCare gloves test for Nitrile .pdf>
[12/17/21, 1:08:26 PM] Bradley: Hello Yosi and Anna, please help us with explaining this test our client had performed on both the protection glove and examination gloves. They are claiming there is zero Nitrile material in the gloves.

We need help!!
[12/17/21, 1:39:20 PM] Yosi Engineer Medcare: Hi guys sorry we are on a trip and the vpn not working good we will back tomorrow and we can arrange a call
[12/17/21, 1:42:06 PM] Bradley: Ok. Please help us. Our client sent report on glove test, we forwarded to you. We need your help.

We need documentation to stop this from escalating.

Please help.
[12/18/21, 3:10:17 AM] Anna Geinwald Medcare CEO: I am I am on it now
[12/21/21, 3:04:57 AM] Anna Geinwald Medcare CEO: Please check I have sent email
[12/21/21, 3:06:44 AM] Anna Geinwald Medcare CEO: Medcare recived 510k number and letter but it's not yet on the website - we are pushing it to be online
[12/21/21, 3:07:05 AM] Anna Geinwald Medcare CEO: K211808-Acknowledgment Letter.pdf
• 1 page <attached: 00000360-K211808-Acknowledgment Letter.pdf>
[12/21/21, 3:27:47 AM] Anna Geinwald Medcare CEO: Two emails were sent please check
[2/1/22, 10:04:07 AM] Bradley: Hello Ana, it's been a while!

have you found any buyers for the MedCare gloves? Kobi hasn't been able to come through with a buyer.
[2/4/22, 1:15:45 PM] Bradley: 162931-B REV 1 -  Rock fintek - 1-20-22.pdf • 23 pages
<attached: 00000363-162931-B REV 1 -  Rock fintek - 1-20-22.pdf>
[2/4/22, 1:18:50 PM] Bradley: Hello Anna and Yosi.

Rock Fintek needs help explaining this report? This is shocking. Please…this is very important and we have to respond immediately.

Thank you 🙏
[2/4/22, 2:57:56 PM] Anna Geinwald Medcare CEO: I  will be tomorrow at the office with David and will check the report
[2/4/22, 3:00:18 PM] Anna Geinwald Medcare CEO: In the report it's wrriten B revision 1 can you send me the original one also ?
[2/4/22, 3:01:31 PM] Bradley: Yes.
[2/4/22, 3:02:07 PM] Bradley: 162931 - Rock Fintek - 1-19-22.pdf • 7 pages
<attached: 00000368-162931 - Rock Fintek - 1-19-22.pdf>
[2/4/22, 4:17:21 PM] Bradley: Let's talk tomorrow. What time will you be at the office?
[2/9/22, 10:46:26 PM] Bradley: Hello Ana, what time are you available? We need to talk immediately
[2/9/22, 10:47:33 PM] Bradley: Very important we discuss this document. We need to respond to our client. Can you please help explain?
[2/10/22, 5:06:31 AM] TK: We need to have feedback on this.
[2/10/22, 5:35:39 AM] Anna Geinwald Medcare CEO: We can have a call today at 20:00China time?
[2/10/22, 5:35:47 AM] Anna Geinwald Medcare CEO: I will also send email
[2/10/22, 12:39:32 PM] Bradley: Talk in 1 hour and 20 minutes?
[2/10/22, 1:44:58 PM] Bradley: We will call you in 15 minutes on WhatsApp
[2/10/22, 1:56:36 PM] Anna Geinwald Medcare CEO: Ok
[2/10/22, 2:15:02 PM] Anna Geinwald Medcare CEO: Anna Geinwald Medcare CEO started a call
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000379-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000380-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000381-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000382-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000383-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:29:03 PM] Bradley: <attached: 00000384-PHOTO-2022-02-10-14-29-03.jpg>
[2/10/22, 2:51:25 PM] Bradley: Rock Fintek MedCare 3PL audit glove count .xlsx
<attached: 00000385-Rock Fintek MedCare 3PL audit glove count .xlsx>
[2/10/22, 3:13:29 PM] Anna Geinwald Medcare CEO: Please send me adress for shipping 4 cartons .
[2/10/22, 3:13:51 PM] Anna Geinwald Medcare CEO: Please let me know what time will be tomorrow call with the laboratory .
[2/10/22, 4:19:56 PM] Bradley: Trying to get time for call tomorrow
[2/10/22, 4:21:00 PM] Bradley: Send to:

Brad Gilling
Rock Fintek,LLC
2107 Windemere Rd
Birmingham, MI 48009
[2/11/22, 1:29:21 PM] Bradley: Good morning Brad


Is there a way
We can get a letter from MedCare stating that

These gloves are sent under the same SKU, and all have the same specs and the
ingredients.
[2/11/22, 1:30:39 PM] Bradley: Hello Anna, I am talking to a buyer this morning.
They have requested a letter from you regarding the gloves.

Can you put a letter of authenticity and formula on letterhead? I am trying to get
this deal done today.
[2/11/22, 1:31:42 PM] Anna Geinwald Medcare CEO: Hi, yes I will arrange.
[2/11/22, 1:32:41 PM] Anna Geinwald Medcare CEO: We shipped 3 cartons today ,
tracking number will be sent tomorrow,
[2/11/22, 1:33:14 PM] Anna Geinwald Medcare CEO: I am out for dinner, so the letter
will be done later tonight.
[2/11/22, 1:43:35 PM] TK: Thanks
[2/11/22, 1:48:14 PM] Bradley: Thank you 🙏

Will be very helpful selling the gloves
[2/12/22, 3:19:16 AM] Yosi Engineer Medcare: DHL  4257608891
[2/12/22, 3:19:26 AM] Yosi Engineer Medcare: Tracking number for the glove
[2/13/22, 1:05:48 PM] Anna Geinwald Medcare CEO: 1Medcare gloves definition and
Technical Explanation.pdf • 4 pages <attached: 00000399-1Medcare gloves definition
and Technical Explanation.pdf>
[2/13/22, 1:06:22 PM] Anna Geinwald Medcare CEO: gloves comperation .pdf • 3 pages
<attached: 00000400-gloves comperation .pdf>
[2/13/22, 1:07:10 PM] Anna Geinwald Medcare CEO: I am not sure if you ever recived
this , but this is full explanation about the original formula .
[2/13/22, 1:08:48 PM] Bradley: Thank you.

The buyer is asking for a letter of authenticity and formula on your letterhead
[2/13/22, 1:10:15 PM] Bradley: Would be helpful, please send. I'm sure they are
looking for this letter dated now. To show its current and you wrote it
[2/13/22, 1:16:34 PM] Anna Geinwald Medcare CEO: Please check what I sent it has all
information
[2/16/22, 4:56:20 PM] Bradley: Do you have FDA letter of approval?
[2/17/22, 12:28:01 AM] Anna Geinwald Medcare CEO: We have the FDA letter yes
[2/17/22, 1:30:19 AM] Bradley: Can you resend
[2/17/22, 1:30:54 AM] Bradley: Also, will you be able to write a letter about the
formula of the gloves. Buyer is requesting.
[2/17/22, 1:31:37 AM] Bradley: Also, received the 3 boxes today. Sending to our
client and ARDL for testing approval. Thank you 🙏
[2/17/22, 1:32:56 AM] Anna Geinwald Medcare CEO: Yes I will send you letter about
the formula , FDA also.
[2/18/22, 1:56:06 AM] Bradley: We are in desperate need of a letter regarding the
formula and nitrile content for the buyer. Please provide. We are at a standstill
without it.

Thank you 🙏
[2/18/22, 3:36:44 AM] TK: Anna we really need that letter you have been discussing
with Brad
[2/18/22, 3:49:15 AM] Bradley: Hello Anna, we are at standstill with buyer until we

get letter of verification regarding the formula and nitrile content of the gloves
as discussed.

Please help!
[2/18/22, 10:29:06 PM] Bradley: <attached: 00000414-PHOTO-2022-02-18-22-29-06.jpg>
[2/19/22, 4:07:43 AM] Anna Geinwald Medcare CEO: Sending email in 5 minutes
[2/19/22, 4:07:49 AM] Anna Geinwald Medcare CEO: With all documents
[2/19/22, 4:28:52 AM] TK: Thank you
[2/19/22, 5:25:19 AM] Anna Geinwald Medcare CEO: Letter to Bradly and Thomas
19022022.pdf • 2 pages <attached: 00000418-Letter to Bradly and Thomas 19022022.pdf>
[2/19/22, 5:25:43 AM] Anna Geinwald Medcare CEO: I can nit connect to my gmail above
is the letter
[2/19/22, 5:28:46 AM] Anna Geinwald Medcare CEO: Let me know if you need to change
or any thing more.
[2/19/22, 12:59:03 PM] Bradley: Thank you 🙏

Change needed:

The letter need to specify the nitrile content. Please amend.
[2/19/22, 5:40:33 PM] Bradley: Please change the letter. Also, Mexico Cofepris needs
the FDA approval letter.

They can't accept the applied for one you have sent. Do you have the approval?
[2/19/22, 5:42:38 PM] Bradley: Please help. This is the best opportunity we have to
sell. We can't Lose it.

Need the letter and FDA approval

🙏🙏🙏🙏
[2/20/22, 1:14:16 AM] Anna Geinwald Medcare CEO: Sending now
[2/20/22, 12:12:09 PM] Bradley: Hello Anna,

FYI…Have not received the updated nitrile letter and FDA approval letter? Was it
sent via email?

Trying to close these opportunities, buyer needs.

Thank you 🙏
[2/21/22, 3:32:12 PM] TK: Anna we have a Mexican buyer that wants the gloves, all we
have to send them is the FDA letter.
[2/22/22, 2:25:21 AM] Bradley: DoC-ENG-10-2021.pdf • 1 page <attached:
00000427-DoC-ENG-10-2021.pdf>
[2/22/22, 2:26:25 AM] TK: What's that?
[2/22/22, 2:26:36 AM] Bradley: Product-Presentation.pdf • 12 pages <attached:
00000429-Product-Presentation.pdf>
[2/22/22, 2:28:29 AM] Bradley: Page 6 of this document has FDA on it. Anna, do you
have device number and approval letter?

The buyer wants a letter about the nitrile content and the FDA letter and we can
sell the gloves.

Please provide…

We have worked endless hours to get this deal to sell the gloves
[2/22/22, 2:36:59 AM] Bradley: 🙏🙏🙏🙏
[2/22/22, 2:39:48 AM] Bradley: This letter does not mention any nitrile content? The
buyer wants to be assured the NBR Nitrile Examination Gloves and Synthetic Nitrile
Examination gloves have nitrile content.
[2/22/22, 4:20:46 AM] Anna Geinwald Medcare CEO: Sent update one
[2/22/22, 12:09:37 PM] Bradley: Thank you Anna!
[2/22/22, 1:31:18 PM] Bradley:
https://view.officeapps.live.com/op/view.aspx?src=https%3A%2F%2Fwww.fda.gov%2Fmedia%
2F151057%2Fdownload&wdOrigin=BROWSELINK
[2/22/22, 1:32:25 PM] Bradley: Anna, we are being told the registration was never
completed. The only person that can call on this is you.

Who we you used to file with FDA never completed the registration. Is this something
you can do today?
[2/22/22, 2:38:53 PM] Bradley: 👆that is a standard registration for the code of
*880.6250*
it doesn't specify a particular company
Ask Anna if she has an FDA #
[2/22/22, 2:39:09 PM] Bradley: Hello Anna, do you have the FDA number?
[2/23/22, 12:21:00 AM] Anna Geinwald Medcare CEO: Medcare has FDA registration
[2/23/22, 12:21:47 AM] Anna Geinwald Medcare CEO: I will be at the office and send
you .
[2/24/22, 10:37:14 PM] Bradley: Hello Anna, reminder to Please send the MedCare FDA
registration.
[2/28/22, 4:15:53 PM] Bradley: Please….
[2/28/22, 4:16:16 PM] Bradley: This is holding up our opportunity to sell these
items
[3/2/22, 8:05:20 PM] Bradley: Hello Anna,

Been asked this question:

"I just need to know if this product has been sold to Canada?  Does the seller have
the answer to that question? Please advise?"
[3/7/22, 11:27:25 AM] Anna Geinwald Medcare CEO: Sorry , I just recived the message
now. Yes we shipped to Canada before.
[3/8/22, 9:42:25 AM] Bradley: <attached: 00000446-PHOTO-2022-03-08-09-42-25.jpg>
[3/8/22, 9:42:51 AM] Bradley: The buyer requested the link above? Do you have this?
[4/8/22, 3:06:50 PM] Bradley: <attached: 00000448-VIDEO-2022-04-08-15-06-50.mp4>
[4/8/22, 3:16:50 PM] Bradley: Hello Anna and Yosi, we have sent out multiple samples
in an attempt to try to sell the 1.88m boxes of MedCare gloves. Video above is from
one opportunity, obviously they are decking to purchase.

Furthermore,
Our client has hired a law firm to investigate, and we have a global meeting with
them on April 20th. This meeting will provide direction if this will be a U.S.
Government probe into the quality of the gloves and material nitrile content. The

gloves we received have tested negative for nitrile content, against the claim by
MedCare nitrile was used to manufacture the gloves. The boxes clearly display
"nitrile" and the formula on all documents we received claim the gloves are nitrile.


This is a big concern going into this meeting as the evidence is becoming
overwhelming that MedCare sold fake nitrile gloves to Rock Fintek, knowing these
gloves were for non profit hospitals in the United States. These concerns are severe
and we need a plan from MedCare on how to replace the gloves beyond the 1 million
boxes you have agreed to replace. We need support from you immediately to solve this
issue.

My ask is MedCare immediately starts a continuous replacement of the 1.88 million
boxes our client still has in their possession to avoid further pursuit by the U.S.
Government and our client.

When are you available to discuss the replacement?
[4/8/22, 3:35:48 PM] Yosi Engineer Medcare: I will pass the message to Anna and we
will talk
[4/15/22, 12:35:06 AM] Bradley: scan@keystonerelay.com_20220414_171019.pdf • 1 page
<attached: 00000451-scan@keystonerelay.com_20220414_171019.pdf>
[4/15/22, 12:36:51 AM] Bradley: Anna and Yosi, attached is the testing draft of the
"new formula" gloves sent to us. We will have full report on Monday next week.

What is the nitrile content minimum for ASTM D6319 gloves?
[4/15/22, 12:37:38 AM] Bradley: Report references ASTM D3677 and E1252? What are
those standards?
[4/15/22, 12:39:14 AM] Bradley: We have global meeting next week Wednesday morning.
Our client is bringing 3 different attorneys to the meeting. We need your help to
explain your formula for the gloves and how they comply with the standards.
[4/19/22, 8:27:31 PM] Bradley: 164005-ROCK FINTEK-4-19-22.pdf • 8 pages document
omitted
[4/19/22, 8:28:11 PM] Bradley: Anna and Yosi, please review the attached and provide
comments on nitrile content
[4/20/22, 8:28:08 AM] Anna Geinwald Medcare CEO: There is no one graph in the table
that do not has a spike between 2000-2500 - all gloves has nitrile in them.
[4/20/22, 12:31:57 PM] Bradley: Is the nitrile content in the medcare glove meet the
standard for ASTM D6319 nitrile gloves ?
[4/20/22, 12:32:20 PM] Bradley: We have our meeting in the next few hours with our
buyer.
[4/20/22, 12:40:03 PM] Bradley: They are being represented by 3 different attorneys
and law firms. All of them will be at the meeting. They are not accepting any of the
medcare gloves and want all removed immediately, as they have deemed them to have
failed all testing requirements. Their claim is the MedCare box states false
information regarding nitrile content, the tensile strength is insufficient, and the
flexibility and stretching of the glove breaks immediately. The documents produced
by MedCare do not meet the standards represented by MedCare.

We need a plan to replace all gloves. Medcare needs to step up as the provider of
the gloves to remedy the issues. Will you pay for all gloves to be replaced?

[4/20/22, 1:16:34 PM] TK: We need to have a response to them for this
[4/20/22, 1:35:19 PM] Anna Geinwald Medcare CEO: ASTM D619 is a standard for
alongationbefore and after aging the minimum is 400 before aging and 300 after aging
- nothing to do with medical level , the force depends on the raw material, since
medcare has its own formula we tested base on Nitrile matetial since the glives can
pass this standard.  On the box we wrote NBR nitrile wich is diffrent than liquid
nitrile .  We were and are very cooperative , but really you are trying to shift the
blame on us when you never contacted us before you had issues. You bought glives
from a broker who bought from another broker and so on I do not know how many times,
you revived products wich we did not ship to you since we never had your direct
contact or requirements, and now you want us to pay for every thing, do you think
it's resonble? We agreed to replace some in order to help but This is not OK. How do
I even know that every thing you got is original medcare and not fake? You sent me
many fake documents wich do not belong or represent medcare. We can not pay for all
glives replace -we can help to replace what we agreed.
[4/20/22, 6:13:44 PM] Anna Geinwald Medcare CEO: Medcare focused on high resistance
to chimicals, EN374-5, EN 455-1/2/4, EN 374-3 and chemotherapy it's all in the
original documents
[5/3/22, 1:32:19 PM] Bradley: Ana, we need a plan from you to avoid a huge mess with
our client and the United States. The gloves test for Zero nitrile. This is a huge
problem and not what we purchased. Boxes claim to be nitrile. Also, the gloves fail
elongation testing as well, therefore not ASTM D6319.

It is clear the gloves are not to standard of other nitrile gloves. Our client has
endless resources to deal with the gloves they purchased as they refer to as  "fake
nitrile".

Please present a plan to replace all gloves. This is needed to avoid grief.
[5/3/22, 1:39:09 PM] Bradley: We need action and a plan from you, this is the
critical point in negotiations and our client has 3 attorneys pressuring full
replacement. We paid $11.50 for the gloves. MedCare made a fortune on this
transaction, and that money needs to be used to avoid litigation and fraud charges
by our government. I respect your willingness to work with us, and appreciate the
transparency. At this point the facts are the gloves are Not nitrile as sold, and
they fail all testing.

Rock Fintek does not want to be in the news for any of this. We purchased these
gloves on false information provided by MedCare and Your partner Kitchen Winners.
Both of you made a large amount of money and left Rock Fintek in this mess.

The right thing needs to be done at this point, spend some of the money you made to
fix the problem caused by providing gloves with zero nitrile in them.

We are desperate need for you to step up here to avoid further litigation
[5/12/22, 8:25:34 PM] Anna Geinwald Medcare CEO: Hi Brad I just saw this long
message , I Am sorry with no VPN I don't see messages. I am really mad ! Med care
never gave you false information and even pointed information that is not correct
that you sent us, Medcare never sold you gloves with 11.5 usd per box so I don't
know how you getting this number since you never order directly from us.   Medcare
agree to help you and always answer and corporate. And a medcare was always fair and

honest - so you can assume medcare mad a fortune, but there is also reality and
facts.  Wich are diffrent than your thoughts.
I will send an email tomorrow, with Medcare respond and plan . But I am sorry this
is not our fault and we will not take the blame because we are honest and answers
you at the beginning, even you never orded even not one box from us.
[5/15/22, 8:29:12 PM] Bradley: Anna, all but ONE lot of the gloves test for Nitrile.
We have tested 14 lots, and our client has tested numerous more. The ONE lot that
tested for nitrile, had very small amount and not to standard to be considered a
nitrile glove.

The fact is the gloves are not what they say on the box or claim to be. They break
when doctors and nurses put them on their hands. Basically, they are a poly vinyl
glove, which is much less expensive to produce. Furthermore, to write on a box NBR
Nitrile Gloves and claim the gloves are nitrile examination gloves was fraudulent.

So at this point we are in a mess with the buyer (second largest in the United
States). They have 4 attorneys from various power law firms demanding immediate
replacement. The are threatening further action with the United States Attorney.

We need a plan of action to replace all the gloves. We did not receive an email from
you outlaying a plan.

Both Thomas and I are devastated by these events. We purchased gloves in good faith
and what they claimed to be on the box. We overpaid as well!

This needs to be corrected as Rock Fintek and our client are the victims.
[6/14/22, 12:37:30 PM] Bradley: Hello Anna,

We have tremendous pressure from all sides right now. Please provide your plan to
replace gloves with "authentic nitrile gloves"? Several weeks ago you said we would
receive an email detailing the replacement.

The gloves have tested for "no nitrile content". They are eluding Fraud by MadCare
and will make this a mess for all parties. To avoid this replacement of the gloves
is mandatory.

This is the right thing to do based on the product we bought from your company
MedCare.

We appreciate your help, and we know your company has made a fortune off sales of
these gloves. Now gloves are inexpensive to produce and/or purchase. They only way
to avoid litigation and a Fraud investigation from United States is to replace.

Please help repair this mess caused by the poor performance of the MedCare gloves.

Need help.
[6/14/22, 5:12:27 PM] Anna Geinwald Medcare CEO: I have sent email one month ago .
Please check .
[6/14/22, 6:11:31 PM] Bradley: Can we do a phone call, Thomas, me and you? When are
you available?

[7/4/22, 5:34:37 AM] Yosi Engineer Medcare: Your security code with Yosi Engineer Medcare changed. Tap to learn more.
[8/2/22, 2:57:30 AM] Bradley: 00000308-declaration for boxes(2).docx • 1 page
<attached: 00000472-00000308-declaration for boxes(2).docx>
[8/2/22, 2:58:13 AM] Bradley: <attached: 00000473-PHOTO-2022-08-02-02-58-13.jpg>
[8/2/22, 3:03:37 AM] Bradley: Hello Anna,

Please review the letter above. We have started litigation against Kitchen Winners. This is correspondence they claim came from you.

We have never seen this document until now, please verify the  authenticity for us. Is this from you?

Also, we would like to have you as an advocate during this legal matter with kitchen winners. They used very deceitful and fraudulent practices against Rock Fintek. Criminal behavior and overall just bad people.
[8/2/22, 3:03:48 AM] Bradley: Thank you 🙏
[8/2/22, 10:18:15 AM] TK: Anna they are trying to make you look like the fraud, this document seems fraudulent and does not seem like yours.
[8/2/22, 10:29:15 AM] Anna Geinwald Medcare CEO: Hi Thomas , I did not got any document can you send it to me ?
[8/2/22, 10:36:36 AM] Bradley: 00000308-declaration for boxes(2).docx • 1 page
<attached: 00000478-00000308-declaration for boxes(2).docx>
[8/2/22, 10:37:46 AM] Bradley: <attached: 00000479-PHOTO-2022-08-02-10-37-46.jpg>
[8/2/22, 10:52:51 AM] Anna Geinwald Medcare CEO: This letter was correct and issued not to kitchen winner but to another costumer wich we never got any complain , and only for me lot that he received  , base on the pictures you sent me you do not have this lot number in your stock.
[8/2/22, 11:01:37 AM] Bradley: Is this referenced somewhere about only 1 lot? Do you have correspondence backing this up?

They are trying to use this letter representing all lots are the same.
[8/2/22, 11:05:45 AM] Anna Geinwald Medcare CEO: I have emails with the other costumer , I will forward to you first thing tomorrow morning .
[8/2/22, 11:06:11 AM] Anna Geinwald Medcare CEO: But this has nothing to do with kitchen winner it's a complete diffrent costumer .
[8/2/22, 11:08:11 AM] TK: Maybe they will claim they bought them from the other customer and sold them to us?

Can you show that's not true?
[8/2/22, 11:09:36 AM] Anna Geinwald Medcare CEO: I can not show if they bought from some one else I can show every thing they bought from us only , and if we sold to another costumer what we sold - quantity and lot number.
[8/2/22, 11:54:50 AM] TK: How about a paper saying that our lot numbers that we gave you are different formulas and not the same like this letter is saying.
Even more specific saying that letter was only for a specific lot as mentioned.
[8/2/22, 3:01:21 PM] Anna Geinwald Medcare CEO: This I can do
[8/24/22, 4:33:16 PM] TK: Hi Anna,
Do you have this ready you can send to us?
[10/15/22, 12:00:06 PM] Bradley: Anna, sent request on your private WhatsApp. We

need specs for the Protection Gloves. Urgently
[10/15/22, 1:27:38 PM] TK: Please
[10/17/22, 3:22:46 PM] Bradley: Hello Anna, please send the documents. Urgent

I work around the clock trying to move these gloves. At this point it's looking like donation.
[10/17/22, 3:22:54 PM] Bradley: Urgent
[10/19/22, 2:56:44 PM] Bradley: Hello Anna, need documents immediately. You gave us your word this would be sent.

Not sending this is blowing opportunity we have to dispose of the gloves
[10/19/22, 5:20:43 PM] TK: Hello Anna?
[10/19/22, 9:35:33 PM] Bradley: Hello Anna, still have not received the documents. URGENT.
[10/19/22, 10:00:45 PM] TK: Anna we have a potential buyer and this can help us sell them now and recover some funds.
[10/20/22, 11:08:49 AM] Bradley: Hello Anna, still waiting on the documentation for the Protection Gloves.

This is beyond urgent
[10/20/22, 11:09:45 AM] Bradley: Please send. This delay is causing us to lose the opportunity to move the gloves.
[10/20/22, 11:10:13 AM] Yosi Engineer Medcare: Hi bradly all documents were sent long time ago
[10/20/22, 11:11:11 AM] Yosi Engineer Medcare: Can you please tell witch document you need and once we in the office will prepare
[10/20/22, 11:37:25 AM] Bradley: We need all documentation on the "protection" gloves
[10/20/22, 11:37:49 AM] Bradley: We have never received any documents specific to those gloves
[10/20/22, 11:38:29 AM] Bradley: All documents received are for the NBR examination gloves
[10/21/22, 4:17:54 PM] Bradley: Still no email regarding the documents for "Protection Gloves"
[10/21/22, 4:19:36 PM] Bradley: Is there a specific reason you are not sending this? By doing this, the opportunity is basically lost for us to try and move these gloves.

I've asked for this multiple times, not grasping the disrespect of my time?
[10/21/22, 4:23:09 PM] Yosi Engineer Medcare: Hi Bradly we are not in the office. we on a business trip we will be back tomorrow night to dongguan and will send it latest by Monday.  as far as I know all document were sent to you already for all the glove you buy from Medcare clients.
[10/21/22, 4:23:32 PM] TK: Thank you
[10/21/22, 4:23:51 PM] Yosi Engineer Medcare: Appreciate the wait
[10/24/22, 2:29:24 PM] Bradley: Still waiting on "protection nitrile gloves" documents. beyond a reasonable amount of time has passed. The buyer we had walked away.
[10/24/22, 2:36:03 PM] Bradley: We have close to 100,000,000 "Protection Gloves" in our possession and we can't get a document from you about the quality and glove

formula, thickness, testing, etc?

Rock Fintek is the single largest purchaser of the MedCare Gloves and this is the
response time? We had a potential way to move these gloves from our warehouses and
were asked for simple documentation on the "Protection Gloves". My time is valuable,
as I'm certain yours is too. Please send the documents.
[8/22/23, 12:18:08 PM] Yosi Engineer Medcare: Yosi Engineer Medcare changed their
phone number to a new number. Tap to message or add the new number.