UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC.,<br><br>     *Plaintiff*,<br><br>-against-<br><br>ROCK FINTEK LLC,<br><br>     *Defendant*.<br><br>ROCK FINTEK LLC,<br><br>     *Counterclaim/Third Party-Plaintiff*,<br><br>-against-<br><br>KITCHEN WINNERS NY INC.,<br><br>     *Counterclaim-Defendant*,<br><br>and<br><br>ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN,<br><br>     *Third-Party Defendants*. | Civil Action No. 22-cv-05276-PAE<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that upon the Declaration of Alexander J. Sperber, dated February 16, 2024, and the exhibits annexed thereto; Affidavit of Joseph Weiner, dated February 16, 2024; the Rule 56.1 Statement of Undisputed Material Facts, dated February 16, 2024; and upon the accompanying Memorandum of Law; and upon all prior pleadings and proceedings in this action, Plaintiff/Counterclaim-Defendant Kitchen Winners NY Inc. ("Kitchen Winners"), will

1

move this Court, before the Honorable Paul A. Engelmayer, at the United States District Court, Southern District of New York, 40 Foley Square, Courtroom 1305, New York, NY 10007, on a date, time and place to be set by the Court, for an Order, pursuant to FRCP 56:

(a) Granting summary judgment in favor of Kitchen Winners on each of the causes of action in Kitchen Winner's Complaint against Defendant/Counterclaim and Third-Party Plaintiff Rock Fintek LLC's ("Rock Fintek");

(b) Granting summary judgment in favor of Kitchen Winners dismissing Defendant/Counterclaim and Third-Party Plaintiff Rock Fintek LLC's ("Rock Fintek") Counterclaims against Kitchen Winners; and

(c) Granting such other and further relief as the Court deems just and proper.

Dated: Kew Gardens, New York
February 16, 2024

**LIPSIUS-BENHAIM LAW, LLP**
*Attorneys for Kitchen Winners NY Inc.*

By: _____
Alexander J. Sperber, Esq.
Yisroel Steinberg, Esq.
80-02 Kew Gardens Road, Suite 1030
Kew Gardens, NY 11415
Tel: (212) 981-8440
asperber@lipsiuslaw.com
ysteinberg@lipsiuslaw.com