

# LIPSIUS-BENHAIM LAW, LLP

80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
Telephone: 212-981-8440
Facsimile: 888-442-0284
www.lipsiuslaw.com

**ALEXANDER J. SPERBER**
DIRECT LINE: (212) 981-8449
Email: asperber@lipsiuslaw.com

March 7, 2024

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

                Re:    *Kitchen Winners NY Inc. v. Rock Fintek LLC*
                      Case No. 22-cv-05276-PAE

Dear Judge Engelmayer:

      This firm represents Plaintiff/Counterclaim-Defendant Kitchen Winners NY Inc., as well as Third-Party Defendants Adorama Inc. and Joseph Mendlowitz (collectively, "Defendants") in the above-referenced matter. The Defendants respectfully submit this Letter Response to Defendant/Counterclaim and Third-Party Plaintiff Rock Fintek LLC's ("Rock Fintek") Letter Motion to Seal (ECF 142.)

      Defendants have no objection to Rock Fintek's request for an Order that Rock Fintek's bank records (ECF 141-20 through ECF 141-30), submitted by Defendants in support of their respective motions for summary judgment, should remain under seal, or, in the alternative, Rock Fintek will provide the Court with redacted versions of those records to be placed in the public docket, while the unredacted versions remain a part of the record.

      However, Defendants would like to take the opportunity to explain why they filed Rock Fintek's unredacted bank records as part of their motions. Aside from the burdensomeness of redacting the irrelevant portions of the bank records, Defendants were concerned that heavily redacted documents would take away from the context of the transactions and would be difficult and confusing for the Court to parse. Further, Defendants thought that it was important that unredacted versions of important documents such as these be made a part of the record in this case.

      We thank the Court for its continued attention to this matter.

LIPSIUS-BENHAIM LAW, LLP
March 7, 2024
Judge Paul A. Engelmayer
Page 2

        Respectfully submitted,

        LIPSIUS-BENHAIM LAW, LLP

        Alexander J. Sperber