UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br> Plaintiff, <br> -v- <br> ROCK FINTEK LLC, <br><br> Defendant. | 22 Civ. 5276 (PAE) <br><br> ORDER |
| ROCK FINTEK LLC, <br><br> Third-Party Plaintiff and Counter Claimant, <br> -v- <br> KITCHEN WINNERS NY INC., <br><br> Counterclaim Defendant, <br><br> JNS CAPITAL HOLDINGS LLC, JOEL STERN, HERSHEY WEINER, JOSEPH MENDLOWITZ, ADORAMA, INC., <br><br> Third-Party Defendants. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received Rock Fintek LLC's letter-motion asking this Court to issue an order maintaining the confidentiality of Rock Fintek's bank records currently filed under seal at Docket 141, Exhibits 20–30 (or Exhibits N and O). These records were filed under seal in support of Adorama, Inc., Kitchen Winners NY Inc, and Joseph Medlowitz's (the "Adorama parties'") motions for summary judgment, *see* Dkts. 137–141, and in conjunction with

this Court's November 3, 2023 order compelling Rock Fintek to produce a full, unredacted copy of its bank records to be received on an attorney's-eyes-only basis. Dkt. 116.

Rock Fintek now seeks, and the Adorama Parties do not object to, an order that these bank records should remain under seal, or in the alternative, that Rock Fintek should provide the Court with redacted copies of the bank records to be placed on the public docket. Dkts. 141–142. In deference to the presumption in favor of public access to judicial documents, *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–20 (2d Cir. 2006), the Court directs that these documents in their entirety should remain under seal, but that Rock Fintek should file redacted copies with its summary judgment briefing—currently due **March 15, 2024**—to be filed on the public docket. Rock Fintek is free to seek a reasonable extension of time to file the redacted bank records which the Court will attend to promptly.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: March 12, 2024
New York, New York