# EXHIBIT 1



Earn up to a **$70 in Statement Credit‡** when you open an Adorama Edge Credit Card and make a qualifying first purchase now through 10/31/23. LEARN MORE ›

Adorama

Search

Nitrile

# Search Results for "nitrile"(26 Products)

All (26) New (26)

CATEGORIES:

- Public Safety (26)
  - Forensics (26)

FILTERS:

Search within filte

## Brand

- DiVal (12)
- IvoryNite (1)
- Microflex (1)
- Safariland (1)
- Safety Zone (1)
- Sirchie (9)
- Sysco (1)

## Price Range

- $0 to $25 (7)
- $25 to $50 (9)
- $100 to $250 (8)
- $250 to $500 (2)

$ min to $ max

## Ratings & Revie...

★★★★★ (1)

## Filter By

Win $200

In Stock (8)

Sort By: Popular Results

1-26 of **26 items**

### Sysco Nitrile Food Service Gloves, Large, Blue, 100-Pack

SKU: SYS2306775 MFR: 2306775

In Stock - Free Shipping

$39.99

Add to Cart

+ wishlist

### DiVal TouchNTuff Disposable Nitrile Gloves, Medium, Green, 100-Gloves

SKU: DI92600MD MFR: 92600MD

In Stock - Free Shipping

$29.95

Add to Cart

+ wishlist

### DiVal Microflex Integra N86 Nitrile Disposable Exam Glove, XXL, Blue, 50-Gloves

SKU: DIN865XXL MFR: N865XXL

In Stock

$22.50

Add to Cart

+ wishlist

Exhibit
ADORAMA02

TrustedSite

In Store Pick Up (3)
New Condition Only (26)
Non-Kits (26)
Top Rated (1)
VIP Pro - 2 Day Delivery (2)

Type
Pack Of

CERTIFIED SECURE



**Sirchie Nitrile Gloves, Medium, 100 Each, Blue**
SKU: SISF0078M   MFR: SF0078M
Ships from Manufacturer

Usually ships within 1-2 Weeks. Please note: Your card will be charged when order is submitted to the vendor (usually within 24 hours).

Contact Us to Order
+ wishlist



**Sirchie Powder-free Nitrile Gloves, Small, 100 Each, Black**
SKU: SISF0081S   MFR: SF0081S
Ships from Manufacturer

Usually ships within 1-2 Weeks. Please note: Your card will be charged when order is submitted to the vendor (usually within 24 hours).

Contact Us to Order
+ wishlist



**Sirchie Sterile Nitrile Gloves, Small, 50 Pairs**
SKU: SISF0084S   MFR: SF0084S
In Stock - Free Expedited Shipping

Contact Us to Order
+ wishlist



**Dival Microflex MidKnight Black Nitrile Powder-Free Gloves, Large, 10 Box**
SKU: DIMK296L   MFR: MK296L
Special Order
- Free Shipping

Generally ships in 7-14 days, subject to availability

$219.95

$37/mo suggested payments with 6-month special financing. Learn how.

Add to Cart
+ wishlist

**Ways to Save**
5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points


CERTIFIED SECURE



### DiVal Microflex Integra N86 Nitrile Disposable Exam Glove, XL, Blue, 50 Gloves

SKU: DIN864XL   MFR: N864XL

**Special Order**

Generally ships in 7-14 days, subject to availability

$22.30

**Add to Cart**

+ wishlist

---



### DiVal Microflex Supreno EC Nitrile Extended Cuff Exam Gloves, Medium, 50

SKU: DISEC375M   MFR: SEC375M

In Stock  - Free Expedited Shipping

$157.50

**Add to Cart**

+ wishlist

**Ways to Save**

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points

---



### Dival Microflex MidKnight Black Nitrile Powder-Free Gloves, Medium, 10 Box

SKU: DIMK296MD   MFR: MK296MD

**Special Order**

- Free Shipping

Generally ships in 7-14 days, subject to availability

$269.95

$45/mo suggested payments with 6-month special financing.
Learn how.

**Add to Cart**

+ wishlist

**Ways to Save**

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points

---



### Dival Microflex MidKnight Black Nitrile Powder-Free Gloves, Small, 10 Box

SKU: DIMK296S   MFR: MK296S

**Special Order**

Generally ships in 7-14 days, subject to availability

$249.95

$42/mo suggested payments with 6-month special financing.
Learn how.

**Add to Cart**

+ wishlist

**Ways to Save**


TrustedSite

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points



**General Brand Nitrile Gloves Blue, (Large) (100 Gloves)**
SKU: GBNGL   MFR: GB-NGL
 (1)
In Stock - Free Shipping

$24.95

Add to Cart

+ wishlist



**Safariland Nitrile Rubber Gloves, XL, 1 Dozen Pair**
SKU: SA35237   MFR: 3-5237
Special Order Item
This item is typically shipped to you directly from Manufacturer within 2-4 Weeks. Delivery is subject to availability.

Contact Us to Order

+ wishlist



**DiVal Microflex Supreno EC Nitrile Extended Cuff Exam Gloves, Small**
SKU: DISEC375S   MFR: SEC375S
Special Order
- Free Shipping
Generally ships in 7-14 days, subject to availability

$157.50

Add to Cart

+ wishlist

Ways to Save
5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points



**Dival Safety Microflex Midknight Black Nitrile Examination Gloves, XL, 10 Boxes**
SKU: DIMK296XL   MFR: MK296XL
Special Order
- Free Shipping
Generally ships in 7-14 days, subject to availability

$269.95

$45/mo suggested payments with 6-month special financing. Learn how.

Add to Cart

+ wishlist

Ways to Save
5% OFF† Every Day with Adorama Edge Credit Card



**DiVal Microflex Supreno EC Nitrile Extended Cuff Exam Gloves, XX-Large**

SKU: DISEC375XXL   MFR: SEC375XXL

Special Order

- Free Shipping

Generally ships in 7-14 days, subject to availability

$157.50

**Add to Cart**

+ wishlist

Ways to Save

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points



**DiVal Microflex Supreno EC Nitrile Extended Cuff Exam Gloves, Extra Large**

SKU: DISEC37XL   MFR: SEC37XL

Special Order

- Free Shipping

Generally ships in 7-14 days, subject to availability

$199.00

$34/mo suggested payments with 6-month special financing. Learn how.

**Add to Cart**

+ wishlist

Ways to Save

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points



**Dival Microflex PF Nit Glove Large 500 /Cs**

SKU: DISEC375LG   MFR: SEC375LG

Special Order

- Free Shipping

Generally ships in 7-14 days, subject to availability

$157.00

**Add to Cart**

+ wishlist

Ways to Save

5% OFF† Every Day with Adorama Edge Credit Card
Get Reward Points





### DiVal Powder-Free Latex Disposable Gloves, Large

SKU: DIGRPRLG1TBX
MFR: GRPRLG1TBX

**Special Order**

Generally ships in 7-14 days, subject to availability

$11.00

**Add to Cart**

+ wishlist



### Sirchie Powder-Free Latex Gloves, Small, Box of 50, Blue

SKU: SISF0079S   MFR: SF0079S

**In Stock** - Free Shipping

**Contact Us to Order**

+ wishlist



### Sirchie Latex Powdered 10"x5mil Thick Gloves, Small, Set of 100

SKU: SISF0077S   MFR: SF0077S

**Ships from Manufacturer**

Usually ships within 1-2 Weeks. Please note: Your card will be charged when order is submitted to the vendor (usually within 24 hours).

**Contact Us to Order**

+ wishlist



### Sirchie Powder-Free Latex Gloves, 12"x14 Mil Thick, Small, Box of 50

SKU: SISF0080S   MFR: SF0080S

**Ships from Manufacturer**

Usually ships within 1-2 Weeks. Please note: Your card will be charged when order is submitted to the vendor (usually within 24 hours).

**Contact Us to Order**

+ wishlist



### Sirchie Powder-Free Black Latex Gloves, 10" x 6.5 mil, Small, 100 EA

SKU: SISF0082S   MFR: SF0082S

**Ships from Manufacturer**

Usually ships within 1-2 Weeks. Please note: Your card will be charged when

**Contact Us to Order**

+ wishlist



CERTIFIED SECURE

order is submitted to the vendor (usually within 24 hours).



**Sirchie Powder-Free Latex Gloves, 12"x14 Mil Thick, Medium, Box of 50**

SKU: SISF0080M   MFR: SF0080M

In Stock  - Free Shipping

**Contact Us to Order**

+ wishlist



**Sirchie Heavy-Duty Rubber Gloves, 12"x18mil, Large, Sets of 12**

SKU: SIHDG100   MFR: HDG100

Ships from Manufacturer

Usually ships within 1-2 Weeks. Please note: Your card will be charged when order is submitted to the vendor (usually within 24 hours).

**Contact Us to Order**

+ wishlist



**Safety Zone The Safety Zone 4.5 Mil Powder Free Latex Exam Gloves, Medium**

SKU: SZGREPM1   MFR: GREP-MD-1

Special Order

Generally ships in 7-14 days, subject to availability

$**37**.09

**Add to Cart**

+ wishlist

## Recently Viewed

Clear History






TrustedSite

## Give Us A Call
Questions? We're happy to help! Call us at 800-223-2500

## Chat Now
Need help or have product questions? Chat with an expert.

## Help Center
For info on shipping, returns, orders and more, find answers here.

## Visit Our Stores
Visit our NYC store for shopping, services, repairs, and more.

### How Can We Help?
- Customer Service
- Track Your Order
- Shipping & Delivery
- In-Store Pickup
- International Orders
- Return Policy
- Contact Us
- Warranties
- Accessibility Policy

### Services & Programs
- Adorama Business, Education, & Government
- Adorama Edge Credit Card
- VIP Rewards
- Students
- Adorama Protect
- Photo Printing
- Camera Rentals
- Sell Used Equipment
- Authorized Apple Service

### Who We Are
- About Adorama
- Our History
- Creator Highlights
- Adorama Reviews
- Map & Directions
- Events
- Learning Center
- Brands
- Affiliate Program
- Careers

### Unlock Free Shipping

Sign up for texts and get special offers, product news, exclusive deals, and more. Plus, Adorama Rewards members earn **25 points.**

By submitting this form, you agree to receive recurring automated promotional and personalized marketing text messages (e.g. cart reminders) from Adorama at the cell number used when signing up. Consent is not a condition of any purchase. Reply HELP for help and STOP to cancel. Msg frequency varies. Msg and data rates may apply. View Terms & Privacy". *Valid only on Standard Shipping with a maximum discount $50 within 48 Contiguous States. Excludes PO Boxes, Alaska, FPO/APO, Hawaii, Puerto Rico, and Guam.

[Your email] [Mobile Number] [Submit]

Follow Us:     

Copyright Adorama Camera, Inc. All rights reserved.  •  Privacy  •  Terms

