# EXHIBIT 4

[3/4/21, 2:15:29 PM] Mendel Rock Gloves: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[3/4/21, 2:15:29 PM] Tommy H. Kato created group "Mendel Rock Gloves"
[3/4/21, 2:15:29 PM] Tommy H. Kato added you
[3/4/21, 2:16:23 PM] Tommy H. Kato: Mendel I put my operations guy and partner Brad on here.

I  sent you his email also.
[3/4/21, 2:16:36 PM] Mendel:
[3/4/21, 2:18:08 PM] Tommy H. Kato: Arik helped with the introduction, he doesn't have to be on the emails unless you prefer.
[3/4/21, 2:18:27 PM] Tommy H. Kato: Either way is good with me. He is a great friend
[3/4/21, 2:19:37 PM] Mendel: whichever, i'm ok with either..
[3/4/21, 2:20:28 PM] Tommy H. Kato: Bradley check the specs and see if they are good for our client
[3/4/21, 2:25:50 PM] Tommy H. Kato changed this group's icon
[3/4/21, 2:38:51 PM] Brad: Mendel, I do not see an ASTM D6319 certification or FDA with what was sent via email. Do you have documents ?
[3/4/21, 2:42:41 PM] Mendel: This message was deleted.
[3/4/21, 2:43:03 PM] Mendel: Hang on, let me get to my computer
[3/4/21, 2:47:19 PM] Mendel: https://www.accessdata.fda.gov/cdrh_docs/pdf15/K152712.pdf
[3/4/21, 2:47:47 PM] Mendel: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfRL/rl.cfm?lid=689107&lpcd=LZA
[3/4/21, 2:48:11 PM] Mendel: https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpmn/pmn.cfm?ID=K152712
[3/4/21, 2:48:44 PM] Mendel: K152712.pdf • 7 pages <attached: 00000017-K152712.pdf>
[3/4/21, 2:52:55 PM] Tommy H. Kato: Are we good Bradley?
[3/4/21, 2:53:36 PM] Mendel: <attached: 00000019-PHOTO-2021-03-04-14-53-36.jpg>
[3/4/21, 2:55:53 PM] Brad: I think we can get this approved.
[3/4/21, 3:03:24 PM] Tommy H. Kato: $13 is a very fair price for both of us
[3/4/21, 3:29:00 PM] Tommy H. Kato: Bradley we agreed to $14/box on these 3 and possible discount after we sign a bigger deal.
[3/4/21, 3:29:02 PM] Mendel: Your company information for the Invoice
[3/4/21, 3:29:06 PM] Mendel: Please
[3/4/21, 3:29:37 PM] Tommy H. Kato: Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139
[3/4/21, 3:29:44 PM] Mendel: Thanks
[3/4/21, 3:30:22 PM] Tommy H. Kato: Email wire information to ana@rockfintek.com and BG@rockfintek.com
[3/4/21, 3:30:26 PM] Tommy H. Kato: Or paste here
[3/4/21, 3:30:35 PM] Mendel: Np
[3/4/21, 3:32:23 PM] Mendel: Wiring Instructions for MJN PLLC.pdf • 1 page <attached: 00000030-Wiring Instructions for MJN PLLC.pdf>
[3/4/21, 3:32:24 PM] Tommy H. Kato: We will wire in full for 1 container now, plus a $50k non refundable deposit for the other two containers after our client signs off on the first one early next week.
[3/4/21, 3:32:32 PM] Mendel: Our wire info
[3/4/21, 3:32:39 PM] Mendel: Working on the Invoice
[3/4/21, 3:32:48 PM] Mendel: Setup the wire in the meantime...
[3/4/21, 3:53:51 PM] Mendel: 1633.pdf • 1 page <attached: 00000035-1633.pdf>
[3/4/21, 3:57:06 PM] Brad: Mendel, do you want me to sign this as verification?
[3/4/21, 4:12:46 PM] Mendel: Sure, why not
[3/4/21, 4:36:51 PM] Tommy H. Kato: Brad sign and send back and have Ana wire funds in the morning.
[3/4/21, 4:46:22 PM] Brad: Ok
[3/4/21, 4:52:53 PM] Brad: Mendel invoice 1.pdf • 1 page <attached: 00000040-Mendel invoice 1.pdf>
[3/4/21, 5:26:04 PM] Tommy H. Kato: Mendel Copy Arik on all emails.  He's working with us on other deals also.

Thank you
[3/4/21, 5:29:41 PM] Mendel: np
[3/4/21, 5:29:56 PM] Mendel:
[3/4/21, 8:18:15 PM] Brad: Hey Mendel, need address of the gloves in LA to arrange logistics tomorrow?
[3/4/21, 8:19:12 PM] Mendel: Hey, sure I'll get it for u ASAP, I'm driving now
[3/4/21, 8:19:31 PM] Brad:
[3/5/21, 7:49:27 AM] Mendel: Gm, please send me the wire confirmation ASAP, as we have another customer in israel that wants to wire us (for these goods) before the sabbath which is in 2 hours... as I told you I have you my word but we can loose a sale...so either way please let me know ASAP
[3/5/21, 7:50:46 AM] Brad: On it. Banks not open to wire yet. Will get it done
[3/5/21, 8:35:26 AM] Tommy H. Kato: We are buying them 100%, we already told our client they are coming.
We told them they can see the first one, which they should like and sign off on. Then we send the other two. It's a done deal.
[3/5/21, 8:49:47 AM] Mendel: Ok
[3/5/21, 9:43:00 AM] Mendel: when should we expect the wire confirmation?
[3/5/21, 9:43:28 AM] Brad: Shortly. We just got off phone with Ana our CFO
[3/5/21, 9:43:37 AM] Brad: She is in California.
[3/5/21, 9:43:51 AM] Brad: Handling now
[3/5/21, 10:24:24 AM] Tommy H. Kato: <attached: 00000055-PHOTO-2021-03-05-10-24-24.jpg>
[3/5/21, 10:25:21 AM] Tommy H. Kato: Mendel the wire was initiated with our private bank and we will send you the confirmation number shortly.
[3/5/21, 10:28:18 AM] Mendel: ok
[3/5/21, 11:13:20 AM] Brad: Your wire transfer request has been completed.

Fed reference number: 20210305B6B7HU2R007777
[3/5/21, 11:50:08 AM] Brad: Mendel, We need address? Did you send
[3/5/21, 11:52:49 AM] Tommy H. Kato: Brad,
He's in a conference and calling back.
[3/5/21, 12:51:49 PM] Tommy H. Kato added Arik Miami
[3/5/21, 1:21:14 PM] Tommy H. Kato: Your wire transfer request has been completed.

Fed reference number: 20210305B6B7HU2R007777
[3/5/21, 1:21:20 PM] Arik Miami: INDIAN BANK SINGAPORE
STANDARD  CHARTED BANK HK OR SG
WINTER BANK
IDB BANK NY
UCO BANK HONG KONG
UCO BANK HK
BANK LEUMI NY
[3/5/21, 1:21:33 PM] Tommy H. Kato: Mendel are we good to go?
[3/5/21, 1:22:34 PM] Tommy H. Kato: And can we discuss the larger order with these banks Arik just sent you. These are the banks Arik has that will work with us.
[3/5/21, 1:22:42 PM] Tommy H. Kato: We prefer not to pay cash
[3/5/21, 1:22:57 PM] Arik Miami: These are the Banks that willing to work with us to facilitate the bigger deal.
[3/5/21, 3:04:19 PM] Mendel: We still haven't received this wire per our attorney, please get the actual confirmation fron the bank? Besides the fed wire #? (We gave our bank the fed wire # and they're inquiring about this too)
[3/5/21, 3:05:23 PM] Tommy H. Kato: Wire.pdf • 1 page <attached: 00000069-Wire.pdf>
[3/5/21, 3:05:39 PM] Tommy H. Kato: Here you go.
[3/5/21, 3:06:35 PM] Tommy H. Kato: Can we take some time and close the large deal, over the next several months?
[3/5/21, 3:06:59 PM] Brad: I'll be available for the next 3 hours to talk.
[3/5/21, 3:12:21 PM] Mendel: Passing this on the my attorney... I'll revert back ASAP
[3/5/21, 3:12:42 PM] Tommy H. Kato: Thanks
[3/5/21, 3:12:49 PM] Mendel: Sure.. can we discuss this Monday? Or even Sunday if ur up for it?

[3/5/21, 3:12:55 PM] Mendel: Today is crazy...
[3/5/21, 3:12:57 PM] Tommy H. Kato: Sunday is better
[3/5/21, 3:13:06 PM] Mendel: Sure, what time?
[3/5/21, 3:13:31 PM] Tommy H. Kato: Late morning, after the kids settle down.
[3/5/21, 3:13:38 PM] Tommy H. Kato: What's good for you?
[3/5/21, 3:14:30 PM] Mendel: Who else is joining?
[3/5/21, 3:14:36 PM] Mendel: Call or in person?
[3/5/21, 3:14:56 PM] Mendel: We can do video call to save us time if u want
[3/5/21, 3:17:55 PM] Tommy H. Kato: Everyone on this chat
[3/5/21, 3:18:07 PM] Tommy H. Kato: Or we can meet?
[3/5/21, 3:22:16 PM] Arik Miami: Let's get this order done and sure Sunday either video or meeting both works. Let's build additional confident so we take this to the moon.
[3/5/21, 3:23:57 PM] Arik Miami: Please also check with the group the possibility to work with any of these bank. That way we can scale very large
[3/5/21, 3:24:42 PM] Arik Miami: If possible to get feedback on Sunday or Monday will be great. שבת שלום ומבורכת. אמן
[3/5/21, 3:27:16 PM] Mendel:
[3/5/21, 3:27:26 PM] Mendel: We can do video call...
[3/5/21, 3:27:59 PM] Mendel: Is 10:30AM good?
[3/5/21, 3:28:10 PM] Mendel: Will do
[3/5/21, 3:29:10 PM] Arik Miami: If it's Sunday let's do 12 Noon if possible. Anytime north of 12.
[3/5/21, 3:29:45 PM] Mendel: Sure, NP
[3/5/21, 3:30:09 PM] Mendel: If I guys want we can do lunch I'm flexible
[3/5/21, 3:30:22 PM] Arik Miami: Now you talking. Much better
[3/5/21, 3:30:40 PM] Mendel: I eat kosher so you guys may have to drive to a kosher place
[3/5/21, 3:30:47 PM] Mendel: I'm not sure what area u guys live in?
[3/5/21, 3:30:55 PM] Arik Miami: Sure let's have some fun. The prefer than Fun part of this relation
[3/5/21, 3:31:04 PM] Arik Miami: South Beach
[3/5/21, 3:31:43 PM] Mendel: All of you? (That live in FL of course)
[3/5/21, 3:32:45 PM] Tommy H. Kato: Let's have lunch
[3/5/21, 3:32:58 PM] Tommy H. Kato: At Bal Harbor Mall?
[3/5/21, 3:33:15 PM] Tommy H. Kato: Kosher place is good too!
[3/5/21, 3:34:02 PM] Mendel: There's good kosher food right near the bar Harbour shops
[3/5/21, 3:34:21 PM] Mendel: Tapas good for u guys?
[3/5/21, 3:34:31 PM] Arik Miami: Sure.
[3/5/21, 3:34:35 PM] Arik Miami: Spain
[3/5/21, 3:34:39 PM] Arik Miami: Very good
[3/5/21, 3:35:05 PM] Mendel: 26 Sushi & Tapas
(305) 570-2626
https://goo.gl/maps/4hRd7K7Dn1SnawBk6
[3/5/21, 3:35:23 PM] Mendel: 12pm confirmed?
[3/5/21, 3:35:28 PM] Arik Miami: Confirmed
[3/5/21, 3:38:45 PM] Tommy H. Kato: Confirmed!
[3/5/21, 3:43:09 PM] Mendel: Great
[3/5/21, 4:31:30 PM] Arik Miami: Will you be sending the address for pick up before Sabbath bro ?
[3/5/21, 4:56:43 PM] Arik Miami: Any update on the pick up ? Do you plan to deliver this before sabbath ?
[3/5/21, 4:57:36 PM] Mendel: Hey, we haven't received the wire yet. As soon as it hits
[3/5/21, 4:57:38 PM] Tommy H. Kato: They are in LA. There is a lot of time, however we need the address.

The wire just have cleared and we gave you all the documentation.
[3/5/21, 4:58:08 PM] Mendel: I'll call again last I checked it didn't hit our account yet
[3/5/21, 4:58:19 PM] Mendel: Give me a few minutes calling
[3/5/21, 4:58:27 PM] Arik Miami: I believe the wire cleared by now 5pm cut off time. Can you check again
[3/5/21, 4:58:43 PM] Arik Miami: Ok
[3/5/21, 5:29:42 PM] Tommy H. Kato: Mendel can you please send us the address.
We cannot lose the weekend in picking these up.
[3/5/21, 5:30:08 PM] Tommy H. Kato: We send wires all the time. They clear within hours.

[3/7/21, 11:55:31 AM] Arik Miami: We are 10 min late. On our way.
[3/7/21, 11:56:16 AM] Mendel: Np
[3/8/21, 7:48:24 AM] Brad: Hey Mendel, please provide the address to pick up the gloves today. We had to pay a dead truck fee on Friday as we had him waiting all day with no address. Obviously don't want that to happen again.

Thank you.
[3/8/21, 9:35:00 AM] Arik Miami: GM Mendel, can you confirm that the wire arrive please ? Great meeting you yesterday. Let's become creative and get this relation going. I am counting on you my freind. Peace Arik
[3/8/21, 11:26:28 AM] Arik Miami: <attached: 00000129-PHOTO-2021-03-08-11-26-28.jpg>
[3/8/21, 11:26:35 AM] Arik Miami: Mendel I need answer please
[3/8/21, 11:30:23 AM] Mendel: I'm on it, I just spoke to Arik, my attorney is going to the bank as we speak we will have an update shortly
[3/8/21, 11:30:34 AM] Mendel: Thanks for sharing, I've passed this on to him
[3/8/21, 11:44:50 AM] Brad: Please help us Mendel, I paid for a truck all day Friday,  and since 6am this morning. Funds are good. Please send address. I have to send the gloves across the country, missed the weekend. Thank you
[3/8/21, 11:46:57 AM] Mendel: Hi Brad, I have give you the address, that's not a problem but the wire needs to hit our account before we release any merchandise, we're working on it. I'll get back to you guys ASAP
[3/8/21, 11:47:22 AM] Brad: Sounds good. Should be able to look online.
[3/8/21, 11:47:35 AM] Brad: It cleared out account Friday morning
[3/8/21, 11:47:39 AM] Brad: Our
[3/8/21, 11:54:51 AM] Arik Miami: We are calling BOA to see if that wire got flagged. While your guy going to your bank. We should know the status within an hour.
[3/8/21, 11:57:26 AM] Brad: Money has cleared. Confirmed
[3/8/21, 11:57:40 AM] Brad: Cleared Friday into your account.
[3/8/21, 12:01:39 PM] Mendel: Thanks
[3/8/21, 12:02:30 PM] Arik Miami: Okay so no issue on our side as you can tell. I will contact you again in an hour. If you resolve before please text us.
[3/8/21, 12:03:24 PM] Mendel: Of course, I'm on top of it
[3/8/21, 12:03:44 PM] Mendel: As my top priority to get this resolved ASAP
[3/8/21, 12:04:31 PM] Arik Miami: I know that believe me. Let's get everyone comfortable. This is the key to succeed.
[3/8/21, 12:08:48 PM] Arik Miami: Plus let's enjoy each other talent so we make this huge success. I am a big believe in this relationship. Toda
[3/8/21, 12:09:19 PM] Mendel:
[3/8/21, 1:48:18 PM] Brad: Hey Mendel, I have 12 mins or I lose truck.
[3/8/21, 1:48:26 PM] Brad: And I pay
[3/8/21, 1:50:52 PM] Brad: Funds cleared Friday. Need to pick up our gloves right now. Our client was told they were arriving today.
[3/8/21, 3:54:22 PM] Tommy H. Kato: Hello Mendel,
Arik said the funds cleared.   Can you please send the address
[3/8/21, 4:03:30 PM] Mendel: hey guys
[3/8/21, 4:03:33 PM] Mendel: sorry for Delay
[3/8/21, 4:03:36 PM] Mendel: MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
DavidD@md3pl.com
[3/8/21, 4:03:53 PM] Mendel: +1 (347) 631-4451
[3/8/21, 4:04:01 PM] Mendel: Please call David he's the supervisor
[3/8/21, 4:04:16 PM] Mendel: Please make an Appointment with them before showing up
[3/8/21, 4:08:09 PM] Arik Miami: <attached: 00000158-STICKER-2021-03-08-16-08-09.webp>
[3/8/21, 4:08:28 PM] Mendel: lol
[3/8/21, 4:08:46 PM] Brad: We called there. They don't know who we are?
[3/8/21, 4:09:02 PM] Mendel: tell David you're Mendel's Customer
[3/8/21, 4:09:07 PM] Brad: Mendel, please call there and have them take our call from Alex King.

[3/8/21, 4:09:09 PM] Mendel: David knows me/Us
[3/8/21, 4:09:57 PM] Mendel: Please call again? Lmk how it goes
[3/8/21, 4:11:41 PM] Brad: On it
[3/8/21, 4:15:30 PM] Arik Miami: <attached: 00000166-STICKER-2021-03-08-16-15-30.webp>
[3/9/21, 11:15:21 AM] Mendel: packing slip MATU2723257.pdf • 1 page <attached: 00000167-packing slip MATU2723257.pdf>
[3/9/21, 11:16:57 AM] Tommy H. Kato: Is that supposed to be 30,000?
[3/9/21, 11:17:50 AM] Mendel: 3,000 master cartons
[3/9/21, 11:19:23 AM] Tommy H. Kato: Understood
[3/9/21, 11:19:35 AM] Mendel: Please have the driver print 2 and sign this and take pic of this with his DL on the paper and leave one for the warehouse
[3/9/21, 11:19:51 AM] Mendel: Thank you!
[3/9/21, 1:24:19 PM] Mendel: Please confirm that we can release this container to Alex King and Brad Gilling
[3/9/21, 2:40:58 PM] Tommy H. Kato: Of course you can
[3/9/21, 2:41:24 PM] Mendel: Just needed it in writing
[3/9/21, 2:41:35 PM] Tommy H. Kato:
[3/9/21, 4:35:42 PM] Brad: Hey Mendel, our guys picked up the gloves. No smalls. Will we be able to make them up on another shipment? Our client expects 10,40,40,10. Creates a problem when we don't show up with correct sizes. Please advise how we can remedy? Thank you.
[3/9/21, 4:43:35 PM] Mendel: Hey Brad, per the email I shared with you and your team on the 4th, I attached packing lists showing the size breakdowns and well as mentioned it on the phone, these were sent like this....normally there is a 10/40/40/10 size breakdown...
[3/9/21, 4:43:40 PM] Mendel: <attached: 00000179-PHOTO-2021-03-09-16-43-40.jpg>
[3/9/21, 4:44:11 PM] Mendel: I can work on Trying to remedy this... not sure how easily I can do it
[3/9/21, 4:44:37 PM] Brad: Ok. I'm sorting out with our client.
[3/9/21, 4:44:56 PM] Mendel: Lmk, happy u guys picked up the gloves...
[3/9/21, 4:46:16 PM] Brad: Thank you
[3/10/21, 12:43:51 PM] Arik Miami: Mendel please send me performa invoice for 1M. I got Bank Leumi to agreed to proceed. Ty
[3/10/21, 12:49:07 PM] Mendel: Let's get on a call soon and discuss
[3/10/21, 12:49:15 PM] Arik Miami: You available now ?
[3/10/21, 12:54:25 PM] Arik Miami: Go back to the call bro
[3/10/21, 12:54:30 PM] Arik Miami: I got the bank on the line
[3/10/21, 1:02:14 PM] Brad: 30 mins let's have a call
[3/10/21, 1:12:44 PM] Arik Miami: Thank you Mendel. Will wait for the schedule/allocation & Performa invoice. Ty
[3/10/21, 1:13:04 PM] Arik Miami: Will talk internally in 30. Ty
[3/10/21, 2:16:24 PM] Arik Miami: Mendel when can you send the schedule? There is a call with the client in 15 min so we want to pass accurate information. Please
Call back
[3/11/21, 2:21:39 PM] Arik Miami: Mendel you arrived ?
[3/11/21, 2:21:50 PM] Arik Miami: Tommy you finish lunch ?
[3/11/21, 2:22:01 PM] Mendel: Yes I'm here
[3/11/21, 2:22:11 PM] Mendel: The restaurant u told me to go to is closed
[3/11/21, 2:22:55 PM] Arik Miami: The Deck ?
[3/11/21, 2:23:12 PM] Mendel: Yes
[3/11/21, 2:23:31 PM] Arik Miami: Tommy will be there shortly and I will be there in 30 min
[3/11/21, 2:23:53 PM] Mendel: Ok
[3/11/21, 2:24:14 PM] Arik Miami: The Boat is there. Will seat in the boat
[3/11/21, 2:24:26 PM] Mendel: K
[3/11/21, 2:26:39 PM] Tommy H. Kato: I will be there in 10
[3/11/21, 2:36:29 PM] Mendel: Sure
[3/11/21, 2:36:41 PM] Mendel: I'm in my car on phone LMK when ur there
[3/11/21, 7:45:24 PM] Arik Miami: Mendel please send me performa invoice to send to the Bank. I want to speed this process and issue a draft so you can make your decisions quick. Ty
[3/11/21, 8:10:06 PM] Mendel: On it
[3/11/21, 8:36:14 PM] Arik Miami: <attached: 00000208-STICKER-2021-03-11-20-36-14.webp>

[3/11/21, 8:55:11 PM] Arik Miami: <attached: 00000209-STICKER-2021-03-11-20-55-11.webp>
[3/11/21, 8:55:26 PM] Arik Miami: Great meeting you today. Let's make a move. GN
[3/11/21, 11:07:48 PM] Mendel: This message was deleted.
[3/11/21, 11:07:55 PM] Mendel: AGREED!!
[3/11/21, 11:08:08 PM] Mendel: here's the PI, good night
[3/11/21, 11:12:25 PM] Arik Miami: <attached: 00000214-STICKER-2021-03-11-23-12-25.webp>
[3/11/21, 11:17:18 PM] Mendel: lol
[3/12/21, 12:01:16 AM] Mendel: Mendel invoice 1 (2) (2).pdf • 1 page <attached: 00000216-Mendel invoice 1 (2) (2).pdf>
[3/12/21, 12:01:36 AM] Mendel: sorry the wrong version got attached before..
[3/12/21, 12:01:38 AM] Mendel: GN
[3/12/21, 12:03:31 AM] Arik Miami: I will need the allocation before I can issue the draft and determine LOC amount. I will send you draft for 1.1M that you sent earlier and than we talk next step. GN
[3/14/21, 12:00:13 PM] Mendel: Hey, hope you're all enjoying ur weekend so far, any feedback regarding the glove delivery to the hospital? Which I assume were already delivered?
[3/14/21, 12:01:22 PM] Tommy H. Kato: They deliver tonight at 2:00am
[3/14/21, 12:01:40 PM] Tommy H. Kato: We lost the whole week...
[3/14/21, 12:10:47 PM] Mendel: Ok LMK
[3/14/21, 12:11:02 PM] Mendel: That sucks...
[3/14/21, 12:20:58 PM] Tommy H. Kato: Tell me about it, my money tied up for so long
[3/14/21, 12:22:06 PM] Mendel: Agreed, for us too...
[3/14/21, 4:59:04 PM] Arik Miami: Mendel invoice 1 (2) (2).pdf • 1 page <attached: 00000227-Mendel invoice 1 (2) (2).pdf>
[3/14/21, 4:59:21 PM] Arik Miami: Mendel I need a real bank by your side bro
[3/14/21, 5:00:21 PM] Arik Miami: Dime Saving Bank is very very small bank and saving raising flags with Israelis bank's
[3/14/21, 5:00:52 PM] Arik Miami: I can maybe be able to issue out of HK
[3/14/21, 5:01:09 PM] Arik Miami: Gm Simon

Good morning, so Lc bene is in USA and goods going from
Malaysia to USA .
Am pretty sure Hong  Bank  Banks don't have direct RMA to this small bank in New York, but lc will issued by our banks & advised through one of the top banks JP Morgan/ City bank etc and they will further advise this seller bank
[3/14/21, 5:03:20 PM] Arik Miami: https://www.ynet.co.il/economy/article/ry5BXyK7O
[3/14/21, 5:03:35 PM] Arik Miami: <attached: 00000233-VIDEO-2021-03-14-17-03-35.mp4>
[3/14/21, 5:04:26 PM] Arik Miami: 240M F scam for Gloves
[3/14/21, 5:05:04 PM] Arik Miami: MSC
[3/14/21, 5:05:43 PM] Arik Miami: 24M USD the guy got arrested. Incredible
[3/14/21, 5:06:01 PM] Brad: No idea what's happening here
[3/14/21, 5:06:50 PM] Arik Miami: USA company wire 24M dollars and never got they Gloves
[3/14/21, 5:07:40 PM] Arik Miami: From today
[3/14/21, 6:03:10 PM] Mendel: Wow, crazy
[3/14/21, 6:06:00 PM] Arik Miami: Can you change Bank ? Dime Bank and saving account are no good to Bank Lemi or IDB. Can you fix that ? Otherwise I will issue LC from HK Bank.
[3/14/21, 6:21:32 PM] Mendel: I'll find out tomorrow
[3/14/21, 6:48:10 PM] Arik Miami: Toda.
[3/14/21, 9:10:30 PM] Mendel: Np
[3/15/21, 11:00:49 AM] Mendel: Good morning, please let me know when you guys are available to get on a call.
Thanks
[3/15/21, 11:16:15 AM] Arik Miami: I need you to change the Bank please ? Dime saving will not do it bro. Very small bank and it's Saving account. Can you fix please
[3/15/21, 11:17:39 AM] Mendel: calling you now
[3/15/21, 11:17:57 AM] Arik Miami: I'm at the board meeting
[3/15/21, 11:18:01 AM] Arik Miami: Can't talk now
[3/15/21, 11:18:09 AM] Mendel: ok, Please call me when done

[3/15/21, 2:06:40 PM] Arik Miami: Bro are you fixing your bank?
[3/15/21, 2:07:09 PM] Mendel: working on it, call me when u can talk
[3/15/21, 2:07:20 PM] Arik Miami: Please open IDB or Leumi so I can let you cash the LC or the Bank guaranty
[3/15/21, 2:07:50 PM] Arik Miami: Sure but can you do that ? If so what kind ETA?
[3/15/21, 4:54:49 PM] Arik Miami: ERIK SCB2103XXXCHL USD 2.562.500-250k boxes gloves.pdf • 3 pages <attached: 00000255-ERIK SCB2103XXXCHL USD 2.562.500-250k boxes gloves.pdf>
[3/15/21, 4:56:23 PM] Arik Miami: This is the LOC of the 2.6M. Mendel you can take a look mean time what we dealing with. If you change your little Bank you wil have 0 issue
[3/16/21, 1:10:06 PM] Mendel: Mendel invoice 1 (2) (2) (1).pdf • 1 page <attached: 00000257-Mendel invoice 1 (2) (2) (1).pdf>
[3/16/21, 1:10:28 PM] Mendel: @17867742835 updated with new Company and baking info
[3/16/21, 2:32:14 PM] Arik Miami: I will send you the draft today
[3/16/21, 2:46:32 PM] Arik Miami: ERIK SCB2103XXXCHL USD 2.562.500-250k boxes gloves.pdf • 3 pages <attached: 00000260-ERIK SCB2103XXXCHL USD 2.562.500-250k boxes gloves.pdf>
[3/16/21, 2:47:14 PM] Arik Miami: What LC amount I need to issue ? I need to lock  that money
[3/16/21, 3:56:40 PM] Mendel: Mendel invoice 1 (2) (2) (1) (1).pdf • 1 page <attached: 00000262-Mendel invoice 1 (2) (2) (1) (1).pdf>
[3/16/21, 3:58:38 PM] Brad: Who is Perle Technologies?
[3/16/21, 3:59:28 PM] Brad: This is different company from last.  Please verify and explain
[3/16/21, 4:04:21 PM] Arik Miami: My guess is Mendel Private company. Perhaps he finally wake up and agreed to the JV. He also realize we are real. Lol
[3/16/21, 4:04:29 PM] Arik Miami: Realise
[3/16/21, 4:43:06 PM] Mendel: @17867742835 your guess is right :) , but the other banking from our other company wasnt working so here you have chance to see if the LC is bankable...
[3/16/21, 5:08:42 PM] Arik Miami: Fantastic
[3/16/21, 9:03:37 PM] Arik Miami: ERIK  USD 1.1 million  boxes gloves.pdf • 3 pages <attached: 00000269-ERIK  USD 1.1 million  boxes gloves.pdf>
[3/16/21, 9:05:05 PM] Arik Miami: Here is the 1.1M as requested. Let me know next step. Be smart on next step please. A lot of shit is going on in this space. Mazal BH
[3/16/21, 9:05:24 PM] Arik Miami: <attached: 00000271-STICKER-2021-03-16-21-05-24.webp>
[3/17/21, 12:21:56 PM] Tommy H. Kato: What time is good for everyone to be on a call
[3/17/21, 12:25:39 PM] Mendel: I'm available at 1
[3/17/21, 12:30:45 PM] Tommy H. Kato: I am walking into a lunch meeting and will be free after 2:30. Brad and Arik?
[3/17/21, 12:38:50 PM] Mendel: 2:30 works for me
[3/17/21, 1:02:39 PM] Brad: 2:30 works
[3/17/21, 1:41:05 PM] Arik Miami: 2:30 work for me as well
[3/17/21, 2:24:40 PM] Brad: Let's do 3 fellas
[3/17/21, 2:32:29 PM] Mendel: Sure
[3/17/21, 3:03:56 PM] Tommy H. Kato: 3:15
[3/17/21, 3:04:17 PM] Mendel: Ok
[3/17/21, 3:04:22 PM] Arik Miami: LOL
[3/17/21, 3:04:28 PM] Mendel: Can we please call into this number?
[3/17/21, 3:04:30 PM] Mendel: Conference line tel:+14012832271 code 95422
[3/17/21, 3:05:12 PM] Arik Miami: In the mean time my stock go up so i guess it's fine. You can keep delay
[3/17/21, 3:05:14 PM] Arik Miami: Lol
[3/17/21, 3:05:19 PM] Arik Miami: <attached: 00000287-PHOTO-2021-03-17-15-05-19.jpg>
[3/17/21, 3:05:48 PM] Arik Miami: Every delay is for a good reason Gents
[3/17/21, 3:16:33 PM] Mendel: That's awesome
[3/17/21, 3:16:38 PM] Mendel: U guys joining the conf?
[3/17/21, 3:17:23 PM] Arik Miami: <attached: 00000291-PHOTO-2021-03-17-15-17-23.jpg>
[3/18/21, 1:49:38 PM] Brad: Mendel, call me. Need to schedule payment and pickup today.
[3/18/21, 1:59:18 PM] Mendel: I just called u back, getting on conf call now
[3/18/21, 1:59:24 PM] Mendel: Feel free to text in the meantime
[3/18/21, 1:59:34 PM] Mendel: And either way I'll call when done
[3/18/21, 2:14:44 PM] Brad: We have truck on way, will be there between 2-3 pm

[3/18/21, 2:16:11 PM] Brad: Once arrives and verifies gloves and loads, we will wire funds and give you confirm number. Wait 1 hour and go.

Another truck will arrive tomorrow and we will do the same thing.
[3/18/21, 2:46:59 PM] Brad: <attached: 00000298-PHOTO-2021-03-18-14-46-59.jpg>
[3/18/21, 2:47:41 PM] Brad: Mendel, we need Reference number for pick up
[3/18/21, 2:47:56 PM] Brad: Call me when done with your call
[3/18/21, 3:07:18 PM] Mendel: @17867742835 @19179754000to give you a heads up, I just hung up with Brad, we will be getting on a FaceTime inspection of the gloves within the ne t 5-10 minutes
[3/18/21, 3:07:34 PM] Mendel: Next
[3/18/21, 3:42:16 PM] Mendel: Wiring Instructions for MJN PLLC.pdf • 1 page <attached: 00000303-Wiring Instructions for MJN PLLC.pdf>
[3/18/21, 3:47:36 PM] Mendel: @12488916060 here's the wire info your requested
[3/18/21, 4:46:46 PM] Brad: Mark J. Nussbaum - $420,000.00 - Confirmation Number: 20210318B6B7HU4R015297
[3/18/21, 4:47:24 PM] Arik Miami: <attached: 00000306-STICKER-2021-03-18-16-47-24.webp>
[3/18/21, 4:50:11 PM] Mendel: Well received and cleared!!
[3/18/21, 4:51:06 PM] Mendel: Thank you
[3/18/21, 4:54:31 PM] Arik Miami: <attached: 00000309-STICKER-2021-03-18-16-54-31.webp>
[3/18/21, 4:56:29 PM] Mendel: packing slip MATU2723257 (1) (1).pdf • 1 page <attached: 00000310-packing slip MATU2723257 (1) (1).pdf>
[3/18/21, 4:58:34 PM] Mendel: <attached: 00000311-PHOTO-2021-03-18-16-58-34.jpg>
[3/18/21, 4:58:34 PM] Mendel: <attached: 00000312-PHOTO-2021-03-18-16-58-34.jpg>
[3/18/21, 4:58:34 PM] Mendel: <attached: 00000313-PHOTO-2021-03-18-16-58-34.jpg>
[3/18/21, 4:58:34 PM] Mendel: <attached: 00000314-PHOTO-2021-03-18-16-58-34.jpg>
[3/18/21, 5:16:30 PM] Brad: Please send us invoices for this container today. Also, send invoice for tomorrow's container.
[3/18/21, 5:32:31 PM] Mendel: 1633 1.pdf • 1 page <attached: 00000316-1633 1.pdf>
[3/18/21, 5:38:02 PM] Mendel: for today's pickup
[3/18/21, 5:38:47 PM] Mendel: 1698.pdf • 1 page <attached: 00000318-1698.pdf>
[3/18/21, 5:39:04 PM] Mendel: for tomorrow pickup - the $50,000 Deposit...
[3/18/21, 7:08:03 PM] Arik Miami: Great. Ty
[3/18/21, 8:38:34 PM] Mendel: You're welcome
[3/18/21, 8:38:53 PM] Mendel: @12488916060 what time is the pickup scheduled for tomorrow?
[3/18/21, 8:45:41 PM] Brad: Don't know yet
[3/18/21, 8:45:49 PM] Brad: Will know in the morning
[3/18/21, 8:45:53 PM] Brad: Ok, pls lmk
[3/19/21, 11:23:03 AM] Mendel: Hi @12488916060 please let me know if you've confirmed the pickup with the warehouse? I just spoke to them and they're slammed today...
[3/19/21, 11:27:52 AM] Brad: Truck Supposed to be arriving at 10am LA time
[3/19/21, 11:28:39 AM] Brad: ASTM 6978-05 Dongguan 157938.pdf • 6 pages <attached: 00000328-ASTM 6978-05 Dongguan 157938.pdf>
[3/19/21, 11:28:39 AM] Brad: Alex is coordinating. Once product is verified and loading starts, we will wire
[3/19/21, 11:28:54 AM] Mendel: Sounds great!
[3/19/21, 11:29:56 AM] Mendel: On a better note, major update for today. The Medcare gloves you bought are officially Chemo grade per this certificate, which should give you a major edge an add a lot of value...
[3/19/21, 11:30:30 AM] Brad: Are they marked Chemo on the box?
[3/19/21, 11:30:56 AM] Mendel: They don't need to be... just the certificate is good enough...
[3/19/21, 11:31:17 AM] Mendel: The same way FDA, 510k & ASTM works
[3/19/21, 11:31:33 AM] Mendel: Chemo rating is an ASTM certificate
[3/19/21, 11:31:54 AM] Brad: It's nice, however our client won't care unless clearly marked on box
[3/19/21, 11:32:13 AM] Mendel: Regular exam grade gloves are ASTM 6319 Chemo grade gloves are ASTM 6978
[3/19/21, 11:32:34 AM] Brad: Is it 6978 on the box?
[3/19/21, 11:32:51 AM] Mendel: No, not as of yet...
[3/19/21, 11:33:22 AM] Mendel: We are working on modifying the boxes moving forward..
[3/19/21, 11:33:52 AM] Mendel: But almost everyone accepts the certificate as is...

[3/19/21, 11:34:04 AM] Brad: Our buyer won't.
[3/19/21, 11:34:17 AM] Brad: It's all about the box.
[3/19/21, 11:34:21 AM] Mendel: Ok, no worries
[3/19/21, 1:26:37 PM] Brad: Driver arrived, once all confirmed will wire
[3/19/21, 2:09:01 PM] Mendel:
[3/19/21, 2:09:41 PM] Mendel: <attached: 00000347-VIDEO-2021-03-19-14-09-41.mp4>
[3/19/21, 3:09:57 PM] Brad: Mark J. Nussbaum $370,000.00 - Confirmation Number: 20210319B6B7HU3R014533
[3/19/21, 3:10:31 PM] Brad: Confirmed. Mendel, Please confirm on your side. Thank you.
[3/19/21, 3:10:37 PM] Mendel: Wire received! Thanks
[3/19/21, 3:11:17 PM] Mendel: <attached: 00000351-PHOTO-2021-03-19-15-11-17.jpg>
[3/19/21, 3:18:40 PM] Mendel: packing slip MATU2723257 (1) (1) (1).pdf • 1 page <attached: 00000352-packing slip MATU2723257 (1) (1) (1).pdf>
[3/19/21, 3:18:43 PM] Mendel: Thank you!
[3/22/21, 10:17:43 AM] Brad: Hey Mendel. Do you have 2 containers OTG LA of 10,40,40,10? Would like to spot buy immediately.
[3/22/21, 10:19:58 AM] Mendel: Hey, checking
[3/22/21, 10:21:49 AM] Brad: Ok
[3/22/21, 10:26:36 AM] Mendel: Our customer has 4-6 containers (with proper breakdown) that already arrived and just need to get picked up from the port, either NY or LA, the guy that handles this, will be in the office later today, I'll confirm everything later this afternoon, thanks
[3/22/21, 10:39:17 AM] Brad: Ok.
[3/22/21, 12:01:55 PM] Arik Miami: I am working on a deal with Mendel. I will update when I have more solid info/deal. The rest we moving forward brother. Today it's a decision day. Hugs
[3/22/21, 5:31:56 PM] Mendel: After much work I was able to locate 3 containers that altogether have the perfect 10/40/40/10 mix, one was just picked up and will be offloaded in our LA by the end of the day or first thing in the morning the second container will be available for pickup from the port tomorrow, and the third by Wednesday at the latest
[3/22/21, 5:35:57 PM] Arik Miami: Price ?
[3/22/21, 5:37:13 PM] Mendel: $14 same price as before, we're buying it off my customer. These are not my goods...I'm just trying to help u guys out
[3/22/21, 5:38:40 PM] Arik Miami: We don't need that help anymore. We needs to finish the deal we discuss yesterday and I am waiting for your answers we discussed. $14 is losing money and I don't think you should bring that again as it's hurt the relation and the vibe.
[3/22/21, 5:39:49 PM] Mendel: Sure, NP
[3/22/21, 5:40:33 PM] Mendel: I have a meeting with my partners to finalize all details and get back to u ASAP
[3/22/21, 5:41:36 PM] Arik Miami: Please Mendel. It's important to stay consistent. I don't want anyone to to be turn off on this relation for misunderstanding. Looking forward to your feedback ASAP.
[3/30/21, 5:48:04 PM] Mendel: This message was deleted.
[4/26/21, 12:18:01 PM] Tommy H. Kato: Mendel how could have approved to give us a different brand of gloves!?

This just caused us a major issue with our client.
We did not agree or authorize this.  This is a direct violation of our agreement.
This is causing us serious damages.
[4/26/21, 12:19:59 PM] Mendel: Hi Tommy, i just got off the phone with my partner and Arik, it was 100% a warehouse mistake, i never approved anything, i wouldn't mess up like that or ever try to pull that off..
[4/26/21, 12:23:36 PM] Mendel: I'm really sorry this happened...we told Arik its on us... and we will take care of it ASAP - get it picked/ and as soon as we get the actual count from you guys...
[4/26/21, 12:24:09 PM] Tommy H. Kato: This just caused a serious problem.  Now we can get paid as soon as we drop off now.
Now we have to wait days to get paid after they check them
[4/26/21, 12:27:58 PM] Mendel: i'm really sorry to hear that...this is an honest mistake from the warehouse's part..
[4/26/21, 5:13:19 PM] Mendel: <attached: 00000373-VIDEO-2021-04-26-17-13-19.mp4>
[4/26/21, 5:13:19 PM] Mendel: <attached: 00000374-PHOTO-2021-04-26-17-13-19.jpg>

[4/26/21, 5:13:19 PM] Mendel: <attached: 00000375-PHOTO-2021-04-26-17-13-19.jpg>
[4/26/21, 5:13:20 PM] Mendel: <attached: 00000376-VIDEO-2021-04-26-17-13-20.mp4>
[4/26/21, 5:14:32 PM] Mendel: Pictures and video's from them loading now
[4/26/21, 5:30:14 PM] Arik Miami: Ty
[4/27/21, 2:18:57 AM] Mendel: Hey guys, this report just came in from the warehouse
The below is the break down for the master cartons of what was shipped for LevMed in error


1st truck

Sm – 140

Med – 475

Lg – 675

XL – 170


2nd truck

Sm – 140

Med – 475

Lg – 420
[4/27/21, 2:19:32 AM] Mendel: Please let us know where we can pick it up or if you're able to ship it to us and we will cover the shipping charge as promised
[4/27/21, 5:41:58 AM] Brad: Good Morning Mendel, this is a disaster for us. Our client has entered this glove into their warehouse as our order for MedCare gloves (as they didn't know what Levmed is and it came off our truck), they have shelved it and we are being told to provide documents for this glove. This is a horrible situation as they have demanded it's more of a hassle for them to pull the gloves out of the warehouse and it's our problem now. I need documents of the Origin and quality of this glove as nothing shows on a google search?
[4/27/21, 5:44:29 AM] Brad: Furthermore, this has created great tension with our client. We need immediate response from your team to identify this glove.
[4/27/21, 5:52:17 AM] Brad: The bigger issue is identifying how this happened and making sure it doesn't happen again? The incompetency of your warehouse has created this situation and the outcome is uncertain. We can discuss more as it unravels, first thing you need to do is get the paperwork on the glove.
[4/27/21, 6:49:01 AM] Mendel: Gm, I agree this is unacceptable... I'll work on getting the paperwork ASAP, but this is not our product...
[4/27/21, 8:27:36 AM] Brad: I know. It's a fricking disaster.
[4/27/21, 8:29:25 AM] Brad: Please try to identify the owner of the gloves and the paperwork (would have been needed to clear customs)
[4/27/21, 8:41:28 AM] Mendel: Yes of course that's my goal for this morning
[4/27/21, 2:01:45 PM] Brad: Wiring $345 now
[4/27/21, 2:03:08 PM] Brad: Sending truck now. Will wend wire confirmation shortly
[4/27/21, 2:03:30 PM] Brad: Send wire confirmation shortly
[4/27/21, 2:04:24 PM] Brad: Mendel, please call warehouse and prepare 1 container of MedCare gloves. Also, have you been able to get information on LevMed gloves. Need this immediately
[4/27/21, 2:04:42 PM] Brad: We plan on picking up 4-5 containers tomorrow as well.
[4/27/21, 2:05:33 PM] Mendel: Great, thanks
[4/27/21, 2:06:55 PM] Mendel: I spoke to Arik in the last hour and told him that these don't belong to us, when we reached out to the owner for the paperwork he was adamant at getting them back to the warehouse as these belong to his customer... the warehouse made a huge mess up here, they have taken

full responsibility for this but unfortunately the gloves need to go back
[4/27/21, 2:07:04 PM] Mendel: Great
[4/27/21, 2:20:14 PM] Brad: And let mendall know to inform Louis at MB3PL to release the freight to Dimerco. I'll take over from there

From our freight forwarder
[4/27/21, 2:21:01 PM] Brad: Did you get the paperwork ?

Not sure those gloves are coming back. It's a disaster for us to get them out.
[4/27/21, 2:35:10 PM] Brad: <attached: 00000398-PHOTO-2021-04-27-14-35-09.jpg>
[4/27/21, 2:39:03 PM] Mendel: On it, thanks
[4/27/21, 3:38:35 PM] Brad: Our truck is waiting
[4/27/21, 3:38:43 PM] Brad: Please release goods
[4/27/21, 3:48:28 PM] Mendel: Yes released
[4/27/21, 3:48:54 PM] Arik Miami: Thanks Man
[4/27/21, 3:50:37 PM] Mendel: I spoke to him a few minutes ago we're all clear
[4/27/21, 3:53:13 PM] Arik Miami: Yep Same page. I'm working on your other problem. It's not easy but I'm on it Mendel. Ty
[4/27/21, 3:54:01 PM] Mendel: Thanks
[4/28/21, 1:34:41 PM] Brad: Mendel, very important we get the documents for the LevMed gloves. What have you found out?

Our cash flow is being crippled as our client won't pay us until this is resolved.
[4/28/21, 1:35:15 PM] Mendel: Working on this, in meeting about this as we speak, give me a bit please
[4/28/21, 1:40:09 PM] Brad: Please try to expedite. Our client won't pay us until resolved. It's a disaster
[4/28/21, 1:42:02 PM] Mendel: On it
[4/28/21, 1:52:06 PM] Mendel: I'm sorry I wish there was something more we could do about this, but these are not our goods, the owner doesn't want to give us the paperwork, we cannot keep them, they do not belong to us.
[4/28/21, 1:52:25 PM] Mendel: This is the final conclusion.
[4/28/21, 1:55:11 PM] Mendel: whats with the 5 container pickup for today?
[4/28/21, 1:55:46 PM] Brad: Ok. Start the process of making a claim against the warehouse. Goods aren't being returned.
[4/28/21, 1:56:32 PM] Brad: This disaster has crippled our dash flow and there needs to be resolution and accountability from your team.
[4/28/21, 1:56:55 PM] Brad: Because of this mess, we can not buy containers today.
[4/28/21, 2:00:49 PM] Brad: Please call to discuss. This mess caused on your side needs to be resolved immediately before moving forward.

My suggestion is your team pays the owner of the LevMed gloves as you were paid already. Secondly, release another container of MedCare gloves today. I will have or logistics pick up immediately as we have already paid for them.
[4/28/21, 2:01:14 PM] Brad: We are one container short from what we have paid.
[4/28/21, 2:11:36 PM] Brad: Need to get truck there immediately. Call warehouse to arrange and confirm
[4/28/21, 3:40:02 PM] Brad: Mendel, waiting for a call back.
[4/28/21, 4:16:54 PM] Tommy H. Kato: Arik we are going to have to retain our lawyers to terminate this contract and get our deposit back.

We are owed 30,000 boxes, you gave us the wrong product and those gloves were already distributed to the hospitals.
[4/28/21, 4:18:04 PM] Tommy H. Kato: The lawsuit is going to be with Adorama, that's the who is on the contract.  Is Adorama aware of the lawsuit you guys are getting them in now?
[4/28/21, 4:18:22 PM] Tommy H. Kato: Brad has been trying to call you all day.  Now it's escalated.
[4/28/21, 4:19:08 PM] Tommy H. Kato: Or should we call Hershal directly?
[4/28/21, 4:20:07 PM] Brad: Mendel, when will you have the documents for LevMed?
[4/28/21, 4:28:07 PM] Mendel: Hey Brad, I'm working through this
[4/28/21, 4:28:13 PM] Mendel: Per our call

[4/28/21, 4:28:17 PM] Mendel: Gimme a bit
[4/28/21, 4:28:33 PM] Mendel: We'll resolve before the end of the day
[4/28/21, 8:18:40 PM] Brad: Mendel? What is the resolution?
[4/29/21, 8:15:42 AM] Brad: ??
[5/3/21, 2:56:26 PM] Brad: Sending wire for 2 containers now. Confirm warehouse?
[5/3/21, 2:57:13 PM] Mendel: Yes, we're good to go
[5/3/21, 2:57:30 PM] Brad: Ok. Confirm address
[5/3/21, 2:57:40 PM] Brad: I'll send wire confirmation in a few mins
[5/3/21, 2:57:44 PM] Brad: It's being done now
[5/3/21, 2:58:21 PM] Mendel: thanks
[5/3/21, 2:58:26 PM] Mendel: MD 3PL
821 S. Rockefeller Ave.
Ontario, CA 91761
[5/3/21, 2:58:38 PM] Brad: Got it. Thanks
[5/3/21, 2:58:43 PM] Mendel: np
[5/3/21, 3:19:53 PM] Brad: Fed ref# 0373608
$690,000.00
[5/3/21, 3:20:07 PM] Arik Miami: Ty bro.
[5/3/21, 3:25:29 PM] Mendel: Thanks
[5/3/21, 4:13:12 PM] Brad: Mendel, make sure Louis knows we are sending trucks
[5/3/21, 4:17:42 PM] Mendel: Wire received, 2 containers are released
[5/3/21, 4:17:45 PM] Mendel: Of course
[5/3/21, 4:17:49 PM] Mendel: Already notified him
[5/3/21, 4:26:33 PM] Brad: Thank you
[5/3/21, 4:36:12 PM] Mendel: Np
[5/4/21, 5:11:32 PM] Mendel: Hey guys, @17867742835 said you guys were picking up some containers today? Please let me know either way as the warehouse just reached out to me... thanks
[5/4/21, 5:14:42 PM] Brad: Tomorrow
[5/4/21, 5:14:59 PM] Mendel: Thanks
[5/5/21, 5:19:00 PM] Brad: Your request has been completed.

Fed ref# 0408782

$690,000.00
[5/5/21, 5:19:35 PM] Brad: Thank you. Trucks are headed there
[5/5/21, 5:20:19 PM] Mendel: checking with accounting to confirm they received the
$$
[5/5/21, 5:20:33 PM] Mendel: i know your truckers got to the warehouse...
[5/5/21, 5:20:48 PM] Mendel: give me 10-15 minutes
[5/5/21, 5:21:06 PM] Brad:
[5/5/21, 6:11:43 PM] Brad: Mendel, are we set?
[5/5/21, 6:12:08 PM] Mendel: yes, we've already released the containers a while back, theyre almost done loading
[5/5/21, 6:12:17 PM] Brad: Thank you
[5/5/21, 6:12:27 PM] Mendel: np
[5/5/21, 6:33:11 PM] Mendel: @19179754000 we're waiting for Arik to pickup our call to do the conf call
[5/6/21, 12:45:18 PM] Mendel: @12488916060 as per Tommy, when can you give me the insurance info?
[5/6/21, 12:45:33 PM] Mendel: Also under what company were you guys approved under?
[5/6/21, 12:54:27 PM] Brad: Working on it
[5/6/21, 12:54:35 PM] Brad: Update shortly
[5/6/21, 12:54:54 PM] Mendel: Thanks
[5/6/21, 1:00:02 PM] Tommy H. Kato: Eli is calling you
[5/6/21, 1:01:30 PM] Mendel: Thanks
[5/6/21, 3:10:07 PM] Brad: Mendel, did you connect with Eli?
[5/6/21, 3:12:55 PM] Tommy H. Kato: Mendal he said he called you and left a message
[5/6/21, 3:13:34 PM] Mendel: I called him back too, no answer yet
[5/6/21, 4:20:00 PM] Brad: Mendel, have you connected with Eli?

[5/6/21, 4:24:43 PM] Mendel: Yes
[5/6/21, 4:24:51 PM] Mendel: On a call with him again as we speak
[5/6/21, 4:24:54 PM] Brad: Perfect
[5/6/21, 4:25:01 PM] Mendel: Thanks
[5/7/21, 11:27:11 AM] Brad: <attached: 00000479-PHOTO-2021-05-07-11-27-11.jpg>
[5/7/21, 11:31:10 AM] Arik Miami: My man is making a move !!!! Nice
[5/10/21, 10:45:37 AM] Mendel: Hey @12488916060 @19179754000 hope you had a nice weekend. What's
the plan for today in terms of wiring and pickup? I would like to give the warehouse a heads up so we're
ready... are we doing all 6 today?
[5/10/21, 10:47:25 AM] Tommy H. Kato: We got some funds in today, let me check to see what we have
[5/10/21, 10:47:39 AM] Mendel: Thanks
[5/10/21, 12:09:15 PM] Mendel: Hey
[5/10/21, 12:10:13 PM] Mendel: It's getting late, the warehouse opened and is in full steam... wanna make
sure we can be ready...please update us ASAP
[5/10/21, 12:20:56 PM] Tommy H. Kato: New York?
[5/10/21, 12:21:18 PM] Mendel: no, LA
[5/10/21, 1:12:30 PM] Mendel: Hey, as per tommy two containers cost is $690,000.00 please wire it to
Adorama like you've done before, tjanks
[5/10/21, 1:12:44 PM] Mendel: *Thanks
[5/10/21, 1:36:23 PM] Arik Miami: Brad is at a charity
[5/10/21, 1:36:41 PM] Arik Miami: Give him like 2 hours please.
[5/10/21, 1:46:30 PM] Tommy H. Kato: Mendal, I will send confirmation shortly.
Please give us an extra one now
[5/10/21, 1:46:40 PM] Tommy H. Kato: Make it 3 total
[5/10/21, 1:54:55 PM] Arik Miami: Mendel if needed call me with Harchi
[5/10/21, 1:55:24 PM] Arik Miami: Sorry we delay today since Brad is in Charity as mention.
[5/10/21, 2:11:18 PM] Arik Miami: Tommy what is forecast for the all week please ?
[5/10/21, 2:11:39 PM] Arik Miami: Trying to organise the cash Vs credit
[5/10/21, 2:11:48 PM] Arik Miami: Send the info to us ASAP please.
[5/10/21, 2:13:21 PM] Tommy H. Kato: We take all 6 per the schedule and as many more as they give us on
credit
[5/10/21, 2:15:21 PM] Arik Miami: What dates for 6C?
[5/10/21, 2:15:45 PM] Arik Miami: It's all about credibility right now
[5/10/21, 2:21:30 PM] Tommy H. Kato: Our agreement says 6 containers this week.  We will buy 6
containers this week
[5/10/21, 2:21:50 PM] Tommy H. Kato: We are continuing per the agreement
[5/10/21, 2:22:28 PM] Arik Miami: Okay so this mean you pay for 6C on 3 tranches ?
[5/10/21, 2:23:01 PM] Arik Miami: Monday/Tuesday & Thursday 2+2+2 with cash ? So I work the credit part
?
[5/10/21, 2:24:41 PM] Tommy H. Kato: No, if I get paid everything tomorrow I can buy the other 4
tomorrow.  I need to wait and see
[5/10/21, 2:25:22 PM] Arik Miami: Okay that even better. But what I wrote will be the minimum ?
[5/10/21, 2:25:25 PM] Tommy H. Kato: We already have credit with JNS and the same
Company said we will be approved today with Adorama for 3 containers
[5/10/21, 2:26:57 PM] Arik Miami: That will be great. But they believe next week for an approval. Regardless
and as long as we have full transparency Adorama will work with us as well. That is why I need the info
[5/10/21, 2:27:38 PM] Arik Miami: Which you answer basically either 2+2+2 or 2+4 not including the credit
portion ? Is that correct ?
[5/10/21, 2:44:40 PM] Tommy H. Kato: I spoke to Eli. He said today or tomorrow.
[5/10/21, 3:54:12 PM] Brad: Mendel, Wire has been sent. Please confirm on your side.
[5/10/21, 4:02:18 PM] Mendel: Checking
[5/10/21, 5:01:09 PM] Brad: Mendel, have you confirmed payment?
[5/10/21, 5:01:51 PM] Mendel: hey, yes. Thanks..
[5/10/21, 5:02:30 PM] Brad: Perfect. Trucks should be on way
[5/10/21, 5:04:06 PM] Brad: Only able to pick one container up as advised by the warehouse. Will get the
other 2 tomorrow.
[5/10/21, 5:14:20 PM] Mendel: Np

[5/10/21, 5:36:51 PM] Arik Miami: <attached: 00000519-STICKER-2021-05-10-17-36-51.webp>
[5/11/21, 9:57:36 AM] Tommy H. Kato: Mendal,
Adorama $690,000  has been completed,Fed ref# 0312315.
[5/11/21, 9:57:56 AM] Mendel: Gm, thanks…
[5/11/21, 9:59:25 AM] Tommy H. Kato: This is in addition to yesterday's wire.
[5/11/21, 9:59:38 AM] Tommy H. Kato: Good morning!
[5/11/21, 10:04:17 AM] Mendel:
[5/11/21, 10:28:45 AM] Tommy H. Kato: Mendal we paid for 4 now, can we get 3 additional ones now?
[5/11/21, 10:28:50 AM] Tommy H. Kato: 7 total
[5/11/21, 10:30:00 AM] Mendel: Give me a bit in a meeting
[5/11/21, 11:32:19 AM] Mendel: I'm in a meeting, Please reach out to Arik to reach out to Archi for this,
[5/11/21, 11:43:51 AM] Arik Miami: 10-15 min please
[5/12/21, 10:15:08 AM] Tommy H. Kato: Will have 6 containers bought this week (1 on credit)

If they want to extend 1 or 2 more containers on credit we will accept.
[5/12/21, 10:15:53 AM] Arik Miami: I am on it brother.
[5/12/21, 10:16:18 AM] Arik Miami: The 690k sent already today ?
[5/12/21, 10:16:31 AM] Tommy H. Kato: Yes
[5/12/21, 10:30:17 AM] Mendel: Good morning, we just checked and we haven't received this wire yet, can you please send the confirmation?
[5/12/21, 10:52:23 AM] Tommy H. Kato:
[5/12/21, 10:59:12 AM] Arik Miami: Mendel confirm the wire received so I can call Archi for the extra one. Let's try to finish this early. Ty
[5/12/21, 11:32:54 AM] Mendel: Hi guys, we still haven't received the wire, Please send the confirmation?
[5/12/21, 11:37:04 AM] Brad: Adorama fed ref# 0357663

$690,000.00
[5/12/21, 11:37:12 AM] Mendel: thanks
[5/12/21, 12:50:38 PM] Arik Miami: Okay 3C is good to go and wire arrived. Let's keep the progress
[5/13/21, 7:18:01 PM] Tommy H. Kato: Mendal,
We are going to need the size breakdown to give to the hospitals for the gloves we are picking up next week.

Can you assist with that?
[5/13/21, 9:24:48 PM] Mendel: Ye sure
[5/14/21, 8:45:37 AM] Mendel: Good morning @17867742835 @19179754000 when are you guys available to have a conf call with us? We're available anytime after 10:30 please advise
[5/14/21, 12:05:33 PM] Tommy H. Kato: I called you earlier Mendal, call me when you would like.
[5/14/21, 12:19:32 PM] Mendel: Ok
[5/14/21, 12:33:14 PM] Tommy H. Kato: Spoke to the hospitals, we should be getting paid on Tuesday for everything we are delivering.
[5/14/21, 1:02:58 PM] Mendel: hey, Arik Conirmed a call for 2pm
[5/14/21, 1:02:59 PM] Mendel: Thanks
[5/14/21, 1:09:49 PM] Arik Miami: Yep it's Confirmed. Running around for the holidays. But thanks God I close at Trump with family. Yep 2 it's good bro.
[5/14/21, 1:10:09 PM] Mendel:
[5/14/21, 1:26:46 PM] Mendel: Chicago Warehouse Add : Chicagoland Warehousing Inc
2301 Lunt Ave
Elk Grove Village, IL 60007
[5/14/21, 1:36:04 PM] Tommy H. Kato: Got it
[5/14/21, 1:36:07 PM] Tommy H. Kato:
[5/14/21, 2:22:27 PM] Arik Miami: 200 S
1200 M
1300 L
300 XL

This is sizes for the 11C for Wed next week, the extra S come on the 8C that targeted for Friday next week.

Let's discuss if we can work around this logistics at 4pm Est call today and if all work out we can have 19C next week. They made extra stress due to the Jewish holiday and the conform zone we all in after yesterday great call.
[5/14/21, 2:23:09 PM] Arik Miami: Comfort
[5/14/21, 3:19:21 PM] Brad: Sounds good.
[5/14/21, 3:38:54 PM] Mendel: Hershey and I are confirmed
[5/14/21, 3:43:55 PM] Arik Miami: <attached: 00000558-VIDEO-2021-05-14-15-43-55.mp4>
[5/14/21, 4:10:55 PM] Tommy H. Kato: Is that for real now?
[5/14/21, 4:11:26 PM] Arik Miami: 5 min please
[5/14/21, 4:14:37 PM] Arik Miami: Tommy we on the call
[5/14/21, 4:14:54 PM] Arik Miami: Can I add you ? You ready ?
[5/14/21, 4:16:16 PM] Arik Miami: We taking over Gaza. Enough already
[5/14/21, 4:26:49 PM] Tommy H. Kato: Yes I am ready
[5/14/21, 5:14:13 PM] Mendel: <attached: 00000565-PHOTO-2021-05-14-17-14-13.jpg>
[5/14/21, 5:18:08 PM] Arik Miami: Very Nice. My
Man making a move. Sabbath Shalom Umevorehet. Amen
[5/14/21, 7:35:48 PM] Tommy H. Kato: Mendal that email you sent only has large and extra large?  This can't be correct.
We can't take that to the client.
[5/14/21, 7:39:31 PM] Mendel: <attached: 00000568-PHOTO-2021-05-14-19-39-31.jpg>
[5/14/21, 7:39:46 PM] Mendel: Just to keep everyone in the loop I'm not sure if everyone saw the email
[5/14/21, 7:39:51 PM] Mendel: Have a great weekend guys
[5/14/21, 7:40:14 PM] Tommy H. Kato: My phone opened up only large and xL.  I closed it and reopened the email and it came correctly
[5/14/21, 7:40:25 PM] Mendel:
[5/19/21, 9:18:56 AM] Arik Miami: GM Mendel ? do you have the contact number and name for this pick up please ?
[5/19/21, 9:23:10 AM] Brad: Welcome back fellas!

Need reference number as well.

Thank you.
[5/19/21, 9:26:05 AM] Brad: Also, we have wire for $1.38m in transit right now to Adorama. Waiting for confirmation number.
[5/19/21, 9:26:43 AM] Arik Miami: Great.
[5/19/21, 9:35:20 AM] Tommy H. Kato: This is very important we get contact name and number along with the reference number now.

Otherwise we lose our appointments and won't be able to deliver for 3-4 days.
[5/19/21, 9:35:40 AM] Tommy H. Kato: Contact and reference for the WAREHOUSE
[5/19/21, 9:36:02 AM] Tommy H. Kato: The address is not enough
[5/19/21, 9:59:25 AM] Mendel: Let's discuss the plan…what's the plan?
[5/19/21, 9:59:35 AM] Mendel: <attached: 00000581-Jay Back.vcf>
[5/19/21, 10:06:03 AM] Arik Miami: Once you confirm the wire is in we can talk. The wore for the 4C on credit was made as agreed.
[5/19/21, 10:06:09 AM] Arik Miami: Wire
[5/19/21, 10:06:47 AM] Tommy H. Kato: $1.38 million was already wired now.
[5/19/21, 10:08:31 AM] Arik Miami: Fed ref# 0273700
[5/19/21, 10:08:39 AM] Arik Miami: Please track the wire.
[5/19/21, 10:08:53 AM] Arik Miami: 1.38M for the 4C. As Agreed.
[5/19/21, 10:11:21 AM] Brad: Picking up 12 containers today in Chicago as agreed
[5/19/21, 10:12:41 AM] Tommy H. Kato: If we don't fill the appointments we made, they will not allow us to book that many again at one time.
We fought to get the appointments.
[5/19/21, 10:13:51 AM] Arik Miami: Gents there is not reason for any change in plan. It's all good. No changes and no misunderstanding. Brad please contract Jay and advise how the progress go while we waiting on wire confirmation.

[5/19/21, 10:20:15 AM] Brad: Fed ref# 0273700
[5/19/21, 10:20:44 AM] Brad: Good Morning Mendel. Please confirm the wire. Thank you
[5/19/21, 10:28:06 AM] Tommy H. Kato: Ok, now I think we can only take 8 containers.
[5/19/21, 10:28:21 AM] Tommy H. Kato: We lost 4 appointments
[5/19/21, 10:28:34 AM] Brad: <attached: 00000595-PHOTO-2021-05-19-10-28-34.jpg>
[5/19/21, 2:47:18 PM] Arik Miami: Inbox
[5/19/21, 2:47:30 PM] Arik Miami: Please make sure you both respond. Much love
[5/19/21, 2:49:49 PM] Tommy H. Kato: Sent back
[5/19/21, 3:06:13 PM] Brad: Mendel, pick up all in Chicago?
[5/19/21, 3:08:02 PM] Mendel: hey, for now yes. give me a few minutes
[5/19/21, 3:24:49 PM] Brad: They are still holding up at the warehouse
[5/19/21, 3:32:42 PM] Tommy H. Kato: We are going to lose the appointments.
[5/19/21, 3:32:49 PM] Tommy H. Kato: This is going to mess up everything
[5/19/21, 3:32:53 PM] Arik Miami: Check your email
[5/19/21, 3:33:12 PM] Arik Miami: He sent email. 5-10 min ago
[5/19/21, 3:33:24 PM] Brad: They won't release at the warehouse
[5/19/21, 3:35:24 PM] Mendel: I'm working on this
[5/19/21, 3:36:03 PM] Tommy H. Kato: I am not signing a personal guarantee.  We can slow everything
down again if you wish then.    This is a business and not my personal life.
[5/19/21, 3:38:18 PM] Mendel: i understand, checking into this now... give me a few minutes
[5/19/21, 3:41:15 PM] Tommy H. Kato: <attached: 00000610-AUDIO-2021-05-19-15-41-15.opus>
[5/19/21, 3:51:40 PM] Arik Miami: We should get at least the 4C is all got stuck again.
[5/19/21, 3:52:42 PM] Arik Miami: Maybe is better via email instead.
[5/19/21, 3:52:58 PM] Arik Miami: I'm available for a call at 5:30 if needed.
[5/19/21, 4:09:40 PM] Brad: Warehouse closing
[5/19/21, 4:09:43 PM] Brad: At 5
[5/19/21, 4:09:50 PM] Brad: We have trucks there waiting
[5/19/21, 4:23:00 PM] Tommy H. Kato: 4 in Houston Texas
4 in Montgomery Alabama
[5/19/21, 4:23:13 PM] Tommy H. Kato: And the other two in chicago
[5/19/21, 4:23:20 PM] Mendel: ok checking
[5/20/21, 11:52:29 AM] Mendel: Hey, it's already almost 12pm we need to know what's going on ASAP
regarding g the payment for today
[5/20/21, 11:59:45 AM] Tommy H. Kato: $345k being wired shorty
[5/20/21, 12:02:39 PM] Mendel: Ok
[5/20/21, 12:02:49 PM] Mendel: Also We need to know about Texas urgently...
[5/20/21, 12:17:09 PM] Tommy H. Kato: Let me ask
[5/20/21, 3:01:41 PM] Tommy H. Kato: Adorama, $345,000.00
Fed ref# 0462517
[5/20/21, 3:11:10 PM] Mendel: Thanks
[5/20/21, 3:11:17 PM] Mendel: Checking to confirm receipt
[5/20/21, 4:48:08 PM] Brad: Hello Mendel, please confirm wire
[5/21/21, 9:35:35 AM] Mendel: Good morning
[5/21/21, 9:35:56 AM] Mendel: Received
[5/21/21, 9:36:05 AM] Mendel: What's the plan for payment for today
[5/21/21, 9:42:07 AM] Brad: Update shortly
[5/21/21, 9:43:24 AM] Mendel: Ok
[5/21/21, 10:07:52 AM] Tommy H. Kato: We owe JNS $200k, we can pay them today or we can pay them
Monday.
If we do that we have to pay you a little less today.
[5/21/21, 10:24:56 AM] Mendel: How much will you pay us today?
[5/21/21, 10:26:48 AM] Mendel: (According to the email you were to pay 4 containers today)
[5/21/21, 10:27:55 AM] Mendel: We would really appreciate (for the investors....) if we can show a stronger
hand etc...
[5/21/21, 10:28:06 AM] Mendel: + there is a trucking bill for over 100k
[5/21/21, 11:44:24 AM] Mendel: @19179754000 it's almost 12pm I need to know what to tell Archi... he
called me twice..

[5/21/21, 12:05:45 PM] Tommy H. Kato: Adorama has been completed.

Fed ref# 0394194
[5/21/21, 12:06:12 PM] Tommy H. Kato: $1,035,000
[5/21/21, 12:07:29 PM] Mendel: Thanks
[5/21/21, 12:16:18 PM] Tommy H. Kato: Do you have a breakdown how much each truck cost?
[5/21/21, 12:16:35 PM] Mendel: We'll put it all together ASAP
[5/21/21, 2:42:20 PM] Arik Miami: Mendel what is the issue ?
[5/21/21, 2:57:21 PM] Arik Miami: Inbox. Let's make this happen today. Peace
[5/21/21, 2:57:48 PM] Tommy H. Kato:
[5/21/21, 2:59:37 PM] Arik Miami: <attached: 00000648-STICKER-2021-05-21-14-59-37.webp>
[5/21/21, 3:02:37 PM] Mendel: On it guys
[5/21/21, 3:11:37 PM] Arik Miami: תן בראש יא אח. Full Gas my man
[5/21/21, 3:12:55 PM] Mendel: All 4 loads officially released in our Chicago warehouse
[5/21/21, 3:20:33 PM] Arik Miami: חזק וברוך. God Bless
[5/21/21, 3:41:29 PM] Mendel: Are you guys still picking up today? No one has contacted the warehouse yet
[5/21/21, 3:43:18 PM] Tommy H. Kato: Yes, I just messaged them again
[5/21/21, 3:45:13 PM] Mendel:
[5/21/21, 3:45:52 PM] Tommy H. Kato: No more for chicago going forward
[5/21/21, 3:46:16 PM] Mendel: What you mean? Why not?
[5/21/21, 3:46:21 PM] Mendel: We have more in transit…
[5/21/21, 3:51:40 PM] Tommy H. Kato: They said they want everything in the south
[5/21/21, 3:55:03 PM] Tommy H. Kato: Besides the 4 today, the 20 you are sending they send to these states.
We can get everything central near there from you and deliver them.

TX-
AL-
FL-
MD-
MO-
OK-
[5/21/21, 4:31:25 PM] Mendel: So u want all 20 in TX?
[5/21/21, 4:46:33 PM] Tommy H. Kato: 30 if you want!
[5/21/21, 4:46:44 PM] Tommy H. Kato: I have all those states in the south to deliver too.
[5/21/21, 4:47:02 PM] Tommy H. Kato: Or send 5 to each state
[5/21/21, 4:47:18 PM] Tommy H. Kato: I can give you the 5 cities
[5/21/21, 4:47:31 PM] Tommy H. Kato: This will speed everything up for next week
[5/21/21, 4:51:48 PM] Mendel: For now we can only deliver to TX, IL and probably FL
[5/21/21, 5:05:17 PM] Tommy H. Kato: Let's just do Texas
[5/21/21, 5:10:29 PM] Mendel: So all 20 to Texas?
[5/21/21, 5:15:01 PM] Tommy H. Kato: 30
[5/21/21, 5:45:54 PM] Mendel: @19179754000 call me
[5/21/21, 5:54:38 PM] Arik Miami: LOL
[5/21/21, 5:54:55 PM] Arik Miami: Love it
[5/24/21, 10:13:40 AM] Brad: Good call fellas.

Mendel, very important we know in real time what is on our trucks. We are having discrepancies when we deliver with carton counts being dramatically off by 100's of cartons less.
[5/24/21, 10:30:37 AM] Brad: $1.725m (5 containers) wired.

Waiting for confirmation number. Please check your account as well.
[5/24/21, 10:30:59 AM] Brad: Will add confirm number when received
[5/24/21, 10:40:14 AM] Mendel: Thanks
[5/24/21, 11:46:10 AM] Brad: $1,725,000 to Adorama has been completed.

Fed ref# 0446490

[5/24/21, 11:46:20 AM] Mendel: Checking
[5/24/21, 12:39:19 PM] Brad: Have the containers arrived in texas? The ones that were supposed to be delivered on Saturday?
[5/24/21, 12:56:20 PM] Mendel: Some, yes
[5/24/21, 1:10:59 PM] Mendel: As discussed, we have 10 Loads in Chicago & 15 in Texas(3 there 2 arriving today, 5 tomorrow & 5 on Wednesday)
[5/24/21, 1:18:21 PM] Brad: Hello Mendel, please send the warehouse address and contact name and phone in Texas?
[5/24/21, 1:21:13 PM] Brad: This is good news! We are working on gathering appointments and sorting out logistics now. Thank you.
[5/24/21, 1:29:33 PM] Mendel: When will you know how many loads you guys need to pickup today?
[5/24/21, 1:34:38 PM] Brad: Working on it. Need address in Texas
[5/24/21, 1:34:50 PM] Brad: And contact person, phone
[5/24/21, 1:34:53 PM] Brad: Thank you
[5/24/21, 1:36:17 PM] Mendel: 1118 Beltway Parkway
Laredo, TX 78045
[5/24/21, 1:36:37 PM] Mendel: Michele +1 (424) 558-4874
[5/24/21, 1:47:43 PM] Tommy H. Kato: Warehouse needs to check with Mendal which ones are for us and will let us know
[5/24/21, 1:47:49 PM] Tommy H. Kato: That's from Dimerco
[5/24/21, 1:48:29 PM] Tommy H. Kato: Happy Birthday Arik!! Hope you are having a great day
[5/24/21, 1:51:09 PM] Arik Miami: Thank You Thank You. Glad we making good progress. Thanks God for every moment in this world. We all been blessed
[5/24/21, 1:52:17 PM] Tommy H. Kato: Can Mendal give proper instructions to his warehouses?
[5/24/21, 1:52:17 PM] Tommy H. Kato: Just called Michelle
[5/24/21, 1:52:17 PM] Tommy H. Kato: She has 48 pallets at her warehouse now but no instructions from Mendall to release them
[5/24/21, 2:03:47 PM] Mendel: Wow! Happy birthday @17867742835 to many more happy and healthy years
[5/24/21, 2:33:40 PM] Brad: Texas 2 today, has to happen immediately

Chicago 3 today, has to happen immediately.
[5/24/21, 2:42:16 PM] Brad: Hello Mendel, please release the containers above. We will update schedule for tomorrow later this evening g as we sort out appointments
[5/24/21, 2:42:39 PM] Brad: Let me know when you have spoke to the warehouses. Thank you.
[5/24/21, 2:47:50 PM] Brad: Mendel,

Change of plans for today:

Texas 3
Chicago 2
[5/24/21, 2:59:43 PM] Tommy H. Kato: Mendal you have the email. Are these released now?

The 3 chicago ones should have already been on the truck and moving.     They need to make it to another state foe the delivery.
[5/24/21, 3:03:45 PM] Tommy H. Kato: Mendal,
Laredo is next to Mexico and far from everywhere we need to go.
Dallas would be better.
[5/24/21, 3:30:25 PM] Mendel: got this aprooved per the email...
[5/24/21, 3:30:47 PM] Mendel: above you asked for 2 loads in Chicago but picked up 3 today?
[5/24/21, 3:58:41 PM] Mendel: ?
[5/24/21, 4:04:15 PM] Brad: We picked up 3 from last week early today, picking up 2 more
[5/24/21, 4:04:56 PM] Brad: Mendel, we will miss appointments if the containers aren't released in texas and Chicago.
[5/24/21, 4:06:12 PM] Brad: Also, can we discuss plans earlier in the day? We have had trucks on standby all day. Very expensive
[5/24/21, 4:11:36 PM] Mendel: 2 more from where?

[5/24/21, 4:12:02 PM] Brad: Mendel. We can't miss these appointments. Please release 2 more in Chicago.
[5/24/21, 4:45:42 PM] Brad: Mendel, is Chicago released?
[5/24/21, 4:45:44 PM] Tommy H. Kato: Me Nadal they are released in Chicago and Texas now?
[5/24/21, 4:46:16 PM] Mendel: Chicago Released
[5/24/21, 4:46:19 PM] Mendel: checking on TX now
[5/24/21, 4:48:19 PM] Mendel: TX also released
[5/24/21, 4:48:34 PM] Tommy H. Kato: Thank you
[5/25/21, 9:14:19 AM] Mendel: Good morning guys, Hershey will be on a flight between 11-3 so if we want anything to happen we need to discuss ASAP
[5/25/21, 9:14:31 AM] Mendel: *to happen today
[5/25/21, 9:15:41 AM] Tommy H. Kato: Ok
[5/25/21, 9:15:57 AM] Tommy H. Kato: Brad do we have any more appointments we can fill right now?
[5/25/21, 9:16:40 AM] Brad: Working on it.
[5/25/21, 9:16:47 AM] Brad: Will update shortly
[5/25/21, 9:23:15 AM] Tommy H. Kato: Mendal We need 3 containers in Florida and 3 in Maryland
[5/25/21, 9:23:30 AM] Tommy H. Kato: Can we pick those up today?
[5/25/21, 9:50:31 AM] Mendel: We have loads in Chicago & Texas, where would you want to pickup?
[5/25/21, 9:50:51 AM] Tommy H. Kato: Texas
[5/25/21, 9:51:05 AM] Mendel: Also what's the plan for today's payment? How much are we getting in?
[5/25/21, 9:51:10 AM] Mendel: Do u guys know that yet?
[5/25/21, 10:18:30 AM] Arik Miami: Mendel how many we have in credit ? Second the total deal was 50C how many we picked up on total so far ?
[5/25/21, 10:18:58 AM] Mendel: You mean how many are we owed?
[5/25/21, 10:19:07 AM] Arik Miami: Yes
[5/25/21, 10:19:21 AM] Arik Miami: How many Containers you gave on credit at this point ?
[5/25/21, 10:20:16 AM] Mendel: I believe 8 still open
[5/25/21, 10:20:34 AM] Mendel: I think about 28 containers
[5/25/21, 10:21:03 AM] Arik Miami: If Archie is concern I want to make this clear and more comfortable to everyone basically .
[5/25/21, 10:21:21 AM] Mendel: Ok
[5/25/21, 10:21:30 AM] Arik Miami: Okay TY. I will get back to you.
[5/25/21, 10:22:32 AM] Brad: Wire sent for $1,035,000.00
Waiting on confirmation
[5/25/21, 10:25:21 AM] Brad: Plan is to send for 8-9 containers on Thursday. Should be 9, depends on any delivery discrepancies with carton counts.
[5/25/21, 10:27:22 AM] Brad: Today the plan is to pick up 5 in Laredo and 3 in Chicago. Appointments scheduled are 2 from Laredo tomorrow and the rest for Friday deliveries to Maryland and Florida.
[5/25/21, 10:27:54 AM] Mendel: Let me work on this
[5/25/21, 10:27:58 AM] Mendel: And get back shortly
[5/25/21, 10:30:53 AM] Arik Miami: Okay. If needed we Jump on a call. Ty
[5/25/21, 10:40:27 AM] Brad: Slight change. We have appointments confirmed and trucks for 4 in Chicago and 4 in Laredo for today.
[5/25/21, 10:40:39 AM] Brad: Please confirm.
[5/25/21, 11:03:48 AM] Mendel: We haven't received this yet, do u have a Fed confirmation?
[5/25/21, 12:13:46 PM] Brad: Can you confirm receipt of wire?
[5/25/21, 12:15:17 PM] Brad: Also, is it possible to get 1 more container in Chicago? We have a delivery appointment on 5/27 we can fill.
[5/25/21, 12:21:12 PM] Mendel: Nothing received yet, do u have a confirmation number?
[5/25/21, 12:21:39 PM] Mendel: We need to get on a call to discuss all of this
[5/25/21, 12:33:53 PM] Brad: Still waiting on fed number.
[5/25/21, 12:41:52 PM] Brad: Adorama
Your request has been completed.

Fed ref# 0430466
[5/25/21, 12:43:18 PM] Brad: When can you get in a call with Thomas? We actually just got another appointment confirmation to take one more in Texas. Total would be 5 texas, 5 Chicago.
[5/25/21, 12:44:32 PM] Arik Miami: Once Archie landed. Another hour or so

[5/25/21, 12:44:53 PM] Arik Miami: Mendel call them and verify that wire prior to the call please
[5/25/21, 12:46:09 PM] Brad: I am invoicing for 9 containers today. Will have payment on Thursday.
[5/25/21, 12:48:02 PM] Brad: Mendel, have you released the containers from our conversation this morning? We have trucks there
[5/25/21, 12:50:23 PM] Mendel: i haven't, we were waiting for the wire to post and for us to make a plan before Hershey boarded his flight.. he will be available in 2 hours or so. i don't have the Authority to release anything
[5/25/21, 12:50:49 PM] Mendel: i cant either confirm receipt of wire
[5/25/21, 1:22:50 PM] Brad: We have trucks on-site at both locations. Very costly.
[5/25/21, 1:32:49 PM] Tommy H. Kato: Mendal we are going to lose these appointments...
[5/25/21, 1:58:33 PM] Mendel: @19179754000 @12488916060 please share your contact at Dimarco
[5/25/21, 2:04:13 PM] Brad: <attached: 00000765-Alex King.vcf>
[5/25/21, 2:59:51 PM] Mendel: @12488916060 @19179754000 We're releasing 4 in Chicago and 3 in Texas
[5/25/21, 3:04:31 PM] Brad: We need 2 more in Chicago and 1 more in Texas. We have appointments already booked for delivery. Is there anyway we can keep to that schedule?
[5/25/21, 3:04:53 PM] Mendel: i have to check if theyre able to load more..
[5/25/21, 3:04:57 PM] Mendel: for now lets start with this...
[5/25/21, 3:06:10 PM] Brad: We have trucks there for the other 2 in texas and 1 in Chicago. It would be Very helpful.
[5/25/21, 3:06:26 PM] Mendel: checking
[5/25/21, 3:15:56 PM] Mendel: We're done with Chicago as per Tommy's instructions after today's pickup
[5/25/21, 3:16:07 PM] Mendel: everything else is going to Laredo
[5/25/21, 3:31:16 PM] Brad: There aren't any more in Chicago?
[5/25/21, 3:31:55 PM] Mendel: no, Tommy asked us on Friday (on this Group) not to send more to Chicago
[5/25/21, 3:32:04 PM] Brad: Shoot
[5/25/21, 3:32:25 PM] Brad: We have trucks there for the last 2. Uggh. Going to mess up our appointments
[5/25/21, 3:51:41 PM] Brad: Are all of these picked up?
[5/25/21, 3:52:20 PM] Mendel: I have to check…
[5/25/21, 4:10:41 PM] Arik Miami: Tommy check your email
[5/25/21, 4:10:43 PM] Arik Miami: Inbox
[5/25/21, 4:10:52 PM] Arik Miami: He need your respond
[5/25/21, 4:12:30 PM] Tommy H. Kato: I responded
[5/25/21, 4:29:13 PM] Arik Miami: Cool
[5/25/21, 4:29:19 PM] Arik Miami: TYVM
[5/26/21, 10:04:15 AM] Brad: Yesterday we were able to pick up 6 of the 7 agreed. Are picking up the last one we didn't get yesterday this morning.

We picked up 3 in Chicago, and 3 in Laredo: all in route for appointments we have set.

Today we have appointments set for deliveries and would prefer to pick up 5 loads in Chicago and 1 load in Laredo.  (If available) What is the container status in Chicago, our understanding is 1 more is available and more coming in today?

Please advise....
[5/26/21, 10:15:44 AM] Mendel: Gm, in meeting I'll get to this when done
[5/26/21, 10:27:17 AM] Brad:
[5/26/21, 2:15:48 PM] Arik Miami: Mendel I responded to your email. Let me know if we are on the same page. Ty
[5/26/21, 2:20:42 PM] Mendel:
[5/26/21, 3:03:17 PM] Brad: Are we going to be able to pick up more containers today?
[5/26/21, 3:05:35 PM] Mendel: 1 more as per the email
[5/26/21, 3:06:41 PM] Brad: So none for today?
[5/26/21, 3:06:50 PM] Brad: The 1 was from yesterday that wasn't picked up
[5/26/21, 3:08:04 PM] Brad: We will be canceling 6 appointments with our client. Not good for us.

Not good for any of us....
[5/26/21, 3:31:49 PM] Mendel: No 1 an additional load

[5/26/21, 3:32:16 PM] Mendel: We had no idea that you made appointments….
[5/26/21, 3:40:28 PM] Arik Miami: Let's pass tomorrow like we all seams nervous and I assure everyone that it's all good and no Issue. Please let's stop all the drama. Both side made great support to each other here and we don't need to have any bad feeling. We should all be proud of this relationship level.
[5/27/21, 8:40:12 AM] Brad: Wire request sent for $2,070,000 for 6 containers.

$198,435 trucking being paid to attorney office as well.

Mendel, the trucking costs are WAY too high. Since this is our cost, we really would prefer to negotiate the trucking price. We pay significantly less for our trucking and seeing these rates is shocking. Please advise a better strategy or we will have to pick up in LA. We can't afford to throw additional 50-75k plus out the door based on this bill.
[5/27/21, 8:40:33 AM] Brad: Good Morning Fellas, forgot that part. Been up since 4am
[5/27/21, 8:41:08 AM] Mendel: Gm
[5/27/21, 8:41:32 AM] Mendel: We'll discuss this in depth ASAP/this am
[5/27/21, 8:42:05 AM] Mendel: Lmk when you have the wire confirmation so I can reach out to Adorama… to confirm thanks
[5/27/21, 8:42:14 AM] Brad:
[5/27/21, 9:00:45 AM] Brad: Mendel, our accountant asked for invoices, please send actual invoices for trucking so our accounting can match. Also, we are gathering an accounting of what we paid for and actually picked up. We pick up anywhere from 2700 to 3000. Therefore we will be short and need to pick up remaining amounts owed.
[5/27/21, 9:06:23 AM] Brad: Lastly, we can't do Laredo anymore. Too close to Mexico border and no truckers want to go there to pick up. At this point, I prefer our truckers to pick up from LA.
[5/27/21, 11:22:55 AM] Brad: From Dimerco:

We literally cannot provide a packing list unless Mendel provides it to us.

Under normal circumstances the supplier needs to provide rock Fintek with the commercial invoice and packing list so you know exactly what you are paying for each load.

Mendel, we are doing our accounting for what has been delivered. All trucks are sealed and delivered, thus we can only rely on our client count. We will provide when complete and schedule pick up of outstanding amount.

In the meantime, we can't be in the dark on what is on our trucks. That leaves us only to rely on our client count.
[5/27/21, 11:24:30 AM] Mendel: Hey, please email Hershey ( his assistant/Bookeeper ) he has a log of every single truck with exact breakdowns of sizes & qty's per truck with load number and all
[5/27/21, 11:25:36 AM] Mendel: It's a bit late for that to my knowledge & as per Tommy's request on Friday to stop sending all loads to Chicago and send everything to Laredo
[5/27/21, 11:25:56 AM] Mendel: Of course
[5/27/21, 11:28:06 AM] Mendel: Also per the request we got from you guys you wanted us to move all loads closer to the customer to alleviate the extra time in transit/the cash flow
[5/27/21, 11:52:28 AM] Brad: ADORAMA INC fed ref# 20210527B6B7HU3R009005

MARK J. NUSSBAUM & ASSOCIATES, PLLC fed ref# 20210527B6B7HU2R008921
[5/27/21, 12:06:20 PM] Mendel: Both wires received
[5/27/21, 12:06:22 PM] Mendel: Thank you!
[5/27/21, 1:04:03 PM] Tommy H. Kato: Mendal we need more truck to pick up today.
Do you have some?
[5/27/21, 1:05:12 PM] Mendel: Checking
[5/27/21, 1:11:20 PM] Mendel: While I look into it, I'm wondering when you're going to make the next payment
[5/27/21, 1:11:36 PM] Tommy H. Kato: Tuesday
[5/27/21, 1:16:13 PM] Mendel: Nothing before?
[5/27/21, 1:27:18 PM] Tommy H. Kato: Maybe some tomorrow, but I don't know yet

[5/27/21, 1:27:37 PM] Mendel: K
[5/27/21, 1:52:57 PM] Mendel: Can we get on a call in 20 mins?
[5/27/21, 2:01:01 PM] Arik Miami: I am good for 2:30. FYI
Tommy ?
[5/27/21, 2:04:10 PM] Mendel: Also any loads going out going forward, no more Laredo?
[5/27/21, 2:04:14 PM] Mendel: So Chicago?
[5/27/21, 2:04:22 PM] Mendel: Or where?
[5/27/21, 2:43:10 PM] Brad: It's mandatory we have a packing list from this point forward. Our client will not accept without.
[5/27/21, 2:43:48 PM] Brad: When we pick up we will leave with exact packing list.
[5/27/21, 2:48:11 PM] Mendel: we have and we can provide it via email for every load
[5/27/21, 2:48:36 PM] Brad: Thank you. Huge help
[5/27/21, 3:15:16 PM] Tommy H. Kato: Are we getting any containers today?
[5/27/21, 3:18:07 PM] Arik Miami: Tommy they ask to have a call. If you want we all jump into a quick call.
[5/27/21, 3:46:24 PM] Mendel: Please email us the request…
[5/27/21, 3:46:45 PM] Mendel: weinerhershey@gmail.com & mendelbanon@gmail.com
[5/27/21, 3:46:53 PM] Arik Miami: 10 min
[5/27/21, 3:46:55 PM] Mendel: Yes let's jump on a call
[5/28/21, 7:53:15 AM] Mendel: Gm, shabbat will be in London at 11am our time or so, Hershey won't be available after that, so I f we want to get anything done today we have to do it before then.
[5/28/21, 7:53:35 AM] Mendel: Also please let me know if you guys are able to wire anything today
[5/28/21, 8:03:02 AM] Brad: Mendel, just got off the phone with our client. I have to get the reports immediately that I requested
[5/28/21, 8:03:25 AM] Brad: Please send now.
[5/28/21, 8:03:54 AM] Brad: Not knowing what is on our trucks has created a huge mess and causing us problems with our client
[5/28/21, 8:04:28 AM] Brad: Please email to bg@rockfintek.com
[5/28/21, 8:20:20 AM] Brad: For customs clearance-Air PL FOR 182957-3.xls <attached: 00000843-For customs clearance-Air PL FOR 182957-3.xls>
[5/28/21, 8:20:39 AM] Brad: This is what we should leave with every shipment.
[5/28/21, 8:21:25 AM] Brad: We should have exact counts. Also, pallets aren't always the same, so please do not assume this
[5/28/21, 8:24:34 AM] Brad: <attached: 00000846-PHOTO-2021-05-28-08-24-34.jpg>
[5/28/21, 8:25:16 AM] Brad: Example: pallets are different. Don't assume they are the same.
[5/28/21, 8:25:33 AM] Brad: <attached: 00000848-PHOTO-2021-05-28-08-25-33.jpg>
[5/28/21, 8:28:18 AM] Tommy H. Kato: Mendal,
Problems like these are going to make us incompetent and will not be good for us to get future orders.
[5/28/21, 10:28:15 AM] Brad: Mendel, I need this reports ASAP
[5/28/21, 10:28:27 AM] Brad: Huge headache going on.
[5/28/21, 10:29:20 AM] Mendel: We're working on it, we'll send it ASAP
[5/28/21, 10:47:50 AM] Mendel: I just hung up with the warehouse in Texas Chicago and LA every single trucker picks up a BOOL with the exact breakdown on it and our warehouse double confirms to make sure that every single load is loaded & if there are any changes they're written on the BOL
[5/28/21, 10:48:17 AM] Mendel: Please pinpoint the exact problem that you have or that you were having so that I can go and try to figure it out to help you figure it out
[5/28/21, 10:53:30 AM] Mendel: @12488916060 please let us know if you're able to wire anything today and if you have any appointments etc. as I mentioned earlier, Hershey is in London and will checkout soon because of the shabbat etc
[5/28/21, 10:53:31 AM] Mendel: Thanks
[5/28/21, 10:54:26 AM] Brad: We are picking up the 5 from yesterday in Laredo
[5/28/21, 10:54:45 AM] Brad: When will I have report?
[5/28/21, 10:57:26 AM] Mendel: I don't believe we released these?
[5/28/21, 10:57:46 AM] Mendel: As I said every BOL has an accurate breakdown
[5/28/21, 10:58:09 AM] Brad: ? Trucks are there or on way for 5 containers
[5/28/21, 10:58:54 AM] Brad: <attached: 00000862-PHOTO-2021-05-28-10-58-54.jpg>
[5/28/21, 10:59:20 AM] Brad: Need Packing List for every load
[5/28/21, 10:59:38 AM] Brad: Send me BOL's

[5/28/21, 11:00:01 AM] Brad: And packing lists for each container and pick up
[5/28/21, 11:00:17 AM] Brad: That packing list should have key details: pallet count, carton count, and the sizing breakdown (carton count for each size)
[5/28/21, 11:00:35 AM] Brad: When we are sending our trucks to the warehouse, we don't know what we are picking up at all.
[5/28/21, 11:01:14 AM] Brad: This is an elementary trucking and logistics request. Why is it so difficult?
[5/28/21, 11:04:28 AM] Brad: Also, need the trucking invoices. Our accounting department needs to audit kitchen winners bill. This is a pass through cost to us, so we need all documents. Since we paid the bill already, please provide immediately.
[5/28/21, 11:05:38 AM] Brad: We have to button up the process. We have a deadline and our client is demanding we have accurate information for our deliveries. It's a simple request. Need packing list for each truck.
[5/28/21, 12:08:06 PM] Tommy H. Kato: Mendal the 5 containers are going to be released?
Please call Brad ASAP
[5/28/21, 12:13:19 PM] Mendel: I'm waiting since 8 am to find out what payments were getting today, we were supposed to get paid for 9 loads yesterday and we only received payment for 6, Hershey will only be available for 1 Hour or so…as he's in London and Shabbat is coming up
[5/28/21, 12:26:55 PM] Brad: Banks closed Monday, will have funds available Tuesday for other 3
[5/28/21, 12:31:59 PM] Brad: <attached: 00000874-PHOTO-2021-05-28-12-31-59.jpg>
[5/28/21, 12:33:53 PM] Arik Miami: Bead call me please
[5/28/21, 12:44:29 PM] Brad: Fellas, it's very very difficult to get trucks down to Laredo to pick up cargo.
[5/28/21, 12:44:42 PM] Brad: Having our trucks turned away is a nightmare
[5/28/21, 12:45:18 PM] Brad: The truckers dont want to be there anyway.

Mendel, can you please release the 5 containers agreed yesterday
[5/28/21, 1:21:49 PM] Mendel: 5 loads released in Texas
[5/28/21, 1:21:51 PM] Brad: Thanks
[5/28/21, 1:22:19 PM] Arik Miami: Thank you very much for the support.
[5/28/21, 1:24:17 PM] Mendel: You're welcome
[5/28/21, 1:28:04 PM] Brad: Thank you
[5/28/21, 1:30:49 PM] Tommy H. Kato:
[5/28/21, 2:15:01 PM] Mendel:
[6/1/21, 7:09:05 AM] Brad: Good Morning Mendel, please send the reports. Both trucking invoices and all out pick ups with packing list of each pick up.
[6/1/21, 7:10:52 AM] Brad: We have to show the packing list for each delivery we made. Very important.

Also, accounting has to have truck invoices. Since we paid this bill and you sent your accounting on Kitchen Winners invoice, should be super easy to send the file with invoices.
[6/1/21, 7:13:53 AM] Brad: We will discuss payment today as well. We are doing accounting on our initial deposit and rebate to calculate the last part of our contract. We are getting close to the end.
[6/1/21, 3:08:19 PM] Brad: Wired $1,750,000.00

Waiting on confirmation. Please check
[6/1/21, 3:17:04 PM] Mendel: Thank you, please send confirmation # when you have it
[6/1/21, 3:44:21 PM] Mendel: Well received $1,725,000 not $1,750,000.00
[6/1/21, 3:44:52 PM] Brad: ?
[6/1/21, 3:45:37 PM] Brad: Yes, $1.725m
5 containers
[6/1/21, 3:46:06 PM] Brad: Need to pick up containers today
[6/1/21, 3:46:24 PM] Brad: Would prefer to get them from LA.
[6/1/21, 4:13:37 PM] Brad: Fed Ref # 0783359, $1.725MM
[6/1/21, 4:38:27 PM] Brad: Mendel, can we get containers today?
[6/3/21, 11:27:40 AM] Mendel: Hey, the wire for $1,380,000.00 has been received. Thanks
[6/7/21, 11:31:46 AM] Brad: Good Morning Mendel. Please provide an update on the containers remaining for our contract? We want to wrap up this week
[6/7/21, 12:08:50 PM] Mendel: Gm, I'll get back to you ASAP
[6/7/21, 12:20:49 PM] Brad: Thank you

[6/7/21, 12:28:34 PM] Mendel: According to our numbers 8 containers besides for the shortages
[6/8/21, 9:43:39 AM] Mendel: Hi Brad, we're overdue with payments for 8 containers since Friday. When will we receive payments for this
[6/8/21, 9:44:31 AM] Arik Miami: GM, we need to speak. I text your partner this morning already. Let me know when is good time to talk.
[6/8/21, 9:46:12 AM] Arik Miami: <attached: 00000905-PHOTO-2021-06-08-09-46-12.jpg>
[6/8/21, 9:52:58 AM] Mendel: I don't know if he's available today after 9:30am today, he's in important meetings all day, let me know when you're available to talk
[6/8/21, 10:00:21 AM] Arik Miami: Finishing my prayer and will call you
[6/8/21, 10:15:26 AM] Brad: Mendel, we will have a credit for $2m for the remaining containers against what we owe on credit, etc.

Please let me know the amount you have on Credit right now so I can cross reference on our side with payments.

Almost to the end of this deal. Plan is to wrap it up this week.
[6/8/21, 10:25:00 AM] Mendel: Please explain what you mean by you will have a credit for $2m? From who?
[6/8/21, 10:25:19 AM] Mendel: We're currently owed for 8 containers
[6/8/21, 10:35:14 AM] Brad: Deposit and Rebate
[6/8/21, 10:35:33 AM] Brad: 1.25m deposit
.75m rebate
[6/8/21, 10:37:23 AM] Brad: Total is $2,000,000.00

This amount will offset the remaining containers. Plus shortages we need to pick up.

We are still working on the tail end of the accounting. Total mess as packing lists weren't received with each pick up.

Will provide final accounting in the next day, depending on when our team can get it all done.
[6/8/21, 10:38:23 AM] Brad: Mendel. Please rework your numbers with the credit included
[6/8/21, 11:11:13 AM] Brad: <attached: 00000915-PHOTO-2021-06-08-11-11-13.jpg>
[6/8/21, 11:10:45 AM] Mendel: Brad, I'm not involved in accounting but you guys are still far away from discussing the break even/credit being applied here, you guys need to pay for 8 containers owed plus you need to pickup another 8 containers = 16 loads 16 X $345k = $5,520,000.00
Please advise when we can have payment which was promised last Friday
[6/8/21, 11:11:40 AM] Brad: ?
[6/8/21, 11:12:06 AM] Mendel: + trucking + insurance…
[6/8/21, 11:12:21 AM] Brad: Are you staying we have 8 containers on credit now?
[6/8/21, 11:12:40 AM] Brad: Also, never received trucking invoices.
[6/8/21, 11:12:48 AM] Brad: Very important
[6/8/21, 11:14:29 AM] Brad: Mendel, our buy price is $11
[6/8/21, 11:14:41 AM] Brad: We need to sort out exact accounting.
[6/8/21, 11:15:17 AM] Brad: We are near the end, so as we make final payment, the $750,000 credit needs to be applied
[6/8/21, 4:19:53 PM] Arik Miami: Mendel we wired you 690k now. I spoke to Archie and he approved to release one container today. Please confirm ?
[6/8/21, 4:20:09 PM] Arik Miami: Fed ref# 0451662
[6/8/21, 4:20:12 PM] Brad: Thank you Arik. I have a truck there now
[6/8/21, 4:20:37 PM] Arik Miami: Cool
[6/8/21, 4:20:42 PM] Arik Miami: <attached: 00000929-PHOTO-2021-06-08-16-20-42.jpg>
[6/8/21, 4:21:52 PM] Mendel: confirming receipt shortly with Adorama
[6/8/21, 4:22:13 PM] Brad: Mendel, let me know when released? Have to catch an appointment In NY
[6/8/21, 4:23:49 PM] Mendel: On it
[6/8/21, 4:25:06 PM] Brad: Thank you
[6/8/21, 4:50:32 PM] Brad: Mendel, have you released the container?
[6/8/21, 4:50:37 PM] Brad: My truck is there
[6/8/21, 4:50:46 PM] Mendel: yes, its already released

[6/8/21, 5:52:49 PM] Mendel: loading now
[6/8/21, 6:04:35 PM] Arik Miami: <attached: 00000938-STICKER-2021-06-08-18-04-35.webp>
[6/8/21, 9:15:11 PM] Arik Miami: Mendel you never send the Question to discussed ? Here ? Let's finish the item as agreed on the file we ans you.
Please it's very important. TY
[6/8/21, 9:27:31 PM] Mendel: @12488916060 I went through the sheet, please confirm that we're talking about the shortage and the qty is 2,545 boxes of 100 PCs right?
[6/8/21, 10:25:37 PM] Brad: Cartons
[6/8/21, 10:25:48 PM] Brad: Not boxes
[6/8/21, 10:31:25 PM] Brad: $292,675 owed in nitrile gloves we paid for but did not pick up and deliver. Very accurate accounting.
[6/8/21, 10:34:25 PM] Brad: We need to pick up 2545 cartons ASAP to deliver to our client, as we were shorted that amount on all our pick ups and deliveries thus far. We need to collect payment from our client. Very Important this gets handled tomorrow
[6/8/21, 10:36:07 PM] Arik Miami: Thanks Brad. Mendel let's try to handle early tomorrow as I will out of pocket by Noon. Please support. GN
[6/9/21, 12:38:58 AM] Mendel: We will review all the Tallies in depth tomorrow and get back to you. Thanks and good night
[6/9/21, 10:19:36 AM] Mendel: Good morning, we're working on the numbers today and we'll let you know shortly if it all matches up to our books. Thanks
[6/9/21, 10:20:51 AM] Brad: Sounds good. Our numbers are very accurate. Very well documented
[6/9/21, 10:21:15 AM] Mendel: great, looking FWD to getting to the bottom of this
[6/14/21, 10:24:19 AM] Mendel: Hey, GM @12488916060 What's the plan for payments and picking up the rest of the loads?
[6/14/21, 10:24:51 AM] Brad: We have 4 remaining?
[6/14/21, 10:27:12 AM] Mendel: Something like that
[6/14/21, 10:27:51 AM] Brad: Ok. I have a meeting with Thomas today. Will circle back with a plan
[6/14/21, 10:30:37 AM] Mendel: Thanks
[6/14/21, 3:13:47 PM] Mendel: Hey, any news?
[6/14/21, 3:17:06 PM] Arik Miami: I told your partner I will call him at 4pm
[6/14/21, 3:17:20 PM] Arik Miami: The office is reviewing everything
[6/14/21, 3:21:49 PM] Mendel: Ok