**EXHIBIT 5**

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

---

## Re: Wires today
1 message

---

**Joseph Weiner** <hersheyweiner@gmail.com>                    Mon, Apr 26, 2021 at 12:41 PM
To: Joseph Mendlowits <josephm@adorama.com>

150k is done

On Mon, Apr 26, 2021 at 10:11 AM Joseph Mendlowits <josephm@adorama.com> wrote:

690k confirmed


Will check the 150k


**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Monday, April 26, 2021 12:10 PM
**To:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** Wires today


You will receive today the below


$690,000 from Rock fintek

$150,000 from Mark (100k from Chesky, 50k from Duvy Breier)


Then, you need to send to us $1,251,000 for 6 containers Medcare


Click here to report this email as spam to System Support.

AKW000693

 Gmail                                          **Joseph Weiner <hersheyweiner@gmail.com>**

---

## Rock Fintek Quantities delivered
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                         Fri, May 28, 2021 at 12:25 PM
To: Joseph Mendlowits <josephm@adorama.com>

See attached report,
Note, some loads have less quantities, but their payments was always for full loads

 **qty delivered.xlsx**
159K

AKW001598

**Kitchen Winners NY**

## Sales by Item Detail

### All Transactions

| | Type | Date | Num | Qty | Sales Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Invoice | 04/20/2021 | 1703 | 29,200 | 11.50 | 335,800.00 |
| 2 | Invoice | 04/20/2021 | 1704 | 24,950 | 11.50 | 286,925.00 |
| 3 | Invoice | 04/26/2021 | 1705 | 29,200 | 11.50 | 335,800.00 |
| 4 | Invoice | 04/26/2021 | 1706 | 29,200 | 11.50 | 335,800.00 |
| 5 | Invoice | 04/27/2021 | 1730 | 30,000 | 11.50 | 345,000.00 |
| 6 | Invoice | 05/03/2021 | 1707 | 30,000 | 11.50 | 345,000.00 |
| 7 | Invoice | 05/03/2021 | 1708 | 30,000 | 11.50 | 345,000.00 |
| 8 | Invoice | 05/05/2021 | 1709 | 30,000 | 11.50 | 345,000.00 |
| 9 | Invoice | 05/05/2021 | 1710 | 30,000 | 11.50 | 345,000.00 |
| 10 | Invoice | 05/10/2021 | 1711 | 30,000 | 11.50 | 345,000.00 |
| 11 | Invoice | 05/10/2021 | 1712 | 30,000 | 11.50 | 345,000.00 |
| 12 | Invoice | 05/11/2021 | 1713 | 30,000 | 11.50 | 345,000.00 |
| 13 | Invoice | 05/11/2021 | 1714 | 28,740 | 11.50 | 330,510.00 |
| 14 | Invoice | 05/11/2021 | 1715 | 30,000 | 11.50 | 345,000.00 |
| 15 | Invoice | 05/12/2021 | 1716 | 30,000 | 11.50 | 345,000.00 |
| 16 | Invoice | 05/12/2021 | 1717 | 30,000 | 11.50 | 345,000.00 |
| 17 | Invoice | 05/12/2021 | 1746 | 30,000 | 11.50 | 345,000.00 |
| 18 | Invoice | 05/13/2021 | 1718 | 30,000 | 11.50 | 345,000.00 |
| 19 | Invoice | 05/19/2021 | 1719 | 30,000 | 11.50 | 345,000.00 |
| 20 | Invoice | 05/19/2021 | 1720 | 30,000 | 11.50 | 345,000.00 |
| 21 | Invoice | 05/19/2021 | 1721 | 30,000 | 11.50 | 345,000.00 |
| 22 | Invoice | 05/19/2021 | 1722 | 30,000 | 11.50 | 345,000.00 |
| 23 | Invoice | 05/19/2021 | 1723 | 30,000 | 11.50 | 345,000.00 |
| 24 | Invoice | 05/19/2021 | 1724 | 30,000 | 11.50 | 345,000.00 |
| 25 | Invoice | 05/20/2021 | 1728 | 30,000 | 11.50 | 345,000.00 |
| 26 | Invoice | 05/20/2021 | 1729 | 30,000 | 11.50 | 345,000.00 |
| 27 | Invoice | 05/21/2021 | 1727 | 30,000 | 11.50 | 345,000.00 |
| 28 | Invoice | 05/24/2021 | 1731 | 30,000 | 11.50 | 345,000.00 |
| 29 | Invoice | 05/24/2021 | 1732 | 30,000 | 11.50 | 345,000.00 |
| 30 | Invoice | 05/24/2021 | 1733 | 30,000 | 11.50 | 345,000.00 |
| 31 | Invoice | 05/24/2021 | 1734 | 30,000 | 11.50 | 345,000.00 |
| 32 | Invoice | 05/24/2021 | 1735 | 30,000 | 11.50 | 345,000.00 |
| 33 | Invoice | 05/24/2021 | 1736 | 30,000 | 11.50 | 345,000.00 |
| 34 | Invoice | 05/24/2021 | 1737 | 28,000 | 11.50 | 322,000.00 |
| 35 | Invoice | 05/25/2021 | 1738 | 28,000 | 11.50 | 322,000.00 |
| 36 | Invoice | 05/25/2021 | 1739 | 28,740 | 11.50 | 330,510.00 |
| 37 | Invoice | 05/25/2021 | 1740 | 29,610 | 11.50 | 340,515.00 |
| 38 | Invoice | 05/25/2021 | 1742 | 30,000 | 11.50 | 345,000.00 |
| 39 | Invoice | 05/25/2021 | 1743 | 30,000 | 11.50 | 345,000.00 |
| 40 | Invoice | 05/25/2021 | 1744 | 30,000 | 11.50 | 345,000.00 |
| 41 | Invoice | 05/25/2021 | 1745 | 30,000 | 11.50 | 345,000.00 |
| 42 | Invoice | 05/26/2021 | 1741 | 28,740 | 11.50 | 330,510.00 |

AKW001599

**7:18 PM**
**05/27/21**
**Accrual Basis**

# Kitchen Winners NY
## Sales by Item Detail
### All Transactions

| | |
|---|---|
| 1,244,380 | 13,974,570.00 |
| 1,244,380 | 13,974,570.00 |
| **1,244,380** | **13,974,570.00** |

AKW001600

 **Gmail**                                        Joseph Weiner <hersheyweiner@gmail.com>

## Re: Rock Fintek Quantities delivered
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                    Wed, Jun 2, 2021 at 5:04 PM
To: Joseph Mendlowits <josephm@adorama.com>

I updated this yesterday, just released 5 loads, but don't have the details yet

On Wed, Jun 2, 2021 at 2:35 PM Joseph Mendlowits <josephm@adorama.com> wrote:

Do you have a updated from this ?

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Tuesday, June 1, 2021 6:46 PM
**To:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** Re: Rock Fintek Quantities delivered

Updated attached

On Tue, Jun 1, 2021 at 5:37 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

yes received your wire

On Tue, Jun 1, 2021 at 3:39 PM Joseph Mendlowits <josephm@adorama.com> wrote:

Please send me a updated for this.

BTW it seems like you should have the wire by now LMK

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Friday, May 28, 2021 12:25 PM
**To:** Joseph Mendlowits <josephm@adorama.com>
**Subject:** Rock Fintek Quantities delivered

See attached report,

Note, some loads have less quantities, but their payments was always for full loads

Click here to report this email as spam to System Support.

AKW001744

 Gmail

Joseph Weiner <hersheyweiner@gmail.com>

## Rock Fintek quantities delivered
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                    Fri, Jun 4, 2021 at 2:25 PM
To: Joseph Mendlowits <josephm@adorama.com>

**qty delivered.xlsx**
30K

AKW001788

**Kitchen Winners NY**

**Sales by Item Detail**

**All Transactions**

| | Type | Date | Num | Qty | Sales Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Invoice | 04/20/2021 | 1703 | 29,200 | 11.50 | 335,800.00 |
| 2 | Invoice | 04/20/2021 | 1704 | 24,950 | 11.50 | 286,925.00 |
| 3 | Invoice | 04/26/2021 | 1705 | 29,200 | 11.50 | 335,800.00 |
| 4 | Invoice | 04/26/2021 | 1706 | 29,200 | 11.50 | 335,800.00 |
| 5 | Invoice | 04/27/2021 | 1730 | 30,000 | 11.50 | 345,000.00 |
| 6 | Invoice | 05/03/2021 | 1707 | 30,000 | 11.50 | 345,000.00 |
| 7 | Invoice | 05/03/2021 | 1708 | 30,000 | 11.50 | 345,000.00 |
| 8 | Invoice | 05/05/2021 | 1709 | 30,000 | 11.50 | 345,000.00 |
| 9 | Invoice | 05/05/2021 | 1710 | 30,000 | 11.50 | 345,000.00 |
| 10 | Invoice | 05/10/2021 | 1711 | 30,000 | 11.50 | 345,000.00 |
| 11 | Invoice | 05/10/2021 | 1712 | 30,000 | 11.50 | 345,000.00 |
| 12 | Invoice | 05/11/2021 | 1713 | 30,000 | 11.50 | 345,000.00 |
| 13 | Invoice | 05/11/2021 | 1714 | 28,740 | 11.50 | 330,510.00 |
| 14 | Invoice | 05/11/2021 | 1715 | 30,000 | 11.50 | 345,000.00 |
| 15 | Invoice | 05/12/2021 | 1716 | 30,000 | 11.50 | 345,000.00 |
| 16 | Invoice | 05/12/2021 | 1717 | 30,000 | 11.50 | 345,000.00 |
| 17 | Invoice | 05/12/2021 | 1746 | 30,000 | 11.50 | 345,000.00 |
| 18 | Invoice | 05/13/2021 | 1718 | 30,000 | 11.50 | 345,000.00 |
| 19 | Invoice | 05/19/2021 | 1719 | 30,000 | 11.50 | 345,000.00 |
| 20 | Invoice | 05/19/2021 | 1720 | 30,000 | 11.50 | 345,000.00 |
| 21 | Invoice | 05/19/2021 | 1721 | 30,000 | 11.50 | 345,000.00 |
| 22 | Invoice | 05/19/2021 | 1722 | 30,000 | 11.50 | 345,000.00 |
| 23 | Invoice | 05/19/2021 | 1723 | 30,000 | 11.50 | 345,000.00 |
| 24 | Invoice | 05/19/2021 | 1724 | 30,000 | 11.50 | 345,000.00 |
| 25 | Invoice | 05/20/2021 | 1728 | 30,000 | 11.50 | 345,000.00 |
| 26 | Invoice | 05/20/2021 | 1729 | 30,000 | 11.50 | 345,000.00 |
| 27 | Invoice | 05/21/2021 | 1727 | 30,000 | 11.50 | 345,000.00 |
| 28 | Invoice | 05/24/2021 | 1731 | 30,000 | 11.50 | 345,000.00 |
| 29 | Invoice | 05/24/2021 | 1732 | 30,000 | 11.50 | 345,000.00 |
| 30 | Invoice | 05/24/2021 | 1733 | 30,000 | 11.50 | 345,000.00 |
| 31 | Invoice | 05/24/2021 | 1734 | 30,000 | 11.50 | 345,000.00 |
| 32 | Invoice | 05/24/2021 | 1735 | 30,000 | 11.50 | 345,000.00 |
| 33 | Invoice | 05/24/2021 | 1736 | 30,000 | 11.50 | 345,000.00 |
| 34 | Invoice | 05/24/2021 | 1737 | 28,000 | 11.50 | 322,000.00 |
| 35 | Invoice | 05/25/2021 | 1738 | 28,000 | 11.50 | 322,000.00 |
| 36 | Invoice | 05/25/2021 | 1739 | 28,740 | 11.50 | 330,510.00 |
| 37 | Invoice | 05/25/2021 | 1740 | 29,610 | 11.50 | 340,515.00 |
| 38 | Invoice | 05/25/2021 | 1742 | 30,000 | 11.50 | 345,000.00 |
| 39 | Invoice | 05/25/2021 | 1743 | 30,000 | 11.50 | 345,000.00 |
| 40 | Invoice | 05/25/2021 | 1744 | 30,000 | 11.50 | 345,000.00 |
| 41 | Invoice | 05/25/2021 | 1745 | 30,000 | 11.50 | 345,000.00 |
| 42 | Invoice | 05/26/2021 | 1741 | 28,740 | 11.50 | 330,510.00 |

AKW001789

7:18 PM
05/27/21
Accrual Basis

Case 1:22-cv-05276-PAE   Document 146-5   Filed 03/15/24   Page 9 of 30

Kitchen Winners NY
Sales by Item Detail
All Transactions

| 43 | Invoice | 05/28/2021 | 1749 | 30,000 | 11.50 | 345,000.00 |
| 44 | Invoice | 05/28/2021 | 1750 | 28,740 | 11.50 | 330,510.00 |
| 45 | Invoice | 05/28/2021 | 1751 | 28,040 | 11.50 | 322,460.00 |
| 46 | Invoice | 05/28/2021 | 1752 | 29,610 | 11.50 | 340,515.00 |
| 47 | Invoice | 06/02/2021 | 1753 | 29,750 | 11.50 | 342,125.00 |
| 48 | Invoice | 06/03/2021 | 1754 | 29,750 | 11.50 | 342,125.00 |
| 49 | Invoice | 06/03/2021 | 1755 | 27,790 | 11.50 | 319,585.00 |
| | | | | 1,448,060 | | 15,313,055.00 |
| | | | | 1,448,060 | | 15,313,055.00 |
| | | | | 1,448,060 | | 15,313,055.00 |

AKW001790

 Gmail                                                                                                    **Joseph Weiner <hersheyweiner@gmail.com>**

---

## Re: Rock Fintek quantities delivered
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                                                          Fri, Jun 11, 2021 at 1:06 PM
To: Joseph Mendlowits <josephm@adorama.com>

> Please see attached
> It includes today's pick ups
>
> On Thu, Jun 10, 2021 at 9:56 AM Joseph Mendlowits <josephm@adorama.com> wrote:
>
>> Please update
>>
>>
>>
>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>> **Sent:** Friday, June 4, 2021 2:25 PM
>> **To:** Joseph Mendlowits <josephm@adorama.com>
>> **Subject:** Rock Fintek quantities delivered
>>
>>
>>
>>                               Click here to report this email as spam to System Support.

---

 **qty delivered.xlsx**
31K

AKW001794

**Kitchen Winners NY**

# Sales by Item Detail
## All Transactions

| | Type | Date | Num | Qty | Sales Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Invoice | 04/20/2021 | 1703 | 29,200 | 11.50 | 335,800.00 |
| 2 | Invoice | 04/20/2021 | 1704 | 24,950 | 11.50 | 286,925.00 |
| 3 | Invoice | 04/26/2021 | 1705 | 29,200 | 11.50 | 335,800.00 |
| 4 | Invoice | 04/26/2021 | 1706 | 29,200 | 11.50 | 335,800.00 |
| 5 | Invoice | 04/27/2021 | 1730 | 30,000 | 11.50 | 345,000.00 |
| 6 | Invoice | 05/03/2021 | 1707 | 30,000 | 11.50 | 345,000.00 |
| 7 | Invoice | 05/03/2021 | 1708 | 30,000 | 11.50 | 345,000.00 |
| 8 | Invoice | 05/05/2021 | 1709 | 30,000 | 11.50 | 345,000.00 |
| 9 | Invoice | 05/05/2021 | 1710 | 30,000 | 11.50 | 345,000.00 |
| 10 | Invoice | 05/10/2021 | 1711 | 30,000 | 11.50 | 345,000.00 |
| 11 | Invoice | 05/10/2021 | 1712 | 30,000 | 11.50 | 345,000.00 |
| 12 | Invoice | 05/11/2021 | 1713 | 30,000 | 11.50 | 345,000.00 |
| 13 | Invoice | 05/11/2021 | 1714 | 28,740 | 11.50 | 330,510.00 |
| 14 | Invoice | 05/11/2021 | 1715 | 30,000 | 11.50 | 345,000.00 |
| 15 | Invoice | 05/12/2021 | 1716 | 30,000 | 11.50 | 345,000.00 |
| 16 | Invoice | 05/12/2021 | 1717 | 30,000 | 11.50 | 345,000.00 |
| 17 | Invoice | 05/12/2021 | 1746 | 30,000 | 11.50 | 345,000.00 |
| 18 | Invoice | 05/13/2021 | 1718 | 30,000 | 11.50 | 345,000.00 |
| 19 | Invoice | 05/13/2021 | 1757 | 27,980 | 11.50 | 321,770.00 |
| 20 | Invoice | 05/19/2021 | 1719 | 30,000 | 11.50 | 345,000.00 |
| 21 | Invoice | 05/19/2021 | 1720 | 30,000 | 11.50 | 345,000.00 |
| 22 | Invoice | 05/19/2021 | 1721 | 30,000 | 11.50 | 345,000.00 |
| 23 | Invoice | 05/19/2021 | 1722 | 30,000 | 11.50 | 345,000.00 |
| 24 | Invoice | 05/19/2021 | 1723 | 30,000 | 11.50 | 345,000.00 |
| 25 | Invoice | 05/19/2021 | 1724 | 30,000 | 11.50 | 345,000.00 |
| 26 | Invoice | 05/20/2021 | 1728 | 30,000 | 11.50 | 345,000.00 |
| 27 | Invoice | 05/20/2021 | 1729 | 30,000 | 11.50 | 345,000.00 |
| 28 | Invoice | 05/21/2021 | 1727 | 30,000 | 11.50 | 345,000.00 |
| 29 | Invoice | 05/24/2021 | 1731 | 30,000 | 11.50 | 345,000.00 |
| 30 | Invoice | 05/24/2021 | 1732 | 30,000 | 11.50 | 345,000.00 |
| 31 | Invoice | 05/24/2021 | 1733 | 30,000 | 11.50 | 345,000.00 |
| 32 | Invoice | 05/24/2021 | 1734 | 30,000 | 11.50 | 345,000.00 |
| 33 | Invoice | 05/24/2021 | 1735 | 30,000 | 11.50 | 345,000.00 |
| 34 | Invoice | 05/24/2021 | 1736 | 30,000 | 11.50 | 345,000.00 |
| 35 | Invoice | 05/24/2021 | 1737 | 28,000 | 11.50 | 322,000.00 |
| 36 | Invoice | 05/25/2021 | 1738 | 28,000 | 11.50 | 322,000.00 |
| 37 | Invoice | 05/25/2021 | 1739 | 28,740 | 11.50 | 330,510.00 |
| 38 | Invoice | 05/25/2021 | 1740 | 29,610 | 11.50 | 340,515.00 |
| 39 | Invoice | 05/25/2021 | 1742 | 30,000 | 11.50 | 345,000.00 |
| 40 | Invoice | 05/25/2021 | 1743 | 30,000 | 11.50 | 345,000.00 |
| 41 | Invoice | 05/25/2021 | 1744 | 30,000 | 11.50 | 345,000.00 |
| 42 | Invoice | 05/25/2021 | 1745 | 30,000 | 11.50 | 345,000.00 |

AKW001795

# Kitchen Winners NY
## Sales by Item Detail
### All Transactions

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | Invoice | 05/26/2021 | 1741 | 28,740 | 11.50 | 330,510.00 |
| 44 | Invoice | 05/28/2021 | 1749 | 30,000 | 11.50 | 345,000.00 |
| 45 | Invoice | 05/28/2021 | 1750 | 28,740 | 11.50 | 330,510.00 |
| 46 | Invoice | 05/28/2021 | 1751 | 28,040 | 11.50 | 322,460.00 |
| 47 | Invoice | 05/28/2021 | 1752 | 29,610 | 11.50 | 340,515.00 |
| 48 | Invoice | 05/28/2021 | 1747 | 28,660 | 11.50 | 329,590.00 |
| 49 | Invoice | 06/02/2021 | 1753 | 29,750 | 11.50 | 342,125.00 |
| 50 | Invoice | 06/03/2021 | 1754 | 29,750 | 11.50 | 342,125.00 |
| 51 | Invoice | 06/03/2021 | 1755 | 27,790 | 11.50 | 319,585.00 |
| 52 | Invoice | 06/04/2021 | 1759 | 27,370 | 11.50 | 314,755.00 |
| 53 | Invoice | 06/04/2021 | 1760 | 27,790 | 11.50 | 319,585.00 |
| 54 | Invoice | 06/08/2021 | 1761 | 28,470 | 11.50 | 327,405.00 |
| 55 | Invoice | 06/11/2021 | | 30,000 | 11.50 | 345,000.00 |
| 56 | Invoice | 06/11/2021 | | 30,000 | 11.50 | 345,000.00 |
| 57 | Invoice | 06/11/2021 | | 30,000 | 11.50 | 345,000.00 |
| 58 | Invoice | 06/11/2021 | | 25,450 | 11.50 | 292,675.00 |
| | | | | 1,703,780 | | 19,257,670.00 |
| | | | | 1,703,780 | | 19,257,670.00 |
| | | | | 1,703,780 | | 19,257,670.00 |

AKW001796

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## Fwd: Rock Fintek
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                    Sun, Jun 27, 2021 at 1:52 PM
To: Joseph Mendlowits <josephm@adorama.com>


Sent from my iPhone

Begin forwarded message:

> **From:** Joseph Weiner <hersheyweiner@gmail.com>
> **Date:** June 27, 2021 at 2:43:21 PM EDT
> **To:** Joseph Weiner <hersheyweiner@gmail.com>
> **Subject: Rock Fintek**


Hi,

As we discussed, here are the figures

Total agreed deliveries 1,678,270
Contract amount 1,500,000 @ 11.50 $17,250,000.00
Overage 178,270 @ 9.50 $1,693,565.00
Agreed trucking $192,625.00
Agreed Insurance $65,000.00
Total owed from all above $19,201,190.00

Now there are 22,760 boxes in dispute, which according to BOLs' were delivered
$216,220.00
Divide in half is $108,110.00

Now the total is $19,309,300
You paid $19,190,000.00
Difference is $119,300.00

If I give you the rebate of $750,000.00, I will need to give you $630,700.00

AKW001909

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

## is this the wire ?
1 message

**Joseph Mendlowits** <josephm@adorama.com>
To: Joseph Weiner <hersheyweiner@gmail.com>

Thu, Apr 8, 2021 at 2:16 PM

Last read

Samuel Knopfler   2:14 PM

| 04/08/21 | Incoming wire from ROCK FINTEK LLC | 1,250,000.00 |

AKW000656

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## Re: is this the wire ?
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                              Thu, Apr 8, 2021 at 4:01 PM
To: Joseph Mendlowits <josephm@adorama.com>

Attached is the signed contract

On Thu, Apr 8, 2021 at 1:16 PM Joseph Mendlowits <josephm@adorama.com> wrote:



📄 **Sales Purchase Agreement - Kitchen WInners to Rock Fintek v10-2.pdf**
   216K

AKW000657

## SALES AND PURCHASE AGREEMENT

**THIS SALES AND PURCHASE AGREEMENT** (this "Agreement") is entered into on April 7, 2021 (the "Effective Date"), **KITCHEN WINNERS NY INC**, a New York corporation having an address at 1134 53rd Street, Brooklyn, NY 11219 ( "Seller") and **ROCK FINTEK LLC** a _____ _____ Limited Liability Company having an address at 1680 Michigan Avenue, Miami Beach, Florida 33139 ("Buyer") (each a "Party" and, collectively, the "Parties"). The Parties agree jointly, severally, mutually, and reciprocally to the terms and conditions stated herein and that this Agreement may be referenced from time to time in any documents or agreements with respect to the sale and purchase of:

**1,500,000 boxes of Nitrile Gloves**

Seller agrees to sell to Buyer and Buyer agrees to purchase from Seller the "Products" described below subject to the following terms and conditions:

1. **Purchase and Sale:**

| Product | Boxes | Unit Price | Purchase Price |
|---|---|---|---|
| Nitrile Gloves (Box 100) Color: Blue, Medical exam grade with FDA 510k | 1,500,000 | $11.50 | $17,250,000.00 |
| Brand: Medcare, examination glove | | | |
| Sizes: S =10%  M =40% L= 40%  XL=10% | | | |

2. **Payment Terms:**

   a. On the date hereof, Buyer shall wire to an account designated by Seller the sum of $1,250,000.00 (the "First Deposit"). On April 26, 2021 and prior to the Shipment of any Products in Tranche 3, Buyer shall wire to an account designated by Seller the sum of $600,000.00 (the "Second Deposit" and once funded together with the First Deposit referred to herein as the "Deposit"). The Deposit shall be applied as payment in full for the last approximately 5.6 containers.

   b. The Deposit shall be paid to Adorama Inc. at:

   Citibank, N.A.    153 East 53rd St., NY, NY 10043
   Account: Adorama Inc.
   Account#: 4979165791
   ABA#:    021000089
   For international wires: SWIFT Code: CITIUS33

   c. Buyer shall pay Seller in full by wire transfer of funds for each container Delivered to the Seller's warehouse in Los Angeles, California.

AKW000658

    d.  Any payment of the Purchase Price payable for each box of gloves delivered shall be paid to Seller upon Buyer's inspection of the products at Seller's warehouse in Los Angeles, California prior to Buyer's collection of the delivered Products. Payments are considered timely if wire confirmation is made within 48 hours (excluding Saturday and Sunday) from product availability at Seller's Los Angeles warehouse.

    e.  *Seller reserves the right to entertain backup offers for the Products and on such terms as Seller deems appropriate until such time that Buyer deposits the Deposit, or any subsequent payment due, with Seller.  Seller may proceed to sell to other purchasers in the order of first in time to deposit the full Deposit in cash.  Seller shall promptly notify Buyer if another purchaser has deposited funds with Seller. In the event Buyer fails to timely make any subsequent payment due hereunder, Seller shall have the right to sell the Products to another purchaser and retain the Deposit paid hereunder as liquidated damages.*

3. **Products Ready.** Provided that all payments due are timely made, within nine (9) weeks of Buyer funding the Deposit, all of the Products shall have been Delivered to the port of Long Beach, California, (the "Delivery Period") which shall be in accordance with the estimated delivery schedule attached hereto as Schedule "A".

4. **Shipped Defined**. For the purposes of this Agreement "**Delivered**" or "**Delivery**" shall mean that a shipping container of Products arrives at the port of Long Beach, California.

5. **Customs**. The Products shall be shipped by sea to the U.S. port of Long Beach. Seller shall import the Product, clear customs and pay any taxes and duties. Buyer shall arrange for and pay the cost of ground transportation after customs clearance.

6. **Manufacturing Disclaimer.** Seller is merely a reseller of the Products and not the manufacturer, as such Seller does not make any warranties as to the Products except that they conform to the specifications provided.

7. **Manufacturing Variance.** Seller shall be allowed a variance in packing quantities of up to ten (10%) percent.

8. **Rebate**. Provided that all payments due hereunder are timely made, and only after the Second Deposit has been funded, Seller shall provide Buyer a rebate of $0.50 per box for the first five (5) containers Delivered, for a total of $75,000.00 (the "Rebate"). The Rebate shall be applied as a credit to the next container to be paid for by Buyer following Buyer funding the Second Deposit. Upon application of the Rebate, the Purchase Price for the Products shall be reduced to $11.00 per box for the remainder of the Agreement. The rebate and reduction of the purchase price are contingent upon completion of the entire Agreement.

AKW000659

9. **Late delivery**. For any shipment which is Delivered in excess of one (1) week after the delivery period specified in Schedule A for that shipment, the purchase price for each box of Products in such delayed shipment shall be reduced by $0.75 per box.

10. **General Provisions:**

    a.  **LANGUAGE:** All communications made or notices given pursuant to this Agreement shall be in the English language.  Notices may be made by overnight courier, registered mail or electronic mail at the addresses provided.

    b.  **JURISDICTION, VENUE & CHOICE OF LAW:** The Parties agree that the internal laws of the state of New York shall govern any matter or dispute relating to or arising out of this Agreement, as well as any dispute of any kind that may arise between Buyer and Seller without regard for conflict of law provisions. In case any litigation specifically permitted under this Agreement is initiated, the Parties agree to submit to the personal jurisdiction of the state and federal courts of the following county: New York County (Manhattan), New York. The Parties agree that this choice of law, venue, and jurisdiction provision is not permissive, but rather mandatory in nature. The Parties hereby waive the right to any objection of venue, including assertion of the doctrine of forum *non conveniens* or similar doctrine.

    c.  **ASSIGNMENT:** This Agreement, or the rights granted hereunder, may not be assigned, sold, leased or otherwise transferred in whole or part by either Party without the express written consent of the other party.

    d.  **SEVERABILITY:** If any part or sub-part of this Agreement is held invalid or unenforceable by a court of law or competent arbitrator, the remaining parts and sub-parts will be enforced to the maximum extent possible. In such condition, the remainder of this Agreement shall continue in full force.

    e.  **NO WAIVER:** In the event that any Party fails to enforce any provision of this Agreement, this shall not constitute a waiver of any future enforcement of that provision or of any other provision. Waiver of any part or sub-part of this Agreement will not constitute a waiver of any other part or sub-part.

    f.  **HEADINGS FOR CONVENIENCE ONLY:** Headings of parts and sub-parts under this Agreement are for convenience and organization, only. Headings shall not affect the meaning of any provisions of this Agreement.

        [*remainder of page intentionally left blank; signature pages follow*]

AKW000660

The foregoing Agreement is read and agreed by:

Seller:

*Hershey Weiner*   April 7, 2021

Signature: _____
Name:       Hershey Weiner
Title:

On behalf of:  **Kitchen Winners NY Inc.**
Phone:
Email:

Signature: *Joseph Mendlowitz*
Name:       Joseph Mendlowitz
Title:

On behalf of:  **Adorama Inc.**
Phone:
Email:

Buyer:

4/7/21

Signature: _____
Name:       Bradley Gilling
Title:       COO

On behalf of:  **Rock Fintek LLC**
Phone:
Email:

AKW000661

**Schedule A**

| Tranche | Quantity | Delivery Period |
|---------|----------|-----------------|
| 1 | 5 containers | 17-22 of April, 2021 |
| 2 | 8 containers | Week of 26th of April, 2021 |
| 3 | 10 containers | Week of May 2nd, 2021 |
| 4 | 6 containers | Week of May 9, 2021 |
| 5 | 6 containers | Week of May 16, 2021 |
| 6 | 5 containers | Week of May 23, 2021 |
| 7 | 5 containers | Week of May 30, 2021 |
| 8 | 5 containers | Week of June 6, 2021 |

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

## 1.725 rock fintek

**Joseph Mendlowits** <josephm@adorama.com>      Tue, Jun 1, 2021 at 3:25 PM
To: Joseph Weiner <hersheyweiner@gmail.com>, Joseph Mendlowits <josephm@adorama.com>

Microsoft Teams

**Joseph Baum**   just now

**3 attachments**

- **7ed0d152-bd60-4e65-b5c2-bec2fe6cd04e**
  3K

- **logo**
  3K

- **4a64429c-2a9e-472e-b820-c08055068469**
  26K

**EXHIBIT**

Weiner 18   11/16/23   TT

exhibitsticker.com

Adorama Inc. & Kitchen Winners NY Inc. 000647

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## RockFintec 5/25/21 1,035,000.00

**Joseph Mendlowits** <josephm@adorama.com>                                    Tue, May 25, 2021 at 1:08 PM
To: Joseph Weiner <hersheyweiner@gmail.com>

Microsoft Teams

**Richard Fryer**   just now
05/25/21 Incoming wire from ROCK FINTEK LLC 1,035,000.00

---

**2 attachments**

📄 **c12010db-c12d-4ddf-93f7-6e531bc8a0a7**
2K

📄 **logo**
3K



Adorama Inc. & Kitchen Winners NY Inc. 000659



**TÜVRheinland®**
Precisely Right.

Page 1 of 3

**Products**

| | |
|---|---|
| Report No.: | 242122000-01a |
| Client: | Dongguan Grinvald Technology Co., Ltd. |
| Contact Information: | 401 Building A 4th Floor, Dongguan Guangdong China 523000 |
| Identification / Model No(s): | MEDCARE NITRILE EXAMINATION GLOVES |
| Sample Receiving date: | 2020-08-05 |
| Sample Resubmitted date: | 2020-08-20 |
| Testing Period: | 2020-08-05 to 2020-08-27 |
| Delivery condition: | Apparent good. Samples tested as received |

Test Specification:                                                                                          Test result:
1. EN 455-1:2000: Requirements for freedom from holes                                   PASS

Other Information provided by client:
Grade: Examination Gloves Powder Free
Manufacture: Dongguan Grinvald Technology Co., Ltd.
Country of Origin: China

The report 242122000-01a supersede report 242122000-01 ( Revised Identification/Model No.(B) )

For and on behalf of
TÜV Rheinland Thailand Ltd.

2020-09-01                                                           Wilwart Srijintorn / Manager
Date                                                                        Name/Position

TÜV Rheinland Thailand Ltd., Global Technology Assessment Center Bangkok (GTAC BKK),Latkrabang Industrial Estate 123/1, Soi Chalongkrung 31.1 Lamphan, Lathrabang, Bangkok 10520 Thailand
Tel. +66 (0) 2326-1333      Fax. +66 (0) 2326-1334-5      Email: info@tha.tuv.com   Web: www.tuv.com

---



# CERTIFICATE OF REGISTRATION

## 2020

This certifies that:

**DONGGUAN GRINVALD TECHNOLOGY CO. LTD**
401, Building #3, No 4 Of Guangming New Village 2 Road
Dongcheng
**Dongguan City Guangdong, CN 523000**

is registered with the U.S. Food and Drug Administration for FY 2020 pursuant to Title 21, 807 et seq. of the United States Code of Federal Regulations:

Establishment Owner/Operator Number:    10071856
DUNS No.:    55-453-3470
Device Classification Name:    POLYMER PATIENT EXAMINATION GLOVE

Product Code:    LZA
Regulation Number:    880.6250
Official Correspondent and U.S. Agent:    Registrar Corp
144 Research Drive, Hampton, Virginia, 23666, USA
Telephone: +1-757-224-0177 • Fax: +1-757-224-0179

Registrar Corp will confirm that such registration remains effective upon request and presentation of this certificate until the end of the year stated above, unless said registration is terminated either issuance of this certificate. Registrar Corp makes no other representations or warranties, nor does this certificate make any representations or warranties to any person or entity other than the named certificate holder, for whose sole benefit it is issued. This certificate does not denote endorsement or approval of the certificate holder's device or establishment by the U.S. Food and Drug Administration. Registrar Corp assumes no liability to any person or entity in connection with the foregoing.

Pursuant to 21 CFR 807.39, "Registration of a device establishment or assignment of a registration number does not in any way denote approval of the establishment or its products. Any representation that creates an impression of official approval because of registration or possession of a registration number is misleading and constitutes misbranding."

The U.S. Food and Drug Administration does not issue a certificate of registration, nor does the U.S. Food and Drug Administration recognize a certificate of registration. Registrar Corp is not affiliated with the U.S. Food and Drug Administration.

David Lyndsey
Executive Director
Registrar Corp
Dated: JUL 13, 2020

**Registrar Corp**
144 Research Drive, Hampton, Virginia, 23666, USA
Telephone: +1-757-224-0177 • Fax: +1-757-224-0179
info@registrarcorp.com • www.registrarcorp.com

Adorama Inc. & Kitchen Winners NY Inc. 00004126

## Page 3 of 3

**TÜVRheinland** Precisely Right.

Products

### Test Report No.: 242122000-01a

Page 3 of 3

Sample photo



-END-

TÜV Rheinland Thailand Ltd. · Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate (Zone 3), Soi Chalongkrung 31, Lamplatiew, Ladkrabang, Bangkok 10520 Thailand
Tel: +66 (0) 2326-1333    Fax: +66 (0) 2326-1334-5    Email: info@tha.tuv.com · Web www.tuv.com

---

## Page 2 of 3

**TÜVRheinland** Precisely Right.

Products

### Test Report No.: 242122000-01a

Page 2 of 3

**Sampling Information:**
- Inspection Method: No inspection
- Inspection level: N/A
- AQL: N/A
- Sample size: N/A

**Material list:**

| Material No. | Material | Color | Location |
|---|---|---|---|
| M001 | Nitrile Gloves | Blue | Refer to photo |

**Freedom from holes**

Test method: With reference to EN 455-1: 2000

Test result:

| Material No. | Gloves Size | Tested samples | No. of samples for Non-compliance | Conclusion |
|---|---|---|---|---|
| M001 | M | 200 pcs. | 1 | Pass |

**Remark:**

1. All samples were selected and supplied by the client.
2. The batch size of the gloves supplied was not stated by the client. In accordance with BS EN 455-1, a batch size between 35,001 to 150,000 was chosen, and therefore 50 gloves per stage were tested for perforations using General Inspection Level I at an AQL of 1.5% with reference to table, the result can be judged as above AQL 0.65.

| Stage No. | Cumulative no. tested | Accept | Reject |
|---|---|---|---|
| First | 50 | 0 | 4 |
| Second | 100 | 1 | 6 |
| Third | 150 | 3 | 8 |
| Fourth | 200 | 5 | 9 |
| Fifth | 250 | 9 | 19 |

TÜV Rheinland Thailand Ltd. · Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate (Zone 3), Soi Chalongkrung 31, Lamplatiew, Ladkrabang, Bangkok 10520 Thailand
Tel: +66 (0) 2326-1333    Fax: +66 (0) 2326-1334-5    Email: info@tha.tuv.com · Web www.tuv.com

**Test Report**    No.: GZHL20080498220T    Date: Aug 10, 2020    Page 5 of 23

Test Results:

Test Part Description:

SGS Sample ID: CANG0-117986.001    Description: Blue soft plastic(glove)

Remarks:
(1) 1 mg/kg = 0.0001%
(2) MDL = Method Detection Limit
(3) ND = Not Detected ( < MDL )
(4) "-" = Not Regulated

**Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds**

Test Method: SGS In-house method (GZTC CHEM-TOP-004-01, with reference to EPA 3052/1996), analysis was performed by ICP-OES.

| Test Item(s) | Limit | Unit | MDL | 001 |
|---|---|---|---|---|
| Lead (Pb) | 500 | mg/kg | 2 | ND |

**Entry 23 of Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006- Cadmium and its compounds**

Test Method: SGS In-house method (GZTC CHEM-TOP-004-01, with reference to US EPA Method 3052/1996), analysis was performed by ICP-OES.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Cadmium (Cd) | 7440-43-9 | 0.01 | %(w/w) | 0.0005 | ND |

**Entry 50 of Regulation(EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006- Polycyclic Aromatic Hydrocarbons (PAHs)**

Test Method: With reference to AfPS GS 2019:01 PAK, analysis was performed by GC-MS.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Benzo(a)anthracene(BaA) | 56-55-3 | 1.0 | mg/kg | 0.1 | ND |
| Chrysene(CHR) | 218-01-9 | 1.0 | mg/kg | 0.1 | ND |



---

**Test Report**    No.: GZHL20080498220T    Date: Aug 10, 2020    Page 4 of 23

Sample Photo



The statement of conformity in this test report is only based on measured values by the laboratory and does not take their uncertainties into consideration.

II. The content of this part is extracted from the test report number GZHL20070731OT.
1. SGS Ref No.: CANG0-117986

| Test Requested | Result |
|---|---|
| Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds | PASS |
| Entry 23 of Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Cadmium and its compounds | PASS |
| Entry 50 of Commission Regulation (EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Polycyclic Aromatic Hydrocarbons (PAHs) | PASS |
| Entry 51 of Commission Regulation (EU) 2018/2005 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Phthalates | PASS |
| European Regulation POPs (EU) 2019/1021 - Alkanes C10-C13, chloro (short-chain chlorinated paraffins (SCCPs) | PASS |

Adorama Inc. & Kitchen Winners NY Inc.000642

## SATRA TECHNICAL REPORT — (Page 7 of 9)

### Testing

Testing was carried out in accordance with EN 374-2: 2014

Samples for testing were conditioned for at least 24 hours in a conditioned environment maintained at (23±2)°C and (50±5)% relative humidity.

### Requirements

Requirements for EN 374-2: 2014

| Clause 7.2 Air leak | No leak to be detected |
| Clause 7.3 Water leak | No leak to be detected |

### Test Results

EN 374-2: 2014 Test Results

| Clause / Test | Test Results | | UoM | Result |
|---|---|---|---|---|
| 7.2 Air leak test | Total air pressure used | 3.0 kPa | NA | Pass |
| | Sample size | Leaks | | |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |
| 7.3 Water leak test | Sample size | Leaks | NA | Pass |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |

*** End of Report ***

Global Tooling Service S.R.O
SATRA Reference: CRITD00498 /2030
Date: 4 August 2020

(Page 7 of 9)

Signed: _[signature]_
Technology
China Test

---

## SATRA TECHNICAL REPORT — (Page 2 of 9)

### WORK REQUESTED

Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120, Size S (6), M (7), L (8) were received by SATRA on 22 July 2020 for testing in accordance with EN ISO 21420: 2020 and EN 374-2: 2014.

### SAMPLE SUBMITTED



Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120, Size S (6), M (7), L (8).

### TESTING REQUESTED

EN ISO 21420: 2020 Clause 5.1 – Sizing and measurement of gloves
EN ISO 21420: 2020 Clause 5.2 – Dexterity
EN ISO 21420: 2020 Clause 4.2 – Innocuousness of protective gloves
EN 374-2: 2014 Clause 7.2 – Air leak
EN 374-2: 2014 Clause 7.3 – Water leak

### CONCLUSION

The samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120, Size S (6), M (7), L (8) were found to achieve the following results.

EN ISO 21420: 2020 Clause 5.1 – See below table
EN ISO 21420: 2020 Clause 5.2 – Level 5
EN ISO 21420: 2020 Clause 4.2 – Pass PAHs, DMFa and pH value
EN 374-2: 2014 Clause 7.2 – Pass
EN 374-2: 2014 Clause 7.3 – Pass

All tests marked * in this technical report were subcontracted to test facilities accredited to ISO/IEC 17025: 2017 by CNAS.

Detailed results are included on the following page(s)

Global Tooling Service S.R.O
SATRA Reference: CRITD00498 /2030
Date: 4 August 2020

(Page 2 of 9)

Signed: _[signature]_
Technology
China Test

Adorama Inc. & Kitchen Winners NY Inc.000644

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center – WO66-G609
Silver Spring, MD 20993-0002

March 9, 2016

Zhongtong Pailin Medical Products Co., Ltd.
c/o Mr. Chu, Xiaoan
Room 1608 Bldg. 1, Jianxiang Yuan No. 209
Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K152712
Trade/Device Name: Nitrile Powder Free Patient Examination Gloves, Blue Color
Regulation Number: 21 CFR 880.6250
Regulation Name: Patient Examination Glove
Regulatory Class: Class I
Product Code: LZA
Dated: January 28, 2016
Received: February 1, 2016

Dear Mr. Xiaoan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in

---

Page 2 - Mr. Xiaoan

the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address
http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to
http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address
http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

*Tejashri Purohit-Sheth, M.D.*

Tejashri Purohit-Sheth, M.D.
Clinical Deputy Director
DACRH/ODE/CDRH     FOR

Erin L Keith, M.S.
Director
Division of Anesthesiology,
General Hospital, Respiratory,
Infection Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure



Adorama Inc. & Kitchen Winners NY Inc.000644

DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

Form Approved: OMB No. 0910-0120
Expiration Date: January 31, 2017
See PRA Statement below.

## Indications for Use

510(k) Number (if known)
K152712

Device Name
Nitrile Powder Free Patient Examination Gloves, Blue Color

Indications for Use (Describe)
Nitrile Powder Free Patient Examination Gloves, Blue Color is a non-sterile disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

Type of Use (Select one or both, as applicable)
☐ Prescription Use (Part 21 CFR 801 Subpart D)     ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

CONTINUE ON A SEPARATE PAGE IF NEEDED.

This section applies only to requirements of the Paperwork Reduction Act of 1995.

"DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW."

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."

FORM FDA 3881 (8/14)     Page 1 of 1

---

| Materials used to fabricate the device | powder | 2mg of residual powder | |
|---|---|---|---|
| | Nitrile | Nitrile | Substantially equivalent |
| Dusting or Dusting or Powder name | PU | Polyurethane | Substantially equivalent |
| Compare performance data supporting substantial equivalence | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Substantially equivalent |
| Single Patient Use | Single Patient Use | Single Patient Use | Substantially equivalent |
| Biocompatibility | SKIN IRRITATION and DERMAL SENSITIZATION STUDIES Meets ISO 10993-10:2002/Amd.1:2006 | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10: Third Edition 2010-08-01 | Substantially equivalent |
| | Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | |
| Labeling for the legally marketed device to which substantial equivalence is claimed | - Powder Free - Patient Examination Glove - Single Use Only - Manufactured For: - Lot - Blue color - Non sterile | - Powder Free - Patient Examination Glove - Single Use Only - Manufactured For: - Lot - Blue color - Non sterile | Substantially equivalent |

## 10.0 Substantial Equivalence Comparison:

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color meet the ASTM standard or equivalent standard and FDA requirements for waterleak test on puhhole AQL, meet labeling claims.

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color is as safe, as effective, and performs as well as the predicate device, Nitrile Powder Free Patient Examination Gloves, Blue Color, Tangshan Zhonghong Pulin Plastic Co., Ltd. K120970.

Page 4/4

Adorama Inc. & Kitchen Winners NY Inc. 0006445







Adorama Inc. & Kitchen Winners NY Inc. 000646