# EXHIBIT 6

**From:** Bradley Gilling <bg@rockfintek.com>
**Sent:** Friday, June 18, 2021 10:21 AM EDT
**To:** Thomas Kato <tk@rockfintek.com>
**Subject:** Fwd: Invoice for trucking, Insurance
**Attachment(s):**
"140012.pdf","140013.pdf","140024.pdf","140023.pdf","140022.pdf","140035.pdf","140040.pdf","140036.pdf","140049.pdf","140037.pdf","140050.pdf","140060.pdf","140051.pdf","140052.pdf","140064.pdf"

Thomas,

How would you like to handle?

The attached are not trucking invoices. Wenzy Inc doesn't exist as a trucking company. This is another misinformation attempt.

Very unfortunate they will not be transparent.


Kind Regards,


Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154



Begin forwarded message:

> **From:** hershey weiner <Weinerhershey@gmail.com>
> **Date:** June 18, 2021 at 7:59:26 AM EDT
> **To:** Bradley Gilling <bg@rockfintek.com>
> **Cc:** Mendel Banon <mendelbanon@gmail.com>, arik meimoun <ariknext@gmail.com>, Thomas Kato <tk@rockfintek.com>
> **Subject: Re: Invoice for trucking, Insurance**
>
> Hi all,
>
> Please see attached all back up invoices for the trucking as requested.
>
> On Tue, Jun 8, 2021 at 9:45 PM Bradley Gilling <bg@rockfintek.com> wrote:
>> Hershey or Mendel,
>>
>> Thank you for the trucking invoice. Rock Fintek needs detailed invoices for all trucks hired by Kitchen Winners so we can pay this invoice. We requested this information on the last trucking invoice and paid the bill blindly. We need all individual truck invoices to document both trucking bills. This was a pass though expense agreed to by Thomas and Kitchen Winners to help expedite deliveries.
>>
>> Furthermore, the document invoice you sent will not suffice for our tax filings and we need to audit the deliveries.
>>
>> Please send as soon as possible so we can audit and get the bill paid.
>>
>> Kind Regards,
>>
>> Brad Gilling
>> Director of Operations
>>
>> Rock Fintek
>> Trading Company
>> Direct: 248-891-6060
>> bg@rockfintek.com
>>
>> **Miami, USA**
>> 1680 Michigan Ave, Suite 800, Miami Beach, FL 33139
>>
>> **Phone**
>>
>> +1 305 501 3000
>>
>> **London, UK**
>> 40-42 Parker Street, 1st Floor, London WC2B 5PQ
>>
>> **Phone**
>>
>> +44 207 952 2154
>>
>>
>> Begin forwarded message:
>>
>>> **From:** "Thomas H. Kato" <t@mhub.com>
>>> **Date:** June 8, 2021 at 6:21:11 PM EDT
>>> **To:** Bradley Gilling <bg@rockfintek.com>
>>> **Subject: FW: Invoice for trucking, Insurance**
>>>
>>> Tell Arik to have them email you, I don't understand why they do not email you...

CONFIDENTIAL                                                                                                               RF_000477

Regards,

Thomas


Thomas H. Kato

CEO


1680 Michigan Avenue

Suite 800

Miami Beach, FL 33139


CONFIDENTIALITY: This communication may contain confidential or privileged information attempted to be sent only to the intended recipient(s).  If you received this by mistake, please destroy it and notify us of the error immediately.  Nothing in this communication is intended to constitute an electronic signature unless a statement to the contrary is included.

---

**From:** hershey weiner <weinerhershey@gmail.com>
**Date:** Wednesday, June 9, 2021 at 12:04 AM
**To:** Thomas Kato <tk@rockfintek.com>
**Cc:** Mendel Banon <mendelbanon@gmail.com>, arik meimoun <ariknext@gmail.com>
**Subject:** Invoice for trucking, Insurance

Hi Thomas,

Please find the attached invoice for the remainder of the trucking we arranged.

Also, is attached the invoice for the credit insurance for both companies as discussed.

Please advise when you can send a wire for this.

Please note, attached is also the wire instructions, the payment does not go to Adorama, it goes to my lawyer.

CONFIDENTIAL

RF_000478