**EXHIBIT 9**



# Purchase Order

**Buyer:** **MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

Approved   Dispatch Via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000037083 | 5/1/2020 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | | **Phone** | **Currency** |
| | | 317/334-8363 | USD |

**Ship To:** 62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N   **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 3PLYMASKS<br>3 PLY Filtered Face Mask<br>Attn: Nick.Schnelting | | 1500000.00 EA | 0.55 | 825,000.00 | 05/08/2020 |
| | | | **Schedule Total** | | 825,000.00 | |
| | | | **Item Total** | | 825,000.00 | |
| | | | **Total PO Amount** | | 825,000.00 | |

If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.

RF_004519



# Purchase Order

**Approved**    **Dispatch Via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000037084 | 5/1/2020 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | **Phone** | | **Currency** |
| | 317/334-8363 | | USD |

**Buyer:** **MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

**Ship To:** 62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N    **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 3PLYMASKS<br>3 PLY Filtered Face Mask<br>Attn: Nick.Schnelting | | 1500000.00 EA | 0.55 | 825,000.00 | 05/08/2020 |
| | | | **Schedule Total** | | 825,000.00 | |
| | | | **Item Total** | | 825,000.00 | |
| | | | **Total PO Amount** | | 825,000.00 | |

**If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.**



# Purchase Order

**Approved**     **Dispatch Via Print**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000037085 | 5/1/2020 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | | **Phone** | **Currency** |
| | | 317/334-8363 | USD |

**Buyer:** **MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

**Ship To:**   62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:**   PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N      **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 3PLYMASKS<br>3 PLY Filtered Face Mask<br>Attn: Nick.Schnelting | | 1500000.00 EA | 0.55 | 825,000.00 | 05/08/2020 |
| | | | **Schedule Total** | | 825,000.00 | |
| | | | **Item Total** | | 825,000.00 | |
| | | | **Total PO Amount** | | 825,000.00 | |

If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.

RF_004527



# Purchase Order

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

Approved            Dispatch Via Print

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000036907 | 4/15/2020 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | **Phone** | | **Currency** |
| | 317/334-8363 | | USD |

**Ship To:** 62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

Tax Exempt? N    Tax Exempt ID:

| Line-Sch | Item/Description | Mfg Item ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 3PLYMASK<br>3 PLY Filtered Face Mask<br>Attn: Nick.Schnelting | | 3000000.00 EA | 0.59 | 1,770,000.00 | 04/22/2020 |
| | | | **Schedule Total** | | 1,770,000.00 | |
| | | | **Item Total** | | 1,770,000.00 | |
| | | | **Total PO Amount** | | 1,770,000.00 | |

If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.

RF_004535



# Purchase Order

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

| | | Approved | Dispatch Via Print |
|---|---|---|---|
| Purchase Order | Date | Revision | Page |
| P00190000036908 | 4/15/2020 | | 1 |
| Payment Terms | Freight Terms | | Ship Via |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | | Phone | Currency |
| | | 317/334-8363 | USD |

**Ship To:** 62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N    **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1-1 | 3PLYMASK<br>3 PLY Filtered Face Mask<br>Attn: Nick.Schnelting | | 2000000.00 | EA | 0.59 | 1,180,000.00 | 04/22/2020 |
| | | | **Schedule Total** | | | 1,180,000.00 | |
| | | | **Item Total** | | | 1,180,000.00 | |
| | | | **Total PO Amount** | | | 1,180,000.00 | |

If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.

RF_004539



# Purchase Order

**Dispatch Via Email**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000040506 | 1/4/2021 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | **Phone** | | **Currency** |
| | 317/334-8363 | | USD |

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Ship To:**  62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

**Bill To:**  PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N    **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | 3-PLY<br>3-PLY Disposable Face Mask<br>Attn: ASCENSION 3PL | | 4000000.00 | EA | 0.10 | 400,000.00 | 01/11/2021 |
| | | | | | **Schedule Total** | 400,000.00 | |
| <<INV 2832990000000903073>> | | | | | | | |
| | | | | | **Item Total** | 400,000.00 | |
| | | | | | **Total PO Amount** | 400,000.00 | |

**If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.**

RF_004571



# Purchase Order

**Dispatch Via Email**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000040507 | 1/4/2021 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | **Phone** | | **Currency** |
| | 317/334-8363 | | USD |

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Ship To:** 62044JEFDC
251 HILTON DR
ATTN ASCENSION 3PL
JEFFERSONVILLE IN 47111
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N    **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1 - 1 | 3-PLY<br>3-PLY Disposable Face Mask<br>Attn:  ASCENSION 3PL | | 4000000.00 | EA | 0.10 | 400,000.00 | 01/11/2021 |
| | | | | | **Schedule Total** | 400,000.00 | |
| <<INV 2832990000000903073>> | | | | | | | |
| | | | | | **Item Total** | 400,000.00 | |
| | | | | | **Total PO Amount** | 400,000.00 | |

If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.

RF_004575



# Purchase Order

**Dispatch Via Email**

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000040508 | 1/4/2021 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | | **Phone** 317/334-8363 | **Currency** USD |

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

**Ship To:** 62044ROMDC
36445 VAN BORN RD
ATTN ASCENSION 3PL
ROMULUS MI 48174
United States

**Bill To:** PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N   **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|
| 1 - 1 | 3-PLY<br>3-PLY Disposable Face Mask<br>Attn: ASCENSION 3PL | | 4000000EA .00 | 0.10 | 400,000.00 | 01/11/2021 |
| | | | **Schedule Total** | | 400,000.00 | |
| <<INV 2832990000000903073>> | | | **Item Total** | | 400,000.00 | |
| | | | **Total PO Amount** | | 400,000.00 | |

**If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281. Type our PO# in the Recipient Address Line 2.**
**For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.**

RF_004579

**From:** Bradley Gilling <bg@rockfintek.com>
**Sent:** Tuesday, March 02, 2021 9:26 AM EST
**To:** Sonya Donahue <sonya.donahue@theresourcegroup.com>
**CC:** Ana Gajic <ana@rockfintek.com>; Thomas Kato <tk@rockfintek.com>
**Subject:** Re: [EXTERNAL] The Resource Group 4 Invoices, Rock Fintek
**Attachment(s):** "INV_3 PLY - 2.264M (1) P00190000040508.pdf","INV_3 PLY - 1.8M (3) P00190000040507.pdf"

Hey Sonya,

We have 2 working PO's right now:

1. 2,000,000 boxes of 100, nitrile gloves.

2. 12,000,000 3PLY

We just took in a 3rd order for 10,000,000 3PLY yesterday (expected to total 20,000,000 over the next several months), sending PO today.


Kind Regards,


Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154



> On Mar 2, 2021, at 8:37 AM, Sonya Donahue <sonya.donahue@theresourcegroup.com> wrote:
>
>
> Thanks Brad
>
> I am not familiar with those POs - perhaps you get them from Medline.  I have modified the two I am about to request payment for with the Ascension POs from the order.
>
> Are you getting the original POs when the order is placed?  If not, I would be happy to send all that are outstanding for your records.
>
> Thanks,
> Sonya
>
> **Sonya Donahue**
> Director, Operations Data
> System Support Team
> t: 317-995-2430

On Mon, Mar 1, 2021 at 11:15 PM Bradley Gilling <bg@rockfintek.com> wrote:
> Hey Sonya,
>
> Please review the attached. Let me know if their needs to be any other corrections.
>
> Thank you for your patience.
>
>
> Kind Regards,
>
>
> Brad Gilling
> Director of Operations
>
> Rock Fintek
> Trading Company
> Direct: 248-891-6060
> bg@rockfintek.com
>
> **Miami, USA**
> 1680 Michigan Ave, Suite 800, Miami Beach, FL 33139
>
> **Phone**
>
> +1 305 501 3000
>
> **London, UK**
> 40-42 Parker Street, 1st Floor, London WC2B 5PQ
>
> **Phone**
>
> +44 207 952 2154
>
>
>
> Begin forwarded message:
>
>> **From:** Ana Gajic <ana@rockfintek.com>
>> **Date:** March 1, 2021 at 10:56:43 PM EST
>> **To:** Bradley Gilling <bg@rockfintek.com>
>> **Subject: The Resource Group Last 4 Invoices**
>>
>>
>> Brad,
>>
>> - Delivery 02/26/21 – 3 PLY – 1.8M - PO= 9900007244
>> - Delivery 02/26/21 – 3 PL  2.264  - PO=9900007241
>> - Delivery 03/01/21 – 3PLY –    2.454 - PO= 9900007244
>> - Delivery 03/01/21    Gloves   2.580   P0019 0000040075

Regards,

Ana Gajic

305-501-3000
1680 Michigan Ave

Suite 800

Miami Beach, FL, 33139

**Coronavirus Medical Equipment**

*CONFIDENTIALITY: This communication may contain confidential or privileged information attempted to be sent only to the intended recipient(s).  If you received this by mistake, please destroy it and notify us of the error immediately.  Nothing in this communication is intended to constitute an electronic signature unless a statement to the contrary is included.*

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.



# Purchase Order

**Dispatch Via Email**

**Buyer: MOSTL Ascension Affiliate**
101 SOUTH HANLEY ROAD SUITE 200
CLAYTON MO 63105
United States

**Supplier:** 0000087127
ROCK FINTEK LLC
1680 MICHIGAN AVE # 800
MIAMI BEACH FL 33139

| Purchase Order | Date | Revision | Page |
|---|---|---|---|
| P00190000041289 | 3/4/2021 | | 1 |
| **Payment Terms** | **Freight Terms** | | **Ship Via** |
| Due Now | FEDEX 3rd Party Frt Collect | | Common Carrier |
| | **Phone** | | **Currency** |
| | 317/334-8363 | | USD |

**Ship To:** 62044MEDDC
3926 BURWOOD DR, STE 100
ATTN: Ascension 3PL
WAUKEGAN IL 60085
United States

**Bill To:** invoices@ascension.org
PO BOX 33902
INDIANAPOLIS IN 46203
United States

**Tax Exempt?** N   **Tax Exempt ID:**

| Line-Sch | Item/Description | Mfg Item ID | Quantity | UOM | PO Price | Extended Amt | Due Date |
|---|---|---|---|---|---|---|---|
| 1-1 | 3-PLY<br>3-PLY Disposable Face Mask<br>INTCO<br>Attn: ASCENSION 3PL | | 1000000<br>0.00 | EA | 0.10 | 1,000,000.00 | 03/11/2021 |
| | | | **Schedule Total** | | | 1,000,000.00 | |
| <<Quote Number : 283299000001016179>> | | | **Item Total** | | | 1,000,000.00 | |
| | | | **Total PO Amount** | | | 1,000,000.00 | |

**If shipping charges contractually apply, ship bill third-party via FedEx #531 979 281.  Type our PO# in the Recipient Address Line 2.
For LTL shipments, call VPL 1-844-875-7444 or email LTL@vantagepointlogistics.com for delivery instructions.**

RF_004531



**Rock Fintek**
A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date: Feb 26, 2021
Invoice Number : 283299000001010062

| BILL TO: | SHIP TO: |
|---|---|
| **3926 Burwood Drive Ste.100** | **3926 Burwood Drive Ste.100** |
| Waukegan | Waukegan |
| IL | IL |
| USA | USA |
| 60085 | 60085 |

| Account Name: | **THE RESOURCE GROUP** | Sales Order: | **3 PLY - 1.8M** |
|---|---|---|---|
| Due Date: | **Feb 26, 2021** | Purchase Order Number: | **PO= P00190000040507** |

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **3-PLY <None>** <br> 3-PLY Disposable Medical Face Mask <br> 900 ctns | 1800000 | $ 0.10 | $ 180,000.00 |

|  |  |
|---|---|
| Sub Total | **$ 180,000.00** |
| Tax | $ 0.00 |
| Adjustment | $ 0.00 |
| **Grand Total (Products)** | **$ 180,000.00** |

**Shipping and Handling**

| Freight Type: |  | Delivery Date: | 02/26/2021 |
|---|---|---|---|
| Freight Cost: |  |  |  |

**Payments**

| Payment Due On Order (%): |  | Amount Due On Delivery: | **$ 180,000.00** |
|---|---|---|---|
| Payment Due On Delivery (%): | 100 |  |  |
| Payment Term Notes: |  | **Amount Due on Order:** | **$ 0.00** |

* Additional Freight will be billed separately

| **Paid Amount:** | **$ 0.00** | **Remaining Balance:** | **$ 180,000.00** |
|---|---|---|---|
| Bank Account Information: | Bank account information is only shared via secure e-mail. |  |  |

**Disclaimer Warranty**

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

**Limitation of Liability**

ROCK FINTEK LLC AND ITS AFFILIATES, THEIR RESPECTIVE AFFILIATES AND ANY DIRECTORS, OFFICER, EMPLOYEES, AGENTS, CONTRACTORS, SUBCONTRACTORS OR AGENTS OF THE FOREGOING SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, RESULTING FROM THE USE OR INABILITY TO USE THE PRODUCTS, EVEN IF CAUSED BY THE NEGLIGENCE OF ROCK FINTEK LLC OR ITS AFFILIATES OR IF ROCK FINTEK LLC OR ROCK FINTEK LLC'S AUTHORIZED REPRESENTATIVES HAVE BEEN APPRAISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING, OR BOTH. THE TOTAL LIABILITY OF ROCK FINTEK LLC ARISING FROM THE PURCHASE OR USE OF THE PRODUCTS SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT OR PRODUCTS GIVEN RISE TO SUCH DAMAGE. THE ABOVE LIMITATION ON OR EXCLUSION MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW PROHIBITS THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

RF_004583



**Rock Fintek**
A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date: Feb 26, 2021
Invoice Number : 283299000001010142

**BILL TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

**SHIP TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

Account Name: **THE RESOURCE GROUP**
Due Date: **Feb 26, 2021**

Sales Order: **3 PLY - 2.264M**
Purchase Order Number: **PO=P00190000040508**

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **3-PLY <None>** <br> 3-PLY Disposable Medical Face Mask <br> 1132 ctns | 2264000 | $ 0.10 | $ 226,400.00 |

Sub Total $ 226,400.00
Tax $ 0.00
Adjustment $ 0.00
**Grand Total (Products)** $ 226,400.00

**Shipping and Handling**

Freight Type:
Freight Cost:
Delivery Date:

**Payments**

Payment Due On Order (%):
Payment Due On Delivery (%): 100
Payment Term Notes:

Amount Due On Delivery: **$ 226,400.00**
Amount Due on Order: **$ 0.00**

* Additional Freight will be billed separately

**Paid Amount:** $ 0.00
Bank Account Information: Bank account information is only shared via secure e-mail.
**Remaining Balance:** $ 226,400.00

## Disclaimer Warranty

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

## Limitation of Liability

ROCK FINTEK LLC AND ITS AFFILIATES, THEIR RESPECTIVE AFFILIATES AND ANY DIRECTORS, OFFICER, EMPLOYEES, AGENTS, CONTRACTORS, SUBCONTRACTORS OR AGENTS OF THE FOREGOING SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, RESULTING FROM THE USE OR INABILITY TO USE THE PRODUCTS, EVEN IF CAUSED BY THE NEGLIGENCE OF ROCK FINTEK LLC OR ITS AFFILIATES OR IF ROCK FINTEK LLC OR ROCK FINTEK LLC'S AUTHORIZED REPRESENTATIVES HAVE BEEN APPRAISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING, OR BOTH. THE TOTAL LIABILITY OF ROCK FINTEK LLC ARISING FROM THE PURCHASE OR USE OF THE PRODUCTS SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT OR PRODUCTS GIVEN RISE TO SUCH DAMAGE. THE ABOVE LIMITATION ON OR EXCLUSION MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW PROHIBITS THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

RF_004584