# EXHIBIT 10

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**

1                    UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF NEW YORK
2    _____

3    KITCHEN WINNERS NY INC.,

4                    Plaintiff,
              v.
5    ROCK FINTEK LLC,

6
                     Defendant.        Claim Action No.
7                                      22-cv-05276
     _____
8    ROCK FINTEK LLC,

9
                     Counterclaim and
10                   Third-Party Plaintiff
              v.
11   KITCHEN WINNERS NY INC.,

12                   Counterclaim Defendant,

13            and

14   ADORAMA INC., HERSHEY WEINER,
     JOSEPH MENDLOWITZ, JNS CAPITAL
15   HOLDINGS LLC, and JOEL STERN,

16                   Third-Party Defendants.
     _____
17

18                 VOLUME 1, AFTERNOON SESSION

19                  CONTINUED DEPOSITION OF
                        HERSHEY WEINER
20                 Wednesday, November 15, 2023

21

22

23

                     HUSEBY GLOBAL LITIGATION
24                       800-333-2082

25   Job No. 30129

**Page 106**

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)

 2

 3                  NOVEMBER 15, 2023

 4

 5       EXAMINATION BEFORE TRIAL, AFTERNOON SESSION, of

 6   HERSHEY WEINER, THIRD-PARTY DEFENDANT, taken pursuant

 7   to Notice of Examination via Zoom Teleconferencing,

 8   continuing at 1:05 p.m., on the above date, before

 9   Christine Greenaway, Registered Professional Reporter

10   and Notary Public for the State of New York.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**Page 107**

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)

 2

 3   APPEARANCES via ZOOM REMOTE:

 4

 5

 6          LIPSIUS-BENHAIM LAW, LLP.

          BY:  ALEXANDER SPERBER, ESQ.

 7               80-02 Kew Gardens Road

                 Suite 1030

 8               Kew Gardens, NY 11415

                 212.981.8449.

 9               ASperber@lipsiuslaw.com

10               Counsel for Kitchen Winners,

                 Plaintiff/Counterclaim Defendant

11

12

13

14          POLLACK SOLOMON DUFFY LLP.

          BY:  PHILLIP RAKHUNOV, ESQ.

15               LAUREN RIDDLE, ESQ.

                 31 St. James Avenue

16               Suite 940

                 Boston, MA 02116

17               617.960.3118

                 PRakhunov@psdfirm.com

18               LRiddle@psdfirm.com.

19

                 Counsel for Rock Fintek,

20               Defendant/Third-Party Plaintiff

21

22

23

24

25
```

**Page 108**

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)

 2

 3   APPEARANCES CONTINUED via ZOOM REMOTE:

 4

 5

 6          LIPSIUS-BENHAIM LAW, LLP.

          BY:  ALEXANDER SPERBER, ESQ.

 7               80-02 Kew Gardens Road

                 Suite 1030

 8               Kew Gardens, NY 11415

                 212.981.8449.

 9               ASperber@lipsiuslaw.com

10               Counsel for Third-Party Defendants,

                 Adorama Inc., Hershey Weiner,

11               and Joseph Mendlowitz

12

13

14          THE LAW OFFICE OF AVRAM E. FRISCH LLC

          BY:  AVRAM E. FRISCH, ESQ.

15               1 University Plaza

                 Suite 119

16               Hackensack, NJ  07601

                 201.289.5352

17               frischa@avifrischlaw.com

18               Counsel for Third-Party Defendants,

                 JNS Capital Holdings LLC and

19               Joel Stern

20

21

22   ALSO PRESENT via ZOOM REMOTE:

22          BRADLEY GILLING

23          THOMAS KATO

24

25                   -  -  -
```

**Page 109**

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)

 2

 3            S T I P U L A T I O N S

 4

 5       IT IS HEREBY STIPULATED AND AGREED by and amongst

 6   the parties hereto that all rights provided by the

 7   Federal Rules of Civil Procedure, including the right

 8   to object to any question, except as to the form

 9   thereof, are reserved; and, in addition, the failure

10   to object to any question or motion to strike

11   testimony at this examination shall not be a bar or

12   waiver to make such motion at, and is reserved for,

13   the trial of this action;

14

15       IT IS FURTHER STIPULATED AND AGREED that this

16   examination may be sworn to by the witness being

17   examined before a Notary Public other than the Notary

18   Public before whom this examination was begun;

19

20       IT IS FURTHER STIPULATED AND AGREED that the

21   filing and certification of the original of this

22   examination are waived.

23

24

25
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                    Pages 110..113

Page 110

```
 1          (HERSHEY WEINER - VOL. 1, PM SESSION)
 2
 3                   I N D E X
 4
          WITNESS                              PAGE
 5
 6   HERSHEY WEINER
 7       BY:  PHILLIP RAKHUNOV, ESQ.           114
 8
 9   DOCUMENT PRODUCTION REQUEST               --
10
     ERRATA SHEET                             189
11
12   EXHIBIT LIST                             111
13
     READ AND SIGN                           186
14
15   REPORTER'S CERTIFICATE                  187
16
     WITNESS CERTIFICATE OF OATH             188
17
18   (ORDER on Volume 2, Page 94)
19
20
21
22
23
24
25
```

Page 111

```
 1          (HERSHEY WEINER - VOL. 1, PM SESSION)
 2
 3                 E X H I B I T S
 4
     NUMBER/IDENTIFICATION                     PAGE
 5
     DEFENDANT'S
 6
     (Exhibits 1-5 marked in AM Session.)
 7
 8   Exhibit 6................................  124
 9   Gmail dated 2/19/21; MedCare Major Issue
10
11   Exhibit 7................................  128
12   Purchase and Sale Agreement; JNS/En Corp
13
14   Exhibit 8................................  131
15   Pick Up Report
16
17   Exhibit 9................................  133
18   E-mail dated 4/23/21 with photo attachments
19
20   Exhibit 10...............................  139
21   Gmail dated 6/17/21d with photos of
     containers attached
22
23
     Exhibit 11...............................  154
24
     Packing List dated 2021/4/24 from
25   Dongguan Grinvald Technology Co., Ltd.
```

Page 112

```
 1          (HERSHEY WEINER - VOL. 1, PM SESSION)
 2
 3                 E X H I B I T S
 4
     NUMBER/IDENTIFICATION                     PAGE
 5
 6   DEFENDANT'S
 7
     Exhibit 12...............................  159
 8
     T-Z Cargo Limited, Ocean Bill of Ladings
 9
10
     Exhibit 13...............................  163
11
     Shipping Invoices with Packing Lists
12   for MedCare
13
14   Exhibit 14...............................  168
15   Purchase and Sales Agreement between
     Kitchen Winners and Rock Fintek
16
17
18
19
20
21
22
                       -  -  -
23
24
25
```

Page 113

```
 1   (HERSHEY WEINER - VOL. 1, PM SESSION)
 2     A F T E R N O O N   S E S S I O N
 3                   -  -  -
 4       MR. RAKHUNOV:  Good afternoon,
 5   Mr. Weiner.  I just want to put on the
 6   record that we were -- at around 11:40
 7   a.m. as we were in the middle of the
 8   deposition, it seems that the court
 9   reporter had a technical issue and
10   dropped off due to no fault of anyone
11   in this deposition.
12       And it's now 1:09 p.m. and we were
13   able to get a replacement court reporter
14   and we are resuming the deposition.
15       I think before the court reporter
16   dropped off, we might have had a couple
17   of minutes of testimony and --
18       I'm sorry, Christine, you're still
19   there; right?
20       (Madame court reporter responded in
21   the affirmative.)
22       MR. RAKHUNOV:  Okay.  It looked
23   almost like you were frozen, but I just
24   may now be paranoid.
25                   -  -  -
```

Page 114

```
 1        (HERSHEY WEINER - VOL. 1, PM SESSION)
 2   EXAMINATION CONTINUED
 3   BY MR. RAKHUNOV:
 4        Q.   So before we dropped off, I believe I asked
 5   you a question about your understanding of the
 6   difference between protection and examination gloves,
 7   assuming they weren't mislabeled, and I believe you
 8   explained that you understood examination gloves could
 9   be used in surgical settings and protection gloves
10   could be used in other hospital settings.
11        But I don't want to put words in your mouth,
12   so could you just repeat your answer about that topic?
13        A.   I said that to my knowledge protection
14   gloves can be used in facilities, and examination
15   gloves can be used in ICU as well.
16        Q.   But they are different -- again, assuming
17   proper labeling -- they are different gloves; correct?
18        A.   Assuming yes, to my knowledge.
19        Q.   Okay.  So do you recall at some point in
20   early 2021, you received gloves from MedCare that were
21   mislabeled?
22        A.   Yes.
23        Q.   Okay.  And you raised that issue with
24   MedCare; correct?
25        A.   Yes.
```

Page 115

```
 1        (HERSHEY WEINER - VOL. 1, PM SESSION)
 2        Q.   Do you remember what came from that issue?
 3   What happened when you raised it with MedCare?
 4        A.   She said it's the same thing.  The gloves
 5   the same and the box was -- they couldn't get fast
 6   enough due to COVID -- couldn't get fast enough
 7   new boxes, and the warehouse packed this box and she
 8   gave me somehow a letter, I think, that I produced in
 9   the production that it's the same quality, 510k
10   examination.
11        Q.   And when you say "a letter," did she -- When
12   you say "she" you mean Anna Grimvald; correct?
13        A.   Correct.
14        Q.   And did Miss Grimvald produce any testing
15   reports to you or any other documentation to
16   substantiate her assertion that these were the same
17   gloves, but simply in different labeled boxes?
18        A.   I would have to check.  I don't recall.
19        Q.   Do you know if MedCare had actually been
20   producing protection gloves at some point?
21        A.   I don't know and I don't -- I wasn't
22   involved.
23        Q.   So you don't know why they had protection
24   boxes then?
25        A.   I didn't work for Anna Grimvald.
```

Page 116

```
 1        (HERSHEY WEINER - VOL. 1, PM SESSION)
 2        Q.   Okay, that's fair.
 3        Did she tell you why they had boxes that
 4   said "protection" on them?
 5        A.   As I previously said, that she said that she
 6   ran out of the examination boxes and they used
 7   protection.  I didn't ask more than -- further than
 8   that, if she's producing or not.  To my recollection.
 9        Q.   And so whatever explanation Anna gave to
10   you, you were satisfied with that explanation?
11        A.   Yes.
12        MR. RAKHUNOV:  Let me put an
13        exhibit -- So, Christine, you don't have
14        the previously marked exhibits, I
15        assume?
16        (Madame court reporter responds in
17        the negative.)
18        MR. RAKHUNOV:  Okay, so this will
19        be Exhibit 5 in the deposition and
20        we'll, as we said before, we'll send a
21        full set once we are done.
22        The document itself has a number
23        four in the title and it's Bates
24        numbered AKW-003061, a document that
25        your attorney produced in this case.
```

Page 117

```
 1        (HERSHEY WEINER - VOL. 1, PM SESSION)
 2        Let me know once you have it open,
 3        Mr. Weiner.
 4        THE WITNESS:  Yes.
 5        MR. RAKHUNOV:  Okay.
 6   BY MR. RAKHUNOV:
 7        Q.   So do you see you write for the subject
 8   matter "MedCare major issue" on February 18, 2021?
 9        Do you see that?
10        A.   Yes.
11        Q.   And is this the issue you just were talking
12   about?
13        A.   I can assume so.
14        Q.   Okay.  And there's a reference here to a
15   container number.
16        Do you know whether any other containers,
17   other than the one referenced in this e-mail, came
18   with boxes that had gloves labeled "protection" on
19   them that you purchased from MedCare?
20        A.   I know it was more than one container, but
21   I don't know container numbers and I didn't even know
22   this container number.
23        Q.   No, I understand that you don't have the
24   container numbers memorized.
25        But as you sit here today, do you have any
```

Page 118

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2    reason to believe when you wrote the container number
3    back in February 2021 you weren't accurate?
4          A.   Yes, it could be.
5          Q.   Okay.  And you enclosed some photographs
6    of the boxes that say Synthetic Nitrile Protection
7    Gloves; correct?
8          A.   I don't see no photos.  You have photos
9    here?
10         Q.   Yeah.  The photos are attached and you can
11   see little thumb images on the first page, but the
12   last page has the actual attachments -- well, the last
13   two pages.
14         A.   Yes, I see it there.
15         Q.   Okay.  And you wrote to Miss Grimvald and
16   under point 1, "It does not say exam on the box, this
17   is unacceptable."
18              Do you see that?
19         A.   It does not say exam on the box and it is
20   unacceptable, yes.
21         Q.   Okay.  And why did you say that this is
22   unacceptable to Miss Grimvald?
23         A.   Because it doesn't say "examination."
24         Q.   And you weren't buying them for your own
25   use; correct?

Page 119

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2              You were buying them to sell to other end
3    users; correct?
4          A.   I would have to check on February because on
5    February I didn't buy at all.  I sold, as I told you,
6    when it went up in China on the boat.
7          Q.   So are you saying you didn't buy these
8    gloves?
9          A.   I didn't say that.  I said that it was
10   specific assigned to a customer.  In February, I did
11   not take possession of the containers.  It was
12   assigned to customer.
13         Q.   So you were buying them to be immediately
14   resold to a customer; correct?
15         A.   Yes.
16         Q.   And, in fact, if you look at the line that
17   starts with "These two issues are major, I don't know
18   how to solve this, my customer is throwing me back the
19   merchandise, I don't have where to sell it now"; do
20   you see that sentence?
21         A.   Which line?
22         Q.   So the first sentence under number 2.
23         A.   Yes, this two issues major issue, I don't
24   know how -- yes, to solve this, yes.
25         Q.   Who is the customer referenced in this

Page 120

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2    e-mail?
3          A.   I don't know.  I don't recall.  I have to go
4    check.  In February.
5          Q.   Understood.
6              Do you know who some of your customers were
7    in February?
8          A.   I had a lot of customers in February.  It
9    might have been Mr. Kline or I have -- oh, I had
10   another customer, Sea Oyster (ph).  He sold for Cod
11   Fisher, Sea Oyster.  I forgot customers.  I had Cod
12   Fisher and Sea Oyster customers.
13         Q.   And do you remember those customers throwing
14   the merchandise back at you when they realized that
15   the boxes were labeled "protection" and not
16   "examination"?
17         A.   Actually in the end, they all took it.
18         Q.   In the end they all took it?
19         A.   Yes.
20         Q.   Do you know what usage those gloves they
21   were buying for?
22         A.   Yes, Sea Oyster went to work with the
23   hospital in Manhattan.  He had a contract with the
24   government.  The government has hospitals in Manhattan
25   and he had the biggest contracts in New York.

Page 121

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2          Q.   Okay.  And do you have communications by
3    e-mail with this client of yours regarding this issue
4    with protection labels?
5          A.   I would tell Alex to check.  I don't know
6    how to search it, but if Alex wants to search again, I
7    think we can do the search.  This I don't know.
8              I think it was a verbally on the phone, it
9    settled.
10         Q.   What do you mean "it settled"?
11         A.   He didn't want to give me the merchandise.
12   I wanted to take back the merchandise.
13         Q.   And do you see in the last line you write,
14   "If I would have known this I wouldn't sell it to a
15   government account, I would give it to someone that
16   doesn't look"?
17              Do you see that?
18         A.   Which line?
19         Q.   The last line.
20         A.   I wouldn't sell it to government.  Yeah,
21   that's Sea Oyster.  I would give it to somebody that
22   doesn't look, yeah.
23         Q.   What do you mean when you wrote, "I would
24   give it to someone that doesn't look"?
25         A.   My expression was not perfect.  I'm saying

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                    Pages 122..125

Page 122

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   customers that don't care.  Like 2020 and Prestige,
3   they didn't care.
4       Q.   Why didn't they care?
5       A.   They sold it on the market.  They didn't
6   care if it says "protection" or "examination."
7            I don't know, you would have to ask them.
8   They didn't care.
9       Q.   Rock Fintek cared, though; right?
10      A.   I don't know because they took from me three
11  loads and they didn't care.
12      Q.   So again, the three loads --
13      A.   So I don't know.
14      Q.   Okay.  And these loads that you're talking
15  about were before you entered into the big contract
16  with them?
17      A.   It says February.
18           Did I go into the contract with them in
19  February?
20      Q.   Well, I can show you the contract and I will
21  just represent to you for now that it's dated in April
22  of 2021.
23           But my question is --
24      A.   February -- one second -- February, March,
25  April, two months later.

Page 123

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2       Q.   Right.  So my question is, did you sell
3   gloves from this container to Rock Fintek?
4       A.   No, not to my knowledge.
5       Q.   Okay.
6       A.   Not to my knowledge.  Clearly no.
7       Q.   But you have testified that you gave, at
8   least before the contract was executed, protection
9   gloves to Rock Fintek, based on what Arik told you;
10  correct?
11           MR. SPERBER:  Objection to form.
12      A.   Yes, it was within two weeks from before the
13  contract.  So if the contract was in April, it should
14  have been in March somewhere, end of March.
15           I don't know which day the contract was but
16  if it was in April 1, this would have been March 10 --
17  or March 20.
18      Q.   Okay.  So --
19      A.   You're talking before February 8th and it
20  was already unloaded and delivered to somebody's
21  warehouse.
22      Q.   Did you sell gloves to -- I mean did these
23  clients in February buy containers at a time or, you
24  know, what kind of quantities are you selling?
25      A.   Container.

Page 124

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2       Q.   And it's your testimony that when you wrote
3   that you would give it to someone that doesn't look,
4   that the word "look" actually means care?
5       A.   Yeah, they have clients that they don't need
6   to be -- say "examination."  They didn't care.
7       Q.   You weren't saying that you would give it to
8   someone who just doesn't pay attention?
9       A.   No.  We pay attention to everybody.
10      Q.   Do you recall --
11           MR. RAKHUNOV:  And again, let's
12           just -- I will just put another exhibit
13           into the chat box.  Just one second.
14           (Pause).
15           (Defendant's Exhibit 6 marked for
16           identification.)
17  BY MR. RAKHUNOV:
18      Q.   This is going to be six and it's a
19  continuation of this e-mail chain we just looked at.
20  It begins with Bates No. AKW-3067.
21      A.   Yeah.
22      Q.   Okay.  So you see you follow -- at the
23  bottom of Page 1, you follow up with Anna on
24  February 19th and you write:  "Anna, please let me
25  know which container numbers have this same problem.

Page 125

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   I need to know exactly very urgently."
3            Do you see that?
4       A.   Yeah.
5       Q.   So you did view this labeling issue as a
6   problem; correct?
7       A.   Yes, before she gave me the letter.
8       Q.   Okay.  And look at Miss Grimvald's response.
9            Is this the letter you're referring to or is
10  there something else that you recall being provided?
11      A.   Where do you see her response?
12      Q.   So do you see at the very top of this
13  document?
14      A.   Yeah, "Dear All"?
15      Q.   Yep.
16      A.   Can you read it out loud to me, please.
17      Q.   Sure.  "Bear factory" -- What is Bear
18  factory?  Any idea what that is?
19      A.   No.
20      Q.   Okay.  "Anhui is still using these boxes
21  until the middle of March.  There are three containers
22  being picked up today.  Two you have received
23  inspection and one is inspected today before loading.
24  These 90,000 boxes will be with this" -- I think it's
25  supposed to say "packaging."

**Page 126**

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2          Do you see that?
3     A.   Yes.
4     Q.   So literally 90,000 boxes, do you understand
5  that to refer to the big brown boxes or the tissue
6  boxes?
7     A.   No, she wrote always "tissue boxes."
8     Q.   Okay.  And there's 100 gloves in each box;
9  correct?
10    A.   Yes.
11    Q.   So how many gloves -- if you can just do
12  the math -- how many gloves are we talking about in
13  90,000 boxes?
14    A.   About 9,000 cases.
15    Q.   So 9 million gloves?
16         MR. SPERBER:  I don't think that's
17         right.
18    A.   I don't think so.
19  BY MR. RAKHUNOV:
20    Q.   Let's see.  If we're taking 100 gloves a
21  box, average?
22    A.   It could be.  I don't know.  9,000 boxes.
23    Q.   You identified the container number very
24  specifically in your e-mail.
25         Were you able to track where those

**Page 127**

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2  containers actually went, in terms of your clients?
3     A.   I don't recall exactly but it must have gone
4  to 2020 -- M2020 and Prestige or a client, and this
5  Fisher, Cod Fisher.
6     Q.   And it ultimately made its way back to Rock
7  Fintek when you needed that inventory; correct?
8     A.   No -- yeah, before the contract, it
9  ultimately made it back, yeah.
10    Q.   So we're talking about 9,000 boxes of
11  gloves.
12         Pretty small amount of the ultimate contract
13  amount; correct?  Compared to the ultimate contract?
14    A.   Correct.
15    Q.   Yeah.  Generally speaking, did you keep
16  careful recordkeeping as to what container numbers
17  were sold to what client of yours?
18    A.   I have to check but I think that -- at that
19  time, I gave the Bill of Ladings to certain clients.
20  I didn't keep records.
21         If I put container number it's most probably
22  because my client told me it's this and this container
23  number.
24    Q.   Okay.  So you did not put container numbers
25  on your invoices; correct?

**Page 128**

1     A.   I don't recall putting container numbers on
2  my invoices.
3     Q.   Okay.  Do you recall -- You said you sat
4  through Mr. Stern's deposition.
5         Do you recall if he saw container numbers on
6  his invoices?
7     A.   I don't think it was on his invoices.
8         What I remember -- what I recall, it was
9  Bill of Lading.  I assigned a Bill of Lading to the
10  customer.
11    Q.   And I guess speaking of Joel Stern, I'm
12  going to ask you one question.
13         MR. RAKHUNOV:  Let me put Exhibit 7
14         into the chat box.
15         (Defendant's Exhibit 7 marked for
16         identification.)
17  BY MR. RAKHUNOV:
18    Q.   So this is a document also produced by your
19  counsel and it's an e-mail on January 12, 2021 from
20  you to Mendel Banon attaching a document entitled
21  SPA-JNS Services Corp. 300K MedCare.
22         And you write, "Please talk to me about it."
23         Take a look at the document and I'm going to
24  tell you it looks like a Sales and Purchase Agreement

**Page 129**

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2  between JNS Services Corp. and the seller titled EN
3  Corp.
4         Do you recall this document and the e-mail
5  to which it's attached?
6     A.   This is the company in Texas I told you
7  that, umm, that umm, also had goods.  I don't know,
8  maybe, umm, Janice gave it to me to tell me that
9  they're offering also goods.
10    Q.   So this is another company that was selling
11  MedCare gloves?
12    A.   Yes.
13    Q.   And do you know why you asked Mendel Banon
14  to talk to you about it?
15    A.   Yeah, because look at the unit price is
16  $8.30 and I couldn't give that price.  So I wanted to
17  discuss it with him, how come the other person could
18  give such price.  My costs was above that.
19    Q.   Did you discuss it with him?
20    A.   I assume.
21    Q.   Do you remember why they were able to get a
22  price like that?
23    A.   No.
24    Q.   Did you bring this up with MedCare or with
25  the Texas company?

Page 130

(HERSHEY WEINER - VOL. 1, PM SESSION)

A.   I never spoke to the Texas company.  As I told you in the beginning, that I knew of them but I never spoke to them.

Q.   Okay.  Did you ever do any business -- So you never did any business with the Texas company; correct?

A.   No.  Right now I remember also there was another guy, Fine Line, I think is the company name, that also had MedCare.  There was quite a few people that had MedCare.

Q.   Do you know, as you sit here today, approximately how many shipments of gloves Rock Fintek picked up during the life of the contract from you?

A.   I spoke to you about that before.  I think in the 50s.

Q.   Great.  And do you remember providing an Excel spreadsheet called Pick Up Report at some point that had a summary of all the shipments with an image of a Bill of Lading attached next to each one?

     Does that sound familiar?

A.   It could be.

Q.   Okay.  So this will be a challenge but I'm going to put an Excel document into the chat box. Hopefully you're able to open it on your iPad.

Page 131

(HERSHEY WEINER - VOL. 1, PM SESSION)

A.   Is it there already?

Q.   Not yet.  Hold on.  It's giving me -- it doesn't like it that I have it open.  (Pause)

     All right.  I just sent it.  It's -- it's a little bit large but hopefully you can open it.

A.   Yes.

     (Defendant's Exhibit 8 marked for identification.)

BY MR. RAKHUNOV:

Q.   Do you remember creating this document?

A.   No, I wouldn't be able to create this.  I had to ask somebody to come and create and help me to create this because I would never been able to create such a thing.

Q.   Do you know who created this document?

A.   I don't recall.

Q.   You don't have any reason to dispute that this came from Kitchen Winners?

A.   I don't know.  It could be that it was gathered information that came from Rock Fintek, they gave me, because we had started having disputes of the quantity.

Q.   And I will represent to you that there are 59 -- yeah, 58 entries, I believe, containing various

Page 132

(HERSHEY WEINER - VOL. 1, PM SESSION)

shipments.  We can count them up.  But my question is very simple.

     Do you believe that this spreadsheet is a fair representation of all of the glove shipments that Rock Fintek picked up from Kitchen Winners during the life of the contract?

A.   No.

Q.   You don't believe that it's a fair representation.  Why?

A.   My records have that I shipped them 1.703 something, and they came back and they said that -- dismissing him, he left, so that's why they gave me the Bill of Lading.

     I started asking somebody to put it together for me so we can see how the difference is.

Q.   So you're claiming you actually delivered more gloves than this document --

A.   Again, let's clarify.  It was picked up, more gloves was picked up.  1.703.  I don't have it pin downed to the exact number.

Q.   Whether it was 1.6 something or 1.7 something, you would agree with me that's more than the amount called for by the contract; correct?

A.   Correct.  That's why I said "picked up."

Page 133

(HERSHEY WEINER - VOL. 1, PM SESSION)

Q.   Understood.  All right.  You can close that.

     MR. RAKHUNOV:  That was Exhibit 8, by the way.

     Now we're going to go to Exhibit 9.

     (Defendant's Exhibit 9 marked for identification.)

BY MR. RAKHUNOV:

Q.   It should be in the chat box.  It's a document that was -- you know, I don't recall if it was produced by Mr. Stern or by your counsel, but it doesn't have a Bates No.

     It was produced in this case and it's an April 23, 2021 e-mail from someone named Patricia Sellino, whose signature box associates her with CaraVan, Inc.

     Do you have it downloaded?

A.   Yes.

Q.   Okay.  Do you know what CaraVan, Inc. is?

A.   No.

Q.   It's not an entity that you ever dealt with?

A.   Not that I recall.

Q.   Okay.  Do you know why Miss Sellino is e-mailing you and cc'ing a number of other people concerning a work order for pulling gloves and trying

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                    Pages 134..137

Page 134

1       (HERSHEY WEINER - VOL. 1, PM SESSION)
2   to find a photograph of a certain box?  Any idea?
3       A.   No idea.  I never dealt with this.  I don't
4   know who this company is.  I don't know.
5       Q.   All right.  Well, go to the last page and
6   there's an April 23rd e-mail from you where you write:
7   "Hi, Patricia.  I need your help.  See attached.  The
8   FDA is asking for pictures of this particular box,
9   more close-ups, so they can read all information on
10  the box.  Please search in the warehouse for the same
11  box as this and take a good picture of it and send it
12  to me.  Thanks."
13      Do you remember writing that?
14      A.   Yes.
15      Q.   Okay.  So does that refresh your
16  recollection as to what you were asking Miss Sellino
17  to do here?
18      A.   Umm, I remember now this was -- I called
19  Stern but he couldn't take care of it and he asked me
20  to contact his warehouse -- I think this was his
21  warehouse, I assume -- putting this collection
22  together.  I needed a picture from the -- from the --
23  from a certain shipment or something.
24      Q.   Okay.  What were you trying to accomplish
25  with the FDA when they were asking for pictures of

Page 135

1       (HERSHEY WEINER - VOL. 1, PM SESSION)
2   that particular box?
3       A.   I didn't try to accomplish nothing.
4       FDA sometimes let's do a container based on
5   -- the entry was done on my name, Kitchen Winners, it
6   was done through our company, so the entity would
7   clear customs.
8       So what happened is that sometime because
9   you have a good record or something, especially when
10  it came to COVID, the FDA lets you pick up the
11  container and after that they can ask you please send
12  us a picture and satisfy that it's to code what they
13  -- what was, umm -- I don't know how to pronounce
14  it -- but what was given to them.
15      Q.   And --
16      A.   Let's assume, umm, you bring in an item and
17  you gave it a classification.  You give it a
18  classification, as I understand.  And you give a
19  classification and based on that you pay a duty.
20      And so the FDA can come back within a
21  certain time and ask you to, if they didn't -- they
22  didn't open up the container or they didn't -- they
23  can ask for a box, for example.
24      Q.   Okay.  So then on April 23rd, Miss Sellino
25  writes:  "Hershey, this is the best we can do."  And

Page 136

1       (HERSHEY WEINER - VOL. 1, PM SESSION)
2   there's a photograph included in the e-mail.
3       And then you respond that you're looking for
4   something different.
5       And then do you see you then write, "Is it
6   possible to open one box per container to see if it's
7   the same?"
8       Do you see that you wrote that?
9       A.   Where?
10      Q.   In this second line of your April 23rd, 3:26
11  p.m. e-mail.
12      A.   I don't recall, but could you...
13      Q.   Okay.  And when you say "one box per
14  container," do you know if you're referring again to
15  a tissue box or to a carton?
16      A.   Carton.
17      Q.   Okay.  You're looking not to see what the
18  glove feels or looks like but what the packaging looks
19  like; correct?  In this e-mail.
20      A.   I don't recall.
21      Q.   Okay.  But then you write:  "Each container
22  is one type of box.  There are no two different boxes
23  in a container.  So from all JNS goods, we assume
24  there should be one container at least with this box."
25      Do you see that?  You wrote that?  Did I

Page 137

1       (HERSHEY WEINER - VOL. 1, PM SESSION)
2   read that correctly?
3       A.   One second.  One second.  Where is that?
4       Q.   The next line down, starting this third and
5   fourth line in your 3:26 p.m. e-mail.
6       A.   Yes.
7       Q.   Okay.  So did I read that correctly?
8       A.   Yes.
9       Q.   Okay.  So were you being accurate when you
10  wrote this statement that "each container is one type
11  of box; there are no two different boxes in a
12  container"?
13      A.   Umm, I don't know.  That's -- that was --
14  again, I have to refresh my memory.  But I don't know
15  exactly what was the situation and what was the thing.
16  I don't know what happened.
17      Q.   And this was like April 2021, middle of a
18  pandemic, more than two-and-a-half years ago; correct?
19  Or about two-and-a-half years ago; right?  A little
20  more.
21      A.   Okay.
22      Q.   Okay?  So when you wrote this in April of
23  2021, you know, is it safe to assume that you would
24  want to be accurate when you wrote and made this
25  statement?

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                                    Pages 138..141

Page 138

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2      A.   No, it doesn't -- it's not -- I was looking
3   for something else and she didn't provide me that so I
4   was trying to figure out what the issue is.
5      Q.   You were trying to help her look in the
6   right place; correct?
7      A.   I don't think so.  I was trying most to
8   figure out what the issue is.
9      Q.   Okay.  But you're not -- you're just telling
10  her here to assume that each container only has one
11  type of box, and that there are not two different
12  boxes in a container?
13           You wrote that here; right?
14     A.   Okay.
15     Q.   Okay.  So were you being untruthful when you
16  wrote this to her in April of 2021?
17     A.   I don't know if I was untruthful.  I don't
18  remember exactly.
19           I remember that the FDA needed a box and I
20  gave them a box and they was questioning another box.
21  I don't know exactly what ended up happening.  I don't
22  remember exact detail.
23     Q.   Okay.  And you're having her look at
24  multiple containers; correct?
25     A.   I had her look in two or three containers.

Page 139

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2      Q.   And again, here you're just saying because
3   all of the containers -- well, because all of the
4   boxes and any given container are the same, you just
5   need to find the one that has this box in it; right?
6      A.   I don't -- again, I don't understand your
7   question.
8      Q.   I'm just trying to understand what you meant
9   when you wrote here that each container is one type of
10  box, there are no two different boxes in a container,
11  so from all JNS goods, we assume there should be one
12  container at least with this box.
13     A.   What I understand is that I asked her that
14  the container should be the same.  So she should give
15  me the pictures, what I asked for.
16     Q.   So you would agree with me then that the
17  boxes in any given container, from your understanding
18  in April of 2021, should be the same?
19     A.   My understanding.  My recollection.
20           MR. RAKHUNOV:  I guess that was
21      Exhibit 9.  The next one will be 10.
22           (Defendant's Exhibit 10 marked for
23      identification.)
24  BY MR. RAKHUNOV:
25     Q.   I placed -- I know we're jumping around a

Page 140

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2   little and it's in the timeline, but I'm trying to be
3   as efficient about this as possible.
4           I placed before you a document that begins
5   with Bates No. AKW-4204.  It's an e-mail from Jimmy
6   Esparza at md3pl.com to you.
7           It says:  "Hi, Joseph.  Please see pictures
8   below for container #CAIU965838.  Jimmy."
9      A.   Yeah.
10     Q.   Do you have it open now?
11     A.   Yes.
12     Q.   Okay.  So who is Jimmy Esparza?
13     A.   He worked for 3pl.
14     Q.   And that's your logistics provider; correct?
15     A.   Yes.
16     Q.   And Rock Fintek's logistics provider of
17  truck drivers would pick boxes up from that location;
18  correct?
19     A.   Correct.
20     Q.   And tell me if I'm wrong on this.
21           The truck would pull up to the warehouse and
22  MD 3PL workers would load pallets into the Rock Fintek
23  hired trucks and then they would go off to their own
24  destinations; correct?
25     A.   Correct.

Page 141

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2      Q.   And Rock Fintek's --
3      A.   Sorry, sorry.  One second.  Can you repeat
4   again?
5      Q.   Sure.  The trucks would, you know, pull up
6   to the MD 3PL locations, MD 3PL employees would load
7   them, and then the trucks would leave to go wherever
8   they need to go; is that accurate?
9      A.   To a certain extent.
10     Q.   Okay.  Is there something you want to add or
11  change to what I said?
12     A.   It wasn't like this exactly but, okay, let's
13  go on.
14     Q.   Okay.  Well, I -- look again, I don't -- I
15  do want it to be accurate.  So what -- you know, what
16  would be different?
17     A.   Rock Fintek's truck would come every morning
18  and start staying there nightly.  There was no money.
19  There was no communication.  They started sitting and
20  everybody said -- It's a long conversation.
21           This was a drama.  All day, every day, a
22  drama.  I had to call Arik and Arik Maimon was not up
23  till 12:00.  12:00 started the whole negotiation.
24           This was a whole -- a whole game, you know.
25  I can't get into this whole game because I want to

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                          Pages 142..145

---

Page 142

```
1            (HERSHEY WEINER - VOL. 1, PM SESSION)
2    keep it as clean as possible.
3            So for now at the moment, let's hear your
4    question.
5       Q.   Okay.  I think I understand where you're
6    going and if we have time, maybe I will ask you about
7    that --
8       A.   The main thing is, I don't think -- let's
9    focus what you want.  And if it's going to come up, I
10   just don't want it to be straight -- this was a whole
11   fiasco.  Every morning and every afternoon and every
12   day there was a whole conversation back and forth.
13   Give me credit.  Give me credit.
14           It just wasn't -- a normal thing in the
15   warehouse, you come to pick up, you need to make an
16   appointment 48 hours before.  And this was not done
17   and the merchandise gets staged regularly and it's
18   prepared and everything.  And this was not done ever,
19   ever, ever with Rock Fintek.
20      Q.   Okay.  I understand.  And I understand why
21   you wanted to adjust your answer and I appreciate
22   that.  And you are right, my question was a little
23   different.
24           So taking into account what you just said
25   about, you know, the timing and, you know, issues you
```

Page 143

```
1            (HERSHEY WEINER - VOL. 1, PM SESSION)
2    had with Rock Fintek, which I'm sure they don't --
3    they would have a different view of it, but my
4    question is that the trucks were loaded by MD 3PL
5    employees once whatever the timing issues were
6    resolved for any given shipment; correct?
7       A.   Yeah, not me.
8       Q.   Okay.  And not -- let's assume that one
9    given shipment was being picked up by Demarco Trucking
10   and it would not be a Demarco truck driver loading the
11   pallets, okay; is that fair?
12      A.   I'm not sure.  I don't know.
13      Q.   Did you know that whether at that time
14   period, whether outsiders like Demarco employees would
15   be allowed in MD 3PL warehouses, given the protocols?
16      A.   No, MD 3PL had to hassle with them and make
17   sure the drivers could go in and inspect the goods.
18           And I know also that, I don't know who at
19   Rock Fintek, but they got through Demarco pictures
20   because the driver's would take pictures.
21      Q.   Okay.  So look at the pictures attached to
22   this e-mail.  So let's go to the second picture.  It's
23   on Page 3.
24           Do you see a photograph with a hand that has
25   some bracelets on it, on the right?
```

Page 144

```
1            (HERSHEY WEINER - VOL. 1, PM SESSION)
2       A.   Yes.
3       Q.   Do you know whose hand that is?
4       A.   No.
5       Q.   That's not you?
6       A.   Let me check my hand.
7       Q.   Haha.  This is three years ago.
8            You don't know who that is?
9       A.   No.
10      Q.   Do you know who took these pictures?
11      A.   What?
12      Q.   Do you know who took these pictures?
13      A.   No.
14      Q.   If you go back up to the first page of
15   the document, the e-mail that's forwarded to you by
16   Mr. Esparza is someone named JasonWynn@hotmail.com.
17           Do you know who that is?
18      A.   Jason -- one second.  Jason -- Where?
19      Q.   Do you see in the middle of the first page?
20      A.   No, I don't know who that is.
21      Q.   Okay.  We can probably figure it out though.
22   We'll go ask MD 3PL.
23           So do you know if these pictures are being
24   taken inside the MD 3PL warehouse?
25      A.   I don't know.  You should ask MD 3PL.
```

Page 145

```
1            (HERSHEY WEINER - VOL. 1, PM SESSION)
2       Q.   Yeah, we've tried.
3            If you go to Page 6 of the document.
4       A.   Page 6?
5       Q.   Yeah, Page 6.
6            Do you see the photograph of a pallet in the
7    foreground and then other pallets in the background
8    that are shrink wrapped and those pallets have a
9    printed out piece of paper.
10           The one in the foreground says Kitchen
11   Winners.  It has a long number on it.  And then it
12   says Nitrile Examination Gloves Size XL.
13           Do you see that?
14      A.   Nitrile Examination Gloves Size XL, yeah.
15      Q.   All right.  You don't have any reason to
16   doubt that that label was placed on this pallet by
17   MD 3PL at their warehouse, do you?
18      A.   Again, the question, can you repeat?
19      Q.   Yeah.
20           Do you have any reason to doubt that this
21   label was attached to this pallet by the employees at
22   the MD 3PL warehouse?
23      A.   If I have a doubt?
24      Q.   Yeah.
25      A.   I don't know.
```

**KITCHEN WINNERS NY INC., WT AL., vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Pages 146..149

Page 146

(HERSHEY WEINER - VOL. 1, PM SESSION)

2  Q.   You would agree with me that no one from
3  Rock Fintek is copied on this e-mail; correct?

4  A.   Yeah, but it could be that the driver, when
5  he picked up, he printed out these papers and he put
6  them there.  I don't know.

7  Q.   Okay.  Well, look at the --

8  A.   We could agree when the driver, when he
9  picked up goods, he could have come with papers and
10  pick up.  I don't know.

11  Q.   Well, stay on Page 6 with me.

12  Do you see -- and if you need to maybe
13  enlarge it a little bit on your iPad -- do you see in
14  the background there are shrink wrapped pallets that
15  have this piece of paper inside the shrink wrapping
16  that are hoisted way up top?

17  Do you see that?

18  Way up top in the top of the picture there's
19  another pallet and then inside it, you can see the
20  shininess over the paper.  There's another label that
21  says Kitchen Winners and it has different container
22  numbers on it.  It's a little harder to read from far
23  away.

24  Do you see that?

25  A.   No, I don't know where you're talking about.

Page 147

(HERSHEY WEINER - VOL. 1, PM SESSION)

2  I see a label, a small square label on top of a blue
3  pallet.

4  Q.   Okay.  And then go to the top row of the
5  boxes above that.

6  Do you see it says Kitchen Winners and then
7  starts with TCNU?

8  A.   Yes.

9  Q.   Okay.  You're not saying that a Rock Fintek
10  truck driver shrink wrapped that label inside over the
11  pallet; is that your testimony?

12  A.   I don't know.  I said I don't know.  It
13  could be that they put -- when they came to pick up,
14  they put it in there.  I don't know.

15  Q.   Well, who did the shrink wrapping of the
16  pallets for shipments that were picked up from MD 3PL?

17  A.   It could be the driver.

18  Q.   You weren't paying your warehouse for shrink
19  wrapping.

20  A.   Again, but I know the drivers went to the
21  back, so I don't know.  It could be that sometimes
22  the driver, because they push them in, it depends,
23  sometimes the driver will say, "Okay, I will help.  I
24  will do anything."

25  So I don't know.  You have to ask the

Page 148

(HERSHEY WEINER - VOL. 1, PM SESSION)

2  Demarco or the driver.  I don't know if Demarco would
3  know.  You have to ask each driver.

4  I don't know what the request was.  I know
5  the request from -- was to get pictures from, umm, for
6  Rock Fintek and open up more boxes and check.

7  But I don't know who put the label.  I
8  definitely did not put the label there.

9  Q.   You, yourself -- I'm not suggesting you,
10  yourself, did.

11  But is it your testimony that your warehouse
12  logistics providers were not tasked with shrink
13  wrapping the pallets before they were picked up by
14  Rock Fintek's and other customers' drivers?

15  A.   Again, my testimony is that there was shrink
16  wrap but the paper, anybody could put in.  It's a
17  lose -- Shrink wrap, you can pull it, shlep it, you
18  know, I don't know what that means, but can pull it a
19  little bit and you can slide in the paper.  It's very
20  normal.

21  Q.   And if you go to Page 8 of these document --

22  A.   One second, sorry.  Page 8.  Yes, okay.

23  Q.   Okay.  We see another label here that says
24  Kitchen Winners and it has a number on it and then it
25  says Nitrile Examination Gloves Size M.

Page 149

(HERSHEY WEINER - VOL. 1, PM SESSION)

2  Do you see that?

3  A.   Yes.

4  Q.   And the shrink wrapping goes all the way up
5  to some boxes at the very top and it looks like it
6  actually goes over the top of the pallet.

7  Do you see that?

8  A.   Philip, you want to come down to the
9  warehouse and I will show you how it is.

10  Q.   Well, would you agree with me it would be --

11  A.   No, I worked at one point in the warehouse
12  here in Brooklyn and it's very possible a driver comes
13  and he needs to put it in.  It's very normal.

14  Q.   Okay.  And if a Demarco representative
15  testified that the drivers were not allowed in the
16  warehouses because of COVID protocol at that time, do
17  you have any reason to believe --

18  A.   I heard him testifying and that's totally
19  wrong because they took pictures and send it to either
20  Tommy or to Bradley.  There was clearly pictures going
21  on with the inspections.

22  Q.   In every warehouse at MD 3PL warehouses?

23  A.   At the pickup.  I didn't say every pick up
24  but randomly they did the inspections.

25  Q.   Aren't those pictures taken from once the

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Pages 150..153

---

Page 150

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   containers were loaded onto the trucks?
3       A.   Again, what did you say?  Containers --
4       Q.   I'm sorry, the pallets.
5       A.   How is the container loaded into the truck?
6       Q.   Let me rephrase the question.
7       A.   Give me the question.
8       Q.   Weren't the pictures taken once the pallets
9   were loaded into the trucks?
10      A.   So that's where the driver stands and he
11  watches how it gets loaded and he puts in the paper.
12      Q.   Oh, okay.  So is that -- so I just want to
13  make sure.  Is that --
14          (Simultaneous talking.  Instruction
15          from Madame court reporter.)
16  BY MR. RAKHUNOV:
17      Q.   So my question is:  Are you saying that this
18  is what happened, that Rock Fintek drivers slipped in
19  these sheets into the pallets?
20      A.   I didn't say -- I said it could be as well.
21          I worked in the warehouse and I told you
22  before that this could be a protocol, a driver come in
23  with sheets and put it in.
24          I didn't say that either yes or either no.
25  I don't know.

---

Page 151

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2       Q.   Let me ask you -- but this is an e-mail from
3   your warehouse?  Your warehouse, not from someone
4   else; right?  And there's no --
5       A.   One second.  You say I talk over you.
6          Yes, the warehouse send it to me but the
7   driver is still sitting there and when they take the
8   pictures, he's putting it in.  I don't understand
9   where the discrepancy were.
10          I didn't say that it didn't come from my
11  warehouse from 3PL.  I didn't say that I know for a
12  fact.
13          I just said just to your knowledge it could
14  -- the drivers were inside inspecting and helping to
15  push out the loads because there was a backup as I
16  told you.
17          Every load was stressful.  Drivers sitting
18  there 23 hours and they help push them in.  So they
19  were willing to help to do anything to get this load
20  loaded.
21      Q.   Do you know why -- I didn't see an e-mail
22  from you so do you remember why Mr. Esparza was
23  actually sending you photographs of these pallets?
24      A.   I don't recall.
25      Q.   So staying on Page 8, if we look at that

---

Page 152

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   piece of paper --
3       A.   Hold on a second, I have to go back.
4       Q.   Either Page 8 or 6.  It doesn't matter.  The
5   question will be the same.
6       A.   Sorry, Phillip, I want to see when talking
7   to you and I need to see if you stopped talking.
8   That's why when I look at the picture, I can't see if
9   you stopped or not.
10          I'm on eight now.
11      Q.   Okay, you're on eight.  Let me go there too.
12          So do you see under the word Kitchen Winners
13  there's a number.
14          MR. RAKHUNOV:  For the record, it's
15          MATU-2682625.
16  BY MR. RAKHUNOV:
17      Q.   Do you see that?
18      A.   Yes.
19      Q.   Okay.  Do you have an understanding as to
20  what that number refers to?
21      A.   No.
22      Q.   Okay.  You don't believe that's a container
23  number?
24      A.   I don't believe so.  I don't know.
25      Q.   Okay.  Let me ask you, assuming that this

---

Page 153

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   refers to a container number, let's just make that
3   assumption, would a Rock Fintek driver know the number
4   of a container that arrives to your warehouse from
5   China?
6       A.   I don't assume.  I don't know.
7       Q.   Okay.  Are you aware of what a packing list
8   is in connection with a glove shipment?
9       A.   Yes.
10      Q.   What is your understanding of what a packing
11  list is?
12      A.   A packing list has how many cartons are on
13  the container.
14      Q.   What kind of information is typically
15  contained in a packing list?
16      A.   It varies.  Everybody does it the way they
17  want to do it.  It doesn't have -- it has -- some
18  people put an item number, some people put a product,
19  some people put a -- everybody does it different.
20          It's done by a shipping company or
21  something, so I don't know.  Everybody does it
22  different.
23      Q.   So for gloves that were originating with
24  MedCare or GTS, they were the ones that created the
25  packing list when they put the containers on the

---

---

Page 154

(HERSHEY WEINER - VOL. 1, PM SESSION)
1  vessels in China or their shipping company?
2
3      A.   Umm, I don't know if it's their shipping
4  company -- or a shipping company, umm, or they.  I
5  don't know who create it.
6      Q.   Okay.  Let me just show you a document so
7  we're not --
8      A.   I can go off of Number 8?  I'm still on
9  Number 8.  I'm sorry, I apologize.
10     Q.   Oh, no, don't apologize.  We're done with
11 that one.
12     A.   That's why I overlap when talking to you
13 because when I go into a document you have to have a
14 little patience with me because I don't see your
15 screen and I don't know if you stopped talking or not.
16     Q.   I will say this.  When we do finish this up,
17 perhaps tomorrow morning, if you do have a laptop
18 available, it will make it go even faster.
19     A.   I'm traveling, that's impossible.
20     Q.   All right.
21          (Defendant's Exhibit 11 marked for
22          identification.)
23 BY MR. RAKHUNOV:
24     Q.   I just put another document into the chat
25 box.  So this is another one from your production.

Page 155

(HERSHEY WEINER - VOL. 1, PM SESSION)
1  It's Bates labeled AKW-3340.  It's a nine page
2  document.
3          The e-mail on April 27, 2021 is from someone
4  CiCi-GTS@hotmail.com.
5      Do you remember who Cici -- if that's how
6  you pronounce it -- at GTS is?
7      A.   I don't recall.
8      Q.   All right.  The e-mail address suggested
9  someone -- well, actually, look at the signature box.
10 Cici Chen at Dongguan Grinvald Technology.
11          Do you see that?
12     A.   Yes.
13     Q.   That is GTS; right?  Or we've been referring
14 to it as MedCare?
15     A.   Yes.
16     Q.   Okay.  If you go to the bottom of the first
17 page, do you see there's an e-mail from you to Cici
18 and you ask for invoice and packing lists for the
19 containers that shipped; right?
20     A.   Yes.
21     Q.   And there's seven attachments to these
22 e-mail, as you can see on Page 2; correct?
23     A.   Correct.
24     Q.   And then following that are seven documents

Page 156

(HERSHEY WEINER - VOL. 1, PM SESSION)
1  that were produced to us as attachments.  And let's
2  just look at the first one.  It's on Page 3 of the
3  document.
4      Do you see it says at the top Packing List?
5  It has the name of Dongguan Grinvald Technology.  It
6  has a date.  And it says to Kitchen Winners.
7      Are you with me so far?
8      A.   Yes.
9      Q.   Okay.  And then there's a little -- it looks
10 like this came as an Excel document.  It has a
11 production name, which identifies at least these
12 packing lists as having Nitrile Examination Gloves.
13          Do you see that?
14     A.   Yeah.
15     Q.   Okay.  And then it has quantity, accounts,
16 and some other information in this document.
17          Do you see that?
18     A.   Again, quantity, yes.  And what?  Accounts?
19     Q.   Yes.  There's a whole bunch of information
20 about the gloves; right?
21     A.   I don't see information but I see account.
22     Q.   Account, volume, and some others and weight?
23     A.   Account and quantity is the same.  What
24 else?

Page 157

(HERSHEY WEINER - VOL. 1, PM SESSION)
1      Q.   That's it.
2      Then look at the three numbers below -- the
3  letter number combinations below the table.  One
4  begins with MATS and then ESPU and then MATU.
5      Do you see those three numbers?
6      A.   Yes.
7      Q.   Do you know what those number-letter
8  combinations refer to?
9      A.   No.
10     Q.   Okay.  You don't know these to be container
11 numbers?
12     A.   No.
13     Q.   Do you have any reason to disagree with
14 testimony by someone else that these are container
15 numbers?
16     A.   I don't know.  I didn't say I disagree.  I
17 don't know.
18     Q.   That's fine.  That's what I'm asking you.
19     A.   I don't know if these are the container
20 numbers.  If I don't know, I don't know.  I can't tell
21 you something that I don't know.
22     Q.   Okay.  Well, you knew in April, because when
23 you wrote -- if you go back to Page 1 to your e-mail
24 to Cici, you actually write:  "Please send invoice and

Page 158

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   packing lists for the below containers."
3          And you list a number of container numbers;
4   correct?
5      A.   Okay.  And then this is container numbers,
6   yeah, maybe.
7      Q.   Okay.  Well -- okay.
8          So is it fair to say that you understood,
9   at least in April of 2021, that, for example, ESPU-
10  8023819 stands for a container number?
11     A.   It's fair to say from here that it's
12  container number, yeah.
13     Q.   Okay.  And these particular container
14  numbers have -- or at least represented to have the
15  types of gloves that are listed in the seven
16  attachments that you produced in this case; correct?
17     A.   Again, what's the question again?
18     Q.   Withdrawn.
19          Is it fair to say that MedCare provided you
20  with similar invoices and packing lists for all
21  shipments of gloves that you obtained from them?
22     A.   I don't know.  I would have to check.
23     Q.   Okay.  Well, would you have produced all of
24  those packing invoices and -- shipping invoices and
25  packing lists in this case?

Page 159

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2          MR. SPERBER:  Objection to form.
3      A.   I think so, to the best of my knowledge.
4      Q.   All right.
5          THE WITNESS:  Please tell me when I
6          can get out of this page because I don't
7          see you guys.
8          MR. RAKHUNOV:  You can get out of
9          that one.
10         THE WITNESS:  No, because when you
11         stop and I'm staying in there, I don't
12         know if you're done with this or not.
13         I'm sorry, I keep on jumping back and
14         forth.
15         MR. RAKHUNOV:  No problem.  All
16         right.
17         (Whereupon, a recess was taken.)
18         MR. RAKHUNOV:  I'm putting a new
19         exhibit into chat box.  This will be
20         Number 12.
21         (Defendant's Exhibit 12 marked for
22         identification.)
23  BY MR. RAKHUNOV:
24     Q.   Let me know when you have that open.
25     A.   Yes.

Page 160

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2      Q.   Okay.  Do you recognize the types of
3   documents in Exhibit 12?  It's a four page document.
4      A.   I think it's a Bill of Lading.
5      Q.   And who is T-Z Cargo Limited?
6      A.   T-Z Cargo Limited is a forwarded company out
7   of China.
8      Q.   And who hired them?  Was it someone you
9   hired or someone MedCare hired?
10     A.   Someone that I hired.
11     Q.   And they ship the products to you from the
12  warehouses in China; correct?
13     A.   Correct.
14     Q.   And if -- do you know -- if you go in the
15  middle of the document where it says number and
16  description of packages and goods, it simply just says
17  "gloves"; right?
18         Do you see that?
19     A.   Yes.
20     Q.   It doesn't describe the types of gloves that
21  are inside the containers; is that fair?
22     A.   Yeah.
23     Q.   Okay.  And then do you see, at least on the
24  first page, the word "surrender"?
25         Do you know what that means?

Page 161

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2      A.   Surrender would be --
3      Q.   Do you know what that means with respect to
4   the gloves here?
5      A.   Where do you see -- First, I don't see
6   "surrender."
7      Q.   In the big, bold letters on the first page.
8      A.   I don't have the slightest idea what it
9   means.
10     Q.   Okay.  And then under that do you see on the
11  left-hand side there are some letters and numbers
12  separated by some slashes and the first two look like
13  the same numbers we saw in the packing list a few
14  minutes ago?
15         Do you see that?  One starts ESPU and
16  another one starts with MATU?
17     A.   Yes.
18     Q.   Those are, again, container numbers; correct?
19     A.   No, it doesn't mean it's container number.
20  I think now when I look at it it's Bill of Lading
21  numbers.
22     Q.   Well, if you look at the top of the Bill of
23  Lading, top right, do you see an actual box for Bill
24  of Lading number and it's a different number?
25     A.   Yes, okay.

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                         Pages 162..165

---

Page 162

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2     Q.  Does that help distinguish container number
3  from Bill of Lading number?
4     A.  I don't know.
5          But you see on the next box it says -- I
6  don't know what it's says.  What does it say?  I can't
7  read it.  It says 6000?
8          What does it say over there?
9     Q.  I'm not sure what you're referring to.
10    A.  Next to the Bill of Lading number, the other
11 number and it says there something.
12    Q.  Manifest number?
13    A.  Yes.
14    Q.  Okay.  Do you know what that is?
15    A.  No.  Manifest might be some paperwork.  I
16 don't know.
17    Q.  Okay.  If these numbers are exactly the same
18 -- if the numbers I just asked you about that begin
19 with ESPU and MATU, are exactly the same as the
20 numbers that you asked in the e-mail before to -- if
21 you identify them as container numbers, then we can
22 agree that these are container numbers; yes?
23    A.  Umm, I assume so.
24    Q.  Okay.  All right.  You can close that one.
25    A.  I just want to tell you something.  Look at
```

Page 163

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2  -- again, I bring it to your attention.
3          You see something original, a number on the
4  top 0046.
5          Do you see that?  It's cut off.
6     Q.  Okay.
7     A.  So I don't know, I'm not so familiar with
8  the Bill of Lading.
9     Q.  Okay.  Let's take a quick look at another
10 document.  This is --
11    A.  One second.  My plug fell out.  I don't want
12 my power to get disconnected.
13    Q.  Okay.
14          (Defendant's Exhibit 13 marked for
15          identification.)
16 BY MR. RAKHUNOV:
17    Q.  Let me know when you have that open.  It
18 says now 13.  This is now Exhibit 13.
19          So it's a one-page document with an e-mail
20 without the attachments, again May 4, 2021, produced
21 by you, and it's an e-mail from Cici-GTS@hotmail to
22 you, Mr. Banon, and some others.
23    A.  Yes.
24    Q.  It says, "Please see attached shipping
25 invoice and packing list for last week."
```

Page 164

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2          Do you see that?
3     A.  Yes.
4     Q.  So again, the MedCare folks are providing
5  you with invoices and packing lifts for another
6  shipment?
7     A.  Yes.
8     Q.  Okay.  So let me ask you a question.
9          So we looked at the Excel spread sheet
10 earlier with the pack lists, and I think that we all
11 agree that there's more than 50 pickups by Rock Fintek
12 of gloves under the SPA or -- Are we good so far?
13          Do you agree with that?
14    A.  Yes.
15    Q.  Okay.  Do you know of how many shipments
16 from MedCare comprised those 50 plus shipments that
17 Rock Fintek picked up?
18    A.  I don't know, but I would assume 65, 70.
19    Q.  So the shipments that came in from MedCare
20 were then on average smaller than the shipments that
21 came in from -- that were then picked up by Rock
22 Fintek during the performance of the SPA?
23    A.  No, not -- not all of them.  Some of them.
24    Q.  Okay.
25          And looking now at Exhibit 13 where it's an
```

Page 165

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2  e-mail from Anna -- I'm sorry, from Cici that copies
3  Anna and you attaching shipping invoice and packing
4  lists, do you recall that it was MedCare's custom and
5  practice to send certainly invoices to you for all
6  shipments; is that fair?
7     A.  I don't -- I didn't get nothing from you.  I
8  don't know what you're talking about.
9          You said you put me in something to look at.
10    Q.  Do you have that --
11    A.  Rephrase your question.  I thought that you
12 were putting in something to look at.
13    Q.  No, no, we are still looking at the last
14 exhibit, the May 4th e-mail from Cici to you.
15    A.  And?
16    Q.  Okay.  Do you have it?
17    A.  (No response heard.)
18    Q.  MedCare sent you invoices for every
19 shipment; right?  They wanted to get paid?
20    A.  To the best of my recollection.
21    Q.  Okay.  With the invoices, they enclosed in
22 the same Excel document as the invoice packing lists
23 for each shipment; correct?
24    A.  What?  What again?
25    Q.  Do you see in this document before you,
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                      Pages 166..169

Page 166

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   each attachment has a shipping invoice and a packing
3   list within the same document for any given container?
4       A.   No.
5       Q.   You don't see that?
6            Do you see each attachment is entitled
7   shipping invoice and PL for -- and it has a container
8   number?
9       A.   Yes.
10      Q.   Okay.  So in multiple e-mails that we've
11  seen, MedCare is sending you invoices and packing
12  lists together?  Yes?
13      A.   Yes.
14      Q.   All right.  And you've testified that there
15  are about 60 or maybe more shipments that you received
16  from MedCare for gloves that were sold to Rock Fintek;
17  correct?
18      A.   Correct.
19      Q.   Okay.  Now, would it surprise you if I told
20  you that we've only received from your attorney in
21  discovery five such e-mails containing invoices and
22  packing lists and nothing close to the 60 that you're
23  describing?
24      A.   That would be very surprising because when
25  I saw discoveries that we sent out to you was much

Page 167

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   more than that.
3       Q.   So -- and if we got the right number of
4   documents, the right documents, then we should be able
5   to reconcile the amount of gloves in the invoices and
6   packing lists from MedCare to those that Rock Fintek
7   picked up from you; correct?
8       A.   No.
9       Q.   Why not?
10      A.   Because I had other customers also not only
11  Rock Fintek.
12      Q.   Okay.  So then there should be more coming
13  from MedCare than what was sold to Rock Fintek?
14      A.   Ask my attorney.  He went into my computer
15  and made a search.
16           I didn't do the search because I am not
17  familiar with computer.  He had somebody else and I
18  opened them up, my computer, and I said, "Have a field
19  day and go in and do everything you need."
20           And to my knowledge, I saw way more than
21  four and way more than five and way more than ten.  So
22  I don't know, or you lost it or you misplaced it.  So
23  please --
24      Q.   And I'm not -- and I'm not --
25      A.   I'm still talking, I'm sorry.  Please find

Page 168

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   it in your production.
3       Q.   Yeah, so not my question, though.
4            My question is that the amounts -- the
5   number of gloves from MedCare to Kitchen Winners
6   should be at least as much, and like you said probably
7   more, than the number of gloves delivered to Rock
8   Fintek during that time period; correct?
9       A.   Assuming, yeah.
10      Q.   All right.  You can close that document.
11           MR. RAKHUNOV:  And I know we're
12      starting to run out of the afternoon
13      today.
14           Let me just quickly change gears
15      here.  I'm putting in Exhibit 14.
16           (Defendant's Exhibit 14 marked for
17      identification.)
18  BY MR. RAKHUNOV:
19      Q.   Do you recognize the document before you in
20  Exhibit 14?
21      A.   No.
22      Q.   You don't recognize this to be the Sales and
23  Purchase Agreement between Kitchen Winners and Rock
24  Fintek?
25      A.   I'm going to look now.  I don't know.  Let's

Page 169

1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2   see.
3            Between Kitchen Winners and Rock Fintek,
4   yeah.
5       Q.   If you go to Page 4 of the document.
6       A.   Four, yeah.
7       Q.   And is that your signature at the top?
8       A.   Yes.
9       Q.   Okay.  And you signed on behalf of Kitchen
10  Winners; correct?
11      A.   Correct.
12      Q.   And then just below that, Joseph Mendlowitz
13  signs on behalf of Adorama; correct?
14      A.   Joseph Mendlowitz on behalf of Adorama,
15  yeah.
16      Q.   And Adorama is a party to this agreement;
17  correct?
18      A.   Yeah, as the buyer.
19      Q.   You mean seller?
20      A.   No, I mean buyer.
21      Q.   Adorama is the buyer under this agreement?
22      A.   Maybe, I don't know.
23      Q.   What is Adorama buying from you that --
24      A.   I don't know.  It doesn't say what Adorama
25  is.

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                     Pages 170..173

Page 170

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)
 2      Q.   Do you see just below there there's an under-
 3 line heading "Buyer"?
 4            Do you see that?
 5      A.   Yes.
 6      Q.   Under that there's a signature by Bradley
 7 Gilling on behalf of Rock Fintek; do you see that?
 8      A.   Yes.
 9      Q.   And the underlined heading above that under
10 "Seller" is Kitchen Winners and Adorama; correct?
11      A.   No, Kitchen Winners is seller not Adorama.
12      Q.   Okay.  Is there a label for Adorama's role
13 as a signatory to this agreement?
14      A.   As we told Arik Maimon that Adorama is going
15 to give me a loan for the money and he's guaranteed me
16 the loan.
17      Q.   Okay.  So when did you tell Arik Maimon
18 this?
19      A.   All the phone conversations that we had.
20      Q.   Do you recall having a telephone
21 conversation on which Mr. Gilling and Mr. Kato were
22 present in negotiating this agreement?
23      A.   No.
24      Q.   You've heard both of them testify being on a
25 phone call with you and with Mr. Mendlowitz prior to
```

Page 171

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)
 2 signing this agreement?
 3            You heard that testimony; right?
 4      A.   Yes, and we asked to provide proof and it
 5 was never provided.
 6      Q.   I'm asking if you heard that testimony;
 7 right?
 8      A.   I answered you:  I heard the testimony, we
 9 asked for proof, and you never provided it.  I
10 answered you.  I don't think I was public (ph).  I was
11 very clear.
12      Q.   Okay.  And you would agree with me that this
13 -- Okay, let's go to paragraph one of the Sale and
14 Purchase Agreement.
15      A.   Let me go back.  Hold on.
16      Q.   Yeah, Page 1.
17      A.   Page 1, yeah.  Okay, that's Page 1.  I'm
18 here by Page 1.
19      Q.   Under Products, you agree with me that this
20 contract identifies Nitrile Gloves (Box 100) color
21 blue, medical exam grade with FDA 510k?
22      A.   Medical exam grade.
23      Q.   With FDA 510k; correct?
24      A.   Correct.
25      Q.   And I think I may have asked you this but I
```

Page 172

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)
 2 want to make sure that the record is clear.
 3            What did you do to make sure that the gloves
 4 that Kitchen Winners sold to Rock Fintek complied with
 5 those specifications of being blue medical exam grade
 6 with FDA 510k?
 7      A.   First, I produced the paperwork, as I told
 8 you, and then I took it to professionals in the
 9 industry and I asked them if that's -- with the
10 paperwork, if it lines up and if it's medical grade
11 with FDA 510k and they reviewed it.
12            After that when it came in, I inspected the
13 color blue; I inspected whatever I could inspect with
14 my eyesight, but I'm not a professional to make a test
15 and nobody could make that.
16      Q.   And just so there's no confusion.  Other
17 than Mr. Gombo (ph), was there any other professional
18 who you relied on to test the gloves?
19      A.   Yes, we spoke about that and I told you
20 there was several other ones.
21      Q.   Okay.  But you couldn't remember any of
22 them?
23      A.   Oh, yeah, I told you Dynarex and I told you
24 another two, which I don't remember.
25      Q.   You said you replied --
```

Page 173

```
 1            (HERSHEY WEINER - VOL. 1, PM SESSION)
 2      A.   I don't see.
 3            I told you Dynarex and you even told me that
 4 Dynarex doesn't have nice things to say about me.
 5      Q.   I remember that.
 6      A.   Oh, okay.  I just wanted --
 7            (Simultaneous conversation.)
 8 BY MR. RAKHUNOV:
 9      Q.   Mr. Weiner, you're speaking over --
10      A.   I told you -- I'm sorry, one second.  You
11 don't see me -- I don't know if you can see me.  I
12 don't see you when I open the paper.  So you have to
13 tell me or I can close it so I can see if you stopped
14 or what.
15            I don't know sometimes if you finished a
16 sentence or not.  I apologize.  Let's do it a
17 different way.
18            I mean when I open up my screen, now I see
19 you.  I can see if you're talking or you're stopping.
20      Q.   Just let me ask a question.
21      A.   Sure.
22      Q.   Let me ask the question.
23            So did you hire Dynarex to review the gloves
24 that you would be selling to Rock Fintek to make sure
25 that they were compliant with this SPA?
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                    Pages 174..177

Page 174

1        (HERSHEY WEINER - VOL. 1, PM SESSION)
2      A.   I didn't hire nobody.  I went to consult
3  with people.
4      Q.   So Mr. Gombo wasn't someone you hired?  He
5  was just a friend that you showed the gloves to?
6      A.   I went to the industry, the people that buy
7  the highest volume of the gloves, and I spoke to them.
8      Q.   Did you have any formal testing performed on
9  the gloves?  Testing, chemical or physical testing?
10     A.   I have from Anna Grinvald.
11     Q.   You relied on whatever paperwork she gave
12  you; correct?
13     A.   On the testing.
14     Q.   Okay.  Look back at the Sales and Purchase
15  Agreement, please.  And I will point you to a line and
16  then maybe you can close it while you answer the
17  question so you can see me.
18     A.   Okay.
19     Q.   So then you see it says Brand, MedCare
20  examination glove?
21     A.   I didn't open it.  One second.  Hold on.
22          Brand, MedCare examination gloves.
23     Q.   So that's a brand, not a glove
24  specification; correct?
25     A.   Correct, MedCare.

Page 175

1        (HERSHEY WEINER - VOL. 1, PM SESSION)
2      Q.   Okay.  Examination glove; correct?
3      A.   Correct.
4      Q.   And do you agree with me that a brand is
5  something that's written on the packaging; correct?
6      A.   Not always.
7      Q.   Well, if the packaging says something
8  different than MedCare examination glove, that
9  wouldn't be compliant with this contract, would it?
10     A.   Do you see one line above that medical
11  grade?  What does that mean?
12     Q.   I'm asking about the brand not about the --
13  bouts?
14     A.   No, it doesn't mean it.  The brand was
15  MedCare.
16     Q.   Okay, but it doesn't just say MedCare.  It
17  says MedCare examination --
18     A.   You want me to tell me that examination is a
19  brand?  Not that I know of.
20     Q.   I'm telling you what's written in this
21  agreement.  That's all I'm telling you.
22     A.   That's MedCare and my understanding is
23  MedCare examination glove.  That's it.
24     Q.   Okay.  Look at Paragraph 2b.
25     A.   As a matter of fact from looking at the

Page 176

1  contract right now, I don't know it had to say on the
2  box "examination" but that's my lawyer would have to
3  -- Okay, what?  2b?  Okay, yes.
4      Q.   I'm sorry, I didn't hear what you just said.
5           You're looking at the contract right now and
6  what?
7      A.   I see now it doesn't say that it has to be
8  -- say on the box "examination glove."  It says it has
9  to be an examination glove.  Maybe the box can have
10  whatever it wants.  But it doesn't say.
11          But what's the difference?  That's what my
12  lawyer should do.
13     Q.   All right.  So under Payment Terms in
14  Paragraph 2c, the contract says "Buyer shall pay
15  seller in full by wire transfer of funds for each
16  container delivered to the seller's warehouse in Los
17  Angeles, California."
18          Do you see that?
19     A.   Yes.
20     Q.   And Rock Fintek, in fact, paid by wire
21  transfer; correct?
22     A.   Correct.
23     Q.   Who did they wire the money to?
24     A.   Again, on my behalf I told them to wire the

Page 177

1        (HERSHEY WEINER - VOL. 1, PM SESSION)
2  money to me.  But I directed them where to wire the
3  money.
4      Q.   Where did they wire the money to under this
5  purchase agreement?
6      A.   I direct to me.  I directed them to wire it
7  to Adorama.
8      Q.   So they wired it to Adorama?
9      A.   Again, if they wired to Mark Neuson (ph), it
10  was also directed by me -- to me.
11     Q.   But you're not answering my question.
12          You would agree with me that Rock Fintek
13  wired every payment under this agreement to Adorama
14  Inc. bank account number ending with 5791?
15     A.   I dictate them to wire it over there.
16     Q.   Well, you don't dictate --
17     A.   I'm sorry, I don't see you.
18          There should be an e-mail or something to
19  that effect that I say to them that they should wire
20  on my behalf to Adorama.
21     Q.   Well, you don't need to look at an e-mail.
22  You just need to look at Paragraph 2b of the purchase
23  agreement.
24     A.   Yeah, so they wired it to me.  There's such
25  a thing in the common daily business that you tell

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                                   Pages 178..181

Page 178

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2    your client to wire on my behalf to this and this
3    place.  This is my lender.
4         Q.   Where does it say in the Sales and Purchase
5    Agreement that the payments to Adorama Inc. bank
6    account are being made on your behalf?
7         A.   Where does it say in the purchase agreement,
8    what?
9         Q.   That the payments are being wired to the
10   Adorama bank account on your half?
11        A.   Again, I was very clearly spoken to Arik
12   Maimon that this is my lender and the money has to go
13   to him.
14        Q.   When did you tell Arik that?
15        A.   In all our conversations.
16        Q.   And was anyone else on these phone calls
17   when you told Arik these things?
18        A.   Umm, it might have been Mendel in the
19   beginning.  Umm, and also towards the end, I told it
20   to Bradley and Tommy when things started getting out
21   of hand.  I told them I have to check everything with
22   my lender and discuss everything with him.
23        Q.   And there's nothing in this agreement that
24   describes Adorama as a lender, is there?
25        A.   As I told you before, I specifically told it
```

Page 179

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2    to Arik Maimon and I think that Arik Maimon --
3         Q.   Wait --
4         A.   I'm still talking.
5         Q.   And I'm going to cut you off because you're
6    not answering my question.
7              (Simultaneous talking.)
8              MR. RAKHUNOV:  He's not answering
9         my question.
10   BY MR. RAKHUNOV:
11        Q.   I'm not asking what you told Mr. Maimon.
12        I'm asking:  Is there anything in this
13   agreement that describes Adorama as a lender?
14        That's a pretty simple "yes" or "no"
15   question.
16        A.   Yes.
17        Q.   Where?
18        A.   I don't know, I don't read English so look
19   for yourself.  Find it.
20        Q.   Okay.  You know, respectfully you signed
21   this agreement.
22        Did you have somebody with a better ability
23   to read English review this and advise you on signing
24   it?
25        A.   My lawyer.
```

Page 180

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2         Q.   Nausbaum (ph)?
3         A.   Nausbaum's office, not Nausbaum himself.
4         Q.   Okay.  Do you know if Rock Fintek had a
5    lawyer involved in negotiating this agreement with
6    your lawyer?
7         A.   Not that I know of.
8         Q.   Okay.  All right.  Let's put that one away.
9    Again, just trying to get through as many issues as we
10   can before we close up for the day.
11        Do you remember an issue coming up with Rock
12   Fintek receiving LevMed gloves and not MedCare gloves
13   at one point in the spring of 2021?
14        A.   Yes.
15        Q.   Do you know where the LevMed gloves came
16   from?
17        A.   From the warehouse.
18        Q.   Okay.  What happened?  What happened?  I
19   mean you would agree with me -- before I even ask
20   that.
21        You would agree with me that LevMed gloves
22   were not included in the Sales and Purchase Agreement;
23   right?  You can see that pretty easily.
24        A.   Correct.
25        Q.   Okay.  So why did Rock Fintek receive LevMed
```

Page 181

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2    gloves?
3         A.   It was a mistake of the warehouse.
4         Q.   Okay.  And that mistake was brought to your
5    attention as soon as it was discovered at the Medline
6    warehouses; correct?
7         A.   I assume so.
8         Q.   Okay.  And do you recall Rock Fintek telling
9    you that they were having a problem getting paid by
10   their client for the LevMed gloves because those were
11   not approved and not the gloves that were expected
12   under the agreement?
13        Do you remember that?
14        A.   I just want to point out to you, you have
15   exactly five minutes.  I just want to point that out
16   to you.
17        Q.   I know that and --
18        A.   I will answer your question.  I just wanted
19   to point it out to you.
20        Rock Fintek -- Arik Maimon called me.
21   Nobody else called me.  Arik Maimon called me.  And I
22   offered every angle in every way to go down and pick
23   it up and exchange it and anything that I can do to
24   resolve that and they didn't want -- Arik Maimon
25   didn't want.  I don't know -- he kept on saying, "I'm
```

Page 182

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2  sorry, it was already distributed to --
3      Q.   Did you see the e-mail exchanges that
4  included Mendel Banon --  we'll look at them when we
5  resume, but I just want to make this as simple as
6  possible.
7           Do you remember seeing e-mail exchanges that
8  certainly involved Mendel Banon and folks at Rock
9  Fintek regarding the LevMed issue?
10     A.   Again, I don't recall exactly.  I recall
11 getting Arik Maimon on the phone begging him that it
12 was a mistake.  Actually, I needed the goods.  I was
13 fighting with him to give it back to me.  I told him
14 it was not his.  It was a different customer,
15 specially ordered for somebody.
16          I begged him to give it back to me.  I was
17 willing to go down with the truck and pick it up and I
18 was willing to do anything.
19          He supposedly gave me a story, which I will
20 give it to you and that's where we're going to most
21 probably try to conclude.
22          He gave me a story --
23     Q.   Can I just interrupt you?  I want you to
24 finish your answer but before you do, let me ask a
25 slightly different question.

Page 183

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2           You don't have any reason to dispute that
3  Rock Fintek's payments from Ascension Health were
4  delayed while the LevMed issue was being sorted out?
5      A.   I do have a belief that it was not delayed.
6      Q.   Okay.  So I do want to hear your basis for
7  that, for why you think the payments weren't delayed.
8      A.   Because Rock Fintek, first of all, got a
9  very big deposit of close to $9 million and everybody
10 can get on the phone and say move this to the side and
11 we'll pick it up.  It's normalcy.
12          I dealt with a lot of big companies and it's
13 a normal thing that mistakes happen in the warehouse
14 and it can be picked up.
15          The only thing I can think of that if they
16 can prove that they got a delay, it might be for this
17 particular ten pallets, but not delayed in total
18 because there was other trucks delivered.
19          Rock Fintek didn't -- Every day the truck
20 driver came to me, they didn't have money, unless they
21 gave the money.  So there was no delay from Rock
22 Fintek telling me that they can't pick up.  They only
23 said we're delivering tomorrow, give us another day.
24 We're getting accounting and we're getting the wire
25 transfer.  It was not in the conversations that money

Page 184

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2  was not -- was delayed or payments or something.
3      Q.   And you made them buy a $75,000 bond after
4  that; correct?
5      A.   What?  What?
6      Q.   You forced them to buy a bond for $75,000
7  after that?
8      A.   Show it to me, please.
9      Q.   I'm just asking you whether --
10     A.   Why should I make them buy a $75,000 bond?
11 Haha.  Philip, get your story straight.
12          I never made them buy no bonds.  I don't
13 know what a bond is.
14     Q.   Okay.  If that's your testimony, that's all
15 I can ask for.
16     A.   Do you have it in an e-mail?  Do you have it
17 somewhere in writing?
18     Q.   I'm asking the questions.
19     A.   I don't know what you're talking about.
20     Q.   Okay, that's your testimony.
21          MR. RAKHUNOV:  If you want to
22          finish here, you can.  It's 2:59.
23          THE WITNESS:  I don't remember what
24          the question was.
25          MR. RAKHUNOV:  That's okay.

Page 185

1      (HERSHEY WEINER - VOL. 1, PM SESSION)
2          THE WITNESS:  Give me the question
3          and I will tell you.
4          MR. RAKHUNOV:  That's okay.
5          THE WITNESS:  I know I offered to
6          pick it up.  I was really willing to do
7          anything to resolve it.
8          And then -- oh, Arik Maimon told my
9          he can't pick it up because they already
10         distributed it out to the hospitals, or
11         whatever, the customers.
12 BY MR. RAKHUNOV:
13     Q.   Did you ever put that offer to take the
14 LevMed gloves back in writing anywhere?  You or
15 Mr. Banon, to your knowledge.
16     A.   I don't know because, again, I told you I'm
17 not so good at writing.  Things that needs to be
18 resolved at the moment, I pick up the phone and I
19 straighten it out man to man.
20          But I don't know what this -- if it's in the
21 writing, and he has to look through the production, it
22 might be in production.  But we definitely offered
23 them a million times that we wanted to pick it up --
24 and not a million, a few times, with Arik on the phone
25 and Arik can testify if you want to talk to Arik about

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Pages 186..189

Page 186

```
1           (HERSHEY WEINER - VOL. 1, PM SESSION)
2    it.
3           I asked him a few times, I want to pick it
4    up, and it was impossible, it was already distributed.
5    If I want to fly all over the country to pick it up
6    and I said, you know, I will do that also.  Give me
7    the places it was distributed and I can pick it up but
8    he didn't get back to me on that.  He kept saying
9    "let's resolve it," "lets resolve it," and that's it.
10     Q.   Mr. Banon was involved in this discussion,
11   correct, about LevMed?
12     A.   I don't recollect exactly, but I assume so.
13           MR. SPERBER:  Okay.  We'll see you
14   tomorrow.
15           THE WITNESS:  Thank you.
16           (Whereupon, a discussion was held
17   off the stenographic record.)
18           MR. SPERBER:  We do want to read
19   and sign.
20               -  -  -
21           (Whereupon, the deposition was
22   adjourned at approximately 3:05 p.m.)
23
24
25
```

Page 187

```
1           (HERSHEY WEINER - VOL. 1, PM SESSION)
2              C E R T I F I C A T E
3
4
     STATE OF NEW YORK   )
5                         ss.:
     COUNTY OF SARATOGA  )
6
7
8       I, CHRISTINE GREENAWAY, a Registered Professional
9    Reporter and Notary Public for the State of New York,
10   do hereby certify that the foregoing transcript to
11   which this Certificate is annexed, is a true and
12   correct transcript of my original stenographic notes.
13
14       I further certify that I am neither an attorney
15   nor counsel for, nor related to or employed by any
16   of the parties to the action in which this deposition
17   is taken; and, furthermore, that I am not a relative
18   or employee of any attorney or counsel employed by
19   the party hereto or financially interested in the
20   action.
21
22
23             Christine Greenaway
24
25                CHRISTINE GREENAWAY
```

Page 188

```
1           (HERSHEY WEINER - VOL. 1, PM SESSION)
2               CERTIFICATE OF OATH
3
4    STATE OF NEW YORK   )
                          ss.:
5    COUNTY OF           )
6
7
8       I, HERSHEY WEINER, hereby certify that I have
9    read the transcript of my testimony taken under oath;
10   that the transcript is a true and complete record of
11   what was asked, answered, and said during the
12   examination in the above matter, and that the answers
13   in this transcript, as given by me, are true and
14   correct, except for the changes and/or corrections
15   indicated on the Errata Sheet attached hereto.
16
17
18
19
                        HERSHEY WEINER
20
21
22   Subscribed and Sworn to
     before me this         day
23   of                ,   .
24
25       Notary Public
```

Page 189

```
1           (HERSHEY WEINER - VOL. 1, PM SESSION)
2        EXAMINATION BEFORE TRIAL ERRATA SHEET
     --------------------------------------------------
3    IN THE MATTER OF:
            UNITED STATES DISTRICT COURT
4        FOR THE SOUTHERN DISTRICT OF NEW YORK
     _____
5    KITCHEN WINNERS NY INC.,
                        Plaintiff,
6        v.
7    ROCK FINTEK LLC,
                        Defendant.  Claim Action No.
8                        22-cv-05276
     _____
9    ROCK FINTEK LLC,
                        Counterclaim and
10                      Third-Party Plaintiff
         v.
11   KITCHEN WINNERS NY INC.,
                        Counterclaim Defendant,
12       and
13   ADORAMA INC., HERSHEY WEINER, ET AL.
14           Third-Party Defendants.
     _____
15       DECLARATION UNDER PENALTY OF PERJURY
16       I declare under penalty of perjury that I have
17   read the entire transcript of my deposition taken in
     the captioned matter or the same has been read to me
18   and the same is true and accurate, save and except
     for changes and/or corrections, if any, as indicated
19   by me on the Errata Sheet hereof, with the
     understanding that I offer these changes as if still
20   under oath.
21   Signed on the ___day of_____20__
22
23   _____
24
25              HERSHEY WEINER
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
Hershey Weiner on 11/15/2023                              Pages 190..191

**Page 190**

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2                 ERRATA SHEET
3          I, _____, have read
      the transcript of my testimony and would like
4     the following changes and the reason for such
      changes, for example, "to correct stenographic
5     error" or "to clarify the record" or "to
      conform with the facts."
6
7     Page No.____Line No.____Change to:_____
8     _____
9     Reason for change:_____
10    Page No.____Line No.____Change to:_____
11    _____
12    Reason for change:_____
13    Page No.____Line No.____Change to:_____
14    _____
15    Reason for change:_____
16    Page No.____Line No.____Change to:_____
17    _____
18    Reason for change:_____
19    Page No.____Line No.____Change to:_____
20    _____
21    Reason for change:_____
22    Page No.____Line No.____Change to:_____
23    _____
24
25    SIGNATURE:_____DATE:_____
```

**Page 191**

```
1          (HERSHEY WEINER - VOL. 1, PM SESSION)
2               ERRATA SHEET CONTINUED
3     KITCHEN WINNERS v ROCK FINTEK, ET AL
4     Reason for change:_____
5     Page No.____Line No.____Change to:_____
6     _____
7     Reason for change:_____
8     Page No.____Line No.____Change to:_____
9     _____
10    Reason for change:_____
11    Page No.____Line No.____Change to:_____
12    _____
13    Reason for change:_____
14    Page No.____Line No.____Change to:_____
15    _____
16    Reason for change:_____
17    Page No.____Line No.____Change to:_____
18    _____
19    Reason for change:_____
20    Page No.____Line No.____Change to:_____
21    _____
22    Reason for change:_____
23    _____
24
25    SIGNATURE:_____DATE:_____
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**      Index: #CAIU965838..1.703

```
_____        168:15,16,        119:1            157:1,24
                        20                120:1            158:1
   Exhibits                               121:1            159:1
_____                           122:1            160:1
                       _____    123:1,16         161:1
EXHIBIT 5                      #           124:1,23         162:1
  116:19               _____    125:1            163:1
                                          126:1            164:1
EXHIBIT 6              #CAIU965838         127:1            165:1
  111:8                 140:8             128:1            166:1
  124:15                                  129:1            167:1
                       _____    130:1            168:1
EXHIBIT 7                      $           131:1            169:1
  111:11               _____    132:1            170:1
  128:14,16                               133:1            171:1,16,
                       $75,000            134:1            17,18
EXHIBIT 8                184:3,6,10       135:1            172:1
  111:14                                  136:1            173:1
  131:8                $8.30  129:16      137:1            174:1
  133:3                $9   183:9         138:1            175:1
                                          139:1            176:1
EXHIBIT 9              _____     140:1            177:1
  111:17                      0           141:1            178:1
  133:5,6              _____     142:1            179:1
  139:21                                  143:1            180:1
                       0046   163:4       144:1            181:1
EXHIBIT 10             02116  107:16      145:1            182:1
  111:20               07601  108:16      146:1            183:1
  139:22                                  147:1            184:1
                       _____     148:1            185:1
EXHIBIT 11                    1           149:1            186:1
  111:23              _____      150:1
  154:21                                  151:1            1-5   111:6
                       1   105:18         152:1
EXHIBIT 12              106:1             153:1            1.6   132:22
  112:7                 107:1             154:1
  159:21               108:1,15          155:1            1.7   132:22
  160:3                109:1             156:1
                       110:1                              1.703
EXHIBIT 13             111:1                                132:11,20
  112:10               112:1             150:1
  163:14,18            113:1             151:1
  164:25               114:1             152:1
                       115:1             153:1
EXHIBIT 14             116:1             154:1
  112:14               117:1             155:1
                       118:1,16          156:1
```

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**
Index: 10..6

| | | | |
|---|---|---|---|
| **10** 111:20 | **15** 105:20 | 138:16 | **3pl** 140:13, |
| 123:16 | 106:3 | 139:18 | 22 141:6 |
| 139:21,22 | | 155:4 | 143:4,15, |
| | **154** 111:23 | 158:9 | 16 144:22, |
| **100** 126:8, | | 163:20 | 24,25 |
| 20 171:20 | **159** 112:7 | 180:13 | 145:17,22 |
| | | | 147:16 |
| **1030** 107:7 | **163** 112:10 | **2021/4/24** | 149:22 |
| 108:7 | | 111:24 | 151:11 |
| | **168** 112:14 | | |
| **11** 111:23 | | **2023** 105:20 | |
| 154:21 | **18** 117:8 | 106:3 | **4** |
| | | | |
| **111** 110:12 | **186** 110:13 | **22-cv-05276** | |
| | | 105:7 | **4** 163:20 |
| **114** 110:7 | **187** 110:15 | | 169:5 |
| | | **23** 133:14 | |
| **11415** 107:8 | **188** 110:16 | 151:18 | **4/23/21** |
| 108:8 | | | 111:18 |
| | **189** 110:10 | **23rd** 134:6 | |
| **119** 108:15 | | 135:24 | **48** 142:16 |
| | **19th** 124:24 | 136:10 | |
| **11:40** 113:6 | | | **4th** 165:14 |
| | **1:05** 106:8 | **27** 155:4 | |
| **12** 112:7 | | | |
| 128:20 | **1:09** 113:12 | **2:59** 184:22 | **5** |
| 159:20,21 | | | |
| 160:3 | | **2b** 175:24 | **5** 116:19 |
| | **2** | 176:4 | |
| **124** 111:8 | | 177:22 | **50** 164:11, |
| | **2** 110:18 | | 16 |
| **128** 111:11 | 119:22 | **2c** 176:15 | |
| | 155:23 | | **50s** 130:16 |
| **12:00** 141:23 | | | |
| | **2/19/21** | | **510k** 115:9 |
| **13** 112:10 | 111:9 | **3** | 171:21,23 |
| 163:14,18 | | | 172:6,11 |
| 164:25 | **20** 123:17 | **3** 143:23 | |
| | | 156:3 | **5791** 177:14 |
| **131** 111:14 | **2020** 122:2 | | |
| | 127:4 | **300K** 128:22 | **58** 131:25 |
| **133** 111:17 | | | |
| | **2021** 114:20 | **30129** 105:25 | **59** 131:25 |
| **139** 111:20 | 117:8 | | |
| | 118:3 | **3:05** 186:22 | |
| **14** 112:14 | 122:22 | | **6** |
| 168:15,16, | 128:20 | **3:26** 136:10 | |
| 20 | 133:14 | 137:5 | **6** 111:8 |
| | 137:17,23 | | |

124:15
145:3,4,5
146:11
152:4

**6/17/21d**
111:21

**60** 166:15,
22

**6000** 162:7

**617.960.3118**
107:17

**65** 164:18

---
**7**
---

**7** 111:11
128:14,16

**70** 164:18

---
**8**
---

**8** 111:14
131:8
133:3
148:21,22
151:25
152:4
154:8,9

**80-02** 107:7
108:7

**800-333-2082**
105:24

**8023819**
158:10

**8th** 123:19

---
**9**
---

**9** 111:17
126:15
133:5,6
139:21

**9,000**
126:14,22
127:10

**90,000**
125:24
126:4,13

**94** 110:18

**940** 107:16

---
**A**
---

**a.m.** 113:7

**ability**
179:22

**accomplish**
134:24
135:3

**account**
121:15
142:24
156:22,23,
24 177:14
178:6,10

**accounting**
183:24

**accounts**
156:16,19

**accurate**
118:3
137:9,24
141:8,15

**action** 105:6
109:13

**actual**
118:12
161:23

**add** 141:10

**addition**
109:9

**address**
155:9

**adjourned**
186:22

**adjust**
142:21

**Adorama**
105:14
108:10
169:13,14,
16,21,23,
24 170:10,
11,14
177:7,8,
13,20
178:5,10,
24 179:13

**Adorama's**
170:12

**advise**
179:23

**affirmative**

113:21

**afternoon**
105:18
106:5
113:4
142:11
168:12

**agree** 132:23
139:16
146:2,8
149:10
162:22
164:11,13
171:12,19
175:4
177:12
180:19,21

**AGREED**
109:5,15,
20

**agreement**
111:12
112:15
128:25
168:23
169:16,21
170:13,22
171:2,14
174:15
175:21
177:5,13,
23 178:5,
7,23
179:13,21
180:5,22
181:12

AKW-003061
   116:24

AKW-3067
   124:20

AKW-3340
   155:2

AKW-4204
   140:5

Alex   121:5,
   6

ALEXANDER
   107:6
   108:6

allowed
   143:15
   149:15

amount
   127:12,13
   132:24
   167:5

amounts
   168:4

Angeles
   176:18

angle   181:22

Anhui   125:20

Anna
   115:12,25
   116:9
   124:23,24
   165:2,3
   174:10

answering

177:11
179:6,8

apologize
   154:9,10
   173:16

APPEARANCES
   107:3
   108:3

appointment
   142:16

approved
   181:11

approxi-
   130:12

approximately
   186:22

April
   122:21,25
   123:13,16
   133:14
   134:6
   135:24
   136:10
   137:17,22
   138:16
   139:18
   155:4
   157:23
   158:9

Arik   123:9
   141:22
   170:14,17
   178:11,14,
   17 179:2
   181:20,21,

24 182:11
185:8,24,
25

arrives
   153:4

Ascension
   183:3

ASPERBER@
LIPSIUSLAW.COM
   107:9
   108:9

assertion
   115:16

assigned
   119:10,12
   128:10

associates
   133:15

assume
   116:15
   117:13
   129:20
   134:21
   135:16
   136:23
   137:23
   138:10
   139:11
   143:8
   153:6
   162:23
   164:18
   181:7
   186:12

assuming

114:7,16,
18 152:25
168:9

assumption
   153:3

attached
   111:21
   118:10
   129:5
   130:20
   134:7
   143:21
   145:21
   163:24

attaching
   128:21
   165:3

attachment
   166:2,6

attachments
   111:18
   118:12
   155:22
   156:2
   158:16
   163:20

attention
   124:8,9
   163:2
   181:5

attorney
   116:25
   166:20
   167:14

Avenue

KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.
Hershey Weiner on 11/15/2023          Index: average..boxes

107:15

average
  126:21
  164:20

AVRAM   108:14

aware   153:7

_____

        B
_____

back   118:3
  119:18
  120:14
  121:12
  127:6,9
  132:12
  135:20
  142:12
  144:14
  147:21
  152:3
  157:24
  159:13
  171:15
  174:14
  182:13,16
  185:14
  186:8

background
  145:7
  146:14

backup
  151:15

bank   177:14
  178:5,10

Banon   128:21
  129:13

163:22
182:4,8
185:15
186:10

bar   109:11

based   123:9
135:4,19

basis   183:6

Bates   116:23
  124:20
  133:12
  140:5
  155:2

Bear   125:17

begged
  182:16

begging
  182:11

begin   162:18

beginning
  130:3
  178:19

begins
  124:20
  140:4
  157:5

begun   109:18

behalf
  169:9,13,
  14 170:7
  176:25
  177:20
  178:2,6

belief   183:5

big   122:15
  126:5
  161:7
  183:9,12

biggest
  120:25

Bill   112:8
  127:19
  128:10
  130:20
  132:14
  160:4
  161:20,22,
  23 162:3,
  10 163:8

bit   131:6
  146:13
  148:19

blue   147:2
  171:21
  172:5,13

boat   119:6

bold   161:7

bond   184:3,
  6,10,13

bonds   184:12

Boston
  107:16

bottom
  124:23
  155:17

bouts   175:13

box   115:5,7
  118:16,19
  124:13
  126:8,21
  128:15
  130:24
  133:9,15
  134:2,8,
  10,11
  135:2,23
  136:6,13,
  15,22,24
  137:11
  138:11,19,
  20 139:5,
  10,12
  154:25
  155:10
  159:19
  161:23
  162:5
  171:20
  176:3,9,10

boxes   115:6,
  7,17,24
  116:3,6
  117:18
  118:6
  120:15
  125:20,24
  126:4,5,6,
  7,13,22
  127:10
  136:22
  137:11
  138:12
  139:4,10,
  17 140:17

147:5
148:6
149:5

bracelets
143:25

Bradley
108:22
149:20
170:6
178:20

brand
174:19,22,
23 175:4,
12,14,19

bring  129:24
135:16
163:2

Brooklyn
149:12

brought
181:4

brown  126:5

bunch  156:20

business
130:5,6
177:25

buy  119:5,7
123:23
174:6
184:3,6,
10,12

buyer
169:18,20,
21 170:3

176:15

buying
118:24
119:2,13
120:21
169:23

———————

C

California
176:18

call  141:22
170:25

called
130:18
132:24
134:18
181:20,21

calls  178:16

Capital
105:14
108:18

Caravan
133:16,19

care  122:2,
3,4,6,8,11
124:4,6
134:19

cared  122:9

careful
127:16

Cargo  112:8
160:5,6

carton

136:15,16

cartons
153:12

case  116:25
133:13
158:16,25

cases  126:14

cc'ing
133:24

CERTIFICATE
110:15,16

certification
109:21

chain  124:19

challenge
130:23

change
141:11
168:14

chat  124:13
128:15
130:24
133:9
154:24
159:19

check  115:18
119:4
120:4
121:5
127:18
144:6
148:6
158:22
178:21

chemical
174:9

Chen  155:11

China  119:6
153:5
154:2
160:7,12

Christine
106:9
113:18
116:13

Cici  155:6,
11,18
157:25
165:2,14

Cici-gts@
hotmail
163:21

Cici-gts@
hotmail.com.
155:5

Civil  109:7

Claim  105:6

claiming
132:17

clarify
132:19

classification
135:17,18,
19

clean  142:2

clear  135:7
171:11
172:2

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**     Index: client..conversations

client   121:3
  127:4,17,
  22 178:2
  181:10

clients
  123:23
  124:5
  127:2,19

close   133:2
  162:24
  166:22
  168:10
  173:13
  174:16
  180:10
  183:9

close-ups
  134:9

Cod   120:10,
  11 127:5

code   135:12

collection
  134:21

color   171:20
  172:13

combinations
  157:4,9

common
  177:25

communication
  141:19

communications
  121:2

companies
  183:12

company
  129:6,10,
  25 130:2,
  6,9 134:4
  135:6
  153:20
  154:2,4
  160:6

Compared
  127:13

compliant
  173:25
  175:9

complied
  172:4

comprised
  164:16

computer
  167:14,17,
  18

conclude
  182:21

confusion
  172:16

connection
  153:8

consult
  174:2

contact
  134:20

contained
  153:15

container
  117:15,20,
  21,22,24
  118:2
  123:3,25
  124:25
  126:23
  127:16,21,
  22,24
  128:2,6
  135:4,11,
  22 136:6,
  14,21,23,
  24 137:10,
  12 138:10,
  12 139:4,
  9,10,12,
  14,17
  140:8
  146:21
  150:5
  152:22
  153:2,4,13
  157:11,15,
  20 158:3,
  5,10,12,13
  161:18,19
  162:2,21,
  22 166:3,7
  176:17

containers
  111:21
  117:16
  119:11
  123:23
  125:21
  127:2
  138:24,25

139:3
  150:2,3
  153:25
  155:20
  158:2
  160:21

continuation
  124:19

CONTINUED
  105:19
  108:3
  114:2

continuing
  106:8

contract
  120:23
  122:15,18,
  20 123:8,
  13,15
  127:8,12,
  13 130:14
  132:7,24
  171:20
  175:9
  176:2,6,15

contracts
  120:25

conversation
  141:20
  142:12
  170:21
  173:7

conversations
  170:19
  178:15
  183:25

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Index: copied..delayed

copied   146:3

copies   165:2

Corp   111:12
  128:22
  129:2,3

correct
  114:17,24
  115:12,13
  118:7,25
  119:3,14
  123:10
  125:6
  126:9
  127:7,13,
  14,25
  130:7
  132:24,25
  136:19
  137:18
  138:6,24
  140:14,18,
  19,24,25
  143:6
  146:3
  155:23,24
  158:4,16
  160:12,13
  161:18
  165:23
  166:17,18
  167:7
  168:8
  169:10,11,
  13,17
  170:10
  171:23,24
  174:12,24,

25  175:2,
3,5
176:22,23
180:24
181:6
184:4
186:11

correctly
  137:2,7

costs   129:18

counsel
  107:10,19
  108:10,18
  128:20
  133:11

count   132:2

Counterclaim
  105:9,12

country
  186:5

couple
  113:16

court   105:1
  113:8,13,
  15,20
  116:16
  150:15

COVID   115:6
  135:10
  149:16

create
  131:12,13,
  14  154:5

created

131:16
153:24

creating
  131:11

credit
  142:13

custom   165:4

customer
  119:10,12,
  14,18,25
  120:10
  128:11
  182:14

customers
  120:6,8,
  11,12,13
  122:2
  167:10
  185:11

customers'
  148:14

customs
  135:7

cut   163:5
  179:5

——————————
          D
——————————

daily   177:25

date   106:8
  156:7

dated   111:9,
  18,21,24
  122:21

day   123:15
  141:21
  142:12
  167:19
  180:10
  183:19,23

dealt   133:21
  134:3
  183:12

Dear   125:14

Defendant
  105:6,12
  106:6
  107:10

defendant's
  111:5
  112:6
  124:15
  128:16
  131:8
  133:6
  139:22
  154:21
  159:21
  163:14
  168:16

Defendant/
third-party
  107:20

Defendants
  105:16
  108:10,18

delay
  183:16,21

delayed

183:4,5,7,
17 184:2

**delivered**
123:20
132:17
168:7
176:17
183:18

**delivering**
183:23

**Demarco**
143:9,10,
14,19
148:2
149:14

**depends**
147:22

**deposit**
183:9

**deposition**
105:19
113:8,11,
14 116:19
128:5
186:21

**describe**
160:20

**describes**
178:24
179:13

**describing**
166:23

**description**
160:16

**destinations**
140:24

**detail**
138:22

**dictate**
177:15,16

**difference**
114:6
132:16
176:12

**direct**  177:6

**directed**
177:2,6,10

**disagree**
157:14,17

**disconnected**
163:12

**discovered**
181:5

**discoveries**
166:25

**discovery**
166:21

**discrepancy**
151:9

**discuss**
129:17,19
178:22

**discussion**
186:10,16

**dismissing**
132:13

**dispute**
131:18
183:2

**disputes**
131:22

**distinguish**
162:2

**distributed**
182:2
185:10
186:4,7

**DISTRICT**
105:1

**document**
110:9
116:22,24
125:13
128:19,21,
24 129:4
130:24
131:11,16
132:18
133:10
140:4
144:15
145:3
148:21
154:6,13,
24 155:3
156:4,11,
17 160:3,
15 163:10,
19 165:22,
25 166:3
168:10,19
169:5

**documentation**
115:15

**documents**
155:25
160:3
167:4

**Dongguan**
111:25
155:11
156:6

**doubt**
145:16,20,
23

**downed**
132:21

**downloaded**
133:17

**drama**
141:21,22

**driver**
143:10
146:4,8
147:10,17,
22,23
148:2,3
149:12
150:10,22
151:7
153:3
183:20

**driver's**
143:20

**drivers**
140:17
143:17

147:20
148:14
149:15
150:18
151:14,17

dropped
113:10,16
114:4

due  113:10
115:6

DUFFY  107:14

duty  135:19

Dynarex
172:23
173:3,4,23

_____ E _____

e-mail
111:18
117:17
120:2
121:3
124:19
126:24
128:20
129:4
133:14
134:6
136:2,11,
19 137:5
140:5
143:22
144:15
146:3
151:2,21

155:4,9,
18,23
157:24
162:20
163:19,21
165:2,14
177:18,21
182:3,7
184:16

e-mailing
133:24

e-mails
166:10,21

earlier
164:10

early  114:20

easily
180:23

effect
177:19

efficient
140:3

employees
141:6
143:5,14
145:21

EN  129:2

enclosed
118:5
165:21

end  119:2
120:17,18
123:14
178:19

ended  138:21

ending
177:14

English
179:18,23

enlarge
146:13

entered
122:15

entitled
128:21
166:6

entity
133:21
135:6

entries
131:25

entry  135:5

ERRATA
110:10

Esparza
140:6,12
144:16
151:22

ESPU  157:5
161:15
162:19

ESPU-  158:9

ESQ  107:6,
14,15
108:6,14
110:7

exact  132:21

138:22

exam
118:16,19
171:21,22
172:5

examination
106:5,7
109:11,16,
18,22
114:2,6,8,
14 115:10
116:6
118:23
120:16
122:6
124:6
145:12,14
148:25
156:13
174:20,22
175:2,8,
17,18,23
176:3,9,10

examined
109:17

Excel
130:18,24
156:11
164:9
165:22

exchange
181:23

exchanges
182:3,7

executed
123:8

**exhibit**
110:12
111:8,11,
14,17,20,
23 112:7,
10,14
116:13,19
124:12,15
128:14,16
131:8
133:3,5,6
139:21,22
154:21
159:19,21
160:3
163:14,18
164:25
165:14
168:15,16,
20

**exhibits**
111:6
116:14

**expected**
181:11

**explained**
114:8

**explanation**
116:9,10

**expression**
121:25

**extent** 141:9

**eyesight**
172:14

---

**F**

---

**facilities**
114:14

**fact** 119:16
151:12
175:25
176:21

**factory**
125:17,18

**failure**
109:9

**fair** 116:2
132:5,9
143:11
158:8,11,
19 160:21
165:6

**familiar**
130:21
163:7
167:17

**fast** 115:5,
6

**faster**
154:18

**fault** 113:10

**FDA** 134:8,
25 135:4,
10,20
138:19
171:21,23
172:6,11

**February**

117:8
118:3
119:4,5,10
120:4,7,8
122:17,19,
24 123:19,
23 124:24

**Federal**
109:7

**feels** 136:18

**fell** 163:11

**fiasco**
142:11

**field** 167:18

**fighting**
182:13

**figure**
138:4,8
144:21

**filing**
109:21

**find** 134:2
139:5
167:25
179:19

**fine** 130:9
157:19

**finish**
154:16
182:24
184:22

**finished**
173:15

**Fintek**
105:5,8
107:19
112:15
122:9
123:3,9
127:7
130:13
131:21
132:6
140:22
142:19
143:2,19
146:3
147:9
148:6
150:18
153:3
164:11,17,
22 166:16
167:6,11,
13 168:8,
24 169:3
170:7
172:4
173:24
176:21
177:12
180:4,12,
25 181:8,
20 182:9
183:8,19,
22

**Fintek's**
140:16
141:2,17
148:14
183:3

KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.
Hershey Weiner on 11/15/2023                    Index: Fisher..grade

Fisher
  120:11,12
  127:5

fly  186:5

focus  142:9

folks  164:4
  182:8

follow
  124:22,23

forced  184:6

foreground
  145:7,10

forgot
  120:11

form  109:8
  123:11
  159:2

formal  174:8

forwarded
  144:15
  160:6

fourth  137:5

friend  174:5

FRISCH
  108:14

frischa@
avifrischlaw.
com  108:17

frozen
  113:23

full  116:21
  176:16

funds  176:16

———————————

        G

———————————

game
  141:24,25

Gardens
  107:7,8
  108:7,8

gathered
  131:21

gave  115:8
  116:9
  123:7
  125:7
  127:19
  129:8
  131:22
  132:13
  135:17
  138:20
  174:11
  182:19,22
  183:21

gears  168:14

Generally
  127:15

Gilling
  108:22
  170:7,21

give
  121:11,15,
  21,24
  124:3,7
  129:16,18
  135:17,18

139:14
142:13
150:7
170:15
182:13,16,
20  183:23
185:2
186:6

giving  131:3

GLOBAL
  105:23

glove  132:5
  136:18
  153:8
  174:20,23
  175:2,8,23
  176:9,10

gloves
  114:6,8,9,
  14,15,17,
  20  115:4,
  17,20
  117:18
  118:7
  119:8
  120:20
  123:3,9,22
  126:8,11,
  12,15,20
  127:11
  129:11
  130:13
  132:18,20
  133:25
  145:12,14
  148:25
  153:23

156:13,21
158:15,21
160:17,20
161:4
164:12
166:16
167:5
168:5,7
171:20
172:3,18
173:23
174:5,7,9,
22  180:12,
15,21
181:2,10,
11  185:14

Gmail  111:9,
  21

Gombo  172:17
  174:4

good  113:4
  134:11
  135:9
  164:12
  185:17

goods  129:7,
  9  136:23
  139:11
  143:17
  146:9
  160:16
  182:12

government
  120:24
  121:15,20

grade

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: Great..hershey

| | | | |
|---|---|---|---|
| 171:21,22 | hand  143:24 | 106:1,6 | 144:1 |
| 172:5,10 | 144:3,6 | 107:1 | 145:1 |
| 175:11 | 178:21 | 108:1,10 | 146:1 |
| Great  130:17 | happen | 109:1 | 147:1 |
| Greenaway | 183:13 | 110:1,6 | 148:1 |
| 106:9 | happened | 111:1 | 149:1 |
| Grimvald | 115:3 | 112:1 | 150:1 |
| 115:12,14, | 135:8 | 113:1 | 151:1 |
| 25  118:15, | 137:16 | 114:1 | 152:1 |
| 22 | 150:18 | 115:1 | 153:1 |
| Grimvald's | 180:18 | 116:1 | 154:1 |
| 125:8 | happening | 117:1 | 155:1 |
| Grinvald | 138:21 | 118:1 | 156:1 |
| 111:25 | harder | 119:1 | 157:1 |
| 155:11 | 146:22 | 120:1 | 158:1 |
| 156:6 | hassle | 121:1 | 159:1 |
| 174:10 | 143:16 | 122:1 | 160:1 |
| GTS  153:24 | heading | 123:1 | 161:1 |
| 155:7,14 | 170:3,9 | 124:1 | 162:1 |
| guaranteed | Health  183:3 | 125:1 | 163:1 |
| 170:15 | hear  142:3 | 126:1 | 164:1 |
| guess  128:12 | 176:5 | 127:1 | 165:1 |
| 139:20 | 183:6 | 128:1 | 166:1 |
| guy  130:9 | heard  149:18 | 129:1 | 167:1 |
| guys  159:7 | 165:17 | 130:1 | 168:1 |
| | 170:24 | 131:1 | 169:1 |
| H | 171:3,6,8 | 132:1 | 170:1 |
| | held  186:16 | 133:1 | 171:1 |
| Hackensack | helping | 134:1 | 172:1 |
| 108:16 | 151:14 | 135:1,25 | 173:1 |
| Haha  144:7 | hereto  109:6 | 136:1 | 174:1 |
| 184:11 | hershey | 137:1 | 175:1 |
| half  178:10 | 105:14,19 | 138:1 | 176:1 |
| | | 139:1 | 177:1 |
| | | 140:1 | 178:1 |
| | | 141:1 | 179:1 |
| | | 142:1 | 180:1 |
| | | 143:1 | 181:1 |

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Index: highest..issues

182:1
183:1
184:1
185:1
186:1

highest
174:7

hire  173:23
174:2

hired  140:23
160:8,9,10
174:4

hoisted
146:16

Hold  131:3
152:3
171:15
174:21

Holdings
105:15
108:18

hospital
114:10
120:23

hospitals
120:24
185:10

hours  142:16
151:18

HUSEBY
105:23

———————
I
———————

ICU  114:15

idea  125:18
134:2,3
161:8

identification
124:16
128:17
131:9
133:7
139:23
154:22
159:22
163:15
168:17

identified
126:23

identifies
156:12
171:20

identify
162:21

image  130:19

images
118:11

immediately
119:13

impossible
154:19
186:4

included
136:2
180:22
182:4

including
109:7

industry
172:9
174:6

information
131:21
134:9
153:14
156:17,20,
22

inside
144:24
146:15,19
147:10
151:14
160:21

inspect
143:17
172:13

inspected
125:23
172:12,13

inspecting
151:14

inspection
125:23

inspections
149:21,24

Instruction
150:14

interrupt
182:23

inventory
127:7

invoice

155:19
157:25
163:25
165:3,22
166:2,7

invoices
112:11
127:25
128:3,7,8
158:20,24
164:5
165:5,18,
21 166:11,
21 167:5

involved
115:22
180:5
182:8
186:10

ipad  130:25
146:13

issue  111:9
113:9
114:23
115:2
117:8,11
119:23
121:3
125:5
138:4,8
180:11
182:9
183:4

issues
119:17,23
142:25

143:5
180:9

item  135:16
153:18

**J**

James  107:15

Janice  129:8

January
128:20

Jason  144:18

Jasonwynn@
hotmail.com.
144:16

Jimmy  140:5,
8,12

JNS  105:14
108:18
129:2
136:23
139:11

JNS/EN
111:12

Job  105:25

Joel  105:15
108:19
128:12

Joseph
105:14
108:11
140:7
169:12,14

jumping

139:25
159:13

**K**

Kato  108:23
170:21

Kew  107:7,8
108:7,8

kind  123:24
153:14

Kitchen
105:3,11
107:10
112:15
131:19
132:6
135:5
145:10
146:21
147:6
148:24
152:12
156:7
168:5,23
169:3,9
170:10,11
172:4

Kline  120:9

knew  130:3
157:23

knowledge
114:13,18
123:4,6
151:13
159:3

167:20
185:15

**L**

label
145:16,21
146:20
147:2,10
148:7,8,23
170:12

labeled
115:17
117:18
120:15
155:2

labeling
114:17
125:5

labels  121:4

Lading
128:10
130:20
132:14
160:4
161:20,23,
24  162:3,
10  163:8

Ladings
112:8
127:19

laptop
154:17

large  131:6

LAUREN

107:15

LAW  107:6
108:6,14

lawyer
176:3,13
179:25
180:5,6

leave  141:7

left  132:13

left-hand
161:11

lender
178:3,12,
22,24
179:13

lets  135:10
186:9

letter
115:8,11
125:7,9
157:4

letters
161:7,11

Levmed
180:12,15,
21,25
181:10
182:9
183:4
185:14
186:11

life  130:14
132:7

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**                    Index: lifts..matter

lifts   164:5

Limited
  112:8
  160:5,6

lines   172:10

LIPSIUS-
BENHAIM
  107:6
  108:6

list   110:12
  111:24
  153:7,11,
  12,15,25
  156:5
  158:3
  161:13
  163:25
  166:3

listed
  158:15

lists   112:11
  155:19
  156:13
  158:2,20,
  25  164:10
  165:4,22
  166:12,22
  167:6

literally
  126:4

LITIGATION
  105:23

LLC   105:5,
  8,15
  108:14,18

LLP   107:6,
  14  108:6

load   140:22
  141:6
  151:17,19

loaded   143:4
  150:2,5,9,
  11  151:20

loading
  125:23
  143:10

loads
  122:11,12,
  14  151:15

loan
  170:15,16

location
  140:17

locations
  141:6

logistics
  140:14,16
  148:12

long   141:20
  145:11

looked
  113:22
  124:19
  164:9

Los   176:17

lose   148:17

lost   167:22

lot   120:8

183:12

loud   125:16

Lriddle@
psdfirm.com.
  107:18

_____

_____

M

M2020   127:4

MA   107:16

madame
  113:20
  116:16
  150:15

made   127:6,
  9  137:24
  167:15
  178:6
  184:3,12

Maimon
  141:22
  170:14,17
  178:12
  179:2,11
  181:20,21,
  24  182:11
  185:8

main   142:8

major   111:9
  117:8
  119:17,23

make   109:12
  142:15
  143:16
  150:13

153:2
154:18
172:2,3,
14,15
173:24
182:5
184:10

man   185:19

Manhattan
  120:23,24

Manifest
  162:12,15

March   122:24
  123:14,16,
  17  125:21

Mark   177:9

marked   111:6
  116:14
  124:15
  128:16
  131:8
  133:6
  139:22
  154:21
  159:21
  163:14
  168:16

market   122:5

mately
  130:13

math   126:12

MATS   157:5

matter   117:8
  152:4

175:25

MATU  157:5
   161:16
   162:19

MATU-2682625
   152:15

MD  140:22
   141:6
   143:4,15,
   16 144:22,
   24,25
   145:17,22
   147:16
   149:22

md3pl.com
   140:6

means  124:4
   148:18
   160:25
   161:3,9

meant  139:8

Medcare
   111:9
   112:12
   114:20,24
   115:3,19
   117:8,19
   128:22
   129:11,24
   130:10,11
   153:24
   155:15
   158:19
   160:9
   164:4,16,

19 165:18
166:11,16
167:6,13
168:5
174:19,22,
25 175:8,
15,16,17,
22,23
180:12

Medcare's
   165:4

medical
   171:21,22
   172:5,10
   175:10

Medline
   181:5

memorized
   117:24

memory
   137:14

Mendel
   128:21
   129:13
   178:18
   182:4,8

Mendlowitz
   105:14
   108:11
   169:12,14
   170:25

merchandise
   119:19
   120:14
   121:11,12

142:17

middle  113:7
   125:21
   137:17
   144:19
   160:15

million
   126:15
   183:9
   185:23,24

minutes
   113:17
   161:14
   181:15

mislabeled
   114:7,21

misplaced
   167:22

mistake
   181:3,4
   182:12

mistakes
   183:13

moment  142:3
   185:18

money  141:18
   170:15
   176:24
   177:2,3,4
   178:12
   183:20,21,
   25

months
   122:25

morning
   141:17
   142:11
   154:17

motion
   109:10,12

mouth  114:11

move  183:10

multiple
   138:24
   166:10

_____

N

named  133:14
   144:16

Nausbaum
   180:2,3

Nausbaum's
   180:3

needed  127:7
   134:22
   138:19
   182:12

negative
   116:17

negotiating
   170:22
   180:5

negotiation
   141:23

Neuson  177:9

nice  173:4

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: nightly..packaging

nightly
  141:18

Nitrile
  118:6
  145:12,14
  148:25
  156:13
  171:20

NJ   108:16

normal
  142:14
  148:20
  149:13
  183:13

normalcy
  183:11

Notary
  106:10
  109:17

Notice   106:7

November
  105:20
  106:3

number
  116:22
  117:15,22
  118:2
  119:22
  126:23
  127:21,23
  132:21
  133:24
  145:11
  148:24
  152:13,20,

23 153:2,
3,18
154:8,9
157:4
158:3,10,
12 159:20
160:15
161:19,24
162:2,3,
10,11,12
163:3
166:8
167:3
168:5,7
177:14

number-letter
  157:8

NUMBER/
IDENTIFICATION
  111:4
  112:4

numbered
  116:24

numbers
  117:21,24
  124:25
  127:16,24
  128:2,6
  146:22
  157:3,6,
  12,16,21
  158:3,5,14
  161:11,13,
  18,21
  162:17,18,
  20,21,22

NY   105:3,11
  107:8
  108:8

_____

O

_____

OATH   110:16

object
  109:8,10

Objection
  123:11
  159:2

obtained
  158:21

Ocean   112:8

offer   185:13

offered
  181:22
  185:5,22

offering
  129:9

office
  108:14
  180:3

one-page
  163:19

open   117:2
  130:25
  131:4,6
  135:22
  136:6
  140:10
  148:6
  159:24
  163:17

173:12,18
174:21

opened
  167:18

order   110:18
  133:25

ordered
  182:15

original
  109:21
  163:3

originating
  153:23

outsiders
  143:14

overlap
  154:12

Oyster
  120:10,11,
  12,22
  121:21

_____

P

_____

p.m.   106:8
  113:12
  136:11
  137:5
  186:22

pack   164:10

packages
  160:16

packaging
  125:25

136:18
175:5,7

packed   115:7

packing
111:24
112:11
153:7,10,
12,15,25
155:19
156:5,13
158:2,20,
24,25
161:13
163:25
164:5
165:3,22
166:2,11,
22 167:6

pages   118:13

paid   165:19
176:21
181:9

pallet
145:6,16,
21 146:19
147:3,11
149:6

pallets
140:22
143:11
145:7,8
146:14
147:16
148:13
150:4,8,19
151:23

183:17

pandemic
137:18

paper   145:9
146:15,20
148:16,19
150:11
152:2
173:12

papers
146:5,9

paperwork
162:15
172:7,10
174:11

paragraph
171:13
175:24
176:15
177:22

paranoid
113:24

parties
109:6

party   169:16

patience
154:14

Patricia
133:14
134:7

Pause   124:14
131:4

pay   124:8,9
135:19

176:15

paying
147:18

payment
176:14
177:13

payments
178:5,9
183:3,7
184:2

people
130:10
133:24
153:18,19
174:3,6

perfect
121:25

performance
164:22

performed
174:8

period
143:14
168:8

person
129:17

ph   120:10
171:10
172:17
177:9
180:2

Philip   149:8
184:11

Phillip
107:14
110:7
152:6

phone   121:8
170:19,25
178:16
182:11
183:10
185:18,24

photo   111:18

photograph
134:2
136:2
143:24
145:6

photographs
118:5
151:23

photos
111:21
118:8,10

physical
174:9

pick   111:15
130:18
135:10
140:17
142:15
146:10
147:13
149:23
181:22
182:17
183:11,22

185:6,9,
18,23
186:3,5,7

picked
125:22
130:13
132:6,19,
20,25
143:9
146:5,9
147:16
148:13
164:17,21
167:7
183:14

pickup
149:23

pickups
164:11

picture
134:11,22
135:12
143:22
146:18
152:8

pictures
134:8,25
139:15
140:7
143:19,20,
21 144:10,
12,23
148:5
149:19,20,
25 150:8
151:8

piece 145:9
146:15
152:2

pin 132:21

PL 166:7

place 138:6
178:3

places 186:7

Plaintiff
105:4,10
107:20

Plaintiff/
counterclaim
107:10

Plaza 108:15

plug 163:11

PM 106:1
107:1
108:1
109:1
110:1
111:1
112:1
113:1
114:1
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1
124:1

125:1
126:1
127:1
128:1
129:1
130:1
131:1
132:1
133:1
134:1
135:1
136:1
137:1
138:1
139:1
140:1
141:1
142:1
143:1
144:1
145:1
146:1
147:1
148:1
149:1
150:1
151:1
152:1
153:1
154:1
155:1
156:1
157:1
158:1
159:1
160:1
161:1
162:1

163:1
164:1
165:1
166:1
167:1
168:1
169:1
170:1
171:1
172:1
173:1
174:1
175:1
176:1
177:1
178:1
179:1
180:1
181:1
182:1
183:1
184:1
185:1
186:1

point 114:19
115:20
118:16
130:18
149:11
174:15
180:13
181:14,15,
19

POLLACK
107:14

possession
119:11

KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.
Hershey Weiner on 11/15/2023
Index: power..put

| | | | |
|---|---|---|---|
| power 163:12 | produce | 9 | public |
| practice | 115:14 | proper | 106:10 |
| 165:5 | produced | 114:17 | 109:17,18 |
| | 115:8 | protection | 171:10 |
| PRAKHUNOV@ | 116:25 | 114:6,9,13 | pull 140:21 |
| PSDFIRM.COM | 128:19 | 115:20,23 | 141:5 |
| 107:17 | 133:11,13 | 116:4,7 | 148:17,18 |
| prepared | 156:2 | 117:18 | pulling |
| 142:18 | 158:16,23 | 118:6 | 133:25 |
| present | 163:20 | 120:15 | purchase |
| 108:21 | 172:7 | 121:4 | 111:12 |
| 170:22 | producing | 122:6 | 112:15 |
| Prestige | 115:20 | 123:8 | 128:25 |
| 122:2 | 116:8 | protocol | 168:23 |
| 127:4 | product | 149:16 | 171:14 |
| pretty | 153:18 | 150:22 | 174:14 |
| 127:12 | production | protocols | 177:5,22 |
| 179:14 | 110:9 | 143:15 | 178:4,7 |
| 180:23 | 115:9 | prove 183:16 | 180:22 |
| previously | 154:25 | provide | purchased |
| 116:5,14 | 156:12 | 138:3 | 117:19 |
| price | 168:2 | 171:4 | pursuant |
| 129:15,16, | 185:21,22 | provided | 106:6 |
| 18,22 | products | 109:6 | push 147:22 |
| printed | 160:11 | 125:10 | 151:15,18 |
| 145:9 | 171:19 | 158:19 | put 113:5 |
| 146:5 | professional | 171:5,9 | 114:11 |
| prior 170:25 | 106:9 | provider | 116:12 |
| problem | 172:14,17 | 140:14,16 | 124:12 |
| 124:25 | professionals | providers | 127:21,24 |
| 125:6 | 172:8 | 148:12 | 128:14 |
| 159:15 | pronounce | providing | 130:24 |
| 181:9 | 135:13 | 130:17 | 132:15 |
| Procedure | 155:7 | 164:4 | 146:5 |
| 109:7 | proof 171:4, | | 147:13,14 |

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: puts..recollection

148:7,8,16
149:13
150:23
153:18,19,
25 154:24
165:9
180:8
185:13

puts  150:11

putting
128:2
134:21
151:8
159:18
165:12
168:15

---

Q

quality
115:9

quantities
123:24

quantity
131:23
156:16,19,
24

question
109:8,10
114:5
122:23
123:2
128:13
132:2
139:7
142:4,22

143:4
145:18
150:6,7,17
152:5
158:17
164:8
165:11
168:3,4
173:20,22
174:17
177:11
179:6,9,15
181:18
182:25
184:24
185:2

questioning
138:20

questions
184:18

quick  163:9

quickly
168:14

---

R

raised
114:23
115:3

RAKHUNOV
107:14
110:7
113:4,22
114:3
116:12,18
117:5,6

124:11,17
126:19
128:14,18
131:10
133:3,8
139:20,24
150:16
152:14,16
154:23
159:8,15,
18,23
163:16
168:11,18
173:8
179:8,10
184:21,25
185:4,12

ran  116:6

randomly
149:24

read  110:13
125:16
134:9
137:2,7
146:22
162:7
179:18,23
186:18

realized
120:14

reason  118:2
131:18
145:15,20
149:17
157:14
183:2

recall
114:19
115:18
120:3
124:10
125:10
127:3
128:2,4,6,
9 129:4
131:17
133:10,22
136:12,20
151:24
155:8
165:4
170:20
181:8
182:10

receive
180:25

received
114:20
125:22
166:15,20

receiving
180:12

recess
159:17

recognize
160:2
168:19,22

recollect
186:12

recollection
116:8
134:16

139:19
165:20

reconcile
167:5

record   113:6
135:9
152:14
172:2
186:17

recordkeeping
127:16

records
127:20
132:11

refer   126:5
157:9

reference
117:14

referenced
117:17
119:25

referring
125:9
136:14
155:14
162:9

refers
152:20
153:2

refresh
134:15
137:14

Registered
106:9

regularly
142:17

relied
172:18
174:11

remember
115:2
120:13
128:9
129:21
130:8,17
131:11
134:13,18
138:18,19,
22  151:22
155:6
172:21,24
173:5
180:11
181:13
182:7
184:23

REMOTE   107:3
108:3,21

repeat
114:12
141:3
145:18

rephrase
150:6
165:11

replacement
113:13

replied
172:25

Report
111:15
130:18

reporter
106:9
113:9,13,
15,20
116:16
150:15

REPORTER'S
110:15

reports
115:15

represent
122:21
131:24

representation
132:5,10

representative
149:14

represented
158:14

request
110:9
148:4,5

reserved
109:9,12

resold
119:14

resolve
181:24
185:7
186:9

resolved
143:6
185:18

respect
161:3

respectfully
179:20

respond
136:3

responded
113:20

responds
116:16

response
125:8,11
165:17

resume   182:5

resuming
113:14

review
173:23
179:23

reviewed
172:11

RIDDLE
107:15

rights   109:6

Road   107:7
108:7

Rock   105:5,
8  107:19
112:15
122:9

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: role..Session

123:3,9
127:6
130:13
131:21
132:6
140:16,22
141:2,17
142:19
143:2,19
146:3
147:9
148:6,14
150:18
153:3
164:11,17,
21 166:16
167:6,11,
13 168:7,
23 169:3
170:7
172:4
173:24
176:21
177:12
180:4,11,
25 181:8,
20 182:8
183:3,8,
19,21

role  170:12

row  147:4

Rules  109:7

run  168:12

―――――――――
          s
―――――――――

safe  137:23

Sale  111:12
  171:13

Sales  112:15
  128:25
  168:22
  174:14
  178:4
  180:22

sat  128:4

satisfied
  116:10

satisfy
  135:12

screen
  154:15
  173:18

Sea  120:10,
  11,12,22
  121:21

search
  121:6,7
  134:10
  167:15,16

sell  119:2,
  19 121:14,
  20 123:2,
  22

seller  129:2
  169:19
  170:10,11
  176:16

seller's
  176:17

selling

123:24
129:10
173:24

Sellino
  133:15,23
  134:16
  135:24

send  116:20
  134:11
  135:11
  149:19
  151:6
  157:25
  165:5

sending
  151:23
  166:11

sentence
  119:20,22
  173:16

separated
  161:12

Services
  128:22
  129:2

Session
  105:18
  106:1,5
  107:1
  108:1
  109:1
  110:1
  111:1,6
  112:1
  113:1

114:1
115:1
116:1
117:1
118:1
119:1
120:1
121:1
122:1
123:1
124:1
125:1
126:1
127:1
128:1
129:1
130:1
131:1
132:1
133:1
134:1
135:1
136:1
137:1
138:1
139:1
140:1
141:1
142:1
143:1
144:1
145:1
146:1
147:1
148:1
149:1
150:1
151:1

152:1
153:1
154:1
155:1
156:1
157:1
158:1
159:1
160:1
161:1
162:1
163:1
164:1
165:1
166:1
167:1
168:1
169:1
170:1
171:1
172:1
173:1
174:1
175:1
176:1
177:1
178:1
179:1
180:1
181:1
182:1
183:1
184:1
185:1
186:1
set   116:21
settings

114:9,10

settled
 121:9,10

sheet   110:10
 164:9

sheets
 150:19,23

shininess
 146:20

ship   160:11

shipment
 134:23
 143:6,9
 153:8
 164:6
 165:19,23

shipments
 130:13,19
 132:2,5
 147:16
 158:21
 164:15,16,
 19,20
 165:6
 166:15

shipped
 132:11
 155:20

shipping
 112:11
 153:20
 154:2,3,4
 158:24
 163:24
 165:3

166:2,7

shlep  148:17

show  122:20
 149:9
 154:6
 184:8

showed  174:5

shrink  145:8
 146:14,15
 147:10,15,
 18 148:12,
 15,17
 149:4

side  161:11
 183:10

sign  110:13
 186:19

signatory
 170:13

signature
 133:15
 155:10
 169:7
 170:6

signed  169:9
 179:20

signing
 171:2
 179:23

signs  169:13

similar
 158:20

simple   132:3

179:14
182:5

simply
 115:17
 160:16

simultaneous
 150:14
 173:7
 179:7

sit  117:25
 130:12

sitting
 141:19
 151:7,17

situation
 137:15

Size
 145:12,14
 148:25

slashes
 161:12

slide   148:19

slightest
 161:8

slightly
 182:25

slipped
 150:18

small  127:12
 147:2

smaller
 164:20

sold   119:5

120:10
122:5
127:17
166:16
167:13
172:4

SOLOMON
  107:14

solve
  119:18,24

somebody's
  123:20

sorted  183:4

sound  130:21

SOUTHERN
  105:1

SPA  164:12,
  22 173:25

SPA-JNS
  128:22

speaking
  127:15
  128:12
  173:9

specially
  182:15

specific
  119:10

specifically
  126:24
  178:25

specification
  174:24

specifications
  172:5

SPERBER
  107:6
  108:6
  123:11
  126:16
  159:2
  186:13,18

spoke  130:2,
  4,15
  172:19
  174:7

spoken
  178:11

spread  164:9

spreadsheet
  130:18
  132:4

spring
  180:13

square  147:2

St  107:15

staged
  142:17

stands
  150:10
  158:10

start  141:18

started
  131:22
  132:15
  141:19,23
  178:20

starting
  137:4
  168:12

starts
  119:17
  147:7
  161:15,16

State  106:10

statement
  137:10,25

STATES  105:1

stay  146:11

staying
  141:18
  151:25
  159:11

stenographic
  186:17

Stern  105:15
  108:19
  128:12
  133:11
  134:19

Stern's
  128:5

STIPULATED
  109:5,15,
  20

stop  159:11

stopped
  152:7,9
  154:15
  173:13

stopping
  173:19

story
  182:19,22
  184:11

straight
  142:10
  184:11

straighten
  185:19

stressful
  151:17

strike
  109:10

subject
  117:7

substantiate
  115:16

suggested
  155:9

suggesting
  148:9

Suite  107:7,
  16 108:7,
  15

summary
  130:19

supposed
  125:25

supposedly
  182:19

surgical
  114:9

KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.
Hershey Weiner on 11/15/2023                    Index: surprise..told

surprise
  166:19

surprising
  166:24

surrender
  160:24
  161:2,6

sworn   109:16

Synthetic
  118:6

_____

**T**

T-Z   112:8
  160:5,6

table   157:4

taking
  126:20
  142:24

talk   128:23
  129:14
  151:5
  185:25

talking
  117:11
  122:14
  123:19
  126:12
  127:10
  146:25
  150:14
  152:6,7
  154:12,15
  165:8
  167:25

173:19
179:4,7
184:19

tasked
  148:12

TCNU   147:7

technical
  113:9

Technology
  111:25
  155:11
  156:6

Teleconferenci
ng   106:7

telephone
  170:20

telling
  138:9
  175:20,21
  181:8
  183:22

ten   167:21
  183:17

terms   127:2
  176:14

test
  172:14,18

testified
  123:7
  149:15
  166:14

testify
  170:24
  185:25

testifying
  149:18

testimony
  109:11
  113:17
  124:2
  147:11
  148:11,15
  157:15
  171:3,6,8
  184:14,20

testing
  115:14
  174:8,9,13

Texas   129:6,
  25 130:2,6

thereof
  109:9

thing   115:4
  131:15
  137:15
  142:8,14
  177:25
  183:13,15

things   173:4
  178:17,20
  185:17

Third-party
  105:10,16
  106:6
  108:10,18

THOMAS
  108:23

thought
  165:11

throwing
  119:18
  120:13

thumb   118:11

till   141:23

time   123:23
  127:19
  135:21
  142:6
  143:13
  149:16
  168:8

timeline
  140:2

times
  185:23,24
  186:3

timing
  142:25
  143:5

tissue
  126:5,7
  136:15

title   116:23

titled   129:2

today   117:25
  125:22,23
  130:12
  168:13

told   119:5
  123:9
  127:22
  129:6
  130:3

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**        Index: Tommy..VOL

150:21
151:16
166:19
170:14
172:7,19,
23 173:3,
10 176:25
178:17,19,
21,25
179:11
182:13
185:8,16

Tommy  149:20
178:20

tomorrow
154:17
183:23
186:14

top  125:12
146:16,18
147:2,4
149:5,6
156:5
161:22,23
163:4
169:7

topic  114:12

total  183:17

totally
149:18

track  126:25

transfer
176:16,22
183:25

traveling

154:19

trial  106:5
109:13

truck
140:17,21
141:17
143:10
147:10
150:5
182:17
183:19

Trucking
143:9

trucks
140:23
141:5,7
143:4
150:2,9
183:18

two-and-a-half
137:18,19

type  136:22
137:10
138:11
139:9

types  158:15
160:2,20

typically
153:14

————————
U
————————

ultimate
127:12,13

ultimately

127:6,9

umm  129:7,8
134:18
135:13,16
137:13
148:5
154:3,4
162:23
178:18,19

unacceptable
118:17,20,
22

under-  170:2

underlined
170:9

understand
117:23
126:4
135:18
139:6,8,13
142:5,20
151:8

understanding
114:5
139:17,19
152:19
153:10
175:22

understood
114:8
120:5
133:2
158:8

unit  129:15

UNITED  105:1

University
108:15

unloaded
123:20

untruthful
138:15,17

urgently
125:2

usage  120:20

users  119:3

————————
V
————————

varies
153:16

verbally
121:8

vessels
154:2

view  125:5
143:3

VOL  106:1
107:1
108:1
109:1
110:1
111:1
112:1
113:1
114:1
115:1
116:1
117:1
118:1
119:1

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**       Index: volume..Weiner

| | | | |
|---|---|---|---|
| 120:1 | 158:1 | waived | 150:11 |
| 121:1 | 159:1 | 109:22 | |
| 122:1 | 160:1 | | Wednesday |
| 123:1 | 161:1 | waiver | 105:20 |
| 124:1 | 162:1 | 109:12 | |
| 125:1 | 163:1 | | week 163:25 |
| 126:1 | 164:1 | wanted | |
| 127:1 | 165:1 | 121:12 | weeks 123:12 |
| 128:1 | 166:1 | 129:16 | |
| 129:1 | 167:1 | 142:21 | weight |
| 130:1 | 168:1 | 165:19 | 156:23 |
| 131:1 | 169:1 | 173:6 | |
| 132:1 | 170:1 | 181:18 | Weiner |
| 133:1 | 171:1 | 185:23 | 105:14,19 |
| 134:1 | 172:1 | | 106:1,6 |
| 135:1 | 173:1 | warehouse | 107:1 |
| 136:1 | 174:1 | 115:7 | 108:1,10 |
| 137:1 | 175:1 | 123:21 | 109:1 |
| 138:1 | 176:1 | 134:10,20, | 110:1,6 |
| 139:1 | 177:1 | 21 140:21 | 111:1 |
| 140:1 | 178:1 | 142:15 | 112:1 |
| 141:1 | 179:1 | 144:24 | 113:1,5 |
| 142:1 | 180:1 | 145:17,22 | 114:1 |
| 143:1 | 181:1 | 147:18 | 115:1 |
| 144:1 | 182:1 | 148:11 | 116:1 |
| 145:1 | 183:1 | 149:9,11, | 117:1,3 |
| 146:1 | 184:1 | 22 150:21 | 118:1 |
| 147:1 | 185:1 | 151:3,6,11 | 119:1 |
| 148:1 | 186:1 | 153:4 | 120:1 |
| 149:1 | | 176:17 | 121:1 |
| 150:1 | **volume** | 180:17 | 122:1 |
| 151:1 | 105:18 | 181:3 | 123:1 |
| 152:1 | 110:18 | 183:13 | 124:1 |
| 153:1 | 156:23 | | 125:1 |
| 154:1 | 174:7 | warehouses | 126:1 |
| 155:1 | | 143:15 | 127:1 |
| 156:1 | | 149:16,22 | 128:1 |
| 157:1 | | 160:12 | 129:1 |
| | **W** | 181:6 | 130:1 |
| | Wait 179:3 | **watches** | 131:1 |
| | | | 132:1 |

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: Winners..years

| | | | |
|---|---|---|---|
| 133:1 | 171:1 | 15,19 | 124:24 |
| 134:1 | 172:1 | 178:2 | 128:23 |
| 135:1 | 173:1,9 | 183:24 | 134:6 |
| 136:1 | 174:1 | **wired** 177:8, | 136:5,21 |
| 137:1 | 175:1 | 9,13,24 | 157:25 |
| 138:1 | 176:1 | 178:9 | **writes** |
| 139:1 | 177:1 | **Withdrawn** | 135:25 |
| 140:1 | 178:1 | 158:18 | **writing** |
| 141:1 | 179:1 | **word** 124:4 | 134:13 |
| 142:1 | 180:1 | 152:12 | 184:17 |
| 143:1 | 181:1 | 160:24 | 185:14,17, |
| 144:1 | 182:1 | **words** 114:11 | 21 |
| 145:1 | 183:1 | **work** 115:25 | **written** |
| 146:1 | 184:1 | 120:22 | 175:5,20 |
| 147:1 | 185:1 | 133:25 | **wrong** 140:20 |
| 148:1 | 186:1 | **worked** | 149:19 |
| 149:1 | **Winners** | 140:13 | **wrote** 118:2, |
| 150:1 | 105:3,11 | 149:11 | 15 121:23 |
| 151:1 | 107:10 | 150:21 | 124:2 |
| 152:1 | 112:15 | **workers** | 126:7 |
| 153:1 | 131:19 | 140:22 | 136:8,25 |
| 154:1 | 132:6 | **wrap** | 137:10,22, |
| 155:1 | 135:5 | 148:16,17 | 24 138:13, |
| 156:1 | 145:11 | **wrapped** | 16 139:9 |
| 157:1 | 146:21 | 145:8 | 157:24 |
| 158:1 | 147:6 | 146:14 | |
| 159:1 | 148:24 | 147:10 | ———— |
| 160:1 | 152:12 | **wrapping** | **X** |
| 161:1 | 156:7 | 146:15 | ———— |
| 162:1 | 168:5,23 | 147:15,19 | **XL** 145:12, |
| 163:1 | 169:3,10 | 148:13 | 14 |
| 164:1 | 170:10,11 | 149:4 | ———— |
| 165:1 | 172:4 | **write** 117:7 | **Y** |
| 166:1 | **wire** | 121:13 | ———— |
| 167:1 | 176:16,21, | | **years** |
| 168:1 | 24,25 | | 137:18,19 |
| 169:1 | 177:2,4,6, | | 144:7 |
| 170:1 | | | |

**KITCHEN WINNERS NY INC., WT AL. vs ROCK FINTEK LLC, ET AL.**
**Hershey Weiner on 11/15/2023**          Index: York..Zoom

```
York    105:1
  106:10
  120:25

  _____
         Z
  _____

Zoom    106:7
  107:3
  108:3,21
```