# EXHIBIT 11



Safety. Science. Transformation.™

October 23, 2023

VIA ELECTRONIC DELIVERY (E-Mail)

Philip Rakhunov (prakhunov@psdfirm.com)
Pollack Soloman Duffy LLP
31 St. James Avenue
Suite 940
Boston, MA 02116

Re:   Kitchen Winners v. Rock Fintek Third-Party Subpoena Served on UL Solutions

Dear Phil,

This is in response to the above captioned subpoena. Documents have been assembled and placed on a secure file transfer module. You will receive a separate email with instructions on how to access the documents.

Please note that the documents will only be available for 30 days at the link provided. The documents have been extracted from our corporate databases and converted to .pdf file format. The bates range is UL000001 - UL000228. The following is a description of the documents:

    UL000001 through UL000228 - The complete file for OSCID Case #  202100998

Pursuant to your email of today, all of the documents have been marked as "CONFIDENTIAL".

This completes the production of documents in response to the above captioned subpoena. The retrieval cost for processing and producing the documents is $104.80 ($25.00 retrieval fee plus 228 pages x 35¢ per page). Please make your check payable to UL LLC and forward to my attention. This letter will serve as an invoice for services rendered. I will retain the above mentioned bates stamped documents for 60 days from the date of this production.

UL Solutions
333 Pfingsten Road
Northbrook IL 60062

UL.com/Solutions

UL LLC © 2022. All rights reserved.

Sincerely,

**Marianne O'Connell**
Paralegal Manager
Legal Affairs - Litigation

---

UL Solutions
333 Pfingsten Rd.
Northbrook, IL 60062

T +1.847.664.3293
M +1.224.600.7774

[UL.com/Solutions](UL.com/Solutions)


Lauren Riddle ([lriddle@psdfirm.com](mailto:lriddle@psdfirm.com))
Jillian Reilly (jreilly@psdfirm.com)



| | SECURITY CLASSIFICATION: |
|---|---|
| **THIRD PARTY RULE** | |
| Do not disseminate. Contact the author of this document for permission to release any information. This document is for intelligence purposes only. Not for legal use. This document is not to be re-classified, copied, reproduced, used in whole or in part or further disseminated, without the consent of the originator. This document is the property of the Underwriters Laboratories. This record may be subject to mandatory exemption under the Access to Information and Privacy Acts. If access is requested under that legislation, no decision regarding disclosure should be made without prior consultation with legal counsel. | |

Printed on 2023/09/29 at 1457 by LEUNG, Kenneth.

| CASE FILE NUMBER | CASE FILE NAME | DATE REPORTED | TIME REPORTED |
|---|---|---|---|
| 202100998 | MS-Kitchen Winners Inc.- UL Test Report | 2021/06/08 | 0035 |
| **REPORTED BY** | **OCCURRED BETWEEN** | | |
| BOYLES, John | 2021/04/21 1243 and | | |
| **INVESTIGATION TYPE** | | | |
| **Assigned to** | **Diary Date** | **Diary Date Reason** | **Case File Status** |
| JIANG, ANNE | 2021/08/26 | Investigation | Concluded |

**Description:** 1. Opening Details: On Jun 8, 2021, GSBP received the MS referral [2021MS-990]. On Apr 21, 2021, an inquirer sent the UL test report to MS for checking the authenticity, based on the inquirer information, the fake UL test report(s) came from Kitchen Winners, Hershey Weiner. They have been importing millions of these gloves into the US and declaring them as medical devices and cheating the US government by not paying duties by using this fraudulent UL report. Kitchen Winners is working with Global Tooling Services in China who's principal is Anna Grinvald. GTS owns Medcare and Levmed. We know that GTS and Kitchen Winners are working together forging documents as this isn't the only one the inquirer received. On Apr 22, 2021, MS checked with Consumer Product Team (Cai, Cola ), confirmed the UL test report was forged, the Applicant info is changed to "HuiQiao International (Shanghai) Co.,ltd" (Room 402, Lane 280, No.2, Hong Jing Road, Shanghai, China), also the Manufacturer is changed to "Zhonghong Pulin Medical Products Co., Ltd". On Apr 26, 2021, MS checked with Anna Grinvald (the representative of GTS or DONGGUAN GRINVALD TECHNOLOGY CO., LTD), she denied the fake report was made by them, they have no relationship with any entities (HuiQiao International (Shanghai) Co., Ltd, Zhonghong Pulin Medical Products Co., Ltd) listed on the reports. On Jun 8, 2021, MS passed the case to GBP. 2. Current Status: On Jun 15, 2021, although the case is hard to proceed at the moment, GBP is asking some more info from MS and UL colleague: Cola. 6/16 2021: MS-John Boyles provided the source of the fake report: via a email from Mendel Banon < mendelbanon@gmail.com > to hershey weiner < Weinerhershey@gmail.com >. MS did not know whether this incident related to any shipment in US Customs. The roles of the 2 men are unknown. 6/16 2021: CRS-Zhong Lingling provided another testing report applied by Dongguan Grinvald. The product is also medical golves. 8/16 2021: GBP-Anne and Ted discussed, since the real source of the fake report is unknown, it is difficult to kick off an investigation of the entities involved. 3. Next Steps: Conclude the case as intel only.

**ELEMENTS LINKED TO THE CASE FILE**





| | |
|---|---|
| Type: | Person (ID: 433) |
| First Name: | John |
| Last Name: | BOYLES |
| DOB: | |
| Comments: | |

auto linked as Reported By Person.

| | |
|---|---|
| Type: | Person (ID: 34318) |
| First Name: | ROSS J. |
| Last Name: | NEWMAN |
| DOB: | |
| Comments: | |

NILL

| | |
|---|---|
| Type: | Property (ID: 49934) |
| Property: | |
| Make: | |
| Model: | |
| Serial Number: | |
| Quantity: | 1 |
| Comments: | |

NILL

| | |
|---|---|
| Type: | Business (ID: 79889) |
| Name: | Kitchen Winners INC |
| Comments: | |

NILL

| | |
|---|---|
| Type: | Business (ID: 79890) |
| Name: | Dongguan Grinvald Technology Co., Ltd |
| Comments: | |

NILL

| | |
|---|---|
| Type: | Business (ID: 79891) |
| Name: | HuiQiao International (Shanghai) Co.,ltd |
| Comments: | |

NILL

| | |
|---|---|
| Type: | Business (ID: 79892) |
| Name: | Zhonghong Pulin Medical Products Co., Ltd. |
| Comments: | |

NILL

**NOTES LINKED TO THE CASE FILE**

Note ID: 222025 created on 2021/06/08 at 0035 by NG, Ted.
Description:
***Note Generated using Email to OSCID™ Technology***

From: Ted.Ng@ul.com
To: oscid.ul@outlook.com



Date: 2021-06-16 2:22:03 PM
Subject: FW: ASTM PIR 2021MS-990 GS&BP Referral [202100998]

This is tht initial case info

---

**From:** Leung, Kenneth
**Sent:** Tuesday, June 8, 2021 11:01 AM
**To:** Ng, Ted
**Subject:** FW: ASTM PIR 2021MS-990 GS&BP Referral

Hi Ted,

I did not see any information revealing which party edited the report. Please search if the 3 identified entities have any connections. If not, please have Anne to create a case file and concluded as intel.

Kind regards,

Ken


Kenneth Leung

Brand Protection Senior Manager

APAC Region and Mark Verification Program

Global Brand Protection

Chief Legal Office

_____

UL International Ltd.

18/F, Delta House, 3 On Yiu Street,

New Territories, Hong Kong

T : +852 2276 9248

M : +852 68899304 / +86 1314 9999 304



W : ul.com

**From:** Boyles, John D. <John.D.Boyles@ul.com>
**Sent:** Tuesday, June 8, 2021 12:35 AM
**To:** Anti-Counterfeiting Ops - US <ACF@ul.com>
**Subject:** FW: ASTM PIR 2021MS-990 GS&BP Referral

See the below communication asking UL to authenticate Test Report C50782052 is authentic.
The submitter maintains the report was provided by
Dongguan Grinvald Technology Co., Ltd and Kitchen Winners Inc.

The document cannot be found in TIC accordingly Retail Services was contacted. Retail Service was contacted and verified the report does not match the report that was issue by UL, this report has been modified changing the Applicant and Manufacturer information.

HuiQiao International (Shanghai) Co can be found in Oracle but there are no certification records for this company.

Zhonghong Pulin Medical Products Co., Ltd cannot be found in Customers Online.

The report in question was issued to
Dongguan Grinvald Technology Co., Ltd. who confirmed they did not
modify the document and they do not do business with
HuiQiao International (Shanghai) Co.,ltd. or Zhonghong Pulin Medical Products Co., Ltd.

HuiQiao International (Shanghai) Co.,ltd. was contacted asking for input, however a response was not provided.

Zhonghong Pulin Medical Products Co., Ltd. was not contacted as they are not a UL subscriber.

The submitter was notified the document has been modified and does not match the report that was issued.

Underwriters Laboratories 7 Underwriters Road Toronto, Ontario M1R 3A9 (416) 757-3611

CONFIDENTIAL

Kitchen Winners v. Rock Fintek
UL000004



With this referral PIR 2021MS-990 is being closed. If you need any further assistance please let me know.

Regards,

**John Boyles**

**Lead Market Surveillance Engineer**
-----------------------------------------
UL LLC

14301 SE 1st Street, Suite 140

Vancouver, WA 98684

T: 360.817.5508
F: 360.817.6015
W: ul.com

Report UL product safety or advertising concerns here: http://www.ul.com/customer-resources/market-surveillance-department/market-surveillance/

http://www.ULcareers.com

---

**From:** Ross Newman <ross@essentialserviceindustries.com>
**Sent:** Wednesday, April 21, 2021 10:43 AM
**To:** Market Surveillance <Market.Surveillance@ul.com>
**Subject:** Fwd: ASTM

Can you please verify the attached document? Thanks

Best Regards,

**Ross J. Newman**

President
(212) 484-2203



ross@essentialserviceindustries.com

-----------------------------------------

The information in this message may be proprietary and/or confidential, and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify Ross J. Newman immediately by replying to this message and deleting it from your computer.

This e-mail may contain privileged or confidential information. If you are not the intended recipient: (1) you may not disclose, use, distribute, copy or rely upon this message or attachment(s); and (2) please notify the sender by reply e-mail, and then delete this message and its attachment(s). Underwriters Laboratories Inc. and its affiliates disclaim all liability for any errors, omissions, corruption or virus in this message or any attachments.

| **ATTACHMENTS LINKED TO NOTE ID: 222025** | | |
|---|---|---|
| ID:  Size: 919.67KB | File Name:  MD5Hash: | 回复 ASTM .eml  eb08f29e766fe8b46e7d44c123b8f710 |
| ID:  Size: 41.04MB | File Name:  MD5Hash: | Re UL PIR 2021MS-990 RE ASTM (Ross J. Newman).eml  03baee52861f66c160963af1aa9eb236 |
| ID:  Size: 38.46MB | File Name:  MD5Hash: | RE UL PIR 2021MS-990 Document Concern Test Report No. C50782052.eml  824c1907fd194ef0e2536682d87abf32 |
| ID:  Size: 34.23MB | File Name:  MD5Hash: | Medcare (2).pdf  c29125d9bf9a83733ca04fc9b86edb05 |
| ID:  Size: 235.84KB | File Name:  MD5Hash: | image005.png  6e480b50754c21d91bf00dff8ca7686d |
| ID:  Size: 235.84KB | File Name:  MD5Hash: | image004.png  88e1fe0259bff7fb5ffa9609e67f0243 |
| ID:  Size: 77.31KB | File Name:  MD5Hash: | image004.jpg  d948c31f011a68b3fdf83ecea0028a49 |



| | | |
|---|---|---|
| ID:<br>Size: 235.84KB | File Name:<br>MD5Hash: | image003.png<br>6e480b50754c21d91bf00dff8ca7686d |



| | | |
|---|---|---|
| ID:<br>Size: 63.41MB | File Name:<br>MD5Hash: | FW_ ASTM PIR 2021MS-990 GS&BP Referral [202100998].eml<br>c1e540b6d5792d71b0aa86ebc55ab304 |
| ID:<br>Size: 36.3MB | File Name:<br>MD5Hash: | ASTM 6319 C50782052 (2) (1) (2).pdf<br>09719277ac83c813f04617c49171aa96 |
| ID:<br>Size: 36.3MB | File Name:<br>MD5Hash: | ASTM 6319 C50782052 (2) (1) (2).pdf<br>09719277ac83c813f04617c49171aa96 |
| ID:<br>Size: 37.76MB | File Name:<br>MD5Hash: | 2021-04-21 Input Verification Services.msg<br>dd50314e3093d7b167c2d49cfcb5b08e |

Note ID: 222033 created on 2021/06/15 at 1749 by NG, Ted.
Description:
GSBP-TN is asking consumer product team to collect the report.

**ATTACHMENTS LINKED TO NOTE ID: 222033**

| | | |
|---|---|---|
| ID:<br>Size: 165KB | File Name:<br>MD5Hash: | 【Report Analysis】Dongguan Grinvald Technology Test Report C50782052 _202100998_.msg<br>29d1169e0c297a4662fb2b0ad899011f |

Note ID: 222026 created on 2021/06/15 at 1804 by NG, Ted.
Description:
GSBP is asking MS for more info
~~~~~~~~~~~~

Although it is hard to proceed the case investigation at the moment, may I learn some information with you:

1. How did the inquirer [Ross J. Newman / ross@essentialserviceindustries.com] obtain the forged test report ?
2. It seems that the case is related to US customs case, right ?, If yes
    1. Is "Kitchen Winners Inc. the importer of the goods ?
    2. Except the test report, did HuiQiao International (Shanghai) Co., Ltd appear in any trading document / communication record?

**ATTACHMENTS LINKED TO NOTE ID: 222026**

| | | |
|---|---|---|
| ID:<br>Size: 432KB | File Name:<br>MD5Hash: | RE_ ASTM PIR 2021MS-990 GS&BP Referral _202100998_.msg<br>0a210ef942f18a40349013c215851603 |

Note ID: 222027 created on 2021/06/16 at 0208 by NG, Ted.
Description:
MS replied:
~~~~~~~~~~~~~~
See the attached for the source of the document.

While customs is mentioned, I am not aware of any customs activity.
There is no communication from HuiQiao International (Shanghai) Co.

**ATTACHMENTS LINKED TO NOTE ID: 222027**

Underwriters Laboratories 7 Underwriters Road Toronto, Ontario M1R 3A9 (416) 757-3611

CONFIDENTIAL

Kitchen Winners v. Rock Fintek
UL000007



| ID: | File Name: | RE_ ASTM PIR 2021MS-990 GS&BP Referral _202100998_.msg |
|---|---|---|
| Size: 39.63MB | MD5Hash: | e25a35cd9622c5724cf0e3f6862b34ed |

Note ID: 222035 created on 2021/06/16 at 0951 by NG, Ted.
Description:
Consumer product team provided the report (Applicant = DONGGUAN GRINVALD TECHNOLOGY CO., LTD) to GSBP

**ATTACHMENTS LINKED TO NOTE ID: 222035**

| ID: | File Name: | 回复_ 【Report Analysis】Dongguan Grinvald Technology Test Report C50782052 _202100998_.msg |
|---|---|---|
| Size: 33.01MB | MD5Hash: | c9219b0ec2a2372de88ea856d40cca9c |

Note ID: 223439 created on 2021/07/16 at 1501 by LEUNG, Kenneth.
Description:
@Ted and Anne: If this is a non-pursuable case, please conclude this case after ensuring all case records in case file and creating the relevant elements.

**Notifications were sent to:**
NG, Ted
JIANG, ANNE
No Attachments linked to Note ID: 223439

Note ID: 224076 created on 2021/08/02 at 1526 by LEUNG, Kenneth.
Description:
@Ted and Anne: Please update the case record.

**Notifications were sent to:**
NG, Ted
JIANG, ANNE
No Attachments linked to Note ID: 224076

Note ID: 224599 created on 2021/08/13 at 1818 by LEUNG, Kenneth.
Description:
@Ted and Anne: What's the plan of this case?

**Notifications were sent to:**
NG, Ted
JIANG, ANNE
No Attachments linked to Note ID: 224599

Note ID: 224634 created on 2021/08/16 at 1143 by NG, Ted.
Description:
Hi Ken,

After reviewing the case status, no solid information to prove the allegation (no actual evidence to show the entities in the falsificated test report involves in the counterfeiting activity), even we checked more information with CRS colleagues, also no hints on it.

We will save back the information in OSCID, then conclude this case as intel only.

**Notifications were sent to:**



JIANG, ANNE
LEUNG, Kenneth
No Attachments linked to Note ID: 224634

---

Note ID: 224635 created on 2021/08/16 at 1329 by JIANG, ANNE.
Description:

**1. Opening Details:**
On Jun 8, 2021, GSBP received the MS referral [2021MS-990]. On Apr 21, 2021, an inquirer sent the UL test report to MS for checking the authenticity, based on the inquirer information, the fake UL test report(s) came from Kitchen Winners, Hershey Weiner. They have been importing millions of these gloves into the US and declaring them as medical devices and cheating the US government by not paying duties by using this fraudulent UL report. Kitchen Winners is working with Global Tooling Services in China who's principal is Anna Grinvald. GTS owns Medcare and Levmed. We know that GTS and Kitchen Winners are working together forging documents as this isn't the only one the inquirer received.

On Apr 22, 2021, MS checked with Consumer Product Team (Cai, Cola ), confirmed the UL test report was forged, the Applicant info is changed to "HuiQiao International (Shanghai) Co.,ltd" (Room 402, Lane 280, No.2, Hong Jing Road, Shanghai, China), also the Manufacturer is changed to "Zhonghong Pulin Medical Products Co., Ltd".

On Apr 26, 2021, MS checked with Anna Grinvald (the representative of GTS or DONGGUAN GRINVALD TECHNOLOGY CO., LTD), she denied the fake report was made by them, they have no relationship with any entities (HuiQiao International (Shanghai) Co., Ltd, Zhonghong Pulin Medical Products Co., Ltd) listed on the reports.

On Jun 8, 2021, MS passed the case to GBP.

**2. Current Status:**
On Jun 15, 2021, although the case is hard to proceed at the moment, GBP is asking some more info from MS and UL colleague: Cola.

6/16 2021: MS-John Boyles provided the source of the fake report: via a email from **Mendel Banon** <mendelbanon@gmail.com> to hershey weiner <Weinerhershey@gmail.com>. MS did not know whether this incident related to any shipment in US Customs. The roles of the 2 men are unknown.

6/16 2021: CRS-Zhong Lingling provided another testing report applied by Dongguan Grinvald. The product is also medical golves.

8/16 2021: GBP-Anne and Ted discussed, since the real source of the fake report is unknown, it is difficult to kick off an investigation of the entities involved.

**3. Next Steps:**
Create the elements and Conclude the case as intel only.
No Attachments linked to Note ID: 224635

---

Underwriters Laboratories 7 Underwriters Road Toronto, Ontario M1R 3A9 (416) 757-3611

CONFIDENTIAL

Kitchen Winners v. Rock Fintek
UL000009