**EXHIBIT 14**

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
**Joel Stern on 10/16/2023**

```
1                    UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF NEW YORK
2

3
     KITCHEN WINNERS NY INC,   *
4                              *   CIVIL ACTION NO.
              Plaintiff,       *   22-cv-05276-PAE
5                              *
              vs.              *   Deposition of:
6                              *
     ROCK FINTEK, L.L.C.       *   JOEL STERN
7                              *   VOLUME II
              Defendant.       *
8    --------------------------    OCTOBER 16, 2023

9
     ROCK FINTEK, L.L.C.        *
10                              *
                                *
11            Counterclaim and  *
              Third-Party       *
12            Plaintiff,        *
              vs.               *
13                              *
     KITCHEN WINNERS NY INC,    *
14                              *
              Counterclaim      *
15            Defendant,        *
                                *
16            and               *
                                *
17   ADORAMA, INC., HERSHEY     *
     WEINER, JOSEPH             *
18   MENDLOWITZ, INS CAPITAL    *
     HOLDINGS, L.L.C., and      *
19   JOEL STERN,                *
                                *
20                              *
              Third-Party       *
21            Defendant.        *

22

23

24

25
```

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
**Joel Stern on 10/16/2023**                                    Page 2

```
 1
 2        T R A N S C R I P T  of the stenographic notes
     of the above-entitled matter, as taken by and
 3   before SUSAN M. OLIVERI, a Certified Court Reporter
     and Notary Public of the State of New Jersey, held
 4   via REMOTE VIDEO CONFERENCE, on Monday,
     October 16, 2023, commencing at approximately 10:30
 5   in the forenoon, pursuant to notice.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    A P P E A R A N C E S:

 2    LIPSIUS-BENHAIM LAW, L.L.P.
          Attorneys for the Plaintiff
 3        80-02 Kew Gardens Road, Suite 1030
          Kew Gardens, New York  11415
 4    BY:  ALEXANDER J. SPERBER, ESQ.
      E-MAIL: Asperber@lipsiuslaw.com
 5

 6    POLLACK, SOLOMON, DUFFY, L.L.P.
          Attorneys for the Defendant
 7        31 St. James Avenue, Ste. 940
          Boston, Massachusetts  02116
 8    BY: PHILLIP RAKHUNOV, ESQ.
      E-MAIL: Prakhunov@psdfirm.com
 9    BY:  LAUREN RIDDLE (Admitted Pro Hac Vice)

10
      THE LAW OFFICE OF AVRAM E. FRISCH
11        Attorneys for the Defendant
          Joel Stern
12        One University Plaza
          Hackensack, New Jersey  07601
13    BY:  AVRAM FRISCH, ESQ.
      E-MAIL: Frischa@avifrischlaw.com
14

15
      ALSO PRESENT: Bob Calvert, Notary Public for the
16    State of New York

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2   WITNESS
     JOEL STERN
 3
                         DIRECT
 4
     BY:  MR. RAKHUNOV:         5
 5

 6                  E X H I B I T S
     NUMBER        DESCRIPTION              PAGE
 7    STERN-14     E-mail dated February 10,  6
                   2021.
 8    STERN-15     E-mail with an attachment
                   25-page document titled,
 9                 "CT 41939.doc.             15
      STERN-16     E-mail dated February 22,  17
10                 2021
      STERN-17     PDF of entire WhatsApp
11                 chat called Joel NY
                   Gloves.                    27
12    STERN-18     Five-Page document
                   included in the WhatsApp
13                 text messages             37
      STERN-19     Document sent in the chat
14                 at 7:04 p.m.              39
      STERN-20     Attachment referenced in
15                 chat box from the produced
                   WhatsApp conversation.    75
16    STERN-21     Word document sent to
                   Mr. Kato and Mr. Gilling.
17                 Titled, "Declaration for
                   boxes."                   86
18    STERN-22     E-mail from Mr. Stern
                   dated April 5, 2021, to
19                 Davidd@MD3PL.com.         103
      STERN-23     E-mail chain latest E-mail
20                 in time is April 6, 2021,
                   from you to Don Alston     103
21    STERN-24     E-mail from Vania Maciel
                   from MD 3PL to David
22                 Dembitzer and you, re: JNS
                   container, dated April 13,
23                 2021.                      108

24

25   Exhibits retained by Counsel
```

1    J O E L   S T E R N, doing business at 155 Skillman

2        Street, Brooklyn, New York is affirmed by Bob

3        Calvert, a Notary Public of the State of New

4        York and testifies under oath as follows:

5

6    DIRECT EXAMINATION BY MR. RAKHUNOV:

7        Q     All right.  Good -- still morning,

8    Mr. Stern.  Since we suspended your deposition on

9    Friday, I guess that was the 13th of October, have

10   you discussed your testimony with anyone at all?

11   A    No, except my attorney.

12       Q     You did discuss it with your attorney?

13   A    Yes, not much, just continuation and

14   follow-up.

15       Q     I don't want to know the substance,

16   just yes or no?

17   A    Yes.

18       Q     How long did you speak with your

19   attorney about your deposition testimony?

20   A    About five minutes.

21       Q     Did you review any documents and

22   materials between Friday and today?

23   A    No.

24       Q     Did you speak with anyone other than

25   your attorney about this case, whether or not it

1   had anything to do with your testimony?

2   A    No.

3        Q    So do you have the exhibit, the final

4   exhibit window that we used last time in front of

5   you, sir?

6   A    Yes.

7        Q    Okay.  So I put a few exhibits in there

8   that just to try to move things along.  I will ask

9   you to open up what's been labeled as Stern-14.

10  A    Okay.

11       Q    That is, for the record, Stern-14 is an

12  E-mail from you to SourcingconnectionNY@gmail.com.

13  Let me know when you have that open, and it's dated

14  February 10, 2021.

15  A    Okay.  I got it.

16       Q    Okay.  So please review the E-mail, and

17  let me know if you recognize the E-mail.

18  A    Yes, I recognize the E-mail.

19       Q    Okay.  Do you remember, this?  This is

20  an E-mail from you to Bruno Azra; correct?

21  A    Correct.

22       Q    He is the broker that put you in touch

23  with Rock Fintek in the beginning; correct?

24  A    Correct.

25       Q    So why were you writing this E-mail on

1  February 10, 2021, to Bruno?

2  A    Uh, the first delivery that was happening in

3  February, a customer may not notice, but in the

4  warehouse, it was a mix up in the sizing.

5       Mix up means that the boxes were not packed

6  correctly.  Mix sizes in the same box or the same

7  issue that we have discussed on Friday, meaning,

8  that some boxes might be mixed, sizing inside, and

9  some of them just different sizing that is on the

10 box.

11      What I'm saying box meaning a carton.  So some

12 cartons has not matching the contents of the -- you

13 know what, let me start over because this is a new

14 recorder.

15      We dealing with gloves, which is in a tissue

16 size box -- we're dealing with gloves.  That is 100

17 gloves per tissue size box, and then we have 10 of

18 these boxes in a carton.

19      Q    Okay.

20 A    So at that time, we received the cartons with

21 either mixed sizing inside or wrong sizing.

22      Wrong sizing means that the carton, let's say,

23 marked medium on the inside were small or large,

24 and to fix that, we have to spend hours of time to

25 manually repackage them, take them out of the

1  original boxes, and put them back to the original

2  boxes.

3       Q     And who did the repackaging for you?

4  A    Uh, Bruno hired a few people or a company.

5  I'm not sure.  He managed to do that for me, and --

6       Q     So was it, so was it the warehouse

7  employees that did the repackaging or some

8  third-party?

9  A    I cannot say for sure because I was not there

10  personal, but all I know is that Bruno, himself,

11  took care of it.  He managed to get some people to

12  work in it, manual work, and put it back in the

13  boxes to get them ready to be shipped out.

14       Q     Do you know where this repackaging took

15  place?

16  A    Uh, to the best of my knowledge, took place in

17  the warehouse.  They gave him a certain area that

18  he can work with.

19       Q     And when you say "warehouse," you mean

20  the warehouse in New Jersey?

21  A    In New Jersey, correct.

22       Q     But not overseas, once the gloves were

23  shipped?

24  A    No, no, here in New Jersey.

25       Q     Okay.  And so when the cartons arrived

1    in this first shipment, if I understand your

2    testimony correctly, then what was the, then what

3    was on the outside of the round carton box was

4    different from the actual tissue box, tissue boxes

5    of gloves within those cartons?

6    A    Correct.

7         Q    Okay.  So just to look at a couple, I

8    want to ask you about a few things in this E-mail.

9         So you said a moment ago that the customer did

10   not notice.  So how did this, if I heard you

11   correctly, how did this issue come to your or

12   Bruno's attention?

13   A    Uh, because the same as we have explained on

14   Friday, before shipping out anything, first of all,

15   I make clear to the warehouse what to send, how to

16   send, how much of each size, and make sure that

17   exactly what was ordered, this is sent to the

18   customer.

19        In this case, we know that we need only

20   examination gloves and the specific size mix.

21        I'm not sure who was the one opening a box to

22   check it out, this is either the warehouse or

23   Bruno, himself, because that time especially the

24   initial order, Bruno, himself, was very involved to

25   make sure that everything is successfully and as

1   confirmed between the customer and me.

2        So, therefore, he went personally to the

3   warehouse to double check everything, and he

4   somehow, either he or the warehouse people realized

5   that this is a problem in the size mix, but before

6   putting out on the truck, they arranged all this

7   work to be done.

8        When the customer got it, he -- I don't think

9   there is a way, unless he might notice that the

10  boxes were opened and re-taped, but other than

11  that, everything was already done in a perfect way.

12       **Q    And throughout your, you know,**

13  **throughout your work and selling these gloves to**

14  **Rock Fintek and to your other customers, if there**

15  **was a reason for you to have the cartons, the round**

16  **cartons opened and repackaged, you had the ability**

17  **to do that; correct?**

18  A    Not really, no.  Not --

19       **Q    Didn't you just testify that that**

20  **happened here?**

21  A    Yes, and this is, first of all, thanks to

22  Bruno that he was personally going over to the

23  warehouse before shipping to do the work, and he

24  had to get permission from the warehouse to get an

25  area.

1      I don't know how, what size.  I mean, what the

2   size of the area of the warehouse, and this is a

3   busy warehouse.  They have to give him some room

4   somewhere to work, and most of the time, first of

5   all, I usually never run over before shipping goes

6   out, or I was personally the warehouse many times

7   just to inspect what I got, but not before a

8   shipment was shipping out, and especially later on,

9   when the shipment was going out of California,

10   there is no way for me to run over.

11      There is really, I mean, technical if I would

12   be there, and I would ask for it, I don't know,

13   maybe it would be possible, but in this case, I

14   never had a chance to do that.  I'm really thankful

15   to Bruno because, otherwise, this would be a mess,

16   if this got to the customer that way.

17      And after we learned that problem, this is

18   what the E-mail is about, we hired, we hired in the

19   E-mail that we looking at, it says that we hired

20   security overseas before they, the company shipping

21   the goods to me.

22      Q    So that was my next question.  You

23   reference here to hiring private security.  Where

24   was this private security hired?

25   A    Overseas.  We paid, I mean actually not me,

1   but in this case, was Kitchen Winners paid to a

2   private company to do quality control.

3       This is why we call it security because this

4   is not part of Medcare company.  This is private

5   people hired by either by Kitchen Winners or at

6   their direction, I'm not sure, to do quality

7   control to make sure whatever goes on their

8   container to come to New York should be the way we

9   ordered.

10      **Q    Do you know who the private security**

11  **were?  Like what the name of the company or**

12  **individuals were involved in that work?**

13  A    No, I have no idea.  Was nothing between,

14  nothing that I was in charge of.

15      **Q    So just to be clear, I want to make**

16  **sure I understand your testimony.**

17      **So you are testifying that Bruno or somebody**

18  **at the warehouse realized that the sizes, that the**

19  **information about sizing on the cartons was**

20  **inconsistent with the tissue boxes of gloves**

21  **actually inside the cartons; so far am I correct?**

22  A    Yes.

23      **Q    And so they went through this first**

24  **order, this container, and they repackaged the**

25  **gloves to fix the issue; is that correct?**

1    A    Correct.

2         Q    Do you know if this took place at the

3    New Jersey warehouse or the Los Angeles warehouse

4    or something else?

5    A    Only in the New Jersey warehouse, and only for

6    the first container or so.

7         Q    So and this is, the New Jersey

8    warehouse is Avery Logistics; correct?

9    A    Correct.

10        Q    So at least at the New Jersey

11   warehouse, you had the ability to have folks over

12   there open the cartons and repackage them, if they

13   realized or if someone realized that that was

14   necessary; correct?

15   A    Look, I never tried.  So I cannot testify that

16   I have the ability.  That initial, only Bruno was

17   there, not me.  He had managed to get it done

18   somehow, and I'm thankful this was done, but other

19   than that, I never did that any order.

20        Q    Well, at the time that Bruno, according

21   to your testimony, did this work, who did the

22   gloves belong to?  They were still yours; correct?

23   A    Was mine, correct, and under JNS, but I

24   never -- I was never there for, for that time to

25   open boxes and do anything.

1      I was there just to check the initial, the

2  receivings.  We only opened one box or two boxes

3  just to make sure that looks okay, and that's it.

4      **Q     Do you know who -- did the warehouse**

5  **workers do the work for free?**

6  A    No, definitely not.

7      **Q      Who paid for that work?**

8  A    I paid extra few thousand dollars for that.  I

9  paid to Bruno an extra, I don't remember the exact

10  amount, but a few, couple of thousand dollars.

11     **Q      Did you pay it --**

12  A    To Bruno.

13     **Q      Did you pay it to Bruno or to the**

14  **warehouse?**

15  A    No, I paid, this time I paid it to Bruno.

16     **Q      And how did you pay it?**

17  A    The same way I paid him his commission, wire

18  or check, I don't remember, but I remember that he

19  got an extra, like an extra commission.

20     I couldn't touch the amount because there was

21  many people involved, if you know the chain behind

22  Bruno.  I don't know all the people, but they talk

23  about Ms. Lee, and I don't know who else, but the

24  commission was paid and separately I gave him

25  another check or wire for a couple of thousand

1  dollars to cover these expenses.

2      Q     And the record of that payment would be

3  in either your bank, it would be in your bank

4  account from that time period; correct?

5  A     I guess so.  I don't know what, I guess so.  I

6  got to look her up and find them, but should be in

7  the bank.

8      Q     Okay.  You can close that exhibit, and

9  please open Stern-15, should also be in the, in the

10  final exhibits folder.

11      For the record, this is an E-mail with an

12  attachment from you to someone named Shimon,

13  S-H-I-M-O-N, from Fried, F-R-I-E-D, at

14  Starpluscapital.com, and it attaches a 25-page

15  document that's titled, "CT 41939.doc.  Let me know

16  when you have that open.

17  A     I got it.

18      Q     Okay.  Who is Shimon Fried?

19  A     Shimon Fried is also just a guy that I know

20  that he has connections with a few wealthy people

21  that own nursing homes and similar facilities, and

22  I ask him his help, if he can get me some

23  customers.

24      So one of the, part of the information how to

25  get a customer was to forward him an inspection

1  report, which CT 41939 is actually an inspection

2  number, if you look at the first page of that

3  inspection report.

4       And I just gave him that as a sample to

5  forward to his people he knows, try to make a sale.

6  Actually, then we never did anything, but at least

7  we tried.

8       Q    Okay.  That was my next question.  Did

9  you ever obtain any clients through Mr. Fried?

10  A    No.

11       Q    And the inspection report that's

12  attached is done by a company named CTS Inspection;

13  do you see that?

14  A    Correct.

15       Q    And under the heading "Client," on the

16  first page of the report, it says, "Kitchen

17  Winners, Inc."  Do you see that?

18  A    Correct.

19       Q    Okay.  Did you obtain this inspection

20  report from someone at Kitchen Winners?

21  A    Yes.

22       Q    Okay.  Did you personally have any

23  involvement in any testing or reports performed on

24  the gloves that you sold to Rock Fintek?

25  A    No.

1          Q     Okay.  Please turn to Stern-16.

2     A    Okay.

3          Q     Stern-16 is an E-mail dated

4     February 22, 2021.  Again, this is one-page

5     document produced to us by your Counsel from

6     someone named Thomas Landrigan, L-A-N-D-R-I-G-A-N.

7     Appears to be an attorney at the firm of Cohen

8     LaBarbera and Landrigan, L.L.P., to you and a

9     number of others.

10         Who is Mr. Landrigan?

11    A    Give me a minute.  Let me refresh my memory

12    here.

13         Q     Sure.

14    A    Okay.  So this Thomas work for that, uh, law

15    firm.  I don't remember at the moment the name of

16    that attorney that I was dealing with.  Maybe it's

17    mentioned somewhere.  I don't remember.  Uh.

18         Q     So were they representing you or

19    someone else in this?

20    A    Okay.  So this is, this is, uh, in regards to

21    the AMCM gloves, that I also got some of them,

22    which is just for the record for the new recorder,

23    I got Medcare gloves for a company Kitchen Winners,

24    and I also got some later on, not that much, but

25    some gloves for a company named AMCM.

1        So before they form the AMCM legal company

2   name, it was me, my name Joel Stern, with a guy

3   named there I believe Abe Mandel, I guess so, yea,

4   "AM" stands for Abe Mandel.

5        So Abe Mandel together we formed some kind of

6   partnership into a legal name of, it was another

7   legal entity, doesn't mentioned here.  I don't

8   remember, but to form a partnership between me and

9   him, and then he created the company AMCM with his

10  partners to get Medcare gloves and send it to me,

11  and this is part of the setup here.

12       I don't remember all the details, but this is

13  part of the setup.  I said, I don't remember all

14  the details, but this is part of the setup of that

15  partnership for me and that other company.

16       **Q     Okay.  So let me break that down for a**

17  **minute.  So you know Mandel, who is mentioned in**

18  **the, in the first paragraph of the E-mail, he was a**

19  **part of AMCM, or he was your partner?**

20  A   Uh, in short, both.  I tried to explain it to

21  the best of my memory, but I don't remember

22  everything.

23       Uh, I was coming in as a money partner in this

24  company.  Money actually was not my money.  I took

25  that money from investors.

1        He had partners that helped him get the gloves

2    from Medcare, but to make it work for both parties,

3    he made one company named AMCM Glove, L.L.C., which

4    is his company and with together with his partners

5    in this case I would say that this is like the

6    competition of Kitchen Winners, and then we formed

7    another L.L.C., which is not mentioned here, and I

8    can't remember the name, but something like the

9    first initials of my and his name, I don't remember

10   exactly, to be the investors in this purchase.

11       So me, together with him, was supposed to put

12   in the money, as you see there, 50 million,

13   together or separately.  I don't remember, to get

14   the capital to bring in the Medcare gloves.

15       **Q    So AMCM was the seller?**

16   A    Correct, and I have no partnership in AMCM.

17       **Q    Okay.  And the buyer was this new**

18   **entity that was formed --**

19   A    No.

20       **Q    -- 50/50 Stern and Mandel?**

21   A    No, the buyer was JNS.

22       **Q    Okay.  So where does the 50/50 Stern**

23   **Mandel come into the picture here?**

24   A    The investor for AMCM.

25       **Q    I apologize, I'm just not fully**

1   understanding.  So AMCM, AMCM was selling gloves to

2   JNS?

3   A    Correct.

4        Q    AMCM was buying gloves from who, to

5   your knowledge?

6   A    Medcare.

7        Q    Okay.  And in this, it is your

8   testimony that you and Mr. Mandel formed another

9   entity in which you were 50/50 partners?

10  A    Correct.

11       Q    And was it you personally that was a

12  member in that new entity, or was it JNS that was a

13  member in that entity?

14  A    Good question.  I don't remember.  I'm sorry.

15       Q    Okay.  And what was the role of the,

16  I'll call it Stern Mandel entity?  What was the

17  role of that entity?

18  A    To be the investors, bring in capital to AMCM.

19  They should be -- AMCM should be able to procure,

20  to purchase the gloves from Medcare directly and

21  then sell it to whoever they need to sell it,

22  including myself, JNS Capital.

23       Q    So you and Mr. Mandel would fund AMCM,

24  who would then purchase the gloves from Medcare and

25  then sell those gloves to you?

1   A    Correct, this was like a double type of

2   partnership, not a direct double, but one part of

3   it has nothing to do with the other one.

4        Let me just repeat it.  As a 50 percent

5   investor, this is one deal that I made with

6   Mr. Mandel, that I'll bring through my network some

7   investors to invest in AMCM.  AMCM will have the

8   capital to buy gloves.

9        These gloves that AMCM purchased directly from

10  Medcare doesn't belong to me or anyone.  It belongs

11  just to the company named amount AMCM.  They have

12  the right to sell it to the open public.

13       Besides that, made another deal with JNS

14  Capital, which is my company, to purchase part of

15  these gloves to, for myself to sell it.

16  **Q    Do you know the price at which AMCM was**

17  **buying gloves from Medcare?**

18  A    Uh, no.  I don't remember this time.  I mean,

19  at this time was --

20  **Q    Did you know at the time as an investor**

21  **in AMCM what AMCM was paying for the gloves that it**

22  **was buying from Medcare?**

23  A    Kind of like, if you want me just to guess out

24  of my memory, I would say that the, that the raw

25  price I paid was in the range of around $6, and

1    this is just for the gloves itself.  Then there is

2    all the logistics and all the expenses around,

3    which I have no idea.

4        Q    I don't want you to guess.  My question

5    was a little different.

6        It's not what the number was, but at the time

7    that these transactions were taking place, did you

8    know the price?

9    A    At that time, we have open conversations, yes.

10       Q    Did you have any operational role in

11   AMCM aside from being a 50 percent investor?

12   A    Nope.

13       Q    Were you -- did you have any ownership

14   or membership interest or any equity in the AMCM

15   glove?

16   A    No, they didn't want me in there.

17       Q    How do you know Mr. Mandel?

18   A    Also a person from my community.

19       Q    Have you done business with Mr. Mandel

20   other than this venture that is described in the

21   exhibit before you?

22   A    No, never before and nothing after so far.

23       Q    And have you spoken with Mr. Mandel

24   about the issues with Medcare gloves that are

25   involved in this litigation?

```
 1   A     No.
 2         Q     Do you know if Mr. Mandel is aware of
 3   the existence of this litigation?
 4   A     I have no idea.
 5         Q     All right.  So I want to turn to your
 6   relationship with Rock Fintek.
 7         So we've already gone over the initial
 8   transactions where you communicated with them
 9   through Bruno.  We don't need to revisit that.
10         When do you recall first having any contact
11   with either Bradley Gilling or Thomas Kato oh spell
12   check.
13   A     So looking back, to the best of my memory and
14   knowledge, uh, the sale with Bruno happened
15   somewhere around February, but we were busy with
16   that weeks before, maybe months before.  I don't
17   remember when it started, but this is all with
18   Bruno.
19         After that, uh, we had, we just discussed
20   before, we had a hard time in the first delivery
21   that Bruno worked overwhelmed and hired them people
22   during the pandemic, which was really hard at that
23   time, and together special permission from the
24   warehouse bring in outside people to work,
25   repackage them.  It was very hard job.
```

```
 1        And then I had many more containers on the
 2   water that got, as was later, got they was notified
 3   that everything is, we gonna have some waiting
 4   time.  So shipments were not coming in as expected
 5   on time, and this is when we got a break.
 6        So I don't remember exactly, but as far as I
 7   remember, we gave him like three deliveries in
 8   February, and then it stopped because we were short
 9   on stock.
10        Q    Short of stock, S-T-O-C-K?
11   A    Stock, right.  We didn't have inventory.
12   Everything was on the water, waiting to arrive in
13   the United States.
14        Q    And then in some point in March --
15   A    And then some point in April, I would say
16   April, not March, if I remember.  First of all, I
17   didn't have any contact information to these, any
18   of these guys from Rock Fintek.
19        I didn't even know their names, maybe I notice
20   a name on the signed document, but that's all, but
21   when the shipments finally arrived, and we have a
22   few customers, but we were also trying to get more
23   because I had ability at that time to get much more
24   glove.  I start looking around.  What else I can
25   do.
```

1        So this relationship with Bruno,

2    unfortunately, stopped with this customer because

3    he didn't want to work so hard.  So I on my own

4    tried to get their contact information.  I don't

5    remember how I got it, by searching the name in

6    Google.

7        So somehow I got their contact information,

8    either their phone number or E-mail address

9    somehow, and I reached out to them if they got some

10   of my gloves, and if they are happy, and they want

11   to take more.

12       And they responded to get more and not only

13   more, they want, they start begging me how much I

14   can get.  They would like to get much more, and

15   when I gave them the first -- I mean, I wouldn't

16   say first, but the first, the second time I gave

17   them the first order, around in April, it started

18   begging me as much as I can get them, I mean.

19       Everyone was low on stock still.  Yeah, the

20   real stock, the real shipment start coming in, if I

21   remember, in May.  This has when United States got

22   flooded, when the court opened everything, slowly

23   but surely got back into order, but until then,

24   everything was stuck and on the water.  Everyone

25   was waiting for that shipments to come in.

1        Q     So as you sit here today, do you recall
2   who the first, you know, who you made contact with
3   first at Rock Fintek?
4   A    First between Brad and Tom, I don't recall.  I
5   spoke with one of them, and they connect me to
6   another one.  I don't remember.
7        At one point when I spoke with Tom, he told me
8   that I have to discuss everything with Brad because
9   he's his main guy in the office, but who I contact
10  first, I don't remember.
11       Q     So throughout your, just overall
12  throughout your relationship with Rock Fintek, by
13  what means did you communicate with Tom and Brad?
14  A    Initially, I don't remember it was by phone or
15  E-mail or whatever.  Then he asked me to please
16  follow-up with WhatsApp because that's the best way
17  for him to communicate.
18       He opened that Joel NY group on WhatsApp, and
19  it has another word.  I don't remember.  Glove.
20  Joel NY Glove.  It was a WhatsApp group between me
21  and Tom and Brad, and this is I believe at that
22  time in the beginning we must have conversations
23  was taking place, and we have a few conference
24  calls and so on.
25       Q     You spoke by phone with them, you

1   communicated through WhatsApp, and by E-mail; is

2   that fair?

3   A    That's fair, but unless I will check, I will

4   find more E-mails, I would say that the E-mail was

5   used solely for providing sharing information as

6   needed.  Other than that --

7        Q    You don't have to check right now.

8   A    Okay.  I get.

9        Q    There is another time for that.

10       Can you open Stern-17, please, and so for the

11   record, Stern-17 is a pdf of your entire WhatsApp

12   chat called Joel NY Gloves.  The first, the first

13   chat looks like it starts on March 26, 2021, at

14   11:55 a.m.  It's a 31-page document, and the last

15   chat in time is July 20, 2021, at 6:35 p.m.

16       And for the record, the document that's before

17   you and the exhibit has some highlighting on it,

18   which I have added to it for the ease of deposition

19   questioning.  So the highlighting did not appear in

20   the original document.

21       So let me know when you have that open.

22   A    I have.

23       Q    And I'll have a few questions for you

24   about some of the highlighted portions of the chat,

25   but to the extent you need to read any context

1  around it, feel free to do that.

2  A    Okay.  So you can go ahead and start if I

3  finish or --

4       Q    So this chat starts on March 26, 2021.

5  It's fair to say that you had already communicated

6  to some extent with either Tom or Brad or both

7  before this chat had started; correct?

8  A    Makes sense, yes.

9       Q    Okay.  And so if you take a look at,

10 this is close to the top of the first page at

11 2:54 p.m., chat, where you write:

12      "Thank you, Tom, for the follow-up call.  I

13 have reached out to one supplier and couldn't reach

14 my other one today.  Based on your proposal, we can

15 definitely work out a deal and possibly start

16 getting deliveries in the first or second week of

17 April."

18      And then it goes on from there.  Do you see

19 that?

20 A    Yes.

21      Q    Who would be the suppliers that you

22 reached out to that you reference in this E-mail?

23 A    Again, for the record, I'll repeat myself that

24 I can answer to the best of my memory, and in

25 reality, I got gloves only from these two names

 1   mentioned before.

 2        Number one, Kitchen Winners.  It was the

 3   majority of Medcare gloves, and, number two, is

 4   AMCM, which later, later on I got some Medcare

 5   gloves, I got more Medcare from the same brand

 6   Medcare, M-E-D-C-A-R-E, gloves through the company

 7   named AMCM, mentioned before.

 8        However, in the meantime, I have, I was

 9   communicating with other suppliers about the

10   possibility to get gloves especially for direct

11   order.

12        So I don't remember the quantity that was ask

13   for by Rock Fintek, but I remember they mentioned a

14   large quantity that they might need it a large,

15   meaning, large 50,000, 100,000, I don't remember

16   the numbers.

17        So I reached out to many others, not only

18   these two that I was dealing with, but I reached

19   out to many others if they would be willing to

20   supply this type of gloves and within their

21   timeline.

22        But now answer your question, which suppliers

23   I'm referring to, I cannot say for sure.  I don't

24   remember, but either one of the two that I was

25   dealing with or others that I never end up dealing

```
 1   with.
 2        Q    Okay.  At the bottom of page two of
 3   this document, do you see just a line highlighted
 4   at 2:37 p.m.:
 5        "Brad, says hey, Joel, can we get on a call?"
 6   A    Yes.
 7        Q    You respond.  So the phone calls that
 8   you had with Brad or Tom or both, were they like
 9   regular phone calls, or were you using the WhatsApp
10   voice call feature when you communicated with them?
11   A    Oh, I don't remember.  I'm -- actually, I
12   would say we used both.  Sometimes this, sometimes
13   that, but was no, no, we had no rule on that.  I
14   mean, whatever works at that time.
15        Q    Okay.  Go to page 3, please.  There is
16   some, just a few lines highlighted.
17   A    Okay.
18        Q    I'll draw your attention to that part
19   of the page.  So you write on April 6, 2021:
20        "3/31 OTG and LA, just me involved in the
21   process of being palletized."
22        Do you see that?
23   A    Yes.
24        Q    Okay.  What does O-T-G mean?
25   A    On the ground.
```

1      Q      Okay.  So it means the goods are on the

2   ground in LA; correct?

3   A    Correct.

4      Q      All right.  When you write, "Just me

5   involved," what do you mean by that?

6   A    Uh, I don't remember all the details.  If you

7   want me, I can go back and read a little more, but

8   to the best of my memory, uh, we were dealing here

9   with different lots of gloves on the same brand

10  Medcare.

11      It was the gloves that I got from Kitchen

12  Winners, which was explained on Friday, that I have

13  some other partners, the names Joel Levkowitz,

14  David Ruben, and Jay or Joe Masry, you remember

15  these names.

16      So I -- this was like a group, and then there

17  was the gloves that I owned under the same company

18  named JNS Capital Holdings, but no partners

19  involved.  This was purchased through AMCM.

20      When I'm referring that no other people

21  involved, uh, usually what it meant is that no one

22  else has the authority to say yes or no, except me.

23      Because with the gloves from Kitchen Winners,

24  I had to get permission from my partners if they

25  want to sell it for this price and this and that.

1    Q    Understood.  And at this time what

2  you're saying to Thomas and Brad, that these gloves

3  are on the ground, that means you have them, that

4  they're yours, right, you own them at that time?

5  A    Correct.

6    Q    And you were paying warehouse operators

7  to palletize the gloves; correct?

8  A    Correct.

9    Q    So --

10  A    No, again, I don't remember offhand which

11  gloves I'm referring to here, maybe I can go back

12  and double check, but I don't remember, but

13  whatever it says, this is to the best of my

14  understanding what I meant.

15    Q    So then you write at 2:19 p.m., this

16  is, this -- let me start again.

17    "This one is the same good gloves, inspection

18  and test reports showing examination but not

19  printed on the box... give me an offer, and we will

20  correct the boxes for you."

21    Do you see that?

22  A    Yes.

23    Q    Okay.  What did you mean when you wrote

24  that?

25  A    Again, I don't remember what was the story

1    behind what -- you know what, give me a minute.

2    Let me try to read a little before and a little

3    after to refresh my memory.

4         To being honest, I, I can't remember which lot

5    of gloves this was.  I remember at one point I had

6    an offer to buy and -- not to buy, to be a broker

7    and sell some gloves with protection on the boxes.

8         I don't remember if this is it or something

9    else.  So you can go ahead with your question, but

10   I don't remember exactly which lot this is

11   referring to, and it doesn't say here between the

12   conversation what this is.

13        **Q     Okay.  Well, when you just said a**

14   **moment ago, you had an offer to buy some gloves**

15   **that is protection.  What do you remember about**

16   **that?**

17   A    This was through the same guys who was

18   involved in AMCM.  That other Mendlowitz.  So some

19   of, a few partners in AMCM has that last name.

20        One having the first name Cham, C-H-A-I-M, and

21   another one I believe was Joel, J-O-E-L, and they

22   were partners with that Mr. Mandel, mentioned

23   before, in the company AMCM.

24        And at one point they offered me to broker --

25   I never bought it, but they offered me if I can

1   help them sell a few containers of Medcare gloves,

2   which was supposedly exactly the same type of

3   gloves, which means examination gloves, blue color,

4   nitrile, however their packaging was saying

5   protection, instead of examination.

6        **Q     So isn't that exactly what you're**

7   **offering to Rock Fintek in this April 6, 2019, p.m.**

8   **message, where you write this is the same gloves**

9   **showing examination -- report showing examination**

10  **but not printed on the box, give me an offer, and**

11  **we will correct the boxes for you?**

12  A   It makes sense, but I can't confirm something

13  that I am not 100 percent sure.

14       **Q     Okay.**

15  A   And just to add, if that's the case, we never

16  ended up -- I never took over that gloves, and we

17  never made that sale.  I just tried to help these

18  people get rid of them.

19            MR. RAKHUNOV:  Can we go off the record

20       for just 30 seconds.  I guess let's take a

21       two-minute break.

22            (Whereupon, a discussion is held off

23       the record at 11:32 a.m.)

24            (Whereupon, record commences at 11:35

25       a.m.)

```
 1              MR. RAKHUNOV:  Back on the record.
 2       Q     Mr. Stern, are you ready?
 3   A    Yes.
 4       Q     Okay.  So if you go to the top of page
 5   four of exhibit, this is Stern-17.  This is the
 6   continuation of your WhatsApp chat with Rock Fintek
 7   on the same day of April 6, 2021, and let me direct
 8   your attention to 6:44 p.m.
 9       This the beginning of the next highlight.  You
10   write:
11       "I'm back and just trying to follow-up.  We
12   want to send you samples overnight.  I'm sorry for
13   the unexpected break."
14       When you say "break," you mean the time lapse
15   that you just described a few minutes earlier, when
16   you didn't have inventory?
17   A    Uh, no.  I believe he was trying to call me.
18   As you see, the first line of that page, uh, Tom,
19   he's writing Joel -- the first line of this page
20   Tommy Kato is writing the following:
21       "Joel, is there a deal or this is dead?"
22       There is, as far as my understanding and my
23   memory goes back, he was trying to reach me, and I
24   was -- I don't remember where, but either on
25   another conference call or meeting somewhere.  I
```

1   couldn't, I couldn't respond.

2        Q     Do you see actually right below that

3   Tommy Kato writes:

4        "Why is Bernie messaging me?"

5        Do you see that?

6   A    Yes.

7        Q     Who is Bernie?

8   A    He is another guy, who was in that, in that

9   PPE business, and someone I was doing other

10  business with, but not PPE.

11       So sometimes he was trying to get involved and

12  do a deal together with me, and it never ever

13  worked out in this PPE.

14       Q     Do you know what Bernie's last name is?

15  A    Freilich, F-R-E-I-L-I-C-H.

16       Q     Why did Bernie Freilich have Thomas

17  Kato's phone number?

18  A    I have no idea.  Might be on his own.

19       Q     Well, did you give it to him?

20  A    I don't -- I'm not recalling giving him this

21  number.

22       Q     Okay.  So let's go back to --

23  A    But if you see on the timeline, there is

24  messaging at 3:49, 3:53, and then on a little later

25  4:32, Tommy is writing, "This lack of communication

1  is not good," and that two hours later I came back,

2  "Hi."

3      So this was the long break of a few hours that

4  we couldn't get to respond to each other.

5      Q    So you see at 6:47 p.m., Brad messages

6  you, "Sent pictures of the box."

7  A    Yes.

8      Q    You respond: "Okay. Let me" -- and

9  then you signed two attachments.  Do you see that?

10 A    Yes.

11     Q    Okay.  And the first attachment begins

12 with 00000099-CT 3711.  That's the beginning of the

13 first attachment?

14 A    Yes.

15     Q    So let's take a look at that.  That is

16 Stern-18.  Let me know when you have it open.  It's

17 a five-page document that was included in the

18 WhatsApp text messages, produced in this case.

19 A    Okay.

20     Q    And what is the document marked as

21 Stern-18?

22 A    This is, again, a CTS Inspection Report.  CTS

23 is the company who does inspections, and the number

24 CT 03711 is an inspection number.  Says, "Pass

25 inspection," and this was for a certain lot of

1   gloves.

2        Q     Do you know what the inspection, what

3   the gloves are being inspected for by CTS?

4   A    Most of these CTS inspections that you will

5   see in my attachments is all about the same, I'm

6   not sure who ordered these inspections, but it was

7   the Kitchen Winners or maybe some upscale, maybe

8   Medcare themselves, I'm not sure, but to make sure

9   that these are the gloves that we are looking for.

10       I mean, the, we ordered examination gloves,

11  the blue color, nitrile gloves, and they're a

12  certain quality, that it has to match the thickness

13  and the flexibility, and I don't know all the

14  details, but the company got a written list what to

15  look for and just to run it past.

16       Q     Do you hold yourself out as an expert

17  in gloves in terms of quality and testing and

18  inspections?

19  A    No, not at all.  Before the pandemic I didn't

20  even know what all this is about, and at that time,

21  I got a little familiar but not as an expert.

22       Q     So if you scroll down to page three of

23  Stern-18, do you see there some photographs of a

24  carton and then some tissue boxes within the

25  cartons of the Medcare gloves; correct?

1    A    Correct.

2         Q    And at the bottom right, we can see

3    that, that the particular box says, "NitriForce NBR

4    nitrile examination gloves"; correct?

5    A    Correct.

6         Q    Okay.  So you can close that document,

7    and so back to Exhibit Stern-17 for a moment.  You

8    can look on, but you don't have to -- I just want

9    to put on the record that the second attachment

10   that you sent in this chat is at 7:04 p.m., begins

11   with 00000100-CT 04130 underscore 20210311.  That's

12   what it begins with.  Okay.

13        And I am now going to direct your attention to

14   Stern-19, which is that document that you sent in

15   the chat at 7:04 p.m.  Let me know when you get

16   there.

17   A    Okay.

18        Q    And if I direct your attention to page

19   three of Stern-19, do you see there some

20   photographs there of Medcare gloves?

21   A    Yes.

22        Q    Okay.  And these boxes say, "NitriForce

23   synthetic nitrile protection gloves"; do you see

24   that?

25   A    Yes.

```
 1        Q      Okay.  So having looked at the two
 2   attachments that you sent on April 6th, does that
 3   refresh your recollection about what you meant when
 4   you wrote to Rock Fintek earlier on April 6th:
 5        "This one is the same good gloves inspection
 6   and test reports showing examination but not
 7   printed on the box.  Give me an offer, and we will
 8   correct the boxes for you."
 9   A    This, uh, explains the different boxes, but it
10   doesn't, it doesn't say which lots or which owner
11   of these gloves is coming from.
12        So that, to that extent, if that was the
13   gloves meant to come from AMCM or this was
14   something else, I don't remember correctly, but
15   this is explaining exactly what is the difference
16   in the boxes.
17        This box is saying protection, and the other
18   box is saying examination.
19        Q      That wasn't my question.  So go back to
20   bottom of page three of Exhibit Stern-17.  Again,
21   you write on April 6th of 2019, p.m.:
22        "This one is the same good gloves inspection
23   and test reports showing examination but not
24   printed on the box.  Give me an offer, and we will
25   correct the boxes for you."
```

1          Do you see that?

2     A    Yes.

3          Q     Okay.  So you are writing about the

4     protection gloves here and telling Rock Fintek that

5     they're the same good gloves but don't say the word

6     examination; correct?

7     A    Correct.

8          Q     Okay.  And you're asking for an offer,

9     and you're offering to correct the boxes; do you

10    see that?

11    A    Correct.

12         Q     How were you going to correct the

13    boxes?

14    A    Doesn't it say there?

15         Q     If it does, please show me where.

16    A    All right.  Read the whole story.  One of the

17    options that I remember, again, off my memory was

18    that we will provide them original packaging or

19    stickers from Medcare to Tommy, and they will do

20    the work for me.

21         Q     What work?

22    A    Uh, to correct the boxes, to correct the

23    packaging.

24         Q     All right.  Did that happen?

25    A    As far as I remember, unless otherwise

1    mentioned somewhere, it's never worked out at all.

2        They didn't took over this load, and I didn't

3    end up selling this load.  This is, this is what I

4    remember.

5        **Q    Okay.  So for, okay, putting aside Rock**

6    **Fintek, did you ever correct any boxes for any**

7    **other customer by putting the examination stickers**

8    **over boxes that didn't say examination on them?**

9    A    No, I didn't have not the manpower and nor the

10   place to where to do it.

11       As I live in New York, in Brooklyn, and my

12   basement, I don't have place for these gloves, and

13   the gloves were -- the majority in the beginning,

14   the majority of the gloves was in New Jersey, which

15   right away went out to the customers, and then all

16   the leftover gloves was receiving in LA,

17   California.

18       And I needed a sample.  I had a nightmare to

19   get one box over.  It cost me like close to $200 to

20   get one box over by UPS, in order to get samples.

21       So there is no way for me to get this, this

22   job done.  I have manpower; no place to do it.

23       **Q    Did you ever see while doing -- well,**

24   **let me be more precise.**

25       **Did you ever see with your own eyes in 2020 or**

1    **2021 boxes of gloves that were corrected with, as**

2    **you said, corrected with a sticker that said**

3    **examination on them?**

4    A    Nope, never.  As far as my inspections, my

5    personal inspections, when I went over to the

6    warehouses, when I had a chance was always only

7    examination, and if something else was mention, I

8    right away raised a red flag that this is not what

9    I ordered.

10        As far as my information received from my

11   warehouse, my goods were I would say 99 percent or

12   100 percent examination gloves, and when I sent out

13   to customer Rock Fintek, I always called up my

14   contact at the warehouse and asked them to please

15   double check before the shipping goes out that only

16   examination gloves are put on the order, nothing

17   else.

18        **Q    I understand that is your testimony.**

19        **So but you do agree that Rock Fintek did not**

20   **want to buy gloves at any point in their**

21   **relationship with you that said protection or**

22   **anything other than examination on the boxes;**

23   **correct?**

24            MR. FRISCH:  Objection.

25   A    I agree for the time being, but as a matter of

1    fact, uh, a little later on in about April or May,

2    when we're starving to get more product, and we're

3    short on product, I didn't have at that time

4    available, and the same thing Kitchen Winners

5    didn't have other gloves available.

6         I've spoken back then with Hershel Weiner of

7    Kitchen Winners, and he offered them four

8    containers of protection gloves, and they accepted

9    it, and they said it was okay.

10        So even though in my level and JNS Capital, I

11   might not never sold them at least on purpose

12   protection gloves, but on the other end with

13   Kitchen Winners, they accepted officially

14   protection gloves, and at that time we didn't have

15   anything else, and they said was okay.

16        And they never came back complaining to me

17   that something is wrong with my boxes.  The first

18   initial time when I find out that they have a

19   problem was at the end of this, which is --

20        Q    Mr. Stern, let's focus on my questions

21   for now, otherwise, we will be here the whole day.

22        So you just, now, I will break down what you

23   just said.  You just testified that that it is your

24   understanding that Kitchen Winners sold Rock Fintek

25   protection gloves, and that they accepted them, and

```
 1   said those gloves are okay.  Is that your

 2   testimony?

 3   A    Yes.

 4        Q    Okay.  How do you know this?  Let's

 5   start with that.  How do you know what you just

 6   testified about?

 7   A    Based on conversation I had back then.

 8             MR. FRISCH:  Objection.

 9   A    What --

10        Q    Sorry, I think there was an objection,

11   but please state your answer again to make sure the

12   answer is clear.

13   A    Okay.  So based on the conversation I had with

14   Hershel Weiner, Kitchen Winners at that time, he

15   sold, uh, Kitchen Winners sold to Rock Fintek like

16   four containers with the boxes saying protection

17   gloves, and they accepted it, and they said it's

18   okay.

19        Q    When did this conversation with you and

20   Mr. Weiner take place?

21   A    Awhile ago.  I don't remember.

22        Q    Well, do you remember whether it was in

23   the summer of 2021, or while you were still doing

24   business with Rock Fintek?

25   A    No -- I'm sorry -- I would say it was around
```

1    that time March, April, May.  I mean some before,

2    during, or after the shipping.  At that time, we

3    were communicating between each other from

4    time-to-time.

5         Q     Okay.  And what exactly did Mr. Weiner

6    tell you?

7    A    Uh, don't catch me on the wording, but

8    basically, the idea was that, uh, we were both out

9    of stock, and I will get to it maybe later on.

10        At one point he took over my leftover stock

11   after I finish selling, and he took over to sell

12   for Rock Fintek, but before that, we were both low

13   in stock.  Rock Fintek was begging for Medcare

14   glove, and they were very satisfied with these

15   gloves, and they asked me, and I guess they asked

16   me and I guess they asked Kitchen Winners, the

17   same, to get as much as possible of this Medcare

18   gloves to fulfill their PO to their customer, which

19   we didn't know, by the way, who their customer was

20   at that time, but anyway, uh.

21             MR. FRISCH:  Excuse me, Joel, I missed

22   a few words.  I don't know if everybody else did,

23   but I missed sounds for a few seconds.

24             MR. RAKHUNOV:  I'm hearing him loud and

25   clear.  So as long as the court reporter is, too.

```
 1              THE COURT REPORTER:  I can hear.

 2   A    So let's start over somewhere in the middle.

 3        At that time in April or May of 2021, JNS

 4   Capital, I and JNS and Kitchen Winners, they're

 5   both low on stock waiting for the inventory to come

 6   in, and, in the meantime, Rock Fintek was begging

 7   to get more gloves to fulfill their order for their

 8   customer, which at that time, by the way, I didn't

 9   know who their customer was.

10        And this is when Kitchen Winners called for,

11   to Rock Fintek, for four containers of gloves with

12   the label protection -- I mean, I'm sorry, not the

13   label, but the box saying protection, and they said

14   they accept it, and then when they receive it, they

15   said okay.
```

**16      Q    Did Mr. Weiner tell you whether there**

**17   was a contract between Kitchen Winners and Rock**

**18   Fintek for protection gloves?  Did he -- what else**

**19   did he tell you about these four containers of**

**20   protection gloves?**

```
21   A    About, about these four containers, he didn't

22   tell me much more, but in general, uh, there was

23   some communication going on between me and Kitchen

24   Winners because -- to explain it, you will have to

25   give me a minute to go back.
```

1        I had sold to Rock Fintek back in

2   February 2021.  Then we had like a break for two

3   months until April 2021, which I reached out to

4   Rock Fintek and made a sale.  At the same time --

5   if I am going too fast, tell me.

6        And at the same time, I'm not sure if Rock

7   Fintek reached out to Kitchen Winners or the

8   opposite.  Uh, if Kitchen Winners have someone like

9   a salesman reach out to Rock Fintek on their own,

10  but somehow Rock Fintek and Kitchen Winners got

11  connected communicating about the contract of

12  like -- I don't remember the number, but in the

13  range of a million gloves or maybe more.

14       And this was at the same time I was selling, I

15  was trying to sell them what I had.

16       At first I sold some of my inventory to Rock

17  Fintek, and they were begging me for as much as

18  possible.  When they asked me for extremely large

19  number that I wasn't able to or capable to deliver

20  them on my own, I reached out to Kitchen Winners,

21  who was my supplier at that time, if I can accept a

22  contract with that much of gloves to fulfill such

23  an order.

24       So he said let's have a conference call

25  together.  This is when I connected Rock Fintek to

1    Kitchen Winners with me about, and soon later, they

2    realized -- Kitchen Winners realized that this is

3    the same customer that they been dealing on their

4    own before I bring them together.

5         So to fast forward, I don't remember all the

6    details, but to make a long story short, I sold

7    them a nice few containers of gloves during the

8    months of April and the beginning of May.

9         At the same time Kitchen Winners worked out a

10   contract with Rock Fintek for millions of boxes of

11   gloves, I'm not even sure the exact amount, and

12   when I stopped selling because they start --

13   because Kitchen Winners took over, at one point

14   Kitchen Winners ran out of stock and Kitchen

15   Winners came to my if he can take over my whole

16   leftover stock to fulfill their orders until they

17   get their new stock.

18        So at one point, I don't remember dates, I'm

19   sorry for that, but let's assume it was in May, uh,

20   Kitchen Winners took over most or everything that I

21   have left over in LA at that time, and as far as my

22   memory goes, uh, I was told that they just

23   delivering to public warehouse, where Rock Fintek

24   is sending their truckers to pick them up.  They're

25   not delivering to any customer, and they don't know

```
 1   the customer.
 2       Q    So have you ever seen the contract
 3   between Rock Fintek and Kitchen Winners
 4   and Adorama?
 5   A    No.
 6            MR. SPERBER:  Objection.  Note my
 7   objection to the form of the question.
 8       Q    Did you ever see that contract?
 9   A    No.
10       Q    Okay.  So you were relying on whatever
11   Mr. Weiner told you about the terms of the deal
12   between Rock Fintek and Kitchen Winners and
13   Adorama?
14            MR. SPERBER:  Objection to form.
15   A    I didn't really -- I wasn't really involved in
16   their contract.  All was, all I took care was that
17   I have a customer I wanted to sell.  He has a
18   customer who wanted to sell, and we are trying to
19   find a way that everyone should be okay and in a
20   nice way.
21       Q    So putting aside your testimony about
22   what Mr. Weiner told you regarding his dealings
23   with Rock Fintek, your understanding was that Rock
24   Fintek at all times when dealing with you wanted
25   only examination gloves; is that still your
```

1  testimony?

2         MR. FRISCH:  Objection.

3  A    My understanding is they order examination

4  gloves because this is what was preferred to the

5  customer, and based on conversations that I

6  remember having with them, they didn't want to run

7  in complication explaining to the customer that

8  this is the same glove, not no matter necessarily

9  that the glove is wrong, just as a matter that the

10  packaging is wrong, and they will have to deal with

11  their client and end users.  To explain all of this

12  will take them just like a pain in the neck.

13        So, therefore, they prefer not to deal with

14  the protection gloves and receive only examination

15  gloves.

16        At the same time, as I explained before,

17  whenever I went over to the warehouse, I made sure

18  I inspected my goods, and I always confirmed that

19  my inventory is examination gloves, and the same

20  happens when I send out to a customer, I always

21  called up the contact at the warehouse at that time

22  to please double check and not only in the records

23  but to open actually boxes and double check that

24  the goods inside is examination gloves before it

25  goes on the truck.

1       Q     So when you say whenever I went over to

2    the warehouse, let's start with New Jersey.  How

3    many times did you visit the New Jersey warehouse

4    to inspect the goods?

5    A     Uh, I would say roughly like five times.  I

6    couldn't say I was in each and every receiving, but

7    I wanted to spot check to make sure.  Once I seen

8    that all of them are the same and don't forget was

9    the pandemic and a lot of going on.

10       So I didn't ran over to each and every one.

11   Sometimes I asked my contact at the warehouse to

12   make a video call and show me the boxes.

13       And the same applies to Los Angeles, which is

14   for me a ride of hours and was not that -- it would

15   cost me a fortune money and time to go over and

16   back to each and every receiving.

17       So I asked contact, my people, the people at

18   the warehouse to show me a video of my receiving

19   and to make sure that these are examination gloves.

20       Q     Still, again, back to New Jersey.

21       So you say you went there yourself, Joel

22   Stern, about five times?

23   A     Probably, yes.

24       Q     Okay.  Did you ever go to the LA

25   warehouse yourself physically?

1  A    I think I was once there, but I can't recall

2  for 100 percent.

3       **Q     And then when you went to the New**

4  **Jersey warehouse about five times, what steps did**

5  **you take to check that all of the gloves were what**

6  **you claim they were?**

7  A    I went in the warehouse, actually not in the

8  offices, but in the warehouse where the inventory

9  was stocked, and they showed me all my inventory.

10       They even showed me, look, this is someone

11  else, and this is a third-party, but this is all

12  yours and check it out.

13       **Q     And what did you do?  Did you open**

14  **cartons?  Did you --**

15  A    I spot checked some cartons.  I didn't open

16  all the cartons, but like, let's say, I don't

17  remember how many pallets was on a container was

18  coming, skids was coming out of a container, but,

19  let's say, for just an example, uh, let's say,

20  that, uh, 80 pallets of a container, I opened,

21  let's say, five pallets, spot check.

22       I opened one carton of each pallet and look

23  inside the tissue boxes to make sure that these are

24  examination gloves.

25       **Q     And then after you opened these**

1  cartons, did you have them resealed so they could

2  be sold to the customer?

3  A    Yes, sure.  Nothing changed, just open it up

4  and closed it back, and that is it.

5       Q    And when you during these visits to the

6  warehouse, did you take photographs of your goods

7  so you could have some record of it?

8  A    I really don't remember, and if it was, was on

9  my old phone, but at that time, there was no real

10 reason for me to take pictures because I didn't

11 need pictures for anyone at that time.

12      Q    Well, when Brad asked you to send

13 pictures, so you didn't send actual pictures.  You

14 sent two sample -- you sent him two inspection

15 reports; correct?

16 A    It depends when.  At this time --

17      Q    In the chat that we looked at a few

18 minutes ago.

19 A    Right, that was inspection report used for

20 sample because in the inspection was a picture of

21 the box.  It was one way to show a sample, but also

22 as we, as we said on Friday, I had a few individual

23 tissue boxes of gloves with me, and whenever they

24 need, I could just show a picture or something as a

25 sample.

1       Q     All right.  So let's get back to

2   Exhibit 17.  This is the chat we're still, let's

3   get to the bottom of page four.

4       So at 7:51 p.m., Brad writes to you:

5       "'Protection gloves' instead of 'Examination

6   gloves' is an issue."  Do you see that?

7   A    Okay.

8       Q     You see where he writes that?

9   A    Yes.

10      Q     Okay.  And you respond, "It's the same

11  gloves, just different packaging."

12      Do you see that?

13  A    Okay.

14      Q     And you write, "We can get you the

15  inspection reports."

16  A    Yes.

17      Q     And then you write, "If you take both,

18  we can do a deal of 12.5."  That means $12.50 a

19  box?

20  A    Correct.

21      Q     And then you write, "But if you take

22  only the examination ones, we got an offer of

23  13.50, and I need another day or so."

24      Do you see that?

25  A    Yes.

1          Q     Do you remember who the offer for

2     $13.50 was for examination gloves from?

3     A     So as I said before, to the best of my memory,

4     and to the best of my knowledge, this whole

5     conversation first to an offer that I got from

6     AMCM -- actually, not an offer that I got from

7     them, it, it's a favor that they asked me if I can

8     help them sell these gloves, and I offer it to Rock

9     Fintek, and they end up declining this offer, and I

10    never end up doing anything, didn't sell it.  I

11    never owned that gloves.  I never received it, and

12    I never sold.

13         It was just a matter of a conversation trying

14    to make a deal, and this is him showing --

15    refreshing more of a memory, that this is what it's

16    referring to.

17         But it says here that inspection report states

18    that these gloves are examination gloves, and I

19    don't remember how he got that information.  Was it

20    verbally or by E-mail or by some kind of letter,

21    but at that time, Medcare claimed that they have a

22    problem exporting PPE out of their, out of China

23    due to the government limitations.

24         But they were trying to find all different

25    ways how to get it out, and one of the ways was to

1   label it protection to, you know, as a cover-up, it

2   shouldn't show that this is medical equipment to

3   get it out of China, and they at one point, I have

4   seen a letter signed by the owners of Medcare

5   stating, confirming that.

6        And this is probably referring to the same

7   matter, that this, that the inspection report is

8   stating that these are examination gloves and just

9   the boxes that doesn't say.

10       **Q    So let's just focus a little more on my**

11  **questions.**

12  A    So, again, if you don't mind, just a reminder,

13  we are discussing here something that never

14  happened.  We agree?

15       **Q    So, again, I'm going to ask you the**

16  **questions, and then we will get this a little bit**

17  **faster.  I'm certainly not agreeing with you, but**

18  **that's okay.**

19  A    So I'm stating, you don't have to agree, but

20  I'm stating we are discussing here a matter that

21  never happened.

22       It was just an offer that I offered to Rock

23  Fintek.  They have not accepted it.  Maybe I tried

24  to a few times, and that's it.  That is the end of

25  that story.  It was never -- this deal was never

1   done.

2        Q     So I think we can agree on portions of

3   this.  We can agree that Rock Fintek said no to

4   protection, to boxes labeled protection gloves.  Do

5   we agree on that?

6   A    It seems so.  This is what it says there.

7        Q     Yeah, and let's break it down a little

8   more because there is a chat here where Mr. Kato

9   writes at 7:58 p.m. on the 6th that we would take

10  those other ones at 10.50 a box and 12.50 for the

11  correct ones, and "correct" is in all caps.  Do you

12  see that?

13  A    Yes.

14       Q     And you respond:

15       "For $13.50, we've got OTG in New York,

16  approximately, 250 K that you get immediately and

17  probably another 150 K in LA, that is immediately

18  available for next day pickup."

19       Do you see that?

20  A    Yes.

21       Q     And the $13.50 you were referring to

22  now the examination gloves, the ones that are

23  labeled examination; correct?

24  A    Correct.

25       Q     Okay.  And at 8:30 p.m. we are now at

1   the top of page five.  Mr. Kato writes:

2       "You can sell to the other customer.  We are

3   not buying at that price"; correct?

4   A   Correct.

5       Q    You respond, "It's a pleasure following

6   up with business people like you."

7       This is now on the next day.  You write:

8       "I just got off the phone with my people at

9   Adorama.  Here is the outline of the deal they

10  proposed.  Your desired price is $11 per box of 100

11  gloves.  In order to facilitate this price, minimum

12  order quantity is 2 million boxes."

13      Do you see that?

14  A   Yes.

15      Q    Okay.  So when you say you just got off

16  the phone with my people at Adorama, who are you

17  referring to?

18  A   Kitchen Winners.

19      Q    Okay.  And who specifically do you

20  recall being on the phone with?

21  A   Uh, I don't recall, but it's -- it would be

22  either Joel Levkowitz or Hershel Weiner.  I have no

23  other contact at that time.

24      Q    Did you have an understanding of Joel

25  Levkowitz' position or role with either Kitchen

1    Winners or Adorama?

2    A    So I can't confirm something that I'm not

3    personally involved with, but my understanding is

4    you asking is that Joel Levkowitz is a person on

5    his own, not a party or some kind of partnership in

6    Kitchen Winners or Adorama, but he's working on a

7    certain -- I don't know what the deal was, but he

8    made a deal with, either with Kitchen Winners or

9    with Adorama or maybe with both, and somehow they

10   work together.

11        I don't know if this is a commission base.  If

12   he was a salesperson or an inside employee or

13   whatever the deal was, I don't know.

14        **Q    In any event, this April 7th message,**

15   **you don't write Kitchen Winners.  You write my**

16   **people at Adorama; correct?**

17   A    Correct, but this is referring to previous

18   either message or phone call with Rock Fintek for

19   where they were referring that they are in talking,

20   in that they are in talking terms with Adorama

21   about the deal.

22        So this is how the name Adorama came up

23   because I was just following up on their

24   conversation.

25        **Q    Well, did you ever tell Mr. Kato or Mr.**

1    Gilling, hey, it's not Adorama, it's Kitchen

2    Winners, that we're dealing with.  Did you ever

3    correct them, if you thought they were wrong?

4    A    I don't recall going into that conversation

5    about this detail, but this didn't really matter to

6    me at all.

7         Uh, it doesn't really, I mean, change anything

8    from my perspective.  So let them call whatever

9    they like.

10        If they call them Adorama people, let them

11   call them Adorama people.  Who cares.  It's not a

12   contract.  It's not something that is relating to

13   me.

14        For me, it's just a matter of how many gloves

15   I would be able to sell or broker a deal between me

16   and Kitchen Winners.

17        Q    Okay.  If you go to the bottom of page

18   five, I direct your attention to your message at

19   2:30 p.m. on the 7th of April 2021.  You write:

20        "Also, by any chance, can I send you a sample

21   of the protection gloves, and you'll get me any

22   offer on it.  Please keep in mind it's just a

23   cosmetic issue of packaging."

24        Do you see that?

25   A    Yes.

1        Q      Okay.  So you're still trying to sell

2   protection gloves to Rock Fintek; correct?

3   A    It seems like, but to the best of my memory,

4   as you presented before, he gave me some kind of

5   offer of 10.50.  So this was not a really a closed

6   door at that time.  So I tried again, yes.

7        Remember, at that time everyone was, we're

8   looking for gloves, and they were also begging for

9   more gloves to, to fill their obligation to their

10   customer.

11        And we tried all different scenarios.  I tried

12   from my stock.  We tried to make a deal with

13   Kitchen Winners.  I even tried third-party that I

14   never end up dealing with.

15        So since it was so eager to get some gloves, I

16   mentioned again it, maybe use this, and as I said

17   before, at the end of day, later on, not much

18   later, like a few weeks later, they actually took a

19   few containers, four containers protection gloves

20   from Kitchen Winners, which was, by the way, a

21   totally different stock, totally different

22   inventory.

23        This was not the same protection gloves that I

24   offered to give them through AMCM, and just to be

25   clear, AMCM and Kitchen Winners, they were both

1  competition.  So there is no way these two wasn't

2  working together, but at the end of the day, they

3  actually took -- when they were really starved to

4  get some gloves, they actually took four containers

5  of protection gloves, and they confirmed it's okay.

6       Q     Well, and this is four containers from

7  Kitchen Winners that you described earlier?

8  A    Correct.

9       Q     And the only source of your -- the only

10 information that you have on which you base this

11 testimony is what Mr. Weiner told you; correct?

12 A    Correct, but Mr. Weiner is an honest guy.  I

13 trust him.

14      Q     Okay.  And the gloves that you're --

15 the protection gloves that you're referring to in

16 your 2:30 p.m. April 7th message, you already had

17 those gloves in your possession; correct?

18 A    Which gloves?

19           MR. FRISCH:  Objection.

20      Q     The protection gloves.

21 A    No.

22      Q     So what do you -- how are you offering

23 to sell them something that you don't have?

24           MR. FRISCH:  Objections.  I think he

25 testified to this like seven times already.

1        Q      Go ahead.

2    A    It is not my stock.  This was owned by CM --

3    AMCM, I'm sorry.  They had that stock on the

4    ground, and they offered me to send a sample on my

5    behalf or to send it to me or to them on my behalf

6    as a sample, but this was not my stock, and I never

7    opened that, and I never end up getting it.

8        Q      Okay.  And in any event, at 7:15 p.m.,

9    Mr. Kato writes:

10       "Hello, Joel.  We purchased other gloves.  We

11    tried to work with you.  We're all set."

12       Do you see that?

13    A    Yes.  Yes.  So this, as you see, he never end

14    up taking these gloves, and if I am not mistaken,

15    these other gloves might be some from Kitchen

16    Winners and might be from other third parties,

17    which we know for a fact they got gloves from other

18    third parties.  Medcare gloves they got from other

19    third parties.

20       Q      What do you even know about that?

21    A    I know that for a fact.

22       Q      Well, what fact do you know?

23    A    I have to go back to that time to figure out

24    how I got that information, but at that time, I

25    remember I got somehow confirmed either by

1    themselves or by a seller that sold to Rock Fintek

2    Medcare gloves.

3         Q    So it's your testimony, all right, I

4    need to know everything that you remember about

5    you're telling us under oath right now that you

6    know for a fact that Rock Fintek got Medcare gloves

7    from someone other than you or Kitchen Winners and

8    Adorama?

9              MR. FRISCH:  Objection.

10   A    Yes, to the best of my memory, and to the best

11   of my knowledge, I remember at that time, I don't

12   remember now who gave that information to me, but

13   at that time, I was informed that they are getting

14   Medcare gloves from other bodies.

15        You know what, might even Brad told it to me

16   at one time that they got from someone else.

17        Q    And who are those other parties from

18   whom Rock Fintek got gloves?

19   A    I don't remember any name.  I just remember a

20   fact.

21        Q    Were you involved, were you involved in

22   any such transactions?

23   A    No, not at all.

24        Q    Have you ever seen any documents

25   reflecting Rock Fintek getting gloves from anyone

1   other than you or Kitchen Winners?

2   A     No.

3         Q     So let's jump to top of page -- the

4   very bottom of page eight of Exhibit 17, and I'll

5   direct your attention to April 16th.

6   A     Which page?

7         Q     Page seven.  It has number seven at the

8   bottom, and it says --

9   A     Okay.

10        Q     I will ask you first about a message at

11  12:25, starting at 12:25 p.m. and on April 16th.

12  A     Okay.

13        Q     Okay.  Once you get there, let me know.

14  You write:

15        "Good afternoon.  I'm sorry I got a serious

16  problem here.  I'll follow-up in a few."

17        Do you remember what that serious problem was?

18  A     I can imagine, yes.

19        Q     Well, not imagine.  What do you

20  remember?

21  A     If this is referring to what rings a bell, uh,

22  I sold some containers to Rock Fintek at the same

23  time Rock Fintek got into a contract with Kitchen

24  Winners.  Again, the same Medcare gloves.

25        And this automatically created an -- I don't

1  know the exact the right wording for that -- but

2  we -- before I was like a customer from Kitchen

3  Winners, and suddenly I became like a competition,

4  who is selling to Rock Fintek.

5       And as mentioned before, I -- the inventory,

6  the goods that I purchased from Kitchen Winners, I

7  had partners, these names mentioned before, Joel

8  Levkowitz, David Ruben, Jay Masry, and everyone had

9  their own mission in their mind.

10      My partners at that time didn't want me to

11 sell anything to Rock Fintek.  My partners didn't

12 want me to sell anything to Rock Fintek at that

13 time.  They want to let Kitchen Winners sell first

14 until he's done, and then we'll follow-up.

15      **Q    Why?  Why did your partners not want**

16 **you to sell to Rock Fintek but to have Kitchen**

17 **Winners sell the same inventory?**

18 A   Uh, this is too much of details.  In a

19 nutshell, I have to go back and look up all the

20 details, but and if you want me to give it to you

21 in a nutshell, basically, it was related to the

22 side agreement and to certain credits they were

23 trying to get back from Kitchen Winners, and in

24 order to get it, they wanted to be in a good

25 relation with Kitchen Winners.

1        So let him go first.  Let him sell his stock

2    first, and then we will come in and sell it.

3        **Q      Which of your partners said this and**

4    **when?**

5    A    So the times, around that time, that day, as

6    you see I have, as it seems from this messages, I

7    have prepared to sell -- I don't remember how much.

8    Does it say here how much?  I don't know.

9        But, let's say, one or two or three

10   containers, whatever it is, I was prepared to sell

11   to Rock Fintek and I got this sudden stop.  They

12   asked me to put it on hold.

13       So what time it was, I don't know what day it

14   was.  It was that day, I mean, April 16, this is

15   when this conversation happened.

16       So somehow, somewhere between the morning

17   until that time before I send the message, I got a,

18   like a hard shortstop, and I -- that's why I send

19   them the message that I have a problem here.

20       It was an internal problem between my partners

21   that I had to work out before I can continue on

22   this end.

23       **Q      So which of your partners told you that**

24   **Kitchen Winners should sell to Rock Fintek and not**

25   **you?**

1    A    Uh, there was all three together.  I mean, we

2   are all dealing, we're all working like a team.

3        These four people.  So you want to pick a

4   name.  I don't remember.  One of the three names

5   should it be Joe Levkowitz, should it be David

6   Ruben, should it be Jay Masry or Joel Masry.

7        Q    But you don't remember which one?

8   A    No.

9        Q    And you see here on the top of page

10  eight, you write:

11       "I'll have one of my partners calling you

12  now."

13       And then you say:  "I'm really sorry.  I'm in

14  a situation here that I can't really describe."

15       And then Mr. Kato asks:  "Who, Bernie?"

16       And you respond, "No, David Ruben."

17       Do you see that?

18  A    Okay.

19       Q    Does that refresh your recollection as

20  to which of your partners told you that Kitchen

21  Winners had --

22  A    No, and I don't know what it makes a

23  difference who actually said it, but I ask -- but

24  this refresh my memory, that I asked David Ruben to

25  please call up one of these guys at Rock Fintek and

1  explain them that it's not me that have changed my

2  mind just because I got in a bad mood.  It's a

3  matter that I'm unable to actually sell it until

4  this is being worked out and between us.

5      Q    Okay.  So just to summarize, am I

6  correct in understanding that -- sorry.

7      So am I correct that you had agreed to sell

8  certain number of gloves to Rock Fintek, but then

9  your partners did not want you to sell those gloves

10 to Rock Fintek, but instead sold those gloves to

11 Kitchen Winners so you were no longer able to

12 fulfill an order to Rock Fintek; is that what this

13 April 16, 2021, exchange reflects, generally?

14 A    It seems like, yes.

15     Q    Okay.  And then later on the 16th at

16 1:58 p.m. you write that:

17     "If you want to take some of my goods in LA,

18 we can talk about it.  Thank God, I don't have any

19 partners there."

20     Do you see that?

21 A    Yes.

22     Q    And that refers to the gloves that you

23 were purchasing from AMCM that you had in your LA

24 warehouse; correct?

25 A    Right.

1        Q       And then you wrote on April 16th at

2   2:01 p.m.:

3        "And please, please, don't share our

4   conversation with anyone because you will cause

5   damage to our relationships all around.  Please

6   confirm."

7        Do you see that?

8   A    Yes.

9        Q       Okay.  What are you referring to there?

10  A    If my partners will find out that I went

11  behind their back and sell anything to Rock Fintek,

12  even though it's not their stock, but I sell any

13  goods to Rock Fintek, they would be mad at me why

14  I, why I crossed them out.

15              MR. RAKHUNOV:  Okay.  Hang on a second.

16  I'm just trying to find an exhibit.  Unfortunately,

17  a few exhibits from Friday didn't fully make it

18  over into today's database.  So I just need to

19  reload it.  Give me a moment.  Let's take a

20  five-minute break.

21              (Whereupon, a recess is taken at 12:32

22      p.m.)

23              (Whereupon, the record commenced at

24      12:45 p.m.)

25              MR. RAKHUNOV:  Back on the record.

1      Q     Mr. Stern, so we were just talking

2  about before the break, your chats on April 16th

3  with Rock Fintek.

4      If I may direct your attention, let's jump to

5  page 9 of Exhibit 17.

6  A    Okay.

7      Q     And this is still April 16th, a little

8  bit later in the afternoon.  You see at 4:19 p.m.

9  Mr. Kato writes, "Joel, we are trusting you."

10     Do you see that, in the middle of the page?

11 A    Yes.

12     Q     Do you know what Mr. Kato is referring

13 to or what -- strike that.

14     What did you understand Mr. Kato to be

15 referring to when he wrote that we are trusting

16 you?

17 A    As far as I remember, they were about to buy a

18 million dollars to someone they never met, and only

19 as far as I remember, the explanation was the trust

20 comes in here is they were dealing with a person

21 that they never met before and not from the same

22 community, not even the same state.  They were in

23 Florida.  I'm in New York.

24     And as you see, we're coming from different

25 cultures, and they are going to send me a million

1    dollars before getting anything.

2        So there is some trust involved there.

3        So we had dealt before, as I told you before,

4    I told them in February, I sold them some in April.

5    Actually, as far as I remember, this was the first

6    day in April.

7        So they actually just know me from what they

8    got from me in February and a nice bunch of

9    conversations.  Some of them is in WhatsApp chat

10   and some was verbally over the phone and conference

11   calls.

12       Communicating back and forth, but in reality,

13   other than the three containers they took from me

14   in February, they never met me, and they never know

15   me before, but they are going to send me a million

16   dollars to get goods.

17       There is some trust involved.  So this is what

18   they're writing they trust me they are going to get

19   their goods, and they got it.

20   **Q    And then two minutes later Brad**

21   **responds:**

22   **"Joel need invoices also need breakdown for**

23   **Alex at Dimerco," D-I-M-E-R-C-O.**

24   **And then Brad writes:**

25   **"Can he call Jerry now?"**

1        Do you see that?

2    A    Right.

3        Q    So do you know who Jerry is?

4    A    No, Jerry is not someone I was involved with.

5    This is, since this a group chat between Tommy,

6    Brad, and me, Tommy and Brad my understanding was

7    not always in the same office.  So he uses a group.

8        Meanwhile to send him a message that is

9    relating to this shipment, pickup, whatever it is,

10   but it's relating to me, he needed an invoice, a

11   breakdown of what he's picking up.

12       Alex was the trucker guy.  I don't know who,

13   he's a driver or owner or broker, whatever it is,

14   but he is arranging the trucking.

15       And Dimerco as far as my understanding, it was

16   one of the trucking companies they're using.  You

17   can correct me if I'm wrong, and Jerry is someone

18   and tell me that I have no idea who he is and what

19   he is stands for, if he's with customer.  I

20   don't --

21       Q    Okay.  So but as far as you're

22   concerned, you're being asked for an invoice, and

23   you're being asked for a breakdown of the gloves;

24   correct?

25   A    Correct, and a breakdown means the size, mix,

1  what I have.

2      Q      Okay.

3  A    Large, small, medium, extra large.

4      Q      All right.  And if you go a couple of

5  lines down, do you see it says, "Attached

6  00000232-photo-2021-04-16-16-25-12.jpeg.  Do you

7  see that?

8  A    Yes.

9      Q      That's an attachment that you sent of a

10  photograph; correct?

11  A    This is what it says.

12      Q      Okay.  So go to Stern-20, please, which

13  is the attachment referenced in this chat box from

14  the produced WhatsApp conversation.

15  A    Okay.

16      Q      Let me know when you have it open.

17  A    Okay.  I have in front of me.

18      Q      Okay.  Is that the breakdown that you

19  sent to Rock Fintek of the gloves on April 16,

20  2021?

21  A    Seems like.

22      Q      And can you tell what this is a screen

23  shot of?  Is this a screen shot of your phone or

24  something else?  What is this picture?

25  A    This looks to me that I have compiled this

1   information in a Excel file.  I have, I am not even

2   sure if this was ever saved, but calculated in a

3   Excel file, and then copy and paste a snapshot of

4   this portion of Excel.

5       **Q     Okay.  And looking at this breakdown,**

6   **can you just explain to us what each of the columns**

7   **and dates and numbers means in this document?**

8   A   What is your understanding, if I may ask?

9       **Q     Well, I'm not being deposed here, sir.**

10  A    Oh, I'm sorry.  So the first line, actually,

11  the second line, the first line is dates.  The

12  second line is container numbers, at that time that

13  was used for this stock, and, and as I explained on

14  Friday, a container number is not necessarily means

15  that the goods is coming out of this container

16  originally.

17      It's rather like a shelf label that these

18  pallets was put together under this container

19  number, and then you have, I guess, I'm missing

20  something here to the left.

21      It should be sizes of small, medium, large,

22  and extra large, lines one through four.  Doesn't

23  show on this snapshot, but this is what it's

24  supposed to be, and count is how many small, how

25  many medium, how many large, how many extra large,

1    and at the bottom, you have a total.

2        So the first column on the left, container

3    number starting MEDU 7201798 has a total of 459

4    probably cartons, and the first line is zero.  The

5    second line is 60.  The third line is zero.  And

6    then the last line is 399.

7        If I'm correct, I mean, it doesn't say here

8    but if my memory is correct, the first line is

9    small, medium, large, extra large is the way it

10   should go, and this is the first container number.

11       Second container number starting TRHU 7077889,

12   small 220, medium 1,200, large 1,200, extra large

13   220, a total of 2,840.

14       **Q    So let me stop you there.  Let me stop**

15   **you there.  So let's just look at the April 7th**

16   **column.**

17       **So the date, is that the date that the, that**

18   **the gloves were received by you at the warehouse,**

19   **April 7th?**

20   A    It should be the data arrival or the date it

21   arrives at the warehouse.  I am not sure what date

22   it represents, but one of the dates, either arrived

23   in the United States ground or to the warehouse,

24   something like it.

25       **Q    Okay.  So on April 7th, then container**

1   TRHU 7077889 either arrived at the warehouse or to

2   the United States on the ground, and it had the

3   breakdown of sizes, as you just described for us;

4   correct?

5   A    Correct.

6         Q    And you're telling Rock Fintek in this

7   picture that these will be the gloves that will be

8   delivered, sold to Rock Fintek for a total of

9   9,000 cartons or 90,000 boxes; correct?

10  A    Correct.

11        Q    You're providing that information so

12  Rock Fintek can arrange their own logistics for

13  this, for this transaction; correct?

14  A    The truth of the matter is that this

15  information is, was not provided to Rock Fintek,

16  uh, because they asked for it.

17        They, Rock Fintek only asked for the last

18  column, total of small, medium, large, extra large,

19  a total of 9,000 cases.

20        The last column it represents a total of the

21  sizes, small, medium, large, extra large, and the

22  subtotal of 9,000 cartons or 90,000 boxes, showing

23  the total in how much they are getting, and also

24  the percentage of the size mix, which came out in

25  this case to what they call at that time 12, 35,

1  43, 10.  12 percent small, 35 percent large,

2  43 percent medium, and 10 percent extra large.

3       The details behind was just communicated to me

4  in the warehouse what they have available, what

5  sizes, and how they fulfill this order.  Go ahead.

6       Q    So the information about the container

7  numbers and the specifics, the first four columns,

8  not the totals on the right, that information was

9  given to you by the warehouse; correct?

10 A    Uh, I'm not sure who created this.  Could be

11 myself.  It could be the warehouse, but between me

12 and the warehouse this was done.  This was created

13 that these are the boxes they should be getting.

14      Q    And as you say in your WhatsApp

15 message, the invoice if you look at the 4:24 p.m.

16 line, the invoice you just sent by E-mail; correct?

17 A    Yes.

18      Q    So if you look at in the middle of page

19 10, at --

20 A    Okay.

21      Q    -- on April 21 at 8:13 p.m.

22 A    Okay.

23      Q    Do you see right, "Can I possibly get a

24 PO direct from a hospital?"  Do you see that?

25 A    Yes.

1          Q     What are you referring to there?

2     A    It's stated correct.  Uh, it's state, it's

3     stated exactly what it says.  I'm asking if I can

4     get a PO directly from a hospital.

5          Q     Why?

6     A    Might be multiple reasons.  One of the reasons

7     might be, uh, look, again, as I said before, I

8     didn't read the whole conversations in the last

9     couple of days.  It was a long time ago, like over

10    two years ago, and I don't remember all the

11    details, but as a matter of fact, one of the ways I

12    was trying to service and help Rock Fintek to

13    fulfill their contract, he gave me a lot of

14    personal information that he has a problem with a

15    different supplier that he gave a deposit overseas

16    a couple of million dollars and was not there, and

17    he has a cash flow issue, and he has to supply

18    customer a million or 2 million boxes of glove for

19    a certain timeline and how he can make it work, and

20    a lot, a lot of details that is not mentioned here.

21         Everything was done over the phone, and one of

22    the ideas I was trying to be creative and help Rock

23    Fintek get this done was through a credit insurance

24    company that they will procure the payment of the

25    goods, as long I would think everything will be

1  within terms.  Terms, whatever was committed

2  between the buyer and the seller, what if it was

3  delivered correctly, then the customer has to pay

4  and in the event the customer doesn't pay, the

5  insurance company will come in and cover through

6  their whatever way they working.

7      And in order to get such a coverage of a few

8  million, we are talking about millions of dollars

9  here.  Look, at that time they were paying over 10

10  dollars a box.  Just quick calculation, they were

11  looking for a million boxes of gloves, you're

12  already over 10 million dollars.

13      A straightforward insurance company, when I

14  come by a policy who are -- I'm nowhere.  I mean, I

15  was a new entity with no credit history, and Rock

16  Fintek also didn't have credit history at that

17  time.  They were lacking credit.

18      So we are trying to figure out a way how to

19  get them approved.  One of my ideas was if they can

20  get me a PO directly from a hospital, the hospital

21  is credit worthiness and the insurance company will

22  approve credit based on their client -- I'm

23  sorry -- on their customer, the hospital.  Is that

24  good enough for you?

25      Q    It's whatever your testimony is.  So

1   let me, so how did you know that Rock Fintek was

2   selling these gloves to hospitals?

3   A    I didn't know.  I just figured that who is

4   buying PPE at that time, either a hospital or a

5   nursing home or other healthcare facility.

6        I mean, who else could be buying that large

7   quantity?  For example, the New York City, I've

8   sold on my own, and they were also buying some

9   gloves but not that much, and other authorities,

10  like police department, fire department, who else?

11  They're always using some of the gloves, but not to

12  that extent.

13       The only facility that was using like this,

14  like tissue paper, toilet paper was hospitals,

15  nursing homes.  Every minute they're using new

16  gloves, and especially during the pandemic when

17  everyone was so scared they shouldn't, they

18  shouldn't be contagious.  They were literally

19  dropping gloves into the garbage every few minutes.

20       Q    So you knew that the gloves were going,

21  you knew the gloves were going to hospitals?

22  A    I didn't knew, but I figured that it goes

23  either to a hospital or to a nursing home or to a

24  similar facility.

25       That's why I asked them if that is a

1   possibility to get a PO directly from a hospital.

2   As you see, I'm not saying from the hospital or

3   from your client.

4        Q      So do you know who someone named Judy

5   Robert is?

6   A    Not at all.  So far it doesn't ring a bell.

7   Is it stating the name somewhere?

8        Q      Well, let's jump to page 12, page 12 of

9   the Exhibit 17.

10        So this is now an April 22nd, and it looks

11   like at the top around 1:30 on that day, Mr. Kato

12   is asking you for another container of gloves and

13   to start the process; correct?

14   A    Okay.

15        Q      Do you see just a couple of hours after

16   that you send contact information for Eli Wiener,

17   E-L-I, W-I-E-N-E-R to Mr. Kato?

18   A    Yes.

19        Q      Who is Eli Wiener?

20   A    So, first of all, Eli Wiener and Hershel

21   Weiner is not even related and didn't know each

22   other.  Eli Wiener is someone I know from one of

23   the business I work before.  He's a broker for a

24   credit insurance agency.

25        Q      Why were you sending his contact

1    information to Mr. Kato and Mr. Gilling?

2    A    Because, uh, the name of Rock Fintek or the

3    personal name of Tom Kato didn't, wasn't approved

4    for credit, and we trying to make it work.

5         So they were asking for financial information,

6    which is not something that I supposed to get

7    involved with.  So I connected Rock Fintek directly

8    with Eli Wiener, he should supply whatever

9    financial information they needed to try to get

10   them approved.

11        Q    All right.  And then a little bit later

12   that day at 7:18 p.m., you write:

13        "While we speak, I'm starting to load a load

14   of 1.5 million boxes," and you write, "I can

15   reserve it for you if you commit to take it."

16        Do you see that?

17   A    Yes.

18        Q    And then about 20 minutes later, you

19   send another document called, "Declaration for

20   boxes."  Do you remember what that document is?

21   A    No.

22        Q    Okay.  Let's take a look then at, let's

23   hope it's in there by now.  All right.  Give me a

24   second.

25   A    I need a break for just a minute.  Someone is

1    trying to call me.  Just a minute.

2        **Q      Sure.**

3            MR. RAKHUNOV:  Off the record.

4            (Whereupon, a discussion is held off

5        the record at 12:05 p.m.)

6            (Whereupon, the record commenced at

7        12:07 p.m.)

8            MR. RAKHUNOV:  Back on the record.

9        **Q      Please go to what's been marked as**

10   **Stern-21, and for the record, Stern-21 is the**

11   **document that --**

12           MR. FRISCH:  It's telling me I can't

13   open up Stern-21.

14           MR. RAKHUNOV:  That's annoying.  So

15   it's, as you can possibly see, if you go back to

16   the chat, it's a Word document.

17           Oh, I see it is not.  So it won't

18   let -- so you can download it if you -- yeah, if

19   you download it, then you'll actually be able to

20   open it in your whatever word browser.

21           If you give me a minute, I can convert

22   it to PDF, but I don't want to manipulate exhibits.

23   It's a Word document.

24       **Q      Are you able to download it, Mr. Stern,**

25   **because if not --**

1  A    I'm trying to.  Give me a minute.  I am going

2  to the three small dots.  Okay.  I got it open.

3      **Q     You got it open.  Great.**

4           MR. RAKHUNOV:  Let me know when you're

5  ready to go, Counsel.

6           MR. FRISCH:  Yeah, I'm ready.  It's

7  open.

8      **Q     So Exhibit 21 is a Word document that**

9  **you sent to Mr. Kato and Mr. Gilling.  It's titled,**

10 **"Declaration for boxes."  Do you recognize this**

11 **document?**

12 A    This seems to me the same E-mail that was

13 brought up before, today.  This a copy.  This is a

14 copy of that E-mail that was brought up before.

15     **Q     What E-mail are you talking about?**

16 A    You were asking me what was the problem with

17 the boxes and -- what was the problem with the

18 size, mix, and the boxes, who repackaged them, who

19 sort them, and where was it done, and who did it,

20 and this question was asked before.

21     **Q     Sir, do you have a Word document before**

22 **you that appears to have a Grinvald Technologies**

23 **Dong Guan letterhead on it.  I want to make sure we**

24 **are looking at the same thing.  Stern-21.**

25 A    Let me double check what I have up there.

```
 1              MR. RAKHUNOV:  Just so you know, Avi,
 2   it says here you're viewing -- oh, there it is.
 3   Okay.
 4              MR. FRISCH:  I just put it up on screen
 5   shot.  That way we know we are looking at the same
 6   thing.
 7   A    Okay.  Now I made a mistake.  I'm sorry.  I
 8   opened a different one.
 9        Now I have it on the screen, and it's also up
10   on my computer on the same.  Okay.  Okay.  Go
11   ahead.
12        Q    Okay.  You have it open?
13   A    First, I see it on the screen, and then check
14   if it's loaded.  I have it on the screen.  You want
15   me to load it on my computer?
16        Q    As long as you can see it, well, I
17   don't care.
18   A    Yes, I can see it.
19        Q    Do you recognize this Word document
20   that you sent to Rock Fintek on April 22nd?
21   A    Yes.
22        Q    Okay.  What is this?  I don't know if
23   you can -- I don't know if you can -- so the way I
24   see it on my screen, you wouldn't be able to read
25   it.  It's very small.
```

1      So I don't know what you're seeing, but I do

2  want you to take a close look at the document.  So

3  if that means downloading it, please do that.

4  A    You want me to read it so the recorder can --

5      Q    Well, I don't want you to read it out

6  loud.  I want you to read it to yourself right now

7  and tell me if you recognize this document and what

8  it is.

9  A    This seems to relate either to the same case

10  or the similar case that was discussed a few times

11  before.

12      You asked me about the boxes, protection,

13  about the offer that was declined to not accept it,

14  and as you see as a matter of fact, this document

15  is addressed to AMCM.  Grinvald Technologies is the

16  owner of Medcare.  The owner of Medcare as far as I

17  remember is Ana Grinvald.  That's a personal name,

18  and the owner of Medcare -- Medcare is brand name,

19  not a company.

20      The owner of that brand is Ana Grinvald.  Ana,

21  A-N-A, Grinvald spelled in this letter it

22  G-R-I-N-V-A-L-D, Ana Grinvald is the owner of the

23  brand Medcare.  She organized a few different

24  entities for different reasons.

25      I'm not so sure what each of them is

1   representing, but one of them is Grinvald

2   Technologies.  Another one is GTS Global Tooling

3   Systems, and I remember there was more than that.

4   I just don't remember all the names, and each and

5   every entity had their purpose what this was used

6   for, but mainly the gloves received was coming

7   through GTS, as far as I know.  Maybe I'm wrong.

8        Because I never actually buy direct from

9   Medcare.  It's Kitchen Winners or AMCM, and this is

10  a letter from the owners of Medcare under the

11  company named Grinvald Technologies stating that

12  the gloves labeled as protection gloves are

13  actually the same quality as the examination

14  gloves, and it's actually exactly the same gloves.

15       Just for their internal issues in the factory,

16  it doesn't state in the letter what the issues was,

17  but as I said before, they told me that the main

18  issue was exporting from China PPE, which is

19  Personal Protective Equipment.

20       They had a problem with the government, trying

21  to control any medical equipment going out of the

22  country of China.  So, therefore, to cover-up and

23  get it out of China, they package it in different

24  boxes so it should go through their customs or

25  whatever.

 1       But this letter is affirming stating that the

 2   Medcare Nitrile synthetic -- nitrile protection

 3   gloves are the same as those labeled as Medcare

 4   Nitrile synthetic thick examination gloves.

 5       The only difference between the two is the

 6   packaging due to the internal issues in the

 7   factory, the boxes were wrongly printed.

 8       **Q    Okay.  Which is different from what you**

 9   **understood, as you testified previously and a**

10   **moment ago?**

11   A   Uh, not sure what I said is different, but if

12   this is your understanding, I respect your

13   understanding.

14       **Q    Who is Motty Hershkovitz; do you know?**

15   A   He is one of the people working for AMCM.

16       **Q    And where did you get this Word**

17   **document?**

18   A   From one of the people at AMCM.  I an not, I

19   am not sure was it Motty Hershkovitz, M-O-T-T-Y,

20   H-E-R-S-H-K-O-V-I-T-Z, his name is listed in this

21   letter.

22       I'm not sure if I got it from them or from

23   someone else, but I got it from AMCM, not something

24   that I have created or got it directly on my own.

25       **Q    So you didn't create this document?**

1  A    No.  No, I'm not, I'm not that creative.  I'm

2  creative a little bit but not that much.

3       **Q    And why did you send this document in**

4  **WhatsApp to Rock Fintek on April 22, 2021?**

5  A    The first -- let me give a look in the

6  messages.

7       **Q    You can go back.  We can close this and**

8  **go back to the chat in Exhibit 17.**

9  A    So one of the reasons before I go back is just

10  to prove that on the previous conversations that

11  these protection gloves are the same as examination

12  gloves and trying, again, once more to push a deal,

13  but let me see where, what was before that.  Uh,

14  which page are we?

15       **Q    We are at the bottom of page 12.**

16  A    Twelve.  Thank you.  Just go back there.  By

17  the way, if you go back to the previous page.  What

18  is this page?  Eleven.  I guess it's starting on

19  page 10, somewhere you can see between the lines

20  they were begging me to get them more gloves and

21  try to get gloves throughout a deposit up front and

22  then I tried to offer 25 percent deposit, and this

23  is in the same time we were trying to work out with

24  the insurance credit and look what they writing

25  here, Joel --

1      Q      Mr. Stern, this is going to go a lot

2    faster if you focus on my questions, please.

3    A    So to the best of my knowledge, going back and

4    forth on these two pages, I guess this is a

5    follow-up on the previous offer that was so far

6    declined, and I tried to once more to push to if

7    they would be willing to accept the gloves with the

8    boxes saying protection gloves.

9      Q      And Mr. Gilling again said don't have

10   approval for the mismarked boxes; correct?

11   A    Correct.

12     Q      And Mr. Kato then followed up, "Right

13   now we're more focused on fulfilling our current

14   orders"; correct?

15   A    Correct.

16     Q      And that is referring to examination

17   gloves; correct?

18   A    Correct.

19     Q      So and looking at the document that we

20   looked at a moment ago with the declaration, does

21   that in any way refresh your recollection as to who

22   Judy Robert is?

23   A    No.  Where do you see Judy Robert here?

24     Q      I'm just asking if that in any way

25   refreshes your recollection as to that name?

```
 1   A     No, so far I don't remember anything about

 2   Judy Robert.  If -- please, look, we had an

 3   attorney, uh, a law firm before that was

 4   representing AMCM.  Is it possible part of their

 5   team?  I don't remember.  Just don't remember, I'm

 6   sorry.

 7         Q     You don't remember if she was somebody

 8   affiliated with Motty Hershkovitz and AMCM?

 9               MR. FRISCH:  Asked and answered like 10

10   times.

11   A     Look, I don't remember.  I'm not saying I, I

12   didn't know at that time, but at this, years later,

13   I mean, could be I heard the name once or twice

14   but, you know, how many names and how many people I

15   been dealing with trying to make a deal, I have no

16   idea what this is.

17         Do you have anything sample or like a document

18   or E-mail to bring up with this Judy Robert?

19         Q     We're fine.  All right.  Can you go

20   down to -- hang on a second.  Go down to the very

21   top of page 17 of this chat, and I'll direct your

22   attention to April 30, 2021, at 11:04 a.m., you

23   write:

24         "I'm sorry to ask, but please confirm Adorama

25   as being taken care of because I can't compete with
```

```
 1   him.  Thanks."

 2        Do you see I am that?

 3   A    Yes.

 4        Q    What were you referring to there when

 5   you asking if Adorama was being taken care of?

 6   A    I guess being paid.  I don't know.  I don't

 7   remember.

 8        Q    Do you know, you don't remember what

 9   you meant when you said you can't compete with him?

10   A    Look, uh, just this line has two questions to

11   me.  That trying to refresh my memory, number one,

12   what is involved for Adorama being taken care of.

13   Number two, what is involved, what is the

14   definition of I can't compete with them.  Uh --

15        Q    I'm asking what you remember about

16   making those statements.  That's all.

17   A    Well, let me try and go back to three lines

18   before.  I mean, first, I must admit seems like you

19   really did a good job of going through this

20   information because this is a lot of information

21   going back two years.  You did a great job.

22        Let me read a half page before.  Let me try to

23   get a little refresher there.

24        Q    What are you reviewing right now, and

25   we are not in the --
```

1   A     Page 16.  This is where I was struggling

2   trying to get paid for my, what I delivered before,

3   and I tried to make a deal to offer them more goods

4   in order to get more payment up front.

5        In other words, if you pay me the old stuff,

6   I'll give you more credit, but I need payment for

7   the old stuff.  I don't see --

8        **Q     Let me, again, my question was what you**

9   **meant when you said the statements about Adorama,**

10  **at the top of page 17?**

11  A     So first it looks now, turn to page 16 on the

12  last line, it says here that I am writing JNS

13  service writing to Rock Fintek:

14       "Please check with warehouse how many trucks

15  is needed for both pickups, JNS and Kitchen

16  Winners."

17       So it doesn't say anything before, but seems

18  like they were picking up from both of us at the

19  same time.

20       Let me go to the next page, page where this

21  page, page 17.  Okay.  And I ask him:

22       "Is your guy named Alex?  Then ask him, "I'm

23  sorry to ask, but please confirm that Adorama is

24  being taken care of because I can't compete with

25  him."  I'm sorry, I don't remember.

1      Q     Okay.  That's fine.  If that's your

2  answer, that is your answer.  All right.  Let's --

3  A    One second.  What is the next statement where

4  Tommy is answering me.  Tommy is answering your

5  order has nothing to do with them.  We have another

6  group that we will buy from in LA, Medcare gloves,

7  and other brands, if you are not interested in

8  continuing -- (inaudible.)

9      Q     Joel, she can't see.

10          MR. FRISCH:  She can't see the

11  attachment.

12      Q     I am not interrupting you.  You're

13  welcome to speak freely, even until I ask my

14  question, but I don't know if your attorney would

15  be pleased of that but --

16  A    But Tommy Kato on April 30, 11:19 a.m. Tommy

17  Kato is writing your order has nothing to do with

18  them.  We have another group that we will buy from

19  an LA, Medcare gloves and other brands, if you are

20  not interested in continuing.

21          So they ask me before how do I know that they

22  are buying Medcare gloves from other groups, look,

23  black and white.

24      Q     Well, does it say he bought anything

25  from another group, or is he saying that we will if

1   you are not interested in continuing?

2   A    This says that we will, but I remember

3   100 percent clearly that at the end they end up

4   buying.  If it says in the message it's not, I

5   don't remember, but they told me as a matter of

6   fact, we got gloves from other groups.

7        Q    And, again, who told you this?

8   A    Oh, so whatever we find the writing, you have

9   a name.  If it's not a writing, it's either Tom or

10  Brad.  I didn't have any other people from Rock

11  Fintek that I was talking with.

12       Q    You don't actually know what Rock

13  Fintek bought from anyone other than from you;

14  correct?

15            MR. FRISCH:  Objection.

16  A    I can't prove anything because I don't have it

17  in backup writing or documents, but I have in my

18  memory, the same way as you ask me to testify many

19  other facts and figures that I remember, I remember

20  for 100 percent clearly sure that they end up

21  buying Medcare gloves from other parties other than

22  Kitchen Winners and myself, JNS Capital.

23       Q    Okay.  You're saying that is your

24  memory of what someone told you.  You don't

25  actually know what Rock Fintek bought from anyone

1  other than from you?

2  A    I don't know details, but I know for a fact

3  that they actually got Medcare gloves.  How many,

4  how much, how often, I don't know, but I know for a

5  fact that they got Medcare gloves through other

6  channels other than JNS and Kitchen Winners.

7         Q    From who?

8  A    I don't know the names.

9         Q    Okay.  So you don't actually know?

10 A    No.

11            MR. FRISCH:  Objection.

12       Q    So let's see.  I think we're up to, I

13 was thinking out loud of what exact number we are

14 up to.

15            MR. SPERBER:  Excuse me, we're coming

16 up on I believe six hours of this whole thing, and

17 I just want to remind you that I do need that

18 45 minutes for my own questioning.

19            MR. RAKHUNOV:  Yeah, I'm not sure that

20 I'm required to share my seven hours with an

21 adverse party.  That is, that is not, I don't

22 think --

23            MR. SPERBER:  My client is a party to

24 this action, and as I understand, you know, there

25 are only seven hours, plus, for us to ask questions

 1   in this concern, and I do need to make sure that I

 2   have a chance at my questions.

 3              MR. RAKHUNOV:  I am not even close to

 4   done, and I'm not going to get into an argument

 5   with you on the record, but Mr. Stern has been

 6   giving -- he's actually been very responsive, but

 7   also giving a lot of non-responsive lengthy

 8   answers.

 9              So I have to keep going, and I do not

10   and never have actually read the rules as adverse

11   parties having to share in the seven hours.  I

12   understand if we were, you know, co-defendants or

13   parties aligned in interest, that certainly would

14   apply but, you know, when you said you had

15   questions, I respect that but --

16              MR. SPERBER:  I mean --

17              MR. RAKHUNOV:  -- I don't have a

18   problem with that.

19              MR. SPERBER:  We can go off the record

20   and have that conversation.

21              MR. RAKHUNOV:  No, no, I think we

22   should have this on the record, but I think looking

23   at Rule 30, this is --

24              MR. SPERBER:  And I mean --

25              MR. FRISCH:  And for the record, you're

1  taking up your time right now.  We are leaving at

2  in seven hours.

3           MR. RAKHUNOV:  Yeah, Avi, I am not the

4  one that, that said anything.  I'm going to go --

5           MR. FRISCH:  You can take that up with

6  the judge --

7           MR. RAKHUNOV:  I'm going to go until

8  I'm done.

9           MR. SPERBER:  I am going to start

10  talking in 15 minutes, and we can talk over one

11  another.  You can deal with that with the court

12  reporter --

13           MR. RAKHUNOV:  We are going to suspend

14  the deposition, Mr. Sperber, and go get some

15  guidance from the court.

16           MR. SPERBER:  You are welcome to do

17  whatever you think you need to do.

18           MR. RAKHUNOV:  You're not going to talk

19  over me.  I am entitled to take my deposition.

20           MR. SPERBER:  You're not entitled to

21  block me from asking questions.  So, I'm sorry, but

22  that is what I am going to do.

23           MR. FRISCH:  If we suspend the

24  deposition, you run the risk that my client will

25  not return.

```
 1              MR. RAKHUNOV:  Yeah, that's not my
 2   problem.
 3              MR. FRISCH:  It your problem --
 4              MR. RAKHUNOV:  How long have we been on
 5   the record today?  I just want to make sure that we
 6   have an accurate number.  Off the record.
 7              (Whereupon, a discussion is held off
 8         the record at 1:51 p.m.)
 9              (Whereupon, the record commences at
10         1:51 p.m.)
11              MR. RAKHUNOV:  We started at 10:30.  We
12   have been going for less than three hours on the
13   record.  Okay.  I'm fine with continuing on.
14              MR. FRISCH:  Phil, when you say on the
15   record that my client has been giving
16   non-responsive answers, he has been as responsive
17   as anybody can be.  He has given lengthy answers
18   because he feels like that your open-ended poor
19   questions require lengthy answers, which they do.
20   If you want short answers, ask questions that --
21              MR. RAKHUNOV:  I know you can't help
22   yourself, Avi, and that's fine.  Your client has
23   been, I said he has been responsive, but he has
24   also provided narratives that were not responsive.
25              So he has given me answers.  I'm not
```

 1   complaining that he's not giving me answers.  I'm

 2   just saying he's also supplemented those answers

 3   with lengthy uncalled for explanations, but it is

 4   what it is.  I have no issue with your client's

 5   testimony at the moment, but I have an issue that

 6   I'm being interrupted.

 7       **Q     I put Stern-22 into the final exhibit**

 8   **folder.  Please pull it up when you get a chance.**

 9            MR. RAKHUNOV:  And, by the way,

10   Mr. Sperber, you have not cross-noticed this

11   deposition, if we are going to get technical.  So

12   I'm going to keep going until I'm done.

13            MR. SPERBER:  You are welcome to make

14   whatever kind of motion with the court you want.

15            MR. RAKHUNOV:  You can make a motion.

16   I don't have to make any motion.  I'm taking my

17   deposition.

18            MR. SPERBER:  You keep talking, and I

19   am going to start talking in 12 minutes from now.

20   I warned you at the beginning I need 45 minutes.

21   Rule 40 is very clear that, you know, a deposition

22   is limited to seven hours.

23            MR. RAKHUNOV:  Yeah, you haven't

24   noticed this deposition.

25            MR. SPERBER:  But other parties are

1  allowed to ask questions at depositions.  This is a

2  party deposition, and I will note that you have

3  repeatedly raised issues related to my client here.

4  So, you know, like I said, you are welcome to take

5  it up with the court.

6            MR. RAKHUNOV:  So maybe this an issue

7  that needs to be taken up with Mr. Stern's

8  attorney, and if you need more then to go outside

9  of the seven hours, uh --

10           MR. FRISCH:  You're not going outside

11  of the seven hours.  Don't even ask it.

12           MR. RAKHUNOV:  I am not asking for it.

13  I just need to keep going with my deposition, and

14  we are still, by the way, we're -- I don't even

15  know how many hours we had on Friday because,

16  apparently, we can't get an answer from, you know,

17  from the other court reporters is unavailable so.

18           MR. SPERBER:  I advised you --

19           MR. RAKHUNOV:  We just wasted 10

20  minutes of Mr. Sperber telling me he's going to

21  start talking over me.

22           MR. FRISCH:  Well, if you start talking

23  over each, Mr. Stern will leave, and you guys will

24  have to work it out with the court, and you will

25  let me know, and then we will discuss it from

 1  there.

 2      Q    Mr. Stern, do you have Exhibit 22 open?

 3  I'm sorry did you say yes?

 4  A    One second.

 5      Q    Okay.

 6  A    Okay.  Yes, I got it.

 7      Q    Okay.  For the record, this is an

 8  E-mail from Mr. Stern dated April 5, 2021, to

 9  Davidd@MD3PL.com.  MD 3PL is another logistics

10  provider that you used to maintain these gloves and

11  warehouses and help you with logistics shipping

12  when you sold the gloves to Rock Fintek; correct?

13  A    Yes.

14      Q    Okay.  And do you see in the right

15  below you forwarding the FYI E-mail, there is an

16  E-mail from Billing@charmchild.com?

17  A    Correct.

18      Q    What is that?  Who is Charmchild?

19  A    Charmchild, they are not a body in this

20  business at all.  They're just, uh -- I don't

21  remember who that billing, who the name is.

22  Billing is not a name.  This is one of the people

23  working for AMCM and using their other business

24  E-mail as a means of communication between them and

25  I guess Medcare or whoever the logistic company

1    was, and --

2          Q     So it's AMCM?

3    A    It's AMCM, yes.  In short, it's AMCM.

4          Q     And there are one, two, three, four

5    attachments of spreadsheets in this E-mail, and it

6    appears that the attachments are named with

7    container numbers; correct?

8    A    Correct.

9          Q     And this reflects containers that you

10   received from AMCM at MD 3PL; correct?

11   A    Correct.

12         Q     All right.  If we scroll down to page

13   two, this is a packing list, from Dong Guan

14   Grinvald to AMCM, and it shows synthetic Nitrile

15   protection gloves; correct?

16   A    Correct.

17         Q     All right.  If you scroll to page four,

18   again another, a different container number,

19   showing protection gloves; correct?

20   A    Correct.

21         Q     If you go to page six, however, it's

22   another lot number that shows Nitrile examination

23   gloves; correct?

24   A    Correct.

25         Q     And then another container on page

1    eight, packing list showing more protection gloves;

2    correct?

3    A    Correct.

4         Q    Okay.  Open up Exhibit Stern-23,

5    please.

6    A    Okay.

7         Q    So this is an E-mail chain that the

8    latest E-mail in time is April 6, 2021, from you to

9    Don Alston, and that's somebody at the New Jersey

10   warehouse Avery Logistics; right?

11   A    Correct.

12        Q    And you write to him:

13        "See attached multiple packing lists.  Let me

14   know if you need more help with this.  Thanks."

15        Do you know why you sent Mr. Alston multiple

16   packing lists on April 6, 2021?

17   A    To prepare when this going to be coming into

18   the port and to be picked up.

19        Q    Okay.  And, again, these are, these are

20   packing lists for gloves that you received from

21   either Kitchen Winners or AMCM that you were

22   selling to your customers, including Rock Fintek?

23   A    Right.

24        Q    And I'm happy to go through each one

25   individually, but is it fair that the packing lists

1    attached to this E-mail reflect the gloves that you

2    received from your suppliers?

3    A    Correct.

4         Q    I'm sorry.  I didn't hear you?

5    A    Correct.

6         Q    Okay.  Okay.  Showing Stern-24, let me

7    know when you have Stern-24 open.

8    A    Okay.

9         Q    So for the record, this is an E-mail

10   from Vania, V-A-N-I-A, Maciel, M-A-C-I-E-L, from

11   MD 3PL to David Dembitzer and you, re:  JNS

12   container, dated April 13, 2021.  Do you see that?

13   A    Yes.

14        Q    Who is David Dembitzer, and I'm sorry

15   if I asked you this on Friday.  I don't remember if

16   I did?

17   A    He's the owner of MD 3PL.

18        Q    Someone that you dealt with in your

19   commercial relationship with them?

20   A    Yes.

21        Q    Do you know who Vania Maciel is?

22   A    A employee at MD 3PL.

23        Q    Okay.  And she writes:

24        "Good morning" or he or she writes:

25        "Good morning.  Below is the attached

 1   receiving."

 2        And then following is a description of

 3   container numbers; correct?

 4   A    Correct.

 5        Q    And if you go to page two, three, four,

 6   look at the attachments, where are the photographs

 7   attached to this E-mail taken?

 8   A    I believe in the facility of MD 3PL.

 9        Q    Not at Medline or any warehouse at Rock

10   Fintek?

11   A    Correct.

12        Q    And do you see if you go to page two of

13   the document, you see there shrink-wrapped pallets

14   of Medcare boxes?

15   A    Yes.

16        Q    And on each of the three, there is a

17   white piece of paper that says:  "Caution, do not

18   hit," and then there is a number in the middle.  Do

19   you see that?

20   A    Caution.  Yes, caution, do not hit, with a

21   number in the middle.  Correct.

22        Q    Okay.  And so those pieces of paper, do

23   you know who placed them onto the pallets of

24   gloves, who shrink-wrapped them onto the gloves?

25   A    I guess MD 3PL.

1        Q      Okay.

2               MR. FRISCH:  Don't guess.

3        Q      So let me ask you a different question.

4   It was certainly not Rock Fintek; correct?

5               MR. FRISCH:  Objection.

6   A     Probably not.

7        Q      Okay.  To your knowledge, had Rock

8   Fintek or any of its logistics providers or anybody

9   associated with them had access to these gloves

10  while they were at MD 3 PL's warehouses?

11  A     What do you mean access?  It's not their

12  property.  If they wanted to come see it, they can

13  arrange a visit, and it would be allowed to visit

14  them and inspect them, but.

15       Q      Okay.

16  A     But it is not their property until they pay to

17  pick them up with permission.

18              MR. FRISCH:  Can I clarify your

19  question.  You are asking him about these specific

20  three sheets of paper that are shown in this

21  photograph, not all white sheets of paper that

22  might be on other pallets that are not presently in

23  front of him.  You're asking him about these three

24  sheets of paper; is that correct?

25              MR. RAKHUNOV:  That's what I am asking

1    about.
2           MR. FRISCH:  Okay.
3    A    Okay.  So these three papers, most probably
4    were put on by MD 3PL, as they are the ones who
5    most probably shrink these pallets.
6           Q    And if you go to the very last page of
7    this exhibit.  That's another packing list;
8    correct?
9    A    Yes.
10          Q    And the numbers on the packing list are
11   container numbers that are, some of which are the
12   same as the container numbers on the printed white
13   piece of paper above, and you can compare page six
14   to page seven, if you would like, of this exhibit.
15   A    Okay.  Go ahead.
16          Q    So the numbers on the packing list are
17   the same as the numbers on the, on the printed
18   white sheets on the boxes; correct?
19   A    Correct.
20          Q    All right.  By the way, did you --
21   strike that.
22          Do you know if David Dembitzer directly was
23   involved in communicating with any logistics
24   providers for Rock Fintek?
25   A    I cannot say for 100 percent that I know

1   everything, but I can explain you what I know.

2       You figure out on your own, David Dembitzer is

3   the owner and the manager of MD 3PL, and he has

4   multiple locations, at least one large one in New

5   Jersey and another one in LA, and he has a few more

6   I don't remember which states.

7       Now, they're not that big as Medline, and I

8   was seeing in the summer 1.5 million square

9   footage, but they're large enough.  I was there

10  once, in the New Jersey warehouse and once in LA, I

11  remember, and they are large enough.

12      So he's like a business owner and has managers

13  and employees in each location, but I don't think

14  he was involved on a private case, you know,

15  managing logistic.  He's more on a corporate level

16  making sure his businesses run.

17      Q    Do you know if --

18           MR. SPERBER:  I advised you this

19  morning, I need to have cross-examination.  If Avi

20  is not going to give us more time beyond the seven

21  hours --

22           MR. RAKHUNOV:  I am not done yet.

23           MR. FRISCH:  If you're not done --

24           MR. RAKHUNOV:  I know what you told me,

25  but we did not have any agreement --

1          MR. SPERBER:  Let me repeat for the

2    court reporter, what I said was Phil, I told you

3    this morning I need 45 minutes for my

4    cross-examination, you know, you have a number of

5    times asked Mr. Stern questions related to my

6    client and related to the allegations against my

7    client, and so as I told you, I need that time.

8          Avi, has told us he is knots going to

9    permit more than seven hours for this whole

10   deposition.  So it is my chance to ask those

11   questions, and I'm sorry, but, you know, we only

12   get the amount of time that we have.  So I need to

13   begin my questioning now.

14          MR. RAKHUNOV:  So I object.  I'm not

15   going to be interrupted.  I'm not going to have my

16   questioning stopped, and I don't agree that you get

17   to cut off my questioning.  I'm entitled to

18   question this witness for my seven hours.

19          MR. FRISCH:  No, you're not.

20          MR. RAKHUNOV:  You have not -- if you

21   had noticed this deposition, maybe we would have

22   been able to --

23          MR. FRISCH:  Okay.  So the notice is to

24   me, not to you.  The notice is to my client to

25   inform him that it's his deposition.

1        MR. RAKHUNOV:  I understand.

2        MR. FRISCH:  You don't have a standing

3   to raise the issue of notice to my client.

4        MR. RAKHUNOV:  Avi, I am not even sure

5   why you're getting involved in this fight, other

6   than I understand you don't want your client to be

7   continued to be questioned by me, but I am not

8   going to be cut off.  If you want to try and get in

9   touch with the court right now, I'm happy to do

10  that or we can --

11       MR. FRISCH:  I think you need to make

12  an application for additional time.

13       MR. RAKHUNOV:  I don't need additional

14  time.  I am perfectly happy completing this

15  deposition within my seven hours.

16       MR. FRISCH:  You don't have seven

17  hours.  That is the thing.  The witness is

18  available for seven hours.  That is what the rule

19  says.  It doesn't say you get the whole seven

20  hours.

21       MR. SPERBER:  And the rule is clear.

22       MR. FRISCH:  All parties for seven

23  hours.

24       MR. SPERBER:  The rule is clear that

25  cross-examination is permitted.  You know, we were

1   all on the E-mails together, you know, scheduling

2   this deposition.  You're all involved in scheduling

3   this deposition.  There is a reason, as counsel of

4   one of the parties or several of the parties that

5   I'm here, and you don't get to block me from

6   cross-examining a witness in this case with, who

7   has given testimony that concerned the allegations

8   against my client.  That is not something you can

9   do, and, I'm sorry, I am going to start talking,

10  and if you want to make an application to the

11  court --

12          MR. RAKHUNOV:  I am not, I am not

13  agreeing to this, and I am not agreeing to this,

14  and you've wasted enough of my time with this

15  argument, by the way.

16     Q    So Mr. Stern, please turn to exhibit --

17          MR. SPERBER:  Mr. Stern, my name is

18  Alex Sperber.

19     Q    -- please turn to exhibit --

20          MR. SPERBER:  I am one of the

21  attorneys --

22          THE COURT REPORTER:  I can't do this.

23          MR. FRISCH:  This is, I think, Phil,

24  you need to file, you need to make a motion.

25          MR. RAKHUNOV:  I don't need to make any

 1   motion.

 2            MR. FRISCH:  Well, you do because if

 3   you guys can't work this out, then Mr. Stern and I

 4   are leaving because I'm not -- we can't have a

 5   deposition where you're both talking.  Okay.

 6            MR. RAKHUNOV:  Well, I guess then we

 7   are going to be coming back.

 8            MR. FRISCH:  You refuse to stop

 9   talking.  You need to make an application to the

10   court.  One of you does, and that's it.

11            MR. SPERBER:  I am not going to let

12   Phil or his client block me from cross-examining

13   one of the witnesses in this case, who was asked

14   questions about my client.

15            MR. FRISCH:  I think we should stop

16   here.  You guys should make an application to the

17   court for additional time, and then whatever the

18   court decides, it decides, and that's it.

19            MR. RAKHUNOV:  That would resolve

20   everything.  That would resolve everything,

21   actually, so.

22            MR. FRISCH:  I think that is what we

23   should do.  I don't think we need to sit here while

24   you guys fight.

25            MR. RAKHUNOV:  In fact, I will put on

1  the record, Mr. Sperber, I will ascent to any

2  motion for additional time to complete the

3  deposition of Mr. Stern, but I will not ascent to

4  you taking away my time when I still have important

5  exhibits to ask him about to cut me off during my

6  questioning.

7           MR. SPERBER:  I will note for the

8  record, that you have taken six hours and

9  15 minutes of a total of seven hours, and I have

10 not objected to that, but I did advise you in the

11 morning that I would need time for

12 cross-examination.

13          MR. RAKHUNOV:  And I didn't agree to

14 that --

15          MR. FRISCH:  That is not up to you.

16          MR. RAKHUNOV: -- that that would impede

17 on my time.

18          MR. SPERBER:  You never objected to it

19 when I told.

20          MR. RAKHUNOV:  I have objected to it,

21 first of all, you did not say that you would be

22 taking up my time.  My understanding was you had

23 some arrangement with Mr. Frisch, where his client

24 would agree to additional questioning by you.

25          MR. SPERBER:  That --

1          MR. FRISCH:  Mr. Stern and I are

2    leaving, and you will do with it what you will, but

3    I think it's over for today; correct?

4          MR. RAKHUNOV:  We will see you again

5    soon, Mr. Stern.  Susan, I ask could you please get

6    your a rough when you, when you can, as well as,

7    you know, precise calculation of how much time we

8    were on the record, and then I know you're

9    predecessor court reporter had, obviously, some

10   kind of an emergency, but we do need calculation of

11   how much, exactly how much time we were on the

12   record on Friday, and I would ask somebody to get

13   us that information as soon as possible because we

14   need to get some advice from the court on this, as

15   soon as possible.

16         MR. FRISCH:  I am going to note right

17   now it's 1:53 p.m., and all of the time counts

18   against you, other than the breaks.  That is what

19   the rule says.  Your speeches, they count against

20   you, too.

21         MR. SPERBER:  Okay.  I guess we will

22   leave it there and wait for direction from the

23   court.

24              (Whereupon, the witness is.

25         excused.)

1        (Whereupon, the deposition is

2    adjourned at 1:55 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1

 2                    C E R T I F I C A T E

 3

 4

 5          I, SUSAN M. OLIVERI, a Certified Shorthand

 6   Reporter and Notary Public of the State of New

 7   Jersey, certify that the foregoing is a true and

 8   accurate transcript of the deposition of said

 9   witness who was first duly sworn by me, on the date

10   and place hereinbefore set forth.

11          I FURTHER CERTIFY that I am neither

12   attorney, nor counsel for, nor related to or

13   employed by, any of the parties to the action in

14   which this deposition was taken, and further that I

15   am not a relative or employee of any attorney or

16   counsel employed in this action, nor am I

17   financially interested in this case.

18

19

20
                       SUSAN M. OLIVERI, C.C.R.
21                     LICENSE NO. XI01914

22

23

24

25
```

```
 1                    E R R A T A

 2

 3      I wish to make the following changes, for

 4    the following reasons:

 5

 6    PAGE LINE

 7    _____ _____    CHANGE:_____

 8                   REASON:_____

 9    _____ _____    CHANGE:_____

10                   REASON:_____

11    _____ _____    CHANGE:_____

12                   REASON:_____

13    _____ _____    CHANGE:_____

14                   REASON:_____

15    _____ _____    CHANGE:_____

16                   REASON:_____

17    _____ _____    CHANGE:_____

18                   REASON:_____

19    _____ _____    CHANGE:_____

20                   REASON:_____

21

22    _____     _____

23    WITNESS' SIGNATURE                    DATE

24

25
```

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                                        Index: $11..2:54

---

**$**

$11   59:10

$12.50   55:18

$13.50   56:2
  58:15,21

$200   42:19

$6   21:25

---

**0**

00000099-CT
  37:12

00000100-CT
  39:11

00000232-
photo-2021-04-
16-16-25-12.
jpeg   75:6

03711   37:24

04130   39:11

---

**1**

1,200   77:12

1.5   84:14
  111:8

10   6:14
  7:1,17
  79:1,2,19
  81:9,12
  91:19 93:9
  103:19

10.50   58:10

62:5

100   7:16
  34:13
  43:12 53:2
  59:10
  97:3,20
  110:25

100,000
  29:15

10:30   101:11

11:04   93:22

11:19   96:16

11:32   34:23

11:35   34:24

11:55   27:14

12   78:25
  79:1 83:8
  91:15
  102:19

12.5   55:18

12.50   58:10

12:05   85:5

12:07   85:7

12:25   66:11

12:32   71:21

12:45   71:24

13   107:12

13.50   55:23

13th   5:9

15   100:10

150   58:17

155   5:1

16   68:14
  70:13
  75:19
  95:1,11

16th   66:5,
  11 70:15
  71:1 72:2,
  7

17   55:2
  66:4 72:5
  83:9 91:8
  93:21
  95:10,21

1:30   83:11

1:51   101:8,
  10

1:58   70:16

---

**2**

2   59:12
  80:18

2,840   77:13

20   27:15
  84:18

2019   34:7
  40:21

2020   42:25

2021   6:14
  7:1 17:4
  27:13,15
  28:4 30:19

35:7 43:1
45:23 47:3
48:2,3
61:19
70:13
75:20 91:4
93:22
104:8
106:8,16
107:12

20210311
  39:11

21   79:21
  86:8

22   17:4
  91:4 104:2

220   77:12,
  13

22nd   83:10
  87:20

25   91:22

25-page
  15:14

250   58:16

26   27:13
  28:4

2:01   71:2

2:19   32:15

2:30   61:19
  63:16

2:37   30:4

2:54   28:11

---

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                    Index: 3..Adorama

| | | | |
|---|---|---|---|
| **3** | 112:3 | 15 | 5 |
| **3**  30:15 | **459**  77:3 | **7:15**  64:8 | **ability** |
| 109:10 | **4:19**  72:8 | **7:18**  84:12 | 10:16 |
| **3/31**  30:20 | **4:24**  79:15 | **7:51**  55:4 | 13:11,16 |
| **30**  34:20 | **4:32**  36:25 | **7:58**  58:9 | 24:23 |
| 93:22 | | **7th**  60:14 | **accept**  47:14 |
| 96:16 | **5** | 61:19 | 48:21 |
| 99:23 | | 63:16 | 88:13 92:7 |
| **31-page** | **5**  104:8 | 77:15,19, | **accepted** |
| 27:14 | **50**  19:12 | 25 | 44:8,13,25 |
| **35**  78:25 | 21:4 22:11 | | 45:17 |
| 79:1 | **50,000**  29:15 | **8** | 57:23 |
| **3711**  37:12 | **50/50**  19:20, | | **access** |
| **399**  77:6 | 22 20:9 | **80**  53:20 | 109:9,11 |
| **3:49**  36:24 | | **8:13**  79:21 | **account**  15:4 |
| **3:53**  36:24 | **6** | **8:30**  58:25 | **accurate** |
| **3PL**  104:9 | **6**  30:19 | | 101:6 |
| 105:10 | 34:7 35:7 | **9** | **action**  98:24 |
| 107:11,17, | 106:8,16 | **9**  72:5 | **actual**  9:4 |
| 22 108:8, | **60**  77:5 | **9,000**  78:9, | 54:13 |
| 25 110:4 | **6:35**  27:15 | 19,22 | **add**  34:15 |
| 111:3 | **6:44**  35:8 | **90,000**  78:9, | **added**  27:18 |
| **4** | **6:47**  37:5 | 22 | **additional** |
| **40**  102:21 | **6th**  40:2,4, | **99**  43:11 | 113:12,13 |
| **41939**  16:1 | 21 58:9 | | **address**  25:8 |
| **41939.doc** | **7** | **A** | **addressed** |
| 15:15 | **7077889** | **A-N-A**  88:21 | 88:15 |
| **43**  79:1,2 | 77:11 78:1 | **a.m.**  27:14 | **admit**  94:18 |
| **45**  98:18 | **7201798**  77:3 | 34:23,25 | **Adorama** |
| 102:20 | **7:04**  39:10, | 93:22 | 50:4,13 |
| | | 96:16 | 59:9,16 |
| | | **Abe**  18:3,4, | 60:1,6,9, |
| | | | 16,20,22 |

61:1,10,11
65:8 93:24
94:5,12
95:9,23

**adverse**
98:21
99:10

**advised**
103:18
111:18

**affiliated**
93:8

**affirmed** 5:2

**affirming**
90:1

**afternoon**
66:15 72:8

**agency** 83:24

**agree** 43:19,
25 57:14,
19 58:2,3,
5 112:16

**agreed** 70:7

**agreeing**
57:17
114:13

**agreement**
67:22
111:25

**ahead** 28:2
33:9 64:1
79:5 87:11
110:15

**Alex** 73:23
74:12
95:22
114:18

**aligned**
99:13

**allegations**
112:6
114:7

**allowed**
103:1
109:13

**Alston**
106:9,15

**AMCM** 17:21,
25 18:1,9,
19 19:3,
15,16,24
20:1,4,18,
19,23
21:7,9,11,
16,21
22:11,14
29:4,7
31:19
33:18,19,
23 40:13
56:6
62:24,25
64:3 70:23
88:15 89:9
90:15,18,
23 93:4,8
104:23
105:2,3,
10,14

106:21

**amount**
14:10,20
21:11
49:11
112:12

**Ana** 88:17,
20,22

**Angeles** 13:3
52:13

**annoying**
85:14

**answering**
96:4

**answers** 99:8
101:16,17,
19,20,25
102:1,2

**apologize**
19:25

**apparently**
103:16

**appears** 17:7
86:22
105:6

**application**
113:12
114:10

**applies**
52:13

**apply** 99:14

**approval**
92:10

**approve**
81:22

**approved**
81:19
84:3,10

**approximately**
58:16

**April** 24:15,
16 25:17
28:17
30:19 34:7
35:7 40:2,
4,21 44:1
46:1 47:3
48:3 49:8
60:14
61:19
63:16
66:5,11
68:14
70:13 71:1
72:2,7
73:4,6
75:19
77:15,19,
25 79:21
83:10
87:20 91:4
93:22
96:16
104:8
106:8,16
107:12

**area** 8:17
10:25 11:2

**argument**

99:4
114:15

**arrange**
78:12
109:13

**arranged**
10:6

**arranging**
74:14

**arrival**
77:20

**arrive**   24:12

**arrived**   8:25
24:21
77:22  78:1

**arrives**
77:21

**asks**   69:15

**assume**   49:19

**attached**
16:12  75:5
106:13
107:1,25
108:7

**attaches**
15:14

**attachment**
15:12
37:11,13
39:9  75:9,
13  96:11

**attachments**
37:9  38:5

40:2
105:5,6
108:6

**attention**
9:12  30:18
35:8
39:13,18
61:18  66:5
72:4  93:22

**attorney**
5:11,12,
19,25
17:7,16
93:3  96:14
103:8

**attorneys**
114:21

**authorities**
82:9

**authority**
31:22

**automatically**
66:25

**Avery**   13:8
106:10

**Avi**   87:1
100:3
101:22
111:19
112:8
113:4

**aware**   23:2

**Awhile**   45:21

**Azra**   6:20

———————————
**B**
———————————

**back**   8:1,12
23:13
25:23  31:7
32:11
35:1,11,23
36:22  37:1
39:7  40:19
44:6,16
45:7  47:25
48:1
52:16,20
54:4  55:1
64:23
67:19,23
71:11,25
73:12
85:8,15
91:7,8,9,
16,17  92:3
94:17,21

**backup**   97:17

**bad**   70:2

**bank**   15:3,7

**base**   60:11
63:10

**based**   28:14
45:7,13
51:5  81:22

**basement**
42:12

**basically**
46:8  67:21

**begging**
25:13,18
46:13  47:6
48:17  62:8
91:20

**begin**   112:13

**beginning**
6:23  26:22
35:9  37:12
42:13  49:8
102:20

**begins**   37:11
39:10,12

**behalf**   64:5

**bell**   66:21
83:6

**belong**   13:22
21:10

**belongs**
21:10

**Bernie**   36:4,
7,16  69:15

**Bernie's**
36:14

**big**   111:7

**billing**
104:21,22

**Billing@
charmchild.com**
104:16

**bit**   57:16
72:8  84:11
91:2

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                    Index: black..buying

black 96:23

block 100:21
 114:5

blue 34:3
 38:11

Bob 5:2

bodies 65:14

body 104:19

bottom 30:2
 39:2 40:20
 55:3 61:17
 66:4,8
 77:1 91:15

bought 33:25
 96:24
 97:13,25

box 7:6,10,
 11,16,17
 9:3,4,21
 14:2 32:19
 34:10 37:6
 39:3 40:7,
 17,18,24
 42:19,20
 47:13
 54:21
 55:19
 58:10
 59:10
 75:13
 81:10

boxes 7:5,8,
 18 8:1,2,
 13 9:4
 10:10

12:20
13:25 14:2
32:20 33:7
34:11
38:24
39:22
40:8,9,16,
25 41:9,
13,22
42:6,8
43:1,22
44:17
45:16
49:10
51:23
52:12
53:23
54:23 57:9
58:4 59:12
78:9,22
79:13
80:18
81:11
84:14,20
86:10,17,
18 88:12
89:24 90:7
92:8,10
108:14
110:18

Brad 26:4,
 8,13,21
 28:6 30:5,
 8 32:2
 37:5 54:12
 55:4 65:15
 73:20,24
 74:6 97:10

Bradley
 23:11

brand 29:5
 31:9
 88:18,20,
 23

brands 96:7,
 19

break 18:16
 24:5 34:21
 35:13,14
 37:3 44:22
 48:2 58:7
 71:20 72:2
 84:25

breakdown
 73:22
 74:11,23,
 25 75:18
 76:5 78:3

bring 19:14
 20:18 21:6
 23:24 49:4
 93:18

broker 6:22
 33:6,24
 61:15
 74:13
 83:23

Brooklyn 5:2
 42:11

brought
 86:13,14

browser
 85:20

Bruno 6:20
 7:1 8:4,10
 9:23,24
 10:22
 11:15
 12:17
 13:16,20
 14:9,12,
 13,15,22
 23:9,14,
 18,21 25:1

Bruno's 9:12

bunch 73:8

business 5:1
 22:19
 36:9,10
 45:24 59:6
 83:23
 104:20,23
 111:12

businesses
 111:16

busy 11:3
 23:15

buy 21:8
 33:6,14
 43:20
 72:17 89:8
 96:6,18

buyer 19:17,
 21 81:2

buying 20:4
 21:17,22
 59:3 82:4,
 6,8 96:22

97:4,21

___

**C**

___

C-H-A-I-M
33:20

calculated
76:2

calculation
81:10

California
11:9 42:17

call 12:3
20:16
28:12
30:5,10
35:17,25
48:24
52:12
60:18
61:8,10,11
69:25
73:25
78:25 85:1

called 27:12
43:13
47:10
51:21
84:19

calling
69:11

calls 26:24
30:7,9
73:11

Calvert 5:3

capable
48:19

capital
19:14
20:18,22
21:8,14
31:18
44:10 47:4
97:22

caps 58:11

care 8:11
50:16
87:17
93:25
94:5,12
95:24

cares 61:11

carton 7:11,
18,22 9:3
38:24
53:22

cartons
7:12,20
8:25 9:5
10:15,16
12:19,21
13:12
38:25
53:14,15,
16 54:1
77:4 78:9,
22

case 5:25
9:19 11:13
12:1 19:5

34:15
37:18
78:25
88:9,10
111:14
114:6

cases 78:19

cash 80:17

catch 46:7

caution
108:17,20

chain 14:21
106:7

Cham 33:20

chance 11:14
43:6 61:20
99:2 102:8
112:10

change 61:7

changed 54:3
70:1

channels
98:6

charge 12:14

Charmchild
104:18,19

chat 27:12,
13,15,24
28:4,7,11
35:6
39:10,15
54:17 55:2
58:8 73:9

74:5 75:13
85:16 91:8
93:21

chats 72:2

check 9:22
10:3 14:1,
18,25
23:12
27:3,7
32:12
43:15
51:22,23
52:7 53:5,
12,21
86:25
87:13
95:14

checked
53:15

China 56:22
57:3
89:18,22,
23

City 82:7

claim 53:6

claimed
56:21

clarify
109:18

clear 9:15
12:15
45:12
46:25
62:25
102:21

113:21,24

**client** 16:15
51:11
81:22 83:3
98:23
100:24
101:15,22
103:3
112:6,7,24
113:3,6
114:8

**client's**
102:4

**clients** 16:9

**close** 15:8
28:10 39:6
42:19 88:2
91:7 99:3

**closed** 54:4
62:5

**CM** 64:2

**co-defendants**
99:12

**Cohen** 17:7

**color** 34:3
38:11

**column** 77:2,
16 78:18,
20

**columns** 76:6
79:7

**commenced**
71:23 85:6

**commences**
34:24
101:9

**commercial**
107:19

**commission**
14:17,19,
24 60:11

**commit** 84:15

**committed**
81:1

**communicate**
26:13,17

**communicated**
23:8 27:1
28:5 30:10
79:3

**communicating**
29:9 46:3
48:11
73:12
110:23

**communication**
36:25
47:23
104:24

**community**
22:18
72:22

**companies**
74:16

**company** 8:4
11:20
12:2,4,11

16:12
17:23,25
18:1,9,15,
24 19:3,4
21:11,14
29:6 31:17
33:23
37:23
38:14
80:24
81:5,13,21
88:19
89:11
104:25

**compare**
110:13

**compete**
93:25
94:9,14
95:24

**competition**
19:6 63:1
67:3

**compiled**
75:25

**complaining**
44:16
102:1

**completing**
113:14

**complication**
51:7

**computer**
87:10,15

**concern** 99:1

**concerned**
74:22
114:7

**conference**
26:23
35:25
48:24
73:10

**confirm**
34:12 60:2
71:6 93:24
95:23

**confirmed**
10:1 51:18
63:5 64:25

**confirming**
57:5

**connect** 26:5

**connected**
48:11,25
84:7

**connections**
15:20

**contact**
23:10
24:17
25:4,7
26:2,9
43:14
51:21
52:11,17
59:23
83:16,25

**contagious**
82:18

container
   12:8,24
   13:6
   53:17,18,
   20 76:12,
   14,15,18
   77:2,10,
   11,25 79:6
   83:12
   105:7,18,
   25 107:12
   108:3
   110:11,12

containers
   24:1 34:1
   44:8 45:16
   47:11,19,
   21 49:7
   62:19
   63:4,6
   66:22
   68:10
   73:13
   105:9

contents
   7:12

context
   27:25

continuation
   5:13 35:6

continue
   68:21

continued
   113:7

continuing
   96:8,20

97:1
101:13

contract
   47:17
   48:11,22
   49:10
   50:2,8,16
   61:12
   66:23
   80:13

control
   12:2,7
   89:21

conversation
   33:12
   45:7,13,19
   56:5,13
   60:24 61:4
   68:15 71:4
   75:14
   99:20

conversations
   22:9 26:22
   51:5 73:9
   80:8 91:10

convert
   85:21

copy   76:3
   86:13,14

corporate
   111:15

correct
   6:20,21,
   23,24 8:21
   9:6 10:17

12:21,25
13:1,8,9,
14,22,23
15:4
16:14,18
19:16
20:3,10
21:1 28:7
31:2,3
32:5,7,8,
20 34:11
38:25
39:1,4,5
40:8,25
41:6,7,9,
11,12,22
42:6 43:23
54:15
55:20
58:11,23,
24 59:3,4
60:16,17
61:3 62:2
63:8,11,
12,17
70:6,7,24
74:17,24,
25 75:10
77:7,8
78:4,5,9,
10,13
79:9,16
80:2 83:13
92:10,11,
14,15,17,
18 97:14
104:12,17
105:7,8,

10,11,15,
16,19,20,
23,24
106:2,3,11
107:3,5
108:3,4,
11,21
109:4,24
110:8,18,
19

corrected
   43:1,2

correctly
   7:6 9:2,11
   40:14 81:3

cosmetic
   61:23

cost   42:19
   52:15

counsel   17:5
   86:5 114:3

count   76:24

country
   89:22

couple   9:7
   14:10,25
   75:4 80:9,
   16 83:15

court   25:22
   46:25 47:1
   100:11,15
   102:14
   103:5,17,
   24 112:2
   113:9

114:11,22

cover 15:1
81:5

cover-up
57:1 89:22

coverage
81:7

create 90:25

created 18:9
66:25
79:10,12
90:24

creative
80:22
91:1,2

credit 80:23
81:15,16,
17,21,22
83:24 84:4
91:24 95:6

credits
67:22

cross-
examination
111:19
112:4
113:25

cross-
examining
114:6

cross-noticed
102:10

crossed
71:14

CT 15:15
16:1 37:24

CTS 16:12
37:22
38:3,4

cultures
72:25

current
92:13

customer 7:3
9:9,18
10:1,8
11:16
15:25 25:2
42:7 43:13
46:18,19
47:8,9
49:3,25
50:1,17,18
51:5,7,20
54:2 59:2
62:10 67:2
74:19
80:18
81:3,4,23

customers
10:14
15:23
24:22
42:15
106:22

customs
89:24

cut 112:17
113:8

D

D-I-M-E-R-C-O
73:23

damage 71:5

data 77:20

database
71:18

date 77:17,
20,21

dated 6:13
17:3 104:8
107:12

dates 49:18
76:7,11
77:22

David 31:14
67:8 69:5,
16,24
107:11,14
110:22
111:2

Davidd@md3pl.
com. 104:9

day 35:7
44:21
55:23
58:18 59:7
62:17 63:2
68:5,13,14
73:6 83:11
84:12

days 80:9

dead 35:21

deal 21:5,
13 28:15
35:21
36:12
50:11
51:10,13
55:18
56:14
57:25 59:9
60:7,8,13,
21 61:15
62:12
91:12
93:15 95:3
100:11

dealing
7:15,16
17:16
29:18,25
31:8 49:3
50:24 61:2
62:14 69:2
72:20
93:15

dealings
50:22

dealt 73:3
107:18

declaration
84:19
86:10
92:20

declined
88:13 92:6

declining
  56:9

definition
  94:14

deliver
  48:19

delivered
  78:8  81:3
  95:2

deliveries
  24:7  28:16

delivering
  49:23,25

delivery   7:2
  23:20

Dembitzer
  107:11,14
  110:22
  111:2

department
  82:10

depends
  54:16

deposed   76:9

deposit
  80:15
  91:21,22

deposition
  5:8,19
  27:18
  100:14,19,
  24  102:11,
  17,21,24
  103:2,13

112:10,21,
  25  113:15
  114:2,3

depositions
  103:1

describe
  69:14

description
  108:2

desired
  59:10

detail   61:5

details
  18:12,14
  31:6  38:14
  49:6
  67:18,20
  79:3
  80:11,20
  98:2

difference
  40:15
  69:23  90:5

Dimerco
  73:23
  74:15

direct   5:6
  21:2  29:10
  35:7
  39:13,18
  61:18  66:5
  72:4  79:24
  89:8  93:21

direction

12:6

directly
  20:20  21:9
  80:4  81:20
  83:1  84:7
  90:24
  110:22

discuss   5:12
  26:8
  103:25

discussed
  5:10  7:7
  23:19
  88:10

discussing
  57:13,20

discussion
  34:22  85:4
  101:7

document
  15:15  17:5
  24:20
  27:14,16,
  20  30:3
  37:17,20
  39:6,14
  76:7
  84:19,20
  85:11,16,
  23  86:8,
  11,21
  87:19
  88:2,7,14
  90:17,25
  91:3  92:19
  93:17

108:13

documents
  5:21  65:24
  97:17

dollars
  14:8,10
  15:1  72:18
  73:1,16
  80:16
  81:8,10,12

Don   106:9

Dong   86:23
  105:13

door   62:6

dots   86:2

double   10:3
  21:1,2
  32:12
  43:15
  51:22,23
  86:25

download
  85:18,19,
  24

downloading
  88:3

draw   30:18

driver   74:13

dropping
  82:19

due   56:23
  90:6

KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.
Joel Stern on 10/16/2023                    Index: E-L-I..explanations

---

E

E-L-I   83:17

E-MAIL   6:12,
  16,17,18,
  20,25  9:8
  11:18,19
  15:11  17:3
  18:18  25:8
  26:15
  27:1,4
  28:22
  56:20
  79:16
  86:12,14,
  15  93:18
  104:8,15,
  16,24
  105:5
  106:7,8
  107:1,9
  108:7

E-MAILS   27:4
  114:1

eager   62:15

earlier
  35:15  40:4
  63:7

ease   27:18

Eleven   91:18

Eli   83:16,
  19,20,22
  84:8

employee
  60:12

107:22

employees
  8:7  111:13

end   29:25
  42:3
  44:12,19
  51:11
  56:9,10
  57:24
  62:14,17
  63:2  64:7,
  13  68:22
  97:3,20

ended   34:16

entire   27:11

entities
  88:24

entitled
  100:19,20
  112:17

entity   18:7
  19:18
  20:9,12,
  13,16,17
  81:15  89:5

equipment
  57:2
  89:19,21

equity   22:14

event   60:14
  64:8  81:4

exact   14:9
  49:11  67:1
  98:13

examination
  5:6  9:20
  32:18
  34:3,5,9
  38:10  39:4
  40:6,18,23
  41:6  42:7,
  8  43:3,7,
  12,16,22
  50:25
  51:3,14,
  19,24
  52:19
  53:24
  55:5,22
  56:2,18
  57:8
  58:22,23
  89:13  90:4
  91:11
  92:16
  105:22

Excel   76:1,
  3,4

exchange
  70:13

Excuse   46:21
  98:15

exhibit   6:3,
  4  15:8
  22:21
  27:17  35:5
  39:7  40:20
  55:2  66:4
  71:16  72:5
  83:9  86:8
  91:8  102:7

104:2
  106:4
  110:7,14
  114:16,19

exhibits   6:7
  15:10
  71:17
  85:22

existence
  23:3

expected
  24:4

expenses
  15:1  22:2

expert
  38:16,21

explain
  18:20
  47:24
  51:11  70:1
  76:6  111:1

explained
  9:13  31:12
  51:16
  76:13

explaining
  40:15  51:7

explains
  40:9

explanation
  72:19

explanations
  102:3

---

exporting
 56:22
 89:18

extent  27:25
 28:6 40:12
 82:12

extra  14:8,
 9,19 75:3
 76:22,25
 77:9,12
 78:18,21
 79:2

extremely
 48:18

eyes  42:25

————————

          F
————————

F-R-E-I-L-I-C-
H  36:15

F-R-I-E-D
 15:13

facilitate
 59:11

facilities
 15:21

facility
 82:5,13,24
 108:8

fact  44:1
 64:17,21,
 22 65:6,20
 80:11
 88:14 97:6
 98:2,5

factory
 89:15 90:7

facts  97:19

fair  27:2,3
 28:5
 106:25

familiar
 38:21

fast  48:5
 49:5

faster  57:17
 92:2

favor  56:7

feature
 30:10

February
 6:14 7:1,3
 17:4 23:15
 24:8 48:2
 73:4,8,14

feel  28:1

feels  101:18

fight  113:5

figure  64:23
 81:18
 111:2

figured
 82:3,22

figures
 97:19

file  76:1,3
 114:24

fill  62:9

final  6:3
 15:10
 102:7

finally
 24:21

financial
 84:5,9

find  15:6
 27:4 44:18
 50:19
 56:24
 71:10,16
 97:8

fine  93:19
 96:1
 101:13,22

finish  28:3
 46:11

Fintek  6:23
 10:14
 16:24 23:6
 24:18
 26:3,12
 29:13 34:7
 35:6 40:4
 41:4 42:6
 43:13,19
 44:24
 45:15,24
 46:12,13
 47:6,11,18
 48:1,4,7,
 9,10,17,25
 49:10,23

50:3,12,
 23,24 56:9
 57:23 58:3
 60:18 62:2
 65:1,6,18,
 25 66:22,
 23 67:4,
 11,12,16
 68:11,24
 69:25
 70:8,10,12
 71:11,13
 72:3 75:19
 78:6,8,12,
 15,17
 80:12,23
 81:16 82:1
 84:2,7
 87:20 91:4
 95:13
 97:11,13,
 25 104:12
 106:22
 108:10
 109:4,8
 110:24

fire  82:10

firm  17:7,
 15 93:3

five-minute
 71:20

five-page
 37:17

fix  7:24
 12:25

flag  43:8

flexibility
  38:13

flooded
  25:22

Florida
  72:23

flow  80:17

focus  44:20
  57:10 92:2

focused
  92:13

folder  15:10
  102:8

folks  13:11

follow-up
  5:14 26:16
  28:12
  35:11
  66:16
  67:14 92:5

footage
  111:9

forget  52:8

form  18:1,8
  50:7,14

formed  18:5
  19:6,18
  20:8

fortune
  52:15

forward
  15:25 16:5
  49:5

forwarding
  104:15

free  14:5
  28:1

freely  96:13

Freilich
  36:15,16

Friday  5:9,
  22 7:7
  9:14 31:12
  54:22
  71:17
  76:14
  103:15
  107:15

Fried  15:13,
  18,19 16:9

FRISCH  43:24
  45:8 46:21
  51:2
  63:19,24
  65:9 85:12
  86:6 87:4
  93:9 96:10
  97:15
  98:11
  99:25
  100:5,23
  101:3,14
  103:10,22
  109:2,5,18
  110:2
  111:23
  112:19,23
  113:2,11,
  16,22

114:23

front  6:4
  75:17
  91:21 95:4
  109:23

fulfill
  46:18 47:7
  48:22
  49:16
  70:12 79:5
  80:13

fulfilling
  92:13

fully  19:25
  71:17

fund  20:23

FYI  104:15

─────────────

        G

─────────────

G-R-I-N-V-A-L-
D  88:22

garbage
  82:19

gave  8:17
  14:24 16:4
  24:7
  25:15,16
  62:4 65:12
  80:13,15

general
  47:22

generally
  70:13

Gilling
  23:11 61:1
  84:1 86:9
  92:9

give  11:3
  17:11
  32:19 33:1
  34:10
  36:19
  40:7,24
  47:25
  62:24
  67:20
  71:19
  84:23
  85:21 86:1
  91:5 95:6
  111:20

giving  36:20
  99:6,7
  101:15
  102:1

Global  89:2

glove  19:3
  22:15
  24:24
  26:19,20
  46:14
  51:8,9
  80:18

gloves  7:15,
  16,17 8:22
  9:5,20
  10:13
  12:20,25
  13:22

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                        Index: gloves'..guys

16:24
17:21,23,
25 18:10
19:1,14
20:1,4,20,
24,25
21:8,9,15,
17,21
22:1,24
25:10
27:12
28:25
29:3,5,6,
10,20
31:9,11,
17,23
32:2,7,11,
17 33:5,7,
14 34:1,3,
8,16 38:1,
3,9,10,11,
17,25
39:4,20,23
40:5,11,
13,22
41:4,5
42:12,13,
14,16
43:1,12,
16,20
44:5,8,12,
14,25
45:1,17
46:15,18
47:7,11,
18,20
48:13,22
49:7,11

50:25
51:4,14,
15,19,24
52:19
53:5,24
54:23
55:11
56:2,8,11,
18 57:8
58:4,22
59:11
61:14,21
62:2,8,9,
15,19,23
63:4,5,14,
15,17,18,
20 64:10,
14,15,17,
18 65:2,6,
14,18,25
66:24
70:8,9,10,
22 74:23
75:19
77:18 78:7
81:11
82:2,9,11,
16,19,20,
21 83:12
89:6,12,14
90:3,4
91:11,12,
20,21
92:7,8,17
96:6,19,22
97:6,21
98:3,5
104:10,12

105:15,19,
23 106:1,
20 107:1
108:24
109:9

**gloves'**
55:5,6

**God**   70:18

**good**   5:7
20:14
32:17 37:1
40:5,22
41:5 66:15
67:24
81:24
94:19
107:24,25

**goods**   11:21
31:1 43:11
51:18,24
52:4 54:6
67:6 70:17
71:13
73:16,19
76:15
80:25 95:3

**Google**   25:6

**government**
56:23
89:20

**great**   86:3
94:21

**Grinvald**
86:22
88:15,17,

20,21,22
89:1,11
105:14

**ground**   30:25
31:2 32:3
64:4 77:23
78:2

**group**   26:18,
20 31:16
74:5,7
96:6,18,25

**groups**   96:22
97:6

**GTS**   89:2,7

**Guan**   86:23
105:13

**guess**   5:9
15:5 18:3
21:23 22:4
34:20
46:15,16
76:19
91:18 92:4
94:6
104:25
108:25
109:2

**guidance**
100:15

**guy**   15:19
18:2 26:9
36:8 63:12
74:12
95:22

**guys**   24:18

33:17
69:25
103:23

---

**H**

---

H-E-R-S-H-K-O-
V-I-T-Z
90:20

**half** 94:22

**hang** 71:15
93:20

**happen** 41:24

**happened**
10:20
23:14
57:14,21
68:15

**happening**
7:2

**happy** 25:10
106:24
113:9,14

**hard** 23:20,
22,25 25:3
68:18

**heading**
16:15

**healthcare**
82:5

**hear** 47:1
107:4

**heard** 9:10
93:13

**hearing**
46:24

**held** 34:22
85:4 101:7

**helped** 19:1

**Hershel** 44:6
45:14
59:22
83:20

**Hershkovitz**
90:14,19
93:8

**hey** 30:5
61:1

**highlight**
35:9

**highlighted**
27:24
30:3,16

**highlighting**
27:17,19

**hired** 8:4
11:18,19,
24 12:5
23:21

**hiring** 11:23

**history**
81:15,16

**hit** 108:18,
20

**hold** 38:16
68:12

**Holdings**

31:18

**home** 82:5,
23

**homes** 15:21
82:15

**honest** 33:4
63:12

**hope** 84:23

**hospital**
79:24 80:4
81:20,23
82:4,23
83:1,2

**hospitals**
82:2,14,21

**hours** 7:24
37:1,3
52:14
83:15
98:16,20,
25 99:11
100:2
101:12
102:22
103:9,11,
15 111:21
112:9,18
113:15,17,
18,20,23

---

**I**

---

**idea** 12:13
22:3 23:4
36:18 46:8
74:18

93:16

**ideas** 80:22
81:19

**imagine**
66:18,19

**immediately**
58:16,17

**inaudible**
96:8

**included**
37:17

**including**
20:22
106:22

**inconsistent**
12:20

**individual**
54:22

**individually**
106:25

**individuals**
12:12

**inform**
112:25

**information**
12:19
15:24
24:17
25:4,7
27:5 43:10
56:19
63:10
64:24
65:12 76:1

KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.
Joel Stern on 10/16/2023                                Index: informed..job

78:11,15
79:6,8
80:14
83:16
84:1,5,9
94:20

informed
65:13

initial   9:24
13:16 14:1
23:7 44:18

Initially
26:14

initials
19:9

inside   7:8,
21,23
12:21
51:24
53:23
60:12

inspect   11:7
52:4
109:14

inspected
38:3 51:18

inspection
15:25
16:1,3,11,
12,19
32:17
37:22,24,
25 38:2
40:5,22
54:14,19,

20 55:15
56:17 57:7

inspections
37:23
38:4,6,18
43:4,5

insurance
80:23
81:5,13,21
83:24
91:24

interest
22:14
99:13

interested
96:7,20
97:1

internal
68:20
89:15 90:6

interrupted
102:6
112:15

interrupting
96:12

inventory
24:11
35:16 47:5
48:16
51:19
53:8,9
62:22
67:5,17

invest   21:7

investor
19:24
21:5,20
22:11

investors
18:25
19:10
20:18 21:7

invoice
74:10,22
79:15,16

invoices
73:22

involved
9:24 12:12
14:21
22:25
30:20
31:5,19,21
33:18
36:11
50:15 60:3
65:21
73:2,17
74:4 84:7
94:12,13
110:23
111:14
113:5
114:2

involvement
16:23

issue   7:7
9:11 12:25
55:6 61:23
80:17

89:18
102:4,5
103:6
113:3

issues   22:24
89:15,16
90:6 103:3

_____

J

_____

J-O-E-L
33:21

Jay   31:14
67:8 69:6

Jerry   73:25
74:3,4,17

Jersey   8:20,
21,24
13:3,5,7,
10 42:14
52:2,3,20
53:4 106:9
111:5,10

JNS   13:23
19:21
20:2,12,22
21:13
31:18
44:10
47:3,4
95:12,15
97:22 98:6
107:11

job   23:25
42:22
94:19,21

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                                    Index: Joe..letter

Joe   31:14
  69:5

Joel   18:2
  26:18,20
  27:12 30:5
  31:13
  33:21
  35:19,21
  46:21
  52:21
  59:22,24
  60:4 64:10
  67:7 69:6
  72:9 73:22
  91:25 96:9

judge   100:6

Judy   83:4
  92:22,23
  93:2,18

July   27:15

jump   66:3
  72:4 83:8

———————————

**K**

———————————

Kato   23:11
  35:20 36:3
  58:8 59:1
  60:25 64:9
  69:15
  72:9,12,14
  83:11,17
  84:1,3
  86:9 92:12
  96:16,17

Kato's   36:17

kind   18:5
  21:23
  56:20 60:5
  62:4
  102:14

Kitchen
  12:1,5
  16:16,20
  17:23 19:6
  29:2
  31:11,23
  38:7 44:4,
  7,13,24
  45:14,15
  46:16
  47:4,10,
  17,23
  48:7,8,10,
  20 49:1,2,
  9,13,14,20
  50:3,12
  59:18,25
  60:6,8,15
  61:1,16
  62:13,20,
  25 63:7
  64:15 65:7
  66:1,23
  67:2,6,13,
  16,23,25
  68:24
  69:20
  70:11 89:9
  95:15
  97:22 98:6
  106:21

knew   82:20,

21,22

knots   112:8

knowledge
  8:16 20:5
  23:14 56:4
  65:11 92:3
  109:7

———————————

**L**

———————————

L-A-N-D-R-I-G-
A-N   17:6

L.L.C.   19:3,
  7

L.L.P.   17:8

LA   30:20
  31:2 42:16
  49:21
  52:24
  58:17
  70:17,23
  96:6,19
  111:5,10

Labarbera
  17:8

label   47:12,
  13 57:1
  76:17

labeled   6:9
  58:4,23
  89:12 90:3

lack   36:25

lacking
  81:17

Landrigan
  17:6,8,10

lapse   35:14

large   7:23
  29:14,15
  48:18 75:3
  76:21,22,
  25 77:9,12
  78:18,21
  79:1,2
  82:6
  111:4,9,11

latest   106:8

law   17:14
  93:3

learned
  11:17

leave   103:23

leaving
  100:1

Lee   14:23

left   49:21
  76:20 77:2

leftover
  42:16
  46:10
  49:16

legal   18:1,
  6,7

lengthy   99:7
  101:17,19
  102:3

letter   56:20

57:4 88:21
89:10,16
90:1,21

**letterhead**
86:23

**level** 44:10
111:15

**Levkowitz**
31:13
59:22 60:4
67:8 69:5

**Levkowitz'**
59:25

**limitations**
56:23

**limited**
102:22

**lines** 30:16
75:5 76:22
91:19
94:17

**list** 38:14
105:13
106:1
110:7,10,
16

**listed** 90:20

**lists**
106:13,16,
20,25

**literally**
82:18

**litigation**
22:25 23:3

**live** 42:11

**load** 42:2,3
84:13
87:15

**loaded** 87:14

**location**
111:13

**locations**
111:4

**logistic**
104:25
111:15

**logistics**
13:8 22:2
78:12
104:9,11
106:10
109:8
110:23

**long** 5:18
37:3 46:25
49:6 80:9,
25 87:16
101:4

**longer** 70:11

**looked** 40:1
54:17
92:20

**Los** 13:3
52:13

**lot** 33:4,10
37:25 52:9
80:13,20
92:1 94:20

99:7
105:22

**lots** 31:9
40:10

**loud** 46:24
88:6 98:13

**low** 25:19
46:12 47:5

———————

**M**

———————

**M-A-C-I-E-L**
107:10

**M-E-D-C-A-R-E**
29:6

**M-O-T-T-Y**
90:19

**Maciel**
107:10,21

**mad** 71:13

**made** 19:3
21:5,13
26:2 34:17
48:4 51:17
60:8 87:7

**main** 26:9
89:17

**maintain**
104:10

**majority**
29:3
42:13,14

**make** 9:15,
16,25

12:7,15
14:3 16:5
19:2 38:8
45:11 49:6
52:7,12,19
53:23
56:14
62:12
71:17
80:19 84:4
86:23
93:15 95:3
99:1 101:5
102:13,15,
16 113:11
114:10,24,
25

**makes** 28:8
34:12
69:22

**making** 94:16
111:16

**managed** 8:5,
11 13:17

**manager**
111:3

**managers**
111:12

**managing**
111:15

**Mandel** 18:3,
4,5,17
19:20,23
20:8,16,23
21:6
22:17,19,

23 23:2
33:22

manipulate
85:22

manpower
42:9,22

manual  8:12

manually
7:25

March  24:14,
16 27:13
28:4 46:1

marked  7:23
37:20 85:9

Masry  31:14
67:8 69:6

match  38:12

matching
7:12

materials
5:22

matter  43:25
51:8,9
56:13
57:7,20
61:5,14
70:3 78:14
80:11
88:14 97:5

MD  104:9
105:10
107:11,17,
22 108:8,
25 109:10

110:4
111:3

meaning  7:7,
11 29:15

means  7:5,22
26:13 31:1
32:3 34:3
55:18
74:25
76:7,14
88:3
104:24

meant  31:21
32:14
40:3,13
94:9 95:9

meantime
29:8 47:6

Medcare  12:4
17:23
18:10
19:2,14
20:6,20,24
21:10,17,
22 22:24
29:3,4,5,6
31:10 34:1
38:8,25
39:20
41:19
46:13,17
56:21 57:4
64:18
65:2,6,14
66:24
88:16,18,

23 89:9,10
90:2,3
96:6,19,22
97:21
98:3,5
104:25
108:14

medical  57:2
89:21

medium  7:23
75:3
76:21,25
77:9,12
78:18,21
79:2

Medline
108:9
111:7

MEDU  77:3

meeting
35:25

member
20:12,13

membership
22:14

memory  17:11
18:21
21:24
23:13
28:24 31:8
33:3 35:23
41:17
49:22
56:3,15
62:3 65:10

69:24 77:8
94:11
97:18,24

Mendlowitz
33:18

mention  43:7

mentioned
17:17
18:7,17
19:7 29:1,
7,13 33:22
42:1 62:16
67:5,7
80:20

mess  11:15

message  34:8
60:14,18
61:18
63:16
66:10
68:17,19
74:8 79:15
97:4

messages
37:5,18
68:6 91:6

messaging
36:4,24

met  72:18,
21 73:14

middle  47:2
72:10
79:18
108:18,21

KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.
Joel Stern on 10/16/2023                          Index: million..number

million
  19:12
  48:13
  59:12
  72:18,25
  73:15
  80:16,18
  81:8,11,12
  84:14
  111:8

millions
  49:10 81:8

mind 57:12
  61:22 67:9
  70:2

mine 13:23

minimum
  59:11

minute 17:11
  18:17 33:1
  47:25
  82:15
  84:25
  85:1,21
  86:1

minutes 5:20
  35:15
  54:18
  73:20
  82:19
  84:18
  98:18
  100:10
  102:19,20
  103:20
  112:3

mismarked
  92:10

missed
  46:21,23

missing
  76:19

mission 67:9

mistake 87:7

mistaken
  64:14

mix 7:4,5,6
  9:20 10:5
  74:25
  78:24
  86:18

mixed 7:8,21

moment 9:9
  17:15
  33:14 39:7
  71:19
  90:10
  92:20
  102:5

money 18:23,
  24,25
  19:12
  52:15

months 23:16
  48:3 49:8

mood 70:2

morning 5:7
  68:16
  107:24,25
  111:19

112:3

motion
  102:14,15,
  16 114:24

Motty 90:14,
  19 93:8

move 6:8

multiple
  80:6
  106:13,15
  111:4

———————————

N

named 15:12
  16:12
  17:6,25
  18:3 19:3
  21:11 29:7
  31:18 83:4
  89:11
  95:22
  105:6

names 24:19
  28:25
  31:13,15
  67:7 69:4
  89:4 93:14
  98:8

narratives
  101:24

NBR 39:3

necessarily
  51:8 76:14

neck 51:12

needed 27:6
  42:18
  74:10 84:9
  95:15

network 21:6

nice 49:7
  50:20 73:8

nightmare
  42:18

Nitriforce
  39:3,22

nitrile 34:4
  38:11
  39:4,23
  90:2,4
  105:14,22

non-responsive
  99:7
  101:16

Notary 5:3

note 50:6
  103:2

notice 7:3
  9:10 10:9
  24:19
  112:23,24
  113:3

noticed
  102:24
  112:21

notified
  24:2

number 16:2
  17:9 22:6

25:8 29:2,
3 36:17,21
37:23,24
48:12,19
66:7 70:8
76:14,19
77:3,10,11
94:11,13
98:13
101:6
105:18,22
108:18,21
112:4

numbers
29:16
76:7,12
79:7 105:7
108:3
110:10,11,
12,16,17

nursing
15:21
82:5,15,23

nutshell
67:19,21

NY 26:18,20
27:12

—————————
          O
—————————

O-T-G 30:24

oath 5:4
65:5

object
112:14

objection
43:24
45:8,10
50:6,7,14
51:2 63:19
65:9 97:15
98:11
109:5

Objections
63:24

obligation
62:9

obtain 16:9,
19

October 5:9

offer 32:19
33:6,14
34:10
40:7,24
41:8 55:22
56:1,5,6,
8,9 57:22
61:22 62:5
88:13
91:22 92:5
95:3

offered
33:24,25
44:7 57:22
62:24 64:4

offering
34:7 41:9
63:22

offhand
32:10

office 26:9
74:7

offices 53:8

officially
44:13

one-page
17:4

open 6:9,13
13:12,25
15:9,16
21:12 22:9
27:10,21
37:16
51:23
53:13,15
54:3 75:16
85:13,20
86:2,3,7
87:12
104:2
106:4
107:7

open-ended
101:18

opened
10:10,16
14:2 25:22
26:18
53:20,22,
25 64:7
87:8

opening 9:21

operational
22:10

operators

32:6

opposite
48:8

options
41:17

order 9:24
12:24
13:19
25:17,23
29:11
42:20
43:16 47:7
48:23 51:3
59:11,12
67:24
70:12 79:5
81:7 95:4
96:5,17

ordered 9:17
12:9 38:6,
10 43:9

orders 49:16
92:14

organized
88:23

original 8:1
27:20
41:18

originally
76:16

OTG 30:20
58:15

outline 59:9

overnight

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023                    Index: overseas..people

35:12

**overseas**
8:22
11:20,25
80:15

**overwhelmed**
23:21

**owned**  31:17
56:11 64:2

**owner**  40:10
74:13
88:16,18,
20,22
107:17
111:3,12

**owners**  57:4
89:10

**ownership**
22:13

———————————
            **P**
———————————

**p.m.**  27:15
28:11 30:4
32:15 34:7
35:8 37:5
39:10,15
40:21 55:4
58:9,25
61:19
63:16 64:8
66:11
70:16
71:2,22,24
72:8
79:15,21

84:12
85:5,7
101:8,10

**package**
89:23

**packaging**
34:4
41:18,23
51:10
55:11
61:23 90:6

**packed**  7:5

**packing**
105:13
106:1,13,
16,20,25
110:7,10,
16

**pages**  92:4

**paid**  11:25
12:1 14:7,
8,9,15,17,
24 21:25
94:6 95:2

**pain**  51:12

**pallet**  53:22

**palletize**
32:7

**palletized**
30:21

**pallets**
53:17,20,
21 76:18
108:13,23

109:22
110:5

**pandemic**
23:22
38:19 52:9
82:16

**paper**  82:14
108:17,22
109:20,21,
24 110:13

**papers**  110:3

**paragraph**
18:18

**part**  12:4
15:24
18:11,13,
14,19
21:2,14
30:18 93:4

**parties**  19:2
64:16,18,
19 65:17
97:21
99:11,13
102:25
113:22
114:4

**partner**
18:19,23

**partners**
18:10
19:1,4
20:9
31:13,18,
24 33:19,

22 67:7,
10,11,15
68:3,20,23
69:11,20
70:9,19
71:10

**partnership**
18:6,8,15
19:16 21:2
60:5

**party**  60:5
98:21,23
103:2

**Pass**  37:24

**past**  38:15

**paste**  76:3

**pay**  14:11,
13,16
81:3,4
95:5
109:16

**paying**  21:21
32:6 81:9

**payment**  15:2
80:24
95:4,6

**pdf**  27:11
85:22

**people**  8:4,
11 10:4
12:5
14:21,22
15:20 16:5
23:21,24

31:20
34:18
52:17
59:6,8,16
60:16
61:10,11
69:3
90:15,18
93:14
97:10
104:22

**percent**  21:4
22:11
34:13
43:11,12
53:2 79:1,
2 91:22
97:3,20
110:25

**percentage**
78:24

**perfect**
10:11

**perfectly**
113:14

**performed**
16:23

**period**  15:4

**permission**
10:24
23:23
31:24
109:17

**permit**  112:9

**permitted**

113:25

**person**  22:18
60:4 72:20

**personal**
8:10 43:5
80:14 84:3
88:17
89:19

**personally**
10:2,22
11:6 16:22
20:11 60:3

**perspective**
61:8

**Phil**  101:14
112:2
114:23

**phone**  25:8
26:14,25
30:7,9
36:17 54:9
59:8,16,20
60:18
73:10
75:23
80:21

**photograph**
75:10
109:21

**photographs**
38:23
39:20 54:6
108:6

**physically**
52:25

**pick**  49:24
69:3
109:17

**picked**
106:18

**picking**
74:11
95:18

**pickup**  58:18
74:9

**pickups**
95:15

**picture**
19:23
54:20,24
75:24 78:7

**pictures**
37:6
54:10,11,
13

**piece**  108:17
110:13

**pieces**
108:22

**PL's**  109:10

**place**  8:15,
16 13:2
22:7 26:23
42:10,12,
22 45:20

**pleased**
96:15

**pleasure**
59:5

**PO**  46:18
79:24 80:4
81:20 83:1

**point**  24:14,
15 26:7
33:5,24
43:20
46:10
49:13,18
57:3

**police**  82:10

**policy**  81:14

**poor**  101:18

**port**  106:18

**portion**  76:4

**portions**
27:24 58:2

**position**
59:25

**possession**
63:17

**possibility**
29:10 83:1

**possibly**
28:15
79:23
85:15

**PPE**  36:9,
10,13
56:22 82:4
89:18

**precise**
42:24

prefer   51:13

preferred
  51:4

prepare
  106:17

prepared
  68:7,10

presented
  62:4

presently
  109:22

previous
  60:17
  91:10,17
  92:5

previously
  90:9

price   21:16,
  25  22:8
  31:25
  59:3,10,11

printed
  32:19
  34:10
  40:7,24
  90:7
  110:12,17

private
  11:23,24
  12:2,4,10
  111:14

problem   10:5
  11:17
  44:19

56:22
66:16,17
68:19,20
80:14
86:16,17
89:20
99:18
101:2,3

process
  30:21
  83:13

procure
  20:19
  80:24

produced
  17:5  37:18
  75:14

product
  44:2,3

property
  109:12,16

proposal
  28:14

proposed
  59:10

protection
  33:7,15
  34:5  39:23
  40:17  41:4
  43:21
  44:8,12,
  14,25
  45:16
  47:12,13,
  18,20

51:14  55:5
57:1  58:4
61:21
62:2,19,23
63:5,15,20
88:12
89:12  90:2
91:11  92:8
105:15,19
106:1

Protective
  89:19

prove   91:10
  97:16

provide
  41:18

provided
  78:15
  101:24

provider
  104:10

providers
  109:8
  110:24

providing
  27:5  78:11

public   5:3
  21:12
  49:23

pull   102:8

purchase
  19:10
  20:20,24
  21:14

purchased
  21:9  31:19
  64:10  67:6

purchasing
  70:23

purpose
  44:11  89:5

push   91:12
  92:6

put   6:7,22
  8:1,12
  19:11  39:9
  43:16
  68:12
  76:18  87:4
  102:7
  110:4

putting   10:6
  42:5,7
  50:21

_____

        Q

quality
  12:2,6
  38:12,17
  89:13

quantity
  29:12,14
  59:12  82:7

question
  11:22  16:8
  20:14  22:4
  29:22  33:9
  40:19  50:7
  86:20  95:8

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023         Index: questioned..reference

96:14
109:3,19
112:18

questioned
113:7

questioning
27:19
98:18
112:13,16,
17

questions
27:23
44:20
57:11,16
92:2 94:10
98:25
99:2,15
100:21
101:19,20
103:1
112:5,11

quick  81:10

_____

R

raise  113:3

raised  43:8
103:3

RAKHUNOV  5:6
34:19 35:1
46:24
71:15,25
85:3,8,14
86:4 87:1
98:19
99:3,17,21

100:3,7,
13,18
101:1,4,
11,21
102:9,15,
23 103:6,
12,19
109:25
111:22,24
112:14,20
113:1,4,13
114:12,25

ran  49:14
52:10

range  21:25
48:13

raw  21:24

re-taped
10:10

reach  28:13
35:23 48:9

reached  25:9
28:13,22
29:17,18
48:3,7,20

read  27:25
31:7 33:2
41:16 80:8
87:24
88:4,5,6
94:22
99:10

ready  8:13
35:2 86:5,
6

real  25:20
54:9

reality
28:25
73:12

realized
10:4 12:18
13:13 49:2

reason  10:15
54:10
114:3

reasons  80:6
88:24 91:9

recall  23:10
26:1,4
53:1
59:20,21
61:4

recalling
36:20

receive
47:14
51:14

received
7:20 43:10
56:11
77:18 89:6
105:10
106:20
107:2

receiving
42:16
52:6,16,18
108:1

receivings
14:2

recess  71:21

recognize
6:17,18
86:10
87:19 88:7

recollection
40:3 69:19
92:21,25

record  6:11
15:2,11
17:22
27:11,16
28:23
34:19,23,
24 35:1
39:9 54:7
71:23,25
85:3,5,6,
8,10 99:5,
19,22,25
101:5,6,8,
9,13,15
104:7
107:9

recorder
7:14 17:22
88:4

records
51:22

red  43:8

reference
11:23
28:22

referenced
  75:13

referring
  29:23
  31:20
  32:11
  33:11
  56:16  57:6
  58:21
  59:17
  60:17,19
  63:15
  66:21  71:9
  72:12,15
  80:1  92:16
  94:4

refers   70:22

reflect
  107:1

reflecting
  65:25

reflects
  70:13
  105:9

refresh
  17:11  33:3
  40:3
  69:19,24
  92:21
  94:11

refresher
  94:23

refreshes
  92:25

refreshing

  56:15

regular   30:9

relate   88:9

related
  67:21
  83:21
  103:3
  112:5,6

relating
  61:12
  74:9,10

relation
  67:25

relationship
  23:6  25:1
  26:12
  43:21
  107:19

relationships
  71:5

reload   71:19

relying
  50:10

remember
  6:19  14:9,
  18  17:15,
  17  18:8,
  12,13,21
  19:8,9,13
  20:14
  21:18
  23:17
  24:6,7,16
  25:5,21

  26:6,10,
  14,19
  29:12,13,
  15,24
  30:11
  31:6,14
  32:10,12,
  25  33:4,5,
  8,10,15
  35:24
  40:14
  41:17,25
  42:4
  45:21,22
  48:12
  49:5,18
  51:6  53:17
  54:8  56:1,
  19  62:7
  64:25
  65:4,11,
  12,19
  66:17,20
  68:7  69:4,
  7  72:17,19
  73:5  80:10
  84:20
  88:17
  89:3,4
  93:1,5,7,
  11  94:7,8,
  15  95:25
  97:2,5,19
  104:21
  107:15
  111:6,11

remind   98:17

reminder
  57:12

repackage
  7:25  13:12
  23:25

repackaged
  10:16
  12:24
  86:18

repackaging
  8:3,7,14

repeat   21:4
  28:23
  112:1

repeatedly
  103:3

report   16:1,
  3,11,16,20
  34:9  37:22
  54:19
  56:17  57:7

reporter
  46:25  47:1
  100:12
  112:2
  114:22

reporters
  103:17

reports
  16:23
  32:18
  40:6,23
  54:15
  55:15

representing
  17:18 89:1
  93:4

represents
  77:22
  78:20

require
  101:19

required
  98:20

resealed
  54:1

reserve
  84:15

respect
  90:12
  99:15

respond  30:7
  36:1 37:4,
  8 55:10
  58:14 59:5
  69:16

responded
  25:12

responds
  73:21

responsive
  99:6
  101:16,23,
  24

return
  100:25

review  5:21
  6:16

reviewing
  94:24

revisit  23:9

rid  34:18

ride  52:14

ring  83:6

rings  66:21

risk  100:24

Robert  83:5
  92:22,23
  93:2,18

Rock  6:23
  10:14
  16:24 23:6
  24:18
  26:3,12
  29:13 34:7
  35:6 40:4
  41:4 42:5
  43:13,19
  44:24
  45:15,24
  46:12,13
  47:6,11,17
  48:1,4,6,
  9,10,16,25
  49:10,23
  50:3,12,23
  56:8 57:22
  58:3 60:18
  62:2 65:1,
  6,18,25
  66:22,23
  67:4,11,
  12,16

68:11,24
69:25
70:8,10,12
71:11,13
72:3 75:19
78:6,8,12,
15,17
80:12,22
81:15 82:1
84:2,7
87:20 91:4
95:13
97:10,12,
25 104:12
106:22
108:9
109:4,7
110:24

role  20:15,
  17 22:10
  59:25

room  11:3

roughly  52:5

round  9:3
  10:15

Ruben  31:14
  67:8 69:6,
  16,24

rule  30:13
  99:23
  102:21
  113:18,21,
  24

rules  99:10

run  11:5,10

38:15 51:6
100:24
111:16

_____

        S

S-H-I-M-O-N
  15:13

S-T-O-C-K
  24:10

sale  16:5
  23:14
  34:17 48:4

salesman
  48:9

salesperson
  60:12

sample  16:4
  42:18
  54:14,20,
  21,25
  61:20
  64:4,6
  93:17

samples
  35:12
  42:20

satisfied
  46:14

saved  76:2

scared  82:17

scenarios
  62:11

scheduling

114:1,2

**screen**
75:22,23
87:4,9,13,
14,24

**scroll**  38:22
105:12,17

**searching**
25:5

**seconds**
34:20
46:23

**security**
11:20,23,
24 12:3,10

**sell**  20:21,
25 21:12,
15 31:25
33:7 34:1
46:11
48:15
50:17,18
56:8,10
59:2 61:15
62:1 63:23
67:11,12,
13,16,17
68:1,2,7,
10,24
70:3,7,9
71:11,12

**seller**  19:15
65:1 81:2

**selling**
10:13 20:1

42:3 46:11
48:14
49:12 67:4
82:2
106:22

**send**  9:15,
16 18:10
35:12
51:20
54:12,13
61:20
64:4,5
68:17,18
72:25
73:15 74:8
83:16
84:19 91:3

**sending**
49:24
83:25

**sense**  28:8
34:12

**separately**
14:24
19:13

**service**
80:12
95:13

**set**  64:11

**setup**  18:11,
13,14

**share**  71:3
98:20
99:11

**sharing**  27:5

**sheets**
109:20,21,
24 110:18

**shelf**  76:17

**Shimon**
15:12,18,
19

**shipment**  9:1
11:8,9
25:20 74:9

**shipments**
24:4,21
25:25

**shipped**
8:13,23

**shipping**
9:14 10:23
11:5,8,20
43:15 46:2
104:11

**short**  18:20
24:8,10
44:3 49:6
101:20
105:3

**shortstop**
68:18

**shot**  75:23
87:5

**show**  41:15
52:12,18
54:21,24
57:2 76:23

**showed**  53:9,

10

**showing**
32:18 34:9
40:6,23
56:14
78:22
105:19
106:1
107:6

**shown**  109:20

**shows**
105:14,22

**shrink**  110:5

**shrink-wrapped**
108:13,24

**side**  67:22

**signed**  24:20
37:9 57:4

**similar**
15:21
82:24
88:10

**sir**  6:5
76:9 86:21

**sit**  26:1

**situation**
69:14

**size**  7:16,
17 9:16,20
10:5 11:1,
2 74:25
78:24
86:18

sizes  7:6
 12:18
 76:21
 78:3,21
 79:5

sizing  7:4,
 8,9,21,22
 12:19

skids  53:18

Skillman  5:1

slowly  25:22

small  7:23
 75:3
 76:21,24
 77:9,12
 78:18,21
 79:1 86:2
 87:25

snapshot
 76:3,23

sold  16:24
 44:11,24
 45:15
 48:1,16
 49:6 54:2
 56:12 65:1
 66:22
 70:10 73:4
 78:8 82:8
 104:12

solely  27:5

sort  86:19

sounds  46:23

source  63:9

Sourcingconnec
tionny@gmail.
com.  6:12

speak  5:18,
 24 84:13
 96:13

special
 23:23

specific
 9:20
 109:19

specifically
 59:19

specifics
 79:7

spell  23:11

spelled
 88:21

spend  7:24

Sperber
 50:6,14
 98:15,23
 99:16,19,
 24 100:9,
 14,16,20
 102:10,13,
 18,25
 103:18,20
 111:18
 112:1
 113:21,24
 114:17,18,
 20

spoke  26:5,
 7,25

spoken  22:23
 44:6

spot  52:7
 53:15,21

spreadsheets
 105:5

square  111:8

standing
 113:2

stands  18:4
 74:19

Starpluscapita
l.com  15:14

start  7:13
 24:24
 25:13,20
 28:2,15
 32:16 45:5
 47:2 49:12
 52:2 83:13
 100:9
 102:19
 103:21,22
 114:9

started
 23:17
 25:17 28:7
 101:11

starting
 66:11
 77:3,11
 84:13
 91:18

starts  27:13
 28:4

starved  63:3

starving
 44:2

state  5:3
 45:11
 72:22 80:2
 89:16

stated  80:2,
 3

statement
 96:3

statements
 94:16 95:9

states  24:13
 25:21
 56:17
 77:23 78:2
 111:6

stating
 57:5,8,19,
 20 83:7
 89:11 90:1

steps  53:4

Stern  5:8
 18:2
 19:20,22
 20:16 35:2
 44:20
 52:22 72:1
 85:24 92:1
 99:5
 103:23
 104:2,8
 112:5
 114:16,17

Stern's
  103:7

Stern-14
  6:9,11

Stern-15
  15:9

Stern-16
  17:1,3

Stern-17
  27:10,11
  35:5 39:7
  40:20

Stern-18
  37:16,21
  38:23

Stern-19
  39:14,19

Stern-20
  75:12

Stern-21
  85:10,13
  86:24

Stern-22
  102:7

Stern-23
  106:4

Stern-24
  107:6,7

sticker  43:2

stickers
  41:19 42:7

stock  24:9,
  10,11

25:19,20
46:9,10,13
47:5
49:14,16,
17 62:12,
21 64:2,3,
6 68:1
71:12
76:13

stocked  53:9

stop  68:11
  77:14

stopped  24:8
  25:2 49:12
  112:16

story  32:25
  41:16 49:6
  57:25

straightforwar
d  81:13

Street  5:2

strike  72:13
  110:21

struggling
  95:1

stuck  25:24

stuff  95:5,7

substance
  5:15

subtotal
  78:22

successfully
  9:25

sudden  68:11

suddenly
  67:3

summarize
  70:5

summer  45:23
  111:8

supplemented
  102:2

supplier
  28:13
  48:21
  80:15

suppliers
  28:21
  29:9,22
  107:2

supply  29:20
  80:17 84:8

supposed
  19:11
  76:24 84:6

supposedly
  34:2

surely  25:23

suspend
  100:13,23

suspended
  5:8

synthetic
  39:23
  90:2,4
  105:14

Systems  89:3

_____

T

taking  22:7
  26:23
  64:14
  100:1
  102:16

talk  14:22
  70:18
  100:10,18

talking
  60:19,20
  72:1 81:8
  86:15
  97:11
  100:10
  102:18,19
  103:21,22
  114:9

team  69:2
  93:5

technical
  11:11
  102:11

Technologies
  86:22
  88:15
  89:2,11

telling  41:4
  65:5 78:6
  85:12
  103:20

terms  38:17
  50:11

```
60:20 81:1          38:12               44:3,14,18          52:3,5,22
                                        45:14               53:4 57:24
test  32:18         thing  44:4         46:1,2,20           63:25 68:5
 40:6,23             86:24 87:6         47:3,8              88:10
                     98:16              48:4,6,14,          93:10
testified            113:17             21 49:9,21         112:5
 44:23 45:6
 63:25 90:9         things  6:8         51:16,21
                     9:8                52:15               tissue  7:15,
testifies                               54:9,11,16          17 9:4
 5:4                thinking             56:21               12:20
                     98:13              59:23               38:24
testify                                 62:6,7              53:23
 10:19              third-party         64:23,24            54:23
 13:15               8:8 53:11          65:11,13,           82:14
 97:18               62:13              16 66:23
                                        67:10,13            titled  15:15
testifying          Thomas  17:6,       68:5,13,17          86:9
 12:17               14 23:11           76:12
                     32:2 36:16         78:25 80:9          today  5:22
testimony                               81:9,17             26:1 28:14
 5:10,19            thought  61:3       82:4 91:23          86:13
 6:1 9:2                                93:12              101:5
 12:16              thousand            95:19
 13:21 20:8          14:8,10,25        100:1               today's
 43:18 45:2                            106:8                71:18
 50:21 51:1         time  6:4          111:20
 63:11 65:3          7:20,24           112:7,12            toilet  82:14
 81:25               9:23 11:4         113:12,14
 102:5               13:20,24          114:14              told  26:7
 114:7               14:15 15:4                             49:22
                     21:18,19,         time-to-time         50:11,22
testing              20 22:6,9          46:4                63:11
 16:23               23:20,23                               65:15
 38:17               24:4,5,23         timeline             68:23
                     25:16              29:21               69:20
text  37:18          26:22              36:23               73:3,4
                     27:9,15            80:19               89:17
thankful             30:14                                  97:5,7,24
 11:14               32:1,4            times  11:6         111:24
 13:18               35:14              50:24              112:2,7,8
                     38:20
thick  90:4          43:25                                 Tom  26:4,7,

thickness
```

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023          Index: Tommy..warehouse

13,21
28:6,12
30:8 35:18
84:3 97:9

**Tommy** 35:20
36:3,25
41:19
74:5,6
96:4,16

**Tooling** 89:2

**top** 28:10
35:4 59:1
66:3 69:9
83:11
93:21
95:10

**total** 77:1,
3,13 78:8,
18,19,20,
23

**totally**
62:21

**totals** 79:8

**touch** 6:22
14:20
113:9

**transaction**
78:13

**transactions**
22:7 23:8
65:22

**TRHU** 77:11
78:1

**truck** 10:6

51:25

**trucker**
74:12

**truckers**
49:24

**trucking**
74:14,16

**trucks** 95:14

**trust** 63:13
72:19
73:2,17,18

**trusting**
72:9,15

**truth** 78:14

**turn** 17:1
23:5 95:11
114:16,19

**Twelve** 91:16

**two-minute**
34:21

**type** 21:1
29:20 34:2

––––––––––

U

––––––––––

**unable** 70:3

**unavailable**
103:17

**uncalled**
102:3

**underscore**
39:11

**understand**
9:1 12:16
43:18
72:14
98:24
99:12
113:1,6

**understanding**
20:1 32:14
35:22
44:24
50:23 51:3
59:24 60:3
70:6 74:6,
15 76:8
90:12,13

**understood**
32:1 90:9

**unexpected**
35:13

**United** 24:13
25:21
77:23 78:2

**UPS** 42:20

**upscale** 38:7

**users** 51:11

––––––––––

V

––––––––––

**V-A-N-I-A**
107:10

**Vania**
107:10,21

**venture**
22:20

**verbally**
56:20
73:10

**video** 52:12,
18

**viewing** 87:2

**visit** 52:3
109:13

**visits** 54:5

**voice** 30:10

––––––––––

W

––––––––––

**W-I-E-N-E-R**
83:17

**waiting**
24:3,12
25:25 47:5

**wanted**
50:17,18,
24 52:7
67:24
109:12

**warehouse**
7:4 8:6,
17,19,20
9:15,22
10:3,4,23,
24 11:2,3,
6 12:18
13:3,5,8,
11 14:4,14
23:24 32:6
43:11,14
49:23

**KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.**
Joel Stern on 10/16/2023          Index: warehouses..writes

51:17,21
52:2,3,11,
18,25
53:4,7,8
54:6 70:24
77:18,21,
23 78:1
79:4,9,11,
12 95:14
106:10
108:9
111:10

warehouses
43:6
104:11
109:10

warned
102:20

wasted
103:19
114:14

water   24:2,
12 25:24

ways   56:25
80:11

wealthy
15:20

week   28:16

weeks   23:16
62:18

Weiner   44:6
45:14,20
46:5 47:16
50:11,22
59:22

63:11,12
83:21

Whatsapp
26:16,18,
20 27:1,11
30:9 35:6
37:18 73:9
75:14
79:14 91:4

white   96:23
108:17
109:21
110:12,18

Wiener
83:16,19,
20,22 84:8

window   6:4

Winners
12:1,5
16:17,20
17:23 19:6
29:2
31:12,23
38:7 44:4,
7,13,24
45:14,15
46:16
47:4,10,
17,24
48:7,8,10,
20 49:1,2,
9,13,14,
15,20
50:3,12
59:18
60:1,6,8,

15 61:2,16
62:13,20,
25 63:7
64:16 65:7
66:1,24
67:3,6,13,
17,23,25
68:24
69:21
70:11 89:9
95:16
97:22 98:6
106:21

wire   14:17,
25

word   26:19
41:5
85:16,20,
23 86:8,21
87:19
90:16

wording   46:7
67:1

words   46:22
95:5

work   8:12,
18 10:7,
13,23 11:4
12:12
13:21
14:5,7
17:14 19:2
23:24 25:3
28:15
41:20,21
60:10

64:11
68:21
80:19
83:23 84:4
91:23
103:24

worked   23:21
36:13 42:1
49:9 70:4

workers   14:5

working   60:6
63:2 69:2
81:6 90:15
104:23

works   30:14

worthiness
81:21

write   28:11
30:19 31:4
32:15 34:8
35:10
40:21
55:14,17,
21 59:7
60:15
61:19
66:14
69:10
70:16
84:12,14
93:23
106:12

writes   36:3
55:4,8
58:9 59:1

```
64:9 72:9
73:24
107:23,24

writing  6:25
  35:19,20
  36:25 41:3
  73:18
  91:24
  95:12,13
  96:17
  97:8,9,17

written
  38:14

wrong  7:21,
  22 44:17
  51:9,10
  61:3 74:17
  89:7

wrongly  90:7

wrote  32:23
  40:4 71:1
  72:15

    _____

        Y
    _____

yea  18:3

years  80:10
  93:12
  94:21

York  5:2,4
  12:8 42:11
  58:15
  72:23 82:7
```