# EXHIBIT 15



hershey weiner <weinerhershey@gmail.com>

## Update
6 messages

---

**Mendel Banon** <mendelbanon@gmail.com>                                           Fri, May 28, 2021 at 1:05 PM
To: Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>

Tommy,
As per our call with Hershey and Arik we will release five today and we will get paid 8 to 9 loads on Tuesday please confirm.

Thanks
Mendel
--
Regards
Mendel Banon

---

**Mendel Banon** <mendelbanon@gmail.com>                                           Fri, May 28, 2021 at 1:14 PM
To: Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>

@ Arik please confirm this also.

Thanks
[Quoted text hidden]
--
Regards
Mendel Banon

---

**Mendel Banon** <mendelbanon@gmail.com>                                           Fri, May 28, 2021 at 1:15 PM
To: Bradley Gilling <BG@rockfintek.com>, Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>

+ Brad, arik asked me to add Brad as well, Brad please see the thread thank you
[Quoted text hidden]
--
Regards
Mendel Banon

AKW_004957

**Thomas H. Kato** <t@mhub.com>  Fri, May 28, 2021 at 1:15 PM
To: Mendel Banon <mendelbanon@gmail.com>
Cc: Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>, Bradley Gilling <bg@rockfintek.com>

I confirm we will take those and pay by Tuesday or Wednesday at least 6.  I have no guarantee as the amount that am getting.  Hopefully I can send you for 10.

Regards,

Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

<u>Thomas  Kato</u>

> On May 28, 2021, at 1:05 PM, Mendel Banon <mendelbanon@gmail.com> wrote:
>
> Tommy,
> [Quoted text hidden]

---

**Bradley Gilling** <bg@rockfintek.com>  Fri, May 28, 2021 at 1:19 PM
To: Mendel Banon <mendelbanon@gmail.com>
Cc: Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>

Thank you.

All confirmed

Kind Regards,

Brad Gilling
Director of Operations

**Rock Fintek
Trading Company
Direct: 248-891-6060**

bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

AKW_004958

On May 28, 2021, at 1:15 PM, Mendel Banon <mendelbanon@gmail.com> wrote:

[Quoted text hidden]

---

**Shalom Arik Maimon** <ariknext@gmail.com>  Fri, May 28, 2021 at 1:21 PM
To: Mendel Banon <mendelbanon@gmail.com>
Cc: Thomas Kato <tk@rockfintek.com>, hershey weiner <Weinerhershey@gmail.com>

Behalf of Arik Maimon I am authorising to release the 5C today. Sabbath Shalom
[Quoted text hidden]

AKW_004959