**EXHIBIT 16**

                                                    Joseph Weiner <hersheyweiner@gmail.com>

**letter Kitchen winner.pdf**
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                          Mon, Mar 22, 2021 at 8:52 AM
To: Joseph Mendlowits <josephm@adorama.com>, Joseph Weiner <hersheyweiner@gmail.com>


Sent from my iPhone

📄 letter Kitchen winner.pdf
   151K

EXHIBIT
3
Huseby.com

AKW - 003168



GRINVALD TECHNOLOGIES DONG GUAN
RN: 91441900MA5199MT80

401 Building 3 No. 4
Guangming New Village
2 Road Dong Cehng Dongguan,
China 523001



Wednesday 22 March 2021

To : Kitchen Winner

Attention : Mr. Weiner Hershey
  Mr. Banon Mendel

Subject: **DECLARATION OF ALLOCATION LETTER**

Dear Mr., Weiner hershey,

We hereby declare that GLOBAL TOOLING SERVICES LIMITED, has an agreement with Kitchen winner for supply of our brand Medcare Nitra force Gloves.

The contract is based on allocation with a minimum delivery per week (starting week three of March of 600,000 boxes (20 containers) per week and we are increasing to 25 containers per week (750,000 boxes) starting first week of April shipments, Production third week of March.

Global Tooling service is Guarantee the deliveries with a performance bond to Kitchen winner and will do all possible to increase the deliveries up to 1 million boxes delivery per week by second week of April.

We here by confirm that Kitchen winner has full exclusivity for Medcare in USA.

Kind regards, Kind regards,

For and on behalf of
GLOBAL TOOLING SERVICE LIMITED

*Authorized Signature(s)*

Chief Executive Officer / Owner
Anna Grinvald
GTS

GLOBAL TOOLING SERVICE LIMITED

AKW - 003169