**EXHIBIT 17**

**From:** Bradley Gilling <bg@rockfintek.com>
**Sent:** Tuesday, August 24, 2021 9:12 AM EDT
**To:** Thomas Kato <tk@rockfintek.com>
**Subject:** Fwd: Adorama LevMed

Kind Regards,

Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154


Begin forwarded message:

> **From:** Mendel Banon <mendelbanon@gmail.com>
> **Date:** April 29, 2021 at 6:59:32 PM EDT
> **To:** Bradley Gilling <bg@rockfintek.com>
> **Cc:** Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>, hershey weiner <Weinerhershey@gmail.com>
> **Subject: Re: Adorama LevMed**
>
> Hi All,
> please see the attached spec sheet and the 510K
>
>
> https://www.accessdata.fda.gov/cdrh_docs/pdf17/K171873.pdf



**Examination Gloves | POWDER-FREE**

1 of 1

LEVMED

**QUALITY STANDARDS**

• Conforms to FDA & 510K EN455, EN 420, EN374-1, EN374-2:3019 and EN ISO 21420:2020
• Manufactured under QSR (GMP), ISO 9001:2015 Quality Management System

**GLOVE SIZES**

• Small, Medium, Large, Extra-Large
• Size of gloves shall be marked in the check box on the shipping carton with black ink

**PRODUCT SPECIFICATIONS**

| | |
|---|---|
| Type | Powder-Free, Non-sterile |
| Material | Nitrile Latex Free |
| Colour | Blue |
| Design & Features | Powder-Free: |



**CONFIDENTIAL**                                                                                                                                       RF_000443



| Features | Polymer coated or online single chlorinated, offline double chlorinated, ambidextrous, finger textured or palm textured surface, beaded cuff |
|---|---|
| Storage | The gloves shall maintain their properties when stored in a dry condition. Avoid direct sunlight |
| Shelf-Life | 3 years from the date of manufacturing |

## PRODUCT SPECIFICATIONS

| | Standard | | |
|---|---|---|---|
| | EN 455 | | |
| Length (mm) | Min 230, Min 240, 300 ± 10 | Min 220 (S) Min 230 (M, L, XL) | Min 240 |
| Palm Width (mm) | | | |
| • S | 84 ± 3 | 80 ± 10 | 80 ± 10 |
| • M | 94 ± 3 | 95 ± 10 | 95 ± 10 |
| • L | 105 ± 3 | 110 ± 10 | 110 ± 10 |
| • XL | 113 ± 3 | 120 ± 10 | 2:110 |
| Thickness: Single Wall (mm) | | | |
| • Finger | Min 0.08 -0.12 | Min 0.08 | N/A |
| • Palm | Min 0.05 -0.12 | Min 0.05 | N/A |

## PHYSICAL PROPERTIES

| Property | | EN 455 |
|---|---|---|
| **Tensile Strength (MPa)** | | |
| • Before Aging | 14 | N/A |
| • After Aging | 14 | N/A |
| **Elongation at Break(%)** | | |
| • Before Aging | Min 500 | N/A |
| • After Aging | Min 400 | N/A |
| **Median Force at Break (N)** | | |
| • Before Aging | N/A | Min 6 |
| • After Aging | N/A | Min 6 |

On Thu, Apr 29, 2021 at 5:56 PM Bradley Gilling <bg@rockfintek.com> wrote:
> It's fine.
>
> Contract will be reduced by amount of LevMed if accepted by my client and paid. (pray 🙏 docs accepted)

**CONFIDENTIAL**                                                                                                                       RF_000444

Kind Regards,

Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**

1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**

40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

> On Apr 29, 2021, at 5:54 PM, arik meimoun <ariknext@gmail.com> wrote:
>
> Below it's okay. Please send us the docs ASAP. We need this behind us ASAP same as you.
>
> Brad please confirm ?
>
>> On Thu, Apr 29, 2021 at 5:30 PM hershey weiner <weinerhershey@gmail.com> wrote:
>> Dear Arik,
>>
>> We will treat this as a separate transaction, out of the existing contract that we have
>> Just to confirm that I am going out to buy the Levmed gloves just to smooth out from the incident that happened in the warehouse.
>> Please confirm that if the hospital accepts it, everything is squared away and if not I will take it back and return it to the prior owner.
>> For quantity sake, if the hospital accepts it, it will be part of the contract.
>>
>> Please confirm by email
>>
>>> On Thu, Apr 29, 2021 at 9:33 AM arik meimoun <ariknext@gmail.com> wrote:
>>> As discussed please read below. The sooner we get these document the better for everyone. Since you guys will put this money in escrow for LevMed owner than they should give you the document this morning. Additional whatever happen belong to the history and if these are not fake gloves or non quality gloves than  no one get in troubles legally and it should be resolve we than move forward. No one here is to screw anyone as long as I am here. Please make sure respect is always there and if anyone see any problem from miles away make SURE you call me so we avoids any potential problem.
>>>
>>> Again the sooner we get the paper work the better for everyone to move this forward. The solution we come up with this morning should work as long as these Gloves have the right specification for the hospital requirement. I am sure everyone understand the reason and liability potential if these are not what we believe they are. Rock Fintek kept very strong name and reputation during the passed years and must make sure it will remain this way for the years to come.
>>>
>>> Thank you and hopefully below email will make this go away. Peace
>>>
>>> Arik
>>>
>>>> On Thu, Apr 29, 2021 at 10:16 AM Bradley Gilling <bg@rockfintek.com> wrote:
>>>> Adorama,
>>>>
>>>> The situation created by the warehouse representing Adorama deliveries of MedCare gloves, per Rock Fintek's contract, has caused us grief and great damage with our client when LevMed gloves were loaded onto our trucks and delivered to our client. Several days went by until these wrong gloves were identified.
>>>>
>>>> Assuming Rock Fintek receives the proper FDA 510k and all required documentation and testing as 100% nitrile examination gloves for use in hospitals for the LevMed gloves, we will present to our client for review and to accept the gloves. If our client accepts the documentation, Rock Fintek will request payment and reimburse Adorama $11.50 per box. This may take up to a week.
>>>>
>>>> Furthermore, this unfortunate mistake by Adorama's process has crippled our cash flow as our client will not pay us for 90,000 boxes we delivered, as LevMed was mixed with MedCare gloves. Rock Fintek has paid Adorama for 90,000 boxes and received 60,000. Adorama needs to release 30,000 boxes immediately for pickup while the LevMed disaster gets sorted out. This needs to happen today.
>>>>
>>>> Lastly, this mistake by Adorama has created tension with our client and put us in breach of our contract with both Adorama and our client. This email documents the breach of contract was caused by Adorama, not Rock Fintek. We are willing to work through steps to get back on track, however our cash flow and damage to our client relationship is unknown at this time. Until we receive the 30,000 MedCare gloves and get paid for the invoice of 90,000 from our client, we can not move forward with our agreement.
>>>>
>>>> Therefore there will be a delay in pickup of MedCare gloves per our contract with Adorama. The cause being this unfortunate event predicated by Adorama.
>>>>
>>>> Please respond today with acceptance of the terms above.

Thank you.

Kind Regards,

Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

--
Regards
Mendel Banon

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RF_000446**

# Nitrile Examination Gloves | POWDER-FREE

## QUALITY STANDARDS

- Conforms to EN455, EN 420, EN374-1, EN374-2:3019 and EN ISO 21420:2020
- Manufactured under QSR (GMP), ISO 9001:2015 Quality Management System

## GLOVE SIZES

- Small, Medium, Large, Extra-Large
- Size of gloves shall be marked in the check box on the shipping carton with black ink

## PRODUCT SPECIFICATIONS

| | |
|---|---|
| **Type** | Powdered & Powder-Free, Non-sterile |
| **Material** | Nitrile Latex Free |
| **Colour** | Blue |
| **Design & Features** | Powder-Free: Polymer coated or online single chlorinated, offline double chlorinated, ambidextrous, finger textured or palm textured surface, beaded cuff |
| **Storage** | The gloves shall maintain their properties when stored in a dry condition. Avoid direct sunlight |
| **Shelf-Life** | 3 years from the date of manufacturing |



## PRODUCT SPECIFICATIONS

| | Standard | | | |
|---|---|---|---|---|
| | EN 455 | | | |
| **Length (mm)** | Min 230, Min 240, 300 ± 10 | Min 220 (S) Min 230 (M, L, XL) | Min 240 | |
| **Palm Width (mm)** | | | | |
| • S | 84 ± 3 | 80 ± 10 | 80 ± 10 | |
| • M | 94 ± 3 | 95 ± 10 | 95 ± 10 | |
| • L | 105 ± 3 | 110 ± 10 | 110 ± 10 | |
| • XL | 113 ± 3 | 120 ± 10 | 2:110 | |
| **Thickness: Single Wall (mm)** | | | | |
| • Finger | Min 0.08 -0.12 | Min 0.08 | N/A | |
| • Palm | Min 0.05 -0.12 | Min 0.05 | N/A | |

## PHYSICAL PROPERTIES

| Property | | EN 455 |
|---|---|---|
| **Tensile Strength (MPa)** | | |
| • Before Aging | 14 | N/A |
| • After Aging | 14 | N/A |
| **Elongation at Break(%)** | | |
| • Before Aging | Min 500 | N/A |
| • After Aging | Min 400 | N/A |
| **Median Force at Break (N)** | | |
| • Before Aging | N/A | Min 6 |
| • After Aging | N/A | Min 6 |