# EXHIBIT 18

**From:** Arik Next <arik@nextcommunications.com>
**Sent:** Wednesday, August 25, 2021 7:27 PM EDT
**To:** Thomas Kato <tk@rockfintek.com>
**CC:** Shalom Arik Maimon <ariknext@gmail.com>; Arik Asiya <arik@asiya.com.mx>; Bradley Gilling <bg@rockfintek.com>; sima maimon <simamaimon@yahoo.com>
**Subject:** Re: Follow up

Thomas, I am in shock of your legal long message respond that I completely disputing these facts. I did my absolute best to serve you as transparent as I could and as respectful as I could. I can't control your company internal procedure or quality assurance control. I can't believe you put all the negative results that your company managed/paid and collect in a very negligent manner towards the all process on this deal now on me and my credibility to protect you and company. Engin my Turkish Freind is not in town for another 2 weeks or so and I will happy to set up meeting if you like. I made 0 profit on this transaction and have 0 Responsibility for your company decision as to what to buy or how much to buy or what Inspection you need to do. The 59k we both put on LC 29k each are lost for me at the moment or negative 29k as well.

Since you busy working your currant process with Adorma we can't even get your attention to proceed any other Opprtunity either is Mendel opportunity or Deppak (Eyal) Opprtunity. They both available but I'm not in the Gloves business and never know how to spell Gloves myself unless you asked me to help you try to get Mendel to return your calls. Did I work so hard and did my best to help you ? I 100% did and work good faith, My simple Calculations show you made 3M dollars in profit in this deal. God bless you as I was Idiot enough to trust you. I even remember that you told me during the process. "Arik we can pay you on half way your profit and we don't need to wait for the end of the delivery" I even said to myself no Arik you wait as Tommy word is golden. What you end up picking up or collecting and or pay got 0 to do with me at the end of the day. I told you in all respect that I am here to protect you as much as I can or able and even ask you not to send more payment and your company dis care my opinion and sent another wire that creat your dispute with Adorama, you asked me not to get involve anymore or want to share with me any additional details and since than I did not speak to any of the Adorama guys, I never refuse to help or support anything you need me to support you with. There is several defects on this process that my involvement is worthless, once your company picked up extra 2M gloves, instead of stoping it at the end of your agreement. I want you to know that no matter what you said or write, I still value the relation with you way more than 400k man. Your respond was not fair man. I did my best always to protect you
Before I unfortunately protect myself. Peace ☺ Arik


> On Aug 25, 2021, at 5:40 PM, Thomas Kato <tk@rockfintek.com> wrote:
>
> Hello Arik,
>
> I was shocked and disappointed that you told Bradley that you found a lawyer to sue Rock Fintek on a 20% contingency for your "broker fee"?!
> You are a Founder, Board Director and CEO of a publicly traded financial company.   You know better then to file a frivolous and fraudulent lawsuit that involves stolen funds and fraud.
>
> I could not have dreamed 6 months ago that you, of all people would attempt to file a lawsuit against us.
>
> You promised to do something and it doesn't matter the amount of time you put in it, if you fail to do what you promise, how could a real honorable man  asked to get paid from the person that was defrauded and stolen from, when your sole job was to protect us and our client?
>
> Let me go back to the beginning when you were looking for people to supply gloves.
>
> You said that you could help Rock Fintek secure quality gloves for our hospital client in the beginning of this year.   Bradley and I spent a lot of time on the phone with you, with several of your relationships that you said, 100% had the correct glove that we were looking for.
>
> You also said that your bankers and one specifically more then the others, Simon had credible vendors to supply these nitrile medical gloves.   One of the glove vendors you brought to meet with us, Riza I believe his name was. He never came through with anything.
>
> You had Rock Fintek wire funds to your banker for a letter of credit that we funded for some gloves in Asia which were never delivered.   We also funded other letter of credits, that you said if we don't get the gloves you would return the funds.  We funded the letter of credit again and we never got any gloves.   In fact everyone that you said that you could get gloves from for several months and countless hours with us on the phone discussing it, none of your relationships came through with any gloves.
>
> All your contacts that you attempted to get us gloves from, not one of them came through and we lost money that we sent to your banker friend.   We lost our time and our money.
>
> Later on, Bradly and I gave you this man's name Mendel and told you we bought gloves from other people that

were selling the same product he was.    You said that he and his organization is a tight group of Hasidic Jewish business men and for Rock Fintek not to be stolen from or taken advantage of that we should have you involved.

YOUR SOLE PURPOSE TO BE INVOLVED IN THIS TRANSACTION WAS TO VET AND PROTECT ROCK FINTEK's FUNDS AND TO MAKE SURE WE GOT THE PRODUCT THAT WE PAID FOR.

 In return you negotiated a broker fee for your services.  And then you asked if you we can sign a document acknowledging your broker fee for these services.  Even though the document you sent was not stating what you agreed to us verbally, in what's app messages and emails, Rock Fintek still signed it because you understood why you were getting compensated, agreed to it and trusted you at your word.

This Mendal, Hershey, Kitchen Winners and Adorama who were part of this group that you told us you were protecting us from.   These people stole our money and more.  We were deceived by these exact people and companies.  Where were you to protect us before and now?

Also you mentioned in messages that you wanted to buy other gloves and sell to Mendal's brother and other people.  You said you would want to give Rock Fintek 50% of the profits, we said in writing we agreed and please move forward.  We even helped facilitate getting those other gloves for you you.  This deal never came through, along with others.

You said you wanted to sell any 10% additional gloves from Adorama contract to other people, we said yes please do so, we did not stop you and we said this in writing also.

In fact Adorama was over  supplying us intentionally by not telling us the correct amount they were delivering.  You could have easily taken as many extra gloves as you wanted and sold them.  However you did not do that and Rock Fintek did not stop you from buying additional glove and selling them to anyone.  IN FACT WE TRIED TO RETURN THE 18 million extra gloves they gave us, they would not take them back and you did not even attempt to buy them for your "own client" at the discounted price they were selling them for.

I mention this because on top of the $400k commission you asked Rock Fintek to still pay, you also said you could have made an additional $1 million in profit on gloves you could have sold?   How many gloves would have to buy and sell to make $1 million more in profit?

I told you I was open to discussing and  would discuss all this with a 3rd party like your Turkish business friend Engin, for him to tell me if I was being to one sided or not, you never set up that meeting.

I have repeatedly told you I would never ask even a stranger for any funds for something I failed horribly to do.  You should be ashamed you failed me and to keep your word.  Many people and organizations were counting on you protecting them.

And now, Not only are you not helping me with the problem, in addition you want to sue Rock Fintek for your commission and the $1 million profit you would have made by selling gloves that I stoped you from buying?  I never stopped you buying and selling anything.   This is hard to even believe.  How can a man do this to his friend that he was supposed to be looking after and protecting.   Everything you told me must have been all lies.

Again my priority right now is to help my hospital clients, not Adorama and the others.

If you want to file a fraudulent lawsuit against Rock Fintek,  it will be answered with a factual counter suit with all the supporting evidence, and also demand a repayment of my legal fees for the frivolous lawsuit.


    Regards,

    Thomas

**Please excuse any typos or short messages as this was sent from my mobile.**

<u>Thomas  Kato</u>
<u>tk@rockfintek.com</u>

> On Aug 24, 2021, at 9:21 PM, Shalom Arik Maimon <ariknext@gmail.com> wrote:
>
> TYVM Tommy. I am looking forward to your reply. Good luck. Arik
>
>> On Tue, Aug 24, 2021 at 5:51 PM Thomas Kato <tk@rockfintek.com> wrote:
>> Hello Arik,

I will reply to your email soon. I have my hands full at the moment, thank you.

Regards,

Tommy

*Please excuse any typos or short messages as this was sent from my mobile.*

<u>Thomas Kato</u>

Regards,

Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

<u>Thomas Kato</u>
<u>tk@rockfintek.com</u>

On Aug 23, 2021, at 8:28 PM, sima maimon <simamaimon@yahoo.com> wrote:

Amen!!

אמן כן יהייה רצון

Sima maimon

Sent from Yahoo Mail for iPhone

On Monday, August 23, 2021, 8:19 PM, Arik Next <arik@nextcommunications.com> wrote:

Dear Thomas, TYVM for your time over the phone last week. I would like to confirm with you what we discussed last week and you basically informed me that there in an on going process that you working on it very closed. I also want to touch base that you told me to hold up for some time while you work on this complex process. It's important for me to have some piece of mine with my wife Sima, that based on my agreement with your company, I owed 450k in Commision and that I agreed to settle that for 400k. I am sorry not be able to write you before as I was really busy on other matters and that take my full attention. I am in NY at the moment at the Liubavitz Rebbe Grave, asking for blessing for my future business amd for your success in the process and our collective success on future together. FYI, I even committed to pay 20% of any amount i am getting in donation to the Rebbe organization. You should see some turn around in your side moving forward in luck and bless. God willing I hoping all the best and looking forward to our wife's and us to meet for dinner when you available regardless of any outcome. It's important for me that our wife's are not involve in this process or get hurts in any way shape of form. I can tell you that on my side it's been big nightmare even if I try to explain Looking forward to your feedback bro. Peace ☮ Arik

Sent from my iPhone

On May 19, 2021, at 2:49 PM, Thomas H. Kato <t@mhub.com> wrote:

CONFIDENTIAL                                                                                                                                                        RF_000833

Hello,

I agree we are picking up and will owe for these 8 containers that will be paid in full no later then Tuesday next week if we get them out today.   I believe we can pay for 3-4 by this Friday.

Regards,

Thomas

**Please excuse any typos or short messages as this was sent from my mobile.**

<u>**Thomas Kato**</u>

> On May 19, 2021, at 2:21 PM, Shalom Arik Maimon <<u>ariknext@gmail.com</u>> wrote:
>
> Hershey,
>
> Thank for your time today. This was very productive call to allow both side to accomplish the mutual goal.
>
> This is to confirm by Arik Maimon that the 8C we picking up today will be paid as follow:
>
> 4C on or before Friday May 21 and the second 4C on or before Tuesday May-25.
>
> We will deal with the 10C once we finish this 8C round even if we got to move it from Friday to Monday or Tuesday. This way We can work on the appointments plus the Texas warehouse allocation.
>
> I believe we making great progress. We going to look into the insurance update today in the afternoon to determine the next route we taking here. There is couple of option as discussed and therefore we want to make sure we know the route we choosing this week.
>
> Mazal BH"
>
> Arik
>
>> On Thu, May 13, 2021 at 1:54 PM Thomas H. Kato <<u>t@mhub.com</u>> wrote:
>>
>> Hello,
>>
>> Thanks for your time today.   Rock Fintek owes payment for 4 containers that have been given on credit, they are part of the total 1.5 million contract volume.
>> These 4 containers given on credit will be paid next week, in addition to the scheduled payment for next weeks containers.
>>
>> Regards,
>>
>> Thomas
>>
>> **Please excuse any typos or short messages as this was sent from my mobile.**

CONFIDENTIAL RF_000834

<u>Thomas Kato</u>

> On May 13, 2021, at 1:27 PM, Shalom Arik Maimon <<u>ariknext@gmail.com</u>> wrote:
>
> Hershey, thank you very much for your quality time over the phone today. It look like we are finally shifting gear.
>
> As agreed. You gave 2C already on credit and these will be paid on or before Wed next week.
>
> We also going to pick up 2C more today on credit and total will be 4C on credit.
>
> On Wed next week we will have in Chicago 6C plus the additional number of containers we will know by the end of the day today from you, this will allow us to set up the appointments accordingly.
>
> This is to confirmed that we are on the same page from Arik Maimon.
>
> Tommy please add your feedback and or confirm your side so we can move this forward.
>
> Peace
>
> Arik.
>
> On Thu, Apr 29, 2021 at 7:39 PM Bradley Gilling <<u>bg@rockfintek.com</u>> wrote:
>> Mendel,
>>
>> Please resend this without the corner "1 of 1" covering the title.
>>
>> <LevMed brochure .jpg>
>>
>>
>> Kind Regards,
>>
>> Brad Gilling
>> Director of Operations
>>
>> Rock Fintek
>> Trading Company
>> Direct: 248-891-6060
>> <u>bg@rockfintek.com</u>
>>
>> **Miami, USA**
>> <u>1680 Michigan Ave, Suite 800, Miami Beach, FL 33139</u>
>>
>> **Phone**
>>
>> +1 305 501 3000

| | |
|---|---|
| | **London, UK**<br>40-42 Parker Street, 1st Floor,<br>London WC2B 5PQ<br><br>**Phone**<br><br>+44 207 952 2154 |

CONFIDENTIAL RF_000836