**EXHIBIT 19**



| **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT41939 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **1** of **25** |

| Client: | Kitchen Winners INC |
|---|---|
| Supplier Name: | Qingdao Yuantong Bomei Agricultural products International Logistics Development Co., LTD |
| Factory Name: | Zhonghong Pulin Medical Products Co.,Ltd |
| Inspection Service: | Final Random Inspection |
| P/O Number: | 20248/20249 |
| Style Number: | -- |
| P/O Quantity: | 150,400,000Pieces |
| Color: | Blue |
| Destination Country: | -- |
| Inspection date: | Dec 11th ,2020 |
| Product Description: | Nitrile examination gloves |
| Place of Inspection: | Tianchang, Anhui,China |



The inspection results of the above mentioned merchandise were found as follows:

| | Description | Passed | Failed | Pending | N.A. | Remark |
|---|---|---|---|---|---|---|
| 1 | Quantity Available | X | | | | |
| 2 | Workmanship for product | X | | | | |
| 3 | On-site tests | X | | | | |
| 4 | Specification | X | | | | |
| 5 | Packing | X | | | | |
| 6 | Marking & Labeling | X | | | | |
| 7 | Data Check | X | | | | |

| OVERALL CONCLUSION: | PASSED | |
|---|---|---|
| Inspector(s)Arrived Time: | 9:00 AM | Inspector(s) Departure Time: | 18:30 PM |
| Inspector(s) Name: | Rex Chen&Robin Wang | | |
| Report reviewer: | Lucas Yang | | |

| Note: | |
|---|---|
| 1 | The G.W. and N.W on master carton was not marked on master carton. |



| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **2** of **25** |

## INSPECTION RESULTS:
The inspection results were found as follows:

## 1) : QUANTITY AVAILABLE:
### A: Quantity details

| Quantity | | | | | | | | Unit:Pieces |
|---|---|---|---|---|---|---|---|---|
| P.O No. | Size | Order Qty | CTN Qty | Sample size | | Quantity Breakdown | | |
| | | | | Packed | Unpacked | Unfinished | Packed | Unpacked |
| 20248 | S | 10000000 | 1000 | 83 | 0 | 0 | 10000000 | 0 |
| | M | 40000000 | 4000 | 33 | 0 | 0 | 4000000 | 0 |
| | L | 40000000 | 4000 | 332 | 0 | 0 | 40000000 | 0 |
| | XL | 10000000 | 1000 | 83 | 0 | 0 | 10000000 | 0 |
| 20249 | S | 8640000 | 864 | 72 | 0 | 0 | 8640000 | 0 |
| | M | 34560000 | 3456 | 288 | 0 | 0 | 34560000 | 0 |
| | L | 34560000 | 3456 | 287 | 0 | 0 | 34560000 | 0 |
| | XL | 8640000 | 864 | 72 | 0 | 0 | 8640000 | 0 |
| | | | | | | | | |
| | Total | 150400000 | 18640 | 1250 | 0 | 0 | 150400000 | 0 |

### B: Random selected carton number

| P.O No. | Size | Ctn Qty | CTN NO. | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 20248 | S | 7 | -- | -- | | | | | |
| | M | 29 | -- | -- | | | | | |
| | L | 29 | -- | -- | | | | | |
| | XL | 7 | -- | -- | | | | | |
| 20249 | S | 7 | -- | -- | | | | | |
| | M | 25 | -- | -- | | | | | |
| | L | 26 | -- | -- | | | | | |
| | XL | 7 | -- | -- | | | | | |
| Note: | No Carton number carton marked on master carton. | | | | | | | | |

## 2) WORKMANSHIP for PRODUCT:

| Inspection Standard:   ANSI/ASQ Z1.4 | | | Defects | | |
|---|---|---|---|---|---|
| | | | Critical | Major | Minor |
| Sampling Plan: | General | AQL: | 0 | 2.5 | 4.0 |
| Inspection Level: | Level II | Actual Found: | 0 | 9 | 9 |
| Sample Size: | 1250 Pieces | Max.Allow: | 0 | 21 | 21 |
| Workmanship Defects/Function Inspection Finding | | | | | |
| P.O No. | Description | | Cr | Ma | Mi |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **3** of 25 |

| | | | | |
|---|---|---|---|---|
| 20248/249 | Uneven nitrile(harder than other part of glove) | 0 | 6 | 0 |
| | Glue mark at gift box | 0 | 0 | 2 |
| | Damaged gift box | 0 | 0 | 2 |
| | Stain marks | 0 | 0 | 1 |
| | | | | |
| | **Total defect found:** | 0 | 6 | 5 |

| Deefct - Uneven nitrile(harder than other part of glove) – Ma | Deefct - Uneven nitrile(harder than other part of glove) – Ma |
|---|---|
| | |
| Deefct - Uneven nitrile(harder than other part of glove) – Ma | Deefct - Uneven nitrile(harder than other part of glove) – Ma |
| | |
| Deefct - Uneven nitrile(harder than other part of glove) – Ma | Deefct - Uneven nitrile(harder than other part of glove) – Ma |



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **4** of **25** |



Deefct - Damaged gift box – Mi



Deefct - Damaged gift box – Mi



Deefct - Glue mark at gift box – Mi



Deefct - Stain marks – Mi







| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **5** of 25 |

### 3) On-site Tests:

| No. | Description | Sample size | Result |
|---|---|---|---|
| 1 | Transportation drop check on master carton | 1 carton | Passed |
| 2 | Size measurement | 13 pieces | Passed |
| 3 | Function &Performance check | 13 pieces | Passed |
| 4 | Fitting check | 32 pieces | Passed |
| 5 | Pulling test | 13 pieces | Passed |
| 6 | Smell test | 13 pieces | Passed |
| 7 | The Window of gift box using function test | 5 pieces | Passed |
| 8 | The water leaking test | 13 pieces | Passed |

### 4) SPECIFICATION

| Description | Findings |
|---|---|
| Check against order | |
| The inspected samples were found similar to the description of order | -- |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| Check against sample | -- |
| The inspected samples were found similar to conformity sample submitted by Factory | Passed |
| No conformity sample was provided by client or supplier for style & color comparison | -- |
| Discrepancy was found. Please refer to Special Attention on last page | -- |
| **Description** | **Provided By** |
| The inspected samples were consistent with | |
| - Purchase Order | -- |
| - Performa Invoice | Client |
| - Specification | -- |
| - Submitted sample | -- |
| - Digital photo | -- |
| Instruction manual and documentation check | -- |
| - The components of inspected samples were compared with the provided CDF. | -- |

### 5) PACKAGING:

| Export Carton Details | | | | |
|---|---|---|---|---|
| Fastening Metal Staples | X | | New or Used | New |
| Material | Cardboard | | Seal band | X |
| Nailing or Not | X | | X | X |
| Packing method | | | | |
| 1 | One Hundred(100) pieces packed into a gift box. | | | |



| **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT41939 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **6** of **25** |

| 2 | Ten(10) piece gift boxes packed into a double-wall corrugated master carton sealed with gummed tape. |
|---|---|
| 1 | One Thousand (1000) pieces packed into a double-wall corrugated master carton sealed with gummed tape. |

## 6) MARKING & LABELING:

| Barcode/Labelling/Printing | | |
|---|---|---|
| Description | Location | Result |
| Barcode | -- | -- |
| Label | -- | -- |
| Logo | Master carton/Color box | Passed |
| Content of instruction | Master carton/Color box | Passed |
| Printing | Master carton/Color box | Passed |
| Shippint Marks | | |
| Shipping Marks (on 2 side(s)) | | Passed |
| Side Marks   (on 2 side(s)) | | Passed |
| Inner Box Marks (on__side(s)) | | -- |
| Colour Box Marks (on 6 side(s)) | | Passed |

## 7) DATE CHECK
### A: Carton check

| PO No. | Size | Carton size(cm) | Carton weight(kg) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| 20248/249 | S | 34*24.5*27 | 5.25 | -- | -- |
| | M | | 6.4 | -- | -- |
| | L | | 6.05 | -- | -- |
| | XL | | 6.65 | -- | -- |

### B: Gift Box check

| PO No. | Size | Box size(cm) | Box weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| 20248/249 | S | 23*12.5*6.5 | 508.6 | -- | -- |
| | M | | 609.7 | -- | -- |
| | L | | 602.6 | -- | -- |
| | XL | | 633.9 | -- | -- |

### C: Product check

| PO No. | Size | Product size(cm) | Product weight(g) | Bar code view | Bar code scanning |
|---|---|---|---|---|---|
| 20248/249 | S | 24*8.5 | 48/52 | -- | -- |
| | M | 24*10.0 | 58/58 | -- | -- |
| | L | 24*10.5 | 59/58 | -- | -- |
| | XL | 24*11 | 67/68 | -- | -- |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **7** of **25** |



入库明细

| 入库时间（date） | 入库数量quantity | S | M | L | XL |
|---|---|---|---|---|---|
| 8-Dec | 100000 | 10000 | 40000 | 40000 | 10000 |
| 8-Dec | 86400 | 8640 | 34560 | 34560 | 8640 |
| 8-Dec | 25000 | 2500 | 10000 | 10000 | 2500 |
| | 211400 | | | | |

2020/12/11



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **8** of 25 |



POTOS ATTACHMENT

| Carton view | Shipping mark on 2 wider sides view |
|---|---|
| Shipping mark on1 wider side view | Top side view |
| Shipping mark on1 wider side view for S | Shipping mark on1 wider side view for M |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **9** of **25** |



Shipping mark on1 wider side view for L

Shipping mark on1 wider side view for XL

Open carton

3PLY

Gift box view

Gift box view



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **10** of 25 |



Gift box view



Gift box view



Gift box view



Gift box view



Gift box view



Gift box view



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **11** of **25** |



| Gift box view for S | Gift box view for M |
|---|---|
| Gift box view for L | Gift box view for XL |
| Open gift box | Unit packing |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **12** of **25** |





| Certificate | Product view |
|---|---|







| Submitted sample(L) and production sample(R) for S | Submitted sample(L) and production sample(R) for S |
|---|---|







| Submitted sample(L) and production sample(R) for M | Submitted sample(L) and production sample(R) for M |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **13** of **25** |



| | |
|---|---|
| Submitted sample(L) and production sample(R) for L | Submitted sample(L) and production sample(R) for L |
| Submitted sample(L) and production sample(R) for XL | Submitted sample(L) and production sample(R) for XL |
| Master carton size check for length - 34cm | Master carton size check for length - 34cm |



| **INSPECTION REPORT** | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **14** of **25** |



Master carton size check for width - 24.5cm



Master carton size check for width - 24.5cm





Master carton size check for height - 27cm



Master carton size check for height - 27cm





Gift box size - 23cm



Gift box size - 23cm



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **15** of 25 |



Gift box size - 12.5cm

Gift box size - 6.5cm

Product length for S - 24cm

Product width for S -9cm

Product length for M - 24cm

Product width for M - 10cm



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **16** of **25** |



| | |
|---|---|
| Product length for L - 24cm | Product width for L - 10.5 |
| Product length for XL - 24cm | Product width for XL - 11cm |
| Thickness check | Thickness check |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **17** of **25** |



| | |
|---|---|
| Thickness check | Thickness check |
| Thickness check | Thickness check |
| Thickness check | Thickness check |



| **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|
| | **Inspection No.:** | CT41939 | **Passed** |
| | **Revise No.:** | CTS-HN02-R3 | Page **18** of 25 |



Weight of master carton for S



Weight of master carton for M



Weight of master carton for L



Weight of master carton for XL



Gift box weight for S



Gift box weight for M



| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **19** of 25 |



Gift box weight for L



Gift box weight for XL



Product weight check for S



Product weight check for S



Product weight check for M



Product weight check for M



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **20** of **25** |



| Product weight check for L | Product weight check for XL |
|---|---|
| Product weight for XL | Product weight for XL |
| Carton drop test | Carton drop test |



| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **21** of 25 |



| Smell test | Fitting test |
| Fitting test | Fitting test |
| Pulling test | Pulling test |



| | INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|---|
| | | Inspection No.: | CT41939 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **22** of **25** |



| | |
|---|---|
| Pulling test | Pulling test |
| Pulling test | Pulling test |
| Pulling test | Pulling test |

CTS-INSPECTION SERVICES CO., LTD
Tel: +86 571 8865 2781 Fax: +86 571 8863 2737      E-mail: CTS@CTS-Inspection.com
CTS-Inspection Copyright © All Rights Reserved



| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **23** of **25** |



| Pulling test | Pulling test |
|---|---|
| Pulling test | Pulling test |
| Water leaking test | Open check |



| INSPECTION REPORT | Report Date: | 11 DECEMBER | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT41939 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **24** of 25 |



| Open check | Open check |
|---|---|
| Open check | Goods in warehouse |
| Goods in warehouse | Goods in warehouse |



| | **INSPECTION REPORT** | **Report Date:** | 11 DECEMBER | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT41939 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **25** of 25 |



| Goods in warehouse | N/A |
|---|---|
| | N/A |