# EXHIBIT 22







**TÜVRheinland®**
Precisely Right.

**Products**

| | |
|---|---|
| Report No.: | 242122000-01a |
| Client: | Dongguan Grinvald Technology Co., Ltd. |
| Contact Information: | 401 Building A 4th Floor, Dongguan Guangdong China 523000 |
| Identification/ Model No(s): | MEDCARE NITRILE EXAMINATION GLOVES |
| Sample Receiving date: | 2020-08-05 |
| Sample Resubmitted date: | 2020-08-20 |
| Testing Period: | 2020-08-05 to 2020-08-27 |
| Delivery condition: | Apparent good, Samples tested as received |
| Test Specification: | Test result: |
| 1. EN 455-1: 2000: Requirements for freedom from holes | PASS |

Other Information provided by client:
Grade: Examination Gloves Powder Free
Manufacture: Dongguan Grinvald Technology Co., Ltd.
Country of Origin: China

The report 242122000-01a supersede report 242122000-01 ( Revised Identification/Model No.(S) )

For and on behalf of
TÜV Rheinland Thailand Ltd.

2020-09-01           Wilawan Sriphrom / Manager
Date                 Name/Position

Test result is drawn according to the kind and extent of tests performed. This test report relates to the above mentioned Test sample. Without permission of the test center this test report is not permitted to be duplicated in extracts. This test report does not entitle to carry any safety mark on this or similar products.

TÜV Rheinland Thailand Ltd. · Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate 123/1, Soi Chalongkrung 31, Lamplaten, Ladkrabang, Bangkok 10520 Thailand
Tel.: +66 (0) 2326-1333    Fax.: +66 (0) 2326-1334-5    Email: info@tha.tuv.com · Web:www.tuv.com

---



**CERTIFICATE OF REGISTRATION**

2020

This certifies that:

**DONGGUAN GRINVALD TECHNOLOGY CO. LTD**
401, Building #3, No 4 Of Guangming New Village 2 Road
Dongcheng
Dongguan City Guangdong, CN 523000

is registered with the U.S. Food and Drug Administration for FY 2020 pursuant to Title 21, 807 et seq. of the United States Code of Federal Regulations:

| | |
|---|---|
| Establishment Owner/Operator Number: | 10071856 |
| DUNS No.: | 55-453-3470 |
| Device Classification Name: | POLYMER PATIENT EXAMINATION GLOVE |
| Product Code: | LZA |
| Regulation Number: | 880.6250 |
| Official Correspondent and U.S. Agent: | Registrar Corp |
| | 144 Research Drive, Hampton, Virginia, 23666, USA |
| | Telephone: +1-757-224-0177 • Fax: +1-757-224-0179 |

Registrar Corp will confirm that such registration remains effective upon request and presentation of this certificate until the end of the year stated above, unless said registration is terminated after issuance of this certificate. Registrar Corp makes no other representations or warranties, nor does this certificate make any representations or warranties to any person or entity other than the named certificate holder, for whose sole benefit it is issued. This certificate does not denote endorsement or approval of the certificate-holder's device or establishment by the U.S. Food and Drug Administration. Registrar Corp assumes no liability to any person or entity in connection with the foregoing.

Pursuant to 21 CFR 807.39, "Registration of a device establishment or assignment of a registration number does not in any way denote approval of the establishment or its products. Any representation that creates an impression of official approval because of registration or possession of a registration number is misleading and constitutes misbranding."

The U.S. Food and Drug Administration does not issue a certificate of registration, nor does the U.S. Food and Drug Administration recognize a certificate of registration. Registrar Corp is not affiliated with the U.S. Food and Drug Administration.

**Registrar Corp**
David Lennarz
Executive Director
Registrar Corp
Dated: July 13, 2020

144 Research Drive, Hampton, Virginia, 23666, USA
Telephone: +1-757-224-0177 • Fax: +1-757-224-0179
info@registrarcorp.com • www.registrarcorp.com

TÜVRheinland®
Precisely Right.

Products

Test Report No.: 242122000-01a     Page 2 of 3

**Sampling Information:**
Inspection Method: No inspection
Inspection level: N/A
AQL: N/A
Sample size: N/A

**Material list:**

| Material No. | Material | Color | Location |
|---|---|---|---|
| M001 | Nitrile Gloves | Blue | Refer to photo |

**Freedom from holes**

Test method: With reference to EN 455-1: 2000

Test result:

| Material No. | Gloves Size | Tested samples | No. of samples for Non-compliance | Conclusion |
|---|---|---|---|---|
| M001 | M | 200 pcs. | 1 | Pass |

**Remark:**
1. All samples were selected and supplied by the client.
2. The batch size of the gloves supplied was not stated by the client. In accordance with BS EN 455-1, a batch size between 35,001 to 150,000 was chosen, and therefore 50 gloves per stage were tested for perforations using General Inspection Level I at an AQL of 1.5%. with reference to table, the result can be judged as above AQL 0.65.

| Stage No. | Cumulative no. tested | Accept | Reject |
|---|---|---|---|
| First | 50 | 0 | 4 |
| Second | 100 | 1 | 6 |
| Third | 150 | 3 | 8 |
| Fourth | 200 | 5 | 9 |
| Fifth | 250 | 9 | 19 |

TÜV Rheinland Thailand Ltd. - Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate 123/1,
Soi Chalongkrung 31, Lamplatew, Ladkrabang, Bangkok 10520 Thailand
Tel.: +66 (0) 2326-1333   Fax: +66 (0) 2326-1334-5   Email: info@tha.tuv.com - Web: www.tuv.com

---

TÜVRheinland®
Precisely Right.

Products

Test Report No.: 242122000-01a     Page 3 of 3

Sample photo

-END-

TÜV Rheinland Thailand Ltd. - Global Technology Assessment Center Bangkok (GTAC BKK) Ladkrabang Industrial Estate 123/1,
Soi Chalongkrung 31, Lamplatew, Ladkrabang, Bangkok 10520 Thailand
Tel.: +66 (0) 2326-1333   Fax: +66 (0) 2326-1334-5   Email: info@tha.tuv.com - Web: www.tuv.com

# SGS

**Test Report**  No.: GZHL2008040822OT  Date: Aug 10, 2020  Page 4 of 23

**Sample Photo**



A

The statement of conformity in this test report is only based on measured values by the laboratory and does not take their uncertainties into consideration.

II. **The content of this part is extracted from the test report number GZHL2007037331OT.**
1. **SGS Ref No.:  CAN20-117986**

| Test Requested | Result |
|---|---|
| Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds | PASS |
| Entry 23 of Commission Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Cadmium and its compounds | PASS |
| Entry 50 of Commission Regulation (EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Polycyclic Aromatic Hydrocarbons (PAHs) | PASS |
| Entry 51 of Commission Regulation (EU) 2018/2005 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Phthalates | PASS |
| European Regulation POPs (EU) 2019/1021 - Alkanes C10-C13, chloro (short-chain chlorinated paraffins) (SCCPs) | PASS |



Member of the SGS Group (SGS SA)

---

# SGS

**Test Report**  No.: GZHL2008040822OT  Date: Aug 10, 2020  Page 5 of 23

Test Results :

Test Part Description :

**SGS Sample ID**  **Description**
CAN20-117986.001  Blue soft plastic(glove)

Remarks :
(1) 1 mg/kg = 0.0001%
(2) MDL = Method Detection Limit
(3) ND = Not Detected ( < MDL )
(4) "-" = Not Regulated

**Entry 63 of Commission Regulation (EU) 2015/628 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Lead and its compounds**

Test Method :  SGS In-house method (GZTC CHEM-TOP-004-01, with reference to EPA 3052:1996), analysis was performed by ICP-OES.

| Test Item(s) | Limit | Unit | MDL | 001 |
|---|---|---|---|---|
| Lead (Pb) | 500 | mg/kg | 2 | ND |

**Entry 23 of Regulation (EU) 2016/217 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Cadmium and its compounds**

Test Method :  SGS In-house method (GZTC CHEM-TOP-004-01, with reference to US EPA Method 3052:1996), analysis was performed by ICP-OES.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Cadmium (Cd) | 7440-43-9 | 0.01 | %(w/w) | 0.0005 | ND |

**Entry 50 of Regulation(EU) 2015/326 amending Annex XVII of REACH Regulation (EC) No 1907/2006 - Polycyclic Aromatic Hydrocarbons (PAHs)**

Test Method :  With reference to AfPS GS 2019:01 PAK, analysis was performed by GC-MS.

| Test Item(s) | CAS NO. | Limit | Unit | MDL | 001 |
|---|---|---|---|---|---|
| Benzo(a)anthracene(BaA) | 56-55-3 | 1.0 | mg/kg | 0.1 | ND |
| Chrysene(CHR) | 218-01-9 | 1.0 | mg/kg | 0.1 | ND |



Member of the SGS Group (SGS SA)



# SATRA TECHNICAL REPORT
TECHNOLOGY

## WORK REQUESTED

Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8) were received by SATRA on 22 July 2020 for testing in accordance with EN ISO 21420: 2020 and EN 374-2: 2014.

## SAMPLE SUBMITTED

Samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8).

## TESTING REQUESTED

EN ISO 21420: 2020 Clause 5.1 – Sizing and measurement of gloves
EN ISO 21420: 2020 Clause 5.2 – Dexterity
EN ISO 21420: 2020 Clause 4.2 – Innocuousness of protective gloves
EN 374-2: 2014 Clause 7.2 – Air leak
EN 374-2: 2014 Clause 7.3 – Water leak

## CONCLUSION

The samples described as Nitrile examination gloves, powder free, colour blue, referenced MD0120. Size S (6), M (7), L (8) were found to achieve the following results:

EN ISO 21420: 2020 Clause 5.1 – See below table
EN ISO 21420: 2020 Clause 5.2 – Level 5
EN ISO 21420: 2020 Clause 4.2* – Pass PAHs, DMFa and pH value
EN 374-2: 2014 Clause 7.2* – Pass
EN 374-2: 2014 Clause 7.3 – Pass

All tests marked * in this technical report were subcontracted to test facilities accredited to ISO/IEC 17025: 2017 by CNAS.

Detailed results are included on the following page(s)

Global Tooling Service S.R.O
SATRA Reference: CHT0300498 /2030
Date: 4 August 2020

Signed: Technologist China Testing

(Page 2 of 9)

---



# SATRA TECHNICAL REPORT
TECHNOLOGY

## Testing

Testing was carried out in accordance with EN 374-2: 2014

Samples for testing were conditioned for at least 24 hours in a conditioned environment maintained at (23±2)°C and (50±5)% relative humidity.

## Requirements

Requirements for EN 374-2: 2014

| Clause 7.2 Air leak | No leak to be detected |
| Clause 7.3 Water leak | No leak to be detected |

## Test Results

EN 374-2: 2014 Test Results

| Clause / Test | Test Results | | UoM | Result |
|---|---|---|---|---|
| 7.2 Air leak test | Total air pressure used | 3.0 kPa | NA | Pass |
| | Sample size | Leaks | | |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |
| 7.3 Water leak test | Sample size | Leaks | NA | Pass |
| | 6 | No leaks detected | | |
| | 6 | No leaks detected | | |
| | 7 | No leaks detected | | |
| | 8 | No leaks detected | | |

*** End of Report ***

Global Tooling Service S.R.O
SATRA Reference: CHT0300498 /2030
Date: 4 August 2020

Signed: Technologist China Testing

(Page 7 of 9)



**DEPARTMENT OF HEALTH & HUMAN SERVICES**　　　　　Public Health Service

　　　　　　　　　　　　　　　　　　　　　　　　　Food and Drug Administration
　　　　　　　　　　　　　　　　　　　　　　　　　10903 New Hampshire Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　Document Control Center - WO66-G609
　　　　　　　　　　　　　　　　　　　　　　　　　Silver Spring, MD 20993-0002

March 9, 2016

Zhonghong Pulin Medical Products Co., Ltd.
c/o Mr. Chu Xiaoan
Room 1606 Bldg. 1, Jianxiang Yuan No. 209
Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K152712
　Trade/Device Name: Nitrile Powder Free Patient Examination Gloves, Blue Color
　Regulation Number: 21 CFR 880.6250
　Regulation Name: Patient Examination Glove
　Regulatory Class: Class I
　Product Code: LZA
　Dated: January 28, 2016
　Received: February 1, 2016

Dear Mr. Xiaoan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the Federal Register.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in

Page 2 - Mr. Xiaoan

the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

*Tejashri Purohit-Sheth, M.D.*　Tejashri Purohit-Sheth, M.D.
　　　　　　　　　　　　　　　　Clinical Deputy Director
　　　　　　　　　　　　　　　　DAGRID/ODE/CDRH　FOR

Erin I. Keith, M.S.
Director
Division of Anesthesiology,
　General Hospital, Respiratory,
　Infection Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>Food and Drug Administration<br>**Indications for Use** | Form Approved: OMB No. 0910-0120<br>Expiration Date: January 31, 2017<br>See PRA Statement below. |
|---|---|

510(k) Number (if known)
K152712

Device Name
Nitrile Powder Free Patient Examination Gloves, Blue Color

Indications for Use (Describe)
Nitrile Powder Free Patient Examination Gloves, Blue Color is a non-sterile disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

Type of Use (Select one or both, as applicable)
☐ Prescription Use (Part 21 CFR 801 Subpart D)   ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.

**"DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW."**

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

FORM FDA 3881 (8/14)   Page 1 of 1

| | powder | 2mg of residual powder | |
|---|---|---|---|
| Materials used to fabricate the devices | Nitrile | Nitrile | Substantially equivalent |
| Dusting or Donning Powder: name | PU | Polyurethane | Substantially equivalent |
| Compare performance data supporting substantial equivalence | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Substantially equivalent |
| Single Patient Use | Single Patient Use | Single Patient Use | Substantially equivalent |
| Biocompatibility | SKIN IRRITATION and DERMAL SENSITIZATION STUDIES Meets ISO 10993-10:2002/Amd.1:2006<br><br>Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10: Third Edition 2010-08-01.<br><br>Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | Substantially equivalent |
| Labeling for the legally marketed device to which substantial equivalence is claimed. | -Powder Free<br>-Patient Examination Glove<br>-Single Use Only<br>- Manufactured For:<br>- Lot<br>-Blue color<br>- Non sterile | -Powder Free<br>-Patient Examination Glove<br>-Single Use Only<br>- Manufactured For:<br>- Lot<br>-Blue color<br>- Non sterile | Substantially equivalent |

**10.0 Substantial Equivalence Comparison:**

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color meet the ASTM standard or equivalent standard and FDA requirements for waterleak test on pinhole AQL., meet labeling claims.

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color is as safe, as effective, and performs as well as the predicate device, Nitrile Powder Free Patient Examination Gloves, Blue Color, Tangshan Zhonghong Pulin Plastic Co., Ltd. K120970.

Section C   Page 4/4




