# EXHIBIT 25



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                                    Public Health Service

Food and Drug Administration
10903 New Hampshire Avenue
Document Control Center - WO66-G609
Silver Spring, MD 20993-0002

March 9, 2016

Zhonghong Pulin Medical Products Co., Ltd.
c/o Mr. Chu Xiaoan
Room 1606 Bldg. 1, Jianxiang Yuan No. 209
Bei Si Huan Zhong Road, Haidian District
Beijing 100083
CHINA

Re: K152712
    Trade/Device Name: Nitrile Powder Free Patient Examination Gloves, Blue Color
    Regulation Number: 21 CFR 880.6250
    Regulation Name: Patient Examination Glove
    Regulatory Class: Class I
    Product Code: LZA
    Dated: January 28, 2016
    Received: February 1, 2016

Dear Mr. Xiaoan:

We have reviewed your Section 510(k) premarket notification of intent to market the device referenced above and have determined the device is substantially equivalent (for the indications for use stated in the enclosure) to legally marketed predicate devices marketed in interstate commerce prior to May 28, 1976, the enactment date of the Medical Device Amendments, or to devices that have been reclassified in accordance with the provisions of the Federal Food, Drug, and Cosmetic Act (Act) that do not require approval of a premarket approval application (PMA). You may, therefore, market the device, subject to the general controls provisions of the Act. The general controls provisions of the Act include requirements for annual registration, listing of devices, good manufacturing practice, labeling, and prohibitions against misbranding and adulteration. Please note: CDRH does not evaluate information related to contract liability warranties. We remind you, however, that device labeling must be truthful and not misleading.

If your device is classified (see above) into either class II (Special Controls) or class III (PMA), it may be subject to additional controls. Existing major regulations affecting your device can be found in the Code of Federal Regulations, Title 21, Parts 800 to 898. In addition, FDA may publish further announcements concerning your device in the <u>Federal Register</u>.

Please be advised that FDA's issuance of a substantial equivalence determination does not mean that FDA has made a determination that your device complies with other requirements of the Act or any Federal statutes and regulations administered by other Federal agencies. You must comply with all the Act's requirements, including, but not limited to: registration and listing (21 CFR Part 807); labeling (21 CFR Part 801); medical device reporting (reporting of medical device-related adverse events) (21 CFR 803); good manufacturing practice requirements as set forth in

Page 2 - Mr. Xiaoan

the quality systems (QS) regulation (21 CFR Part 820); and if applicable, the electronic product radiation control provisions (Sections 531-542 of the Act); 21 CFR 1000-1050.

If you desire specific advice for your device on our labeling regulation (21 CFR Part 801), please contact the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm. Also, please note the regulation entitled, "Misbranding by reference to premarket notification" (21 CFR Part 807.97). For questions regarding the reporting of adverse events under the MDR regulation (21 CFR Part 803), please go to http://www.fda.gov/MedicalDevices/Safety/ReportaProblem/default.htm for the CDRH's Office of Surveillance and Biometrics/Division of Postmarket Surveillance.

You may obtain other general information on your responsibilities under the Act from the Division of Industry and Consumer Education at its toll-free number (800) 638-2041 or (301) 796-7100 or at its Internet address http://www.fda.gov/MedicalDevices/ResourcesforYou/Industry/default.htm.

Sincerely yours,

*Tejashri Purohit-Sheth, M.D.*

Tejashri Purohit-Sheth, M.D.
Clinical Deputy Director
DAGRID/ODE/CDRH    FOR

Erin I. Keith, M.S.
Director
Division of Anesthesiology,
   General Hospital, Respiratory,
   Infection Control, and Dental Devices
Office of Device Evaluation
Center for Devices and Radiological Health

Enclosure


DEPARTMENT OF HEALTH AND HUMAN SERVICES
Food and Drug Administration

## Indications for Use

Form Approved: OMB No. 0910-0120
Expiration Date: January 31, 2017
*See PRA Statement below.*

510(k) Number *(if known)*
K152712

Device Name
Nitrile Powder Free Patient Examination Gloves, Blue Color

Indications for Use *(Describe)*
Nitrile Powder Free Patient Examination Gloves, Blue Color is a non-sterile disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

Type of Use *(Select one or both, as applicable)*

☐ Prescription Use (Part 21 CFR 801 Subpart D)   ☒ Over-The-Counter Use (21 CFR 801 Subpart C)

**CONTINUE ON A SEPARATE PAGE IF NEEDED.**

This section applies only to requirements of the Paperwork Reduction Act of 1995.
**\*DO NOT SEND YOUR COMPLETED FORM TO THE PRA STAFF EMAIL ADDRESS BELOW.\***

The burden time for this collection of information is estimated to average 79 hours per response, including the time to review instructions, search existing data sources, gather and maintain the data needed and complete and review the collection of information. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden, to:

Department of Health and Human Services
Food and Drug Administration
Office of Chief Information Officer
Paperwork Reduction Act (PRA) Staff
PRAStaff@fda.hhs.gov

*"An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB number."*

FORM FDA 3881 (8/14)    Page 1 of 1    PSC Publishing Services (301) 443-6740    EF

## Section 6    510(k) Summary

## 510(K) Summary

"This summary of 510(k) safety and effectiveness information is being submitted in accordance with the requirements of SMDA 1990 and 21 CFR 807.92."

"The assigned 510(k) number is: K152712         "

Premarket Notification [510(k)] Summary

**1.0  Submitter:**

| | |
|---|---|
| Submitter's name : | Zhonghong Pulin Medical Products Co.,Ltd. |
| Submitter's address : | Pachigang Industrial Park,Luannan County, Tangshan City, 063502 Hebei, China |
| Phone number  : | (86)315-4165760 |
| Fax number  : | (86)315-4167664 |
| Name of contact person: | LI Jinge |
| Date of preparation : | 2016-03-02 |

**2.0   Name of the Device**

| | |
|---|---|
| Device Name: | Nitrile Powder Free Patient Examination Gloves, Blue Color |
| Proprietary/Trade name: | Zhonghong Pulin Nitrile Powder Free Patient Examination Gloves, Blue Color |
| Common Name: | Exam gloves |
| Classification Name: | Patient examination glove |
| Device Classification: | I |
| Regulation Number: | 21 CFR 880.6250 |
| Panel: | General Hospital   (80) |
| Product Code: | LZA |

**3.0   Predicate device**

| | |
|---|---|
| Device Name: | Nitrile Powder Free Patient Examination Gloves, Blue Color |
| Company name: | Tangshan Zhonghong Pulin Plastic Co.,Ltd. |
| 510(K) Number: | K120970 |

**4.0  Device Description:**

4.1   **How the device functions:**
Nitrile films form a barrier to body fluids and bloodborne Pathogens

4.2   **Scientific concepts that form the basis for the device**
The nitrile rubber is water tight under normal conditions of use. It's tensile properties cause it to conform to the hand, allowing movements necessary for a

medical procedure.

4.3 **Physical and performance characteristics such as design, materials and physical properties:**
Nitrile glove is known to create a barrier to bloodborne pathogens and body fluids. ASTM conforming tensile properties create a glove that is strong and flexible. The glove is manufactured in accordance with the requirements of ASTM D6319 and ASTM D5151 requirements.

5.0 **Device Intended Use (Indication for use):**

Nitrile Powder Free Patient Examination Gloves, Blue Color is a non-sterile disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner.

6.0 **Summary of the Technological Characteristics of the Device:**

The Nitrile Powder Free Patient Examination Gloves, Blue Color, non sterile are summarized with the following technological characteristics compared to ASTM or equivalent standard.

| Characteristics | Standard | Device performance |
|---|---|---|
| Dimension | ASTM standard D 6319-10. | Meets |
| Physical Properties | ASTM standard D 6319-10. | Meets |
| Freedom from pinholes | 21 CFR 800.20 | Meets |
| Powder Residual | ASTM standard D 6319-10 and D6124-06(Reapproved 2011). | Meets <2mg/glove |
| Biocompatibility | Primary Skin Irritation in rabbits ISO 10993-10: Third Edition 2010-08-01. | Under the conditions of the study, the subject device is non-irritating |
|  | Dermal sensitization in the guinea pig ISO 10993-10: Third Edition 2010-08-01. | Under the conditions of the study, the subject device is not a sensitizer |

7.0 **Substantial Equivalent Based on Assessment of Non-Clinical Performance Data:**

Nitrile Powder Free Patient Examination Gloves, Blue Color, meet requirements per ASTM D6319-10.per ASTM D6124-06(Reapproved 2011), per 21 CFR 800.20 and ISO 10993-10: Third Edition 2010-08-01.

The performance test data of the non clinical tests that support a determination of substantial equivalent is the same as mentioned immediately above.

8.0 **Substantial Equivalent Based on Assessment of Clinical Performance Data:**

Clinical data was not needed for this submission.

9.0   Substantial Equivalence Comparison:

| Features & Description | Predicate Device | Subject Device | Result of Comparison |
|---|---|---|---|
| Company | Tangshan Zhonghong Pulin Plastic Co.,Ltd. | Zhonghong Pulin Medical Products Co.,Ltd. | -- |
| 510(K) Number | K120970 | K152712 | |
| Product name | Nitrile Powder Free Patient Examination Gloves, Blue Color | Nitrile Powder Free Patient Examination Gloves, Blue Color | same |
| Product Code | LZA | LZA | same |
| Size | Small/ Medium/ Large/X large | Small/ Medium/ Large/X large | same |
| Intend for use | Nitrile Powder Free Patient Examination Gloves, Blue Color is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner. | Nitrile Powder Free Patient Examination Gloves, Blue Color is a disposable device intended for medical purposes that is worn on the examiner's hand or finger to prevent contamination between patient and examiner. | Substantially equivalent |
| Device Description and Specifications | Meets ASTM D6319-10 | Meets ASTM D6319-10 | Substantially equivalent |
| Dimensions --Length | Meets ASTM D6319-10<br>≥230mm min | Meets ASTM D6319-10<br>≥230mm min for all sizes | Substantially equivalent |
| Dimensions -- Width | Meets ASTM D6319-10<br><br>Small     70-90 mm<br>Medium    85-105mm<br>Large     100-120mm<br>Xlarge    110-130 mm | MeetsASTMD6319-10<br><br>Small      70-90mm<br>Medium    85-105mm<br>Large     100-120mm<br>Xlarge    110-130mm | Substantially equivalent |
| Dimensions --Thickness | Meets ASTM D6319-10<br><br>Finger   0.05mm min.<br>Palm     0.05mm min. | MeetsASTMD6319-10<br><br>Finger   0.05mmmin.<br>Palm     0.05mmmin. | Substantially equivalent |
| Physical Properties | Meets ASTM D D6319-10<br><br>Before aging/after aging<br><br>Elongation ≥500%<br>Tensile Strength≥ 14MPa | MeetsASTMD D6319-10<br><br>Beforeaging/afteraging<br><br>Elongation≥500%<br>Tensile Strength≥14MPa | Substantially equivalent |
| Freedom from Pinholes | Meets<br>• 21 CFR 800.20<br>• ASTM D6319-10<br>• ASTM D 5151-06 (Reapproved 2011) | Meets<br>• 21 CFR 800.20<br>• ASTM D6319-10<br>• ASTM D5151-06 (Reapproved 2011)<br><br>Holes at<br>Inspection Level I<br>AQL2.5 | Substantially equivalent |
| Residual Powder | Meets ASTM D 6124-06 (Reapproved 2011)<br><br>below   2mg   of   residual | Meets ASTM D 6124-06 (Reapproved 2011)<br><br>Results  generated  values  below | Substantially equivalent |

| | | powder | 2mg of residual powder | |
|---|---|---|---|---|
| Materials used to fabricate the devices | | Nitrile | Nitrile | Substantially equivalent |
| Dusting or Donning Powder: name | | PU | Polyurethane | Substantially equivalent |
| Compare performance data supporting substantial equivalence | | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Meets ASTM D5151-06 (Reapproved 2011) ASTM D6319-10 ASTM D6124-06 (Reapproved 2011) | Substantially equivalent |
| Single Patient Use | | Single Patient Use | Single Patient Use | Substantially equivalent |
| Biocompatibility | | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10:2002/Amd.1:2006  Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | SKIN IRRITATION DERMAL and SENSITIZATION STUDIES Meets ISO 10993-10: Third Edition 2010-08-01.  Under the conditions of the study, not an irritant and under conditions of the study, not a sensitizer. | Substantially equivalent |
| Labeling for the legally marketed device to which substantial equivalence is claimed. | | -Powder Free -Patient Examination Glove -Single Use Only - Manufactured For: - Lot -Blue color - Non sterile | -Powder Free -Patient Examination Glove -Single Use Only - Manufactured For: - Lot -Blue color - Non sterile | Substantially equivalent |

**10.0   Substantial Equivalence Comparison:**

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color meet the ASTM standard or equivalent standard and FDA requirements for waterleak test on pinhole AQL., meet labeling claims.

It can be concluded that the Nitrile Powder Free Patient Examination Gloves, Blue Color  is as safe, as effective, and performs as well as the predicate device, Nitrile Powder Free Patient Examination Gloves, Blue Color, Tangshan Zhonghong Pulin Plastic Co., Ltd.. K120970.