# EXHIBIT 29



| | **INSPECTION REPORT** | Report Date: | 11 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | Inspection No.: | CT04130 | **Passed** |
| | | Revise No.: | CTS-HN02-R3 | Page **8** of 25 |

| POTOS ATTACHMENT | |
|---|---|
| Carton view | Shipping mark on 2 wider sides view |
|  |  |
| Top side view | Shipping mark on 2 narrower sides view for S |
|  |  |
| Barcode check | Shipping mark on 2 narrower sides view for M |



| INSPECTION REPORT | Report Date: | 11 MARCH | Conclusion |
|---|---|---|---|
| | Inspection No.: | CT04130 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **9** of **25** |





| Barcode check | Shipping mark on 2 narrower sides view for M |
|---|---|





| Barcode check | Open carton |
|---|---|





| 3PLY | Color box view |
|---|---|



| | **INSPECTION REPORT** | **Report Date:** | 11 MARCH | **Conclusion** |
|---|---|---|---|---|
| | | **Inspection No.:** | CT04130 | **Passed** |
| | | **Revise No.:** | CTS-HN02-R3 | Page **10** of 25 |



Color box view for S



Color box view for S



Color box view



Color box view for S



Color box view



Color box view



| INSPECTION REPORT | Report Date: | 11 MARCH | Conclusion |
| | Inspection No.: | CT04130 | **Passed** |
| | Revise No.: | CTS-HN02-R3 | Page **12** of **25** |



Color box view for M



Color box view for M



Barcode check



Color box view for L



Color box view for L



Color box view for L