# EXHIBIT 30

Case 1:22-cv-05276-PAE   Document 146-30   Filed 03/15/24   Page 2 of 4

| | |
|---|---|
| To: | Rader, Dewayne[Rader, Dewayne]; Elstro, Michael[Elstro, Michael] |
| Cc: | Scott Hebisen[Scott Hebisen] |
| From: | Vincent Moccio |
| Sent: | 2021-07-15T17:09:05Z |
| Importance: | Normal |
| Subject: | Re: !! MedCare Brand Gloves !! |
| Received: | 2021-07-15T17:09:46Z |

IMG_7220.jpg
IMG_7221.jpg
MedCare NitraForce PO Data Pull_7.15.2021.xlsx

I pulled Tommy and Brad off this email chain.
I received a 3rd complaint about these MedCare NitraForce gloves today from Laurie De La Cruz, she also stated these gloves rip easily. First complaint was Brooke McKinley 3 weeks ago and the second complaint was from Mikal Hensley 2 weeks ago.

We received our first shipment of this brand of gloves 2/15/2021. More than 4500+ cases were distributed from 3PL to our ministries before hearing a complaint. I spent the day calling our operations team to get some more feedback:

>1. Nina Smith "It seems to be a sizing issue, mediums are more like small, large are more like medium etc., I rounded and had some nurses try on a larger size than what they usually wear and they fit better and did not rip".

>2. Jwaynza Harris "yes they rip easy but I am just letting clinicians know that they are temporary so they are dealing with it"

>3. Jeremy Work "boxes are packed too tight, they fall out too easily, the cuff is not seal tight to the wrist, they tear easier but they aren't horrible, clinicians are just used to a really nice TRG series gloves. Clinicians have not complained until recently."

Total cases distributed to date = 11,621 cases
Total on Hand in 3PL locations = 198 million each.

| Row Labels | Sum of Po_Qty |
|---|---|
| Mar | 684 |
| Apr | 3119 |
| May | 945 |
| Jun | 1038 |
| Jul | 5835 |
| Grand Total | 11621 |

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

CONFIDENTIAL

Exhibit
JNS - Ascension 5
13th Nov 2023

On Mon, Jul 12, 2021 at 11:31 AM Scott Hebisen <scott.hebisen@theresourcegroup.com> wrote:

Tommy/Brad,
I wanted to inform you that there are serious concerns regarding the quality of the MedCare brand gloves we received (196M).  We are currently fielding multiple complaints from our ministries.  Specifically, leaking fluid through the gloves and ripping when putting them on.

We have a few boxes of this brand and I have verified these complaints are legitimate.  In fact, I can not get any of them on without ripping (sizing is correct).  I know what it took to get these gloves manufactured and shipped here, so I apologize for the complaint.  Can you give us your perspective on this situation and possible resolution?  Thanks!







**Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com