# EXHIBIT 31



Joseph Weiner <hersheyweiner@gmail.com>

# Fwd: URGENT MEDCARE NITRILE GLOVES ISSUE
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>　　　　　　　　　　　　　　　　　　　Mon, Jul 12, 2021 at 3:54 PM
To: Joseph Mendlowits <josephm@adorama.com>

Sent from my iPhone

Begin forwarded message:

> **From:** Bradley Gilling <bg@rockfintek.com>
> **Date:** July 12, 2021 at 3:19:21 PM EDT
> **To:** Arik Maimon <arik@cuentas.net>
> **Cc:** Thomas Kato <tk@rockfintek.com>, Joseph Weiner <hersheyweiner@gmail.com>, arik meimoun <ariknext@gmail.com>, Shalom Arik Maimon <ariknext@gmail.com>, Mendel Banon <mendelbanon@gmail.com>, hershey weiner <weinerhershey@gmail.com>, Joseph Weiner <hersheyweiner@gmail.com>
> **Subject: Re: URGENT MEDCARE NITRILE GLOVES ISSUE**
>
> Hello Arik,
>
> I do not understand your email response? Please explain.
>
> Hershey and Mendel, the email I sent email is very important to gather documentation of the authenticity of the MedCare gloves. We have a serious issue with our client that we would like to distinguish with proper documentation and testing reports. This obviously has a domino effect to all parties involved. Please help by sending all testing reports for all lots received.
>
> Our attempt to mitigate this immediately would be helpful for all parties.

AKW_004373

 Gmail										**Joseph Weiner <hersheyweiner@gmail.com>**

---

**URGENT**
1 message

---

**Bradley Gilling** <bg@rockfintek.com>
To: Joseph Weiner <hersheyweiner@gmail.com>, hershey weiner <Weinerhershey@gmail.com>, Mendel Banon <mendelbanon@gmail.com>, Shalom Arik Maimon <ariknext@gmail.com>, Th

Hershey and Mendel,

This email is intended to be positive and work towards solutions.

We have a huge issue that effects both of us. This is an issue neither of us can afford not to mitigate as fast as we can.

Our client has boxes that are not representative on the MedCare website. They were delivered from the lot we received from you. I hope and pray these gloves are one offs and not represent

The first image is an actual MedCare box of Nitrile Examination Gloves.

AKW_004376

                                                                             hershey weiner &lt;weinerhershey@gmail.com&gt;

## Testing on Medcare nitrile gloves
3 messages

**Bradley Gilling** &lt;bg@rockfintek.com&gt;                                                         Thu, Jul 8, 2021 at 5:22 PM
To: hershey weiner &lt;Weinerhershey@gmail.com&gt;
Cc: Thomas Kato &lt;tk@rockfintek.com&gt;

Hello Hershey,

Do you have SGS or other testing documents for the gloves we received from you?

I just got a call from the hospital wanting to verify the nitrile gloves testing.

Your immediate help would be appreciated.


Kind Regards,

Brad Gilling
Director of Operations

### Rock Fintek
### Trading Company
### Direct: 248-891-6060

bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154


**hershey weiner** &lt;weinerhershey@gmail.com&gt;                                                    Fri, Jul 9, 2021 at 1:26 PM
To: arik meimoun &lt;ariknext@gmail.com&gt;

Sent from my iPhone

Begin forwarded message:

AKW_005044



hershey weiner <weinerhershey@gmail.com>

## Testing on Medcare nitrile gloves
3 messages

**Bradley Gilling** <bg@rockfintek.com>  
To: hershey weiner <Weinerhershey@gmail.com>  
Cc: Thomas Kato <tk@rockfintek.com>  

Thu, Jul 8, 2021 at 5:22 PM

Hello Hershey,

Do you have SGS or other testing documents for the gloves we received from you?

I just got a call from the hospital wanting to verify the nitrile gloves testing.

Your immediate help would be appreciated.

Kind Regards,

Brad Gilling  
Director of Operations

**Rock Fintek**  
Trading Company  
Direct: 248-891-6060  
bg@rockfintek.com

**Miami, USA**  
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**  
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

---

**hershey weiner** <weinerhershey@gmail.com>  
To: arik meimoun <ariknext@gmail.com>  

Fri, Jul 9, 2021 at 1:26 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Bradley Gilling <bg@rockfintek.com>
> **Date:** July 8, 2021 at 5:22:26 PM EDT
> **To:** hershey weiner <weinerhershey@gmail.com>
> **Cc:** Thomas Kato <tk@rockfintek.com>
> **Subject: Testing on Medcare nitrile gloves**
>
> Hello Hershey,
> [Quoted text hidden]

---

**hershey weiner** <weinerhershey@gmail.com>  
To: Joseph Mendlowits <josephm@adorama.com>  

Mon, Jul 12, 2021 at 12:08 PM

Sent from my iPhone

Begin forwarded message:

> **From:** Bradley Gilling <bg@rockfintek.com>
> **Date:** July 8, 2021 at 5:22:26 PM EDT
> **To:** hershey weiner <weinerhershey@gmail.com>
> **Cc:** Thomas Kato <tk@rockfintek.com>
> **Subject: Testing on Medcare nitrile gloves**
>
> Hello Hershey,
> [Quoted text hidden]

Adorama INC. and Kitchen Winners NY INC.000077