**EXHIBIT 32**

COPY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
KITCHEN WINNERS NY INC.,

                                        PLAINTIFF,

          -against-     CIVIL Action No.:
                          22-cv-05276-PAE

ROCK FINTEK LLC,

                                  DEFENDANT.
-------------------------------------------X
ROCK FINTEK LLC,

    COUNTERCLAIM and THIRD-PARTY PLAINTIFF,

             -against-

KITCHEN WINNERS NY INC.,

                 COUNTERCLAIM DEFENDANT,

          and

ADORAMA INC., HERSHEY WEINER, JOSEPH
MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
JOEL STERN,

               THIRD-PARTY DEFENDANTS.
-------------------------------------------X


               DATE:  November 16, 2023

               TIME:  2:07 p.m.



        DEPOSITION of BRAD JAEGER


           RAPID REPORTING LLC
    254 South Main Street, Suite 216
      New City, New York  10956
        (718) 310-0704

2

1

2

3        DATE:   November 16, 2023

4        TIME:   2:07 p.m.

5

6

7

8

9

10        VIDEOCONFERENCE DEPOSITION of BRAD

11   JAEGER, a Non-Party Witness, pursuant to a

12   subpoena, held remotely via Zoom, before

13   Phyllis F. Russek, a Shorthand Reporter and

14   Notary Public of the State of New York.

15

16

17

18

19

20

21

22

23

24

25

3

1

2    A P P E A R A N C E S:

3        LIPSIUS-BENHAIM LAW, LLP
                Attorneys for the Plaintiff /
4               Counterclaim Defendant
                KITCHEN WINNERS NY INC.
5               80-02 Kew Gardens Road, Suite 1030
                Kew Gardens, New York   11415
6               BY: ALEXANDER SPERBER, ESQ.

7        POLLACK SOLOMON DUFFY, LLP
                Attorneys for the Defendant /
8               Counterclaim and Third-Party Plaintiff
                ROCK FINTEK LLC
9               31 St. James Avenue, Suite 940
                Boston, Massachusetts   02116
10              BY: PHILLIP RAKHUNOV, ESQ.

11       LAW OFFICE OF AVRAM E. FRISCH, ESQ.
                Attorneys for the Third-Party Defendants
12              JNS CAPITAL HOLDINGS LLC and JOEL STERN
                1 University Plaza, Suite 119
13              Hackensack, New Jersey   076011
                BY: AVRAM E. FRISCH, ESQ.

14

15       FOX SWIBEL LEVIN & CARROLL, LLP
                Attorneys for BRAD JAEGER
15              200 West Madison Street, Suite 3000
16              Chicago, Illinois   60606

17

         ALSO PRESENT:  LAUREN RIDDLE, ESQ.
18

19

20

21

22

23

24

25

4

```
 1
 2                    FEDERAL STIPULATIONS
 3
 4
 5        IT IS HEREBY STIPULATED AND AGREED by
 6   and between the counsel for the respective
 7   parties herein that the sealing, filing,
 8   and certification of the within deposition
 9   be waived; that the original of the
10   deposition may be signed and sworn to by
11   the witness before anyone authorized to
12   administer an oath, with the same effect as
13   if signed before a Judge of the Court; that
14   an unsigned copy of the deposition may be
15   used with the same force and effect as if
16   singed by the witness, 30 days after
17   service of the original and 1 copy of same
18   upon counsel for the witness.
19
20        IT IS FURTHER STIPULATED AND AGREED
21   that all objections, except as to form, are
22   reserved to the time of trial.
23
24                 *     *     *     *
25
```

```
1                    JAEGER
2    B R A D   J A E G E R, called as a witness,
3    having been first duly sworn, by a Notary
4    Public of the State of New York, was
5    examined and testified as follows:
6    EXAMINATION BY
7    MR. SPERBER:
8         Q    Please state your name for the
9    record.
10        A    Brad Jaeger.
11        Q    What is your current address?
12        A    3 Lakes Drive, Northfield,
13   Illinois  60093.
14             MR. SPERBER:  David, are you
15        going to ask for a read and sign?
16             MR. OGLES:  Yes.  I think he
17        should be able to.
18             MR. SPERBER:  What address
19        should we send the transcript to?
20             MR. OGLES:  You can send it to
21        me.
22             MR. SPERBER:  Okay.  Then work
23        address is fine as long as that's
24        understood.
25        Q    Good afternoon, Mr. Jaeger.  My
```

```
 1              JAEGER
 2   name is Alexander Sperber.  I'm one of the
 3   attorneys in this matter.  I'm counsel for
 4   the plaintiff, Kitchen Winners of New York
 5   Inc., as well as the third-party
 6   defendants, Adorama, Inc. and Joseph
 7   Mendlowits.
 8              Have you ever been deposed
 9   before?
10       A     I have not.
11       Q     Okay.  So let me just explain
12   some of the basic ground rules so we're all
13   clear.
14              We have a court reporter here
15   who's taking down everything that I say,
16   everything that you say, everything that
17   your attorney says and the other -- the
18   other attorneys here say, and so it's just
19   important that you and I do our best not to
20   speak over one another so that the court
21   reporter can get a clean transcript.  Is
22   that all right?
23       A     Yup.
24       Q     Okay.  The next -- the next
25   thing is just it's important that you make
```

JAEGER

2  your responses verbal as opposed to shaking

3  your head or nodding your head because the

4  court reporter can only write down what you

5  say and can't take down your physical

6  actions.  Is that all right?

7        A      Yes.

8        Q      Okay.  If I ask you a question

9  and you don't understand it, please let me

10  know.  If you don't tell me otherwise, I

11  will assume that you understood the

12  question.  Is that all right?

13        A      Yes, it is.

14        Q      Okay.  Do you understand that

15  you are under the same oath today that you

16  would be in as if you were in a courtroom?

17        A      Yes, I am.

18        Q      And do you understand that the

19  testimony you give today is subject to the

20  same penalties of perjury that you would be

21  subject to as if you were in a courtroom?

22        A      Yes, I am.

23        Q      Are you on any medications or

24  any substances or have any conditions that

25  would prevent you from thinking clearly or

```
 1                    JAEGER
 2   speaking truthfully today?
 3        A     I am not.
 4        Q     Okay.  Are you familiar with a
 5   company called -- called Medline
 6   Industries?
 7        A     Yes, I am.
 8        Q     Are you employed by Medline
 9   Industries?
10        A     That is correct.  Yes, I am.
11        Q     Okay.  And is it okay if I call
12   that company just MedLine?
13        A     That works, yes.
14        Q     What is your position at
15   MedLine?
16        A     I am a senior manager of our
17   supply chain optimization division.
18        Q     And what are your job
19   responsibilities in that position?
20        A     I manage a small team that
21   oversees our third party-logistics program
22   amongst and some other final mile services
23   for our customers.
24        Q     Okay.  And how long have you
25   been working at MedLine?
```

```
 1                    JAEGER

 2        A      It will be 15 years this March.

 3        Q      Okay.  So just to be clear, so

 4   you were working for MedLine during the

 5   COVID-19 pandemic?

 6        A      That is correct.

 7        Q      Okay.  Was your job title

 8   different at that point in time?

 9        A      I believe so.  I was just a

10   manager and not a senior manager at that

11   time.

12        Q      Were your job responsibilities

13   different at that point in time?

14        A      Maybe slightly less

15   responsibility.

16        Q      Okay.  And does MedLine have

17   one location or multiple locations?

18        A      MedLine has multiple locations

19   for our corporate offices, for distribution

20   centers, and for manufacturing locations.

21        Q      Okay.  And so in which office

22   or offices or facilities do you work?

23        A      I work at our headquarters in

24   Northfield, Illinois.

25        Q      I'm sorry.  Could you repeat
```

```
 1                    JAEGER
 2   that?
 3          A      Yes.   I work at our
 4   headquarters in Northfield, Illinois, the
 5   address I gave earlier.
 6          Q      Are you familiar with a company
 7   by the name of Ascension?
 8          A      Yes, I am.
 9          Q      Okay.   Is Ascension a customer
10   of MedLine?
11          A      Yes, they are.
12          Q      Are you familiar with the
13   Resource Group?
14          A      Yes, I am.
15          Q      Okay.   Are they also a customer
16   of MedLine?
17          A      Yes, they are.
18          Q      Okay.   Do you know, are
19   Resource Group and Ascension, is there a
20   relationship between the two of those?
21          A      My understanding, they're
22   relatively the same -- same group.
23          Q      Got it.   Okay.   In your own
24   capacity as manager or senior manager at
25   MedLine, do you interact with either
```

```
 1                    JAEGER
 2    Ascension or Resource Group?
 3         A     I occasionally will interact
 4    through e-mail with Ascension.
 5         Q     And what kind of -- in a
 6    general manner, what kind of job activities
 7    do you perform in relation to either
 8    Ascension or Resource Group?
 9         A     My team manages their
10    third-party logistics program.
11         Q     Okay.  And can you explain to
12    me what you mean when you say a third-party
13    logistics program?
14         A     Yes.  That's where we receive,
15    store, and ship our customers' own goods
16    within our existing distribution network.
17         Q     Now, is your team the only team
18    that does this on behalf of Ascension
19    and/or the Resource Group or are there
20    other teams as well?
21              MR. OGLES:  I object to form.
22         You may answer.
23              Do you mean are there other
24         vendors that provide that service
25         for Ascension?
```

```
 1                    JAEGER
 2          MR. SPERBER:  No.
 3     Q      What I'm saying is inside
 4 MedLine, are there other teams that perform
 5 -- that perform third-party logistics
 6 management services for Ascension or
 7 Resource Group?
 8     A      No.   That would just be my
 9 team.
10     Q      Got it.   Okay.   Now, among the
11 items that MedLine is now holding or is
12 holding at some point since the COVID-19
13 pandemic, do those items include medical
14 gloves?
15     A      Yes, they do.
16     Q      Now, have you heard of a
17 company by the name of Rock Fintek LLC?
18     A      Yes, I have.
19     Q      So what is your understanding
20 of, if any, the relationship between Rock
21 Fintek LLC and either Ascension or Resource
22 Group?
23          MR. OGLES:  And I'm going to
24      object to this as outside the scope
25      of the 30(b)(6) deposition.  But if
```

```
 1                    JAEGER
 2          you have personal knowledge, please
 3          proceed.
 4      A      I only know -- I only know the
 5  relationship as a vendor/customer
 6  relationship between the two parties.   I
 7  don't have any other details really.
 8          Q      Do you personally know what
 9  kind of goods Rock Fintek was delivering to
10  Ascension or Resource Group?
11      A      Just the -- the gloves.
12          Q      Okay.
13      A      I don't know of anything else.
14          Q      And when you say "the gloves,"
15  what are you referring to?
16      A      The MedCare gloves.
17          Q      Okay.  Do you know the names of
18  any of Rock Fintek LLC's suppliers?
19      A      The only ones I believe I've
20  heard are Adorama, JNS or LS.  I can't
21  quite recall, and then Kitchen Winners are
22  the only ones that I am aware of or I've
23  heard of.
24          Q      And where have you heard those
25  names?
```

```
1                    JAEGER

2            MR. OGLES:  Objection.

3        Attorney-client privileged,

4        attorney work product.  You're

5        here.  If you can answer that

6        question without respect to any

7        communications you've received from

8        attorneys, if you can.  Otherwise,

9        I instruct you not to answer.

10      A     I'll follow that instruction.

11      Q     Just to be clear.  Does that

12   mean that outside of communications with

13   attorneys you have not heard of those

14   entities?

15            MR. OGLES:  You can proceed.

16      A     That is correct.

17      Q     Got it.  Okay.  Have you ever

18   spoken with anyone at Kitchen Winners New

19   York Inc.?

20      A     I have not.

21      Q     Have you spoken with anyone at

22   JNS?

23      A     Not that I'm aware of.

24      Q     Okay.  And have you ever spoken

25   with anyone at Adorama Inc.?
```

```
                        JAEGER
 1
 2        A     Not that I'm aware of.
 3        Q     Okay.  Do you know if anybody
 4   on your team has spoken with any of those
 5   companies?
 6              MR. OGLES:  And, again, Mr.
 7          Jaeger, same instruction with
 8          respect to privilege.  If you can
 9          answer that without referring to
10          attorney-client communications, you
11          can answer.  Otherwise I instruct
12          you not to answer.
13        A     I am not aware of anybody on my
14   team.
15        Q     Got it.  Okay.  MedLine has
16   produced a couple of spreadsheets in
17   response to our subpoena.  Are you familiar
18   with those spreadsheets?
19        A     I have seen a couple of the
20   documents that have been presented, yes.
21   And I am familiar with them.
22        Q     I'm going to share my screen
23   with you.
24              Do you see a document in front
25   of you?
```

```
 1                   JAEGER

 2        A     I do.

 3        Q     Perfect.  This document, I'll

 4   just note for the record, was Bates stamped

 5   Medline_00029.  I'm going to mark this

 6   document as Medline Exhibit A.

 7             And I will provide a copy for

 8   the court reporter following this

 9   deposition.

10             (Whereupon, a spreadsheet was

11         marked as Medline Exhibit A for

12         identification, as of this date, by

13         the reporter.)

14        Q     Are you familiar with this

15   particular spreadsheet?

16        A     Yes.  This looks to be a

17   listing of the 3PL item numbers.

18        Q     Okay.  Just to note.  At the

19   very bottom there appear to be five sheets

20   as part of this spreadsheet.  One of them

21   says summary, the next one detailed list,

22   next one is quantity or QTY by SKU;

23   following one is sheet 2; and the last one

24   is pivot table.

25             So starting on the summary
```

```
 1                    JAEGER

 2    page, could you explain to me what I'm

 3    looking at here?

 4         A     So under the item number column

 5    are the physical SKU numbers within Medline

 6    system for each one of the gloves.  Count

 7    of locations column is the count of

 8    physical slots within Medline's QC.  Pallet

 9    quantity per case is the number of case,

10    cases of each SKU on each pallet.  And then

11    the column B is the cases on hand, total

12    cases on hand.

13         Q     Did you create this document?

14         A     I cannot recall.

15         Q     Okay.  So just so I'm

16    understanding this, again, this is the

17    summary sheet.  It looks like there are

18    four types of items listed here, and then

19    it looks like the total number of cases on

20    hand is 68,159; is that correct?

21              We lost your audio.

22              Mr. Jaeger, can you hear me?

23              Mr. Jaeger?

24              MR. OGLES:  David, can you hear

25         us?
```

```
 1                    JAEGER
 2              (Whereupon, an off-the-record
 3         discussion was held.)
 4              (Whereupon, the requested
 5         portion was read by the reporter.)
 6       A      That is correct.
 7       Q      Okay.  And I just want to see
 8  if I can get some clarity here.  What are
 9  each of these item numbers?
10       A      That -- those are the item
11  numbers within Medline's system that
12  signify each of the SKUs for each one of
13  these items; the large, medium, small, and
14  extra large.
15       Q      And do you know, what are these
16  SKUs?
17       A      These are gloves.
18       Q      Can you tell from this what
19  kind of gloves?
20       A      No.
21       Q      Okay.  The next column
22  references counts of locations.  What is a
23  location?
24       A      A location is a slot within our
25  racking within one of our warehouses.
```

```
1                     JAEGER
2         Q     So it's not that there are 982
3    warehouses, it is that there are 982 slots
4    within your warehouses where these items
5    are located?
6         A     Correct.
7         Q     Okay.  Does that mean each
8    location is an individual pallet?
9         A     Yes.  Each -- each location is
10   where we would store a pallet of goods.
11        Q     Okay.  And then when the column
12   says pallet quantity, what is that a
13   reference to?
14        A     I believe that is the max
15   number of cases that can fit on a pallet
16   within one of our slots.
17        Q     So it's not saying how many
18   cases are actually on the pallet; it's
19   saying how many cases could fit on the
20   pallet?
21        A     The max number of cases,
22   correct.
23        Q     So can you -- I'm just -- I'm a
24   little confused.  So three of these have a
25   pallet quantity of 98, and one of them is
```

1            JAEGER

2    105.  Do you know the reason for that

3    difference?

4         A    I don't know for sure.  The

5    only reason I could think is that is a

6    small item, so there could be more that can

7    fit on a pallet.

8         Q    Got it.  Okay.  And column D

9    says cases on hand.  What is that a

10   reference to?

11        A    That is the number of cases

12   that were on hand, on hand for each one of

13   those items.

14        Q    And where does that number come

15   from?

16        A    I believe -- I would have to

17   look into the -- to this document -- but I

18   believe it's just a function equation

19   within there.

20        Q    Is it locations multiplied by

21   pallet quantity, or something else?

22             MR. OGLES:  And, Counsel, it

23        may help if I can show the witness

24        the actual Excel document.  Do you

25        mind if I open it up and show it to

```
 1                    JAEGER
 2        him?
 3              MR. SPERBER:  Yeah.  That's
 4        fine.
 5              MR. OGLES:   One second.
 6     A      No.  It's just an entry.  It
 7  doesn't look like there is an equation or
 8  anything in there.  This appears to be an
 9  estimation on how long it would take to
10  check each slot of these items.
11     Q      You're referring to the hours
12  at the bottom?
13     A      Correct.
14     Q      Do you know when the document
15  was prepared?
16     A      I don't have the date offhand.
17     Q      Okay.  Who at Medline was
18  responsible for keeping inventory in
19  regards to Ascension and the things that
20  Ascension is storing at your warehouse?
21     A      We rely on our warehouse
22  management system for keeping inventory.
23     Q      How does that work?
24              MR. OGLES:  Objection to form.
25              If you understand the question,
```

JAEGER

1

2      go ahead.

3      A      At the very highest level, we

4   have a warehouse management system that

5   manages all our inventory locations and

6   levels within our DCs.

7      Q      Let me see if I can give an

8   example.  Let's say a truck comes in

9   bearing goods for Ascension or for Resource

10  Group.  How would that be processed into

11  Medline's warehouse management system?

12     A      First, a dock appointment would

13  need to be set up for the shipment.  When

14  it arrives, it would need to have a third

15  party logistic field referenced on it.

16  Then our warehouse team would use that

17  third party purchase order to receive the

18  product into our warehouse management

19  system.  And from there our warehouse

20  management system would provide details on

21  where to slot the product.

22     Q      Does some -- is there a person

23  at Medline who would look at whatever came

24  in and would assign it an SKU?

25     A      They would not assign it a SKU.

```
 1                    JAEGER
 2   They would reference the purchase order
 3   that lists the SKUs that would be coming in
 4   on that individual purchase order and then
 5   receive against that list of predetermined
 6   SKUs on that purchase order.
 7        Q    And is there someone who counts
 8   the number of items that are being
 9   delivered?
10        A    Yes.  Our receiving team does a
11   count of product when they come in to
12   confirm the accuracy of the purchase order.
13        Q    I want to look at the next
14   sheet in this that we've labeled as Medline
15   Exhibit A called detail list.  Can you
16   explain to me what we are looking at here?
17        A    This looks to be some raw
18   storage location information.
19        Q    So if we can just go column by
20   column.  So field one, is that the -- the
21   SKU that is ascribed to the various items
22   being held by Medline?
23        A    That is correct.
24        Q    Okay.  And what is column B?
25        A    WERKS, the listing of the
```

```
 1                    JAEGER
 2   distribution center that it's stored in.
 3         Q     When you say distribution
 4   center, that's a warehouse physically
 5   located somewhere across the country?
 6         A     Correct.
 7         Q     Okay.  What is column C?  I
 8   believe it says location?  What is that a
 9   reference to?
10         A     Location is the physical slots
11   within the warehouse.
12         Q     And, again, that's -- basically
13   that's the location of the pallets within
14   the warehouse?
15         A     Correct, within our racking in
16   the -- in the warehouse.
17         Q     Column D says quantity on hand.
18   What is that?
19               MR. OGLES:  Objection.  I think
20           you may have misstated the column
21           there, Counsel.  You said --
22               MR. SPERBER:  D like dog?
23               MR. OGLES:  I apologize.
24               MR. SPERBER:  Yep.
25               MR. OGLES:  Withdrawn.
```

                          JAEGER

     A      Yes, that appears to be the
quantity on hand for that individual slot
after each unit of measure.
     Q      And, again, where does this
quantity come from?  And when I say "come
from," let me clarify just a little bit.
Meaning is this an individual that puts it
into the system or -- or how is this
arrived?
     A      So this information would come
from our warehouse management system.  So
as mentioned, when we are receiving the
product, we are told by the system which
slot to put it into, and the system knows
how much we are putting into that slot.
     Q      Okay.  Column E says good/bad
with a question mark.  What is that a
reference to?
     A      I can't recall.
     Q      Okay.  Column F says ITM_LEN.
Could you explain that one?
     A      That looks like the next three
columns; item length, item width, and item
height.

```
 1                    JAEGER
 2         Q    And when you say item, what is
 3    the item?
 4         A    The individual SKU.
 5         Q    So if there is a pallet full of
 6    cartons of gloves, you're referring to each
 7    carton is the item?
 8         A    Correct.
 9         Q    Okay.  And then column I is
10    cases on hand.  Can you explain what that
11    column is?
12         A    That looks to be the sales unit
13    of measure that is on hand for each
14    individual location.
15         Q    Okay.  Does every warehouse
16    used by Medline use the same warehouse
17    management system?
18         A    Yes.
19         Q    Going to the next sheet, it's
20    labeled quantity by SKU.  Again, could you
21    explain what I'm looking at here?
22         A    Yes.  The row labels column is
23    the SKU.  And the sum of cases on hand
24    column is just that, the sum of cases for
25    each SKU.
```

```
 1                    JAEGER

 2        Q     Okay.   Now, at sheet two,

 3   that's what it's labeled at the bottom.

 4   Can you explain this one?

 5        A     Yes.   It seems to be just about

 6   some of the same information from the

 7   detail list.   Field one is SKU number.

 8   Works is the location, the warehouse

 9   listing.   Location is the physical storage

10   location within the DC.   The good/bad, I

11   can't recall what that was for.   And cases

12   on hand is the sales unit measure quantity

13   that is in each one of those locations.

14        Q     Okay.   So it's the same

15   information, just reorganized in a

16   different way?

17        A     Yes.

18        Q     Okay.   And then the final sheet

19   here is called pivot table.   Just again if

20   you could explain what's going on here?

21        A     Same thing; roll labels are the

22   SKUs.   Count of location is the count of

23   the storage location.   And the sum of cases

24   on hand is the quantity of sales unit

25   measure on hand, totals of.
```

```
 1                    JAEGER
 2        Q      What is a pivot table?
 3        A      It's a function within Excel
 4   you can use to summarize and count things
 5   within an extensive Excel table.
 6        Q      Got it.  Okay.  All right.  I'm
 7   going to show you -- I'm sorry.  Go ahead.
 8            MR. OGLES:  Counsel, before --
 9        yeah.  This is -- this is Mr. Ogles
10        speaking for -- for Medline.  Can I
11        have 30 seconds with my client
12        before you go off this document?
13            MR. SPERBER:  Sure.
14            MR. OGLES:  Thank you.
15            MR. SPERBER:  Off the record?
16            MR. OGLES:  Yes, please.  Thank
17        you.
18            (Whereupon, a short recess was
19        taken.)
20        Q      I just want to circle back on
21   some things from a few minutes ago.
22            Prior to delivering goods to a
23   Medline warehouse, does Medline do any sort
24   of inspection of the goods that are being
25   delivered?
```

```
1                    JAEGER
2       A     Only for any exterior damage of
3  the case.   That's it.
4       Q     Okay.  All right.  Let me show
5  you what I'm going to be marking -- marking
6  as Medline Exhibit B.
7                 (Whereupon, a document
8            containing spreadsheets ad
9            photographs was marked as Medline
10           Exhibit B for identification, as of
11           this date, by the reporter.)
12      Q     Do you see a document in front
13  of you, a new document?
14      A     Yes.
15      Q     This document, just for the
16  record, is Bates stamped Medline_00030.
17            Have you seen this document
18  before?
19      A     Yes.
20      Q     Okay.  Were you involved in
21  preparing this document?
22      A     I was not.
23      Q     Okay.  Could you explain to me
24  what this document is?
25      A     This was a document put
```

JAEGER

1

2   together by a Medline employee after

3   visiting a warehouse to take a look at some

4   product.

5        Q    Okay.  Do you know which

6   warehouse the Medline employee visited?

7        A    Yes; the Great Lake, Illinois

8   distribution center.

9        Q    Okay.  And just to be clear.

10  To your knowledge, this spreadsheet is

11  based solely upon items that were in the

12  Great Lake Distribution Center?

13       A    Correct.

14       Q    Okay.  In preparing for today's

15  deposition, did you speak with the employee

16  who prepared this spreadsheet?

17       A    Yes.

18       Q    Okay.  Could you explain to me

19  what that employee told you?

20       A    Yes.  The employee had gotten

21  communication from Ascension corporate

22  team, along with several e-mails from final

23  end users for Ascension, about complaints

24  about the gloves.  This Great Lake

25  Distribution Center is located fairly close

```
 1                  JAEGER
 2  to our corporate office where the employee
 3  also works out of, so he went to the Great
 4  Lake facility, had a pallet pulled down of
 5  some of the gloves, and inspected a few
 6  cases and put this documentation together,
 7  along with these pictures.
 8        Q      Okay.  So it's your
 9  understanding that this spreadsheet is
10  based upon gloves that were contained on a
11  single pallet?
12        A      It was either a single pallet
13  or a couple pallets.  I don't recall to be
14  exact where it was pulled from.
15        Q      Okay.  What was the name of the
16  employee who prepared the spread sheet?
17        A      The employee name is Adam
18  Swearingin.
19        Q      Okay.  Would it be fair to say
20  that -- I'm sorry.  Were you saying
21  something?
22        A      I was confirming that the name
23  --
24              MR. OGLES:  Oh, no.  You're
25          right.  I'm sorry.
```

```
                    JAEGER
```

1

2      A      Okay.  Yeah, the way I listed

3   it is correct.  I-N at the end.

4      Q      Would it be fair to say that

5   the employee who looked at these gloves

6   concluded that there were differences

7   between the various gloves that he

8   inspected?

9      A      Yes.

10     Q      Is there any way to tell from

11  this spreadsheet which location the gloves

12  being examined were taken from?

13     A      To clarify, do you mean storage

14  location?

15     Q      Yes.

16     A      No, it does not look to be

17  listed on this sheet.

18     Q      Okay.  Or pallet number or

19  anything that would be able to trace this

20  spreadsheet to a specific pallet at a -- at

21  a warehouse owned by Medline?

22     A      No, there doesn't look to be

23  any identifier here.

24     Q      What does AQL on a box refer

25  to?

```
 1                    JAEGER

 2        A     To my knowledge that is

 3   acceptable quantity limit.

 4        Q     What does that mean?

 5        A     It is some quality standard

 6   that I am not fully aware of.  I have

 7   limited knowledge.

 8        Q     All right.  Okay.  I'm going to

 9   show you what I'm marking now as Medline

10   Exhibit C.  Do you see this document in

11   front of you?

12              (Whereupon, a spreadsheet was

13          marked as Medline Exhibit C for

14          identification, as of this date, by

15          the reporter.)

16        A     Yes.

17              MR. SPERBER:  Okay.  This is a

18          document that was Bates stamped

19          Medline_00031.  I'll note for the

20          record on the bottom there appear

21          to be two sheets; one that was

22          labeled put-away, the other is

23          labeled current stock.

24        Q     Do you see where I am?

25        A     Correct.
```

```
 1                    JAEGER
 2        Q     What does put-away refer to?
 3        A     Put-away usually refers to when
 4   product, after it has been received in at
 5   the DC, it's physically put away into the
 6   slots in the racking.
 7        Q     How is put-away different from
 8   current stock?
 9        A     I couldn't exactly say within
10   this document what the difference really is
11   between the two.
12        Q     Do you know when this document
13   was created?
14        A     I don't recall the exact date
15   when it was created.
16        Q     Would there be a way to tell
17   from the spreadsheet when it was created?
18        A     No.  No.  There isn't any
19   indicator or title on the document that
20   states when it was created.
21        Q     Okay.  Again, as we did with
22   the prior spreadsheet, I just want to go
23   through and the record will understand what
24   each of the columns is referring to.  So
25   starting -- we're on the put-away sheet.
```

```
 1                    JAEGER
 2   Starting on column A, what is branch
 3   referring to?
 4        A     That's the listing of each one
 5   of our warehouses.
 6        Q     Okay.  And item number,
 7   column B?
 8        A     Yep.  Item number once again is
 9   the SKU for the item.
10        Q     And, again, these SKUs came
11   from third party purchase orders that were
12   provided to Medline?
13        A     For 3PL programs, we have to
14   create a unique SKU for each item a
15   customer plans to store in our 3PL
16   programs.  Each customer gets a unique
17   prefix and then we copy typically the rest
18   of the manufacture item number.
19        Q     From where?
20        A     From the information the
21   customers provide up front.
22        Q     Now, just looking at these item
23   numbers, do you know what they refer to,
24   meaning which specific good or -- or
25   product is being referenced?
```

```
 1                    JAEGER
 2        A    I know it's a -- it's a
 3   different size item.
 4        Q    Can you tell from here what
 5   brand?
 6        A    I cannot.
 7        Q    Okay.  Column C is entitled
 8   slot number.  What is that?
 9        A    Once again, that's the physical
10   storage location within the warehouse.
11        Q    Is that the same as the
12   location from the prior spreadsheet?
13        A    Correct.
14        Q    Okay.  What is column D, which
15   is BUON_QTY?
16        A    That is the base to your
17   measure quantity.
18        Q    Okay.  And what is that?
19        A    That is how many of the item in
20   the very lowest unit of measure there are
21   within that slot.
22        Q    And how about SUOM_QTY, which
23   is column E?
24        A    That is the sale of unit
25   measure quantity.
```

```
                         JAEGER
     Q      Again, is that just a different
form of measuring what is on -- in that
location?
     A      Correct.  So the sales unit
measure would be the case.
     Q      Do you know, are these the
actual number of items at that location or
the -- or the capacity to hold that number
of items at this location?
     A      This appears to be the number
of items in each location.
     Q      Okay.  And what is column F,
which is DM_TM_start?
     A      That appears to be date and
time when the product was put away into the
slot.
     Q      Okay.  So I want to understand.
So does Medline ever move goods around
between its various warehouses?
     A      Do you mean for Medline goods
or --
     Q      No, no.  For goods that it's
holding for its customers.
     A      We do if it is requested by a
```

```
 1                    JAEGER
 2   customer.
 3        Q     Okay.  So if a good is placed
 4   in a location in the Great Lake warehouse
 5   and then moved to a warehouse let's say in
 6   New York, would the date/time start refer
 7   to the moment in time when it was placed in
 8   its new location?
 9        A     Yes, it would.
10        Q     Looking at the sheet labeled
11   current stock.  Again, I just want to go
12   through this exercise.  So starting in
13   column A, branch, is that the warehouse
14   where the item is located?
15        A     Correct.
16        Q     And then material, is that a
17   reference to the SKU?
18        A     Yes, it is.
19        Q     Okay.  And location, and,
20   again, that's the specific location in the
21   warehouse where the item is located?
22        A     Correct.
23        Q     And then the BUOM_QTY and the
24   SUOM_QTY; that's the same as the prior
25   spreadsheet?
```

                    JAEGER

1

2       A      Yes.

3       Q      Okay.  And then column F here

4  is FIFO_date.  Can you explain what that

5  is?

6       A      That is the FIFO date.  FIFO

7  stands for first in/first out.

8              The date and time it was

9  received to the slot, as our system will

10  pick the oldest product first.

11      Q      Okay.  So is that the same as

12  the DT_TM_start from the --

13      A      Yes.

14      Q      On the SKUs, do you know, what

15  does the ABM stand for, if anything?

16      A      That's just a unique prefix

17  given for the Ascension 3PL items.

18      Q      All right.  Got it.  Okay.

19              Is there anywhere on the

20  spreadsheet where Medline is keeping track

21  of the date when it first received the

22  items in question from trucks that

23  delivered it?

24      A      Not on this sheet, no.

25      Q      Okay.  I'm going to show you

```
 1                    JAEGER
 2    what I'm marking now as Medline Exhibit D.
 3                 (Whereupon, a spreadsheet was
 4           marked as Medline Exhibit D for
 5           identification, as of this date, by
 6           the reporter.)
 7         Q     Do you see now in front of you
 8    a new spreadsheet?  Is this new?
 9         A     Is this a new sheet or is this
10    the same sheet?
11         Q     Let me just look, make sure I
12    didn't do this wrong.
13               MR. SPERBER:  Off the record
14           for just a minute.
15               (Whereupon, an off-the-record
16           discussion was held.)
17         Q     So you have in front of you a
18    document that's been Bates stamped
19    Medline_00032, which we are referring to
20    here as Medline Exhibit D.  Do you see the
21    document in front of you?
22         A     Yes.
23         Q     Okay.  And, again, just like
24    the previous document you looked at, it has
25    two sheets on the bottom.  One says
```

```
 1                    JAEGER
 2   put-away, one says current stock.   Am I
 3   correct?
 4        A     Correct.
 5        Q     Okay.  And just looking
 6   quickly, are the columns here the same as
 7   we saw on the previous spreadsheet?  I
 8   don't mean the content.  I mean the -- the
 9   type of columns, you know, that we saw
10   previously?
11        A     Yes, they appear to be.
12        Q     Okay.  And, again, on the
13   current stock, same thing?
14        A     Yes, they appear to be.
15        Q     Okay.  And I'm going to show
16   you what I'm marking now as Medline
17   Exhibit E.
18             (Whereupon, a spreadsheet was
19          marked as Medline Exhibit E for
20          identification, as of this date, by
21          the reporter.)
22        Q     Do you see in front of you now
23   a document which was Bates stamped
24   Medline_00033?  Do you see a document in
25   front of you that has at the bottom three
```

```
 1                     JAEGER
 2   tabs; inbound, outbound, and summary?
 3        A     Yes.
 4        Q     Okay. So once again I just want
 5   to understand what I'm looking at here.  So
 6   starting on the sheet labeled inbound.  So
 7   column A is PO number.  What is that a
 8   reference to?
 9        A     That is a reference to the
10   Medline 3PL purchase order.
11        Q     When you say "the Medline 3PL
12   purchase order," what is that?
13        A     That is a purchase order
14   created in our system solely for the
15   purpose of documenting what's coming in on
16   each -- on a shipment from a 3PL customer
17   that in turn our warehouse uses to receive
18   product and to stock with.
19        Q     Okay.  And then column B,
20   material number, is that just the S-K-U,
21   SKU?
22        A     That is correct.
23        Q     Column C says PO-created date.
24   What is that reference to?
25        A     That is the date that was
```

1              JAEGER

2    create -- the purchase order was created in

3    our system.

4          Q     Okay.  And PO month/year, LD?

5          A     That is the year and month that

6    it was created.

7          Q     The purchase order?

8          A     Correct.

9          Q     PO type, what is that?

10         A     That's just a listing in our

11   system that this -- this specific purchase

12   order is a third-party logistics 3PL

13   purchase order.

14         Q     As opposed to what?

15         A     As opposed to a regular Medline

16   supply purchase order.

17         Q     When you say Medline supply

18   purchase order, is that goods that Medline

19   itself sells?

20         A     Correct.

21         Q     Okay.  Branch number, is that a

22   reference to the warehouse where the goods

23   are being held?

24         A     Correct.

25         Q     Do you know, is that branch

JAEGER

1
2  where the goods are being held at the time

3  this spreadsheet was created or at the time

4  when the purchase order was created?

5        A      The branch listing on here

6  would be the branch that the purchase order

7  was created for.

8        Q      Got it.  I understand.  States

9  and city.  LI is vendor number.  What is

10  that?

11        A      We have to create a vendor in

12  our system to be able to create a

13  third-party purchase order.  So we create

14  vendor numbers to be able to do that for

15  our third-party programs.

16        Q      Do you know who this vendor

17  number refers to, 600165?

18        A      Yeah.  That appears to be a

19  misuse of a vendor number.  The proper

20  vendor number is the 600166, Election

21  Brothers Medical Center.  That is used for

22  Ascension.

23        Q      So Ascension has one vendor

24  number for all of -- all of its POs?

25        A      Correct.

JAEGER

1

2     Q     Okay.  And then we have a

3 vendor name which I think is -- you can

4 tell me if I'm wrong, but I assume it's the

5 name of the vendor?  Actually, no.  Can you

6 explain to me what the name vendor is?

7     A     Yeah.  Vendor in this situation

8 for our third-party programs is the

9 customer name listing.

10    Q     Customer -- when you say "the

11 customer name listing," customer for what?

12    A     The customer for the 3PL

13 program.

14    Q     So just looking at column -- at

15 line 2.  So this PO number -- I'm not going

16 to read the whole thing but it ends 7244 --

17 that is for Advent-- I can't pronounce this

18 -- A-D-V-E-N-T-H-E-A-L-T-H Tampa; is that

19 correct?

20    A     Correct, Advent Health Tampa.

21    Q     Got it.

22          Column K says order UOM code.

23 What is that?

24    A     That is unit of measure listed

25 on the purchase order.

```
1                    JAEGER

2         Q      So a lot of these say CS.  What

3    is CS?

4         A      CS is case, unit of measure.

5         Q      Okay.  And the column L, base

6    UOM purchase order quantity, what is that?

7         A      It appears to be the quantity

8    received, that line on that purchase order.

9         Q      It's the quantity of cases if

10   the order UOM code is CS?

11        A      That is correct.

12        Q      When we're talking about

13   inbound, is this spreadsheet saying, for

14   example, that Advent Health is the customer

15   that delivered whatever correspondence to

16   this purchase order next to it?

17        A      Inbound means inbound into our

18   distribution center and inbound into the

19   customer's 3PL program.

20        Q      And the customer is the vendor.

21        A      Correct.

22        Q      Okay.  Looking now at the sheet

23   labeled outbound, again, let's just go

24   through the columns here.  So column A says

25   delivery number.  What is that?
```

1                    JAEGER

2        A      That is the delivery number

3    generated within Medline's system.

4        Q      That's just a number assigned

5    to any particular delivery?

6        A      Correct.

7        Q      Okay.  Column B is material

8    number?  Is that again the SKU?

9        A      Correct.

10        Q      Column C is delivery created

11    date.  What is that?

12        A      That was the date that the

13    delivery number was generated within our

14    system.

15        Q      Okay.  And I assume delivery

16    month, year refers to the month and year

17    when the delivery number was created?

18        A      That is correct.

19        Q      Okay.  And column E, branch

20    number, that's a reference to the -- to the

21    warehouse where the number was created?

22        A      Where the delivery was shipping

23    out of.

24        Q      Okay.  And then we have state,

25    city.  What -- that's the state and city

1                   JAEGER
2    where the delivery is shipping out of?
3         A      State and city of the
4    distribution center, correct.
5         Q      Okay.  Then we have to name.
6    Is that the company to which the goods are
7    being shipped?
8         A      Yes, that is the shipped to
9    location name.
10        Q      What is the sold to number,
11   column J?
12        A      That is the number that is
13   typically in our system billed for the
14   goods.
15        Q      Okay.  And, again, the sold to
16   name is the company being billed for the
17   goods that are being shipped out?
18        A      Correct.
19        Q      Okay.  How about column L,
20   primary group number?
21        A      Many of our -- many customers
22   are in a group of -- are listed in a group
23   setting within -- within Medline.  We list
24   out multiple locations that a single
25   customer has.

1          JAEGER

2     Q     Okay.  Anyone with the same

3  group number is part of the -- it looks

4  like here the primary group name is

5  Resource Group / Ascension.  So all these

6  -- these other entities are part of the

7  same group; is that right?

8     A     That is correct.

9     Q     And column N, sales UOM

10 delivery quantity.  What is that?

11    A     Hold on one second.  I've got

12 to move.

13          That appears to be the quantity

14 that was shipped on that specific delivery.

15    Q     Got it.  Okay.  All right.

16          And then looking at the last

17 sheet here, which is labeled summary.  So

18 can you explain what I'm looking at here?

19    A     Yep.  The top table appears to

20 be a summary from the inbound tab that we

21 reviewed broken down by month.  The row of

22 labels is the month and it appears to be

23 broken out between the two vendor numbers.

24    Q     Okay.  And then the bottom

25 chart?

```
 1                    JAEGER

 2        A     The bottom chart seems to be a

 3   summary of the outbound tab that we

 4   reviewed.

 5                    Roll label is the physical

 6   month and year.

 7                    And then it's the quantity that

 8   was shipped out for the Resource Group /

 9   Ascension.

10        Q     Got it.  So just looking at the

11   summary here, so when the inbound chart, if

12   you look at the grand total listing, so

13   grand total on the bottom right is -- looks

14   like 273,034.  Do you see where I am over

15   here?

16        A     Yes.

17        Q     So does that mean that -- and

18   you can tell me if I'm wrong here -- but

19   does that mean that Medline received

20   273,034 cases of goods?

21        A     Correct.

22        Q     Okay.  And then on the -- on

23   the outbound, again, grand total on the --

24   appears to be 77,820.  So that means that

25   Medline shipped out, of the goods it
```

```
 1                    JAEGER
 2    received, 77,820 cases.
 3         A      Correct.
 4         Q      Okay.  And.  Again, did you
 5    create this spreadsheet?
 6         A      No.  This was created by
 7    another employee.
 8         Q      And do you know when it was
 9    created?
10         A      I don't know the exact date.
11         Q      Do you know approximately?
12         A      I don't.
13            MR. OGLES:  Counsel, I will
14         represent it was created after the
15         subpoena was issued, generated from
16         Medline.
17            MR. SPERBER:  Okay.  Can we
18         take a two-minute break?  I might
19         be done.  I just want to check my
20         notes.
21            MR. OGLES:  Of course.  Let's
22         make it five.
23            MR. SPERBER:  Sure.  Sounds
24         good.
25            MR. OGLES:  Thank you.
```

```
 1                    JAEGER
 2          (Whereupon, a short recess was
 3       taken.)
 4      Q     I just have a couple follow-up
 5  questions.   I'm almost done on my end.
 6          Are you familiar -- when I say
 7  you, you personally -- are you familiar
 8  with a burn-down plan in relation to
 9  medical gloves that Ascension or the
10  Resource Group was contemplating during or
11  after the COVID-19 pandemic?
12          MR. OGLES:   Objection.   Outside
13       the scope of the deposition.   If
14       you know personally, go ahead.
15      A     I am not aware.
16      Q     Are you personally familiar
17  with any plans that Ascension or Resource
18  Group may have had to reduce its stock of
19  pandemic-related personal protective
20  equipment during or after the COVID-19
21  pandemic?
22          MR. OGLES:   Same objection.
23      A     I am not aware.
24      Q     Do you know if Medline ever
25  moved medical gloves that it was storing on
```

```
 1                    JAEGER
 2   behalf of Ascension or the Resource Group
 3   between its various warehouses?
 4        A    Yes.  I'm aware of that
 5   occurring.
 6        Q    Okay.  Are you aware that at
 7   some point in time Medline performed an
 8   audit of some or all of the gloves that it
 9   was holding on behalf of Ascension or the
10   Resource Group?
11        A    Yes, I am aware.
12        Q    Were you personally involved in
13   that?
14        A    Yes, I was involved.
15        Q    Can you explain to me what
16   exactly was done by Medline?
17             MR. OGLES:  Object to the form.
18          It's a little broad, Counsel, but,
19             to the witness, if you can answer
20             it, go ahead.
21        A    Yes.  It was requested by the
22   customer to do a label audit for their
23   goods at the direction of the customer at
24   our DCs that stored the products in
25   question.
```

```
 1                    JAEGER

 2        Q      When you say DCs, what does

 3   that mean?

 4        A      Distribution center or

 5   warehouse.

 6        Q      Okay.  You said you were

 7   involved in that.  What was your role in

 8   that audit?

 9        A      Once we received direction from

10   the customer on what they wanted checked, I

11   helped coordinate with our warehouse

12   directors on a call and then a follow-up

13   e-mail with details on how the audit should

14   be completed.

15        Q      Okay.  And so what did

16   Ascension specifically ask you to do?

17        A      Ascension identified specific

18   labels they wanted to be identified within

19   their product.  They sent us the

20   information with the labels they want

21   identified, and we completed the audit to

22   help them identify those labels.

23        Q      What labels were they

24   interested in?

25        A      I would have to refer to one of
```

```
 1                    JAEGER
 2   the documents, but I believe it said
 3   synthetic nitrile gloves.
 4        Q    How did you or other Medline
 5   employees go about performing this audit?
 6        A    Under the direction of the
 7   customer, we went to each slot that the
 8   product was stored in.  We removed one
 9   random case.  We opened the case and
10   removed one random box within that case and
11   inspected it for the label that was
12   identified by Ascension.
13        Q    Did you check to see if every
14   box on that pallet was the same?
15             MR. OGLES:  Object to form.
16        A    No.  Our instruction was to
17   check one single case and one box within
18   the case.
19        Q    Do you know if every box on
20   each pallet contained the same type of
21   gloves as the one that you selected to look
22   at?
23             MR. OGLES:  Object to form.
24        A    I couldn't confirm.
25        Q    Approximately how many
```

56

```
 1              JAEGER
 2    different Medline employees were involved
 3    in conducting this audit?
 4         A    I couldn't confirm exactly.
 5              MR. OGLES:  And if you want to
 6         look at a document that you have to
 7         answer the question, you're welcome
 8         to do it.  I have one in front of
 9         me.
10              THE WITNESS:  Does it list the
11         employees or just the hours?
12              MR. SPERBER:  If you can just
13         tell me what document you're
14         looking at.
15              MR. OGLES:  If you look at
16         document 38, there's a listing of
17         a number of employees Mr. Jaeger
18         e-mailed regarding this.  It's
19         probably not the total number of
20         employees, but certainly there's a
21         number of people involved.
22         A    Correct.  The listing on there
23    are the directors of each warehouse.  They
24    would have had their inventory control
25    teams complete the audit, which of that
```

```
 1                    JAEGER
 2   list you can make inventory control teams
 3   that we had complete that.
 4        Q     Were these the -- the people
 5   who are -- let me back up a second.  I'm
 6   looking at Medline document Bates stamped
 7   Medline_00038, and I'm looking at an e-mail
 8   on that document from you to a whole list
 9   of people, and it's dated Monday,
10   November 8, 2021, at 10:22 a.m.  Are we on
11   the same -- are we looking at the same
12   document?
13        A     Yes, we are.
14        Q     And the subject of that e-mail
15   is re network Ascension 3PL audits,
16   correct?
17        A     Correct.
18        Q     Okay.  So where were you
19   pointing to on here when you referred to a
20   certain number of hours?
21             MR. OGLES:  Document number 35.
22             MR. SPERBER:  I'm sorry?
23             MR. OGLES:  Yeah, I was noting
24        the witness is referring to the
25        very first page of that document,
```

```
 1              JAEGER
 2         and at line 35 there is a listing
 3         of hours there.
 4    Q     Okay.  And when it refers to
 5  hours there, is that the number of hours
 6  that Medline -- let me rephrase that.
 7              Number of employee hours
 8  Medline expended in conducting this audit?
 9    A     That is correct.
10    Q     But you don't know how many
11  actual employees were involved in doing
12  this, do you?
13    A     Correct.  I do not know the
14  actual number.
15    Q     All right.  And, again, going
16  back to Medline 38.  There is a listing of
17  Medline employees on the e-mail, but you
18  don't know if they're the ones that
19  personally conducted the audit or somebody
20  else at their various warehouses, correct?
21    A     Correct.
22    Q     In preparing for today's
23  deposition, you didn't speak with every one
24  of those employees who conducted the audit,
25  did you?
```

```
1                        JAEGER
2          A      I did not.
3          Q      Did you speak with all the
4    employees listed on Medline 38 in preparing
5    for today's deposition?
6          A      I did not.
7          Q      Does Medline ordinarily conduct
8    these kinds of audits on behalf of
9    Ascension?
10         A      I wouldn't say ordinarily.
11   It's when requested.
12         Q      How many other audits has
13   Medline conducted on behalf of Ascension in
14   the last let's say five years?
15               MR. OGLES:  Objection.  Outside
16          the scope.  If you know, go ahead.
17         A      Maybe one or two that I can
18   recall.
19         Q      So it's not the kind of thing
20   that you would ordinarily -- that you would
21   undertake in the ordinary course of
22   business unless asked specifically to do
23   so, correct?
24               MR. OGLES:  Objection to form.
25          Counsel, you're referring to for
```

```
1                    JAEGER
2        Ascension or generally?
3             MR. SPERBER:  For Ascension
4        let's start with.
5        A     Yes.  It's not something that
6   we do ordinarily.
7        Q     How about generally?  Is it the
8   kind of thing you do generally?
9             Excuse me.  Is this the kind of
10  thing you would ordinarily do in the
11  general course of your business at Medline?
12            MR. OGLES:  Object to form.
13       Q     Let me rephrase the question.
14  Does Medline routinely conduct audits on
15  behalf of customers unless specifically
16  asked to do so?
17       A     We do not routinely.  We do
18  upon request.
19       Q     Got it.
20            MR. SPERBER:  All right.  I
21       think those are my questions.  I
22       don't know if Avi or Phil has any
23       questions for you.
24            MR. FRISCH:  I do not.
25            MR. RAKHUNOV:  I apologize.  I
```

```
 1              JAEGER
 2         had to step away from the video
 3         screen but I will ask a few
 4         questions via the audio and
 5         hopefully Ms. Riddle can assist me
 6         with putting a couple of documents
 7         up.
 8   EXAMINATION BY
 9   MR. RAKHUNOV:
10         Q    So you were just asked if
11   Medline routinely conducts audits for
12   customers when not asked to do so, and I
13   just want the record to be clear.
14   Medline conducts audits for its customers
15   routinely when asked to do so.  Is that
16   fair?
17         A    Yes.  When Medline is asked to
18   complete an audit, we do so.
19         Q    And you were just -- there was
20   a reference made to a document that I
21   believe was Bates labeled Medline 35.
22         MR. RAKHUNOV:  Ms. Riddle,
23         would you be kind enough to screen
24         share that?  And we would like to
25         mark that as an exhibit.
```

```
 1                    JAEGER
 2              (Whereupon, a e-mail was marked
 3          as Medline Exhibit F for
 4          identification, as of this date, by
 5          the reporter.)
 6      Q    And, you know, I'm only screen
 7  sharing it for the purpose of confirming
 8  that that's the same document that you were
 9  just referring to in your testimony.
10              So is that the same document
11  you were just looking at, Mr. Jaeger?
12      A    Yes.
13      Q    Okay.  And on the first page of
14  the document, the last in time e-mail, do
15  you see a chart there?
16      A    Yes.
17      Q    And does that chart reflect the
18  results of the audit that Medline conducted
19  for Ascension?
20      A    Yes, it does.
21      Q    Okay.  And I believe you were
22  asked a question earlier as to the type of
23  labels that Ascension had asked Medline to
24  audit, and I'm not sure that I heard
25  clearly, so I apologize if I'm asking you
```

```
 1                    JAEGER
 2   again, but did I -- is it correct that
 3   Medline -- I'm sorry -- Ascension asked
 4   Medline to count the boxes that were
 5   labeled as NBR examination gloves versus
 6   those that were labeled protection gloves?
 7        A    I would have to refer to the
 8   document on the specifics of what were
 9   requested for the audit.
10        Q    Please feel free to do so, if
11   you don't mind.
12             (Whereupon, an off-the-record
13        discussion was held.)
14        A    Looks like it says product can
15   be identified by the text synthetic nitrile
16   protection glove listed on the box unit
17   measure inside the case.
18        Q    And those were the items that
19   the audit focused on, correct?
20        A    Correct.
21        Q    So the chart on page labeled
22   35, does that accurately and fairly
23   represent the results of the audit that
24   Medline conducted for Ascension?
25        A    Yes.
```

1                        JAEGER

2         Q      And Medline was paid for that

3    work by Ascension, correct?

4         A      That is correct.

5         Q      And I believe I recall there

6    was a number of about 108 hours that

7    various Medline employees spent on this

8    audit?

9         A      Yeah.   I don't have the total

10   number, but yes, that sounds close.

11              MR. RAKHUNOV:   Okay.   If I

12          could ask Ms. Riddle to put up the

13          next exhibit on the screen.

14        Q      And this is a document that I

15   will represent to you is a handful of

16   photographs that were taken by my client in

17   July of 2021 at various Medline warehouses.

18   And it's a compilation of I believe seven

19   photographs that are in a PDF document that

20   we'll mark as the next exhibit.

21              (Whereupon, photographs were

22          marked as Medline Exhibit G for

23          identification, as of this date, by

24          the reporter.)

25              MR. RAKHUNOV:   Just scroll

```
 1                    JAEGER
 2         through it just so Mr. Jaeger can
 3         generally see the whole document,
 4         and then I'll just have a couple of
 5         very brief questions about it.
 6    Q     First of all, as you're looking
 7  at these photographs, do you generally
 8  recognize them to be of Medline warehouse
 9  facilities based on your experience working
10  there?
11         MR. OGLES:  Object to this as
12         outside the scope of the
13         deposition.  But if you personally
14         know, you can answer.
15    A     It's hard to -- I can't tell
16  specifically from the photos that these are
17  at Medline warehouses.
18    Q     Okay.  Fair enough.  Do you see
19  in these photographs there are depicted
20  white sheets of paper that are placed or
21  affixed to the pallets that have numbers on
22  them and have some words like Kitchen
23  Winners or JNS?  Do you see those white
24  labels?
25    A     I do.
```

```
 1                    JAEGER

 2      Q     In your experience working for

 3  Medline, would Medline have placed those

 4  labels on the pallets after they were

 5  delivered into the Medline facility?

 6            MR. OGLES:   Object.  Outside

 7         the scope of the deposition.  If

 8         you know personally, you can

 9         answer.

10      A     Medline would not add a label

11  like that to an inbound pallet.

12            MR. RAKHUNOV:  I don't have any

13         other questions, Mr. Jaeger.  Thank

14         you.

15            MR. SPERBER:  I just want to

16         follow up on that, if I may.

17  EXAMINATION BY

18  MR. SPERBER:

19      Q     Going back to Medline 35.  I

20  will put it on the screen.

21            Do you see Medline 35 in front

22  of you?

23      A     Yes.

24      Q     And Mr. Rakhunov just asked you

25  if -- if the results listed in the
```

```
1                    JAEGER
2    documents from Medline audit were accurate,
3    and you answered in the affirmative; is
4    that correct?
5                 MR. OGLES:   Objection.   That
6          mischaracterizes his testimony; is
7          it fair and accurate that --
8          anyways, go ahead.
9                 MR. SPERBER:   So I don't want
10         to mischaracterize anybody's
11         testimony.
12       Q     So is it your testimony that
13   the results of Medline's audit as listed in
14   this document are accurate?
15       A     Correct.
16       Q     What are you basing that upon?
17       A     Going back to what was stated
18   earlier.   The instruction from the customer
19   was to go to each slot across all DCs, pull
20   one case of the product, then from that
21   case pull one box to identify if it was
22   listed, if it had the text listed synthetic
23   nitrile protection gloves.   If it did, that
24   entire slot was then put on blocked or held
25   inventory.
```

1                    JAEGER

2        Q      Again, you testified earlier

3   that you were not the one who conducted the

4   entire audit yourself, correct?

5        A      Correct.

6        Q      And you have not spoken with

7   every individual Medline employee who was

8   involved in conducting the audit, correct?

9        A      Correct.

10       Q      So how do you know that what

11  they recorded was accurate?

12       A      Giving -- giving instruction to

13  the directors of each one of these

14  warehouses and then following up to make

15  sure it was completed with them reporting

16  what was put onto blocked inventory and

17  left as unrestricted inventory while also

18  providing the number of hours that were

19  completed for me to confirm that the audit

20  was completed.

21       Q      Have you independently verified

22  that -- what those employees or directors

23  told you was correct?

24       A      I can't independently verify

25  that.

```
1                     JAEGER

2        Q     Has Medline as its -- as an

3   organization -- undertaken to verify that

4   its own audit was correct?

5        A     No.  Just the audit itself was

6   correct or was completed.  No secondary

7   audit was completed.

8        Q     Do you know if the Medline

9   directors to whom you gave directions

10  checked the work of their employees

11  themselves?

12       A     I cannot confirm.

13           MR. SPERBER:  No further

14       questions.

15           (Whereupon, at 3:47 p.m., the

16       examination of this witness was

17       concluded.)

18

19

20

21

22

23

24

25
```

```
 1
 2                    D E C L A R A T I O N
 3
 4          I hereby certify that having been
 5     first duly sworn to testify to the truth, I
 6     gave the above testimony.
 7
 8          I FURTHER CERTIFY that the foregoing
 9     transcript is a true and correct transcript
10     of the testimony given by me at the time
11     and place specified hereinbefore.
12
13
14
15
16                         _____
17                              BRAD JAEGER
18
19
20     Subscribed and sworn to before me
21     this_____day of_____, 2023.
22
23     _____
24              NOTARY PUBLIC
25
```

```
 1                    JAEGER

 2                  E X H I B I T S

 3

 4   MEDLINE EXHIBITS

 5

 6   EXHIBIT          EXHIBIT              PAGE

 7   NUMBER           DESCRIPTION

 8   A                Spreadsheet          16

 9   B                Spreadsheet / photos  29

10   C                Spreadsheet          33

11   D                Spreadsheet          40

12   E                Spreadsheet          41

13   F                E-mail               62

14   G                Photos               64

15

16

17                  I N D E X

18

19   EXAMINATION BY                        PAGE

20   MR. SPERBER                            5

21   MR. RAKHUNOV                          61

22   MR. SPERBER                           66

23

24

25
```

```
 1
 2                    C E R T I F I C A T E
 3
 4    STATE OF NEW YORK        )
 5                                   :    SS.:
 6    COUNTY OF KINGS          )
 7
 8        I, PHYLLIS F. RUSSEK, a Notary Public
 9    for and within the State of New York, do
10    hereby certify:
11        That the witness whose examination is
12    hereinbefore set forth was duly sworn and
13    that such examination is a true record of
14    the testimony given by that witness.
15        I further certify that I am not
16    related to any of the parties to this
17    action by blood or by marriage and that I
18    am in no way interested in the outcome of
19    this matter.
20        IN WITNESS WHEREOF, I have hereunto
21    set my hand this 26th day of November, 2023.
22
23
24    _____
25              PHYLLIS F. RUSSEK
```

```
1    Errata Sheet

2

3    NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC

4    DATE OF DEPOSITION: 11/16/2023

5    NAME OF WITNESS: BRAD JAEGER

6    Reason Codes:

7         1. To clarify the record.

8         2. To conform to the facts.

9         3. To correct transcription errors.

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                             _____
```

**Exhibits**

**Ex A - Medline**
16:6,11 23:15

**Ex B - Medline**
29:6,10

**Ex C - Medline**
33:10,13

**Ex D - Medline**
40:2,4,20

**Ex E - Medline**
41:17,19

**Ex F - Medline**
62:3

**Ex G - Medline**
64:22

**1**

**105** 20:2

**108** 64:6

**10:22** 57:10

**15** 9:2

**2**

**2** 16:23 45:15

**2021** 57:10 64:17

**273,034** 50:14,20

**3**

**3** 5:12

**30** 28:11

**30(b)(6)** 12:25

**35** 57:21 58:2
61:21 63:22 66:19,
21

**38** 56:16 58:16
59:4

**3PL** 16:17 35:13,
15 39:17 42:10,11,
16 43:12 45:12
46:19 57:15

**6**

**600165** 44:17

**600166** 44:20

**60093** 5:13

**68,159** 17:20

**7**

**7244** 45:16

**77,820** 50:24 51:2

**8**

**8** 57:10

**9**

**98** 19:25

**982** 19:2,3

**A**

**A-D-V-E-N-T-H-**
**E-A-L-T-H** 45:18

**a.m.** 57:10

**able** 5:17 32:19
44:12,14

**ABM** 39:15

**acceptable** 33:3

**accuracy** 23:12

**accurate** 67:2,7,
14 68:11

**accurately** 63:22

**across** 24:5 67:19

**actions** 7:6

**activities** 11:6

**actual** 20:24 37:8
58:11,14

**actually** 19:18
45:5

**ad** 29:8

**Adam** 31:17

**add** 66:10

**address** 5:11,18,
23 10:5

**Adorama** 6:6
13:20 14:25

**Advent** 45:20
46:14

**Advent--** 45:17

**affirmative** 67:3

**affixed** 65:21

**after** 25:4 30:2
34:4 51:14 52:11,
20 66:4

**afternoon** 5:25

**again** 15:6 17:16
24:12 25:5 26:20
27:19 34:21 35:8,
10 36:9 37:2
38:11,20 40:23
41:12 42:4 46:23
47:8 48:15 50:23
51:4 58:15 63:2
68:2

**against** 23:5

**ago** 28:21

**ahead** 22:2 28:7
52:14 53:20 59:16
67:8

**Alexander** 6:2

**all** 6:12,22 7:6,12
22:5 28:6 29:4
33:8 39:18 44:24
49:5,15 53:8 58:15
59:3 60:20 65:6
67:19

**almost** 52:5

**along** 30:22 31:7

**also** 10:15 31:3
68:17

**am** 7:17,22 8:3,7,
10,16 10:8,14
13:22 15:13,21
33:6,24 41:2 50:14
52:15,23 53:11

**among** 12:10

**amongst** 8:22

**an** 18:2 19:8 21:6,
7,8 22:7,24 25:8
28:5 40:15 53:7
57:7 61:18,25
63:12 66:11

**and/or** 11:19

**another** 6:20 51:7

**answer** 11:22
14:5,9 15:9,11,12
53:19 56:7 65:14
66:9

**answered** 67:3

**any** 7:23,24 12:20
13:7,18 14:6 15:4
28:23 29:2 32:10,
23 34:18 47:5
52:17 60:22 66:12

**anybody** 15:3,13

**anybody's** 67:10

**anyone** 14:18,21,
25 49:2

**anything** 13:13
21:8 32:19 39:15

**anyways** 67:8

**anywhere** 39:19

**apologize** 24:23
60:25 62:25

**appear** 16:19
33:20 41:11,14

**appears** 21:8 25:2
37:11,15 44:18
46:7 49:13,19,22
50:24

**appointment**
22:12

**approximately**
51:11 55:25

**AQL** 32:24

**around** 37:19

**arrived** 25:10

**arrives** 22:14

**Ascension** 10:7,
9,19 11:2,4,8,18,
25 12:6,21 13:10
21:19,20 22:9
30:21,23 39:17
44:22,23 49:5 50:9

**52:9,17 53:2,9
54:16,17 55:12
57:15 59:9,13
60:2,3 62:19,23
63:3,24 64:3**

**ascribed** 23:21

**ask** 5:15 7:8 54:16
61:3 64:12

**asked** 59:22 60:16
61:10,12,15,17
62:22,23 63:3
66:24

**asking** 62:25

**assign** 22:24,25

**assigned** 47:4

**assist** 61:5

**assume** 7:11 45:4
47:15

**at** 8:14,25 9:8,10,
13,23 10:3,24
12:12 14:18,21,25
16:18 17:3 21:12,
17,20 22:3,23
23:13,16 26:21
27:2,3 30:3 32:3,5,
20 34:4 35:22
37:8,10 38:10
40:24 41:25 42:5
44:2,3 45:14 46:22
49:16,18 50:10,12
53:6,23 55:22
56:6,14,15 57:6,7,
10,11 58:2,20
60:11 62:11 64:17
65:7,17

**attorney** 6:17
14:4

**attorney-client**
14:3 15:10

**attorneys** 6:3,18
14:8,13

**audio** 17:21 61:4

**audit** 53:8,22
54:8,13,21 55:5
56:3,25 58:8,19,24
61:18 62:18,24
63:9,19,23 64:8
67:2,13 68:4,8,19

**audits** 57:15 59:8,
12 60:14 61:11,14**

**Avi** 60:22

**aware** 13:22 14:23
15:2,13 33:6
52:15,23 53:4,6,11

**away** 34:5 37:16
61:2

---

**B**

**back** 28:20 57:5
58:16 66:19 67:17

**base** 36:16 46:5

**based** 30:11
31:10 65:9

**basic** 6:12

**basically** 24:12

**basing** 67:16

**Bates** 16:4 29:16
33:18 40:18 41:23
57:6 61:21

**bearing** 22:9

**because** 7:3

**been** 5:3 6:8 8:25
15:20 34:4 40:18

**before** 6:9 28:8,12
29:18

**behalf** 11:18 53:2,
9 59:8,13 60:15

**being** 23:8,22
28:24 32:12 35:25
43:23 44:2 48:7,
16,17

**believe** 9:9 13:19
19:14 20:16,18
24:8 55:2 61:21
62:21 64:5,18

**best** 6:19

**between** 10:20
12:20 13:6 32:7
34:11 37:20 49:23
53:3

**billed** 48:13,16

**bit** 25:7

**blocked** 67:24
68:16

**bottom** 16:19

---

21:12 27:3 33:20
40:25 41:25 49:24
50:2,13

**box** 32:24 55:10,
14,17,19 63:16
67:21

**boxes** 63:4

**Brad** 5:10

**branch** 35:2 38:13
43:21,25 44:5,6
47:19

**brand** 36:5

**break** 51:18

**brief** 65:5

**broad** 53:18

**broken** 49:21,23

**Brothers** 44:21

**BUOM_QTY**
38:23

**BUON_QTY**
36:15

**burn-down** 52:8

**business** 59:22
60:11

**but** 12:25 20:17
45:4,16 50:18
53:18 55:2 56:20
58:10,17 61:3 63:2
64:10 65:13

---

**C**

**call** 8:11 54:12

**called** 5:2 8:5
23:15 27:19

**came** 22:23 35:10

**can** 5:20 6:21 7:4
11:11 14:5,8,15
15:8,11 17:22,24
18:8,18 19:15,23
20:6,23 22:7
23:15,19 26:10
27:4 28:4,10 36:4
39:4 45:3,5 49:18
50:18 51:17 53:15,
19 56:12 57:2
59:17 61:5 63:14
65:2,14 66:8

---

**can't** 7:5 13:20
25:20 27:11 45:17
65:15 68:24

**cannot** 17:14 36:6

**capacity** 10:24
37:9

**carton** 26:7

**cartons** 26:6

**case** 17:9 29:3
37:6 46:4 55:9,10,
17,18 63:17 67:20,
21

**cases** 17:10,11,
12,19 19:15,18,19,
21 20:9,11 26:10,
23,24 27:11,23
31:6 46:9 50:20
51:2

**center** 24:2,4
30:8,12,25 44:21
46:18 48:4 54:4

**centers** 9:20

**certain** 57:20

**certainly** 56:20

**chain** 8:17

**chart** 49:25 50:2,
11 62:15,17 63:21

**check** 21:10 51:19
55:13,17

**checked** 54:10

**circle** 28:20

**city** 44:9 47:25
48:3

**clarify** 25:7 32:13

**clarity** 18:8

**clean** 6:21

**clear** 6:13 9:3
14:11 30:9 61:13

**clearly** 7:25 62:25

**client** 28:11 64:16

**close** 30:25 64:10

**code** 45:22 46:10

**column** 17:4,7,11
18:21 19:11 20:8
23:19,20,24 24:7,

---

17,20 25:17,21
26:9,11,22,24
35:2,7 36:7,14,23
37:13 38:13 39:3
42:7,19,23 45:14,
22 46:5,24 47:7,
10,19 48:11,19
49:9

**columns** 25:24
34:24 41:6,9 46:24

**come** 20:14 23:11
25:6,11

**comes** 22:8

**coming** 23:3
42:15

**communication**
30:21

**communications**
14:7,12 15:10

**companies** 15:5

**company** 8:5,12
10:6 12:17 48:6,16

**compilation**
64:18

**complaints** 30:23

**complete** 56:25
57:3 61:18

**completed** 54:14,
21 68:15,19,20

**concluded** 32:6

**conditions** 7:24

**conduct** 59:7
60:14

**conducted** 58:19,
24 59:13 62:18
63:24 68:3

**conducting** 56:3
58:8 68:8

**conducts** 61:11,
14

**confirm** 23:12
55:24 56:4 68:19

**confirming** 31:22
62:7

**confused** 19:24

**contained** 31:10

---

55:20

**containing** 29:8

**contemplating**
52:10

**content** 41:8

**control** 56:24
57:2

**coordinate** 54:11

**copy** 16:7 35:17

**corporate** 9:19
30:21 31:2

**correct** 8:10 9:6
14:16 17:20 18:6
19:6,22 21:13
23:23 24:6,15 26:8
30:13 32:3 33:25
36:13 37:5 38:15,
22 41:3,4 42:22
43:8,20,24 44:25
45:19,20 46:11,21
47:6,9,18 48:4,18
49:8 50:21 51:3
56:22 57:16,17
58:9,13,20,21
59:23 63:2,19,20
64:3,4 67:4,15
68:4,5,8,9,23

**correspondence**
46:15

**could** 9:25 17:2
19:19 20:5,6 25:22
26:20 27:20 29:23
30:18 64:12

**couldn't** 34:9
55:24 56:4

**counsel** 6:3 20:22
24:21 28:8 51:13
53:18 59:25

**count** 17:6,7
23:11 27:22 28:4
63:4

**country** 24:5

**counts** 18:22 23:7

**couple** 15:16,19
31:13 52:4 61:6
65:4

**course** 51:21
59:21 60:11

**court** 6:14,20 7:4
16:8

**courtroom** 7:16,
21

**COVID-19** 9:5
12:12 52:11,20

**create** 17:13
35:14 43:2 44:11,
12,13 51:5

**created** 34:13,15,
17,20 42:14 43:2,6
44:3,4,7 47:10,17,
21 51:6,9,14

**CS** 46:2,3,4,10

**current** 5:11
33:23 34:8 38:11
41:2,13

**customer** 10:9,15
35:15,16 38:2
42:16 45:9,10,11,
12 46:14,20 48:25
53:22,23 54:10
55:7 67:18

**customer's** 46:19

**customers** 8:23
35:21 37:24 48:21
60:15 61:12,14

**customers'** 11:15

————————

**D**

**damage** 29:2

**date** 16:12 21:16
29:11 33:14 34:14
37:15 39:6,8,21
40:5 41:20 42:23,
25 47:11,12 51:10
62:4 64:23

**date/time** 38:6

**dated** 57:9

**David** 5:14 17:24

**DC** 27:10 34:5

**DCS** 53:24
54:2 67:19

**defendants** 6:6

**delivered** 23:9
28:25 39:23 46:15
66:5

**delivering** 13:9
28:22

**delivery** 46:25
47:2,5,10,13,15,
17,22 48:2 49:10,
14

**depicted** 65:19

**deposed** 6:8

**deposition** 12:25
16:9 30:15 52:13
58:23 59:5 65:13
66:7

**detail** 23:15 27:7

**detailed** 16:21

**details** 13:7 22:20
54:13

**didn't** 40:12 58:23

**difference** 20:3
34:10

**differences** 32:6

**different** 9:8,13
27:16 34:7 36:3
37:2 56:2

**direction** 53:23
54:9 55:6

**directors** 54:12
56:23 68:13,22

**discussion** 18:3
40:16 63:13

**distribution** 9:19
11:16 24:2,3 30:8,
12,25 46:18 48:4
54:4

**division** 8:17

**DM_TM_START**
37:14

**dock** 22:12

**document** 15:24
16:3,6 17:13
20:17,24 21:14
28:12 29:7,12,13,
15,17,21,24,25
33:10,18 34:10,12,
19 40:18,21,24
41:23,24 56:6,13,
16 57:6,8,12,21,25
61:20 62:8,10,14
63:8 64:14,19 65:3

67:14

**documentation**
31:6

**documenting**
42:15

**documents** 15:20
55:2 61:6 67:2

**does** 9:16 11:18
14:11 19:7 20:14
21:23 22:22 23:10
25:5 26:15 28:23
32:16,24 33:4 34:2
37:19 39:15 50:17,
19 54:2 56:10 59:7
60:14 62:17,20
63:22

**doesn't** 21:7
32:22

**dog** 24:22

**doing** 58:11

**don't** 7:9,10 13:7,
13 20:4 21:16
31:13 34:14 41:8
51:10,12 58:10,18
60:22 63:11 64:9
66:12 67:9

**done** 51:19 52:5
53:16

**down** 6:15 7:4,5
31:4 49:21

**Drive** 5:12

**DT_TM_START**
39:12

**duly** 5:3

**during** 9:4 52:10,
20

————————

**E**

**e-mail** 11:4 54:13
57:7,14 58:17
62:2,14

**e-mailed** 56:18

**e-mails** 30:22

**each** 17:6,10 18:9,
12 19:7,9 20:12
21:10 25:4 26:6,
13,25 27:13 34:24

35:4,14,16 37:12
42:16 55:7,20
56:23 67:19 68:13

**earlier** 10:5 62:22
67:18 68:2

**either** 10:25 11:7
12:21 31:12

**Election** 44:20

**else** 13:13 20:21
58:20

**employed** 8:8

**employee** 30:2,6,
15,19,20 31:2,16,
17 32:5 51:7 58:7
68:7

**employees** 55:5
56:2,11,17,20
58:11,17,24 59:4
64:7 68:22

**end** 30:23 32:3
52:5

**ends** 45:16

**enough** 61:23
65:18

**entire** 67:24 68:4

**entities** 14:14
49:6

**entitled** 36:7

**entry** 21:6

**equation** 20:18
21:7

**equipment** 52:20

**estimation** 21:9

**ever** 6:8 14:17,24
37:19 52:24

**every** 26:15
55:13,19 58:23
68:7

**everything** 6:15,
16

**exact** 31:14 34:14
51:10

**exactly** 34:9
53:16 56:4

**examination** 5:6
61:8 63:5 66:17

**examined** 5:5
32:12

**example** 22:8
46:14

**Excel** 20:24 28:3,
5

**Excuse** 60:9

**exercise** 38:12

**exhibit** 16:6,11
23:15 29:6,10
33:10,13 40:2,4,20
41:17,19 61:25
62:3 64:13,20,22

**existing** 11:16

**expended** 58:8

**experience** 65:9
66:2

**explain** 6:11
11:11 17:2 23:16
25:22 26:10,21
27:4,20 29:23
30:18 39:4 45:6
49:18 53:15

**extensive** 28:5

**exterior** 29:2

**extra** 18:14

————————

**F**

**facilities** 9:22
65:9

**facility** 31:4 66:5

**fair** 31:19 32:4
61:16 65:18 67:7

**fairly** 30:25 63:22

**familiar** 8:4 10:6,
12 15:17,21 16:14
52:6,7,16

**feel** 63:10

**few** 28:21 31:5
61:3

**field** 22:15 23:20
27:7

**FIFO** 39:6

**FIFO_DATE** 39:4

**final** 8:22 27:18
30:22

**fine** 5:23 21:4

**Fintek** 12:17,21
13:9,18

**first** 5:3 22:12
39:7,10,21 57:25
62:13 65:6

**fit** 19:15,19 20:7

**five** 16:19 51:22
59:14

**focused** 63:19

**follow** 14:10
66:16

**follow-up** 52:4
54:12

**following** 16:8,23
68:14

**follows** 5:5

**form** 11:21 21:24
37:3 53:17 55:15,
23 59:24 60:12

**four** 17:18

**free** 63:10

**FRISCH** 60:24

**from** 7:25 14:7
18:18 20:15 22:19
25:6,7,12 27:6
28:21 30:21,22
31:14 32:10,12
34:7,17 35:11,19,
20 36:4,12 39:12,
22 42:16 49:20
51:15 54:9 57:8
61:2 65:16 67:2,
18,20

**front** 15:24 29:12
33:11 35:21 40:7,
17,21 41:22,25
56:8 66:21

**full** 26:5

**fully** 33:6

**function** 20:18
28:3

---
**G**
---

**gave** 10:5

**general** 11:6
60:11

**generally** 60:2,7,
8 65:3,7

**generated** 47:3,
13 51:15

**get** 6:21 18:8

**gets** 35:16

**give** 7:19 22:7

**given** 39:17

**giving** 68:12

**glove** 63:16

**gloves** 12:14
13:11,14,16 17:6
18:17,19 26:6
30:24 31:5,10
32:5,7,11 52:9,25
53:8 55:3,21 63:5,
6 67:23

**go** 22:2 23:19
28:7,12 34:22
38:11 46:23 52:14
53:20 55:5 59:16
67:8,19

**going** 5:15 12:23
15:22 16:5 26:19
27:20 28:7 29:5
33:8 39:25 41:15
45:15 58:15 66:19
67:17

**good** 5:25 35:24
38:3 51:24

**good/bad** 25:17
27:10

**goods** 11:15 13:9
19:10 22:9 28:22,
24 37:19,21,23
43:18,22 44:2
48:6,14,17 50:20,
25 53:23

**got** 10:23 12:10
14:17 15:15 20:8
28:6 39:18 44:8
45:21 49:11,15
50:10 60:19

**gotten** 30:20

**grand** 50:12,13,23

**Great** 30:7,12,24
31:3 38:4

**ground** 6:12

**group** 10:13,19,22
11:2,8,19 12:7,22
13:10 22:10 48:20,
22 49:3,4,5,7 50:8
52:10,18 53:2,10

---
**H**
---

**hand** 17:11,12,20
20:9,12 24:17 25:3
26:10,13,23 27:12,
24,25

**handful** 64:15

**hard** 65:15

**has** 9:18 15:4,15
34:4 40:24 41:25
44:23 48:25 59:12
60:22

**having** 5:3

**he** 5:16 31:3 32:7

**head** 7:3

**headquarters**
9:23 10:4

**Health** 45:20
46:14

**hear** 17:22,24

**heard** 12:16
13:20,23,24 14:13
62:24

**height** 25:25

**held** 18:3 23:22
40:16 43:23 44:2
63:13 67:24

**help** 20:23 54:22

**helped** 54:11

**here** 6:14,18 14:5
17:3,18 18:8 23:16
26:21 27:19,20
32:23 36:4 39:3
40:20 41:6 42:5
44:5 46:24 49:4,
17,18 50:11,15,18

**57:19**

**highest** 22:3

**him** 21:2

**his** 67:6

**hold** 37:9 49:11

**holding** 12:11,12
37:24 53:9

**hopefully** 61:5

**hours** 21:11 56:11
57:20 58:3,5,7
64:6 68:18

**how** 8:24 19:17,19
21:9,23 22:10
25:9,16 34:7
36:19,22 48:19
54:13 55:4,25
58:10 59:12 60:7
68:10

---
**I**
---

**I'LL** 14:10 16:3
33:19 65:4

**I'VE** 13:19,22
49:11

**I-N** 32:3

**identification**
16:12 29:10 33:14
40:5 41:20 62:4
64:23

**identified** 54:17,
18,21 55:12 63:15

**identifier** 32:23

**identify** 54:22
67:21

**Illinois** 5:13 9:24
10:4 30:7

**important** 6:19,
25

**in/first** 39:7

**inbound** 42:2,6
46:13,17,18 49:20
50:11 66:11

**Inc** 6:5,6 14:19,25

**include** 12:13

**independently**

**68:21,24**

**indicator** 34:19

**individual** 19:8
23:4 25:3,8 26:4,
14 68:7

**Industries** 8:6,9

**information**
23:18 25:11 27:6,
15 35:20 54:20

**inside** 12:3 63:17

**inspected** 31:5
32:8 55:11

**inspection** 28:24

**instruct** 14:9
15:11

**instruction** 14:10
15:7 55:16 67:18
68:12

**interact** 10:25
11:3

**interested** 54:24

**into** 20:17 22:10,
18 25:9,15,16 34:5
37:16 46:17,18
66:5

**inventory** 21:18,
22 22:5 56:24 57:2
67:25 68:16,17

**involved** 29:20
53:12,14 54:7
56:2,21 58:11 68:8

**isn't** 34:18

**issued** 51:15

**item** 16:17 17:4
18:9,10 20:6 25:24
26:2,3,7 35:6,8,9,
14,18,22 36:3,19
38:14,21

**items** 12:11,13
17:18 18:13 19:4
20:13 21:10 23:8,
21 30:11 37:8,10,
12 39:17,22 63:18

**ITM_LEN** 25:21

**its** 37:20,24 38:8
44:24 52:18 53:3
61:14

**itself** 43:19

**J**

**Jaeger** 5:1,10,25
6:1 7:1 8:1 9:1
10:1 11:1 12:1
13:1 14:1 15:1,7
16:1 17:1,22,23
18:1 19:1 20:1
21:1 22:1 23:1
24:1 25:1 26:1
27:1 28:1 29:1
30:1 31:1 32:1
33:1 34:1 35:1
36:1 37:1 38:1
39:1 40:1 41:1
42:1 43:1 44:1
45:1 46:1 47:1
48:1 49:1 50:1
51:1 52:1 53:1
54:1 55:1 56:1,17
57:1 58:1 59:1
60:1 61:1 62:1,11
63:1 64:1 65:1,2
66:1,13 67:1 68:1

**JNS** 13:20 14:22
65:23

**job** 8:18 9:7,12
11:6

**Joseph** 6:6

**July** 64:17

**just** 6:11,18,25,
8:12 9:3,9 12:8
13:11 14:11 16:4,
18 17:15 18:7
19:23 20:18 21:6
23:19 25:7 26:24
27:5,15,19 28:20
29:15 30:9 34:22
35:22 37:2 38:11
39:16 40:11,14,23
41:5 42:4,20 43:10
45:14 46:23 47:4
50:10 51:19 52:4
56:11,12 61:10,13,
19 62:9,11 64:25
65:2,4 66:15,24

**K**

**keeping** 21:18,22
39:20

**kind** 11:5,6 13:9
18:19 59:19 60:8,9
61:23

**kinds** 59:8

**Kitchen** 6:4 13:21
14:18 65:22

**know** 7:10 10:18
13:4,8,13,17 15:3
18:15 20:2,4 21:14
30:5 34:12 35:23
36:2 37:7 39:14
41:9 43:25 44:16
51:8,10,11 52:14,
24 55:19 58:10,13,
18 59:16 60:22
62:6 65:14 66:8
68:10

**knowledge** 13:2
30:10 33:2,7

**knows** 25:15

**L**

**label** 50:5 53:22
55:11 66:10

**labeled** 23:14
26:20 27:3 33:22,
23 38:10 42:6
46:23 49:17 61:21
63:5,6,21

**labels** 26:22 27:21
49:22 54:18,20,22,
23 62:23 65:24
66:4

**Lake** 30:7,12,24
31:4 38:4

**Lakes** 5:12

**large** 18:13,14

**last** 16:23 49:16
59:14 62:14

**LD** 43:4

**left** 68:17

**length** 25:24

**less** 9:14

**let** 6:11 7:9 22:7
25:7 29:4 40:11
57:5 58:6 60:13

**let's** 22:8 38:5

**46:**23 51:21 59:14
60:4

**level** 22:3

**levels** 22:6

**LI** 44:9

**like** 17:17,19 21:7
24:22 25:23 40:23
49:4 50:14 61:24
63:14 65:22 66:11

**limit** 33:3

**limited** 33:7

**line** 45:15 46:8
58:2

**list** 16:21 23:5,15
27:7 48:23 56:10
57:2,8

**listed** 17:18 32:2,
17 45:24 48:22
59:4 63:16 66:25
67:13,22

**listing** 16:17
23:25 27:9 35:4
43:10 44:5 45:9,11
50:12 56:16,22
58:2,16

**lists** 23:3

**little** 19:24 25:7
53:18

**LLC** 12:17,21

**LLC's** 13:18

**located** 19:5 24:5
30:25 38:14,21

**location** 9:17
18:23,24 19:8,9
23:18 24:8,10,13
26:14 27:8,9,10,
22,23 32:11,14
36:10,12 37:4,8,
10,12 38:4,8,19,20
48:9

**locations** 9:17,
18,20 17:7 18:22
20:20 22:5 27:13
48:24

**logistic** 22:15

**logistics** 11:10,13
12:5 43:12

**long** 5:23 8:24
21:9

**look** 20:17 21:7
22:23 23:13 30:3
32:16,22 40:11
50:12 55:21 56:6,
15

**looked** 32:5 40:24

**looking** 17:3
23:16 26:21 35:22
38:10 41:5 42:5
45:14 46:22 49:16,
18 50:10 56:14
57:6,7,11 62:11
65:6

**looks** 16:16
17:17,19 23:17
25:23 26:12 49:3
50:13 63:14

**lost** 17:21

**lot** 46:2

**lowest** 36:20

**LS** 13:20

**M**

**made** 61:20

**make** 6:25 40:11
51:22 57:2 68:14

**manage** 8:20

**management**
12:6 21:22 22:4,
11,18,20 25:12
26:17

**manager** 8:16
9:10 10:24

**manages** 11:9
22:5

**manner** 11:6

**manufacture**
35:18

**manufacturing**
9:20

**many** 19:17,19
36:19 48:21 55:25
58:10 59:12

**March** 9:2

**mark** 16:5 25:18
61:25 64:20

**marked** 16:11
29:9 33:13 40:4
41:19 62:2 64:22

**marking** 29:5
33:9 40:2 41:16

**material** 38:16
42:20 47:7

**matter** 6:3

**max** 19:14,21

**may** 11:22 20:23
24:20 52:18 66:16

**Maybe** 9:14 59:17

**me** 5:21 6:11 7:9,
10 11:12 17:2,22
22:7 23:16 25:7
29:4,23 30:18
40:11 45:4,6 50:18
53:15 56:9,13 57:5
58:6 60:9,13 61:5
68:19

**mean** 11:12,23
14:12 19:7 32:13
33:4 37:21 41:8
50:17,19 54:3

**meaning** 25:8
35:24

**means** 46:17
50:24

**measure** 25:4
26:13 27:12,25
36:17,20,25 37:6
45:24 46:4 63:17

**measuring** 37:3

**Medcare** 13:16

**medical** 12:13
44:21 52:9,25

**medications** 7:23

**medium** 18:13

**Medline** 8:5,8,12,
15,25 9:4,16,18
10:10,16,25 12:4,
11 15:15 16:6,11
17:5 21:17 22:23
23:14,22 26:16
28:10,23 29:6,9
30:2,6 32:21 33:9,

13 35:12 37:19,21
39:20 40:2,4,20
41:16,19 42:10,11
43:15,17,18 48:23
50:19,25 51:16
52:24 53:7,16 55:4
56:2 57:6 58:6,8,
16,17 59:4,7,13
60:11,14 61:11,14,
17,21 62:3,18,23
63:3,4,24 64:2,7,
17,22 65:8,17
66:3,5,10,19,21
67:2 68:7

**Medline's** 17:8
18:11 22:11 47:3
67:13

**Medline_00029**
16:5

**Medline_00030**
29:16

**Medline_00031**
33:19

**Medline_00032**
40:19

**Medline_00033**
41:24

**Medline_00038**
57:7

**Mendlowits** 6:7

**mentioned** 25:13

**might** 51:18

**mile** 8:22

**mind** 20:25 63:11

**minute** 40:14

**minutes** 28:21

**mischaracterize**
67:10

**mischaracterizes**
67:6

**misstated** 24:20

**misuse** 44:19

**moment** 38:7

**Monday** 57:9

**month** 43:5 47:16
49:21,22 50:6

**month/year** 43:4

**more** 20:6

**move** 37:19 49:12

**moved** 38:5 52:25

**Mr** 5:7,14,16,18,
20,22,25 11:21
12:2,23 14:2,15
15:6 17:22,23,24
20:22 21:3,5,24
24:19,22,23,24,25
28:8,9,13,14,15,16
31:24 33:17 40:13
51:13,17,21,23,25
52:12,22 53:17
55:15,23 56:5,12,
15,17 57:21,22,23
59:15,24 60:3,12,
20,24,25 61:9,22
62:11 64:11,25
65:2,11 66:6,12,
13,15,18,24 67:5,9

**Ms** 61:5,22 64:12

**much** 25:16

**multiple** 9:17,18
48:24

**multiplied** 20:20

**my** 5:25 10:21
11:9 12:8 15:13,22
28:11 33:2 51:19
52:5 60:21 64:16

_____

**N**

**name** 5:8 6:2 10:7
12:17 31:15,17,22
45:3,5,6,9,11 48:5,
9,16 49:4

**names** 13:17,25

**NBR** 63:5

**need** 22:13,14

**network** 11:16
57:15

**new** 5:4 6:4 14:18
29:13 38:6,8 40:8,
9

**next** 6:24 16:21,22
18:21 23:13 25:23
26:19 46:16 64:13,
20

**nitrile** 55:3 63:15
67:23

**no** 12:2,8 18:20
21:6 31:24 32:16,
22 34:18 37:23
39:24 45:5 51:6
55:16

**nodding** 7:3

**Northfield** 5:12
9:24 10:4

**not** 6:10,19 8:3
9:10 14:9,13,20,23
15:2,12,13 19:2,17
22:25 29:22 32:16
33:6 39:24 45:15
52:15,23 56:19
58:13 59:2,6,19
60:5,17,24 61:12
62:24 66:10 68:3,6

**Notary** 5:3

**note** 16:4,18
33:19

**notes** 51:20

**noting** 57:23

**November** 57:10

**now** 11:17 12:10,
11,16 27:2 33:9
35:22 40:2,7
41:16,22 46:22

**number** 17:4,9,19
19:15,21 20:11,14
23:8 27:7 32:18
35:6,8,18 36:8
37:8,9,11 42:7,20
43:21 44:9,17,19,
20,24 45:15 46:25
47:2,4,8,13,17,20,
21 48:10,12,20
49:3 56:17,19,21
57:20,21 58:5,7,14
64:6,10 68:18

**numbers** 16:17
17:5 18:9,11 35:23
44:14 49:23 65:21

_____

**O**

**oath** 7:15

**object** 11:21
12:24 53:17 55:15,

23 60:12 65:11
66:6

**objection** 14:2
21:24 24:19 52:12,
22 59:15,24 67:5

**occasionally**
11:3

**occurring** 53:5

**off** 28:12,15 40:13

**off-the-record**
18:2 40:15 63:12

**offhand** 21:16

**office** 9:21 31:2

**offices** 9:19,22

**Ogles** 5:16,20
11:21 12:23 14:2,
15 15:6 17:24
20:22 21:5,24
24:19,23,25 28:8,
9,14,16 31:24
51:13,21,25 52:12,
22 53:17 55:15,23
56:5,15 57:21,23
59:15,24 60:12
65:11 66:6 67:5

**Oh** 31:24

**okay** 5:22 6:11,24
7:8,14 8:4,11,24
9:3,7,16,21 10:9,
15,18,23 11:11
12:10 13:12,17
14:17,24 15:3,15
16:18 17:15 18:7,
21 19:7,11 20:8
21:17 23:24 24:7
25:17,21 26:9,15
27:2,14,18 28:6
29:4,20,23 30:5,9,
14,18 31:8,15,19
32:2,18 33:8,17
34:21 35:6 36:7,
14,18 37:13,18
38:3,19 39:3,11,
18,25 40:23 41:5,
12,15 42:4,19
43:4,21 45:2 46:5,
22 47:7,15,19,24
48:5,15,19 49:2,
15,24 50:22 51:4,
17 53:6 54:6,15
57:18 58:4 62:13,
21 64:11 65:18

**oldest** 39:10

**on** 7:23 11:18
15:4,13 16:25
17:10,11,12,19
19:15,18,19 20:7,
9,12 21:9,21
22:15,20 23:4,6
24:17 25:3 26:10,
13,23 27:12,20,24,
25 28:20 31:10
32:17,24 33:20
34:19,25 35:2 37:3
39:14,19,24 40:25
41:7,12 42:6,15,16
44:5 45:25 46:8
49:11,14 50:13,22,
23 52:5,25 53:9
54:10,12,13 55:14,
19 56:22 57:8,10,
19 58:17 59:4,8,13
60:14 62:13 63:8,
16,19,21 64:7,13
65:9,21 66:4,16,20
67:24

**once** 35:8 36:9
42:4 54:9

**one** 6:2,20 9:17
16:20,21,22,23
17:6 18:12,25
19:16,25 20:12
21:5 23:20 25:22
27:4,7,13 33:21
35:4 40:25 41:2
44:23 49:11 54:25
55:8,10,17,21 56:8
58:23 59:17 67:20,
21 68:3,13

**ones** 13:19,22
58:18

**only** 7:4 11:17
15:19,21,22 20:5
29:2 62:6

**onto** 68:16

**open** 20:25

**opened** 55:9

**opposed** 7:2
43:14,15

**optimization**
8:17

**order** 22:17 23:2,
4,6,12 42:10,12,13
43:2,7,12,13,16,18

44:4,6,13 45:22,25
46:6,8,10,16

**orders** 35:11

**ordinarily** 59:7,
10,20 60:6,10

**ordinary** 59:21

**other** 6:17,18 8:22
11:20,23 12:4 13:7
33:22 49:6 55:4
59:12 66:13

**otherwise** 7:10
14:8 15:11

**our** 6:19 8:16,21,
23 9:19,23 10:3
11:15,16 15:17
18:24,25 19:16
21:21 22:5,6,16,
18,19 23:10 24:15
25:12 31:2 35:5,15
39:9 42:14,17
43:3,10 44:12,15
45:8 46:17 47:13
48:13,21 53:24
54:11 55:16

**out** 31:3 39:7
47:23 48:2,17,24
49:23 50:8,25

**outbound** 42:2
46:23 50:3,23

**outside** 12:24
14:12 52:12 59:15
65:12 66:6

**over** 6:20 50:14

**oversees** 8:21

**own** 10:23 11:15

**owned** 32:21

———————

**P**

**page** 17:2 57:25
62:13 63:21

**paid** 64:2

**pallet** 17:8,10
19:8,10,12,15,18,
20,25 20:7,21 26:5
31:4,11,12 32:18,
20 55:14,20 66:11

**pallets** 24:13
31:13 65:21 66:4

**pandemic** 9:5
12:13 52:11,21

**pandemic-
related** 52:19

**paper** 65:20

**part** 16:20 49:3,6

**particular** 16:15
47:5

**parties** 13:6

**party** 22:15,17
35:11

**party-logistics**
8:21

**PDF** 64:19

**penalties** 7:20

**people** 56:21
57:4,9

**per** 17:9

**Perfect** 16:3

**perform** 11:7
12:4,5

**performed** 53:7

**performing** 55:5

**perjury** 7:20

**person** 22:22

**personal** 13:2
52:19

**personally** 13:8
52:7,14,16 53:12
58:19 65:13 66:8

**Phil** 60:22

**photographs**
29:9 64:16,19,21
65:7,19

**photos** 65:16

**physical** 7:5 17:5,
8 24:10 27:9 36:9
50:5

**physically** 24:4
34:5

**pick** 39:10

**pictures** 31:7

**pivot** 16:24 27:19
28:2

**placed** 38:3,7
65:20 66:3

**plaintiff** 6:4

**plan** 52:8

**plans** 35:15 52:17

**please** 5:8 7:9
13:2 28:16 63:10

**PO** 42:7 43:4,9
45:15

**PO-CREATED**
42:23

**point** 9:8,13 12:12
53:7

**pointing** 57:19

**portion** 18:5

**POS** 44:24

**position** 8:14,19

**predetermined**
23:5

**prefix** 35:17 39:16

**prepared** 21:15
30:16 31:16

**preparing** 29:21
30:14 58:22 59:4

**presented** 15:20

**prevent** 7:25

**previous** 40:24
41:7

**previously** 41:10

**primary** 48:20
49:4

**prior** 28:22 34:22
36:12 38:24

**privilege** 15:8

**privileged** 14:3

**probably** 56:19

**proceed** 13:3
14:15

**processed** 22:10

**produced** 15:16

**product** 14:4
22:18,21 23:11
25:14 30:4 34:4

35:25 37:16 39:10
42:18 54:19 55:8
63:14 67:20

**products** 53:24

**program** 8:21
11:10,13 45:13
46:19

**programs** 35:13,
16 44:15 45:8

**pronounce** 45:17

**proper** 44:19

**protection** 63:6,
16 67:23

**protective** 52:19

**provide** 11:24
16:7 22:20 35:21

**provided** 35:12

**providing** 68:18

**Public** 5:4

**pull** 67:19,21

**pulled** 31:4,14

**purchase** 22:17
23:2,4,6,12 35:11
42:10,12,13 43:2,
7,11,13,16,18
44:4,6,13 45:25
46:6,8,16

**purpose** 42:15
62:7

**put** 25:15 29:25
31:6 34:5 37:16
64:12 66:20 67:24
68:16

**put-away** 33:22
34:2,3,7,25 41:2

**puts** 25:8

**putting** 25:16
61:6

———————

**Q**

**QC** 17:8

**QTY** 16:22

**quality** 33:5

**quantity** 16:22
17:9 19:12,25

20:21 24:17 25:3,6
26:20 27:12,24
33:3 36:17,25
46:6,7,9 49:10,13
50:7

**question** 7:8,12
14:6 21:25 25:18
39:22 53:25 56:7
60:13 62:22

**questions** 52:5
60:21,23 61:4 65:5
66:13

**quickly** 41:6

**quite** 13:21

———————

**R**

**racking** 18:25
24:15 34:6

**Rakhunov** 60:25
61:9,22 64:11,25
66:12,24

**random** 55:9,10

**raw** 23:17

**re** 57:15

**read** 5:15 18:5
45:16

**really** 13:7 34:10

**reason** 20:2,5

**recall** 13:21 17:14
25:20 27:11 31:13
34:14 59:18 64:5

**receive** 11:14
22:17 23:5 42:17

**received** 14:7
34:4 39:9,21 46:8
50:19 51:2 54:9

**receiving** 23:10
25:13

**recess** 28:18 52:2

**recognize** 65:8

**record** 5:9 16:4
28:15 29:16 33:20
34:23 40:13 61:13

**recorded** 68:11

**reduce** 52:18

**refer** 32:24 34:2
35:23 38:6 54:25
63:7

**reference** 19:13
20:10 23:2 24:9
25:19 38:17 42:8,
9,24 43:22 47:20
61:20

**referenced** 22:15
35:25

**references** 18:22

**referred** 57:19

**referring** 13:15
15:9 21:11 26:6
34:24 35:3 40:19
57:24 59:25 62:9

**refers** 34:3 44:17
47:16 58:4

**reflect** 62:17

**regarding** 56:18

**regards** 21:19

**regular** 43:15

**relation** 11:7 52:8

**relationship**
10:20 12:20 13:5,6

**relatively** 10:22

**rely** 21:21

**removed** 55:8,10

**reorganized**
27:15

**repeat** 9:25

**rephrase** 58:6
60:13

**reporter** 6:14,21
7:4 16:8,13 18:5
29:11 33:15 40:6
41:21 62:5 64:24

**reporting** 68:15

**represent** 51:14
63:23 64:15

**request** 60:18

**requested** 18:4
37:25 53:21 59:11
63:9

**Resource** 10:13,

19 11:2,8,19 12:7,
21 13:10 22:9 49:5
50:8 52:10,17
53:2,10

**respect** 14:6 15:8

**response** 15:17

**responses** 7:2

**responsibilities**
8:19 9:12

**responsibility**
9:15

**responsible**
21:18

**rest** 35:17

**results** 62:18
63:23 66:25 67:13

**reviewed** 49:21
50:4

**Riddle** 61:5,22
64:12

**right** 6:22 7:6,12
28:6 29:4 31:25
33:8 39:18 49:7,15
50:13 58:15 60:20

**Rock** 12:17,20
13:9,18

**role** 54:7

**roll** 27:21 50:5

**routinely** 60:14,
17 61:11,15

**row** 26:22 49:21

**rules** 6:12

———————

**S**

**S-K-U** 42:20

**said** 24:21 54:6
55:2

**sale** 36:24

**sales** 26:12 27:12,
24 37:5 49:9

**same** 7:15,20
10:22 15:7 26:16
27:6,14,21 36:11
38:24 39:11 40:10
41:6,13 49:2,7

52:22 55:14,20
57:11 62:8,10

**saw** 41:7,9

**say** 6:15,16,18 7:5
11:12 13:14 22:8
24:3 25:6 26:2
31:19 32:4 34:9
38:5 42:11 43:17
45:10 46:2 52:6
54:2 59:10,14

**saying** 12:3
19:17,19 31:20
46:13

**says** 6:17 16:21
19:12 20:9 24:8,17
25:17,21 40:25
41:2 42:23 45:22
46:24 63:14

**scope** 12:24
52:13 59:16 65:12
66:7

**screen** 15:22
61:3,23 62:6 64:13
66:20

**scroll** 64:25

**second** 21:5
49:11 57:5

**seconds** 28:11

**see** 15:24 18:7
22:7 29:12 33:10,
24 40:7,20 41:22,
24 50:14 55:13
62:15 65:3,18,23
66:21

**seems** 27:5 50:2

**seen** 15:19 29:17

**selected** 55:21

**sells** 43:19

**send** 5:19,20

**senior** 8:16 9:10
10:24

**sent** 54:19

**service** 11:24

**services** 8:22
12:6

**set** 22:13

**setting** 48:23

**seven** 64:18

**several** 30:22

**shaking** 7:2

**share** 15:22 61:24

**sharing** 62:7

**sheet** 16:23 17:17
23:14 26:19 27:2,
18 31:16 32:17
34:25 38:10 39:24
40:9,10 42:6 46:22
49:17

**sheets** 16:19
33:21 40:25 65:20

**ship** 11:15

**shipment** 22:13
42:16

**shipped** 48:7,8,17
49:14 50:8,25

**shipping** 47:22
48:2

**short** 28:18 52:2

**should** 5:17,19
54:13

**show** 20:23,25
28:7 29:4 33:9
39:25 41:15

**sign** 5:15

**signify** 18:12

**since** 12:12

**single** 31:11,12
48:24 55:17

**situation** 45:7

**size** 36:3

**SKU** 16:22 17:5,
10 22:24,25 23:21
26:4,20,23,25 27:7
35:9,14 38:17
42:21 47:8

**SKUS** 18:12,16
23:3,6 27:22 35:10
39:14

**slightly** 9:14

**slot** 18:24 21:10
22:21 25:3,15,16

36:8,21 37:17 39:9
55:7 67:19,24

**slots** 17:8 19:3,16
24:10 34:6

**small** 8:20 18:13
20:6

**sold** 48:10,15

**solely** 30:11 42:14

**some** 6:12 8:22
12:12 18:8 22:22
23:17 27:6 28:21
30:3 31:5 33:5
53:7,8 65:22

**somebody** 58:19

**someone** 23:7

**something** 20:21
31:21 60:5

**somewhere** 24:5

**sorry** 9:25 28:7
31:20,25 57:22
63:3

**sort** 28:23

**sounds** 51:23
64:10

**speak** 6:20 30:15
58:23 59:3

**speaking** 8:2
28:10

**specific** 32:20
35:24 38:20 43:11
49:14 54:17

**specifically**
54:16 59:22 60:15
65:16

**specifics** 63:8

**spent** 64:7

**Sperber** 5:7,14,
18,22 6:2 12:2
21:3 24:22,24
28:13,15 33:17
40:13 51:17,23
56:12 57:22 60:3,
20 66:15,18 67:9

**spoken** 14:18,21,
24 15:4 68:6

**spread** 31:16

**spreadsheet** 16:10,15,20 30:10, 16 31:9 32:11,20 33:12 34:17,22 36:12 38:25 39:20 40:3,8 41:7,18 44:3 46:13 51:5

**spreadsheets** 15:16,18 29:8

**stamped** 16:4 29:16 33:18 40:18 41:23 57:6

**stand** 39:15

**standard** 33:5

**stands** 39:7

**start** 38:6 60:4

**starting** 16:25 34:25 35:2 38:12 42:6

**state** 5:4,8 47:24, 25 48:3

**stated** 67:17

**states** 34:20 44:8

**step** 61:2

**stock** 33:23 34:8 38:11 41:2,13 42:18 52:18

**storage** 23:18 27:9,23 32:13 36:10

**store** 11:15 19:10 35:15

**stored** 24:2 53:24 55:8

**storing** 21:20 52:25

**subject** 7:19,21 57:14

**subpoena** 15:17 51:15

**substances** 7:24

**sum** 26:23,24 27:23

**summarize** 28:4

**summary** 16:21, 25 17:17 42:2

49:17,20 50:3,11

**SUOM_QTY** 36:22 38:24

**suppliers** 13:18

**supply** 8:17 43:16,17

**sure** 20:4 28:13 40:11 51:23 62:24 68:15

**Swearingin** 31:18

**sworn** 5:3

**synthetic** 55:3 63:15 67:22

**system** 17:6 18:11 21:22 22:4, 11,19,20 25:9,12, 14,15 26:17 39:9 42:14 43:3,11 44:12 47:3,14 48:13

———

**T**

**tab** 49:20 50:3

**table** 16:24 27:19 28:2,5 49:19

**tabs** 42:2

**take** 7:5 21:9 30:3 51:18

**taken** 28:19 32:12 52:3 64:16

**taking** 6:15

**talking** 46:12

**Tampa** 45:18,20

**team** 8:20 11:9,17 12:9 15:4,14 22:16 23:10 30:22

**teams** 11:20 12:4 56:25 57:2

**tell** 7:10 18:18 32:10 34:16 36:4 45:4 50:18 56:13 65:15

**testified** 5:5 68:2

**testimony** 7:19 62:9 67:6,11,12

**text** 63:15 67:22

**Thank** 28:14,16 51:25 66:13

**that's** 5:23 11:14 21:3 24:4,12,13 27:3 29:3 35:4 36:9 38:20,24 39:16 40:18 43:10 47:4,20,25 62:8

**their** 11:9 53:22 54:19 56:24 58:20

**them** 15:21 16:20 19:25 54:22 65:8, 22 68:15

**then** 5:22 13:21 17:10,18 19:11 22:16 23:4 26:9 27:18 35:17 38:5, 16,23 39:3 42:19 45:2 47:24 48:5 49:16,24 50:7,22 54:12 65:4 67:20, 24 68:14

**there** 10:19 11:19, 23 12:4 16:19 17:17 19:2,3 20:6, 19 21:7,8 22:19,22 23:7 24:21 26:5 32:6,10,22 33:20 34:16,18 36:20 39:19 56:22 58:2, 3,5,16 61:19 62:15 64:5 65:10,19

**there's** 56:16,20

**these** 18:9,13,15, 17 19:4,24 21:10 31:7 32:5 35:10,22 37:7 46:2 49:5,6 57:4 59:8 65:7,16, 19 68:13

**they** 10:11,15,17 12:15 22:25 23:2, 11 35:23 41:11,14 54:10,18,19,20,23 56:23 66:4 68:11

**they're** 10:21 58:18

**thing** 6:25 27:21 41:13 45:16 59:19 60:8,10

**things** 21:19 28:4, 21

**think** 5:16 20:5 24:19 45:3 60:21

**thinking** 7:25

**third** 8:21 22:14, 17 35:11

**third-party** 6:5 11:10,12 12:5 43:12 44:13,15 45:8

**those** 10:20 12:13 13:24 14:13 15:4, 18 18:10 20:13 27:13 54:22 58:24 60:21 63:6,18 65:23 66:3 68:22

**three** 19:24 25:23 41:25

**through** 11:4 34:23 38:12 46:24 65:2

**time** 9:8,11,13 37:16 38:7 39:8 44:2,3 53:7 62:14

**title** 9:7 34:19

**today** 7:15,19 8:2

**today's** 30:14 58:22 59:5

**together** 30:2 31:6

**told** 25:14 30:19 68:23

**top** 49:19

**total** 17:11,19 50:12,13,23 56:19 64:9

**totals** 27:25

**trace** 32:19

**track** 39:20

**transcript** 5:19 6:21

**truck** 22:8

**trucks** 39:22

**truthfully** 8:2

**turn** 42:17

**two** 10:20 13:6 27:2 33:21 34:11

40:25 49:23 59:17

**two-minute** 51:18

**type** 41:9 43:9 55:2O 62:22

**types** 17:18

**typically** 35:17 48:13

———

**U**

**under** 7:15 17:4 55:6

**understand** 7:9, 14,18 21:25 34:23 37:18 42:5 44:8

**understanding** 10:21 12:19 17:16 31:9

**understood** 5:24 7:11

**undertake** 59:21

**unique** 35:14,16 39:16

**unit** 25:4 26:12 27:12,24 36:20,24 37:5 45:24 46:4 63:16

**unless** 59:22 60:15

**unrestricted** 68:17

**UOM** 45:22 46:6, 10 49:9

**up** 20:25 22:13 35:21 57:5 61:7 64:12 66:16 68:14

**upon** 30:11 31:10 60:18 67:16

**use** 22:16 26:16 28:4

**used** 26:16 44:21

**users** 30:23

**uses** 42:17

**usually** 34:3

**V**

**various** 23:21
32:7 37:20 53:3
58:20 64:7,17

**vendor** 44:9,11,
14,16,19,20,23
45:3,5,6,7 46:20
49:23

**vendor/customer**
13:5

**vendors** 11:24

**verbal** 7:2

**verified** 68:21

**verify** 68:24

**versus** 63:5

**very** 16:19 22:3
36:20 57:25 65:5

**via** 61:4

**video** 61:2

**visited** 30:6

**visiting** 30:3

**W**

**want** 18:7 23:13
28:20 34:22 37:18
38:11 42:4 51:19
54:20 56:5 61:13
66:15 67:9

**wanted** 54:10,18

**warehouse**
21:20,21 22:4,11,
16,18,19 24:4,11,
14,16 25:12 26:15,
16 27:8 28:23
30:3,6 32:21 36:10
38:4,5,13,21 42:17
43:22 47:21 54:5,
11 56:23 65:8

**warehouses**
18:25 19:3,4 35:5
37:20 53:3 58:20
64:17 65:17 68:14

**way** 27:16 32:2,10
34:16

**we'll** 64:20

**we're** 6:12 34:25
46:12

**we've** 23:14

**welcome** 56:7

**well** 6:5 11:20

**went** 31:3 55:7

**were** 7:16,21 9:4,
12 20:12 29:20
30:11 31:10,20
32:6,12 35:11
53:12 54:6,23 56:2
57:4,18 58:11
61:10,19 62:8,11,
21 63:4,6,8,18
64:16,21 66:4 67:2
68:3,18

**WERKS** 23:25

**what** 5:11,18 7:4
8:14,18 11:5,6,12
12:3,19 13:8,15
17:2 18:8,15,18,22
19:12 20:9 23:16,
24 24:7,8,18 25:18
26:2,10,21 27:3,11
28:2 29:5,24 30:19
31:15 32:24 33:4,9
34:2,10,23 35:2,23
36:4,8,14,18 37:3,
13 39:4,14 40:2
41:16 42:5,7,12,24
43:9,14 44:9 45:6,
11,23 46:2,6,25
47:11,25 48:10
49:10,18 53:15
54:2,7,10,15,23
56:13 63:8 67:16,
17 68:10,16,22

**what's** 27:20
42:15

**whatever** 22:23
46:15

**when** 11:12 13:14
19:11 21:14 22:13
23:11 24:3 25:6,13
26:2 34:3,12,15,
17,20 37:16 38:7
39:21 42:11 43:17
44:4 45:10 46:12
47:17 50:11 51:8
52:6 54:2 57:19
58:4 59:11 61:12,
15,17

**where** 11:14
13:24 19:4,10
20:14 22:21 25:5
31:2,14 33:24
35:19 38:14,21
39:20 43:22 44:2
47:21,22 48:2
50:14 57:18

**whereupon** 16:10
18:2,4 28:18 29:7
33:12 40:3,15
41:18 52:2 62:2
63:12 64:21

**which** 9:21 25:14
30:5 32:11 35:24
36:14,22 37:14
40:19 41:23 45:3
48:6 49:17 56:25

**while** 68:17

**white** 65:20,23

**who** 21:17 22:23
23:7 30:16 31:16
32:5 44:16 57:5
58:24 68:3,7

**who's** 6:15

**whole** 45:16 57:8
65:3

**width** 25:24

**Winners** 6:4
13:21 14:18 65:23

**with** 8:4 10:6,12,
25 11:4 14:12,18,
21,25 15:4,7,18,
21,23 16:14 25:18
28:11 30:15,22
31:7 34:21 42:18
49:2 52:8,17
54:11,13,20 58:23
59:3 60:4 61:6
68:6,15

**Withdrawn** 24:25

**within** 11:16 17:5,
8 18:11,24,25
19:4,16 20:19 22:6
24:11,13,15 27:10
28:3,5 34:9 36:10,
21 47:3,13 48:23
54:18 55:10,17

**without** 14:6 15:9

**witness** 5:2 20:23
53:19 56:10 57:24

**words** 65:22

**work** 5:22 9:22,23
10:3 14:4 21:23
64:3

**working** 8:25 9:4
65:9 66:2

**works** 8:13 27:8
31:3

**would** 7:16,20,25
12:8 19:10 20:16
21:9 22:10,12,14,
16,20,23,24,25
23:2,3 25:11 31:19
32:4,19 34:16 37:6
38:6,9 44:6 54:25
56:24 59:20 60:10
61:23,24 63:7
66:3,10

**wouldn't** 59:10

**write** 7:4

**wrong** 40:12 45:4
50:18

**Y**

**yeah** 21:3 28:9
32:2 44:18 45:7
57:23 64:9

**year** 43:5 47:16
50:6

**years** 9:2 59:14

**Yep** 24:24 35:8
49:19

**yes** 5:16 7:7,13,
17,22 8:7,10,13
10:3,8,11,14,17
11:14 12:15,18
15:20 16:16 19:9
23:10 25:2 26:18,
22 27:5,17 28:16
29:14,19 30:7,17,
20 32:9,15 33:16
38:9,18 39:2,13
40:22 41:11,14
42:3 48:8 50:16
53:4,11,14,21
57:13 60:5 61:17
62:12,16,20 63:25
64:10 66:23

**York** 5:4 6:4 14:19
38:6

**you're** 14:4 21:11
26:6 31:24 56:7,13
59:25 65:6

**you've** 14:7

**your** 5:8,11 6:17
7:2,3,5 8:14,18
9:7,12 10:23 11:17
12:19 15:4 17:21
19:4 21:20 30:10
31:8 36:16 54:7
60:11 62:9 65:9
66:2 67:12

**yourself** 68:4

**Yup** 6:23