# EXHIBIT 33

1

**From:** Vincent Moccio <vincent.moccio@theresourcegroup.com>
**Date:** December 10, 2021 at 10:40:55 AM EST
**To:** Bradley Gilling <bg@rockfintek.com>, Thomas Kato <tk@rockfintek.com>, "Thomas H. Kato"

1

&lt;t@mhub.com&gt;
Subject: Fwd: [EXTERNAL] MedCare glove count

See below. Please let me know if you have any questions.

Thank you,
Vince



**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

---------- Forwarded message ---------
From: **Vincent Moccio** &lt;vincent.moccio@theresourcegroup.com&gt;
Date: Fri, Nov 19, 2021 at 5:53 PM
Subject: Re: [EXTERNAL] MedCare glove count
To: Bradley Gilling &lt;bg@rockfintek.com&gt;, Thomas H. Kato &lt;t@mhub.com&gt;
Cc: Scott Hebisen &lt;scott.hebisen@theresourcegroup.com&gt;, Dewayne Rader &lt;Dewayne.Rader@theresourcegroup.com&gt;, Elstro, Michael &lt;Michael.Elstro@theresourcegroup.com&gt;

Brad and Tommy - the glove count is complete. Please see below or attached.

"BLOCKED" = Synthetic Nitrile Protection Gloves // 93,510 CASES OR 935,100 BOXES OR 93,150,000 EACHES
"UNRESTRICTED" = NBR Nitrile Examination Gloves & Synthetic Nitrile Examination Gloves 95,125 CASES OR 951,250 BOXES OR 95,125,000 EACHES

TOTAL GLOVES = 188,635,000 EACHES // 188,635 CASES

| Ascension 3PL Audit | Physical Location | AENMDCORELG Unrestricted | AENMDCORELG Blocked | AENMDCOREMED Unrestricted | AENMDCOREMED Blocked |
|---|---|---|---|---|---|
| C02 | Grayslake, IL | 6,094 | 1,923 | 6,415 | |
| C05 | Auburndale, FL | 1,914 | 957 | 1,798 | |
| B24 | Oklahoma City, OK | 2,677 | 2,779 | 1,497 | |
| B25 | Kansas City, MO | 1,963 | 2,348 | 1,640 | |
| B28 | Prattville, AL | 2,537 | 1,888 | 4,522 | |
| C32 | Katy, TX | 2,672 | 1,611 | 3,855 | |
| C47 | Perryville, MD | - | 5,653 | - | |
| B48 | Romulus, MI | 4,271 | 5,283 | 4,176 | |
| B51 | Mount Juliet, TN | 1,862 | 146 | 2,445 | |
| B54 | Middletown, NY | 1,179 | 78 | 919 | - |
| C89 | Jeffersonville, IN | 16,818 | 20,190 | 8,096 | |
| **Grand Total** | | 41,987 | 42,856 | 35,363 | |

| Brand/Type | Qty (CASE) | Box | EACH |
|---|---|---|---|
| Synthetic Nitrile Protection Gloves | 93,510 | 935,100 | 93,510,000 |

2

RF_000002

| | | | |
|---|---|---|---|
| NBR Nitrile Examination Gloves & Synthetic Nitrile Examination Gloves | 95,125 | 951,250 | 95,125,000 |
| **Grand Total** | 188,635 | 1,886,350 | 188,635,000 |

Thank you,
Vince

**Vince Moccio, MHA**
Analyst Logistics Operations, National Operations
M: 630.544.4595 | Vincent.Moccio@TheResourceGroup.com

On Wed, Nov 3, 2021 at 11:01 AM Bradley Gilling <bg@rockfintek.com> wrote:
Yes, this is very helpful.

Thank you.

Kind Regards,

Brad Gilling
Director of Operations

Rock Fintek
Trading Company
Direct: 248-891-6060
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

On Nov 3, 2021, at 11:58 AM, Scott Hebisen <scott.hebisen@theresourcegroup.com> wrote:

We will have Medline count the "protection gloves" which they have already done in Jeffersonville.  The deficit will be the total " NBR Examination gloves and Synthetic Examination gloves.  If Medline has no count NBR Examination gloves separately from the Synthetic Nitrile Examination gloves that would help a great deal.



**Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

On Wed, Nov 3, 2021 at 9:58 AM Dewayne Rader <dewayne.rader@theresourcegroup.com> wrote:
> It seems like we have to touch them all regardless because we don't know how many Protection gloves we received or when they came in, so the only course of action to figure out how many protection gloves we have is to go touch them all.  Is that correct?
>
>
> **Dewayne Rader**
> Vice President, National Operations
> System Support Team
> t: 865-414-1680
>
> 
>
>
> On Tue, Nov 2, 2021 at 8:28 PM Thomas H. Kato <t@mhub.com> wrote:
>> Hi Scott,

4

Its only how many are protection, not NBR Examination. We really appreciate all the assistance.

Regards,

Tommy

Thomas H. Kato

CEO

1680 Michigan Avenue

Suite 800

Miami Beach, FL 33139

*CONFIDENTIALITY: This communication may contain confidential or privileged information attempted to be sent only to the intended recipient(s). If you received this by mistake, please destroy it and notify us of the error immediately. Nothing in this communication is intended to constitute an electronic signature unless a statement to the contrary is included.*

**From:** Scott Hebisen <scott.hebisen@theresourcegroup.com>
**Date:** Tuesday, November 2, 2021 at 4:47 PM
**To:** Vincent Moccio <vincent.moccio@theresourcegroup.com>, Bradley <bg@rockfintek.com>, Dewayne Radar The Resource Group <dewayne.rader@theresourcegroup.com>, Thomas Kato <tk@rockfintek.com>, "Elstro, Michael" <Michael.Elstro@theresourcegroup.com>
**Subject:** Re: [EXTERNAL] MedCare glove count

I was just talking with Vince and I want to be clear, they are only counting the "protection gloves". Can you clarify if you are asking for the "NBR Examination" gloves also? If so, can you explain the reason? This will add considerable work.

Thanks.

**Scott Hebisen**
Sr. Manager, National Logistics
System Support Team
M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

On Tue, Nov 2, 2021 at 2:15 PM Scott Hebisen <scott.hebisen@theresourcegroup.com> wrote:

> Brad,
>
> As we've discussed, it is a significant ask for us to confirm the count of the Protection Gloves in every DC. To complete Jeffersonville, it took 60 man-hours @ $30/Hr. So there is some cost we will need to negotiate. I have talked to Medline and they are going to start the additional counts. It will take a couple weeks.
>
> Thanks.
>
> **Scott Hebisen**
> Sr. Manager, National Logistics
> System Support Team
> M: 217.836.5193 | Scott.Hebisen@TheResourceGroup.com

---------- Forwarded message ---------
From: **Bradley Gilling** <bg@rockfintek.com>
Date: Tue, Nov 2, 2021 at 1:00 PM
Subject: [EXTERNAL] MedCare glove count
To: Vincent Moccio <vincent.moccio@theresourcegroup.com>

Hello Vince,

I assume you are well. Please help with the below request, very important.

Rock Fintek is in need of a confirmed count of MedCare Nitrile Protection gloves and MedCare NBR Nitrile Examination gloves.

MedCare has brought a couple buyers for the gloves and we need an accurate count as they are waiting for this information.

To help Resource Group replace the gloves, we do not want to lose these opportunities.

Please share the count that you have currently gathered, and identify where and what needs to be counted? We want to help get this accomplished.

Kind Regards,

Brad Gilling
Director of Operations

Rock Fintek

Trading Company

Direct: 248-891-6060

7

bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.


CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.


CONFIDENTIALITY NOTICE:
This email message and any accompanying data or files is confidential and may contain privileged information intended only for the named recipient(s). If you are

not the intended recipient(s), you are hereby notified that the dissemination, distribution, and or copying of this message is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at the email address above, delete this email from your computer, and destroy any copies in any form immediately. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

| Ascension 3PL Audit | | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|---|
| | Physical Location | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | Grayslake,IL | 6,094 | 1,923 | 6,415 | 2,739 | 2,233 | 488 | 1,439 | 742 |
| C05 | Auburndale,FL | 1,914 | 957 | 1,798 | 843 | 2 | 338 | 633 | - |
| B24 | Oklahoma City,OK | 2,677 | 2,779 | 1,497 | 2,898 | 233 | 1,041 | 419 | 214 |
| B25 | Kansas City,MO | 1,963 | 2,348 | 1,640 | 2,050 | 236 | 1,027 | 568 | - |
| B28 | Prattville,AL | 2,537 | 1,888 | 4,522 | 1,952 | 279 | 405 | 871 | 80 |
| C32 | Katy,TX | 2,672 | 1,611 | 3,855 | 2,450 | 196 | 1,160 | 878 | 98 |
| C47 | Perryville,MD | - | 5,653 | - | 4,093 | 770 | - | - | 508 |
| B48 | Romulus,MI | 4,271 | 5,283 | 4,176 | 8,907 | 792 | 1,033 | 825 | 1,160 |
| B51 | Mount Juliet,TN | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | Middletown,NY | 1,179 | 78 | 919 | - | - | 187 | 184 | - |
| C89 | Jeffersonville,IN | 16,818 | 20,190 | 8,096 | 8,254 | 897 | 1,561 | 4,120 | 5,576 |
| Grand Total | | 41,987 | 42,856 | 35,363 | 36,638 | 5,638 | 7,240 | 10,535 | 8,378 |

| Brand/Type | Qty (CASE) | Box | EACH |
|---|---|---|---|
| Synthetic Nitrile Protection Gloves | 93,510 | 935,100 | 93,510,000 |
| NBR Nitrile Examination Gloves & | | | |
| Synthetic Nitrile Examination Gloves | 95,125 | 951,250 | 95,125,000 |
| Grand Total | 188,635 | 1,886,350 | 188,635,000 |

RF_000010