**EXHIBIT 34**

EXHIBIT
MEDLINE F   PFR   11/16/23

| From: | Jaeger, Brad |
|---|---|
| To: | Swearingin, Adam |
| Cc: | Patterson, Clay; Malingowski, Zach; Underwood, Christopher |
| Subject: | RE: Network Ascension 3PL Audit |
| Attachments: | image001.png |

Morning Adam,

The Ascension audit is complete. I update the C02 blocked totals for only the count that is on 01I hold. Below is also the hours total of 108 for the project.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 6,094 | 1,923 | 6,415 | 2,739 | 488 | 2,233 | 1,439 | 742 |
| C05 | 1,914 | 957 | 1,798 | 843 | 338 | 2 | 633 | - |
| B24 | 2,677 | 2,779 | 1,497 | 2,898 | 1,041 | 233 | 419 | 214 |
| B25 | 1,963 | 2,348 | 1,640 | 2,050 | 1,027 | 236 | 568 | - |
| B28 | 2,537 | 1,888 | 4,522 | 1,952 | 405 | 279 | 871 | 80 |
| C32 | 2,672 | 1,611 | 3,855 | 2,450 | 1,160 | 196 | 878 | 98 |
| C47 | - | 5,653 | - | 4,093 | - | 770 | - | 508 |
| B48 | 4,271 | 5,283 | 4,176 | 8,907 | 1,033 | 792 | 825 | 1,160 |
| B51 | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | 1,179 | 78 | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |

| Branch | Hours |
|---|---|
| C02 | 22 |
| C05 | 3 |
| B24 | 8 |
| B25 | 4 |
| B28 | 10 |
| C32 | 5 |
| C47 | 8 |
| B48 | 42 |
| B51 | 2 |
| B54 | 4 |
| C89 | ALREADY CHARGED |



Thanks.



**Bradley Jaeger**
Mgr Supply Chain Svcs
Supply Chain Optimization
Medline Industries, LP
C: 815-347-3479
O: 847-643-4949

**From:** Jaeger, Brad
**Sent:** Thursday, November 18, 2021 9:17 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>; Ingalls, William <WIngalls@medline.com>; Kuehnel, Jason <JKuehnel@medline.com>
**Cc:** Patterson, Clay <CPatterson@medline.com>; Zach Malingowski (ZMalingowski@medline.com) <ZMalingowski@medline.com>; Underwood, Christopher <CUnderwood@medline.com>
**Subject:** RE: Network Ascension 3PL Audit

All,

C02 and B48 are the only branches I'm waiting on a response from.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 1,914 | 957 | 1,798 | 843 | 338 | 2 | 633 | - |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| B24 | 2,677 | 2,779 | 1,497 | 2,898 | 1,041 | 233 | 419 | 214 |
| B25 | 1,963 | 2,348 | 1,640 | 2,050 | 1,027 | 236 | 568 | - |
| B28 | 2,537 | 1,888 | 4,522 | 1,952 | 405 | 279 | 871 | 80 |
| C32 | 2,672 | 1,611 | 3,855 | 2,450 | 1,160 | 196 | 878 | 98 |
| C47 | - | 5,653 | - | 4,093 | - | 770 | - | 508 |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | 1,179 | 78 | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |

Thanks.



**Bradley Jaeger**
Mgr Supply Chain Svcs
Supply Chain Optimization
Medline Industries, LP
C: 815-347-3479
O: 847-643-4949

**From:** Jaeger, Brad
**Sent:** Wednesday, November 17, 2021 8:34 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>; Ingalls, William <WIngalls@medline.com>; Harrington, Daniel <DHarrington@medline.com>; Kuehnel, Jason <JKuehnel@medline.com>; Fallon, Thomas <TFallon@medline.com>
**Cc:** Patterson, Clay <CPatterson@medline.com>; Zach Malingowski (ZMalingowski@medline.com) <ZMalingowski@medline.com>; Underwood, Christopher <CUnderwood@medline.com>
**Subject:** RE: Network Ascension 3PL Audit

All,

I have not received a completed audit confirmation and hours from C02, B24, B48 and B54.  Please have this audit completed by this Friday.  Let me know if you have any questions.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 1,914 | 957 | 1,798 | 843 | 338 | 2 | 633 | - |
| B24 | 5,456 | - | 4,395 | - | 1,274 | - | 633 | - |
| B25 | 1,963 | 2,348 | 1,640 | 2,050 | 1,027 | 236 | 568 | - |
| B28 | 2,537 | 1,888 | 4,522 | 1,952 | 405 | 279 | 871 | 80 |
| C32 | 2,672 | 1,611 | 3,855 | 2,450 | 1,160 | 196 | 878 | 98 |
| C47 | - | 5,653 | - | 4,093 | - | 770 | - | 508 |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | 1,257 | - | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |
| TOTAL | 64,448 | 22,524 | 63,801 | 8,328 | 11,971 | 1,162 | 13,330 | 5,837 |

Thanks.



**Bradley Jaeger**
Mgr Supply Chain Svcs
Supply Chain Optimization
Medline Industries, LP
C: 815-347-3479
O: 847-643-4949



**From:** Jaeger, Brad
**Sent:** Friday, November 12, 2021 3:04 PM
**To:** Swearingin, Adam <ASwearingin@medline.com>; Ingalls, William <WIngalls@medline.com>; Harrington, Daniel <DHarrington@medline.com>; Etchison, Christopher <CEtchison@medline.com>; Kuehnel, Jason <JKuehnel@medline.com>; Fallon, Thomas <TFallon@medline.com>
**Cc:** Peifley, Tim <TPeifley@medline.com>; Burton, Scott <SBurton@medline.com>; Patterson, Clay <CPatterson@medline.com>; Zach Malingowski

MEDLINE_00036

(ZMalingowski@medline.com) <ZMalingowski@medline.com>; Underwood, Christopher <CUnderwood@medline.com>
**Subject:** RE: Network Ascension 3PL Audit

Afternoon All,

Here is an update on the audit so far. Thanks.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 1,914 | 957 | 1,798 | 843 | 338 | 2 | 633 | - |
| B24 | 5,456 | - | 4,395 | - | 1,274 | - | 633 | - |
| B25 | 1,963 | 2,348 | 1,640 | 2,050 | 1,027 | 236 | 568 | - |
| B28 | 2,537 | 1,888 | 4,522 | 1,952 | 405 | 279 | 871 | 80 |
| C32 | 2,672 | 1,611 | 3,855 | 2,450 | 1,160 | 196 | 878 | 98 |
| C47 | 5,653 | - | 4,093 | - | 770 | - | 508 | - |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | 1,257 | - | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |
| TOTAL | 64,448 | 22,524 | 63,801 | 8,328 | 11,971 | 1,162 | 13,330 | 5,837 |

Medline

Bradley Jaeger
Mgr Supply Chain Svcs
Supply Chain Optimization
Medline Industries, LP
C: 815-347-3479
O: 847-643-4949

**From:** Jaeger, Brad
**Sent:** Wednesday, November 10, 2021 10:45 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>; Ingalls, William <WIngalls@medline.com>; Randall, Lawrence <LRandall@medline.com>; Harrington, Daniel <DHarrington@medline.com>; Losco, Rocky <RLosco@medline.com>; Etchison, Christopher <CEtchison@medline.com>; Kuehnel, Jason <JKuehnel@medline.com>; Fallon, Thomas <TFallon@medline.com>
**Cc:** Peifley, Tim <TPeifley@medline.com>; Burton, Scott <SBurton@medline.com>; Patterson, Clay <CPatterson@medline.com>; Zach Malingowski (ZMalingowski@medline.com) <ZMalingowski@medline.com>; Underwood, Christopher <CUnderwood@medline.com>
**Subject:** RE: Network Ascension 3PL Audit

Morning All,

I have received completion confirmation from B25, B51 and C32 so far. Just following up to make sure you have all the info needed to complete this Ascension audit. Please reach out if you need anything else.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 2,869 | 2 | 2,639 | 2 | 338 | 2 | 633 | - |
| B24 | 5,456 | - | 4,395 | - | 1,274 | - | 633 | - |
| B25 | 1,963 | 2,348 | 1,640 | 2,050 | 1,027 | 236 | 568 | - |
| B28 | 4,418 | 7 | 6,474 | - | 680 | 4 | 947 | 4 |
| C32 | 2,672 | 1,611 | 3,855 | 2,450 | 1,160 | 196 | 878 | 98 |
| C47 | 5,653 | - | 4,093 | - | 770 | - | 508 | - |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 1,862 | 146 | 2,445 | 2,452 | - | - | 598 | - |
| B54 | 1,257 | - | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |
| TOTAL | 64,448 | 22,524 | 63,801 | 8,328 | 11,971 | 1,162 | 13,330 | 5,837 |

Thanks.

Bradley Jaeger
Mgr Supply Chain Svcs

MEDLINE_00037



Supply Chain Optimization
Medline Industries, LP
C:815-347-3479
O:847-643-4949

**From:** Jaeger, Brad
**Sent:** Monday, November 08, 2021 10:22 AM
**To:** Swearingin, Adam <ASwearingin@medline.com>; Ingalls, William <WIngalls@medline.com>; Randall, Lawrence <LRandall@medline.com>; Harrington, Daniel <DHarrington@medline.com>; Barbour, Scott <SBarbour@medline.com>; Losco, Rocky <RLosco@medline.com>; McWilliams, Wesley <WMcWilliams@medline.com>; Etchison, Christopher <CEtchison@medline.com>; Kuehnel, Jason <JKuehnel@medline.com>; Estes, Ryan <REstes@medline.com>; Fallon, Thomas <TFallon@medline.com>; Patterson, Clay <CPatterson@medline.com>; Zach Malingowski (ZMalingowski@medline.com) <ZMalingowski@medline.com>; Underwood, Christopher <CUnderwood@medline.com>
**Cc:** Hernandez, John J <JJHernandez@medline.com>; Broyles, Cindy <CBroyles@medline.com>; Peifley, Tim <TPeifley@medline.com>; Burton, Scott <SBurton@medline.com>
**Subject:** RE: Network Ascension 3PL Audit

All,

Attached is the listing of the slots by branch for each of the 4 Ascension Health 3PL items we need to audit. Remember that only 1CS per slot needs to be opened to identify the "bad" product.

"Bad" product can be identified by the text "Synthetic Nitrile Protection Gloves" listed on the BX UOM inside the CS. The attached Word document shows 3 different versions of the item that have this text. Remember that any slot found to have product stating "Synthetic Nitrile Protection Gloves" should be placed on 01I hold. If the product does not have this text, this is considered "good" product and can be left in unrestricted stock.

- Protrack selection – MGR Delay
- Place "bad" product on 01I hold as we will be processing Return to Vendor orders for these items
- Track project hours and send them to me
- Please have this project completed by next Friday November 19th

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 2,869 | 2 | 2,639 | 2 | 338 | 2 | 633 | - |
| B24 | 5,456 | - | 4,395 | - | 1,274 | - | 633 | - |
| B25 | 4,311 | - | 3,690 | - | 1,263 | - | 568 | - |
| B28 | 4,418 | 7 | 6,474 | - | 680 | 4 | 947 | 4 |
| C32 | 4,283 | - | 6,305 | 2 | 1,356 | 12 | 976 | 7 |
| C47 | 5,653 | - | 4,093 | - | 770 | - | 508 | - |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 2,008 | - | 4,897 | 19 | - | - | 598 | - |
| B54 | 1,257 | - | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |
| TOTAL | 64,448 | 22,524 | 63,801 | 8,328 | 11,971 | 1,162 | 13,330 | 5,837 |

Please let me know if you have any questions. Thanks.



Bradley Jaeger
Mgr Supply Chain Svcs
Supply Chain Optimization
Medline Industries, LP
C:815-347-3479
O:847-643-4949

-----Original Appointment-----
**From:** Jaeger, Brad
**Sent:** Friday, November 05, 2021 1:52 PM
**To:** Jaeger, Brad; Swearingin, Adam; Ingalls, Brandon; Randall, Lawrence; Harrington, Daniel; Barbour, Scott; Losco, Rocky; McWilliams, Wesley; Etchison, Christopher; Kuehnel, Jason; Estes, Ryan; Fallon, Thomas; Patterson, Clay; Zach Malingowski (ZMalingowski@medline.com); Underwood, Christopher
**Cc:** Hernandez, John J; Broyles, Cindy; Peifley, Tim; Burton, Scott

MEDLINE_00038

**Subject:** Network Ascension 3PL Audit
**When:** Monday, November 08, 2021 9:00 AM-10:00 AM (UTC-06:00) Central Time (US & Canada).
**Where:** https://medline.zoom.us/j/93525801196?pwd=cHR3aUtxR2pMUTRVejZVcnJnS21OQT09

All,

This is a call to go over a 3PL customer requested audit. Ascension has the below item numbers in your branches that need to be audited. We will discuss the perimeters of the audit on the call. C89 already completed this audit so Chris Underwood can provide the process his team performed so that we don't have to reinvent the process for each branch. If you can't attend the call, please forward this invite to someone else at your branch who can take down the details. Thanks.

| Ascension 3PL Audit | AENMDCORELG | | AENMDCOREMED | | AENMDCORESM | | AENMDCOREXLG | |
|---|---|---|---|---|---|---|---|---|
| | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked | Unrestricted | Blocked |
| C02 | 7,821 | 2,313 | 9,210 | 32 | 2,717 | 245 | 2,181 | 238 |
| C05 | 2,869 | 2 | 2,639 | 2 | 338 | 2 | 633 | - |
| B24 | 5,456 | - | 4,395 | - | 1,274 | - | 633 | - |
| B25 | 4,311 | - | 3,690 | - | 1,263 | - | 568 | - |
| B28 | 4,418 | 7 | 6,474 | - | 680 | 4 | 947 | 4 |
| C32 | 4,283 | - | 6,305 | 2 | 1,356 | 12 | 976 | 7 |
| C47 | 5,653 | - | 4,093 | - | 770 | - | 508 | - |
| B48 | 9,554 | - | 13,083 | - | 1,825 | - | 1,982 | 3 |
| B51 | 2,008 | - | 4,897 | 19 | - | - | 598 | - |
| B54 | 1,257 | - | 919 | - | 187 | - | 184 | - |
| C89 | 16,818 | 20,202 | 8,096 | 8,273 | 1,561 | 899 | 4,120 | 5,585 |
| **TOTAL** | **64,448** | **22,524** | **63,801** | **8,328** | **11,971** | **1,162** | **13,330** | **5,837** |

cid:image004.png@01D7D24C.4EBDAD80



Join Zoom Meeting
https://medline.zoom.us/j/93525801196?pwd=cHR3aUtxR2pMUTRVejZVcnJnS21OQT09

Meeting ID: 935 2580 1196
Passcode: 599760
One tap mobile
+13126266799,,93525801196#,,,,0#,,599760# US (Chicago)
+13017158592,,93525801196#,,,,0#,,599760# US (Washington DC)

Dial by your location
    +1 312 626 6799 US (Chicago)
    +1 301 715 8592 US (Washington DC)
    +1 646 558 8656 US (New York)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 587 328 1099 Canada
    +1 647 374 4685 Canada

MEDLINE_00039

    +1 647 558 0588 Canada
    +1 778 907 2071 Canada
    +1 204 272 7920 Canada
    +1 438 809 7799 Canada
    +49 69 5050 0951 Germany
    +49 69 5050 0952 Germany
    +49 695 050 2596 Germany
    +49 69 7104 9922 Germany
    +49 69 3807 9883 Germany
    +49 69 3807 9884 Germany
Meeting ID: 935 2580 1196
Passcode: 599760
Find your local number: https://medline.zoom.us/u/aBPazg2nJ

MEDLINE_00040