# EXHIBIT 35

 **Gmail**

Joseph Weiner <hersheyweiner@gmail.com>

---

## Medcare major issue
1 message

---

**Joseph Weiner** <hersheyweiner@gmail.com>
To: anna@gts-hk.net
Cc: mendelbanon@gmail.com

Thu, Feb 18, 2021 at 4:42 PM

Hi Anna
We received the load of container number OOCU7022928.
Please see attached photos of the boxes,
1) it does not say exam on the box, this is unacceptable
2) the factory in back of the box is different than the 510k
These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have where to sell it now.
If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.

Sent from my iPhone

---

**2 attachments**


**IMG_0937.JPG**
98K


**IMG_0938.JPG**
81K



EXHIBIT
5
Huseby.com

AKW - 003061



AKIV - 003062

