# EXHIBIT 36

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## Re: Shipping from Shanghai
1 message

**Mendel Banon** <mendelbanon@gmail.com>                          Tue, Jan 5, 2021 at 8:50 AM
To: Joseph Weiner <hersheyweiner@gmail.com>

my comments are in red below

On Tue, Jan 5, 2021 at 7:38 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
> She replied but I'm not exactly understanding.....
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** KennyChen <sh.chen.kenny@tzlogistics.com>
>> **Date:** January 5, 2021 at 1:16:51 AM EST
>> **To:** "Joseph Weiner" <hersheyweiner@gmail.com>
>> **Subject: Re: Shipping from Shanghai**
>>
>> Hi Hershy
>>
>> Shipping dox all ok no matter who is shipper or who is cnee.  Are you mean you will order goods with new supplier? <span style="color:red">shes asking if its from a new or different supplier</span>
>> What's the really commodity? NON-STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES not list Medical or Non-Medical. <span style="color:red">shes saying its not lilsted as medical on the BOL</span>
>>
>> If by Medical, we need EIN# for checking they have license or not. <span style="color:red">if its medical grade they need to check the License</span>
>> If by Non-medical, no specail request, just provide dox which request by Custom. But pls make sure it's really non-medical, otherwais huge risk for Custom inspceion. <span style="color:red">she's saying it must be exported accurately otherwise its a huge risk</span>
>> If shipper can do custom clearance by themselives, than all ok by us. <span style="color:red">they want the shipped to clear customs</span>
>>
>>
>> Kindly be informed that our office will be closed from 1st Jan to 3rd Jan for New Year's Day.
>> 我司订舱操作费自 ETD:2020 年 12 月 01 日起调整为RMB100/200/200,请悉知,谢谢!
>> ******************
>> *Kenny Chen*
>>
>>
>> <44439_44439_logo_签名档(0(10-25-10-33-12).png>

T-Z Cargo Limited

Unit 2201, Wentong Building, 739 Kunming Road, Yangpu District, Shanghai, China

Zip:200092

Tel: 86-21-63522229 ex.20

Fax: 86-21-63610756

MP: 86-13701975880

E-mail: sh.chen.kenny@tzlogistics.com

HTTP:// www.tzlogistics.com

*****************************

All Transactions are subject to the Company's Standard Trading Conditions

(copy is available upon request), which in certain circumstances limit or exempt the Company's liability .

---

**From:** Joseph Weiner
**Date:** 2021-01-05 09:01
**To:** KennyChen
**Subject:** Shipping from Shanghai

Kenny,
Please see attached, this shipment is from same supplier we use, just for different customer.
And I see that they can ship from Shanghai.
I don't want to approach my supplier, I am first asking you, I want to understand what makes it this shipment possible to ship from Shanghai and ours not.
Before I ask them anything I want to understand it.
As you see it says Medcare, it says nitrile gloves, the only difference is the shipper is hk, does that make the difference? I have a hk company if needed.
Please get back to me on this ASAP, as it is very important to be able to ship from Shanghai for a lot of reasons.

Sent from my iPhone

--
Regards
Mendel Banon

AKW002729