**EXHIBIT 37**



Joseph Weiner <hersheyweiner@gmail.com>

## Fwd: Medcare major issue
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>  Fri, Feb 19, 2021 at 12:58 AM
To: anna@gts-hk.net
Cc: mendelbanon@gmail.com

Anna
Please let me know which container numbers have this same problem.
I need to know exactly very urgently

Sent from my iPhone

Begin forwarded message:

> **From:** Joseph Weiner <hersheyweiner@gmail.com>
> **Date:** February 18, 2021 at 4:42:37 PM EST
> **To:** anna@gts-hk.net
> **Cc:** mendelbanon@gmail.com
> **Subject: Medcare major issue**
>
> Hi Anna
> We received the load of container number OOCU7022928.
> Please see attached photos of the boxes,
> 1) it does not say exam on the box, this is unacceptable
> 2) the factory in back of the box is different than the 510k
> These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have where to sell it now.
> If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.

AKW - 003064



AKW - 003065



Sent from my iPhone

AKW - 003066