# EXHIBIT 38

Case 1:22-cv-05276-PAE   Document 146-38   Filed 03/15/24   Page 2 of 4

**From:** Patricia Sellino <PSellino@Cara-Van.net>
**Sent:** Friday, April 23, 2021 3:02 PM EDT
**To:** hershey weiner <weinerhershey@gmail.com>
**CC:** Mendel Banon <mendelbanon@gmail.com>; Juan Solano <JSolano@Cara-Van.net>; JNS Group <jnscorpoffice@gmail.com>; Joel Stern <9070854@gmail.com>; joel lefkowitz <joellefkowitz11211@gmail.com>; David Rubin <dlr858@gmail.com>
**Subject:** RE: Pictures of merchandise

Hershey,
    This work order will have to be scheduled for next week.  We will let you know to cost to physical each container in the warehouse.
Please advise if each size needs to be check or this can be a random pull of each container.

Keep in mind, we will need approval from all of you to do this work request.  The cost is normally 10.00 to pull each pallets, 5.00 per sampling and 5.00 per photo.  For this project we will work with you and make it one charge.
Once we know the entire scope of your work request we will quote you.

Best,

Patricia Sellino
CaraVan, Inc.
~ est. 1936~
O- 732.554.8600
M- 732-924-0470



EXHIBIT 9
Huseby.com

---

**From:** hershey weiner <weinerhershey@gmail.com>
**Sent:** Friday, April 23, 2021 3:26 PM
**To:** Patricia Sellino <PSellino@Cara-Van.net>
**Cc:** Mendel Banon <mendelbanon@gmail.com>; Juan Solano <JSolano@Cara-Van.net>
**Subject:** Re: Pictures of merchandise

Thanks, but look good at the factory info on the box, it is not the same. We are looking for this specific box.
Is it possible to open one box per container to see if it is the same?
Each container is one type of box there are no 2 different boxes in a container, so from all JNS goods we assume there should be one container at least with this box.


On Fri, Apr 23, 2021 at 1:11 PM Patricia Sellino <PSellino@cara-van.net> wrote:

> Hershey,
> This is the best we can do.



# Nitra Force © | NBR Nitrile Examination Gloves

MDR(EU) 2017/745 (CLASS I)

$C \epsilon$ 2777

Notified Body responsible for certification and of
SATRA Technology Europe Ltd
Bracetown Business Park
Clonee, Dublin
D15 YN2P, Ireland ( CE 2777 )

Global Tooling Service s.r.o.
Na Folimance 2155/15, Vinohra
120 00 Prague (Czech Republic

EC|REP

Dongguan Grinvald Technolog
401, Building #3, No 4 of Guan
Village 2 Road, Dongcheng
Dongguan City Guangdong, Ch

PRODUCT CODE
**MD0120**

ISO 13485:2016  ISO 9001:2015  EN  ISO  21420:2020

0.374-4:2019
radation %
.18.0



as para realizar exames médicos e para trabalhar com materiais médicos contagiosos. Elas protegem da contaminação, são não e
luvas antes de usar, não use luvas danificadas. Proteja do ozônio. **BR** As luvas de nitrilo para exames médicos são usadas para re
tagiosos. Elas protegem da contaminação, são não estéreis, ambidestras e para uso único. Verifique o estado das luvas antes de
ami medici in nitrile sono impiegati per l'esecuzione di esami medici e per il lavoro con materiale sanitario a rischio infettivo. Pro
dossabili su entrambe le mani, monouso. Prima dell'uso verificare le condizioni dei guanti. Non utilizzare i guanti se sono danneg
dschoenen van nitril worden gebruikt om medische onderzoeken uit te voeren en om met besmettelijke medische hulpmiddeler
handig en wegwerpbaar. Controleer voor gebruik de staat van de handschoenen, gebruik geen beschadigde handschoenen. Bes
wykonywania badań lekarskich oraz pracy z zakaźnymi materiałami medycznymi. Chronią przed skażeniem, są niesterylne, dwur
ie używaj rękawic uszkodzonych. Chronić przed ozonem. **RU** Нитриловые медицинские смотровые перчатки используются д
медицинскими материалами. Они защищают от заражения, являются нестерильными, двуручными, предназначены дл
ием проверьте состояние перчаток, не используйте поврежденные перчатки. Беречь от озона. **CZ** Nitrilové lékařské vyšet
ráce s nakažlivým zdravotnickým materiálem. Chrání před kontaminací, jsou nesterilní, obouručné a jednorázové. Před použitím
te před ozonem.



Best,

Patricia Sellino
CaraVan, Inc.
~ est. 1936~
O- 732.554.8600
M- 732-924-0470

---

**From:** hershey weiner <weinerhershey@gmail.com>
**Sent:** Friday, April 23, 2021 3:04 PM
**To:** Patricia Sellino <PSellino@Cara-Van.net>
**Cc:** Mendel Banon <mendelbanon@gmail.com>; Juan Solano <JSolano@Cara-Van.net>
**Subject:** Re: Pictures of merchandise

Thank you so much, I appreciate it


On Fri, Apr 23, 2021 at 12:53 PM Patricia Sellino <PSellino@cara-van.net> wrote:
> Hershey
>   Let me see what we can do.
>
> Sent from my iPhone
>
> > On Apr 23, 2021, at 1:40 PM, hershey weiner <weinerhershey@gmail.com> wrote:
> >
> >
> > Hi Patricia,
> >
> > I need your help, see attached, the FDA is asking for pictures of this particular box, more close up so they can read all information on the box.
> > Please search in the warehouse for the same box as this and take a good picture of it and send it to me.
> >
> > Thanks
> > <WhatsApp Image 2021-04-22 at 12.06.51 PM.jpeg>