# EXHIBIT 39

```
1                UNITED STATES DISTRICT COURT
                          FOR THE
2              SOUTHERN DISTRICT OF NEW YORK

3

4

5  KITCHEN WINNERS, NY, INC.          DEPOSITION OF:
                                    MICHAEL MORTORANO
6                  Plaintiff,

7            -v-              22-cv-05276-PAE

8  ROCK FINTEK, LLC,

9                  Defendant.
   ------------------------------
10

11

12       T R A N S C R I P T  of the Stenographic notes

13  of the deposition in the above-entitled matter, said

14  deposition being taken by and before MARY ANN FICSOR,

15  a Certified Court Reporter and Notary Public of the

16  State of New Jersey, License No. XI01952, AS ALL

17  PARTIES AGREE TO CONNECT REMOTELY THROUGH ZOOM

18  MEETINGS, on Friday, November 10, 2023, commencing at

19  1:40 in the afternoon.

20

21

22

23

24

25
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 2

```
 1    A P P E A R A N C E S:

 2

 3
            LIPSUS, BENHAIM, LLC.
 4          80-02 Kew Gardens Road
            Kew Gardens, New Jersey  11415
 5          BY:  ALEXANDER SPERBER, ESQ.
            asperber@lipsiuslaw.com
 6          Attorneys for Plaintiff, Kitchen Winners, NY,
            Inc, Adorama, Inc. AND Joseph Mendlowitz
 7

 8          POLACK, SOLOMON & DUFFY, LLC
            31 St. James Avenue, Suite 940
 9          Boston, New Jersey  02116
            BY: LAUREN RIDDLE, ESQ.
10          lriddle@psdfirm.com
            Attorneys for Defendant, Rock Fintek, LLC
11

12          LAW OFFICE OF AVRAM E. FRISCH
            1 University Plaza, Suite 119
13          Hackensack, New Jersey, 07601
            BY:  AVRAM FRISCH, ESQ.
14          frischa@avifrischlaw.com
            Attorneys for Third-Party Defendants,
15          Joel Stern and JNS Capital Holdings

16

17
      A L S O   P R E S E N T:
18
            BOB CALVERT, New York Notary
19

20

21

22

23

24

25
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

```
 1                    I N D E X

 2

 3   WITNESS

 4

 5   MICHAEL MORTORANO

 6   Examination by Ms. Riddle:  4, 40

 7   Examination by Frisch:  37

 8

 9

10

11                E X H I B I T S

12

13   NUMBER          DESCRIPTION              PAGE

14   1          JNS Invoice Dated 4/16/21       7

15   2          Photograph - IMG0794            9

16   3          Photograph                     10

17   4          E-mail Dated 2/10/21           14

18   5          E-mail Dated 2/10/21           17

19   6          Inbound Tally                  19

20   7          Inbound Tally                  22

21   8          E-mail Dated 4/6/21 with

22              Attachments                    25

23
     9          Photograph                     34
24

25
```

Page 4

 1   M I C H A E L     M O R T O R A N O,

 2   335 Harding Avenue,

 3   Lyndhurst, New Jersey  07071,

 4   having been duly sworn by the Notary,

 5   testified under oath as follows:

 6

 7   EXAMINATION BY MS. RIDDLE:

 8         Q.    Hello, Mr. Mortorano.

 9               Thank you for dealing with all of

10   that.

11   A.    You're welcome.

12         Q.    Have you ever been deposed before?

13   A.    Um, yes.

14         Q.    So I'm just going to go through a few

15   ground rules, which I'm sure you already know since

16   you've been deposed before.

17               But our court reporter here is taking

18   down everything we say.  So it's important that we

19   not speak at the same time, and it's important that

20   you give verbal responses versus shaking your head.

21               I ask that you wait until I finish my

22   question until you respond.  And I will, ideally, not

23   talk over you.

24               If you don't understand a question,

25   please tell me and I will try to rephrase that.  If

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

Page 5

```
 1   you answer, I will assume that you understood.
 2               Although I assume that we're going
 3   to be fairly brief today, if you do need a break,
 4   I'd just ask that you wait until you've already
 5   answered the question, and then we can take the
 6   break.
 7   A.    Okay.
 8         Q.    Do you understand that you're under
 9   oath and must tell the truth subject to penalties of
10   perjury?
11   A.    Yes, I do.
12         Q.    Have you taken any medications, drugs
13   or alcohol that would affect your ability to testify
14   truthfully?
15   A.    No, I haven't.
16         Q.    Any reason that you know of that you
17   can't testify accurately today?
18   A.    None that I know of.
19         Q.    Okay.
20               Where do you currently work?
21   A.    Avrio Logistics.  A-v-r-i-o.
22         Q.    What does Avrio Logistics do?
23   A.    We are a -- we do warehouses.  We do
24   e-commerce fulfillment.
25               We handle -- you know, we are a freight
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 6

1    forwarder.

2          Q.    Are you the owner of Avrio?

3    A.    Yes, I am.

4          Q.    And how long have you been working --

5    how long has Avrio been in this business?

6    A.    About 11 years.

7          Q.    And did you work in a similar field

8    before that?

9                Sorry?  I didn't hear you.

10   A.    I said, "Yes."

11         Q.    Okay.

12               And how long have you been working in

13   this field?

14   A.    About 50 years.

15         Q.    Was Joel Stern ever a client of

16   yours?

17   A.    Well, he became -- we did work for him as a

18   customer.

19         Q.    I'm sorry.  I used the wrong phrasing.

20               So he was a customer of yours?

21   A.    That's correct, yes.

22         Q.    Okay.

23               What services did you provide?

24   A.    We -- we received containers of gloves that --

25   OSHA containers that came into our facility.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

1           We unloaded the OSHA containers, we

2    took the boxes, we put them on pallets.  And we --

3    and then we -- we stored the pallets until they were

4    shipped out.

5           **Q.    So when you said earlier "handling**

6    **freight", is that what you did for him?"**

7    A.    What we call it, "handling freight",

8    yeah.

9           **Q.    Okay.**

10          **And you've been working in the handling**

11   **freight field for quite some time?**

12   A.    Yes.

13          **Q.    Okay.**

14          **I am going to introduce our first**

15   **exhibit.**

16          MS. RIDDLE:  So, hopefully, this works.

17          **Q.    Can you see anything on your screen**

18   **right now?**

19          (Discussion off the record.)

20          (Exhibit 1, JNS Invoice Dated 4/16/21,

21   is received and marked for identification by the

22   reporter.)

23          **Q.    Okay.**

24          **Can you see when I scroll, Michael?**

25   A.    Yes, I do.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 8

```
 1        Q.     Okay.
 2               So I'm just going to scroll through
 3    this briefly for you.
 4               Is this something that Avrio creates in
 5    the normal course of business?
 6    A.    Yes.
 7        Q.     Okay.
 8               And can you describe this to me?
 9    A.    It's a -- it's an invoice of services
10    performed for -- you know, on containers being picked
11    up.
12               You know, stripping the containers and
13    palletizing it and shipping it out.
14        Q.     Okay.
15               I'm going to direct you to Page Four of
16    this.  I'll scroll there.
17               And it says right here:  "Provide and
18    print labels."
19               Do you have any understanding of what
20    that means?
21    A.    We probably put a label on each pallet.
22        Q.     Okay.
23               And then, on the next page, it says:
24    "Provide and print labels again."
25               Do you have any understanding of what
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 9

1    that means?

2              Is that different?

3    A.    What happened is that, if you notice, this 48

4    labels is 48 pallets.

5              So, we would have put a label on each

6    pallet.

7         Q.    Okay.

8              MS. RIDDLE:  I am going to close this

9    exhibit and move on to the next one.

10             THE WITNESS:  Should I hit "okay"?

11             MS. RIDDLE:  No.  Oh, you might have

12   to.

13             I'm not, actually, sure what is on your

14   screen.

15             But I am about to upload another

16   exhibit.

17             (Exhibit 2, Photograph, IMG0794, is

18   received and marked for identification by the

19   reporter.)

20             MS. RIDDLE:  Let's go off the record.

21             (Brief recess taken.)

22        Q.    Okay.

23             Do you see my screen?

24   A.    Yes, I do.

25        Q.    Okay.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 10

1          Do you -- I can't really zoom in on

2    this.

3          But do you see this little sticker at

4    the bottom --

5    A.    Yes.

6          Q.    -- of the glove?

7    A.    Yes.

8          Q.    And is that a sticker that you were

9    asked to print?

10   A.    No.

11         Q.    Okay.

12         MS. RIDDLE:  I'm going go to stop my

13   share for a minute, and I'm going to show you one

14   more photo.

15         (Exhibit 3, Photograph, is received and

16   marked for identification by the reporter.)

17         MS. RIDDLE:  Okay.  I'm sharing my

18   screen again.

19         Q.    The piece of paper -- can you see my

20   screen?

21   A.    Yes, I do.

22         Q.    That piece of paper that says:

23   "Joel Stern" on the top, is that something that you

24   were asked to print?

25   A.    I believe that's what we printed, because that

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 11

1    probably went on the pallet.

2              Because Joel Stern is the customer.

3    That T-R-H-U is the container number.

4         Q.    Okay.

5              **And, then, where does that "Synthetic**

6    **Nitrile Examination" come from?**

7    A.    That's probably -- that's the name from the

8    boxes, what they are.

9         Q.    Okay.  All right.

10             MS. RIDDLE:  I'm going to stop my

11   screen share.

12        Q.    Okay.

13             **So back to that -- the invoice.**

14             **So, you were asked to print labels.**

15             **Can you explain that a little bit**

16   **further, if you have any memory of that?**

17   A.    What, normally, you do is -- you know, when

18   you strip a container, you put -- we call it

19   "palletize it".

20             You take the cartons, and you put it on

21   an a wooden pallet by -- so, you know, it fits on the

22   pallet.

23             And then you shrink wrap it and you put

24   plastic around it so it doesn't move.

25             And then you put a piece of paper on it

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 12

1  describing what's on the pallet.  So it's easier to,

2  you know, move -- you know, to move around.

3              And, that way, you know, when you ship

4  it out, you have some sort of ID before you ship it

5  out of what it is.

6              So you usually put some sort of label

7  on each pallet with what's on that pallet.

8        Q.    Okay.

9              **And how do you know what's on each**

10 **pallet?**

11 A.    Well, usually, you put a label on it, and then

12 you usually handwrite how many cartons are on the

13 pallet.

14             You know, using a marker on a piece of

15 plastic or on a piece of paper -- you know, we call

16 it a "block and tier".

17             So -- and I'm just making up an

18 example.  Say it's a block of four with a tier of

19 seven, so that would be 28 cartons on the pallet.

20             So it should be marked somewhere, you

21 know, how many cartons are on the pallet.

22       Q.    Okay.

23             **So walk me through this process a**

24 **little bit.  Because, obviously, I don't work in this**

25 **field.**

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 13

1      So something comes into Avrio.

2      What happens next?  For example, for

3  the services that you did for Joel Stern, walk me

4  through that.

5  A.    Okay.

6      What happened -- okay.  The container

7  came in.  We stripped -- we unloaded the container.

8  Then we built pallets.  Each pallet got the same

9  amount of cartons on them.

10      We then put shrink wrap.  Shrink wrap

11  is a plastic you put around it so that the cartons

12  don't fall off.  We put a label on the carton that

13  tells you what's on the carton -- what's there.

14  That's what that thing says.

15      The control was, you put a container

16  number on; and then, also, marked there is --

17  probably was a number on the pallet that says

18  Pallet One, Pallet Two, Pallet Three, and then you

19  mark somewhere how many cartons are on the pallet.

20      So when you ship out, you ship out

21  by -- okay.

22      You ship out by -- you know, depending

23  on the instructions from the customer, you know:

24  "Are you shipping out the full pallet with the

25  certain cartons on it?"

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 14

```
1               Or:  "Are you going to break the pallet
2    and not ship out the whole pallet?"
3               So, you know, I believe, on this
4    situation, everything was shipped out by full
5    pallets.
6               You know, when we -- when they sold it
7    to the buyer.
8       Q.      Okay.
9               I'm going to show you another exhibit.
10              MS. RIDDLE:  And this is a PDF.
11              So, hopefully, this goes easier.  Who
12   knows.
13              (Exhibit 4, E-mail Dated 2/10/21, is
14   received and marked for identification by the
15   reporter.)
16      Q.      Okay.
17              Do you see that on your screen?
18   A.   Not yet, no -- hold on.
19      Q.      Maybe you have to say "okay".
20   A.   I don't see it here.
21      Q.      It wouldn't be on the screen share like
22   the last two images.  It would be like, maybe, in the
23   exhibit panel.
24              Do you see anything?
25   A.   No.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 15

1              MS. RIDDLE:   We can go off the record

2    for a minute.

3              (Discussion off the record.)

4              MS. RIDDLE:   Okay.   Back on the

5    record.

6         **Q.      Okay.**

7    A.     How many boxes is mixed packages, and how much

8    were you charged to repackage them?

9         **Q.      Yes.   Do you have -- so, one question.**

10             **Do you know who Dawn Alston is?**

11   A.     Yeah.   He used to work for me.   He was the

12   operations manager.   He retired.

13        **Q.      Okay.**

14             **And, in Number Two, do you have any**

15   **idea as to what Mr. Stern was asking for?**

16   A.     I can only -- I can only make an educated

17   guess that he wanted to -- I mean, I guess -- I mean,

18   I know I was a part of the conversation.

19             Unless in the -- you know, there was

20   different boxes in the master carton.

21             In the picture you sent --

22             I'm sorry.   Go ahead, Lauren.

23        **Q.      Oh, no.   I interrupted you.**

24             **Please, keep going.**

25   A.     Okay.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 16

1        So what happened was, in the picture

2   you sent me was an individual box of 100 -- I believe

3   that was a box of 100 gloves.

4        And there's so many of those boxes in

5   each of the master cartons.

6   **Q.     Okay.**

7   **And when you say a "master carton", do**

8   **you mean what came in?**

9   **I'm --**

10  A.    Yes.

11  **Q.     Okay.**

12  A.    Because when we unloaded it, we put the

13  cartons -- in those cartons are individual boxes of

14  gloves.

15        I think those are boxes of 100 gloves

16  there.

17  **Q.     Okay.  So --**

18  A.    So there's probably -- again, if you showed me

19  a picture of a master carton, I can tell you how many

20  are in there.

21        But there's probably 20 of those in

22  each carton or so.

23  **Q.     Okay.**

24  **And do you have any memory of if**

25  **Avrio assisted Mr. Stern with this request?**

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 17

1  A.     If you had -- the only way -- if you saw an

2  invoice with us charging for something like that, we

3  would have done it.

4           But, without an invoice -- and you have

5  all the invoices, and the invoices you're showing

6  doesn't show any of that happening.

7      Q.     Let me show you my next exhibit.

8           (Exhibit 5, E-mail Dated 2/10/21, is

9  received and marked for identification by the

10 reporter.)

11     Q.     Okay.

12          So this is -- you should be able to see

13 this now.

14          It's a February 11, 2021 e-mail.

15 A.     Yes.

16     Q.     And it says:  "Please see the attached

17 invoice."

18          And there is an invoice here, and it

19 says:  "Extra labor, palletize and shrink wrap and

20 sort."

21          Would that be what was discussed in

22 Exhibit 4, the mixed packaging?

23          Do you want me to make anything bigger

24 for you?

25 A.     No.  I'm just looking through it and trying to

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

Page 18

1    sort through this.

2         Q.     Okay.  Take your time.

3    A.     I would think what happened was that we had to

4    take the cartons, and they had to resort it from

5    different pallets because they were mixed SKUs,

6    maybe.  Different SKU item numbers.

7              So it appeared that something was wrong

8    with the way the freight came in.  The SKUs were off,

9    or we had to change it -- or we had to change the

10   SKUs around on the pallets.

11        Q.     And when you say a "SKU", can you

12   describe that?

13   A.     A SKU is -- each item -- each different item

14   has a SKU.

15        Q.     Okay.

16   A.     So what you do is, when you build a pallet,

17   you usually build it with one item on a pallet.

18             So it appears on this invoice that

19   something had to be changed around to fix.  You have

20   sorting -- you have to sort 41 pallets.  You have to

21   shrink wrap it.

22        Q.     Great.  Okay.

23             Oh, I forgot to ask you.

24             Is this something in your regular

25   course of business that Avrio would do for a

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

Page 19

1   client?

2   A.    Yes.

3        Q.    Okay.  I'm going to close that exhibit.

4            (Exhibit 6, Inbound Tally Dated

5   2/11/21, is received and marked for identification by

6   the reporter.)

7            MS. RIDDLE:  Are we on Exhibit 6?

8            THE COURT REPORTER:  Yes.

9            MS. RIDDLE:  Okay.  This is an inbound

10  tally.  It's attached to an e-mail dated February 11,

11  2021.

12           Okay.  I'm going to publish it.

13       Q.    Okay.

14           Do you see this e-mail?

15  A.    Yes.

16       Q.    Okay.

17           So it looks like it says, "Inbound

18  Tally" at the top.

19  A.    It says:  "Here is the POD."

20       Q.    Okay.

21           Who is a "POD"?

22  A.    A Proof of Delivery.

23       Q.    Okay.

24           Now let's scroll to the attachment on

25  this.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 20

```
 1   A.      Can you turn that around?
 2            Q.      Yeah, I'm going to try.
 3                   (Discussion off the record.)
 4                   MS. RIDDLE:   Okay.   Back on the record.
 5                   Here we go.
 6            Q.      Okay.
 7                   Michael, can you explain what this
 8   is?
 9   A.      Yes.   This is a -- this is what we call a
10   "Tally Sheet" for when we strip a container.
11                   So at the top you have the container
12   number, you have the date; and, obviously, it's very
13   interesting.   Because you had quantity expected of
14   300 nitro gloves, of smalls.   But when you stripped
15   it, there was 422 on it.
16                   Okay?
17                   So that means that the -- when we
18   stripped it, it didn't match the documents telling us
19   what was -- you know, what was on it.
20                   And, then, when you're showing the 56
21   and everything like that, that's probably the -- how
22   many they put -- how they built the pallets on, to
23   put on each pallet.
24                   Okay.   Hold on.   One, two, three, four,
25   five, six.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 21

```
 1          Q.    And this --
 2     A.     And then the next one has 1,200 gloves,
 3     medium.
 4               But you see what happened?  It was only
 5     952.  It wasn't 1,100 (sic).
 6               Then you have the 1,200 that we
 7     stripped and only had 458.  Right?
 8               And this container is really messed up.
 9     300 turned out to be 1,116.
10               But all of the documents were wrong
11     that we were given.
12               What happened was, this container --
13     when it came in, there was a manifest that told you
14     what was on the container.  And you could see that,
15     whatever the manifest was, was totally wrong.
16          Q.    And how do you know what the manifest
17     was?
18               Is that on the left?
19     A.     Yeah.  What happened -- no.
20               Well, that is our tally sheet.  We got
21     that information from the OSHA Bill of Lading, what
22     was on it.
23               So that information on the left was
24     supplied to us, okay?
25               And on the right is, actually, what was
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 22

```
 1   on the container.

 2              See the variation?

 3       Q.    Yes.

 4              And this tally, is this something that

 5   Avrio normally does?

 6   A.    It's a huge -- it's a huge variation.

 7       Q.    And is this -- I interrupted you.

 8              I'm sorry.

 9              Is this something that Avrio Logistics

10   creates in their regular course of business?

11   A.    Yes.  Because, obviously, the customer wants a

12   proper inventory of what they have.

13              And we have to report this to them so

14   that, you know, they know what their merchandise is

15   that they are getting.

16       Q.    Okay.

17   A.    I mean, you know, this is -- this tally sheet

18   is -- you could see how much variation there is from

19   what they thought was on it.

20       Q.    Okay.

21              I'm getting rid of that one, and I'm

22   going to show you another one.

23              MS. RIDDLE:  Okay.  I believe this is

24   Exhibit 7.

25              (Exhibit 7, Inbound Tally Dated
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 23

```
 1   2/11/21, is received and marked for identification by

 2   the reporter.)

 3              MS. RIDDLE:  This another tally sheet.

 4       Q.    Okay.

 5              This is attached to another e-mail.

 6   And, as you can see on your screen, it is

 7   February 11, 2021, and now it's 3 p.m.

 8              And Dawn is asking Joel to call him

 9   and -- oh, here we go.

10              MS. RIDDLE:  I'm going to have to do it

11   again.

12       Q.    Okay.

13              Can you tell me about this Inbound

14   Tally?

15   A.    You didn't rotate it yet.

16       Q.    Oh, it rotated on my screen.

17   A.    Oh, sorry.

18       Q.    Did it work yet --

19              MS. RIDDLE:  Off the record.)

20              (Discussion off the record.)

21       Q.    Let me know when you can see it.

22   A.    I see it, yes.

23       Q.    And is it the right way?

24   A.    I'm sorry.

25              What is the question?
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 24

1        Q.      Can you walk me through this Inbound

2    Tally like you did the last one?

3    A.    Okay.

4              It shows it was supposed to have 800

5    smalls on the container, and it had 178 smalls.

6              It was supposed to have 1,200 mediums,

7    but only had 450 mediums.

8              It was supposed to have 1,200 larges,

9    but only had 1,051 larges.

10             Supposed to have 800 extra larges, but

11   had 988 extra larges.

12             I don't know what the mixed inspection

13   was for 333.  I can't answer what that is.  You know,

14   because there's no size next to it.

15             We built 59 pallets on that.

16       Q.    Okay.

17             And who is this signed by?

18             Can you tell me?

19   A.    That's -- probably one of the dockworkers

20   signed it.

21       Q.    Okay.

22   A.    He's a worker.

23       Q.    Okay.

24             And is this something -- similar to the

25   last one, this is something that Avrio makes in the

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

Page 25

1    normal course of business?

2    A.    Yes.  Yeah.

3          Q.    Okay.

4                Why does it say "Caravan Inc."?

5                What is that?

6    A.    Caravan.  Caravan is the name -- is the actual

7    warehouse.

8          Q.    What does that mean?

9    A.    What happened was, is that, Avrio Logistics

10   uses Caravan's warehouse to do the work.

11         Q.    I see.

12               So this was created by Avrio Logistics,

13   but it was at a Caravan warehouse?

14   A.    Yes.

15         Q.    Okay.

16               That answers my question on that, so

17   okay.

18               MS. RIDDLE:  All right.  This is going

19   to be Exhibit 8.

20               (Exhibit 8, E-mail with Attachments,

21   Dated 4/6/21, is received and marked for

22   identification by the reporter.)

23               MS. RIDDLE:  It looks like an April 6,

24   2021 e-mail with some attachments.

25         Q.    Okay.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
Michael Mortorano on 11/10/2023

Page 26

1          Do you see the exhibit I put up on your

2    screen?

3    A.    Yes.

4          Q.    Okay.

5               Do you need me to zoom in?

6    A.    Let me just read it first.

7               Okay.

8               Now, what is your question?

9          Q.    Okay.

10              So I'm going to move on to some pages.

11   I just wanted to show you the front page.

12              Okay.

13              So it looks like Mr. Stern is

14   forwarding you something.

15              Can you explain why he would be

16   forwarding you these, if you know?

17              The first one looks to be a bill of

18   lading.

19   A.    Well, we have to -- that is something that we

20   need in the normal course of business.

21         Q.    Okay.

22   A.    It's the container coming in.  You have the

23   exporter in China.  He is the consignee, right,

24   Kitchen Winners Company.

25         Q.    Okay.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 27

1                    And what is "consignee"?

2     A.    The consignee is who it's going to.

3           Q.    Okay.

4                 And then you said -- I think

5     interrupted you?

6     A.    Okay.

7                 So it shows you the vessel that it came

8     in on, where it came out of China.  It came to Port

9     of Discharge, that's Port of New York.

10                It has the forwarding agent on it who

11    handled the documentation coming into this country,

12    which would be the customhouse broker, clear customs.

13                And it has the marks on the boxes

14    that -- the boxes have to have Med Car on the outside

15    of the master carton.  There's 3,000 cartons on the

16    container.

17                And there's a description of what it

18    is.  It says:  "Nonsterile powder free synthetic

19    nitro protection gloves."

20                That is what they told US Customs what

21    was on the container.

22          Q.    Okay.

23                So this -- and then the next page

24    is --

25    A.    Okay.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 28

1          And then you have a weight on the

2    container, on the cube of the container.

3          Q.     Okay.

4                 Is there anything else on this page?

5                 I'm going to move on to the next page.

6                 What is this?

7    A.    The packing list is what's supposed to be in

8    the container.

9          Q.     And is that something you normally

10   receive?

11   A.    Yes.

12         Q.     And is that what you use to make the

13   right side of the Inbound Tallies?

14   A.    Well, that's what is on the left side.  That's

15   what we're told is on the container.

16                And then, after you strip the

17   container, we verify that data to see if it's the

18   same.

19         Q.     Okay.

20                So, just to clarify, because I got the

21   left and right wrong.

22                A packing list is used for the left

23   side of your Inbound Tally, and that is what you

24   think is going to be on that container.

25                Correct?

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 29

```
 1    A.      Yes.

 2            Q.      Okay.

 3    A.      And this container has --

 4            Q.      And who made this?

 5    A.      The shipper would make this.

 6            Q.      Okay.

 7    A.      Yes.   In the normal course of business --

 8    because -- the reasons for this are, A, this has to

 9    all be presented to customs to bring shipments into

10    the United States.

11                    And there's -- you know, you would be

12    fined for giving, you know, wrong information to

13    US Customs.  Okay?

14                    Which, it has to tell you the quantity

15    and an accurate description of the goods.

16                    And then, obviously, the -- you want an

17    accurate count.  Because the person who bought the

18    goods is paying for the goods based on the accurate

19    description of the goods.

20                    So, you know, which includes a proper

21    counting of the goods.

22            Q.      And what happens normally at Avrio when

23    the numbers don't match, like they did here?

24    A.      We normally -- we report it immediately to our

25    customer, so they know the situation.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 30

1          Q.     And then what happens?

2   A.     Well, I mean, they -- you know, a count is a

3   count.

4                So, you know, we give the information,

5   and then they just -- they decide if there's

6   something we should do differently with the

7   merchandise or -- you know, it's their responsibility

8   to contact their -- their person they purchase from.

9                Because, you know, if they are short,

10  then they've overpaid for something.  Or, you know,

11  that's something between the customer -- you know,

12  our customer and the person they bought it from.  You

13  know, we're here just to -- you know, to give the

14  proper count and make any report if some purchase

15  came in damaged.

16                So we take pictures if there's

17  something wrong with the freight when it comes in.

18          Q.     So, shifting back here.

19                Up here, on the Bill of Lading, you

20  read earlier that this is a nitrile protection glove,

21  according to the Bill of Lading.

22                Correct?

23  A.     Well, the description on the Bill of Lading

24  said:  "Nonsterile powder-free synthetic nitrile

25  protection glove."

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 31

```
 1                    That's what they described it to us

 2     as.

 3          Q.      Okay.

 4                    And then, on here, they say, "Nitrile

 5     examination gloves."

 6                    Right?

 7                    Do you see the highlighted part?

 8                    Maybe I can make it bigger.

 9     A.     I see the packing list.

10          Q.      Yes.

11                    And do you see how it says:  "Nitrile

12     examination"?

13     A.     Yes, I do.

14          Q.      Okay.

15                    And do you have any understanding of

16     why the Bill of Lading would be different than the

17     packing list?

18     A.     They should be.  They should be the same.

19          Q.      Okay.

20                    I'm just going to scroll through this

21     and look for more packing lists.

22     A.     The one that is the most important is the

23     Bill of Lading.

24                    Because that's the one you are giving

25     to US Customs.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 32

```
 1           Q.      And, so, the packing list doesn't go to
 2   US Customs.
 3                   It just goes straight to you?
 4   A.     I can't answer that question, because -- the
 5   person that could probably answer that properly would
 6   be the custom broker -- the person who could answer
 7   that question properly would be the customs broker.
 8           Q.      Okay.
 9                   And it continues, and then it looks
10   like we have another Bill of Lading.
11                   So, maybe, two things came in?
12                   Would that make sense?  Would that
13   describe the two different Bills of Lading?
14   A.     Well, you have multiple Bills of Lading,
15   because the -- because there's multiple containers
16   coming in.
17           Q.      Okay.
18                   I think that answers my questions on
19   that.
20                   Well, I think I ran through all of my
21   exhibits, so I just have a few more questions for you
22   and then I'll open it to the other Counsel.
23                   Was Kitchen Winners ever a client of
24   yours?
25   A.     Well, the client was Joel Stern, and we built
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 33

1    his company.

2              That's who I understand to be the

3    client.

4         Q.    And did you work separately with

5    Kitchen Winners?

6    A.    I don't think I can answer that question.  I

7    mean, the invoices you have -- who did we bill, JNS

8    or something?

9         Q.    Okay.  I'm sorry.  Keep going.

10             I interrupt you in the middle of a

11   sentence?

12   A.    Lauren, we dealt with -- Joel was our

13   customer.

14             And, then, he told us what customer to

15   bill.

16        Q.    I see.  And the company that you built

17   was JNS?

18   A.    JNS, yes.  That's what the invoices show.

19        Q.    Okay.

20             I actually have just a few more photos

21   that I wanted to show you that I didn't get to show

22   you earlier, I think of the whole pallet.

23             Let me just share my screen, because

24   it's an image.

25             MS. RIDDLE:  Would this be Exhibit 9?

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 34

```
 1                      (Exhibit 9, Photograph, is received and
 2    marked for identification by the reporter.)
 3          Q.      Okay.
 4                  Can you see this on your screen?
 5    A.    Yes.
 6          Q.      And do you know if this is your
 7    warehouse?
 8    A.    Hold on one second.
 9                  I can't really --
10          Q.      When we were talking earlier and you
11    said something about, like, a larger pallet and then
12    you shrink wrapped it, is this what you were
13    describing?
14    A.    Yes.  I mean, that's pretty much industry
15    standard.  We have what they call block and tier.
16                  You see how you have the same amount of
17    cartons on each tier, and then you put the shrink
18    wrap around it to keep it from moving.
19                  If I could see that -- the label on the
20    top, right-hand corner, I could tell more.
21                  Can you make that larger?
22          Q.      Let me see if I can zoom in for you.
23                  Can you see it?  Can you see me
24    zooming?
25    A.    Yeah, I see you zooming.  I'm trying to think.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 35

1          Q.     Yeah.  And it's a little fuzzy.

2     A.     That's good.  That's good.  Hold on.  Hold on.

3                I don't know what that label is.

4     That's why I'm having trouble -- to answer your

5     question, I don't know if that's our warehouse or

6     not.

7          Q.     Okay.  Is it normal --

8     A.     Actually, I have my vice-president of sales

9     next to me.  Hold on.

10               MS. RIDDLE:  Yes, I'm sorry.  We can't

11    have anyone answering the questions but you.

12               (Discussion off the record.)

13    A.     Okay.

14               So, Lauren, I can't answer that

15    question if that's the same warehouse.

16         Q.     Okay.  Okay.  I think I'm no longer

17    sharing my screen.

18               Is that right?  I can't see my screen?

19               MS. HEDEL:  Correct.

20         Q.     Okay.

21               MS. RIDDLE:  Can we just take a brief

22    break?

23               I believe I'm done.  I just want to run

24    through my notes.

25               (Brief recess taken.)

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 36

```
 1          Q.    Okay.

 2                Sir, your client was Joel Stern and

 3    JNS.

 4                That's your understanding?

 5    A.    Well, Joel Stern was the person who we -- Dawn

 6    had communications with.

 7          Q.    Okay.

 8    A.    You know, I mean, you have a copy of the --

 9    you know, we're told who to bill.

10                So I can't answer who the client is.

11    It could be anybody that does the bill.

12          Q.    Okay.  I see.

13                So you have no memory of if Kitchen

14    Winners was a separate client of yours?

15    A.    It would only be a separate client if we build

16    them.

17          Q.    Okay.

18                And you have no memory of that, one way

19    or the other?

20    A.    No.

21          Q.    Okay.

22                And do you know if Hershey Weiner

23    (phonetic) was a client of yours?

24    A.    That name is not familiar to me.

25          Q.    Okay.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 37

```
 1                    MS. RIDDLE:  I think those are all of

 2    my questions.

 3                    Thank you for your time.  I'm going to

 4    let the attorneys see if they have any questions for

 5    you.

 6                    MR. FRISCH:  I have about five

 7    questions.

 8

 9    EXAMINATION BY MR. FRISCH:

10         Q.    When you talked about palletizing the

11    boxes, were you the one who did the work?

12    A.    Well, we -- well, Avrio Logistics performed

13    the work, yes.

14         Q.    So you are not the one, personally, who

15    did it.

16              Correct?

17    A.    No.  I'm not the dock -- I'm not the person on

18    the dock, no.

19         Q.    Understood.

20              So how do you know what was done?

21              Just by looking at the documents which

22    were put in front of you?

23    A.    Yes.

24         Q.    Okay.

25              But you have no personal recollection
```

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

Page 38

1    of these events?

2              Or do you?

3    A.    Well, when you say "personal recollection", I

4    saw the freight.  I saw the freight being palletized.

5    I saw the freight being shrink wrapped.

6              Yeah, I have a general knowledge of

7    what happened.  I wasn't the person who specifically

8    stripped the containers and put every box on the

9    pallet, no.

10    Q.    When you put the labels on the

11   containers, who told you what to write on those

12   labels?

13   A.    Well, someone had to instruct us to do it.

14    Q.    Okay.

15             Do you know who instructed you to do

16   it?

17   A.    No.

18    Q.    Okay.

19             And you said that the labels had a

20   container number.

21             Is it certain that all of the boxes

22   that were in a pallet came from that container?

23   A.    Yes.  That -- when we strip -- we strip one

24   container at a time.  We put that container frame on

25   a pallet.

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 39

```
 1                    And we mark the pallet.  We don't mix
 2   container numbers.
 3        Q.     In some of the -- I think she showed
 4   you a photo of a pallet with a label that said
 5   "Kitchen Winners."
 6                    Do you know who instructed you to write
 7   "Kitchen Winners" on that pallet?
 8   A.    I don't know if that's our pallet.
 9        Q.     Okay.
10                    You mentioned marking of the number of
11   boxes.
12                    Did any of her pictures show those
13   markings?
14   A.    I'm sorry.  I don't understand the question.
15        Q.     You mentioned that you had marked a
16   number of boxes within the pallets somewhere on the
17   shrink wrapping.
18                    Correct?
19   A.    I said that we normally put the amount of
20   boxes on -- some sort of notation how many boxes are
21   in a pallet.
22        Q.     And on any of the exhibits that you
23   were shown, did you see any such marking?
24                    Like, where would we --
25   A.    You only showed me one pallet.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 40

```
1        Q.      Okay.

2                I don't have control over those

3    exhibits, so I can't show them to you again.

4                But did you see it on those?

5    A.   No.

6        Q.      All right.

7                MR. FRISCH:  All right.

8                Thank you very much.  That's all I

9    have.

10               MR. SPERBER:  I have no questions.

11               MS. RIDDLE:  I just have one followup

12   based on those questions.

13

14   CONTINUED EXAMINATION BY MS. RIDDLE:

15       Q.      Based on the e-mails that I've showed

16   you and then the invoices, is it your understanding

17   that Joel Stern asked you to print out the things for

18   the pallets, the papers?

19               MR. FRISCH:  Objection.

20               THE WITNESS:  I'm sorry.

21               Do you want me to answer that question?

22       Q.      Yes, you still can answer.

23   A.   I mean, we would have -- okay.

24               The customer -- you know, the customer

25   instructs us what to do.
```

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 41

1              So it would make -- it would make sense

2     that Joel would tell us what to do, right?

3              You know, with regards to not only

4     putting what the -- what to put on the pallet, but

5     even how high to make the pallets.

6              So I'm not saying -- whether it was

7     Joel, or it had to be somebody who worked for the

8     customer who told us what to do.

9              You know, obviously, we are in the

10    service business.  We don't do things without being

11    told what to do.

12    Q.    Okay.

13              MS. RIDDLE:  I think that answers all

14    of my questions.

15              THE COURT REPORTER:  Avram, are you

16    purchasing the transcript?

17              MR. FRISCH:  No.

18              THE COURT REPORTER:  Alex?

19              MR. SPERBER:  No.

20              THE COURT REPORTER:  Thank you.

21              (Concluded at 2:49 p.m.)

22

23

24

25

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
**Michael Mortorano on 11/10/2023**

Page 42

1              C E R T I F I C A T E

2                    I, MARY ANN FICSOR, a Notary

3    Public and Certified Court Reporter of the State of

4    New Jersey, do hereby certify that prior to the

5    commencement of the examination the witness was duly

6    sworn by me to testify the truth, the whole truth and

7    nothing but the truth.

8                    I DO FURTHER CERTIFY that the

9    foregoing is a true and accurate transcript of the

10   testimony as taken stenographically by and before me

11   at the time, place and on the date hereinbefore set

12   forth, to the best of my ability.

13                   I DO FURTHER CERTIFY that I am

14   neither a relative nor employee nor attorney nor

15   counsel of any of the parties to this action, and

16   that I am neither a relative nor employee of such

17   attorney or counsel, and that I am not financially

18   interested in the action.

19

20                   Mary Ann Ficsor, CCR

21                   _____

22                   MARY ANN FICSOR
                     Certified Court Reporter
                     Of the State of New Jersey
23                   License No. XI01952

24

25

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
Michael Mortorano on 11/10/2023          Index: 07071..answers

**Exhibits**

MortoranoM-1
   3:14  7:20

MortoranoM-2
   3:15  9:17

MortoranoM-3
   3:16  10:15

MortoranoM-4
   3:17  14:13
   17:22

MortoranoM-5
   3:18  17:8

MortoranoM-6
   3:19  19:4,
   7

MortoranoM-7
   3:20
   22:24,25

MortoranoM-8
   3:21
   25:19,20

MortoranoM-9
   3:23  33:25
   34:1

**0**

07071   4:3

**1**

1   7:20

1,051   24:9

**1,100**   21:5

**1,116**   21:9

**1,200**   21:2,6
   24:6,8

100   16:2,3,
   15

11   6:6
   17:14
   19:10  23:7

178   24:5

**2**

2   9:17

2/10/21
   14:13  17:8

2/11/21   19:5
   23:1

20   16:21

2021   17:14
   19:11  23:7
   25:24

28   12:19

2:49   41:21

**3**

3   10:15
   23:7

3,000   27:15

300   20:14
   21:9

333   24:13

335   4:2

**4**

4   14:13
   17:22

4/16/21   7:20

4/6/21   25:21

41   18:20

422   20:15

450   24:7

458   21:7

48   9:3,4

**5**

5   17:8

50   6:14

56   20:20

59   24:15

**6**

6   19:4,7
   25:23

**7**

7   22:24,25

**8**

8   25:19,20

800   24:4,10

**9**

9   33:25
   34:1

952   21:5

988   24:11

**A**

A-V-R-I-O
   5:21

ability   5:13

accurate
   29:15,17,
   18

accurately
   5:17

actual   25:6

affect   5:13

agent   27:10

ahead   15:22

alcohol   5:13

Alex   41:18

Alston   15:10

amount   13:9
   34:16
   39:19

answering
   35:11

answers
   25:16
   32:18

41:13

**appeared**
18:7

**appears**
18:18

**April**   25:23

**assisted**
16:25

**assume**   5:1,2

**attached**
17:16
19:10 23:5

**attachment**
19:24

**attachments**
25:20,24

**attorneys**
37:4

**Avenue**   4:2

**Avram**   41:15

**Avrio**   5:21,
22 6:2,5
8:4 13:1
16:25
18:25
22:5,9
24:25
25:9,12
29:22
37:12

___

**B**

___

**back**   11:13

15:4 20:4
30:18

**based**   29:18
40:12,15

**bigger**   17:23
31:8

**bill**   21:21
26:17
30:19,21,
23 31:16,
23 32:10
33:7,15
36:9,11

**Bills**   32:13,
14

**bit**   11:15
12:24

**block**   12:16,
18 34:15

**bottom**   10:4

**bought**   29:17
30:12

**box**   16:2,3
38:8

**boxes**   7:2
11:8 15:7,
20 16:4,
13,15
27:13,14
37:11
38:21
39:11,16,
20

**break**   5:3,6

14:1 35:22

**briefly**   8:3

**bring**   29:9

**broker**   27:12
32:6,7

**build**   18:16,
17 36:15

**built**   13:8
20:22
24:15
32:25
33:16

**business**   6:5
8:5 18:25
22:10 25:1
26:20 29:7
41:10

**buyer**   14:7

___

**C**

___

**call**   7:7
11:18
12:15 20:9
23:8 34:15

**Car**   27:14

**Caravan**
25:4,6,13

**Caravan's**
25:10

**carton**
13:12,13
15:20
16:7,19,22

27:15

**cartons**
11:20
12:12,19,
21 13:9,
11,19,25
16:5,13
18:4 27:15
34:17

**change**   18:9

**changed**
18:19

**charged**   15:8

**charging**
17:2

**China**   26:23
27:8

**clarify**
28:20

**clear**   27:12

**client**   6:15
19:1
32:23,25
33:3 36:2,
10,14,15,
23

**close**   9:8
19:3

**communications**
36:6

**company**
26:24
33:1,16

concluded
  41:21

consignee
  26:23
  27:1,2

contact   30:8

container
  11:3,18
  13:6,7,15
  20:10,11
  21:8,12,14
  22:1 24:5
  26:22
  27:16,21
  28:2,8,15,
  17,24 29:3
  38:20,22,
  24 39:2

containers
  6:24,25
  7:1 8:10,
  12 32:15
  38:8,11

CONTINUED
  40:14

continues
  32:9

control
  13:15 40:2

conversation
  15:18

copy   36:8

corner   34:20

correct   6:21

28:25
30:22
35:19
37:16
39:18

Counsel
  32:22

count   29:17
  30:2,3,14

counting
  29:21

country
  27:11

court   4:17
  19:8
  41:15,18,
  20

created
  25:12

creates   8:4
  22:10

cube   28:2

custom   32:6

customer
  6:18,20
  11:2 13:23
  22:11
  29:25
  30:11,12
  33:13,14
  40:24 41:8

customhouse
  27:12

customs
  27:12,20
  29:9,13
  31:25
  32:2,7

─────────
      D
─────────

damaged
  30:15

data   28:17

date   20:12

dated   7:20
  14:13 17:8
  19:4,10
  22:25
  25:21

Dawn   15:10
  23:8 36:5

dealing   4:9

dealt   33:12

decide   30:5

Delivery
  19:22

depending
  13:22

deposed
  4:12,16

describe   8:8
  18:12
  32:13

describing
  12:1 34:13

description
  27:17
  29:15,19
  30:23

differently
  30:6

direct   8:15

Discharge
  27:9

discussed
  17:21

discussion
  7:19 15:3
  20:3 23:20
  35:12

dock   37:17,
  18

dockworkers
  24:19

documentation
  27:11

documents
  20:18
  21:10
  37:21

drugs   5:12

duly   4:4

─────────
      E
─────────

e-commerce
  5:24

e-mail   14:13
  17:8,14

19:10,14
23:5
25:20,24

e-mails
40:15

earlier  7:5
30:20
33:22
34:10

easier  12:1
14:11

educated
15:16

events  38:1

examination
4:7 11:6
31:5,12
37:9 40:14

exhibit
7:15,20
9:9,16,17
10:15
14:9,13,23
17:7,8,22
19:3,4,7
22:24,25
25:19,20
26:1 33:25
34:1

exhibits
32:21
39:22 40:3

expected
20:13

explain
11:15 20:7
26:15

exporter
26:23

extra  17:19
24:10,11

_____

**F**

facility
6:25

fairly  5:3

fall  13:12

familiar
36:24

February
17:14
19:10 23:7

field  6:7,13
7:11 12:25

fined  29:12

finish  4:21

fits  11:21

fix  18:19

followup
40:11

forgot  18:23

forwarder
6:1

forwarding
26:14,16
27:10

frame  38:24

free  27:18

freight  5:25
7:6,7,11
18:8 30:17
38:4,5

FRISCH  37:6,
9 40:7,19
41:17

front  26:11
37:22

fulfillment
5:24

full  13:24
14:4

fuzzy  35:1

_____

**G**

general  38:6

give  4:20
30:4,13

giving  29:12
31:24

glove  10:6
30:20,25

gloves  6:24
16:3,14,15
20:14 21:2
27:19 31:5

good  35:2

goods  29:15,
18,19,21

Great  18:22

ground  4:15

guess  15:17

_____

**H**

handle  5:25

handled
27:11

handling
7:5,7,10

handwrite
12:12

happened  9:3
13:6 16:1
18:3 21:4,
12,19 25:9
38:7

happening
17:6

Harding  4:2

head  4:20

hear  6:9

HEDEL  35:19

Hershey
36:22

high  41:5

highlighted
31:7

hit  9:10

hold  14:18
20:24 34:8

35:2,9

**huge**  22:6

---

**I**

**ID**  12:4

**idea**  15:15

**ideally**  4:22

**identification**
7:21 9:18
10:16
14:14 17:9
19:5 23:1
25:22 34:2

**image**  33:24

**images**  14:22

**IMG0794**  9:17

**immediately**
29:24

**important**
4:18,19
31:22

**inbound**
19:4,9,17
22:25
23:13 24:1
28:13,23

**includes**
29:20

**individual**
16:2,13

**industry**
34:14

**information**
21:21,23
29:12 30:4

**inspection**
24:12

**instruct**
38:13

**instructed**
38:15 39:6

**instructions**
13:23

**instructs**
40:25

**interesting**
20:13

**interrupt**
33:10

**interrupted**
15:23 22:7
27:5

**introduce**
7:14

**inventory**
22:12

**invoice**  7:20
8:9 11:13
17:2,4,17,
18 18:18

**invoices**
17:5 33:7,
18 40:16

**item**  18:6,
13,17

19

---

**J**

**Jersey**  4:3

**JNS**  7:20
33:7,17,18
36:3

**Joel**  6:15
10:23 11:2
13:3 23:8
32:25
33:12
36:2,5
40:17
41:2,7

---

**K**

**Kitchen**
26:24
32:23 33:5
36:13
39:5,7

**knowledge**
38:6

---

**L**

**label**  8:21
9:5 12:6,
11 13:12
34:19 35:3
39:4

**labels**  8:18,
24 9:4
11:14
38:10,12,

**labor**  17:19

**lading**  21:21
26:18
30:19,21,
23 31:16,
23 32:10,
13,14

**larger**
34:11,21

**larges**  24:8,
9,10,11

**Lauren**  15:22
33:12
35:14

**left**  21:18,
23 28:14,
21,22

**list**  28:7,
22 31:9,17
32:1

**lists**  31:21

**Logistics**
5:21,22
22:9 25:9,
12 37:12

**long**  6:4,5,
12

**longer**  35:16

**Lyndhurst**
4:3

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023                    Index: made..pallet

```
        M

made   29:4

make   15:16
  17:23
  28:12 29:5
  30:14 31:8
  32:12
  34:21
  41:1,5

makes   24:25

making   12:17

manager
  15:12

manifest
  21:13,15,
  16

mark   13:19
  39:1

marked   7:21
  9:18 10:16
  12:20
  13:16
  14:14 17:9
  19:5 23:1
  25:21 34:2
  39:15

marker   12:14

marking
  39:10,23

markings
  39:13

marks   27:13
```

```
master   15:20
  16:5,7,19
  27:15

match   20:18
  29:23

means   8:20
  9:1 20:17

Med   27:14

medications
  5:12

medium   21:3

mediums
  24:6,7

memory   11:16
  16:24
  36:13,18

mentioned
  39:10,15

merchandise
  22:14 30:7

messed   21:8

Michael   7:24
  20:7

middle   33:10

minute   10:13
  15:2

mix   39:1

mixed   15:7
  17:22 18:5
  24:12

Mortorano
  4:8
```

```
move   9:9
  11:24 12:2
  26:10 28:5

moving   34:18

multiple
  32:14,15


        N

nitrile   11:6
  30:20,24
  31:4,11

nitro   20:14
  27:19

Nonsterile
  27:18
  30:24

normal   8:5
  25:1 26:20
  29:7 35:7

Notary   4:4

notation
  39:20

notes   35:24

notice   9:3

number   11:3
  13:16,17
  15:14
  20:12
  38:20
  39:10,16

numbers   18:6
  29:23 39:2
```

```
        O

oath   4:5
  5:9

Objection
  40:19

open   32:22

operations
  15:12

OSHA   6:25
  7:1 21:21

overpaid
  30:10

owner   6:2


        P

p.m.   23:7
  41:21

packages
  15:7

packaging
  17:22

packing
  28:7,22
  31:9,17,21
  32:1

pages   26:10

pallet   8:21
  9:6 11:1,
  21,22
  12:1,7,10,
  13,19,21
  13:8,17,
```

18,19,24
14:1,2
18:16,17
20:23
33:22
34:11
38:9,22,25
39:1,4,7,
8,21,25
41:4

palletize
11:19
17:19

palletized
38:4

palletizing
8:13 37:10

pallets   7:2,
3 9:4 13:8
14:5 18:5,
10,20
20:22
24:15
39:16
40:18 41:5

panel   14:23

paper   10:19,
22 11:25
12:15

papers   40:18

part   15:18
31:7

paying   29:18

PDF   14:10

penalties
5:9

performed
8:10 37:12

perjury   5:10

person   29:17
30:8,12
32:5,6
36:5 37:17
38:7

personal
37:25 38:3

personally
37:14

phonetic
36:23

photo   10:14
39:4

Photograph
9:17 10:15
34:1

photos   33:20

phrasing
6:19

picked   8:10

picture
15:21
16:1,19

pictures
30:16
39:12

piece   10:19,
22 11:25

12:14,15

plastic
11:24
12:15
13:11

POD   19:19,
21

Port   27:8,9

powder   27:18

powder-free
30:24

presented
29:9

pretty   34:14

print   8:18,
24 10:9,24
11:14
40:17

printed
10:25

process
12:23

Proof   19:22

proper   22:12
29:20
30:14

properly
32:5,7

protection
27:19
30:20,25

provide   6:23
8:17,24

publish
19:12

purchase
30:8,14

purchasing
41:16

put   7:2
8:21 9:5
11:18,20,
23,25
12:6,11
13:10,11,
12,15
16:12
20:22,23
26:1 34:17
37:22
38:8,10,24
39:19 41:4

putting   41:4

---

**Q**

quantity
20:13
29:14

question
4:22,24
5:5 15:9
23:25
25:16 26:8
32:4,7
33:6 35:5,
15 39:14
40:21

questions

32:18,21
35:11
37:2,4,7
40:10,12
41:14

---
### R

ran   32:20

read   26:6
30:20

reason   5:16

reasons   29:8

receive
28:10

received
6:24 7:21
9:18 10:15
14:14 17:9
19:5 23:1
25:21 34:1

recess   9:21
35:25

recollection
37:25 38:3

record   7:19
9:20 15:1,
3,5 20:3,4
23:19,20
35:12

regular
18:24
22:10

repackage
15:8

rephrase
4:25

report   22:13
29:24
30:14

reporter
4:17 7:22
9:19 10:16
14:15
17:10
19:6,8
23:2 25:22
34:2
41:15,18,
20

request
16:25

resort   18:4

respond   4:22

responses
4:20

responsibility
30:7

retired
15:12

rid   22:21

RIDDLE   4:7
7:16 9:8,
11,20
10:12,17
11:10
14:10
15:1,4
19:7,9

20:4 22:23
23:3,10,19
25:18,23
33:25
35:10,21
37:1
40:11,14
41:13

right-hand
34:20

rotate   23:15

rotated
23:16

rules   4:15

run   35:23

---
### S

sales   35:8

screen   7:17
9:14,23
10:18,20
11:11
14:17,21
23:6,16
26:2 33:23
34:4
35:17,18

scroll   7:24
8:2,16
19:24
31:20

sense   32:12
41:1

sentence

33:11

separate
36:14,15

separately
33:4

service
41:10

services
6:23 8:9
13:3

shaking   4:20

share   10:13
11:11
14:21
33:23

sharing
10:17
35:17

sheet   20:10
21:20
22:17 23:3

shifting
30:18

ship   12:3,4
13:20,22
14:2

shipments
29:9

shipped   7:4
14:4

shipper   29:5

shipping
8:13 13:24

KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC
Michael Mortorano on 11/10/2023

short   30:9

show   10:13
  14:9 17:6,
  7 22:22
  26:11
  33:18,21
  39:12 40:3

showed   16:18
  39:3,25
  40:15

showing   17:5
  20:20

shown   39:23

shows   24:4
  27:7

shrink   11:23
  13:10
  17:19
  18:21
  34:12,17
  38:5 39:17

sic   21:5

side   28:13,
  14,23

signed
  24:17,20

similar   6:7
  24:24

Sir   36:2

situation
  14:4 29:25

size   24:14

SKU   18:6,

11,13,14

SKUS   18:5,
  8,10

smalls   20:14
  24:5

sold   14:6

sort   12:4,6
  17:20
  18:1,20
  39:20

sorting
  18:20

speak   4:19

specifically
  38:7

SPERBER
  40:10
  41:19

standard
  34:15

States   29:10

Stern   6:15
  10:23 11:2
  13:3 15:15
  16:25
  26:13
  32:25
  36:2,5
  40:17

sticker
  10:3,8

stop   10:12
  11:10

stored   7:3

straight
  32:3

strip   11:18
  20:10
  28:16
  38:23

stripped
  13:7
  20:14,18
  21:7 38:8

stripping
  8:12

subject   5:9

supplied
  21:24

supposed
  24:4,6,8,
  10 28:7

sworn   4:4

synthetic
  11:5 27:18
  30:24

_____

_____
          T
_____

T-R-H-U   11:3

taking   4:17

talk   4:23

talked   37:10

talking
  34:10

Tallies

28:13

tally   19:4,
  10,18
  20:10
  21:20
  22:4,17,25
  23:3,14
  24:2 28:23

telling
  20:18

tells   13:13

testified
  4:5

testify
  5:13,17

thing   13:14

things   32:11
  40:17
  41:10

thought
  22:19

tier   12:16,
  18 34:15,
  17

time   4:19
  7:11 18:2
  37:3 38:24

today   5:3,17

told   21:13
  27:20
  28:15
  33:14 36:9
  38:11
  41:8,11

**KITCHEN WINNERS, NY., INC. -v- ROCK FINTEK, LLC**
Michael Mortorano on 11/10/2023          Index: top..zooming

top  10:23
 19:18
 20:11
 34:20

totally
 21:15

transcript
 41:16

trouble  35:4

truth  5:9

truthfully
 5:14

turn  20:1

turned  21:9

___

U

understand
 4:24 5:8
 33:2 39:14

understanding
 8:19,25
 31:15 36:4
 40:16

understood
 5:1 37:19

United  29:10

unloaded  7:1
 13:7 16:12

upload  9:15

___

V

variation

22:2,6,18

verbal  4:20

verify  28:17

versus  4:20

vessel  27:7

vice-president
 35:8

___

W

wait  4:21
 5:4

walk  12:23
 13:3 24:1

wanted  15:17
 26:11
 33:21

warehouse
 25:7,10,13
 34:7 35:5,
 15

warehouses
 5:23

weight  28:1

Weiner  36:22

Winners
 26:24
 32:23 33:5
 36:14
 39:5,7

wooden  11:21

work  5:20
 6:7,17

12:24
15:11
23:18
25:10 33:4
37:11,13

worked  41:7

worker  24:22

working  6:4,
 12 7:10

works  7:16

wrap  11:23
 13:10
 17:19
 18:21
 34:18

wrapped
 34:12 38:5

wrapping
 39:17

write  38:11
 39:6

wrong  6:19
 18:7
 21:10,15
 28:21
 29:12
 30:17

___

Y

years  6:6,14

York  27:9

___

Z

zoom  10:1
 26:5 34:22

zooming
 34:24,25