**EXHIBIT 40**



www.avriologistics.com

April 16, 2021

# JNS SERVICES CORP

BROOKLYN, NY 11205

PAYMENT DUE AS OF 4/15/2021   DETAILED BELOW

| | |
|---|---:|
| INV01324 - - - - - - | $2,080.00 |
| INV01332 - - - - - - | $2,225.00 |
| INV01353 - - - - - - | $3,070.25 |
| INV01354 - - - - - - | $2,515.40 |
| INV01376 - - - - - - | $4,750.00 |
| INV01381 - - - - - - | $3,455.00 |
| INV01385 - - - - - - | $1,744.00 |

**TOTAL :**          <u>**$19,839.65**</u>

PLEASE REMIT PAYMENT TO THE FOLLOWING:

**Receiving Bank:**
**BCB Community Bank**
591-595 Avenue C
Bayonne, NJ 07002
201-728-6960

BCB Account #2614000301
BCB Routing #021213520

Avrio Logistics, Inc
104 Ridge Road
Lyndhurst NJ 07071



EXHIBIT 1
Huseby.com

Avrio Logistics | 104 Ridge Road, Lyndhurst, NJ 07071 | (908) 662 5355



# Invoice

| | |
|---|---|
| **Invoice No.** | INV01324 |
| **Invoice Date** | 3/15/2021 |

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID:  JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

**Due Date** 3/15/2021
**Terms**

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| REFERENCE: STORAGE | | | | |
| Recurring Storage March 2021 | 26 | 16.00 | WEEKL | 416.00 |
| Recurring Storage March 2021 | 26 | 16.00 | WEEKL | 416.00 |
| Recurring Storage March 2021 | 26 | 16.00 | WEEKL | 416.00 |
| Recurring Storage March 2021 | 26 | 16.00 | WEEKL | 416.00 |
| Recurring Storage March 2021 | 26 | 16.00 | WEEKL | 416.00 |

*Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.*

| | |
|---|---|
| Subtotal: | $2,080.00 |
| Total Tax: | |
| Total: | $2,080.00 |

4/16/2021 9:48 AM                                                                 Page    1 of 1



# Invoice

**Invoice No.** INV01332
**Invoice Date** 3/23/2021

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID: JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

**Due Date** 3/23/2021
**Terms**

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| REFERENCE : 210308JNS | | | | |
| CROSS DOCK | 1 | 525.00 | Flat | 525.00 |
| Inspection | 1 | 100.00 | Flat | 100.00 |
| Recurring Storage | 100 | 16.00 | Pallet | 1,600.00 |

Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.

| | |
|---|---|
| Subtotal: | $2,225.00 |
| Total Tax: | |
| Total: | $2,225.00 |



# Invoice

| | | Invoice No. | INV01353 |
|---|---|---|---|
| | | Invoice Date | 3/24/2021 |

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID:  JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

| | | Due Date | 3/24/2021 |
|---|---|---|---|
| | | Terms | Due upon invoice |

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| REFERENCE : ZCSU7197695 - GMG Gloves | | | | |
| Yard Storage | 3 | 125.00 | Contain | 375.00 |
| DRAYAGE | 1 | 525.00 | Flat | 525.00 |
| Inspection | 1 | 100.00 | Flat | 100.00 |
| PROVIDE & PRINT LABELS | 55 | 0.55 | Pallet | 30.25 |
| Lumping Fee | 1 | 550.00 | Flat | 550.00 |
| Palletize and Shrinkwrap | 55 | 18.00 | Each | 990.00 |
| Recurring Storage ( One Time Rate * ) | 1 | 500.00 | Flat | 500.00 |

*Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.*

| | Subtotal: | $3,070.25 |
|---|---|---|
| | Total Tax: | |
| | Total: | $3,070.25 |



# Invoice

| | |
|---|---|
| Invoice No. | INV01354 |
| Invoice Date | 3/25/2021 |

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID: JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

**Due Date** 3/25/2021
**Terms** Due upon invoice

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| REFERENCE : TGBU9728693 - GMG | | | | |
| DRAYAGE | 1 | 525.00 | Flat | 525.00 |
| Inspection | 1 | 100.00 | Flat | 100.00 |
| PROVIDE & PRINT LABELS | 48 | 0.55 | Each | 26.40 |
| Lumping Fee | 1 | 550.00 | Flat | 550.00 |
| Palletize and Shrinkwrap | 48 | 18.00 | Pallet | 864.00 |
| Recurring Storage ( One Time Rate * ) | 1 | 450.00 | Flat | 450.00 |

*Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.*

| | |
|---|---|
| Subtotal: | $2,515.40 |
| Total Tax: | |
| Total: | $2,515.40 |

4/16/2021 9:49 AM

Page 1 of 1



# Invoice

| | |
|---|---|
| **Invoice No.** | **INV01376** |
| Invoice Date | 4/8/2021 |

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID: JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

Due Date    4/8/2021
Terms

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| REFERENCE: BEAU5492657 | | | | |
| CROSS DOCK | 1 | 525.00 | Flat | 525.00 |
| DRAYAGE | 1 | 525.00 | Flat | 525.00 |
| Handling IN | 55 | 12.00 | Pallet | 660.00 |
| Handling Out | 55 | 12.00 | Pallet | 660.00 |
| Inspection | 1 | 125.00 | Flat | 125.00 |
| Palletize and Shrinkwrap | 55 | 26.00 | Pallet | 1,430.00 |
| Recurring Storage | 55 | 15.00 | Pallet | 825.00 |

Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.

| | |
|---|---|
| Subtotal: | $4,750.00 |
| Total Tax: | |
| Total: | $4,750.00 |



# Invoice

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID: JNS

**Bill To:** JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Invoice No.** INV01381
**Invoice Date** 4/12/2021

**Warehouse** Main Warehouse

**Due Date** 4/12/2021
**Terms** Due upon invoice

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| Reference# MSMU7412259-Gloves | | | | |
| CROSS DOCK | 1 | 525.00 | Flat | 525.00 |
| DRAYAGE | 1 | 525.00 | Flat | 525.00 |
| Inspection | 1 | 125.00 | Flat | 125.00 |
| Handling IN | 40 | 12.00 | Pallet | 480.00 |
| Handling Out | 40 | 12.00 | Pallet | 480.00 |
| Pallet Purchase Fee | 40 | 15.00 | Pallet | 600.00 |
| Recurring Storage | 40 | 18.00 | Pallet | 720.00 |

*Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.*

|  |  |
|---|---|
| Subtotal: | $3,455.00 |
| Total Tax: | |
| Total: | $3,455.00 |



# Invoice

| | |
|---|---|
| **Invoice No.** | INV01385 |
| **Invoice Date** | 4/14/2021 |

**Remit To: Avrio Logistics**
104 Ridge Rd
Lyndhurst, New Jersey 07071-1243

908-662-5355

ID:  JNS

**Bill To:**  JNS SERVICES CORP
HERSHEY WEINER
155 Skillman Street
Brooklyn, NY 11205

**Warehouse**
Main Warehouse

| | |
|---|---|
| **Due Date** | 4/14/2021 |
| **Terms** | Due upon invoice |

| Service | Quantity | Rate | Per | Amount |
|---|---|---|---|---|
| Reference# March Storage | | | | |
| Recurring Storage | 109 | 16.00 | Pallet | 1,744.00 |

Acceptance of services from Avrio consents to our rates. You agree to the price stated unless you object in an email within 7 calendar days. The 40% discount reflected in this rate is withdrawn if payment not received as set forth on the invoice.

| | |
|---|---|
| Subtotal: | $1,744.00 |
| Total Tax: | |
| Total: | $1,744.00 |