**EXHIBIT 41**

**From:** Shalom Arik Maimon <ariknext@gmail.com>
**Sent:** Tuesday, June 01, 2021 11:09 PM EDT
**To:** Bradley Gilling <bg@rockfintek.com>; Thomas H. Kato <t@mhub.com>
**Subject:** Fwd: Quantities delivered and BOL's
**Attachment(s):** "4-26 pick up B.pdf","4-20 pick up A & B.pdf","4-26 pick up A.pdf","4-27 pick up.pdf","5-3 pick up A.pdf","5-5 pick up A.JPG","5-3 pick up B.pdf","5-5 pick up B.JPG","5-10 pick up B.pdf","5-10 pick up A.pdf","5-11 pick up A.pdf","5-11 pick up B.pdf","5-12 pick up A.pdf","5-11 pick up C.pdf","5-12 pick up B.pdf","5-13 pick up A.pdf","5-12 pick up C.pdf","5-19 MC001.pdf","5-19 MC002.pdf","5-19 MD003.pdf","5-19 MD004.pdf","5-19 MD006.pdf","5-19 MD007.pdf","5-20 MD005.pdf","5-20 MD008.pdf","5-21 MC013.pdf","5-24 MC014.pdf","5-24 MC012.pdf","5-24 MC015.pdf","5-24 MC016.pdf","5-24 MC019.pdf","5-24 MD009.pdf","5-25 MC018.pdf","5-25 MC025.pdf","5-28 MC023.pdf","5-25 MC024.pdf","5-28 MC021.pdf","5-28 MJ004.pdf","5-28 MJ006.pdf","qty delivered - Rock.xlsx"

Bradley and Thomas

Here is your BOL's as requested.

Thanks

Arik


---------- Forwarded message ---------
From: **hershey weiner** <weinerhershey@gmail.com>
Date: Tue, Jun 1, 2021 at 11:06 PM
Subject: Quantities delivered and BOL's
To: Thomas Kato <tk@rockfintek.com>, arik meimoun <ariknext@gmail.com>
CC: Mendel Banon <mendelbanon@gmail.com>, Joseph Weiner <hersheyweiner@gmail.com>

Hi,

Please see attached all BOL's for loads picked up, along with a spreadsheet of all the quantities.
Note, the 5th load from Friday, I didn't get the BOL yet.

CONFIDENTIAL



| Del Express | **BILL OF LADING: 78862** |
| 63 Flushing Ave, Building 292 | **PICKUP DATE:** 4/20/2021 |
| Brooklyn, NY 11205 | |
| Tel. 718-237-2445 Fax. 718-237-2543 | **SHIPPERS NO.** 1 |
| info@delx.com | |

**Load: 78862**                    **CARRIER: UTMOST INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons<br>**Dims: L: 40 Inches W: 48 Inches H: 70 Inches Dim Weight:** 692.78 PCF<br>**Density: 15.43** | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | | |

| Pickup Date: 4/20/2021 Ready: 9:00 AM Close: 5:00 PM | **Total Weight: 36000** |
|---|---|

(Place Pro Label Here)
TRAILER NUM = 4962 1
SEAL NUM = 290508.49

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:78862
guaranteed 04/23 6 am delivery
**Additional Services:**

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | 4-20-21 | PER | DATE/TIME |
| CARRIER UTMOST INC | JM | PER | DATE/TIME 4 20 21 |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78862

**CONFIDENTIAL**                                                                                    **RF_000579**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 78863**

| PICKUP DATE: |
| 4/20/2021 |

| SHIPPERS NO. |
| 1 |

## Load: 78863                    CARRIER: H & O TRANSPORT INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

*(handwritten: Trailer# Seq)# 2970508/)*

| Shipping Units | HM' | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2495 Cartons<br>Dims: L: 40 Inches W: 48 Inches H: 70 Inches Dim Weight:<br>692.78 PCF<br>Density: 15.43 | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | | |

| Pickup Date: 4/20/2021 Ready: 9:45 AM Close: 4:45 PM | Total Weight: 36000 |
|---|---|

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO:<br>Del Express<br>63 Flushing Ave, Unit 258<br>Brooklyn, NY 11205 |
|---|---|

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:78863
guaranteed delivery 04/26 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of this shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  MD 3PL | 4-20-2 | PER | DATE/TIME |
|---|---|---|---|
| CARRIER  H & O TRANSPORT INC | | PER | DATE/TIME  4-20-21 |
| CONSIGNEE  Dimerco | | PER | DATE/TIME |

* HM Indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78863

                                        RF_000581



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78916**

PICKUP DATE:
4/26/2021

SHIPPERS NO.

## Load: 78916    CARRIER: STONE SOLID EXPRESS

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 4/26/2021 Ready: 2:00 PM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|

Seal# 29050897
Trailer# 59669

28 pallets

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

3RD PARTY BILL FREIGHT PREPAID TO:
**Del Express**
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:78916
Guaranteed delivery 04/30 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning the person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | | 4-2(-21 | PER | | DATE/TIME |
|---|---|---|---|---|---|
| CARRIER STONE SOLID EXPRESS | | | PER | | DATE/TIME 6/120 |
| CONSIGNEE Dimerco | | | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

### Track your Shipment at Del Express

Load #: 78916

CONFIDENTIAL

RF_000583



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78915**

| PICKUP DATE: |
| 4/26/2021 |
| SHIPPERS NO. |

**Load: 78915**          **CARRIER: Bhullar transportllc**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL - | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
|  | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 2920 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 4/26/2021 Ready: 9:00 AM Close: 5:00 PM | | | Total Weight: 37000 | |

| . (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050892<br>Trailer # 170643 | Del Express<br>63 Flushing Ave, Unit 258<br>Brooklyn, NY 11205 |

28 pallets

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:78915**
guaranteed delivery 04/29 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | 4 - 26 - 21 | PER | | DATE/TIME |
|---|---|---|---|---|
| CARRIER Bhullar transportllc | | PER | | DATE/TIME 4/26/21 |
| CONSIGNEE Dimerco | | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78915

CONFIDENTIAL



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 78956**

| PICKUP DATE: | |
|---|---|
| | 4/27/2021 |
| SHIPPERS NO. | |

## Load: 78956               CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | **PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 27 Pallets | | 3000 cartons | 100 | 37000 lbs |
| 27 Pallets - on 27 Pallets(48 x 48) | | | | 54 Ln ft |
| Pickup Date: 4/27/2021 Ready: 2:00 PM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050867 Trailer # 9917 | **Del Express** **63 Flushing Ave, Unit 258** **Brooklyn, NY 11205** |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _____ | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>_____<br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS: Load:78956**
Guaranteed delivery 05/03 2 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | MD 3PL | Autonio 4-27-71 | PER | DATE/TIME c: 4:47 pm |
|---|---|---|---|---|
| CARRIER | Hd Carriers Inc | | PER | DATE/TIME |
| CONSIGNEE | Dimerco | Jen Oslobue | PER | 4:47PM DATE/TIME 4/27/21 |

\* HM indicates Hazardous Material                STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

\*\*\*\*\* DRIVER MUST VERIFY PIECE COUNTS\*\*\*\*\*\* \*\*\*\*\* DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP\*\*\* \*\*\*\*\* NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL\*\*\*\* COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 78956

CONFIDENTIAL                                                                    RF_000587

 **delexpress**

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79044**

PICKUP DATE:
5/3/2021

SHIPPERS NO.

## Load: 79044     CARRIER: Go Neal Logistics

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy. |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 29 30 Pallets | | 3000    Cartons | 100 | 37000 lbs |
| 29 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| | | Pickup Date: 5/3/2021. Ready: 1:45 PM Close: 3:00 PM | | Total Weight: 37000 |

29 pallets total
Trailer #164681
Seal #29050894

(Place Pro Label Here)

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7. If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79044
Guaranteed delivery 05/07 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of this shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | _Humberto_ | PER 5-3-21 | DATE/TIME 6:19 |
|---|---|---|---|
| CARRIER Go Neal Logistics | _Laurence brian_ | PER 5/3/21 | DATE/TIME 6:19 PST |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL, NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79044

**CONFIDENTIAL**            **RF_000636**

# MD3P LOGISTICS LOAD TALLY SHEET

| TRAILER INSPECTION | |
|---|---|
| TRL SWEPT CLEAN? | YES - NO |
| DAMAGED CEILING? | YES - NO |
| DAMAGED WALLS? | YES - NO |
| HOLES IN TRL? | YES - NO |
| GRAFFITI? | YES - NO |
| TOTAL TIME: | |

PICK UP# Hermes Gloves
TRAILER# 164081
CARRIER: Go Neal Logistics
VENDOR:
LOADED BY: /jyahjulo

DATE LOADED: 5-3-21
DOOR# 4
START TIME:
COMPLETE TIME:
SEAL# 2205089

| PO # | PICK TICKET # | STORE/DC | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | 120 | 30 | | | | | | | | | | | | 150 |
| M | | | 98 | 98 | 98 | 98 | 98 | 98 | 96 | 96 | 98 | 98 | 98 | 98 | 79 | 79 | 1276 |
| L | | | 126 | 126 | 126 | 126 | 124 | 124 | 126 | 126 | 126 | 126 | | | | | 1275 |
| XL | | | 126 | 126 | 48 | | | | | | | | | | | | 300 |

COMMENTS:

CONFIDENTIAL

RF_000638



**delexpress**

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79043**

| PICKUP DATE: | |
|---|---|
| | 5/3/2021 |
| SHIPPERS NO. | |

## Load: 79043        CARRIER: TY TRANSPORTATION INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000   cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/3/2021 Ready: 8:45 AM Close: 6:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050869 Trailer # D323 28 Pallets Total | **Del Express** 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS: Load:79043**
Guaranteed delivery for 5/7 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and its assigns.

| SHIPPER MD 3PL | Humberto | PER | 5-3-21 | DATE/TIME 5:08pm |
|---|---|---|---|---|
| CARRIER TY TRANSPORTATION INC | | PER | | DATE/TIME 5-3-2002 |
| CONSIGNEE Dimerco | | PER | | DATE/TIME |

\* HM indicates Hazardous Material        STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, If failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79043

CONFIDENTIAL

RF_000639

# MD3P LOGISTICS LOAD TALLY SHEET

PICK UP#:
TRAILER#: B323 6 boxes
CARRIER: TY Transportation Inc
VENDOR: Dimerco

DATE LOADED: 5-3-21
DOOR#:
START TIME: 7:00
COMPLETE TIME: 5:10
SEAL# 2905 08 6 9

LOADED BY: Humbello

| PO # | PICK TICKET # | STORE/ DC | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | PALLET CTN COUNT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | | | 112 | 138 | | | | | | | | | | | | | |
| L | | | 126 | 112 | 126 | 112 | 112 | 112 | 126 | 94 | 98 | 84 | | | | | |
| XL | | | 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 | 126 | | | | | | |
| | | | 112 | 48 | | | | | | | | | | | | | |

**TRAILER INSPECTION**

| | |
|---|---|
| TRL SWEPT CLEAN? | YES - NO |
| DAMAGED CEILING? | YES - NO |
| DAMAGED WALLS? | YES - NO |
| HOLES IN TRL? | YES - NO |
| GRAFFITI? | YES - NO |
| TOTAL TIME: | |

COMMENTS:

CONFIDENTIAL

RF_000641



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delex.com

**BILL OF LADING: 79046**

| PICKUP DATE | 5/5/2021 |
|---|---|
| SHIPPERS NO. | |

## Load: 79046          CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockafeler Ave | 1351 Veterans Pkwy. |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#909007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets – on 30 Pallets(48 x 40) | | | 50 Ln ft | |
| | Pickup Date  5/5/2021 Ready: 8:00 AM Close: 6:00 PM | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |
|---|---|

By _____

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load 79046
Guaranteed delivery for 5/9 11pm
Additional Services:

| SHIPPER MD 3PL | PER | DATE/TIME 5/5/21 |
|---|---|---|
| CARRIER Hd Carriers Inc | PER | DATE/TIME 05/05/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* Hm indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Violations such as ... (shrink wrap pallet) will not be accepted and will not insulate carrier from liability ... shipping units received is less than indicated above.
***** DRIVER MUST VERIFY ... DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP ... AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL ... and without MONEY on hand and should be remitted to Del Express ... Guaranteed shipments must deliver on the requested day ...

Del Express

**delexpress**

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING** 79045

PICKUP DATE: 5/5/2021

SHIPPER BOL NO:

Load: 79045

**CARRIER: Hd Carriers Inc**

SHIPPER (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
( ) -
Phone numbers provided for carrier convenience
Contact:

CONSIGNEE (TO)
Dimerco
1351 Veterans Pkwy
Clarksville, IN 47129
( ) -
Phone numbers provided for carrier convenience
Contact:
PO#9900007555

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| | | | | 60 Ln ft |

30 Pallets - on 30 Pallets(48 x 48)

Pickup Date: 5/5/2021 Ready: 9:00 AM Close: 6:00 PM

Total Weight: 37000

(Place Pro Label Here)

26 (HU)

Seal # 2905 0836

Trailer # HD

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

(SIGNATURE OF CONSIGNOR)

PER          DATE/TIME  5/5

PER  Judson Sinn  DATE/TIME  5/5-2

PER          DATE/TIME  5-15

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

... confirm the accuracy of the information contained in this bill of lading and ...

... STC (said to contain), SWP (shrink wrap pallet) will not be accepted and w...
... event that the number of shipping units received is less than indica...

... RPANCIES MUST BE REPORTED WITH...
... ORIZED WITHOUT PRIOR
... without MONEY on hand and sh...
... Guaranteed shipments must

track your shipment at Del Express



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: sarah

**BILL OF LADING: 79027**

| PICKUP DATE: | |
|---|---|
| | 5/10/2021 |
| SHIPPERS NO. | |
| | 79027 |

**Load: 79027**   **CARRIER:** *Golden Tiger Transportation.*

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| (732) 554-8600 | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/10/2021 Ready: 9:00 AM Close: 6:00 PM | | | Total Weight: 37000 | |

(Place Pro Label Here)

Seal # 29050877
Trailer # 5389

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79027
Guarantee delivery for 5/14 8:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | MD 3PL | *Turn over to* | PER | | DATE/TIME | 5/10/21 |
|---|---|---|---|---|---|---|
| CARRIER | *Golden Tiger Transportation.* | | PER | | DATE/TIME | 5/10/2021 |
| CONSIGNEE | Dimerco | | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79027

CONFIDENTIAL

RF_000588



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79029**

| PICKUP DATE: |
| 5/10/2021 |
| SHIPPERS NO. |

**Load: 79029**          **CARRIER: R2V TRUCKING INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 26 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 26 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/10/2021 Ready: 10:15 AM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050876 Trailler # 1008 26 pallets | **Del Express** **63 Flushing Ave, Unit 258** **Brooklyn, NY 11205** |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.  By | Shipment Value Not Specified.  Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or. declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  (SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79029
Guaranteed Delivery 5/14 6:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  MD 3PL | 5-10-21 | PER | | DATE/TIME |
|---|---|---|---|---|
| CARRIER  R2V TRUCKING INC | SINGH | PER | iyl | DATE/TIME 05/10/21 |
| CONSIGNEE Dimerco | | PER | | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL.**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79029

CONFIDENTIAL

RF_000589



delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: feiga gruber

DOOR #9

**BILL OF LADING: 79026**

| PICKUP DATE: |
|---|
| 5/11/2021 |
| SHIPPERS NO. |
| 79026 |

**Load: 79026** **CARRIER: BAL TRUCKING INC**

| **SHIPPER** (FROM) | **CONSIGNEE** (TO) |
|---|---|
| MD 3PL<br>821 S. Rockefeller Ave<br>Ontario, CA 91761<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco<br>1351 Veterans Pkwy,<br>Clarksville, IN 47129<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>**PO#9900007555** |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 37000 lbs |
| 30 Pallets - on 30 Pallets(48 x 40 in) | | | 50 Ln ft | |
| Pickup Date: 5/11/2021 Ready: 11:00 AM Close: 3:00 PM | | | Total Weight: **37000** | |

| (Place Pro Label Here) | **3RD PARTY BILL FREIGHT PREPAID TO:** |
|---|---|
| Trailler #W37886<br>Seal # 29050809<br>26 pallets total | **Del Express**<br>**63 Flushing Ave, Unit 258**<br>**Brooklyn, NY 11205** |

| | | | |
|---|---|---|---|
| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79026
Delivery appointment set for 5/14 7:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| | | | |
|---|---|---|---|
| SHIPPER MD 3PL [signature] 5-11-21 | PER | DATE/TIME | |
| CARRIER BAL TRUCKING INC Sukhchain | PER [signature] | DATE/TIME | 5-11-21 |
| CONSIGNEE Dimerco | PER | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79026

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79030**

| PICKUP DATE: | |
|---|---|
| | 5/11/2021 |
| SHIPPERS NO. | |

**Load: 79030**           **CARRIER: DELTA CARRIERS INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| (732) 554-8600 | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 25 Pallets | | 2877 Cartons | 100 | 35,21? lbs |
| 25 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/11/2021 Ready: 10:15 AM Close: 6:00 PM | | | Total Weight: 37000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050856 Trailer # 9109 25 pallets total. | **Del Express** **63 Flushing Ave, Unit 25B** **Brooklyn, NY 11205** |

| | Shipment Value Not Specified | Subject to the conditions of section 7, if this |
|---|---|---|
| This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. **By** | Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79030
Guaranteed Delivery 5/14 10 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing class fication NMFC 100 on the date of the shipment. Shipper hereby, certifies that he is familiar with all the bill of lading terms and conditions in the governing class fication NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | PER | DATE/TIME |
|---|---|---|
| CARRIER DELTA CARRIERS INC | PER | DATE/TIME 05-11-21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79030

CONFIDENTIAL

RF_000591



| Del Express | BILL OF LADING: 79233 |
|---|---|
| 63 Flushing Ave, Building 292 | |
| Brooklyn, NY 11205 | PICKUP DATE: 5/11/2021 |
| Tel. 718-237-2445 Fax. 718-237-2543 | |
| info@delx.com | SHIPPERS NO. 79 |
| Dispatcher: levi samuel | |

## Load: 79233     CARRIER: KORDUN EXPRESS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 905 Wineville Ave | 2260 Midlothian Road |
| Unit B Door 20 | Mundelein, IL 60060 |
| Ontario, CA 91761 | ( ) - |
| ( ) - | Phone numbers provided for carrier convenience |
| Phone numbers provided for carrier convenience | Contact: |
| Contact: | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | / | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/11/2021 Ready: 11:15 AM Close: 4:30 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |
|---|---|

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7 of this shipment is to be delivered to the consignee without recourse on the consignor. The consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79233**
Gurenteed Delivery Friday 5/14 7 am
Additional Services:

SEAL   09175001

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER   MD 3PL | PER | DATE/TIME  5/11 |
|---|---|---|
| CARRIER  KORDUN EXPRESS INC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

### Track your Shipment at Del Express

Load #: 79233

CONFIDENTIAL                                                                                 RF_000592

*DOOR #9*

**del express**

Del Express
63 Flushing Ave. Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79235**

| PICKUP DATE: |
| --- |
| 5/12/2021 |
| SHIPPERS NO. |
| 79 |

**Load: 79235**          **CARRIER: Hd Carriers Inc**

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| MD 3PL | dimarco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
|  | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 2 7Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 27 Pallets - on 28 Pallets(48 x 48) | | | 56 Ln ft | |
| Pickup Date: 5/12/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| Seal # 24050759 Trailer #W86721 27 Pallets Total | **Del Express** 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.  By | Shipment Value Not Specified. Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  (SIGNATURE OF CONSIGNOR) |
| --- | --- | --- | --- |

**SPECIAL INSTRUCTIONS: Load:79235**
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | | S-/2-2/ | PER | | DATE/TIME |
| --- | --- | --- | --- | --- | --- |
| CARRIER Hd Carriers Inc | | | PER | | DATE/TIME 5/12/21 |
| CONSIGNEE dimarco | | | PER | | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79235

RF_000593



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

*DOCR #12*

**BILL OF LADING: 79234**

| PICKUP DATE: |
| --- |
| 5/12/2021 |
| SHIPPERS NO. |
| 79 |

## Load: 79234      CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 26 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/12/2021 Ready: 6:15 AM Close: 5:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| Seal # 29050751 | **Del Express** |
| Trailer # HD113 | **63 Flushing Ave, Unit 258** |
| 26 pallets total | **Brooklyn, NY 11205** |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _____ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
| --- | --- | --- | --- |

**SPECIAL INSTRUCTIONS:** Load:79234
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | | PER | DATE/TIME |
| --- | --- | --- | --- |
| | 5-12-21 | | |
| CARRIER Hd Carriers Inc | forge | PER | DATE/TIME 5-12-21 |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material      STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

### Track your Shipment at Del Express

Load #: 79234

**CONFIDENTIAL**      **RF_000594**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79236**

| PICKUP DATE: | |
| --- | --- |
| | 5/11/2021 |
| SHIPPERS NO. | |
| | 7 |

## Load: 79236                 CARRIER: Hd Carriers Inc

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 26 Pallets | | 3,000 CTNS | 100 | 36000 lbs |
| 2 Pallets | | | | |
| Pickup Date: 5/11/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| Seal # 29050752 | **Del Express** |
| Trailler # Hde-205 | **63 Flushing Ave, Unit 258** |
| | **Brooklyn, NY 11205** |

| 26 pallets | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By | Shipment Value Not Specified,

Note - Where the rate is dependant on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79236
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said forms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | Antonio | PER | DATE/TIME 5-12-21 |
| --- | --- | --- | --- |
| CARRIER Hd Carriers Inc | Jason Smn | PER | DATE/TIME 5-12-2 |
| CONSIGNEE Dimerco | | PER | DATE/TIME |

* HM indicates Hazardous Material                 STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79236

**CONFIDENTIAL**                                                                                 **RF_000595**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

DOOR # 20

**BILL OF LADING: 79310**

| PICKUP DATE: |
| 5/13/2021 |

| SHIPPERS NO. |
| 7 |

**Load: 79310**          **CARRIER: Hd Carriers Inc**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | Dimerco |
| 821 S. Rockefeller Ave | 1351 Veterans Pkwy, |
| Ontario, CA 91761 | Clarksville, IN 47129 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| Pallets | | 3000 Cartons | 100 | 36000 lbs |
| Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/13/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal # 29050760 Trailer # 637241 26 pallets total | Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _____ | Shipment Value Not Specified.<br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS:** Load:79310
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL Alexander Roman | PER Alx | DATE/TIME 05/13/21 |
|---|---|---|
| CARRIER Hd Carriers Inc | PER Jorge | DATE/TIME 5/13/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79310

CONFIDENTIAL                                            RF_000596



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79317**

| PICKUP DATE |
| --- |
| 5/19/2021 |

| SHIPPERS NO. |
| --- |
| 7 |

**Load: 79317**            **CARRIER: STAFFORD TRUCKING INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy. |
| Elk Grove Village, IL 60007 | Mount Juliet, TN 37122 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 9:00 AM Close: 5:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| 22 pLT'S | Del Express |
| | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

| | | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.  By _____ | Shipment Value Not Specified  Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.  _____ (SIGNATURE OF CONSIGNOR) |
| --- | --- | --- | --- | --- |

**SPECIAL INSTRUCTIONS:** Load:79317
guaranteed delivery 5/20 5:30 am
**Additional Services:**

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | | DATE/TIME |
| --- | --- | --- | --- | --- |
| CARRIER | STAFFORD TRUCKING INC | PER | | DATE/TIME |
| CONSIGNEE | Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material                STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express unless otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79317

CONFIDENTIAL                                    RF_000597



Del Express
63 Flushing Ave  Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79318**

| PICKUP DATE | |
|---|---|
| | 5/19/2021 |
| SHIPPERS NO | |
| | 7 |

**Load: 79318**

## CARRIER: DORRE TRUCKING TRANSPORTATION LLC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Mount Juliet, TN 37122 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 8:00 AM Close: 5:00 PM | | | Total Weight: 36000 | |

*(handwritten: 27)*

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| *(handwritten: 27 pLTS)* | **Del Express** |
| | **63 Flushing Ave, Unit 258** |
| | **Brooklyn, NY 11205** |

| | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS: Load:79318**
guaranteed delivery 5/20 6 am *(handwritten: PO# MC002)*
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | *(signature)* | DATE/TIME | 5/17/21 |
|---|---|---|---|---|---|
| CARRIER | DORRE TRUCKING TRANSPORTATION LLC | PER | *(signature)* Owner | DATE/TIME | 5/19/21 |
| CONSIGNEE | Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

### Track your Shipment at Del Express

Load #: 79318



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax  718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79320**

| PICKUP DATE. |
| --- |
| 5/19/2021 |

| SHIPPERS NO |
| --- |
| 7 |

## Load: 79320    CARRIER: W EXPRESS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Romulus, MI 48174 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready. 6:15 AM Close: 5:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| PO#MD003 | Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |

| | Shipment Value Not Supplied | Subject to the conditions of section 7 of the shipment is to be delivered to the consignee without recourse on the consignor the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| --- | --- | --- |
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. By | Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | (SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79320
Guaranteed delivery 5/20 3:45 am
Additional Services

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL America | PER Jay Boyle | DATE/TIME 5/9/21 |
| --- | --- | --- |
| CARRIER W EXPRESS INC | PER Dusan Antic | DATE/TIME 5/19/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79320

CONFIDENTIAL

RF_000601



Del Express
63 Flushing Ave, Building 252
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79319**

| PICKUP DATE | |
|---|---|
| | 5/19/2021 |
| SHIPPERS NO. | |
| | 7 |

**Load: 79319**                    **CARRIER: GLOBAL FREIGHT LINES INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Romulus, MI 48174 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| X Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 8:00 AM Close: 5:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| PO# MD004 | **Del Express** |
| | 63 Flushing Ave, Unit 258 |
| | **Brooklyn, NY 11205** |

seal #

Gro462357

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

By

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property

Subject to the conditions of section 7, if this shipment is to be delivered to the Consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79319
Guaranteed Delivery 5/20 4:30 am
Additional Services:

SLC

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL America | PER | | DATE/TIME |
|---|---|---|---|---|
| CARRIER | GLOBAL FREIGHT LINES INC | PER | | DATE/TIME |
| CONSIGNEE | Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79319

**CONFIDENTIAL**                    **RF_000603**



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79315**

| PICKUP DATE | |
|---|---|
| | 5/19/2021 |
| SHIPPERS NO | |
| | 7 |

**Load: 79315**  **CARRIER: WINDY CITY CARRIERS INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 2260 Midlothian Road |
| Elk Grove Village, IL 60007 | Mundelein, IL 60060 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| PO# 4D00 6 | **Del Express** |
| | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified
Note - Where the rate is dependent on value, shippers are required to state or waiving the agreed in declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79315
Guaranteed delivery 5/20 6:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and this said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER | | DATE/TIME |
|---|---|---|---|
| CARRIER  WINDY CITY CARRIERS INC | PER | | DATE/TIME |
| CONSIGNEE  Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79315

CONFIDENTIAL

RF_000605



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79316**

| PICKUP DATE: | |
|---|---|
| | 5/19/2021 |
| SHIPPERS NO | |
| | 7 |

## Load: 79316      CARRIER: VMB TRANSPORTATION INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 2260 Midlothian Road |
| Elk Grove Village, IL 60007 | Mundelein, IL 60060 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/19/2021 Ready: 8:30 AM Close: 5:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| PO# MDOO7 | **Del Express** |
| | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

Sel #
UL-CD13154

This is to certify that the above-named articles are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified

Note – Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79316
Guaranteed delivery by 5/20 6 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of this shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL America | PER | JRt Paul C | DATE/TIME 7/19/2 |
|---|---|---|---|
| CARRIER VMB TRANSPORTATION INC | PER | VASrL | DATE/TIME 05-19.2021 |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

\* HM indicates Hazardous Material      STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

\*\*\*\*\* DRIVER MUST VERIFY PIECE COUNTS\*\*\*\*\*\* \*\*\*\*\* DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP\*\*\* \*\*\*\*\* NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL\*\*\*\* COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79316

CONFIDENTIAL      RF_000607



Del Express
63 Flushing Ave. Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79321**

| PICKUP DATE | |
|---|---|
| 5/20/2021 | |
| SHIPPERS NO | |
| | 7 |

**Load: 79321**      **CARRIER: YANKEE FREIGHT SYSTEMS LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Charlestown, IN 47111 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/20/2021 Ready: 4:15 AM Close: 4 45 PM | | | Total Weight: 36000 | |

24)

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| PO# HD005 | **Del Express** |
| | **63 Flushing Ave, Unit 258** |
| | **Brooklyn, NY 11205** |

Seal# 4899081

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79321**
Guerenteed delivery 5/21 10:30 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER  Jay Bric | DATE/TIME  5/20/21 |
|---|---|---|
| CARRIER  YANKEE FREIGHT SYSTEMS LLC | PER  Milos Radivojevic | DATE/TIME |
| CONSIGNEE  Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated. Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79321

CONFIDENTIAL                                              RF_000609



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79314**

| PICKUP DATE | |
|---|---|
| | 5/20/2021 |
| SHIPPERS NO. | |
| | 7 |

Load: 79314

## CARRIER: ALWAYS THERE EXPRESS CORPORATION

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Charlestown, IN 47111 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/20/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

(Place Pro Label Here)

PO# MD008

Seal #
4#9908

3RD PARTY BILL FREIGHT PREPAID TO:
**Del Express**
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipper I Value Not Specified

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

By _____

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

SPECIAL INSTRUCTIONS: Load:79314
Guaranteed delivery by appointment 5/21 8:30am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with the all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER | DATE/TIME |
|---|---|---|
| CARRIER  ALWAYS THERE EXPRESS CORPORATION | PER | DATE/TIME 5/20/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

## Track your Shipment at Del Express

Load #: 79314

CONFIDENTIAL

RF_000611



Del Express
63 Flushing Ave. Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax  718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79323**

| PICKUP DATE |
| --- |
| 5/14/2021 |

| SHIPPERS NO. |
| --- |
| 7 |

**Load: 79323**     **CARRIER: BEST TRUCKING LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Charlestown, IN 47111 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/14/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

| (Place Pro Label Here)  PO#MC013 | 3RD PARTY BILL FREIGHT PREPAID TO: Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |
| --- | --- |

Seal #
36779090

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79323**
Guaranteed delivery Monday 5/24 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER  Jay Back | DATE/TIME 5/21/21 |
| --- | --- | --- |
| CARRIER  BEST TRUCKING LLC | PER  Sal | DATE/TIME 5/21/21 |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79323

CONFIDENTIAL

RF_000613



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79324**

| PICKUP DATE: | 5/24/2021 |
|---|---|
| SHIPPERS NO. | 7 |

## Load: 79324                 CARRIER: BEST TRUCKING LLC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Charlestown, IN 47111 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| Pallets | | 3000 Cartons | 100 | 36000 lbs |

30 Pallets - on 30 Pallets(48 x 48)

| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 5:00 PM | Total Weight: **36000** |
|---|---|

(Place Pro Label Here)

MDO09

Sel #
4899049

| 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|
| **Del Express** |
| 63 Flushing Ave, Unit 258 |
| Brooklyn, NY 11205 |

| | | |
|---|---|---|
| This is to certify, that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By _____ | Shippers Value Not Specified<br><br>Note: Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS:** Load:79324
Guaranteed delivery on appointment 5/25 5:30 am
Additional Services

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL America | PER | Tar Baric | DATE/TIME 5/24/2 |
|---|---|---|---|
| CARRIER BEST TRUCKING LLC | PER | | DATE/TIME 5/24/2 |
| CONSIGNEE Dimerco | PER | | DATE/TIME / / |

\* HM indicates Hazardous Material            STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above
\*\*\*\*\* DRIVER MUST VERIFY PIECE COUNTS\*\*\*\*\*\* \*\*\*\*\* DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP\*\*\* \*\*\*\*\* NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL\*\*\*\* COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

### Track your Shipment at Del Express

Load #: 79324

CONFIDENTIAL

RF_000624



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79326**

| PICKUP DATE: | |
|---|---|
| | 5/24/2021 |
| SHIPPERS NO | |
| | 7 |

**Load: 79326**

## CARRIER: ROAD FALCONS INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 1351 Veterans Pkwy, |
| Elk Grove Village, IL 60007 | Charlestown, IN 47111 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact: |
| | PO#9900007555 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 3:30 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| #MC012 | **Del Express** |
| | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

Sel#
4899047

Trak is to certify that the above-named materials are propaly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified.
Note : Where this rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 2, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79326**
Guaranteed delivery on appointment 5/25 9:15 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER | Jay Burke | DATE/TIME |
|---|---|---|---|
| CARRIER  ROAD FALCONS INC | PER | | DATE/TIME |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79326

CONFIDENTIAL



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79325**

| PICKUP DATE | |
|---|---|
| | 5/24/2021 |
| SHIPPERS NO | |
| | 7 |

## Load: 79325                    CARRIER: PAWPOL INC

**SHIPPER (FROM)**
ACL America
2475 TOUHY AVE STE#100, DOCK#1-7
Elk Grove Village, IL 60007
( ) -
Phone numbers provided for carrier convenience
Contact: Jay

**CONSIGNEE (TO)**
Dimerco
1351 Veterans Pkwy,
Charlestown, IN 47111
( ) -
Phone numbers provided for carrier convenience
Contact:
PO#9900007555

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | |
| Pickup Date: 5/24/2021 Ready: 9:00 AM Close: 4:30 PM | | | Total Weight: 36000 | |

(Place Pro Label Here)

MCO14

Sel #
4899050

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79325**
Guaranteed delivery 5/25 7:15 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL America | PER | | DATE/TIME |
|---|---|---|---|
| CARRIER PAWPOL INC | PER | | DATE/TIME |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79325

CONFIDENTIAL                                                        RF_000617



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79464**

| PICKUP DATE | |
|---|---|
| | 5/24/2021 |
| SHIPPERS NO. | |

## Load: 79464  CARRIER: MUZOM TRANSPORTATION INC

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 8551 N Boardwalk Ave |
| Elk Grove Village, IL 60007 | Kansas City, MO 64120 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: Jay | Contact: |
| | PO#9900007846 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 cartons | 100 | 0 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: 0 | |

(Place Pro Label Here)

MC015

Sel #
4899009

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

This is to certify that the above named materials and property classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified

Note: Where the rate is dependent on value, shippers are required to state specifically the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79464**
guaranteed delivery 5/25 4am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL America | PER | Sat Bailey | DATE/TIME | 5/24/21 |
|---|---|---|---|---|
| CARRIER  MUZOM TRANSPORTATION INC | PER | | DATE/TIME | 5/24/21 |
| CONSIGNEE Dimerco | PER | | DATE/TIME | |

* HM indicates Hazardous Material

STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79464

CONFIDENTIAL

RF_000619



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx com
Dispatcher: David

**BILL OF LADING: 79463**

| PICKUP DATE |
| --- |
| 5/24/2021 |

| SHIPPERS NO. |
| --- |

## Load: 79463        CARRIER: GRAND ONE LLC

| SHIPPER (FROM) | CONSIGNEE (TO) |
| --- | --- |
| ACL America | Dimerco |
| 2475 TOUHY AVE STE#100, DOCK#1-7 | 8551 N Boardwalk Ave |
| Elk Grove Village, IL 60007 | Kansas City, MO 64120 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007846 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
| --- | --- | --- | --- | --- |
| 30 Pallets | | 3000 cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/24/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: **36000** | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
| --- | --- |
| μCO16 | **Del Express** |
| | **63 Flushing Ave, Unit 258** |
| | **Brooklyn, NY 11205** |

| Self | | | |
| --- | --- | --- | --- |
| 4899010 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. By | Shipment Value Not Specified NOTE - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS: Load:79463**
guaranteed delivery 4 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination, it is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER   ACL America | PER | Jay Basil | DATE/TIME 5/24/2 |
| --- | --- | --- | --- |
| CARRIER  GRAND ONE LLC | PER | | DATE/TIME 5/24/21 |
| CONSIGNEE Dimerco | PER | | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79463

CONFIDENTIAL                                                                    RF_000621



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2643
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79458**

| PICKUP DATE | |
|---|---|
| | 5/24/2021 |
| SHIPPERS NO. | |

**Load: 79458**                     **CARRIER: Alias Trucking Company**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL<br>1118 Beltway Parkway<br>Laredo, TX 78045<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact: | Dimerco    *nane*<br>25 Heyward St<br>Katy, TX 77494      X   *LEONAR*<br>( ) -<br>Phone numbers provided for carrier convenience<br>Contact:<br>PO#9900007851,     *786 473 1136* |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 10:30 AM Close: 3:30 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO:<br>Del Express<br>63 Flushing Ave, Unit 258<br>Brooklyn, NY 11205 |
|---|---|

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified<br>Note: Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

**SPECIAL INSTRUCTIONS: Load:79458**
guaranteed delivery 10:30 am
leonar 786 473 1136
Additional Services:

*IRL# 1953*
*Seal# 837446*

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery of said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER Alias Trucking Company | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load # 79458

CONFIDENTIAL                                                    RF_000623

　
683                                                                                     11 = 1cc F



delexpress

Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79466**

PICKUP DATE:
5/25/2021

SHIPPERS NO.

## Load: 79466                    CARRIER: SECURE XPRESS LLC

| SHIPPER (FROM) | CONSIGNEE (TO)   *Nand* |
|---|---|
| ACL | Dimerco |
| 1118 Beltway Parkway | 27 38th st |
| Laredo, TX 78045 | Oklahoma City, OK 73179 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007845 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/25/2021 Ready: 11:00 AM Close: 6:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| 25 pallets | **Del Express** |
| 2874 front | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, of this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79466**
guaranteed delivery 5/26 4 am
Additional Services:

Secure Express
TRL# 43574   Sed#8314 Q

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC-100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER   ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER   SECURE XPRESS LLC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and
revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will
not insulate carrier from liability in the event that the number of shipping units received is less than indicated
above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN
48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR
AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should
be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must
deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #. 79466                    Miguel Hinojosa   (713)898-8324

CONFIDENTIAL                                                                    RF_000626





Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79455**

| PICKUP DATE. |
|---|
| 5/24/2021 |

| SHIPPERS NO. |
|---|
| |

**Load: 79455**   **CARRIER: RMZ TRANSPORT LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL | Dimerco |
| 118 Beltway Parkway | 25 Heyward St |
| Laredo, TX 78045 | Katy, TX 77494 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007851 |

Consignee handwritten: Name Juan Ramirez  X  Juan Ramirez   Cell 956 206 70 02

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/24/2021 Ready: 10:30 AM Close: 6:00 PM | | | Total Weight: 36000 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: Del Express 63 Flushing Ave, Unit 258 Brooklyn, NY 11205 |
|---|---|

| | This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation. By | Shipment Value Not Specified. Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. (SIGNATURE OF CONSIGNOR) |
|---|---|---|---|

| SPECIAL INSTRUCTIONS: Load:79455 |
|---|
| Guaranteed delivery by 5/25 10:30 am    *RL #53093*    *Bol # 837445* |
| Additional Services: |

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER | ACL | PER | DATE/TIME |
|---|---|---|---|
| CARRIER | RMZ TRANSPORT LLC | PER | DATE/TIME |
| CONSIGNEE | Dimerco | PER | DATE/TIME |

* HM Indicates Hazardous Material    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79455

CONFIDENTIAL

RF_000627

345824



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79520**

PICKUP DATE
5/25/2021

SHIPPERS NO.
7

## Load: 79520       CARRIER: Ep Hauling

**SHIPPER** (FROM)
ACL
1118 Beltway Parkway
Laredo, TX 78045
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE** (TO)
Dimerco
8551 N Boardwalk Ave
Auburndale, FL 33823
( ) -
Phone numbers provided for carrier convenience
Contact:

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 cartons | 100 | 38000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/25/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 38000 | |

(Place Pro Label Here)

28 pallets

2800 count

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

Shipment Value Not Specified.

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79520
gaurenteed delievry 05/27 8 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER   ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER   Ep Hauling | PER | DATE/TIME |
| CONSIGNEE   Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material       STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79520

CONFIDENTIAL       RF_000628



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79522**

| PICKUP DATE: |
| 5/28/2021 |
| SHIPPERS NO. |
| 1 |

**Load: 79522**          **CARRIER: WINDY CITY CARRIERS INC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL | Dimerco |
| 1118 Beltway Parkway | 8551 N Boardwalk Ave |
| Laredo, TX 78045 | Auburndale, FL 33823 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 0 Pallets | | cartons | 100 | 0 lbs |
| 0 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 0 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| | **Del Express** |
| | **63 Flushing Ave, Unit 258** |
| | **Brooklyn, NY 11205** |

| | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>By | Shipment Value Not Specified.<br><br>Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property. | Subject to the conditions of Section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>(SIGNATURE OF CONSIGNOR) |

| SPECIAL INSTRUCTIONS: Load:79522 | | | |
|---|---|---|---|
| GAURNTEED DELIEVRY 6/1 430 AM | | | |
| Additional Services: | | | 904 909 0911 |

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER  WINDY CITY CARRIERS INC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load # 79522

CONFIDENTIAL          RF_000632



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79470**

| PICKUP DATE: |
| 5/23/2021 |
| SHIPPERS NO. |
| 1 |

**Load: 79470**      **CARRIER:** Best Loads.

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | acl |
| 821 S. Rockefeller Ave | 1118 Beltway Parkway |
| Ontario, CA 91761 | Laredo, TX 78045 |
| (310) 493-9257 | (773) 330-1892 |
| Phone numbers provided for carrier convenience. | Phone numbers provided for carrier convenience |
| Contact: | Contact: Jay Back |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 1 trailer | | 1804 CTNS. | N/A | 38500 lbs |
| 1 trailer | | | | |
| Pickup Date: 5/23/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 38500 | |

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| Seal# 29050902 | **Del Express** |
| Trailer # G16712 | 63 Flushing Ave, Unit 258 |
| 28 pallets | Brooklyn, NY 11205 |

S = 160
L = 1369
M = 1175
XL = 100

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By _____

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79470
Gaurenteed delivery 05.26
Mj004
Additional Services:

5/26/21

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | PER | DATE/TIME 5/23/2 |
|---|---|---|
| CARRIER Best Loads. | PER Brae Gar | DATE/TIME 05-23-21 |
| CONSIGNEE acl | PER | DATE/TIME |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79470



Del Express
63 Flushing Ave. Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2643
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79525**

PICKUP DATE.
5/28/2021

SHIPPERS NO
1

**Load: 79525**          **CARRIER: INR TRANSPORT LLC**

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL | Dimerco |
| 1118 Beltway Parkway | 8551 N Boardwalk Ave |
| Laredo, TX 78045 | Perryville, MD 21903 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#9900007846 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | 60 Ln ft | |
| Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 36000 | |

(Place Pro Label Here)

INR #PLT7003
Seal# 837523

3 = 100
M = 1175
L = 1517
XL = 109

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

By

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79525**
Guaranteed delivery 6/1 4am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of this shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER  ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER  INR TRANSPORT LLC | PER | DATE/TIME |
| CONSIGNEE  Dimerco | PER | DATE/TIME |

* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79525

CONFIDENTIAL                    RF_000634



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com

**BILL OF LADING: 79472** (7)

| | |
|---|---|
| PICKUP DATE: | 5/23/2021 |
| SHIPPERS NO. | 1 |

## Load: 79472          CARRIER: Integrity Transportation

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| MD 3PL | acl |
| 821 S. Rockefeller Ave | 1118 Beltway Parkway |
| Ontario, CA 91761 | Laredo, TX 78045 |
| (310) 493-9257 | (773) 330-1892 |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: Jay Back |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 1 trailer | | 2961 CTNS. | N/A | 38500 lbs |
| 1 trailer | | | | |
| Pickup Date: 5/23/2021 Ready: 12:00 AM Close: 12:00 AM | | | Total Weight: 38500 | |

(Place Pro Label Here)

Seal # 29050903
Trailer# V 531731
29 pallets

S = 160.
M = 1175.
L = 1517.
XL = 109.

**3RD PARTY BILL FREIGHT PREPAID TO:**
**Del Express**
**63 Flushing Ave, Unit 258**
**Brooklyn, NY 11205**

Shipment Value Not Specified.
Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

By

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS: Load:79472**
Gaurenteed deliveey 05-25 4pm
MJ006
Additional Services:

5/25/21

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER MD 3PL | Antonio | PER | 5-23-21 | DATE/TIME | 1:20 pm |
|---|---|---|---|---|---|
| CARRIER Integrity Transportation | | PER | 5-23-21 | DATE/TIME | 1:20 pm |
| CONSIGNEE acl | | PER | | DATE/TIME | |

* HM indicates Hazardous Material          STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.
To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.
***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79472

CONFIDENTIAL



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: levi samuel

**BILL OF LADING: 79452**

PICKUP DATE:
5/28/2021

SHIPPERS NO.

## Load: 79452     CARRIER: ROGUE CARRIER INC

**SHIPPER (FROM)**
ACL
1118 Beltway Parkway
Laredo, TX 78045
( ) -
Phone numbers provided for carrier convenience
Contact:

**CONSIGNEE (TO)**
Dimerco
1351 Veterans Pkwy,
Prattville, AL 36066
(347) 385-2357
Phone numbers provided for carrier convenience
Contact:
PO#9900007850

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 30 Pallets | | 3000 Cartons | 100 | 36000 lbs |
| 30 Pallets - on 30 Pallets(48 x 48) | | | | 60 Ln ft |
| | | Pickup Date: 5/28/2021 Ready: 6:00 AM Close: 4:00 PM | | Total Weight: 36000 |

(Place Pro Label Here)

**3RD PARTY BILL FREIGHT PREPAID TO:**
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205

Shipment Value Not Specified
Note: Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

By

Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

(SIGNATURE OF CONSIGNOR)

**SPECIAL INSTRUCTIONS:** Load:79452
Guaranteed delivery by appointment 6/1 5:45 am
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC, 100 on the date of this shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER ROGUE CARRIER INC | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

* HM Indicates Hazardous Material      STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load # 79452

CONFIDENTIAL

RF_000629

DOCK #3



# Bill of Lading
## Tonersworld

Page 1 of 1
All pages must be signed

**Document Date:** 2021-05-24

**UF Reference #:** UF-5940330786

**PO #:** UF-5940330786

**Carrier:** ESGO TRANSPORT INC

**Driver:** OMAR ESCOBAR

**Equipment Type:** Van

## Pickup

**Location**
MD3PL
13310 Valley Blvd
Fontana, CA 92335

**Time**
May 24, 2021
8:00 AM – 5:00 PM PDT

**Pickup #**
UF-5940330786/ MC021

## Dropoff

**Location**
ACL
1118 Beltway parkway
Laredo, TX 78045

**Time**
May 27, 2021
8:00 AM CDT

**Dropoff #**
UF-5940330786

3,000 ctns = SM/350     MD/900     L/1450     XL/300

## Customer Order

**Quantity**
32

**Packaging**
Pallet

**Commodity**
Medical Gloves

**Weight**
35,000

Seal # 290050904
Trailler # 68012 52014
Humberto Halmdce

**Shipper Signature**

5-24-21
**Date**

**Carrier Signature**

5-24-21
**Date**

Eula Gonzalez
5/27/21
**Consignee Signature**

**Date**

**Time in**        **Time out**

**Time in**        **Time out**

Arranged by
## Uber Freight

Sign up with Uber Freight at t.uber.com/shipper-signup

CONFIDENTIAL

RF_000630



Del Express
63 Flushing Ave, Building 292
Brooklyn, NY 11205
Tel. 718-237-2445 Fax. 718-237-2543
info@delx.com
Dispatcher: David

**BILL OF LADING: 79521**

| PICKUP DATE: |
| 5/28/2021 |

| SHIPPERS NO. |
| 1 |

## Load: 79521                     CARRIER: Ep Hauling

| SHIPPER (FROM) | CONSIGNEE (TO) |
|---|---|
| ACL | Dimerco |
| 1118 Beltway Parkway | 8551 N Boardwalk Ave |
| Laredo, TX 78045 | Auburndale, FL 33823 |
| ( ) - | ( ) - |
| Phone numbers provided for carrier convenience | Phone numbers provided for carrier convenience |
| Contact: | Contact: |
| | PO#900007847 |

| Shipping Units | HM* | Kinds of Packaging, Description of Articles Special Marks and Exceptions | CLASS | WEIGHT |
|---|---|---|---|---|
| 0 Pallets | | 0cartons | 100 | 0 lbs |
| 0 Pallets - on 30 Pallets(48 x 48) | | 2074 cartons | 60 Ln ft | |

Pickup Date: 5/28/2021 Ready: 12:00 AM Close: 12:00 AM | Total Weight: **0**

| (Place Pro Label Here) | 3RD PARTY BILL FREIGHT PREPAID TO: |
|---|---|
| GNW TRL # 4966603 | Del Express |
| Seal# 8375D6 | 63 Flushing Ave, Unit 258 |
| | Brooklyn, NY 11205 |

| GM=300 PO=1200 2G=1074 XL=300 | This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.    By | Shipment Value Not Specified

Note - Where the rate is dependent on value, shippers are required to state in writing the agreed or declared value of the property | Subject to the conditions of section 7, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
|---|---|---|---|
| | | najapo Opti | (SIGNATURE OF CONSIGNOR) |

**SPECIAL INSTRUCTIONS: Load:79521**       786-853-1747
Guaranteed delivery 6/1 6:30 pm
Additional Services:

RECEIVED, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned and destined as indicated above which said carrier (the word carrier being understood throughout the contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification NMFC 100 on the date of the shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification NMFC 100 and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

| SHIPPER ACL | PER | DATE/TIME |
|---|---|---|
| CARRIER Ep Hauling | PER | DATE/TIME |
| CONSIGNEE Dimerco | PER | DATE/TIME |

\* HM indicates Hazardous Material                    STRAIGHT BILL OF LADING (ORIGINAL NON-NEGOTIABLE)

To Shipper: Please review and confirm the accuracy of the information contained in this bill of lading and revise as needed.

To Carrier: Notations such as STC (said to contain), SWP (shrink wrap pallet) will not be accepted and will not insulate carrier from liability in the event that the number of shipping units received is less than indicated above.

***** DRIVER MUST VERIFY PIECE COUNTS****** ***** DISCREPANCIES MUST BE REPORTED WITHIN 48 HOURS OF PICK UP*** ***** NO ADDITIONAL SERVICES AUTHORIZED WITHOUT PRIOR AUTHORIZATION FROM DEL**** COD shipments may not be delivered without MONEY on hand and should be remitted to Del Express except otherwise indicated Carrier agrees that Guaranteed shipments must deliver on the requested day, if failed to comply all charges will be waived

**Track your Shipment at Del Express**

Load #: 79521

CONFIDENTIAL                    RF_000631

RF_000644

7:18 PM 05/27/21  Accrual Basis

## Kitchen Winners NY  Sales by Item Detail  All Transactions

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | Type | | Num | | | | Qty |
| 1 | | 1 | Invoice | | 1703 | | | | 29,200 |
| 2 | | 2 | Invoice | | 1704 | | | | 24,950 |
| 3 | | 3 | Invoice | | 1705 | | | | 29,200 |
| 4 | | 4 | Invoice | | 1706 | | | | 29,200 |
| 5 | | 5 | Invoice | | 1730 | | | | 30,000 |
| 6 | | 6 | Invoice | | 1707 | | | | 30,000 |
| 7 | | 7 | Invoice | | 1708 | | | | 30,000 |
| 8 | | 8 | Invoice | | 1709 | | | | 30,000 |
| 9 | | 9 | Invoice | | 1710 | | | | 30,000 |
| 10 | | 10 | Invoice | | 1711 | | | | 30,000 |
| 11 | | 11 | Invoice | | 1712 | | | | 30,000 |
| 12 | | 12 | Invoice | | 1713 | | | | 30,000 |
| 13 | | 13 | Invoice | | 1714 | | | | 28,740 |
| 14 | | 14 | Invoice | | 1715 | | | | 30,000 |
| 15 | | 15 | Invoice | | 1716 | | | | 30,000 |
| 16 | | 16 | Invoice | | 1717 | | | | 30,000 |
| 17 | | 17 | Invoice | | 1746 | | | | 30,000 |
| 18 | | 18 | Invoice | | 1718 | | | | 30,000 |
| 19 | | 19 | Invoice | | 1719 | | | | 30,000 |
| 20 | | 20 | Invoice | | 1720 | | | | 30,000 |
| 21 | | 21 | Invoice | | 1721 | | | | 30,000 |
| 22 | | 22 | Invoice | | 1722 | | | | 30,000 |
| 23 | | 23 | Invoice | | 1723 | | | | 30,000 |
| 24 | | 24 | Invoice | | 1724 | | | | 30,000 |
| 25 | | 25 | Invoice | | 1728 | | | | 30,000 |
| 26 | | 26 | Invoice | | 1729 | | | | 90,000 |
| 27 | | 27 | Invoice | | 1727 | | | | 30,000 |
| 28 | | 28 | Invoice | | 1731 | | | | 30,000 |
| 29 | | 29 | Invoice | | 1732 | | | | 30,000 |
| 30 | | 30 | Invoice | | 1733 | | | | 30,000 |
| 31 | | 31 | Invoice | | 1734 | | | | 30,000 |
| 32 | | 32 | Invoice | | 1735 | | | | 30,000 |
| 33 | | 33 | Invoice | | 1736 | | | | 30,000 |
| 34 | | 34 | Invoice | | 1737 | | | | 28,000 |
| 35 | | 35 | Invoice | | 1738 | | | | 28,000 |
| 36 | | 36 | Invoice | | 1739 | | | | 28,740 |
| 37 | | 37 | Invoice | | 1749 | | | | 30,000 |
| 38 | | 38 | Invoice | | 1750 | | | | 28,740 |
| 39 | | 39 | Invoice | | 1751 | | | | 28,040 |
| 40 | | 40 | Invoice | | 1752 | | | | 29,610 |
| 41 | | | | | | | | | 1,182,420 |
| 42 | | | | | | | | | 1,182,420 |

Sheet1

CONFIDENTIAL

Page #P of 2

RF_000645

7:16 PM 05/27/21  Accrual Basis

**Kitchen Winners NY  Sales by Item Detail**  All Transactions

Sheet1

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| 45 |  |  |  |  |  |  |  | 1,182,420 |

CONFIDENTIAL