# EXHIBIT 42

**From:** joel lefkowitz <joellefkowitz11211@gmail.com>
**Sent:** Thursday, February 25, 2021 12:55 AM EST
**To:** Joel Stern <9070854@gmail.com>; David Rubin <dlr858@gmail.com>; bhbhmmm@gmail.com <bhbhmmm@gmail.com>
**CC:** Joseph Weiner <hersheyweiner@gmail.com>
**Subject:** Fwd: JNS invoice
**Attachment(s):** "1621.pdf","1621 Packing list.xlsx","HBL-VITFE2102150 .pdf"



Team,

See attached paper work and invoice from yesterday container,

Hopefully more coming tomorrow

---------- Forwarded message ---------
From: **Joseph Weiner** <hersheyweiner@gmail.com>
Date: Tue, Feb 23, 2021, 3:40 PM
Subject: JNS invoice
To: joel lefkowitz <joellefkowitz11211@gmail.com>


Hi,
Please see attached documents for JNS, with tracking below.


http://www.hmm21.com/

# PACKING LIST

**TO:JNS**  Kitchen Winners NY

Date: 2021/2/8

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - cm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | non sterile powder free synthetic nitrile protection gloves - size: S | 500 | 33.5*25.8*24.8 | 10 | 0.021 | 10.717 | 4.50 | 2250.00 | 5.44 | 2720.00 |
| 2 | non sterile powder free synthetic nitrile protection gloves - size: M | 500 | 33.5*25.8*24.8 | 10 | 0.021 | 10.717 | 5.00 | 2500.00 | 5.94 | 2970.00 |
| 3 | non sterile powder free synthetic nitrile protection gloves - size: L | 1700 | 33.5*25.8*24.8 | 10 | 0.021 | 36.439 | 5.50 | 9350.00 | 6.43 | 10930.00 |
| 4 | non sterile powder free synthetic nitrile protection gloves - size: XL | 300 | 33.5*25.8*24.8 | 10 | 0.021 | 6.430 | 6.00 | 1800.00 | 6.93 | 2080.00 |
| | Total: | 3000 | | | | 57.874 | | 14100.00 | | 18700.00 |

CONTAINER #: KOCU4758119
VESSEL/VOYAGE: HYUNDAI AMBITION V.0028E
PORT OF LOADING: QING DAO, CHINA
PORT OF DISCHARGE: NEW YORK, USA
ETD: 18-Feb-21

PL#A

# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 2/23/2021 | 1621 |

| Bill To | Ship To |
|---|---|
| JNS Services Corp.<br>155 Skillman St<br>Brooklyn NY 11205 | JNS Services Corp.<br>155 Skillman St<br>Brooklyn, NY 11205 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 2/23/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 500 | 4015190000 | Container #KOCU4758119<br>Nitrile Gloves size Small as per specs | 110.00 | 55,000.00 |
| 500 | 4015190000 | Nitrile Gloves size Medium as per specs | 110.00 | 55,000.00 |
| 1,700 | 4015190000 | Nitrile Gloves size Large as per specs | 110.00 | 187,000.00 |
| 300 | 4015190000 | Nitrile Gloves size Ex Large as per specs | 110.00 | 33,000.00 |

**Total**   $330,000.00

# BILL OF LADING

| SHIPPER/EXPORTER | DOCUMENT NO. | B/L NO. VITFE2102150 |
|---|---|---|
| HUIQIAO INTERNATIONAL (SHANGHAI) CO. LTD<br>ADD:ROOM 402, LANE 280, NO. 2, HONG JING RD<br>SHANGHAI, CHINA+86-021-34722151 | EXPORT REFERENCES | |

| CONSIGNEE | ALSO NOTIFY PARTY |
|---|---|
| KITCHEN WINNERS INC<br>1134 53RD ST. BROOKLYN, NY 11219 USA<br>TEL:+13862146300 | |

| NOTIFY PARTY | FORWARDING AGENT |
|---|---|
| SAME AS CONSIGNEE | U.S.SHIPPING,INC.<br>19907 E WALNUT DR S. STE C,<br>CITY OF INDUSTRY, CA 91789<br>TEL:626-284-8833X236 FAX:626-284-8897<br>CONTACT:TARZAN TANG |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | ONWARD INLAND ROUTING | |
|---|---|---|---|
| VESSEL VOYAGE<br>HYUNDAI AMBITION 0028E | PORT OF LOADING<br>QINGDAO,CHINA | | |
| PORT OF DISCHARGE<br>NEW YORK | PLACE OF DELIVERY<br>NEW YORK | FOR TRANSSHIPMENT TO | FINAL DESTINATION(FOR THE MERCHANT'S REF) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO.OF CONT OR OTHER PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MEDCARE | 3000 CARTONS | SHIPPER'S LOAD,COUNT & SEAL<br>(1X40'HQ) CONTAINER S.T.C.<br>CY-CY<br>NON STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | 18700.000KGS | 64.000CBM |
| | | | LADEN ON BOARD | FEB,18,2021 |
| CONTAINER/SEAL NO.:<br>KOCU4758119/193671496/40'HQ/3000 CARTONS/18,700.000KGS/64.000CBM | | | | |
| | | SAY ONE(1X40'HQ)CONTAINER ONLY | | |

| FREIGHT AND CHARGES REVENUE TONS RATE PER | PREPAID | COLLECT | |
|---|---|---|---|
| FREIGHT COLLECT | | | The surrender of the original order bill of lading property endorsed shall be required before the delivery of the property. Inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or given in writing by the shipper |

RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing. on the front and reverse of this Bill of Lading to which the Merchant agress by accepting this Bill of Lading, any local privileges and customs notwithstanding.

The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier.

In WITNESS whereof three (3) original Bill of Lading has been signed if not otherwise stated above, the same being accomplishing the other(s), if any, to be void. If required by the Carrier three (3) original Bill of Lading must be surrendered duly endorsed in exchange for the Goods or delivery order.

Place and date of issue FEB,18,2021
Signed on behalf of the Carrier

by  AS AGENT FOR THE CARRIER:HYUNDAI

TOTAL