**EXHIBIT 43**

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KITCHEN WINNERS NY INC.,

*Plaintiff,*

-against-

ROCK FINTEK LLC,

*Defendant.*

Civil Action No. 22-cv-05276-PAE

---

ROCK FINTEK LLC,

*Counterclaim and Third-Party Plaintiff,*

-against-

KITCHEN WINNERS NY INC.,

*Counterclaim Defendant,*

and

ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN

*Third-Party Defendants.*

## DECLARATION OF CHUNRONG LI

1.     I, Chunrong Li, am over eighteen years-old and provide this declaration on my personal knowledge.

2.      In late 2020 I became acquainted with Thomas Kato and his company Rock Fintek LLC. I understood that Rock Fintek was in the business of buying and selling personal protective equipment (PPE). At that time I was also involved in the PPE business.

3.      I communicated with Mr. Kato and his colleague Bradley Gilling primarily via WhatsApp chats and by telephone.

4.      In early February 2021, I was in discussions with an individual named Bruno Azra who presented an offer from someone named Joel Stern to sell to Rock Fintek MedCare brand Nitrile Exam Gloves for $15 a box.

5.      Mr. Azra forwarded to me paperwork from Mr. Stern regarding the gloves, which paperwork I forwarded to Mr. Kato and Mr. Gilling via WhatsApp. There was no question in my mind that this paperwork came from the seller, Mr. Stern, and was intended for Rock Fintek to demonstrate the nature of the gloves being sold and to convince Rock Fintek to buy the gloves.

6.      The paperwork I forwarded to Rock Fintek via WhatsApp includes files shown as attachments in the following lines in the WhatsApp chat between me and Mr. Kato/Mr. Gilling:

[2/2/21, 9:50:16 AM] Ms Li: CT41939.doc (1).pdf <attached: 00000879-CT41939.doc (1).pdf>

[2/2/21, 9:50:41 AM] Ms Li: <attached: 00000880-PHOTO-2021-02-02-09-50-41.jpg>

[2/3/21, 3:37:56 PM] Ms Li: HBL - STSH2012206 (1584).pdf • 2 pages <attached: 00000958-HBL -STSH2012206 (1584).pdf>

[2/3/21, 3:37:57 PM] Ms Li: HBL - STSH2012103 (1582).pdf • 2 pages <attached: 00000959-HBL -STSH2012103 (1582).pdf>

[2/3/21, 3:37:59 PM] Ms Li: HBL - STSH2012150 (1583).pdf • 2 pages <attached: 00000960-HBL -STSH2012150 (1583).pdf>

[2/5/21, 2:59:02 PM] Ms Li: INVOICE JNS-ROCK FINTEK.pdf • 1 page <attached: 00001049-INVOICE JNSROCK FINTEK.pdf>

[2/9/21, 1:18:20 PM] Ms Li: CT41939.doc (1).pdf <attached: 00001187-CT41939.doc (1).pdf>

[2/9/21, 1:24:58 PM] Ms Li: <attached: 00001188-PHOTO-2021-02-09-13-24-58.jpg>

[2/9/21, 1:24:59 PM] Ms Li: <attached: 00001189-PHOTO-2021-02-09-13-24-59.jpg>

[2/9/21, 1:24:59 PM] Ms Li: <attached: 00001190-PHOTO-2021-02-09-13-24-59.jpg>

[2/9/21, 1:31:43 PM] Ms Li: <attached: 00001192-PHOTO-2021-02-09-13-31-43.jpg>

[2/9/21, 1:32:17 PM] Ms Li: <attached: 00001194-PHOTO-2021-02-09-13-32-17.jpg>

7.      For a short period of time, I acted as an intermediary for written and telephone communications between Mr. Stern and Rock Fintek.

8.      From time to time, Mr. Azra forwarded to me communications from Mr. Stern to forward to Rock Fintek. I would copy and paste emails from Mr. Stern into WhatsApp chats to Rock Fintek. At other times, I facilitated arranging telephone calls with Mr. Stern. Examples of such communications can be seen on pages 27, 28, 31, 34, 35, 41, 42, 44, 50, 51, and 52 of the enclosed WhatsApp chat (Exhibit A).

9.      As seen above, on February 3, 2021, I forwarded from Mr. Stern three Bills of Lading to Rock Fintek, which I understood were Bills of Lading for the three specific containers of gloves that Mr. Stern sold to Rock Fintek.

10.     After my initial involvement, I understand that Mr. Stern began communicating directly with Rock Fintek and I was no longer involved. I received a commission for the transaction that I facilitated.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY ON THIS 15ᵗʰ DAY OF MARCH 2024:

_____   March 15, 2024.
Chunrong Li

3

[11/5/20, 12:32:13 PM] Ms. Li Gloves Chat: Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them.
[11/5/20, 12:32:13 PM] Tommy H. Kato created group "Ms. Li Gloves Chat"
[11/5/20, 12:32:13 PM] Tommy H. Kato added you
[11/5/20, 12:32:28 PM] Tommy H. Kato: Ms. Li put everything in this chat
[11/5/20, 12:35:09 PM] Tommy H. Kato: （海尔）20201030- Standard Sales Contract-english.docx • 17 pages <attached: 00000005-（海尔）20201030- Standard Sales Contract-english.docx>
[11/5/20, 12:35:56 PM] Ms Li: Ok
[11/5/20, 12:35:57 PM] Tommy H. Kato: Bradly take a look at the contract  and if it looks good maybe let's have the lawyers read it.
[11/6/20, 11:36:00 AM] Ms Li: Hi, any updates?
[11/7/20, 7:06:42 AM] Ms Li: Just received this offer from a different source. They offer $9.9 usd per box(100 pieces) for existing stocks includes air shipping to anywhere in the US and Europe. And for cranberry the price is $28 usd per box (300 pieces).
[11/7/20, 7:07:18 AM] Ms Li: <attached: 00000010-PHOTO-2020-11-07-07-07-18.jpg>
[11/7/20, 9:05:38 AM] Tommy H. Kato: Sounds to good to be true
[11/7/20, 9:06:47 AM] Ms Li: Both offer that I presented here are handled by very reliable groups in China.
[11/7/20, 9:07:44 AM] Ms Li: We can give a small trial order to test the water.
[11/7/20, 9:15:19 AM] Tommy H. Kato: Ok let's do it
[11/7/20, 9:15:38 AM] Ms Li: And I will send my own people to follow up
[11/7/20, 9:16:16 AM] Ms Li: Which brand, what quantity?
[11/7/20, 10:23:41 AM] Tommy H. Kato: I am not sure. But Alex cost is $3.50 per box of 100 for air freight. So it does not sound real
[11/7/20, 10:28:02 AM] Ms Li: We say in Chinese "dogs have dog route while cats have their own"
[11/7/20, 10:30:11 AM] Tommy H. Kato:
[11/7/20, 3:57:47 PM] Tommy H. Kato: <attached: 00000020-Jerry Jie Li Lawyer China.vcf>
[11/7/20, 3:58:05 PM] Tommy H. Kato: Rock Fintek is the company
Thomas Kato
[11/7/20, 4:04:20 PM] Ms Li: Very good.  Thanks.
[11/7/20, 7:17:34 PM] Ms Li: Where does the first load of gloves go to (destination)? What brand do you want?
[11/7/20, 7:27:35 PM] Tommy H. Kato: Chicago
[11/7/20, 7:27:59 PM] Ms Li: What brand do you want?
[11/7/20, 7:29:07 PM] Tommy H. Kato: The best
[11/7/20, 7:29:33 PM] Ms Li: Which is? Do you want Intco?
[11/7/20, 7:55:08 PM] Tommy H. Kato: Ok
[11/9/20, 3:43:39 PM] Ms Li: Hi, we will get the draft contract later this evening for Cranberry gloves. The contract will be for 5 million boxes (300 pieces per box) in stock. Ready for shipping. As we discussed, the trial shipment will be 250,000 boxes by air. And the rest of the 5 million boxes will be shipped by sea. We will deal with the lawyer for  Cranberry directly. So we will put the money into the lawyer's account as an escrow account. Once we get the BL, the fund will be released to the seller. The price is $19.80 FOB Malaysia.
[11/9/20, 3:47:55 PM] Ms Li: So let's get ready for the draft contract later this evening, if everything is agreed, let's arrange to get the 250,000 shipped asap. I feel very confident with my dear friend for about 30 years involved. But still we only pay for each shipment. Even to the escrow account.
[11/9/20, 4:21:59 PM] Tommy H. Kato: Let's do 100k boxes first.
[11/9/20, 4:22:26 PM] Ms Li: Sure.
[11/9/20, 4:23:36 PM] Ms Li: They are very happy that you have people in Malaysia.
[11/11/20, 11:19:34 AM] Tommy H. Kato: Hello, Any update?
[11/11/20, 11:23:29 AM] Ms Li: Still negotiate with them. Please wait.
[11/11/20, 11:42:42 AM] Tommy H. Kato: Please move it along. I need these gloves ASAP.
[11/11/20, 11:43:24 AM] Tommy H. Kato: What the best price I can get for 5 million GLOVES right now. I have a client very low.
[11/11/20, 11:44:09 AM] Brad: Thomas, 5 million gloves or 5 million boxes?
[11/11/20, 11:46:40 AM] Ms Li: 5 million boxes.
[11/11/20, 11:46:48 AM] Tommy H. Kato: No gloves

**000001**

[11/11/20, 11:47:12 AM] Tommy H. Kato: I need something small to give them until you secure the other order
[11/11/20, 11:47:29 AM] Ms Li: Got it.
[11/11/20, 2:18:10 PM] Tommy H. Kato: Actually I need 10,000 boxes now air freight. You have them somewhere?
[11/11/20, 2:18:57 PM] Ms Li: Yes, I will know by this evening.
[11/11/20, 2:19:23 PM] Tommy H. Kato: Top priority
[11/11/20, 2:20:34 PM] Ms Li: Got it.
[11/11/20, 2:58:25 PM] Tommy H. Kato: Make it 100,000 boxes
[11/11/20, 2:59:01 PM] Ms Li: Ok.
[11/11/20, 7:31:19 PM] Brad: Hey Ms Li, we need to really get a deal done. We have PO's for gloves needing to be fulfilled. It's urgent we get 100,000 boxes of 100 immediately

We need to airfreight them in ASAP
[11/11/20, 7:32:19 PM] Ms Li: I got it. I am working on it.
[11/11/20, 7:34:09 PM] Brad: We have large order PO's we are sitting on behind this spot order for 100,000 boxes. We need a reliable source to work with us long term
[11/11/20, 7:34:56 PM] Ms Li: I know. Let me push.
[11/11/20, 8:16:52 PM] Ms Li: Do we have proof of fund available?
[11/11/20, 8:17:10 PM] Ms Li: For 100,000 boxes only?
[11/11/20, 8:20:30 PM] Tommy H. Kato: <attached: 00000055-PHOTO-2020-11-11-20-20-30.jpg>
[11/11/20, 8:23:08 PM] Ms Li: This message was deleted.
[11/11/20, 10:57:27 PM] Ms Li: 100,000 boxes (or 150,000 boxes) of Hartalega Nitrile gloves, 100 pieces per box, $8.10 per box FOB, in stock in Manila, Philippines. LC payment.
[11/11/20, 10:58:22 PM] Ms Li: This message was deleted.
[11/11/20, 11:06:11 PM] Ms Li: Please let me know immediately if we want to proceed with this one or not. Thanks.
[11/11/20, 11:36:01 PM] Tommy H. Kato: I can take a 150,000,
[11/11/20, 11:37:20 PM] Tommy H. Kato: I can wire funds once Alex tells me has verified them and can take them.
[11/11/20, 11:38:11 PM] Ms Li: Can Alex take them in Manila?
[11/11/20, 11:39:05 PM] Tommy H. Kato: Let's tell Alex in the other chat and see what he says
[11/11/20, 11:39:29 PM] Ms Li: Ok
[11/12/20, 1:21:08 AM] Ms Li: *Ready Stock - Kimberly Clark KC500*
Qty: 300,000
Price: USD8.90/box of 100pcs: FOB Malaysia

SOP:
- issue PO & bank draft or draft LC
- view stock
- make payment

KC warehouse.
[11/12/20, 1:21:17 AM] Ms Li: Another offer.
[11/12/20, 3:35:22 AM] Ms Li: Good morning, Mr. Kato, can you please write what we agreed between you and me? Thank you.
[11/12/20, 5:37:46 AM] Ms Li: RUN template  SPA  12112020 2.docx <attached: 00000068-RUN template SPA  12112020 2.docx>
[11/12/20, 8:39:11 AM] Tommy H. Kato: Brad can do that
[11/12/20, 8:51:48 AM] Ms Li: Thank you. And also let's fill in this purchase agreement. Seller is in the office waiting.
[11/12/20, 8:52:17 AM] Tommy H. Kato: We didn't get verification?
[11/12/20, 12:42:02 PM] Ms Li: Hi, Mr. Kato, can both you and Mr. Bradly please send me your business cards?
[11/12/20, 12:48:57 PM] Brad: bg@rockfintek.com
[11/12/20, 1:17:24 PM] Ms Li: Hi, I am waiting for the email back with more details information of Rock Fintech so we can proceed. Thank you.

000002

[11/12/20, 2:44:40 PM] Ms Li: FIntek.docx <attached: 00000075-FIntek.docx>
[11/12/20, 3:00:13 PM] Tommy H. Kato: <attached: 00000076-PHOTO-2020-11-12-15-00-13.jpg>
[11/12/20, 3:41:52 PM] Ms Li: 150k Hartalega SPA (1) 12112020.docx <attached: 00000077-150k Hartalega SPA (1) 12112020.docx>
[11/12/20, 3:42:11 PM] Ms Li: The above is a revised one.
[11/12/20, 3:43:17 PM] Ms Li: 150k Hartalega SPA (1) 12112020.docx <attached: 00000079-150k Hartalega SPA (1) 12112020.docx>
[11/12/20, 3:43:42 PM] Ms Li: This one was the one they sent to me.
[11/12/20, 3:47:09 PM] Brad: <attached: 00000081-PHOTO-2020-11-12-15-47-09.jpg>
[11/12/20, 3:54:46 PM] Ms Li: Done.
[11/12/20, 6:44:36 PM] Brad: 150k Hartalega SPA (1) 12112020.pdf • 11 pages <attached: 00000083-150k Hartalega SPA (1) 12112020.pdf>
[11/12/20, 6:51:10 PM] Ms Li: Thank you.
[11/12/20, 6:51:38 PM] Ms Li: And my agreement, please.
[11/12/20, 6:51:55 PM] Brad: Ms Li, I have your contract for 2%. However, as Thomas mentioned, we have already been approached from another long term relationship with the same opportunity with Run the World. We can not give you an exclusive agreement for this client
[11/12/20, 6:52:30 PM] Brad: We will honor our agreement with you and continue to buy gloves you secure.
[11/12/20, 6:54:01 PM] Ms Li: You meant the one who gave you the fake picture?
[11/12/20, 6:55:31 PM] Brad: As evidence in the photo we sent earlier, we have already engaged Run the World with our other colleague. We are honorable and will buy from you, however we will not give tou exclusive with this opportunity as it was already presented to us.

Our other colleague gave us a contract too. Looks similar to yours.
[11/12/20, 6:57:13 PM] Brad: Please redraft your agreement removing the exclusive nature related to run the world. In good faith we continue to buy from you and encourage tou to find other opportunities for us.
[11/12/20, 6:58:38 PM] Brad: Be mindful, I bring this up to be transparent. We operate with complete transparency and honesty.
[11/12/20, 8:47:49 PM] Ms Li: The seller insists that we pay10% deposit and then he will let us view the goods in their warehouse. Right now, because of the hurricane there is no way there can go to the warehouse making video. So I suggest we either wait until we see the video then pay 10% for 50,000 boxes, and view the goods or reduce the deposit amount like $10,000 or even $5000 as the other offer you got, pay it and view the goods, so we can limit the front payment before we verify the goods.
[11/12/20, 8:48:00 PM] Ms Li: Please advise me.
[11/12/20, 8:48:42 PM] Brad: Sounding more like a scam.
[11/12/20, 8:49:09 PM] Brad: Need proof
[11/12/20, 8:50:01 PM] Brad: Not going to send $100k plus in the hopes to see something
[11/12/20, 8:53:33 PM] Ms Li: It is true that there is hurricane. And no seller would like to expose their warehouse to just anybody for security reasons. It is understandable that by paying deposit to show this is a serious buyer.
[11/12/20, 8:55:37 PM] Ms Li: 10% worth of 50,000 boxes gloves is $40,500.
[11/12/20, 8:57:47 PM] Ms Li: And I will try to talk to them to reduce the amount, as long as we show our seriousness.
[11/12/20, 9:26:06 PM] Ms Li: Any suggestions, please?
[11/12/20, 9:27:50 PM] Brad: Ms Li, we are a serious buyer. We don't like the games. Have the client look us up with the FDA and at our website, www.rockfintek.com
[11/12/20, 9:28:47 PM] Brad: Have them reduce deposit to something reasonable. We are a large volume buyer and will work long term with the right supplier....
[11/12/20, 9:29:38 PM] Ms Li: Let me talk to the seller.
[11/12/20, 9:37:52 PM] Ms Li: Ok. They agreed we pay $5000 deposit as the other person present to you. And I also told him I will give him an order of 30 million boxes gloves( which is true, I do have another buyer with 30 million boxes of gloves.)
[11/12/20, 9:45:12 PM] Brad: Ok. How do we pay the deposit? When can we send Alex's team to look at goods?
[11/12/20, 9:46:34 PM] Brad: Thomas, have Ana pay.
[11/12/20, 9:47:38 PM] Ms Li: We can wire transfer the fund to the seller's account (account information provided in the contract). With the proof of payment they will arrange us to verify the product.

**000003**

[11/12/20, 9:58:00 PM] Brad: Thomas, add Ana to this chat. She can drop in wire confirmation upon your approval.

[11/12/20, 9:59:15 PM] Ms Li: Please send me the proof of wire transfer as soon as you get it done, so I can get the directions from the seller to arrange Alex people to see the goods.

[11/12/20, 9:59:20 PM] Ms Li: Thank you.

[11/12/20, 10:00:03 PM] Brad: Ok. Thomas will approve, and we will add Ana to this chat for wire confirmation

[11/12/20, 10:00:52 PM] Ms Li: Thanks.

[11/12/20, 11:34:30 PM] Tommy H. Kato: This sounds like a scam now

[11/12/20, 11:34:53 PM] Tommy H. Kato: Ms Li find another option for us

[11/12/20, 11:35:08 PM] Tommy H. Kato added Ana Gajic

[11/12/20, 11:35:50 PM] Tommy H. Kato: Bradley this sound a more like a scam but if you want to send $5,000 go ahead

[11/12/20, 11:36:11 PM] Tommy H. Kato: Ms Li do you have any other options besides this company?

[11/12/20, 11:37:37 PM] Ms Li: The person who introduced me to the seller, he will pay the money back if this is a scam. He said the owner of Run the world is a very well respected person.

[11/12/20, 11:38:46 PM] Ms Li: I am working on it.

[11/12/20, 11:39:55 PM] Ms Li: But I really think this is a more fair supplier than others.

[11/12/20, 11:40:55 PM] Tommy H. Kato: Ok Ana on this chat will send it. Give her the details

[11/12/20, 11:43:25 PM] Ms Li: <attached: 00000122-PHOTO-2020-11-12-23-43-25.jpg>

[11/12/20, 11:51:13 PM] Tommy H. Kato: Ana send them $5k

[11/12/20, 11:56:00 PM] Ana Gajic: No problem will do.

[11/12/20, 11:57:27 PM] Ms Li: Hi, Ana, nice to meet you here. And please send me the pay slip once it's done. Thank you.

[11/13/20, 12:00:31 AM] Ana Gajic: Hi,Ms Li, of course, a confirmation will be sent to you. Nice to meet you too.

[11/13/20, 12:01:59 AM] Ms Li: Thank you. When do you expect to get it done? Tonight? Or tomorrow?

[11/13/20, 12:05:55 AM] Ms Li: The reason why I am asking is that once the payment is done, we can arrange Alex's people to verify the goods tonight, it is still day time in Malaysia. Otherwise we will have to wait until tomorrow evening.

[11/13/20, 12:11:43 AM] Ana Gajic: It seems Swift code is not correct. I'll need to call the bank to verify. Please, could you confirm swift code from your end? I'll call the bank tomorrow morning my time.

[11/13/20, 12:12:09 AM] Ms Li: Ok

[11/13/20, 12:21:18 AM] Ms Li: MBBESGS2

[11/13/20, 12:21:52 AM] Ms Li: Swift Code:
MBBESGS2

[11/13/20, 6:34:11 AM] Brad: Ms Li,  can you confirm the swift code with the client and the bank?

[11/13/20, 6:34:53 AM] Brad: We want to get this payment out immediately so Alex's team can go see product.

[11/13/20, 6:49:51 AM] Ms Li: The right swift code:

MBBESGS2

[11/13/20, 6:51:00 AM] Brad: They had an S at the end instead of 2

[11/13/20, 6:51:30 AM] Ms Li: That's right.

[11/13/20, 8:33:06 AM] Ana Gajic: Ms Li, thank you for confirming the swift code. The payment was sent, $5,000.00, confirmation #201113040940.

[11/13/20, 8:33:54 AM] Brad: Ms Li, please coordinate with Alex immediately

[11/13/20, 8:35:31 AM] Ms Li: Ok. But it is 9:30pm in Manila.

[11/13/20, 8:36:02 AM] Brad: Ok, get the address so he can start coordinating

[11/13/20, 8:36:05 AM] Ms Li: I have sent the confirmation to the seller already.

[11/13/20, 2:11:12 PM] Brad: From our other source:

The gloves are available in Manila, Philippines, but I'm not sure if they are genuine or fake. Because the gloves are now packed in 200 pieces, and what they provide is 100 pieces. They said that this batch of gloves was produced in September, and there are 100 pieces in the package. The middleman I contacted said that if we want to buy, he said he could pay 5000 dollars to the seller in advance, and then we would arrange SGS inspection.

000004

[11/13/20, 2:11:51 PM] Brad: Please inquire about this. And as you stated, your contact will guarantee our $5k

[11/13/20, 2:14:54 PM] Ms Li: Let me find out.

[11/13/20, 3:39:42 PM] Ms Li: How does he know that they packed in 200 pieces? Did he  view the goods already? If he did why his middle man need to pay $5000?

[11/13/20, 3:44:59 PM] Ms Li: Let me find out what's going on and have the seller to arrange US to verify the goods.

[11/13/20, 4:16:10 PM] Tommy H. Kato: We really need these. Please follow up and also find a back source.

[11/13/20, 4:16:37 PM] Tommy H. Kato: Everyone there is working 24 hours straight.

[11/13/20, 4:22:48 PM] Brad: Ms Li, please follow up shortly with Run the World. Should be able to make contact with them in the next few hours....

[11/13/20, 4:23:03 PM] Brad: We have to send Alex's team their immediately

[11/13/20, 5:25:50 PM] Ms Li: Yes, I will follow.

[11/13/20, 5:59:26 PM] Brad: Please do. We are a bit concerned. Have to have these gloves on an airplane in the next few days

[11/13/20, 6:01:30 PM] Ms Li: Absolutely. I am concerned too. Let's wait just another hour or so. We will get a good answer.

[11/13/20, 6:44:27 PM] Tommy H. Kato: Ok

[11/13/20, 6:44:41 PM] Tommy H. Kato: Please have a back up plan

[11/13/20, 6:44:54 PM] Tommy H. Kato: Do you have any in the states right now?

[11/13/20, 6:47:50 PM] Ms Li: Intco. They have 10,000 boxes in their warehouse right now. I know this because of one of my clients want them. But you want them, I will give them to you. But the price is way too expensive as always,( they have the highest price among all). $15.30 per box,

[11/13/20, 7:04:56 PM] Tommy H. Kato: 10,000 is nothing... those are in New Jersey

[11/13/20, 7:05:19 PM] Tommy H. Kato: I found there for $13.50

[11/13/20, 7:06:24 PM] Ms Li: Intco?

[11/13/20, 7:06:43 PM] Ms Li: The one I found is in LA.

[11/13/20, 7:07:57 PM] Tommy H. Kato: I have different ones then.

[11/14/20, 12:46:42 AM] Ms Li: Hi Ana, can you please send me the wire transfer proof, showing the amount, name of the account and so on? It is Saturday in Philippine, it's possible that they won't see the money until Monday.

[11/14/20, 12:48:02 AM] Ms Li: Name of the money receiver?

[11/14/20, 12:53:16 AM] Ana Gajic: Ma Li, I'll see what can I do.

[11/14/20, 12:54:16 AM] Ms Li: Please. Thank you.  And I apologize for trouble you at late night.

[11/14/20, 12:54:52 AM] Ana Gajic: Ms Li, it is a weekend here but I'll try to pull something out. No problem at all.

[11/14/20, 12:55:16 AM] Ms Li: Thank you. Really appreciate it.

[11/14/20, 1:00:56 AM] Ms Li: Even a screenshot.

[11/14/20, 9:06:11 AM] Ms Li: Hi, Ana, can we get a screenshot, is it possible?

[11/14/20, 9:44:04 AM] Ana Gajic: Ms Li, just a sec please, yes I do.

[11/14/20, 9:48:58 AM] Ms Li: Thank you

[11/14/20, 9:57:28 AM] Ana Gajic: <attached: 00000174-PHOTO-2020-11-14-09-57-28.jpg>

[11/14/20, 9:58:45 AM] Ms Li: Thank you.

[11/14/20, 9:59:01 AM] Ana Gajic: You are welcome

[11/14/20, 12:41:00 PM] Ms Li: Seller is asking sizing arrangements, how many S, M, L, XL ?

[11/14/20, 1:05:45 PM] Brad: 10% Small
40% medium
40% large
10% x-large

[11/14/20, 1:06:23 PM] Ms Li: Thanks.

[11/15/20, 12:01:38 PM] Tommy H. Kato: Is this deal going to happen?

[11/15/20, 12:01:43 PM] Tommy H. Kato: What happened?

[11/15/20, 12:03:20 PM] Ms Li: Weekend slow things down. But tonight we will have the contact information to arrange goods moving to the airport and have SGS inspection done there.

[11/15/20, 12:04:48 PM] Tommy H. Kato: Please we need to see they are real and buy them.

[11/15/20, 12:04:57 PM] Tommy H. Kato: Our client keeps asking us too.

[11/15/20, 12:07:36 PM] Ms Li: We will know once the inspection done. They have the guts to take the

**000005**

goods to the airport and have inspection done, then we make the payment. If that's all going through it can't be wrong.

[11/15/20, 12:12:16 PM] Tommy H. Kato: I need to give the client an update tonight or very early tomorrow morning.

[11/15/20, 12:13:00 PM] Ms Li: Definitely later this evening.

[11/15/20, 12:14:53 PM] Tommy H. Kato: Please

[11/15/20, 12:24:13 PM] Ms Li: I sure will.

[11/15/20, 7:08:34 PM] Brad: Ms Li, what is the status?

[11/15/20, 7:36:41 PM] Ms Li: At 9am there time, they will have the contact person for us. About 10am, they should know whether the money in their account.

[11/15/20, 7:36:59 PM] Ms Li: I am on top of it.

[11/15/20, 8:52:23 PM] Brad: Ok.

[11/15/20, 8:52:38 PM] Brad: We need this steered to completion

[11/15/20, 9:27:47 PM] Ms Li: That's the goal.

[11/16/20, 11:44:09 PM] Ms Li: I tried to call Mr. Kato and Mr. Bradley, no answer from either one.

[11/16/20, 11:52:59 PM] Ana Gajic: Ms Li, I hope you have good news. They will reach you out as soon as they are available.

[11/17/20, 3:22:41 AM] Brad: Ms Li, please intervene and get the product to the airport for inspection! There is NO reason this is taking so long.

[11/17/20, 7:33:20 AM] Tommy H. Kato: Is there an update?

[11/17/20, 7:35:15 AM] Ms Li: The seller is making appointment SGS inspection. Once that is confirmed they will send the goods to the designated location for inspection.

[11/17/20, 12:53:43 PM] Ms Li: We need to pay SGS inspection fee for total of $1320 usd. It is too late for Manila already. If we wait for SGS to give us a invoice tomorrow morning, then we transfer the money, it will be too late. So let's transfer the money to Alex guys and have him to send the money to SGS tomorrow together with the invoice which will be given by SGS.

[11/17/20, 12:55:00 PM] Brad: Have you discussed with Alex?

[11/17/20, 12:55:15 PM] Ms Li: The fund has to be done now to make sure we g er t the earliest appointment.

[11/17/20, 12:55:27 PM] Brad: When I spoke to you 20 minutes ago, we were going to pay directly to SGS

[11/17/20, 12:55:50 PM] Ms Li: But we don't have the invoice yet.

[11/17/20, 12:56:23 PM] Ms Li: And we won't have it until late this evening.

[11/17/20, 12:56:44 PM] Brad: I'll discuss with Alex

[11/17/20, 12:56:55 PM] Ms Li: Please. Thanks.

[11/17/20, 5:33:08 PM] Tommy H. Kato: Ana can pay it now

[11/17/20, 5:38:52 PM] Ana Gajic: Brad, please, did you confirm with Alex?

[11/17/20, 6:33:36 PM] Ms Li: Do we have a full address where the goods going to in the US?

[11/17/20, 6:37:28 PM] Brad: Chicago ORD airport care of Rock Fintek, LLC

[11/17/20, 7:57:35 PM] Brad: Dimerco will coordinate

[11/17/20, 8:12:57 PM] Brad: Ms Li, where is the product

[11/17/20, 8:13:13 PM] Brad: Dimerco is paying for SGS

[11/17/20, 8:20:11 PM] Ms Li: We have Alex's people we trust, they can arrange the SGS, and air flight, but might taking a little more time.

We also have the seller, we are not familiar with, but they have been working with SGS, and airline every day, meaning getting better and fast service. So we need to have Alex's people work closely with cautions with the seller. So we can get the goods to the US faster. That's my opinion.

[11/17/20, 8:21:39 PM] Brad: That is fine. Have them coordinate with dimerco

[11/17/20, 8:21:41 PM] Brad: Immediately

[11/17/20, 8:22:03 PM] Brad: Ms Li, get involved with them to push this through. Hospitals need these gloves

[11/17/20, 9:30:01 PM] Tommy H. Kato: Ms Li, we are counting on you for these gloves. Please tell me you have a back up option?

Let's order from the back up option now.

[11/17/20, 10:20:24 PM] Ms Li: I feel very good about this current one that we are working with on. We will get it through.  Meanwhile, I am working on the back ups. Reliable, good price,...

[11/17/20, 10:20:46 PM] Ms Li: In stock...

[11/17/20, 10:21:17 PM] Ms Li: All things considered.

[11/17/20, 10:45:05 PM] Tommy H. Kato: I can also buy the back up anyways. So let's do both.
[11/17/20, 10:46:31 PM] Ms Li: Ok. Can we use LC? This way we will avoid risk. And easy to work with for me.
[11/17/20, 10:49:04 PM] Tommy H. Kato: No we wore funds when we verify they are real
[11/17/20, 10:55:03 PM] Ms Li: Ok.
[11/18/20, 11:03:39 AM] Ms Li: rebel 200 pieces per box, $15.20
celeste 100 pieces per box ，$8.20
Evolve 300 pieces per box $20.40

Al in stock in Philippine ready for shipping.
[11/18/20, 11:04:35 AM] Brad: Total Quantities of each?
[11/18/20, 11:04:57 AM] Brad: Are these all Hartalega gloves?
[11/18/20, 11:06:05 AM] Ms Li: Celeste- Hartalega
Evolve- Cranberry
[11/18/20, 11:06:41 AM] Brad: Rebel?
[11/18/20, 11:11:56 AM] Ms Li: I will find out this evening.
[11/18/20, 11:12:48 AM] Ms Li: We can get from 300,000 to 1 million.
[11/18/20, 11:13:05 AM] Ms Li: Minimum order 300,000 boxes.
[11/18/20, 11:14:05 AM] Brad: Terms?
[11/18/20, 11:37:16 AM] Ms Li: 100% LC
Or TT 30% downpayment, 70% after SGS inspection.
[11/18/20, 11:38:47 AM] Ms Li: The price is all FOB.
[11/18/20, 1:37:06 PM] Ms Li: Which one are you interested in? And quantity? (300,000 minimum)
[11/18/20, 1:49:01 PM] Ms Li: How do you want them to be shipped to where? By air or sea?
[11/18/20, 1:51:38 PM] Brad: Need specs on Rebel
[11/18/20, 1:52:01 PM] Ms Li: I will get it tonight.
[11/23/20, 4:43:11 PM] Ms Li: I will talk to Mr. Lee this evening, request yo get the SGS report tonight, and verify the goods in their warehouse or ours, we will make the payment  to the seller, release the goods to us, all has to happen within 24 hours. Otherwise, they will have to refund us.
[11/23/20, 4:46:43 PM] Brad: Ok. Product has to be verified
[11/23/20, 4:46:52 PM] Brad: We will not send money blindly
[11/23/20, 4:47:06 PM] Ms Li: Absolutely.
[11/23/20, 4:49:55 PM] Ms Li: Meanwhile, I have another supplier, with CIF terms. Contract sign, buyer issue LC, money will be released upon SGS in destination airport, CIF US price is $10.90 per box.
[11/23/20, 4:53:23 PM] Ms Li: I don't have any seller take TT payment even with bank guarantee. LC, safe for both side, avoid the kind of headache we are facing now with the 150,000 boxes.
[11/23/20, 5:14:47 PM] Ms Li: Please let me know if the price and terms( LC) acceptable.
[11/26/20, 10:05:48 PM] Ms Li: 1 million Superior, made in Vietnam, with FDA 510K, in stock, in Los Angeles. $14.5 per box.
[11/26/20, 10:06:27 PM] Brad: 1 million gloves or boxes?
[11/26/20, 10:06:38 PM] Ms Li: Boxes
[11/26/20, 10:09:03 PM] Ms Li: Should we proceed this one? We got to move fast before it's all gone. Just arrived in LA.
[11/26/20, 10:09:56 PM] Brad: Payment terms?
[11/26/20, 10:10:52 PM] Ms Li: I don't know yet. It's in LA. We need to show proof of fund first.
[11/26/20, 10:11:18 PM] Brad: Very expensive. Will not take all of them.
[11/26/20, 10:11:44 PM] Brad: Would consider 50,000 boxes.
[11/26/20, 10:11:46 PM] Ms Li: In LA, so I need to know how do we want to pay.
[11/26/20, 10:12:15 PM] Brad: 14.5 is very expensive
[11/26/20, 10:12:41 PM] Ms Li: Two weeks ago, Intco gloves was $15.6 per box.
[11/26/20, 10:13:19 PM] Brad: We paid $14 max for INTCO
[11/26/20, 10:13:32 PM] Brad: And that was too much
[11/26/20, 10:13:53 PM] Brad: Ms Li, we lose money buying these...
[11/26/20, 10:14:02 PM] Ms Li: Not any more.
[11/26/20, 10:14:10 PM] Brad: Would only buy to appease client
[11/26/20, 10:14:14 PM] Ms Li: I understand.
[11/26/20, 10:14:30 PM] Brad: We will buy 50,000 only

**000007**

[11/26/20, 10:14:43 PM] Brad: See if they will let us have them
[11/26/20, 10:15:05 PM] Ms Li: Let me ask.
[11/26/20, 10:16:23 PM] Ms Li: <attached: 00000270-PHOTO-2020-11-26-22-16-23.jpg>
[11/26/20, 10:16:23 PM] Ms Li: <attached: 00000271-PHOTO-2020-11-26-22-16-23.jpg>
[11/26/20, 10:17:37 PM] Ms Li: On Nov. 13, Intco was $151 per carton; today, he said $200 per carton. It's getting crazy.
[11/26/20, 10:17:55 PM] Brad: I agree
[11/26/20, 10:18:02 PM] Brad: Ask for 50,000
[11/26/20, 10:18:18 PM] Brad: We will wire and pick up
[11/26/20, 10:18:29 PM] Ms Li: Ok.
[11/26/20, 10:21:17 PM] Ms Li: Unfortunately, they sell 1 million as a bulk. No less than that.
[11/26/20, 10:22:32 PM] Ms Li: We can't even take 100,000 boxes.
[11/26/20, 10:24:45 PM] Ms Li: If that is the case, this is not going to work.
[11/26/20, 10:48:29 PM] Tommy H. Kato: 100,000k boxes would be good
[11/26/20, 10:48:50 PM] Tommy H. Kato: 1 million for  that price is not worth it
[11/26/20, 10:49:30 PM] Ms Li: They only sell 1 million boxes together.
[11/26/20, 10:52:21 PM] Ms Li: No thanks, they cost way too much
[11/26/20, 11:30:23 PM] Ms Li: Hartalega product (Nitrile gloves), seller is a very good Chinese company located in Dongguan, China,  mother company is a public company.
We issue LOI and proof of fund, seller will provide Hartalega confirmation letter with delivery schedule directly from Hartalega factory. We have to sign a 2 million boxes contract. The price is $8.30 per box (100/per box), FOB Malaysia; after contract is sign within 7 day, 300,000 boxes will be ready for shipping. The rest can be delivered within 1 month.
[11/27/20, 8:45:39 AM] Ms Li: Good morning, is this a good deal? Please let me know. Thanks.
[11/27/20, 9:27:43 AM] Ms Li: 公司简介中英文-—站式.pdf • 1 page <attached: 00000286-公司简介中英文-—站式.pdf>
[11/27/20, 10:06:26 AM] Tommy H. Kato: We have said it 10 times, WE ARE NOT SHOWING BANK INFORMATION TO ANYONE.
[11/27/20, 10:07:14 AM] Tommy H. Kato: If Alex can verify the gloves we can buy wire the funds.   That's it, the same thing we have been saying over and over again.
[11/27/20, 10:07:30 AM] Tommy H. Kato: We are still buying gloves
[11/27/20, 10:07:37 AM] Ms Li: Do you like the price?
[11/27/20, 10:08:20 AM] Tommy H. Kato: The price is fine
[11/27/20, 10:08:42 AM] Ms Li: Ok. Let me work on it.
[12/1/20, 4:16:16 AM] Brad: What happened today!
[12/1/20, 4:16:57 AM] Brad: Did Mr Le sort out the problem with the manufacturer? Are we getting the gloves
[12/1/20, 4:18:31 AM] Brad: Please update us here as soon as possible.
[12/1/20, 8:34:25 AM] Ms Li: Not yet.
[12/1/20, 8:36:01 AM] Brad: What does he say?
[12/1/20, 8:36:13 AM] Brad: This is very unfortunate
[12/1/20, 8:36:49 AM] Ms Li: Those two are still fighting. But they are having a zoom meeting as we speak.
[12/1/20, 8:39:16 AM] Brad: So ridiculous
[12/1/20, 8:39:28 AM] Brad: We need to pay for the gloves to take them anyways
[12/1/20, 8:40:40 AM] Brad: We send in freight forwarder and pay.
[12/1/20, 8:49:45 AM] Ms Li: Still negotiating.
[12/1/20, 9:37:09 AM] Brad: Get this done
[12/1/20, 9:37:14 AM] Brad: This is ridiculous
[12/2/20, 9:11:57 AM] Brad: What is the update,
[12/2/20, 9:21:16 AM] Ms Li: Mr. Lee sent his people to see the owner of the goods. His people just arrived there an hour ago.
[12/2/20, 9:21:31 AM] Ms Li: Give them a little more time. Let's see.
[12/2/20, 9:27:35 AM] Brad: Ms Li, this seems to be one thing after another. Do they have the gloves to buy or not?
[12/2/20, 5:03:33 PM] Brad: Update?
[12/2/20, 5:03:57 PM] Brad: They have had enough time to talk. I think it's time to send back the money.
[12/2/20, 5:28:04 PM] Ms Li: I agree. Send me the account information and I will have them to send the

000008

file:///C/...%20Winners%20NY,%20Inc/USDC%20SDNY/Documents/WhatsApp%20Chat%20-%20Ms.%20Li%20Gloves%20Chat/_chat.txt[2/20/2024 8:28:39 AM]

money back.
[12/2/20, 5:35:57 PM] Brad: Send to you and you pay is back in America
[12/2/20, 5:36:02 PM] Brad: Us
[12/2/20, 5:36:18 PM] Brad: Not giving our banking info to them
[12/2/20, 5:37:25 PM] Ms Li: Ok. I will have them send to my account and I will foward it to you.
[12/2/20, 9:18:34 PM] Ms Li: <attached: 00000317-PHOTO-2020-12-02-21-18-34.jpg>
[12/2/20, 9:19:48 PM] Ms Li: Chat between owner of the goods and Mr. Lee's interpreter.
[12/2/20, 9:30:59 PM] Brad: Does that mean we are getting gloves?
[12/2/20, 9:31:06 PM] Brad: Don't really understand it?
[12/2/20, 9:32:07 PM] Ms Li: Yes, that's what they are saying.
[12/2/20, 9:33:09 PM] Brad: Keep me posted
[12/2/20, 9:33:21 PM] Ms Li: Will do.
[12/5/20, 10:20:14 PM] Ms Li: There are 6 containers of Hartalega's Gloven Nitrile gloves (with FDA 510k) in Mumbai, India now. The price is $9.10 FOB. About 200,000 boxes.
[12/5/20, 10:23:28 PM] Ms Li: If we want them I can have the seller to provide us with the pictures and videos. And I told them we have to get SGS inspection done by our side and our people have to see the goods for verification.
[12/5/20, 10:25:23 PM] Ms Li: Please let me know in your earliest convenience. As they can not hold them for us for long.
[12/5/20, 10:37:03 PM] Tommy H. Kato: We will take them
[12/5/20, 10:37:23 PM] Tommy H. Kato: I have friends in Mumbai to check them out
[12/5/20, 10:37:47 PM] Ms Li: Great. Let me work on it.
[12/5/20, 10:40:11 PM] Brad: Yes
[12/5/20, 10:40:26 PM] Brad: Ms Li let's do it
[12/5/20, 10:40:36 PM] Ms Li: Ok
[12/5/20, 10:43:28 PM] Ms Li: <attached: 00000333-VIDEO-2020-12-05-22-43-28.mp4>
[12/5/20, 10:44:08 PM] Brad: Buy them
[12/5/20, 10:45:23 PM] Ms Li: I am trying to arrange our people to see the goods today. Please make sure to let your friend in Mumbai know and make himself available if we are allowed to see today.
[12/5/20, 10:50:03 PM] Brad: Get this done. Redeem yourself
[12/6/20, 3:07:02 PM] Ms Li: The buyer is preparing the purchase agreement, hopefully this evening we will have it. Once the purchase agreement is signed, SGS inspection and goods verification will be arranged. Trying to get the gloves to the US within a week. This evening, I send someone to verify the seller ( a company located in Hongkong) without their notice.
[12/6/20, 7:14:43 PM] Tommy H. Kato: Ok
[12/7/20, 8:17:24 PM] Ms Li: Just got the confirmation, we should get the refund of the $5,000+$1,235 back in one week.
[12/7/20, 8:29:19 PM] Ms Li: 1. Hartalega Gloven, 6 containers in Mumbai, India, $9.1/box, seller in Hongkong;

2. WiMax gloves, 500,000 box in Thailand, $8.7/box, seller in Singapore.

Both in stock, both payment terms:
1. 100% LC
2. 50% deposit, 50% against BL
3. 100% Escrow account, use one of the top lawyers appointed by the buyer.

Please let me know which one works for you.
[12/7/20, 8:32:01 PM] Tommy H. Kato: Can I send my friend in Mumbai to see them?
[12/7/20, 8:32:31 PM] Ms Li: After deposit.
[12/7/20, 8:32:49 PM] Ms Li: Or escrow, or LC
[12/7/20, 8:40:32 PM] Ms Li: I am trying to allow our people to verify the goods before SGS inspection. Then we can choose what type of payment we want to use.
[12/7/20, 10:40:59 PM] Ms Li: Seller doesn't agree.
[12/7/20, 10:52:14 PM] Ms Li: <attached: 00000346-PHOTO-2020-12-07-22-52-14.jpg>
[12/7/20, 10:52:15 PM] Ms Li: <attached: 00000347-PHOTO-2020-12-07-22-52-15.jpg>
[12/7/20, 10:52:15 PM] Ms Li: <attached: 00000348-PHOTO-2020-12-07-22-52-15.jpg>
[12/7/20, 10:52:15 PM] Ms Li: <attached: 00000349-PHOTO-2020-12-07-22-52-15.jpg>

**000009**

[12/7/20, 10:52:15 PM] Ms Li: <attached: 00000350-PHOTO-2020-12-07-22-52-15.jpg>
[12/7/20, 10:52:15 PM] Ms Li: <attached: 00000351-PHOTO-2020-12-07-22-52-15.jpg>
[12/7/20, 10:56:26 PM] Ms Li: These are the pictures of the person who introduced the seller to me. He is a very reputable person in Taiwan. He agrees that we send the 50% of the deposit in his account as a guarantee (he will be responsible for this money), then the seller will allow our people to see the goods for verification.
[12/7/20, 10:58:46 PM] Ms Li: Is this doable?
[12/7/20, 11:01:38 PM] Ms Li: <attached: 00000354-PHOTO-2020-12-07-23-01-38.jpg>
[12/7/20, 11:02:54 PM] Ms Li: Dr. David Kang is the person we are talking about here.
[12/7/20, 11:20:55 PM] Tommy H. Kato: Let's discuss tomorrow
[12/7/20, 11:21:43 PM] Ms Li: Ok. But we may lose this deal if we wait for too long.
[12/8/20, 12:39:47 AM] Ms Li: <attached: 00000358-PHOTO-2020-12-08-00-39-47.jpg>
[12/8/20, 11:09:41 AM] Ms Li: Good morning, any idea what we want to do with t hi Jose two offers?
[12/8/20, 11:29:19 AM] Brad: We need the documents for WiMAX gloves. FDA, ASTMD6319 specs
[12/8/20, 11:47:16 AM] Ms Li: Ok
[12/8/20, 11:48:20 AM] Ms Li: This message was deleted.
[12/8/20, 11:49:50 AM] Ms Li: <attached: 00000363-PHOTO-2020-12-08-11-49-50.jpg>
[12/8/20, 11:52:59 AM] Ms Li: <attached: 00000364-VIDEO-2020-12-08-11-52-59.mp4>
[12/8/20, 11:53:00 AM] Ms Li: <attached: 00000365-VIDEO-2020-12-08-11-53-00.mp4>
[12/8/20, 11:53:00 AM] Ms Li: <attached: 00000366-PHOTO-2020-12-08-11-53-00.jpg>
[12/8/20, 11:53:00 AM] Ms Li: <attached: 00000367-PHOTO-2020-12-08-11-53-00.jpg>
[12/8/20, 11:55:46 AM] Ms Li: Can you see this one clearly?
[12/8/20, 12:38:58 PM] Brad: No
[12/8/20, 12:39:03 PM] Brad: Email
[12/8/20, 12:39:18 PM] Brad: bg@rockfintek.com
[12/8/20, 12:39:32 PM] Ms Li: I will ask for different format.
[12/8/20, 12:46:05 PM] Ms Li: What about the 6 containers Hartalega Gloven gloves?
[12/8/20, 12:46:24 PM] Ms Li: Are we continuing?
[12/8/20, 1:04:36 PM] Ms Li: Brochure Wimax-Pisut 4 Nov 2020_Final + JDC.pptx • 24 slides <attached: 00000375-Brochure Wimax-Pisut 4 Nov 2020_Final + JDC.pptx>
[12/8/20, 1:50:48 PM] Ms Li: <attached: 00000376-PHOTO-2020-12-08-13-50-48.jpg>
[12/8/20, 8:41:58 PM] Ms Li: Hi, should proceed with Wimax?
[12/9/20, 4:27:22 AM] Ms Li: <attached: 00000378-VIDEO-2020-12-09-04-27-22.mp4>
[12/9/20, 4:27:26 AM] Ms Li: <attached: 00000379-VIDEO-2020-12-09-04-27-26.mp4>
[12/9/20, 4:29:06 AM] Ms Li: The two videos are shut at the same time, they mess up with the labels, the second one supposedly for us.
[12/9/20, 7:45:24 AM] Ms Li: 1510_Superiuer Ever Global Gloves Vietnam.pdf • 18 pages <attached: 00000381-1510_Superiuer Ever Global Gloves Vietnam.pdf>
[12/9/20, 7:59:37 AM] Ms Li: Superiuer nitrile examination gloves, 800.000 boxes, in stock in Vietnam. $9.1/box. We will  have to sign a purchase contract first, then our people can go to see the goods for verification before any kind of payment. Payment terms will be:  TT 50% 50%;  or partial TT for air shipping and the rest LC for sea shipping; or 100% LC.
[12/9/20, 8:10:55 AM] Ms Li: <attached: 00000383-PHOTO-2020-12-09-08-10-55.jpg>
[12/9/20, 4:43:22 PM] Ms Li: Hi, can I get a word from you guys before 7pm today?
[12/9/20, 5:38:48 PM] Brad: Where are the gloves?
[12/9/20, 5:39:59 PM] Brad: What country ?
[12/9/20, 5:40:03 PM] Ms Li: 800, O00 boxes are in Vietnam In Vietnam.
[12/9/20, 7:00:21 PM] Ms Li: Should we proceed with:
1. 800,000 boxes Superiuer, $9.1/box, in Vietnam ?
2. 500,000 WiMax, $8.7/box, in Thailand ?

I have refused the 6 containers Hartalega.

But I need to know whether we will proceed with both two, or any of them, or none of them.
[12/9/20, 7:44:45 PM] Ms Li: Can somebody give me an answer?
[12/9/20, 7:45:32 PM] Ms Li: Or should I just forget about everything here?
[12/9/20, 7:52:50 PM] Brad: Ms Li, apologies. Both Thomas and I have been ridiculously busy. We will

**000010**

evaluate you deal tomorrow morning.
[12/9/20, 7:55:13 PM] Ms Li: Ok. Thanks.
[12/9/20, 7:56:15 PM] Ms Li: Don't know whether they will be still there or not by tomorrow.
[12/10/20, 12:07:56 AM] Tommy H. Kato: Is it real this time
[12/10/20, 12:10:38 AM] Ms Li: Absolutely.
[12/10/20, 12:19:08 AM] Ms Li: They will allow us to see the goods first.
[12/10/20, 10:41:19 AM] Ms Li: Good morning, please let me know what do we want to do with the following offer:

1. 800,000 boxes Superiuer, $9.1/box, in Vietnam ?
2. 500,000 WiMax, $8.7/box, in Thailand ?
[12/10/20, 10:50:01 AM] Brad: Ms Li, please ask the seller to allow us to airfreight in 50,000 boxes for our client. The hospitals want to distribute to the doctors to make certain the quality. Upon successful determination, we will purchase the rest.
[12/10/20, 10:50:27 AM] Brad: Either Wimax or superior
[12/10/20, 10:51:01 AM] Brad: Doesn't matter. We want to get a brand to our client to make certain they will accept. There is too much fraud in the marketplace
[12/10/20, 10:51:18 AM] Brad: We will pay for the 5 million gloves now.
[12/10/20, 10:51:51 AM] Brad: Obviously there is tremendous risk involved in these deals. We need assurances
[12/10/20, 10:52:15 AM] Ms Li: Ok, I understand. Can you send me an LOI for both?
[12/10/20, 10:52:52 AM] Ms Li: And I will work on them
[12/10/20, 11:20:33 AM] Ms Li: I need to talk to you, please call me.
[12/10/20, 11:28:28 AM] Brad: Need 30 mins
[12/10/20, 11:28:59 AM] Ms Li: I will wait.
[12/10/20, 12:08:46 PM] Ms Li: For WiMax, they are not going to sell for smaller amount other than 1 million.  They agreed for 500,000 is because of the first time buyer. But the seller does agree, that we can make the deposit directly pay to the factory account. Than the rest of the payment pay to the seller. ( the sell has the distribution authority from the factory as provided to us already)
[12/10/20, 12:43:55 PM] Brad: In meeting
[12/10/20, 12:51:17 PM] Ms Li: They said on the documents that they provided to us, we have all the information we need to verify the seller and the factory. We can have people to go visit the factory,  show the factory the authorization letter, verify the factory bank account information, anything we need. But for us to visit the warehouse, and get SGS inspection, we have to do one of the following:
1. At least 1 million USD deposit to the factory account.
2. 100 % LC issue to the seller
3. 100% Bank guarantee
[12/10/20, 4:31:51 PM] Ms Li: Please call me. Things to discuss.  Thanks.
[12/10/20, 6:25:39 PM] Ms Li: 1. 800,000 boxes Superiuer, $9.1/box FOB Vietnam, in Vietnam:

a. We need to sign the contract for 800,000 boxes to maintain the price. But the first shipment will be 50,000 boxes as trial.
b. Send our people to the warehouse to verify the goods.
c. We pay 50% of payment for the first shipment, which is ($9.1×50,000boxes)÷2=$227,500 usd
d. We start SGS inspection, the goods sent to the airport for shipping
e. We make the remaining 50% of the payment to the seller, which is $227,500 usd.
f. Transaction completed.

2. 500,000 WiMax, $8.7/box, in Thailand ?
a. We sign the contract for 500,000 boxes (that's the minimum).
b. We send our people to call or visit the factory (contact information was provided in the documents) to verify the seller with the authorization letter (provided) and verify the factory account information.
c. We make the deposit (no less than 1 million usd) to the factory account.
d. We start SGS inspection, have the the goods delivered to the airport and or sea port for shipping.
e. We make the rest of the payment which is: (500,000 boxes×$8.7)-$1,000,000=$3,350,000 usd
f. Transaction completed.
[12/10/20, 8:04:58 PM] Ms Li: Any idea, please?

000011

[12/10/20, 9:01:44 PM] Ms Li: This message was deleted.
[12/10/20, 9:03:40 PM] Ms Li: This message was deleted.
[12/10/20, 9:04:06 PM] Ms Li: We can start the process of verify the goods in Vietnam and verify the seller and the factory and it's bank account information in Thailand now.
[12/10/20, 9:04:28 PM] Tommy H. Kato: Ok
[12/10/20, 9:05:40 PM] Ms Li: This message was deleted.
[12/10/20, 9:06:33 PM] Ms Li: The information for the seller and the factory in Thailand are provided by the seller already.
[12/10/20, 9:07:55 PM] Ms Li: All we need to do now, send our people to call or visit the factory.
[12/10/20, 9:08:46 PM] Ms Li: And the goods in Vietnam, we can send people to visit the warehouse.
[12/10/20, 9:09:03 PM] Ms Li: Let me know what is the plan, please.
[12/10/20, 9:13:08 PM] Ms Li: Let's work on the purchase agreement, while we do the verification on both offer. We need to nail the goods by signing the contract. Otherwise they will be sold to someone else in no time.
[12/10/20, 9:16:04 PM] Ms Li: 1_SPA WIMAX 500K LI DRAFT (1) 12-08.docx • 7 pages <attached: 00000424-1_SPA WIMAX 500K LI DRAFT (1) 12-08.docx>
[12/10/20, 9:17:03 PM] Ms Li: Please make the necessary changes and send back to me.
[12/10/20, 10:08:54 PM] Ms Li: Seller of 500,000 boxes of WiMax, just informed us, after we are done with all kinds of verification, once we provide the payment proof of 1 million to the factory account, before the fund actually arrives to the factory account, we will be allowed to enter the factory warehouse, and start arranging the SGS inspection, and shipping related issues...
[12/11/20, 8:57:48 AM] Brad: We need the funds back from the other deal before we move forward
[12/11/20, 8:59:30 AM] Brad: <attached: 00000428-PHOTO-2020-12-11-08-59-30.jpg>
[12/11/20, 8:59:24 AM] Ms Li: They promised us to send back to us this week.
[12/11/20, 9:00:02 AM] Brad: We can't move forward until this is resolved
[12/11/20, 9:00:11 AM] Brad: I'm sure tou understand
[12/11/20, 9:00:14 AM] Brad: You
[12/11/20, 9:00:29 AM] Brad: We operate with the highest ethics
[12/11/20, 9:01:02 AM] Ms Li: Totally, even though these two offers has nothing to do with the other
[12/11/20, 9:11:38 AM] Brad: Ms Li, we need to get the money back from you. You guaranteed the money.
[12/11/20, 9:11:57 AM] Brad: Just Venmo the funds back so we can move forward
[12/11/20, 9:12:20 AM] Ms Li: That's what I am going to do now.
[12/11/20, 9:12:45 AM] Ms Li: How do I do it?
[12/11/20, 9:13:30 AM] Brad: <attached: 00000439-PHOTO-2020-12-11-09-13-30.jpg>
[12/11/20, 9:14:04 AM] Brad: Split between Thomas and myself .
[12/11/20, 9:14:12 AM] Ms Li: I don't know what to do with this.
[12/11/20, 9:14:14 AM] Brad: Go to Venmo and send funds. It's easy
[12/11/20, 9:14:28 AM] Brad: Download Venmo app
[12/11/20, 9:14:41 AM] Brad: Set up account, and send us funds
[12/11/20, 9:14:57 AM] Brad: Half here
[12/11/20, 9:15:07 AM] Brad: Half here
[12/11/20, 9:15:21 AM] Brad: Reimbursement for the Fake SGS too.
[12/11/20, 9:15:37 AM] Ms Li: Let me down load the app first.
[12/11/20, 9:17:20 AM] Ms Li: <attached: 00000449-PHOTO-2020-12-11-09-17-20.jpg>
[12/11/20, 9:17:28 AM] Ms Li: Is this the one?
[12/11/20, 9:38:52 AM] Ms Li: It's too complicated. Please send me your account information so I can wire transfer. Or I can send you checks you can deposit it.
[12/11/20, 9:40:46 AM] Ms Li: Let me know what your choice is, please.
[12/11/20, 9:43:08 AM] Brad: Venmo not complicated
[12/11/20, 9:43:19 AM] Brad: Download app and go through the setup
[12/11/20, 9:43:22 AM] Brad: It's easy
[12/11/20, 9:44:19 AM] Ms Li: I am old almost 60 years old. Old style.
[12/11/20, 9:45:02 AM] Brad: I am 50. Old too.
[12/11/20, 9:45:08 AM] Brad: This is easy to do
[12/11/20, 9:45:20 AM] Brad: And expedites the process
[12/11/20, 9:45:49 AM] Ms Li: Wire transfer is the easiest way for me.
[12/11/20, 10:11:49 AM] Ms Li: I don't see anywhere I can put my account information with the app.

**000012**

[12/11/20, 10:48:25 AM] Ms Li: Please tell me if this is the right app. Thanks.
[12/11/20, 10:51:28 AM] Ms Li: <attached: 00000463-PHOTO-2020-12-11-10-51-28.jpg>
[12/11/20, 10:53:52 AM] Brad: How much did we pay for the SGS that didn't happen?
[12/11/20, 10:54:01 AM] Brad: We had to wire funds for that
[12/11/20, 10:54:34 AM] Ms Li: $1,235
[12/11/20, 10:55:06 AM] Ms Li: So in total, $6,235
[12/11/20, 10:58:04 AM] Ms Li: Is this the ru right app?
[12/11/20, 11:03:29 AM] Ms Li: I think I can do it now through the app. So I should send $3,117.5 to both you and Mr. Kato?
[12/11/20, 11:12:39 AM] Ms Li: <attached: 00000470-PHOTO-2020-12-11-11-12-39.jpg>
[12/11/20, 11:12:53 AM] Ms Li: This is what I got.
[12/11/20, 11:13:58 AM] Ms Li: It took me a lot more time than just to do a wire transfer.
[12/11/20, 11:14:23 AM] Brad: Yes, that's fine
[12/11/20, 11:14:58 AM] Ms Li: That's not fine. It didn't go through.
[12/11/20, 11:15:07 AM] Brad: Send to me
[12/11/20, 11:15:29 AM] Ms Li: How?
[12/11/20, 11:15:48 AM] Ms Li: It won't go through.
[12/11/20, 11:15:53 AM] Brad: Send to me
[12/11/20, 11:16:00 AM] Brad: I'll forward to Thomas
[12/11/20, 11:16:14 AM] Brad: Hit pay on the bottom
[12/11/20, 11:16:53 AM] Brad: <attached: 00000481-PHOTO-2020-12-11-11-16-53.jpg>
[12/11/20, 11:18:06 AM] Ms Li: I did but this is what I got.
[12/11/20, 11:19:01 AM] Brad: <attached: 00000483-PHOTO-2020-12-11-11-19-00.jpg>
[12/11/20, 11:19:57 AM] Brad: Get it sorted out. I am super busy.
[12/11/20, 11:34:51 AM] Ms Li: <attached: 00000485-PHOTO-2020-12-11-11-34-51.jpg>
[12/11/20, 11:43:30 AM] Brad: Thank you.
[12/11/20, 11:43:38 AM] Brad: Did you send funds to Tommy ?
[12/11/20, 11:45:42 AM] Ms Li: <attached: 00000488-PHOTO-2020-12-11-11-45-42.jpg>
[12/11/20, 11:46:30 AM] Ms Li: They gave me a weekly limit seems like.
[12/11/20, 11:48:10 AM] Ms Li: This message was deleted.
[12/11/20, 11:48:39 AM] Ms Li: You either let me wire transfer now or Venmo next week.
[12/11/20, 11:50:40 AM] Ms Li: <attached: 00000492-PHOTO-2020-12-11-11-50-40.jpg>
[12/11/20, 11:50:47 AM] Brad: Crazy
[12/11/20, 11:51:02 AM] Brad: How about pay pal?
[12/11/20, 11:51:05 AM] Ms Li: I even tried with different bank account.
[12/11/20, 11:51:18 AM] Ms Li: I don't have pay pal
[12/11/20, 12:13:18 PM] Ms Li: Tell me what do yuh ou want me to do, please.
[12/11/20, 12:38:29 PM] Ms Li: This message was deleted.
[12/11/20, 12:38:43 PM] Ms Li: <attached: 00000499-PHOTO-2020-12-11-12-38-43.jpg>
[12/11/20, 12:38:50 PM] Ms Li: <attached: 00000500-PHOTO-2020-12-11-12-38-50.jpg>
[12/11/20, 12:43:00 PM] Ms Li: This message was deleted.
[12/11/20, 12:44:08 PM] Ms Li: This is the message sent from Mr. Lee. It doesn't matter to you any more as I have refunded half the money to you.( the other half couldn't be sent because of the issue with the app, but will figure out a way to send soon).
[12/11/20, 1:24:35 PM] Ms Li: Deal or no deal, we have to give a clear direction this evening on both offers( 800,000 boxes of Superiuer and 500,000 boxes of WiMax). I can't keep ask them to hold with no action. This is in stock deals, people are fight for them.
[12/11/20, 1:28:03 PM] Brad: We are discussing internally.
[12/11/20, 1:28:17 PM] Ms Li: Ok.
[12/11/20, 4:56:36 PM] Ms Li: 1583_LOI for Superieur.docx • 4 pages <attached: 00000506-1583_LOI for Superieur.docx>
[12/11/20, 5:07:29 PM] Ms Li: If we want to proceed with both or either one of the offers:

1. We need to issue the LOI (draft provided), (make whatever necessary changes) for the 800,000 boxes of Superiuer Nitrile gloves. And send it to the seller this evening.

2. We need to sign the purchase agreement (draft provided) for the 500,000 boxes of WiMax Nitrile gloves,

**000013**

and send it to the seller this evening.
[12/11/20, 5:10:17 PM] Ms Li: By the way, for Superiuer, the seller gets 2 million boxes every month, if we want a long term contract, we can do that, and we will renegotiate the price ( the $9.1 is too high for long term contract).
[12/11/20, 7:25:21 PM] Ms Li: Please let me know what do you to do after discussing. Thank you.
[12/11/20, 7:32:00 PM] Brad: Hey Ms Li, I will be tied up with my son for the next day. Spending overdue time together
[12/11/20, 7:32:48 PM] Ms Li: Enjoy the time with your son.
[12/11/20, 7:34:43 PM] Ms Li: Should we forget about the two offers? Can somebody tell me what to do, please?
[12/11/20, 7:38:34 PM] Ms Li: And for the refund for Mr. Kato's half, we will have to wait until next week unless you allow me to wire transfer. Thank you.
[12/11/20, 7:38:55 PM] Brad: Not forgetting about the offers. We are still evaluating
[12/11/20, 7:39:25 PM] Brad: Thank you for refunding part of the money. Please follow through with the other half as soon as possible
[12/11/20, 7:40:56 PM] Ms Li: Will be done.
[12/12/20, 11:32:32 AM] Ms Li: <attached: 00000517-PHOTO-2020-12-12-11-32-32.jpg>
[12/12/20, 11:32:33 AM] Ms Li: <attached: 00000518-PHOTO-2020-12-12-11-32-33.jpg>
[12/12/20, 11:32:33 AM] Ms Li: <attached: 00000519-PHOTO-2020-12-12-11-32-33.jpg>
[12/12/20, 11:34:32 AM] Ms Li: 10 million boxes in the factory warehouse in Malaysia. $19.2 per box (300 pieces per box)
Remarks: No 510k.
[12/12/20, 11:35:29 AM] Ms Li: Show proof of fund, then go to the warehouse to check the goods.
[12/12/20, 12:03:09 PM] Ms Li: 100% TT, take the goods out of the factory by the buyer. The price is $19.2 ex-warehouse.
[12/12/20, 1:12:15 PM] Brad: Can we buy 25,000 boxes and put them on a plane to have client try?
[12/12/20, 1:14:46 PM] Ms Li: Not this one
[12/12/20, 1:15:01 PM] Ms Li: But we can try WiMax.
[12/12/20, 1:19:23 PM] Ms Li: Do you want to try WiMax? This one they only sell 10 million as a bulk.
[12/12/20, 1:25:12 PM] Brad: We won't buy 10m
[12/12/20, 1:42:33 PM] Ms Li: I understand.  But do you want to buy 25,000 boxes of WiMax?
[12/12/20, 1:57:59 PM] Brad: Yes
[12/12/20, 1:58:24 PM] Brad: We need our hospitals and doctors
to test the gloves.
[12/12/20, 1:58:37 PM] Ms Li: Ok. Let me check if they sell 25,000 boxes.
[12/12/20, 1:58:41 PM] Brad: We will buy 25,000 and airfreight
[12/12/20, 1:58:56 PM] Ms Li: Ok.
[12/12/20, 1:58:57 PM] Brad: If goes well. We order in volume
[12/12/20, 1:59:05 PM] Ms Li: Ok
[12/12/20, 4:26:13 PM] Ms Li: Do you want to do the same for Superiuer gloves, buy 25,000 boxes and air freight to the US?
[12/12/20, 4:26:57 PM] Ms Li: I can find out the possibility for both.
[12/12/20, 4:47:25 PM] Brad: No. One or the other.
[12/12/20, 5:12:34 PM] Ms Li: Ok.
[12/12/20, 5:18:36 PM] Ms Li: Have we done any du diligence to WiMax offer? The seller, the factory, the factory's bank account?
[12/12/20, 6:20:21 PM] Brad: Not yet
[12/12/20, 6:23:04 PM] Ms Li: Let me make sure they can sell us 25,000 boxes first. Then I will let you know so we can send people to verify all the information.
[12/12/20, 6:47:16 PM] Brad: Ok
[12/12/20, 9:12:45 PM] Ms Li: WiMax agreed to sell us 25,000 boxes as trial.
[12/12/20, 9:14:09 PM] Tommy H. Kato: Great
[12/12/20, 9:14:12 PM] Tommy H. Kato: How much
[12/12/20, 9:15:40 PM] Ms Li: Stay with the same price $8.70. But they won't save the rest of the 500,000 boxes for us.
[12/12/20, 9:16:22 PM] Ms Li: We can now do our job to call or visit the factory for verification.
[12/12/20, 9:18:24 PM] Ms Li: <attached: 00000549-PHOTO-2020-12-12-21-18-24.jpg>

**000014**

[12/12/20, 9:18:42 PM] Ms Li: This is the factory bank account information.
[12/12/20, 9:20:47 PM] Ms Li: This message was deleted.
[12/12/20, 9:21:11 PM] Ms Li: We can take this to the factory and the bank to verify.
[12/12/20, 9:22:57 PM] Ms Li: The factory address is on it.
[12/12/20, 9:31:42 PM] Tommy H. Kato: If it's real we might buy all of them
[12/12/20, 9:32:31 PM] Ms Li: Send Alex's people to do the verification.
[12/12/20, 9:33:20 PM] Brad: How do they get in touch with them?
[12/12/20, 9:33:44 PM] Ms Li: All the information was given in the documents.
[12/12/20, 9:33:55 PM] Ms Li: Let's find them.
[12/12/20, 9:37:28 PM] Ms Li: But first if we want all the 500,000 boxes, we have to send them the purchase agreement first to hold the goods.
[12/12/20, 9:41:36 PM] Brad: Need 25,000 boxes of the blue nitrile gloves
[12/12/20, 9:44:20 PM] Ms Li: By signing the contract we don't need to make any payment, that's only for the purpose of holding all 500,000 boxes. But we still go with 25,000 boxes first. Just in case you may want to change your mind once we know everything is legit.
[12/12/20, 11:42:44 PM] Ms Li: https://wimaxglovesthailand.com/elementor-5/
[12/12/20, 11:44:10 PM] Ms Li: Address, contact information, all here.
[12/13/20, 9:23:29 AM] Ms Li: Good morning. Can we move foward now? Have you done  any verification?
[12/13/20, 9:37:56 AM] Ms Li: 500K USA letter(1).pdf • 2 pages <attached: 00000565-500K USA letter(1).pdf>
[12/13/20, 9:39:21 AM] Ms Li: That's based on 500,000 boxes. We can do the same with 25,000 boxes
[12/13/20, 10:15:07 AM] Brad: How do you know this company ans deal is real?
[12/13/20, 10:15:23 AM] Brad: There is tremendous fraud going on right now
[12/13/20, 10:15:41 AM] Brad: Please investigate thoroughly
[12/13/20, 10:16:26 AM] Ms Li: All the information is provided, please send Alex's people in Bangkok to verify.
[12/13/20, 10:18:35 AM] Ms Li: It shouldn't be that hard to verify them.
[12/13/20, 10:19:35 AM] Ms Li: All the factory information is on this paper.
[12/13/20, 10:20:00 AM] Ms Li: And they are very open to us.
[12/13/20, 10:20:29 AM] Ms Li: They don't hide anything.
[12/13/20, 10:21:16 AM] Ms Li: We buy 25,000 first while we still have the rest of the 500,000 in contract.
[12/13/20, 10:27:27 AM] Ms Li: Even the person who issued it his name, phone number, address, all here.
[12/13/20, 12:03:14 PM] Ms Li: SPA WIMAX - APRF201213.docx • 9 pages <attached: 00000577-SPA WIMAX - APRF201213.docx>
[12/13/20, 12:25:47 PM] Ms Li: We have the identifications for both the owner of the seller and the owner of the factory in this draft contract. Please check.
[12/13/20, 4:24:38 PM] Ms Li: It will be Monday tonight for Asia. We need some action here to let the seller knows what we want to do.
[12/13/20, 4:30:59 PM] Brad: Document is with our attorney on China
[12/13/20, 4:31:29 PM] Brad: Waiting few his review and opinion
[12/13/20, 4:31:36 PM] Ms Li: Ok.
[12/13/20, 8:11:34 PM] Ms Li: This message was deleted.
[12/13/20, 8:28:37 PM] Ms Li: Do you think if we can get the draft contract back any time tonight?
[12/13/20, 9:07:28 PM] Brad: Still waiting for our attorney to review
[12/13/20, 10:29:05 PM] Ms Li: Ok
[12/14/20, 10:58:11 AM] Ms Li: <attached: 00000587-PHOTO-2020-12-14-10-58-11.jpg>
[12/14/20, 10:59:02 AM] Ms Li: Still won't let me do it.
[12/14/20, 10:59:50 AM] Ms Li: Guess it has to be 7 days as one week.
[12/14/20, 11:00:14 AM] Ms Li: Per account.
[12/14/20, 11:08:28 AM] Brad: Ok. Please make sure to refund Thomas ASAP
[12/14/20, 11:10:17 AM] Ms Li: I am trying to do it now. But it didn't allow me to.
[12/14/20, 11:25:12 AM] Ms Li: Any updates on the WiMax contract?
[12/14/20, 11:50:01 AM] Brad: Being reviewed
[12/14/20, 11:54:36 AM] Ms Li: Do you think we could have it later today?
[12/14/20, 7:02:35 PM] Ms Li: Do we have the draft contract back yet?
[12/14/20, 7:02:45 PM] Ms Li: From the attorney?
[12/14/20, 8:16:57 PM] Ms Li: I assume we are not going to get the draft contract back tonight.

**000015**

[12/14/20, 8:23:17 PM] Ms Li: I tried.
[12/14/20, 9:15:13 PM] Brad: 2020 12 14 SPA WIMAX_RF & APRF_HAK comments.pdf • 9 pages <attached: 00000600-2020 12 14 SPA WIMAX_RF & APRF_HAK comments.pdf>
[12/14/20, 9:15:53 PM] Brad: Changes to the agreement. Please share with the seller to get approved.
[12/14/20, 9:16:17 PM] Ms Li: Thank you.
[12/14/20, 11:56:41 PM] Ms Li: The seller responds on the changes in the draft contract:
1. The 500,000 boxes belong to the seller, not the factory any more. The factory doesn't have the right to sell this 500,000 boxes.
2. The reason why the seller allows the buyer to pay the deposit to the factory is based on Ms. Li's request, and also to show the factory's recognition on this cargo.
3. The factory will not sign the contract, but the factory will issue a letter to proof the 500,000 boxes exist in the factory's warehouse for the seller after the contract is signed.
[12/15/20, 5:59:00 AM] Ms Li: SPA WIMAX - AP201213 (3).docx • 9 pages <attached: 00000604-SPA WIMAX - AP201213 (3).docx>
[12/15/20, 6:08:23 AM] Ms Li: 500K Ready Stock Wimax Alpha.pdf • 1 page <attached: 00000605-500K Ready Stock Wimax Alpha.pdf>
[12/15/20, 10:43:48 AM] Ms Li: We need to quickly respond to this SPA, like today, please.
[12/15/20, 1:17:45 PM] Ms Li: I would suggest to have Alex's people take this letter to the factory for verification before we make any payment.
[12/15/20, 5:18:20 PM] Ms Li: Any words about the SPA?
[12/15/20, 5:31:34 PM] Brad: Not yet
[12/15/20, 7:38:44 PM] Ms Li: What is the status? Being reviewed by the attorney? Are we going to get it tonight?
[12/16/20, 12:00:25 AM] Ms Li: <attached: 00000611-PHOTO-2020-12-16-00-00-25.jpg>
[12/16/20, 12:04:44 AM] Ms Li: $5,000 usd is wired to my account by" run the world " from Singapore. The SGS fee that we paid will be refunded from Manila.
[12/16/20, 6:48:19 AM] Brad: Ok
[12/16/20, 9:02:10 AM] Ms Li: Can I get some kind of response about my question here?
[12/16/20, 9:59:53 AM] Brad: We are vetting this opportunity
[12/16/20, 10:00:28 AM] Ms Li: Good.
[12/16/20, 10:25:05 PM] Ms Li: Any updates?
[12/17/20, 8:47:49 AM] Ms Li: Good morning, are we done with vetting? Any news?
[12/17/20, 10:50:37 AM] Ms Li: <attached: 00000619-PHOTO-2020-12-17-10-50-37.jpg>
[12/17/20, 10:50:52 AM] Ms Li: Still won't allow me.
[12/17/20, 10:52:37 AM] Ms Li: Last payment made to Bradley was 11th. Tomorrow will be exactly one week. Let's wait to tomorrow.
[12/17/20, 2:16:55 PM] Ms Li: Any updates?
[12/17/20, 2:19:38 PM] Tommy H. Kato: Bradley any thoughts?
[12/17/20, 2:27:29 PM] Ms Li: The seller has provided us with verification and authorization letter to allow us to make the payment to the factory account, proof of product letter, the video to proof the product....with all these original documents, it shouldn't be too hard to verify them... so, please let me know what should we do next, proceed, not proceed?
[12/17/20, 2:53:49 PM] Brad: Where is the product now? What country?
[12/17/20, 2:54:53 PM] Ms Li: Bangkok, Thailand.
[12/17/20, 2:55:15 PM] Brad: Can we send our freight forwarder to the warehouse to see the gloves? Also, is there an current SGS report?
[12/17/20, 2:57:24 PM] Ms Li: I am sure the factory has their old SGS report (not the current cargo we are going to buy, that we have to do our own SGS.)
[12/17/20, 3:13:25 PM] Ms Li: To see the product, I asked, the answer was we can go to the factory to verify with the letters. But the seller can not arrange the viewing without any commitment.
[12/17/20, 3:16:17 PM] Ms Li: I would say, we should at least sign the purchase agreement, and in the contract we should clearly mention that the downpayment will only be made after our agent physically view the product in the warehouse.
[12/17/20, 3:17:25 PM] Ms Li: Then after that, we can have the seller to arrange our freight fowarder to the warehouse to see the gloves.
[12/17/20, 3:19:42 PM] Ms Li: And we should get the contract signed today so maybe tonight, the seller can arrange to see the products.

**000016**

[12/17/20, 4:29:44 PM] Ms Li: Can we have the contract ready tonight by 8 or 9 o'clock?
[12/17/20, 5:55:13 PM] Ms Li: That's a question, can someone give me an answer?
[12/17/20, 5:58:03 PM] Brad: We haven't decided on what we are going to do
[12/17/20, 6:01:02 PM] Ms Li: I see. Thank you.
[12/17/20, 7:31:20 PM] Ms Li: The seller just informed me that they are going to hold the cargo for us any more. Now they are going to go first come first serve.
[12/17/20, 8:41:58 PM] Ms Li: I am trying to arrange our freight fowarder to view the goods today (our time tonight).
[12/17/20, 8:42:49 PM] Ms Li: Please make sure our people will be available if that will happen today.
[12/17/20, 8:45:01 PM] Tommy H. Kato: Ok
[12/17/20, 8:45:40 PM] Ms Li: Thank you.
[12/17/20, 9:15:30 PM] Ms Li: The seller wants us to sign the contract first then to see the goods, I told them we are not going to sign the contract until we see the goods. So the seller want to issue a letter, to confirm that we are definitely going to buy the goods once we verify it. Therefore, we need to promise the seller that we are going to sign the contract within 12 hours after we verify the goods. And we will make the payment within 24 hours. I told them it is night here in the States. Now, first do you agree with this conditions? If you do, I will use my company to issue this letter, with your name as the buyer in the letter (as the LOI was issued by my company any way.) if you allow me to. Please let me know now. Then he will arrange us to view the goods today.
[12/17/20, 9:20:03 PM] Ms Li: Please, please, I need your advice now.
[12/17/20, 9:31:15 PM] Ms Li: Payment meaning 1 million usd to the factory.
[12/17/20, 9:35:19 PM] Tommy H. Kato: After verification?
[12/17/20, 9:35:36 PM] Ms Li: Yes.
[12/17/20, 9:36:59 PM] Ms Li: After verification, sign the contract within 12 hour, make the down payment (1 million to the factory) within 24 hours.
[12/17/20, 9:58:42 PM] Ms Li: Do you have people in Bangkok, Thailand, available to verify the goods today?
[12/17/20, 9:59:19 PM] Ms Li: What should I do? Please advise me.
[12/17/20, 10:14:56 PM] Ms Li: Buyer is waiting for our decision, please, time is very limited.
[12/17/20, 10:46:23 PM] Ms Li: It is almost midnight. It you decide not to proceed I just tell the buyer and I don't have to keep up late. Please just tell me what to do.
[12/17/20, 10:48:02 PM] Ms Li: Why is it so hard to get a word from you? Please just show some respect!
[12/17/20, 10:49:22 PM] Ms Li: It seems like all my hard work doesn't mean anything!
[12/18/20, 8:09:05 AM] Ms Li: What is the problem now? Do you want the cargo or not? Please just give a clear answer.
[12/18/20, 8:11:46 AM] Brad: Ms Li, we are a large operation. We vet out 100's of deals. We want to work with you, please understand you missed an opportunity when the last deal wasted our time. I am very cautious now. Also, you still owe us funds.
[12/18/20, 8:12:43 AM] Brad: I like your opportunity as much as any we are evaluating. Please be patient as we perform due diligence
[12/18/20, 8:14:11 AM] Brad: We are are very careful with our funds. We have been stung several times.
[12/18/20, 8:16:46 AM] Ms Li: Listen, last deal, the supplier is a good supplier, but miscommunication made it impossible. The refund, I have tried my best to make it happen, the supplier has sent most of it back to me. If you allow me to wire transfer it would be done last week. So, you can't blame me for that.
[12/18/20, 8:18:41 AM] Brad: Fair enough.
[12/18/20, 8:18:57 AM] Brad: We appreciate your honesty.
[12/18/20, 8:19:13 AM] Brad: Please try to Venmo the remaining today.
[12/18/20, 8:19:19 AM] Ms Li: Careful with the fund as we all should be, I have tried my Level best to limit your risk, you can ask any suppliers to see if they would do as what  this supplier have done.
[12/18/20, 8:19:49 AM] Ms Li: Before any commitment
[12/18/20, 8:21:51 AM] Ms Li: I don't like being ignored when questions asked.
[12/18/20, 8:24:31 AM] Ms Li: <attached: 00000665-PHOTO-2020-12-18-08-24-31.jpg>
[12/18/20, 8:24:57 AM] Ms Li: Again this is what I got, just now.
[12/18/20, 8:25:58 AM] Ms Li: Let me try later today.
[12/18/20, 8:34:42 AM] Ms Li: About vetting on this one, it shouldn't be too hard, our people will go to the factory to verify the goods before any payment, meanwhile, when our people in the factory, we can also verify other issues, the supplier, the factory bank account, those two letters... if all good, what is the risk?

**000017**

[12/18/20, 8:36:06 AM] Ms Li: Now let's send our people to verify the goods, that doesn't cost us anything!

[12/18/20, 10:49:04 AM] Ms Li: Can we arrange people to go to verify the goods tonight (tomorrow Bangkok time)?

[12/18/20, 11:06:59 AM] Tommy H. Kato: Ms Li, we are a little skeptical after all the tune and energy we have put in on previous deals.

This one would need thorough vetting out.

[12/18/20, 11:10:00 AM] Ms Li: This message was deleted.

[12/18/20, 11:11:18 AM] Ms Li: I understand. But we need to put it in action. By sending our people to the factory to verify the goods and the seller is the most direct and effective way of vetting.

[12/18/20, 12:01:19 PM] Brad: Let me see if I can arrange

[12/18/20, 12:02:47 PM] Ms Li: Great. Should I inform the seller to arrange time and location for tonight?

[12/18/20, 12:03:21 PM] Brad: Have to see when we can get someone from our team.

[12/18/20, 12:04:05 PM] Ms Li: Ok. Please let me know once you confirm. Thank you.

[12/18/20, 12:26:37 PM] Ms Li: <attached: 00000678-PHOTO-2020-12-18-12-26-37.jpg>

[12/18/20, 12:26:45 PM] Ms Li: Done.

[12/18/20, 12:58:00 PM] Brad: Thank you

[12/18/20, 1:07:51 PM] Ms Li: You are welcome.

[12/18/20, 4:48:34 PM] Ms Li: I promised the seller if we are not going to verify the goods tonight, they can sell it to someone else. So do we have our people ready?

[12/18/20, 7:06:06 PM] Ms Li: If we do have the people there ready to go, let move forward while we still vetting, actually by verify the goods that's part of the vetting too.

[12/18/20, 8:01:42 PM] Ms Li: A new day starts in Bangkok.   Do I need to have the seller arrange viewing or not? Or we are not ready yet?

[12/18/20, 7:18:03 AM] Ms Li: Is it a joke or what? The seller is offering us to go to the factory to view the goods, and that's what you have been asking for from day one. When we are offered, you just keep quiet, no action. This is very embarrassing! I don't think you guys are serious!

[12/18/20, 7:21:50 AM] Ms Li: Just wasting my time!

[12/19/20, 9:08:24 AM] Tommy H. Kato: Send our logistics guy to go see them.

[12/19/20, 9:10:33 AM] Ms Li: Please give me the name of the person who is going and his contact information, I will have the seller to arrange that.

[12/19/20, 9:11:09 AM] Tommy H. Kato: Brad has it

[12/19/20, 9:16:01 AM] Ms Li: The seller will arrange his people to wait for our logistics guy at the factory warehouse and take him in to view the goods.

[12/19/20, 9:22:59 AM] Brad: Ms Li, send the address

[12/19/20, 9:23:02 AM] Brad: Contact name

[12/19/20, 9:25:33 AM] Ms Li: We need to issue a letter, promising:

After verification, sign the contract within 12 hour, make the down payment (1 million to the factory) within 24 hours.

[12/19/20, 9:26:44 AM] Brad: The reason I don't like this deal is $1m directly to the factory and the rest of the payment to a 3rd party.

[12/19/20, 9:26:55 AM] Brad: Why is this the case?

[12/19/20, 9:27:22 AM] Brad: Very suspicious of this transaction.

[12/19/20, 9:27:24 AM] Ms Li: It's not the third party, it's the seller.

[12/19/20, 9:27:42 AM] Brad: Why patents going 2 different ways?

[12/19/20, 9:27:46 AM] Brad: Payments

[12/19/20, 9:27:51 AM] Ms Li: We can pay everything to the seller if you prefer.

[12/19/20, 9:28:29 AM] Ms Li: It is me who insisted to make the first payment to the factory.

[12/19/20, 9:29:11 AM] Ms Li: I thought this is safer for us.

[12/19/20, 9:30:50 AM] Ms Li: The seller is the one who owns the goods. Not the factory.

[12/19/20, 9:31:32 AM] Ms Li: That's the way it should be for the seller.

[12/19/20, 12:47:16 PM] Ms Li: So, what's now?

[12/19/20, 2:39:16 PM] Brad: Ms Li, where do our people go? Who is the contact person and the address?

[12/19/20, 2:41:09 PM] Ms Li: Our people will go to the factory warehouse. The seller will provide us with all the contact information of who our people is going to meet at the warehouse and take our people to view the goods.

[12/19/20, 2:47:25 PM] Ms Li: Once we issue the commitment letter, the seller will provide us with the

**000018**

information we need.
[12/19/20, 6:06:18 PM] Ms Li: Any progress?
[12/19/20, 8:13:21 PM] Ms Li: At night, is morning in Bangkok, Thailand, if any action need to be taken, this would be good time.
[12/19/20, 8:22:02 PM] Tommy H. Kato: Bradley?
[12/19/20, 8:24:22 PM] Brad: Can't use my phone. Shabbath Shalom
[12/19/20, 8:45:03 PM] Ms Li: Is this our person in Bangkok?
[12/19/20, 10:32:31 PM] Ms Li: What does this mean?
[12/20/20, 6:26:39 PM] Ms Li: Today is the last chance if we want to proceed with 500,000 boxes of WiMax gloves. Otherwise we will lose this deal for sure.
[12/20/20, 7:00:42 PM] Ms Li: I begged the seller to hold it through the weekend.
[12/20/20, 7:02:05 PM] Ms Li: If you want it, we still have it. If you don't want it, I tried.
[12/20/20, 7:02:44 PM] Tommy H. Kato: We need them, we are just so skeptical now.  We need way more gloves than we can find.  I am getting on a plane now for 4 hours
[12/20/20, 7:05:21 PM] Ms Li: Once our people see them, we will know. We can't sit at home and imagine every one is a thief
[12/20/20, 7:06:50 PM] Ms Li: Tell me what do yuh ou want me to do, what else do you need to make you with a clear mind?
[12/20/20, 7:07:41 PM] Ms Li: You have to communicate with me, so I will know what need to be done.
[12/20/20, 7:10:06 PM] Ms Li: I do have couple of other leads too. But we can't sit on something for weeks....
[12/21/20, 12:27:27 PM] Ms Li: So what kind of terms will you take? I thought by having the factory letters, stating that they recognize the seller, and agree taking partial payment on behalf of the seller, proof that they have the goods in their warehouse; both the seller and the factory agree to physically show the buyer the goods available in the factory warehouse...etc...all those would be good enough to proof they are legit and serious seller with the product and price you agree with. Apparently that's not enough. So please tell me who else do you need?
[12/21/20, 12:28:09 PM] Ms Li: You are more experienced, please tell me.
[12/21/20, 3:41:28 PM] Ms Li: What
[12/21/20, 10:02:37 PM] Ms Li: I do have couple of suppliers, some of them I have successful transactions with. Please tell me what your terms are, what is your requirement. For sure I can help you.
[12/21/20, 10:24:46 PM] Brad: Ms Li. We have been focused on a few deals at the moment. We have plenty of opportunity. Please be patient
[12/23/20, 10:03:04 AM] Ms Li: Another buyer is going to take this 500,000 boxes of WiMax gloves, all the terms are agreed, seller is expecting the buyer to sign the contract tonight. Now the buyer is asking if we still want to proceed. Otherwise by tonight, we will be no long in this deal
[12/23/20, 10:08:33 AM] Ms Li: This message was deleted.
[12/23/20, 10:09:43 AM] Ms Li: I sincerely hope that we will take this deal. As I know this is legit seller, the factory is legit factory, my friend has success transactions with this seller and this factory. Plus, from the way how open they are to us, I don't really see any holes.
[12/23/20, 10:31:27 AM] Brad: What are the payment terms again?
[12/23/20, 10:32:32 AM] Ms Li: Tell me how do you want to make the payment, that you think it's fair and safe?
[12/23/20, 10:52:19 AM] Ms Li: Remember they want 1 million after verification of the goods, the rest after SGS  either we take the goods from the warehouse or we take over from the airport, our choice.
[12/23/20, 11:28:51 AM] Ms Li: 1 million is less than 25%, we can pay to the seller directly or we can pay to the factory, it's our choice, but the rest of the payment has to be paid the the seller.
[12/23/20, 11:38:42 AM] Ms Li: But tell me what do you think is fair and safe for both side. Then I will talk to the seller.
[12/23/20, 12:58:43 PM] Ms Li: Hi, Brad, can you respond to this, please.
[12/23/20, 2:58:47 PM] Ms Li: Can someone respond to this, please?
[12/23/20, 4:23:34 PM] Brad: Sorry Ms Li, been with family all day.
[12/23/20, 4:31:02 PM] Ms Li: That's ok. Can you tell me what kind of payment terms you would like for this 500,000 boxes of WiMax gloves?
[12/23/20, 7:42:08 PM] Ms Li: Brad, I will have to ask you again. If you don't want to proceed please tell me, too. It not fair to the seller to keep holding while you don't plan to proceed at all.
[12/23/20, 7:43:22 PM] Ms Li: I will have to tell the seller the truth in an hour or so.

**000019**

[12/23/20, 7:43:58 PM] Ms Li: So please tell me the true, deal or no deal. No need to hide anything.
[12/23/20, 7:44:30 PM] Brad: <attached: 00000743-PHOTO-2020-12-23-19-44-29.jpg>
[12/23/20, 7:44:55 PM] Ms Li: I need a clear answer, please.
[12/23/20, 10:15:40 PM] Ms Li: So should I ask to hold for one more day?
[12/23/20, 10:47:27 PM] Ms Li: Please make sure that tomorrow we will have a clear direction. Thank you.
[12/24/20, 8:26:53 AM] Ms Li: Goog morning, I would appreciate it if you guys can give me a clear direction today.
[12/24/20, 12:11:41 PM] Ms Li: I am waiting.
[12/24/20, 12:59:43 PM] Brad: Hey Ms. Li, we are celebrating Xmas the next few days. We can reconvene after.

Have a happy holidays
[12/24/20, 1:04:11 PM] Ms Li: So basically you are just telling me to forget about all the work that I have been doing for the last couple of weeks. You could tell me two weeks ago, so we don't hold this deal for nothing. Not fair for  the seller. Wasting everybody's time. Very embarrassing! This is more than ridiculous!
[12/24/20, 1:08:03 PM] Ms Li: We disturbed the factory two for the letters to proof it legit of the deal.
[12/24/20, 1:08:04 PM] Brad: Listen, we appreciate the work you have done. Unfortunately we wasted a lot of our time on the last deal as well.

Both Thomas and I take time with our family for Christmas. We will reconsider this deal in a few days.
[12/24/20, 1:27:11 PM] Ms Li: Last deal was a legit deal, just lack of trust to each other. So I have done everything in my power to limit the risk that we may have in this deal, you have all those weeks, all the information you need to do due diligence...
[12/24/20, 1:27:42 PM] Ms Li: I really hope you do better than this..
[12/24/20, 1:32:06 PM] Ms Li: Any way, enjoy your holiday!
[12/26/20, 10:39:40 PM] Ms Li: The deal for WiMax was gone. But we can order, the price might be slightly higher and it take 3 to 7 days for delivery after payments contract signed. Depends on the quantity. Same payment terms, 25% after verification, 75% after SGS upon delivery.
[12/27/20, 12:39:30 PM] Ms Li: Big progress, the seller for WiMax gloves agrees to have the factory as co-seller in purchase agreement. But only in the trial purchase of a 500,000 boxes of gloves. Another word, both the seller and the factory will sign on the contract as sellers. For the trial of 500,000 boxes, the goods will be ready to ship within 3 days after the contract is signed. No payment will be needed before verification of the goods by the buyer's representative.
[12/27/20, 12:40:41 PM] Ms Li: If we decide to sign the contract right away, the price still remains at $8.70 per box.
[12/27/20, 12:42:32 PM] Ms Li: Now, please tell me whether you are interested. If you do, please let me know immediately so we can proceed this evening.
[12/27/20, 12:50:52 PM] Tommy H. Kato: Ms Li, I left for the NYE and won't be back or working until the 4th
[12/27/20, 12:52:27 PM] Ms Li: So nothing is going to be done before the 4th?
[12/27/20, 12:53:24 PM] Brad: Ms Li, I evaluate all opportunities.
[12/27/20, 12:53:26 PM] Tommy H. Kato: Not with me.  Maybe Brad.
[12/27/20, 12:55:09 PM] Ms Li: Enjoy your trip.
[12/27/20, 12:55:18 PM] Brad: This seems like a fair offer. Have you done any due diligence on WiMAX as company? How long have they been in business? Is our money secure and collectible?
[12/27/20, 12:55:53 PM] Tommy H. Kato: Thank you
[12/27/20, 12:56:10 PM] Brad: Do they have any references of successful delivery?
[12/27/20, 1:12:38 PM] Ms Li: Brochure Wimax-Pisut 4 Nov 2020_Final + JDC.pptx • 24 slides <attached: 00000768-Brochure Wimax-Pisut 4 Nov 2020_Final + JDC.pptx>
[12/27/20, 1:17:49 PM] Ms Li: The documents look all good, and the person who introduced me to the seller very highly recommended, the factory has been in business for over a decade. But more importantly, we were provided all the information including the factory address, contact information...
[12/27/20, 1:19:26 PM] Ms Li: We even has IDs of both the owner of the seller and the factory.
[12/27/20, 1:36:30 PM] Ms Li: Plus, we will send people to verify the goods first.
[12/27/20, 5:58:36 PM] Ms Li: Hi, Brad, should we proceed?
[12/27/20, 5:59:17 PM] Ms Li: This message was deleted.
[12/27/20, 6:07:06 PM] Brad: Not sure yet Ms Li. Will update you tomorrow mid morning

**000020**

[12/27/20, 6:07:37 PM] Ms Li: Ok. Thank you.
[12/28/20, 12:22:09 PM] Ms Li: Hi, Brad. Any update?
[12/28/20, 4:02:05 PM] Ms Li: I am waiting for your words, Brad.
[12/28/20, 6:24:15 PM] Ms Li: Hi, Brad, what's going on?
[12/28/20, 6:25:03 PM] Brad: Working. Don't have a decision for tou as of yet
[12/28/20, 6:25:05 PM] Brad: You
[12/28/20, 6:30:54 PM] Ms Li: Ok
[12/29/20, 10:52:16 AM] Ms Li: Hi, Brad, do you think we can have a decision today?
[12/29/20, 11:03:04 AM] Brad: Still evaluating. I'm exploring several deals at the moment. Please be patient.
[12/29/20, 11:20:20 AM] Ms Li: 10 million boxes Hartalega Coats available, ready to ship, $9.70 per box,
payment terms: 100% LC. Minimum order 2 million boxes. Could be partially shipped.
[12/29/20, 11:26:40 AM] Ms Li: The goods is in Hartalega factory warehouse in Malaysia. Private seller.
[12/30/20, 2:116 PM] Ms Li: 2116_Company_Profile_ANS_Draft_Rev0.pdf • 40 pages <attached:
00000786-2116_Company_Profile_ANS_Draft_Rev0.pdf>
[12/30/20, 2:39:49 PM] Ms Li: This one we can start with smaller amount. For trial order we can have both
the factory and the seller as co-seller in the contract. To see the goods we need POF and purchase
agreement.

The price for this one is $7.50 per box(100 pieces). TT or LC are acceptable
[1/1/21, 12:16:02 AM] Ms Li: Happy New Year!
[1/1/21, 12:58:20 AM] Tommy H. Kato: Happy New Year!
[1/5/21, 7:46:39 AM] Ms Li: Hartalega Nitrile gloves, 10 million boxes (100 pieces)  per month, $7.8 per box.
100% LC, private  seller in Singapore, start delivery 15 days after contract signed. Minimum order 1 million
per month.
[1/5/21, 10:32:19 AM] Ms Li: Seller accept non transferable LC and seller provide a 2% performance bond
against LC. A very reliable seller.
[1/5/21, 10:32:41 AM] Ms Li: Seller is:
Ju Feng Le international Pte Ltd

A very reliable trading company. That's why they accept non transferable LC.
[1/5/21, 10:33:41 AM] Ms Li: <attached: 00000793-PHOTO-2021-01-05-10-33-41.jpg>
[1/5/21, 10:34:07 AM] Ms Li: This is the one we are talking about.
[1/5/21, 2:16:40 PM] Brad: Does this company have documentation that they buy directly from Hartalega?
[1/5/21, 2:17:16 PM] Brad: We have looked at Hartalega deals before. They have never worked out.
[1/5/21, 2:30:41 PM] Ms Li: Let me find out.
[1/5/21, 2:30:50 PM] Ms Li: Tonight.
[1/5/21, 2:38:40 PM] Brad: Ok
[1/5/21, 8:54:38 PM] Ms Li: For Hartalega product, the seller ( Ju Feng Le International Pte Ltd ) promised
once we provide LOI and POF at the same time, they will show us the Proof of product (the Allocation) and
delivery schedule. Right now only 5 million left, the other 5 million was taken already. To take this 5 million
or less we need to act fast. LOI and Proof of fund must be provided no later than tomorrow to hold the
goods and price.
[1/5/21, 9:04:44 PM] Ms Li: The seller is a very strong company.
[1/5/21, 9:10:20 PM] Ms Li: And before we send the LOI and proof of fund to the seller, we need to sign a
NCNDA between Rock Fintech LLC and me ( Praxis Protection LLC).
[1/5/21, 9:11:17 PM] Ms Li: I can guarantee you, this seller is legit.
[1/5/21, 9:12:44 PM] Tommy H. Kato: Bradley doesn't seem to think so
[1/5/21, 9:13:29 PM] Ms Li: I guarantee this is a legit seller.
[1/5/21, 9:13:47 PM] Ms Li: And they have the allocation.
[1/5/21, 9:16:07 PM] Ms Li: They give you a performance bond.
[1/6/21, 10:32:49 AM] Ms Li: Good morning. Please let me know if you are interested in Hartalega deal.
[1/6/21, 10:53:58 AM] Brad: Evaluating
[1/6/21, 10:54:27 AM] Ms Li: Ok
[1/6/21, 11:36:17 AM] Ms Li: Remember, very few seller can accept non transferable LC ( because they
need your LC to pay the factory) and very few seller can provide 2% performance bond to guarantee the
supply.
[1/6/21, 5:18:36 PM] Ms Li: Good evening. If you decide to work on the Hartalega deal, we need to issue LC

**000021**

and proof of fund today.
[1/7/21, 8:38:04 AM] Ms Li: For Hartalega, buyer can send agent to Hartalega factory to insure the product before LC issued once the contract is signed.
[1/7/21, 8:43:36 AM] Ms Li: And the LC is designated for Hartalega product.. ..all these shows the strong tie between the seller and buyer, and seller power.
[1/7/21, 8:57:27 AM] Ms Li: If you are still doubting the legitimate of the supply, I would say no need. Unless you are not interested in this deal. Please let me know.
[1/13/21, 4:08:00 PM] Ms Li: Hartalega Nitrile gloves, seller has trading records( only show through video chat) including bill of Lading, SGS report, and arrange buyer representative to view the goods before any payment. Payment terms can be 100% TT or 100% LC, buyer's choice.
[1/13/21, 4:09:36 PM] Ms Li: This message was deleted.
[1/13/21, 4:11:28 PM] Ms Li: If you are interested, we can start with any amount. Right away.
[1/13/21, 4:12:04 PM] Ms Li: The trading records are from last year to this year.
[1/15/21, 6:56:56 AM] Ms Li: You guys should just tell me: what ever effort you put in, what ever products you bring here, we are not going to buy from you. Don't waste your time!
I would have stopped long time ago.
[1/15/21, 6:59:01 AM] Ms Li: Instead of wasting my time negociating the best terms for you.......
[1/15/21, 3:59:32 PM] Tommy H. Kato: Ms Li and gloves in the US right now? Even 10-20 million gloves?
[1/15/21, 4:00:37 PM] Ms Li: Yes. 20 million cranberry Evolve, on the ground in the US.
[1/15/21, 4:01:36 PM] Brad: Where? And price?
[1/15/21, 4:01:43 PM] Ms Li: 2o million boxes ( 300 pieces)
[1/15/21, 4:02:12 PM] Ms Li: $19.5+ 10%
[1/15/21, 4:03:49 PM] Brad: How are they purchased?
[1/15/21, 4:03:55 PM] Brad: Cash and carry?
[1/15/21, 4:04:35 PM] Ms Li: Yes.
[1/15/21, 4:04:43 PM] Brad: What quantity minimum?
[1/15/21, 4:05:36 PM] Ms Li: 20 million.
[1/15/21, 4:05:55 PM] Brad: 20 million gloves?
[1/15/21, 4:06:12 PM] Ms Li: Boxes
[1/15/21, 4:06:23 PM] Brad: 20 million boxes is 2 billion gloves.
[1/15/21, 4:06:32 PM] Ms Li: This message was deleted.
[1/15/21, 4:06:50 PM] Brad: Don't believe this quantity exists
[1/15/21, 4:07:08 PM] Brad: We have gone down this path before
[1/15/21, 4:07:24 PM] Ms Li: 20 million ×300pieces
[1/15/21, 4:07:39 PM] Brad: Oh....6 billion gloves
[1/15/21, 4:07:48 PM] Ms Li: Yes.
[1/15/21, 4:08:57 PM] Tommy H. Kato: We want 20 million gloves immediately to show a client
[1/15/21, 4:09:40 PM] Ms Li: I will find out later.
[1/15/21, 4:10:02 PM] Tommy H. Kato: Intco has some in LA?
[1/15/21, 4:10:08 PM] Ms Li: That's 200,000 boxes (100 pieces)
[1/15/21, 4:10:24 PM] Brad: Yes
[1/15/21, 4:10:29 PM] Ms Li: Nothing until March.
[1/15/21, 4:10:48 PM] Brad: Need 200,000 boxes immediately
[1/15/21, 4:11:05 PM] Ms Li: What brand?
[1/15/21, 4:11:11 PM] Brad: FDA
[1/15/21, 4:11:17 PM] Brad: Nitrile
[1/15/21, 4:11:22 PM] Brad: Doesn't matter
[1/15/21, 4:11:31 PM] Ms Li: FDA 510K?
[1/15/21, 4:11:36 PM] Brad: Yes
[1/15/21, 4:11:52 PM] Ms Li: Will tell you tonight.
[1/16/21, 9:11:42 PM] Ms Li: I have a 20 million boxes order of Cranberry Evolve (300 pc/box, I am trying to fit you in with 1 million boxes, make it 21 million boxes together (the minimum order is 20 million). The goods is on the ground in the US. If things goes well, we should have the deal done in less than a week. Let me know whether you want it,please.
[1/16/21, 9:12:21 PM] Brad: Yea
[1/16/21, 9:12:52 PM] Brad: Terms
[1/16/21, 9:13:06 PM] Brad: Cash and carry

**000022**

[1/16/21, 9:32:31 PM] Ms Li: They won't let me fit in 1 million. Either 25 million or 30 million. No 21 million.
[1/16/21, 9:55:16 PM] Ms Li: Can you take 5 million boxes?
[1/22/21, 11:52:01 AM] Ms Li: Superiuer Nitrile gloves, 4 mil thickness. Stock available in factory warehouse in Vietnam, once the NCNDA signed, buyer can send people to verify the goods at any time.
[1/22/21, 11:52:37 AM] Ms Li: Lrt me know if interested.
[1/22/21, 12:41:54 PM] Tommy H. Kato: Great
[1/22/21, 12:44:55 PM] Ms Li: Any interest?
[1/22/21, 12:58:50 PM] Brad: Price?
[1/22/21, 1:00:22 PM] Ms Li: $8.90 per box (100 pieces)
[2/1/21, 11:24:26 PM] Ms Li: In stock in NYC, 90k boxes of Nitrile gloves (MedCare,made in China with FDA 510k), $15/box (100 pieces per box)
[2/1/21, 11:27:15 PM] Tommy H. Kato: Wow that's expensive
[2/1/21, 11:27:37 PM] Ms Li: It is.
[2/1/21, 11:29:19 PM] Tommy H. Kato: When can we see them?
[2/1/21, 11:29:56 PM] Ms Li: I am requesting it.
[2/1/21, 11:30:29 PM] Tommy H. Kato: If we see then and get an sgs on then we can buy them tomorrow
[2/1/21, 11:30:47 PM] Ms Li: All 90k?
[2/2/21, 5:47:17 AM] Tommy H. Kato: Yes
[2/2/21, 5:50:51 AM] Ms Li: This message was deleted.
[2/2/21, 5:54:33 AM] Ms Li: We need a purchase order, today.
[2/2/21, 5:59:36 AM] Brad: Gather information for the PO
[2/2/21, 9:46:39 AM] Ms Li: Sourcing Connection LLC

5 Morris lane
Great neck NY 11024
[2/2/21, 9:50:16 AM] Ms Li: CT41939.doc (1).pdf <attached: 00000879-CT41939.doc (1).pdf>
[2/2/21, 9:50:41 AM] Ms Li: <attached: 00000880-PHOTO-2021-02-02-09-50-41.jpg>
[2/2/21, 10:25:44 AM] Tommy H. Kato: Bradley if these are good let's buy them ASAP.  Send the B2's there
[2/2/21, 10:25:58 AM] Tommy H. Kato: Bobby squared
[2/2/21, 10:27:47 AM] Brad: Ms Li, get us contract
[2/2/21, 10:51:50 AM] Brad: bg@rockfintek.com
[2/2/21, 10:52:05 AM] Ms Li: Thank you.
[2/2/21, 10:56:49 AM] Ms Li: You and I will need to sign a commission agreement of 3% of the total contract amount.
[2/2/21, 11:00:49 AM] Ms Li: Is it ok?
[2/2/21, 11:29:19 AM] Brad: Are you getting paid by the broker?
[2/2/21, 11:29:32 AM] Ms Li: No.
[2/2/21, 11:29:46 AM] Ms Li: I have to get paid by the buyer.
[2/2/21, 12:32:04 PM] Ms Li: Fintek .docx commission .docx <attached: 00000891-Fintek .docx commission .docx>
[2/2/21, 1:25:28 PM] Ms Li: Is the PO ready yet? We need to move fast. There are people behind us waiting to grab the goods.
[2/2/21, 1:32:20 PM] Tommy H. Kato: Let's buy them
[2/2/21, 1:45:17 PM] Brad: Ms Li, call me
[2/2/21, 1:45:34 PM] Brad: I thought they were sending the PO via email.
[2/2/21, 1:53:29 PM] Ms Li: Email is for NCNDA.
[2/2/21, 2:22:18 PM] Brad: Download 1003.pdf • 1 page <attached: 00000897-Download 1003.pdf>
[2/2/21, 2:28:58 PM] Ms Li: Thanks.
[2/2/21, 3:47:41 PM] Brad: Ms Li, can we get video of gloves?
[2/2/21, 3:47:58 PM] Brad: Also, we need to check them out.
[2/2/21, 3:48:02 PM] Brad: Let's get this done
[2/2/21, 3:48:15 PM] Ms Li: They will send us BL soon. I am waiting.
[2/2/21, 3:48:57 PM] Ms Li: Of course. That is my condition to the seller.
[2/2/21, 5:28:03 PM] Ms Li: NCNDA CONTRACT.docx • 3 pages <attached: 00000904-NCNDA CONTRACT.docx>
[2/2/21, 5:31:00 PM] Brad: Seller information is not on the NCNDA?
[2/2/21, 5:31:43 PM] Ms Li: We sign in first and then the seller.

**000023**

[2/2/21, 6:01:56 PM] Ms Li: Bradley, please check your email for NCNDA from Bruno.
[2/2/21, 6:06:49 PM] Ms Li: And please let me know once you sign it. So we can move to the next step.
[2/2/21, 6:33:31 PM] Brad: NCNDA CONTRACT.pdf • 3 pages <attached: 00000909-NCNDA CONTRACT.pdf>
[2/2/21, 6:48:47 PM] Ms Li: You have to do it through email. Or DocuSign.
[2/2/21, 6:52:46 PM] Ms Li: <attached: 00000911-PHOTO-2021-02-02-18-52-46.jpg>
[2/2/21, 6:53:12 PM] Ms Li: You are the only one who didn't sign.
[2/2/21, 6:59:17 PM] Brad: Signed
[2/2/21, 6:59:39 PM] Ms Li: Thanks.
[2/2/21, 7:08:50 PM] Ms Li: Bradley, can you change the Purchase order based on the real seller information as this:

Here is the info to make the ICPO
pls be sure they put the condition ..

JNS CAPITAL
155 skillman street
Brooklyn NY 11205
[2/2/21, 7:14:40 PM] Ms Li: WiMax Nitrile gloves:
2 million boxes,
300,000 available right now, and 1.7 million will be ready in 15 days.
[2/2/21, 7:20:55 PM] Brad: Thomas, what do you think about Wimax?
[2/2/21, 7:47:26 PM] Brad: Download 1003.pdf • 1 page <attached: 00000918-Download 1003.pdf>
[2/2/21, 8:32:07 PM] Ms Li: This message was deleted.
[2/2/21, 8:40:56 PM] Brad: What is this document?
[2/2/21, 8:41:08 PM] Ms Li: Sorry, Bradley, we have to use this form (draft ICPO, put in the accurate information, and our payment term but we don't need to put your account information. We need  to And it needs to be signed.
[2/2/21, 8:42:59 PM] Ms Li: Put our condition in the ICPO like no any kind of payment will be made without our people physically view the goods.
[2/2/21, 8:44:05 PM] Ms Li: Full amount will be transfer to buyer's attorney escrow account within 24 hours after received the BOL
If not this icpo is considered cancelled
[2/2/21, 8:46:39 PM] Ms Li: ICPO FOR MEDCARE.docx • 2 pages <attached: 00000924-ICPO FOR MEDCARE.docx>
[2/2/21, 8:46:57 PM] Ms Li: Please use this one.
[2/2/21, 9:35:35 PM] Ms Li: We need the ICPO in exchange for BL. And then later to view the goods.
[2/2/21, 10:20:54 PM] Ms Li: The buyer mandate Mr. Bruno want to have a phone conversation with you tomorrow morning at 9am, 9:30am, or 10am. Please suggest a time that is suitable for you. Thank you.
[2/2/21, 10:21:34 PM] Tommy H. Kato: 10:00am
[2/2/21, 10:21:55 PM] Ms Li: Great. Thanks.
[2/3/21, 9:55:25 AM] Ms Li: Did you get the Zoom invitation through email? It's in Bradley's email.
[2/3/21, 9:55:42 AM] Ms Li: For 10am zoom meeting.
[2/3/21, 10:01:05 AM] Ms Li: Silver Bull Mgmt Grp is inviting you to a scheduled Zoom meeting.

Topic: Silver Bull Mgmt Grp's Zoom Meeting
Time: Feb 3, 2021 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting
https://us04web.zoom.us/j/77011304657?pwd=MGE2bXB4czl0dVBPVFBySWFjRUlEQT09

Meeting ID: 770 1130 4657
Passcode: 1RJ7nT
[2/3/21, 10:01:40 AM] Tommy H. Kato: 5 minutes
[2/3/21, 10:05:55 AM] Tommy H. Kato: I am on waiting for the host
[2/3/21, 10:33:47 AM] Ms Li: Hi, Bradley, can you also sign the Commission Agreement and send it to me, please?

[2/3/21, 11:54:31 AM] Ms Li: Hi, Bradley, waiting for the ICPO and commission agreement, so we can move forward.
[2/3/21, 12:02:13 PM] Tommy H. Kato: Bradley sign it
[2/3/21, 12:50:49 PM] Brad: Preparing escrow agreement.  Need other party name and their pay-to wire transfer info.
[2/3/21, 12:51:04 PM] Brad: Ms Li, need this info
[2/3/21, 12:53:12 PM] Ms Li: Send the ICPO first. Otherwise we may lose this deal!
[2/3/21, 1:01:52 PM] Ms Li: Bradley, please send me the ICPO now. Thank you.
[2/3/21, 1:10:48 PM] Brad: <attached: 00000942-PHOTO-2021-02-03-13-10-48.jpg>
[2/3/21, 1:11:41 PM] Brad: Miss Li, we are very specific with our transactions. This is being worked on by our attorney
[2/3/21, 1:11:47 PM] Brad: Should have shortly
[2/3/21, 1:12:45 PM] Ms Li: The payment will be released partially upon each delivery.
[2/3/21, 1:13:04 PM] Brad: There needs to be an escrow agreement that goes with the document
[2/3/21, 1:13:13 PM] Brad: Our attorney is drafting
[2/3/21, 1:14:13 PM] Ms Li: But let send the ICPO first. Escrow account will be need to provide after BOL.
[2/3/21, 1:17:44 PM] Brad: Our attorney is making changes to the ICPO
[2/3/21, 1:28:02 PM] Ms Li: Ok.
[2/3/21, 1:51:45 PM] Ms Li: JNS CAPITAL HOLDINGS LLC
155 skilman street
Brooklyn NY 11205
Capital one bank
Account number
3746631052
Wire routing
065000090
[2/3/21, 1:56:15 PM] Ms Li: Nitrile gloves
Yanimed
150k boxes
$15.25 per box of 100 pieces.
PO inspect pay pick up
[2/3/21, 1:56:31 PM] Ms Li: Yanimed Deck.pdf • 38 pages <attached: 00000953-Yanimed Deck.pdf>
[2/3/21, 2:33:51 PM] Ms Li: ICPO, please. Move fast.
[2/3/21, 2:37:14 PM] Ms Li: Ms. Lei Bruno just said forget about the deal. Im going call him and try and save it
[2/3/21, 2:45:51 PM] Ms Li: We have to get the ICPO at 3pm. In the next 15 minutes. Otherwise forget about it.
[2/3/21, 3:02:28 PM] Brad: ICPO NITRILE GLOVES.pdf • 1 page <attached: 00000957-ICPO NITRILE GLOVES.pdf>
[2/3/21, 3:37:56 PM] Ms Li: HBL - STSH2012206 (1584).pdf • 2 pages <attached: 00000958-HBL - STSH2012206 (1584).pdf>
[2/3/21, 3:37:57 PM] Ms Li: HBL - STSH2012103 (1582).pdf • 2 pages <attached: 00000959-HBL - STSH2012103 (1582).pdf>
[2/3/21, 3:37:59 PM] Ms Li: HBL - STSH2012150 (1583).pdf • 2 pages <attached: 00000960-HBL - STSH2012150 (1583).pdf>
[2/3/21, 5:16:12 PM] Ms Li: Bradley, can you have the commission agreements signed and send to me, please? Thank you.
[2/3/21, 5:17:14 PM] Ms Li: Once escrow in place they can pick up first one probably tomorrow or Friday
[2/3/21, 5:17:15 PM] Ms Li: Tell them sometimes it's 2-3 days behind
Today I checked and for one container yesterday they told me 02/03 then today they told has been released 01/29
[2/3/21, 5:17:15 PM] Ms Li: The web to. Check container is not really updated daily
[2/3/21, 5:17:15 PM] Ms Li: I will need to work on logistic with broker agent
[2/3/21, 7:39:32 PM] Ms Li: Hi, Bradley, what is the escrow account setting look like? Can we get it done tomorrow morning?
[2/4/21, 10:22:23 AM] Brad: ESCROW AGREEMENT - Rock Fintek(12965067.1).doc <attached: 00000967-ESCROW AGREEMENT - Rock Fintek(12965067.1).doc>

[2/4/21, 10:24:43 AM] Ms Li: So, should I send this to the seller for review?
[2/4/21, 10:24:50 AM] Brad: Yes
[2/4/21, 12:54:51 PM] Brad: Ms Li, When can you go inspect the gloves?
[2/4/21, 12:55:15 PM] Ms Li: I am in NY now.
[2/4/21, 12:56:56 PM] Ms Li: But waiting for the Escrow agreement to come back and sign so we can inspect the goods.
[2/4/21, 1:28:46 PM] Ms Li: Accordingly to the sop we receive the escrow agreement 2 hours ago seller shall sign shortly then buyer can wired funds to escrow
Afterwards we will advise the release ASAP for inspection
[2/4/21, 1:42:16 PM] Ms Li: This is from Bruno.
[2/4/21, 2:16:11 PM] Brad: Ok
[2/4/21, 3:20:23 PM] Ms Li: I have a very powerful person in Thailand who has been in Thailand for over30 years, he has been 4 terms' Chairman of chamber of commerce Associations (for 19 different countries including  the US)in Thailand. He is a cousin of my long time dear from Taiwan. The chairman has very strong connections with all the manufacturers  in Thailand. He agreed to help us to purchase gloves from one of 3M's factories in Thailand. And he said we can get very good price. But he needs a LOI and proof of fund from us, then he will go to the factory to negotiate for us.
[2/4/21, 3:21:27 PM] Ms Li: Should we do this? This is a very credible contact.
[2/4/21, 3:22:50 PM] Ms Li: Still waiting for my friend's feed back about Hongrui in China. We should have it this evening.
[2/4/21, 3:40:51 PM] Tommy H. Kato: Letter_Gloves Issue_012521.pdf • 1 page <attached: 00000979-Letter_Gloves Issue_012521.pdf>
[2/4/21, 3:41:11 PM] Tommy H. Kato: Ms Li this is a confidential letter.
[2/4/21, 3:41:23 PM] Tommy H. Kato: Do you agree to keep it confidential?
[2/4/21, 3:42:02 PM] Tommy H. Kato: If you agree, do you believe your contact in Thailand can help us retrieve our $6.2 million?
[2/4/21, 3:44:40 PM] Ms Li: Absolutely. You have my word.
[2/4/21, 3:45:00 PM] Ms Li: Let me talk to him.
[2/4/21, 3:45:35 PM] Tommy H. Kato: Did you read it and understood what they did to us?
[2/4/21, 3:45:47 PM] Ms Li: All 6.2 million, nothing back yet?
[2/4/21, 3:45:53 PM] Tommy H. Kato: We are filing a criminal complaint tomorrow or Monday.
[2/4/21, 3:45:57 PM] Ms Li: Yes, I did read it.
[2/4/21, 3:46:03 PM] Tommy H. Kato: Nothing back and no gloves
[2/4/21, 3:46:14 PM] Ms Li: My god.
[2/4/21, 3:46:50 PM] Ms Li: Another American company last 15.6 million in Thailand also.
[2/4/21, 3:47:05 PM] Brad: Lost it?
[2/4/21, 3:47:16 PM] Ms Li: Yes, lost.
[2/4/21, 3:47:43 PM] Tommy H. Kato: https://www.nitrileglove.asia/announcement-of-skymed/
[2/4/21, 3:47:56 PM] Brad: How is that possible? My understanding is the government has to sign off of contracts that include goods being exported
[2/4/21, 3:47:59 PM] Ms Li: I am sure he can do something.
[2/4/21, 3:49:04 PM] Tommy H. Kato: <attached: 00000997-PHOTO-2021-02-04-15-49-04.jpg>
[2/4/21, 3:49:22 PM] Tommy H. Kato: That's the crook and CEO
[2/4/21, 3:50:11 PM] Tommy H. Kato: WE ARE NOT GOING TO JUST LOSE OUR MONEY.
[2/4/21, 3:50:56 PM] Brad: Who is the American company that lost money there? I want to research
[2/4/21, 3:51:04 PM] Tommy H. Kato: As you see in the letter we told the US embassy already, the FBI in Thailand and the Thai Royal Police
[2/4/21, 3:53:18 PM] Ms Li: The company I mentioned has a strong tie with the previous WH.
[2/4/21, 3:53:49 PM] Tommy H. Kato: See what you can do
[2/4/21, 3:54:15 PM] Ms Li: I will find out tonight.
[2/4/21, 3:55:11 PM] Ms Li: Meanwhile, should we proceed on negotiations of 3M products?
[2/4/21, 3:56:48 PM] Tommy H. Kato: If they have them
[2/4/21, 3:57:00 PM] Tommy H. Kato: But we really need our funds back too
[2/4/21, 3:58:00 PM] Ms Li: We can try both at the same time. We need LOI.
[2/4/21, 4:01:23 PM] Ms Li: The reason I am trying in Thailand is that you told me we have our own people on the ground inThailand .
[2/4/21, 4:02:05 PM] Ms Li: And this chairman might be a perfect person to help us .

**000026**

[2/4/21, 4:16:20 PM] Tommy H. Kato: Our guy can go meet him. He's from China
[2/4/21, 4:16:55 PM] Ms Li: Taiwan
[2/4/21, 10:16:20 PM] Ms Li: From Joel my seller
[2/4/21, 10:16:21 PM] Ms Li: Running after him for address and sign doc
[2/4/21, 10:16:21 PM] Ms Li: Will sign tonight or tomorrow morning
[2/4/21, 10:16:22 PM] Ms Li: He is sorry and has been running all day to lockdown 11 containers for me
[2/4/21, 10:16:23 PM] Ms Li: the DO was sent to the trucking
[2/4/21, 10:16:23 PM] Ms Li: should be picked up morning and available for inspection tomorrow
[2/4/21, 10:16:24 PM] Ms Li: Tell the buyer to be ready for tomorrow with $$ I will confirm at the morning time
[2/4/21, 11:37:17 PM] Tommy H. Kato: We can do inspection tomorrow or this weekend and wire funds Monday
[2/5/21, 12:51:24 AM] Ms Li: Hi, I still don't have the signed commission agreements yet. Can you sent it to me first thing in the morning, please?
[2/5/21, 9:36:28 AM] Brad: Miss Li, have you confirmed 3 containers?
[2/5/21, 9:36:37 AM] Brad: The other one was supposed to arrive today
[2/5/21, 9:37:04 AM] Brad: Also, we need Escrow document signed by seller
[2/5/21, 9:37:04 AM] Ms Li: One was clear yesterday afternoon.
[2/5/21, 9:37:10 AM] Ms Li: More today.
[2/5/21, 9:37:12 AM] Brad: How many have cleared?
[2/5/21, 9:37:25 AM] Ms Li: Let me find out.
[2/5/21, 9:37:57 AM] Ms Li: Meanwhile I still don't have the commission agreements, can you send it after you work out?
[2/5/21, 9:38:04 AM] Brad: We will wire funds to our attorney. As I just confirmed on our call. We are very cautious and make sure gloves are real and inspected before we release funds
[2/5/21, 9:38:09 AM] Brad: Yes
[2/5/21, 9:39:45 AM] Ms Li: Absolutely.
[2/5/21, 12:36:12 PM] Ms Li: ESCROW AGREEMENT - Rock Fintek(12965067.1) (1).doc.pdf • 10 pages <attached: 00001033-ESCROW AGREEMENT - Rock Fintek(12965067.1) (1).doc.pdf>
[2/5/21, 1:51:38 PM] Brad: ESCROW AGREEMENT - Rock Fintek(12965067.1).doc <attached: 00001034-ESCROW AGREEMENT - Rock Fintek(12965067.1).doc>
[2/5/21, 1:53:41 PM] Brad: Ms Li, need the full entity name, need signor name, also will need a W-9 completed.
[2/5/21, 1:58:01 PM] Brad: Need email addresses for JNS and Sourcing Connection "Bruno", we will have our attorney send DocuSign
[2/5/21, 2:04:47 PM] Ms Li: Mr. Bruno doesn't need to be on the contract, we have the seller, the seller has his representative.
[2/5/21, 2:24:07 PM] Brad: <attached: 00001038-PHOTO-2021-02-05-14-24-07.jpg>
[2/5/21, 2:24:28 PM] Brad: FORM W9.pdf • 6 pages <attached: 00001039-FORM W9.pdf>
[2/5/21, 2:24:54 PM] Brad: Seller needs to complete W-9
[2/5/21, 2:33:22 PM] Tommy H. Kato: I need the escrow agreement cleaned up and signed.
[2/5/21, 2:35:17 PM] Ms Li: They are doing it now.
[2/5/21, 2:35:39 PM] Tommy H. Kato: Not the redline version. THE INE that's all black and white.
[2/5/21, 2:38:58 PM] Ms Li: He will do it on Sunday. Due to the busy schedule.
[2/5/21, 2:39:28 PM] Brad: That's fine
[2/5/21, 2:39:44 PM] Brad: Need the other escrow document now
[2/5/21, 2:40:07 PM] Ms Li: We should have it momentarily.
[2/5/21, 2:56:29 PM] Ms Li: JNS CAPITAL HOLDING LLC
155 skilman street
Brooklyn NY 11205
Registered state of NY
Tax id number on the invoice
27-1740238
Mr Joel Stern
[2/5/21, 2:59:02 PM] Ms Li: INVOICE JNS-ROCK FINTEK.pdf • 1 page <attached: 00001049-INVOICE JNS-ROCK FINTEK.pdf>
[2/5/21, 3:30:45 PM] Brad: <attached: 00001050-PHOTO-2021-02-05-15-30-45.jpg>

000027

[2/5/21, 4:12:47 PM] Ms Li: Joel said he is sorry could not pass by his office because Shabbat time but you can consider he is agreed and he will send it after Shabbat
[2/5/21, 8:29:53 PM] Ms Li: Hi, Bradley, can you send me the commission agreements, please? Thank you.
[2/5/21, 8:49:25 PM] Brad: Resend please
[2/5/21, 8:49:30 PM] Brad: Can't locate
[2/5/21, 8:52:38 PM] Ms Li: Fintek .docx commission .docx <attached: 00001055-Fintek .docx commission .docx>
[2/5/21, 8:53:55 PM] Ms Li: Please put the seller's name in this agreement. Thank you.
[2/6/21, 7:36:58 AM] Ms Li: Nitrile gloves - 3 million boxes.
Brand - Superieur
FOB Vietnam- US$8.70          Delivery -  3 working day after T/T
Payment- 30% T/T , 70% Back to back L/C

Procedure:
Sales contract --inspection--30% deposit--delivery-70% LC

We need to send send LOI today. And then proof of fund.
[2/6/21, 8:00:39 AM] Brad: As much as We like the 3 day delivery, we will not send any deposit.
[2/6/21, 8:01:31 AM] Ms Li: Deposit meaning after inspection, start delivery
[2/6/21, 8:02:15 AM] Ms Li: That's the payment terms. So what do you propose?
[2/6/21, 8:03:05 AM] Brad: We will not send deposits
[2/6/21, 8:03:35 AM] Brad: We send money when we have goods. Been burned too much.
[2/6/21, 8:03:39 AM] Ms Li: Nobody will allow you to take their goods out of the warehouse without any payment.
[2/6/21, 8:03:57 AM] Ms Li: That's right.
[2/6/21, 8:04:24 AM] Ms Li: That's what this 30% deposit for.
[2/6/21, 8:04:25 AM] Brad: We pay when goods are loaded and sealed into our freight forwarder containers.
[2/6/21, 8:04:59 AM] Brad: We will do 100% LC deals only. No TT
[2/6/21, 8:05:31 AM] Ms Li: That's what the seller likes any way.
[2/6/21, 8:06:20 AM] Ms Li: With LC this will be working. Let me talk to the seller.
[2/6/21, 10:24:29 AM] Brad: Ms Li, where you able to inspect the gloves yesterday?
[2/6/21, 10:24:39 AM] Brad: If not, why?
[2/6/21, 10:26:20 AM] Brad: And if not, are your going today? We need to keep this moving. Why the seller didn't complete the escrow agreement professionally is concerning as well. We need to pick up the 3 containers on Monday.
[2/6/21, 10:26:33 AM] Brad: Get this done
[2/6/21, 10:40:48 AM] Ms Li: Bruno  is on shabbat
[2/6/21, 10:44:06 AM] Ms Li: They were going to arrange for the inspection. But we want all 3 containers at the same time. Plus yesterday the escrow account was not ser up yet.
[2/6/21, 10:46:09 AM] Ms Li: This evening, we will talk to Bruno, checking the possibility of seeing the goods tomorrow. If not, definitely Monday.
[2/6/21, 5:50:36 PM] Tommy H. Kato: Shabot should be over
[2/6/21, 6:17:03 PM] Ms Li: I checked with my Jewish friend, for safe side, 7pm is best time to reach them.
[2/6/21, 6:17:14 PM] Ms Li: But I will try now.
[2/6/21, 7:01:34 PM] Ms Li: Hi Ashley

Hope you are doing well..

I cc Joel on this email .

I received the forwarding text in what s app from your buyer team. However we don't have a contact email to respond directly to them so please forward to Mrs Li, Brad and Tom this email .

As you can see on the ICPO , the ETA is before 02/08 plus custom release , which is Monday.After our conference call i told my seller i have a good comfort level with your team and we are selling the 3 containers to you . If you would like the 2 others one arriving this week please send just an ICPO and then you will transfer the funds once we have the custom released not before this time, that's fine.

**000028**

The first container is already released ( see document delivery order ) and hopefully you can pick up Monday. Apparently the second container arrived yesterday and the third one is scheduled to arrive today but during the week end believe we don't have access to the system.

All of us we want to proceed the pick up for the 3 containers asap...As now its out of our hands , its US CUSTOMS..I will be on the top of it with custom broker first hour Monday and at the minute we have the green light will call you Regarding the escrow agreement It was a short day Friday for him but tomorrow we have a meeting at his office and i will be sure it will be signed.

Enjoy your week end.

Best regards

Bruno
[2/6/21, 7:22:52 PM] Brad: Thank you for the update. We will close this Monday.
[2/6/21, 7:23:15 PM] Brad: Ms Li, you need to go check the quality and quantity of the product
[2/6/21, 7:23:19 PM] Brad: Very important
[2/6/21, 7:37:37 PM] Ms Li: Definitely. I will only believe it with my own eyes.
[2/6/21, 9:35:26 PM] Ms Li: The seller accept 100% LC .
[2/6/21, 10:47:38 PM] Ms Li: Can we proceed on this one?
[2/6/21, 10:53:17 PM] Brad: Need LC for $26.1m?
[2/6/21, 10:54:06 PM] Brad: Or can we commit to buy 1m at a time at LC of $8.7m?
[2/7/21, 4:27:02 AM] Ms Li: Yes.
[2/7/21, 4:32:50 AM] Ms Li: A very good news:
Hongrui (China) Nitrile gloves, 1 million boxes per month (or more), $8 per month, LC payment, start from February if we sign the contract right away. Let's make a quick decision and move fast. No one can get this deal.
[2/7/21, 8:43:41 AM] Ms Li: Let's get this 3 million boxes from Superiuer. And then we take Hongrui for long term contract. Agree?
[2/7/21, 10:34:52 AM] Ms Li: <attached: 00001092-PHOTO-2021-02-07-10-34-52.jpg>
[2/7/21, 10:35:15 AM] Ms Li: <attached: 00001093-PHOTO-2021-02-07-10-35-15.jpg>
[2/7/21, 10:40:13 AM] Ms Li: For Superiuer Nitrile gloves, the seller will be a co-seller, names provided above ( Ever  Globe ( Vietnam) Ent.Corp and Alwell Group Taiwan. The Taiwan group is Dr. Kang's company whose nephew is the chairman of the Chamber of commerce Associations in Thailand.
They seller agrees us to issue LC for 1 million boxes at a time.
[2/7/21, 10:40:47 AM] Ms Li: Can we please get the LOI and POF send to me today?
[2/7/21, 10:43:43 AM] Tommy H. Kato: Did we get the New York ones signed yet?
[2/7/21, 10:48:39 AM] Ms Li: Today, we will get the agreement completed, and signed.
[2/7/21, 10:49:04 AM] Ms Li: And W9 as well.
[2/7/21, 11:18:30 AM] Ms Li: Good morning, my dear. Can we confirm with Mr. Bruno:
1. Get the Escrow account agreement completed and signed, send to us today, asap.
2. Get the W-9 form completed and send to us.
3. Time and location where we can go to inspect the goods tomorrow ( Monday).

Thank you  very much. Sorry to disturb you on Sunday.
[2/7/21, 11:18:46 AM] Ms Li: Hi Ashley
It's snowing outside and I am willing to drive today
Appointment is confirmed so far at 3pm and he will sign and provide the W9
For the inspection we need to wait tomorrow morning to speak to Don from AVRIO and see if he is able to bring to the warehouse
Will text you around 5pm for update
Thx you Ashley , Mrs LI
[2/7/21, 6:00:26 PM] Ms Li: Bruno will be sending over the documents within an hour
[2/7/21, 8:38:31 PM] Ms Li: HPSCAN_20210207232302941_2021-02-07_232552673.pdf • 10 pages
<attached: 00001102-HPSCAN_20210207232302941_2021-02-07_232552673.pdf>
[2/7/21, 8:38:46 PM] Ms Li: HPSCAN_20210207233427961_2021-02-07_233515854.pdf • 1 page <attached:

**000029**

00001103-HPSCAN_20210207233427961_2021-02-07_233515854.pdf>
[2/7/21, 8:38:55 PM] Ms Li: Invoice_202103_2021-02-05.pdf • 1 page <attached: 00001104-Invoice_202103_2021-02-05.pdf>
[2/7/21, 10:15:31 PM] Ms Li: I am going to NY tomorrow morning standby for inspection of the goods. Hopefully everything will go smoothly with all 90k boxes.
[2/7/21, 10:18:47 PM] Ms Li: Meanwhile, I hope to see the signed commission agreements (which I was promised many times by you guys) here first thing tomorrow morning.
[2/8/21, 10:06:01 AM] Brad: Ms Li, Where are we at? Have your scheduled time to inspect all 3 containers?
[2/8/21, 10:06:08 AM] Brad: We need these today
[2/8/21, 11:45:40 AM] Brad: Money sent to escrow. Go check out gloves
[2/8/21, 11:47:09 AM] Ms Li: Ok.
[2/8/21, 12:05:35 PM] Brad: Fintek .docx commission .docx.pdf • 2 pages <attached: 00001111-Fintek .docx commission .docx.pdf>
[2/8/21, 12:12:43 PM] Brad: Update. We are getting n our call shortly. Need to confirm gloves
[2/8/21, 12:15:35 PM] Ms Li: For your 3 containers we are waiting for logistics to give us the green light and go inspect pay pick up
I will contact every 2 hours and have an update from him
[2/8/21, 12:15:53 PM] Brad: Please confirm they are ours
[2/8/21, 12:16:12 PM] Brad: Don't need any headaches as we are telling client in 15 mins
[2/8/21, 12:23:13 PM] Ms Li: They are ours.
[2/8/21, 12:23:43 PM] Ms Li: I am trying to arrange a zoom call for buyer and seller.
[2/8/21, 12:35:26 PM] Ms Li: We are waiting on customs period
[2/8/21, 1:11:01 PM] Ms Li: I am forwarding the information from the broker
As this time nothing we can do it's out of our hands
Customs hands
Pier is behind because of the snow last days and they are backed up for the docks
Pick up directly from the port won't help because no place to inspect and at the time it's available Avrio has already truck back and for all day anyway
[2/8/21, 1:11:20 PM] Ms Li: Will call Avrio this afternoon around 4 pm and keep you posted
[2/8/21, 3:14:55 PM] Ms Li: Please noted, the seller and buyer call is going to happen in about 15 minutes.
[2/8/21, 3:15:17 PM] Ms Li: Please be ready
[2/8/21, 3:52:45 PM] Brad: I'm in a meeting
[2/8/21, 3:53:06 PM] Brad: Please connect with Thomas
[2/8/21, 3:59:01 PM] Ms Li: Ok
[2/8/21, 4:53:30 PM] Ms Li: Hi, Bradley, can you send me the address that the seller can the samples to you for the 90k deal
[2/8/21, 4:54:17 PM] Tommy H. Kato: Ms Li let's make the contract for the other 2 containers also.
[2/8/21, 4:54:48 PM] Ms Li: Ok. Please send me the ICPO.
[2/8/21, 4:58:19 PM] Tommy H. Kato: What else do you have available in the states right now, that we can inspect and do an escrow like this and take them?
[2/8/21, 4:59:13 PM] Ms Li: Requested.
[2/8/21, 5:18:00 PM] Ms Li: This message was deleted.
[2/8/21, 5:20:55 PM] Tommy H. Kato: Send me a picture of the gloves we are getting from New York
[2/8/21, 5:22:09 PM] Ms Li: Ok.
[2/8/21, 5:53:07 PM] Ms Li: Bradley, can you please send me the new ICPO for the next 2 containers coming next week?
[2/8/21, 6:04:00 PM] Brad: How many in the 2 containers next week?
[2/8/21, 6:04:28 PM] Ms Li: I am asking now.
[2/8/21, 6:07:16 PM] Tommy H. Kato: 55k
[2/8/21, 6:07:22 PM] Tommy H. Kato: 25k and 30k
[2/8/21, 6:07:57 PM] Ms Li: Thanks.
[2/8/21, 7:33:17 PM] Ms Li: Do we have a way of showing the seller that the money has transferred to the escrow account?
[2/8/21, 8:44:25 PM] Tommy H. Kato: The seller can't even let us see the gloves.
[2/8/21, 8:44:37 PM] Tommy H. Kato: And their story keeps changing.
[2/8/21, 8:44:48 PM] Tommy H. Kato: So please enough...

000030

[2/8/21, 8:45:34 PM] Ms Li: They will send us the samples.
[2/8/21, 8:46:30 PM] Ms Li: Bradley, please send me the mailing address.
[2/8/21, 8:52:08 PM] Ms Li: This message was deleted.
[2/8/21, 8:52:43 PM] Ms Li: Seller is wondering if we have transferred the fund to the escrow account. Can we show him?
[2/9/21, 9:25:54 AM] Ms Li: Hi, Good Morning
The first container has been released . I tried to contact Ashley , she is not tpicking up the phone , hope she is ok.

we have only 1 day free time to inspect pay and pick up

Here is the address i can meet you there at 12 pm, please let me know, will wait for you confirmation.

475 Division

ELIZABETH NEW JERSEY

Also very important have your trucking company to call ASAP Don from Avrio to accommodate the pick up...He is waiting for him

DON AVRIO LOGISTICS ..862-215-1091

just tell Don calling fof JNS Capital gloves...

Bruno.
[2/9/21, 9:26:13 AM] Brad: What is your email ms li?
[2/9/21, 9:26:57 AM] Ms Li: lovepierre3@yahoo.com
[2/9/21, 9:27:25 AM] Brad: Are you on way to inspect?
[2/9/21, 9:27:39 AM] Brad: Have to be inspected immediately
[2/9/21, 9:27:43 AM] Ms Li: Yes. On my way.
[2/9/21, 9:27:52 AM] Brad: Great
[2/9/21, 9:28:14 AM] Ms Li: Should I contact Alex, or you will do it?
[2/9/21, 9:28:20 AM] Brad: Need really good, clear video of the boxes, ets
[2/9/21, 9:28:25 AM] Brad: Etc.
[2/9/21, 9:28:41 AM] Ms Li: Of course.
[2/9/21, 9:28:49 AM] Brad: Please write Rock Fintek on paper in image
[2/9/21, 9:29:23 AM] Ms Li: Will do.
[2/9/21, 10:08:29 AM] Ms Li: Is your trucking company contacted Don already ?

Are the funds ready right ?
[2/9/21, 10:46:31 AM] Ms Li: Get proof there is money in the account
[2/9/21, 10:55:53 AM] Ms Li: Can an you respond to this question? And I need to talk to you about pick up the goods. I am driving, I can't stop on the road and typing like I am doing now.
[2/9/21, 10:56:03 AM] Ms Li: Please call me.
[2/9/21, 11:27:59 AM] Brad: Need to be on pallets, sizes 10,40,40,10. Spot Check boxes, pull out gloves, stretch and make sure high quality
[2/9/21, 11:28:47 AM] Ms Li: Get proof there is money in the account
[2/9/21, 11:29:01 AM] Brad: Yanimed Deck.pdf • 38 pages <attached: 00001167-Yanimed Deck.pdf>
[2/9/21, 11:29:45 AM] Brad: Is this the glove?
[2/9/21, 11:30:19 AM] Ms Li: Medcare
[2/9/21, 11:33:16 AM] Brad: 2116_Company_Profile_ANS_Draft_Rev0.pdf • 40 pages <attached: 00001170-2116_Company_Profile_ANS_Draft_Rev0.pdf>
[2/9/21, 11:33:54 AM] Brad: Is it this one?
[2/9/21, 11:34:01 AM] Brad: Send the documents
[2/9/21, 11:35:39 AM] Ms Li: <attached: 00001173-AUDIO-2021-02-09-11-35-39.opus>
[2/9/21, 11:43:27 AM] Ms Li: <attached: 00001174-AUDIO-2021-02-09-11-43-27.opus>
[2/9/21, 1:07:31 PM] Ms Li: <attached: 00001175-VIDEO-2021-02-09-13-07-31.mp4>

**000031**

[2/9/21, 1:08:33 PM] Brad: Sizes confirmed? 10,40,40,10?
[2/9/21, 1:08:55 PM] Brad: Also, need pallet size and dimensions
[2/9/21, 1:09:12 PM] Brad: Send Med Care documents
[2/9/21, 1:12:22 PM] Ms Li: FILE-4268.pdf <attached: 00001179-FILE-4268.pdf>
[2/9/21, 1:14:01 PM] Brad: do they have most recent SGS report?
[2/9/21, 1:14:23 PM] Ms Li: That's what they are doing now.
[2/9/21, 1:14:50 PM] Brad: Thought they had one from December ?
[2/9/21, 1:14:57 PM] Brad: SGS
[2/9/21, 1:14:59 PM] Ms Li: Yes.
[2/9/21, 1:15:04 PM] Brad: Please send
[2/9/21, 1:15:07 PM] Brad: Client will need
[2/9/21, 1:18:20 PM] Ms Li: CT41939.doc (1).pdf <attached: 00001187-CT41939.doc (1).pdf>
[2/9/21, 1:24:58 PM] Ms Li: <attached: 00001188-PHOTO-2021-02-09-13-24-58.jpg>
[2/9/21, 1:24:59 PM] Ms Li: <attached: 00001189-PHOTO-2021-02-09-13-24-59.jpg>
[2/9/21, 1:24:59 PM] Ms Li: <attached: 00001190-PHOTO-2021-02-09-13-24-59.jpg>
[2/9/21, 1:25:43 PM] Ms Li: There a less than 5 cartons like these ones.
[2/9/21, 1:31:43 PM] Ms Li: <attached: 00001192-PHOTO-2021-02-09-13-31-43.jpg>
[2/9/21, 1:31:52 PM] Ms Li: This message was deleted.
[2/9/21, 1:32:17 PM] Ms Li: <attached: 00001194-PHOTO-2021-02-09-13-32-17.jpg>
[2/9/21, 1:32:58 PM] Ms Li: The container numbers matches the one on the BL.
[2/9/21, 1:42:59 PM] Ms Li: The logistics people is asking if we are going to pick them up today or when?
[2/9/21, 1:47:24 PM] Brad: I'm sorting out
[2/9/21, 1:47:37 PM] Brad: Still on the phone. Likely we get them tomorrow
[2/9/21, 1:48:24 PM] Ms Li: Did you wire the money?
[2/9/21, 2:45:27 PM] Ms Li: Invoice_202103_2021-02-05.pdf • 1 page <attached: 00001200-
Invoice_202103_2021-02-05.pdf>
[2/9/21, 2:45:45 PM] Ms Li: Please wire money to this account. Thanks.
[2/9/21, 2:49:08 PM] Brad: Ok
[2/9/21, 3:51:25 PM] Ms Li: Seller needs the the confirmation of the payment. Please make sure to get it
done today. Thanks.
[2/9/21, 3:51:44 PM] Brad: Yes, I know. Thomas is in a meeting.
[2/9/21, 4:43:00 PM] Ms Li: Come on, we got to wire the fund right now. As the bank is closing.
[2/9/21, 4:44:21 PM] Ms Li: And Bruno is getting nervous, pressure from the seller.
[2/9/21, 5:33:59 PM] Ms Li: This message was deleted.
[2/9/21, 6:09:40 PM] Ms Li: 1. Letter from the attorney or the controller stating the money is in the account.
2. ICPO for the next 2 containers.
3. The other 2 containers are also released from the custom. We should be able to inspect and pick them up
tomorrow or the day after.
[2/9/21, 6:11:33 PM] Ms Li: It's very important that we send both 1 & 2 documents ready and send to the
seller today to keep the good faith.
[2/9/21, 6:32:01 PM] Brad: ICPO Rockfintek LLC.pdf • 1 page <attached: 00001210-ICPO Rockfintek
LLC.pdf>
[2/9/21, 6:32:28 PM] Brad: Attorney office closed. Money will be wired tomorrow.
[2/9/21, 6:33:18 PM] Ms Li: But please have your controller to issue a letter as agreed.
[2/9/21, 6:33:45 PM] Ms Li: This is very important.
[2/9/21, 6:40:49 PM] Ms Li: Commission_agreements_.docx.pdf • 2 pages <attached: 00001214-
Commission_agreements_.docx.pdf>
[2/9/21, 6:41:35 PM] Ms Li: You need to correct it
Brand is medcare not Medicare it's important because there is a brand Medicare gloves we don't want to
confuse
[2/9/21, 8:16:48 PM] Ms Li: Bradley, please make sure we have the letter from Anna tonight. Thank you.
[2/9/21, 8:44:38 PM] Tommy H. Kato: That's not happening tonight.
[2/9/21, 8:44:43 PM] Tommy H. Kato: Have a good evening
[2/9/21, 8:45:04 PM] Ms Li: Why?
[2/9/21, 8:45:39 PM] Tommy H. Kato: Because we are out at dinner and not dealing with them anymore.
They are charging us $15 not $8
[2/9/21, 8:45:44 PM] Tommy H. Kato: They can have it tomorrow

[2/9/21, 8:47:14 PM] Ms Li: They can not even get it from the factory for $8.
[2/9/21, 8:47:32 PM] Brad: Ms Li, please stop.
[2/9/21, 8:47:41 PM] Tommy H. Kato: Enough, have a nice night.
[2/9/21, 8:48:11 PM] Brad: We will wire the funds in the mid morning when Alex has truck on the way. Exactly like I told Bruno
[2/9/21, 8:49:26 PM] Brad: Be mindful, it was his request for a letter. Our contract is we have 48 hours to pay after customs clearance and the gloves are in good order. We are way ahead of that schedule
[2/9/21, 8:49:51 PM] Brad: Boxes were just being put on pallets this late afternoon. It's all good
[2/9/21, 8:50:16 PM] Brad: Please do not push any further and handle the other side of the deal.
[2/9/21, 8:50:41 PM] Ms Li: Good night.
[2/9/21, 10:04:44 PM] Brad: ICPO Rock Fintek LLC.pdf • 1 page <attached: 00001230-ICPO Rock Fintek LLC.pdf>
[2/10/21, 8:08:43 AM] Ms Li: avrio_doc04932120210210074600.pdf • 1 page <attached: 00001231-avrio_doc04932120210210074600.pdf>
[2/10/21, 8:36:24 AM] Brad: This is for the container for pick up today?
[2/10/21, 8:36:57 AM] Ms Li: Yes.
[2/10/21, 8:37:00 AM] Brad: What happened to 10,40,40,10? This isn't what we expected.

This is quite the surprise
[2/10/21, 8:37:46 AM] Brad: We have told our client 10,40,40,10
[2/10/21, 8:38:51 AM] Brad: Zero small? And equal amounts of XL to Medium?

This needs to be known before hand. This is not what we agreed
[2/10/21, 8:39:00 AM] Ms Li: When we have the other two containers today, we will make them in that oeder( 10,40,40,10)
[2/10/21, 8:41:10 AM] Brad: Will the other container make up the difference?

We need a larger amount of mediums and smalls to equal out this container
[2/10/21, 8:41:36 AM] Brad: Why did they just drop this on us? Don't like surprises ms li
[2/10/21, 10:29:24 AM] Ms Li: PL.xlsx • 1 sheet <attached: 00001240-PL.xlsx>
[2/10/21, 10:29:25 AM] Ms Li: PL.xlsx • 1 sheet <attached: 00001241-PL.xlsx>
[2/10/21, 10:29:25 AM] Ms Li: This is for
CAAU5207411  pick up next week
TCNU5168672
Pick up this week
[2/10/21, 10:29:25 AM] Ms Li: Getting 2 more shortly
[2/10/21, 10:38:53 AM] Ms Li: packing list.xlsx • 1 sheet <attached: 00001244-packing list.xlsx>
[2/10/21, 10:38:53 AM] Ms Li: This is MSKU760583
Pick up next week
[2/10/21, 10:39:35 AM] Ms Li: PL (1583).xlsx • 1 sheet <attached: 00001246-PL (1583).xlsx>
[2/10/21, 10:40:26 AM] Brad: Don't love this one. Have to check with client
[2/10/21, 11:02:41 AM] Brad: Thomas, Just confirmed ms li is going there to confirm gloves get loaded
[2/10/21, 1:10:19 PM] Ms Li: We are counting the 2nd container here in the warehouse. Looks a lot better than the 1st one yesterday.
[2/10/21, 1:19:32 PM] Ms Li: <attached: 00001250-VIDEO-2021-02-10-13-19-32.mp4>
[2/10/21, 1:19:32 PM] Ms Li: <attached: 00001251-PHOTO-2021-02-10-13-19-32.jpg>
[2/10/21, 1:22:25 PM] Ms Li: Alex's truck will arrive at the warehouse at 3pm. I am waiting for him.
[2/10/21, 1:38:30 PM] Ms Li: Bradley, we need to wire the fund before loading. Alex's truck is on the way. And I am inspecting the 2nd container.
[2/10/21, 1:38:49 PM] Brad: Ok
[2/10/21, 1:38:52 PM] Ms Li: It's half way done already.
[2/10/21, 1:45:30 PM] Brad: Wire being sent now
[2/10/21, 1:45:47 PM] Brad: Confirm the beneficiary is JNS Capital
[2/10/21, 1:47:19 PM] Ms Li: 155 Skillman St, Suite 1L
Brooklyn, New York 11205
United States

000033

Tax ID 86-1266750
Joel Stern, Mobile: 9179070854

Please Wire funds to: Capital one bank, Wire routing: 065000090, Account 3746631052
[2/10/21, 1:49:55 PM] Ms Li: Invoice_202103_2021-02-05.pdf • 1 page <attached: 00001259-
Invoice_202103_2021-02-05.pdf>
[2/10/21, 1:59:43 PM] Ms Li: Please send me the confirmation of the wire once it's done.
[2/10/21, 2:30:13 PM] Ms Li: Done yet?
[2/10/21, 2:36:45 PM] Tommy H. Kato: Yes it is
[2/10/21, 2:37:31 PM] Ms Li: Confirmation number,  please. Thank you.
[2/10/21, 2:52:05 PM] Tommy H. Kato: Ana please send her confirmation for the first container.
[2/10/21, 2:52:18 PM] Tommy H. Kato: Wire was sent directly to the seller not escrow
[2/10/21, 2:52:40 PM] Ana Gajic: Transfer is complete.

Final Reference # 20210210B6B7HU1R012802
[2/10/21, 2:52:41 PM] Ms Li: Thanks.
[2/10/21, 3:24:38 PM] Ms Li: Can I have the commission agreements signed back to me, please?
[2/10/21, 3:27:49 PM] Ms Li: Here is the update
We need escrow for the 2 containers next week pls
Also we have 4 containers on the water coming 03/08-03/18 each container has 30k
If you give me an icpo we will provide you the BOL then go to escrow
Additionally we have 14 millions of boxes reserved for us within 3 months
If you guys want to lockdown we can have them at 13.75 my cost and LC payment
Price is ddp and LC released after inspection
Pls let me ASAP I am holding off for 48 hours for you
Bruno
[2/10/21, 3:29:45 PM] Tommy H. Kato: We just wired funds for this container and all the sizes are not what
they told us.

They should have enough proof we pay for what we order.
I do not want to start to be bothered about containers I can't even check to see if the sizes are correct.
[2/10/21, 3:35:29 PM] Ms Li: Fair enough.
[2/10/21, 4:10:39 PM] Ms Li: Are we taking the damaged cartons?
[2/10/21, 4:12:21 PM] Brad: No
[2/10/21, 4:16:03 PM] Ms Li: Ok.
[2/10/21, 7:28:12 PM] Ms Li: Done yet?
[2/11/21, 5:41:26 AM] Ms Li: 500,000 @$23.10 Cranberry 300 pieces per box

LA & Miami

Need
LOI
NCNDA
High level KYC

After submission (and DD) the buyer  talks DIRECTLY to the Seller (No A2A)

Seller provides
LOA
Lot #'s
SGS
Login to 3M's database to confirm live product

All arrangements are made with Seller and Buyer

3% Penalty Clause

000034

NO "Cranberry Private Seller" nonsense

The Seller has large lots, but the 500K is the trial run, then its completely open from there.

Recap:
*Low prices
*50% open com
*LA & Miami
*Talk to Seller
*Performance clause
[2/11/21, 9:32:32 AM] Tommy H. Kato: Sounds like the same nonsense
[2/11/21, 9:38:09 AM] Ms Li: Good Afternoon Bruno:

Following our conversation...

First of all, we're sorry and very disappointed on the count/Size issue...

we're taking it really seriously, we've addressed it with our supplier, and we're making sure that we won't have to deal with this in the future.

However, please let me explain you something, a few months ago we've hired private security at our supplier to be on top of Quality control, but before that time, these issues have occurred,

So going fwd. we're not anticipating dealing with such, however we're not sure yet about the next few containers, hoping for the best, still we've delivered at such a harsh time, and looking fwd for a long term successful relationship!

Now let's get back to reality as 1-2-3

1) We've sent you the revised invoice, please make sure it's paid (released) asap, so you can pick up the first load today.

2) later on we'll get the confirmed count/sizes of the next two loads, we'll invoice them and you please make sure it's paid on time, the same...

3) next step, will need to fund the escrow for the rest of the BOL

Best Regards
Joel Stern
[2/11/21, 9:48:20 AM] Tommy H. Kato: Who is this from?
[2/11/21, 9:59:07 AM] Brad: I'm handling Thomas
[2/11/21, 9:59:46 AM] Brad: We will not pick up the container unless they have accurate sizes we ordered. 10,40,40,10
[2/11/21, 9:59:57 AM] Brad: It's on ms li to mitigate
[2/11/21, 11:02:03 AM] Ms Li: <attached: 00001283-PHOTO-2021-02-11-11-02-03.jpg>
[2/11/21, 11:59:57 AM] Ms Li: We got the second load ready in good order. Can we have the truck back to pick up?
[2/11/21, 12:52:17 PM] Ms Li: GM, Hershey says the factory is ready to ship by air the missing boxes, please advise address where to send
[2/11/21, 1:01:47 PM] Brad: Ms Li, our client will not accept these odd quantities. large quantities of XL is problematic. This needs to be balanced out.
[2/11/21, 1:02:51 PM] Ms Li: That's what I am here for.
[2/11/21, 4:45:41 PM] Ms Li: <attached: 00001288-PHOTO-2021-02-11-16-45-41.jpg>
[2/11/21, 4:57:19 PM] Brad: Are these the numbers?
[2/11/21, 4:57:34 PM] Brad: Accurate for the other 2?
[2/11/21, 4:57:46 PM] Ms Li: Almost.
[2/11/21, 4:58:02 PM] Ms Li: Just wait for a few minutes.

000035

[2/11/21, 4:59:57 PM] Brad: I will have to talk to our client tomorrow to see if they will take them. Why all the XL? This is a debacles
[2/11/21, 5:00:13 PM] Ms Li: <attached: 00001294-PHOTO-2021-02-11-17-00-13.jpg>
[2/11/21, 5:01:31 PM] Brad: More like 15,15,30,30
[2/11/21, 5:01:34 PM] Ms Li: The sell is going to air freight the ones that are missing to make 10, 40, 40, 10
[2/11/21, 5:01:40 PM] Brad: What a mess.
[2/11/21, 5:01:54 PM] Ms Li: I know. Sorry.
[2/11/21, 5:02:07 PM] Brad: How do we rely on the seller doing that? What is the assurance?
[2/11/21, 5:02:41 PM] Brad: This is not what we agreed
[2/11/21, 5:02:48 PM] Ms Li: Let's count the numbers.
[2/11/21, 5:02:57 PM] Brad: And the airfreight will take how long?
[2/11/21, 5:03:11 PM] Brad: Do we wait until they get the right count in?
[2/11/21, 5:03:13 PM] Ms Li: A few days, I believe.
[2/11/21, 5:03:35 PM] Brad: I have to talk to our client tomorrow to see if they will take these
[2/11/21, 5:03:41 PM] Ms Li: No, everything has to be out of here by tomorrow.
[2/11/21, 5:03:50 PM] Ms Li: If we want to take them.
[2/11/21, 5:04:04 PM] Brad: Why?
[2/11/21, 5:04:09 PM] Brad: This is their issue
[2/11/21, 5:04:39 PM] Brad: Why would they sign contracts and not honor them?
[2/11/21, 5:04:44 PM] Ms Li: Otherwise there will  be a late charge.
[2/11/21, 5:05:09 PM] Ms Li: It's not the seller, but the factory mess them up.
[2/11/21, 5:05:24 PM] Brad: Then they pay it
[2/11/21, 5:05:30 PM] Brad: To make it right
[2/11/21, 5:05:50 PM] Brad: We have a contract.
[2/11/21, 5:06:00 PM] Ms Li: They were told 300, 1200, 1200, 300, when we open the container, it's not like that.
[2/11/21, 5:06:12 PM] Brad: That's their problem
[2/11/21, 5:06:25 PM] Ms Li: They agreed to make it right.
[2/11/21, 5:06:46 PM] Brad: Yes, what is the collateral for us?
[2/11/21, 5:07:21 PM] Brad: Can't rely on them to airfreight them. Need collateral
[2/11/21, 5:08:35 PM] Ms Li: The missing ones we don't pay until they are here.
[2/11/21, 5:09:40 PM] Ms Li: Let me ask you this:
Are all three containers for one same client?
[2/11/21, 5:10:28 PM] Ms Li: If it is, we will give them whatever is here, and send the missing ones later by air.
[2/11/21, 5:10:40 PM] Ms Li: Can we do that?
[2/11/21, 5:12:39 PM] Ms Li: I totally understand your frustration. I am frustrated too. But in current situation when the clients crying for gloves, we just have to give them whatever we have and make it up later.
[2/11/21, 8:12:08 PM] Ms Li: Ashley , Li
Pls share this with Brad it's not so bad at the end
Missing 913 boxes and 1622 extra boxes of XL ( which is the best size )
We can order whatever he needs to complete the missing and have it next week
[2/12/21, 1:19:05 AM] Ms Li: <attached: 00001327-PHOTO-2021-02-12-01-19-05.jpg>
[2/12/21, 1:19:20 AM] Ms Li: <attached: 00001328-PHOTO-2021-02-12-01-19-20.jpg>
[2/12/21, 1:30:02 AM] Ms Li: Bradley, when you talk to your client tomorrow morning, please ask them if they want the missing numbers to be air freighted next week. I think we should do it as they won't charge us extra. The price is in the contract. Why not?
[2/12/21, 1:32:05 AM] Ms Li: I am still waiting for my commission agreements. I have been asking so many times.
[2/12/21, 1:33:57 AM] Ms Li: If we want this, we need to suggest the address send to.
[2/12/21, 5:26:13 AM] Brad: We are missing credit for $1050 for 7 boxes.

Will circle back after I talk to client. I'm on a plane at 8:30am, won't be able to speak to them until this afternoon.
[2/12/21, 7:10:57 AM] Ms Li: So there will be no pick up today then, right?
[2/12/21, 8:30:19 AM] Brad: Don't know. On airplane now. I'll connect with client this afternoon.

**000036**

[2/12/21, 8:30:52 AM] Brad: We want the gloves, just have to make sure the client will take them
[2/12/21, 10:48:30 AM] Ms Li: Container 4 is in the warehouse now.
[2/12/21, 11:20:45 AM] Ms Li: I need directions if I should sort them out.
[2/12/21, 12:40:40 PM] Tommy H. Kato: Ms Li any other gloves you have in the US?
[2/12/21, 12:40:44 PM] Tommy H. Kato: We need more
[2/12/21, 12:41:46 PM] Ms Li: Yes.
[2/12/21, 12:47:25 PM] Ms Li: One more container probably Monday or Tuesday because Monday close
[2/12/21, 12:47:25 PM] Ms Li: Only 10 left of the 21 we offered coming 03/08-03/20
[2/12/21, 12:47:25 PM] Ms Li: Plus 4 on the water now
ETA 03/08-03/20
[2/12/21, 12:47:25 PM] Ms Li: This is with LC payment the 10 that is
[2/12/21, 12:47:38 PM] Ms Li: That's from Medcare.
[2/12/21, 12:48:13 PM] Tommy H. Kato: How much are those containers?
[2/12/21, 12:49:16 PM] Ms Li: 10 container is $14 per box. LC% payment.
[2/12/21, 12:49:34 PM] Tommy H. Kato: Find from someone else for less
[2/12/21, 12:49:55 PM] Ms Li: If we want, we need to move now. It was 21 containers yesterday. Now only 10 left.
[2/12/21, 12:50:15 PM] Ms Li: I am trying.
[2/12/21, 12:50:35 PM] Tommy H. Kato: We are  not buying 10 containers at that price
[2/12/21, 12:51:59 PM] Ms Li: Once the Chinese new year is over. I will have supplies from Hongrui. Better quality, price, any everything else.
[2/12/21, 12:52:14 PM] Ms Li: 1 week to go.
[2/12/21, 1:45:28 PM] Ms Li: If we decide to take the 2 containers we sort out yesterday, and the 4th one just came to the warehouse today, let's send at least one wire today, to keep the seller cool.
[2/12/21, 1:48:32 PM] Tommy H. Kato: What are all the sizes???
[2/12/21, 1:48:53 PM] Tommy H. Kato: We can take the 5 we agreed to, but the sizes all need to be corrected
[2/12/21, 1:48:54 PM] Ms Li: I sent yesterday.
[2/12/21, 1:49:14 PM] Tommy H. Kato: When are the e sizes going to be corrected?
[2/12/21, 2:23:35 PM] Ms Li: Just talked to Bruno. He said very strongly, no money today, No gloves. Even with all the explanations he didn't want to hear anything.
[2/12/21, 3:50:42 PM] Ms Li: 0830_001.pdf.pdf • 3 pages <attached: 00001360-0830_001.pdf.pdf>
[2/12/21, 3:51:09 PM] Ms Li: This is the breakdown for the forth container.
[2/12/21, 4:37:49 PM] Ms Li: Hi, if someone bring the goods to the US, and sell you for $12.5 per box of 100 pieces, would you take a one year contract of 2 million boxes per month?
[2/12/21, 4:57:28 PM] Tommy H. Kato: No way
[2/12/21, 4:57:39 PM] Tommy H. Kato: Not even close
[2/12/21, 4:57:48 PM] Ms Li: Too expensive?
[2/12/21, 4:57:51 PM] Tommy H. Kato: The prices are going to go down
[2/12/21, 4:57:55 PM] Tommy H. Kato: Yes very
[2/12/21, 4:58:05 PM] Tommy H. Kato: Especiar that volume
[2/12/21, 4:58:08 PM] Tommy H. Kato: Especially
[2/12/21, 4:58:47 PM] Ms Li: What would you accept?
[2/12/21, 4:58:57 PM] Ms Li: For that quantity?
[2/12/21, 5:01:37 PM] Ms Li: So let's wait for my Chinese friend after the new year.
[2/12/21, 5:08:52 PM] Ms Li: What about Hongrui FOB $10.50 per box? Would you so long term contract?
[2/12/21, 6:35:20 PM] Tommy H. Kato: I won y do long term for that price.  It's not sustainable
[2/12/21, 6:37:41 PM] Ms Li: I see.
[2/13/21, 9:38:07 AM] Ms Li: <attached: 00001376-PHOTO-2021-02-13-09-38-07.jpg>
[2/13/21, 9:38:49 AM] Brad: Same nonsense.
[2/13/21, 9:39:04 AM] Brad: These guys have no control over process.
[2/13/21, 9:40:28 AM] Brad: Hustling gloves with zero control. Really disappointed ms Li
[2/13/21, 9:42:04 AM] Brad: Flight attendant had xl gloves on yesterday. They look like trash bags on her. Very few People wear XL. It's a bunch of containers of garbage sizes the factory dumped.
[2/13/21, 9:42:40 AM] Ms Li: This message was deleted.
[2/13/21, 9:43:38 AM] Ms Li: So far, with 4 containers (1 picked up, 3 in the warehouse), we are missing: 267 cartons of Small

1965 cartons of Medium
1061 cartons of Large

And 4095 cartons of Extra Large extra.
[2/13/21, 9:44:02 AM] Brad: Really puts us in a bad spot
[2/13/21, 9:45:08 AM] Ms Li: I know. But the good things is they are willing to make it up by send us the missing ones by air freight.
[2/13/21, 9:45:39 AM] Brad: Get the gloves in the right sizes and we buy them
[2/13/21, 9:45:46 AM] Brad: Have them airship immediately
[2/13/21, 9:45:52 AM] Brad: See if they are for real
[2/13/21, 9:46:04 AM] Brad: Asking us to pay on a promise is ridiculous
[2/13/21, 9:46:16 AM] Brad: And bad business
[2/13/21, 9:46:51 AM] Ms Li: Should we wait for the 5th container? Or have them to ship now?
[2/13/21, 9:48:16 AM] Brad: It's their responsibility
[2/13/21, 9:48:57 AM] Ms Li: Yes, but we need to give them the go ahead.
[2/13/21, 10:32:24 AM] Tommy H. Kato: Have them fly them in now
[2/13/21, 11:05:49 AM] Ms Li: Might be hard now because of the New Year.
[2/13/21, 11:06:01 AM] Ms Li: But I sent the request already.
[2/13/21, 11:07:30 AM] Brad: Have a hard time believing them. No control over process
[2/13/21, 11:18:17 AM] Ms Li: They are the one who raised the issue and promised to air freight the missing ones.
[2/13/21, 11:19:08 AM] Brad: To pay now.
[2/13/21, 11:19:13 AM] Brad: And trust they do it
[2/13/21, 11:19:26 AM] Brad: Don't believe anyone in this gloves business
[2/13/21, 11:19:54 AM] Brad: They lied about the sizes, and/or don't have quality control over their order
[2/13/21, 11:23:57 AM] Ms Li: We paid for the first.
For the 2, 3, 4 containers, we can easily make 2 containers of 10, 40, 40, 10.
So I think we should pay for another 2 containers and pick up those 2 on Tuesday.
[2/13/21, 11:25:03 AM] Brad: Have them get the sizes right.
[2/13/21, 11:25:09 AM] Brad: That would be great
[2/13/21, 11:25:59 AM] Ms Li: And the rest we take them to avoid late charges but we won't pay for them until the whole 5 containers in good order. What do you think?
[2/13/21, 11:26:55 AM] Ms Li: All sorted out already. That's why we have all the breakdown sheets from the warehouse.
[2/13/21, 11:27:11 AM] Brad: No late charges period
[2/13/21, 11:27:23 AM] Brad: Their issue. Make it right
[2/13/21, 11:28:01 AM] Ms Li: I know. Late charges is not on us.
[2/13/21, 11:30:06 AM] Ms Li: So if this will work, let's arrange for Tuesday pick up. We need to inform Alex earlier to give hi I'm enough time for arrangement for Tuesday pick up.
[2/13/21, 11:33:30 AM] Ms Li: For this one, what would you pay? So I don't have to go back and forth?
[2/13/21, 12:24:31 PM] Tommy H. Kato: So you are making the other 2 containers with the correct amounts?
[2/13/21, 12:24:43 PM] Ms Li: Yes.
[2/13/21, 1:26:42 PM] Ms Li: This message was deleted.
[2/13/21, 1:34:14 PM] Ms Li: After making 2 containers with the correct amount (10, 40, 40, 10), we have the following as extra that we can mix with the 5th to fix the 3 correct amount container.

S.   333 cartons
M.  2  cartons
L.  54 cartons
XL. 2559 cartons
[2/13/21, 2:19:00 PM] Ms Li: Can we inform Alex to pick up the next 2 containers (with the correct amount) on Tuesday?
[2/13/21, 5:10:24 PM] Ms Li: From one seller- they are expensive but can go inspect with ICPO.:

I own these boxes with my partner...

file:///C/...%20Winners%20NY,%20Inc/USDC%20SDNY/Documents/WhatsApp%20Chat%20-%20Ms.%20Li%20Gloves%20Chat/_chat.txt[2/20/2024 8:28:39 AM]

**Schedule**

All numbers by container: **30k boxes per container **

**CURRENT OTG USA*** - currently have 90k boxes of Wallys ready to go now.

**Hongray Blend 510K***.
2 containers first week of February. 4 containers the second week of February.
Price -  $13.75 per box of 100 pieces

**Wally Blend 510K*** 3 containers in stock now. 3 containers the first week of February. 6 containers the second week of February.
Price - $13.75

***Dongtai Nitrile 510K***
***All Nitrile*** **Medical Grade***
We have (3) containers coming early next week. (4) containers the following week. (4) containers the week following.
Price - $17.05

***Queens Ventura***
These specs say they are all Nitrile - need to verify
2 containers next week. 4 containers the following week. 5 containers the following week. 6 containers the week following.
PRICE -  $13.25

SOP:
Purchase Order
Proof of funds - Can be a simple screenshot of a bank statement and the customer can black out the account number.

We will immediately provide bill of lading.

On first order we require a 20% deposit.  Fully refundable.
[2/13/21, 9:33:19 PM] Ms Li: Correction on XL in the 1st container:
XL  418
[2/13/21, 9:35:20 PM] Ms Li: Correction:
2377 cartons of XL extra.
[2/13/21, 9:36:10 PM] Ms Li: <attached: 00001420-PHOTO-2021-02-13-21-36-10.jpg>
[2/13/21, 9:40:28 PM] Ms Li: 5M boxes of Cranberry Evolve (300 gloves per box)
$24.65
Inspection after screen shot of bank statement
[2/14/21, 3:46:39 PM] Ms Li: This is in LA.
[2/15/21, 9:28:37 AM] Ms Li: Good morning. Reminder:
We need to inform Alex for picking up 2 containers. And I need to know what time his trucks will be there, so I will be there ahead of it to view the loading.
[2/15/21, 9:32:38 AM] Tommy H. Kato: We are with our kids on holiday. We can speak tomorrow
[2/15/21, 9:32:47 AM] Tommy H. Kato: I am putting my phone away
[2/15/21, 11:52:24 AM] Ms Li: This one.
[2/15/21, 11:54:27 AM] Brad: Invoice_202103_2021-02-05.pdf • 1 page <attached: 00001427-Invoice_202103_2021-02-05.pdf>
[2/15/21, 2:10:31 PM] Ms Li: This message was deleted.
[2/15/21, 2:16:07 PM] Ms Li: Just talked to Bruno. He wants to talk to you guys. He is saying if we want to keep going with the contract, we will just pick up the 2 full containers tomorrow. And 2 the day after as we planned. Then one week later or so, we will get the missing cases to make 5 full containers in total.

If we don't want to continue the contract, he will sell them to someone else, he will talk to the seller to

000039

either give us the missing cases for the the first one or return the extra money that we over paid.
But he doesn't want us to keep changing the plan and hold those containers in the warehouse while we don't want them.
[2/15/21, 3:32:56 PM] Brad: Seems that's his plan.

Not ours.
[2/15/21, 3:33:19 PM] Brad: Need to get the missing boxes immediately, and then we move forward
[2/15/21, 3:33:29 PM] Brad: Our client is very upset
[2/15/21, 3:33:32 PM] Ms Li: The seller wants to talk to you.
[2/15/21, 3:35:16 PM] Ms Li: Can either one of you call me? So I can connect you to the seller?
[2/15/21, 3:41:46 PM] Brad: Tied up. Please talk to the seller in our behalf. We need to pick up the 857 boxes of small and medium tomorrow
[2/15/21, 3:41:55 PM] Brad: Have them prepare immediately
[2/15/21, 3:42:52 PM] Ms Li: I understand, but this has to be solved between buyer and seller. I can't make decision for neither of you.
[2/15/21, 3:43:47 PM] Brad: Real simple. We agreed to 3 million on the first order. Got 2.1m of odd sizes
[2/15/21, 3:44:06 PM] Ms Li: They certainly have enough good in the warehouse. But we can't pick up anything without the seller permission.
[2/15/21, 3:44:13 PM] Brad: Need to complete the first 3m
[2/15/21, 3:44:40 PM] Brad: And we are over paying to buy these. They need to make it right
[2/15/21, 3:44:49 PM] Brad: Please call them and handle
[2/15/21, 3:45:01 PM] Brad: I am with my family.
[2/15/21, 3:45:08 PM] Ms Li: Seller wants to talk to you before he make any move.
[2/15/21, 4:08:52 PM] Ms Li: Seller insists to talk to the buyer. He doesn't wants to talk to middle people, not me, not Bruno.
[2/15/21, 5:51:17 PM] Ms Li: With the 4 containers we have (1 picked up, 3 in the warehouse), we have more than enough to make 2 full containers;
For 3 full containers, we are short of 765 cartons of medium only;
With the 5th container that is in the port already, we have no problem making 3 full containers, and the rest missing numbers we will wait for the air freight delivery.
[2/15/21, 5:52:00 PM] Ms Li: I am trying to talk to the seller, but he insists to talk to the buyer, not the middle person.
[2/15/21, 5:56:40 PM] Ms Li: So tomorrow, we either take a small amount (864 cartons) to make up the 1st container, plus one full container (3000 of 10,40,40,10);
Or we pick up 2 full containers.
[2/15/21, 5:57:41 PM] Ms Li: That's all I can do so far.
[2/15/21, 9:04:51 PM] Ms Li: Tomorrow at 12pm will release all the containers for other buyers
At this time I will advise the seller to have only 1 container available to help your buyer to recover their needs and not pick up  the sizes they need just a full container or reimburse the extra money they sent
You have to understand I was more than patient and flexible and I am getting issues with the owner of the goods
They never put $$ in escrow and they change constantly their commitment since Friday
[2/16/21, 8:29:50 AM] Brad: Alex will need to pick up the missing boxes today.
[2/16/21, 8:30:09 AM] Brad: We will deliver to our client and make our order right
[2/16/21, 8:31:15 AM] Ms Li: So, we will forget about the rest of the cargo? Because it we don't take them today, we will lose them.
[2/16/21, 8:31:36 AM] Brad: Hope that's not the case
[2/16/21, 8:31:49 AM] Brad: We need to make it right with our client
[2/16/21, 8:32:46 AM] Ms Li: I understand. But we need to give the seller a clear picture also. They are ok with us only buy one full container.
[2/16/21, 8:32:57 AM] Brad: Then we can move forward. Please understand this has been very unprofessional and our client doesn't tolerate
[2/16/21, 8:33:35 AM] Brad: We will buy after we deliver the first one in full
[2/16/21, 8:33:51 AM] Ms Li: They have buyers lining up for them.
[2/16/21, 8:34:16 AM] Ms Li: But then the rest will not be there for us.
[2/16/21, 8:35:08 AM] Brad: We expect them to hold the 2 containers so we can deliver to our client
[2/16/21, 8:36:26 AM] Ms Li: Ok. For that the seller will need our commitment. Either by deposit in escrow

**000040**

account, or deposit.
[2/16/21, 8:36:56 AM] Ms Li: And there will be late charges by the warehouse.
[2/16/21, 8:40:13 AM] Ms Li: Or do you want to talk to the seller Mr. Joel? Hopefully he will agree to hold the next 2 containers for us.
[2/16/21, 8:43:09 AM] Brad: Yes, I'll talk to him. I am with my family on vacation this week. Can talk at 11am
[2/16/21, 8:43:38 AM] Ms Li: Ok. Thanks.
[2/16/21, 9:01:07 AM] Ms Li: Confirmed
[2/16/21, 9:01:07 AM] Ms Li: He is very busy be sure 11
[2/16/21, 10:08:08 AM] Ms Li: In the first container, here is a full container, what we tooke, and what we need to do:

1.  S:  300 -----0  -------- -300
2. M: 1200 ----433------ -767
3.  L: 1200 ----1285---- +85
4.XL:  300 -----418------ +118

To make a full container, despite what we took, we need:
300 Small, 767 Medium

But we took extra:
85 Large, 118 XL.

Now what do we want to do with extra that we took already?
[2/16/21, 10:33:21 AM] Tommy H. Kato: We need to take what is missing now
[2/16/21, 10:33:37 AM] Tommy H. Kato: And this week we need to pick up the other two correct containers
[2/16/21, 10:40:49 AM] Ms Li: But, Thomas, they are not going to keep those goods in the warehouse, it costs money for storage. Unless, We have deposit in the escrow account, or we pay for deposit.
[2/16/21, 10:41:55 AM] Ms Li: And who is paying for the late charges? The seller clearly doesn't want to pay for it, they would rather sell them to someone else.
[2/16/21, 10:43:10 AM] Ms Li: And again, I need my commission agreements!!!
[2/16/21, 10:43:17 AM] Brad: Need the 300 small and 767 medium today
[2/16/21, 10:44:23 AM] Ms Li: Talk to the sell at 11am, please. I can't make decision for anyone.
[2/16/21, 10:46:08 AM] Ms Li: Why don't I have it still after weeks?
[2/16/21, 10:47:26 AM] Brad: You have your Commission agreement
[2/16/21, 10:48:08 AM] Ms Li: You never sign and send to me.
[2/16/21, 12:57:25 PM] Ms Li: Hi, Thomas, are you available for the call with the seller Mr. Joel?
[2/16/21, 1:32:11 PM] Ms Li: Ok. 2:30pm. Phone call between buyer and seller.
[2/16/21, 1:48:09 PM] Tommy H. Kato: 3:00
[2/16/21, 2:32:03 PM] Ms Li: Ok.
[2/16/21, 3:41:25 PM] Ms Li: Thomas, I may have a solution for you you cash and wire. Please call me.
[2/16/21, 7:06:46 PM] Ms Li: If we definitely are going to take the other 2 containers, we will not have any risk to leave some money there as deposit. The goods are in the warehouse. They are not going anywhere if we have the deposit with the seller. But if we don't leave any deposit and we have nothing  in escrow account, we give the seller no confidence to hold the goods for us.
[2/16/21, 7:33:40 PM] Ms Li: They are waiting for our plan now. If they don't have our plan this evening, they will assume us paying $320,000 tomorrow and pick up one full container. They will sell the rest of the goods to someone else. But we pay him $450,000 tomorrow, pick up one full container, and leave the extra money from the first container as deposit for the rest of the goods (2 full containers and some), then they will hold the rest of the goods for us to pay and pick up later.
[2/16/21, 7:43:37 PM] Ms Li: And they will air freight whatever is missing for the first and 5th containers.
[2/16/21, 7:44:50 PM] Tommy H. Kato: What do they want to do for all 3?
[2/16/21, 7:47:15 PM] Ms Li: The little deposit will buy us the time for later pick up.
[2/16/21, 7:49:05 PM] Ms Li: The 5th container is not in the warehouse yet anyway.
[2/16/21, 7:49:39 PM] Ms Li: It will be brought to the warehouse on Thursday.
[2/16/21, 8:57:19 PM] Ms Li: If we want to pick up tomorrow,

1. We need to inform Alex to arrange the truck or trucks for tomorrow.
2. I need to inform the warehouse to get our goods ready for loading ( that's a busy bonded warehouse, our goods may be buried at the back)
3. We need to get the fund ready for payment.

Please let me know when and what quantity are we picking up tomorrow.
[2/16/21, 9:06:21 PM] Tommy H. Kato: Ok
[2/16/21, 10:22:50 PM] Tommy H. Kato: Let's connect tomorrow around 10:00am and get this sorted out.
[2/16/21, 10:23:20 PM] Ms Li: Ok.
[2/17/21, 10:04:23 AM] Ms Li: Good morning, Thomas, I need your direction now, please.
[2/17/21, 10:08:08 AM] Tommy H. Kato: I am on a conference call
[2/17/21, 10:08:24 AM] Ms Li: Ok.
[2/17/21, 10:12:16 AM] Ms Li: Please call me as soon as you are done. Thank you.
[2/17/21, 10:17:05 AM] Tommy H. Kato: Ok
[2/17/21, 10:26:46 AM] Ms Li: Done yet?
[2/17/21, 11:30:19 AM] Tommy H. Kato: Wires are going through now
[2/17/21, 11:57:38 AM] Ms Li: Please send me the wires confirmation once it's done.  Thanks.
[2/17/21, 12:12:58 PM] Tommy H. Kato: Ok I don't have it yet
[2/17/21, 12:29:50 PM] Ms Li: Should I head to the port or should I wait for the confirmation?
[2/17/21, 1:40:43 PM] Ana Gajic: Transfer is complete.

Final Reference# 20210217B6B7HU1R010164
[2/17/21, 1:41:28 PM] Ms Li: Amount?
[2/17/21, 1:42:13 PM] Ana Gajic: Amount $200,000.00
[2/17/21, 1:42:28 PM] Ms Li: Thanks
[2/17/21, 1:59:29 PM] Ms Li: Hi, Bradley, can you inform Alex to send truck or trucks to pick up for one full container(meaning: 3000 cartons in total). BREAKDOWN exactly like this:
S. 300
M 1200
L. 1200
XL. 300
[2/17/21, 3:33:50 PM] Ms Li: This message was deleted.
[2/17/21, 3:35:01 PM] Ms Li: Mr.Joel has 2800 cartons of Medium and 200 cartons of Large in LA, ready for pick up. Do we want them?
[2/17/21, 3:47:19 PM] Ms Li: Do we have a confirmation for the next wire yet?
[2/17/21, 3:49:35 PM] Tommy H. Kato: I am in a meeting
[2/17/21, 4:23:37 PM] Ms Li: Any update?
[2/17/21, 4:42:40 PM] Ms Li: Where is the confirmation for the $250,000?
[2/17/21, 7:59:52 PM] Tommy H. Kato: Wire should clear tomorrow
[2/17/21, 8:00:37 PM] Ms Li: Before 12 please. Thank you.
[2/17/21, 8:01:43 PM] Ms Li: First thing in the morning.
[2/17/21, 8:04:35 PM] Tommy H. Kato: Of course Ms Li
[2/17/21, 8:04:56 PM] Ms Li: Thank you.
[2/17/21, 9:41:05 PM] Ms Li: Do we want this? Same brand, price.
[2/17/21, 9:41:23 PM] Ms Li: If they want the container in LA need PO inspect pay pick up tomorrow morning
[2/18/21, 8:45:18 AM] Ms Li: Good morning. Please send me the confirmation once the wire of $250,000 is done. Thank you.
[2/18/21, 9:15:25 AM] Tommy H. Kato: Ok
[2/18/21, 9:20:53 AM] Ms Li: Hartalega Coats origin Malaysia MOQ 1M

PRICE $9.65 LDP

LDP: supplier ships goods for the buyer, clears customs on behalf of the buyer and payment is released after customs clearance at the
port of destination

000042

PROCEDURES

Buyer submits LOI and LOA

Seller reciprocates with a draft SPA within 48 hours

SPA executed.

Seller provides allocation proof evidencing authenticity of supply

Buyer issues LC

Seller loads first shipment (post outbound SGS) within 21 working days of LC opening

Buyer conducts Inbound SGS

Upon successful SGS, payment for the goods drawn from LC

IMPORTANT INFORMATION OF SUPPLY

Reputable corporation in the United States which has been established for over 31 years.

Banking facilities with Deutsche Bank (US) and DBS.

Pricing is subject to change based on market conditions.

The buyer's financial instruments must be issued from a BBB+ or better rated instituProcedures, minimum contract sizes and payment terms are non-negotiable
[2/18/21, 9:21:12 AM] Ms Li: Any interest of this offer?
[2/18/21, 9:25:50 AM] Ms Li: From Alex yesterday:

I'm doing everything I can do to get a truck for tomorrow so please make sure we can pick up tomorrow otherwise there will be a cancellation fee
[2/18/21, 9:26:14 AM] Ms Li: The truck is scheduled for pick up today.
[2/18/21, 9:39:23 AM] Ms Li: LDP: Landed Duty Paid
[2/18/21, 10:58:36 AM] Ms Li: <attached: 00001531-PHOTO-2021-02-18-10-58-36.jpg>
[2/18/21, 10:58:37 AM] Ms Li: <attached: 00001532-PHOTO-2021-02-18-10-58-37.jpg>
[2/18/21, 10:58:37 AM] Ms Li: <attached: 00001533-PHOTO-2021-02-18-10-58-37.jpg>
[2/18/21, 10:58:37 AM] Ms Li: <attached: 00001534-PHOTO-2021-02-18-10-58-37.jpg>
[2/18/21, 10:58:37 AM] Ms Li: <attached: 00001535-PHOTO-2021-02-18-10-58-37.jpg>
[2/18/21, 10:58:37 AM] Ms Li: <attached: 00001536-PHOTO-2021-02-18-10-58-37.jpg>
[2/18/21, 10:58:54 AM] Ms Li: First two lines of factory in Australia will be operational in 4-5 months max
[2/18/21, 10:58:55 AM] Ms Li: If your client signs before end of Feb - we can lock in price of $6.8/box
[2/18/21, 10:58:55 AM] Ms Li: 100% nitrile gloves
[2/18/21, 10:58:55 AM] Ms Li: Same owners as the owners of the #1 ppe factory in Australia I sent you before
[2/18/21, 11:01:48 AM] Ms Li: Alex's truck will be there at the port at noon. Please make sure the wire is done before the truck arrives.
[2/18/21, 11:11:01 AM] Ms Li: Alex's truck is there at the warehouse already.
[2/18/21, 1:06:18 PM] Brad: Ms Li, my bank is requiring my signature in person. This is the hold up as I'm traveling. I'm trying to get to a bank for verification. Ridiculous
[2/18/21, 2:44:15 PM] Ms Li: I asked the warehouse to hold and till 3
[2/18/21, 2:56:26 PM] Ms Li: Can you tell me what is going on?
[2/18/21, 2:57:00 PM] Ms Li: We are all here at the warehouse. The truck is loaded already. Can't be released.
[2/18/21, 2:57:29 PM] Ms Li: Is the money coming or not?
[2/18/21, 3:01:11 PM] Brad: Ms Li, I'm sorting out signature issue with bank.

**000043**

[2/18/21, 3:05:42 PM] Brad: Re: *22620409* Bradley Gilling, Rock Fintek

Hey Theresa,

This email will serve as confirmation of the authenticity of my signature on the document.

I am the only one with access to this email and the funds are being wired to my bank account.

All aspects of this transaction are authorized by me.

Thank you.

Kind Regards,

Brad

Bradley R Gilling
[2/18/21, 3:08:40 PM] Brad: Trying all day to get the wire cleared while on vacation
[2/18/21, 3:09:19 PM] Brad: This is causing us much grief.
[2/18/21, 3:42:00 PM] Ms Li: Still not done?
[2/18/21, 4:40:33 PM] Brad: Getting done Ms Li
[2/18/21, 7:25:27 PM] Ms Li: Done yet?
[2/19/21, 7:42:48 AM] Ms Li: Good morning, Thomas. Can you have a phone conversation with Joel this morning, asap?
[2/19/21, 8:39:50 AM] Tommy H. Kato: Yes, at 11:00
[2/19/21, 8:40:16 AM] Ms Li: Ok. 11 we go. Thanks.
[2/19/21, 8:42:23 AM] Ms Li: Joel is asking if it is ok at 10am.
[2/19/21, 8:47:41 AM] Ms Li: Or 9:30am
[2/19/21, 8:51:37 AM] Tommy H. Kato: No, we are in a meeting at 9/00, which should be done at 11:00
[2/19/21, 9:12:36 AM] Ms Li: Please confirm, it's urgent:  Is the wire going to be done today?
[2/19/21, 9:14:57 AM] Tommy H. Kato: 100%
[2/19/21, 9:15:02 AM] Tommy H. Kato: This morning
[2/19/21, 9:15:14 AM] Tommy H. Kato: Absolutely
[2/19/21, 9:15:17 AM] Ms Li: Thank you.
[2/19/21, 9:15:34 AM] Tommy H. Kato: And maybe in the afternoon an additional wire
[2/19/21, 9:15:53 AM] Ms Li: Got it. Thanks.
[2/19/21, 9:15:54 AM] Tommy H. Kato: For the 3rd container
[2/19/21, 10:18:46 AM] Ms Li: Due to the bad weather again, the warehouse is closing at 1 o'clock today.
[2/19/21, 10:42:40 AM] Ms Li: The seller will be on the line at 11am call. Thanks
[2/19/21, 10:50:02 AM] Tommy H. Kato: <attached: 00001571-PHOTO-2021-02-19-10-50-02.jpg>
[2/19/21, 10:50:25 AM] Tommy H. Kato: Bradley is in the bank now resolving the issue
[2/19/21, 10:50:33 AM] Tommy H. Kato: Make the call for 11:30
[2/19/21, 10:55:54 AM] Brad: Wire Confirmation # 2021021900007247

250,000.00
[2/19/21, 10:59:33 AM] Ms Li: Thank you.
[2/19/21, 10:59:42 AM] Ms Li: This message was deleted.
[2/19/21, 11:12:33 AM] Ms Li: Thomas, can we have call at 11:30am? Joel is having an appointment at 12 which he has wait for weeks to get this appointment. He can't miss that one.
[2/19/21, 1:17:42 PM] Ms Li: Send it here, please. People are waiting here at the warehouse
[2/19/21, 1:18:01 PM] Ms Li: The wire transfer slip
[2/19/21, 1:21:25 PM] Brad: <attached: 00001580-PHOTO-2021-02-19-13-21-25.jpg>
[2/19/21, 2:17:47 PM] Ms Li: The warehouse gives us until 2-30 to load otherwise he needs to unload and come back Monday
[2/19/21, 2:18:45 PM] Ms Li: So please Bradley, we have to get this confirm by the bank before that.
[2/19/21, 2:21:41 PM] Ms Li: If we don't get this out to the hospital today, it will be a big problem for us.
[2/19/21, 2:22:43 PM] Ms Li: The goods is not going to be released from the warehouse until Joel confirm

**000044**

the fund.
[2/19/21, 2:23:43 PM] Brad: Ms Li do not send me one more message about something I already know about!!

I'm on the phone addressing
[2/19/21, 2:24:03 PM] Ms Li: Ok.
[2/19/21, 2:35:51 PM] Brad: 954-468-0600 Andres
[2/19/21, 2:35:55 PM] Brad: Comerica
[2/19/21, 2:36:15 PM] Brad: Ms Li call Joel immediately
[2/19/21, 2:36:21 PM] Brad: Have him call my back
[2/19/21, 2:36:25 PM] Brad: Bank
[2/19/21, 2:44:17 PM] Ms Li: Good to go. Thank you!
[2/19/21, 6:55:14 PM] Ms Li: Hi, Thomas, when is the good time to call you about the other offers?
[2/19/21, 7:08:43 PM] Tommy H. Kato: Tomorrow afternoon
[2/19/21, 7:16:03 PM] Ms Li: Time?
[2/19/21, 7:16:15 PM] Ms Li: 2pm?
[2/19/21, 7:16:16 PM] Tommy H. Kato: Late afternoon
[2/19/21, 7:16:41 PM] Ms Li: 5pm?
[2/19/21, 7:17:33 PM] Ms Li: They are really good deals. Fit you well, at least I think so.
[2/19/21, 7:18:06 PM] Ms Li: All CIF terms, risk free. Good brands.
[2/19/21, 10:40:55 PM] Ms Li: $10.75 plus 10% . Hybrid Vinyl/Nitrile blend. OTG in SoCal. Close to 400,000 boxes available at time of video. Cash and carry.
[2/19/21, 10:41:20 PM] Brad: Can't accept hybrid
[2/19/21, 10:41:33 PM] Brad: Only nitrile
[2/19/21, 10:42:17 PM] Ms Li: Got it.
[2/20/21, 1:22:51 PM] Ms Li: K182600.pdf • 11 pages <attached: 00001605-K182600.pdf>
[2/20/21, 1:22:52 PM] Ms Li: Nautilus Chemo-Rated Exam Gloves - CC.pdf • 3 pages <attached: 00001606-Nautilus Chemo-Rated Exam Gloves - CC.pdf>
[2/20/21, 1:28:10 PM] Ms Li: We can get 2 containers first week of March. CIF $13 per box of 100 pieces (including $0.50 commission built in as the middle person required)
[2/20/21, 1:29:00 PM] Ms Li: Ans we can order more but it takes 3 weeks for shipment.
[2/20/21, 1:29:50 PM] Ms Li: No LC, no deposit, no escrow. ICPO only.
[2/20/21, 1:30:58 PM] Ms Li: Please let me know immediately if this is interested.
[2/20/21, 1:39:47 PM] Brad: 6m total gloves?
[2/20/21, 1:40:20 PM] Ms Li: 30,000 boxes per container.
[2/20/21, 1:40:26 PM] Brad: Perfect
[2/20/21, 1:41:00 PM] Ms Li: We need ICPO immediately to lock the goods.
[2/20/21, 1:41:17 PM] Brad: Can you draft?
[2/20/21, 1:42:02 PM] Brad: Thomas and i are in meeting
[2/20/21, 1:45:14 PM] Ms Li: This message was deleted.
[2/20/21, 1:46:37 PM] Ms Li: Can I use the one for JNS Capital, and change the relevant information?
[2/20/21, 1:48:40 PM] Ms Li: Sorry, 28,000 boxes per container.
[2/20/21, 1:54:05 PM] Brad: Yes
[2/20/21, 1:54:19 PM] Ms Li: Ok. Will do.
[2/20/21, 1:54:24 PM] Brad: When do they arrive?
[2/20/21, 1:54:35 PM] Ms Li: First week of March.
[2/20/21, 1:54:43 PM] Brad: Do you have actual date?
[2/20/21, 1:55:02 PM] Brad: What port?
[2/20/21, 1:55:21 PM] Ms Li: It's on the sea. They should have BL. Let me ask.
[2/20/21, 1:56:23 PM] Brad: Ok
[2/20/21, 4:45:10 PM] Ms Li: ICPO Rock Fintek LLC-converted[1071].docx <attached: 00001628-ICPO Rock Fintek LLC-converted[1071].docx>
[2/20/21, 4:46:08 PM] Ms Li: For your review, please. And please make it official and send right back to me. Thanks.
[2/20/21, 4:56:45 PM] Ms Li: 1613858018616_ICPO Rock Fintek LLC [1071].pdf • 1 page <attached: 00001630-1613858018616_ICPO Rock Fintek LLC [1071].pdf>
[2/20/21, 4:57:08 PM] Ms Li: Or this is ok to send as it is?

**000045**

[2/20/21, 5:12:27 PM] Ms Li: Please look at this one, Thomas.
[2/20/21, 5:13:44 PM] Ms Li: First two lines of factory in Australia will be operational in 4-5 months max
[2/20/21, 5:13:45 PM] Ms Li: If your client signs before end of Feb - we can lock in price of $6.8/box
[2/20/21, 5:13:45 PM] Ms Li: Same owners as the owners of the #1 ppe factory in Australia I sent you before
[2/20/21, 5:13:46 PM] Ms Li: <attached: 00001636-PHOTO-2021-02-20-17-13-46.jpg>
[2/20/21, 5:13:47 PM] Ms Li: <attached: 00001637-PHOTO-2021-02-20-17-13-47.jpg>
[2/20/21, 5:13:48 PM] Ms Li: <attached: 00001638-PHOTO-2021-02-20-17-13-48.jpg>
[2/20/21, 5:13:48 PM] Ms Li: <attached: 00001639-PHOTO-2021-02-20-17-13-48.jpg>
[2/20/21, 5:13:49 PM] Ms Li: <attached: 00001640-PHOTO-2021-02-20-17-13-49.jpg>
[2/20/21, 5:13:49 PM] Ms Li: <attached: 00001641-PHOTO-2021-02-20-17-13-49.jpg>
[2/20/21, 5:13:55 PM] Ms Li: And this.
[2/20/21, 5:14:12 PM] Ms Li: So we can discuss about them later.
[2/20/21, 5:14:26 PM] Ms Li: What is the good time for you?
[2/20/21, 5:46:23 PM] Ms Li: https://www.dropbox.com/s/mklnaf27l3e0eto/Softmed_Profile_Feb21.pptx?dl=0
[2/20/21, 5:47:06 PM] Ms Li: https://softmed.com.au
[2/20/21, 5:55:44 PM] Ms Li: This message was deleted.
[2/20/21, 6:06:06 PM] Ms Li: 1613862277318_ICPO Rock Fintek LLC [1071].pdf • 1 page <attached: 00001648-1613862277318_ICPO Rock Fintek LLC [1071].pdf>
[2/20/21, 6:06:46 PM] Ms Li: Please look at this one. And let me know if this is ok.
[2/20/21, 8:20:48 PM] Ms Li: Test report04691(2)(1).pdf • 3 pages <attached: 00001650-Test report04691(2)(1).pdf>
[2/20/21, 8:36:48 PM] Brad: Fintek .docx commission 2%.pdf • 2 pages <attached: 00001651-Fintek .docx commission 2%.pdf>
[2/20/21, 8:43:53 PM] Ms Li: This message was deleted.
[2/20/21, 8:45:31 PM] Ms Li: Intco masks, 20 containers, 50 million pieces (1 million Boxes )
50 pieces per box
40 boxes per case

$1.00 per box
$40 per case.

In stock in Intco warehouse in LA.
[2/20/21, 8:48:26 PM] Brad: We have already seen this deal last week
[2/20/21, 8:49:54 PM] Ms Li: The manager of Intco in LA sent it to me.
[2/20/21, 8:50:12 PM] Brad: We have a contract already
[2/20/21, 8:50:31 PM] Ms Li: With them?
[2/20/21, 8:50:47 PM] Ms Li: Same price?
[2/20/21, 8:50:56 PM] Brad: Yes
[2/20/21, 8:53:12 PM] Ms Li: The general manager just told me, they haven't signed contract with anyone yet for this 20 containers.
[2/20/21, 8:53:29 PM] Brad: We have contract already
[2/20/21, 8:53:41 PM] Brad: Only taking 20 m
[2/20/21, 8:56:34 PM] Ms Li: He just told me, no way. They haven't signed contract with anybody for any quantity of this masks. He warned a fraud. Be careful!
[2/20/21, 8:56:53 PM] Brad: Ms Li, you don't have to meddle in that deal. We are dealing direct.
[2/20/21, 8:57:13 PM] Ms Li: Ok.
[2/20/21, 8:58:19 PM] Brad: We are well aware of the amount there. We are way past that point and have the contract.
[2/20/21, 8:58:45 PM] Brad: You can let your contact know we are taking 20m and have contract already to do so.
[2/20/21, 8:59:12 PM] Ms Li: All the contract has to go through his hand.
[2/20/21, 8:59:23 PM] Brad: Good.
[2/20/21, 8:59:42 PM] Brad: We are already working with INTCO directly on the contract.
[2/20/21, 8:59:54 PM] Ms Li: Great.
[2/20/21, 9:08:01 PM] Brad: <attached: 00001672-PHOTO-2021-02-20-21-08-01.jpg>

000046

[2/20/21, 9:08:11 PM] Brad: This is our sales rep.
[2/20/21, 9:08:22 PM] Brad: We have dealt with her for a long time.
[2/20/21, 9:10:11 PM] Ms Li: She works in their China office.
[2/20/21, 9:10:24 PM] Brad: Yes
[2/20/21, 9:20:25 PM] Ms Li: She hasn't put it into the system. That's why the LA office doesn't recognize it
[2/20/21, 9:20:41 PM] Brad: We have to pay on Monday
[2/20/21, 9:20:47 PM] Brad: Banks are closed
[2/20/21, 9:21:17 PM] Brad: Thank you for confirmation. We will get it done on our side
[2/20/21, 9:21:34 PM] Ms Li: That's good.
[2/20/21, 9:53:37 PM] Ms Li: Can you look at it? I need it asap to lock the goods.
[2/21/21, 8:50:44 AM] Ms Li: Good morning, Thomas, can we have a phone call now?
[2/21/21, 9:44:44 AM] Ms Li: Are we taking this offer or not? If we do I need your response now, please.
[2/21/21, 11:31:25 AM] Ms Li: 1.  Nautilus Gloves, available  the first week of March in the US. $13 per box. Need your approval of the ICPO.
2. Hartalega Coats, I million per month, $9.65 LDP, 21 days after LC. We need a ICPO if we want to lock the offer.
3. Softmed, Australian products delivery in 5 months, CIF $6.80. Need ICPO to lock the offer.
[2/21/21, 11:35:44 AM] Tommy H. Kato:
[2/21/21, 11:36:55 AM] Ms Li: That's not good enough. I need clear direction from you.
[2/21/21, 11:58:06 AM] Brad: Ms Li, I am traveling home today. I reviewed the document. When are funds due?
[2/21/21, 11:58:22 AM] Brad: What day in the beginning of March do we pick them up?
[2/21/21, 11:58:39 AM] Ms Li: First week of March.
[2/21/21, 11:58:55 AM] Ms Li: ICPO is enough for now.
[2/21/21, 12:00:26 PM] Ms Li: They will verify our credibility, which I am sure we will be good.
[2/21/21, 12:00:48 PM] Ms Li: It's on the water now.
[2/21/21, 1:26:07 PM] Ms Li: Can I send the ICPO the way it is or you need to revise it?
[2/22/21, 9:32:53 AM] Ms Li: Good morning.
[2/22/21, 9:34:44 AM] Ms Li: Need confirmation from buyer sooner is better ( deadline 3pm) if they take the 3 other containers if they do they need to wire funds today as well
[2/22/21, 12:30:37 PM] Ms Li: For Hartalega offer, and Australian offer, do you want me draft the ICPO and back for your approval?
[2/22/21, 3:07:56 PM] Ms Li: This message was deleted.
[2/22/21, 3:08:45 PM] Ms Li: Can I have Rock Fintech company profile, please? I may have someone who may like to work with us on the Hartalega offer, but they need to know us first.
[2/22/21, 3:23:22 PM] Brad: www.rockfintek.com
[2/22/21, 3:23:51 PM] Ms Li: Thanks.
[2/22/21, 3:31:51 PM] Ms Li: Hi, do we have any words from the hospital yet, please? It's 3:30pm.
[2/22/21, 4:07:12 PM] Ms Li: Hi, what's going on, any words from hospital yet?
[2/22/21, 4:07:38 PM] Ms Li: It's 4 pm seller can release these containers anytime
[2/22/21, 4:07:38 PM] Ms Li: We have an exposure now
[2/22/21, 4:55:36 PM] Ms Li: What's the feedback from the hospital?
[2/22/21, 6:47:39 PM] Ms Li: ICPO Rock Fintek Softmed Australi.pdf • 1 page <attached: 00001707-ICPO Rock Fintek Softmed Australi.pdf>
[2/22/21, 6:47:48 PM] Ms Li: ICPO Rock Fintek Hartalega.pdf • 1 page <attached: 00001708-ICPO Rock Fintek Hartalega.pdf>
[2/22/21, 6:48:30 PM] Ms Li: Please check for these 2 ICPO for approval.
[2/22/21, 9:15:36 PM] Ms Li: This message was deleted.
[2/23/21, 8:15:25 AM] Ms Li: Good morning. Ang words from the hospital?
[2/23/21, 8:27:46 AM] Brad: Tracking them down now
[2/23/21, 8:34:22 AM] Ms Li: We suppose to get back to the seller yesterday.
[2/23/21, 8:34:49 AM] Ms Li: Please,  asap
[2/23/21, 8:34:53 AM] Ms Li: Thanks.
[2/23/21, 8:38:46 AM] Brad: Working on it
[2/23/21, 8:38:52 AM] Brad: Understood
[2/23/21, 8:41:17 AM] Ms Li: Thank you.
[2/23/21, 9:14:11 AM] Ms Li: This message was deleted.

**000047**

[2/23/21, 9:14:32 AM] Ms Li: This message was deleted.
[2/23/21, 10:01:58 AM] Ms Li: Hi, Bradley, any feedback yet?
[2/23/21, 11:12:51 AM] Ms Li: This message was deleted.
[2/23/21, 11:13:13 AM] Ms Li: This message was deleted.
[2/23/21, 12:51:29 PM] Ms Li: The seller insists that we pay $400,000 today in 2 hours. Or we lose the deal. They are in financial shortage, can't keep holding for us.
[2/23/21, 12:52:48 PM] Ms Li: Burnie is trying to call Thomas. Please talk to him. And see what he can do.
[2/23/21, 1:13:36 PM] Tommy H. Kato: We will wire $200k right now.
[2/23/21, 1:13:44 PM] Tommy H. Kato: Where should Ana wire it to?
[2/23/21, 1:14:23 PM] Ms Li: JNS CAPITAL HOLDINGS LLC
155 skilman street
Brooklyn NY 11205
Capital one bank
Account number
3746631052
Wire routing
065000090
[2/23/21, 1:14:49 PM] Ms Li: Same account we did last time.
[2/23/21, 1:14:56 PM] Tommy H. Kato: Ana send $200k now
[2/23/21, 1:16:09 PM] Ana Gajic: Working on it
[2/23/21, 1:16:26 PM] Tommy H. Kato: Send her the confirmation after
[2/23/21, 1:17:02 PM] Ms Li: Please talk to Burnie, Thomas.
[2/23/21, 1:28:44 PM] Ana Gajic: $200,000.00 successfully sent, confirmation # 210223117328
[2/23/21, 1:29:19 PM] Ms Li: Thank you.
[2/23/21, 2:29:33 PM] Ms Li: KC500
500k-1million
MOQ can be less
$10.80
With plane add 2.10
Boat is priced as is.

Delivery time:
One week for air shipping
And 21 days by sea
Money stays in buyers escrow.
[2/24/21, 10:03:42 AM] Ms Li: Good morning. Bruno is asking about the $250,000.
[2/24/21, 3:30:20 PM] Ms Li: Please send me the confirmation once the $400,000 is wired. Thanks.
[2/24/21, 4:38:50 PM] Ms Li: Please let me know what's going on and what is the plan. I was told by Burnie, that Thomas promised to send $400,000 today.
[2/24/21, 4:41:38 PM] Brad: Working on it
[2/24/21, 4:42:59 PM] Ms Li: Ok. Thanks.
[2/24/21, 4:44:58 PM] Ms Li: will get it done before 5pm?
[2/24/21, 5:31:02 PM] Brad: Hey ms Li, been tied up all day. Payment will go out tomorrow.

Also, did INTCO overnight the 3PLY samples?
[2/24/21, 5:31:12 PM] Brad: I need to get them to the client
[2/24/21, 5:32:34 PM] Ms Li: Intco sent the samples already the next day. But not overnight. You should have it on Friday.
[2/24/21, 5:34:31 PM] Brad: Why not overnight?
[2/24/21, 5:34:41 PM] Brad: I would have had Ana go pick them up and do it.
[2/24/21, 5:35:11 PM] Brad: Ugggh
[2/24/21, 5:36:08 PM] Ms Li: How much ?
[2/24/21, 5:36:08 PM] Ms Li: 400k or the all valance ?
[2/24/21, 5:36:08 PM] Ms Li: Balance ??
[2/24/21, 5:36:53 PM] Brad: Can I send Ana to the warehouse to pick up samples and fed ex?
[2/24/21, 5:36:57 PM] Ms Li: I told them to send overnight.
[2/24/21, 5:36:59 PM] Brad: I need those today

**000048**

[2/24/21, 5:37:07 PM] Brad: Can't wait
[2/24/21, 5:37:14 PM] Ms Li: Let me call him.
[2/24/21, 5:37:24 PM] Brad: You have our fedex number
[2/24/21, 5:37:33 PM] Ms Li: Is anna in los Angeles?
[2/24/21, 5:37:46 PM] Brad: Just print tag and drop to fed ex
[2/24/21, 5:37:48 PM] Brad: Yes
[2/24/21, 5:37:54 PM] Brad: She is in Orange County
[2/24/21, 5:38:01 PM] Brad: I will have her drive up there
[2/24/21, 5:38:41 PM] Brad: It's an hour
[2/24/21, 5:55:03 PM] Ms Li: Address:
805 Barrington Ave. Ontario, CA 91764
John,
6263781905
[2/24/21, 5:56:22 PM] Ms Li: He will give her 3 boxes
[2/25/21, 8:31:15 AM] Ms Li: Good morning. Do we have. Plan when to pick up the goods in the warehouse?
[2/25/21, 11:13:52 AM] Ms Li: Please send me the confirmation once the wire is done.
[2/25/21, 1:25:59 PM] Brad: The reference number for the $250,000 is 20210225B6B7HU3R013651.
[2/25/21, 6:42:31 PM] Ms Li: The warehouse pick up time is from 6am to 3pm. Monday to Friday.
[2/26/21, 10:03:23 AM] Ms Li: Hi, the truck is at the warehouse now picking up the 3rd container. Seller is asking when are we going to pick up the rest. Especially the one in LA, needs yo be picked up asap.
[2/28/21, 2:05:56 PM] Ms Li: https://www.afr.com/companies/healthcare-and-fitness/melbourne-group-takes-on-ansell-in-gloves-20210225-p575xr
[2/28/21, 2:07:10 PM] Ms Li: Please read this link, that is our friend company that I mentioned in the offer, the Australian company, Softmed.
[2/28/21, 2:07:33 PM] Ms Li: I really think we should seriously consider this one.
[2/28/21, 2:09:27 PM] Ms Li: Bradley, I have sent the ICPO on the Hartalega offer and Softmed offer for over one week for your review. Can you get back to me on both?
[2/28/21, 7:14:31 PM] Brad: When do the 2 containers arrive into LA that we signed contract for last week?
[2/28/21, 7:45:31 PM] Ms Li: There is only one container in LA. The other one is in Port NY. Both are ready for pick up.
[2/28/21, 9:13:03 PM] Brad: This isn't associated with Bruno etc
[2/28/21, 9:13:06 PM] Brad: Correct
[2/28/21, 9:15:15 PM] Ms Li: We did not sign other contact. Except the one with Joel.
[2/28/21, 9:41:06 PM] Brad: Yes we did
[2/28/21, 9:41:11 PM] Brad: For $13
[2/28/21, 9:41:16 PM] Brad: A box
[2/28/21, 9:41:21 PM] Brad: First week of March
[2/28/21, 9:43:47 PM] Brad: 1613858018616_ICPO Rock Fintek LLC [1071].pdf • 1 page <attached: 00001784-1613858018616_ICPO Rock Fintek LLC [1071].pdf>
[2/28/21, 9:44:07 PM] Brad: This one? When does it arrive?
[3/1/21, 9:27:13 AM] Ms Li: I was told we were too late. But let me check with the seller again.
[3/1/21, 11:42:45 AM] Ms Li: This is what I got after trying to get the supplier to supply the 2 containers: please suggest me what should I say to them:

Chunrong, their office is in a shared office environment on Miami Beach.   In addition, the company was only registered a short time ago. We see no records of them importing containers of PPE into the United States whatsoever.
[3/1/21, 11:56:20 AM] Ms Li: Mrs LI
If they want the container in LA we need the $$ NOW
[3/1/21, 11:56:20 AM] Ms Li: Did you called Brad ?
Since Thursday we don't heard anything from them anymore ...
Should we release those containers someone else ?
[3/1/21, 12:05:17 PM] Brad: Ms Li, we are in meeting. Call u when done
[3/1/21, 12:05:42 PM] Ms Li: Please do. Thank you.
[3/1/21, 2:15:10 PM] Ms Li: Take a look verified lot. *Kimberly Clark KC500*

*Cash and Carry only*

000049

*Quantity Available*:   10M, purple examination gloves, 100 count box

*MOQ*:   100,000 boxes. However, 500k is preferred.

*Price*:   $13.00

*Inspect*: Available for inspection commencing March 10 .   Gloves are currently on route to USA by boat - BOL,SGS, etc already VERIFIED.    Product in Oakland CA.


*SOP*:  Straight forward no nonsense SOP.


1.    PO   (will provide contact information direct to buyer who to address the PO after NCNDA)
2.    Inspection time scheduled.
3.    Inspect and Pay.

NO deposit.
NO need to escrow the funds.
NO BCL or LC.


NOTE:  The buyer must provide a negative covid test result less than 7 days old in order to inspect and pay. Along with a color copy of their driver's license.


Please have your buyer submit their PO rather quickly to RESERVE spot to INSPECT and PAY.
[3/2/21, 11:35:35 AM] Ms Li: Mr. Joel is asking about the goods in the warehouse. Are we planning to take them? When? Or what is our plan?
[3/2/21, 11:37:20 AM] Ms Li: <attached: 00001794-VIDEO-2021-03-02-11-37-20.mp4>
[3/2/21, 11:38:04 AM] Ms Li: 1 million Hongray gloves in the warehouse, in China, ready to ship. Any interest?
[3/2/21, 11:43:05 AM] Ms Li: Price is $10.50 per box.
[3/2/21, 12:02:32 PM] Brad: Yes. And yes
[3/2/21, 12:02:59 PM] Ms Li: Let proceed then.
[3/2/21, 12:07:48 PM] Ms Li: I will get the draft contract to you soon.
[3/2/21, 1:46:25 PM] Ms Li: Hi Bradley I just to send to you the draft for Hongray gloves 1 million boxes of gloves please read the draft a contract and make  whatever changes and send it to me as soon as possible thank you
[3/2/21, 1:50:46 PM] Brad: Reviewing. Will go over with Thomas later today. He is in meetings
[3/2/21, 1:53:50 PM] Ms Li: Ok. Thanks.
[3/2/21, 2:01:53 PM] Tommy H. Kato: When our client gets what we just delivered and confirms tomorrow then we can pay.
But it's short 500k
[3/2/21, 2:53:18 PM] Ms Li: Thomas, can you call Joel, and talk to him about our plan? He want s to hear from you.
[3/2/21, 2:57:22 PM] Ms Li: Is it possible to get the Hongray draft contract back to me today?
[3/2/21, 3:20:10 PM] Ms Li: The deal with the Australian company Softmed (delivery starts from July) has rise their price from $6.80 to $7.10. If we still want to proceed please greenlight me with the ICPO I drafted.
[3/2/21, 9:28:00 PM] Tommy H. Kato: Why did they raise the price?
[3/2/21, 9:29:28 PM] Ms Li: They only gave us until the end of February.
[3/2/21, 9:39:27 PM] Tommy H. Kato: I thought you signed it already?
[3/2/21, 9:39:35 PM] Tommy H. Kato: Tell them we need the original price
[3/2/21, 9:39:43 PM] Tommy H. Kato: Or we are out
[3/2/21, 9:41:23 PM] Ms Li: Let me told to them but I doubt. Can I use the ICPO I drafted?
[3/3/21, 6:52:39 AM] Ms Li: I did send the ICPO that I draft to Softmed ( Australian company) with $6.80

per box. IF YOU DON'T AGREE WITH IT, I CANCEL IT NOW. Hopefully they will agree to keep the price $6.8 for us. Let's see.

[3/3/21, 6:56:49 AM] Ms Li: For 1 million boxes Hongray Nitrile gloves, $10.50 per box, ready to ship, we need to get the contract back no later than this morning, please.

[3/3/21, 7:48:24 AM] Brad: Ok. Reviewing

[3/3/21, 8:02:32 AM] Ms Li: Is it ok that I sent the ICPO for Softmed from Australian company that I drafted? Please confirm. Thank you.

[3/3/21, 11:27:00 AM] Brad: <attached: 00001817-PHOTO-2021-03-03-11-27-00.jpg>

[3/3/21, 11:27:50 AM] Brad: Ms Li, what are these sizes Joel has? This is beyond disappointing

[3/3/21, 11:29:14 AM] Brad: We will take what they owe us 8700 and 4200, TOTAL 12,900 in 10,40,40,10

[3/3/21, 11:31:15 AM] Ms Li: Those are the odd numbers. But he has send the request for air freight to make up full containers of 10 40 40 10 iij n total of 3000 case of each container.

[3/3/21, 11:31:36 AM] Brad: It's a mess

[3/3/21, 11:32:03 AM] Brad: He wants us to pick these up, pay full price, and has garbage sizes

[3/3/21, 11:32:42 AM] Brad: He wants a deposit on gloves to be airfreighted

[3/3/21, 11:32:50 AM] Brad: Another ridiculous request

[3/3/21, 11:33:05 AM] Brad: He needs to perform our contract. Real simple

[3/3/21, 11:33:25 AM] Brad: We will pick up the sizes of 10,40,40,10 now

[3/3/21, 11:33:49 AM] Brad: Nobody wants a bunch of XL gloves....

[3/3/21, 11:35:25 AM] Ms Li: Let do this: have them to match up for the missing numbers only for the 3 containers we have taken.

[3/3/21, 11:36:17 AM] Ms Li: And we will pay and pick more only when the have more full containers.

[3/3/21, 11:37:19 AM] Ms Li: Meanwhile, I will try to find us more on the ground gloves.

[3/3/21, 11:51:05 AM] Ms Li: Do you agree?

[3/3/21, 12:01:52 PM] Brad: Yes

[3/3/21, 12:01:55 PM] Brad: Do this

[3/3/21, 12:33:38 PM] Ms Li: Bradley, can you please send me back the contract for 1 million Hongray gloves, on the ground in China, $10.5 per box. So we can arrange for inspection of the goods either tonight or tomorrow?

[3/3/21, 1:06:48 PM] Brad: Working on it

[3/3/21, 1:06:58 PM] Brad: Not ready yet.

[3/3/21, 1:09:16 PM] Ms Li: Asap please.

[3/3/21, 1:12:08 PM] Brad: Ms Li handle Joel now

[3/3/21, 1:12:29 PM] Brad: We need to pick up the 420,000 we left behind and the 870,000 owed

[3/3/21, 1:12:39 PM] Brad: All in the sizes of 10,40,40,10

[3/3/21, 1:12:59 PM] Brad: Joel claims he will bot comply

[3/3/21, 1:13:01 PM] Brad: Not

[3/3/21, 1:13:19 PM] Brad: You said the 420,000 was on the floor waiting???

[3/3/21, 1:13:33 PM] Brad: Also, we need the 870,000. We paid for that weeks ago.

[3/3/21, 1:13:57 PM] Ms Li: Let me handle it.

[3/3/21, 1:14:21 PM] Brad: This is your issue as you got us into it. I am calling Alex right now to arrange truck to pick up the 8700 and 4200

[3/3/21, 1:14:53 PM] Brad: 1.29 million gloves. As close to 10,40,40,10 as possible.

[3/3/21, 2:47:41 PM] Ms Li: For the Australians, I need to show them the corporate guarantee before they issue the official offer

[3/3/21, 2:47:41 PM] Ms Li: Can you arrange a zoom meeting with the CEO before the guarantee?

[3/3/21, 2:47:41 PM] Ms Li: Sure

[3/3/21, 2:47:41 PM] Ms Li: 5pm tomorrow EST

[3/3/21, 8:07:03 PM] Ms Li: The Australian company wants to know about Rock Fintech, because we are not putting up for any deposit or LC or escrow. That's why the CEO wants a zoom meeting to know each other.

[3/3/21, 8:07:43 PM] Ms Li: Can we confirm the meeting, tomorrow 5pm?

[3/3/21, 8:08:40 PM] Ms Li: Bradley, where is the purchase agreement for Hongray gloves? Are you done reviewing it yet?

[3/3/21, 8:12:11 PM] Ms Li: Joel is trying to get together all our missing numbers of the gloves and the rest of the 2 containers some time next week, so we can pick up everything in one day. Let's just wait a little bit.

[3/3/21, 8:23:08 PM] Ms Li: This is a very good deal for you, you have people in China to inspect the goods, you have money there for gloves. So what are we waiting for here? I don't understand.

000051

[3/4/21, 12:08:00 AM] Ms Li: They cant do tom anymore - they can do 4.15pm EST on friday
[3/4/21, 6:22:22 AM] Ms Li: I have an offer of two year contract with Hongray for the price of $10.60 per box. I million boxes per month. For second year the price can be renegotiated. Direct with Hongray.
[3/4/21, 6:51:51 AM] Tommy H. Kato: That's ridiculous price for 2 years
[3/4/21, 6:52:02 AM] Tommy H. Kato: When does the first box arrive?
[3/4/21, 7:29:29 AM] Ms Li: From April.
[3/4/21, 8:31:11 AM] Brad: Hongray is repacking gloves of questionable quality. Been advised to stay away from that deal
[3/4/21, 8:31:23 AM] Brad: Ms Li, find another opportunity
[3/4/21, 8:32:01 AM] Brad: We had our team check it out.
[3/4/21, 11:21:23 AM] Ms Li: ROSENBERG GLOVES PRODUCT SHEET.pdf • 6 pages document omitted
[3/4/21, 11:23:17 AM] Ms Li: $10.60/ cif by air and
Or $8.40/box fob
[3/4/21, 11:24:27 AM] Ms Li: 1m boxes can be delivered after 15 days from signature of contract
[3/4/21, 11:24:27 AM] Ms Li: 1m boxes is MOQ
[3/4/21, 11:24:27 AM] Ms Li: We can arrange a call for rockfintek with their ceo
[3/4/21, 11:29:49 AM] Ms Li: Bruno may have more Medcare gloves on the ground from other sources,  and he is asking if we want them, it will be inspect and pay. How many do we want ? They will be exactly 10, 40, 40, 10.
[3/4/21, 11:31:16 AM] Brad: Cash and carry. $15 too much
[3/4/21, 1:35:02 PM] Ms Li: DONGTAI+CITY+HUAYI+-+English+version.pdf • 19 pages <attached: 00001872-DONGTAI+CITY+HUAYI+-+English+version.pdf>
[3/4/21, 1:35:11 PM] Ms Li: Dongtai+510K+-+K131823.pdf • 8 pages <attached: 00001873-Dongtai+510K+-+K131823.pdf>
[3/4/21, 1:36:52 PM] Ms Li: Cash and carry. $14.60
245,000 boxes. PO, inspect and pay.
[3/4/21, 4:34:56 PM] Ms Li: Glove- Nitrile- Spec Sheet.pdf • 19 pages <attached: 00001875-Glove- Nitrile- Spec Sheet.pdf>
[3/4/21, 4:35:58 PM] Ms Li: This message was deleted.
[3/4/21, 4:49:50 PM] Ms Li: $14.25 per box
[3/4/21, 4:52:46 PM] Ms Li: 250,000 boxes in LA
[3/5/21, 11:00:11 AM] Ms Li: video omitted
[3/5/21, 11:04:23 AM] Ms Li: 250 boxes in LA, $13.90 per box. In the warehouse, ready for pick up.
[3/5/21, 1:15:45 PM] Ms Li: Joel will have all the missing numbers plus the 2 full containers that we haven't picked up ready for pick up. Can we arrange to pick up next Monday or Tuesday?
[3/5/21, 1:55:16 PM] Ms Li: Glove- Nitrile- Spec Sheet.pdf • 19 pages <attached: 00001882-Glove- Nitrile- Spec Sheet.pdf>
[3/5/21, 1:55:26 PM] Ms Li: This one.
[3/5/21, 1:55:38 PM] Brad: Still too expensive
[3/5/21, 1:56:17 PM] Ms Li: What is your expectation?
[3/5/21, 1:56:36 PM] Brad: price has to come down.
[3/5/21, 1:56:46 PM] Brad: We are losing money on these deals
[3/5/21, 1:56:59 PM] Brad: Will they break up order?
[3/5/21, 1:57:17 PM] Ms Li: Like how many?
[3/5/21, 1:57:36 PM] Brad: 250,000 boxes?
[3/5/21, 1:57:42 PM] Brad: That's what they have?
[3/5/21, 1:57:50 PM] Ms Li: Yes.
[3/5/21, 1:58:01 PM] Brad: Need to be at 11
[3/5/21, 1:58:19 PM] Ms Li: $11 per box?
[3/5/21, 1:58:25 PM] Brad: Yes
[3/5/21, 1:58:41 PM] Brad: Way to expensive.
[3/5/21, 1:59:12 PM] Ms Li: Have you seen this price on current market for spot deal?
[3/5/21, 2:01:45 PM] Brad: Yes
[3/5/21, 2:02:01 PM] Ms Li: Ok. Let me try.
[3/5/21, 6:10:06 PM] Ms Li: That's not 100% Nitrile. For blended maybe.
[3/6/21, 9:58:46 AM] Ms Li: Everything will be ready for picking up on Monday( including missing numbers and 2 full containers of 10, 40, 40, 10). Can we arrange for pick, please?

000052

[3/6/21, 3:45:28 PM] Ms Li: BIOMADETECH Nitrile gloves.pdf • 12 pages <attached: 00001902-BIOMADETECH Nitrile gloves.pdf>

[3/6/21, 3:55:05 PM] Ms Li: A message from a friend (Harvard graduate) who used to be the vice president of ABC,

Hi, Chunrong, One of my friends in London just spoke to me about a brand started by one of her French friends based in Asia. See below.

Price is $8.0/box FOB

 FOB Port will be Guangzhou port and Shenzhen port ;

Capacity: 1m per month for first 3 months
Then 4m per month starting from month 4
Payment - LC

Let me know if you are interested to explore.

[3/6/21, 4:36:39 PM] Brad: Of course. If it's real

[3/6/21, 5:40:59 PM] Ms Li: How many boxes do they want?

[3/6/21, 5:40:59 PM] Ms Li: And for how long or only one month? So i can get you an offer and sales contract on Monday

[3/6/21, 5:42:16 PM] Ms Li: Hi, Bradley, can you respond to these questions? So my friend can get us the contract on Monday?

[3/6/21, 5:47:54 PM] Brad: 1 million boxes

[3/6/21, 5:47:59 PM] Brad: Imm

[3/6/21, 5:48:03 PM] Brad: Immediately

[3/6/21, 5:48:36 PM] Ms Li: 1 million per month or 1 million only for now?

[3/6/21, 7:01:08 PM] Brad: Month. 1m now

[3/6/21, 7:01:10 PM] Brad: Immediately

[3/6/21, 7:01:14 PM] Brad: LC

[3/6/21, 7:17:14 PM] Ms Li: Ok.

[3/7/21, 7:39:00 AM] Ms Li: We need to issue an purchase order right away, please. Do you want me to draft one like I did for the Australian Softmed gloves? And send to you for approval?

[3/7/21, 10:56:21 AM] Tommy H. Kato: Ok

[3/7/21, 10:57:04 AM] Ms Li: Good, let me do it now. And send to you for approval.

[3/7/21, 12:12:31 PM] Ms Li: RF 1 m, .pdf • 1 page <attached: 00001919-RF 1 m, .pdf>

[3/7/21, 12:13:09 PM] Ms Li: Please review for approval.

[3/7/21, 2:56:32 PM] Ms Li: Can you please review it and let me know I need to send it to outer early today please thank you

[3/7/21, 2:57:28 PM] Ms Li: If it takes too much time we may lose the deal pleace

[3/7/21, 2:58:44 PM] Brad: Wil this be delivered immediately?

[3/7/21, 2:59:04 PM] Brad: We are do not intend signing and waiting

[3/7/21, 2:59:50 PM] Brad: We need would like verification on gloves. Video with Rock Fintek, showing gloves for pick up. Also, is this in Thailand?

[3/7/21, 2:59:55 PM] Ms Li: That's the goal and once we send the ICPO, they will give us an offer and in that offer everything all the details will be on it

[3/7/21, 3:00:12 PM] Brad: Get the offer

[3/7/21, 3:00:24 PM] Brad: They have to deliver immediately

[3/7/21, 3:00:28 PM] Ms Li: In China.

[3/7/21, 3:00:29 PM] Brad: No wait

[3/7/21, 3:00:44 PM] Brad: Where in China?

[3/7/21, 3:01:08 PM] Ms Li: Guangzhou or Shenzhen.

[3/7/21, 3:03:04 PM] Brad: Ok. Send the PO request and let's get the immediate commitment to deliver.

[3/7/21, 3:03:17 PM] Ms Li: Ok.

[3/8/21, 10:08:51 AM] Ms Li: Zeid Abdul-Hadi is inviting you to a scheduled Zoom meeting.

Join Zoom Meeting

https://us02web.zoom.us/j/89166913788?pwd=OUd4TlFhakNFSDhOczR2YUNVRTBWdz09

Meeting ID: 891 6691 3788
Passcode: 375974
One tap mobile
+12532158782,,89166913788#,,,,*375974# US (Tacoma)
+13017158592,,89166913788#,,,,*375974# US (Washington DC)

Dial by your location
        +1 253 215 8782 US (Tacoma)
        +1 301 715 8592 US (Washington DC)
        +1 312 626 6799 US (Chicago)
        +1 346 248 7799 US (Houston)
        +1 669 900 6833 US (San Jose)
        +1 929 205 6099 US (New York)
Meeting ID: 891 6691 3788
Passcode: 375974
Find your local number: https://us02web.zoom.us/u/kcbUNUF9Jr
[3/8/21, 10:13:20 AM] Brad: What is this?
[3/8/21, 10:14:29 AM] Ms Li: For zoom meeting with the Australian company. Thomas knows it.
[3/8/21, 1:29:05 PM] Ms Li: Are we move foward with the rest of the 2 containers that are in the warehouse already?
[3/8/21, 2:41:14 PM] Ms Li: $14.00
[3/8/21, 2:41:47 PM] Brad: Sizes
[3/8/21, 2:44:00 PM] Ms Li: Glove- Nitrile- Spec Sheet.pdf • 19 pages <attached: 00001941-Glove- Nitrile-Spec Sheet.pdf>
[3/8/21, 2:48:00 PM] Brad: Ok
[3/8/21, 2:51:08 PM] Ms Li: One container Dongtai in Long Beach now.
[3/8/21, 2:51:23 PM] Ms Li: $14.45.
[3/8/21, 2:51:47 PM] Ms Li: Still waiting for the other one.
[3/8/21, 2:51:51 PM] Brad: Prefer the gloves from same place
[3/8/21, 2:52:19 PM] Ms Li: Ok.
[3/8/21, 2:52:29 PM] Ms Li: Same brand?
[3/8/21, 2:54:21 PM] Brad: Yea
[3/8/21, 2:57:30 PM] Tommy H. Kato: Yes we can have 5 different brands
[3/8/21, 3:37:56 PM] Ms Li: Hi, Thomas, where are you?
[3/8/21, 3:38:08 PM] Ms Li: We are waiting for you.
[3/8/21, 4:20:30 PM] Ms Li: Dongtai 510K Summary K131823.pdf • 8 pages <attached: 00001953-Dongtai 510K Summary K131823.pdf>
[3/8/21, 4:20:50 PM] Ms Li: Dongtai Gloves SGS Test Report-COMP.pdf • 6 pages <attached: 00001954-Dongtai Gloves SGS Test Report-COMP.pdf>
[3/8/21, 4:21:06 PM] Ms Li: <attached: 00001955-PHOTO-2021-03-08-16-21-06.jpg>
[3/8/21, 4:21:06 PM] Ms Li: <attached: 00001956-PHOTO-2021-03-08-16-21-06.jpg>
[3/8/21, 4:21:06 PM] Ms Li: <attached: 00001957-PHOTO-2021-03-08-16-21-06.jpg>
[3/8/21, 4:21:07 PM] Ms Li: <attached: 00001958-PHOTO-2021-03-08-16-21-07.jpg>
[3/8/21, 4:21:07 PM] Ms Li: <attached: 00001959-PHOTO-2021-03-08-16-21-07.jpg>
[3/8/21, 4:21:07 PM] Ms Li: <attached: 00001960-PHOTO-2021-03-08-16-21-07.jpg>
[3/8/21, 4:21:07 PM] Ms Li: <attached: 00001961-PHOTO-2021-03-08-16-21-07.jpg>
[3/8/21, 4:21:08 PM] Ms Li: <attached: 00001962-PHOTO-2021-03-08-16-21-08.jpg>
[3/8/21, 4:21:08 PM] Ms Li: <attached: 00001963-PHOTO-2021-03-08-16-21-08.jpg>
[3/8/21, 4:21:08 PM] Ms Li: <attached: 00001964-PHOTO-2021-03-08-16-21-08.jpg>
[3/8/21, 4:21:32 PM] Ms Li: PO to HH Capital
[3/8/21, 4:21:33 PM] Ms Li: 150k total boxes
[3/8/21, 4:21:33 PM] Ms Li: 10-40-40-10 size breakdown
[3/8/21, 4:21:33 PM] Ms Li: Can inspect today after PO
[3/8/21, 4:21:33 PM] Ms Li: Zip code is 90023
[3/8/21, 4:21:53 PM] Ms Li: Price $14.45.

000054

[3/8/21, 4:23:32 PM] Ms Li: 150,000 boxes at one shot.
[3/8/21, 4:23:48 PM] Ms Li: Please let me know quickly.
[3/8/21, 4:24:43 PM] Ms Li: 5 containers
[3/8/21, 4:35:59 PM] Ms Li: Gone.
[3/8/21, 4:36:32 PM] Brad: All gone?
[3/8/21, 4:36:34 PM] Brad: Crazy
[3/8/21, 4:37:18 PM] Ms Li: Dongtai only now.
[3/8/21, 4:38:16 PM] Ms Li: Do you want to take Dongtai? If we do send ICPO immediately please.
[3/8/21, 4:38:36 PM] Ms Li: To this company.
[3/8/21, 4:47:57 PM] Ms Li: Please respond
[3/8/21, 4:50:29 PM] Brad: Where are the gloves?
[3/8/21, 4:59:10 PM] Ms Li: LA
[3/8/21, 4:59:39 PM] Ms Li: Here
[3/8/21, 5:02:21 PM] Ms Li: Do you want me to draft the ICPO?
[3/8/21, 5:11:51 PM] Ms Li: Hello....?
[3/8/21, 5:25:26 PM] Ms Li: Please respond quickly before too late for inspection today.
[3/8/21, 5:25:45 PM] Ms Li: Let me know we want to proceed or not.
[3/8/21, 6:36:28 PM] Ms Li: I got them to drop the price to $14.25.
[3/8/21, 6:47:36 PM] Tommy H. Kato: These are so expensive
[3/8/21, 6:47:49 PM] Tommy H. Kato: You can't get anything landed for $13?
[3/8/21, 6:50:08 PM] Ms Li: I haven't seen anything below $13.90 so far.
[3/8/21, 6:56:20 PM] Ms Li: Not for 100% Nitrile
[3/8/21, 6:57:39 PM] Ms Li: Thomas, we have wasted so much time, if ordered Hartalega 2 weeks ago, we would have the gloves on the ground already for less than $13.
[3/8/21, 7:53:39 PM] Ms Li: They have another 400,000 boxes. Available tomorrow. $13.90.
[3/8/21, 8:55:24 PM] Brad: Wow. These guys move some gloves
[3/8/21, 8:55:40 PM] Brad: Have you verified they are real?
[3/8/21, 8:56:40 PM] Ms Li: From a very reliable source. I had deal with him.
[3/9/21, 6:42:18 AM] Ms Li: This message was deleted.
[3/9/21, 6:45:07 AM] Ms Li: This message was deleted.
[3/9/21, 9:45:52 AM] Ms Li: Hi, are we taking this one?
[3/9/21, 9:46:35 AM] Brad: We can't take that many at 13.90. Can take smaller amount
[3/9/21, 9:47:00 AM] Ms Li: Like how many?
[3/9/21, 9:58:27 AM] Ms Li: To take the full amount that can give us $13.85. Otherwise $13.90.
[3/9/21, 10:01:23 AM] Brad: I'm figuring out what we need right now
[3/9/21, 10:02:09 AM] Ms Li: Ok.
[3/9/21, 10:07:13 AM] Ms Li: We can arrange for inspection today.
[3/9/21, 10:13:45 AM] Ms Li: Do you want me to draft an ICPO now and when you have the exact number of gloves you want I will just fill in the number?
[3/9/21, 11:01:46 AM] Ms Li: Do we know how many boxes we need now?
[3/9/21, 11:19:32 AM] Ms Li: BMTI-FCO-Nitrile gloves ROCK FINTEK 2.pdf • 3 pages <attached: 00002009-BMTI-FCO-Nitrile gloves ROCK FINTEK 2.pdf>
[3/9/21, 11:20:16 AM] Ms Li: From the LC opening they will give 500k within 15 days
[3/9/21, 11:21:20 AM] Ms Li: The offer is what they can do. No 1 million per month, no delivery immediately.
[3/9/21, 3:10:44 PM] Ms Li: Can we get the offer signed and stamped?
[3/9/21, 5:04:01 PM] Ms Li: Can you respond on the offers that I sent to you?
[3/9/21, 9:56:09 PM] Tommy H. Kato: This sounds good.
Bradley maybe get the LC with the Brazilians on this?
[3/10/21, 6:18:19 AM] Ms Li: Cranberry - 500k
$26.50
NCNDA/ICPO
Live Zoom Inspection
Fund Buyer Escrow
Inspect and Pay Today (OTG in Florida)
[3/10/21, 7:20:12 AM] Ms Li: Can we get the FCO signed and stamped today, while we prepare for the LC?
[3/10/21, 7:51:05 AM] Ms Li: We are given to the end of the day to get the FCO signed back to the seller.

**000055**

[3/10/21, 7:53:50 AM] Ms Li: And for the on the ground deal in LA, are we taking it? I am having the hardest time in my life to communicate with you guys!

[3/10/21, 3:42:50 PM] Ms Li: Just a reminder, we have till the end of the day to sign and stamp the FCO and get back to the seller. Otherwise we may lose the deal tomorrow.

[3/10/21, 3:44:12 PM] Ms Li: This message was deleted.

[3/10/21, 9:03:56 PM] Tommy H. Kato: What do we need to do for this deal?

[3/10/21, 9:04:17 PM] Tommy H. Kato: And you should go to Thailand. I will pay all your expenses to go there

[3/10/21, 9:04:44 PM] Ms Li: This is what we should do.

[3/10/21, 9:05:14 PM] Ms Li: No problem.

[3/11/21, 8:16:49 AM] Ms Li: Rock Fintech is asking whether the seller is trustworthy, or will they put it in the contract if they don't supply the goods on time the seller will pay 5% punishment ?

[3/11/21, 8:16:50 AM] Ms Li: This is for Biomadetch.

[3/11/21, 8:16:50 AM] Ms Li: Payment is LC, buyer is 100% protected as LC won't be released if no goods are loaded

[3/11/21, 8:16:50 AM] Ms Li: They just don't want to be dragged by the contract, and can't provide their customers gloves on time.

[3/11/21, 8:16:50 AM] Ms Li: Nobody puts 5% the normal trade is max 2% both side and the courts doesn't accept anything higher anyway.

[3/11/21, 8:16:50 AM] Ms Li: Both sides can put 2% penalty for non performance

[3/11/21, 8:18:58 AM] Ms Li: So this 2% penalty on both sides will be put in the sales agreement

[3/11/21, 10:02:37 AM] Tommy H. Kato: Bradley what are your thoughts?

[3/11/21, 1:55:48 PM] Ms Li: Anything new?

[3/11/21, 4:37:26 PM] Ms Li: This message was deleted.

[3/11/21, 4:39:33 PM] Ms Li: On Biomadetch, Can you just give me a simple answer yes, here is the signed Offer back; or no, we don't want to proceed, so I can tell my friend what to do? I can't take this all the time by you guys. Ask me for something and then just disappear with no following. It is not right. If this is how you guys do business, not with me. I am sorry.

[3/11/21, 10:14:37 PM] Ms Li: Can I get my commission paid for the 3 containers, please?

[3/12/21, 4:40:20 AM] Brad: Yes, of course.

[3/12/21, 9:14:18 AM] Ms Li: I will send you invoice later today.

[3/12/21, 11:46:55 AM] Ms Li: I have the seller to lower the price down to $7.8 for Biomadetch.

[3/12/21, 12:05:19 PM] Brad: When can we get them?

[3/12/21, 12:12:09 PM] Ms Li: 15 days after LC issued.

[3/12/21, 12:15:21 PM] Ms Li: With 2% performance bond.

[3/12/21, 2:08:04 PM] Ms Li: We have wasted a lot of time here and there. 2 weeks is not too long, once we get the offers signed and returned, seller will send us the contract, both sign it, we issue the LC, within 15 days, we will have our first shipment on the way.

[3/12/21, 2:08:31 PM] Brad: If it's real

[3/12/21, 2:08:47 PM] Brad: We are very careful Ms Li

[3/12/21, 2:09:40 PM] Ms Li: If they are not real, how dare they put up 2% performance bond?

[3/12/21, 2:17:13 PM] Ms Li: Let me ask you, what do you need from them to proof that they are real?

[3/12/21, 2:43:04 PM] Ms Li: This message was deleted.

[3/12/21, 3:03:38 PM] Ms Li: This message was deleted.

[3/12/21, 3:04:19 PM] Ms Li: My suggestion: we get the FCO signed, meanwhile we ask the seller to provide more evidence to show their legitimacy. Then we sign the contract, we issue LC.

[3/12/21, 9:29:03 PM] Ms Li: ROCK FINTECH INVOICE.pdf • 1 page <attached: 00002051-ROCK FINTECH INVOICE.pdf>

[3/14/21, 4:54:56 PM] Ms Li: SUPERB NITRILE.pdf <attached: 00002052-SUPERB NITRILE.pdf>

[3/14/21, 4:55:34 PM] Ms Li: On the ground, $14 per box.

[3/14/21, 7:51:15 PM] Tommy H. Kato: That's good!

[3/14/21, 7:52:30 PM] Ms Li: Want some?

[3/14/21, 8:51:01 PM] Tommy H. Kato: Do they have the correct sizes? 10-40-40-10?

[3/14/21, 8:51:14 PM] Tommy H. Kato: Can you get them down to $13.50?

[3/14/21, 9:14:03 PM] Ms Li: How many do you want?

[3/14/21, 9:20:39 PM] Tommy H. Kato: How many do they have?

[3/15/21, 7:21:51 AM] Ms Li: All gone. 6 containers  available in 2 weeks.

000056

[3/15/21, 7:27:46 AM] Ms Li: For Biomadetch, after we sign the FCO before contract, before LC, we can send people to visit the factory.
[3/15/21, 3:18:20 PM] Ms Li: Good afternoon. Can you wire me my commission today?
[3/15/21, 4:12:05 PM] Brad: Hey Ms Li, we will need a few more days. Our client still hasn't paid us for gloves delivered. We expect this to happen in the next few days.
[3/15/21, 4:12:36 PM] Brad: You will be paid
[3/15/21, 4:12:48 PM] Ms Li: No problem. Thank you.
[3/16/21, 11:55:13 AM] Ms Li: Yanimed Deck[79814].pdf • 38 pages <attached: 00002066-Yanimed Deck[79814].pdf>
[3/16/21, 11:55:36 AM] Ms Li: With 510k, $13.5 per box.
[3/16/21, 11:58:56 AM] Ms Li: 3 containers Arrive on Friday. And 300k the following week
[3/16/21, 12:55:01 PM] Tommy H. Kato: Can we send Ana there to see them today?
[3/16/21, 1:12:03 PM] Ms Li: Arrives on Friday. Available next Monday.
[3/16/21, 1:13:20 PM] Ms Li: In LA
[3/16/21, 1:14:36 PM] Ms Li: Size range, 10, 40, 40, 10
[3/16/21, 2:37:26 PM] Ms Li: DSC-Queen-Gloves-Deck.pdf • 10 pages <attached: 00002073-DSC-Queen-Gloves-Deck.pdf>
[3/16/21, 2:37:49 PM] Ms Li: QUEEN EN455-SGS Test Report.pdf • 5 pages <attached: 00002074-QUEEN EN455-SGS Test Report.pdf>
[3/16/21, 2:38:57 PM] Ms Li: Pleaze confirm they want to take all 350,000 boxes at $13.50 and they can show POF and send ICPO for $4.725m
[3/16/21, 2:39:31 PM] Ms Li: <attached: 00002076-VIDEO-2021-03-16-14-39-31.mp4>
[3/16/21, 2:40:11 PM] Ms Li: Has to be ICPO and POF, then go inspection right away.
[3/19/21, 8:35:31 PM] Ms Li: There is one lot of 200k boxes Kirklands.  These are 400 ct boxes but price is $13.50 per 100 pieces.These are Chemo tested as well

Another lot is 750k Zonglong Pulin. Price is $13.50.

Both lots are in LA. Available now to inspect , 510k and 100% Nitrile
[3/19/21, 9:02:31 PM] Ms Li: Oxtech V-Glove. $13.50

Inspect and wire

3000 Cases LA (30k boxes)
Sizes 10,40,40,10

2- Containers 3000 Cases (30k boxes)
Estimated Release Mar-18 LA
sizes 10/40/40/10

2-Containers 3300 Cases
Estimated Release Mar-19 LA
sizes 10/40/40/10

4-Containers March 24 LA
3000 Each
sizes 10/40/40/10

2-Containers March 31st LA
3000 cases Each
sizes 10/40/40/10

ICPO
[3/19/21, 10:34:04 PM] Tommy H. Kato: The prices are a little to high
[3/19/21, 10:34:23 PM] Tommy H. Kato: We are buying for $12.50 now
[3/19/21, 10:34:32 PM] Tommy H. Kato: Maximum
[3/20/21, 9:05:37 PM] Ms Li: Yanni Med, $12.5/box. 510k, 10, 40, 40, 10.

000057

[3/20/21, 9:07:19 PM] Ms Li: On the ground, LA.
[3/20/21, 9:08:50 PM] Tommy H. Kato: What brand? Ana can go see them
[3/20/21, 9:09:21 PM] Ms Li: Yanni Med.
[3/20/21, 9:11:09 PM] Ms Li: The buyer signs the NDA with us and the seller
The buyer issue the icpo
Then yes of course he will inspect pay and pick up
[3/20/21, 9:50:10 PM] Brad: Do you have specs and certifications for Yanni Med?
[3/20/21, 9:52:20 PM] Ms Li: Yanimed Deck.pdf • 38 pages <attached: 00002089-Yanimed Deck.pdf>
[3/20/21, 10:04:03 PM] Ms Li: Should we proceed?
[3/21/21, 6:16:54 AM] Ms Li: Cranberries Evolve,  in LA area.  PO, ATV, Bank-to-bank call, inspect, pay.
$26.50 per box of 300 pieces. 100K MOQ.
[3/21/21, 8:49:14 AM] Tommy H. Kato: Great
[3/21/21, 8:51:32 AM] Ms Li: Ok. What do you want to do? Which one do you like?
[3/21/21, 8:52:28 AM] Brad: If the Evolve is real, we like it. We have been offered that many times.
[3/21/21, 8:53:02 AM] Brad: Need the evolve gloves verified before eating time chasing them
[3/21/21, 8:53:13 AM] Brad: Wasting time
[3/21/21, 8:53:42 AM] Ms Li: If verifiable, you want to proceed it?
[3/21/21, 8:54:13 AM] Brad: Yes. Would pay by cashable LC
[3/21/21, 8:54:50 AM] Brad: If paying by TT, would have to be on our truck when wire is sent
[3/21/21, 8:55:31 AM] Brad: Would do smaller quantity. 50,000 boxes.
[3/21/21, 9:01:57 AM] Ms Li: Ok.
[3/24/21, 12:03:13 PM] Ms Li: Bruno has a few containers of MedCare gloves on the ground, all 10, 40, 40, 10. The offer is $13.5. I told him we are not buying anything above $12.50. He said he can negotiate with the sell (not Joel). Do we want them if he can get the them for $12.5?
[3/24/21, 3:49:32 PM] Ms Li: Hi, are you guys ready to pay me the commission yet?
[3/24/21, 5:36:00 PM] Tommy H. Kato: What can you get them for
[3/24/21, 5:36:15 PM] Tommy H. Kato: When are they ready?
[3/24/21, 5:36:27 PM] Ms Li: Ready now.
[3/24/21, 5:36:41 PM] Tommy H. Kato: How many?
[3/24/21, 5:37:02 PM] Ms Li: Let me find out now.
[3/24/21, 5:37:52 PM] Tommy H. Kato: Are you getting $12.50?
[3/24/21, 5:38:58 PM] Ms Li: Not yet, requesting.
[3/24/21, 5:39:17 PM] Tommy H. Kato: When will you know?
[3/24/21, 5:40:49 PM] Ms Li: Soon.
[3/24/21, 6:57:59 PM] Brad: I will get you paid by Friday
[3/24/21, 6:58:23 PM] Brad: Get him to 12.50
[3/24/21, 7:00:21 PM] Ms Li: Working on it.
[3/24/21, 7:00:36 PM] Ms Li: That's good. Thank you.
[3/24/21, 7:01:37 PM] Ms Li: <attached: 00002117-PHOTO-2021-03-24-19-01-37.jpg>
[3/24/21, 7:01:37 PM] Ms Li: <attached: 00002118-PHOTO-2021-03-24-19-01-37.jpg>
[3/24/21, 7:01:37 PM] Ms Li: PRODUCT PROFILE Brightway Malaysia.pdf • 45 pages <attached: 00002119-PRODUCT PROFILE Brightway Malaysia.pdf>
[3/24/21, 7:01:59 PM] Ms Li: MedCare sold out.
[3/24/21, 7:02:21 PM] Ms Li: 1412 cases of LARGE
921 cases of MEDIUM
47 CASES OF SMALL
55 CASES OF XL
[3/24/21, 7:02:22 PM] Ms Li: Then another 37k boxes that are 10-40-40-10
[3/24/21, 7:02:22 PM] Ms Li: Cartaret, NJ
[3/24/21, 7:12:05 PM] Tommy H. Kato: We can't have small quantities of different sizes
[3/24/21, 7:13:32 PM] Ms Li: Price: $12.5
[3/24/21, 7:13:40 PM] Ms Li: Ok. Got it.
[3/24/21, 7:15:36 PM] Tommy H. Kato: This is $12.50 for the medcare?
[3/24/21, 7:16:13 PM] Ms Li: For this one.
[3/24/21, 7:16:31 PM] Tommy H. Kato: There is only 37,000 boxes
[3/24/21, 7:16:43 PM] Tommy H. Kato: We can't take low quantities like that
[3/24/21, 7:19:00 PM] Ms Li: This message was deleted.

000058

file:///C/...%20Winners%20NY,%20Inc/USDC%20SDNY/Documents/WhatsApp%20Chat%20-%20Ms.%20Li%20Gloves%20Chat/_chat.txt[2/20/2024 8:28:39 AM]

[3/24/21, 7:19:34 PM] Ms Li: In total: 39,435 boxes.
[3/24/21, 7:24:51 PM] Ms Li: This message was deleted.
[3/24/21, 7:25:46 PM] Ms Li: Titanfine Documents.pdf • 51 pages <attached: 00002134-Titanfine Documents.pdf>
[3/24/21, 7:26:06 PM] Ms Li: 330k boxes 10404010
[3/24/21, 7:26:06 PM] Ms Li: $10.5
[3/24/21, 7:26:44 PM] Ms Li: They are on the ground in China now. Ready for inspection and ship.
[3/24/21, 8:00:56 PM] Ms Li: 1 million KC 500's inspect and buy in LA now. Cost $14.25
[3/24/21, 8:07:58 PM] Ms Li: 61k available tomorrow in LA.
[3/24/21, 8:09:32 PM] Tommy H. Kato: What's kc
[3/24/21, 8:09:42 PM] Ms Li: Kimberly Clark
[3/24/21, 8:10:01 PM] Ms Li: Big name
[3/24/21, 8:17:46 PM] Tommy H. Kato: 200/box?
[3/24/21, 8:18:37 PM] Ms Li: This message was deleted.
[3/24/21, 8:35:06 PM] Ms Li: 100/box.
[3/24/21, 8:36:06 PM] Ms Li: Is 61,000 boxes of Brightway ok for you?
[3/24/21, 9:17:12 PM] Ms Li: They brought in 60,000 boxes every week of Brightway gloves.
[3/24/21, 11:48:58 PM] Tommy H. Kato: Too expensive
[3/25/21, 2:18:28 AM] Ms Li: For $12.50?
[3/25/21, 6:41:59 AM] Ms Li: 61,000 boxes of Brightway gloves, 510k, 10,40,40,10. On the ground in NJ now, $12.50 per box. PO, Inspect and pay.
They have 60k every week.
[3/26/21, 6:01:22 PM] Ms Li: Hi, please let me know once the commission is sent. Thanks.
[3/29/21, 9:21:31 AM] Ms Li: Good morning. Is this going to be done today?
[3/29/21, 10:26:24 AM] Brad: We will pay you today.
[3/29/21, 10:26:29 AM] Brad: Thank you
[3/29/21, 10:33:20 AM] Ms Li: Thank you.
[3/30/21, 11:51:35 AM] Ms Li: Did you send the money yesterday?
[3/30/21, 1:23:50 PM] Brad: I'm checking
[3/30/21, 1:29:35 PM] Ms Li: Thank you.
[3/30/21, 4:20:28 PM] Ms Li: NITRILE GLOVE
SKYMED
30k Miami and 30k Canada ( free customs)
Selling price $12.45
NDA buyer/ seller
Imfpa and icpo
Sgs report and lot # to verify the deal
Inspect and pay
[3/30/21, 4:26:40 PM] Brad: Need pictures
[3/30/21, 6:32:18 PM] Ms Li: Hi, Bradley, is the money sent yet? I don't see it yet.
[3/30/21, 6:33:19 PM] Brad: I'm checking
[3/30/21, 6:33:31 PM] Ms Li: <attached: 00002163-PHOTO-2021-03-30-18-33-31.jpg>
[3/30/21, 6:33:31 PM] Ms Li: <attached: 00002164-PHOTO-2021-03-30-18-33-31.jpg>
[3/30/21, 6:33:32 PM] Ms Li: <attached: 00002165-PHOTO-2021-03-30-18-33-32.jpg>
[3/30/21, 6:33:32 PM] Ms Li: <attached: 00002166-PHOTO-2021-03-30-18-33-32.jpg>
[3/30/21, 6:33:33 PM] Ms Li: <attached: 00002167-PHOTO-2021-03-30-18-33-33.jpg>
[3/30/21, 6:33:33 PM] Ms Li: <attached: 00002168-PHOTO-2021-03-30-18-33-33.jpg>
[3/30/21, 6:33:34 PM] Ms Li: <attached: 00002169-PHOTO-2021-03-30-18-33-34.jpg>
[3/30/21, 6:36:13 PM] Brad: So there is 2 shipping containers?
[3/30/21, 6:36:24 PM] Brad: One in the United States and one here?
[3/30/21, 6:36:32 PM] Brad: One in Canada?
[3/30/21, 6:36:40 PM] Ms Li: Yes.
[3/30/21, 8:47:08 PM] Ms Li: Is there any problem on this wire transfer? Do you need the account information again?
[3/30/21, 9:03:48 PM] Brad: No, We didn't get it out in time. We will get this to you tomorrow.
[3/30/21, 9:07:36 PM] Ms Li: Ok. Thank you.
[3/31/21, 12:33:22 PM] Ms Li: Please let me know once it's done. Thank you.

000059

[3/31/21, 1:13:01 PM] Brad: I will
[3/31/21, 3:28:03 PM] Ana Gajic: Payment to PRAXIS PROTECTION was successfully sent.
[3/31/21, 3:28:32 PM] Brad: Ms Li, please check your account
[3/31/21, 3:41:25 PM] Ms Li: Not yet. I will check again later. It may take some time.
[3/31/21, 3:42:14 PM] Ms Li: Thank you.
[3/31/21, 7:02:08 PM] Ms Li: Is it wire transfer? I still don't have it.
[3/31/21, 7:02:28 PM] Ms Li: ?
[3/31/21, 7:16:23 PM] Ana Gajic: Yes, it was sent.
[3/31/21, 7:17:25 PM] Ms Li: Wire transfer?
[3/31/21, 7:17:47 PM] Brad: Ana. Send confirmation number
[4/1/21, 12:07:01 PM] Ms Li: Received. Thank you.
[4/6/21, 2:31:50 PM] Ms Li: Here is the sop
We have allocation 8-10 millions per month .

kimberly Clark KC500 or medcare
Price is $9.75 FOB Port US
(NY, Oakland , Long Beach ...buyer decision )

The ETA is 3-4 weeks by sea after deposit to buyer escrow attorney account

1/ NDA with end buyer
2/ spa signed and icpo sent ( performance bond both side on spa )
3/ past performance from the seller ( open books)
4/ deposit buyer escrow attorney account
5/ BOL released or booking freight and sgs confirmation
6/ buyer funds his escrow 100%
7/ inspect pay and pick up

LC payment possible
We are dealing direct with the owner of the goods and end buyer no brokers ....
[4/6/21, 2:37:02 PM] Brad: Where did you get this?
[4/6/21, 2:37:12 PM] Brad: What is the deposit amount?
[4/6/21, 2:38:29 PM] Brad: Is this reliable?
[4/6/21, 10:36:21 PM] Ms Li: Bruno know the seller directly. More importantly, from the procedure, buyer is very well protected, and seller will have an open book to us once the ICPO issued.
[4/7/21, 3:58:36 PM] Ms Li: This is a very reliable source. I got other people to assure me too.
[4/7/21, 4:59:13 PM] Ms Li: I meant this one.
[4/8/21, 5:51:58 AM] Ms Li: US PA(ANNY)-Nitrile glove-FDA(510k) certificate(K162381)(2017).pdf • 13 pages <attached: 00002196-US PA(ANNY)-Nitrile glove-FDA(510k) certificate(K162381)(2017).pdf>
[4/8/21, 5:52:04 AM] Ms Li: Anny nitrile Gloves
Price: FOB Thailand $8.10/box(100pcs)

*We don't do CIF price for ANNY glove now, but we can help for the sea fright forwarder and the customer can pay direct.

Payment term: 100% LC

Delivery: first shipment of 100K boxes can be ready within 10-25 days, final delivery subject to order confirmation after SPA.
[4/8/21, 5:56:40 AM] Ms Li: Zhonghong Pulin Nitrile Glove 2.20.2021.pdf • 17 pages <attached: 00002198-Zhonghong Pulin Nitrile Glove 2.20.2021.pdf>
[4/8/21, 5:57:48 AM] Ms Li: Pulin gloves
Very good quality
Ready to inspect
950k boxes available
$11.99 per 100
Moq 250k box of 100

**000060**

Icpo pay and inspect
[4/8/21, 5:58:03 AM] Ms Li: On the ground in LA now.
[4/8/21, 6:52:45 PM] Tommy H. Kato: We have a crazy 2 days now
[4/8/21, 8:52:50 PM] Ms Li: What's happening?
[4/8/21, 8:54:37 PM] Ms Li: Any interest on the offers above.
[4/12/21, 1:59:43 PM] Ms Li: 28,700 boxes only of Vgloves for $10.5 a box. It is an awesome price, the seller wants to get them out of his warehouse.
[4/12/21, 2:27:43 PM] Tommy H. Kato: They are here?
[4/12/21, 2:27:59 PM] Tommy H. Kato: That's not so many of the same brand
[4/12/21, 3:48:20 PM] Ms Li: Medcare
3 containers
Each container
12k medium 12k large 6k xlarge
Moq 1 container
Price is $11.25
Fob NJ
PO inspect pay and pick up
[4/12/21, 8:34:28 PM] Ms Li: *CleanGuard Eco Medi -
Nitrile Exam 510(K)*
636,600 boxes NITRILE exam palletized in the warehouse
(30,300 boxes / container) $12.50
PRICED TO MOVE IMMEDIATELY
[4/12/21, 8:58:47 PM] Tommy H. Kato: Too much
[4/12/21, 9:09:41 PM] Ms Li: 泰国手套.pdf • 26 pages <attached: 00002210-泰国手套.pdf>
[4/12/21, 9:10:06 PM] Ms Li: You would say the same thing on this one.
[4/12/21, 9:10:21 PM] Ms Li: 13.05 good glove otg LA icpo cash and inspect and carry
[4/13/21, 2:00:21 PM] Ms Li: What is the acceptable price?
[4/13/21, 2:02:11 PM] Ms Li: For on the ground deal?
[4/13/21, 2:03:20 PM] Ms Li: This is direct from the seller. Nobody in the middle. We have to be realistic on the price.
[4/13/21, 2:06:57 PM] Ms Li: He brought in millions of gloves every week. And that is his price.
[4/13/21, 2:07:13 PM] Brad: 10.50
[4/13/21, 2:07:21 PM] Brad: That's where we are buying now
[4/13/21, 2:09:19 PM] Ms Li: I see.
[4/13/21, 10:46:04 PM] Ms Li: The Australian company are going to start the production of Nitrile gloves (Softmed) at the end of August. And that will be the biggest Nitrile gloves manufacturer in the world. And they will have 510k then.
If we can take 20 million boxes per year, I can still have them give us the price of $6.8 per box. Interested?
[4/13/21, 10:59:15 PM] Tommy H. Kato: We have Aurelian clients we sell to now.
[4/13/21, 10:59:24 PM] Tommy H. Kato: Australian
[4/13/21, 11:00:24 PM] Ms Li: That's good. We can sell them more with better price even.
[4/14/21, 6:37:31 PM] Ms Li: Certificate NITEREX D379995 GLOVES DRE FDA .pdf • 1 page <attached: 00002224-Certificate NITEREX D379995 GLOVES DRE FDA .pdf>
[4/14/21, 6:37:31 PM] Ms Li: Specification-Blue Synthetic PVC Disposable Gloves.pdf • 1 page <attached: 00002225-Specification-Blue Synthetic PVC Disposable Gloves.pdf>
[4/14/21, 6:37:32 PM] Ms Li: Selling price $11.25
FOB LA
PO inspect pay and pick up
We appreciate to do your diligence and have the funds ready to transact if you are interested
Direct owner
[4/14/21, 6:37:32 PM] Ms Li: Detailed Listing Information DRE D433674 LYZ.pdf • 14 pages <attached: 00002227-Detailed Listing Information DRE D433674 LYZ.pdf>
[4/14/21, 6:37:32 PM] Ms Li: It's 10/40/40/10 the size breakdown
875,000 boxes
He can sell partial lot as well
[4/14/21, 8:22:22 PM] Ms Li: QUEEN DECK (1).pdf • 7 pages <attached: 00002229-QUEEN DECK (1).pdf>
[4/14/21, 8:25:19 PM] Ms Li: 650k Queen gloves, on the ground in LA, ready for inspection. $10.25 per box

000061

[4/15/21, 10:00:08 AM] Ms Li: Hi, Bradley, can you send me the PO now, please?
[4/15/21, 10:00:21 AM] Brad: Working on it
[4/15/21, 10:00:33 AM] Ms Li: Thanks.
[4/15/21, 10:37:49 AM] Brad: Download 1006.pdf • 1 page <attached: 00002234-Download 1006.pdf>
[4/15/21, 10:38:09 AM] Brad: Download 1006.pdf • 1 page <attached: 00002235-Download 1006.pdf>
[4/15/21, 10:38:34 AM] Brad: 2 separate PO's for 100,000 boxes each.
[4/15/21, 10:39:07 AM] Brad: We will pick up 100,000 first and make sure it goes well. Then pick up the other a day later
[4/15/21, 10:53:30 AM] Ms Li: Ok.
[4/15/21, 10:53:42 AM] Ms Li: Commercial Group / Insight Surgical Equipment Co.
750 N. San Vincent Blvd.
Suite 800
West Hollywood, CA 90069

Attn Andrew Sirota
[4/15/21, 10:54:00 AM] Ms Li: Can you put this information to the po?
[4/15/21, 11:32:55 AM] Ms Li: Please put the seller information in PO, thanks.
[4/15/21, 11:46:27 AM] Brad: Download 1005.pdf • 1 page <attached: 00002242-Download 1005.pdf>
[4/15/21, 12:25:53 PM] Brad: Ms Li, what is the status ?
[4/15/21, 1:03:08 PM] Ms Li: 1. Can I have the address so the buyer can send people to do the inspection today ?
2. Can we also arrange a video call( zoom or...)with the buyer?
[4/15/21, 1:03:08 PM] Ms Li: I am working on that right now
[4/15/21, 1:43:40 PM] Ms Li: Commercial Group International Inc is inviting you to a scheduled Zoom meeting.

Topic: Commercial Group International Inc's Zoom Meeting
Time: Apr 15, 2021 11:15 AM Pacific Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/93737464376?pwd=VUNveGwvaENsZTVmWmVXK3JrZU5wZz09

Meeting ID: 937 3746 4376
Passcode: ku6d6n
[4/15/21, 1:43:53 PM] Ms Li: Sign on 5 min earlier please
[4/15/21, 2:15:50 PM] Brad: <attached: 00002248-PHOTO-2021-04-15-14-15-50.jpg>
[4/15/21, 3:32:19 PM] Ms Li: CGI - Rock Fintek - Queens.pdf • 1 page <attached: 00002249-CGI - Rock Fintek - Queens.pdf>
[4/15/21, 3:33:42 PM] Brad: We need warehouse address
[4/15/21, 3:52:24 PM] Ms Li: <attached: 00002251-PHOTO-2021-04-15-15-52-24.jpg>
[4/15/21, 3:52:25 PM] Ms Li: 617 W Rio Vista Ln (617 W Rio Vista Ln, Avondale AZ 85323, United States): https://maps.google.com/?q=33.422089,-112.356972
[4/15/21, 3:53:08 PM] Brad: Need SGS as well
[4/15/21, 3:53:27 PM] Brad: Gloves are in Arizona?
[4/15/21, 3:53:47 PM] Ms Li: Regardless this one. It's in LA.
[4/15/21, 4:06:38 PM] Ms Li: Queen-Gloves-Deck.pdf • 10 pages <attached: 00002256-Queen-Gloves-Deck.pdf>
[4/15/21, 4:11:23 PM] Tommy H. Kato: You don't know what state they are in?
[4/15/21, 5:13:20 PM] Ms Li: Commercial Group International Inc is inviting you to a scheduled Zoom meeting.

Topic: Commercial Group International Inc's Zoom Meeting
Time: Apr 15, 2021 02:15 PM Pacific Time (US and Canada)

Join Zoom Meeting
https://zoom.us/j/91396627660?pwd=RWF6bWpMeDRoWWhFOVdFZEIvWEdqZz09

000062

Meeting ID: 913 9662 7660
Passcode: m7r7sh
[4/15/21, 10:06:39 PM] Ms Li: Brandon will be there by 8 am phone # +1 (310) 903-0992
[4/15/21, 10:07:22 PM] Ms Li: He will be there waiting for our inspector and trucks.
[4/15/21, 10:07:43 PM] Ms Li: At 8am.
[4/16/21, 11:01:56 AM] Ms Li: I was told that aw cancelled the pick up.
[4/16/21, 11:02:03 AM] Ms Li: We
[4/16/21, 11:02:05 AM] Brad: Yes
[4/16/21, 11:02:43 AM] Brad: Went this to them:

Good Morning, Brad Gilling from Rock Fintek.

My client wants a physical sample of the Queens Nitrile Gloves after reviewing the documents. We can not
pick up until we have their approval. I tried to push them without. Please overnight a box today.

Brad Gilling
2107 Windemere
Birmingham MI 48009

Once I get the sample i will get this approved.
[4/16/21, 11:02:48 AM] Ms Li: Why don't you send our people to do a physical inspection.
[4/16/21, 11:04:23 AM] Ms Li: Got it. We may lose this deal then. Someone else is scheduled to inspect the
goods at 9am today.
[4/16/21, 11:05:21 AM] Ms Li: Do you want to put the hospital on a video chat like we did yesterday with
the warehouse?
[4/16/21, 11:19:01 AM] Ms Li: Please call Brendan and talk to him, make sure he will hold the goods for us.
[4/16/21, 1:25:57 PM] Ms Li: Upto now at this moment, there is only 250,000 boxes of Queen gloves left.
[4/16/21, 1:26:19 PM] Ms Li: 405,000 sold already.
[4/16/21, 1:46:36 PM] Ms Li: 400,000 boxes Medcare gloves available with same group on ground in LA.
They want $11.25 per box.
[4/16/21, 1:48:12 PM] Ms Li: But we have to take all 400,000 boxes.
[4/16/21, 1:50:02 PM] Ms Li: He want us to take 1.1 million includes 700,000 on the water for $11. But I
don't think you want to do that.
[4/16/21, 4:35:48 PM] Ms Li: Hi, Brendan just called. Please respond to his calls or messages.
[4/16/21, 5:18:28 PM] Ms Li: Brendan said, for the 90,000 Medcare, even if we don't catch the wire cut off
time today,  as long as we can show them the proof (transfer slip), they will allow us to load the trucks and
pick up the goods
[4/16/21, 5:19:11 PM] Ms Li: He likes our team and willing to work with us.
[4/16/21, 5:19:41 PM] Ms Li: Please let me know what is the plan.
[4/18/21, 1:42:04 PM] Ms Li: CGI - Rock Fintek - 90k Medcare.pdf • 1 page <attached: 00002279-CGI -
Rock Fintek - 90k Medcare.pdf>
[4/18/21, 1:43:18 PM] Ms Li: <attached: 00002280-VIDEO-2021-04-18-13-43-18.mp4>
[4/19/21, 2:43:25 PM] Ms Li: Can you please ask what the issue is with Brad and company?
[4/19/21, 2:43:26 PM] Ms Li: I need to tell the seller we are not transacting very soon.
[4/19/21, 2:43:44 PM] Ms Li: This is from Brendan.
[4/19/21, 2:44:35 PM] Ms Li: Can you guys give a clear answer what direction we are going?
[4/20/21, 4:24:05 PM] Ms Li: Hi, Brad, I am happy that you talk to Brendan directly. But please give me an
update. Don't make me look like a totally idiot. And my commission with you guys as we agreed is a flat 2%
on any deals I brought in through my contact.
[4/20/21, 4:29:49 PM] Brad: No update yet. We haven't agreed on a deal with them yet
[4/20/21, 4:31:35 PM] Ms Li: I see. Thanks.
[4/20/21, 4:34:55 PM] Ms Li: Try to contact Andrew, Brendan works for Andew. So Andrew is more direct.
[4/20/21, 4:36:11 PM] Ms Li: Andew is expecting your call.
[4/20/21, 4:40:34 PM] Brad:
[4/20/21, 4:40:43 PM] Brad: Will have to call him later
[4/20/21, 7:23:19 PM] Ms Li: From Andrew:

file:///C/...%20Winners%20NY,%20Inc/USDC%20SDNY/Documents/WhatsApp%20Chat%20-%20Ms.%20Li%20Gloves%20Chat/_chat.txt[2/20/2024 8:28:39 AM]

I have 1 million cranberries at 25.85  in LA ready to inspect need pof and icpo
[4/20/21, 8:05:30 PM] Tommy H. Kato: Excellent
[4/20/21, 8:08:09 PM] Ms Li: Do you want it?
[4/20/21, 8:08:41 PM] Brad: We have been offered these already. We will consider.
[4/20/21, 8:08:54 PM] Brad: We have a contract for them. Will review the price
[4/20/21, 8:11:12 PM] Ms Li: We have to move fast.
[4/21/21, 5:25:07 PM] Ms Li: First Glove with 510(k) and  SGS.pdf • 12 pages <attached: 00002298-First Glove with 510(k) and  SGS.pdf>
[4/21/21, 5:26:07 PM] Ms Li: First Gloves, (510k), 150k in New York, $10.50 per box
[4/23/21, 11:27:33 AM] Ms Li: Medcare gloves, 510k, 15/35/35/15
240k, $10.90 per box, LA now.
[4/23/21, 2:11:17 PM] Ms Li: For the medcare we can do 2 containers 10/40/40/10 at 10.75 fob LA and pick up Monday
[4/23/21, 2:11:17 PM] Ms Li: We need the PO today and pick up Monday
[4/23/21, 2:12:55 PM] Tommy H. Kato: We are waiting on cash to come in
[4/23/21, 2:13:31 PM] Ms Li: Come in today?
[4/26/21, 1:45:03 PM] Ms Li: Anything new?
[4/28/21, 8:24:53 PM] Ms Li: SynGuard Nitrile Spec.pdf • 1 page <attached: 00002306-SynGuard Nitrile Spec.pdf>
[4/28/21, 8:25:43 PM] Ms Li: We have 300k at 11.75
[4/29/21, 5:40:03 PM] Ms Li: Andew has quite some gloves with different brands that he wants to work with us with pricing. Can we have a conference call today with him?
[4/29/21, 6:07:43 PM] Tommy H. Kato:
[4/30/21, 1:33:13 PM] Ms Li: 240k Medcare in NJ, $10.50 per box.
[4/30/21, 6:07:36 PM] Tommy H. Kato:
[4/30/21, 9:17:56 PM] Ms Li:
[6/7/21, 2:09:41 AM] Ms Li: A very reliable US based company, can deliver 26M boxes Nitrile  gloves into the US from August through December (so about 5.2M boxes per month), the price would be $9.15/box of 100 CIF Long Beach or $8.90/box of 100 FOB China.

They can even deliver on a weekly basis.

Let me know if interested.
[6/7/21, 11:33:26 AM] Brad: Thank you for keeping us in mind
[6/7/21, 11:34:03 AM] Ms Li: You are welcome.
[6/11/21, 9:22:02 AM] Ms Li: Are you guys still buying Nitrile gloves? Or you got enough supplies already?
[6/11/21, 9:22:45 AM] Brad: Working on getting another order
[6/11/21, 9:22:59 AM] Brad: Don't have firm commitment yet
[6/11/21, 9:23:21 AM] Ms Li: What is your target price?
[6/11/21, 6:31:27 PM] Ms Li: 500k Medcare
10/40/40/10 for $8.25, in Los Angeles.
[6/14/21, 6:32:02 AM] Ms Li: Nautilus Nitrile Sell Sheet.pdf • 2 pages <attached: 00002321-Nautilus Nitrile Sell Sheet.pdf>
[6/14/21, 6:33:59 AM] Ms Li: July/Aug/Sept $7.35
July - 500k boxes
August - 1m boxes
Sept - 1.5m boxes

Oct forward $7.23 per box
1m boxes per month

Payment terms 10% deposit rolling 3 months ( $2,175,000 first deposit ) balance CIF ( letter of credit or cash on presentation of documents )

Incoterms - CIF

Seller will be responsible for ocean freight

000064

Client responsible for customs clearance and pickup at port.
[6/14/21, 6:38:19 AM] Ms Li: If interested, I can have the seller (a very reputable US company ) to issue an FCO this morning. Please let me know.
[6/14/21, 1:48:22 PM] Ms Li: No interest?
[6/14/21, 3:10:37 PM] Brad: Not at the immediate moment. Thank you