**EXHIBIT 44**

  

pick up the following, please prepare and wait for my confirmation

| 1798 | 7-Apr TRHU7077889 | 13-Apr MEDU7833090 | 12-Apr CAIU7364752 | Total | |
|---|---|---|---|---|---|
| | 220 | 702 | 160 | 1082 | 12% |
| | 1200 | 131 | 1720 | 3111 | 35% |
| | 1200 | 1897 | 800 | 3897 | 43% |
| | 220 | 131 | 160 | 910 | 10% |
| | **2840** | **2861** | **2840** | **9000** | |

 Reply  Reply all  Forward

**From:** Joel Stern <9070854@gmail.com>
**Sent:** Monday, April 05, 2021 11:31 AM EDT
**To:** DavidD@md3pl.com <DavidD@md3pl.com>
**Subject:** Fwd: packing list
**Attachment(s):** "PL for CAIU7364752.xls","PL for MEDU7201798.xls","pl TRHU7077889.xls","pl for MEDU7833090 (1).xls"

FYI

---------- Forwarded message ---------
From: **Billing @ Charm** <billing@charmchild.com>
Date: Mon, Apr 5, 2021, 11:22 AM
Subject: packing list
To: <9070854@gmail.com>


hi Joel
please see attached packing list for the 4 containers


Thank you

## PACKING LIST

### Dongguan Grinvald Technology Co.,Ltd

| TO:amcm glove llc | | | | | | | | | | Date: | 2021/3/3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NO. | Production Name | Qty (ctn) | CTN size  (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | | |
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. | |
| 1 | synthetic nitrile protection gloves SIZE S | 160 | 33.5*24*27 | 10 | 0.021708 | 3.47 | 4.80 | 768.00 | 5.10 | 816.00 | |
| 2 | synthetic nitrile protection gloves SIZE M | 1720 | 33.5*24*27 | 10 | 0.021708 | 37.34 | 4.80 | 8256.00 | 5.10 | 8772.00 | |
| 3 | synthetic nitrile protection gloves SIZE L | 800 | 33.5*24*27 | 10 | 0.021708 | 17.37 | 4.80 | 3840.00 | 5.10 | 4080.00 | |
| 4 | synthetic nitrile protection gloves SIZE XL | 160 | 33.5*24*27 | 10 | 0.021708 | 3.47 | 4.80 | 768.00 | 5.10 | 816.00 | |
| | **total** | **2840** | | | | **61.65** | | **13632.00** | | **14484.00** | |

so    177OMSMSQ4458VX

CAIU7364752

M/FX17606382

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

## PACKING LIST

### Dongguan Grinvald Technology Co.,Ltd

TO:amcm glove llc

Date: 2021/3/3

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | synthetic nitrile protection gloves SIZE S | 160 | 33.5*24*27 | 10 | 0.021708 | 3.47 | 4.80 | 768.00 | 5.10 | 816.00 |
| 2 | synthetic nitrile protection gloves SIZE M | 1200 | 33.5*24*27 | 10 | 0.021708 | 26.05 | 4.80 | 5760.00 | 5.10 | 6120.00 |
| 3 | synthetic nitrile protection gloves SIZE L | 1309 | 33.5*24*27 | 10 | 0.021708 | 28.42 | 4.80 | 6283.20 | 5.10 | 6675.90 |
| 4 | synthetic nitrile protection gloves SIZE xl | 160 | 33.5*24*27 | 10 | 0.021708 | 3.47 | 4.80 | 768.00 | 5.10 | 816.00 |
| | **total** | **2829** | | | | **61.41** | | **13579.20** | | **14427.90** |

so  177OMSMSQ4458VX

MEDU7201798

FX17606381

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

# PACKING LIST
## Global Tooling Service s.r.o.

TO:amcm glove llc | | | | | | | | | | | Date: | 2021/3/4

| | NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. | |
| | 1 | Nitrile examination gloves powder free , Non sterile SIZE S | 735 | 35.7*25*27 | 10 | 0.0240975 | 17.71 | 5.00 | 3675.00 | 6.05 | 4446.75 | |
| | 2 | Nitrile examination gloves powder free , Non sterile SIZE M | 126 | 35.7*25*27 | 10 | 0.0240975 | 3.04 | 5.00 | 630.00 | 6.05 | 762.30 | |
| | 3 | Nitrile examination gloves powder free , Non sterile SIZE L | 1909 | 35.7*25*27 | 10 | 0.0240975 | 46.00 | 5.00 | 9545.00 | 6.05 | 11549.45 | |
| | 4 | Nitrile examination gloves powder free , Non sterile SIZE XL | 90 | 35.7*25*27 | 10 | 0.0240975 | 2.17 | 5.00 | 450.00 | 6.05 | 544.50 | |
| | total | | 2860 | | | | 68.92 | | 14300.00 | | 17303.00 | |

SO: 177OMSMSQ4458VX
MEDU7833090/FX17606384

| | N |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

|   | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | **PACKING LIST** | | | | | | | | |
| 2 | | | | **Dongguan Grinvald Technology Co.,Ltd** | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | **TO:amcm glove llc** | | | | | | | | | Date: | 2021/3/ | |
| 5 | O. P | r oduci tnd nˈaQe | y t(nji t C | Ts Onˈan Lempx VH W rp QQC | y t( Veo Ts O | Ts Omˈd'c Qenˈ QBC T Mg | sdtaˈhˈnd'c Qe )QBT Mg | | H emˈktm ng /snˈGhC | | | |
| 6 | | | | | | | | OˈPH P | sdtaˈhˈIˈPH P | 6 ˈPH P | sdtaˈh6 ˈPH P | |
| 7-10 | 1 | synthetic nitrile protection gloves SIZE S | 220 | 33 PN 52 * 524 | 10 | 0R 21407 | * R 47 | * F 70 | 10 N 8 R 00 | N P 10 | 1122 R 00 | |
| 11-14 | 2 | synthetic nitrile protection gloves SIZE M | 1200 | 33 PN 52 * 524 | 10 | 0R 21407 | 28 R 0N | * F 70 | N 480 R 00 | N P 10 | 8120 R 00 | |
| 15-18 | 3 | synthetic nitrile protection gloves SIZE L | 1200 | 33 PN 52 * 524 | 10 | 0R 21407 | 28 R 0N | * F 70 | N 480 R 00 | N P 10 | 8120 R 00 | |
| 19-22 | * | synthetic nitrile protection gloves SIZE XL | 220 | 33 PN 52 * 524 | 10 | 0R 21407 | * R 47 | * F 70 | 10 N 8 R 00 | N P 10 | 1122 R 00 | |
| 23 | | **total** | **2840** | | | | **61.65** | | **13632.00** | | **14484.00** | |
| 24 | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | |
| 26 | | so    140100586177 | | | | | | | | | | |
| 27 | | TRHU7077889 | | | | | | | | | | |
| 28 | | EMCPGA5220 | | | | | | | | | | |

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | N | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**From:** Joel Stern <9070854@gmail.com>
**Sent:** Tuesday, April 06, 2021 10:00 AM EDT
**To:** Don Alston <Don.A@avriologistics.com>
**Subject:** Fwd: JNS Containers
**Attachment(s):** "Packing list (1594).xlsx","STSH2012102 (1592-1593).jpg","STSH2012212 (1594 - 1595).jpg","Packing list (1593).xlsx","Packing list (1592).xlsx","Packing list TGBU9728693 (1591).xlsx","Packing list (1596).xlsx","STSH2101227 (1591).jpg","HBL-ZCSU7197695 (1596).pdf","Packing list (1595).xlsx"

See attached multiple packing lists
LMK if you need more help with this.
Thanks

---------- Forwarded message ---------
From: **Joel Stern** <9070854@gmail.com>
Date: Wed, Feb 17, 2021, 4:40 PM
Subject: Fwd: JNS Containers
To: Shimon Fried <shimonfried@starpluscapital.com>


---------- Forwarded message ---------
From: **joel lefkowitz** <joellefkowitz11211@gmail.com>
Date: Mon, Feb 8, 2021, 7:53 PM
Subject: JNS Containers
To: Joel Stern <9070854@gmail.com>, David Rubin <dlr858@gmail.com>, <bhbhmmm@gmail.com>
Cc: Joseph Weiner <hersheyweiner@gmail.com>


Hi all,

see attached total of 6 containers from last week (we are up to total 13 BOL's already)

coming more this week

--
Joel

# BILL OF LADING

| SHIPPER/EXPORTER | DOCUMENT NO. | B/L NO. VITFE2102023 |
|---|---|---|
| HUIQIAO INTERNATIONAL (SHANGHAI) CO LTD ROOM 402, LANE 280 NO. 2HONG JING RDSHANGHAI00000CHINA | EXPORT REFERENCES | |

| CONSIGNEE | ALSO NOTIFY PARTY |
|---|---|
| KITCHEN WINNERS INC 1134 53RD ST. BROOKLYN, NY 11219 USA TEL:+13862146300 | |

| | FORWARDING AGENT U.S.SHIPPING,INC. 19907 E WALNUT DR S. STE C, CITY OF INDUSTRY, CA 91789 TEL:626-284-8833X236 FAX:626-284-8897 CONTACT:TARZAN TANG |
|---|---|
| NOTIFY PARTY SAME AS CONSIGNEE | |

| PRE-CARRIAGE BY | PLACE OF RECEIPT | ONWARD INLAND ROUTING | |
|---|---|---|---|
| VESSEL VOYAGE CAPE AKRITAS 7E | PORT OF LOADING QINGDAO,CHINA | | |
| PORT OF DISCHARGE NEW YORK | PLACE OF DELIVERY NEW YORK | FOR TRANSSHIPMENT TO | FINAL DESTINATION(FOR THE MERCHANT'S REF) |

PARTICULARS FURNISHED BY SHIPPER

| MARKS AND NUMBERS | NO.OF CONT OR OTHER PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| MEDCARE | 3000 CARTONS | SHIPPER'S LOAD,COUNT & SEAL (1X40'HQ) CONTAINER S.T.C. CY-CY NON STERILE POWDER FREE SYNTHETIC NITRILE PROTECTION GLOVES THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIALS | 18280.000KGS | 64.000CBM |
| | | | LADEN ON BOARD | |
| CONTAINER/SEAL NO.: ZCSU7197695/ZZCTB292492/40'HQ/3000 CARTONS/18,280.000KGS/64.000CBM | | | | |
| | | SAY ONE(1X40'HQ)CONTAINER ONLY | | |

| FREIGHT AND CHARGES REVENUE TONS RATE PER | PREPAID | COLLECT | The surrender of the original order bill of lading property endorsed shall be required before the delivery of the property. Inspection of property covered by this bill of lading will not be permitted unless provided by law or unless permission is endorsed on this original bill of lading or given in writing by the shipper |
|---|---|---|---|
| FREIGHT PREPAID | | | RECEIVED by the Carrier the Goods as specified above in apparent good order and condition unless otherwise stated, to be transported to such place as agreed, authorised or permitted herein and subject to all the terms and conditions appearing. on the front and reverse of this Bill of Lading to which the Merchant agress by accepting this Bill of Lading, any local privileges and customs notwithstanding. |
| | | | The particulars given above as stated by the shipper and the weight, measure, quantity, condition, contents and value of the Goods are unknown to the Carrier. |
| | | | In WITNESS whereof three (3) original Bill of Lading has been signed if not otherwise stated above, the same being accomplished the other(s), if any, to be void. If required by the Carrier three (3) original Bill of lading must be surrendered duly endorsed in exchange for the Goods or delivery order. |
| | | | Place and date of issue _____ Signed on behalf of the Carrier |
| TOTAL | | | by ____ AS AGENT FOR THE CARRIER ZIM |

## PACKING LIST

### Kitchen Winners NY Inc.

TO:JNS Services

Date: 2021/2/3

Container #MSMU7412259

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | N.W. | Weight in M/T (kg) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Total N.W. | G.W. | Total G.W. |
| 1 | Nitrile examination gloves SIZE S | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1* * 0.00 | 6.10 | 1630.00 |
| 2 | Nitrile examination gloves SIZE M | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 |
| 3 | Nitrile examination gloves SIZE L | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 |
| * | Nitrile examination gloves powder free , Non sterile SIZE  XL | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1* * 0.00 | 6.10 | 1630.00 |
| | **total** | **3000** | | | | **65.12** | | **14400.00** | | **15300.00** |

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

# PACKING LIST

## Kitchen Winners NY Inc.

TO:JNS Services | Date: | 2021/2/3

**Container #MSMU7412238**

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | Nitrile examination gloves SIZE S | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1** 0.00 | 6.10 | 1630.00 |
| 2 | Nitrile examination gloves SIZE M | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 |
| 3 | Nitrile examination gloves SIZE L | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 |
| * | Nitrile examination gloves powder free , Non sterile SIZE XL | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1** 0.00 | 6.10 | 1630.00 |
| | **total** | **3000** | | | | **65.12** | | **14400.00** | | **15300.00** |

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

|  | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | **PACKING LIST** | | | | | | | | | | |
| 2 | | **Kitchen Winners NY Inc.** | | | | | | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | TO:JNS Services | | | | | | | | | Date: | 2021/2/3 | |
| 5 | | Container #MSMU7412412 | | | | | | | | | | |
| 6 | NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume | | Weight in M/T (kg) | | | |
| 7 | | | | | | | (m³)/CBM | N.W. | Total N.W. | G.W. | Total G.W. | |
| 8-9-10-11 | 1 | Nitrile examination gloves SIZE S | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1** 0.00 | 6.10 | 1630.00 | |
| 12-13-14-15 | 2 | Nitrile examination gloves SIZE M | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 | |
| 16-17-18-19 | 3 | Nitrile examination gloves SIZE L | 1200 | 33.652* 524 | 10 | 0.021407 | 28.06 | * .70 | 6480.00 | 6.10 | 8120.00 | |
| 20-21-22-23 | * | Nitrile examination gloves powder free , Non sterile SIZE  XL | 300 | 33.652* 524 | 10 | 0.021407 | 8.61 | * .70 | 1** 0.00 | 6.10 | 1630.00 | |
| 24 | | **total** | **3000** | | | | **65.12** | | **14400.00** | | **15300.00** | |

|   | M | N |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 |   |   |
| 9 |   |   |
| 10 |   |   |
| 11 |   |   |
| 12 |   |   |
| 13 |   |   |
| 14 |   |   |
| 15 |   |   |
| 16 |   |   |
| 17 |   |   |
| 18 |   |   |
| 19 |   |   |
| 20 |   |   |
| 21 |   |   |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |

|  | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | **PACKING LIST** | | | | | |
| 2 | | | | | | | **Kitchen Winners NY Inc.** | | | | | |
| 3 | | | | | | | | | | | | |
| 4 | **TO:JNS Services** | | | | | | | | | Date: | | 2021/2/3 |
| 5 | | **Container #MSMU7412214** | | | | | | | | | | |
| 6 | NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | | Weight in M/T (kg) | | | |
| 7 | | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. | |
| 8 | | | | | | | | | | | | |
| 9 | 1 | Nitrile examination gloves SIZE S | 300 | 33.652*524 | 10 | 0.021407 | 8.61 | *.70 | 1**0.00 | 6.10 | 1630.00 | |
| 10 | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | |
| 13 | 2 | Nitrile examination gloves SIZE M | 1200 | 33.652*524 | 10 | 0.021407 | 28.06 | *.70 | 6480.00 | 6.10 | 8120.00 | |
| 14 | | | | | | | | | | | | |
| 15 | | | | | | | | | | | | |
| 16 | | | | | | | | | | | | |
| 17 | 3 | Nitrile examination gloves SIZE L | 1200 | 33.652*524 | 10 | 0.021407 | 28.06 | *.70 | 6480.00 | 6.10 | 8120.00 | |
| 18 | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | |
| 21 | * | Nitrile examination gloves powder free , Non sterile SIZE XL | 300 | 33.652*524 | 10 | 0.021407 | 8.61 | *.70 | 1**0.00 | 6.10 | 1630.00 | |
| 22 | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | |
| 24 | | **total** | **3000** | | | | **62.15** | | **14400.00** | | **12300.00** | |

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |

|  | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | **PACKING LIST** | | | | | | | |
| 2 | | | | **Kitchen Winners NY Inc.** | | | | | | | |
| 3 | | | | | | | | | | | |
| 4 | **TO:JNS Services** | | | | | | | | | Date: | 2021/2/3 |
| 5 | **Container #ZCSU7197695** | | | | | | | | | | |
| 6 | NO. | Production Name | Qty (ctn) | CTN size  (LxWxH - cm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | | Weight in M/T (kg) | | |
| 7 | | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 8 | 1 | non sterile powder free synthetic nitrile protection gloves - size: S | 1000 | 33.5*25.8*24.8 | 10 | 0.021 | 21.435 | 4.50 | 4500.00 | 5.46 | 5460.00 |
| 9 | 2 | non sterile powder free synthetic nitrile protection gloves - size: M | 500 | 33.5*25.8*24.8 | 10 | 0.021 | 10.717 | 5.00 | 2500.00 | 5.96 | 2980.00 |
| 10 | 3 | non sterile powder free synthetic nitrile protection gloves - size: L | 1200 | 33.5*25.8*24.8 | 10 | 0.021 | 25.722 | 5.50 | 6600.00 | 6.46 | 7750.00 |
| 11 | 4 | non sterile powder free synthetic nitrile protection gloves - size: XL | 300 | 33.5*25.8*24.8 | 10 | 0.021 | 6.430 | 6.00 | 1800.00 | 6.97 | 2090.00 |
| 12 | | **Total:** | **3000** | | | | **64.304** | | **15400.00** | | **18280.00** |

Pl2#A

# PACKING LIST

## Kitchen Winners NY Inc.

TO:JNS Services | Date: | 2021/2/3

Container #TGBU9728693

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|-----|-----------------|-----------|-----------------------|------------|---------------------|-----------------------|--------------------|-----------|------|-------------|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | Nitrile examination gloves SIZE S | 300 | 33.652*524 | 10 | 0.021407 | 8.61 | *.70 | 1**0.00 | 6.10 | 1630.00 |
| 2 | Nitrile examination gloves SIZE M | 1200 | 33.652*524 | 10 | 0.021407 | 28.06 | *.70 | 6480.00 | 6.10 | 8120.00 |
| 3 | Nitrile examination gloves SIZE L | 1200 | 33.652*524 | 10 | 0.021407 | 28.06 | *.70 | 6480.00 | 6.10 | 8120.00 |
| * | Nitrile examination gloves powder free , Non sterile SIZE  XL | 300 | 33.652*524 | 10 | 0.021407 | 8.61 | *.70 | 1**0.00 | 6.10 | 1630.00 |
| | **total** | **3000** | | | | **65.12** | | **14400.00** | | **15300.00** |

| | M | N |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |



# OCEAN BILL OF LADING

| SHIPPER (Complete Name/Street Address) | MANIFEST NO. | BILL OF LADING NO. |
|---|---|---|
| HUI QIAO INTERNATIONAL(SHANGHAI) CO.,LTD<br>ROOM 608 LANE 280,NO.2,HONG JING ROAD,SHANGHAI CHIAN | 177PMSMSQ00406V | STSH2012102 |
| | EXPORT REFERENCES | |

| CONSIGNEE (Complete Name/Street Address) | FORWARDING AGENT - REFERENCES |
|---|---|
| KITCHEN WINNERS,INC<br>1134 53RD STREET, BROOKLYN ,NY 11219 USA | |
| | POINT AND COUNTRY OF ORIGIN |

| NOTIFY PARTY (Complete Name/Street Address) | ALSO NOTIFY, ROUTING & INSTRUCTIONS |
|---|---|
| SAME AS CONSINGEE | |

| PRE-CARRIAGE BY (MODE) | PLACE OF RECEIPT | FOR DELIVERY OF GOODS PLEASE APPLY TO:<br>T-Z ENTERPRISES INC<br>4332 CERRITOS AVE,SUITE#106<br>LOS ALAMITOS, CA 90720<br>TEL: 714 484 8818 FAX: 714 484 8820<br>E-MAIL: JOE@T-ZUSA.COM, LAX@T-ZUSA.COM |
|---|---|---|
| VESSEL/VOYAGE<br>MSC NELA V.FJ104W | PORT OF LOADING<br>QINGDAO | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY<br>NEW YORK,NY | |

## PARTICULARS DECLARED BY THE SHIPPER

| MARKS AND NUMBERS<br>CONTAINER & SEAL NUMBERS | NUMBER AND DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|
| N/M | 6000 GLOVES<br>CARTONS<br>GM20-010 | 34800.000KGS | 30.000CBM |
| MSMU7412259/FX15703537/40HC/3000CARTONS/17400KGS/15CBM<br>MSMU7412238/FX15703538/40HC/3000CARTONS/17400KGS/15CBM | | | |
| | 2*40HC<br>THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL<br>SAY SIX THOUSAND CARTONS ONLY. | | |

ON BOARD

SHANGHAI

| FREIGHT/CHARGES, ITEM NO. RATE/RATE BASIS | | PREPAID | COLLECT | EXCESS VALUE DECLARATION AS PER CLAUSE 15 |
|---|---|---|---|---|
| | | FREIGHT COLLECT<br>CY-CY | | RECEIVED by T-Z Cargo Company limited in apparent good order and condition unless otherwise stated, the Goods as specified above for carriage by vessel and/or other modes of transport from the place of receipt or port of loading to the port of discharge or place of delivery as indicated above. The Goods to be delivered at the above mentioned port of discharge or place of delivery whichever applies. In accepting this Bill of Lading the Merchant(s) agree to be bound by all the stipulations, exceptions, terms and conditions on the front and back pages of this Bill of Lading whether printed stamped, written or otherwise incorporated, One in witness whereof three (3) original Bills of lading have been signed, if not otherwise stated below, all of this tenor and date. One & which being accomplished, the other(s) to be void. |
| FREIGHT PAYABLE AT<br>NEW YORK,NY | TOTAL<br>FREIGHT | | | For and on behalf of<br>T-Z CARGO LIMITED |
| NUMBER OF ORIGINAL BILLS OF LADING | | PLACE AND DATE OF ISSUE<br>SHANGHAI 2021/02/07 | | |
| LADEN ON BOARD DATE<br>2021/02/07 | | | | (13)                        Authorized Signature(s) |
| * THE CONTRACT EVIDENCED BY THIS BILL OF LADING IS GOVERNED BY THE LAWS OF HONG KONG SPECIAL ADMINISTRATIVE REGION. ANY CLAIM OR DISPUTE MUST BE DETERMINED EXCLUSIVELY BY THE COURTS IN HONG KONG SPECIAL ADMINISTRATIVE REGION AND NO OTHER COURT. | | | | Stamp/Signature of the Carrier or its agent |



AS THE CARRIER

# OCEAN BILL OF LADING

| SHIPPER (Complete Name/Street Address)<br>HUI QIAO INTERNATIONAL(SHANGHAI) CO.,LTD<br>ROOM 608 LANE 280,NO.2,HONG JING ROAD,SHANGHAI CHIAN | MANIFEST NO.<br>177PMSMSQ00453V | BILL OF LADING NO.<br>STSH2012212 |
|---|---|---|
| | EXPORT REFERENCES | |

| CONSIGNEE (Complete Name/Street Address)<br>GMG WHOLESALE INC<br>3545 FOREST VIEW CIR,<br>FORT LAUDERDALE FL 33312 | FORWARDING AGENT - REFERENCES |
|---|---|
| | POINT AND COUNTRY OF ORIGIN |

| NOTIFY PARTY (Complete Name/Street Address)<br>SAME AS CONSINGEE | ALSO NOTIFY, ROUTING & INSTRUCTIONS |
|---|---|

| PRE-CARRIAGE BY (MODE) | PLACE OF RECEIPT | FOR DELIVERY OF GOODS PLEASE APPLY TO:<br>T-Z ENTERPRISES INC<br>4332 CERRITOS AVE,SUITE#106<br>LOS ALAMITOS, CA 90720<br>TEL: 714 484 8818 FAX: 714 484 8820<br>E-MAIL: JOE@T-ZUSA.COM, LAX@T-ZUSA.COM |
|---|---|---|
| VESSEL/VOYAGE<br>MSC DITTE FJ106W | PORT OF LOADING<br>QINGDAO | |
| PORT OF DISCHARGE<br>NEW YORK,NY | PLACE OF DELIVERY<br>NEW YORK,NY | |

## PARTICULARS DECLARED BY THE SHIPPER

| MARKS AND NUMBERS<br>CONTAINER & SEAL NUMBERS | NUMBER AND DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|
| N/M | 6000   GLOVES<br>CARTONS<br>     PCM20-017 | 34800.000KGS | 130.000CBM |

ON BOARD

SHANGHAI

MSMU7412412/FX15703536/40HC/3000CARTONS/17400KGS/65CBM
MSMU7415514/FX15703535/40HC/3000CARTONS/17400KGS/65CBM

2*40HC
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
SAY SIX THOUSAND CARTONS ONLY.

| FREIGHT/CHARGES, ITEM NO. RATE/RATE BASIS | | PREPAID | COLLECT | EXCESS VALUE DECLARATION AS PER CLAUSE 15 |
|---|---|---|---|---|
| | | FREIGHT COLLECT<br>CY-CY | | RECEIVED by T-Z Cargo Company limited in apparent good order and condition unless otherwise stated, the Goods as specified above for carriage by vessel and/or other modes of transport from the place of receipt or port of loading to the port of discharge or place of delivery as indicated above. The Goods to be delivered at the above mentioned port of discharge or place of delivery whichever applies. In accepting this Bill of Lading the Merchant(s) agree to be bound by all the stipulations, exceptions, terms and conditions on the front and back pages of this Bill of Lading whether printed stamped, written or otherwise incorporated, One in witness whereof three (3) original Bills of lading have been signed, if not otherwise stated below, all of this tenor and date. One & which being accomplished, the other(s) to be void. |
| FREIGHT PAYABLE AT<br>NEW YORK,NY | TOTAL<br>FREIGHT | | | For and on behalf of<br>T-Z CARGO LIMITED |
| NUMBER OF ORIGINAL BILLS OF LADING | | PLACE AND DATE OF ISSUE<br>SHANGHAI 2021/02/10 | | |
| LADEN ON BOARD DATE<br>2021/02/10 | | | | (3)        Authorized Signature(s) |
| * THE CONTRACT EVIDENCED BY THIS BILL OF LADING IS GOVERNED BY THE LAWS OF HONG KONG SPECIAL ADMINISTRATIVE REGION. ANY CLAIM OR DISPUTE MUST BE DETERMINED EXCLUSIVELY BY THE COURTS IN HONG KONG SPECIAL ADMINISTRATIVE REGION AND NO OTHER COURT. | | | | Stamp/Signature of the Carrier or its agent |



# OCEAN BILL OF LADING

| SHIPPER (Complete Name/Street Address) | MANIFEST NO. | BILL OF LADING NO. |
|---|---|---|
| HUI QIAO INTERNATIONAL(SHANGHAI) CO.,LTD ROOM 608 LANE 280,NO.2,HONG JING ROAD,SHANGHAI CHIAN | ONEYTA0DV2739900 | STSH2101227 |
| | EXPORT REFERENCES | |

| CONSIGNEE (Complete Name/Street Address) | FORWARDING AGENT - REFERENCES |
|---|---|
| KITCHEN WINNERS NY INC 1134 53RD ST BROOKLYN NY 11219 | |
| | POINT AND COUNTRY OF ORIGIN |

| NOTIFY PARTY (Complete Name/Street Address) | ALSO NOTIFY, ROUTING & INSTRUCTIONS |
|---|---|
| SAME AS CONSINGEE | |

| PRE-CARRIAGE BY (MODE) | PLACE OF RECEIPT | FOR DELIVERY OF GOODS PLEASE APPLY TO: T-Z ENTERPRISES INC 4332 CERRITOS AVE,SUITE#106 LOS ALAMITOS, CA 90720 TEL: 714 484 8818 FAX: 714 484 8820 E-MAIL: JOE@T-ZUSA.COM, LAX@T-ZUSA.COM |
|---|---|---|
| VESSEL/VOYAGE HYUNDAI DREAM 041E | PORT OF LOADING QINGDAO | |
| PORT OF DISCHARGE NEW YORK,NY | PLACE OF DELIVERY NEW YORK,NY | |

## PARTICULARS DECLARED BY THE SHIPPER

| MARKS AND NUMBERS CONTAINER & SEAL NUMBERS | NUMBER AND DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREME |
|---|---|---|---|
| N/M | 3000 CARTONS  GLOVES  GM21-003 | 18000.000KGS | 72.000CBM |
| TGBU9728693/CNC202305/40HC/3000CARTONS/18000KGS/72CBM | | | |

ON BOARD

SHANGHAI

1*40HC
THIS SHIPMENT CONTAINS NO SOLID WOOD PACKING MATERIAL
SAY THREE THOUSAND CARTONS ONLY.

| FREIGHT/CHARGES, ITEM NO. RATE/RATE BASIS | | PREPAID | COLLECT | EXCESS VALUE DECLARATION AS PER CLAUSE 15 |
|---|---|---|---|---|
| | | FREIGHT COLLECT CY-CY | | RECEIVED by T-Z Cargo Company limited in apparent good order and condition unless otherwise stated, the Goods as specified above for carriage by vessel and/or other modes of transport from the place of receipt or port of loading to the port of discharge or place of delivery as indicated above. The Goods to be delivered at the above mentioned port of discharge or place of delivery whichever applies. In accepting this Bill of Lading the Merchant(s) agree to be bound by all the stipulations, exceptions, terms and conditions on the front and back pages of this Bill of Lading whether printed stamped, written or otherwise incorporated, One in witness whereof three (3) original Bills of lading have been signed, if not otherwise stated below, all of this tenor and date. One & which being accomplished, the other(s) to be void. |
| FREIGHT PAYABLE AT NEW YORK,NY | TOTAL FREIGHT | | | For and on behalf of T-Z CARGO LIMITED |
| NUMBER OF ORIGINAL BILLS OF LADING | | PLACE AND DATE OF ISSUE SHANGHAI 2021/01/30 | | |
| LADEN ON BOARD DATE 2021/01/30 | | | | (13) |
| * THE CONTRACT EVIDENCED BY THIS BILL OF LADING IS GOVERNED BY THE LAWS OF HONG KONG SPECIAL ADMINISTRATIVE REGION, ANY CLAIM OR DISPUTE MUST BE DETERMINED EXCLUSIVELY BY THE COURTS IN HONG KONG SPECIAL ADMINISTRATIVE REGION AND NO OTHER COURT. | | | | Authorized Signature(s)  Stamp/Signature of the Carrier or its agent |

**From:** Vania Maciel <vaniam@md3pl.com>
**Sent:** Tuesday, April 13, 2021 12:22 PM EDT
**To:** David Dembitzer <davidd@md3pl.com>
**CC:** Receiving <receiving@md3pl.com>; Joel Stern <9070854@gmail.com>
**Subject:** Re: JNS Containers
**Attachment(s):**
"TRHU7077889.jpg","MEDU7833090.jpg","MEDU7833909.jpg","medu7201798.jpg","TRHU7077889.pdf","caiu7364752.jpg"

Goodmorning,
below is the attached receiving.

TRHU7077889 size large/1 plt of 98 ctns had minor damage.

Container MEDU7833090 is currently being offloaded. I will update as soon as I receive tattlies. Below are the attached images of pallets.
Container MEDU7201798 is currently being verified and I will send correct tallies shortly
Container CAIU7364752 is currently being verified as well, will update shortly.


On Mon, Apr 12, 2021 at 7:47 PM David Dembitzer <davidd@md3pl.com> wrote:
Receiving team,

Please send tallies and photos for the 4 JNS containers that arrived.

Joel from JNS is cc'd above.

Thanks

-
Best Regards,
David Dembitzer
CEO
O. 562-666-2828
F. 562-666-2829
TF. 833-568-3828
WWW.MD3PL.COM
▫▫▫

--
You received this message because you are subscribed to the Google Groups "Receiving" group.
To unsubscribe from this group and stop receiving emails from it, send an email to receiving+unsubscribe@md3pl.com.
To view this discussion on the web visit https://groups.google.com/a/md3pl.com/d/msgid/receiving/93741062-DACA-49DA-9691-0B2AEE7E225F%40md3pl.com.









# PACKING LIST

## Dongguan Grinvald Technology Co.,Ltd

TO:amcm glove llc

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | N.W. |
|---|---|---|---|---|---|---|---|
| 1 | synthetic nitrile protection gloves SIZE S | 220 | 33.5*24*27  2×84 +52 | 10 | 0.021708 | 4.78 | 4.80 |
| 2 | synthetic nitrile protection gloves SIZE M | 1200 | 33.5*24*27  14×84+24 | 10 | 0.021708 | 26.05 | 4.80 |
| 3 | synthetic nitrile protection gloves SIZE L | 1200 | 33.5*24*27  13×84  981 | 10 | 0.021708 | 26.05 | 4.80 |
| 4 | synthetic nitrile protection gloves SIZE XL | 220 | 33.5*24*27  2×84+52 | 10 | 0.021708 | 4.78 | 4.80 |
| | **total** | **2840** | | | | **61.65** | |

4/7/21
2840 CTNS
36 PLTS

so号：140100586177
柜号：TRHU7077889
封号：EMCPGA5220

Large  1×98  damaged

34

**From:** orders@md3pl.com <orders@md3pl.com>
**Sent:** Thursday, April 29, 2021 1:47 PM EDT
**To:** jnscorpoffice@gmail.com <jnscorpoffice@gmail.com>; 9070854@gmail.com <9070854@gmail.com>
**Subject:** requested transaction notification
**Attachment(s):** "ReceiverExport-73827.txt"

Dear Valued Customer,

Please be aware that JNS Capital Holdings LLC's items on CAIU7364752 (73827) have been counted and put into inventory. You may view this transaction online by logging on to our website and clicking on the View Transaction Report.

Carrier:
Container #: CAIU7364752

The following is a summary of the receipt:

| SKU | Description | Qty Received |
|---|---|---|
| Synthetic Nitrile Protection Gloves - Small | Gloves - Small | 84.00 |
| Synthetic Nitrile Protection Gloves - Small | Gloves - Small | 76.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 40.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 44.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | 84.00 |
| Synthetic Nitrile Protection Gloves - XLarge | Gloves - Xlarge | 84.00 |
| Synthetic Nitrile Protection Gloves - XLarge | Gloves - Xlarge | 76.00 |

If you have any questions, please contact us at your convenience.

Thank you,
MD 3PL

*(Please note this is a notification only. Do not respond to this e-mail.)*

Export Content
ReferenceNumber,PurchaseOrderNumber,ShipCarrier,ExpectedArrivalDate,ArrivalDate,Notes,BOLNum,TrailerNum,NumCartons,NumPallets,TotalWeight,TotalVolume,SealNum,ItemNumber,ItemQuant
CAIU7364752,,,,04/12/2021,,,CAIU7364752,2840.0000,35.0000,0.0000,0.0000,,Synthetic Nitrile Protection Gloves - Small,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Small,76.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,40.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,

CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Medium,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,44.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - Large,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - XLarge,84.0000,,,,
CAIU7364752,,,,,,,,,,Synthetic Nitrile Protection Gloves - XLarge,76.0000,,,,