**EXHIBIT 45**

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

BILL TO
**Rock Fintek, LLC**

| | |
|---|---|
| **Invoice Number:** | 202109 |
| **P.O./S.O. Number:** | EGSU9166811 |
| **Invoice Date:** | April 16, 2021 |
| **Payment Due:** | April 16, 2021 |
| **Amount Due (USD):** | **$1,035,000.00** |

💳 Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 9000 | $11.50 | $103,500.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 33510 | $11.50 | $385,365.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 41970 | $11.50 | $482,655.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 5520 | $11.50 | $63,480.00 |

| | |
|---|---|
| **Total:** | $1,035,000.00 |
| **Amount Due (USD):** | **$1,035,000.00** |



link.waveapps.com/88u2n5-5ux7yk

**Notes / Terms**
Please Wire funds to:
Blink Capital Holdings LLC

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

BILL TO
**Rock Fintek, LLC**

| | |
|---|---|
| **Invoice Number:** | 202110 |
| **P.O./S.O. Number:** | TRHU7078062 |
| **Invoice Date:** | April 27, 2021 |
| **Payment Due:** | April 29, 2021 |
| **Amount Due (USD):** | **$322,000.00** |

💳 Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 3200 | $11.50 | $36,800.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 11600 | $11.50 | $133,400.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 11580 | $11.50 | $133,170.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 1620 | $11.50 | $18,630.00 |

| | | |
|---|---|---|
| **Total:** | | $322,000.00 |
| **Amount Due (USD):** | | **$322,000.00** |



Pay Securely Online

link.waveapps.com/9ewh3h-y6k5kx

**Notes / Terms**
Tax ID 86-1266750
Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052

Pick up from:
JP warehousing, 905 Wineville Ave, Ontario ca 91764, (310) 383-2641

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

BILL TO
**Rock Fintek, LLC**

| | |
|---|---|
| **Invoice Number:** | 202111 |
| **P.O./S.O. Number:** | MEDU7201798 |
| **Invoice Date:** | April 27, 2021 |
| **Payment Due:** | April 29, 2021 |
| **Amount Due (USD):** | **$272,550.00** |

💳 Pay Securely Online

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 3020 | $11.50 | $34,730.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 9000 | $11.50 | $103,500.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 10490 | $11.50 | $120,635.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 1190 | $11.50 | $13,685.00 |

| | |
|---|---|
| **Total:** | $272,550.00 |
| **Amount Due (USD):** | **$272,550.00** |



Pay Securely Online

link.waveapps.com/dxxgek-hpb6c8

**Notes / Terms**
Tax ID 86-1266750
Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052
Pick up from:
MD 3PL, 821 S. Rockefeller Ave, Ontario, CA 91761

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

---

BILL TO
**Rock Fintek, LLC**
1680 Michigan Avenue
Suite 800
Miami Beach,  33139

| | |
|---|---|
| **Invoice Number:** | 202113 |
| **P.O./S.O. Number:** | See Below |
| **Invoice Date:** | April 30, 2021 |
| **Payment Due:** | May 2, 2021 |
| **Amount Due (USD):** | **$1,025,455.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 11140 | $11.50 | $128,110.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 33550 | $11.50 | $385,825.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 32410 | $11.50 | $372,715.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 12070 | $11.50 | $138,805.00 |

| | | |
|---|---|---|
| | **Total:** | $1,025,455.00 |
| | **Amount Due (USD):** | **$1,025,455.00** |

**Notes / Terms**

Tax ID 86-1266750

Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052

Pick up from:

Cara Van, 475 DIVISION ST. Building # 7, Elizabeth, NJ 07201 UNITED STATES

Container Numbers
TCNU5168672
JNS-210308
ZCSU7197695
TGBU9728693
TCLU9119299

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

---

BILL TO
**Rock Fintek, LLC**
1680 Michigan Avenue
Suite 800
Miami Beach,  33139

| | |
|---|---|
| **Invoice Number:** | 202113 |
| **P.O./S.O. Number:** | See Below |
| **Invoice Date:** | April 30, 2021 |
| **Payment Due:** | May 2, 2021 |
| **Amount Due (USD):** | **$200,000.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 11140 | $11.50 | $128,110.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 33550 | $11.50 | $385,825.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 32410 | $11.50 | $372,715.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 12070 | $11.50 | $138,805.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | -520 | $11.50 | ($5,980.00) |

| | | |
|---|---|---|
| **Total:** | | $1,019,475.00 |
| Payment on May 7, 2021 using a bank payment: | | $700,000.00 |
| Payment on May 11, 2021 using a bank payment: | | $119,475.00 |
| **Amount Due (USD):** | | **$200,000.00** |

**Notes / Terms**
Tax ID 86-1266750
Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052
Pick up from:
Cara Van, 475 DIVISION ST. Building # 7, Elizabeth, NJ 07201 UNITED STATES
Container Numbers

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

**Notes / Terms**
TCNU5168672
JNS-210308
ZCSU7197695
TGBU9728693
TCLU9119299

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

---

BILL TO
**Rock Fintek, LLC**
1680 Michigan Avenue
Suite 800
Miami Beach,  33139

| | |
|---|---|
| **Invoice Number:** | 202113 |
| **P.O./S.O. Number:** | See Below |
| **Invoice Date:** | April 30, 2021 |
| **Payment Due:** | May 2, 2021 |
| **Amount Due (USD):** | **$1,019,475.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 11140 | $11.50 | $128,110.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 33550 | $11.50 | $385,825.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 32410 | $11.50 | $372,715.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 12070 | $11.50 | $138,805.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | -520 | $11.50 | ($5,980.00) |

| | |
|---|---|
| **Total:** | $1,019,475.00 |
| **Amount Due (USD):** | **$1,019,475.00** |

**Notes / Terms**
Tax ID 86-1266750
Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052
Pick up from:
Cara Van, 475 DIVISION ST. Building # 7, Elizabeth, NJ 07201 UNITED STATES

Container Numbers
TCNU5168672
JNS-210308
ZCSU7197695
TGBU9728693

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

**Notes / Terms**
TCLU9119299

# INVOICE

**JNS Capital Holdings LLC**
155 Skillman St
Suite 1L
Brooklyn, New York 11205
United States

Mobile: 9179070854

BILL TO
**Rock Fintek, LLC**
1680 Michigan Avenue
Suite 800
Miami Beach,  33139

| | |
|---|---|
| **Invoice Number:** | 202114 |
| **P.O./S.O. Number:** | See Below |
| **Invoice Date:** | May 7, 2021 |
| **Payment Due:** | May 14, 2021 |
| **Amount Due (USD):** | **$337,640.00** |

| Items | Quantity | Price | Amount |
|---|---|---|---|
| **MGS**<br>Medcare Gloves Size S as per Specs | 4480 | $11.50 | $51,520.00 |
| **MGM**<br>Medcare Gloves Size M as per Specs | 10320 | $11.50 | $118,680.00 |
| **MGL**<br>Medcare Gloves Size L as per Specs | 10080 | $11.50 | $115,920.00 |
| **MGXL**<br>Medcare Gloves Size XL as per Specs | 4480 | $11.50 | $51,520.00 |

| | | |
|---|---|---|
| | **Total:** | $337,640.00 |
| | **Amount Due (USD):** | **$337,640.00** |

**Notes / Terms**

Note: Do NOT use the link to pay!

Please Wire funds to: Capital One Bank, Wire routing: 065000090, Account 3746631052

Pick up from:

Cara Van, 475 DIVISION ST. Building # 7, Elizabeth, NJ 07201 UNITED STATES

Container Numbers, KOCU4758119 (S,M,XL), TGBU9728693 (M), CSLU6128922 (L)