# EXHIBIT 46



Joseph Weiner <hersheyweiner@gmail.com>

## 答复: Documents
1 message

陈 翠翠 <cici-gts@hotmail.com>  Tue, Apr 27, 2021 at 12:12 AM
To: Joseph Weiner <hersheyweiner@gmail.com>

Hi joseph,

Pls see attached shipping invoice and pl for medcare. Thanks.

----------
Thank you.
Best Regards
Cici Chen
Dongguan Grinvald Technology Co.,Ltd
401 Building #3, No 4 of Guangming New Village 2 Road,
Dongcheng, Dongguan City, Guangdong Province, China 523125
Tel：+86 0769 23326470   Mobile: +86 199 5873 1785
东莞科德科技有限公司
东莞市东城街道东城光明新村二路4号3栋401室（万航科技园内）

**发件人:** Joseph Weiner <hersheyweiner@gmail.com>
**日期:** 星期二, 2021年4月27日 02:33
**收件人:** cici-gts <cici-gts@hotmail.com>
**主题:** Documents

Hi Cici,

Please send invoice and packing list for the below containers that shipped

| |
|---|
| ESPU8023819 |
| TCLU6294791 |
| MATU2654367 |
| MATU2672463 |

EXHIBIT 11
Huseby.com

AKW_003340

| |
|---|
| SEGU5245350 |
| MATU5169534 |
| CXRU1294667 |

**7 attachments**

- 📊 **shipping invoice and pl for CXRU1294667.xls**
  47K
- 📊 **shipping invoice and pl for MATU2672463.xls**
  47K
- 📊 **shipping invoice and pl for MATU5169534.xls**
  47K
- 📊 **shipping invoice and pl for MATV2654367.xls**
  47K
- 📊 **shipping invoice and pl for SEGU5245350.xls**
  47K
- 📊 **shipping invoice and pl for TCLU6294791.xls**
  47K
- 📊 **shipping invoice and PL for ESPU8023819 medcare.xls**
  47K

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO:kitchen winner                                                                                                   Date:   2021/4/24

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | nitrile examination gloves SIZE S | 300 | 350*235*260 | 10 | 0.021385 | 6.42 | 5.57 | 1671.00 | 6.57 | 1971.00 |
| 2 | nitrile examination gloves SIZE M | 1256 | 350*235*260 | 10 | 0.021385 | 26.86 | 6.00 | 7536.00 | 7.00 | 8792.00 |
| 3 | nitrile examination gloves SIZE L | 1228 | 350*235*260 | 10 | 0.021385 | 26.26 | 6.24 | 7662.72 | 7.24 | 8890.72 |
| 4 | nitrile examination gloves SIZE XL | 99 | 350*235*260 | 10 | 0.021385 | 2.12 | 6.24 | 617.76 | 7.24 | 716.76 |
| | total | 2883 | | | | 61.65 | | 17487.48 | | 20370.48 |

so号: MATS7303106000
柜号: ESPU8023819
封号: MATU982262
inspection report:CT08103

AKW_003342

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO:Kitchen Winners NY Inc.    Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1200 | 0.335*0.258*0.248 | 10 | 0.02143 | 25.72 | 5.20 | 6240.00 | 6.20 | 7440.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1000 | 0.335*0.258*0.248 | 10 | 0.02143 | 21.43 | 5.60 | 5600.00 | 6.60 | 6600.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 900 | 0.335*0.258*0.248 | 10 | 0.02143 | 19.29 | 6.30 | 5670.00 | 7.30 | 6570.00 |
| 4 | | | | | | | | | | |
| | total | 3100 | | | | 66 | | 17510.00 | | 20610.00 |

so号: MATS4364847000
柜号: TCLU6294791
封号: MATV996520
inspection report:TSNWT00082573

AKW_003343

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO:Kitchen Winners NY Inc.　　　　　　　　　　　　　　　　　　　　　　　　　　Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1350 | 0.335*0.258*0.248 | 10 | 0.02143 | 28.93 | 5.20 | 7020.00 | 6.20 | 8370.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1750 | 0.335*0.258*0.248 | 10 | 0.02143 | 37.50 | 5.60 | 9800.00 | 6.60 | 11550.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 100 | 0.335*0.258*0.248 | 10 | 0.02143 | 2.14 | 6.30 | 630.00 | 7.30 | 730.00 |
| 4 | | | | | | | | | | |
| | total | 3200 | | | | 66.0 | | 17450.00 | | 20650.00 |

so号: MATS6663982000
柜号: SEGU5245350
封号: MATU996540

inspection report: CT06903

AKW_003344

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO: Kitchen Winners NY Inc.                                                                                      Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1400 | 0.335*0.258*0.248 | 10 | 0.02143 | 30.00 | 5.20 | 7280.00 | 6.20 | 8680.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1300 | 0.335*0.258*0.248 | 10 | 0.02143 | 27.86 | 5.60 | 7280.00 | 6.60 | 8580.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 400 | 0.335*0.258*0.248 | 10 | 0.02143 | 8.57 | 6.30 | 2520.00 | 7.30 | 2920.00 |
| 4 | | | | | | | | | | |
| | total | 3100 | | | | 66 | | 17080.00 | | 20180.00 |

so号: MATS67541630000
柜号: MATV2654367
封号: MATV996698
inspection report: TSNWT00082573

AKW_003345

# PACKING LIST

**Dongguan Grinvald Technology Co.,Ltd**

TO: Kitchen Winners NY Inc.                                    Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|-----|-----------------|-----------|------------------------|------------|---------------------|------------------------|------|------------|------|------------|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1100 | 0.335*0.258*0.248 | 10 | 0.02143 | 23.57 | 5.20 | 5720.00 | 6.20 | 6820.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1300 | 0.335*0.258*0.248 | 10 | 0.02143 | 27.86 | 5.60 | 7280.00 | 6.60 | 8580.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 100 | 0.335*0.258*0.248 | 10 | 0.02143 | 2.14 | 6.30 | 630.00 | 7.30 | 730.00 |
| 4 | | | | | | | | | | |
| | total | 2500 | | | | 53.6 | | 13630.00 | | 16130.00 |

so 号: MATU9998946000

柜号: MATU5169534

封号: MATU988621

inspection report: CT06905

AKW_003346

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO: Kitchen Winners NY Inc.                                                                                           Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1300 | 0.335*0.258*0.248 | 10 | 0.02143 | 27.86 | 5.20 | 6760.00 | 6.20 | 8060.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1600 | 0.335*0.258*0.248 | 10 | 0.02143 | 34.29 | 5.60 | 8960.00 | 6.60 | 10560.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 300 | 0.335*0.258*0.248 | 10 | 0.02143 | 6.43 | 6.30 | 1890.00 | 7.30 | 2190.00 |
| 4 | | | | | | | | | | |
| | total | 3200 | | | | 68.6 | | 17610.00 | | 20810.00 |

so 号: MATS3797033000
柜 号: MATU2672463
封 号: MATU996657
inspection report: TSNWT00082573

AKW_003347

# PACKING LIST
## Dongguan Grinvald Technology Co.,Ltd

TO:Kitchen Winners NY Inc.                    Date: 2021/4/22

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qtyper CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total G.W. |
| 1 | NITRILE EXAMINATION GLOVES SIZE M | 1050 | 0.335*0.258*0.248 | 10 | 0.02143 | 22.50 | 5.20 | 5460.00 | 6.20 | 6510.00 |
| 2 | NITRILE EXAMINATION GLOVES SIZE L | 1350 | 0.335*0.258*0.248 | 10 | 0.02143 | 28.93 | 5.60 | 7560.00 | 6.60 | 8910.00 |
| 3 | NITRILE EXAMINATION GLOVES SIZE XL | 100 | 0.335*0.258*0.248 | 10 | 0.02143 | 2.14 | 6.30 | 630.00 | 7.30 | 730.00 |
| 4 | | | | | | | | | | |
| | total | 2500 | | | | 53.6 | | 13650.00 | | 16150.00 |

so号: MATS69810193000
柜号: CXRU1294667
封号: MATU988628
inspection report:CT06906

AKW_003348