**EXHIBIT 47**

**From:** Thomas Kato <tk@rockfintek.com>
**Sent:** Friday, August 06, 2021 2:24 PM EDT
**To:** JP Rebola (Kings Square) <JP.Rebola@sjog.org.au>
**CC:** Bradley Gilling <bg@rockfintek.com>
**Subject:** Re: US Sterilisation Wrap Access

Hello JP,

Hope things are keeping well.   Anything we can help you with?

Regards,

Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

Thomas  Kato
tk@rockfintek.com

On Apr 27, 2021, at 8:50 PM, JP Rebola (Kings Square) <JP.Rebola@sjog.org.au> wrote:

Thanks Tommy.

SJGHC uses about 400k sterilisation wraps a  year. Detail below. Pricing of these ranges between $0.15 and $2.50 depending on size and spec. Pricing would be similar, but units required much higher in many other Australian hospital systems right now.

As you can see, there are a number of products within the category. These items are used to wrap equipment that is wheeled and used in surgeries. The whole point of it is to keep all items sterile so there are very strict laws around the specifications and sterility of the product here in Australia, hence the queries on further certifications and request for samples if possible.

Let me know what you hear back from your team.

Regards

JP

| ITEM_DESCRIPTION | Approx SU PA |
|---|---|
| WRAP,STERILISATION: PRO-ZONE 47;DOUBLE LAYER;101x101cm;STANDARD;(#30-556Z) | 10,080 |
| WRAP,STERILISATION: PRO-ZONE 47;DOUBLE LAYER;121x121cm;STANDARD;(#30-557Z) | 7,200 |
| WRAP,STERILISATION: PRO-ZONE 47;DOUBLE LAYER;137x182cm;STANDARD;(#30-559) | 96 |
| WRAP,STERILISATION: PRO-ZONE 47;DOUBLE LAYER;91x91cm;STANDARD;(#30-555Z) | 13,536 |
| WRAP,STERILISATION: PRO-ZONE 47;SINGLE LAYER;121.5x121.5cm;STANDARD;(#30-462) | 4,000 |
| WRAP,STERILISATION: PRO-ZONE 47;SINGLE LAYER;43x43cm;STANDARD;(#30-464) | 3,000 |
| WRAP,STERILISATION: PRO-ZONE 47;SINGLE LAYER;61x61cm;STANDARD;(#30-460) | 7,000 |
| WRAP,STERILISATION: PRO-ZONE 47;SINGLE LAYER;91.5x91.5cm;STANDARD;(#30-461) | 22,500 |
| WRAP,STERILISATION: PRO-ZONE 47+2;DOUBLE LAYER;BLUE/LILAC;60x60cm;STANDARD;(#30-553Z) | 49,920 |
| WRAP,STERILISATION: PRO-ZONE 47+2;DOUBLE;45x45cm;BABY BLUE;(N/S);(MULTIGATE/SURG DYN #30-552) | 4,800 |
| WRAP,STERILISATION: PRO-ZONE 47+2;DOUBLE;76x76cm;BABY BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-554Z) | 16,704 |
| WRAP,STERILISATION: PRO-ZONE 61;SINGLE LAYER;121.5x121.5cm;HEAVY DUTY;(#30-473) | 7,900 |
| WRAP,STERILISATION: PRO-ZONE 61;SINGLE LAYER;137x183cm;HEAVY DUTY;(#30-474) | 300 |
| WRAP,STERILISATION: PRO-ZONE 61;SINGLE LAYER;91.5x91.5cm;HEAVY DUTY;(#30-472) | 21,900 |
| WRAP,STERILISATION: PRO-ZONE 61+2;DOUBLE LAYER;BLUE/LILAC;101x101cm;HEAVY DUTY;(#30-562Z) | 25,632 |
| WRAP,STERILISATION: PRO-ZONE 61+2;DOUBLE LAYER;BLUE/LILAC;121x121cm;HEAVY DUTY;(#30-563Z) | 31,344 |

| | |
|---|---|
| WRAP,STERILISATION: PRO-ZONE 61+2;DOUBLE;137x137cm;BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-564Z) | 720 |
| WRAP,STERILISATION: PRO-ZONE 61+2;DOUBLE;91x91cm;BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-561Z) | 50,400 |
| WRAP,STERILISATION: PRO-ZONE 75+2;DOUBLE LAYER;DK BLUE/LILAC;121x121cm;EXTRA HEAVY;(#30-572Z) | 19,824 |
| WRAP,STERILISATION: PRO-ZONE 75+2;DOUBLE;137x137cm;DARK BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-574Z) | 18,672 |
| WRAP,STERILISATION: PRO-ZONE 75+2;DOUBLE;137x182cm;DARK BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-573Z) | 720 |
| WRAP,STERILISATION: PRO-ZONE 75+2;DOUBLE;91x91cm;DARK BLUE/LILAC;(N/S);(MULTIGATE/SURG DYN #30-570Z) | 3,024 |
| WRAP, STERILIZATION: SMART-FOLD;101x139cm;H450;(HALYARD #14275) | 864 |
| WRAP,STERILISATION: H600;1210mm x 1210mm;(KIMBERLY CLARK (AUST) PTY LTD #34147) | 7,776 |
| WRAP,STERILISATION: QUICK CHECK;H200;91cmx91cm;(HALYARD #34185) | 864 |
| WRAP,STERILISATION: QUICK CHECK;H400;121cmx121cm;(HALYARD #34145) | 12,480 |
| WRAP,STERILISATION: QUICKCHECK;H200;121x121cm;BLUE/WHITE;(HALYARD #34149) | 96 |
| WRAP,STERILISATION: QUICKCHECK;H400;137x137cm;BLUE/WHITE;(HALYARD #34146) | 576 |
| WRAP,STERILISATION:QUICK CHECK;101x101cm;H400;(HALYARD #34184) | 5,472 |
| WRAP,STERILISATION:QUICK CHECK;ONE-STEP;61x61cm;H200;120x2;(S);(HALYARD #34174) | 10,080 |
| WRAP,STERILISATION:QUICK CHECK;ONE-STEP;76x76cm;H200;48x3;(S);(HALYARD #34175) | 2,880 |
| WRAP,STERILISATION:QUICK CHECK;ONE-STEP;91x91cm;H400;36x2;(S);(HALYARD #34158) | 13,392 |

**JP Rebola | Chief Procurement & Supply Logistics Officer**
**St John of God Health Care**
**T:** (08) 6116 0340 | **M:** (61) 405 090 345 | **F:** | **E:** JP.Rebola@sjog.org.au
Level 1, 556 Wellington Street, Perth WA 6000 | PO Box 5753, St Georges Terrace Perth WA 6831
www.sjog.org.au | Twitter | LinkedIn | Facebook

<image003.png>

We acknowledge the Traditional Owners of Country throughout Australia and recognise their continuing connection to land, waters and community.
We pay our respect to them and their cultures and to Elders past and present.

---

**From:** Thomas H. Kato <t@mhub.com>
**Sent:** Monday, 26 April 2021 9:35 PM
**To:** JP Rebola (Kings Square) <JP.Rebola@sjog.org.au>
**Subject:** Re: US Sterilisation Wrap Access

Hi JP,

I never purchased these before.  When I buy them from the manufacturer I have to give them an approximate monthly volume I would want and the price.
I don't if these cost $0.05 each or $5.00 each.   Do you have precovid prices and current COVID prices for these?


   Regards,

   Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

<u>Thomas Kato</u>


> On Apr 26, 2021, at 7:13 AM, JP Rebola (Kings Square) < JP.Rebola@sjog.org.au> wrote:
>
> Hi Tommy
>
> No sure what WA Health's plan is, I don't actually speak with them, I just knew they were in the hunt.
>
> For us, I'm working on approval for a sterilization wrap stockpile. The guys will likely have a couple more questions on your product, will let you know as they come through. Are samples available? Happy to pay for them if required.
>
> Regards

JP

**JP Rebola | Chief Procurement & Supply Logistics Officer
St John of God Health Care**
T: (08) 6116 0340 | M: (61) 405 090 345 | F: | E: JP.Rebola@sjog.org.au
Level 1, 556 Wellington Street, Perth WA 6000 | PO Box 5753, St Georges Terrace Perth WA 6831
www.sjog.org.au | Twitter | LinkedIn | Facebook

<image002.png>

We acknowledge the Traditional Owners of Country throughout Australia and recognise their continuing connection to land, waters and community.
We pay our respect to them and their cultures and to Elders past and present.

---

**From:** Thomas H. Kato <t@mhub.com>
**Sent:** Thursday, 22 April 2021 11:48 AM
**To:** JP Rebola (Kings Square) <JP.Rebola@sjog.org.au>
**Subject:** Re: US Sterilisation Wrap Access

JP,

Nobody is placing any orders.  I thought you guys needed these?

>   Regards,
>
>   Thomas

*Please excuse any typos or short messages as this was sent from my mobile.*

Thomas Kato

> On Apr 19, 2021, at 11:01 PM, JP Rebola (Kings Square) < JP.Rebola@sjog.org.au> wrote:
>
> Thanks Mark.
>
> I have CCed above Tommy Kato, based out of the US and through an extensive business and logistical network was able to provide hospitals support when PPE shortages occurred during COVID.
>
> Will leave it with you and your team to engage with Tommy and see if there are suitable solutions possible.
>
> Regards
>
> JP
>
> **JP Rebola | Chief Procurement & Supply Logistics Officer
> St John of God Health Care**
> T: (08) 6116 0340 | M: (61) 405 090 345 | F: | E: JP.Rebola@sjog.org.au
> Level 1, 556 Wellington Street, Perth WA 6000 | PO Box 5753, St Georges Terrace Perth WA 6831
> www.sjog.org.au | Twitter | LinkedIn | Facebook
>
> <image002.png>
>
> We acknowledge the Traditional Owners of Country throughout Australia and recognise their continuing connection to land, waters and community.
> We pay our respect to them and their cultures and to Elders past and present.
>
> ---
>
> **From:** Thompson, Mark <Mark.Thompson@health.wa.gov.au>
> **Sent:** Tuesday, 20 April 2021 9:49 AM
> **To:** Rao, Roshan <Roshan.Rao@health.wa.gov.au>; Del Prete, Paul <Paul.DelPrete@health.wa.gov.au>; JP Rebola (Kings Square) <JP.Rebola@sjog.org.au>; Rapanaro, Justin <Justin.Rapanaro@health.wa.gov.au>
> **Subject:** FW: US Sterilisation Wrap Access

RF_003491


JP

Thanks for the feedback and intel – greatly appreciated.

Rosh, Paul and Justin

See below from JP re: potential US vendor. Can you please consider and reach out to JP (or nominated team member) to discuss/explore.

**Mark Thompson| Chief Procurement Officer**
Procurement and Supply

**Health Support Services**
140 William Street, PERTH, WA 6000
T: 08 6444 5040
M: 0428 729 028
E:Mark.Thompson@health.wa.gov.au
www.hss.health.wa.gov.au
<image007.png>

<image008.jpg>

*'HSS' purpose: We support our customers to provide excellent health care.'*

<image009.jpg>

**From:** JP Rebola (Kings Square) <JP.Rebola@sjog.org.au>
**Sent:** Tuesday, 20 April 2021 9:42 AM
**To:** Thompson, Mark <Mark.Thompson@health.wa.gov.au>
**Subject:** US Sterilisation Wrap Access

> **CAUTION External Communication:** This email originated from outside of the organisation. Do not click links or open attachments unless you recognise the sender and know the content is safe.

Hi Mark

We were put in touch with a US supplier during COVID who was a reliable supplier to Ascension's circa 200 hospitals (a Catholic health system we have a good relationship with). We have not used them yet, but got close. They appear to have access to wraps, not sure on timelines or price yet.

James Williamson reached out to our CEO Shane Kelly asking if we had excess stock we don't require. We don't, but would you like this US contact so you can at least start a conversation? The only ask I'd have is that if we need them, we are kept whole first, however from what I can sense they tend to have access to higher volumes.

Regards

JP


**JP Rebola | Chief Procurement & Supply Logistics Officer**
**St John of God Health Care**
T: (08) 6116 0340 | M: (61) 405 090 345 | F: | E: JP.Rebola@sjog.org.au
Level 1, 556 Wellington Street, Perth WA 6000 | PO Box 5753, St Georges Terrace Perth WA 6831
www.sjog.org.au | Twitter | LinkedIn | Facebook

<image010.png>


We acknowledge the Traditional Owners of Country throughout Australia and recognise their continuing connection to land, waters and community.
We pay our respect to them and their cultures and to Elders past and present.

**IMPORTANT:** This email and any attachments are for the sole use of the intended recipient. They may contain confidential or privileged information. This information may not necessarily be the view of St John of God Health Care Inc (SJGHC). SJGHC does not warrant, represent or guarantee the accuracy or completeness of the information. SJGHC does not accept liability for any loss or damage in connection with the information. If you are not the intended recipient then any use, reliance, interference with, disclosure, distribution or copying of this information by you is unauthorised and prohibited. If you have received this email in error then please notify the sender by return email and delete all copies. SJGHC does not waive any privilege.