**EXHIBIT** 49

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

## SGS report for JNS
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                    Sun, Jan 31, 2021 at 12:43 PM
To: joel lefkowitz <joellefkowitz11211@gmail.com>

This report is for 60k boxes which are the 2 containers shipped out
I will send paperwork hopefully tomorrow.

📄 **SGS report Jan 27 2021 1-28.pdf**
3371K

AKW - 002865

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

**Report No.:**   TSNWT00081125

# INSPECTION REPORT

〈Special for Epidemic prevention materials〉

**IMPORTANT INFORMATION REGARDING THE SCOPE AND LIMITATIONS OF THE INSPECTION AND REPORT**

The scope of this report is limited to a **VISUAL INSPECTION ONLY** for the workmanship and basic function check of the product. Performance index and compliance of the product are NOT included in the scope of this report. This report is a reasonable attempt to identify any obvious or significant defects apparent in those areas of the product fully accessible and visible to the inspector at the time of the inspection. This Report is made solely for the use and benefit of the Client named on the front of this report.

| To : | GLOBAL TOOLING SERVICE LIMITED | Date: | 27-Jan-2021 |
|---|---|---|---|
| Att : | ANNA | | |
| From : | Levi Wang | E-mail : | Levi.wang@sgs.com |

| SGS File No.: | CNTSN1853839 | Product family view |
|---|---|---|
| Buyer : | Global Tooling Service Ltd | |
| Supplier : | | |
| Manufacturer : | | |
| Style Number: | S, M, L, XL | |
| Product description: | Synthetic nitrile protection gloves | |
| P.O. Number: | GTS | |
| L/C Number: | N/A | |
| Service performed : | FRI | |
| Inspection Date : | From 25-Jan-2021 To 26-Jan-2021 | |
| Inspection Location : | Zibo, Shandong, China | |



**Inspection Criteria**

| Reference sample provided by | Not Available |
|---|---|
| Client instruction/specification | YES |
| SGS WI number | P-INSP-WI-HL-111 |
| Other | N/A |

| **Overall Inspection Conclusion:** | **Subject to client's evaluation** |
|---|---|

**Inspection Summary:**

| 1. Quantity : | Subject to client's evaluation |
|---|---|
| 2. Style, color : | Subject to client's evaluation |
| 3. Workmanship appearance / function : | Conform |
| 4. Data measurement / field tests: | Subject to client's evaluation |
| 5. Packing : | Subject to client's evaluation |
| 6. Marking / label : | Subject to client's evaluation |

**Problem Remark:**

Inspector:   Yang Mi                    Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd , 2020]

AKW - 002866

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125

1.Actual found the size M & L height of "CE" mark on color box was 4mm, it was not conformed to EU SPEC. Required: minimum 5mm. Details please see below photo, but the supplier did not provide the destination in booking.



| 2. No received spec. to check the marking on export carton and color box. Details please see photos. |
| 3. Not found PO number and carton number on anywhere. |
| 4. Actual found the total quantity was same as inspection booking, but no details quantity on inspection booking. |
| 5. For M size &L size, found barcode number on outer carton and retail box. For S size & XL size, without barcode number on carton and retail box. |
| 6. For Data Measurement, we just record them in table 4. |
| 7. Found "CE" mark on the export carton and color box, but factory not provided CE Verification and CE test report. |
| 8. No reference sample available for comparison during inspection. |
| 9.No received the Spec. from client, details please see photos. |

**1.   Quantity:**                                    Subject to client's evaluation

| No | Style / Item/ Article | P.O. No. | Order Qty. | Inspection Qty. (Presented Qty. for insp.) | | Number of Cartons | |
|----|----------------------|----------|-----------|--------|------------|--------|------------|
| | | | | Packed | Not Packed | Packed | Not packed |
| 1 | Size S | GTS | N/A | 20000 | 0 | 2000 | 0 |
| 2 | Size M | GTS | N/A | 10000 | 0 | 1000 | 0 |
| 3 | Size L | GTS | N/A | 27000 | 0 | 2700 | 0 |
| 4 | Size XL | GTS | N/A | 3000 | 0 | 300 | 0 |
| | | Total: | 60000 | 60000 | 0 | 6000 | 0 |

**2.   Style & Color Conformity:**                    Subject to client's evaluation

Comments:
- No reference sample available for comparison during inspection.

Inspector:   Yang Mi                         Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd , 2020]

AKW - 002867



SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125

3.   **Workmanship Appearance / Functional Inspection Findings:**        Within AQL

**Inspection Method Applied:**
ANSI / ASQ Z1.4- 2003（R2018）, Single sampling plans for normal inspection,
Level        II                              Sample size:    500
Acceptance Quality Limit (AQL) for:        Critical:    N/A        Major:    2.5        Minor:    4.0

| Defect description | Critical | Major | Minor |
|---|---|---|---|
| **For size S inspected 167pcs, found** | | | |
| Minor-Black dot on surface | 0 | 0 | 3 |
| **For size M inspected 83pcs, found** | | | |
| Minor-Black dot on surface | 0 | 0 | 4 |
| **For size L inspected 225pcs, found** | | | |
| Major-Excessive material on product | 0 | 1 | 0 |
| Major-Excessive color stain on surface | 0 | 1 | 0 |
| Minor-Black dot on surface | 0 | 0 | 2 |
| **For size XL inspected 25pcs, found** | | | |
| Minor-Black dot on surface | 0 | 0 | 2 |
| Total defectives: | 0 | 2 | 11 |
| Maximum allowed: | 0 | 21 | 21 |

Defect photos :



**For size S**

| | |
|---|---|
| Minor-Black dot on surface | Minor-Black dot on surface |

Inspector:    Yang Mi                                Factory Representative:    Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd , 2020]

AKW - 002868

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Minor-Black dot on surface

/

**For size M**

Minor-Black dot on surface

Minor-Black dot on surface

Minor-Black dot on surface

Minor-Black dot on surface

Inspector:   Yang Mi          Factory Representative:   Susan

*This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

**Report No.:**   TSNWT00081125



For size L

Major-Excessive material on product

Major-Excessive color stain on surface

Minor-Black dot on surface

Minor-Black dot on surface

For size XL

Inspector:   Yang Mi

Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd , 2020]

AKW - 002870



SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125

| Minor-Black dot on surface | Minor-Black dot on surface |
|---|---|

**4.   Product-Specific Data Measurement / Field Test on Reduced Sample Size:**     Subject to client's evaluation

| Check points | Qty | Test Result | Specification/Tolerance |
|---|---|---|---|
| **For size S** | | | |
| Length (mm) | 8 | 240, 242, 243, 241, 238, 240, 240, 245 | N/A |
| Width (mm) | 8 | 87, 87, 87, 87, 87, 87, 87, 87 | N/A |
| Thickness of cuff (single wall) (mm) | 8 | 0.070, 0.060, 0.070, 0.070, 0.070, 0.070, 0.060, 0.070 | N/A |
| Thickness of palm (single wall) (mm) | 8 | 0.090, 0.070, 0.090, 0.080, 0.090, 0.080, 0.080, 0.080 | N/A |
| Thickness of fingertip (single wall) (mm) | 8 | 0.120, 0.100, 0.100, 0.100, 0.120, 0.110, 0.120, 0.120 | N/A |
| Weight (g) | 8 | 5.12, 4.96, 5.15, 5.13, 5.10, 5.06, 5.08, 5.20 | N/A |
| Quantity check | 3 | 100, 100, 100 | 100pcs per box |
| Elongation (%) | 8 | 434.88, 447.39, 509.63, 504.15, 454.01, 508.75, 506.31, 524.32 | N/A |
| Tensile (N) | 8 | 9.69, 7.84, 9.08, 8.65, 8.06, 8.78, 9.09, 8.84 | N/A |
| Tensile Strength (Mpa.) | 8 | 26.93, 21.77, 25.22, 24.04, 22.40, 24.39, 25.24, 24.57 | N/A |
| Carton size (cm) | 1 | 34.0x26.0x24.5 | Shipping mark: 33.5x25.8x24.8cm |
| Carton G.W. (kg) | 1 | 6.065 | N/A |
| Water leakage test | 13 | Acceptable | Fill fully in the glove with water and waiting for 4 min., no leakage. |
| Carton drop test | 1 | Acceptable | ISTA 1A, One point, three lines, six sides |
| **For M size** | | | |
| Length (mm) | 8 | 239, 237, 238, 237, 237, 238, 239, 241 | N/A |
| Width (mm) | 8 | 96, 97, 97, 95, 96, 96, 96, 97 | N/A |
| Thickness of cuff (single wall) (mm) | 8 | 0.060, 0.060, 0.060, 0.050, 0.060, 0.060, 0.060, 0.060 | N/A |
| Thickness of palm (single wall) (mm) | 8 | 0.070, 0.070, 0.070, 0.070, 0.070, 0.080, 0.070, 0.070 | N/A |
| Thickness of fingertip (single wall) (mm) | 8 | 0.060, 0.050, 0.065, 0.050, 0.050, 0.060, 0.050, 0.060 | N/A |
| Weight (g) | 8 | 5.03, 4.82, 5.09, 5.25, 5.07, 4.97, 5.11, 4.93 | N/A |
| Quantity check | 3 | 100, 100, 100 | 100pcs per box |

Inspector:    Yang Mi                              Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd, 2020]

AKW - 002871

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

Report No.:   TSNWT00081125

| | | | |
|---|---|---|---|
| Elongation (%) | 8 | 485.34, 432.28, 489.05, 458.20, 451.51, 415.55, 466.85, 443.43 | N/A |
| Tensile (N) | 8 | 6.96, 7.16, 7.79, 7.28, 7.05, 6.71, 10.36, 6.96 | N/A |
| Tensile Strength (Mpa.) | 8 | 19.33, 19.89, 21.64, 21.23, 19.58, 18.63, 28.77, 19.34 | N/A |
| Carton size (cm) | 1 | 34.0x26.0x24.5 | Shipping mark: 33.5x25.8x24.8cm |
| Carton G.W. (kg) | 1 | 5.885 | N/A |
| Water leakage test | 13 | Acceptable | Fill fully in the glove with water and waiting for 4 min., no leakage. |
| Carton drop test | 1 | Acceptable | ISTA 1A, One point, three lines, six sides |
| **For L size** | | | |
| Length (mm) | 8 | 243, 242, 240, 240, 237, 241, 240, 244 | N/A |
| Width (mm) | 8 | 105, 105, 105, 105, 105, 106, 105, 105 | N/A |
| Thickness of cuff (single wall) (mm) | 8 | 0.070, 0.065, 0.060, 0.060, 0.070, 0.065, 0.070, 0.070 | N/A |
| Thickness of palm (single wall) (mm) | 8 | 0.080, 0.075, 0.080, 0.080, 0.070, 0.080, 0.080, 0.080 | N/A |
| Thickness of fingertip (single wall) (mm) | 8 | 0.110, 0.120, 0.120, 0.120, 0.130, 0.100, 0.110, 0.100 | N/A |
| Weight (g) | 8 | 5.62, 5.86, 5.70, 5.70, 5.79, 5.81, 5.87, 5.70 | N/A |
| Quantity check | 3 | 100, 101, 100 | 100pcs per box |
| Elongation (%) | 8 | 412.74, 438.69, 422.85, 418.51, 418.53, 421.93, 513.08, 465.29 | N/A |
| Tensile (N) | 8 | 6.85, 6.98, 6.19, 6.34, 6.05, 6.10, 7.00, 6.80 | N/A |
| Tensile Strength (Mpa.) | 8 | 19.02, 19.38, 17.20, 17.62, 16.80, 16.94, 19.45, 18.89 | N/A |
| Carton size (cm) | 1 | 34.0x26.0x24.5 | Shipping mark: 33.5x25.8x24.8cm |
| Carton G.W. (kg) | 1 | 6.570 | N/A |
| Water leakage test | 13 | Acceptable | Fill fully in the glove with water and waiting for 4 min., no leakage. |
| Carton drop test | 1 | Acceptable | ISTA 1A, One point, three lines, six sides |
| **For XL size** | | | |
| Length (mm) | 8 | 242, 237, 238, 242, 241, 240, 245, 245 | N/A |
| Width (mm) | 8 | 115, 115, 115, 115, 115, 115, 115, 115 | N/A |

Inspector:   Yang Mi                    Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd , 2020]

AKW - 002872

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

**Report No.:**   TSNWT00081125

| | | | |
|---|---|---|---|
| Thickness of cuff (single wall) (mm) | 8 | 0.060, 0.060, 0.060, 0.060, 0.060, 0.060, 0.060, 0.060 | N/A |
| Thickness of palm (single wall) (mm) | 8 | 0.080, 0.080, 0.080, 0.070, 0.080, 0.075, 0.075, 0.070 | N/A |
| Thickness of fingertip (single wall) (mm) | 8 | 0.070, 0.070, 0.110, 0.120, 0.110, 0.090, 0.120, 0.080 | N/A |
| Weight(g) | 8 | 5.96, 6.18, 6.06, 6.20, 6.08, 6.19, 6.13, 6.40 | N/A |
| Quantity check | 3 | 100, 100, 100 | 100pcs per box |
| Elongation (%) | 8 | 451.38, 475.72, 453.50, 461.42, 420.08, 426.72, 411.55, 451.49 | N/A |
| Tensile (N) | 8 | 8.88, 8.39, 7.85, 7.38, 7.61, 7.33, 7.53, 5.91 | N/A |
| Tensile Strength (Mpa.) | 8 | 24.66, 23.29, 21.80, 20.50, 21.13, 20.35, 20.93, 16.41 | N/A |
| Carton size (cm) | 1 | 34.0x26.0x24.5 | Shipping mark: 33.5x25.8x24.8cm |
| Carton G.W. (kg) | 1 | 6.965 | N/A |
| Water leakage test | 13 | Acceptable | Fill fully in the glove with water and waiting for 4 min., no leakage. |
| Carton drop test | 1 | Acceptable | ISTA 1A, One point, three lines, six sides |

## 5.  Packing:

5.1 Individual packing conformity :          Subject to client's evaluation
Comments:
- Each 100pcs packed into a retail box.

5.2 Inner packing conformity :          Not Applicable
Comments:
- N/A

5.3 Export packing conformity :          Subject to client's evaluation
Comments:
- Each 10 retail boxes (1000pcs) packed into a 1-ply corrugated cardboard export carton sealed with gummed tape.

5.4 Samples selected from carton numbers:
- Total 78 cartons were randomly selected for inspection, found no individual carton no. marked on carton.

## 6.  Marking / Label:

6.1 Bar code:          Conform

Inspector:   Yang Mi                          Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."



SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125

- Found readable and conformed to printing.
- For M size &L size, found barcode number on outer carton and retail box. For S size & XL size, without barcode number on carton and retail box.

6.2 Shipping mark conformity:                Subject to client's evaluation
Comments:
- Please see photo.
- No received marking artwork from client.
- Not found PO number and carton number on anywhere.
- Found "CE" mark on the export carton and color box, but factory not provided CE Verification and CE test report.

6.3 Marking & label conformity:             Subject to client's evaluation
Comments:
- Please see photo.
- No received marking artwork from client.
- Actual found the size M & L height of "CE" mark on color box was 4mm, it was not conformed to EU SPEC. Required: minimum 5mm.
- Found "CE" mark on the export carton and color box, but factory not provided CE Verification and CE test report.


**7.   Informative Remark:**
- The equipment used for relevant testing was provided by the factory.
- Lot Number: MDE202011 & MDE202101; Date of manufacture: CN-11 2020 & 2021-01; Date of expiry: 3 Years printed on color box surface.
- Lot Number: 202011 & 202101; Date of manufacture: 20201118 & 20210103, Date of expiry: 3 Years printed on qualified certificate surface.


**8.   Inspection Environment:**
Lighting :                              Room lighting
                                        Sufficient
Inspection place :                      Other
Inspection done on:                     Table
Cleanliness :                           Clean
Weather condition:                      Dry
Cargo storage:                          Orderly, easy to count


Inspector:    Yang Mi                            Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd . 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125

## 9. Attachment



Inspector:   Yang Mi

Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



For size S

Inspector:   Yang Mi          Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd , 2020]

AKW - 002876



SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi          Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi          Factory Representative:   Susan

*This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]

AKW - 002878

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



For size M

Inspector:   Yang Mi

Factory Representative:   Susan

*This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's Instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]

AKW - 002879

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi                   Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]

AKW - 002880



SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**    TSNWT00081125



Inspector:    Yang Mi                    Factory Representative:    Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd . 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

**Report No.:**   TSNWT00081125



For size L

Inspector:   Yang Mi                                       Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd . 2020]

AKW - 002882

SGS-P-7.4-01-F02-CRS-HL-EPM

**SGS**

**Report No.:** TSNWT00081125



Inspector: Yang Mi          Factory Representative: Susan

*This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi                     Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd . 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi                    Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd , 2020]

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi

Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

[Rev.01: Apr. 2nd . 2020]



On site test

Inspector: Yang Mi                    Factory Representative: Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any. The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd . 2020]

AKW - 002887

![SGS]

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi                    Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."

SGS-P-7.4-01-F02-CRS-HL-EPM

**Report No.:**   TSNWT00081125



Inspector:   Yang Mi                              Factory Representative:   Susan

"This document is issued by the Company under its General Conditions of Service accessible at http://www.sgs.com/en/Terms-and-Conditions.aspx. Attention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.
Any holder of this document is advised that information contained hereon reflects the Company's findings at the time of its intervention only and within the limits of Client's instructions, if any.  The Company's sole responsibility is to its Client and this document does not exonerate parties to a transaction from exercising all their rights and obligations under the transaction documents. Any unauthorized alteration, forgery or falsification of the content or appearance of this document is unlawful and offenders may be prosecuted to the fullest extent of the law."
[Rev.01: Apr. 2nd , 2020]

AKW - 002889