# EXHIBIT 51

**From:** JNS Group <jnscorpoffice@gmail.com>
**Sent:** Thursday, April 29, 2021 3:12 PM EDT
**To:** David Dembitzer <DavidD@md3pl.com>
**CC:** Joel Stern <9070854@gmail.com>; David Rubin <dlr858@gmail.com>; joel lefkowitz <joellefkowitz11211@gmail.com>
**Subject:** Container #CSNU7773635 DO & PL
**Attachment(s):** "Customs Delivery Order B00016138_CSNU7773635.PDF","CSNU7773635 Packing list.xlsx"

See attached DO & PL, please pick it up and send me the pics and Tally from this container.

# PACKING LIST

## Kitchen Winners NY Inc.

TO:JNS

Date:

| NO. | Production Name | Qty (ctn) | CTN size (LxWxH - mm) | Qty per CTN | CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | N.W. | Total N.W. | G.W. | Total |
| 2 | synthetic nitrile protection gloves SIZE M | 1000 | 33.5*25.8*24.8 | 10 | 0.021434 | 21.43 | 5.00 | 5000.00 | 5.99 | 598 |
| 3 | synthetic nitrile protection gloves SIZE L | 2000 | 33.5*25.8*24.8 | 10 | 0.021434 | 42.87 | 5.50 | 11000.00 | 6.49 | 1297 |
| | **total** | **3000** | | | | **64.30** | | **16000.00** | | **1896** |

CSNU7773635

| | L | M | N |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | 2021/3/27 | | |
| 5 | | | |
| 6 | G.W. | | |
| 7 | | | |
| 8 | 5.00 | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | 5.00 | | |
| 13 | | | |
| 14 | | | |
| 15 | **0.00** | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

PL **4**

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 3/4/2021 | 1633 |

| Ship To |
|---------|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|          |      |     |     |         |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 3,000 | 4015190000 | Container #MATU2723257<br>Nitrile examination gloves as specs |

Released by Mendel

*Mendel Banon*   March 9, 2021

----------------------
Drivers siganture & Date
Picture of Drivers license

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

# Packing Slip

| Date | Invoice # |
|------|-----------|
| 3/18/2021 | 1633 |

| Ship To |
|---------|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. No. | Ship | Via | FOB | Project |
|----------|------|-----|-----|---------|
|          |      |     |     |         |

| Quantity | Item Code | Description |
|----------|-----------|-------------|
| 3,000 | 4015190000 | Container #MATU2630154<br>Nitrile examination gloves as specs |

Released by Mendel

*Mendel Banon*    March 18, 2021

----------------------
Drivers siganture & Date
Picture of Drivers license

# Remit Payment:

## MD 3PL

821 S. ROCKEFELLER AVE
ONTARIO, CA 91761

# Invoice

# Bill To:

## JK Kitchen Winners INC

1134 53rd St.
Brooklyn, NY 11219

| Invoice # | |
|---|---|
| | **3771** |
| **Invoice Date:** | |
| | **5/13/2021** |
| **Total Due :** | |
| | **$112,475.00** |
| **Terms:** | |
| | **NET 15** |

# Summary

| | | | | |
|---|---|---|---|---|
| Inbound Charges | | | | $103,500.00 |
| Inbound Handling - Per Container : Per Container : | 23.00 | $2,500.00 | | $57,500.00 |
| Inbound Handling - Sorting : Per Container : | 23.00 | $2,000.00 | | $46,000.00 |
| Other Charges | | | | $8,975.00 |
| 55 pallets at $25 per pallet : Transaction : | 1.00 | $1,375.00 | | $1,375.00 |
| 47 pallets at $25 per pallet : Transaction : | 1.00 | $1,175.00 | | $1,175.00 |
| 38 pallets at $25 per pallet : Transaction : | 1.00 | $950.00 | | $950.00 |
| 44 pallets at $25 per pallet : Transaction : | 1.00 | $1,100.00 | | $1,100.00 |
| 23 pallets at $25 per pallet : Transaction : | 1.00 | $575.00 | | $575.00 |
| 27 pallets at $25 per pallet : Transaction : | 2.00 | $675.00 | | $1,350.00 |
| 25 pallets at $25 per pallet : Transaction : | 1.00 | $625.00 | | $625.00 |
| 21 pallets at $25 per pallet : Transaction : | 1.00 | $525.00 | | $525.00 |
| 26 pallets at $25 per pallet : Transaction : | 2.00 | $650.00 | | $1,300.00 |
| | | Total Charge(s): | | $112,475.00 |

# Detail

| Activity Type | Date | Transaction # | Fee Type | Quantity | SKU | Description | UOM | Rate | Total |
|---|---|---|---|---|---|---|---|---|---|
| Storage | 14-Apr-21 | 75944 | | 1.00 | 55 pallets at $25 per pallet | | | Transaction | $1,375.00 | $1,375.00 |
| | | | Total Charge(s) for Misc # RFCU5003055 - Initial Storage | | | | | | $1,375.00 |
| | 19-Apr-21 | 75945 | | 1.00 | 47 pallets at $25 per pallet | | | Transaction | $1,175.00 | $1,175.00 |
| | | | Total Charge(s) for Misc # MATU2593317 - Initial Storage | | | | | | $1,175.00 |
| | 22-Apr-21 | 75946 | | 1.00 | 38 pallets at $25 per pallet | | | Transaction | $950.00 | $950.00 |
| | | | Total Charge(s) for Misc # MATU2581609 - Initial Storage | | | | | | $950.00 |
| | 26-Apr-21 | 75947 | | 1.00 | 44 pallets at $25 per pallet | | | Transaction | $1,100.00 | $1,100.00 |
| | | | Total Charge(s) for Misc # TEMU8130496 - Initial Storage | | | | | | $1,100.00 |

- Continued on Next Page -

| Storage | Date | Transaction # | Fee Type | Quantity | SKU | Description | UOM | Rate | Total |
|---------|------|---------------|----------|----------|-----|-------------|-----|------|-------|
| Storage | 06-May-21 | 75948 | | 1.00 | 23 pallets at $25 per pallet | | Transaction | $575.00 | $575.00 |
| | | | | **Total Charge(s) for Misc # MATU2521317 - Initial Storage** | | | | | **$575.00** |
| | 09-May-21 | 75950 | | 1.00 | 25 pallets at $25 per pallet | | Transaction | $625.00 | $625.00 |
| | | | | **Total Charge(s) for Misc # TRHU5521973 - Initial Storage** | | | | | **$625.00** |
| | 09-May-21 | 75951 | | 1.00 | 21 pallets at $25 per pallet | | Transaction | $525.00 | $525.00 |
| | | | | **Total Charge(s) for Misc # MATU5164173 - Initial Storage** | | | | | **$525.00** |
| | 09-May-21 | 75953 | | 1.00 | 27 pallets at $25 per pallet | | Transaction | $675.00 | $675.00 |
| | | | | **Total Charge(s) for Misc # SEGU4842243 - Initial Storage** | | | | | **$675.00** |
| | 10-May-21 | 75956 | | 1.00 | 26 pallets at $25 per pallet | | Transaction | $650.00 | $650.00 |
| | | | | **Total Charge(s) for Misc # TRHU5523277 - Initial Storage** | | | | | **$650.00** |
| | 10-May-21 | 75957 | | 1.00 | 26 pallets at $25 per pallet | | Transaction | $650.00 | $650.00 |
| | | | | **Total Charge(s) for Misc # BMOU5449439 - Initial Storage** | | | | | **$650.00** |
| | 13-May-21 | 75949 | | 1.00 | 27 pallets at $25 per pallet | | Transaction | $675.00 | $675.00 |
| | | | | **Total Charge(s) for Misc # MATU2621168 - Initial Storage** | | | | | **$675.00** |

| Activity Type | Date | Transaction # | Fee Type | Quantity | SKU | Description | UOM | Rate | Total |
|---------------|------|---------------|----------|----------|-----|-------------|-----|------|-------|
| Receiving | 15-Apr-21 | 72642 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # MATU2581609** | | | | | **$4,500.00** |
| | 19-Apr-21 | 73834 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # TEMU8130496** | | | | | **$4,500.00** |
| | 30-Apr-21 | 74900 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # MATU2521317** | | | | | **$4,500.00** |
| | 03-May-21 | 74994 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # MATU2621168** | | | | | **$4,500.00** |
| | 03-May-21 | 74995 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # TRHU5521973** | | | | | **$4,500.00** |
| | 03-May-21 | 74996 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # MATU5164173** | | | | | **$4,500.00** |
| | 03-May-21 | 74983 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | | | | **Total Charge(s) for Inbound # SEGU4842243** | | | | | **$4,500.00** |
| | 04-May-21 | 75356 | | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |

Receiving

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total Charge(s) for Inbound # TRHU5523277** | | | | | | | **$4,500.00** |
| 04-May-21 | 74997 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # BMOU5449439** | | | | | | | **$4,500.00** |
| 06-May-21 | 75714 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # MATU2695094** | | | | | | | **$4,500.00** |
| 06-May-21 | 75716 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # MATU2506966** | | | | | | | **$4,500.00** |
| 06-May-21 | 75719 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # MATU2282716** | | | | | | | **$4,500.00** |
| 07-May-21 | 75367 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # EGHU9883700** | | | | | | | **$4,500.00** |
| 07-May-21 | 75538 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # 403-15005804** | | | | | | | **$4,500.00** |
| 07-May-21 | 74901 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # MATU5173637** | | | | | | | **$4,500.00** |
| 07-May-21 | 75720 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # MATU2310931** | | | | | | | **$4,500.00** |
| 07-May-21 | 75721 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # SEGU4306317** | | | | | | | **$4,500.00** |
| 10-May-21 | 75722 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # TCNU8493573** | | | | | | | **$4,500.00** |
| 11-May-21 | 75779 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # TRHU5525114** | | | | | | | **$4,500.00** |
| 11-May-21 | 75754 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| **Total Charge(s) for Inbound # SMCU1018005** | | | | | | | **$4,500.00** |
| 11-May-21 | 75755 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |

| Receiving | 11-May-21 | 75755 | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
|---|---|---|---|---|---|---|---|---|
| | **Total Charge(s) for Inbound # MATU5169534** | | | | | | | **$4,500.00** |
| | 12-May-21 | 75889 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | **Total Charge(s) for Inbound # MATU2668951** | | | | | | | **$4,500.00** |
| | 13-May-21 | 75923 | 1.00 | Inbound Handling - Per Container | | Per Container | $2,500.00 | $2,500.00 |
| | | | 1.00 | Inbound Handling - Sorting | | Per Container | $2,000.00 | $2,000.00 |
| | **Total Charge(s) for Inbound # 40315015092** | | | | | | | **$4,500.00** |

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## Re: Release loads
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                    Wed, Apr 21, 2021 at 1:22 PM
To: David Dembitzer <davidd@md3pl.com>
Cc: Mendel Banon <mendelbanon@gmail.com>, Jimmy Esparza <JIMMY@md3pl.com>

Hi

Please send BOL for this shipment as well.

Please note, not to release to Rock Fintek any goods yet, till we give the ok

On Apr 20, 2021, at 7:10 PM, David Dembitzer <davidd@md3pl.com> wrote:

Hey Guys,

This is what we're loading in each of the 2 trucks:

Sm 280
Med 950
Large. 1350
XL 340

-
Best Regards,
David Dembitzer
CEO



O. 562-666-2828
F. 562-666-2829
TF. 833-568-3828
WWW.MD3PL.COM

On Apr 19, 2021, at 4:59 PM, Joseph Weiner <hersheyweiner@gmail.com> wrote:

Actually, I also want you to work on the size breakdown.
According to the packing list, these containers should have as below.

|       | Small | Medium | Large | Ex large |
|-------|-------|--------|-------|----------|
| JNS   | 300   | 700    | 1,700 ARKW000667 | 300 |
| JNS   | 300   | 700    | 1,700 | 300 |
| JNS   | 300   | 700    | 1,700 | 300 |

**11**

| | | | | |
|---|---|---|---|---|
| MM2020 | 500 | 400 | 1,900 | 200 |
| PS | | 1,200 | 1,200 | 600 |
| PS | | 1,050 | 1,750 | 200 |
| | **1,400** | **4,750** | **9,950** | **1,900** |

We need only as below

**Small 1,400**
**Medium 4,750**
**Large 6,750**
**Ex Large 1,700**

**Please confirm**

On Mon, Apr 19, 2021 at 4:44 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Hi,
I will try to make it the easiest possible.

The following container number loads we are selling to a customer of ours which will come down to inspect and pick up. But only after my authorization they are able to pick up.
Now the goods are currently not assigned to me, they are under JNS and Prestige Sales. But, I am having them release it to me, so I can sell it further.

3 containers from JNS
CBHU8904290
TGBU8842994
CSNU7178458

1 container from MM2020
BEAU4566776

And 2 containers from Prestige
MATU2709520
TCLU8010739

Once all is released and ready to load on trucks, please make sure that the JNS goods are the ones accessible to inspect, and they are the ones loaded on the track last.
On every load there should be some JNS goods mixed in, so you should have what to put last on the truck.
In other words, we want them rather to see those goods if they inspect.

AKW000668

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

## RE: Rock Fintek
1 message

**Luis Navarro <luisn@md3pl.com>**            Wed, Apr 28, 2021 at 11:22 AM
To: Joseph Weiner <hersheyweiner@gmail.com>, David Dembitzer <davidd@md3pl.com>, Jimmy Esparza
<jimmy@md3pl.com>

Joseph,

Thank you for the info this helps. We will follow your instructions, containers will be sorted by size and kept by size.

Thank you

Louis

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Tuesday, April 27, 2021 5:03 PM
**To:** David Dembitzer <davidd@md3pl.com>; Jimmy Esparza <jimmy@md3pl.com>; Luis Navarro <luisn@md3pl.com>
**Subject:** Re: Rock Fintek

David,

These are the containers coming in that can be used for Rock Fintek please check availability, as we need the goods for
their pick ups. I put the breakdown for each container here so you know what your getting.

I know we are low on small, but we are getting in an air shipment by the weekend and more containers later on

| Container Number | ETD | ETA | Shipline | Small | Medium | Large | Ex Large |
|---|---|---|---|---|---|---|---|
| MATU5173637 | 4/15/2021 | 4/28/2021 | Matson | | 1,000 | 1,000 | 500 |
| MATU5164173 | 4/15/2021 | 4/28/2021 | Matson | | 1,100 | 1,100 | 300 |
| SEGU4842243 | 4/15/2021 | 4/28/2021 | Matson | | 1,300 | 1,300 | 600 |
| MATU2621168 | 4/15/2021 | 4/28/2021 | Matson | | 1,300 | 1,300 | 600 |
| EGHU9883700 | 4/9/2021 | 4/28/2021 | evergreen | AKW000757   100 | 850 | 2,000 | 50 |
| BMOU5449439 | 4/9/2021 | 4/28/2021 | evergreen | 100 | 850 | 2,000 | 50 |

**13**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TRHU5521973 | 4/10/2021 | 4/29/2021 | cosco | 200 | 1,350 | 1,250 | 200 |
| TRHU5525114 | 4/10/2021 | 4/29/2021 | cosco | 200 | 1,350 | 1,250 | 200 |
| TRHU5523277 | 4/10/2021 | 4/29/2021 | cosco | 200 | 1,350 | 1,250 | 200 |
| OOLU9852849 | 4/10/2021 | 4/29/2021 | cosco | 200 | 1,350 | 1,250 | 200 |
| SEGU4306317 | 4/21/2021 | 5/2/2021 | Matson | | 1350 | 1650 | 200 |
| TCNU8493573 | 4/21/2021 | 5/2/2021 | Matson | | 1400 | 1400 | 400 |
| MATU2282716 | 4/21/2021 | 5/2/2021 | Matson | | 1100 | 1100 | 400 |
| MATU2310931 | 4/21/2021 | 5/2/2021 | Matson | | 1100 | 1100 | 400 |
| MATU2695094 | 4/21/2021 | 5/2/2021 | Matson | | 1400 | 1400 | 400 |
| MATU2693595 | 4/21/2021 | 5/2/2021 | Matson | | 1400 | 1400 | 400 |
| MATU2312404 | 4/22/2021 | 5/4/2021 | Matson | | 1100 | 1100 | 400 |
| MATU5178243 | 4/22/2021 | 5/4/2021 | Matson | | 1100 | 1100 | 300 |
| MATU2633934 | 4/22/2021 | 5/4/2021 | Matson | | 1350 | 1650 | 200 |
| EGHU9319748 | 4/6/2021 | 5/6/2021 | evergreen | 200 | 1,350 | 1,250 | 200 |
| SMCU1210430 | 4/3/2021 | 5/7/2021 | SM Line | 200 | 1,050 | 1,550 | 200 |
| SMCU1018005 | 4/3/2021 | 5/7/2021 | SM Line | 200 | 1,050 | 1,550 | 200 |
| SMCU1057070 | 4/3/2021 | 5/7/2021 | SM Line | 200 | 1,050 | 1,550 | 200 |

On Sun, Apr 25, 2021 at 12:59 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Hi,

The following containers are coming in and are all for Rock Fintek. These should all be stripped and sorted by sizes, we do not need it by container. We will need to organize it to be 10/40/40/10 when shipping out,

AKW000758

EGHU9883700

**14**

BMOU5449439

SMCU1210430

SMCU1018005

SMCU1057070

EGHU9319748

TRHU5521973

TRHU5525114

TRHU5523277

OOLU9852849

MATU5173637

MATU5164173

SEGU4842243

MATU2621168

SEGU4306317

TCNU8493573

MATU2282716

MATU2310931

MATU2695094

MATU2693595

MATU2312404

AKW000759

**15**

MATU5178243

MATU2633934

AKW000760

 Gmail

Joseph Weiner <hersheyweiner@gmail.com>

## Re: MD 3PL - Daily Containers

1 message

**Matt Holker** <matth@md3pl.com>
To: Joseph Weiner <hersheyweiner@gmail.com>

Hi Heshy,

Please see the attached Excel spreadsheet for today's containers and stock status report.

The two containers have been corrected with inventory. The warehouse may have pulled items for order from the air shipment before the entire count was completed, a majority of orders hav stock status report will reflect will reduce quantities. I'm not sure what the other containers are that are expected to be received in the next 2 days. I'll have to check with the receiving team.

Thank you,
Matt

On Tue, May 11, 2021 at 6:34 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Thanks Matt.

I have a few comments and questions, if you can please help me.

1) Container TEMU8130496 is Levmed
2) Container BMOU5449439 is Medcare
3) Air shipment was supposed to be 2000 cartons, I know the airline lost like 25 cartons, but you show a lot more short
4) When you list on the bottom report the totals on hand, do you deduct what was picked up today by Rock Fintek?
5) Do you know what other containers you have in yard which I can count on being reported in the next 2 days? Because according to the info of containers that arrived, there should be like

On Tue, May 11, 2021 at 7:06 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy.

Please see the attached Excel spreadsheet for today's daily containers.

The container MATU2693595 is in the final stages of verifying the counts.
The container TCNU8493573 has been completely received and is on the list of containers.

Thank you,
Matt

On Tue, May 11, 2021 at 8:37 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Good Morning Matt,

Please update with the air shipment as well as the below containers which we sent Delivery orders last week and I haven't seen them on your list

MATU2693595

TCNU8493573

Also, yesterday should have been picked up more containers, please update

On Mon, May 10, 2021 at 7:27 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
This is without the air shipment, correct?

On May 10, 2021, at 8:22 PM, Matt Holker <matth@md3pl.com> wrote:

Hi Heshy.

Please see the attached Excel spreadsheet for today's daily containers.

Thank you,
Matt

On Mon, May 10, 2021 at 2:36 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy.

Jimmy updated me just now about the warehouse receiving the pallets of the items that came in via air cargo.
I will consolidate all of the data I receive onto one report for the end of day updates I'll send to you

Thank you,
Matt

On Mon, May 10, 2021 at 2:29 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
But it still doesn't make sense, there was an air shipment of 2,000 cartons.
Also, are there more stuff in other warehouses, please I want everything in one report.

On Mon, May 10, 2021 at 5:21 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy.

You are correct that there are 300, 200 at our warehouse and 100 at another warehouse close by.

Thank you,
Matt            AKW000809

On Mon, May 10, 2021 at 1:44 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Look at your report from Friday deliveries you list one container has 200 small and 1 has 100 small, so here you have 300, how do you write now that only 200?

**17**

On Mon, May 10, 2021 at 3:12 PM Matt Holker <matth@md3pl.com> wrote:
> Hi Heshy,
>
> I checked with Jimmy and it looks there was a mixed size quantity of items received for this air shipment. Its in the process of being sorted right now.
>
> Thank you,
> Matt

On Mon, May 10, 2021 at 11:39 AM Matt Holker <matth@md3pl.com> wrote:
> Hi Heshy,
>
> I'll look into this and get back to you.
>
> Thank you,
> Matt

On Mon, May 10, 2021 at 10:33 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
> ok but what's with the air shipment that came in last week? it was 2k of size small
>
> On Mon, May 10, 2021 at 1:30 PM Matt Holker <matth@md3pl.com> wrote:
>> Hi Heshy,
>>
>> Oh okay, I understand now. I believe I may have sent you that list prior to receiving those three containers and updating the list details for those three receiv
>>
>> Thank you,
>> Matt
>>
>> On Mon, May 10, 2021 at 10:27 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
>>> oh ok, I meant this list
>>>
>>> Hi Heshy,
>>>
>>> Please see the list below detailing the containers that were received this week
>>>
>>> BMOU5449439
>>> MATU2282716
>>> MATU2506966
>>> MATU2521317
>>> MATU2621168
>>> MATU2695094
>>> MATU5164173
>>> MATU5173637
>>> SEGU4842243
>>> TRHU5521973
>>> TRHU5523277
>>>
>>> Thank you,
>>> Matt
>>>
>>> On Mon, May 10, 2021 at 1:26 PM Matt Holker <matth@md3pl.com> wrote:
>>>> Hi Heshy,
>>>>
>>>> The list I sent on Friday does have these containers:
>>>> EGHU9883700
>>>> MATU2310931
>>>> SEGU4306317

Containers arrived to MD 3PL on: 5/7/2021

| Container | SKU | QTY |
|---|---|---|
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1250 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |
| Container | SKU | QTY |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 100 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 850 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 2000 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 50 |
| Container | SKU | QTY |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |
| Container | SKU | QTY |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1650 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |

Thank you,
Matt

On Mon, May 10, 2021 at 10:21 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
> Matt,
>
> Is all our goods in 1 warehouse? Or this is a separate warehouse?
> Where did the 2,000 cases of small that came in by air go?
> Also, on your email Friday where you list the containers received you do not list the following 3 containers

EGHU9883700

**18**

MATU2310931
SEGU4306317

On Mon, May 10, 2021 at 12:16 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

I'll start to include a stock status report with each daily container spreadsheet I send to you.

Please see the attached stock status report.

# Kitchen Winners Stock Status Report

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date:    5/10/2021 11:59:59 PM

| SKU | Description | OnHand | Allocated | Quarantined / OnHold | Available |
|---|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | Size Large | 3,679 | | 13 | 3 |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | Size Medium | 2,975 | | 8 | 2 |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | Size Small | 995 | | 4 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XL | 443 | | 16 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size L | 5,950 | | | 5 |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size M | 6,050 | | | 6 |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size S | 200 | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XL | 2,200 | | | 2 |
| | **Totals** | **22,492** | | **41** | **22** |

Thank you,
Matt

On Sat, May 8, 2021 at 9:28 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Hi Matt,

Yes thanks so much for these updates, if possible I would also want to see what there is in the warehouse from beforehand in order for me to kn
I am very low on size small and getting in an air shipment, plus a full container of small, but till then I need to monitor my inventory very closely, s
inventory on hand?
For instance below 2 containers have a little small, but not on your list

BMOU5449439
TRHU5523277

On Fri, May 7, 2021 at 7:01 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

Please see the attached Excel spreadsheet with updates for 5/7/2021.

Let me know if you have any questions.

Thank you,
Matt

On Fri, May 7, 2021 at 12:26 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

Please see the attached Excel spreadsheet with the updates.

Let me know if you have any questions.

Thank you,
Matt

On Fri, May 7, 2021 at 11:13 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
OK please send me the updates in an email

Sent from my iPhone

> On May 7, 2021, at 1:57 PM, Matt Holker <matth@md3pl.com> wrote:
>
> Heshy,
>
> I went out into the warehouse this morning and was able to double check to confirm that you are correct and these are Medcare gloves.

<Daily Container Log for Kitchen Winners.xlsx>

**Daily Container Log for Kitchen Winners.xlsx**
20K

AKW000811

Containers arrived to MD 3PL on: 5/12/2021

| Container | SKU | QTY |
|---|---|---|
| TRHU5525114 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| TRHU5525114 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1250 |
| TRHU5525114 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |
| TRHU5525114 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |

| Container | SKU | QTY |
|---|---|---|
| MATU2668951 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | 220 |
| MATU2668951 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | 1200 |
| MATU2668951 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | 1280 |
| MATU2668951 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | 300 |

| Container | SKU | QTY |
|---|---|---|
| SMCU1018005 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |
| SMCU1018005 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1050 |
| SMCU1018005 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1550 |
| SMCU1018005 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |

| Container | SKU | QTY |
|---|---|---|
| MATU5169534 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |
| MATU5169534 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1301 |
| MATU5169534 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 100 |

# Kitchen Winners Stock Status Report

**JK Kitchen Winners INC**   **Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date:   5/12/2021 11:59:59 PM

| SKU | | Description | OnHand | Allocated | Quarantined /OnHold |
|---|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | | Size Large | 11,285 | | 14 |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | | Size Medium | 12,004 | | 8 |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | AKW000812 | Size Small | 1,788 | | 4 |

| | | | | |
|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size X.Large | 3,450. | | 16. |
| Medicare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size Large | 10,256. | 351. | |
| Medicare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size Medium | 8,250. | 900. | |
| Medicare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size Small | 276. | 176. | |
| Medicare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size X.Large | 3,025. | 600. | |
| Totals | | 50,334. | 2,027. | 42. |

AKW000813

AKW000814

22



| Available | Dim UOM |
|---|---|
| 11,271 | Carton |
| 11,996 | Carton |
| 1,784 | Carton |

| | |
|---|---|
| 3,434. | Carton |
| 9,905. | Carton |
| 7,350. | Carton |
| 100. | Carton |
| 2,425. | Carton |
| **48,265.** | |

AKW000815

**23**

Containers arrived to MD 3PL on: 5/11/2021

| Container | SKU | QTY |
|---|---|---|
| TCNU8493573 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1400 |
| TCNU8493573 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1400 |
| TCNU8493573 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |
| BMOU5449439 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 100 |
| BMOU5449439 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 850 |
| BMOU5449439 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 2000 |
| BMOU5449439 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 50 |
| MATU2521317 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | 1738 |
| MATU2521317 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | 928 |
| MATU2521317 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | 3 |
| 403-15005804 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 1156 |
| 403-15005804 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 739 |

# Kitchen Winners Stock Status Report

**JK Kitchen Winners INC**

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date:   5/11/2021 11:59:59 PM

| SKU | | Description | OnHand | Allocated |
|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | | Size Large | 11,187 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | | Size Medium | 10,254 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | | Size Small | 1,295 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | | Size XLarge | 2,791 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | | Size Large | 15,423 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | | Size Medium | 14,650 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | AKW000816 | Size Small | 1,829 | |

24

Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL

| | | |
|---|---|---|
| Size X.Large | 5,198 | |
| **Totals** | **62,627.** | . |

AKW000817

**25**

| Quarantined / OnHold | Available | Pallet Cnt | Dim UOM |
|---|---|---|---|
| 14. | 11,173 | 105 | Carton |
| 8. | 10,246. | 90 | Carton |
| 4. | 1,291. | 22 | Carton |
| 16. | 2,775 | 24 | Carton |
| | 15,423. | 146 | Carton |
| | 14,650. | 140 | Carton |
| | 1,829. | 20 | Carton |

AKW000818

| 52 | Carton | |
|----|--------|---|
| | **598** | |
| 5,198. | | |
| | **62,585.** | |
| | **42.** | |

AKW000819

Containers arrived to MD 3PL on: 5/10/2021

| Container | SKU | QTY |
|---|---|---|
| TRHU5523277 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | 1250 |
| TRHU5523277 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | 200 |
| TRHU5523277 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | 1350 |
| TRHU5523277 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | 200 |
| **Container** | **SKU** | **QTY** |
| TEMU8130496 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | 373 |
| TEMU8130496 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | 1400 |
| TEMU8130496 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | 818 |
| TEMU8130496 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | 409 |
| **Container** | **SKU** | **QTY** |
| MATU2506966 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | 791 |
| MATU2506966 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | 780 |
| MATU2506966 | Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | 1195 |

# Kitchen Winners Stock Status Report

## JK Kitchen Winners INC

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date:   5/10/2021 11:59:59 P

| SKU | Description | OnHand | Allocated |
|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | Size Large | 8,259 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | Size Medium | 7,666 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | Size Small | 1,195 | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XL | 2,738 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size L | 14,023 | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size M | 13,250 | |

AKW060820

| | | |
|---|---|---|
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size S | 673. |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XL | 4,059. |
| | Totals | 51,863. |

AKW000821

29

AKW000822

| Quarantined / OnHold | Available | Dim UOM |
|---|---|---|
| 14. | 8,245. | Carton |
| 8. | 7,658. | Carton |
| 4. | 1,191. | Carton |
| 16. | 2,722. | Carton |
| | 14,023. | Carton |
| | 13,250. | Carton |

| | | |
|---|---|---|
| 673. Carton | 4,059. Carton | 51,821. |
| | | 42. |

AKW000823

31

Containers arrived to MD 3PL on: 5/7/2021

| Container | SKU | QTY |
|---|---|---|
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1250 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 100 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 850 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 2000 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 50 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1650 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |

# Kitchen Winners Stock Status Report

Warehouse: MD 3PL

From Date: 1/1/2000 12:00:00 AM
To Date:   5/10/2021 11:59:59 P

| SKU | Description | OnHand | Allocated |
|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Size Large Exam gloves SIZE L | | 3,679 | |
| Levmed - Kitchen Winners - Nitrile Size Medium Exam gloves SIZE M | | 2,975. | |
| Levmed - Kitchen Winners - Nitrile Size Small Exam gloves SIZE S | | 995. | |

AKW000824

| | | |
|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XL | 443. |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size L | 5,950. |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size M | 6,050. |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size S | 200. |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XL | 2,200. |
| | Totals | 22,492. |

AKW000825

33



| Quarantined / OnHold | Available | Pallet Cnt | Dim Qty | Dim UOM |
|---|---|---|---|---|
| 13. | 3,666. | 63 | 3,679. | Carton |
| 8. | 2,967. | 50 | 2,975. | Carton |
| 4. | 991. | 19 | 995. | Carton |

AKW000826

34

| | | | |
|---|---|---|---|
| 443. | 8 | 427. | 16 |
| Carton | | | |
| 5,950. | 50 | 5,950. | |
| Carton | | | |
| 6,050. | 50 | 6,050. | |
| Carton | | | |
| 200. | 2 | 200. | |
| Carton | | | |
| 2,200. | 19 | 2,200. | |
| Carton | | | |
| 22,492. | 260 | 22,451. | 41. |

AKW000827

**35**

Containers arrived to MD 3PL on: 5/6/2021

| Container | SKU | QTY |
|---|---|---|
| SEGU4842243 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 600 |
| SEGU4842243 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1300 |
| SEGU4842243 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1300 |

| Container | SKU | QTY |
|---|---|---|
| MATU2621168 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 600 |
| MATU2621168 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1300 |
| MATU2621168 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1300 |

| Container | SKU | QTY |
|---|---|---|
| MATU5173637 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1000 |
| MATU5173637 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 500 |
| MATU5173637 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1000 |

| Container | SKU | QTY |
|---|---|---|
| MATU5164173 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 300 |
| MATU5164173 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1100 |
| MATU5164173 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |

| Container | SKU | QTY |
|---|---|---|
| MATU2695094 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1400 |
| MATU2695094 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1405 |
| MATU2695094 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |

| Container | SKU | QTY |
|---|---|---|
| MATU2282716 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |
| MATU2282716 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE L | 1100 |
| MATU2282716 | Medcare – Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |

AKW000828

 Gmail

Joseph Weiner <hersheyweiner@gmail.com>

### Re: MD 3PL - Daily Containers
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>
To: Matt Holker <matth@md3pl.com>

Hi Matt,

I keep on being off, something doesn't make sense, below is what I kept a log of, please try to match it with your reports and see where we are off

|  | Small | Medium | Large | Ex Large |
|---|---|---|---|---|
| CBHU8904290 | 300 | 700 | 1,700 | 300 |
| TGBU8842994 | 300 | 700 | 1,700 | 300 |
| CSNU7178458 | 300 | 700 | 1,700 | 300 |
| BEAU4566776 | 500 | 400 | 1,900 | 200 |
| MATU2709520 |  | 1,200 | 1,200 | 600 |
| TCLU8010739 |  | 1,050 | 1,750 | 200 |
| MATU2727490 |  | 1,050 | 1,750 | 200 |
| Apr 20 pick up | -280 | -950 | -1,350 | -340 |
| Apr 20 pick up | -280 | -950 | -1,350 | -340 |
| Apr 26 pick up | -280 | -950 | -1,350 | -340 |
| Apr 26 pick up | -280 | -950 | -1,350 | -340 |
| Apr 27 pick up | -280 | -950 | -1,350 | -340 |
| **Balance** | **0** | **1,050** | **4,950** | **400** |
| Shipped Levmed instead | 140 | 475 | 675 | 170 |
| Shipped Levmed instead | 140 | 475 | 470 |  |
| **Balance** | **280** | **2,000** | **6,095** | **570** |
| MATU5173637 |  | 1,000 | 1,000 | 500 |
| MATU5164173 |  | 1,100 | 1,100 | 300 |
| SEGU4842243 |  | 1,300 | 1,300 | 600 |
| MATU2621168 |  | 1,300 | 1,300 | 600 |
| 5/3 pick up | -150 | -1,275 | -1,275 | -300 |
| 5/3 pick up | -150 | -1,275 | -1,275 | -300 |
| TRHU5521973 | 200 | 1,350 | 1,250 | 200 |
| Air shipment | 1,156 |  |  | 739 |
| 5/5 pick up | -300 | -1,200 | -1,200 | -300 |
| 5/5 pick up | -300 | -1,200 | -1,200 | -300 |
| BMOU5449439 | 100 | 850 | 2,000 | 50 |
| TRHU5523277 | 200 | 1,350 | 1,250 | 200 |
| MATU2895094 |  | 1,400 | 1,405 | 400 |
| MATU2282716 |  | 1,100 | 1,100 | 400 |
| EGHU9883700 | 100 | 850 | 2,000 | 50 |
| MATU2310931 |  | 1,100 | 1,100 | 400 |
| SEGU4306317 |  | 1,350 | 1,650 | 200 |
| 5-10 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-10 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-11 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-11 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-11 pick up | -200 | -1,200 | -1,300 | -300 |
| TCNU8493573 |  | 1,400 | 1,400 | 400 |
| TRHU5525114 | 200 | 1,350 | 1,250 | 200 |
| SMCU1018005 | 200 | 1,050 | 1,550 | 200 |
| MATU5169534 |  | 1,100 | 1,300 | 100 |
| Air shipment | 799 |  |  |  |
| 5-12 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-12 pick up | -200 | -1,200 | -1,300 | -300 |
| 5-12 pick up | -200 | -1,200 | -1,300 | -300 |
|  | **1,335** | **6,400** | **12,700** | **2,509** |

AKW000829

On Wed, May 12, 2021 at 7:43 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy

**37**

Please see the attached Excel spreadsheet for today's containers and stock status report.

The two containers have been corrected with inventory. The warehouse may have pulled items for order from the air shipment before the entire count was completed, a majority of orders h stock status report will reflect will reduce quantities. I'm not sure what the other containers that are expected to be received in the next 2 days, I'll have to check with the receiving team.

Thank you.
Matt

On Tue, May 11, 2021 at 6:34 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
   Thanks Matt.

   I have a few comments and questions, if you can please help me:

   1) Container TEMU8130496 is Levmed
   2) Container BMOU5449439 is Medcare
   3) Air shipment was supposed to be 2000 cartons, I know the airline lost like 25 cartons, but you show a lot more short
   4) When you list on the bottom report the totals on hand, do you deduct what was picked up today by Rock Fintek?
   5) Do you know what other containers you have in yard which I can count on being reported in the next 2 days? Because according to the info of containers that arrived, there should be i

   On Tue, May 11, 2021 at 7:06 PM Matt Holker <matth@md3pl.com> wrote:
      Hi Heshy,

      Please see the attached Excel spreadsheet for today's daily containers.

      The container MATU2693595 is in the final stages of verifying the counts.
      The container TCNU8493573 has been completely received and is on the list of containers.

      Thank you.
      Matt

      On Tue, May 11, 2021 at 8:37 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
         Good Morning Matt.

         Please update with the air shipment as well as the below containers which we sent Delivery orders last week and I haven't seen them on your list

         MATU2693595

         TCNU8493573

         Also, yesterday should have been picked up more containers, please update

         On Mon, May 10, 2021 at 7:27 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
            This is without the air shipment, correct?

            On May 10, 2021, at 8:22 PM, Matt Holker <matth@md3pl.com> wrote:

               Hi Heshy.

               Please see the attached Excel spreadsheet for today's daily containers.

               Thank you.
               Matt

               On Mon, May 10, 2021 at 2:36 PM Matt Holker <matth@md3pl.com> wrote:
                  Hi Heshy,

                  Jimmy updated me just now about the warehouse receiving the pallets of the items that came in via air cargo.
                  I will consolidate all of the data I receive onto one report for the end of day updates I'll send to you.

                  Thank you,
                  Matt

                  On Mon, May 10, 2021 at 2:29 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
                     But it still doesn't make sense, there was an air shipment of 2,000 cartons.
                     Also, are there more stuff in other warehouses, please I want everything in one report.

                     On Mon, May 10, 2021 at 5:21 PM Matt Holker <matth@md3pl.com> wrote:
                        Hi Heshy.

                        You are correct that there are 300, 200 at our warehouse and 100 at another warehouse close by.

                        Thank you.
                        Matt

                        On Mon, May 10, 2021 at 1:44 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
                           Look at your report from Friday deliveries you list one container has 200 small and 1 has 100 small, so here you have 300, how do you write now that only 200?

                           On Mon, May 10, 2021 at 3:12 PM Matt Holker <matth@md3pl.com> wrote:
                              Hi Heshy.

                              I checked with Jimmy and it looks there was a mixed size quantity of items received for this air shipment. Its in the process of being sorted right now.

                              Thank you.
                              Matt

                              On Mon, May 10, 2021 at 11:39 AM Matt Holker <matth@md3pl.com> wrote:
                                 Hi Heshy.

                                 I'll look into this and get back to you.

AKW000830

Thank you,
Matt

On Mon, May 10, 2021 at 10:33 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
ok but what's with the air shipment that came in last week? it was 2k of size small

On Mon, May 10, 2021 at 1:30 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

Oh okay. I understand now. I believe I may have sent you that list prior to receiving those three containers and updating the list details for those three rece

Thank you,
Matt

On Mon, May 10, 2021 at 10:27 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
oh ok. I meant this list

Hi Heshy,

Please see the list below detailing the containers that were received this week:

BMOU5449439
MATU2282716
MATU2506966
MATU2521317
MATU2621168
MATU2695094
MATU5164173
MATU5173637
SEGU4842243
TRHU5521973
TRHU5523277

Thank you,
Matt

On Mon, May 10, 2021 at 1:26 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

The list I sent on Friday does have these containers:
EGHU9883700
MATU2310931
SEGU4306317

Containers arrived to MD 3PL on: 5/7/2021

| Container | SKU | QTY |
|---|---|---|
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 200 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1250 |
| TRHU5521973 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |
| Container | SKU | QTY |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | 100 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 850 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 2000 |
| EGHU9883700 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 50 |
| Container | SKU | QTY |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1100 |
| MATU2310931 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 400 |
| Container | SKU | QTY |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | 1350 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | 1650 |
| SEGU4306317 | Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | 200 |

Thank you,
Matt

On Mon, May 10, 2021 at 10:21 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Matt,

Is all our goods in 1 warehouse? Or this is a separate warehouse?
Where did the 2,000 cases of small that came in by air go?
Also, on your email Friday where you list the containers received you do not list the following 3 containers

EGHU9883700
MATU2310931
SEGU4306317

On Mon, May 10, 2021 at 12:16 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

I'll start to include a stock status report with each daily container spreadsheet I send to you.

Please see the attached stock status report:

AKW000831

**Kitchen Winners Stock Status Report**

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date:    5/10/2021 11:59:59 PM

| SKU | Description | OnHand | Allocated | Quarantined / OnHold | Availal |
|---|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | Size Large | 3,679 | | 13. | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | Size Medium | 2,975 | | 8. | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | Size Small | 995 | | 4. | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XL | 443 | | 16. | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size L | 5,950 | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size M | 6,050 | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size S | 200 | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XL | 2,200 | | | |
| | Totals | 22,492. | | 41. | |

Thank you.
Matt

On Sat, May 8, 2021 at 9:28 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
Hi Matt,

Yes thanks so much for these updates, if possible I would also want to see what there is in the warehouse from beforehand in order for me to
I am very low on size small and getting in an air shipment, plus a full container of small, but till then I need to monitor my inventory very closely
inventory on hand?
For instance below 2 containers have a little small, but not on your list

BMOU5449439

TRHU5523277

On Fri, May 7, 2021 at 7:01 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

Please see the attached Excel spreadsheet with updates for 5/7/2021.

Let me know if you have any questions.

Thank you.
Matt

On Fri, May 7, 2021 at 12:26 PM Matt Holker <matth@md3pl.com> wrote:
Hi Heshy,

Please see the attached Excel spreadsheet with the updates.

Let me know if you have any questions.

Thank you,
Matt

On Fri, May 7, 2021 at 11:13 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:
OK please send me the updates in an email

Sent from my iPhone

> On May 7, 2021, at 1:57 PM, Matt Holker <matth@md3pl.com> wrote:
>
> Heshy,
>
> I went out into the warehouse this morning and was able to double check to confirm that you are correct and these are Medcare glove

<Daily Container Log for Kitchen Winners.xlsx>

AKW000832

 **Gmail**

Joseph Weiner <hersheyweiner@gmail.com>

## Medcare major issue
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                    Thu, Feb 18, 2021 at 4:42 PM
To: anna@gts-hk.net
Cc: mendelbanon@gmail.com

Hi Anna
We received the load of container number OOCU7022928.
Please see attached photos of the boxes,
1) it does not say exam on the box, this is unacceptable
2) the factory in back of the box is different than the 510k
These 2 issues are major, I don't know how to solve this, my customer is throwing me back the merchandise, I don't have
where to sell it now.
If I would have known this I wouldn't sell it to a government account I would give it to someone that doesn't look.

Sent from my iPhone

---

**2 attachments**


**IMG_0937.JPG**
98K


**IMG_0938.JPG**
81K



# MEDCARE | Nitra Force © | Synthetic Nitrile Protection G

EC REP

Authorized EU Representative:
Global Tooling Service s.r.o.
Na Folimance 2155/15, Vinohrady 120 00 Prague
(Czech Republic)

Dongguan Gelnviat Technology Co. Ltd
401, Building K3, No 4 of Guangming
New Village 2 Road Dongcheng
Dongguan City, Guangdong Province, China 523000

Bishidong Hongxin Chemicals Co., Ltd
No.10181 Xianhua Road, Zhou Gun District, Zao, China

**PT** Luvas sintéticas e luvas protectoras sem pó para uso único. (Não estéril). Sem látex natural. Para obter mais informações, visite www.medcareglovess.com. Evite o calório e verifique OS dano antes de usa - lo. Não use luvas danificadas. **BR** Luvas sintéticas e luvas protetoras sem pó para uso único. Não estéril. Sem látex natural. Para obter mais informações, visite www.medcareglovess.com. Evite o calor e verifique OS danos antes de usa - lo. Não use luvas danificadas. **IT** Guanti sintetici e guanti protettivi senza polvere per un uso singolo. (Non sterile). Senza lattice naturale. Per ulteriori informazioni, visitare www.medcaregloves.com. Per prevenire l'usura, gli evitare eventuali danni prima dela I. Quando prodotto non contiene lattice naturale. Per ulteriori informazioni, visitare www.medcaregloves.com. Per prevenire l'usura, gli evitare eventuali danni prima dell'uso. Non utilizzare guanti danneggiati. **NL** Synthetische handschoenen en beschermende poedervrije handschoenen voor eenmalig gebruik (Niet steriel). Vrij van natuurlijke latex. Voor meer informatie bij www.medcaregloves.com. Bescherm tegen inen en controleer voor gebruik op schade. Gebruik geen beschadigde handschoenen. **PL** Rękawice syntetyczne i rękawice ochronne bez pudru do jednorazowego użytku. (Nnisterylne). Wolne od naturalnego lateksu. Więcej informacji na www.medcaregloves.com. Chronić przed cieplem i przed użyciem sprawdzić czy nie sa uszkodzone. Nie używaj uszkodzonych rękawic. **RU** Синтетические перчатки и защитные неопудренные перчатки для однократного использования. (Нестерильно). Без натурального латекса. Для получения дополнительной информации посетите www.medcaregloves.com. Избегайте нагрева и проверяйте перед использованием. Не используйте поврежденные перчатки. **CZ** Syntetické rukavice a ochranné rukavice bez pudru pro jedno použití. (Nesterilní). Bez přírodního latexu. Další informace získáte z před použitím zkontrolujte, zda není poškozen. Nepoužívejte poškozené rukavice. Více informací na www.medcaregloves.com.

AKW - 003062





Joseph Weiner <hersheyweiner@gmail.com>

---

# GTS
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                              Sun, Mar 7, 2021 at 3:07 PM
To: kipodsagi <kipodsagi@gmail.com>
Cc: Mendel Banon <mendelbanon@gmail.com>

Hi
I put together a list of things that I need you to do when you are at GTS

1) I need a very important list of all factories with their 510k and FDA certificates. The name of the factory should match the name on the box
See below and fill in/attach.

| Factory | 510k | FDA |
|---------|------|-----|
| Qingdao |      |     |
| HFK     |      |     |
| laichuang |    |     |
| Bear    |      |     |
| Honxing |      |     |
| Levmed  |      |     |

2) In March they were supposed to ship 1 million boxes, meanwhile we got  bookings thru the beginning of April of only 630k boxes , (2/28-3/12 no shipments)the following are the bookings we got

| |
|--|
| 3/17/21 |
| 3/17/21 |
| 3/12/21 |
| 3/12/21 |
| 3/12/21 |
| 3/12/21 |
| 3/21/21 |
| 3/21/21 |
| 3/21/21 |
| 3/21/21 |
| 3/21/21 |
| 3/26/21 |
| 3/26/21 |
| 3/28/21 |
| 3/28/21 |
| 4/1/21 |
| 4/1/21 |
| 4/5/21 |
| 4/5/21 |
| 4/5/21 |
| 4/5/21 |

3) Levmed, Please make sure they ship out this week, this is very urgent, Anna claims they have inspection and will still be able to ship this week. They are supposed to truck it to Shanghai and ship from there, please make sure it is done

AKW - 003109

ASAP so they can catch the APL ship on Thursday.

4) Cici needs to update the shipping list with the inspection reports per shipment and at least booking numbers, it needs to be more understandable and clear to us.

5) We already asked and didn't get answer, we want to arrange again an air shipment for Levmed for next week, we need to know if and it is doable.

The following questions were sent to Anna based on her production schedule she sent, and I didn't get an answer yet. I am attaching the production schedule

1) liachuang factory, no shipments at all??
2) How come the Qingdao factory has no production after February??
3) Also, the new Honxing factory, no production after February?
4) Witwong which factory is this? You list it in the bottom that they ship from Shanghai. Is it the Levmed? So why dont you ship from Shanghai? Also, as asked in another email do they have 510k? we need to see it

---

 **Kitchen winner production schedule (1).xlsx**
16K

AKW - 003110

# MEDCARE

| Client | PO # | total Quantity |
|---|---|---|
| kitchen winn | 1118 | 1,200,000 |
| kitchen winn | 1112 | 6,450,000 |
| | total | 7,650,000 |

| supplier / capacity | February | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 1 |
| laichuang | 180,000 | 180,000 | 180,000 | 180,000 | 210,000 |
| HFK | | | | | 60,000 |
| Honxing (Old Boxes) | **60,000** | **30,000** | **30,000** | **30,000** | 30,000 |
| Bear (Old Boxes) | | 30,000 | 30,000 | 30,000 | 30,000 |
| Honxing (New factory) | | **90,000** | **90,000** | **90,000** | |
| Qingdao | 200,000 | 100,000 | 150,000 | 150,000 | |
| | 440,000 | 340,000 | 480,000 | 480,000 | 330,000 |

| Lev Med | 60,000 | 90,000 | 60,000 | 60,000 | 90,000 |
|---|---|---|---|---|---|

HFK - Shanghai port

Honxing old and new - Qingdao (old boxes untill middle of March)

Bear - any port of China (old boxes untill end of March)

Witwong - Shanghai port

**46**

AKW - 003111

| | March | | | April | | | | May | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 |
| | 210,000 | 210,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 |
| | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| | 30,000 | 30,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 90,000 | 90,000 | 90,000 |
| | 30,000 | 30,000 | 60,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | 330,000 | 330,000 | 420,000 | 480,000 | 480,000 | 480,000 | 480,000 | 510,000 | 510,000 | 510,000 |
| | | | | | | | | | | |
| | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |

**47**

AKW - 003112

| | June | | | | July | | | | August |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 4 | 1 | 2 | 3 | 4 | 1 | 2 | 3 | 4 | 1 |
| 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 | 240,000 |
| 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 | 60,000 |
| 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 | 90,000 |
| 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | 120,000 |
| | | | | | | | | | |
| 510,000 | 510,000 | 510,000 | 510,000 | 510,000 | 510,000 | 510,000 | 510,000 | 510,000 | 510,000 |
| | | | | | | | | | |
| 120,000 | 120,000 | 120,000 | 120,000 | 120,000 | | | | | |

AKW - 003113

**48**

| | February | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | | ???? | ????? |
| laichuang | 180,000 | 180,000 | 180,000 | 180,000 | | | |
| HFK | | | | | | | |
| Honxing (Old Boxes) | **60,000** | **30,000** | **30,000** | **30,000** | | BEAU4566776 | TRHU7081169 |
| Bear (Old Boxes) | | 30,000 | 30,000 | 30,000 | | MATU2630154 | MATU2728990 |
| Honxing (New factory) | | | **90,000** | **90,000** | | ETD 3/14 | ETD 3/14 |
| Qingdao | 200,000 | 100,000 | 150,000 | 150,000 | | Ready 3/16 | Ready 3/16 |
| | | | | | | Ready 3/31 | Ready 3/31 |
| | **440,000** | **340,000** | **480,000** | **480,000** | | | |
| Total | **1,740,000** | | | | | | |

AKW - 003114

| Shipped/Booked/Ready | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| ???? | ???? | | | | |
| | | | | | |
| ETD 3/12 | ETD 3/12 | ETD 3/12 | | | |
| MATU2723257 | ETD 3/17 | ETD 3/17 | | | |
| ETD 3/14 | ETD 3/14 | ETD 3/14 | | | |
| Ready 3/16 | Ready 3/24 | Ready 3/24 | Ready 3/24 | Ready 3/24 | Ready 3/31 |
| Ready 3/31 | Ready 3/31 | | | | |
| | | | | | |
| | | | | | |

**50**

AKW - 003115

 Gmail

**Joseph Weiner <hersheyweiner@gmail.com>**

---

## Shipping invoice and pl for medcare
1 message

陈 翠翠 <cici-gts@hotmail.com>                                      Fri, Mar 26, 2021 at 8:48 AM
To: Joseph Weiner <hersheyweiner@gmail.com>, Mendel Banon <mendelbanon@gmail.com>
Cc: Anna <anna@gts-hk.net>, "yosi@gtsgroup.info" <yosi@gtsgroup.info>

Hi hershi/mendel,

Pls see attached shipping invoice and pl for below containers. Thanks.




——————

Thank you.
Best Regards
Cici Chen
Dongguan Grinvald Technology Co.,Ltd
401 Building #3, No 4 of Guangming New Village 2 Road,
Dongcheng, Dongguan City, Guangdong Province, China 523125
Tel：+86 0769 23326470   Mobile: +86 199 5873 1785
东莞科德科技有限公司
东莞市东城街道东城光明新村二路4号3栋401室（万航科技园内）

---

**2 attachments**

📄 **shipping invoice and pl for BMOU5449439.xls**
48K

📄 **shipping invoice and pl for EGHU9883700.xls**
48K

# Dongguan Grinvald Technology Co.,Ltd

## COMMERCIAL INVOICE 2021032601

2021/3/26

SHIPPER / EXPORTER ( complete name, address, telephone, Business Registration No./ Customs / Tax ID No., e.g. GST / RFC / VAT / IN / EIN / ABN / SSN, or as locally required )
发货人（请填写姓名，地址，电话号码，营业执照/进口税/税金 ID No.，如GST / RFC / VAT / IN / EIN / ABN/SSN，或根据本地填写其他信息）

Shipper Name:  Anna   Grinvald         Tele: +86 769 2332 6470
Company Name: Dongguan Grinvald Technology Co.,Ltd

401 Building #3, No 4 of Guangming New Village 2 Road,
Dongcheng, Dongguan City, Guangdong Province, China 523125

CONSIGNEE ( complete name, address, telephone, Business Registration No./ Customs / Tax ID No., e.g. GST / RFC / VAT / IN / EIN / ABN / SSN, or as locally required )收货人（请填写姓名，地址，电话号码，营业执照/进口税/税金 ID），如GST / RFC / VAT / IN / EIN / ABN/SSN，或根据本地填写其他信息）

company name :
Consignee:
Kitchen Winners NY Inc.
1134 53rd St
Brooklyn NY 11219

SHIPPER'S EXPORT REFERENCES ( i.e., order no., invoice no.)发件人发货单号引证（如，订单号等，发票号等）

IMPORTER - IF OTHER THAN CONSIGNEE进口商-如不是收件人请填写此列
( complete name, address and telephone )（请填写姓名，地址，电话）

| COUNTRY OF ORIGIN 出口发货国家 | | | | | | | |

REASON FOR EXPORT 出口原因

☐ commercial 商业贸易        personal gift 私人礼品        return for repair返回维修品
of other (please specify)其他（请特别说明）
COUNTRY OF ULTIMATE DESTINATION （目的地国家）

China

USA

I DECLARE ALL THE INFORMATION CONTAINED IN THE INVOICE TO BE TRUE AND CORRECT. 我声明发票上所填信息均为真实准确
SIGNATURE OF SHIPPER/ EXPORTER 发货人签名

| COUNTRY OF ORIGIN | NO. OF carton | TYPE OF PACKAGING | Product name | PO Number | Description | HS CODE | QTY(box ) | EX-WORK (UDS) | TOTAL  (USD) |
|---|---|---|---|---|---|---|---|---|---|
| China | 3000 | carton | synthetic nitrile protection gloves powder free , Non sterile | | Blue colore size S M L XL | 3926201100 | 30000 | $6.75 | $202,500.00 |
| | 3000 | | | | | | . | | |
| | | | | | | | **Currency** | | **TOTAL INVOICE VALUE** |
| | | | | | | | usd | | **$202,500.00** |

Payment Method 付款方式: Check one 请选择
☐ L/C（信用证）  ☐ F.O.B.（离岸价）
☐ T/T（电汇）  ☐ C&F（到岸价）个含运保费）
☐ Others（其他）  ☐ C.I.F.（到岸价 含保险）
Check if applicable  ☐ Other（其他）

# PACKING

**Dongguan Grinvald Te**

**TO:Kitchen Winners NY Inc.**

| NO. | Production Name | Qty (ctn) | CTN size  (LxWxH - cm) | Qtyper CTN |
|---|---|---|---|---|
| 1 | non sterile powder free synthetic nitrile protection gloves SIZE S | 100 | 33.5*25.8*24.8 | 10 |
| 2 | non sterile powder free synthetic nitrile protection gloves SIZE S | 850 | 33.5*25.8*24.8 | 10 |
| 3 | non sterile powder free synthetic nitrile protection gloves SIZE S | 2000 | 33.5*25.8*24.8 | 10 |
| 4 | non sterile powder free synthetic nitrile protection gloves SIZE S | 50 | 33.5*25.8*24.8 | 10 |
| | **total** | **3000** | | |

SO号：140100596709

柜号：BMOU5449439

封号：EMCPAT1950

/：3000
cartons/18820kgs/65C
BM

AKW - 003172

# ı LIST

chnology Co.,Ltd

Date:    2021/3/26

| CTN Volume (m³) CBM | Total Volume (m³)/CBM | Weight in M/T (kg) | | | |
|---|---|---|---|---|---|
| | | N.W. | Total N.W. | G.W. | Total G.W. |
| 0.021 | 2.14 | 4.50 | 450.00 | 5.46 | 546.00 |
| 0.021 | 18.22 | 5.00 | 4250.00 | 5.96 | 5066.00 |
| 0.021 | 42.87 | 5.50 | 11000.00 | 6.43 | 12860.00 |
| 0.021 | 1.07 | 6.00 | 300.00 | 6.96 | 348.00 |
| | **64.30** | | **16000.00** | | **18820.00** |

AKW - 003173

 **Gmail**

Joseph Weiner <hersheyweiner@gmail.com>

## Re: Release loads
1 message

**Mendel Banon** <mendelbanon@gmail.com>                                    Tue, Apr 27, 2021 at 4:42 PM
To: Luis Navarro <luisn@md3pl.com>
Cc: David Dembitzer <davidd@md3pl.com>, Jimmy Esparza <jimmy@md3pl.com>, Joseph Weiner
<hersheyweiner@gmail.com>

Ok, thanks.

On Tue, Apr 27, 2021 at 4:38 PM Luis Navarro <luisn@md3pl.com> wrote:

> Mendel,
>
> As discussed we only have the following left of NBR
>
> Size M = 153 cases
> Size XL = 162 cases
>
> The rest of the quantities will be filled with the synthetic gloves using the provided break down
>
> *Hi,*
>
> *You can release a load for Rock Fintek as below*
>
> *140 small*
> *1030 medium ( 153 NBR and 877 Synthetic)*
> *1420 large*
> *410 ex large (162 NBR and 248 Synthetic)*
>
> Thank you
>
> Louis

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Tuesday, April 27, 2021 2:17 PM
**To:** David Dembitzer <davidd@md3pl.com>

AKW 003368

**Cc:** Jimmy Esparza <JIMMY@md3pl.com>; Luis Navarro <luisn@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
**Subject:** Re: Release loads

These are Medcare, please make sure only Medcare is being loaded, and send pictures before loading.

 look back at the emails, I copied it here,

*3 containers from JNS*

*CBHU8904290*
*TGBU8842994*
*CSNU7178458*

*1 container from MM2020*

*BEAU4566776*

*And 2 containers from Prestige*

*MATU2709520*

*TCLU8010739*

These above containers are from where we took the goods for 5 loads. 4 loads were picked up already, now this will be the 5th load, so you should have the quantities as below from previous email

*Actually, I also want you to work on the size breakdown.*

*According to the packing list, these containers should have as below.*

| | Small | Medium | Large | Ex large |
|---|---|---|---|---|
| *JNS* | *300* | *700* | *1,700* | *300* |
| *JNS* | *300* | *700* | *1,700* | *300* |
| *JNS* | *300* | *700* | *1,700* | *300* |
| *MM2020* | *500* | *400* | *1,900* | *200* |
| *PS* | | *1,200* | *1,200* | *600* |
| *PS* | | *1,050* | *1,750* | *200* |
| | **1,400** | **4,750** | **9,950** | **1,900** |

AKW563369

*We need only as below*


**Small 1,400**

**Medium 4,750**

**Large 6,750**

**Ex Large 1,700**




On Tue, Apr 27, 2021 at 3:03 PM David Dembitzer <davidd@md3pl.com> wrote:

Please clarify what brand and what containers to pull from if you need specific

-

Best Regards,

David Dembitzer

CEO



O. 562-666-2828

F. 562-666-2829

TF. 833-568-3828

WWW.MD3PL.COM




On Apr 27, 2021, at 3:49 PM, Joseph Weiner <hersheyweiner@gmail.com> wrote:


Hi,


You can release a load for Rock Fintek as below


140 small

1030 medium

1420 large

410 ex large


Once this is out, please confirm what is the balance of the 6 containers prepared last week


On Mon, Apr 26, 2021 at 11:20 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Good morning David and Jimmy,


Last week Rock Fintek picked up 2 containers of the below.

Today they are picking up another 2 containers, you can go ahead and release it to them.


On Mon, Apr 19, 2021 at 5:00 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Actually, I also want you to work on the size breakdown.

According to the packing list, these containers should have as below.

|  | Small | Medium | Large | Ex large |
|---|---|---|---|---|
| JNS | 300 | 700 | 1,700 | 300 |
| JNS | 300 | 700 | 1,700 | 300 |
| JNS | 300 | 700 | 1,700 | 300 |
| MM2020 | 500 | 400 | 1,900 | 200 |
| PS |  | 1,200 | 1,200 | 600 |
| PS |  | 1,050 | 1,750 | 200 |
|  | 1,400 | 4,750 | 9,950 | 1,900 |


We need only as below

**Small 1,400**

**Medium 4,750**

**Large 6,750**

**Ex Large 1,700**

AKW 083371

**Please confirm**

On Mon, Apr 19, 2021 at 4:44 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

> Hi,
>
> I will try to make it the easiest possible.
>
>
> The following container number loads we are selling to a customer of ours which will come down to inspect and pick up. But only after my authorization they are able to pick up.
>
> Now the goods are currently not assigned to me, they are under JNS and Prestige Sales. But, I am having them release it to me, so I can sell it further.
>
>
> 3 containers from JNS
>
> CBHU8904290
> TGBU8842994
> CSNU7178458
>
>
> 1 container from MM2020
>
> BEAU4566776
>
>
> And 2 containers from Prestige
>
> MATU2709520
>
> TCLU8010739
>
>
> Once all is released and ready to load on trucks, please make sure that the JNS goods are the ones accessible to inspect, and they are the ones loaded on the track last.
>
> On every load there should be some JNS goods mixed in, so you should have what to put last on the truck.
>
> In other words, we want them rather to see those goods if they inspect.

--
Regards
Mendel Banon

AKW 003372

| | |
|---|---|
| **From:** | "David Dembitzer" |
| **Sent:** | Fri, 23 Apr 2021 06:53:47 -0800 |
| **To:** | "Thanh Do" <tdo@proventransport.com> |
| **Cc:** | "Receiving" <Receiving@md3pl.com> |
| **Subject:** | New DO's - JNS |
| **Attachments:** | ReportDeliveryOrder1.pdf, ReportDeliveryOrder2.pdf |

Hi Tito,

Please see 2 DO's attached for JNS Group

TRHU7078041
TRHU7081549

-
Best Regards,
David Dembitzer
CEO



O. 562-666-2828 x 100
M. 347-631-4451
F. 562-666-2829
WWW.MD3PL.COM

*"Your Inventory is Our Business"*

--
You received this message because you are subscribed to the Google Groups "Receiving" group.
To unsubscribe from this group and stop receiving emails from it, send an email to
receiving+unsubscribe@md3pl.com.
To view this discussion on the web visit
https://groups.google.com/a/md3pl.com/d/msgid/receiving/CAH9-
8bA%2BdcGHuSDo0y64%3DO%2BsB6M2OmfR6dDbYWVFkHn5NE9JMw%40mail.gmail.c
om.

IronLink Prod  000126 (Confidential)

# DELIVERY ORDER

QUICKWAY CUSTOMS

282 HOOPER STREET

BROOKLYN,NY 11211

TEL:718-387-0333  FAX:

| DATE | OUR.REF.NO |
|------|------------|
| 04/22/2021 | 503 |

THE MERCHANDISE DESCRIBED BELOW WILL BE ENTERED AND FORWARDED AS FOLLOWS:

| IMPORTING CARRIER | LOCATION | FROM PORT OF ORIGIN AIRPORT |
|---|---|---|
| | MAERSK SEALAND - APM TERMINALS | |

| BL OR AWB NO. | ARRIVAL DATE | FREE TIME EXP. | LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO) |
|---|---|---|---|
| EGLV 140100662353 | 04/22/2021 | | MD 3PL |

| Consignee: AMCM GLOVE LLC 143 DIVISION AVE, BROOKLYN, NY 11211 | HAWB NO. KLSQ TAOKW2103189 | ENTRY NO. ER410099218 | CUST.REF.NO. JHL |
|---|---|---|---|

| FOR DELIVERY TO | ROUTE |
|---|---|
| AMCM GLOVE LLC | MAERSK SEALAND - APM TERMINALS |
| | 2500 NAVY WAY SAN PEDRO,CA |

| NO. OF. PKGS. | DESCRIPTION OF ARTICLES, SPECIAL MARKS & EXCEPTIONS | WEIGHT | DO NOT USE |
|---|---|---|---|
| 2840 | NITRILE EXAMINATION GLOVES CONTAINER #:          TRHU 7078041 / 40H MARK & NUMBERS: SEAL#: PO #'s:  BILLS: KLSQTAOKW2103189 | 36314.54 lb 16472.00 kg | |

| INLAND FREIGHT | PREPAID/COLLECT |
|---|---|

Received in Good Order

By:

Liability, including negligence is limited to the sum of $50.00 per shipment, unless a greater valuation shall be paid for or agreed to be paid in writing prior to shipping.

**DELIVERY CLERK: DELIVER TO CARRIER SHOWN ABOVE**

QUICKWAY CUSTOMS

PER:

**IMPORTANT: NOTIFY US AT ONCE IF DELIVERY CANNOT BE EFFECTED AS INSTRUCTED.**

IronLink Prod  000127 (Confidential)