# EXHIBIT 52



JOEL STERN
TRHU7078041
SYNTHETIC NITRILE EXAMINATION



JOEL STERN
TRHU7078041
SYNTHETIC NITRILE EXAMINATION

MEDCARE

XL

Powder Free / Non-Sterile
Nitra Force 

Synthetic Nitrile Examination Gloves

• Ambidextrous









