# EXHIBIT 53



















