# EXHIBIT 54



Joseph Weiner <hersheyweiner@gmail.com>

# FW: KW INVENTORY
1 message

**Jimmy Esparza** <jimmy@md3pl.com>                                                                Thu, Aug 26, 2021 at 7:59 PM
To: Joseph Weiner <hersheyweiner@gmail.com>

Joseph,

Please see kw glove inventory.
MEDCARE GLOVE INVENTORY
MEDCAREL GLOVE INVENTORY
LEVMED GLOVE INVENTORY


Best regards,

Jimmy Esparza
Director of Operations


821 S. Rockefeller Avenue
Ontario, CA 91761
O. 562-666-2828
F. 562-666-2829
M. 310-493-9257
WWW.MD3PL.COM

"Your Inventory is Our Business


--
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus

**12 attachments**



**PHOTO-2021-08-26-10-57-01.jpg**
255K

AKW_004537


PHOTO-2021-08-26-10-57-02.jpg
261K


PHOTO-2021-08-26-10-58-04.jpg
255K


PHOTO-2021-08-26-10-58-05.jpg
275K

Untitled attachment 00074.txt
1K

Untitled attachment 00077.txt
1K

Untitled attachment 00080.txt
1K

Untitled attachment 00083.txt
1K

VIDEO-2021-08-26-10-58-12.mp4
6542K

Untitled attachment 00086.txt
1K

Stock Status - Kitchen Winners - Medcare Gloves - 8.26.2021.pdf
6K

Stock Status - Kitchen Winners - Levmed and MedcareL Gloves - 8.26.2021.pdf
8K

AKW_004538



AKW_004539



AKW_004540


AKW_004541



# Stock Status Report

## JK Kitchen Winners INC
1134 53rd St.
Brooklyn   NY   11219

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date: 8/26/2021 11:59:59 PM

| SKU | Description | Color | OnHand | Allocated | Quarantined / OnHold | Available | UOM | Dim Qty | Dim UOM | Packed | Cu Ft | Lbs | Over | Reorder Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size Large | | 297 | | 37 | 260 | Carton | 297 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size Medium | | 190 | | 147 | 43 | Carton | 190 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size Small | | 1,416 | | 11 | 1,405 | Carton | 1,416 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XLarge | | 667 | | 27 | 640 | Carton | 667 | Carton | 1 | | | | |
| | Totals | | 2,570 | | 222 | 2,348 | | 2,570 | | | | | | |

# Stock Status Report

## JK Kitchen Winners INC

1134 53rd St.
Brooklyn  NY  11219

**Warehouse: MD 3PL**

From Date: 1/1/2000 12:00:00 AM
To Date: 8/26/2021 11:59:59 PM

| SKU | Description | Color | OnHand | Allocated | Quarantined / OnHold | Available | UOM | Dim Qty | Dim UOM | Packed | Cu Ft | Lbs | Over | Reorder Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | Size Large | | 3,958 | | | 3,958 | Carton | 3,958 | Carton | 1 | 3,034.2028 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | Size Medium | | 5,175 | | | 5,175 | Carton | 5,175 | Carton | 1 | 3,967.155 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | Size Small | | 2,045 | | | 2,045 | Carton | 2,045 | Carton | 1 | 1,567.697 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XLarge | | 1,748 | | | 1,748 | Carton | 1,748 | Carton | 1 | 1,340.0168 | | | |
| MedcareL - Nitrile gloves - SIZE L | MedcareL - Nitrile gloves - SIZE L | | 4,421 | | | 4,421 | Carton | 4,421 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE M | MedcareL - Nitrile gloves - SIZE M | | 3,498 | | | 3,498 | Carton | 3,498 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE S | MedcareL - Nitrile gloves - SIZE S | | 843 | | | 843 | Carton | 843 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE XL | MedcareL - Nitrile gloves - SIZE XL | | 1,332 | | | 1,332 | Carton | 1,332 | Carton | 1 | | | | |
| Totals | | | 23,020 | | | 23,020 | | 23,020 | | | 9,909.0716 | | | |