# EXHIBIT 55



Joseph Weiner <hersheyweiner@gmail.com>

## MEDCARE GLOVE INVENTORY
1 message

**Jimmy Esparza** <jimmy@md3pl.com>                                           Mon, Aug 30, 2021 at 1:41 PM
To: Joseph Weiner <hersheyweiner@gmail.com>
Cc: Joel Stern <9070854@gmail.com>, JNS Group <jnscorpoffice@gmail.com>, David Dembitzer <davidd@md3pl.com>, Rochelle Mollo <rochellem@md3pl.com>, Melvin Quevedo <melvinq@md3pl.com>

Joseph/Joel,

Please see attached Medcare glove inventory.

Best regards,

Jimmy Esparza

Director of Operations



821 S. Rockefeller Avenue

Ontario, CA 91761

O. 562-666-2828

F. 562-666-2829

M. 310-493-9257

WWW.MD3PL.COM                                         AKW_004547

*"Your Inventory is Our Business*

 This email has been checked for viruses by Avast antivirus software.
[www.avast.com](http://www.avast.com)

2 attachments

 **1. Stock Status-Over allocated (2).pdf**
8K

 **1. Stock Status-Over allocated (1).pdf**
8K

AKW_004548

# Stock Status Report

**Joel Stern**

155 Skillman St Suite 1L
Brooklyn    NY    11205

**Warehouse: MD 3PL**

From Date:  1/1/2000 12:00:00 AM
To Date:    8/30/2021 11:59:59 PM

| SKU | Description | Color | OnHand | Allocated | Quarantined / OnHold | Available | UOM | Dim Qty | Dim UOM | Packed | Cu Ft | Lbs | Over | Reorder Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medcare Gloves - Large | Gloves - Large - 1000 pcs per carton | | 18,144 | | | 18,144 | Carton | 18,144 | Carton | 1 | 13,789.44 | 239,319.36 | | |
| Medcare Gloves - Medium | Gloves - Medium - 1000 pcs per carton | | 19,376 | | | 19,376 | Carton | 19,376 | Carton | 1 | 14,725.76 | 255,569.44 | | |
| Medcare Gloves - Small | Gloves - Small - 1000 pcs per carton | | 4,144 | | | 4,144 | Carton | 4,144 | Carton | 1 | 3,149.44 | 54,659.36 | | |
| Medcare Gloves - XLarge | Gloves - XLarge - 1000 pcs per carton | | 3,808 | | | 3,808 | Carton | 3,808 | Carton | 1 | 2,894.08 | 50,227.52 | | |
| Synthetic Nitrile Examination Gloves- SIZE L | Size Large | | 1,232 | | | 1,232 | Carton | 1,232 | Carton | 1 | | | | |
| Synthetic Nitrile Examination Gloves- SIZE S | Size Small | | 224 | | | 224 | Carton | 224 | Carton | 1 | | | | |
| Synthetic Nitrile Examination Gloves- SIZE XL | Size XL | | 224 | | | 224 | Carton | 224 | Carton | 1 | | | | |
| | Totals | | 47,152 | | | 47,152 | | 47,152 | | | 34,558.72 | 599,775.68 | | |

# Stock Status Report

## JNS Capital Holdings LLC
**Warehouse: MD 3PL**

155 Skillman St Suite 1L
Brooklyn   NY   11205

From Date:   1/1/2000 12:00:00 AM
To Date:   8/30/2021 11:59:59 PM

| SKU | Description | Color | OnHand | Allocated | Quarantined / OnHold | Available | UOM | Dim Qty | Dim UOM | Packed | Cu Ft | Lbs | Over | Reorder Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medcare - Gloves - Medium | Gloves - Medium - 1000 pcs per carton | | 4,188 | | | 4,188 | Carton | 4,188 | Carton | 1 | 3,182.88 | 55,239.72 | | |
| Medcare - Gloves - Small | Gloves - Small - 1000 pcs per carton | | 2,565 | | | 2,565 | Carton | 2,565 | Carton | 1 | | | | |
| Medcare Gloves - Large | Gloves - Large - 1000 pcs per carton | | 3,740 | | 1 | 3,739 | Carton | 3,740 | Carton | 1 | 2,842.4 | 49,330.6 | | |
| Medcare Gloves - XLarge | Gloves - XLarge - 1000 pcs per carton | | 1,349 | | | 1,349 | Carton | 1,349 | Carton | 1 | | | | |
| Synthetic Nitrile Protection Gloves - Large | Gloves - Large | | 17,462 | | | 17,462 | Carton | 17,462 | Carton | 1 | | | | |
| Synthetic Nitrile Protection Gloves - Medium | Gloves - Medium | | 13,216 | | | 13,216 | Carton | 13,216 | Carton | 1 | 10,003.1904 | 174,316.3968 | | |
| Synthetic Nitrile Protection Gloves - Small | Gloves - Small | | 3,472 | | | 3,472 | Carton | 3,472 | Carton | 1 | | | | |
| Synthetic Nitrile Protection Gloves - XLarge | Gloves - Xlarge | | 4,144 | | | 4,144 | Carton | 4,144 | Carton | 1 | | | | |
| | Totals | | 50,136 | | 1 | 50,135 | | 50,136 | | | 16,028.4704 | 278,886.7168 | | |