**EXHIBIT 56**

# Stock Status Report

## JK Kitchen Winners INC

1134 53rd St.

Brooklyn     NY     11219

**Warehouse: MD 3PL**

From Date:     1/1/2000 12:00:00 AM
To Date:       9/17/2021 11:59:59 PM

| SKU | Description | Color | OnHand | Allocated | Quarantined / OnHold | Available | UOM | Dim Qty | Dim UOM | Packed | Cu Ft | Lbs | Over | Reorder Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE L | Size Large | | 3,958 | | | 3,958 | Carton | 3,958 | Carton | 1 | 3,034.2 028 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE M | Size Medium | | 5,175 | | | 5,175 | Carton | 5,175 | Carton | 1 | 3,967.1 55 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE S | Size Small | | 2,045 | | | 2,045 | Carton | 2,045 | Carton | 1 | 1,567.6 97 | | | |
| Levmed - Kitchen Winners - Nitrile Exam gloves SIZE XL | Size XLarge | | 1,748 | | | 1,748 | Carton | 1,748 | Carton | 1 | 1,340.0 168 | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE L | Size Large | | 297 | | 37 | 260 | Carton | 297 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE M | Size Medium | | 190 | | 49 | 141 | Carton | 190 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE S | Size Small | | 1,416 | | 11 | 1,405 | Carton | 1,416 | Carton | 1 | | | | |
| Medcare - Non sterile powder free synthetic nitrile protection gloves SIZE XL | Size XLarge | | 667 | | 27 | 640 | Carton | 667 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE L | | | 4,421 | | | 4,421 | Carton | 4,421 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE M | | | 3,498 | | | 3,498 | Carton | 3,498 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE S | | | 843 | | | 843 | Carton | 843 | Carton | 1 | | | | |
| MedcareL - Nitrile gloves - SIZE XL | | | 1,332 | | | 1,332 | Carton | 1,332 | Carton | 1 | | | | |
| | **Totals** | | 25,590 | | 124 | 25,466 | | 25,590 | | | 9,909.0 716 | | | |