# EXHIBIT 57

10/12/23, 2:42 PM

10/12/23, 2:42 PM  Case 1:22-cv-05276-PAE   Document 146-57   Gmail - RE: Medcare   Filed 03/15/24   Page 2 of 2



Joseph Weiner <hersheyweiner@gmail.com>

# RE: Medcare
1 message

**Qusai Kanchwala** <qusai@calibre.ca>  Fri, Sep 3, 2021 at 9:26 AM
To: Joseph Weiner <hersheyweiner@gmail.com>

Hi good morning

Thank you

These look like actual Nitrile gloves.  Yesterday you mentioned they are actually a hybrid Nitrile/Vinyl mix, please confirm.

What price?

Let me know how many you have, of what sizes?

Qusai Kanchwala  |  Director

Calibre, Inc.  |  8162 Keele St., Vaughan, ON, L4K 2A5

T: 905.660.3603 ext. 253  |  E: qusai@calibre.ca  |  www.calibre.ca

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** September 3, 2021 3:22 AM
**To:** Qusai Kanchwala <qusai@calibre.ca>
**Subject:** Medcare

Hi,

This is Hershey Weiner, it was nice speaking to you yesterday, here you have attached the Medcare specs, let me know if you have any questions.

AKW_004580