# EXHIBIT 58



Joseph Weiner <hersheyweiner@gmail.com>

# Medcare mixture
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>   Sun, Oct 17, 2021 at 1:35 PM
To: Anna Grinvald <anna@gts-hk.net>
Cc: Hershy Weiner <weinerhershey@gmail.com>

Hi Anna,

Below is an email from a customer with a question about the gloves.
Please confirm if these are a vinyl blend or not.
Also, please send me again the specs and mixture of the gloves

**We are just getting you set up in my system to send a PO.  Also we have a 2nd truckload lined up.**

**But I just noticed something.  On the spec sheet you sent, there is a word blanked out in front of Nitrile.  Are these legitimate Nitrile gloves?  Or are you selling a blend?  Please be honest with me.**

**Also, can you advise the mil thickness of the gloves.  Should be 3.5 mil but I want to double confirm.**

**Samples will help to verify when you send on Monday.  Send me a case of 10 boxes please.  I will pay for it, no problem.**

AKW_004665