# EXHIBIT 59











# NBR Nitrile Examination Gloves

**LEVMED**

Qingdao Zhongyang Medical Equipment Co., LTD
Room B623, 179 Huanghe East Road,
Qingdao Pilot Free Trade Zone, Shandong, China

Distributor:
HuiQiao International (Shanghai) Co.ltd
Room 402, Lane 280, No.2, Hong Jing
Road, Shanghai, China

PPE (EU) 2016/425 (CAT III)

EN ISO:374-1 /Type C        EN ISO:374-5:2016

PRODUCT CODE **MD0120**

CE 2777

EN ISO 374-1:2016/Type C   LEVEL   EN ISO 374-4:2019
                                    *Degradation %*
                    6                   -18.0

EN ISO 374-5: 2016
Protection against Bacteria and fungi
Protection against viruses



VIRUS

ISO 13485:2016  ISO 9001: 2015  EN  ISO  21420:2020

CE: CE2777 by Dongguang Grinvald Technoglogy co.ltd

**PT** As luvas de nitrilo para exames médicos são usadas para realizar exames médicos contagiosos. Elas protegem da contaminação, são não estéreis, ambidestras e para uso único. Verifique o estado das luvas antes de usar, não use luvas danificadas. Proteja do ozónio. **BR** As luvas de nitrilo para exames médicos são usadas para realizar exames médicos e para trabalhar com materiais médicos contagiosos. Elas protegem da contaminação, são não estéreis, ambidestras e para uso único. Verifique o estado das luvas antes de usar, não use luvas danificadas. Proteja do ozónio. **IT** I guanti da esami medici in nitrile sono impiegati per l'esecuzione di esami medici e per il lavoro con materiale sanitario a rischio infettivo. Proteggono contro la contaminazione, sono di tipo non sterile, indossabili su entrambe le mani, monouso. Prima dell'uso verificare le condizioni dei guanti. Non utilizzare i guanti se sono danneggiati. Proteggere dall'ozono. **NL** Medische onderzoekshandschoenen van nitril worden gebruikt om medische onderzoeken uit te voeren en om met besmettelijke medische hulpmiddelen te werken. Ze beschermen tegen besmetting, zijn niet-steriel, tweehandig en wegwerpbaar. Controleer voor gebruik de staat van de handschoenen, gebruik geen beschadigde handschoenen. Bescherm tegen ozon. **PL** Rękawice diagnostyczne nitrylowe służą do wykonywania badań lekarskich oraz pracy z zakaźnymi materiałami medycznymi. Chronią przed skażeniem, są niesterylne, dwuręczne i jednorazowe. Przed użyciem sprawdź stan rękawic, nie używaj rękawic uszkodzonych. Chronić przed ozonem. **RU** Нитриловые медицинские смотровые перчатки используются для проведения медицинских осмотров и работ с инфекционными медицинскими материалами. Они защищают от заражения, являются нестерильными, двуручными, предназначены для одноразового использования. Перед использованием проверьте состояние перчаток, не используйте поврежденные перчатки. Беречь от озона. **CZ** Nitrilové lékařské vyšetřovací rukavice se používají k provádění lékařských vyšetření a pro práce s nakažlivým zdravotnickým materiálem. Chrání před kontaminací, jsou nesterilní, obouručné a jednorázové. Před použitím zkontrolujte stav rukavic, poškozené rukavice nepoužívejte. Chraňte před ozonem.



**MEDCARE**

M

LOT : MED202102
⚒ : 2021-02
⧖ : 2024-02

**MEDCARE**

M

LOT : MED202102
⚒ : 2021-02
⧖ : 2024-02

**MEDCARE**

M

LOT : MED202102
⚒ : 2021-02
⧖ : 2024-02

