**EXHIBIT 60**

SHANDONG HONGXIN CHEMICALS CO LTD

| | | | | |
|---|---|---|---|---|
| CTO 3017 | 3,000,000 | PROTECTION | 2/19/21 | MEDCARE 202101 |
| CTO 3358 | 6,000,000 | PROTECTION | 2/23/21 | MED 202102 |
| CTO 3516 | 3,000,000 | PROTECTION | 2/26/21 | MEDCARE 202101 |
| CTO 3573 | 9,000,000 | PROTECTION | 3/1/21 | MED 202102 |
| CTO 3737 | 3,000,000 | PROTECTION | 3/8/21 | MED 202102 |
| CTO 3738 | 3,000,000 | PROTECTION | 3/8/21 | MED 202102 |
| CTO 4327 | 3,000,000 | PROTECTION | 3/12/21 | MEDCARE 202103 |
| CTO 4328 | 3,000,000 | PROTECTION | 3/12/21 | MEDCARE 202103 |
| CTO 4638 | 9,000,000 | PROTECTION | 3/15/21 | MED 202102 |
| CTO 4768 | 2,050,000 | PROTECTION | 3/17/21 | MED 202102 |
| CTO 4769 | 9,950,000 | PROTECTION | 3/17/21 | MED 202102 |
| CTO 5436 | 6,000,000 | PROTECTION | 3/22/21 | MED 202102 |
| CTO 5807 | 15,000,000 | PROTECTION | 3/24/21 | MED 202101 |
| CTO 6101 | 15,000,000 | PROTECTION | 3/26/21 | MED 202102 |
| CNTSN 1341917 | 9,900,000 | PROTECTION | 12/17/20 | MDE 202011 |
| CNTSN 1853839 | 6,000,000 | PROTECTION | 1/27/21 | MED 202011 |
| CNTSN 1856152 | 9,000,000 | PROTECTION | 2/4/21 | MED 202101 |
| CNTSN 1857999 | 6,000,000 | PROTECTION | 2/10/21 | MEDCARE 202101 |
| | 120,900,000 | | | |

RF_004279

SIHONG HANFUKANG MEDICAL TECHNOLOGY CO LTD

| ID | Amount | Type | Date | Reference |
|---|---|---|---|---|
| CNTSN1870422 | 50,000,000? | NBR | 4/2/21 | HFK-20210301010| |
| CNTSN1864034 | 5,138,000 | NBR | 3/15/21 | HFK-20210301010| |
| CT05902 | 3,000,000 | NBR | 3/25/21 | HFK-20210301010| |
| CT05903 | 3,000,000 | NBR | 3/25/21 | HFK-20210301010| |
| CT06147 | 3,000,000 | NBR | 3/27/21 | HFK-20210301010| |
| CT06148 | 3,000,000 | NBR | 3/27/21 | HFK-20210301010| |
| CT06324 | 3,000,000 | NBR | 3/30/21 | HFK-20210301010| |
| CT06325 | 3,000,000 | NBR | 3/30/21 | HFK-20210301010| |
| CT06326 | 3,000,000 | NBR | 3/30/21 | HFK-20210301010| |
| CT06903 | 3,000,000 | NBR | 4/8/21 | HFK-20210301010| |
| CT06904 | 3,000,000 | NBR | 4/8/21 | HFK-20210301010| |
| CT06905 | 3,000,000 | NBR | 4/8/21 | HFK-20210301010| |
| CT06906 | 3,000,000 | NBR | 4/8/21 | HFK-20210301010| |
| CT07121 | 3,000,000 | NBR | 4/12/21 | HFK-20210301010| |
| CT07122 | 3,000,000 | NBR | 4/12/21 | HFK-20210301010| |
| CT07123 | 3,000,000 | NBR | 4/12/21 | HFK-20210301010| |
| CT07444 | 3,000,000 | NBR | 4/18/21 | HFK-20210301010| |
| CT07445 | 3,000,000 | NBR | 4/16/21 | HFK-20210301010| |
| CT07446 | 3,000,000 | NBR | 4/16/21 | HFK-20210301010| |
| CT07735 | 9,000,000 | NBR | 4/21/21 | HFK-20210301010| |
| CT08017 | 12,000,000 | NBR | 4/24/21 | HFK-20210301010| |
| CT08103 | 3,001,000 | NBR | 4/25/21 | ZKMD202104 |
| CT08223 | 15,000,000 | NBR | 4/26/21 | HFK-20210301010| |
| CT08415 | 15,000,000 | NBR | 4/29/21 | HFK-20210301010| |
| CT08927 | 15,000,000 | NBR | 5/6/21 | HFK-20210501020 |

RF_004280

ZHONGHONG PULIN MEDICAL PRODUCTS

| | | | | |
|---|---|---|---|---|
| CT41939 | 18,640,000 | SYN EXAM 12/11/20 | 20201106 |
| CT002417 | 20,000,000 | SYN EXAM 1/21/21 | NO LOT # |
| CT42445 | 6,000,000 | SYN EXAM 12/14/20 | 20201106 |
| CT44327 | 12,000,000 | SYN EXAM 12/31/20 | 20201106 |

56,640,000

RF_004281