# EXHIBIT 62

# LEWIS RICE LLC

| | | |
|---|---|---|
| **Winthrop B. Reed, III** | | 600 Washington Avenue |
| | | Suite 2500 |
| WReed@lewisrice.com | Attorneys at Law | St. Louis, Missouri 63101 |
| 314.444.7617 *(direct)* | | |
| 314.612.7617 *(fax)* | | www.lewisrice.com |

March 16, 2022

VIA EMAIL AND FEDEX

Mr. Tommy Kato d/b/a Rock Fintek
1680 Michigan Avenue
Suite 800
Miami Beach, Florida 33139
tk@rockfintek.com
t@mhub.com

      RE:    Medcare Gloves – Purchase Order P00190000040075

Dear Mr. Kato:

My firm and I represent Ascension Health Resource and Supply Management Group, LLC d/b/a The Resource Group ("Resource Group"), which engaged you d/b/a Rock Fintek[1] ("Supplier") to provide 200 million nitrile gloves pursuant to the above-referenced purchase order, which is attached for your convenience and includes the governing terms and conditions (the "Purchase Order"). As reflected by this Purchase Order and other documents and correspondence exchanged by the parties, these gloves were required to be FDA 510K ASTM D6319 rated. Resource Group ultimately received from Supplier 196 million Medcare gloves. Prior to delivery, you and your team provided assurances to Resource Group that these gloves were be FDA 510K ASTM D6319 rated.

Unfortunately, as Resource Group communicated to Supplier on, among other dates, July 12, 2021, there are serious issues with these Medcare gloves that render them unusable for their intended purpose in a medical setting. Multiple Ascension facilities independently reported that the gloves ripped when they were put on, or that fluid leaked through the gloves. Resource Group subsequently arranged (and paid) for independent testing by Akron Rubber Development Laboratory, Inc. ("ARDL") on multiple lots of the Medcare gloves. ARDL performed tensile strength and elongation testing on eight lots, all of which failed—meaning that none of the gloves tested meet FDA 510K ASTM D6319 requirements. ARDL then performed chemical testing on three of the lots that it had previously tested. The results of this testing revealed that the gloves in two of the three lots were not nitrile gloves. (The third lot, which passed chemical testing, was a proposed replacement sample provided by Supplier.)

---

[1] It is our understanding that the LLC listed as the contracting party, Rock Fintek LLC of Miami Beach, Florida, was not formed until May 1, 2021, well after the date of Purchase Order P00190000040075.

*Established* 1909



Exhibit
JNS A

3rd Oct 2023

LEWISRICE LLC

March 16, 2022
Page 2

Resource Group paid Supplier approximately $37 million to provide 200 million nitrile ASTM FDA 510K D6319 rated gloves. Despite Supplier's assurances, and even the labeling on the boxes themselves, the gloves that Resource Group received are not suitable for their intended purpose; independent testing indicates that the 196 million Medcare gloves are not FDA 510K ASTM D6319 rated, and are not even nitrile gloves. In accordance with its rights under the Missouri Uniform Commercial Code, Resource Group hereby provides formal notice that it revokes its acceptance of the 196 million Medcare gloves it received from Supplier. Resource Group is entitled to damages from Supplier, including but not limited to the approximately $37 million purchase price, accruing storage costs, and other damages. In addition, Resource Group hereby asserts a security interest in the gloves purchased under the Purchase Order (and any proceeds therefrom), as is provided for under the Missouri Uniform Commercial Code. Finally, please make arrangements to pick up the gloves Supplier provided under the Purchase Order, subject to Resource Group's security interest.

You have been aware of Resource Group's claim against you for breach of the Purchase Order for some time. Please be aware that you should not transfer (and should not have transferred), directly or indirectly, any assets or take any other steps that might impair your ability to satisfy Resource Group's claim and any resulting judgment in favor of Resource Group. In addition, while we assume that Supplier has already done so, please let this serve as a formal request that you preserve all documents, communications, and other evidence related to this dispute, including but not limited to any documents and communications with Medcare, the manufacturer of the gloves, and any other third party relating to the gloves at issue and Supplier's procurement thereof.

Finally, and for settlement purposes only, Resource Group remains willing to work with Supplier on a resolution, but that needs to happen quickly. Supplier was made aware of this issue months ago, but no progress has been made towards providing (at no additional cost) Resource Group with a refund or, alternatively, an acceptable replacement of the 200 million ASTM D6319 rated gloves that Supplier promised to provide back in December 2020. To that end, please contact me immediately (or have your attorneys contact me immediately) to schedule an in person meeting.

Very truly yours,

Winthrop B. Reed, III

cc:   Todd Adams, Chief Operating Officer
      John Hakes, Vice President & Associate General Counsel
      Mike Elstro, Director, Sourcing & Supplier Management
      Dewayne Rader, Vice President, National Operations

Established 1909