

**NEW YORK    BOSTON**
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
43 West 43rd Street, Suite 174, New York, NY 10036
617-439-9800
prakhunov@psdfirm.com

March 15, 2024

**<u>VIA ECF</u>**

Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:    *Kitchen Winners NY Inc. v. Rock Fintek LLC*, Case No. 22-cv-05276-PAE
       **Letter Motion for a One-Week Extension of Deadline to File Redacted**
       **Bank Records**

Dear Judge Engelmayer:

We write on behalf of Rock Fintek LLC pursuant to the Court's March 12 Order allowing Rock Fintek to place under seal the bank records that have been filed in connection with the summary judgment motions. As the Court anticipated, Rock Fintek is respectfully requesting a brief one-week extension through March 22, 2024, to submit redacted bank records, given today's deadline for oppositions to three separate summary judgment motions.

We appreciate the Court's consideration.

Respectfully submitted,

/s/Phillip Rakhunov
Phillip Rakhunov

cc:    All counsel (via ECF)

GRANTED.  SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: March 19, 2024