IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC.,<br><br>*Plaintiff*,<br><br>-against-<br><br>ROCK FINTEK LLC,<br><br>*Defendant*.<br><br>ROCK FINTEK LLC,<br><br>*Counterclaim and Third-Party Plaintiff*,<br><br>-against-<br><br>KITCHEN WINNERS NY INC.,<br><br>*Counterclaim Defendant,*<br><br>and<br><br>ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN<br><br>*Third-Party Defendants.* | Civil Action No. 22-cv-05276-PAE |

### DECLARATION OF PHILLIP RAKHUNOV

I, Phillip Rakhunov, declare and state as follows:

1. I am a partner at the law firm Pollack Solomon Duffy LLP and counsel of record for Defendant/Counterclaim and Third Party Plaintiff Rock Fintek LLC ("Rock Fintek"), in

reference to the above captioned matter. I submit this declaration pursuant to the Court's March 12, 2024 order regarding Rock Fintek's Motion to Seal Bank Records.

2. Attached as **Exhibit N** hereto is a redacted version of Exhibit N filed by the Adorama Parties on February 18, 2024.

3. Attached as **Exhibit O** hereto is a redacted version of Exhibit O filed by the Adorama Parties on February 18, 2024.

I DECLARE UNDER THE PAINS AND PENALTIES OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON March 22, 2024:

_____
Phillip Rakhunov