# EXHIBIT N-1



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

**Client service information**

📱  1.800.878.7878

✉️  bankofamerica.com/privatebank

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Fundamentals Checking

for January 14, 2021 to January 31, 2021

Account number: ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 14, 2021 | $0.00 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 0 |
| Withdrawals and other debits | -0.00 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 18 |
| Service fees | -0.00 | Average ledger balance: $0.00 |
| **Ending balance on January 31, 2021** | **$0.00** | [1]Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ████████ 9205   |   January 14, 2021 to January 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**

 **BANK OF AMERICA**

**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Fundamentals Checking

for February 1, 2021 to February 28, 2021

Account number: ███████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | | |
|---|---:|---|---|
| Beginning balance on February 1, 2021 | $0.00 | # of deposits/credits: 1 | |
| Deposits and other credits | 422,771.25 | # of withdrawals/debits: 3 | |
| Withdrawals and other debits | -421,000.00 | # of items–previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 28 | |
| Service fees | -0.00 | Average ledger balance: $253.03 | |
| **Ending balance on February 28, 2021** | **$1,771.25** | [1]Includes checks paid,deposited items&other debits | |

ROCK FINTEK LLC    |    Account # ████ 9205    |    February 1, 2021 to February 28, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**



# Your checking account

PRIVATE BANK
ROCK FINTEK LLC   |   Account #          9205   |   February 1, 2021 to February 28, 2021

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

Scammers are taking advantage of the current environment to try to obtain your personal and financial information. Watch out for scams involving promises for COVID-19 vaccines, stimulus payments, employment and more. Scammers may try to contact you in various ways including by phone, email, and social media. Learn more at bankofamerica.com/security.

## Deposits and other credits

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 02/25/21 | Ascension PPD | DES:ACH     ID:AP0000894498  INDN:ROCK FINTEK LLC | | CO ID:2273138686 | 422,771.25 |
| **Total deposits and other credits** | | | | | **$422,771.25** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 02/25/21 | WIRE TYPE:WIRE OUT DATE:210225 TIME:1256 ET TRN:2021022500390179 SERVICE REF:013651 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210225121 244REF: INVOICE 202103 /ACC/Ref: Invoice 202103 | -250,000.00 |
| **Total withdrawals and other debits** | | **-$421,000.00** |

## Daily ledger balances

| Date | Balance ($) |
|---|---|
| 02/25 | 1,771.25 |

ROCK FINTEK LLC   |   Account # ███████ 9205   |   February 1, 2021 to February 28, 2021

This page intentionally left blank

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Reminder – your November 2020 statement included the following list of changes that may apply to your Small Business checking and savings accounts and the effective date of the changes. You will also see some changes to the options you have to avoid the Monthly Fee on your accounts.**

| Account Changes | Effective Date | What to Expect After the Changes Become Effective |
|---|---|---|
| **Business Advantage Checking will become Business Advantage Relationship Banking.** | February 19, 2021 | You will see the new name on your statements, in Mobile Banking and in Business Advantage 360, our small business online banking. |
| **Business Advantage Relationship Banking**<br><br>The Monthly Fee of $29.95 will no longer be waived based on:<br>• $15,000 average monthly balance.<br>• Active payroll services usage with Intuit (Footnote 1) or ADP Payroll Services (Footnote 2) beginning December 1, 2020.<br>• Spend $2,500 in new net purchases on a linked business credit card.<br>• Active Merchant Services with Bank of America account linked to a Bank of America settlement account beginning January 1, 2021. | Account statement cycles on or after January 30, 2021 | To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a combined average monthly balance of $15,000 or more in your linked Bank of America business deposit accounts. Previously, the combined average monthly balance requirement was $35,000.<br>• Qualify for and enroll in Preferred Rewards for Business (Footnote 3) (first 4 checking accounts per enrolled business).<br><br>Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance. |
| **Business Fundamentals Checking will become Business Advantage Fundamentals Banking.** | February 19, 2021 | You will see the new name on your statements, in Mobile Banking and in Business Advantage 360, our small business online banking. |
| **Business Advantage Fundamentals Banking**<br><br>Monthly Fee will be $16 in all states. (Previously the monthly fee varied by state.)<br><br>The Monthly Fee will no longer be waived based on:<br>• $3,000 minimum daily balance.<br>• $5,000 average monthly balance.<br>• Spend $250 or more in new net purchases on a linked business credit card. | Account statement cycles on or after January 30, 2021 | Depending on the state in which your account was opened, the $16 Monthly Fee may be a decrease, increase or remain unchanged.<br><br>To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a combined average monthly balance of $5,000 or more in your linked Bank of America deposit accounts. Previously the combined average monthly balance requirement was $15,000.<br>• Spend $250 or more in new net purchases on a linked business debit card.<br>• Qualify for and enroll in Preferred Rewards for Business (first 4 checking accounts per enrolled business).<br><br>Please review the Business Schedule of Fees for the state in which you opened your account for additional details about the ways to avoid the Monthly Fee at: bankofamerica.com/businessfeesataglance. |
| **Business Investment Account**<br><br>The Monthly Fee of $5 will no longer be waived by being linked and included in a Business Advantage Fundamentals Banking relationship. | February 19, 2021 | If you already have a Business Investment Account linked and included in your Business Advantage Fundamentals Banking relationship before February 19, 2021, it will remain and will not receive a Monthly Fee while included.<br><br>Note: Business Investment Accounts can be linked to your Business Advantage Fundamentals Banking relationship to help meet the combined balance requirement to avoid the Monthly Fee on the Business Advantage Fundamentals account. |

Continued on next page

Continued from previous page

| Excess Transactions Fee and Deposited Item Fee<br><br>These fees will no longer apply to deposits made using Remote Deposit Online, Mobile Check Deposit, or at a Bank of America ATM. | Account statement cycles on or after January 30, 2021 | For more information about any fees that may apply to business accounts, review the Business Schedule of Fees for the state in which you opened your account at bankofamerica.com/businessfeesataglance. |
|---|---|---|
| Business Advantage Savings<br><br>The Monthly Fee is decreasing from $15 to $10. | Account statement cycles on or after January 30, 2021 | To avoid the Monthly Fee, meet any ONE of the following requirements during each statement cycle:<br>• Maintain a minimum daily balance of $2,500 or more in your account. Previously, the minimum daily balance was $5,000.<br>• Include in your Business Advantage Relationship Banking solution (one per checking solution).<br>• Qualify for and enroll in Preferred Rewards for Business (first 4 savings accounts, per enrolled business). |

## We are here to help

If you have any questions regarding this notice, please contact Private Bank Client Services at 800.878.7878 or a member of your Bank of America Private Bank relationship team.

Please let us know if you have any questions about these changes or would like to discuss how you may be able to reduce or waive some of these fees by converting your account to another account type. You can stop by a financial center, make an appointment at bankofamerica.com/bizappointment, or give us a call at the number listed on this statement.

Footnotes are spelled out so the text can be translated by vision disability screen reader programs.

Footnote 1 Intuit and the Intuit logo are registered trademarks of Intuit Inc., used under license.
Bank of America does not deliver and is not responsible for the products, services or performance of Intuit Inc. Internet access may be required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees available at bankofamerica.com/businessfeesataglance for details.
Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services.

Footnote 2 ADP and the ADP logo are registered trademarks of ADP, LLC, used under license.
Bank of America does not deliver and is not responsible for the products, services or performance of ADP, LLC. Internet access may be required. Internet service provider fees may apply. Other bank fees may apply. See the Business Schedule of Fees available at bankofamerica.com/businessfeesataglance for details.
Bank of America and/or its affiliates or service providers may receive compensation from third parties for clients' use of their services.

Footnote 3 The Preferred Rewards for Business program is only available to Small Business, Merrill Small Business, and Bank of America Private Bank® Small Business clients. Other categories of clients, such as those commonly referred to as Business Banking, Global Commercial Banking, Global Corporate Investment Banking, or Institutional clients are not eligible to participate in the program. Subject to certain exceptions, eligible business checking accounts generally are any Small Business checking account and the following Analyzed checking accounts: Full Analysis Business Checking or Analyzed Business Interest Checking. Clients in the eligible business categories may enroll in the program. To enroll you must have an active, eligible Bank of America business checking account, and maintain a qualifying balance of at least $20,000 for the Gold tier, $50,000 for the Platinum tier, or $100,000 for the Platinum Honors tier in your combined qualifying Bank of America business deposit accounts (such as checking, savings, certificate of deposit) and/or your Merrill business investment accounts (such as Working Capital Management Accounts, Business Investor Accounts, Delaware Business Accounts). The qualifying balance is calculated based on either (i): your average daily balance for a three calendar month period, or (ii) your current combined balance, provided that you enroll at the time you open your first eligible business checking account and satisfy the balance requirement at the end of at least one day within thirty days of opening that account. Refer to your Business Schedule of Fees for details on accounts that qualify towards the combined balance calculation and receive program benefits. Eligibility to enroll is generally available three or more business days after the end of the calendar month in which you satisfy the requirements. Bank of America Private Bank® Small Business clients are automatically enrolled in the program at the Platinum Honors tier as long as you maintain your Bank of America Private Bank® relationship. Once you are no longer a client of the Private Bank, your enrollment in Preferred Rewards for Business will end and the benefits from enrollment will no longer be provided. You can continue to receive Preferred Rewards for Business benefits if you are eligible for the program and you take action to enroll. Benefits become effective within 30 days of your enrollment, or for new accounts within 30 days of account opening, unless we indicate otherwise. Certain benefits may be available without enrolling in the program if you satisfy balance and other requirements.



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

🔔 Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for March 1, 2021 to March 31, 2021                     Account number: ▮▮▮▮ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on March 1, 2021 | $1,771.25 | # of deposits/credits: 8 |
| Deposits and other credits | 3,440,163.75 | # of withdrawals/debits: 43 |
| Withdrawals and other debits | -2,615,898.36 | # of items-previous cycle¹: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $387,283.04 |
| **Ending balance on March 31, 2021** | **$826,036.64** | ¹Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ███████ 9205   |   March 1, 2021 to March 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**


**PRIVATE BANK**

# Your checking account

ROCK FINTEK LLC   |   Account # ███████ 9205   |   March 1, 2021 to March 31, 2021

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 03/03/21 | Ascension     DES:ACH     ID:AP0000897839  INDN:ROCK FINTEK LLC     CO ID:3453358926 | | | 406,400.00 |
| | PPD | | | |
| 03/05/21 | ASCENSION     DES:ACH     ID:AP0000899367  INDN:ROCK FINTEK LLC     CO | | | 357,975.00 |
| | ID:3453358926 PPD | | | |
| 03/09/21 | ASCENSION     DES:ACH     ID:AP0000901833  INDN:ROCK FINTEK LLC     CO | | | 393,600.00 |
| | ID:3453358926 PPD | | | |
| 03/18/21 | ASCENSION     DES:ACH     ID:AP0000907239  INDN:ROCK FINTEK LLC     CO | | | 589,548.75 |
| | ID:3453358926 PPD | | | |
| 03/19/21 | ASCENSION     DES:ACH     ID:AP0000908639  INDN:ROCK FINTEK LLC     CO | | | 800,000.00 |
| | ID:3453358926 PPD | | | |
| 03/22/21 | ASCENSION     DES:ACH     ID:AP0000909891  INDN:ROCK FINTEK LLC     CO | | | 200,000.00 |
| | ID:3453358926 PPD | | | |
| 03/25/21 | ASCENSION     DES:ACH     ID:AP0000911639  INDN:ROCK FINTEK LLC     CO | | | 360,750.00 |
| | ID:3453358926 PPD | | | |
| 03/29/21 | ASCENSION     DES:ACH     ID:AP0000913721  INDN:ROCK FINTEK LLC     CO | | | 331,890.00 |
| | ID:3453358926 PPD | | | |
| **Total deposits and other credits** | | | | **$3,440,163.75** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 03/05/21 | WIRE TYPE:WIRE OUT DATE:210305 TIME:1046 ET TRN:2021030500300473 SERVICE REF:007777 BNF:MARK J. NUSSBAUM & ASSOCIA ID:1503641964 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:TS20210 305103823REFERENCE INVOICE 1633 FOR GLOVESROCK FIN | -470,000.00 |
| 03/05/21 | WIRE TYPE:WIRE OUT DATE:210305 TIME:1508 ET TRN:2021030500421418 SERVICE REF:014934 BNF:INTCO MEDICAL INDUSTRIES, ID:8003126169 BNF BK:EAST WEST BANK ID:322070381 PMT DET:TS20210 305024808 | -200,000.00 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   March 1, 2021 to March 31, 2021

## Withdrawals and other debits - continued

Date          Description                                                                                          Amount

*continued on the next page*

**BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC  |  Account # ▓▓▓▓ 9205  |  March 1, 2021 to March 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 03/18/21 | WIRE TYPE:WIRE OUT DATE:210318 TIME:1555 ET TRN:2021031800427037 SERVICE REF:014716 BNF:INTCO MEDICAL INDUSTRIES,I ID:8003126169 BNF BK:EAST WEST BANK ID:322070381 PMT DET:3320758 10 INVOICE NUMBER 21 80380 | -240,000.00 |
| 03/18/21 | WIRE TYPE:WIRE OUT DATE:210318 TIME:1622 ET TRN:2021031800439604 SERVICE REF:015297 BNF:MARK J. NUSSBAUM & ASSOCIA ID:1503641964 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:3320802 56 ROCK FINTEK GLOVES | -420,000.00 |
| 03/19/21 | WIRE TYPE:WIRE OUT DATE:210319 TIME:1507 ET TRN:2021031900397592 SERVICE REF:014533 BNF:MARK J. NUSSBAUM & ASSOCIA ID:1503641964 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:3322383 82 IVOICE 1698 ROCK FINTEK GLOVES | -370,000.00 |
| 03/22/21 | WIRE TYPE:WIRE OUT DATE:210322 TIME:1254 ET TRN:2021032200396789 SERVICE REF:500958 BNF:DIMERCO EXPRESS ID:207023603 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:332428156 ROCK FINTE K | -90,000.00 |
| 03/30/21 | WIRE TYPE:WIRE OUT DATE:210330 TIME:1141 ET TRN:2021033000337137 SERVICE REF:406084 BNF:DIMERCO EXPRESS ID:207023603 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:333446712 ROCK FINTE K | -91,597.60 |
| 03/10/21 | RALPHS #0738 2  03/10 #000038896 PURCHASE RALPHS #0738 2823  LAGUNA NIGUEL CA | -4.99 |

**Subtotal for card account # XXXX XXXX XXXX 7559**         **-$4.99**

**Total withdrawals and other debits**         **-$2,615,898.36**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| 03/01 | 1,771.25 | 03/03 | 408,171.25 | 03/05 | 96,146.25 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████████ 9205   |   March 1, 2021 to March 31, 2021

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**In the next few months, Bank of America is making changes to its Overdraft Protection Service and fees. Each change is outlined along with the applicable effective date. Please review these updates in the Deposit Agreement and Disclosures at bankofamerica.com/deposits and Business Schedule of Fees at bankofamerica.com/businessfeesataglance.**

| Change | Effective Date | What to Expect After the Change Is Effective |
|---|---|---|
| Eligible business deposit accounts may have the ability to enroll in multiple Overdraft Protection plans and link up to 5 eligible business accounts for overdraft protection | • June 18, 2021 for business deposit account(s) opened in GA, IL, KY, MI or TN<br>• August 20, 2021 for business deposit account(s) opened in any location | • When you link more than one business deposit account for overdraft protection and the available funds in your first linked business account are not enough to cover the necessary amount including any applicable transfer fee, the next linked business account(s) will transfer/advance available funds to cover the remaining amount including any applicable transfer fee.<br>• If your linked business accounts do not have enough available funds to cover the necessary amount, Bank of America may decline to make the transfer.<br>• This functionality is not available for all business deposit accounts. |
| Overdraft Protection Transfer Fee changes for transfers made from a linked Bank of America business credit card, business charge card or business line of credit card to your business deposit account (covered account) | • June 18, 2021 for business deposit account(s) opened in GA, IL, KY, MI or TN<br>• August 20, 2021 for business deposit account(s) opened in any location | • Your covered account may be charged a $12.00 Overdraft Protection Transfer Fee when overdraft protection transfers are made from a linked business credit card, business charge card or business line of credit card to cover the overdraft and the applicable transfer fee on your account.  Keep in mind, this fee may be higher than what you are currently charged when transfers are made from your linked credit card.<br>• The applicable transfer fee will be charged to your covered business account; previously the fee was charged to your business credit card, business charge card or business line of credit.<br>• The amount of the applicable transfer fee may be included in the amount transferred from your linked credit card account.<br>• Bank of America will only charge one Overdraft Protection Transfer Fee any day a transfer is made to a given covered account, regardless of the number of items covered or whether funds are transferred/advanced from multiple accounts.<br>• Bank of America will not charge this fee if all individual items covered by the transfer are $1.00 or less.<br>• Bank of America will not charge this fee if your covered account is overdrawn by a total amount of $1.00 or less (previously less than $12.00) before we apply overdraft protection.<br>• Preferred Rewards for Business members qualify for a waiver of this fee. |
| The dollar amount transferred for overdraft protection from a linked Bank of America business credit card, business charge card or business line of credit to your covered business deposit account | August 20, 2021 | • Overdraft protection transfers from a linked business credit card, business charge card or business line of credit will be made for the amount required to cover the overdraft and the applicable transfer fee on the covered account (previously in increments of $100.00). |
| The name of Overdraft Protection will change to Balance Connect(TM) | August 20, 2021 | • You will see the new name, Balance Connect(TM), on your statement and in Mobile and Online Banking. |

## We are here to help

Bank of America is committed to providing you with the best possible service. We're here to help – please call your client team if you have any questions.

ROCK FINTEK LLC   |   Account # ██████ 9205   |   March 1, 2021 to March 31, 2021

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

✉️  bankofamerica.com/privatebank

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for April 1, 2021 to April 30, 2021                      Account number: ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2021 | $826,036.64 | # of deposits/credits: 6 |
| Deposits and other credits | 2,860,760.00 | # of withdrawals/debits: 15 |
| Withdrawals and other debits | -3,023,362.39 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $221,397.98 |
| **Ending balance on April 30, 2021** | **$663,434.25** | [1]*Includes checks paid,deposited items&other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ████████ 9205   |   April 1, 2021 to April 30, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**

 **BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC   |   Account # ▬▬▬ 9205   |   April 1, 2021 to April 30, 2021

## Deposits and other credits

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 04/07/21 | ASCENSION        DES:ACH        ID:AP0000919166  INDN:ROCK FINTEK LLC        CO<br>ID:3453358926 PPD | | | 141,276.25 |
| 04/08/21 | ASCENSION        DES:ACH        ID:AP0000920205  INDN:ROCK FINTEK LLC        CO<br>ID:3453358926 PPD | | | 400,000.00 |
| 04/26/21 | Ascension        DES:ACH        ID:AP0000931814  INDN:ROCK FINTEK LLC        CO ID:3453358926<br>PPD | | | 716,643.75 |
| 04/27/21 | Ascension        DES:ACH        ID:AP0000932470  INDN:ROCK FINTEK LLC        CO ID:3453358926<br>PPD | | | 444,693.75 |
| 04/28/21 | ASCENSION        DES:ACH        ID:AP0000932526  INDN:ROCK FINTEK LLC        CO<br>ID:3453358926 PPD | | | 346,042.50 |
| 04/30/21 | ASCENSION        DES:ACH        ID:AP0000934847  INDN:ROCK FINTEK LLC        CO<br>ID:3453358926 PPD | | | 812,103.75 |
| **Total deposits and other credits** | | | | **$2,860,760.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/21 | WIRE TYPE:BOOK OUT DATE:210401 TIME:0938 ET TRN:2021040100312851 RELATED<br>REF:333665642 BNF:PRAXIS PROTECTION LLC ID:383020722865 PMT DET: 2021031202 | -27,000.00 |
| 04/08/21 | WIRE TYPE:WIRE OUT DATE:210408 TIME:1209 ET TRN:2021040800340097 SERVICE<br>REF:416602 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT<br>DET:TS20210408115535REF: NITRILE GL OVES FOR ROCK FINTEKLLC /ACC/Ref: Nitrile Gloves f | -1,250,000.00 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ██████ 9205   |   April 1, 2021 to April 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|-------:|
| 04/26/21 | WIRE TYPE:WIRE OUT DATE:210426 TIME:1050 ET TRN:2021042600384345 SERVICE REF:451264 BNF:ADORAMA INC ID:4979165791 BNF BK:CITIBANK, N.A . ID:0008 PMT DET:336882864 NITRILE GLOVES FOR ROC K FINTEK LLC | -690,000.00 |
| 04/27/21 | WIRE TYPE:WIRE OUT DATE:210427 TIME:1247 ET TRN:2021042700340298 SERVICE REF:008898 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:337083348 INV  202112 | -25,000.00 |
| 04/27/21 | WIRE TYPE:WIRE OUT DATE:210427 TIME:1433 ET TRN:2021042700385400 SERVICE REF:427252 BNF:ADORAMA INC ID:4979165791 BNF BK:CITIBANK, N.A . ID:0008 PMT DET:337109400 NITRILE GLOVES FOR ROC K FINTEK | -345,000.00 |



| 04/30/21 | WIRE TYPE:WIRE OUT DATE:210430 TIME:1142 ET TRN:2021043000406058 SERVICE REF:018133 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:337616228 INV  202111 | -272,550.00 |

**Total withdrawals and other debits**  **-$3,023,362.39**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|