# EXHIBIT N-2



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for May 1, 2021 to May 31, 2021                              Account number: ███ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2021 | $663,434.25 | # of deposits/credits: 15 |
| Deposits and other credits | 15,787,514.90 | # of withdrawals/debits: 41 |
| Withdrawals and other debits | -15,408,148.15 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $526,275.16 |
| **Ending balance on May 31, 2021** | **$1,042,801.00** | [1]*Includes checks paid,deposited items&other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ███████ 9205   |   May 1, 2021 to May 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**

 **BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC | Account # ████ 9205 | May 1, 2021 to May 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| █████ | ████████████████████████████████ | |
| 05/04/21 | ASCENSION DES:ACH ID:AP0000937286 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 388,500.00 |
| 05/05/21 | ASCENSION DES:ACH ID:AP0000937287 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 807,525.00 |
| 05/06/21 | ASCENSION DES:ACH ID:AP0000938284 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 414,168.75 |
| 05/07/21 | ASCENSION DES:ACH ID:AP0000939950 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 413,475.00 |
| 05/10/21 | Ascension DES:ACH ID:AP0000941044 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 804,611.25 |
| 05/11/21 | ASCENSION DES:ACH ID:AP0000941512 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 831,667.50 |
| 05/11/21 | WIRE TYPE:WIRE IN DATE: 210511 TIME:1348 ET TRN:2021051100368617 SEQ:3619400131JO/402513 ORIG:AETRS SE PAYABLES FUNDING ID:009102753069 SND BK:JPMORGAN CHASE BANK, N.A. ID:0002 PMT DET:C AP OF 21/05/11 | 352,022.40 |
| 05/12/21 | ASCENSION DES:ACH ID:AP0000941783 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 1,169,801.25 |
| 05/18/21 | ASCENSION DES:ACH ID:AP0000946126 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 1,643,910.00 |
| 05/21/21 | ASCENSION DES:ACH ID:AP0000947882 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 808,357.50 |
| 05/24/21 | ASCENSION DES:ACH ID:AP0000949697 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 2,837,298.75 |
| 05/25/21 | ASCENSION DES:ACH ID:AP0000950503 INDN:ROCK FINTEK LLC CO ID:3453358926 PPD | 767,426.25 |

*continued on the next page*

ROCK FINTEK LLC    |    Account # ████ 9205    |    May 1, 2021 to May 31, 2021

## Deposits and other credits - continued

| Date | Description | | | Amount |
|------|-------------|--|--|-------:|
| 05/27/21 | ASCENSION      DES:ACH      ID:AP0000951591  INDN:ROCK FINTEK LLC | | CO | 3,638,580.00 |
| | ID:3453358926 PPD | | | |
| 05/28/21 | ASCENSION      DES:ACH      ID:AP0000952405  INDN:ROCK FINTEK LLC | | CO | 800,171.25 |
| | ID:3453358926 PPD | | | |
| **Total deposits and other credits** | | | | **$15,787,514.90** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|-------:|
| 05/03/21 | WIRE TYPE:WIRE OUT DATE:210503 TIME:1509 ET TRN:2021050300473214 SERVICE REF:373608 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210503030042REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| 05/04/21 | WIRE TYPE:WIRE OUT DATE:210504 TIME:1420 ET TRN:2021050400380193 SERVICE REF:386435 BNF:DIMERCO EXPRESS ID:207023603 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:338232702 0142100198 1 | -80,510.00 |
| 05/05/21 | WIRE TYPE:WIRE OUT DATE:210505 TIME:1714 ET TRN:2021050500458548 SERVICE REF:408782 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210505050120REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| 05/07/21 | WIRE TYPE:WIRE OUT DATE:210507 TIME:1621 ET TRN:2021050700460706 SERVICE REF:017325 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210507041 909 | -700,000.00 |
| 05/10/21 | WIRE TYPE:WIRE OUT DATE:210510 TIME:1449 ET TRN:2021051000481195 SERVICE REF:503109 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210510024136REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| 05/11/21 | WIRE TYPE:WIRE OUT DATE:210511 TIME:0934 ET TRN:2021051100266121 SERVICE REF:312315 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210511092653REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| 05/11/21 | WIRE TYPE:WIRE OUT DATE:210511 TIME:1128 ET TRN:2021051100313876 SERVICE REF:007867 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210511105 004INVOICE NUMBER: 202110 | -119,475.00 |

*continued on the next page*

**BANK OF AMERICA**

PRIVATE BANK

ROCK FINTEK LLC   |   Account #█████ 9205   |   May 1, 2021 to May 31, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| 05/12/21 | WIRE TYPE:WIRE OUT DATE:210512 TIME:1106 ET TRN:2021051200294342 SERVICE REF:357663 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210512103752REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| 05/12/21 | WIRE TYPE:WIRE OUT DATE:210512 TIME:1107 ET TRN:2021051200295021 SERVICE REF:007694 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210512104 253 | -322,550.00 |
| 05/19/21 | WIRE TYPE:WIRE OUT DATE:210519 TIME:0923 ET TRN:2021051900226464 SERVICE REF:273700 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210519090511REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -1,380,000.00 |
| 05/20/21 | WIRE TYPE:WIRE OUT DATE:210520 TIME:1405 ET TRN:2021052000380210 SERVICE REF:462517 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210520013738REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -345,000.00 |
| 05/21/21 | WIRE TYPE:WIRE OUT DATE:210521 TIME:1124 ET TRN:2021052100300161 SERVICE REF:394194 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210521110946REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -1,035,000.00 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ■■■■■ 9205   |   May 1, 2021 to May 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 05/24/21 | WIRE TYPE:WIRE OUT DATE:210524 TIME:1115 ET TRN:2021052400379600 SERVICE REF:446490 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210524105849REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -1,725,000.00 |
| 05/24/21 | WIRE TYPE:WIRE OUT DATE:210524 TIME:1434 ET TRN:2021052400458114 SERVICE REF:012713 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210524022 204 | -200,000.00 |
| | ███████████████████████████████████████████ | |
| 05/25/21 | WIRE TYPE:WIRE OUT DATE:210525 TIME:1220 ET TRN:2021052500344546 SERVICE REF:430466 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210525113102REFERENCE: NITR ILE GLOVES FOR ROCK FINTEK LLC | -1,035,000.00 |
| 05/25/21 | WIRE TYPE:WIRE OUT DATE:210525 TIME:1258 ET TRN:2021052500362466 SERVICE REF:009723 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210525124 637 | -137,640.00 |
| 05/25/21 | WIRE TYPE:WIRE OUT DATE:210525 TIME:1301 ET TRN:2021052500363615 SERVICE REF:443341 BNF:DIMERCO EXPRESS (U.S.A) CO ID:207023603 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:TS2 0210525125016INVOICE NUMBER: 01421002176 | -89,000.00 |
| | ███████████████████████████████████████████ | |
| 05/27/21 | WIRE TYPE:WIRE OUT DATE:210527 TIME:1046 ET TRN:2021052700330269 SERVICE REF:008893 BNF:JNS CAPITAL HOLDINGS LLC ID:3746631052 BNF BK: CAPITAL ONE, NA ID:065000090 PMT DET:TS20210527093 344 | -200,000.00 |
| 05/27/21 | WIRE TYPE:WIRE OUT DATE:210527 TIME:1050 ET TRN:2021052700330650 SERVICE REF:009005 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:021000089 PMT DET:TS20210527093509REFERENCE NITRILE GLOVES FOR ROCKFINTEK LLC | -2,070,000.00 |
| 05/27/21 | WIRE TYPE:WIRE OUT DATE:210527 TIME:1048 ET TRN:2021052700331146 SERVICE REF:008921 BNF:MARK J. NUSSBAUM & ASSOCIA ID:1503641964 BNF BK:SIGNATURE BANK ID:026013576 PMT DET:TS20210 527093630 | -198,435.00 |
| 05/28/21 | FUNDS TRANSFER DEBIT | -1,000,000.00 |
| **Total withdrawals and other debits** | | **-$15,408,148.15** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 05/01 | 663,434.25 | 05/05 | 326,312.82 | 05/10 | 137,884.83 |
| 05/03 | 10,797.82 | 05/06 | 740,481.57 | 05/11 | 509,705.44 |
| 05/04 | 318,787.82 | 05/07 | 101,934.17 | 05/12 | 666,956.69 |

*continued on the next page*

 **BANK OF AMERICA**

<span style="color:blue">**Your checking account**</span>

PRIVATE BANK

ROCK FINTEK LLC   |   Account #  ████ 9205   |   May 1, 2021 to May 31, 2021

## Daily ledger balances - continued

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 05/13 | 600,140.09 | 05/20 | 287,053.09 | 05/26 | 72,484.75 |
| 05/14 | 434,140.09 | 05/21 | 60,410.59 | 05/27 | 1,242,629.75 |
| 05/18 | 2,078,050.09 | 05/24 | 731,698.50 | 05/28 | 1,042,801.00 |
| 05/19 | 632,395.09 | 05/25 | 237,484.75 | | |

ROCK FINTEK LLC   |   Account # ████ 9205   |   May 1, 2021 to May 31, 2021

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for June 1, 2021 to June 30, 2021                    Account number: 8981 2145 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2021 | $1,042,801.00 | # of deposits/credits: 8 |
| Deposits and other credits | 7,748,161.25 | # of withdrawals/debits: 28 |
| Withdrawals and other debits | -8,314,239.81 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $616,197.19 |
| **Ending balance on June 30, 2021** | **$476,722.44** | [1]Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC    |    Account # ███████ 9205    |    June 1, 2021 to June 30, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



Bank of America, N.A. Member FDIC and    Equal Housing Lender



**BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC   |   Account # ▓▓▓▓ 9205   |   June 1, 2021 to June 30, 2021

## Deposits and other credits

| Date | Description | | | | Amount |
|---|---|---|---|---|---|
| 06/01/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000954333 | INDN:ROCK FINTEK LLC | CO | 1,606,308.75 |
| 06/03/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000956471 | INDN:ROCK FINTEK LLC | CO | 1,614,495.00 |
| 06/08/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000958549 | INDN:ROCK FINTEK LLC | CO | 1,211,148.75 |
| 06/10/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000961034 | INDN:ROCK FINTEK LLC | CO | 752,441.25 |
| ███████ | ███████ | | | | ███████ |
| 06/15/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000963695 | INDN:ROCK FINTEK LLC | CO | 394,743.75 |
| 06/16/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000964107 | INDN:ROCK FINTEK LLC | CO | 456,348.75 |
| 06/18/21 | ASCENSION DES:ACH ID:3453358926 PPD | ID:AP0000966008 | INDN:ROCK FINTEK LLC | CO | 1,212,675.00 |

**Total deposits and other credits**    **$7,748,161.25**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| ███████ | ███████ | ███████ |
| 06/01/21 | WIRE TYPE:WIRE OUT DATE:210601 TIME:1503 ET TRN:2021060100755716 SERVICE REF:783359 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210601022635 | -1,725,000.00 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   June 1, 2021 to June 30, 2021

# Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 06/03/21 | WIRE TYPE:WIRE OUT DATE:210603 TIME:0957 ET TRN:2021060300298567 SERVICE REF:007027 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:021000089 PMT DET:TS20210603095506REFERENCE NITRILE GLOVES FOR ROCKFINTEK LLC | -1,380,000.00 |
| | | |
| 06/08/21 | WIRE TYPE:WIRE OUT DATE:210608 TIME:1610 ET TRN:2021060800437739 SERVICE REF:451662 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210608040238REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -690,000.00 |
| | | |
| 06/09/21 | WIRE TYPE:WIRE OUT DATE:210609 TIME:1222 ET TRN:2021060900325132 SERVICE REF:371659 BNF:DIMERCO EXPRESS (U.S.A) CO ID:207023603 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:TS2 0210609112114 | -143,100.00 |
| | | |
| 06/10/21 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1210 ET TRN:2021061000327652 SERVICE REF:410112 BNF:DIMERCO EXPRESS (U.S.A) CO ID:207023603 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:TS2 0210610120947 | -10,000.00 |
| 06/10/21 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1316 ET TRN:2021061000356538 SERVICE REF:429955 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210610125852REFERENCE NITRILE GLOVES FOR ROCKFINTEK LLC | -1,035,000.00 |
| 06/10/21 | WIRE TYPE:WIRE OUT DATE:210610 TIME:1318 ET TRN:2021061000357189 SERVICE REF:430379 BNF:DIMERCO EXPRESS (U.S.A) CO ID:207023603 BNF BK:JPMORGAN CHASE BANK, N. ID:0002 PMT DET:TS2 0210610010227 | -90,000.00 |
| | | |
| 06/14/21 | WIRE TYPE:WIRE OUT DATE:210614 TIME:1640 ET TRN:2021061400460198 SERVICE REF:433241 BNF:ADORAMA INC. ID:4979165791 BNF BK:CITIBANK, N. A. ID:0008 PMT DET:TS20210614043419REFERENCE NITRI LE GLOVES FOR ROCKFINTEK LLC | -345,000.00 |

*continued on the next page*



PRIVATE BANK

ROCK FINTEK LLC   |   Account #          9205   |   June 1, 2021 to June 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits**                    **-$8,314,239.81**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|

ROCK FINTEK LLC   |   Account # ███████ 9205   |   June 1, 2021 to June 30, 2021

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉️ bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for July 1, 2021 to July 31, 2021                    Account number: ███ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on July 1, 2021 | $476,722.44 | # of deposits/credits: 0 |
| Deposits and other credits | 0.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -467,566.83 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $95,559.03 |
| **Ending balance on July 31, 2021** | **$9,155.61** | [1]Includes checks paid,deposited items&other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ██████ 9205   |   July 1, 2021 to July 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**BANK OF AMERICA**

PRIVATE BANK

**Your checking account**

ROCK FINTEK LLC   |   Account #████ 9205   |   July 1, 2021 to July 31, 2021

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**                                                    **-$467,566.83**

ROCK FINTEK LLC   |   Account # ████ 9205   |   July 1, 2021 to July 31, 2021

## Daily ledger balances


**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉️ bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL 33139-2519

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for August 1, 2021 to August 31, 2021                   Account number: 8981 2145 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2021 | $9,155.61 | # of deposits/credits: 2 |
| Deposits and other credits | 182,000.00 | # of withdrawals/debits: 13 |
| Withdrawals and other debits | -190,527.51 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $5,160.69 |
| **Ending balance on August 31, 2021** | **$628.10** | [1]*Includes checks paid,deposited items&other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ███████ 9205   |   August 1, 2021 to August 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  –  Tell us your name and account number.
  –  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  –  Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**