# EXHIBIT N-3



**PRIVATE BANK**

ROCK FINTEK LLC   |   Account # ■■■■ 9205   |   August 1, 2021 to August 31, 2021

# Your checking account

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|

**Total deposits and other credits**                                          **$182,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   August 1, 2021 to August 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits** **-$190,527.51**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**In October, the requirements to receive the Bank of America Preferred Rewards for Business Merchant Services and Payroll Services benefits will change.**

Beginning October 15, 2021, the Preferred Rewards for Business benefit earned on qualifying payroll and/or Merchant Services activity will only be applied if the deposit account that receives your payroll credit and/or Merchant Services benefit is open when the benefit is paid. If the deposit account is closed, you will not receive the benefit.

As a Preferred Rewards for Business member you will continue to enjoy many benefits, such as no fees on select banking services, bonus rewards on eligible business credit cards, and much more. Visit bankofamerica.com/RewardsforBusiness to learn more.

We are here to help

If you have any questions, please contact Private Bank Client Services at 800.878.7878 or a member of your Bank of America Private Bank relationship team.

ROCK FINTEK LLC   |   Account # ████ 9205   |   August 1, 2021 to August 31, 2021

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

✉️  bankofamerica.com/privatebank

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for September 1, 2021 to September 30, 2021                    Account number: ███████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on September 1, 2021 | $628.10 | # of deposits/credits: 8 | |
| Deposits and other credits | 563,512.24 | # of withdrawals/debits: 25 | |
| Withdrawals and other debits | -555,529.37 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -0.00 | Average ledger balance: $20,032.18 | |
| **Ending balance on September 30, 2021** | **$8,610.97** | [1]Includes checks paid,deposited items&other debits | |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC  |  Account # ████ 9205  |  September 1, 2021 to September 30, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**     **Equal Housing Lender**



**Your checking account**

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ▮▮▮▮ 9205   |   September 1, 2021 to September 30, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



| **Total deposits and other credits** | | **$563,512.24** |

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

ROCK FINTEK LLC   |   Account # ■■■■■ 9205   |   September 1, 2021 to September 30, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

| 09/24/21 | WIRE TYPE:WIRE OUT DATE:210924 TIME:1001 ET TRN:2021092400286617 SERVICE REF:378051 BNF:DIMERCO EXPRESS ID:207023603 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:356507844 ROCK FINTE K | -10,000.00 |

| **Total withdrawals and other debits** | | **-$555,529.37** |

**BANK OF AMERICA**

PRIVATE BANK

**Your checking account**

ROCK FINTEK LLC   |   Account # ████ 9205   |   September 1, 2021 to September 30, 2021

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
| | | | | | |

ROCK FINTEK LLC   |   Account # ████ 9205   |   September 1, 2021 to September 30, 2021

This page intentionally left blank


**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

    1.800.878.7878

    bankofamerica.com/privatebank

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

    Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for October 1, 2021 to October 31, 2021        Account number: 8981 2145 9205

**ROCK FINTEK LLC**

## Account summary

| | |
|---|---|
| Beginning balance on October 1, 2021 | $8,610.97 |
| Deposits and other credits | 225,000.00 |
| Withdrawals and other debits | -230,206.54 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on October 31, 2021** | **$3,404.43** |

# of deposits/credits: 6

# of withdrawals/debits: 14

# of items-previous cycle[1]: 0

# of days in cycle: 31

Average ledger balance: $16,731.52

[1]*Includes checks paid,deposited items&other debits*

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ███████ 9205   |   October 1, 2021 to October 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**      **Equal Housing Lender**



**PRIVATE BANK**

<span style="color:blue">**Your checking account**</span>

ROCK FINTEK LLC  |  Account # ███████ 9205  |  October 1, 2021 to October 31, 2021

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
|  | | |

**Total deposits and other credits** **$225,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
|  | | |
| 10/19/21 | WIRE TYPE:WIRE OUT DATE:211019 TIME:1513 ET TRN:2021101900398671 SERVICE REF:402703 BNF:DIMERCO EXPRESS ID:207023603 BNF BK:JPMORGAN C HASE BANK, N. ID:0002 PMT DET:359812524 ROCK 13 | -10,000.00 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ▮▮▮▮▮ 9205   |   October 1, 2021 to October 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits** **-$230,206.54**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|


**BANK OF AMERICA**

**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

💻 bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL 33139-2519

# Your Business Advantage Fundamentals™ Banking

for November 1, 2021 to November 30, 2021                    Account number: ██████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on November 1, 2021 | $3,404.43 | # of deposits/credits: 6 |
| Deposits and other credits | 166,000.00 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -164,507.83 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $4,223.87 |
| **Ending balance on November 30, 2021** | **$4,896.60** | [1]Includes checks paid,deposited items&other debits |



**Introducing security you can see**

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B  |  3647905

ROCK FINTEK LLC   |   Account # ████ 9205   |   November 1, 2021 to November 30, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**

 **BANK OF AMERICA**

PRIVATE BANK

ROCK FINTEK LLC   |   Account #  ███████ 9205   |   November 1, 2021 to November 30, 2021

# Your checking account

---

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

---

**Important change regarding ATM withdrawals that overdraw your account.**

Starting February 16, 2022, customers will no longer be given the opportunity to agree to our overdraft practices to make an ATM withdrawal that overdraws their account. Going forward, if an ATM withdrawal amount is more than the available balance, we will decline the transaction.

**We are here to help**
If you have questions or you would like to discuss this change to our overdraft practices, please call the number on your statement or schedule an appointment at bankofamerica.com/appointments.

---

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

---

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | |

**Total deposits and other credits**                                   **$166,000.00**

ROCK FINTEK LLC   |   Account # ███████ 9205   |   November 1, 2021 to November 30, 2021

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|



| | |
|---|---|
| **Total withdrawals and other debits** | **-$164,507.83** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

💻 bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for December 1, 2021 to December 31, 2021                    Account number: ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2021 | $4,896.60 | # of deposits/credits: 6 |
| Deposits and other credits | 190,000.00 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -175,256.55 | # of items–previous cycle[1]: 0 |
| Checks | -2,062.49 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $7,154.48 |
| **Ending balance on December 31, 2021** | **$17,577.56** | [1]Includes checks paid, deposited items & other debits |



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B  I  3647905

ROCK FINTEK LLC   |   Account # ■■■■■■■ 9205   |   December 1, 2021 to December 31, 2021

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2021 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**