# EXHIBIT N-4

 **BANK OF AMERICA**

**PRIVATE BANK**

# Your checking account

ROCK FINTEK LLC   |   Account # ███████ 9205   |   December 1, 2021 to December 31, 2021

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

The United States Postal Service (USPS) began changing first class mail delivery timeframes in October. This change may result in mailed statements, new or replacement cards and payments you mail taking longer to arrive. For fast and easy access to your account information and to schedule payments 24/7 for your Bank of America credit card and loan accounts, use our Mobile Banking app and Online Banking digital solutions.

Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|


**Total deposits and other credits** **$190,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   December 1, 2021 to December 31, 2021

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**                                    **-$175,256.55**

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 12/08/21 | 5002 | -2,062.49 |
| **Total checks** | | **-$2,062.49** |
| **Total # of checks** | | **1** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✏️ bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for January 1, 2022 to January 31, 2022          Account number: ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on January 1, 2022 | $17,577.56 | # of deposits/credits: 8 |
| Deposits and other credits | 149,350.00 | # of withdrawals/debits: 12 |
| Withdrawals and other debits | -165,737.20 | # of items−previous cycle[1]: 1 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $5,299.18 |
| **Ending balance on January 31, 2022** | **$1,190.36** | [1]*Includes checks paid,deposited items&other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ████ 9205   |   January 1, 2022 to January 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**



**PRIVATE BANK**

# Your checking account

ROCK FINTEK LLC   |   Account #           9205   |   January 1, 2022 to January 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits**                                    **$149,350.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   January 1, 2022 to January 31, 2022

## Withdrawals and other debits – continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits**                                   **-$165,737.20**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|


**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

✉️  bankofamerica.com/privatebank

✉️  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for February 1, 2022 to February 28, 2022                    Account number: ██████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on February 1, 2022 | $1,190.36 | # of deposits/credits: 7 |
| Deposits and other credits | 59,200.00 | # of withdrawals/debits: 10 |
| Withdrawals and other debits | -59,617.50 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 28 |
| Service fees | -0.00 | Average ledger balance: $2,812.18 |
| **Ending balance on February 28, 2022** | **$772.86** | [1]Includes checks paid, deposited items and other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us – You may call us at the telephone number listed on the front of this statement.

Updating your contact information – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and      Equal Housing Lender**



**BANK OF AMERICA**

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ██████ 9205   |   February 1, 2022 to February 28, 2022

# Your checking account

## Deposits and other credits

| Date | Description | Amount |
| --- | --- | --- |
| | | |

**Total deposits and other credits**      **$59,200.00**

## Withdrawals and other debits

| Date | Description | Amount |
| --- | --- | --- |
| | | |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   February 1, 2022 to February 28, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits** — **-$59,617.50**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for March 1, 2022 to March 31, 2022                    Account number: ▉▉▉▉ 9205

**ROCK FINTEK LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on March 1, 2022 | $772.86 | # of deposits/credits: 15 | |
| Deposits and other credits | 1,104,580.31 | # of withdrawals/debits: 44 | |
| Withdrawals and other debits | -1,066,309.72 | # of items-previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 31 | |
| Service fees | -0.00 | Average ledger balance: $124,440.10 | |
| **Ending balance on March 31, 2022** | **$39,043.45** | [1]Includes checks paid, deposited items and other debits | |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.



## Introducing security you can see

Our new security meter lets you visualize your account security and moves up as you take additional steps to help protect your account.

Visit the Security Center in the Mobile Banking app or Online Banking to see your security level today. To learn more, scan this code or visit **bofa.com/SecurityCenter.**



Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-21-0033.B  I  3647905

ROCK FINTEK LLC   |   Account #  ███████ 9205   |   March 1, 2022 to March 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC   |   Account # ▮▮▮▮ 9205   |   March 1, 2022 to March 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| 03/17/22 | WIRE TYPE:FX IN DATE:220317 TIME:0447 ET TRN:2022031700088244 FX:AUD 185328.00 0.7142 ORIG:HEALTH DEPT WA OPERATING ID:06604013300018 ORIG BK:COMMONWEALTH BANK OF AUSTRALI ID:080313020 571 PMT DET:INV-0003 REF 4370159 GOVT OF WEST AUS | 132,361.26 |
| 03/17/22 | WIRE TYPE:FX IN DATE:220317 TIME:0432 ET TRN:2022031700020637 FX:AUD 131472.00 0.71 ORIG:ST JOHN GOD HEALTH CARE N ID:036001195350 ORIG BK:WESTPAC BANKING CORPORATION ID:WPACAU2S PMT DET:SJOG INV-0002 DEPOSIT 50 PERCENT | 93,345.12 |

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   March 1, 2022 to March 31, 2022

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total deposits and other credits**      **$1,104,580.31**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|
| 03/18/22 | WIRE TYPE:FX OUT DATE:220321 TIME:1152 ET TRN:2022031800321029 FX:AUD 171600.00 0.7472 BNF:VALIANT AUSTRALIA PTY LTD ID:11612283 BNF BK:C OMMONWEALTH BANK OF .. ID:AU062320 PMT DET:3797851 70 INVOICE1019 AND 1022 MASKS 3M 1860 POP GOODS /F | -128,219.52 |
| 03/18/22 | WIRE TYPE:FX OUT DATE:220321 TIME:1350 ET TRN:2022031800377915 FX:AUD 171600.00 0.7503 BNF:VALIANT AUSTRALIA PTY LTD ID:11612283 BNF BK:C OMMONWEALTH BANK OF .. ID:AU062320 PMT DET:3799007 00 INVOICE 1019 AND 1022 MASKS 3M 1860POP GOODS /F | -128,751.48 |

*continued on the next page*



**PRIVATE BANK**

ROCK FINTEK LLC   |   Account # ████████ 9205   |   March 1, 2022 to March 31, 2022

# Your checking account

## Withdrawals and other debits - continued

Date        Description                                                                 Amount

*continued on the next page*

ROCK FINTEK LLC   |   Account # ███ 9205   |   March 1, 2022 to March 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits**                                   **-$1,066,309.72**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|



# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Great News!**

**We are eliminating non-sufficient fund (NSF) fees and the transfer fee for Balance Connect(TM) for overdraft protection on personal and small business checking accounts.**

These new fee changes and earlier changes over the last decade, together with industry-leading solutions, are helping our clients create long-term financial wellness and avoid overdraft fees.

- Starting February 18, 2022 - NSF: Returned Item Fees will no longer be charged if we DECLINE or RETURN an item unpaid when there are not enough funds in your account to cover it.

- Starting May 24, 2022 - Overdraft Protection Transfer Fees will no longer be charged for transfers to your checking account from your linked backup account(s) for the amount needed to cover the transaction if you are enrolled in Balance Connect for overdraft protection.

  Keep in mind, overdraft protection transfers from credit accounts and home equity lines of credit will continue to accrue interest, and transfers from personal savings accounts may still lead to a Withdrawal Limit Fee, as they do today.

**We are also reducing overdraft fees on personal and small business checking accounts.**

- Starting May 24, 2022 - Overdraft Item Fees will be lowered from $35 to $10 for each item we PAY when there are not enough funds to cover it, resulting in an overdraft on your account. We will also charge no more than two of these fees each day on any checking account (previously up to four fees were charged each day).

ROCK FINTEK LLC   |   Account # ███ 9205   |   March 1, 2022 to March 31, 2022

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

✉  bankofamerica.com/privatebank

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for April 1, 2022 to April 30, 2022                           Account number: ███ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on April 1, 2022 | $39,043.45 | # of deposits/credits: 14 |
| Deposits and other credits | 468,936.49 | # of withdrawals/debits: 42 |
| Withdrawals and other debits | -503,823.25 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $23,501.68 |
| **Ending balance on April 30, 2022** | **$4,156.69** | [1]Includes checks paid, deposited items and other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ████ 9205   |   April 1, 2022 to April 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**