# EXHIBIT N-6

 **BANK OF AMERICA**

**Your checking account**

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ████ 9205   |   July 1, 2022 to July 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits**                    **$125,312.70**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   July 1, 2022 to July 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**                                                **-$94,985.84**

 **BANK OF AMERICA**

PRIVATE BANK

# Your checking account

ROCK FINTEK LLC   |   Account # ████ 9205   |   July 1, 2022 to July 31, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|------------|------|-----------|------|------------|
| 07/01 | 14,711.68 | 07/13 | 2,036.21 | 07/25 | 3,415.03 |
| 07/05 | 3,161.19 | 07/14 | 3,036.21 | 07/26 | 2,618.74 |
| 07/06 | 1,299.86 | 07/18 | 2,788.63 | 07/28 | 1,018.74 |
| 07/08 | 377.66 | 07/21 | 14,788.63 | 07/29 | 47,038.54 |
| 07/11 | 5,690.36 | 07/22 | 9,931.54 | | |

ROCK FINTEK LLC   |   Account # ██████ 9205   |   July 1, 2022 to July 31, 2022

This page intentionally left blank



**BANK OF AMERICA**

**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

🖥  bankofamerica.com/privatebank

✉  Bank of America, N.A.
    P.O. Box 25118
    Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for August 1, 2022 to August 31, 2022                  Account number: ■■■■ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on August 1, 2022 | $47,038.54 | # of deposits/credits: 13 |
| Deposits and other credits | 130,000.00 | # of withdrawals/debits: 45 |
| Withdrawals and other debits | -170,731.35 | # of items–previous cycle[1]: 0 |
| Checks | -1,537.50 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $4,044.63 |
| **Ending balance on August 31, 2022** | **$4,769.69** | [1]Includes checks paid, deposited items and other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC    |    Account #          9205    |    August 1, 2022 to August 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  – Tell us your name and account number.
  – Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
  – Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation

**Bank of America, N.A. Member FDIC and**  **Equal Housing Lender**

 **BANK OF AMERICA**

**Your checking account**

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ████ 9205   |   August 1, 2022 to August 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



| **Total deposits and other credits** | | **$130,000.00** |
|---|---|---|

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████████ 9205   |   August 1, 2022 to August 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



**BANK OF AMERICA**

PRIVATE BANK

ROCK FINTEK LLC   |   Account #████ 9205   |   August 1, 2022 to August 31, 2022

# Your checking account

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**                                **-$170,731.35**

ROCK FINTEK LLC   |   Account # ████ 9205   |   August 1, 2022 to August 31, 2022

## Checks

| Date | Check # | Amount |
|------|---------|--------|
| 08/17/22 | 5003 | -1,237.50 |

| Date | Check # | Amount |
|------|---------|--------|
| 08/24/22 | 5004 | -300.00 |
| **Total checks** | | **-$1,537.50** |
| **Total # of checks** | | **2** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|





**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉️ bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for September 1, 2022 to September 30, 2022                    Account number: ██████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on September 1, 2022 | $4,769.69 | # of deposits/credits: 7 |
| Deposits and other credits | 126,600.00 | # of withdrawals/debits: 25 |
| Withdrawals and other debits | -119,762.65 | # of items–previous cycle[1]: 2 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $3,241.20 |
| **Ending balance on September 30, 2022** | **$11,607.04** | [1]*Includes checks paid, deposited items and other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

Take your security to the next level



Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-01-22-2466.B  I  4016001

ROCK FINTEK LLC   |   Account # ▮▮▮▮ 9205   |   September 1, 2022 to September 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**PRIVATE BANK**

**Your checking account**

ROCK FINTEK LLC  |  Account # ████████ 9205  |  September 1, 2022 to September 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits** **$126,600.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   September 1, 2022 to September 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits** **-$119,762.65**

**BANK OF AMERICA**

PRIVATE BANK

**Your checking account**

ROCK FINTEK LLC   |   Account # ■■■■■ 9205   |   September 1, 2022 to September 30, 2022

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|
|      |             |      |            |      |             |

ROCK FINTEK LLC   |   Account # ████ 9205   |   September 1, 2022 to September 30, 2022

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL 33139-2519

 1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for October 1, 2022 to October 31, 2022                    Account number: ■■■■ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on October 1, 2022 | $11,607.04 | # of deposits/credits: 10 |
| Deposits and other credits | 165,057.39 | # of withdrawals/debits: 32 |
| Withdrawals and other debits | -169,109.82 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $3,349.89 |
| **Ending balance on October 31, 2022** | **$7,554.61** | [1]Includes checks paid, deposited items and other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ███████ 9205   |   October 1, 2022 to October 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**    **Equal Housing Lender**



**Your checking account**

ROCK FINTEK LLC   |   Account # ██████ 9205   |   October 1, 2022 to October 31, 2022

## Deposits and other credits

| Date | Description | Amount |
| --- | --- | --- |



| **Total deposits and other credits** | | **$165,057.39** |

## Withdrawals and other debits

| Date | Description | Amount |
| --- | --- | --- |



*continued on the next page*

ROCK FINTEK LLC    |    Account # ████████ 9205    |    October 1, 2022 to October 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*