# EXHIBIT N-7



# Your checking account

PRIVATE BANK
ROCK FINTEK LLC   |   Account #   ███████ 9205   |   October 1, 2022 to October 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|



| **Total withdrawals and other debits** | | **-$169,109.82** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|

ROCK FINTEK LLC   |   Account # ████ 9205   |   October 1, 2022 to October 31, 2022

This page intentionally left blank

## Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Beginning November 12, some annual safe deposit box rental fees will change.**
If you have a safe deposit box with a fee change, the new price will appear on your next annual invoice due on or after December 17. As a reminder, you can set up automatic payments from a Bank of America checking or savings account to receive a 15% discount (up to $70) on your safe deposit box rent.

ROCK FINTEK LLC   |   Account # ████ 9205   |   October 1, 2022 to October 31, 2022

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for November 1, 2022 to November 30, 2022                  Account number: ▮▮▮▮ 9205

**ROCK FINTEK LLC**

## Account summary

| | | | |
|---|---|---|---|
| Beginning balance on November 1, 2022 | $7,554.61 | # of deposits/credits: 10 | |
| Deposits and other credits | 163,245.00 | # of withdrawals/debits: 41 | |
| Withdrawals and other debits | -170,646.99 | # of items–previous cycle[1]: 0 | |
| Checks | -0.00 | # of days in cycle: 30 | |
| Service fees | -0.00 | Average ledger balance: $3,151.90 | |
| **Ending balance on November 30, 2022** | **$152.62** | [1]Includes checks paid, deposited items and other debits | |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

---



## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.

- **We will never** contact you via phone or text to ask for a security code.

- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

*Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.*                  SSM-08-22-0187.B | 4956677

ROCK FINTEK LLC    |    Account #          9205    |    November 1, 2022 to November 30, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**          **Equal Housing Lender**



**PRIVATE BANK**

<span style="color:blue">**Your checking account**</span>

ROCK FINTEK LLC   |   Account # ████ 9205   |   November 1, 2022 to November 30, 2022

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits** **$163,245.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



Take your security to the next level

Check your security meter level and watch it rise as you take action to help protect against fraud.

**See it in the Mobile Banking app and Online Banking.**
Scan this code or visit **bofa.com/SecurityCenter** to learn more.

When you use the QRC feature certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.    SSM-01-22-2466.B  I  4016001

ROCK FINTEK LLC   |   Account # ████ 9205   |   November 1, 2022 to November 30, 2022

## Withdrawals and other debits - continued

Date          Description                                                          Amount

*continued on the next page*



PRIVATE BANK

# Your checking account

ROCK FINTEK LLC   |   Account # ■■■■■■ 9205   |   November 1, 2022 to November 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits** **-$170,646.99**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|

ROCK FINTEK LLC   |   Account #9205   |   November 1, 2022 to November 30, 2022

This page intentionally left blank



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

   1.800.878.7878

bankofamerica.com/privatebank

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for December 1, 2022 to December 31, 2022          Account number ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on December 1, 2022 | $152.62 | # of deposits/credits: 19 |
| Deposits and other credits | 515,240.00 | # of withdrawals/debits: 67 |
| Withdrawals and other debits | -496,804.55 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $20,804.97 |
| **Ending balance on December 31, 2022** | **$18,588.07** | [1]*Includes checks paid, deposited items and other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

ROCK FINTEK LLC   |   Account # ██████ 9205   |   December 1, 2022 to December 31, 2022

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2022 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



## Your checking account

PRIVATE BANK
ROCK FINTEK LLC   |   Account # ██████ 9205   |   December 1, 2022 to December 31, 2022

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   December 1, 2022 to December 31, 2022

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits**                                    **$515,240.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

Page 4 of 10



# Your checking account

## Withdrawals and other debits – continued

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



**BANK OF AMERICA**

**Your checking account**

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ███████ 9205   |   December 1, 2022 to December 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits**                                           **-$496,804.55**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|-----------|------|-------------|



ROCK FINTEK LLC   |   Account # ████ 9205   |   December 1, 2022 to December 31, 2022

This page intentionally left blank

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news - to help you avoid missing scheduled payments, we may continue processing those payments you have set up with a debit card after the card expires.**

Debit cards expiring on or after February 14, 2023 that are used for recurring, installment or subscription payments, may continue to have payments processed after the card expires. Even if you do not activate your new debit card or provide merchants with the new expiration date, your previously authorized payments may still be processed.

Do not worry, you can still cancel scheduled payments by contacting the merchants directly. If there are merchants you have provided your card number to, our Mobile Banking (Footnote 1) app and Erica®, your virtual financial assistant (Footnote 2) can provide you with a list if you ask "Where are my debit cards stored?".

(Footnote 1) Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

(Footnote 2) In your Bank of America Mobile App, Erica, is only available in the English language. The feature requires that you download the latest version of the Mobile Banking app and is only available in the Mobile Banking app for select iOS and Android devices. Message and data rates may apply.

This page intentionally left blank