# EXHIBIT N-9



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱  1.800.878.7878

🖥  bankofamerica.com/privatebank

✉  Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL  33139-2519

# Your Business Advantage Fundamentals™ Banking

for April 1, 2023 to April 30, 2023                    Account number: ▮▮▮▮ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---:|---|
| Beginning balance on April 1, 2023 | $8,831.34 | # of deposits/credits: 9 |
| Deposits and other credits | 196,000.00 | # of withdrawals/debits: 47 |
| Withdrawals and other debits | -195,539.08 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -1.00 | Average ledger balance: $20,056.80 |
| **Ending balance on April 30, 2023** | **$9,291.26** | [1]Includes checks paid, deposited items and other debits |



## Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at **bofa.com/helpprotectyourself**

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.    SSM-08-22-0187.B  |  4956677

ROCK FINTEK LLC   |   Account # ████ 9205   |   April 1, 2023 to April 30, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

–   Tell us your name and account number.
–   Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
–   Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and**   **Equal Housing Lender**



**PRIVATE BANK**

# Your checking account

ROCK FINTEK LLC   |   Account # ████████ 9205   |   April 1, 2023 to April 30, 2023

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

**Great news! Beginning April 14, 2023, you will receive an exclusive ATM withdrawal limit increase.**

We appreciate your relationship with us, so we are increasing the daily withdrawal limit on your Bank of America ATM and debit cards to $2,500. This new withdrawal limit will provide you more flexibility and buying power. If you have any questions about this change, please contact your advisor or call the number on the back of your card.

Thank you for being our client.

# Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



*continued on the next page*



## Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or **scan this code**.



When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-12-22-0030A | 5197654

ROCK FINTEK LLC   |   Account #⬛⬛⬛⬛ 9205   |   April 1, 2023 to April 30, 2023

## Deposits and other credits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total deposits and other credits**      **$196,000.00**

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



**PRIVATE BANK**

ROCK FINTEK LLC   |   Account # ▮▮▮▮ 9205   |   April 1, 2023 to April 30, 2023

# Your checking account

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*

ROCK FINTEK LLC   |   Account # ███████ 9205   |   April 1, 2023 to April 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



| **Total withdrawals and other debits** | **-$195,539.08** |
|---|---|

## Service fees

| Date | Transaction description | | Amount |
|------|------------------------|---|--------|
| 04/05/23 | External transfer fee - 3 Day - | 04/04/2023 | -1.00 |
| **Total service fees** | | | **-$1.00** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|



**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

 1.800.878.7878

✉ bankofamerica.com/privatebank

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL 33139-2519

🔔 | Please see the **Important Messages - Please Read** section of your statement for important details that could impact you.

# Your Business Advantage Fundamentals™ Banking

for May 1, 2023 to May 31, 2023                          Account number: ███████ 9205

ROCK FINTEK LLC

## Account summary

| | | |
|---|---|---|
| Beginning balance on May 1, 2023 | $9,291.26 | # of deposits/credits: 11 |
| Deposits and other credits | 156,600.00 | # of withdrawals/debits: 39 |
| Withdrawals and other debits | -165,526.17 | # of items-previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 31 |
| Service fees | -0.00 | Average ledger balance: $18,388.52 |
| **Ending balance on May 31, 2023** | **$365.09** | [1]Includes checks paid, deposited items and other debits |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

---

## Set up alerts[1] for important account activity

**Choose alerts that matter to you and be notified right away, even when you're not logged in.**

- Balances
- Payment due dates
- Deposits and transfers
- And more!

Set up alerts at **bankofamerica.com/onlinebanking**.
You can scan this code with your smart device to go there directly.



When you use the QRC feature certain information is collected from your mobile device for business purposes.
[1] You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's
message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

SSM-12-22-0016.B | 5247368

ROCK FINTEK LLC   |   Account #          9205   |   May 1, 2023 to May 31, 2023

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** – You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** – We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** – When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** – If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** – You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** – If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and    Equal Housing Lender**



**BANK OF AMERICA** ///

PRIVATE BANK

ROCK FINTEK LLC   |   Account # ███████ 9205   |   May 1, 2023 to May 31, 2023

# Your checking account

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



**Total deposits and other credits** **$156,600.00**

ROCK FINTEK LLC   |   Account # ████ 9205   |   May 1, 2023 to May 31, 2023

## Withdrawals and other debits

| Date | Description | Amount |
|------|-------------|--------|

*continued on the next page*



PRIVATE BANK

ROCK FINTEK LLC   |   Account #          9205   |   May 1, 2023 to May 31, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|



**Total withdrawals and other debits**                                    **-$165,526.17**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|

# Daily ledger balances - continued

# Important Messages - Please Read

We want to make sure you stay up-to-date on changes, reminders, and other important details that could impact you.

**Good news – we are lowering and eliminating fees related to international wires and transactions!**

Starting May 21, we will lower the Incoming International Wire Transfer Fee from $16 to $15.

As a reminder, on May 23, 2023, we will stop charging an International Transaction Fee when an international debit card purchase is processed in U.S. dollars. However, keep in mind, debit card purchases processed in a foreign currency will continue to be charged the International Transaction Fee which is equal to 3% of the U.S. dollar amount of the transaction.

ROCK FINTEK LLC   |   Account # ██████ 9205   |   May 1, 2023 to May 31, 2023

This page intentionally left blank


**PRIVATE BANK**

P.O. Box 15284
Wilmington, DE 19850

**Client service information**

📱 1.800.878.7878

✉️ bankofamerica.com/privatebank

✉️ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH, FL 33139-2519

# Your Business Advantage Fundamentals™ Banking

for June 1, 2023 to June 30, 2023                    Account number: ████ 9205

**ROCK FINTEK LLC**

## Account summary

| | | |
|---|---|---|
| Beginning balance on June 1, 2023 | $365.09 | # of deposits/credits: 15 |
| Deposits and other credits | 238,847.00 | # of withdrawals/debits: 49 |
| Withdrawals and other debits | -224,214.14 | # of items–previous cycle[1]: 0 |
| Checks | -0.00 | # of days in cycle: 30 |
| Service fees | -0.00 | Average ledger balance: $14,888.08 |
| **Ending balance on June 30, 2023** | **$14,997.95** | [1]*Includes checks paid, deposited items and other debits* |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.


## Can you spot a scam?

Be aware of these common red flags:

Contacted unexpectedly and asked for sensitive information

Pressured to act immediately

Asked to provide codes or click links to verify information

Share these tips with friends and family so they can help protect themselves
Scan this code or visit **bofa.com/HelpProtectYourself** to see trending scams

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-02-23-0079-B | 5449173

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

**How to Contact Us** - You may call us at the telephone number listed on the front of this statement.

**Updating your contact information** - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

**Deposit agreement** - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

**Electronic transfers: In case of errors or questions about your electronic transfers** - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts client) (20 business days if you are a new client, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

**Reporting other problems** - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

**Direct deposits** - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

Banking products are provided by Bank of America, N.A., and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC, and a wholly-owned subsidiary of Bank of America Corporation ("BofA Corp.").

©2023 Bank of America Corporation



**Bank of America, N.A. Member FDIC and** **Equal Housing Lender**



**Your checking account**

PRIVATE BANK
ROCK FINTEK LLC   |   Account # ███████ 9205   |   June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|------|-------------|--------|



| **Total deposits and other credits** | | **$238,847.00** |

ROCK FINTEK LLC   |   Account # ■■■■ 9205   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits

Date            Description                                                                Amount

*continued on the next page*



**Your checking account**

PRIVATE BANK
ROCK FINTEK LLC   |   Account #▮▮▮▮▮ 9205   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits - continued

Date        Description                                                          Amount

*continued on the next page*

ROCK FINTEK LLC   |   Account # ████ 9205   |   June 1, 2023 to June 30, 2023

## Withdrawals and other debits - continued

| Date | Description | Amount |
|------|-------------|--------|

**Total withdrawals and other debits**                                    **-$224,214.14**

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|------|-------------|------|------------|------|-------------|