# **EXHIBIT O**

# Wells Fargo Business Choice Checking



March 31, 2020 ■ Page 1 of 6

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s) Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $16,199.52 |
| Deposits/Credits | 11,233,002.64 |
| Withdrawals/Debits | - 6,228,863.19 |
| **Ending balance on 3/31** | **$5,020,338.97** |
| Average ledger balance this period | $1,171,085.24 |

Account number: ■■■■7633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ■■■7513

For Wire Transfers use
Routing Number (RTN): ■■■0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

AKW005420

March 31, 2020 ▪ Page 2 of 6



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|--------------------|

March 31, 2020 ▪ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------|-------------|-------------------|---------------------|---------------------|
| 3/17 | | WT Fed#07419 Hongkong and Shang /Ftr/Bnf=Bomgogo Ltd Srf# 0065839077532295 Trn#200317170420 Rfb# | | 99,000.00 | |
| 3/18 | | Wire Trans Svc Charge - Sequence: 200318091744 Srf# 0065839078672695 Trn#200318091744 Rfb# | | 30.00 | |
| 3/18 | | Wire Trans Svc Charge - Sequence: 200318091757 Srf# 0065839078594695 Trn#200318091757 Rfb# | | 30.00 | |
| 3/18 | | Wire Trans Svc Charge - Sequence: 200318137707 Srf# 0065839078435006 Trn#200318137707 Rfb# | | 45.00 | |
| 3/23 | | Ascension ACH AP0000697671 Rock Fintek LLC | 1,625,000.00 | | |
| 3/23 | | Ascension ACH AP0000697669 Rock Fintek LLC | 2,150,000.00 | | |
| 3/23 | | Wire Trans Svc Charge - Sequence: 200323096935 Srf# 0066212083688236 Trn#200323096935 Rfb# | | 45.00 | |
| 3/23 | | Wire Trans Svc Charge - Sequence: 200323121289 Srf# 0066212083810436 Trn#200323121289 Rfb# | | 45.00 | |
| 3/23 | | WT 200323-096935 Hongkong and Shangh /Bnf=Alit Group Limited Srf# 0066212083688236 Trn#200323096935 Rfb# | | 620,000.00 | |
| 3/23 | | Tele-Transfer to xxxxxx7641 Reference #TF07Tz39H9 | | 1,000.00 | |
| 3/23 | | WT 200323-121289 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# 0066212083810436 Trn#200323121289 Rfb# | | 975,000.00 | |
| 3/23 | | Online Transfer Ref #Bb07Tzs575 to 7009449435 on 03/23/2020 1201 Pm | | 22,165.89 | 2,178,910.00 |
| 3/24 | | Ascension ACH AP0000698558 Rock Fintek LLC | 4,000,000.00 | | |

March 31, 2020 ▪ Page 4 of 6



**WELLS FARGO**

## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|---------|---------|
| 3/24 | | Wire Trans Svc Charge - Sequence: 200324124057 Srf# 0065839084326446 Trn#200324124057 Rfb# | | 30.00 | |
| 3/24 | | Wire Trans Svc Charge - Sequence: 200324137757 Srf# 0066212084995346 Trn#200324137757 Rfb# | | 45.00 | |
| 3/24 | | WT 200324-137757 Hongkong and Shangh /Bnf=Good Rainbow Hong Kong Limited Srf# 0066212084995346 Trn#200324137757 Rfb# | | 1,387,500.00 | 4,764,763.22 |
| 3/25 | | Wire Trans Svc Charge - Sequence: 200325083590 Srf# 0066212085181356 Trn#200325083590 Rfb# | | 30.00 | |
| 3/27 | | Wire Trans Svc Charge - Sequence: 200327156712 Srf# 0066212087897476 Trn#200327156712 Rfb# | | 45.00 | |
| 3/27 | | WT 200327-156712 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# 0066212087897476 Trn#200327156712 Rfb# | | 975,000.00 | 3,689,712.20 |
| 3/30 | | Wire Trans Svc Charge - Sequence: 200330184653 Srf# 0065839090217886 Trn#200330184653 Rfb# | | 45.00 | |
| 3/30 | | WT 200330-184653 Hongkong and Shangh /Bnf=Alit Group Limited Srf# 0065839090217886 Trn#200330184653 Rfb# | | 155,000.00 | |
| 3/31 | | WT Seq256613 Prisma Health-Upstate /Org=Prisma Health Upstate Srf# Ec2003318531439 Trn#200331256613 Rfb# Uaofed001270 | 2,925,000.00 | | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 200331024541 Srf# Ow00000735769381 Trn#200331024541 Rfb# Ow00000735769381 | | 30.00 | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 200331180156 Srf# 0065839091259396 Trn#200331180156 Rfb# | | 45.00 | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 200331185530 Srf# 0065839091743596 Trn#200331185530 Rfb# | | 45.00 | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 200331204635 Srf# 0065839091963696 Trn#200331204635 Rfb# | | 45.00 | |
| 3/31 | | Wire Trans Svc Charge - Sequence: 200331256613 Srf# Ec2003318531439 Trn#200331256613 Rfb# Uaofed001270 | | 15.00 | |
| 3/31 | | WT 200331-185530 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# 0065839091743596 Trn#200331185530 Rfb# | | 975,000.00 | |

| | | | | | |
|------|------|------|------|------|------|
| **Ending balance on 3/31** | | | | | **5,020,338.97** |
| **Totals** | | | **$11,233,002.64** | **$6,228,863.19** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

March 31, 2020 ▪ Page 5 of 6



## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2020 - 03/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |

Have any **ONE** of the following account requirements

| | Minimum required | This fee period |
|---|---|---|
| · Average ledger balance | $7,500.00 | $1,171,085.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |

- Average ledger balances in business checking, savings, and time accounts
- Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit
- For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 32 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

March 31, 2020 ▪ Page 6 of 6



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking



April 30, 2020 ▪ Page 1 of 8

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s)  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $5,020,338.97 |
| Deposits/Credits | 21,059,395.00 |
| Withdrawals/Debits | - 25,606,958.32 |
| **Ending balance on 4/30** | **$472,775.65** |
| Average ledger balance this period | $1,301,651.88 |

Account number: ███ 633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 7513

For Wire Transfers use
Routing Number (RTN): ███ 0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

April 30, 2020 ▪ Page 2 of 8



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/1 | | Wire Trans Svc Charge - Sequence: 200401135063 Srf# 0065839092479107 Trn#200401135063 Rfb# | | 45.00 | |
| 4/1 | | Wire Trans Svc Charge - Sequence: 200401135262 Srf# 0065839092150207 Trn#200401135262 Rfb# | | 45.00 | |
| 4/1 | | WT 200401-135063 Hongkong and Shangh /Bnf=Alit Group Limited Srf# 0065839092479107 Trn#200401135063 Rfb# | | 1,180,000.00 | |
| 4/1 | | WT 200401-135262 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# 0065839092150207 Trn#200401135262 Rfb# | | 975,000.00 | 2,865,248.97 |
| 4/2 | | Wire Trans Svc Charge - Sequence: 200402135297 Srf# 0065839093270117 Trn#200402135297 Rfb# | | 30.00 | |
| 4/2 | | Wire Trans Svc Charge - Sequence: 200402137831 Srf# 0065839093399017 Trn#200402137831 Rfb# | | 30.00 | |
| 4/2 | | Wire Trans Svc Charge - Sequence: 200402138697 Srf# 0065839093261117 Trn#200402138697 Rfb# | | 30.00 | |
| 4/3 | | WT Fed#04920 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# 0065839094054027 Trn#200403140068 Rfb# | | 223,691.82 | 2,178,937.15 |
| 4/6 | | Meijer EDI/ACH xxxxx0000 Trn*1*000472434\ | 5,272,240.00 | | |
| 4/6 | | WT Fed#06455 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200406155856 Rfb# | | 112,318.56 | 7,328,828.59 |
| 4/7 | | Wire Trans Svc Charge - Sequence: 200407016808 Srf# Ow00000743896865 Trn#200407016808 Rfb# Ow00000743896865 | | 30.00 | |
| 4/7 | | Meijer Reversal xxxxx0000 Trn*1*000472434\ | | 5,272,240.00 | 2,031,558.59 |
| 4/8 | | Meijer EDI/ACH xxxxx0000 Trn*1*000472990\ | 2,636,120.00 | | |
| 4/8 | | Wire Trans Svc Charge - Sequence: 200408104285 Srf# Ow00000745881079 Trn#200408104285 Rfb# Ow00000745881079 | | 30.00 | |
| 4/8 | | Wire Trans Svc Charge - Sequence: 200408105798 Srf# Trn#200408105798 Rfb# | | 30.00 | |
| 4/8 | | WT Fed#00745 Bank of America, N /Ftr/Bnf=Sj Stile Srf# Ow00000745881079 Trn#200408104285 Rfb# Ow00000745881079 | | 6,437.30 | |
| 4/8 | | WT Fed#00946 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200408105798 Rfb# | | 117,914.50 | |
| 4/9 | | WT Fed#03782 Bank of America, N /Org=Meijer Inc Srf# 2020040900289629 Trn#200409029823 Rfb# 2000012352 | 2,636,120.00 | | |
| 4/9 | | Wire Trans Svc Charge - Sequence: 200409029823 Srf# 2020040900289629 Trn#200409029823 Rfb# 2000012352 | | 15.00 | |
| 4/9 | | Wire Trans Svc Charge - Sequence: 200409130231 Srf# Trn#200409130231 Rfb# | | 45.00 | |

April 30, 2020 ▪ Page 3 of 8



**Transaction history** (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| | | ███████████████ | | | |
| 4/9 | | WT 200409-130231 Hongkong and Shangh /Bnf=Alit Group Limited Srf# Trn#200409130231 Rfb# | | 2,050,000.00 | |
| 4/9 | | WT 200409-124311 Hongkong and Shangh /Bnf=Bomgogo Srf# Trn#200409124311 Rfb# | | 975,000.00 | |
| | | ███████████████ | | | |
| 4/9 | | Meijer Reversal xxxxx0000 Trn*1*000472990\ | | 2,636,120.00 | 1,462,899.59 |
| 4/10 | | Wire Trans Svc Charge - Sequence: 200410084335 Srf# Trn#200410084335 Rfb# | | 30.00 | |
| 4/10 | | WT Fed#09729 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200410084335 Rfb# | | 297,891.21 | |
| | | ███████████████ | | | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413066134 Srf# Ow00000750287754 Trn#200413066134 Rfb# Ow00000750287754 | | 30.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413095726 Srf# Trn#200413095726 Rfb# | | 30.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413097018 Srf# Trn#200413097018 Rfb# | | 30.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413098351 Srf# Trn#200413098351 Rfb# | | 45.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413094977 Srf# Trn#200413094977 Rfb# | | 45.00 | |
| 4/13 | | Wire Trans Svc Charge - Sequence: 200413150306 Srf# Trn#200413150306 Rfb# | | 30.00 | |
| | | ███████████████ | | | |
| 4/13 | | WT Fed#09706 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200413095726 Rfb# | | 224,044.42 | |
| | | ███████████████ | | | |
| 4/13 | | WT 200413-094977 Hongkong and Shangh /Bnf=Bomgogo Srf# Trn#200413094977 Rfb# | | 975,000.00 | |
| 4/13 | | WT Fed#07454 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200413150306 Rfb# | | 185,724.44 | 103,660.84 |
| 4/14 | | Wire Trans Svc Charge - Sequence: 200414144863 Srf# 0065839105666477 Trn#200414144863 Rfb# | | 30.00 | |
| | | ███████████████ | | | |

April 30, 2020 ▪ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 4/21 | | WT Fed#04788 Bank of America, N /Org=Next Industries Inc Srf# 2020042100314808 Trn#200421062049 Rfb# 295754586 | 43,952.00 | | |
| 4/21 | | Wire Trans Svc Charge - Sequence: 200421128787 Srf# 0066293112253218 Trn#200421128787 Rfb# | | 45.00 | |
| 4/21 | | WT Fed#00824 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200420186796 Rfb# | | 93,000.00 | |
| 4/21 | | WT 200421-128743 Hongkong and Shangh /Bnf=Bomgogo Srf# 0066293112876118 Trn#200421128743 Rfb# | | 975,000.00 | |
| 4/22 | | Ascension ACH AP0000715892 Rock Fintek LLC | 1,625,000.00 | | |
| 4/22 | | Ascension ACH AP0000715893 Rock Fintek LLC | 2,150,000.00 | | |
| 4/22 | | WT Fed#09033 Bank of America, N /Org=Meijer Inc Srf# 2020042200479184 Trn#200422094136 Rfb# 2000014673 | 950,630.00 | | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 200422063686 Srf# Ow00000761151572 Trn#200422063686 Rfb# Ow00000761151572 | | 30.00 | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 200422094136 Srf# 2020042200479184 Trn#200422094136 Rfb# 2000014673 | | 15.00 | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 200422129508 Srf# Trn#200422129508 Rfb# | | 30.00 | |
| 4/22 | | Wire Trans Svc Charge - Sequence: 200422128295 Srf# Trn#200422128295 Rfb# | | 45.00 | |

April 30, 2020 ▪ Page 5 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 4/22 | | WT Fed#07014 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200422129508 Rfb# | | 97,852.53 | |
| 4/23 | | Wire Trans Svc Charge - Sequence: 200423042103 Srf# Trn#200423042103 Rfb# | | 30.00 | |
| 4/24 | | Wire Trans Svc Charge - Sequence: 200423163926 Srf# Trn#200423163926 Rfb# | | 30.00 | |
| 4/24 | | Wire Trans Svc Charge - Sequence: 200423162973 Srf# Trn#200423162973 Rfb# | | 45.00 | |
| 4/24 | | Wire Trans Svc Charge - Sequence: 200424142008 Srf# Trn#200424142008 Rfb# | | 30.00 | |
| 4/24 | | Wire Trans Svc Charge - Sequence: 200424169137 Srf# 1371669648 Trn#200424169137 Rfb# | | 15.00 | |
| 4/24 | | WT 200423-162973 Hongkong and Shangh /Bnf=Bomgogo Srf# Trn#200423162973 Rfb# | | 720,000.00 | |
| 4/24 | | WT Fed#05616 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200424142008 Rfb# | | 128,969.95 | |
| 4/27 | | WT Fed#03492 Bank of America, N /Org=Next Industries Inc Srf# 2020042700594029 Trn#200427164887 Rfb# Trafdtnx8 | 3,300,000.00 | | |
| 4/27 | | WT Fed#04501 Bank of America, N /Org=Next Industries Inc Srf# 2020042700662092 Trn#200427182972 Rfb# 296366086 | 174,000.00 | | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 200427068454 Srf# Ow00000766038863 Trn#200427068454 Rfb# Ow00000766038863 | | 30.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 200427075155 Srf# Trn#200427075155 Rfb# | | 30.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 200427094539 Srf# Trn#200427094539 Rfb# | | 30.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 200427164887 Srf# 2020042700594029 Trn#200427164887 Rfb# Trafdtnx8 | | 15.00 | |
| 4/27 | | Wire Trans Svc Charge - Sequence: 200427182972 Srf# 2020042700662092 Trn#200427182972 Rfb# 296366086 | | 15.00 | |

April 30, 2020   ▪   Page 6 of 8



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|

| 4/28 | | WT Fed#03239 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200428102464 Rfb# | | 774,615.33 | |
| 4/29 | | WT 200429-119232 Hongkong and Shangh /Bnf=Bomgogo Srf# Trn#200429119232 Rfb# | | 750,000.00 | |
| **Ending balance on 4/30** | | | | | **472,775.65** |
| **Totals** | | | **$21,059,395.00** | **$25,606,958.32** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

AKW005431

April 30, 2020   ▪   Page 7 of 8



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2020 - 04/30/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·   Average ledger balance | $7,500.00 | $1,301,652.00 ☑ |
| ·   A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| ·   Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| -   Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| ·   Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|    -   Average ledger balances in business checking, savings, and time accounts | | |
|    -   Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    -   For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wx/wx

**Account transaction fees summary**

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 24 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

April 30, 2020  ▪  Page 8 of 8



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** _____ |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

May 31, 2020 ■ Page 1 of 10



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $472,775.65 |
| Deposits/Credits | 31,019,755.00 |
| Withdrawals/Debits | - 31,458,012.58 |
| **Ending balance on 5/31** | **$34,518.07** |
| Average ledger balance this period | $755,919.38 |

Account number: █████7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████7513

For Wire Transfers use
Routing Number (RTN): ████0248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

May 31, 2020  ▪  Page 2 of 10



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/1 | | Wire Trans Svc Charge - Sequence: 200430265654 Srf# Trn#200430265654 Rfb# | | 30.00 | |
| 5/1 | | WT Fed#06978 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200430265654 Rfb# | | 415,713.91 | |
| 5/4 | | WT Fed#03178 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200504128676 Rfb# | | 352,123.33 | |
| 5/6 | | WT Fed#04983 Hongkong and Shang /Ftr/Bnf=Bomgogo Srf# Trn#200506155067 Rfb# | | 750,000.00 | |
| 5/7 | | WT Fed#02552 US Bank, NA /Org=Patterson Companies Inc Srf# 200507028760 Trn#200507122035 Rfb# 200507028760 | 1,200,000.00 | | |
| 5/7 | | Wire Trans Svc Charge - Sequence: 200506171823 Srf# Trn#200506171823 Rfb# | | 30.00 | |

May 31, 2020  ▪  Page 3 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 5/7 | | Wire Trans Svc Charge - Sequence: 200507122035 Srf# 200507028760 Trn#200507122035 Rfb# 200507028760 | | 15.00 | |
| 5/7 | | WT Fed#05931 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200506171823 Rfb# | | 114,743.70 | |
| 5/8 | | Ascension ACH AP0000724641 Rock Fintek LLC | 397,660.00 | | |
| 5/8 | | WT Fed#05845 Jpmorgan Chase Ban /Ftr/Bnf=Dimerco Express Srf# Trn#200507164435 Rfb# | | 540,048.77 | |
| 5/8 | | WT Fed#08450 Jpmorgan Chase Ban /Ftr/Bnf=Delta Air Lines Srf# Trn#200508074073 Rfb# | | 270,000.00 | |
| 5/11 | | Ascension ACH AP0000725467 Rock Fintek LLC | 1,244,900.00 | | |
| 5/11 | | WT Fed#02590 Bank of America, N /Org=Next Industries Inc Srf# 2020051100591936 Trn#200511157281 Rfb# Gpzln7Uzh | 635,200.00 | | |
| 5/11 | | Wire Trans Svc Charge - Sequence: 200511041426 Srf# Trn#200511041426 Rfb# | | 45.00 | |

AKW005436

May 31, 2020 ▪ Page 4 of 10



**Transaction history** (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| 5/11 | | WT 200511-041426 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# Trn#200511041426 Rfb# | | 1,275,000.00 | |
| 5/12 | | Ascension ACH AP0000726363 Rock Fintek LLC | 945,180.00 | | |
| 5/12 | | WT Fed#03593 Citibank N.A. /Org=Dcas Srf# D0301330271601 Trn#200512043790 Rfb# | 308,924.00 | | |
| 5/12 | | Wire Trans Svc Charge - Sequence: 200512043790 Srf# D0301330271601 Trn#200512043790 Rfb# | | 15.00 | |
| 5/12 | | Wire Trans Svc Charge - Sequence: 200512055790 Srf# Ow00000785281798 Trn#200512055790 Rfb# Ow00000785281798 | | 30.00 | |
| 5/13 | | Ascension ACH AP0000727460 Rock Fintek LLC | 741,760.00 | | |
| 5/13 | | WT 200513-081550 Hongkong and Shangh /Bnf=Alit Group Limited Srf# Trn#200513081550 Rfb# | | 648,000.00 | |
| 5/13 | | WT 200513-139418 Hongkong and Shangh /Bnf=Bomgogo Srf# Trn#200513139418 Rfb# | | 384,000.00 | |

May 31, 2020 ▪ Page 5 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|--------------------|----------------------|
| 5/14 | | WT Fed#05636 Bank of America, N /Org=Meijer Inc Srf# 2020051400342258 Trn#200514044744 Rfb# 2000013256 | 783,272.00 | | |
| 5/14 | | Wire Trans Svc Charge - Sequence: 200513172984 Srf# Trn#200513172984 Rfb# | | 30.00 | |
| 5/14 | | Wire Trans Svc Charge - Sequence: 200514164913 Srf# Trn#200514164913 Rfb# | | 30.00 | |
| 5/14 | | WT Fed#01944 Jpmorgan Chase Ban /Ftr/Bnf=Dimerco Express Srf# Trn#200513172984 Rfb# | | 764,432.00 | |
| 5/14 | | WT Fed#02333 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200514114704 Rfb# | | 15,864.00 | |
| 5/14 | | WT 200514-118888 Hongkong and Shangh /Bnf=Alit Group Limited Srf# Trn#200514118888 Rfb# | | 421,200.00 | |
| 5/15 | | Ascension ACH AP0000728608 Rock Fintek LLC | 3,374,000.00 | | |
| 5/15 | | WT 200515-098764 Hongkong and Shangh /Bnf=Alit Group Limited Srf# Trn#200515098764 Rfb# | | 648,000.00 | |



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 5/19 | | WT Fed#00687 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200518187555 Rfb# | | 37,823.90 | |
| 5/19 | | WT Fed#06005 Jpmorgan Chase Ban /Ftr/Bnf=Dimerco Express Srf# Trn#200519033311 Rfb# | | 365,618.53 | |
| 5/21 | | Ascension ACH AP0000731055 Rock Fintek LLC | 626,000.00 | | |

May 31, 2020 ▪ Page 7 of 10



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| | | ████████████████████████ | | | |
| 5/21 | | WT 200521-066064 Hongkong and Shangh /Bnf=Chan Sik Kwan Srf# Trn#200521066064 Rfb# | | 570,000.00 | |
| 5/21 | | WT Fed#05264 Jpmorgan Chase Ban /Ftr/Bnf=Dimerco Express Srf# Trn#200521173402 Rfb# | | 171,337.44 | 15,710.15 |
| | | ████████████████████████ | | | |
| 5/22 | | WT Fed#00132 Citibank N.A. /Org=Dcas Srf# D0301430986201 Trn#200522142085 Rfb# | 7,658,604.80 | | |
| | | ████████████████████████ | | | |
| 5/22 | | Wire Trans Svc Charge - Sequence: 200522166776 Srf# Trn#200522166776 Rfb# | | 30.00 | |
| 5/22 | | WT 200522-148153 Hongkong and Shangh /Bnf=Alit Group Limited Srf# Trn#200522148153 Rfb# | | 1,523,070.00 | |
| | | ████████████████████████ | | | |
| 5/22 | | WT Fed#09769 Hongkong and Shang /Ftr/Bnf=Borngogo Ltd Srf# Trn#200522149827 Rfb# | | 975,000.00 | |
| 5/22 | | WT Fed#00683 Jpmorgan Chase Ban /Ftr/Bnf=Delta Air Lines Srf# Trn#200522166776 Rfb# | | 400,000.00 | |

AKW005440

May 31, 2020 ▪ Page 8 of 10



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| | | | | | |
| 5/29 | | WT Fed#06010 Citibank N.A. /Org=City of New York - Dcas Srf# | 6,953,839.20 | | |
| | | D0301500294301 Trn#200529072632 Rfb# | | | |
| | | | | | |
| **Ending balance on 5/31** | | | | | **34,518.07** |
| **Totals** | | | **$31,019,755.00** | **$31,458,012.58** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

May 31, 2020 ▪ Page 9 of 10



## Monthly service fee summary (continued)

| Fee period 05/01/2020 - 05/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $755,919.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|   - Average ledger balances in business checking, savings, and time accounts | | |
|   - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|   - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 45 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



# IMPORTANT ACCOUNT INFORMATION

---

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:
- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

AKW005442

May 31, 2020 ▪ Page 10 of 10



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                       $ _____
register or transfers into                               $ _____
your account which are not                               $ _____
shown on your statement.                              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

June 30, 2020  ▪  Page 1 of 6



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $34,518.07 |
| Deposits/Credits | 4,530,000.00 |
| Withdrawals/Debits | - 2,962,577.16 |
| **Ending balance on 6/30** | **$1,601,940.91** |
| Average ledger balance this period | $1,324,929.77 |

Account number: ████7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████7513

For Wire Transfers use
Routing Number (RTN): ████0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

June 30, 2020 ▪ Page 2 of 6



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 6/1 | | Wire Trans Svc Charge - Sequence: 200601096212 Srf# Trn#200601096212 R/b# | | 30.00 | |
| 6/15 | | Ascension ACH AP0000742519 Rock Fintek LLC | 825,000.00 | | 879,664.68 |
| 6/16 | | WT Fed#03504 US Bank, NA /Org=Patterson Companies Inc Srf# 200616033334 Trn#200616145151 Rfb# 200616033334 | 1,200,000.00 | | |
| 6/16 | | Wire Trans Svc Charge - Sequence: 200616145151 Srf# 200616033334 Trn#200616145151 Rfb# 200616033334 | | 15.00 | |
| 6/19 | | Delta Air Lines, Payments 200619 001002000144768 Rock Fintek | 1,180,000.00 | | 3,192,161.82 |
| 6/22 | | Ascension ACH AP0000747039 Rock Fintek LLC | 825,000.00 | | |



## Transaction history (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|
| | | Ending balance on 6/30 | | | 1,601,940.91 |
| Totals | | | $4,530,000.00 | $2,962,577.16 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

June 30, 2020  ▪  Page 4 of 6



**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2020 - 06/30/2020 | | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|---|
| **How to avoid the monthly service fee** | | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | | $7,500.00 | $1,324,930.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | | |

wx/wx

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 35 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 # IMPORTANT ACCOUNT INFORMATION

———————

We're updating our Online Access Agreement effective September 30, 2020. To see what is changing, please visit wellsfargo.com/online-banking/updates.

———————

Effective June 20, 2020, we are updating the Funds Availability Policy in our Deposit Account Agreement as follows:

In the "Longer delays may apply" section, when a longer delay applies, we are making the following changes:
- The amount of your deposit that may be available on the first business day after the day of your deposit is increasing from $200 to $225.
- We are changing the check deposit amount exception that may lead to a delay of generally no more than seven business days from "You deposit checks totaling more than $5,000 on any one day" to "You deposit checks totaling more than $5,525 on any one day."

In the "Special rules for new accounts" section, setting forth special rules that apply during the first 30 days your account is open, we are updating the amounts in the two bullets in the second paragraph from $5,000 to $5,525 and from $200 to $225 as follows:

June 30, 2020 ▪ Page 5 of 6



- The first $5,525 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state, and local government checks and U.S. Postal Service money orders made payable to you will be available on the first business day after the day of your deposit.
- The excess over $5,525 and funds from all other check deposits will be available on the seventh business day after the day of your deposit. The first $225 of a day's total deposit of funds from all other check deposits, however, may be available on the first business day after the day of your deposit.

---

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

---

Reminder: Wells Fargo charges a $5 fee for each Wells Fargo Debit, ATM, or EasyPay Card transaction at non-Wells Fargo ATMs outside of the U.S. or U.S. territories. Fees from non-Wells Fargo ATM owner/operators may also apply. These fees may not be applicable to all customers and may vary depending on the type of account you have. For more details, refer to the applicable fee disclosures for your account.

---

Effective August 17, 2020, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $31 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

June 30, 2020 ▪ Page 6 of 6



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | Total amount $ | |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

July 31, 2020 ▪ Page 1 of 6



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,601,940.91 |
| Deposits/Credits | 4,001,801.18 |
| Withdrawals/Debits | - 5,397,281.31 |
| **Ending balance on 7/31** | **$206,460.78** |
| Average ledger balance this period | $836,040.66 |

Account number: ███ 7633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 7513

For Wire Transfers use
Routing Number (RTN): ███ 0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 7/1 | | Wire Trans Svc Charge - Sequence: 200701158133 Srf# Ow00000847791080 Trn#200701158133 Rfb# Ow00000847791080 | | 30.00 | |
| 7/1 | | Wire Trans Svc Charge - Sequence: 200701171593 Srf# Trn#200701171593 Rfb# | | 30.00 | |
| 7/1 | | Wire Trans Svc Charge - Sequence: 200701172798 Srf# Trn#200701172798 Rfb# | | 30.00 | |
| 7/1 | | WT Fed#08558 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200701172798 Rfb# | | 50,153.55 | 1,545,697.36 |



AKW005451



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 7/13 | | Wire Trans Svc Charge - Sequence: 200713112666 Srf# Trn#200713112666 Rfb# | | 30.00 | |
| 7/13 | | WT Fed#07193 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#200713078027 Rfb# | | 55,898.50 | |
| 7/14 | | Ascension ACH AP0000757895 Rock Fintek LLC | 445,500.00 | | |
| 7/17 | | Greenville Healt EDI Pymnts 96244 000000097\Ge*1*1\Iea*1*029446131\ | 3,459,430.18 | | |

July 31, 2020 ▪ Page 4 of 6



## Transaction history (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| Ending balance on 7/31 | | | | | 206,460.78 |
| Totals | | | $4,001,801.18 | $5,397,281.31 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2020 - 07/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $836,041.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 22 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

July 31, 2020 ▪ Page 5 of 6



 **IMPORTANT ACCOUNT INFORMATION**

Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

July 31, 2020 ▪ Page 6 of 6



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your      $ _____
register or transfers into         $ _____
your account which are not         $ _____
shown on your statement.         + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

August 31, 2020 ■ Page 1 of 5



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |



# IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $206,460.78 |
| Deposits/Credits | 1,579,956.90 |
| Withdrawals/Debits | - 1,532,234.77 |
| **Ending balance on 8/31** | **$254,182.91** |
| | |
| Average ledger balance this period | $443,313.59 |

Account number: ████ 47633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 7513

For Wire Transfers use
Routing Number (RTN): ███ 0248

August 31, 2020  ▪  Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|---------------------|
| 8/18 | | Ascension ACH AP0000778251 Rock Fintek LLC | 1,575,000.00 | | 1,766,417.68 |



AKW005457

August 31, 2020  ▪ Page 3 of 5



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| Ending balance on 8/31 | | | | | 254,182.91 |
| **Totals** | | | **$1,579,956.90** | **$1,532,234.77** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

&lt;  **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2020 - 08/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any ONE of the following account requirements | | |
| ·  Average ledger balance | $7,500.00 | $443,314.00 ☑ |
| ·  A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| ·  Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| -  Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| -  Combined balance in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balance in business checking, savings, and Time Accounts (Cds) | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balance from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 11 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

**IMPORTANT ACCOUNT INFORMATION:**

**Your Wells Fargo Business Choice Checking account is changing.**

August 31, 2020  ▪  Page 4 of 5



---

**Effective with the fee period beginning after October 8, 2020,** the current options to avoid the $14 monthly service fee, as displayed in the monthly service fee summary section of this statement above, will no longer be available. Once these changes are effective, the monthly service fee can be avoided with ONE of the following new options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,** other features of your account will change:

- Your account will continue to include 200 Transactions at no charge each fee period. The fee for Transactions over 200 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.

**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- You can continue to use your debit card.
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

# ✓ IMPORTANT ACCOUNT INFORMATION



Effective 05/22/2020, the Night Depository Agreement was amended to include: "Deposits placed into the night depository are considered received by us when the bag is removed from the night depository and is available to us for processing. We will credit the deposit to your account no later than the next business day."

No action is required on your part and there is no impact to the current night depository deposit process.

August 31, 2020 ▪ Page 5 of 5



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.    + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

September 30, 2020 ▪ Page 1 of 6



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

| **Questions?** |
|---|
| *Available by phone 24 hours a day, 7 days a week:* |
| Telecommunications Relay Services calls accepted |
| **1-800-CALL-WELLS** (1-800-225-5935) |
| *TTY:* 1-800-877-4833 |
| *En español:* 1-877-337-7454 |
| *Online:* wellsfargo.com/biz |
| *Write:* Wells Fargo Bank, N.A. (287) |
| P.O. Box 6995 |
| Portland, OR 97228-6995 |

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

 IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $254,182.91 |
| Deposits/Credits | 582,000.00 |
| Withdrawals/Debits | - 810,399.05 |
| **Ending balance on 9/30** | **$25,783.86** |
| Average ledger balance this period | $91,019.49 |

Account number: ███7633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███7513

For Wire Transfers use
Routing Number (RTN): ███0248

September 30, 2020   ▪   Page 2 of 6



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 9/2 | | Ascension ACH AP0000787754 Rock Fintek LLC | 82,000.00 | | |



September 30, 2020   ▪   Page 3 of 6



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|





## Transaction history (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| Ending balance on 9/30 | | | | | 25,783.86 |
| Totals | | | **$582,000.00** | **$810,399.05** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2020 - 09/30/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $91,019.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balance in business checking, savings, and Time Accounts (Cds) | | |
| - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balance from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
| - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 13 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

September 30, 2020 ▪ Page 5 of 6



---

**IMPORTANT ACCOUNT INFORMATION:**

**Your Wells Fargo Business Choice Checking account is changing.**

**Effective with the fee period beginning after October 8, 2020,** the current options to avoid the $14 monthly service fee, as displayed in the monthly service fee summary section of this statement above, will no longer be available. Once these changes are effective, the monthly service fee can be avoided with ONE of the following new options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,** other features of your account will change:

- Your account will continue to include 200 Transactions at no charge each fee period. The fee for Transactions over 200 each fee period remains at $0.50 each.
- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.

**Fee Period:**  The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- You can continue to use your debit card.
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

# ✓ IMPORTANT ACCOUNT INFORMATION



Effective June 1, 2020, the Deposit Account Agreement has been updated.

In the section of the Deposit Account Agreement titled "Available balance, posting order, and overdrafts," the second bullet of the paragraph titled "Then, we sort your transactions into categories before we process them" under the subsection titled "How do we process (post) transactions to your account?" is deleted and replaced with the following: "Then, we process withdrawals/payments we have previously authorized and cannot return unpaid, such as debit card purchases, ATM withdrawals, account transfers, Online Bill Pay transactions, and teller-cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time you conducted the transactions. For a debit card transaction, if a merchant does not seek authorization from the Bank at the time of the transaction or you conducted the transaction more than 10 business days before we receive it for payment, we will use the date the transaction is received for payment from your account. For some transactions, such as Online Bill Pay transactions or teller-cashed checks, the time may be assigned by our systems and may vary from the time it was conducted. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount."

For questions, please call the number listed on your statement.

AKW005465

September 30, 2020   ▪   Page 6 of 6



WELLS
FARGO

---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.            + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount** | **$** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

October 31, 2020 ■ Page 1 of 8



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## ☑ IMPORTANT ACCOUNT INFORMATION

We're making important changes to the terms and conditions of several of our accounts. If these changes affect you, a detailed message is included below your transaction detail for each impacted account.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 10/1 | $25,783.86 |
| Deposits/Credits | 2,168,322.00 |
| Withdrawals/Debits | - 2,130,398.54 |
| **Ending balance on 10/31** | **$63,707.32** |
| Average ledger balance this period | $36,611.69 |

Account number: ███7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███7513

For Wire Transfers use
Routing Number (RTN): ███0248

October 31, 2020   ▪   Page 2 of 8



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements
please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history



AKW005468

October 31, 2020 ▪ Page 3 of 8



*Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|



October 31, 2020   ■   Page 4 of 8



## Transaction history  (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 10/26 | | WT Fed#09942 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#201026211328 Rfb# | | 1,728.00 | |

October 31, 2020 ▪ Page 5 of 8



*Transaction history* (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|



| | | | | | |
|------|------|------|------|------|------|
| **Ending balance on 10/31** | | | | | 63,707.32 |
| **Totals** | | | $2,168,322.00 | $2,130,398.54 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

AKW005471

October 31, 2020 ▪ Page 6 of 8



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 10/01/2020 - 10/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $36,612.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balance in linked accounts, which may include | $10,000.00 | ☑ |
|     - Average ledger balance in business checking, savings, and Time Accounts (Cds) | | |
|     - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balance from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|     - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 10 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## IMPORTANT ACCOUNT INFORMATION:

**Your Wells Fargo Business Choice Checking account is changing.**

**Effective with the fee period beginning after October 8, 2020,** the current options to avoid the $14 monthly service fee, as displayed in the monthly service fee summary section of this statement above, will no longer be available. Once these changes are effective, the monthly service fee can be avoided with ONE of the following new options each fee period:

- Maintain a $500 minimum daily balance
- Maintain a $1,000 average ledger balance

If you do not meet one of the options above, the monthly service fee will be charged for fee periods ending on or after November 9, 2020.

**In addition, effective with the fee period beginning after October 8, 2020,** other features of your account will change:

- Your account will continue to include 200 Transactions at no charge each fee period. The fee for Transactions over 200 each fee period remains at $0.50 each.

October 31, 2020 ▪ Page 7 of 8



---

- The definition of Transactions is changing to include all checks deposited and all withdrawals or debits posted to your account, including paper and electronic, except debit card purchases and debit card payments.

**Fee Period:** The fee period is the period used to calculate monthly fees. Your statement includes a monthly service fee summary with the dates of the fee period. The monthly service fee summary is also available through Wells Fargo Business Online® or Wells Fargo Mobile®.

**What remains the same:**
- You can continue to use your debit card.
- The Business Fee and Information Schedule and Deposit Account Agreement, as amended, continue to apply.

If you have questions about these changes, please contact your local banker or call the number listed on this statement.

Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

October 31, 2020 ▪ Page 8 of 8



WELLS
FARGO

---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your         $ _____
register or transfers into                $ _____
your account which are not                $ _____
shown on your statement.                + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

November 30, 2020 ■ Page 1 of 7



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $63,707.32 |
| Deposits/Credits | 980,435.94 |
| Withdrawals/Debits | - 1,040,743.26 |
| **Ending balance on 11/30** | **$3,400.00** |

Account number: ⬛⬛7633
**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ⬛⬛7513

For Wire Transfers use
Routing Number (RTN): ⬛⬛0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

November 30, 2020 ▪ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|------------------|--------------------|---------------------|

| 11/5 | | WT Fed#00856 Jpmorgan Chase Ban /Ftr/Bnf=Dimerco Express Srf# Trn#201104188355 Rfb# | | 46,755.77 | |
| 11/10 | | Ascension ACH AP0000828828 Rock Fintek LLC | 750,000.00 | | |
| 11/10 | | Wire Trans Svc Charge - Sequence: 201109207882 Srf# Trn#201109207882 Rfb# | | 35.00 | |

AKW005476

November 30, 2020 ■ Page 3 of 7



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|



November 30, 2020 ■ Page 4 of 7



---

*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|--------------------|



AKW005478

November 30, 2020  ▪  Page 5 of 7



## Transaction history (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| **Ending balance on 11/30** | | | | | 3,400.00 |
| **Totals** | | | **$980,435.94** | **$1,040,743.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2020 - 11/30/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $96,127.00 ☑ |
| · Minimum daily balance | $500.00 | -$573.00 ☐ |
| wxwx | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 47 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

### Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

November 30, 2020 ▪ Page 6 of 7



 **IMPORTANT ACCOUNT INFORMATION**

Effective on or after November 30, 2020, (1) Wells Fargo branches will no longer be able to issue Wells Fargo Instant Issue Debit Cards and/or Business Instant Issue Debit Cards in certain circumstances, and (2) Wells Fargo branches in the states of South Carolina and Washington will no longer be able to issue Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and/or EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards typically arrive in 5 to 7 calendar days. If you previously added your current Wells Fargo Debit Card or EasyPay Card to your Wells Fargo-supported digital wallet, you may continue to make purchases and access Wells Fargo ATMs using your digital wallet while you wait for your replacement card to arrive. For more details on digital wallets, please visit wellsfargo.com/mobile/payments.

November 30, 2020   ▪   Page 7 of 7



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

December 31, 2020 ■ Page 1 of 9



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**   (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 12/1 | $3,400.00 |
| Deposits/Credits | 10,766,091.97 |
| Withdrawals/Debits | - 10,765,097.16 |
| **Ending balance on 12/31** | **$4,394.81** |

Account number: ▮▮▮7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮7513

For Wire Transfers use
Routing Number (RTN): ▮▮▮0248

**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

December 31, 2020   ▪   Page 2 of 9



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|



December 31, 2020  ▪  Page 3 of 9



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|--------------------|--------------------|
| 12/8 | | Ascension ACH AP0000846270 Rock Fintek LLC | 9,250,000.00 | | |



AKW005484

December 31, 2020 ▪ Page 4 of 9



---

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| | | | | | |
| 12/14 | | WT Fed#05369 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Ow00001092823711 Trn#201214166963 Rfb# Ow00001092823711 | | 200.00 | |



December 31, 2020 ▪ Page 5 of 9



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 12/16 | | WT 201216-105606 Siam Commercial Ban /Bnf=Sufficiency Economy City Company Srf# Trn#201216105606 Rfb# | | 6,200,000.00 | |



December 31, 2020 ▪ Page 6 of 9



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|



December 31, 2020 ▪ Page 7 of 9



## Transaction history (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|
| Ending balance on 12/31 | | | | | 4,394.81 |
| Totals | | | $10,766,091.97 | $10,765,097.16 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2020 - 12/31/2020 | Standard monthly service fee $14.00 | You paid $0.00 |
|-----------------------------------|------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $2,500,516.00 ☑ |
| · Minimum daily balance | $500.00 | $636.81 ☑ |

WX/WX

AKW005488

December 31, 2020 ▪ Page 8 of 9



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 89 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

AKW005489

December 31, 2020   ▪   Page 9 of 9



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your        $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.             + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount  $** |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking



January 31, 2021 ■ Page 1 of 5

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $4,394.81 |
| Deposits/Credits | 1,054,043.86 |
| Withdrawals/Debits | - 1,049,991.01 |
| **Ending balance on 1/31** | **$8,447.66** |

Account number: ███ 7633

**ROCK FINTEK LLC**

*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███ 7513

For Wire Transfers use
Routing Number (RTN): ███ 0248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

January 31, 2021 ▪ Page 2 of 5



**Transaction history**

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------|-------------------|---------------------|----------------------|



AKW005492

January 31, 2021   ▪   Page 3 of 5



*Transaction history  (continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|



AKW005493

January 31, 2021 ▪ Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| | | | | | |
| **Ending balance on 1/31** | | | | | **8,447.66** |
| **Totals** | | | **$1,054,043.86** | **$1,049,991.01** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service questions.

| Fee period 01/01/2021 - 01/31/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $59,499.00 ☑ |
| · Minimum daily balance | $500.00 | $346.68 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

January 31, 2021 ▪ Page 5 of 5



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking



February 28, 2021  ▪  Page 1 of 5

ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

## Statement period activity summary

| | |
|---|---:|
| Beginning balance on 2/1 | $8,447.66 |
| Deposits/Credits | 602,860.00 |
| Withdrawals/Debits | - 466,330.68 |
| **Ending balance on 2/28** | **$144,976.98** |

Account number: ▬▬7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▬▬7513

For Wire Transfers use
Routing Number (RTN): ▬▬0248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|



AKW005497

February 28, 2021  ▪  Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 2/23 | | Ascension ACH AP0000892866 Rock Fintek LLC | 295,260.00 | | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 210223069177 Srf# Trn#210223069177 Rfb# | | 30.00 | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 210223117328 Srf# Trn#210223117328 Rfb# | | 30.00 | |
| 2/23 | | Wire Trans Svc Charge - Sequence: 210223121059 Srf# Trn#210223121059 Rfb# | | 30.00 | |
| 2/23 | | WT Fed#00687 Capital One, N.A. /Ftr/Bnf=Jns Capital Holdings LLC Srf# Trn#210223117328 Rfb# | | 200,000.00 | |
| 2/24 | | Wire Trans Svc Charge - Sequence: 210224091245 Srf# Trn#210224091245 Rfb# | | 30.00 | |
| 2/24 | | WT Fed#09279 Jpmorgan Chase Ban /Ftr/Bnf=Act Logistics Srf# Trn#210224091245 Rfb# | | 5,922.72 | |
| Ending balance on 2/28 | | | | | 144,976.98 |
| **Totals** | | | **$602,860.00** | **$466,330.68** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< ▪ *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 02/01/2021 - 02/28/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

February 28, 2021 ▪ Page 4 of 5



---

*Monthly service fee summary (continued)*

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $22,314.00 ☑ |
| · Minimum daily balance | $500.00 | $48.21 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WX/WX

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 30 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

---

Effective on or after April 1, 2021, Wells Fargo will no longer issue temporary debit cards, including Wells Fargo Instant Issue Debit Cards, Wells Fargo Business Instant Issue Debit Cards, and EasyPay Instant Cards. If you need a replacement card, you may request one by signing on to Wells Fargo Online® or calling the number on your statement. Once requested, replacement cards arrive by mail in 5 to 7 calendar days. You may add your Wells Fargo Debit Card or EasyPay Card to a Wells Fargo-supported digital wallet on your mobile device so you can make secure, convenient purchases in stores, online, and in apps, and access Wells Fargo ATMs while you wait for your replacement card. For more details on digital wallets, please visit **wellsfargo.com/mobile/payments.** Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry.

---

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

February 28, 2021  ▪  Page 5 of 5



---

### General statement policies for Wells Fargo Bank

▪ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into           $ _____
your account which are not           $ _____
shown on your statement.           + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

March 31, 2021 ▪ Page 1 of 6



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

# ☑ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.



## Statement period activity summary

| | |
|---|---|
| Beginning balance on 3/1 | $144,976.98 |
| Deposits/Credits | 365,000.00 |
| Withdrawals/Debits | - 423,820.47 |
| **Ending balance on 3/31** | **$86,156.51** |

Account number: ███7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ███7513

For Wire Transfers use
Routing Number (RTN): ███0248

March 31, 2021 ▪ Page 2 of 6



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|



AKW005502

March 31, 2021  ▪  Page 3 of 6



---

*Transaction history* (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|--------------------|---------------------|

AKW005503

March 31, 2021 ▪ Page 4 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|



| | | | | | |
|------|------|------|------|------|------|
| **Ending balance on 3/31** | | | | | 86,156.51 |
| **Totals** | | | **$365,000.00** | **$423,820.47** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH: If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 03/01/2021 - 03/31/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $44,531.00 ☑ |
| · Minimum daily balance | $500.00 | $62.20 ☐ |
| WXAVX | | |

March 31, 2021 ▪ Page 5 of 6



---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 49 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

**Other Wells Fargo Benefits**

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

 # IMPORTANT ACCOUNT INFORMATION

Effective on or after April 1, 2021, the ATM Access Code feature will no longer be available to access your accounts at Wells Fargo ATMs. You may continue to access Wells Fargo ATMs using your Wells Fargo Debit, ATM or EasyPay Card, or with a Wells Fargo-supported digital wallet on your mobile device. For more information about adding your card to a digital wallet, please visit wellsfargo.com/mobile/payments. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. Some ATMs within secure locations may require a physical card for entry. Note: After the ATM Access Code feature for accessing Wells Fargo accounts is discontinued, the "Use an Access Code" button may continue to be displayed on Wells Fargo ATMs to support other services.

March 31, 2021 ▪ Page 6 of 6



---

## General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

April 30, 2021   ■   Page 1 of 5



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**   (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

---

✓ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $86,156.51 |
| Deposits/Credits | 2,386,309.54 |
| Withdrawals/Debits | - 2,201,502.70 |
| **Ending balance on 4/30** | **$270,963.35** |



Account number:  ███ 7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  ███ 7513

For Wire Transfers use
Routing Number (RTN):  ███ 0248

AKW005507

April 30, 2021 ▪ Page 2 of 5



**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|-------------------|---------------------|----------------------|
| 4/14 | | WT Fed#00193 Hsbc Hong Kong /Org=Borngogo Ltd. Srf# 104311241 Trn#210414010392 Rfb# Hk114041Bi735084 | 1,249,975.00 | | |
| 4/14 | | Wire Trans Svc Charge - Sequence: 210414010392 Srf# 104311241 Trn#210414010392 Rfb# Hk114041Bi735084 | | 16.00 | |
| 4/14 | | Wire Trans Svc Charge - Sequence: 210414122257 Srf# Trn#210414122257 Rfb# | | 30.00 | |

April 30, 2021   ▪   Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/16 | | WT Fed#00904 Capital One, N.A. /Ftr/Bnf=Blink Capital Holdings LLC Srf# Trn#210416195869 Rfb# | | 1,035,000.00 | 27,904.65 |
| 4/20 | | WT Fed#00268 Hsbc Hong Kong /Org=Bomgogo Ltd. Srf# 110333817 Trn#210420010595 Rfb# Hk120041Bi778994 | 909,763.50 | | |
| 4/20 | | Wire Trans Svc Charge - Sequence: 210420010595 Srf# 110333817 Trn#210420010595 Rfb# Hk120041Bi778994 | | 16.00 | |
| 4/20 | | WT Fed#07911 Citibank N.A. /Ftr/Bnf=Adorama Inc Srf# Trn#210420186774 Rfb# | | 690,000.00 | |
| 4/29 | | WT 210429-061082 Hongkong and Shangh /Bnf=Bomgogo Ltd Srf# Trn#210429061082 Rfb# | | 10,000.00 | |

April 30, 2021  ▪  Page 4 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| | | | | | |
| **Ending balance on 4/30** | | | | | **270,963.35** |
| **Totals** | | | **$2,386,309.54** | **$2,201,502.70** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2021 - 04/30/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $171,698.00 ☑ |
| · Minimum daily balance | $500.00 | $4,262.65 ☑ |
| WX/WX | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 38 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

April 30, 2021  ▪  Page 5 of 5



---

## General statement policies for Wells Fargo Bank

▪  **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

## Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.**  The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.**  Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.**  The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Business Choice Checking

May 31, 2021 ■ Page 1 of 6



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS** (1-800-225-5935)

*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR 97228-6995

---

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

 IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 5/1 | $270,963.35 |
| Deposits/Credits | 486,000.00 |
| Withdrawals/Debits | - 707,351.38 |
| **Ending balance on 5/31** | **$49,611.97** |

Account number: ████7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ████7513

For Wire Transfers use
Routing Number (RTN): ████0248

May 31, 2021  ▪  Page 2 of 6



**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|



AKW005513

May 31, 2021 ▪ Page 3 of 6



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|---------------------|



May 31, 2021 ▪ Page 4 of 6



## Transaction history  (continued)



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| **Ending balance on 5/31** | | | | | **49,611.97** |
| **Totals** | | | **$486,000.00** | **$707,351.38** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 05/01/2021 - 05/31/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $81,533.00 ☑ |
| · Minimum daily balance | $500.00 | $84.77 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
WXAWX

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 44 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

May 31, 2021 ▪ Page 5 of 6



Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.

AKW005516

May 31, 2021   ▪   Page 6 of 6



---

**General statement policies for Wells Fargo Bank**

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

**Account Balance Calculation Worksheet**

| Number | Items Outstanding | Amount |
|---|---|---|
| | | |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into            $ _____
your account which are not            $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ . _____

Total amount  $ _____

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801

# Wells Fargo Business Choice Checking

June 30, 2021 ▪ Page 1 of 5



ROCK FINTEK LLC
1680 MICHIGAN AVE STE 800
MIAMI BEACH FL 33139-2519

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711
**1-800-CALL-WELLS**  (1-800-225-5935)
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (287)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Visit wellsfargoworks.com to explore videos, articles, infographics, interactive tools, and other resources on the topics of business growth, credit, cash flow management, business planning, technology, marketing, and more.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | |

## ✓ IMPORTANT ACCOUNT INFORMATION

The following dedicated text telephone/telecommunication device for the deaf (TTY/TDD) lines are being retired on March 5, 2021: 800-877-4833, 800-419-2265 and 800-600-4833. We accept relay-assisted calls, including calls from the 711 service, when customers call any Wells Fargo customer service toll-free phone number. Wells Fargo will continue to provide excellent service to our deaf or hard of hearing customers and customers with speech disorders.

### Statement period activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $49,611.97 |
| Deposits/Credits | 430,000.00 |
| Withdrawals/Debits | - 470,153.91 |
| **Ending balance on 6/30** | **$9,458.06** |

Account number: ▮▮▮7633
**ROCK FINTEK LLC**
*Florida account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▮▮▮7513

For Wire Transfers use
Routing Number (RTN): ▮▮▮0248

AKW005518

June 30, 2021 ▪ Page 2 of 5



**Overdraft Protection**
This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history



| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|

June 30, 2021 ■ Page 3 of 5



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|

| Ending balance on 6/30 | | | | | 9,458.06 |
| Totals | | | $430,000.00 | $470,153.91 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< **Business to Business ACH:***If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

June 30, 2021  ▪  Page 4 of 5



## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2021 - 06/30/2021 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $1,000.00 | $36,230.00 ☑ |
| · Minimum daily balance | $500.00 | $4,253.54 ☑ |
| WXAWX | | |

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 36 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

## Other Wells Fargo Benefits

Our National Business Banking Center customer service number 1-800-CALL-WELLS (1-800-225-5935) hours of operation have temporarily changed to 7:00 a.m. to 11:00 p.m. Eastern Time, Monday through Saturday and Sunday 9:00 a.m. to 10:00 p.m. Eastern Time. Access to our automated banking system, the ability to report a fraud claim on your business credit or debit card, and access to report a lost or stolen business card will continue to be available 24 hours a day, 7 days per week. Thank you for banking with Wells Fargo. We appreciate your business.



# ✔ IMPORTANT ACCOUNT INFORMATION

Effective September 1, 2021, the non-Wells Fargo ATM balance inquiry fee will increase from $2.00 to $2.50, and the non-Wells Fargo ATM transfer fee will increase from $2.00 to $2.50. To avoid these fees, monitor your balances and transfer money by accessing Wells Fargo ATMs, calling the number on the back of your card, and using Wells Fargo Online® or the Wells Fargo Mobile® app. Availability may be affected by your mobile carrier's coverage area. Your mobile carrier's message and data rates may apply. These fees may not be applicable to all customers and may vary depending on the type of Account you have. For more details, refer to the applicable Wells Fargo Fee and Information Schedule for your Account.

Effective May 28, 2021, the following fees were eliminated and there is no longer a charge for these services: audit confirmation, credit inquiry, coin deposited per bag, and document copy. Thank you for banking with Wells Fargo. We appreciate your business.



---

### General statement policies for Wells Fargo Bank

▪ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total amount  $** |  |  |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . .$ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into          $ _____
your account which are not          $ _____
shown on your statement.          + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . .$ . _____

©2010 Wells Fargo Bank, N.A. All rights reserved.   Member FDIC.   NMLSR ID 399801