# EXHIBIT A

NCKDKITC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

KITCHEN WINNERS NY, INC.,

                Plaintiff,

        v.                              22 CV 05276

ROCK FINTEK, LLC.,

                Defendant.
                                        Conference
------------------------------x
                                        New York, N.Y.
                                        December 20, 2023
                                        3:00 p.m.

Before:

                    HON. PAUL A. ENGELMAYER,

                                        District Judge


                        APPEARANCES

LIPSIUS-BENHAIM LAW, LLP
        Attorney for Plaintiff
BY:  ALEXANDER JARED SPERBER

POLLACK SOLOMAN DUFFY, LLP
        Attorney for Defendant
BY:  PHILLIP RAKHUNOV

AVRAM E. FRISCH, LLC
        Attorney for Third-Party Defendant
BY:  AVRAM ELIEZER FRISCH

NCKDKITC

1    that, for example, JNS may adopt an argument of Kitchen

2    Winners, you only need to respond to it once and so forth.  But

3    there's no reason for you to have multiple briefs.

4           But what would be useful, and I'm glad you mentioned

5    it, is just to make sure that there's very clear telegraphing

6    to me, given that I'm going to be receiving three summary

7    judgment briefs, what points in your opposition are responsive

8    to what points in what brief, so that my law clerk and I can

9    tick and tie the opposition to the various briefs.

10          But, look, as to page limits, I tend not to be a

11   stickler about that.  You should seek an extension if you need

12   more page limits than are provided for by the rules, but this

13   would certainly appear to be the sort of case in which, within

14   reason, I would be granting it.  I'd be very surprised if

15   there's a call for you to have more pages than the aggregate of

16   the three briefs you're responding to, but even that's hard to

17   know in advance, try to -- what is it that Strunk and White

18   say?  It takes longer to write short?

19          Take the time to be succinct, but I'm not going to be

20   a stickler about that.  I'd rather hear what you have to say.

21          MR. RAKHUNOV:  Thank you, your Honor.  That's all I

22   wanted to clarify.

23          THE COURT:  So just going around the room, nothing

24   further from you, Mr. Sperber?

25          MR. SPERBER:  That is correct, your Honor.