

**ALEXANDER J. SPERBER**
DIRECT LINE: 212-981-8449
EMAIL: asperber@lipsiuslaw.com

July 3, 2024

<u>VIA ECF</u>
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

        Re:    *Kitchen Winners NY Inc. v. Rock Fintek LLC*,
                Case No. 22-cv-05276-PAE
                <u>Our File No: 5529.0002</u>

Dear Judge Englemayer:

      This firm represents Plaintiff/Counterclaim Defendant Kitchen Winners NY Inc., and Third-Party Defendants Adorama Inc., and Joseph Mendlowitz (collectively "Defendants").  We respectfully submit this letter, in accordance with Rule (3)(J) of the Court's Individual Rules and Practices.

      Rule (3)(J) provides that "[i]f a motion is not decided within 60 days of the time that it has become fully briefed, counsel for the movant shall send a letter to alert the Court."

      Defendants moved for summary judgment on February 16, 2024.  Defendants' motion was fully briefed on April 5, 2024.  Accordingly, in accordance with the Court's rules, Defendants are alerting the Court that more than sixty days have passed since the motion was fully briefed.

      We thank the Court for its continued attention to this action.

                                                   Respectfully,

                                                   **LIPSIUS-BENHAIM LAW, LLP**

                                                   Alexander J. Sperber, Esq.