

**PSD**
NEW YORK   BOSTON
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
48 Wall Street, 31st Floor, New York, NY 10005
617-439-9800
prakhunov@psdfirm.com

August 26, 2024

<u>**VIA ECF**</u>
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Kitchen Winners NY Inc. v. Rock Fintek LLC*, Case No. 22-cv-05276-PAE
**ASSENTED TO Letter Motion for Brief Extension to File Pretrial Order and Motion in Limine Deadlines**

Dear Judge Engelmayer:

We write on behalf of Rock Fintek LLC, with the assent of JNS Capital Holdings LLC, Kitchen Winners NY Inc., and Adorama Inc., pursuant to Paragraph 3.F of Your Honor's Individual Rules and Practices in Civil Cases to ask for an extension to file the Joint pretrial order and motions in limine (currently scheduled for September 17, 2024) to <u>November 14, 2024,</u> with oppositions due <u>November 21, 2024.</u> This is the first request for an extension of these deadlines by any party.

Following the Court's summary judgment decision, the parties are exploring whether a settlement may be possible in this matter. In addition, counsel for Rock Fintek and counsel for the Kitchen Winners and Adorama Parties have significant conflicts and obligations in other pending matters, as well as upcoming Jewish holidays in the fall.

Accordingly, the parties respectfully request that the Court allow this extension and reset the deadline to file the pretrial order and the motions in limine to November 14, 2024, with oppositions to the motions in limine due on November 21, 2024.

Respectfully submitted,

*/s/Phillip Rakhunov*
Phillip Rakhunov

cc:   All counsel (via ECF)

Granted.  The Court welcomes the parties' interest in attempting to settle this matter, and strongly encourages the parties to prioritize efforts to settle this matter.  However, in light of the substantial delays affecting the discovery process and the consequent need for multiple extensions, the Court will **not** again extend the above deadlines.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: August 27, 2024