```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KITCHEN WINNERS NY INC.,

                              PLAINTIFF,

        -against-      CIVIL Action No.:
                       22-cv-05276-PAE

ROCK FINTEK LLC,
                              DEFENDANT.
------------------------------------X
ROCK FINTEK LLC,

    COUNTERCLAIM and THIRD-PARTY PLAINTIFF,

        -against-

KITCHEN WINNERS NY INC.,

                    COUNTERCLAIM DEFENDANT,

        and

ADORAMA INC., HERSHEY WEINER, JOSEPH
MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
JOEL STERN,

                    THIRD-PARTY DEFENDANTS.
------------------------------------X
```

CONDENSED

DATE:  November 16, 2023

TIME:  2:07 p.m.

DEPOSITION of BRAD JAEGER

RAPID REPORTING LLC
254 South Main Street, Suite 216
New City, New York  10956
(718) 310-0704

Page 2

DATE: November 16, 2023

TIME: 2:07 p.m.

VIDEOCONFERENCE DEPOSITION of BRAD JAEGER, a Non-Party Witness, pursuant to a subpoena, held remotely via Zoom, before Phyllis F. Russek, a Shorthand Reporter and Notary Public of the State of New York.

Page 3

APPEARANCES:

LIPSIUS-BENHAIM LAW, LLP
   Attorneys for the Plaintiff /
   Counterclaim Defendant
   KITCHEN WINNERS NY INC.
   80-02 Kew Gardens Road, Suite 1030
   Kew Gardens, New York  11415
BY: ALEXANDER SPERBER, ESQ.

POLLACK SOLOMON DUFFY, LLP
   Attorneys for the Defendant /
   Counterclaim and Third-Party Plaintiff
   ROCK FINTEK LLC
   31 St. James Avenue, Suite 940
   Boston, Massachusetts  02116
BY: PHILLIP RAKHUNOV, ESQ.

LAW OFFICE OF AVRAM E. FRISCH, ESQ.
   Attorneys for the Third-Party Defendants
   JNS CAPITAL HOLDINGS LLC and JOEL STERN
   1 University Plaza, Suite 119
   Hackensack, New Jersey  076011
BY: AVRAM E. FRISCH, ESQ.

FOX SWIBEL LEVIN & CARROLL, LLP
   Attorneys for BRAD JAEGER
   200 West Madison Street, Suite 3000
   Chicago, Illinois  60606

ALSO PRESENT: LAUREN RIDDLE, ESQ.

Page 4

FEDERAL STIPULATIONS

IT IS HEREBY STIPULATED AND AGREED by and between the counsel for the respective parties herein that the sealing, filing, and certification of the within deposition be waived; that the original of the deposition may be signed and sworn to by the witness before anyone authorized to administer an oath, with the same effect as if signed before a Judge of the Court; that an unsigned copy of the deposition may be used with the same force and effect as if singed by the witness, 30 days after service of the original and 1 copy of same upon counsel for the witness.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form, are reserved to the time of trial.

* * * *

Page 5

JAEGER

BRAD JAEGER, called as a witness, having been first duly sworn, by a Notary Public of the State of New York, was examined and testified as follows:

EXAMINATION BY
MR. SPERBER:

Q   Please state your name for the record.
A   Brad Jaeger.
Q   What is your current address?
A   3 Lakes Drive, Northfield, Illinois 60093.

MR. SPERBER: David, are you going to ask for a read and sign?
MR. OGLES: Yes. I think he should be able to.
MR. SPERBER: What address should we send the transcript to?
MR. OGLES: You can send it to me.
MR. SPERBER: Okay. Then work address is fine as long as that's understood.

Q   Good afternoon, Mr. Jaeger. My

Page 6

```
 1        JAEGER
 2   name is Alexander Sperber. I'm one of the
 3   attorneys in this matter. I'm counsel for
 4   the plaintiff, Kitchen Winners of New York
 5   Inc., as well as the third-party
 6   defendants, Adorama, Inc. and Joseph
 7   Mendlowits.
 8            Have you ever been deposed
 9   before?
10      A    I have not.
11      Q    Okay. So let me just explain
12   some of the basic ground rules so we're all
13   clear.
14            We have a court reporter here
15   who's taking down everything that I say,
16   everything that you say, everything that
17   your attorney says and the other -- the
18   other attorneys here say, and so it's just
19   important that you and I do our best not to
20   speak over one another so that the court
21   reporter can get a clean transcript. Is
22   that all right?
23      A    Yup.
24      Q    Okay. The next -- the next
25   thing is just it's important that you make
```

Page 7

```
 1        JAEGER
 2   your responses verbal as opposed to shaking
 3   your head or nodding your head because the
 4   court reporter can only write down what you
 5   say and can't take down your physical
 6   actions. Is that all right?
 7      A    Yes.
 8      Q    Okay. If I ask you a question
 9   and you don't understand it, please let me
10   know. If you don't tell me otherwise, I
11   will assume that you understood the
12   question. Is that all right?
13      A    Yes, it is.
14      Q    Okay. Do you understand that
15   you are under the same oath today that you
16   would be in as if you were in a courtroom?
17      A    Yes, I am.
18      Q    And do you understand that the
19   testimony you give today is subject to the
20   same penalties of perjury that you would be
21   subject to as if you were in a courtroom?
22      A    Yes, I am.
23      Q    Are you on any medications or
24   any substances or have any conditions that
25   would prevent you from thinking clearly or
```

Page 8

```
 1        JAEGER
 2   speaking truthfully today?
 3      A    I am not.
 4      Q    Okay. Are you familiar with a
 5   company called -- called Medline
 6   Industries?
 7      A    Yes, I am.
 8      Q    Are you employed by Medline
 9   Industries?
10      A    That is correct. Yes, I am.
11      Q    Okay. And is it okay if I call
12   that company just MedLine?
13      A    That works, yes.
14      Q    What is your position at
15   MedLine?
16      A    I am a senior manager of our
17   supply chain optimization division.
18      Q    And what are your job
19   responsibilities in that position?
20      A    I manage a small team that
21   oversees our third party-logistics program
22   amongst and some other final mile services
23   for our customers.
24      Q    Okay. And how long have you
25   been working at MedLine?
```

Page 9

```
 1        JAEGER
 2      A    It will be 15 years this March.
 3      Q    Okay. So just to be clear, so
 4   you were working for MedLine during the
 5   COVID-19 pandemic?
 6      A    That is correct.
 7      Q    Okay. Was your job title
 8   different at that point in time?
 9      A    I believe so. I was just a
10   manager and not a senior manager at that
11   time.
12      Q    Were your job responsibilities
13   different at that point in time?
14      A    Maybe slightly less
15   responsibility.
16      Q    Okay. And does MedLine have
17   one location or multiple locations?
18      A    MedLine has multiple locations
19   for our corporate offices, for distribution
20   centers, and for manufacturing locations.
21      Q    Okay. And so in which office
22   or offices or facilities do you work?
23      A    I work at our headquarters in
24   Northfield, Illinois.
25      Q    I'm sorry. Could you repeat
```

Page 10

JAEGER

1  that?
2  
3    A    Yes. I work at our
4  headquarters in Northfield, Illinois, the
5  address I gave earlier.
6    Q    Are you familiar with a company
7  by the name of Ascension?
8    A    Yes, I am.
9    Q    Okay. Is Ascension a customer
10 of MedLine?
11   A    Yes, they are.
12   Q    Are you familiar with the
13 Resource Group?
14   A    Yes, I am.
15   Q    Okay. Are they also a customer
16 of MedLine?
17   A    Yes, they are.
18   Q    Okay. Do you know, are
19 Resource Group and Ascension, is there a
20 relationship between the two of those?
21   A    My understanding, they're
22 relatively the same -- same group.
23   Q    Got it. Okay. In your own
24 capacity as manager or senior manager at
25 MedLine, do you interact with either

Page 11

JAEGER

1  
2  Ascension or Resource Group?
3    A    I occasionally will interact
4  through e-mail with Ascension.
5    Q    And what kind of -- in a
6  general manner, what kind of job activities
7  do you perform in relation to either
8  Ascension or Resource Group?
9    A    My team manages their
10 third-party logistics program.
11   Q    Okay. And can you explain to
12 me what you mean when you say a third-party
13 logistics program?
14   A    Yes. That's where we receive,
15 store, and ship our customers' own goods
16 within our existing distribution network.
17   Q    Now, is your team the only team
18 that does this on behalf of Ascension
19 and/or the Resource Group or are there
20 other teams as well?
21        MR. OGLES: I object to form.
22        You may answer.
23        Do you mean are there other
24        vendors that provide that service
25        for Ascension?

Page 12

JAEGER

1  
2        MR. SPERBER: No.
3    Q    What I'm saying is inside
4  MedLine, are there other teams that perform
5  -- that perform third-party logistics
6  management services for Ascension or
7  Resource Group?
8    A    No. That would just be my
9  team.
10   Q    Got it. Okay. Now, among the
11 items that MedLine is now holding or is
12 holding at some point since the COVID-19
13 pandemic, do those items include medical
14 gloves?
15   A    Yes, they do.
16   Q    Now, have you heard of a
17 company by the name of Rock Fintek LLC?
18   A    Yes, I have.
19   Q    So what is your understanding
20 of, if any, the relationship between Rock
21 Fintek LLC and either Ascension or Resource
22 Group?
23        MR. OGLES: And I'm going to
24        object to this as outside the scope
25        of the 30(b)(6) deposition. But if

Page 13

JAEGER

1  
2        you have personal knowledge, please
3        proceed.
4    A    I only know -- I only know the
5  relationship as a vendor/customer
6  relationship between the two parties. I
7  don't have any other details really.
8    Q    Do you personally know what
9  kind of goods Rock Fintek was delivering to
10 Ascension or Resource Group?
11   A    Just the -- the gloves.
12   Q    Okay.
13   A    I don't know of anything else.
14   Q    And when you say "the gloves,"
15 what are you referring to?
16   A    The MedCare gloves.
17   Q    Okay. Do you know the names of
18 any of Rock Fintek LLC's suppliers?
19   A    The only ones I believe I've
20 heard are Adorama, JNS or LS. I can't
21 quite recall, and then Kitchen Winners are
22 the only ones that I am aware of or I've
23 heard of.
24   Q    And where have you heard those
25 names?

Page 14

```
 1              JAEGER
 2        MR. OGLES: Objection.
 3     Attorney-client privileged,
 4     attorney work product. You're
 5     here. If you can answer that
 6     question without respect to any
 7     communications you've received from
 8     attorneys, if you can. Otherwise,
 9     I instruct you not to answer.
10   A    I'll follow that instruction.
11   Q    Just to be clear. Does that
12 mean that outside of communications with
13 attorneys you have not heard of those
14 entities?
15        MR. OGLES: You can proceed.
16   A    That is correct.
17   Q    Got it. Okay. Have you ever
18 spoken with anyone at Kitchen Winners New
19 York Inc.?
20   A    I have not.
21   Q    Have you spoken with anyone at
22 JNS?
23   A    Not that I'm aware of.
24   Q    Okay. And have you ever spoken
25 with anyone at Adorama Inc.?
```

Page 15

```
 1              JAEGER
 2   A    Not that I'm aware of.
 3   Q    Okay. Do you know if anybody
 4 on your team has spoken with any of those
 5 companies?
 6        MR. OGLES: And, again, Mr.
 7     Jaeger, same instruction with
 8     respect to privilege. If you can
 9     answer that without referring to
10     attorney-client communications, you
11     can answer. Otherwise I instruct
12     you not to answer.
13   A    I am not aware of anybody on my
14 team.
15   Q    Got it. Okay. MedLine has
16 produced a couple of spreadsheets in
17 response to our subpoena. Are you familiar
18 with those spreadsheets?
19   A    I have seen a couple of the
20 documents that have been presented, yes.
21 And I am familiar with them.
22   Q    I'm going to share my screen
23 with you.
24        Do you see a document in front
25 of you?
```

Page 16

```
 1              JAEGER
 2   A    I do.
 3   Q    Perfect. This document, I'll
 4 just note for the record, was Bates stamped
 5 Medline_00029. I'm going to mark this
 6 document as Medline Exhibit A.
 7        And I will provide a copy for
 8 the court reporter following this
 9 deposition.
10        (Whereupon, a spreadsheet was
11     marked as Medline Exhibit A for
12     identification, as of this date, by
13     the reporter.)
14   Q    Are you familiar with this
15 particular spreadsheet?
16   A    Yes. This looks to be a
17 listing of the 3PL item numbers.
18   Q    Okay. Just to note. At the
19 very bottom there appear to be five sheets
20 as part of this spreadsheet. One of them
21 says summary, the next one detailed list,
22 next one is quantity or QTY by SKU;
23 following one is sheet 2; and the last one
24 is pivot table.
25        So starting on the summary
```

Page 17

```
 1              JAEGER
 2 page, could you explain to me what I'm
 3 looking at here?
 4   A    So under the item number column
 5 are the physical SKU numbers within Medline
 6 system for each one of the gloves. Count
 7 of locations column is the count of
 8 physical slots within Medline's QC. Pallet
 9 quantity per case is the number of case,
10 cases of each SKU on each pallet. And then
11 the column B is the cases on hand, total
12 cases on hand.
13   Q    Did you create this document?
14   A    I cannot recall.
15   Q    Okay. So just so I'm
16 understanding this, again, this is the
17 summary sheet. It looks like there are
18 four types of items listed here, and then
19 it looks like the total number of cases on
20 hand is 68,159; is that correct?
21        We lost your audio.
22        Mr. Jaeger, can you hear me?
23        Mr. Jaeger?
24        MR. OGLES: David, can you hear
25     us?
```

Page 18

JAEGER

1
2  (Whereupon, an off-the-record
3  discussion was held.)
4  (Whereupon, the requested
5  portion was read by the reporter.)
6  A    That is correct.
7  Q    Okay. And I just want to see
8  if I can get some clarity here. What are
9  each of these item numbers?
10  A    That -- those are the item
11  numbers within Medline's system that
12  signify each of the SKUs for each one of
13  these items; the large, medium, small, and
14  extra large.
15  Q    And do you know, what are these
16  SKUs?
17  A    These are gloves.
18  Q    Can you tell from this what
19  kind of gloves?
20  A    No.
21  Q    Okay. The next column
22  references counts of locations. What is a
23  location?
24  A    A location is a slot within our
25  racking within one of our warehouses.

Page 19

JAEGER

1
2  Q    So it's not that there are 982
3  warehouses, it is that there are 982 slots
4  within your warehouses where these items
5  are located?
6  A    Correct.
7  Q    Okay. Does that mean each
8  location is an individual pallet?
9  A    Yes. Each -- each location is
10  where we would store a pallet of goods.
11  Q    Okay. And then when the column
12  says pallet quantity, what is that a
13  reference to?
14  A    I believe that is the max
15  number of cases that can fit on a pallet
16  within one of our slots.
17  Q    So it's not saying how many
18  cases are actually on the pallet; it's
19  saying how many cases could fit on the
20  pallet?
21  A    The max number of cases,
22  correct.
23  Q    So can you -- I'm just -- I'm a
24  little confused. So three of these have a
25  pallet quantity of 98, and one of them is

Page 20

JAEGER

1
2  105. Do you know the reason for that
3  difference?
4  A    I don't know for sure. The
5  only reason I could think is that is a
6  small item, so there could be more that can
7  fit on a pallet.
8  Q    Got it. Okay. And column D
9  says cases on hand. What is that a
10  reference to?
11  A    That is the number of cases
12  that were on hand, on hand for each one of
13  those items.
14  Q    And where does that number come
15  from?
16  A    I believe -- I would have to
17  look into the -- to this document -- but I
18  believe it's just a function equation
19  within there.
20  Q    Is it locations multiplied by
21  pallet quantity, or something else?
22  MR. OGLES: And, Counsel, it
23  may help if I can show the witness
24  the actual Excel document. Do you
25  mind if I open it up and show it to

Page 21

JAEGER

1
2  him?
3  MR. SPERBER: Yeah. That's
4  fine.
5  MR. OGLES: One second.
6  A    No. It's just an entry. It
7  doesn't look like there is an equation or
8  anything in there. This appears to be an
9  estimation on how long it would take to
10  check each slot of these items.
11  Q    You're referring to the hours
12  at the bottom?
13  A    Correct.
14  Q    Do you know when the document
15  was prepared?
16  A    I don't have the date offhand.
17  Q    Okay. Who at Medline was
18  responsible for keeping inventory in
19  regards to Ascension and the things that
20  Ascension is storing at your warehouse?
21  A    We rely on our warehouse
22  management system for keeping inventory.
23  Q    How does that work?
24  MR. OGLES: Objection to form.
25  If you understand the question,

Page 22

JAEGER

1  go ahead.
2  
3       A    At the very highest level, we
4  have a warehouse management system that
5  manages all our inventory locations and
6  levels within our DCs.
7       Q    Let me see if I can give an
8  example. Let's say a truck comes in
9  bearing goods for Ascension or for Resource
10 Group. How would that be processed into
11 Medline's warehouse management system?
12      A    First, a dock appointment would
13 need to be set up for the shipment. When
14 it arrives, it would need to have a third
15 party logistic field referenced on it.
16 Then our warehouse team would use that
17 third party purchase order to receive the
18 product into our warehouse management
19 system. And from there our warehouse
20 management system would provide details on
21 where to slot the product.
22      Q    Does some -- is there a person
23 at Medline who would look at whatever came
24 in and would assign it an SKU?
25      A    They would not assign it a SKU.

Page 23

JAEGER

1  
2  They would reference the purchase order
3  that lists the SKUs that would be coming in
4  on that individual purchase order and then
5  receive against that list of predetermined
6  SKUs on that purchase order.
7       Q    And is there someone who counts
8  the number of items that are being
9  delivered?
10      A    Yes. Our receiving team does a
11 count of product when they come in to
12 confirm the accuracy of the purchase order.
13      Q    I want to look at the next
14 sheet in this that we've labeled as Medline
15 Exhibit A called detail list. Can you
16 explain to me what we are looking at here?
17      A    This looks to be some raw
18 storage location information.
19      Q    So if we can just go column by
20 column. So field one, is that the -- the
21 SKU that is ascribed to the various items
22 being held by Medline?
23      A    That is correct.
24      Q    Okay. And what is column B?
25      A    WERKS, the listing of the

Page 24

JAEGER

1  
2  distribution center that it's stored in.
3       Q    When you say distribution
4  center, that's a warehouse physically
5  located somewhere across the country?
6       A    Correct.
7       Q    Okay. What is column C? I
8  believe it says location? What is that a
9  reference to?
10      A    Location is the physical slots
11 within the warehouse.
12      Q    And, again, that's -- basically
13 that's the location of the pallets within
14 the warehouse?
15      A    Correct, within our racking in
16 the -- in the warehouse.
17      Q    Column D says quantity on hand.
18 What is that?
19           MR. OGLES: Objection. I think
20      you may have misstated the column
21      there, Counsel. You said --
22           MR. SPERBER: D like dog?
23           MR. OGLES: I apologize.
24           MR. SPERBER: Yep.
25           MR. OGLES: Withdrawn.

Page 25

JAEGER

1  
2       A    Yes, that appears to be the
3  quantity on hand for that individual slot
4  after each unit of measure.
5       Q    And, again, where does this
6  quantity come from? And when I say "come
7  from," let me clarify just a little bit.
8  Meaning is this an individual that puts it
9  into the system or -- or how is this
10 arrived?
11      A    So this information would come
12 from our warehouse management system. So
13 as mentioned, when we are receiving the
14 product, we are told by the system which
15 slot to put it into, and the system knows
16 how much we are putting into that slot.
17      Q    Okay. Column E says good/bad
18 with a question mark. What is that a
19 reference to?
20      A    I can't recall.
21      Q    Okay. Column F says ITM_LEN.
22 Could you explain that one?
23      A    That looks like the next three
24 columns; item length, item width, and item
25 height.

**Page 26**

JAEGER

Q And when you say item, what is the item?
A The individual SKU.
Q So if there is a pallet full of cartons of gloves, you're referring to each carton is the item?
A Correct.
Q Okay. And then column I is cases on hand. Can you explain what that column is?
A That looks to be the sales unit of measure that is on hand for each individual location.
Q Okay. Does every warehouse used by Medline use the same warehouse management system?
A Yes.
Q Going to the next sheet, it's labeled quantity by SKU. Again, could you explain what I'm looking at here?
A Yes. The row labels column is the SKU. And the sum of cases on hand column is just that, the sum of cases for each SKU.

**Page 27**

JAEGER

Q Okay. Now, at sheet two, that's what it's labeled at the bottom. Can you explain this one?
A Yes. It seems to be just about some of the same information from the detail list. Field one is SKU number. Works is the location, the warehouse listing. Location is the physical storage location within the DC. The good/bad, I can't recall what that was for. And cases on hand is the sales unit measure quantity that is in each one of those locations.
Q Okay. So it's the same information, just reorganized in a different way?
A Yes.
Q Okay. And then the final sheet here is called pivot table. Just again if you could explain what's going on here?
A Same thing; roll labels are the SKUs. Count of location is the count of the storage location. And the sum of cases on hand is the quantity of sales unit measure on hand, totals of.

**Page 28**

JAEGER

Q What is a pivot table?
A It's a function within Excel you can use to summarize and count things within an extensive Excel table.
Q Got it. Okay. All right. I'm going to show you -- I'm sorry. Go ahead.
  MR. OGLES: Counsel, before -- yeah. This is -- this is Mr. Ogles speaking for -- for Medline. Can I have 30 seconds with my client before you go off this document?
  MR. SPERBER: Sure.
  MR. OGLES: Thank you.
  MR. SPERBER: Off the record?
  MR. OGLES: Yes, please. Thank you.
  (Whereupon, a short recess was taken.)
Q I just want to circle back on some things from a few minutes ago. Prior to delivering goods to a Medline warehouse, does Medline do any sort of inspection of the goods that are being delivered?

**Page 29**

JAEGER

A Only for any exterior damage of the case. That's it.
Q Okay. All right. Let me show you what I'm going to be marking -- marking as Medline Exhibit B.
  (Whereupon, a document containing spreadsheets ad photographs was marked as Medline Exhibit B for identification, as of this date, by the reporter.)
Q Do you see a document in front of you, a new document?
A Yes.
Q This document, just for the record, is Bates stamped Medline_00030. Have you seen this document before?
A Yes.
Q Okay. Were you involved in preparing this document?
A I was not.
Q Okay. Could you explain to me what this document is?
A This was a document put

Page 30

```
 1       JAEGER
 2  together by a Medline employee after
 3  visiting a warehouse to take a look at some
 4  product.
 5       Q   Okay. Do you know which
 6  warehouse the Medline employee visited?
 7       A   Yes; the Great Lake, Illinois
 8  distribution center.
 9       Q   Okay. And just to be clear.
10  To your knowledge, this spreadsheet is
11  based solely upon items that were in the
12  Great Lake Distribution Center?
13       A   Correct.
14       Q   Okay. In preparing for today's
15  deposition, did you speak with the employee
16  who prepared this spreadsheet?
17       A   Yes.
18       Q   Okay. Could you explain to me
19  what that employee told you?
20       A   Yes. The employee had gotten
21  communication from Ascension corporate
22  team, along with several e-mails from final
23  end users for Ascension, about complaints
24  about the gloves. This Great Lake
25  Distribution Center is located fairly close
```

Page 31

```
 1       JAEGER
 2  to our corporate office where the employee
 3  also works out of, so he went to the Great
 4  Lake facility, had a pallet pulled down of
 5  some of the gloves, and inspected a few
 6  cases and put this documentation together,
 7  along with these pictures.
 8       Q   Okay. So it's your
 9  understanding that this spreadsheet is
10  based upon gloves that were contained on a
11  single pallet?
12       A   It was either a single pallet
13  or a couple pallets. I don't recall to be
14  exact where it was pulled from.
15       Q   Okay. What was the name of the
16  employee who prepared the spread sheet?
17       A   The employee name is Adam
18  Swearingin.
19       Q   Okay. Would it be fair to say
20  that -- I'm sorry. Were you saying
21  something?
22       A   I was confirming that the name
23  --
24           MR. OGLES: Oh, no. You're
25       right. I'm sorry.
```

Page 32

```
 1       JAEGER
 2       A   Okay. Yeah, the way I listed
 3  it is correct. I-N at the end.
 4       Q   Would it be fair to say that
 5  the employee who looked at these gloves
 6  concluded that there were differences
 7  between the various gloves that he
 8  inspected?
 9       A   Yes.
10       Q   Is there any way to tell from
11  this spreadsheet which location the gloves
12  being examined were taken from?
13       A   To clarify, do you mean storage
14  location?
15       Q   Yes.
16       A   No, it does not look to be
17  listed on this sheet.
18       Q   Okay. Or pallet number or
19  anything that would be able to trace this
20  spreadsheet to a specific pallet at a -- at
21  a warehouse owned by Medline?
22       A   No, there doesn't look to be
23  any identifier here.
24       Q   What does AQL on a box refer
25  to?
```

Page 33

```
 1       JAEGER
 2       A   To my knowledge that is
 3  acceptable quantity limit.
 4       Q   What does that mean?
 5       A   It is some quality standard
 6  that I am not fully aware of. I have
 7  limited knowledge.
 8       Q   All right. Okay. I'm going to
 9  show you what I'm marking now as Medline
10  Exhibit C. Do you see this document in
11  front of you?
12           (Whereupon, a spreadsheet was
13       marked as Medline Exhibit C for
14       identification, as of this date, by
15       the reporter.)
16       A   Yes.
17           MR. SPERBER: Okay. This is a
18       document that was Bates stamped
19       Medline_00031. I'll note for the
20       record on the bottom there appear
21       to be two sheets; one that was
22       labeled put-away, the other is
23       labeled current stock.
24       Q   Do you see where I am?
25       A   Correct.
```

Page 34

JAEGER

Q What does put-away refer to?
A Put-away usually refers to when product, after it has been received in at the DC, it's physically put away into the slots in the racking.
Q How is put-away different from current stock?
A I couldn't exactly say within this document what the difference really is between the two.
Q Do you know when this document was created?
A I don't recall the exact date when it was created.
Q Would there be a way to tell from the spreadsheet when it was created?
A No. No. There isn't any indicator or title on the document that states when it was created.
Q Okay. Again, as we did with the prior spreadsheet, I just want to go through and the record will understand what each of the columns is referring to. So starting -- we're on the put-away sheet.

Page 35

JAEGER

Starting on column A, what is branch referring to?
A That's the listing of each one of our warehouses.
Q Okay. And item number, column B?
A Yep. Item number once again is the SKU for the item.
Q And, again, these SKUs came from third party purchase orders that were provided to Medline?
A For 3PL programs, we have to create a unique SKU for each item a customer plans to store in our 3PL programs. Each customer gets a unique prefix and then we copy typically the rest of the manufacture item number.
Q From where?
A From the information the customers provide up front.
Q Now, just looking at these item numbers, do you know what they refer to, meaning which specific good or -- or product is being referenced?

Page 36

JAEGER

A I know it's a -- it's a different size item.
Q Can you tell from here what brand?
A I cannot.
Q Okay. Column C is entitled slot number. What is that?
A Once again, that's the physical storage location within the warehouse.
Q Is that the same as the location from the prior spreadsheet?
A Correct.
Q Okay. What is column D, which is BUON_QTY?
A That is the base to your measure quantity.
Q Okay. And what is that?
A That is how many of the item in the very lowest unit of measure there are within that slot.
Q And how about SUOM_QTY, which is column E?
A That is the sale of unit measure quantity.

Page 37

JAEGER

Q Again, is that just a different form of measuring what is on -- in that location?
A Correct. So the sales unit measure would be the case.
Q Do you know, are these the actual number of items at that location or the -- or the capacity to hold that number of items at this location?
A This appears to be the number of items in each location.
Q Okay. And what is column F, which is DM_TM_start?
A That appears to be date and time when the product was put away into the slot.
Q Okay. So I want to understand. So does Medline ever move goods around between its various warehouses?
A Do you mean for Medline goods or --
Q No, no. For goods that it's holding for its customers.
A We do if it is requested by a

Page 38

JAEGER

1
2  customer.
3     Q   Okay. So if a good is placed
4  in a location in the Great Lake warehouse
5  and then moved to a warehouse let's say in
6  New York, would the date/time start refer
7  to the moment in time when it was placed in
8  its new location?
9     A   Yes, it would.
10    Q   Looking at the sheet labeled
11 current stock. Again, I just want to go
12 through this exercise. So starting in
13 column A, branch, is that the warehouse
14 where the item is located?
15    A   Correct.
16    Q   And then material, is that a
17 reference to the SKU?
18    A   Yes, it is.
19    Q   Okay. And location, and,
20 again, that's the specific location in the
21 warehouse where the item is located?
22    A   Correct.
23    Q   And then the BUOM_QTY and the
24 SUOM_QTY; that's the same as the prior
25 spreadsheet?

Page 39

JAEGER

1
2     A   Yes.
3     Q   Okay. And then column F here
4  is FIFO_date. Can you explain what that
5  is?
6     A   That is the FIFO date. FIFO
7  stands for first in/first out.
8         The date and time it was
9  received to the slot, as our system will
10 pick the oldest product first.
11    Q   Okay. So is that the same as
12 the DT_TM_start from the --
13    A   Yes.
14    Q   On the SKUs, do you know, what
15 does the ABM stand for, if anything?
16    A   That's just a unique prefix
17 given for the Ascension 3PL items.
18    Q   All right. Got it. Okay.
19        Is there anywhere on the
20 spreadsheet where Medline is keeping track
21 of the date when it first received the
22 items in question from trucks that
23 delivered it?
24    A   Not on this sheet, no.
25    Q   Okay. I'm going to show you

Page 40

JAEGER

1
2  what I'm marking now as Medline Exhibit D.
3         (Whereupon, a spreadsheet was
4         marked as Medline Exhibit D for
5         identification, as of this date, by
6         the reporter.)
7     Q   Do you see now in front of you
8  a new spreadsheet? Is this new?
9     A   Is this a new sheet or is this
10 the same sheet?
11    Q   Let me just look, make sure I
12 didn't do this wrong.
13        MR. SPERBER: Off the record
14    for just a minute.
15        (Whereupon, an off-the-record
16        discussion was held.)
17    Q   So you have in front of you a
18 document that's been Bates stamped
19 Medline_00032, which we are referring to
20 here as Medline Exhibit D. Do you see the
21 document in front of you?
22    A   Yes.
23    Q   Okay. And, again, just like
24 the previous document you looked at, it has
25 two sheets on the bottom. One says

Page 41

JAEGER

1
2  put-away, one says current stock. Am I
3  correct?
4     A   Correct.
5     Q   Okay. And just looking
6  quickly, are the columns here the same as
7  we saw on the previous spreadsheet? I
8  don't mean the content. I mean the -- the
9  type of columns, you know, that we saw
10 previously?
11    A   Yes, they appear to be.
12    Q   Okay. And, again, on the
13 current stock, same thing?
14    A   Yes, they appear to be.
15    Q   Okay. And I'm going to show
16 you what I'm marking now as Medline
17 Exhibit E.
18        (Whereupon, a spreadsheet was
19        marked as Medline Exhibit E for
20        identification, as of this date, by
21        the reporter.)
22    Q   Do you see in front of you now
23 a document which was Bates stamped
24 Medline_00033? Do you see a document in
25 front of you that has at the bottom three

Page 42

JAEGER

 1  tabs; inbound, outbound, and summary?
 2
 3      A   Yes.
 4      Q   Okay. So once again I just want
 5  to understand what I'm looking at here. So
 6  starting on the sheet labeled inbound. So
 7  column A is PO number. What is that a
 8  reference to?
 9      A   That is a reference to the
10  Medline 3PL purchase order.
11      Q   When you say "the Medline 3PL
12  purchase order," what is that?
13      A   That is a purchase order
14  created in our system solely for the
15  purpose of documenting what's coming in on
16  each -- on a shipment from a 3PL customer
17  that in turn our warehouse uses to receive
18  product and to stock with.
19      Q   Okay. And then column B,
20  material number, is that just the S-K-U,
21  SKU?
22      A   That is correct.
23      Q   Column C says PO-created date.
24  What is that reference to?
25      A   That is the date that was

Page 43

JAEGER

 1
 2  create -- the purchase order was created in
 3  our system.
 4      Q   Okay. And PO month/year, LD?
 5      A   That is the year and month that
 6  it was created.
 7      Q   The purchase order?
 8      A   Correct.
 9      Q   PO type, what is that?
10      A   That's just a listing in our
11  system that this -- this specific purchase
12  order is a third-party logistics 3PL
13  purchase order.
14      Q   As opposed to what?
15      A   As opposed to a regular Medline
16  supply purchase order.
17      Q   When you say Medline supply
18  purchase order, is that goods that Medline
19  itself sells?
20      A   Correct.
21      Q   Okay. Branch number, is that a
22  reference to the warehouse where the goods
23  are being held?
24      A   Correct.
25      Q   Do you know, is that branch

Page 44

JAEGER

 1
 2  where the goods are being held at the time
 3  this spreadsheet was created or at the time
 4  when the purchase order was created?
 5      A   The branch listing on here
 6  would be the branch that the purchase order
 7  was created for.
 8      Q   Got it. I understand. States
 9  and city. LI is vendor number. What is
10  that?
11      A   We have to create a vendor in
12  our system to be able to create a
13  third-party purchase order. So we create
14  vendor numbers to be able to do that for
15  our third-party programs.
16      Q   Do you know who this vendor
17  number refers to, 600165?
18      A   Yeah. That appears to be a
19  misuse of a vendor number. The proper
20  vendor number is the 600166, Election
21  Brothers Medical Center. That is used for
22  Ascension.
23      Q   So Ascension has one vendor
24  number for all of -- all of its POs?
25      A   Correct.

Page 45

JAEGER

 1
 2      Q   Okay. And then we have a
 3  vendor name which I think is -- you can
 4  tell me if I'm wrong, but I assume it's the
 5  name of the vendor? Actually, no. Can you
 6  explain to me what the name vendor is?
 7      A   Yeah. Vendor in this situation
 8  for our third-party programs is the
 9  customer name listing.
10      Q   Customer -- when you say "the
11  customer name listing," customer for what?
12      A   The customer for the 3PL
13  program.
14      Q   So just looking at column -- at
15  line 2. So this PO number -- I'm not going
16  to read the whole thing but it ends 7244 --
17  that is for Advent-- I can't pronounce this
18  -- A-D-V-E-N-T-H-E-A-L-T-H Tampa; is that
19  correct?
20      A   Correct, Advent Health Tampa.
21      Q   Got it.
22          Column K says order UOM code.
23  What is that?
24      A   That is unit of measure listed
25  on the purchase order.

Page 46

JAEGER

1
2  Q  So a lot of these say CS. What
3  is CS?
4  A  CS is case, unit of measure.
5  Q  Okay. And the column L, base
6  UOM purchase order quantity, what is that?
7  A  It appears to be the quantity
8  received, that line on that purchase order.
9  Q  It's the quantity of cases if
10 the order UOM code is CS?
11 A  That is correct.
12 Q  When we're talking about
13 inbound, is this spreadsheet saying, for
14 example, that Advent Health is the customer
15 that delivered whatever correspondence to
16 this purchase order next to it?
17 A  Inbound means inbound into our
18 distribution center and inbound into the
19 customer's 3PL program.
20 Q  And the customer is the vendor.
21 A  Correct.
22 Q  Okay. Looking now at the sheet
23 labeled outbound, again, let's just go
24 through the columns here. So column A says
25 delivery number. What is that?

Page 47

JAEGER

1
2  A  That is the delivery number
3  generated within Medline's system.
4  Q  That's just a number assigned
5  to any particular delivery?
6  A  Correct.
7  Q  Okay. Column B is material
8  number? Is that again the SKU?
9  A  Correct.
10 Q  Column C is delivery created
11 date. What is that?
12 A  That was the date that the
13 delivery number was generated within our
14 system.
15 Q  Okay. And I assume delivery
16 month, year refers to the month and year
17 when the delivery number was created?
18 A  That is correct.
19 Q  Okay. And column E, branch
20 number, that's a reference to the -- to the
21 warehouse where the number was created?
22 A  Where the delivery was shipping
23 out of.
24 Q  Okay. And then we have state,
25 city. What -- that's the state and city

Page 48

JAEGER

1
2  where the delivery is shipping out of?
3  A  State and city of the
4  distribution center, correct.
5  Q  Okay. Then we have to name.
6  Is that the company to which the goods are
7  being shipped?
8  A  Yes, that is the shipped to
9  location name.
10 Q  What is the sold to number,
11 column J?
12 A  That is the number that is
13 typically in our system billed for the
14 goods.
15 Q  Okay. And, again, the sold to
16 name is the company being billed for the
17 goods that are being shipped out?
18 A  Correct.
19 Q  Okay. How about column L,
20 primary group number?
21 A  Many of our -- many customers
22 are in a group of -- are listed in a group
23 setting within -- within Medline. We list
24 out multiple locations that a single
25 customer has.

Page 49

JAEGER

1
2  Q  Okay. Anyone with the same
3  group number is part of the -- it looks
4  like here the primary group name is
5  Resource Group / Ascension. So all these
6  -- these other entities are part of the
7  same group; is that right?
8  A  That is correct.
9  Q  And column N, sales UOM
10 delivery quantity. What is that?
11 A  Hold on one second. I've got
12 to move.
13     That appears to be the quantity
14 that was shipped on that specific delivery.
15 Q  Got it. Okay. All right.
16     And then looking at the last
17 sheet here, which is labeled summary. So
18 can you explain what I'm looking at here?
19 A  Yep. The top table appears to
20 be a summary from the inbound tab that we
21 reviewed broken down by month. The row of
22 labels is the month and it appears to be
23 broken out between the two vendor numbers.
24 Q  Okay. And then the bottom
25 chart?

Page 50

JAEGER

2  A  The bottom chart seems to be a
3  summary of the outbound tab that we
4  reviewed.
5       Roll label is the physical
6  month and year.
7       And then it's the quantity that
8  was shipped out for the Resource Group /
9  Ascension.
10  Q  Got it. So just looking at the
11  summary here, so when the inbound chart, if
12  you look at the grand total listing, so
13  grand total on the bottom right is -- looks
14  like 273,034. Do you see where I am over
15  here?
16  A  Yes.
17  Q  So does that mean that -- and
18  you can tell me if I'm wrong here -- but
19  does that mean that Medline received
20  273,034 cases of goods?
21  A  Correct.
22  Q  Okay. And then on the -- on
23  the outbound, again, grand total on the --
24  appears to be 77,820. So that means that
25  Medline shipped out, of the goods it

Page 51

JAEGER

2  received, 77,820 cases.
3  A  Correct.
4  Q  Okay. And. Again, did you
5  create this spreadsheet?
6  A  No. This was created by
7  another employee.
8  Q  And do you know when it was
9  created?
10  A  I don't know the exact date.
11  Q  Do you know approximately?
12  A  I don't.
13       MR. OGLES: Counsel, I will
14       represent it was created after the
15       subpoena was issued, generated from
16       Medline.
17       MR. SPERBER: Okay. Can we
18       take a two-minute break? I might
19       be done. I just want to check my
20       notes.
21       MR. OGLES: Of course. Let's
22       make it five.
23       MR. SPERBER: Sure. Sounds
24       good.
25       MR. OGLES: Thank you.

Page 52

JAEGER

2       (Whereupon, a short recess was
3       taken.)
4  Q  I just have a couple follow-up
5  questions. I'm almost done on my end.
6       Are you familiar -- when I say
7  you, you personally -- are you familiar
8  with a burn-down plan in relation to
9  medical gloves that Ascension or the
10  Resource Group was contemplating during or
11  after the COVID-19 pandemic?
12       MR. OGLES: Objection. Outside
13       the scope of the deposition. If
14       you know personally, go ahead.
15  A  I am not aware.
16  Q  Are you personally familiar
17  with any plans that Ascension or Resource
18  Group may have had to reduce its stock of
19  pandemic-related personal protective
20  equipment during or after the COVID-19
21  pandemic?
22       MR. OGLES: Same objection.
23  A  I am not aware.
24  Q  Do you know if Medline ever
25  moved medical gloves that it was storing on

Page 53

JAEGER

2  behalf of Ascension or the Resource Group
3  between its various warehouses?
4  A  Yes. I'm aware of that
5  occurring.
6  Q  Okay. Are you aware that at
7  some point in time Medline performed an
8  audit of some or all of the gloves that it
9  was holding on behalf of Ascension or the
10  Resource Group?
11  A  Yes, I am aware.
12  Q  Were you personally involved in
13  that?
14  A  Yes, I was involved.
15  Q  Can you explain to me what
16  exactly was done by Medline?
17       MR. OGLES: Object to the form.
18       It's a little broad, Counsel, but,
19       to the witness, if you can answer
20       it, go ahead.
21  A  Yes. It was requested by the
22  customer to do a label audit for their
23  goods at the direction of the customer at
24  our DCs that stored the products in
25  question.

Page 54

JAEGER

Q When you say DCs, what does that mean?
A Distribution center or warehouse.
Q Okay. You said you were involved in that. What was your role in that audit?
A Once we received direction from the customer on what they wanted checked, I helped coordinate with our warehouse directors on a call and then a follow-up e-mail with details on how the audit should be completed.
Q Okay. And so what did Ascension specifically ask you to do?
A Ascension identified specific labels they wanted to be identified within their product. They sent us the information with the labels they want identified, and we completed the audit to help them identify those labels.
Q What labels were they interested in?
A I would have to refer to one of

Page 55

JAEGER

the documents, but I believe it said synthetic nitrile gloves.
Q How did you or other Medline employees go about performing this audit?
A Under the direction of the customer, we went to each slot that the product was stored in. We removed one random case. We opened the case and removed one random box within that case and inspected it for the label that was identified by Ascension.
Q Did you check to see if every box on that pallet was the same?
    MR. OGLES: Object to form.
A No. Our instruction was to check one single case and one box within the case.
Q Do you know if every box on each pallet contained the same type of gloves as the one that you selected to look at?
    MR. OGLES: Object to form.
A I couldn't confirm.
Q Approximately how many

Page 56

JAEGER

different Medline employees were involved in conducting this audit?
A I couldn't confirm exactly.
    MR. OGLES: And if you want to look at a document that you have to answer the question, you're welcome to do it. I have one in front of me.
    THE WITNESS: Does it list the employees or just the hours?
    MR. SPERBER: If you can just tell me what document you're looking at.
    MR. OGLES: If you look at document 38, there's a listing of a number of employees Mr. Jaeger e-mailed regarding this. It's probably not the total number of employees, but certainly there's a number of people involved.
A Correct. The listing on there are the directors of each warehouse. They would have had their inventory control teams complete the audit, which of that

Page 57

JAEGER

list you can make inventory control teams that we had complete that.
Q Were these the -- the people who are -- let me back up a second. I'm looking at Medline document Bates stamped Medline_00038, and I'm looking at an e-mail on that document from you to a whole list of people, and it's dated Monday, November 8, 2021, at 10:22 a.m. Are we on the same -- are we looking at the same document?
A Yes, we are.
Q And the subject of that e-mail is re network Ascension 3PL audits, correct?
A Correct.
Q Okay. So where were you pointing to on here when you referred to a certain number of hours?
    MR. OGLES: Document number 35.
    MR. SPERBER: I'm sorry?
    MR. OGLES: Yeah, I was noting the witness is referring to the very first page of that document,

Page 58

JAEGER

1  JAEGER
2  and at line 35 there is a listing
3  of hours there.
4  Q   Okay. And when it refers to
5  hours there, is that the number of hours
6  that Medline -- let me rephrase that.
7       Number of employee hours
8  Medline expended in conducting this audit?
9  A   That is correct.
10 Q   But you don't know how many
11 actual employees were involved in doing
12 this, do you?
13 A   Correct. I do not know the
14 actual number.
15 Q   All right. And, again, going
16 back to Medline 38. There is a listing of
17 Medline employees on the e-mail, but you
18 don't know if they're the ones that
19 personally conducted the audit or somebody
20 else at their various warehouses, correct?
21 A   Correct.
22 Q   In preparing for today's
23 deposition, you didn't speak with every one
24 of those employees who conducted the audit,
25 did you?

Page 59

1  JAEGER
2  A   I did not.
3  Q   Did you speak with all the
4  employees listed on Medline 38 in preparing
5  for today's deposition?
6  A   I did not.
7  Q   Does Medline ordinarily conduct
8  these kinds of audits on behalf of
9  Ascension?
10 A   I wouldn't say ordinarily.
11 It's when requested.
12 Q   How many other audits has
13 Medline conducted on behalf of Ascension in
14 the last let's say five years?
15     MR. OGLES: Objection. Outside
16     the scope. If you know, go ahead.
17 A   Maybe one or two that I can
18 recall.
19 Q   So it's not the kind of thing
20 that you would ordinarily -- that you would
21 undertake in the ordinary course of
22 business unless asked specifically to do
23 so, correct?
24     MR. OGLES: Objection to form.
25     Counsel, you're referring to for

Page 60

1  JAEGER
2  Ascension or generally?
3     MR. SPERBER: For Ascension
4     let's start with.
5  A   Yes. It's not something that
6  we do ordinarily.
7  Q   How about generally? Is it the
8  kind of thing you do generally?
9       Excuse me. Is this the kind of
10 thing you would ordinarily do in the
11 general course of your business at Medline?
12     MR. OGLES: Object to form.
13 Q   Let me rephrase the question.
14 Does Medline routinely conduct audits on
15 behalf of customers unless specifically
16 asked to do so?
17 A   We do not routinely. We do
18 upon request.
19 Q   Got it.
20     MR. SPERBER: All right. I
21     think those are my questions. I
22     don't know if Avi or Phil has any
23     questions for you.
24     MR. FRISCH: I do not.
25     MR. RAKHUNOV: I apologize. I

Page 61

1  JAEGER
2     had to step away from the video
3     screen but I will ask a few
4     questions via the audio and
5     hopefully Ms. Riddle can assist me
6     with putting a couple of documents
7     up.
8  EXAMINATION BY
9  MR. RAKHUNOV:
10 Q   So you were just asked if
11 Medline routinely conducts audits for
12 customers when not asked to do so, and I
13 just want the record to be clear.
14 Medline conducts audits for its customers
15 routinely when asked to do so. Is that
16 fair?
17 A   Yes. When Medline is asked to
18 complete an audit, we do so.
19 Q   And you were just -- there was
20 a reference made to a document that I
21 believe was Bates labeled Medline 35.
22     MR. RAKHUNOV: Ms. Riddle,
23     would you be kind enough to screen
24     share that? And we would like to
25     mark that as an exhibit.

Page 62

JAEGER

1  JAEGER
2  (Whereupon, a e-mail was marked
3  as Medline Exhibit F for
4  identification, as of this date, by
5  the reporter.)
6  Q   And, you know, I'm only screen
7  sharing it for the purpose of confirming
8  that that's the same document that you were
9  just referring to in your testimony.
10     So is that the same document
11 you were just looking at, Mr. Jaeger?
12 A   Yes.
13 Q   Okay. And on the first page of
14 the document, the last in time e-mail, do
15 you see a chart there?
16 A   Yes.
17 Q   And does that chart reflect the
18 results of the audit that Medline conducted
19 for Ascension?
20 A   Yes, it does.
21 Q   Okay. And I believe you were
22 asked a question earlier as to the type of
23 labels that Ascension had asked Medline to
24 audit, and I'm not sure that I heard
25 clearly, so I apologize if I'm asking you

Page 63

1  JAEGER
2  again, but did I -- is it correct that
3  Medline -- I'm sorry -- Ascension asked
4  Medline to count the boxes that were
5  labeled as NBR examination gloves versus
6  those that were labeled protection gloves?
7  A   I would have to refer to the
8  document on the specifics of what were
9  requested for the audit.
10 Q   Please feel free to do so, if
11 you don't mind.
12     (Whereupon, an off-the-record
13     discussion was held.)
14 A   Looks like it says product can
15 be identified by the text synthetic nitrile
16 protection glove listed on the box unit
17 measure inside the case.
18 Q   And those were the items that
19 the audit focused on, correct?
20 A   Correct.
21 Q   So the chart on page labeled
22 35, does that accurately and fairly
23 represent the results of the audit that
24 Medline conducted for Ascension?
25 A   Yes.

Page 64

1  JAEGER
2  Q   And Medline was paid for that
3  work by Ascension, correct?
4  A   That is correct.
5  Q   And I believe I recall there
6  was a number of about 108 hours that
7  various Medline employees spent on this
8  audit?
9  A   Yeah. I don't have the total
10 number, but yes, that sounds close.
11     MR. RAKHUNOV: Okay. If I
12     could ask Ms. Riddle to put up the
13     next exhibit on the screen.
14 Q   And this is a document that I
15 will represent to you is a handful of
16 photographs that were taken by my client in
17 July of 2021 at various Medline warehouses.
18 And it's a compilation of I believe seven
19 photographs that are in a PDF document that
20 we'll mark as the next exhibit.
21     (Whereupon, photographs were
22     marked as Medline Exhibit G for
23     identification, as of this date, by
24     the reporter.)
25     MR. RAKHUNOV: Just scroll

Page 65

1  JAEGER
2     through it just so Mr. Jaeger can
3     generally see the whole document,
4     and then I'll just have a couple of
5     very brief questions about it.
6  Q   First of all, as you're looking
7  at these photographs, do you generally
8  recognize them to be of Medline warehouse
9  facilities based on your experience working
10 there?
11     MR. OGLES: Object to this as
12     outside the scope of the
13     deposition. But if you personally
14     know, you can answer.
15 A   It's hard to -- I can't tell
16 specifically from the photos that these are
17 at Medline warehouses.
18 Q   Okay. Fair enough. Do you see
19 in these photographs there are depicted
20 white sheets of paper that are placed or
21 affixed to the pallets that have numbers on
22 them and have some words like Kitchen
23 Winners or JNS? Do you see those white
24 labels?
25 A   I do.

Page 66

JAEGER

1  Q  In your experience working for
2  Medline, would Medline have placed those
3  labels on the pallets after they were
4  delivered into the Medline facility?
5        MR. OGLES: Object. Outside
6     the scope of the deposition. If
7     you know personally, you can
8     answer.
9  A  Medline would not add a label
10 like that to an inbound pallet.
11       MR. RAKHUNOV: I don't have any
12    other questions, Mr. Jaeger. Thank
13    you.
14       MR. SPERBER: I just want to
15    follow up on that, if I may.
16 EXAMINATION BY
17 MR. SPERBER:
18 Q  Going back to Medline 35. I
19 will put it on the screen.
20       Do you see Medline 35 in front
21 of you?
22 A  Yes.
23 Q  And Mr. Rakhunov just asked you
24 if -- if the results listed in the

Page 67

JAEGER

1  documents from Medline audit were accurate,
2  and you answered in the affirmative; is
3  that correct?
4        MR. OGLES: Objection. That
5     mischaracterizes his testimony; is
6     it fair and accurate that --
7     anyways, go ahead.
8        MR. SPERBER: So I don't want
9     to mischaracterize anybody's
10    testimony.
11 Q  So is it your testimony that
12 the results of Medline's audit as listed in
13 this document are accurate?
14 A  Correct.
15 Q  What are you basing that upon?
16 A  Going back to what was stated
17 earlier. The instruction from the customer
18 was to go to each slot across all DCs, pull
19 one case of the product, then from that
20 case pull one box to identify if it was
21 listed, if it had the text listed synthetic
22 nitrile protection gloves. If it did, that
23 entire slot was then put on blocked or held
24 inventory.

Page 68

JAEGER

1  Q  Again, you testified earlier
2  that you were not the one who conducted the
3  entire audit yourself, correct?
4  A  Correct.
5  Q  And you have not spoken with
6  every individual Medline employee who was
7  involved in conducting the audit, correct?
8  A  Correct.
9  Q  So how do you know that what
10 they recorded was accurate?
11 A  Giving -- giving instruction to
12 the directors of each one of these
13 warehouses and then following up to make
14 sure it was completed with them reporting
15 what was put onto blocked inventory and
16 left as unrestricted inventory while also
17 providing the number of hours that were
18 completed for me to confirm that the audit
19 was completed.
20 Q  Have you independently verified
21 that -- what those employees or directors
22 told you was correct?
23 A  I can't independently verify
24 that.

Page 69

JAEGER

1  Q  Has Medline as its -- as an
2  organization -- undertaken to verify that
3  its own audit was correct?
4  A  No. Just the audit itself was
5  correct or was completed. No secondary
6  audit was completed.
7  Q  Do you know if the Medline
8  directors to whom you gave directions
9  checked the work of their employees
10 themselves?
11 A  I cannot confirm.
12       MR. SPERBER: No further
13    questions.
14       (Whereupon, at 3:47 p.m., the
15    examination of this witness was
16    concluded.)

Page 70

1
2        D E C L A R A T I O N
3
4       I hereby certify that having been
5   first duly sworn to testify to the truth, I
6   gave the above testimony.
7
8       I FURTHER CERTIFY that the foregoing
9   transcript is a true and correct transcript
10  of the testimony given by me at the time
11  and place specified hereinbefore.
12
13
14
15
16
17                  BRAD JAEGER
18
19
20  Subscribed and sworn to before me
21  this ___ day of __January__, 2024.
22
23
24              NOTARY PUBLIC
25

OFFICIAL SEAL
JOANNE WARE
Notary Public, State of Illinois
Commission No. 880460
My Commission Expires August 14, 2026

Page 72

1
2
3
4   STATE OF NEW YORK    )
5                       : SS.:
6   COUNTY OF KINGS      )
7
8       I, PHYLLIS F. RUSSEK, a Notary Public
9   for and within the State of New York, do
10  hereby certify:
11      That the witness whose examination is
12  hereinbefore set forth was duly sworn and
13  that such examination is a true record of
14  the testimony given by that witness.
15      I further certify that I am not
16  related to any of the parties to this
17  action by blood or by marriage and that I
18  am in no way interested in the outcome of
19  this matter.
20      IN WITNESS WHEREOF, I have hereunto
21  set my hand this 26th day of November, 2023.
22
23
24  _____
25          PHYLLIS F. RUSSEK

Page 71

1                   JAEGER
2               E X H I B I T S
3
4   MEDLINE EXHIBITS
5
6   EXHIBIT         EXHIBIT              PAGE
7   NUMBER          DESCRIPTION
8   A               Spreadsheet          16
9   B               Spreadsheet / photos 29
10  C               Spreadsheet          33
11  D               Spreadsheet          40
12  E               Spreadsheet          41
13  F               E-mail               62
14  G               Photos               64
15
16
17              I N D E X
18
19  EXAMINATION BY                       PAGE
20  MR. SPERBER                          5
21  MR. RAKHUNOV                         61
22  MR. SPERBER                          66
23
24
25

Page 73

1   Errata Sheet
2
3   NAME OF CASE: KITCHEN WINNERS NY INC. -against- ROCK FINTEK LLC
4   DATE OF DEPOSITION: 11/16/2023
5   NAME OF WITNESS: BRAD JAEGER
6   Reason Codes:
7       1. To clarify the record.
8       2. To conform to the facts.
9       3. To correct transcription errors.
10  Page __17__ Line __8__ Reason __3__
11  From ___"Medline QC"___ to ___Medline DC___
12  Page __30__ Line __7,12,24__ Reason __3__
13  From ___"Great Lake"___ to ___Grayslake___
14  Page __31__ Line __3-4__ Reason __3__
15  From ___"Great Lake"___ to ___Grayslake___
16  Page __38__ Line __4__ Reason __3__
17  From ___"Great Lake"___ to ___Grayslake___
18  Page _____ Line _____ Reason _____
19  From _____ to _____
20  Page _____ Line _____ Reason _____
21  From _____ to _____
22  Page _____ Line _____ Reason _____
23  From _____ to _____
24
25