**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KITCHEN WINNERS NY INC.,

*Plaintiff*,

-against-

ROCK FINTEK LLC,

*Defendant*.

Civil Action No. 22-cv-05276-PAE

ROCK FINTEK LLC,

*Counterclaim and Third-Party Plaintiff,*

-against-

KITCHEN WINNERS NY INC.,

*Counterclaim Defendant,*

and

ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN,

*Third-Party Defendants.*

**JOINT PROPOSED VOIRE DIRE**
**(Pursuant to the Individual Rules of Practice of Civil Cases of the Hon. Paul A. Engelmayer)**

The parties respectfully submit the following proposed voire dire questions.

1.      Do you know or recognize Joseph Weiner, also known as Hershey Weiner?

2.      Do you know or recognize Joseph Mendlowitz?

3.      Do you know or recognize Joel Stern?

4.      Do you know or recognize Thomas Kato?

5.      Do you know or recognize Bradley Gilling?

6.      Do you know or recognize Arik Maimon?

7.      Do you know or recognize Michael Elstro?

8.      Do you know or recognize Brad Jaeger?

9.      Do you know or recognize William Huber?

10.     Do you know or recognize John Carson?

11.     Do you know or recognize Jason Poulton?

12.     Do you know or recognize Alex King?

13.     Do you know or recognize Mendel Banon?

14.     Do you know or recognize Alan Schwartz?

15.     Do you know or recognize Ana Grinvald?

16.     Do you know or recognize Tzali Gombo?

17.     Are you familiar with Kitchen Winners NY Inc.?

18.     Are you familiar with Rock Fintek LLC?  Are you familiar with Adorama Inc.?

19.     Have you or anyone you know ever purchased anything from Adorama Inc.?

20.     Do you know or recognize the attorneys for either the parties in this action?

21.     Do you have any views on Jewish people in business—either positive or negative—that would affect your ability to be a fair and impartial juror?

22.    Where do you reside?

23.    Do you live with anyone?

24.    What is your highest level of education?

25.    What is your current employment status?

26.    What is your current occupation?

27.    Have you ever worked in the medial field?  If so, please explain.

28.    Do you have a spouse or partner?

29.    What is your spouse/partner's current employment status?

30.    What does he/she do for a living?

31.    Has your spouse ever worked in the medical field?  If so, please explain.

32.    Do you have children of working age?

33.    What do they do for a living?

34.    Have your children ever worked in the medical field?  If so, please explain.

35.    Do you have any legal training?  If so, please explain.

36.    Where do you primarily get your news?

37.    What social, religious, cultural, sports, or volunteer organizations do you belong

to?

38.    Have you ever previously served as a juror?  If so, was it a civil or criminal trial?

Did you reach a verdict?

39.    Have you ever been a plaintiff or a defendant in a lawsuit?  If so, what kind?

40.    Would that affect your ability to be fair and impartial in this matter?

41.    Do you have specialized knowledge regarding disposable medical gloves?

42.    Do you know any other member of the prospective jury panel?

43.     Is there anything else, in your personal experience, or in your beliefs or values, that might affect your ability to judge the facts and provide a fair verdict in this case?

Respectfully submitted,

| **LIPSIUS-BENHAIM LAW, LLP** | **POLLACK SOLOMON DUFFY LLP** |
|---|---|
| /s/ Alexander J. Sperber | /s/ Phillip Rakhunov |
| Alexander J. Sperber | Phillip Rakhunov |
| Yisroel Steinberg | Lauren Riddle (pro hac vice) |
| 80-02 Kew Gardens Road, Suite 1030 | 485 Madison Avenue, Suite 1301 |
| Kew Gardens, NY 11415 | New York, NY 10022 |
| (212) 981-8440 | (212) 493-3100 |
| asperber@lipsiuslaw.com | prakhunov@psdfirm.com |
| ysteinberg@lipsiuslaw.com | lriddle@psdfirm.com |
| *Attorneys for Kitchen Winners NY Inc., Adorama Inc.* | *Attorneys for Rock Fintek LLC* |