# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/13/2021 | 140012 |

| Bill To |
|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 |

| Ship To |
|---------|
| America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/13/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# UF-9230564018<br>MD003 | 8,168.00 | 8,168.00 |

| | **Total** | $8,168.00 |
|--|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000270

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|---|---|
| 5/13/2021 | 140013 |

| Bill To | Ship To |
|---|---|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 5/13/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | 0001 | Trucking<br>Reference #UF-3610043041<br>MC002 | 8,199.00 | 8,199.00 |

| | Total | $8,199.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/13/2021 | 140022 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/13/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# UF-9695944647<br>MC001 | 8,206.00 | 8,206.00 |

| | **Total** | $8,206.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140023 |

| Bill To |
|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 |

| Ship To |
|---------|
| America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# UF-7344093594<br>MD009 | 8,370.00 | 8,370.00 |

| | **Total** | $8,370.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140024 |

| Bill To |
|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 |

| Ship To |
|---------|
| America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# UF-2088384336<br>MD008 | 8,485.00 | 8,485.00 |

| | **Total** | $8,485.00 |
|-|-----------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140035 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/14/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# UF-3172776367<br>MD007 | 8,392.00 | 8,392.00 |

| | **Total** | $8,392.00 |
|---|-----------|-----------|

wenzy inc

# Invoice

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140036 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference #UF-9121129261<br>MD006 | 8,453.00 | 8,453.00 |

| | Total | $8,453.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000276

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140037 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/14/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# UF-4201705132<br>MD005 | 8,485.00 | 8,485.00 |

| | **Total** | $8,485.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140040 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference #UF-2499472713<br>MD004 | 8,453.00 | 8,453.00 |

| | Total | $8,453.00 |
|-|-------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140049 |

| Bill To |
|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 |

| Ship To |
|---------|
| America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# UF-3172776367-2<br>MD010 | 8,454.00 | 8,454.00 |

| | Total | $8,454.00 |
|--|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000279

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140050 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79346<br>MC015 | 9,500.00 | 9,500.00 |

| | **Total** | $9,500.00 |
|--|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000280

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/14/2021 | 140051 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/14/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79346<br>MC014 | 9,500.00 | 9,500.00 |

| | **Total** | $9,500.00 |
|-|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000281

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/16/2021 | 140052 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/16/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79347<br>MC013 | 9,200.00 | 9,200.00 |

| | **Total** | $9,200.00 |
|--|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000282

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/16/2021 | 140060 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/16/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79342<br>MC017 | 9,500.00 | 9,500.00 |

| | **Total** | $9,500.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/19/2021 | 140064 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/19/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# Load - 79349<br>MC016 | 9,500.00 | 9,500.00 |

| | **Total** | $9,500.00 |
|---|-----------|-----------|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/19/2021 | 140065 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/19/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79348<br>MC012 | 9,200.00 | 9,200.00 |

| | **Total** | $9,200.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000285

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/20/2021 | 140066 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/20/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Trucking<br>Reference# Load - 79408<br>MC020 | 6,200.00 | 6,200.00 |

**Total** $6,200.00

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/20/2021 | 140067 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/20/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79407<br>MC019 | 6,200.00 | 6,200.00 |

| | Total | $6,200.00 |
|--|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000287

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/20/2021 | 140068 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/20/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79406<br>MC018 | 6,200.00 | 6,200.00 |

| | Total | $6,200.00 |
|--|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000288

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/21/2021 | 140069 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/21/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking | 9,200.00 | 9,200.00 |

| | **Total** | $9,200.00 |
|--|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000289

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|---|---|
| 5/21/2021 | 140070 |

| Bill To |
|---|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 |

| Ship To |
|---|
| America Inc<br>2475 Touhy Ave<br>Ste#100, Dock#1-7<br>Elk Grove, Chicago, IL 60007 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | | | 5/21/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | 0001 | Trucking<br>Reference: Load #79462<br>MJ001 | 9,500.00 | 9,500.00 |

| | Total | $9,500.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/23/2021 | 140073 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/23/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79472<br>MJ006 | 5,900.00 | 5,900.00 |

| | Total | $5,900.00 |
|--|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000291

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/23/2021 | 140074 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/23/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Trucking<br>Reference# Load - 79471<br>MJ002 | 6,800.00 | 6,800.00 |

| | Total | $6,800.00 |
|---|-------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140075 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/23/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>79470<br>MJ004 | 7,700.00 | 7,700.00 |

| | **Total** | $7,700.00 |
|---|-----------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140078 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/28/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79485<br>MJ009 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|--|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000294

wenzy inc

**Invoice**

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140080 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/28/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79484<br>MJ005 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|---|-------|-----------|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140081 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/28/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79483<br>MJ010 | 7,200.00 | 7,200.00 |

| | Total | $7,200.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140082 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/28/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>79403<br>MJ008 | 7,100.00 | 7,100.00 |

| | **Total** | |
|--|-----------|--|
| | | $7,100.00 |

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/28/2021 | 140083 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/28/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>7245241551<br>MC024 | 7,246.00 | 7,246.00 |

| | | | **Total** | $7,246.00 |
|---|---|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/31/2021 | 140084 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/31/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>3653359637<br>MC025 | 7,246.00 | 7,246.00 |

| **Total** | $7,246.00 |
|-----------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/31/2021 | 140090 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/31/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>7640350811<br>MC023 | 7,246.00 | 7,246.00 |

| | Total | $7,246.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/31/2021 | 140091 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/31/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>5940330786<br>MC021 | 7,246.00 | 7,246.00 |

| | **Total** | $7,246.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/31/2021 | 140092 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 5/31/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>8612202412<br>MC022 | 7,246.00 | 7,246.00 |

| | **Total** | $7,246.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000302

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 5/31/2021 | 140098 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 5/31/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79484<br>MJ007 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|--|-------|-----------|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140104 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79557<br>MC027 | 7,200.00 | 7,200.00 |

| | **Total** | $7,200.00 |
|--|-----------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000304

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140105 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 6/1/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>79560<br>MC028 | 7,200.00 | 7,200.00 |

| | **Total** | | | $7,200.00 |
|--|-----------|--|--|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|---|---|
| 6/1/2021 | 140116 |

| Bill To | Ship To |
|---|---|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
|  | 0001 | Truck<br>79559<br>MC026 | 7,200.00 | 7,200.00 |

| | Total | $7,200.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000306

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140117 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79576<br>MC029 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|---|-------|-----------|

Adorama Inc. & Kitchen Winners NY Inc.000307

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140120 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79571<br>MC031 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140139 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>79583<br>MC030 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|--|-------|-----------|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140140 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 6/1/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>79585<br>MC032 | 7,100.00 | 7,100.00 |

| | Total | $7,100.00 |
|---|-------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140141 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>7084972361<br>MJ012 | 6,382.00 | 6,382.00 |

| | Total | $6,382.00 |
|--|-------|-----------|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140142 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>6845495973<br>MJ013 | 6,915.00 | 6,915.00 |

| | Total | $6,915.00 |
|---|---|---|

Adorama Inc. & Kitchen Winners NY Inc.000312

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140143 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 6/1/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>9066043699<br>MJ014 | 6,382.00 | 6,382.00 |

| | **Total** | $6,382.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/1/2021 | 140144 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/1/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>2106817524<br>MJ015 | 7,182.00 | 7,182.00 |

| | Total | $7,182.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/2/2021 | 140145 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/2/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>5793891311<br>MJ016 | 7,182.00 | 7,182.00 |

| | **Total** | $7,182.00 |
|---|---|---|

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2021 | 140150 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/2/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>8005460413<br>MJ017 | 7,182.00 | 7,182.00 |

| | **Total** | $7,182.00 |
|---|---|---|

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/2/2021 | 140157 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/2/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>2391242110<br>MJ018 | 7,814.00 | 7,814.00 |

| | Total | $7,814.00 |

Adorama Inc. & Kitchen Winners NY Inc.000317

# Invoice

wenzy inc

26 seven springs rd #201
Monroe NY 10950

| Date | Invoice # |
|------|-----------|
| 6/2/2021 | 140158 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | 6/2/2021 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | 0001 | Truck<br>2259696233<br>MJ019 | 7,028.00 | 7,028.00 |

**Total**  $7,028.00

Adorama Inc. & Kitchen Winners NY Inc.000318

wenzy inc

26 seven springs rd #201
Monroe NY 10950

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/2/2021 | 140159 |

| Bill To | Ship To |
|---------|---------|
| Kitchen Winners<br>1134 53rd St<br>Brooklyn NY 11219 | ACL<br>1118 Beltway Parkway<br>Laredo, Texas 78045 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  |  |  | 6/2/2021 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  | 0001 | Truck<br>2539778244<br>MJ020 | 7,028.00 | 7,028.00 |

| | Total | $7,028.00 |
|--|-------|-----------|