117K

📄 **140083.pdf**
117K

📄 **140081.pdf**
117K

📄 **140084.pdf**
117K

📄 **140090.pdf**
116K

📄 **140104.pdf**
116K

📄 **140092.pdf**
116K

📄 **140091.pdf**
116K

📄 **140098.pdf**
117K

📄 **140105.pdf**
116K

📄 **140120.pdf**
116K

📄 **140116.pdf**
116K

📄 **140117.pdf**
116K

📄 **140139.pdf**
116K

📄 **140140.pdf**
116K

📄 **140142.pdf**
116K

📄 **140141.pdf**
116K

📄 **140144.pdf**
116K

📄 **140143.pdf**
116K

📄 **140150.pdf**
116K

📄 **140145.pdf**
116K

📄 **140157.pdf**
116K

📄 **140158.pdf**
116K

📄 **140159.pdf**
116K

---

**Bradley Gilling** <bg@rockfintek.com>	Fri, Jun 18, 2021 at 8:42 AM
To: hershey weiner <Weinerhershey@gmail.com>
Cc: Mendel Banon <mendelbanon@gmail.com>, arik meimoun <ariknext@gmail.com>, Thomas Kato <tk@rockfintek.com>

Thank you Hershey.

What is Wenzy Inc? There is little information on this company.

The invoices sent are not from the actual trucking company. Please send the actual invoices to match billed amount as we agreed this is a pass through expense to Rock Fintek.

Trucking invoice example attached.

Or if it's easier, provide the phone number of the trucking company used and authorize us to gather information. Rock Fintek will audit trucking for accuracy of billing. We do this for all expenses.

Thank you.

Kind Regards,

Adorama INC. and Kitchen Winners NY INC.000021

Brad Gilling
Director of Operations

**Rock Fintek**
**Trading Company**
**Direct: 248-891-6060**
bg@rockfintek.com

**Miami, USA**
1680 Michigan Ave, Suite 800, Miami Beach, FL 33139

**Phone**

+1 305 501 3000

**London, UK**
40-42 Parker Street, 1st Floor, London WC2B 5PQ

**Phone**

+44 207 952 2154

On Jun 18, 2021, at 7:59 AM, hershey weiner <Weinerhershey@gmail.com> wrote:

[Quoted text hidden]

**51 attachments**

- **invoice-33702677VF11-C.pdf**
  54K
- **140012.pdf**
  112K
- **140013.pdf**
  119K
- **140024.pdf**
  119K
- **140023.pdf**
  119K
- **140022.pdf**
  119K
- **140035.pdf**
  119K
- **140040.pdf**
  154K
- **140036.pdf**
  113K
- **140049.pdf**
  119K
- **140037.pdf**
  119K
- **140050.pdf**
  118K
- **140060.pdf**
  118K
- **140051.pdf**
  118K
- **140052.pdf**
  118K
- **140064.pdf**
  118K

Adorama INC. and Kitchen Winners NY INC.000022

- 📄 **140065.pdf** 118K
- 📄 **140066.pdf** 117K
- 📄 **140067.pdf** 117K
- 📄 **140068.pdf** 117K
- 📄 **140069.pdf** 198K
- 📄 **140070.pdf** 151K
- 📄 **140074.pdf** 118K
- 📄 **140073.pdf** 118K
- 📄 **140075.pdf** 122K
- 📄 **140078.pdf** 117K
- 📄 **140082.pdf** 117K
- 📄 **140080.pdf** 117K
- 📄 **140083.pdf** 117K
- 📄 **140081.pdf** 117K
- 📄 **140084.pdf** 117K
- 📄 **140090.pdf** 116K
- 📄 **140104.pdf** 116K
- 📄 **140092.pdf** 116K
- 📄 **140091.pdf** 116K
- 📄 **140098.pdf** 117K
- 📄 **140105.pdf** 116K
- 📄 **140120.pdf** 116K
- 📄 **140116.pdf** 116K
- 📄 **140117.pdf** 116K
- 📄 **140139.pdf** 116K
- 📄 **140140.pdf** 116K
- 📄 **140142.pdf** 116K
- 📄 **140141.pdf** 116K
- 📄 **140144.pdf** 116K
- 📄 **140143.pdf** 116K
- 📄 **140150.pdf** 116K
- 📄 **140145.pdf** 116K

Adorama INC. and Kitchen Winners NY INC.000023