```
 1    nitrile exam.  But I don't know what the
 2    difference.
 3         Q.   Okay.  So is it -- okay.  If you
 4    don't know, you don't know.
 5              Mr. Banon, in any event, replies,
 6    "Ok, thanks," right?
 7         A.   Not that I see.
 8         Q.   At the very top.
 9         A.   Yes.  "Ok, thanks," yeah.
10         Q.   And you're copied, right?
11         A.   I'm copied?  Yes.
12         Q.   You were copied?  Okay.
13         A.   Yeah, yeah.
14         Q.   Okay.  Do you know of an entity
15    called Wenzy, Inc., W-E-N-Z-Y?
16         A.   Yes.
17         Q.   Okay.  What is that?
18         A.   My wife's -- my wife's company.
19         Q.   What does that company do?
20         A.   O think -- I think, at the moment,
21    nothing.
22         Q.   Okay.  What did it do at the time
23    that the Rock Fintek was buying gloves from
24    you?
25         A.   I don't recall.  I would have to
```

 1   check.
 2        Q.   Does Wenzy do any -- provide any
 3   trucking services?
 4        A.   I don't recall.
 5        Q.   Has Wenzy, Inc. ever provided
 6   trucking services?
 7        A.   Not that I recall -- I don't
 8   recall.
 9        Q.   Have you ever billed Rock Fintek
10   for trucking services in the name of Wenzy,
11   Inc.?
12        A.   I never billed -- Wenzy originally
13   is -- there's two Wenzy, Inc.s.  I don't know
14   which one you're talking about.  The trucking
15   company, Wenzy Limited, is somebody -- Mr. --
16   Mr. Wertzberger, and I think his name is --
17   the company is owned by his wife, Mrs. Weiss.
18             I would have to exactly -- there's
19   a different company that I dealt with.  His
20   name is Wenzy, but similar to our company but
21   it's a trucking company.
22        Q.   Do you know if the trucking
23   company, Wenzy, Inc., provided any trucking
24   services in connection with Rock Fintek's
25   business?

Case 1:22-cv-05276-PAE   Document 147-3   Filed 02/18/24   Page 3 of 5
Case 1:22-cv-05276-PAE   Document 173   Filed 02/21/24   Page 283 of 635

KITCHEN WINNERS NY INC., ET AL. vs ROCK FINTEK, LLC., ET AL.
Hershey Weiner on 11/16/2023
Page 57

```
 1        A.   Again, I'm not -- I'm not -- one
 2   second.  Let me go out.  I can't see you.
 3             I know there's a trucking company
 4   by -- owned by -- I don't know -- he's -- his
 5   name that I dealt with Mr. Wertzberger out
 6   of -- and I don't know the corporation
 7   exactly, if it's spelled the same, so you
 8   would have to check.
 9             STENOGRAPHIC REPORTER:  I'm so
10        sorry, he cut out a second.
11        A.   Two corporations cannot be the
12   same, so I don't know.  But it's very similar
13   names.
14             MR. RAKHUNOV:  All right.  Let's
15        look at -- let's look at another
16        document here.  This one I might put on
17        the screen.
18             So I'm putting -- this would be 19?
19             STENOGRAPHIC REPORTER:  This is 20.
20             MR. RAKHUNOV:  Sorry.  20.
21   BY MR. RAKHUNOV:
22        Q.   Well, you know, before -- actually,
23   before we go there, do you know what the
24   address of 7 Springs Road in Monroe, New York
25   is?
```

```
 1        A.   That's where the trucking company
 2   is located, 7 Spring?  I don't know.  I know
 3   it's Monroe, New York, the trucking company.
 4        Q.   Okay.  So if that's where Wenzy in
 5   Monroe, New York, that would be the trucking
 6   company?
 7        A.   That's my recollection.
 8        Q.   Do you know if it's still
 9   operational?
10        A.   I don't know.  I don't use -- I
11   didn't use trucking for a very long time.
12        Q.   And you said the name of the person
13   that you dealt with was Wertzberger; did I
14   hear correctly?
15        A.   Wertzberger, yeah.
16        Q.   And, I'm sorry, could you spell
17   that so the court reporter has it correctly,
18   if you know.
19             THE WITNESS:  Alex, if you can give
20        the spelling.  It's Wertzberger.  I
21        don't know.
22             MR. SPERBER:  I don't know.
23        Wertzberger.  I would guess
24        W-E-R-T-Z-B-E-R-G-E-R.
25   BY MR. RAKHUNOV:
```

```
 1       Q.   Okay.  Do you still keep in touch
 2   with Mr. Wertzberger?
 3       A.   I didn't talk to him for a long
 4   time.  He recently called me.  I didn't
 5   respond to his call.
 6       Q.   Did he leave you a message?
 7       A.   No.
 8       Q.   You don't know if he was calling
 9   you about a subpoena that was attempted to be
10   served on him in this case?
11       A.   Not that I know of.  Because he
12   didn't leave me no messages, and I don't
13   know.
14            MR. RAKHUNOV:  Okay.  All right.
15       So I'm putting Exhibit 20 into the chat
16       box, but I'll put it up on the screen to
17       try to make it more efficient here.
18       It's an Excel spreadsheet produced to us
19       by your attorney in this case.  And
20       described as a general ledger for the
21       transactions with Rock Fintek.
22            (Defendant's Exhibit 20, Excel
23       spreadsheet AKW005297, marked for
24       identification as of this date.)
25   BY MR. RAKHUNOV:
```