| | |
|---|---|
| **From:** | Brendan Collishaw |
| **To:** | Lauren Riddle |
| **Subject:** | Kitchen Winners v Rock |
| **Date:** | Monday, July 24, 2023 10:48:58 AM |

Hi Lauren,

Attempted service on Wenzy Inc in Monroe / Kiryas Joel and the address appeared to have been a private residence at one time but is now vacant.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
KITCHEN WINNERS NY INC,

    Plaintiff(s),

-against-

ROCK FINTEK LLC,

    Defendant(s).
--------------------------------------------------------X

Index No. 22-CV-05276

AFFIDAVIT OF ATTEMPTED SERVICE

STATE OF NEW YORK   )
                   S.S.
COUNTY OF ROCKLAND)

    BRENDAN COLLISHAW, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., Inc., and is not a party to this action.

    That on the 24TH day of JULY, 2023, at approximately 10:10AM, deponent attempted to serve a true copy of the SUBPOENA upon WENZY INC. at 26 SEVEN SPRINGS ROAD, #201, MONROE, NY 10950 but THE ADDRESS IS VACANT.

_____
BRENDAN COLLISHAW

Sworn to before me this
25TH day of JULY, 2023

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

291359

D.L.S., Inc.
00 Rella Blvd.
Ste. 165
Suffern, NY 10901
45-639-7559
www.dlsnational.com