# Invoice

Kitchen Winners NY

1134 53rd St
Brooklyn NY 11219

| Date | Invoice # |
|---|---|
| 3/4/2021 | 1633 |

| Bill To | Ship To |
|---|---|
| Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 | Rock Fintek LLC<br>1680 Michigan Avenue<br>Suite 800<br>Miami Beach, FL 33139 |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 3,000 | 4015190000 | Container #MATU2728990<br>Nitrile examination gloves as specs | 140.00 | 420,000.00 |
|  | DEP | Non refundable deposit for the next 2 containers | 50,000.00 | 50,000.00 |

| | Total | $470,000.00 |
|---|---|---|