

# ACL AMERICA, INC.

200 E. ALONDRA BLVD. GARDENA CA 90248
TEL: 310-329-2389 FAX: 310-329-1056
EMAIL: MICHELLE.BAG@ACLGLOBAL.NET

# INVOICE

INVOICE No. : INV-ALX-26813

| Bill To : | KITCHEN WINNERS INC<br>1134 53RD ST<br>BROOKLYN, NY 11219 |
|---|---|

| INVOICE DATE | Jul-31-2021 |
|---|---|
| TERMS | 0 days |
| DUE DATE | Jul-31-2021 |
| OUR FILING NO. | OLX0002239 |
| Customer Ref. No. | |

| Attn To : | |
|---|---|
| Ship To : | KITCHEN WINNERS INC |

| MASTER B/L NO. | : | JUL 2021 - KW | NO. OF PKGS | : | |
|---|---|---|---|---|---|
| HOUSE B/L NO. | : | JUL 2021 - KW | KGS / LBS | : | |
| Vessel(Flight) NO. | : | | CBM / CFT | : | |
| POL / ETD | : | | CNTR. NO. | : | |
| POD / ETA | : | | SHIPPER | : | |
| F.DEST. / ETA | : | | | | |
| COMMODITY | : | | CONSIGNEE | : | |
| SHIPPER | : | | NOTIFY | : | |

| DESCRIPTION OF CHARGES | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| T202 | - | 832.000 | 1 | 832.00 |
| 53A805 | - | 1,644.000 | 1 | 1,644.00 |
| 2023 | - | 1,415.000 | 1 | 1,415.00 |
| 21469 | - | 1,724.000 | 1 | 1,724.00 |
| 116 | - | 1,854.000 | 1 | 1,854.00 |
| 79593 | - | 988.000 | 1 | 988.00 |
| 80180 | - | 950.000 | 1 | 950.00 |
| C270 | - | 988.000 | 1 | 988.00 |
| STORAGE - 35 PLTS | - | 10.000 | 35 | 350.00 |
| STORAGE - 28 PLTS | - | 10.000 | 28 | 280.00 |
| STORAGE - 26 PLTS | - | 10.000 | 26 | 260.00 |

| | | | |
|---|---|---|---|
| TOTAL DUE | | | 11,285.00 |
| PAID AMOUNT | | | 0.00 |
| PLEASE PAY THIS AMOUNT | | USD | 11,285.00 |

| MEMO | T202<br>53A805<br>2023<br>21469<br>116<br>79593<br>80180<br>C270 |
|---|---|
| REMARK | ACL AMERICA, INC., HAS A POLICY AGAINST PAYMENT, SOLICITATION, OR RECEIPT OF ANY REBATE, DIRECTLY OR INDIRECTLY, WHICH WOULD BE UNLAWFUL UNDER THE UNITED STATES SHIPPING ACT, 1984.<br>*TO INSURE PROPER CREDIT, PLEASE RETURN A COPY OF INVOICE WITH YOUR PAYMENT.*<br>*BANK INFORMATION: PACIFIC CITY BANK<br>*BANK ADDRESS: 18160 COLIMA ROAD. ROWLAND HTS, CA 91748 |

MICHELLE
PREPARED BY

ACL AMERICA, INC.

Adorama Inc. & Kitchen Winners NY Inc.000237



REMIT PAYMENT TO:
Del Express
63 Flushing Ave, Unit 258
Brooklyn, NY 11205
Tel. 718-237-2445, Fax. 718-237-2543
Del Express

**Invoice Number: N79583 R1**
Invoice Date: 5/27/2021
Revision Date: 5/27/2021
TERMS: Due Upon Receipt
Load: 79583

# REVISED INVOICE

**BILL TO**
Kitchen Winners INC
1134 53rd st
Brooklyn, NY 11219

**SHIPPER** (FROM)
MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761

Shipper Num: MC030
Pickup Date: 5/27/2021 Delivery: 6/1/2021
Carrier Pro Num: LAND-1344693

**CONSIGNEE** (TO)
acl
1118 Beltway Parkway
Laredo, TX 78045

| PACKAGES | DESCRIPTION OF ARTICLES | WEIGHT | CLASS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1 trailer | | 40000 lbs | 0 | 10.25 | $4100.00 |
| | * * * TOTAL CHARGES DUE ON 5/27/2021 * * * | | | | $5100.00 |

**** SURFACE TRANSPORTATION BOARD (STB) REQUIRES PAYMENT OF FREIGHT BILLS WITHIN 15 DAYS ****
Thank you for using Del Express.
Customer satisfaction is the key to our success!!!.