

**Yisroel Steinberg &lt;ysteinberg@lipsiuslaw.com&gt;**

## Supplemental Documents

**Alexander Sperber** &lt;asperber@lipsiuslaw.com&gt;  Fri, Nov 17, 2023 at 12:01 AM
To: Phillip Rakhunov &lt;prakhunov@psdfirm.com&gt;
Cc: Lauren Riddle &lt;lriddle@psdfirm.com&gt;, Avram Frisch &lt;frischa@avifrischlaw.com&gt;, Yisroel Steinberg &lt;ysteinberg@lipsiuslaw.com&gt;

Phil,

Per your request for proof of payment of the shipping invoices, please see attached.

Alex










Kitchen Winners NY Inc. 001427

| Wenzy Inc | | | | 6/28/2021 | |
|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 5/16/2021 | Bill | 1412 | 9,200.00 | 9,200.00 | | 9,200.00 |
| 5/16/2021 | Bill | 1413 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/19/2021 | Bill | 1414 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | Check Amount | 28,200.00 |

Dime Bank

Kitchen Winners NY Inc. 001427

| Wenzy Inc | | | | 6/28/2021 | |
|---|---|---|---|---|---|
| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
| 5/16/2021 | Bill | 1412 | 9,200.00 | 9,200.00 | | 9,200.00 |
| 5/16/2021 | Bill | 1413 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/19/2021 | Bill | 1414 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | Check Amount | 28,200.00 |



**Kitchen Winners NY Inc.**

**Wenzy Inc** — 001426

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1405 | 8,392.00 | 8,392.00 | | 8,392.00 |
| 5/14/2021 | Bill | 1409 | 8,454.00 | 8,454.00 | | 8,454.00 |
| 5/14/2021 | Bill | 1410 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/14/2021 | Bill | 1411 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | 6/24/2021 | 35,846.00 |

**Dime Bank** — 35,846.00

**Kitchen Winners NY Inc.**

**Wenzy Inc** — 001426

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Check Amount |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1405 | 8,392.00 | 8,392.00 | | 8,392.00 |
| 5/14/2021 | Bill | 1409 | 8,454.00 | 8,454.00 | | 8,454.00 |
| 5/14/2021 | Bill | 1410 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/14/2021 | Bill | 1411 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | 6/24/2021 | 35,846.00 |











**Alexander J. Sperber**

**Lipsius-Benhaim Law LLP**
80-02 Kew Gardens Rd., Suite 1030 | Kew Gardens, NY 11415
Direct: 212.981.8449 | Main: 212.981.8440 | Fax (888) 442-0284

**CONFIDENTIAL COMMUNICATION**

*E-mails from this firm may contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you received this e-mail in error, do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*







**Kitchen Winners NY Inc.**                                                                 001425

Wenzy Inc                                                                   6/22/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1406 | 8,453.00 | 8,453.00 | | 8,453.00 |
| 5/14/2021 | Bill | 1408 | 8,453.00 | 8,453.00 | | 8,453.00 |
| 5/14/2021 | Bill | 1407 | 8,485.00 | 8,485.00 | | 8,485.00 |
| | | | | | Check Amount | 25,391.00 |

Dime Bank                                                                                25,391.00

**Kitchen Winners NY Inc.**                                                                 001425

Wenzy Inc                                                                   6/22/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1406 | 8,453.00 | 8,453.00 | | 8,453.00 |
| 5/14/2021 | Bill | 1408 | 8,453.00 | 8,453.00 | | 8,453.00 |
| 5/14/2021 | Bill | 1407 | 8,485.00 | 8,485.00 | | 8,485.00 |
| | | | | | Check Amount | 25,391.00 |

Dime Bank

**Kitchen Winners NY Inc.**                                                                 001426

Wenzy Inc                                                                   6/24/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1405 | 8,392.00 | 8,392.00 | | 8,392.00 |
| 5/14/2021 | Bill | 1409 | 8,454.00 | 8,454.00 | | 8,454.00 |
| 5/14/2021 | Bill | 1410 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/14/2021 | Bill | 1411 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | Check Amount | 35,846.00 |

Dime Bank                                                                                35,846.00

**Kitchen Winners NY Inc.**                                                                 001426

Wenzy Inc                                                                   6/24/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/14/2021 | Bill | 1405 | 8,392.00 | 8,392.00 | | 8,392.00 |
| 5/14/2021 | Bill | 1409 | 8,454.00 | 8,454.00 | | 8,454.00 |
| 5/14/2021 | Bill | 1410 | 9,500.00 | 9,500.00 | | 9,500.00 |
| 5/14/2021 | Bill | 1411 | 9,500.00 | 9,500.00 | | 9,500.00 |
| | | | | | Check Amount | 35,846.00 |









Kitchen Winners NY Inc.     001435

Wenzy Inc     7/13/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/28/2021 | Bill | 1426 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 5/28/2021 | Bill | 1427 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/28/2021 | Bill | 1428 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1429 | 7,246.00 | 7,246.00 | | 7,246.00 |
| | | | | | Check Amount | 28,792.00 |

Dime Bank     28,792.00

Kitchen Winners NY Inc.     001435

Wenzy Inc     7/13/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/28/2021 | Bill | 1426 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 5/28/2021 | Bill | 1427 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/28/2021 | Bill | 1428 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1429 | 7,246.00 | 7,246.00 | | 7,246.00 |
| | | | | | Check Amount | 28,792.00 |

**Kitchen Winners NY Inc.** 001434

Wenzy Inc                                                           7/9/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/28/2021 | Bill | 1424 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/28/2021 | Bill | 1423 | 7,700.00 | 7,700.00 | | 7,700.00 |
| 5/28/2021 | Bill | 1425 | 7,100.00 | 7,100.00 | | 7,100.00 |
| | | | | | Check Amount | 21,900.00 |

Dime Bank                                                           21,900.00

**Kitchen Winners NY Inc.** 001434

Wenzy Inc                                                           7/9/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/28/2021 | Bill | 1424 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/28/2021 | Bill | 1423 | 7,700.00 | 7,700.00 | | 7,700.00 |
| 5/28/2021 | Bill | 1425 | 7,100.00 | 7,100.00 | | 7,100.00 |
| | | | | | Check Amount | 21,900.00 |



**Kitchen Winners NY Inc.** 001436

Wenzy Inc                                                           7/15/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/31/2021 | Bill | 1430 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1433 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/31/2021 | Bill | 1431 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1432 | 7,246.00 | 7,246.00 | | 7,246.00 |
| | | | | | Check Amount | 28,838.00 |

Dime Bank                                                           28,838.00

**Kitchen Winners NY Inc.** 001436

Wenzy Inc                                                           7/15/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 5/31/2021 | Bill | 1430 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1433 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 5/31/2021 | Bill | 1431 | 7,246.00 | 7,246.00 | | 7,246.00 |
| 5/31/2021 | Bill | 1432 | 7,246.00 | 7,246.00 | | 7,246.00 |
| | | | | | Check Amount | 28,838.00 |

### Check 001437

**Kitchen Winners NY Inc.** — 001437

Wenzy Inc — 7/19/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1434 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1435 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1436 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1437 | 7,100.00 | 7,100.00 | | 7,100.00 |
| | | | | | Check Amount | 28,700.00 |

Dime Bank — 28,700.00

**Kitchen Winners NY Inc.** — 001437

Wenzy Inc — 7/19/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1434 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1435 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1436 | 7,200.00 | 7,200.00 | | 7,200.00 |
| 6/1/2021 | Bill | 1437 | 7,100.00 | 7,100.00 | | 7,100.00 |
| | | | | | Check Amount | 28,700.00 |

### Check 001444

**Kitchen Winners NY Inc.** — 001444

Wenzy Inc — 7/22/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1438 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1439 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1442 | 6,915.00 | 6,915.00 | | 6,915.00 |
| 6/1/2021 | Bill | 1441 | 6,382.00 | 6,382.00 | | 6,382.00 |
| | | | | | Check Amount | 27,497.00 |

Dime Bank — 27,497.00

**Kitchen Winners NY Inc.** — 001444

Wenzy Inc — 7/22/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1438 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1439 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1442 | 6,915.00 | 6,915.00 | | 6,915.00 |
| 6/1/2021 | Bill | 1441 | 6,382.00 | 6,382.00 | | 6,382.00 |
| | | | | | Check Amount | 27,497.00 |

### Kitchen Winners NY Inc. — 001447

Wenzy Inc  
7/23/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1440 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1444 | 7,182.00 | 7,182.00 | | 7,182.00 |
| 6/1/2021 | Bill | 1443 | 6,382.00 | 6,382.00 | | 6,382.00 |
| 6/2/2021 | Bill | 1445 | 7,182.00 | 7,182.00 | | 7,182.00 |
| | | | | | Check Amount | 27,846.00 |

Dime Bank 27,846.00

### Kitchen Winners NY Inc. — 001447

Wenzy Inc  
7/23/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/1/2021 | Bill | 1440 | 7,100.00 | 7,100.00 | | 7,100.00 |
| 6/1/2021 | Bill | 1444 | 7,182.00 | 7,182.00 | | 7,182.00 |
| 6/1/2021 | Bill | 1443 | 6,382.00 | 6,382.00 | | 6,382.00 |
| 6/2/2021 | Bill | 1445 | 7,182.00 | 7,182.00 | | 7,182.00 |
| | | | | | Check Amount | 27,846.00 |



### Kitchen Winners NY Inc. — 001448

Wenzy Inc  
7/26/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/2/2021 | Bill | 1446 | 7,182.00 | 7,182.00 | | 7,182.00 |
| 6/2/2021 | Bill | 1447 | 7,814.00 | 7,814.00 | | 7,814.00 |
| 6/2/2021 | Bill | 1448 | 7,028.00 | 7,028.00 | | 7,028.00 |
| 6/2/2021 | Bill | 1449 | 7,028.00 | 7,028.00 | | 7,028.00 |
| | | | | | Check Amount | 29,052.00 |

Dime Bank 29,052.00

### Kitchen Winners NY Inc. — 001448

Wenzy Inc  
7/26/2021

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/2/2021 | Bill | 1446 | 7,182.00 | 7,182.00 | | 7,182.00 |
| 6/2/2021 | Bill | 1447 | 7,814.00 | 7,814.00 | | 7,814.00 |
| 6/2/2021 | Bill | 1448 | 7,028.00 | 7,028.00 | | 7,028.00 |
| 6/2/2021 | Bill | 1449 | 7,028.00 | 7,028.00 | | 7,028.00 |
| | | | | | Check Amount | 29,052.00 |