

# PSD
NEW YORK   BOSTON
www.psdfirm.com

**POLLACK SOLOMON DUFFY LLP**
48 Wall Street, 31st Floor, New York, NY 10005
617-439-9800
prakhunov@psdfirm.com

November 18, 2024

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Kitchen Winners NY Inc. v. Rock Fintek LLC*, Case No. 22-cv-05276-PAE

**ASSENTED TO Letter Motion for 4-Business Day Extension to the Deadline for Oppositions to Motions in Limine and Jury Instructions**

Dear Judge Engelmayer:

We write on behalf of Rock Fintek LLC, with the assent of Kitchen Winners NY Inc., and Adorama Inc., pursuant to Paragraph 3.F of Your Honor's Individual Rules and Practices in Civil Cases to ask for a 4-business day extension from Novembrer 21 to November 27, 2024, for the parties to submit oppositions to other parties' Motions in Limine and jury instructions.

The parties submitted their joint pretrial order and filed motions in limine on November 14, 2024. The oppositions are due November 21, 2024. Rock Fintek requests this brief extension as a result of significant pretrial obligations, including November 20 and November 25 pretrial filings deadlines in another matter pending in the District of Maine, in which counsel for Rock Fintek is lead counsel.

Accordingly, Rock Fintek, *with the assent of* counsel for all remaining parties, respectfully requests that the Court allow the sought extension to November 27, 2024, for the parties to submit oppositions to motions in limine and to jury instructions.

Respectfully submitted,

*/s/Phillip Rakhunov*
Phillip Rakhunov

cc:   All counsel (via ECF)

GRANTED. All oppositions are due by November 27, 2024.
SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Date: November 19, 2024