# EXHIBIT A

```
 2      Q.    Okay.
 3            So you got gloves from Prestige?  You
 4   got gloves from M2020?  Correct?
 5      A.    Correct.
 6      Q.    What kind of gloves were those?
 7      A.    MedCare gloves.
 8      Q.    Any specific kind of MedCare gloves?
 9      A.    There was Nitrile examination gloves,
10   and it was packaged in boxes that it said
11   protection.
12      Q.    So you acknowledge and you agree with me
13   that the boxes you sold that came from Prestige and
14   M2020 did not say examination on the box?
15      A.    Prior to the contract, and I identified
16   it to them, and they said it's okay, they want it.
17      Q.    Who told you that?
18      A.    Arik Maimon.
19      Q.    Okay.
20            How did you communicate with Arik
21   Maimon about the Prestige and M2020 source
22   protection gloves?
23      A.    Or by phone or through Mendel.
24      Q.    When you say "through Mendel," just to be
25   clear, Mendel Banon, correct?
```

```
 2   UNITED STATES DISTRICT COURT
 3   FOR THE SOUTHERN DISTRICT OF NEW YORK
 4   -------------------------------------X

 5   KITCHEN WINNERS NY INC.,

 6                     Plaintiff,

 7          -against-                        Index No.:
                                             22-cv-05276
 8   ROCK FINTEK LLC,

 9                     Defendant,

10   -------------------------------------X

11   ROCK FINTEK LLC,

12                     Couterclaim and Third-
                       PartyPlaintiff,
13

14          -against-

15   KITCHEN WINNERS NY INC.,

16                     Counterclaim Defendant,

17          and

18   ADORAMA INC., HERSHEY WEINER, JOSEPH
     MENDLOWITZ, JNS CAPITAL HOLDINGS LLC
19   and JOEL STERN,

20                     Third-Party Defendants.

21   -------------------------------------X

22                                    Remote EBT

23

24                                    November 15, 2023
                                      8:57 A.M.
25
```

 2      A.    Correct.
 3      Q.    And so Mendel would tell you what Arik
 4   told him or you were on a call together?
 5      A.    Sometimes it was a call together.
 6   Sometimes -- in the beginning Arik didn't talk to
 7   me directly.  Arik didn't know me and he couldn't
 8   connect to me.  Mendel connected him to me.  That
 9   was way in the beginning, so I don't recall if it
10   was a three-way call.
11            But I know after a certain time when we
12   built up a relationship he spoke to me directly on
13   a daily basis.  Not every day, but it was quite
14   often to me on the phone.
15      Q.    Okay.
16            Did you exchange text messages or
17   WeChat or WhatsApp messages with Arik?
18      A.    I'm not a big texter, so not that I
19   recall.  If you want, I can go back and check.  I
20   wouldn't believe so, because I'm not so good at --
21   as I told you, I'm dyslexic so I'm not the biggest
22   texter or WeChat or those kinds of stuff.
23      Q.    Have you checked for any text messages or
24   WeChat or WhatsApp messages between you and Arik or
25   Mr. Banon in searching for discovery in this

 2   has all the paperwork.  It's in my part of my
 3   production.
 4       Q.    Okay.
 5             So let me turn to a slightly different
 6   topic.  We've talked about Mendel Banon a few
 7   times.
 8             What is Mendel Banon's role with
 9   respect to Kitchen Winners?
10       A.    He was a broker.
11       Q.    Okay.
12             Can you describe how he provided broker
13   services to Kitchen Winners with respect to the
14   Rock Fintek business.
15       A.    Rock Fintek was a little bit more also
16   in the beginning because he felt that he was doing
17   the sales, also.  Because Arik Maimon came to him,
18   not to me.  So he was a broker on that part, also.
19   He felt he deserved something out of that as well.
20             So he was -- in the beginning, he spoke
21   to Arik Maimon quite -- I think on every -- one or
22   two or three phone calls, he was involved or more.
23   And that's what I remember.
24       Q.    So did Mr. Banon have gloves of his own
25   to sell to Rock Fintek?

 2      A.    You have to ask him.

 3      Q.    Okay.

 4            Do you have knowledge of any MedCare
 5   brand gloves that Mr. Banon sold to Rock Fintek
 6   directly?

 7      A.    Not to my knowledge.

 8      Q.    Okay.

 9            So at some point Mr. Banon reached out
10   to you looking to sell MedCare gloves to Rock
11   Fintek?  What was the first time you discussed
12   Rock Fintek business with Mr. Banon?

13            MR. SPERBER:  Objection to the form.

14      A.    I don't recall.  But I can recall that
15   he was very excited that they took him to a boat
16   to schmooze him up and like get him on board.  And
17   he was excited.

18            You know, they take him on the yacht,
19   all this spiel, I'm a billionaire and I was
20   sitting on a yacht on the deck and I had a
21   beautiful time, you have to come here.

22            That's what I remember.  He was all
23   excited.  Oh, the billions -- guys that have
24   billions of dollars.  He was all excited.

25      **Q.    He was excited to do business with**

 2   someone who he viewed as wealthy and viewed this as
 3   an opportunity?
 4       A.    He was excited.  I just told you
 5   what -- you asked me what happened.  This is what
 6   I remember.  I remember a kid getting a candy.
 7       Q.    So you observed him being excited.  What
 8   did he tell you about Rock Fintek?
 9       A.    That they want to buy gloves and he's
10   excited.  I wasn't so impressed because I heard
11   this every day.
12       Q.    Okay.
13             So what did he -- how did --
14       A.    He got a big candy.
15       Q.    When you say he acted as a broker, did
16   you have an agreement with Mr. Banon?
17       A.    No.  It's all verbal.
18       Q.    Okay.
19             And what was your verbal agreement?
20       A.    That he would get something when we're
21   done out of the sales of it.
22       Q.    How much was he going to get?
23       A.    I would have to talk to him and go over
24   the conversations.
25       Q.    Well, did you review any --

2      Q.    Okay.  Just so the record is clear.  It's
3  easier to say MedCare than Global Tooling Services.
4            So when did you first become involved
5  with doing business with MedCare?
6      A.    End of 2020.  September, October.  I
7  think October, November.
8      Q.    How did you become -- how did you start
9  doing business with MedCare?
10     A.    Also Mendel brought me a connection,
11 somebody from Europe.  That guy from Europe
12 connected us to Anna Grinvald and we started
13 connecting and doing business.
14     Q.    So the MedCare connection came through
15 Mendel Banon?
16     A.    Yes.
17     Q.    Was he in any way compensated for
18 connecting you with MedCare?
19     A.    No.
20     Q.    Okay.
21           Let's go through some exhibits.
22           (Whereupon, a letter was marked as
23      Weiner Exhibit 3 for identification, as of
24      this date.)
25     **Q.    This one should be quick.  I've put a**