**EXHIBIT B**

```
                                                    ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
KITCHEN WINNERS NY INC.,

                                PLAINTIFF,

         -against-         CIVIL Action No.:
                           22-cv-05276-PAE

ROCK FINTEK LLC,
                                DEFENDANT.
-----------------------------------------X
ROCK FINTEK LLC,

     COUNTERCLAIM and THIRD-PARTY PLAINTIFF,

         -against-

KITCHEN WINNERS NY INC.,

                      COUNTERCLAIM DEFENDANT,

         and

ADORAMA INC., HERSHEY WEINER, JOSEPH
MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
JOEL STERN,

                      THIRD-PARTY DEFENDANTS.
-----------------------------------------X

              DATE:  August 29, 2023

              TIME:  10:17 a.m.


     VIDEOCONFERENCE DEPOSITION of

     ROCK FINTEK LLC, by BRAD GILLING


              RAPID REPORTING LLC
         254 South Main Street, Suite 216
             New City, New York 10956
                  (718) 310-0704
```

```
 1                    GILLING
 2        A     Yeah --
 3              THE REPORTER:  I didn't hear
 4        the answer.
 5        A     Do I have documents?
 6        Q     She didn't get your answer.
 7              Do you have any documents in
 8   which Mr. Bannon claims to be an employee
 9   of Kitchen Winners?
10        A     Just verbal.
11        Q     Did Mr. Bannon verbally tell
12   you he was an employee of Adorama?
13        A     Yeah.  Mendel Bannon held
14   himself out as a representative of Kitchen
15   Winners and associated with Adorama.
16        Q     Taking a look at paragraph 24.
17   It says that:  Accordingly, Kitchen Winners
18   is a mere shell set up by Adorama in an
19   ineffective effort to shield Adorama and
20   its principals from liability from
21   fraudulent PPE transactions.
22              Do you see where I am?
23        A     Yes.
24        Q     Again, do you have any
25   knowledge to support the assertion that
```

                    GILLING

Kitchen Winners is a mere shell set up by
Adorama?

            MR. RAKHUNOV:  Objection.

    A    No.

    Q    Paragraph 25, it says:  In
early 2021, Rock Fintek was introduced to
Weiner, Mendlowitz, and other
representatives of Adorama and Kitchen
Winners, including their employee and
agent, Mendel Bannon.  Do you see where I
am?

    A    Yes.

    Q    Do you know what this paragraph
is referring to when it says that Rock
Fintek was introduced to Mr. Mendlowitz?

    A    Yeah.  It would have been when
we were doing the contract and needed the
actual principal to sign, Adorama.

    Q    Who did the introducing?

    A    I think Mendel did the
introducing.

    Q    Was this an in-person meeting?

    A    I don't know, but Tommy Kato
had an in-person meeting with Mendel.

```
 1                    GILLING
 2    gloves to Rock Fintek?
 3         A    Absolutely.
 4         Q    And who was the individual that
 5    told you that?
 6         A    Both Hershey Weiner and Mendel.
 7    And they were acting on behalf of Kitchen
 8    Winners in conjunction with Adorama.  That
 9    was all part of -- that was all part of the
10    structure of the deal.
11         Q    When you say Mendel, you're
12    referring to Mendel Bannon?
13         A    Yes.  Mendel Bannon, yes.
14         Q    Did Hershey Weiner tell you in
15    writing that Stern or JNS was acting on
16    Kitchen Winners' behalf as a reseller of
17    gloves?
18              MR. RAKHUNOV:  Objection.
19         A    I don't -- I don't have
20    knowledge of that, but it's possible in an
21    e-mail or a text message.
22         Q    Did Mendel Bannon tell you in
23    writing that Kitchen -- that Stern or JNS
24    was acting as a reseller of gloves on
25    behalf of Kitchen Winners?
```