**EXHIBIT E**

```
 1
 2   UNITED STATES DISTRICT COURT                    COPY
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------X
     KITCHEN WINNERS NY INC.,
 4
                                    PLAINTIFF,
 5
                  -against-     CIVIL Action No.:
 6                              22-cv-05276-PAE

 7   ROCK FINTEK LLC,
                                    DEFENDANT.
 8   ------------------------------------X
     ROCK FINTEK LLC,
 9
        COUNTERCLAIM and THIRD-PARTY PLAINTIFF,
10
                  -against-
11
     KITCHEN WINNERS NY INC.,
12
                          COUNTERCLAIM DEFENDANT,
13
              and
14
     ADORAMA INC., HERSHEY WEINER, JOSEPH
15   MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and
     JOEL STERN,
16
                          THIRD-PARTY DEFENDANTS.
17   ------------------------------------X

18

19              DATE:  November 16, 2023

20              TIME:  2:07 p.m.

21

22       DEPOSITION of BRAD JAEGER

23

24           RAPID REPORTING LLC
        254 South Main Street, Suite 216
25         New City, New York  10956
              (718) 310-0704
```

|   |   |   |
|---|---|---|
| 1 |   | JAEGER |
| 2 | behalf of Ascension or the Resource Group |
| 3 | between its various warehouses? |
| 4 | A | Yes. I'm aware of that |
| 5 | occurring. |
| 6 | Q | Okay. Are you aware that at |
| 7 | some point in time Medline performed an |
| 8 | audit of some or all of the gloves that it |
| 9 | was holding on behalf of Ascension or the |
| 10 | Resource Group? |
| 11 | A | Yes, I am aware. |
| 12 | Q | Were you personally involved in |
| 13 | that? |
| 14 | A | Yes, I was involved. |
| 15 | Q | Can you explain to me what |
| 16 | exactly was done by Medline? |
| 17 |   | MR. OGLES: Object to the form. |
| 18 |   | It's a little broad, Counsel, but, |
| 19 |   | to the witness, if you can answer |
| 20 |   | it, go ahead. |
| 21 | A | Yes. It was requested by the |
| 22 | customer to do a label audit for their |
| 23 | goods at the direction of the customer at |
| 24 | our DCs that stored the products in |
| 25 | question. |

```
 1                    JAEGER
 2         Q      When you say DCs, what does
 3   that mean?
 4         A      Distribution center or
 5   warehouse.
 6         Q      Okay.  You said you were
 7   involved in that.  What was your role in
 8   that audit?
 9         A      Once we received direction from
10   the customer on what they wanted checked, I
11   helped coordinate with our warehouse
12   directors on a call and then a follow-up
13   e-mail with details on how the audit should
14   be completed.
15         Q      Okay.  And so what did
16   Ascension specifically ask you to do?
17         A      Ascension identified specific
18   labels they wanted to be identified within
19   their product.  They sent us the
20   information with the labels they want
21   identified, and we completed the audit to
22   help them identify those labels.
23         Q      What labels were they
24   interested in?
25         A      I would have to refer to one of
```

```
 1                    JAEGER
 2   the documents, but I believe it said
 3   synthetic nitrile gloves.
 4        Q     How did you or other Medline
 5   employees go about performing this audit?
 6        A     Under the direction of the
 7   customer, we went to each slot that the
 8   product was stored in.  We removed one
 9   random case.  We opened the case and
10   removed one random box within that case and
11   inspected it for the label that was
12   identified by Ascension.
13        Q     Did you check to see if every
14   box on that pallet was the same?
15              MR. OGLES:  Object to form.
16        A     No.  Our instruction was to
17   check one single case and one box within
18   the case.
19        Q     Do you know if every box on
20   each pallet contained the same type of
21   gloves as the one that you selected to look
22   at?
23              MR. OGLES:  Object to form.
24        A     I couldn't confirm.
25        Q     Approximately how many
```

```
 1                     JAEGER
 2        A    I did not.
 3        Q    Did you speak with all the
 4   employees listed on Medline 38 in preparing
 5   for today's deposition?
 6        A    I did not.
 7        Q    Does Medline ordinarily conduct
 8   these kinds of audits on behalf of
 9   Ascension?
10        A    I wouldn't say ordinarily.
11   It's when requested.
12        Q    How many other audits has
13   Medline conducted on behalf of Ascension in
14   the last let's say five years?
15             MR. OGLES:  Objection.  Outside
16        the scope.  If you know, go ahead.
17        A    Maybe one or two that I can
18   recall.
19        Q    So it's not the kind of thing
20   that you would ordinarily -- that you would
21   undertake in the ordinary course of
22   business unless asked specifically to do
23   so, correct?
24             MR. OGLES:  Objection to form.
25        Counsel, you're referring to for
```

```
 1                    JAEGER
 2           had to step away from the video
 3           screen but I will ask a few
 4           questions via the audio and
 5           hopefully Ms. Riddle can assist me
 6           with putting a couple of documents
 7           up.
 8   EXAMINATION BY
 9   MR. RAKHUNOV:
10        Q     So you were just asked if
11   Medline routinely conducts audits for
12   customers when not asked to do so, and I
13   just want the record to be clear.
14   Medline conducts audits for its customers
15   routinely when asked to do so.  Is that
16   fair?
17        A     Yes.  When Medline is asked to
18   complete an audit, we do so.
19        Q     And you were just -- there was
20   a reference made to a document that I
21   believe was Bates labeled Medline 35.
22           MR. RAKHUNOV:  Ms. Riddle,
23           would you be kind enough to screen
24           share that?  And we would like to
25           mark that as an exhibit.
```

```
 1                      JAEGER
 2              (Whereupon, a e-mail was marked
 3         as Medline Exhibit F for
 4         identification, as of this date, by
 5         the reporter.)
 6         Q    And, you know, I'm only screen
 7   sharing it for the purpose of confirming
 8   that that's the same document that you were
 9   just referring to in your testimony.
10              So is that the same document
11   you were just looking at, Mr. Jaeger?
12         A    Yes.
13         Q    Okay.  And on the first page of
14   the document, the last in time e-mail, do
15   you see a chart there?
16         A    Yes.
17         Q    And does that chart reflect the
18   results of the audit that Medline conducted
19   for Ascension?
20         A    Yes, it does.
21         Q    Okay.  And I believe you were
22   asked a question earlier as to the type of
23   labels that Ascension had asked Medline to
24   audit, and I'm not sure that I heard
25   clearly, so I apologize if I'm asking you
```

```
 1                    JAEGER
 2   again, but did I -- is it correct that
 3   Medline -- I'm sorry -- Ascension asked
 4   Medline to count the boxes that were
 5   labeled as NBR examination gloves versus
 6   those that were labeled protection gloves?
 7        A     I would have to refer to the
 8   document on the specifics of what were
 9   requested for the audit.
10        Q     Please feel free to do so, if
11   you don't mind.
12              (Whereupon, an off-the-record
13         discussion was held.)
14        A     Looks like it says product can
15   be identified by the text synthetic nitrile
16   protection glove listed on the box unit
17   measure inside the case.
18        Q     And those were the items that
19   the audit focused on, correct?
20        A     Correct.
21        Q     So the chart on page labeled
22   35, does that accurately and fairly
23   represent the results of the audit that
24   Medline conducted for Ascension?
25        A     Yes.
```

```
                    JAEGER
 1
 2       Q     And Medline was paid for that
 3  work by Ascension, correct?
 4       A     That is correct.
 5       Q     And I believe I recall there
 6  was a number of about 108 hours that
 7  various Medline employees spent on this
 8  audit?
 9       A     Yeah.  I don't have the total
10  number, but yes, that sounds close.
11            MR. RAKHUNOV:  Okay.  If I
12       could ask Ms. Riddle to put up the
13       next exhibit on the screen.
14       Q     And this is a document that I
15  will represent to you is a handful of
16  photographs that were taken by my client in
17  July of 2021 at various Medline warehouses.
18  And it's a compilation of I believe seven
19  photographs that are in a PDF document that
20  we'll mark as the next exhibit.
21            (Whereupon, photographs were
22       marked as Medline Exhibit G for
23       identification, as of this date, by
24       the reporter.)
25            MR. RAKHUNOV:  Just scroll
```

```
 1                    JAEGER
 2   documents from Medline audit were accurate,
 3   and you answered in the affirmative; is
 4   that correct?
 5              MR. OGLES:  Objection.  That
 6         mischaracterizes his testimony; is
 7         it fair and accurate that --
 8         anyways, go ahead.
 9              MR. SPERBER:  So I don't want
10         to mischaracterize anybody's
11         testimony.
12        Q     So is it your testimony that
13   the results of Medline's audit as listed in
14   this document are accurate?
15        A     Correct.
16        Q     What are you basing that upon?
17        A     Going back to what was stated
18   earlier.  The instruction from the customer
19   was to go to each slot across all DCs, pull
20   one case of the product, then from that
21   case pull one box to identify if it was
22   listed, if it had the text listed synthetic
23   nitrile protection gloves.  If it did, that
24   entire slot was then put on blocked or held
25   inventory.
```

68

```
 1                      JAEGER
 2        Q     Again, you testified earlier
 3   that you were not the one who conducted the
 4   entire audit yourself, correct?
 5        A     Correct.
 6        Q     And you have not spoken with
 7   every individual Medline employee who was
 8   involved in conducting the audit, correct?
 9        A     Correct.
10        Q     So how do you know that what
11   they recorded was accurate?
12        A     Giving -- giving instruction to
13   the directors of each one of these
14   warehouses and then following up to make
15   sure it was completed with them reporting
16   what was put onto blocked inventory and
17   left as unrestricted inventory while also
18   providing the number of hours that were
19   completed for me to confirm that the audit
20   was completed.
21        Q     Have you independently verified
22   that -- what those employees or directors
23   told you was correct?
24        A     I can't independently verify
25   that.
```