[3/26/21, 11:55:49 AM] You created group "NY Gloves"
[3/26/21, 11:55:49 AM] Joel NY Gloves: Messages and calls are end-to-end encrypted.
No one outside of this chat, not even WhatsApp, can read or listen to them.
[3/26/21, 11:56:00 AM] Brad: Hey Joel, please give us an update
[3/26/21, 11:56:18 AM] Brad: I am tied up, you can reach Thomas via phone as well
[3/26/21, 12:05:44 PM] Tommy H. Kato changed the subject to "Joel NY Gloves"
[3/26/21, 12:05:33 PM] Tommy H. Kato: We just spoke Brad
[3/26/21, 2:49:11 PM] JNS Service Joel NY Gloves: Good Afternoon,
[3/26/21, 2:54:40 PM] JNS Service Joel NY Gloves: Thank you Tom for the follow up
call...
I've reached out to one supplier and couldn't reach my other one today.
based on your proposal we can definitely work out a deal and possibly start getting
deliveries in the first or second week of April, however since we couldn't finalize
anything today we would suggest to get on a zoom call right after our holiday Monday
the 5th and work out the details.
thanks again
[3/26/21, 3:01:40 PM] Tommy H. Kato: That's too late
[3/26/21, 3:02:19 PM] Tommy H. Kato: We need to make a deal today before the holiday
[3/26/21, 3:02:57 PM] Tommy H. Kato: I need at least 2 containers next week and then
5 starting the week of the 5th
[3/29/21, 10:23:54 AM] Brad: Good Morning Joel, I expect you enjoyed the holiday
with family and friends!

On a business note, we need 2 containers 10,40,40,10 this week at $13.50. Can you
accommodate?
[3/30/21, 9:50:22 AM] Brad: Good morning Joel, please let us know regarding the
above?
[3/30/21, 11:08:02 AM] JNS Service Joel NY Gloves: Good Morning
[3/30/21, 11:08:53 AM] JNS Service Joel NY Gloves: Thanks for your msg.
I'll check status and get back in an hour or so...
[3/30/21, 11:09:38 AM] JNS Service Joel NY Gloves: Meaning to say I'll check what's
available as of today...
[3/30/21, 1:23:11 PM] Brad: Hey Joel, do you have an update?
[3/30/21, 1:46:14 PM] JNS Service Joel NY Gloves: Hi,
Earlier i didn't had ... now I'm checking again...
[3/30/21, 1:46:27 PM] Brad: Ok
[3/30/21, 4:41:10 PM] Brad: Joel, need to discuss buying 1 million boxes as well.
[3/30/21, 4:53:07 PM] Brad: When can we have a call?
[3/30/21, 5:19:34 PM] JNS Service Joel NY Gloves: the 1 million we'll need to wait
for Monday the 5th
[3/30/21, 5:21:06 PM] JNS Service Joel NY Gloves: the 2 containers we might have a
deal tomorrow, but i need to get my team with me on the same page first.
[3/30/21, 6:32:18 PM] Brad: Ok. Let us know as soon as possible
[3/30/21, 6:35:55 PM] JNS Service Joel NY Gloves: sure, by tom noon we will have a
definite answer, thanks
[3/30/21, 8:56:45 PM] Tommy H. Kato: Sooner the better Joel
[3/31/21, 11:22:10 AM] Brad: Can we get on a call at noon?
[3/31/21, 11:43:59 AM] JNS Service Joel NY Gloves: I'll be available in a about an
hour or so.
[3/31/21, 12:44:39 PM] Tommy H. Kato: Joel are we getting this deal done?

[3/31/21, 1:12:46 PM] Brad: Hey Joel, can we get in a call?
[3/31/21, 2:10:42 PM] JNS Service Joel NY Gloves: Hi, and sorry for the delay.
First Just a friendly reminder that I'm not having this phone with me all day, just
checking in periodically..
[3/31/21, 2:11:13 PM] Brad: Can we get the other number to keep in better contact?
[3/31/21, 2:11:40 PM] JNS Service Joel NY Gloves: Now, I'm still finishing up a
program with my son and will get back to you within the next hour or so
[3/31/21, 2:12:02 PM] Brad: Ok, after please can we discuss a deal for 1 million
boxes.
[3/31/21, 2:12:50 PM] JNS Service Joel NY Gloves: Sure, you have it already.
But to be honest I don't wanna be bothered on my other number during the holidays
[3/31/21, 2:13:04 PM] JNS Service Joel NY Gloves: The 1 mm will be on Monday
[3/31/21, 2:13:32 PM] JNS Service Joel NY Gloves: Now we've like approx 100k boxes
available
[3/31/21, 2:13:51 PM] JNS Service Joel NY Gloves: Will follow up in a bit
[3/31/21, 2:13:54 PM] Brad: Ok. We are deciding on another deal for the 1 million.
We would like to work with you.
[3/31/21, 4:20:09 PM] JNS Service Joel NY Gloves: <attached:
00000039-PHOTO-2021-03-31-16-20-09.jpg>
[3/31/21, 4:20:21 PM] JNS Service Joel NY Gloves: <attached:
00000040-PHOTO-2021-03-31-16-20-21.jpg>
[3/31/21, 4:20:34 PM] JNS Service Joel NY Gloves: i'll call you in a few
[3/31/21, 4:20:55 PM] JNS Service Joel NY Gloves: this is the two options we've to
offer you today
[3/31/21, 6:19:18 PM] JNS Service Joel NY Gloves: We'll probably be all available 11
am on Monday morning, Will confirm again sometime before.
[3/31/21, 6:20:25 PM] JNS Service Joel NY Gloves: LMK how many you wanna take
tomorrow so we can arrange it on time
[3/31/21, 6:21:57 PM] JNS Service Joel NY Gloves: If you take approx 6k boxes you'll
need 3 trucks.
If you take all 9k you'll need at least 5 trucks
[3/31/21, 7:54:00 PM] JNS Service Joel NY Gloves: Please confirm whatever or not you
still wanna take the available stock.
Thanks
[3/31/21, 8:12:06 PM] Brad: Let's get a deal together next week for 1 million boxes.
Enjoy the holiday
[3/31/21, 8:22:47 PM] JNS Service Joel NY Gloves: Ok, Thanks for your reply
[4/5/21, 8:33:52 AM] Brad: Hey Joel, can we schedule a time to discuss?
[4/5/21, 10:48:24 AM] JNS Service Joel NY Gloves: GM, Checking in...
Will follow up shortly
[4/5/21, 2:37:30 PM] Brad: Hey Joel, can we get on a call?
[4/5/21, 2:55:40 PM] JNS Service Joel NY Gloves: Can we do the call at 3.30 PM?
[4/5/21, 2:58:43 PM] Brad: Yes
[4/5/21, 3:31:48 PM] JNS Service Joel NY Gloves: Calling you now...
[4/6/21, 10:14:06 AM] JNS Service Joel NY Gloves: GM
[4/6/21, 10:14:27 AM] JNS Service Joel NY Gloves: The following is what i sent to
thomas earlier:
[4/6/21, 10:15:00 AM] JNS Service Joel NY Gloves: the good news is that we can get
you the 1 Mm boxes in April.
Approx 650k can be here for your new contract. And 300k or more from our goods on

the ground
[4/6/21, 10:15:11 AM] JNS Service Joel NY Gloves: The details will follow
[4/6/21, 10:15:14 AM] Brad: Let's get a deal done Joel
[4/6/21, 10:16:06 AM] JNS Service Joel NY Gloves: Lets schedule a call at about
11.30 will confirm soon mor exactly whill i wanna have the suplier on the line too
[4/6/21, 10:16:35 AM] Brad: Perfect 👌
[4/6/21, 10:19:29 AM] Tommy H. Kato: Joel I thought you said you had 20 containers
on the ground coming in the next 3 weeks that are yours?
[4/6/21, 10:20:11 AM] JNS Service Joel NY Gloves: correct
[4/6/21, 11:45:00 AM] Tommy H. Kato: Joel are we getting on the call?
[4/6/21, 2:08:00 PM] JNS Service Joel NY Gloves: <attached:
00000065-PHOTO-2021-04-06-14-08-00.jpg>
[4/6/21, 2:11:17 PM] JNS Service Joel NY Gloves: <attached:
00000066-PHOTO-2021-04-06-14-11-17.jpg>
[4/6/21, 2:14:39 PM] Brad: What are the totals?
[4/6/21, 2:14:48 PM] JNS Service Joel NY Gloves: plus another 7-8 containers otg in
ny
[4/6/21, 2:15:02 PM] Brad: Can you get on call?
[4/6/21, 2:15:11 PM] Brad: Just you Thomas and me?
[4/6/21, 2:15:40 PM] JNS Service Joel NY Gloves: each one is approx. 30k boxes
[4/6/21, 2:15:54 PM] JNS Service Joel NY Gloves: on another call, will call you soon
[4/6/21, 2:16:23 PM] Brad: Ok. are the March 31 containers OTG
[4/6/21, 2:16:46 PM] JNS Service Joel NY Gloves: this is all on the ground but with
my group involved
[4/6/21, 2:17:58 PM] Brad: 570,000 boxes from what I can calculate
[4/6/21, 2:18:01 PM] JNS Service Joel NY Gloves: 3/31 otg in LA, just me involved,
in the process of being palletized
[4/6/21, 2:19:43 PM] JNS Service Joel NY Gloves: this one is the same good gloves,
inspection and test reports showing examination but not printed on the box...
give me an offer and we will correct the boxes for you.
[4/6/21, 2:20:32 PM] Brad: Let's get on call in 15 mins? Does that work?
[4/6/21, 2:21:06 PM] JNS Service Joel NY Gloves: correct plus the one here in ny
grounds
[4/6/21, 2:25:09 PM] Brad: Ok. Let's get in a call
[4/6/21, 3:19:23 PM] Tommy H. Kato: Hello
[4/6/21, 3:19:23 PM] Tommy H. Kato: Tom. How are u?
[4/6/21, 3:19:23 PM] Tommy H. Kato: I heard ur in talks w Joel....please lets try
and work together. I would like to discuss w u other opportunities as well
[4/6/21, 3:19:23 PM] Tommy H. Kato: Lets move forward
[4/6/21, 3:19:38 PM] Tommy H. Kato: I just got this from Bernie
[4/6/21, 3:19:53 PM] Tommy H. Kato: How many people are involved?
[4/6/21, 3:21:23 PM] Brad: Joel, we need to get back on the phone.
[4/6/21, 3:49:31 PM] Tommy H. Kato: Joel is there a deal or is this dead?
[4/6/21, 3:49:44 PM] Tommy H. Kato: We have been discussing this all day and no
answer
[4/6/21, 3:52:58 PM] Tommy H. Kato: Why is Bernie messaging me? Is he involved?  Do
you want me to speak to himV
[4/6/21, 3:53:04 PM] Tommy H. Kato: Him?
[4/6/21, 4:32:49 PM] Tommy H. Kato: This lack of communication is not good
[4/6/21, 6:41:57 PM] JNS Service Joel NY Gloves: Hi

[4/6/21, 6:44:07 PM] JNS Service Joel NY Gloves: I'm back and just tried to follow up,
We wanna send you samples overnight.
I'm sorry for the unexpected brake..
[4/6/21, 6:44:35 PM] JNS Service Joel NY Gloves: What's the address we should send it to?
[4/6/21, 6:46:09 PM] JNS Service Joel NY Gloves: You may talk with him, why not?
[4/6/21, 6:47:35 PM] Brad: Send pictures of the box
[4/6/21, 6:48:12 PM] JNS Service Joel NY Gloves: Okay, let me get
[4/6/21, 7:04:00 PM] JNS Service Joel NY Gloves: CT03711_20210322_QingDao_Judy.pdf • 5 pages <attached: 00000099-CT03711_20210322_QingDao_Judy.pdf>
[4/6/21, 7:04:00 PM] JNS Service Joel NY Gloves: CT04130_20210311_LangTai_Judy(1).pdf • 4 pages <attached: 00000100-CT04130_20210311_LangTai_Judy(1).pdf>
[4/6/21, 7:04:17 PM] JNS Service Joel NY Gloves: These are the two boxes
[4/6/21, 7:04:26 PM] JNS Service Joel NY Gloves: Will call you shortly
[4/6/21, 7:21:43 PM] Tommy H. Kato: What is the deal you are offering?
[4/6/21, 7:38:50 PM] JNS Service Joel NY Gloves: This message was deleted.
[4/6/21, 7:43:46 PM] Brad: You deleted this message.
[4/6/21, 7:48:09 PM] JNS Service Joel NY Gloves: If you take them both we can do a deal for these two loads
[4/6/21, 7:49:26 PM] JNS Service Joel NY Gloves: On a separate note we can meanwhile do a deal on the larger quantity
[4/6/21, 7:50:25 PM] Brad: Joel, what is the price you are asking?
[4/6/21, 7:51:32 PM] Brad: "protection gloves" instead of "examination gloves" is an issue
[4/6/21, 7:52:24 PM] JNS Service Joel NY Gloves: It's the same gloves just diferent packaging
[4/6/21, 7:52:41 PM] JNS Service Joel NY Gloves: We can get you the inspection reports
[4/6/21, 7:54:25 PM] JNS Service Joel NY Gloves: If you take both we can do a deal at 12.5
 but if you take only the examination ones, we got another offer at 13.50
And i need another day or so
[4/6/21, 7:54:49 PM] JNS Service Joel NY Gloves: Unless you wanna match the price at 13.50
[4/6/21, 7:55:46 PM] JNS Service Joel NY Gloves: And if so we might get you even like 20 containers OTG at that price
[4/6/21, 7:58:10 PM] Tommy H. Kato: We would take those other ones at $10.50 and $12.50 for the CORRECT ones
[4/6/21, 7:58:37 PM] JNS Service Joel NY Gloves: For 13.50
We've OTG in N.Y. approx 250k that you get imediately
And probably another 150k in LA that is imediately available for next day pickup
[4/6/21, 7:59:09 PM] JNS Service Joel NY Gloves: Total of approx 400k
[4/6/21, 8:00:10 PM] JNS Service Joel NY Gloves: And in the same time lets figure out a deal for 11 that you can still get it in april, but we gotta act fast
[4/6/21, 8:01:59 PM] JNS Service Joel NY Gloves: I'm stepping out for a brake, but let me know if you need them asap.
While our other customer is about to transact but you ware first
[4/6/21, 8:30:08 PM] Tommy H. Kato: You can sell to the other customer.  We are not

buying at the price.
[4/7/21, 2:25:36 PM] JNS Service Joel NY Gloves: Hi
Its a pleasure following up with business people like you.

I just got of the phone with my people at  adorama...
Here's the outline of the deal they've proposed:

Your desired price is 11 per box of 100 gloves.
In order to fecilitate this price, Minimum order quantity is 2mm boxes.

Optional price adjustments in the month of May if market changed drastically.

Approximately 650k delivered by month end of April.

Minimum Deposit 8%  (reduced rate)

Balance of 92% payable before each pickup.

Please advise asap so we can schedule  accommodations.

Thanks again for your business
[4/7/21, 2:27:04 PM] JNS Service Joel NY Gloves: Btw just curious what you got OTG
and for what price?
[4/7/21, 2:30:16 PM] JNS Service Joel NY Gloves: Also by any chance...
Can i send you a sample of the protection gloves and you'll get me any offer on it?
Keep in mind it's just a cosmetic isse of the packaging
[4/7/21, 2:34:03 PM] Brad: We will only buy 1million, not 2
[4/7/21, 2:41:53 PM] Brad: Confirm 1 million boxes as requested.
[4/7/21, 2:55:55 PM] JNS Service Joel NY Gloves: They have accepeted and proposed
your price for 2 mm boxes,
Let me go back and see what we can do for only 1 mm boxes
Maybe adjust the initial price with a credit or rebate at the 2nd order
[4/7/21, 2:56:14 PM] JNS Service Joel NY Gloves: Will follow up shortly
[4/7/21, 3:01:31 PM] Tommy H. Kato: We don't want 2mm only 1 mm
[4/7/21, 7:15:12 PM] Tommy H. Kato: Hello Joel,
We purchased other gloves.   We tried to work with you...

We are all set.

Thank you
[4/8/21, 9:59:33 AM] JNS Service Joel NY Gloves: G.M.
Thanks for the update.
[4/8/21, 10:10:48 AM] JNS Service Joel NY Gloves: BTW can you use goods OTG?
[4/8/21, 10:44:27 AM] Tommy H. Kato: Yes we can for $11/box
[4/8/21, 11:19:20 AM] JNS Service Joel NY Gloves: How about 12.50 as before?
[4/8/21, 2:59:58 PM] JNS Service Joel NY Gloves: How much is the best offer you can
give me for gloves in NJ?
[4/8/21, 6:57:48 PM] Tommy H. Kato: No thanks
[4/8/21, 6:58:22 PM] Tommy H. Kato: I gave you a good deal and was going to pay you
the same day.

You didn't call back until the next day and said you had to take your other offer.
[4/8/21, 6:58:43 PM] Tommy H. Kato: We were a bird in the hand...
[4/8/21, 7:00:18 PM] JNS Service Joel NY Gloves: I'm glad you find a good deal for you, i guess you can still use some OTG and just wanted to offer it to you first. Good luck
[4/8/21, 7:11:05 PM] Tommy H. Kato: Yes I can use them, but not for $12.50 anymore
[4/8/21, 7:11:25 PM] Tommy H. Kato: Who knows maybe things will change in the future.
[4/15/21, 9:27:22 AM] Brad: Joel, give me a call when you have a moment
[4/15/21, 10:07:36 AM] JNS Service Joel NY Gloves: ok, shortly
[4/15/21, 10:39:44 AM] Brad: Gloves OTG and offering price?
[4/15/21, 7:46:11 PM] Tommy H. Kato: Joel $11.50 the 10 containers in NYC
[4/15/21, 7:54:02 PM] JNS Service Joel NY Gloves: Thanks for coming on the call, if we agree to 11.50 i wanna sell all 20 containers.
we just finished talking with Brad, please follow up with him...
[4/15/21, 8:25:22 PM] Tommy H. Kato: Joel you already know us.  There is no deposit, we will buy the 10 containers in NYC for $11.50
[4/15/21, 8:25:50 PM] Tommy H. Kato: And if history repeats itself, we will call you again and buy more in the future.
[4/15/21, 8:26:02 PM] Tommy H. Kato: This is a bird in the hand
[4/15/21, 8:28:02 PM] Tommy H. Kato: <attached:
00000149-PHOTO-2021-04-15-20-28-02.jpg>
[4/15/21, 8:30:17 PM] JNS Service Joel NY Gloves: Thanks for your offer, let me work on it and will let you know soon.
In the same time would you take more in NY or you just don't need more?
[4/15/21, 8:30:48 PM] JNS Service Joel NY Gloves: I like it!
[4/15/21, 8:37:00 PM] Tommy H. Kato: We need 2 million more
[4/15/21, 8:37:56 PM] Tommy H. Kato: We need to pick up at least 2 containers tomorrow while you think about it.
We can wire you the funds first thing in the morning.
Agreed?
[4/15/21, 9:24:19 PM] Tommy H. Kato: Joel are we agreed for the 2 tomorrow morning while you speak to your partners about the rest?
[4/15/21, 9:24:47 PM] Tommy H. Kato: We have another seller, we will have to buy from them tomorrow if not you. B
[4/15/21, 9:25:08 PM] JNS Service Joel NY Gloves: I'll confirm soon
[4/15/21, 10:34:21 PM] Tommy H. Kato: Joel?
[4/15/21, 10:36:42 PM] Tommy H. Kato: <attached:
00000158-PHOTO-2021-04-15-22-36-42.jpg>
[4/15/21, 10:38:04 PM] Tommy H. Kato: Joel do you want us to by the first 3 In the morning?
[4/15/21, 10:38:24 PM] Tommy H. Kato: We have others we are going to buy tomorrow
[4/15/21, 10:38:52 PM] JNS Service Joel NY Gloves: yes, you  may take at least 3 tomorrow
[4/15/21, 10:40:27 PM] JNS Service Joel NY Gloves: so just to confirm, 90k boxes at 11.50, Total 1,035,000.00
[4/15/21, 10:41:10 PM] Tommy H. Kato: Great send the warehouse address and the wire information
[4/15/21, 10:44:46 PM] JNS Service Joel NY Gloves: JNS CAPITAL HOLDINGS LLC

155 Skillman street
Brooklyn NY 11205

Capital one bank
Wire routing: 065000090
Account 3746631052
[4/15/21, 10:46:25 PM] JNS Service Joel NY Gloves: same warehouse as last time.

Cara Van
475 DIVISION ST. Building # 7
Elizabeth, NJ 07201 UNITED STATES
[4/15/21, 10:47:55 PM] Tommy H. Kato: And the bank address also
[4/15/21, 10:49:31 PM] Tommy H. Kato: The sizes are correct?
[4/15/21, 10:50:31 PM] JNS Service Joel NY Gloves: 244 Bedford Ave.
Brooklyn, NY 11249
[4/15/21, 10:51:10 PM] JNS Service Joel NY Gloves: 90% correct
will check over again
[4/15/21, 10:51:38 PM] Tommy H. Kato: Great
[4/16/21, 12:09:27 AM] JNS Service Joel NY Gloves: Ok please send detailed
information about the pick up
Or send a BOL but it must include:
Consignee
Trucker
Qty and sizes
[4/16/21, 12:09:43 AM] JNS Service Joel NY Gloves: From our warehouse
[4/16/21, 7:42:28 AM] Tommy H. Kato: Ok
[4/16/21, 11:06:28 AM] Brad: Joel, we need breakdown of cargo. Sizes, pallets etc.
we have a truck going there right now and need to issue bill of lading
[4/16/21, 11:18:38 AM] Brad: Joel, please call us immediately. We have our trucks
ready for pick up
[4/16/21, 11:18:48 AM] Tommy H. Kato: Joel we need the gloves now.
[4/16/21, 11:18:52 AM] Brad: Need to get them there so we can pay
[4/16/21, 11:19:12 AM] Tommy H. Kato: The warehouse has. It heard from you
[4/16/21, 11:41:39 AM] Brad: <attached: 00000179-PHOTO-2021-04-16-11-41-39.jpg>
[4/16/21, 12:25:21 PM] JNS Service Joel NY Gloves: Good Afternoon
[4/16/21, 12:25:58 PM] JNS Service Joel NY Gloves: I'm sorry I got a serious problem
here, I'll follow-up in a few.
[4/16/21, 12:35:15 PM] Tommy H. Kato: We are about to buy them from someone else in
30 minutes
[4/16/21, 12:36:11 PM] Tommy H. Kato: This is very serious for us
[4/16/21, 12:36:25 PM] Tommy H. Kato: Call Bradley
[4/16/21, 1:10:17 PM] Brad: Joel, we need to know immediately
[4/16/21, 1:19:39 PM] JNS Service Joel NY Gloves: I'll have one of my partners
calling you now
[4/16/21, 1:20:31 PM] JNS Service Joel NY Gloves: I'm really sorry, I'm in a
situation here that I can't really describe
[4/16/21, 1:22:29 PM] Tommy H. Kato: Who Bernie?
[4/16/21, 1:22:43 PM] JNS Service Joel NY Gloves: No, David Rubin
[4/16/21, 1:47:02 PM] Tommy H. Kato: I can't believe you sold the gloves and we made
a deal last night.

[4/16/21, 1:56:07 PM] JNS Service Joel NY Gloves: Believe me or not, I wasn't involved in that transaction.
I'm very disappointed much more than you can imagine
In one word, we're all in the glove business and can't predict  anything
[4/16/21, 1:57:16 PM] JNS Service Joel NY Gloves: I'm sorry for the inconvenience, but it was a lack of communication and it slipped out of my hands
[4/16/21, 1:58:26 PM] JNS Service Joel NY Gloves: If you want to take some of my goods in LA we can talk about it.
Thanks God, I don't have any partners there.
[4/16/21, 1:58:56 PM] JNS Service Joel NY Gloves: I've at least 4 containers on my own there
[4/16/21, 1:59:09 PM] JNS Service Joel NY Gloves: Maybe more by now
[4/16/21, 1:59:53 PM] JNS Service Joel NY Gloves: The same as you told me your stories yesterday I have my own:)
[4/16/21, 2:00:16 PM] JNS Service Joel NY Gloves: LMK if you're interested in any of the LA...
[4/16/21, 2:01:09 PM] JNS Service Joel NY Gloves: And please please, don't share our conversation with anyone because you will cause damage to our relationships all around.
Please confirm
[4/16/21, 2:03:25 PM] JNS Service Joel NY Gloves: <attached: 00000199-PHOTO-2021-04-16-14-03-25.jpg>
[4/16/21, 2:03:26 PM] JNS Service Joel NY Gloves: <attached: 00000200-PHOTO-2021-04-16-14-03-26.jpg>
[4/16/21, 2:08:26 PM] JNS Service Joel NY Gloves: <attached: 00000201-PHOTO-2021-04-16-14-08-26.jpg>
[4/16/21, 2:08:39 PM] JNS Service Joel NY Gloves: Please confirm
[4/16/21, 2:09:24 PM] JNS Service Joel NY Gloves: LMK whatever...
[4/16/21, 2:17:33 PM] Tommy H. Kato: We are not sharing information
[4/16/21, 2:18:13 PM] JNS Service Joel NY Gloves: Thank You
[4/16/21, 2:39:31 PM] Tommy H. Kato: $11 for the ones in LA
[4/16/21, 2:46:44 PM] JNS Service Joel NY Gloves: 11.50
[4/16/21, 2:47:16 PM] Tommy H. Kato: What's the address to the warehouse
[4/16/21, 2:51:51 PM] JNS Service Joel NY Gloves: Checking...
[4/16/21, 2:55:12 PM] Tommy H. Kato: We need a trucker to see them all and we need the sizes or packing list
[4/16/21, 2:57:21 PM] JNS Service Joel NY Gloves: MD 3PL
821 S. Rockefeller Ave
Ontario, CA 91761
[4/16/21, 2:57:21 PM] JNS Service Joel NY Gloves: <attached: 00000212-Jimmy Esparza.vcf>
[4/16/21, 2:59:19 PM] JNS Service Joel NY Gloves: I'll notify him in a few about you
[4/16/21, 2:59:45 PM] Brad: Alex from Dimerco is going to schedule trucks now
[4/16/21, 3:18:36 PM] JNS Service Joel NY Gloves: You'll be Billed from another business and wire info
[4/16/21, 3:21:47 PM] Brad: Please send
[4/16/21, 3:21:55 PM] Brad: So we can wire before cut off
[4/16/21, 3:32:44 PM] JNS Service Joel NY Gloves: Ok, give me a few minutes to organize
[4/16/21, 3:35:54 PM] Brad: I believe Jimmy is waiting to hear from you

[4/16/21, 3:36:22 PM] Brad: Alex from Already reaches out to him.
[4/16/21, 3:43:19 PM] JNS Service Joel NY Gloves: I just sent him container info
[4/16/21, 3:43:38 PM] JNS Service Joel NY Gloves: I'll wrap it up in the next few minutes
[4/16/21, 3:44:55 PM] Brad: Ok
[4/16/21, 4:15:10 PM] JNS Service Joel NY Gloves: Blink Capital Holdings LLC
155 Skillman St.
Brooklyn NY, 11205

Capital one bank
Wire routing: 065000090
Account 3746631712
[4/16/21, 4:16:34 PM] Brad: 90,000 boxes $1,035,000
[4/16/21, 4:16:39 PM] Brad: Will wire now
[4/16/21, 4:16:50 PM] Brad: 11.50
[4/16/21, 4:17:07 PM] JNS Service Joel NY Gloves: Ok
[4/16/21, 4:19:22 PM] Tommy H. Kato: Joel we are trusting you
[4/16/21, 4:21:43 PM] Brad: Joel, Need invoice. Also need breakdown for Alex at Dimerco. Can he call Jerry now ?
[4/16/21, 4:24:20 PM] JNS Service Joel NY Gloves: Just sent by email
[4/16/21, 4:25:12 PM] JNS Service Joel NY Gloves: <attached: 00000232-PHOTO-2021-04-16-16-25-12.jpg>
[4/16/21, 4:26:37 PM] JNS Service Joel NY Gloves: Now I'll prepare the invoice then will talk
[4/16/21, 4:29:27 PM] Brad: Will have wire confirm in a few mins
[4/16/21, 4:30:12 PM] JNS Service Joel NY Gloves: Thanks
[4/16/21, 4:32:18 PM] Brad: $1 035,000.00, confirmation #210416195869, Blink Capital Holdings LLC
[4/16/21, 5:17:03 PM] JNS Service Joel NY Gloves: Wire confirmed, you're good to go! but you'll more than one truck load, Jimmy will advise you in reply to my last email
[4/16/21, 5:18:40 PM] Brad: Alex working on it now
[4/16/21, 5:22:14 PM] JNS Service Joel NY Gloves: Thank you for your business, it's a pleasure working together...
And again I'm really sorry for the hick off out of my control, I'm glad and amazed how quickly you have arranged the reroute...
Once again, please keep it simple quite!
😊
[4/16/21, 5:30:58 PM] Brad: Agreed
[4/16/21, 5:37:20 PM] Tommy H. Kato: Sounds good
[4/19/21, 11:44:27 AM] Brad: Our trucks are at the LA warehouse
[4/19/21, 11:45:05 AM] Brad: Jimmy isn't there today. Please make sure to communicate who will be helping load our trucks. We need the trucks on the road immediately
[4/19/21, 12:04:31 PM] Tommy H. Kato: Joel?
[4/19/21, 12:13:52 PM] JNS Service Joel NY Gloves: Okay
[4/19/21, 12:29:14 PM] JNS Service Joel NY Gloves: They are loading right now
[4/19/21, 12:29:28 PM] JNS Service Joel NY Gloves: From the LA warehouse
[4/20/21, 2:16:49 PM] JNS Service Joel NY Gloves: Good Afternoon,
How are you?

everything picked up?
[4/20/21, 2:19:20 PM] Brad: Yes. Been told pick up successful and trucks on way to our client.  Thank you.
[4/20/21, 2:20:44 PM] JNS Service Joel NY Gloves: Great!
I'm really glad it worked out...
Thanks
[4/21/21, 8:06:52 PM] JNS Service Joel NY Gloves: Good Evening...
How's everything?
Are you already getting your orders on the contract?
[4/21/21, 8:07:53 PM] JNS Service Joel NY Gloves: This message was deleted.
[4/21/21, 8:08:26 PM] JNS Service Joel NY Gloves: Would you need more OTG?
[4/21/21, 8:10:18 PM] Tommy H. Kato: Joel of you give us some credit for 3 days we can take an unlimited supply for you.
When are you going to trust us with 2/3 containers
[4/21/21, 8:13:19 PM] JNS Service Joel NY Gloves: Can I possibly get a PO direct from a Hospital?
Or some other sort of security...
[4/21/21, 8:15:08 PM] Tommy H. Kato: A personal guaranty from me and Rock Fintek in the US is collectible.
[4/21/21, 8:15:35 PM] Tommy H. Kato: We can get 2 more tomorrow and deliver the to chicago and get pay 24/48 hours
[4/21/21, 8:16:59 PM] JNS Service Joel NY Gloves: Okay, that's something to consider...
Especially if backed by assets and/or solid Financials
[4/21/21, 8:19:31 PM] JNS Service Joel NY Gloves: If we don't bump-in in the other contract... we might also have another large quantity OTG besides my containers. However I would like to get connected directly unless it's pre-paid cod.
[4/21/21, 8:20:15 PM] Tommy H. Kato: I would never introduce anyone to any of my clients.
[4/21/21, 8:20:30 PM] Tommy H. Kato: We picked up another 150k boxes today.
[4/21/21, 8:20:49 PM] Tommy H. Kato: We are buying every week.  It's up to you.
[4/21/21, 8:22:29 PM] JNS Service Joel NY Gloves: Even on a million boxes?

BTW Would you know if I can get credit insurance on your purchase?
That might be an option as well
[4/21/21, 8:22:45 PM] JNS Service Joel NY Gloves: Great!
[4/21/21, 8:24:13 PM] JNS Service Joel NY Gloves: Let me think about it,
I guess if there's a will we'll find the way...
[4/21/21, 8:26:00 PM] JNS Service Joel NY Gloves: Any amount available for a deposit?
How about like 25% upfront
[4/21/21, 8:38:36 PM] JNS Service Joel NY Gloves: Let's follow up on this...
Thanks
[4/21/21, 8:38:39 PM] Tommy H. Kato: Joel, we are honest people and are in the US signing a contract.   It's illegal to steal, you go to jail.
[4/21/21, 8:39:36 PM] Tommy H. Kato: <attached: 00000269-PHOTO-2021-04-21-20-39-36.jpg>
[4/21/21, 8:39:36 PM] Tommy H. Kato: <attached: 00000270-PHOTO-2021-04-21-20-39-36.jpg>
[4/21/21, 8:39:37 PM] Tommy H. Kato: <attached:

00000271-PHOTO-2021-04-21-20-39-37.jpg>
[4/21/21, 8:39:37 PM] Tommy H. Kato: <attached:
00000272-PHOTO-2021-04-21-20-39-37.jpg>
[4/21/21, 8:39:38 PM] Tommy H. Kato: <attached:
00000273-PHOTO-2021-04-21-20-39-38.jpg>
[4/21/21, 8:40:15 PM] Tommy H. Kato: This my 140' boat with the kids in it this
weekend.
I am not going to do anything wrong.
I am a man of my word.
[4/21/21, 8:40:43 PM] Tommy H. Kato: We wore you money without even a contract foe
the gloves.   Just trust me back and will make money every week
[4/21/21, 8:40:52 PM] Tommy H. Kato: Think about it.
[4/21/21, 8:42:23 PM] JNS Service Joel NY Gloves: That's why we're talking about it,

I believe we can make it happen just need some security for my investors. So one
option is credit insurance if that works .
Let me think about it.
[4/21/21, 8:42:44 PM] Tommy H. Kato: I don't know where you can get that from.
[4/21/21, 8:42:56 PM] Tommy H. Kato: Send us 1 container then
[4/21/21, 8:43:10 PM] Tommy H. Kato: I can take as many as you send
[4/21/21, 8:43:14 PM] Tommy H. Kato: Every week
[4/21/21, 8:43:15 PM] JNS Service Joel NY Gloves: Beautiful family, enjoy
[4/21/21, 8:43:28 PM] Tommy H. Kato: Thank you 🙏
[4/21/21, 8:43:47 PM] JNS Service Joel NY Gloves: That's my part to work on
[4/21/21, 8:44:06 PM] JNS Service Joel NY Gloves: That's exactly in my mind
[4/22/21, 11:55:45 AM] JNS Service Joel NY Gloves: GM
[4/22/21, 11:57:12 AM] JNS Service Joel NY Gloves: I'm considering selling for
credit thru a fracturing company.
What's your opinion about it?
[4/22/21, 12:02:33 PM] Tommy H. Kato: I don't know what that is.  I am agreeing to
it the same price.  I will not disclose any of my clients information to anyone.
[4/22/21, 1:19:49 PM] JNS Service Joel NY Gloves: What's your full company
information for credit purposes?
[4/22/21, 1:24:39 PM] Tommy H. Kato: Rock Fintek LLC
1680 Michigan Avenue
Suite 800
Miami Beach, FL 33139
[4/22/21, 1:25:45 PM] JNS Service Joel NY Gloves: Thanks
[4/22/21, 1:35:04 PM] Tommy H. Kato: Give us a container today and let's start the
process
[4/22/21, 1:39:16 PM] JNS Service Joel NY Gloves: I'll call you soon to discuss it
[4/22/21, 3:17:33 PM] JNS Service Joel NY Gloves: <attached: 00000294-Eli
Wiener.vcf>
[4/22/21, 3:18:17 PM] JNS Service Joel NY Gloves: Following our conversation please
contact Eli and let's make it work
[4/22/21, 3:47:56 PM] JNS Service Joel NY Gloves: Tom,
Eli is trying to call you about our credit insurance We've discussed.
Please take his call
[4/22/21, 5:52:01 PM] JNS Service Joel NY Gloves: Hi
I might have even up to 5 containers for you but need your help please

[4/22/21, 5:52:41 PM] JNS Service Joel NY Gloves: Please send the required information to the credit insurance..

BTW thanks for taking his call
[4/22/21, 5:52:59 PM] Brad: I'm waiting for our accountant to send back
[4/22/21, 5:53:10 PM] Brad: Expediting
[4/22/21, 5:56:09 PM] JNS Service Joel NY Gloves: Got it, thanks
[4/22/21, 6:41:06 PM] Brad: Emailed information
[4/22/21, 6:41:32 PM] Brad: To Eli
[4/22/21, 6:42:23 PM] JNS Service Joel NY Gloves: Great 👍
[4/22/21, 7:15:44 PM] JNS Service Joel NY Gloves: This message was deleted.
[4/22/21, 7:18:28 PM] JNS Service Joel NY Gloves: While we speak, I'm starting to load a lot of 1.5 m. Boxes 📦
[4/22/21, 7:19:25 PM] JNS Service Joel NY Gloves: I can reserve it for you if commit to take it
[4/22/21, 7:38:24 PM] JNS Service Joel NY Gloves: declaration for boxes(2).docx • 1 page <attached: 00000308-declaration for boxes(2).docx>
[4/22/21, 7:38:59 PM] Brad: Please Send box image
[4/22/21, 7:41:48 PM] JNS Service Joel NY Gloves: CT04130_20210311_LangTai_Judy(1).pdf • 4 pages <attached: 00000310-CT04130_20210311_LangTai_Judy(1).pdf>
[4/22/21, 7:42:16 PM] JNS Service Joel NY Gloves: See the images within the report
[4/23/21, 3:08:12 PM] JNS Service Joel NY Gloves: Hi
[4/23/21, 3:10:22 PM] JNS Service Joel NY Gloves: Thanks for providing information, He said that we're expecting approval hopefully on Monday. Looking forward...
[4/23/21, 3:11:04 PM] JNS Service Joel NY Gloves: In the same time any progress on the Protection?
[4/23/21, 3:12:08 PM] Tommy H. Kato: Any progress on what?
[4/23/21, 3:13:42 PM] JNS Service Joel NY Gloves: On the gloves in the protection boxes
[4/23/21, 3:14:31 PM] Tommy H. Kato: Brad would know.
[4/23/21, 3:14:44 PM] Tommy H. Kato: It's not possible to pick up today
[4/23/21, 3:20:58 PM] Brad: Don't have approval for the mismarked boxes
[4/23/21, 3:57:44 PM] JNS Service Joel NY Gloves: Are you still trying?
[4/23/21, 3:58:16 PM] Tommy H. Kato: Right now we are more focused on filling our current orders
[4/23/21, 3:58:25 PM] JNS Service Joel NY Gloves: How about a PO for the 1.5 m boxes over the next two months
[4/23/21, 3:58:32 PM] JNS Service Joel NY Gloves: Got it
[4/23/21, 3:59:02 PM] Tommy H. Kato: We are not signing any more PO's prices are dropping every week
[4/26/21, 3:59:10 PM] JNS Service Joel NY Gloves: Good Afternoon
[4/26/21, 3:59:19 PM] JNS Service Joel NY Gloves: How are you?
[4/26/21, 4:05:29 PM] JNS Service Joel NY Gloves: While waiting for the insurance... I'm thinking to start with one container and would like to get at least something up-front as follows,
Let say you pick up for 300k pay me 100k now and the balance in a few days or before next pick up.
[4/26/21, 4:05:51 PM] JNS Service Joel NY Gloves: What's your opinion about it?

[4/26/21, 4:17:40 PM] Tommy H. Kato: Hello,
We are very tight on funds, as you know we are sending a lot funds daily to Adorama for our contract.
We don't have extra funds to send now.
[4/26/21, 4:17:52 PM] Tommy H. Kato: We can pick up the container today if you want
[4/26/21, 4:21:35 PM] JNS Service Joel NY Gloves: How about just 25k for the insurance?
[4/26/21, 4:31:30 PM] JNS Service Joel NY Gloves: 905 wineville ave
ontario ca 91764
[4/26/21, 4:31:30 PM] JNS Service Joel NY Gloves: +1 (310) 383-2641
[4/26/21, 4:46:54 PM] JNS Service Joel NY Gloves: <attached: 00000334-PHOTO-2021-04-26-16-46-54.jpg>
[4/26/21, 4:49:14 PM] JNS Service Joel NY Gloves: this warehouse needs to know the trucker info and Drivers name and ID please
[4/26/21, 4:49:32 PM] Tommy H. Kato: Send the wire information
[4/26/21, 4:50:00 PM] Tommy H. Kato: Are we getting 2 containers?
[4/26/21, 4:51:05 PM] JNS Service Joel NY Gloves: i'm going back to this account. Please wire 25k as the payment for Insurance
[4/26/21, 4:51:18 PM] JNS Service Joel NY Gloves: will send you 3 invoices shortley
[4/26/21, 4:51:34 PM] Tommy H. Kato: Ok
[4/26/21, 4:51:47 PM] JNS Service Joel NY Gloves: yes, because i wanna get paid for both still this week
[4/26/21, 4:53:14 PM] Tommy H. Kato: Great
[4/26/21, 4:53:26 PM] Tommy H. Kato: Brad see if we can get truck there today
[4/26/21, 4:53:58 PM] JNS Service Joel NY Gloves: and let me know this info as well
[4/26/21, 4:54:18 PM] Tommy H. Kato: Ok
[4/26/21, 5:13:48 PM] Tommy H. Kato: Joel who is the contact person the truckers should ask for in that phone number you gave me
[4/26/21, 5:15:53 PM] JNS Service Joel NY Gloves: checking...
[4/26/21, 5:16:17 PM] JNS Service Joel NY Gloves: meanwhile please review and confirm my invoices just sent by email
[4/26/21, 5:19:12 PM] JNS Service Joel NY Gloves: yes.
JP warehousing, 905 Wineville Ave, Ontario ca 91764, (310) 383-2641
[4/26/21, 5:20:07 PM] JNS Service Joel NY Gloves: and the other container as same as last week, at:
MD 3PL, 821 S. Rockefeller Ave, Ontario, CA 91761
[4/26/21, 5:21:39 PM] JNS Service Joel NY Gloves: make sure you have enough room on the truck...
i think 3 trucks can take these two loads, it's in two separate places but i think it's very close each other
[4/26/21, 5:22:06 PM] JNS Service Joel NY Gloves: please check it out on your own
[4/26/21, 6:08:47 PM] Tommy H. Kato: I did speak to Yossi at the number provided but he still needs to confirm the pallet count and location of these 6 million pcs
[4/26/21, 6:08:47 PM] Tommy H. Kato: i just called Yossi again and still no answer
[4/26/21, 6:08:59 PM] Tommy H. Kato: Joel from my trucking company.
[4/26/21, 6:09:11 PM] Tommy H. Kato: We are about to lose today if they don't call Alex back.
[4/26/21, 6:29:31 PM] Tommy H. Kato: Alexander King of Dimerco
[4/26/21, 6:31:01 PM] JNS Service Joel NY Gloves: <attached: 00000358-Louis Navarro.vcf>

[4/26/21, 6:31:01 PM] JNS Service Joel NY Gloves: Luisn@md3pl.com
[4/26/21, 8:39:57 PM] JNS Service Joel NY Gloves: Are we all set?
[4/26/21, 8:44:19 PM] JNS Service Joel NY Gloves: Also please send me the 25k for
tomorrow morning...
[4/26/21, 8:48:25 PM] Tommy H. Kato: No we didn't get anything today. Tomorrow
morning they will load.

We will send the wire in the morning
[4/26/21, 9:28:50 PM] JNS Service Joel NY Gloves: Thanks for your reply
[4/27/21, 10:03:39 AM] Brad: Good morning Joel. We are ready to wire the $25k.
Please confirm pick up of gloves.
[4/27/21, 10:21:58 AM] Brad: Driver Eta 8:30--8:45am (PST), warehouse opens at
9:00am

JP warehousing, 905 Wineville Ave, Ontario ca 91764, (310) 383-2641
[4/27/21, 10:22:05 AM] Brad: Send wire instructions
[4/27/21, 10:23:16 AM] Brad: Joel,

This is the bank info to wire?
[4/27/21, 10:51:55 AM] JNS Service Joel NY Gloves: please use this one going fwd.
Thanks
[4/27/21, 10:54:05 AM] JNS Service Joel NY Gloves: Good Morning, Good News:
the Credit Insurance is officially approved and will be bind today.
thanks for your cooperation!
[4/27/21, 10:54:21 AM] JNS Service Joel NY Gloves: Great.
 Thanks
[4/27/21, 11:03:24 AM] JNS Service Joel NY Gloves: <attached:
00000371-PHOTO-2021-04-27-11-03-24.jpg>
[4/27/21, 11:03:35 AM] JNS Service Joel NY Gloves: is this your driver?
[4/27/21, 11:08:03 AM] JNS Service Joel NY Gloves: ?
[4/27/21, 11:49:43 AM] Tommy H. Kato: That's great news
[4/27/21, 11:49:48 AM] Tommy H. Kato: Let me ask about the driver
[4/27/21, 11:50:07 AM] JNS Service Joel NY Gloves: i spoke with brad already
[4/27/21, 11:50:44 AM] Tommy H. Kato: 👌
[4/27/21, 12:26:54 PM] Brad: Confirmation number
337083348
[4/27/21, 1:41:22 PM] JNS Service Joel NY Gloves: SKM_558e21042710070.pdf • 8 pages
<attached: 00000379-SKM_558e21042710070.pdf>
[4/27/21, 1:45:39 PM] JNS Service Joel NY Gloves: 25k confirmed (pending)
[4/27/21, 1:54:34 PM] JNS Service Joel NY Gloves: we need to talk please...
please see attached, you've picked up all 4 containers already, total of approx.
11,360 cases but paid for only 9000 cases.
please pay me for the additional 2360 cases
[4/27/21, 2:00:42 PM] Tommy H. Kato: I don't understand this message
[4/27/21, 2:02:02 PM] JNS Service Joel NY Gloves: last week when you supposed to
pick up 90k cases, you've received 11,360
[4/27/21, 2:02:27 PM] JNS Service Joel NY Gloves: in tee same time make sure you get
paid from your customer
[4/27/21, 2:03:05 PM] JNS Service Joel NY Gloves: it was a little mass up in the
warehouse, they should have not given you more then agreed

[4/27/21, 2:03:53 PM] Tommy H. Kato: If it really is true it's a major mess up,
because that means we delivered more to the hospitals and now have to prove it to
them to get paid.
[4/27/21, 2:04:11 PM] Tommy H. Kato: Please double and triple check this before we
start talking to our client
[4/27/21, 2:04:13 PM] JNS Service Joel NY Gloves: this is our proof
[4/27/21, 2:05:47 PM] Tommy H. Kato: I don't know what means?
[4/27/21, 2:06:05 PM] JNS Service Joel NY Gloves: i'll call you soon
[4/27/21, 2:06:14 PM] Tommy H. Kato: Please discuss with Bradley in an hour.
[4/27/21, 2:10:17 PM] JNS Service Joel NY Gloves: where are you sending the goods
first?
is it your warehouse or straight to the customer?
[4/27/21, 3:06:37 PM] Tommy H. Kato: No straight to the customer.
[4/27/21, 3:16:56 PM] JNS Service Joel NY Gloves: Don't you have signed paperwork
and counts received?
[4/27/21, 3:43:42 PM] Tommy H. Kato: Yes, for the amount we told them were
delivering.  It's a major group with warehouses around the US
[4/27/21, 3:49:54 PM] JNS Service Joel NY Gloves: Please get me the actual receiving
papers and let's match it with ours
[4/27/21, 4:05:51 PM] JNS Service Joel NY Gloves: can i call you now?
[4/27/21, 5:34:46 PM] JNS Service Joel NY Gloves: Bradley, are you available for a
call?
[4/27/21, 5:52:15 PM] Brad: I'm not. I'm playing in my golf league. Let's talk
tomorrow
[4/28/21, 10:19:01 AM] JNS Service Joel NY Gloves: GM
[4/28/21, 3:30:01 PM] JNS Service Joel NY Gloves: Brad, please call me back when you
have a minute
[4/28/21, 4:52:04 PM] JNS Service Joel NY Gloves: ...
[4/28/21, 5:38:02 PM] JNS Service Joel NY Gloves: Can you please confirm my counts?
[4/28/21, 6:17:56 PM] Brad: Yes. Waiting for our report from Dimerco. Should have it
sorted by tomorrow. No problem.
[4/28/21, 6:18:24 PM] JNS Service Joel NY Gloves: Thanks for the update
[4/29/21, 10:19:12 AM] JNS Service Joel NY Gloves: GM
[4/29/21, 10:19:19 AM] JNS Service Joel NY Gloves: Please call me
[4/29/21, 10:21:39 AM] Brad: Getting on hour or so conference call with our client.
Will have more information after the call
[4/29/21, 10:22:29 AM] JNS Service Joel NY Gloves: Please call me anyway, I wanted
to discuss something with you...
[4/29/21, 10:22:55 AM] Brad: Call starts at 10:30. I am preparing now. Will call you
when I get off
[4/29/21, 10:23:14 AM] JNS Service Joel NY Gloves: Ok, please
[4/29/21, 2:17:11 PM] JNS Service Joel NY Gloves: Following up...
And BTW I've sent you two invoices, one is part of the pod, and the other one should
be new clean paperwork.
Can you please confirm both is being paid today?
I really wanna start shipping more
[4/29/21, 2:24:31 PM] Brad: Status            SCHEDULED
Scheduled Date  05/03/2021 09:00am

The container we picked up from you is scheduled for delivery above. We will pay

next day.
[4/29/21, 2:50:40 PM] Tommy H. Kato: Letter_Gloves Issue_012521.pdf • 1 page
<attached: 00000414-Letter_Gloves Issue_012521.pdf>
[4/29/21, 3:08:07 PM] Brad: Send invoice for the Container
[4/29/21, 4:51:57 PM] JNS Service Joel NY Gloves: Ok, you can pick up in NY tomorrow
the 2 containers onec I'm paid the 272k
[4/29/21, 6:17:13 PM] Tommy H. Kato: 🤝
[4/29/21, 6:25:09 PM] JNS Service Joel NY Gloves: just spoke with Brad, I wanna get
you a bonus an extra container in LA
if I can get paid for my balance Tom. we'll give you 3 containers in NY and 1 in LA
[4/29/21, 6:26:04 PM] Tommy H. Kato: Tomorrow we are sending $272k tomorrow.
[4/29/21, 6:31:01 PM] JNS Service Joel NY Gloves: agreed!
but I offered if I can get the other 322k Tom. as well, I'll give 4 containers
instead of 2
[4/29/21, 6:34:15 PM] Tommy H. Kato: I can't send the additional, it's up to you if
you want to give me the 3rd. I have an appointment for Wednesday I can deliver it
on.
[4/29/21, 6:47:35 PM] JNS Service Joel NY Gloves: the 3rd one I'm giving, but I'm
offering an extra 4th one
[4/29/21, 7:26:30 PM] Tommy H. Kato: I can take them all, it's up to you.  You will
get paid on all of them next week
[4/30/21, 10:11:49 AM] Brad: <attached: 00000424-PHOTO-2021-04-30-10-11-48.jpg>
[4/30/21, 10:12:29 AM] Brad: Send warehouse address
[4/30/21, 10:21:50 AM] JNS Service Joel NY Gloves: here
[4/30/21, 10:26:22 AM] JNS Service Joel NY Gloves: please check with warehouse how
many trucks is needed.
(for both pickups, JNS and Kitchen)
[4/30/21, 10:37:22 AM] JNS Service Joel NY Gloves: is your guy named Alex?
[4/30/21, 11:04:11 AM] JNS Service Joel NY Gloves: I'm sorry to ask....
but please confirm Adorama is being taken care of because i can't compete with him.
Thanks
[4/30/21, 11:15:55 AM] Brad: Yes
[4/30/21, 11:19:11 AM] Tommy H. Kato: Your order has nothing to do with them.  We
have another Group that we will buy from in LA Medcare gloves and other brands if
you are not interested in continuing.
AGAIN TO BE CLEAR, IF WE DONT BUY FROM YOU, WE WILL  BUY FROM SEVERAL OTHER PEOPLE.
[4/30/21, 11:20:40 AM] Tommy H. Kato: WE HAVE BEEN FROM OTHER PEOPLE BEFORE ADORAMA
AND WILL CONTINUE BUY FROM THEM AFTER ADORAMA's  CONTRACT IS DONE.
[4/30/21, 11:21:39 AM] Tommy H. Kato: And now Adorama has us potentially losing a
huge Purchase Order with one of our clients.   This is not good
[4/30/21, 11:32:48 AM] JNS Service Joel NY Gloves: Invoice Sent by Email, Please
confirm
[4/30/21, 11:44:20 AM] Brad: Confirmed
[4/30/21, 11:49:57 AM] JNS Service Joel NY Gloves: Thank
[4/30/21, 12:16:57 PM] JNS Service Joel NY Gloves: Brad,
Please call me to discuss the schedule for Monday
[4/30/21, 12:36:28 PM] Brad: Will need to talk this evening.
[4/30/21, 12:36:36 PM] Brad: I'm tied up with clients
[4/30/21, 1:29:02 PM] JNS Service Joel NY Gloves: Can I call you on Sunday?
[5/2/21, 4:46:36 PM] JNS Service Joel NY Gloves: Good Afternoon

[5/2/21, 4:46:59 PM] JNS Service Joel NY Gloves: When are you ready for the next pickup?
[5/2/21, 6:09:15 PM] Tommy H. Kato: Whenever you are
[5/2/21, 7:54:03 PM] JNS Service Joel NY Gloves: I'm ready for two more containers as soon as I get one more paid
[5/2/21, 7:54:57 PM] Tommy H. Kato: Ok
[5/2/21, 7:55:46 PM] JNS Service Joel NY Gloves: And 5 more containers once the last 3 is paid
[5/3/21, 6:10:57 PM] JNS Service Joel NY Gloves: Good Evening
[5/3/21, 6:11:14 PM] JNS Service Joel NY Gloves: Any updates during the day?
[5/3/21, 6:25:04 PM] Tommy H. Kato: An update regarding?
[5/3/21, 6:38:31 PM] JNS Service Joel NY Gloves: Wanna pay for one more and pick up two tomorrow?
[5/3/21, 6:50:49 PM] JNS Service Joel NY Gloves: Also I've an idea and wondering what you think about it
[5/3/21, 6:57:38 PM] JNS Service Joel NY Gloves: I can get another insurance policy under another company name, would you go for it?
[5/3/21, 6:58:09 PM] JNS Service Joel NY Gloves: We can double the deliveries
[5/3/21, 8:12:27 PM] Tommy H. Kato: Are you going to now sell them at $11?  That's what we pay Adorama
[5/3/21, 8:15:44 PM] JNS Service Joel NY Gloves: If you commit yourself yes
[5/3/21, 8:16:36 PM] JNS Service Joel NY Gloves: I know what you're paying Adorama, When you finish the contract you will get a rebate...
[5/3/21, 8:17:38 PM] JNS Service Joel NY Gloves: And I'm selling you for credit... Who else does that with Nitrile Gloves?
[5/3/21, 8:18:08 PM] Tommy H. Kato: No, $11.50 was just for the first 5 containers and then $11 moving forward.  When the contract is finished it's the $0.25 rebate
[5/3/21, 8:18:29 PM] Tommy H. Kato: You're a great guy to work with!
[5/3/21, 8:18:46 PM] Tommy H. Kato: Joel this is my little boat
[5/3/21, 8:18:59 PM] Tommy H. Kato: <attached: 00000461-VIDEO-2021-05-03-20-18-59.mp4>
[5/3/21, 8:21:02 PM] JNS Service Joel NY Gloves: I like the fact that you actually enjoy your life
[5/3/21, 8:21:18 PM] Tommy H. Kato: Exactly
[5/3/21, 8:21:23 PM] Tommy H. Kato: 🙏
[5/3/21, 8:22:25 PM] JNS Service Joel NY Gloves: We can double our capacity with another policy,
Wanna do it?
[5/3/21, 8:26:11 PM] Tommy H. Kato: 🤔
[5/3/21, 8:29:24 PM] JNS Service Joel NY Gloves: let's make it simple, what if we can sell additional 10 containers over the next three weeks?
another 300k Boxes that you make profit on it
[5/3/21, 8:34:09 PM] Tommy H. Kato: At $11?
[5/3/21, 8:48:46 PM] JNS Service Joel NY Gloves: I'm thinking of an idea that might work for both of us...
I'll follow up soon
[5/4/21, 3:57:43 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/4/21, 3:58:19 PM] JNS Service Joel NY Gloves: Anyone available for a quick call 📞?
[5/4/21, 4:46:30 PM] JNS Service Joel NY Gloves: Hello

[5/4/21, 4:57:38 PM] Tommy H. Kato: I am busy for a couple hours
[5/4/21, 5:00:58 PM] JNS Service Joel NY Gloves: What time can we schedule a call?
[5/4/21, 6:36:24 PM] JNS Service Joel NY Gloves: Hi Tom, and thanks for your call. just to confirm part of what we have discussed...
I will get in the Morning the balance of 322k, and you will take two more containers from LA at 11.50 (on Credit).
please confirm so I can notify the warehouse and you can schedule trucking on time. Thank you
[5/4/21, 7:27:04 PM] Tommy H. Kato: I will wire the funds, however I am not taking the additional containers.
[5/4/21, 7:42:00 PM] JNS Service Joel NY Gloves: thanks for your reply.
so when is your next pickup?
[5/4/21, 9:57:37 PM] Tommy H. Kato: Not sure at this moment.
[5/4/21, 9:58:01 PM] Tommy H. Kato: However you will be paid in full this week.
[5/5/21, 12:27:50 PM] JNS Service Joel NY Gloves: <attached: 00000480-PHOTO-2021-05-05-12-27-50.jpg>
[5/5/21, 12:58:47 PM] JNS Service Joel NY Gloves: GM
[5/5/21, 12:59:03 PM] JNS Service Joel NY Gloves: Was the wire sent?
[5/5/21, 12:59:04 PM] Brad: Good Afternoon Joel
[5/5/21, 12:59:18 PM] JNS Service Joel NY Gloves: Correct,  Good Afternoon
[5/5/21, 2:16:23 PM] Brad: <attached: 00000485-PHOTO-2021-05-05-14-16-23.jpg>
[5/5/21, 3:49:42 PM] JNS Service Joel NY Gloves: Please confirm that payment with your bank while I don't have it yet.
Thanks
[5/5/21, 3:54:08 PM] Brad: Ok
[5/5/21, 5:23:12 PM] Brad: <attached: 00000488-PHOTO-2021-05-05-17-23-12.jpg>
[5/5/21, 5:23:22 PM] Brad: Appears she paid on your link?
[5/5/21, 6:02:48 PM] JNS Service Joel NY Gloves: Thanks for your reply,  but I'm not set up for CC yet
[5/5/21, 6:09:03 PM] Brad: The money was sent.
[5/5/21, 6:09:18 PM] Brad: How are you going to get it?
[5/5/21, 6:09:47 PM] Brad: She followed the link
[5/5/21, 6:10:36 PM] Brad: <attached: 00000494-PHOTO-2021-05-05-18-10-36.jpg>
[5/5/21, 6:14:56 PM] JNS Service Joel NY Gloves: I'm sorry but this is not what we've agreed on, we've agreed on a wire
[5/5/21, 6:16:00 PM] Brad: Can you get the funds?
[5/5/21, 6:16:10 PM] Brad: Not sure how we get them back?
[5/5/21, 6:16:30 PM] Brad: Where does the link collect the money?
[5/5/21, 6:22:54 PM] Tommy H. Kato: Send us a bill for what your fee is
[5/5/21, 6:34:14 PM] JNS Service Joel NY Gloves: Just spoke with Bradley...
[5/5/21, 6:36:44 PM] JNS Service Joel NY Gloves: <attached: 00000501-AUDIO-2021-05-05-18-36-44.opus>
[5/5/21, 7:23:52 PM] Tommy H. Kato: Can you decline it? So we get the funds back?
[5/5/21, 7:33:36 PM] JNS Service Joel NY Gloves: <attached: 00000503-PHOTO-2021-05-05-19-33-36.jpg>
[5/5/21, 7:36:40 PM] JNS Service Joel NY Gloves: I don't even have access to this part yet
[5/5/21, 7:37:04 PM] JNS Service Joel NY Gloves: Can you check please what options you have on your end?
[5/5/21, 7:39:01 PM] Tommy H. Kato: I have a celebration dinner I am headed to.

I will send the message to Ana in my office to work on and get back to you tomorrow.

It should not be an issue at all, don't stress over it
[5/5/21, 7:43:55 PM] JNS Service Joel NY Gloves: Thanks
[5/5/21, 7:44:21 PM] JNS Service Joel NY Gloves: You should be able to call in Amex
[5/5/21, 7:56:10 PM] Tommy H. Kato: She did and is again
[5/5/21, 8:08:53 PM] JNS Service Joel NY Gloves: BTW how was your conference call?
[5/6/21, 10:45:59 AM] JNS Service Joel NY Gloves: Good Morning,
Please confirm the wires are sent.
[5/6/21, 10:47:34 AM] Brad: Joel, the American Express payment cleared and is in
your account. We couldn't cancel it
[5/6/21, 10:47:48 AM] Brad: I'll call you now
[5/6/21, 10:48:39 AM] Brad: Joel, we will pay the Amex fee.
[5/6/21, 10:48:42 AM] Brad: Call us
[5/6/21, 10:54:46 AM] JNS Service Joel NY Gloves: https://welltab.org/
[5/6/21, 11:19:08 AM] JNS Service Joel NY Gloves: <attached:
00000517-PHOTO-2021-05-06-11-19-08.jpg>
[5/6/21, 11:19:37 AM] JNS Service Joel NY Gloves: They made a quick decision!
[5/6/21, 11:20:02 AM] JNS Service Joel NY Gloves: Maybe your merchant services will
accept me 🤪
[5/6/21, 11:20:27 AM] Tommy H. Kato: That was quick
[5/6/21, 11:20:37 AM] Tommy H. Kato: Yes, let me have my office call you.
[5/6/21, 11:20:56 AM] Tommy H. Kato: They are still processing what we sent?
[5/6/21, 11:21:39 AM] JNS Service Joel NY Gloves: <attached:
00000523-PHOTO-2021-05-06-11-21-39.jpg>
[5/6/21, 11:21:59 AM] JNS Service Joel NY Gloves: It says they will send it back to
you
[5/6/21, 11:29:51 AM] JNS Service Joel NY Gloves: meanwhile please send me the 322k
asap, and schedule the 1m. for the morning
[5/6/21, 11:30:35 AM] JNS Service Joel NY Gloves: and in the future if needed i
might have an idea where to charge a card.
[5/6/21, 1:07:09 PM] JNS Service Joel NY Gloves: <attached:
00000527-PHOTO-2021-05-06-13-07-09.jpg>
[5/6/21, 2:35:35 PM] JNS Service Joel NY Gloves: When can we get my wire done?
[5/6/21, 3:25:11 PM] Tommy H. Kato: <attached:
00000529-STICKER-2021-05-06-15-25-11.webp>
[5/6/21, 4:30:21 PM] JNS Service Joel NY Gloves: Please advise
[5/6/21, 6:44:48 PM] Brad: Joel, wire did not get out today. We will wire funds in
the morning. In the meantime, please work on collecting the $322k Amex money.
[5/6/21, 9:15:43 PM] JNS Service Joel NY Gloves: Thanks for the update...
What do you want me to do with the Amex?
and please confirm that both wires will be sent Tomorrow Morning.
Thanks
[5/6/21, 9:16:31 PM] JNS Service Joel NY Gloves: you may call me and I'll tell you
what to do about Amex.
[5/7/21, 10:44:42 AM] JNS Service Joel NY Gloves: Good Morning
[5/7/21, 10:48:01 AM] Brad: Good Morning
[5/7/21, 10:48:39 AM] Brad: On a conference call.

Do you have update on collecting your Amex funds?
[5/7/21, 10:49:45 AM] Brad: Also, I have a scheduled call with our accounting
department at 12
[5/7/21, 11:32:15 AM] JNS Service Joel NY Gloves: As I told you before, this payment
that was made is being canceled, you will get it credited back to your account.
[5/7/21, 11:46:03 AM] JNS Service Joel NY Gloves: In the same time I would suggest
you to call Amex and tell them what happened...
They might be able to reverse it for you
[5/7/21, 11:47:12 AM] JNS Service Joel NY Gloves: For next time I would charge your
card through another company who's set up for such
[5/7/21, 11:47:39 AM] JNS Service Joel NY Gloves: And eventually I might have my own
merchant account with you
[5/7/21, 11:48:58 AM] JNS Service Joel NY Gloves: Now, as per your words. I'm
expecting to get paid in full for both invoices today.
Please confirm
[5/7/21, 1:01:06 PM] Tommy H. Kato: You cancel it you won't get those funds back
from us
[5/7/21, 1:01:12 PM] Tommy H. Kato: We paid Amex already.
[5/7/21, 1:01:29 PM] Tommy H. Kato: Amex will only give us a credit and not return
our payment.
[5/7/21, 1:02:10 PM] Tommy H. Kato: AGAIN IF YOU CANCEL THE AMEX CHARGE YOU WONT GET
THE FUNDS FOR 30-60 days.
[5/7/21, 2:17:44 PM] JNS Service Joel NY Gloves: <attached:
00000547-PHOTO-2021-05-07-14-17-44.jpg>
[5/7/21, 2:51:47 PM] JNS Service Joel NY Gloves: please confirm the wire was sent,
Thanks
[5/7/21, 3:07:16 PM] Tommy H. Kato: <attached:
00000549-PHOTO-2021-05-07-15-07-16.jpg>
[5/7/21, 3:07:25 PM] Tommy H. Kato: They have our money already
[5/7/21, 3:13:11 PM] JNS Service Joel NY Gloves: as i just told Brad, i can help you
get one container on your Amex on Monday either thru Adorama or thru another source,
so you'll get your money's worth
[5/7/21, 3:15:06 PM] Brad: Joel, Ana is sending wire. Confirm the 2 containers for
today.
[5/7/21, 3:15:13 PM] Brad: Where the pick up will be
[5/7/21, 3:16:28 PM] Tommy H. Kato: I told you not to reverse it as we paid it
already.
[5/7/21, 3:16:49 PM] Tommy H. Kato: And you continued to reverse it.  The
transaction had been cleared.
[5/7/21, 3:17:11 PM] Tommy H. Kato: Now your funds for that container are with Amex.
[5/7/21, 3:19:29 PM] JNS Service Joel NY Gloves: we had a long conversation with me
and Brad, i explained to him that i don't have merchant services and there was no
way of getting it deposited into my account.
since the payment was already done i tried setting up myself and was refused
[5/7/21, 3:20:13 PM] JNS Service Joel NY Gloves: even i set up a new merchant
account with your guy i wont be able to retrieve this charge into another merchent
service account, i'm sure you know that
[5/7/21, 3:21:49 PM] JNS Service Joel NY Gloves: I'm using this 3rd party app just
for invoicing and they're promoting everyone to pay by their link because this is
how they make money, i wasn't set up for that, and this is not what we've agreed on,

sorry
[5/7/21, 3:23:32 PM] JNS Service Joel NY Gloves: I'm glad that after spending an
hour with their app support team i was able to get you a refund!
 otherwise we would be waiting for weeks...
[5/7/21, 3:27:09 PM] Brad: Joel, have you confirmed the warehouse for pick up today?
[5/7/21, 3:36:28 PM] Tommy H. Kato: American Express does not have the transaction
canceled
[5/7/21, 3:36:33 PM] JNS Service Joel NY Gloves: I just spoke with warehouse people
in NJ, the people are gone for the day and the night shift is coming in late
tonight, She told me she will call me in a few if there's a way to make it work
still now.

 in the same time we've containers ready for pick up in LA that we could potently
get today.
[5/7/21, 3:42:07 PM] JNS Service Joel NY Gloves: it's funny but it seems like i have
teach you merchant services :)
in my experience it may take up to one full business day for AmEx to see the refund
in process, the merchant has to process the batch out first
and may take up to 5 business days for a refund to show up in your account.
and i do have years of experience with merchant business...
[5/7/21, 3:43:39 PM] Brad: Joel, I'm trying to get trucks in LA. Can we get the 2
containers there?
[5/7/21, 3:43:45 PM] Tommy H. Kato: I would presume for a $300k transaction, they
would batch out the minute you got off the phone with them.  It takes 1 minute to do
that.
[5/7/21, 3:44:02 PM] Tommy H. Kato: They can batch out every hour if they want.
[5/7/21, 3:44:19 PM] Tommy H. Kato: The ey also can call Amex and make them aware of
a large reversal.
[5/7/21, 3:45:05 PM] Tommy H. Kato: These things were not done.  You're causing me
issues with my card and a whole day of headaches on a matter that is worthless
[5/7/21, 3:52:44 PM] JNS Service Joel NY Gloves: Tom. you're a very nice man and i
feel bad for your frustration, I'm sorry for you,
however it seems like you're missing some very important facts here...
feel free to call me and will explain you.
Best Regards
[5/7/21, 3:53:10 PM] JNS Service Joel NY Gloves: and please don't forgot what i sent
you that day
[5/7/21, 3:53:27 PM] JNS Service Joel NY Gloves: here
[5/7/21, 4:00:24 PM] Brad: Joel, I'll have wire confirmation shortly
[5/7/21, 4:09:28 PM] Tommy H. Kato: 👍
[5/7/21, 4:36:18 PM] Brad: Fed ref# 20210507B6B7HU1R017325
[5/7/21, 4:36:23 PM] Brad: $700,000.00
[5/7/21, 4:39:07 PM] JNS Service Joel NY Gloves: Thanks, please just confirm my
email and we're good to go
[5/7/21, 4:51:26 PM] Brad: Sent you email response
[5/7/21, 4:51:37 PM] Brad: Please release the containers for today.
[5/7/21, 4:52:03 PM] Brad: Trucks are waiting on our clock, it is expensive to have
them sit there.
[5/7/21, 4:52:56 PM] Brad: Wire is confirmed sent from our side. Confirm
[5/7/21, 5:09:21 PM] Brad: <attached: 00000582-PHOTO-2021-05-07-17-09-21.jpg>

[5/7/21, 5:11:59 PM] Brad: Joel, Amex still has this cleared into your account. We paid Amex already and it has not be refunded, regardless of what you claim.

I have responded to your email. If you don't want to accept my response, we are done doing business.
[5/7/21, 5:30:51 PM] JNS Service Joel NY Gloves: I cleared the load for you.
[5/10/21, 6:28:59 PM] JNS Service Joel NY Gloves: Good Evening,
Following my conversation with Brad...
The balances was $319,475 and $322,550,
Payment Received Today 200,000, Thank You
Please split the payments Tom in two Seperate Amounts, 119,475, and 322,550
Thank You
[5/10/21, 8:25:48 PM] Tommy H. Kato: This message was deleted.
[5/10/21, 8:26:27 PM] Tommy H. Kato: One payment was made to Amex.  That cannot be paid until it's returned.  We do not have extra funds, you are aware of that.
[5/11/21, 12:47:20 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/11/21, 12:48:23 PM] JNS Service Joel NY Gloves: please provide status update
[5/11/21, 4:06:04 PM] JNS Service Joel NY Gloves: Hi:
Following my conversation earlier with Brad...
Thank you for the payment so the last large invoice is now paid, we've left the one from Friday and the 322k
[5/11/21, 4:27:24 PM] JNS Service Joel NY Gloves: i'm exploring a few options about the CC that i'll follow up as soon as i have an update,
meanwhile i need to know the following:

1) which type card will we be using, a personal or a business card?
2) is it okay to use at an construction supply company?
3) also we'll need a signed letter to avoid a chargeback and pay the 3% as agreed.

Please Confirm, Thank You
[5/11/21, 4:41:00 PM] JNS Service Joel NY Gloves: This message was deleted.
[5/11/21, 4:44:24 PM] JNS Service Joel NY Gloves: also we've discussed about a lower price...

So first let me please explain you something:
I truly appreciate your business and looking forward for a long term relationship, however I know for a fact that after all msg from different brokers there isn't much Goods OTG momentarily, i've personally validated a nice few offers and couldn't got a single container to inspect, People are bringing in on the water... maybe next month... but for the time being there isn't much more goods OTG, We even got another offer for the $12.00 range.

another point to consider is, Credit!!! i'm sure you've realised what an opportunity i'm bringing you to the table of opening another sales counter...

Now: if you would offer me cash upfront for a better price i would seriously consider it, however since you wanna get it for credit that i've to carry it on my borden, I really can't afford to go lower and i believe you got a good deal
[5/11/21, 4:45:33 PM] Tommy H. Kato: The Amex is a business card and they can give us an invoice for materials (gloves).

[5/11/21, 4:48:08 PM] Tommy H. Kato: You seen our contract with Adorama and know after our rebate we will be paying $10.75.

We also have other replaces to buy Medcare at similar prices.

You understand we cannot and will not continue to pay more than $10.75.

If the market has buyers for you at hire prices, we understand that you will not sell to us and are ok with it.
If you want to sell any at $10.75 we will take as many as you want to give us each week.
[5/11/21, 4:53:25 PM] JNS Service Joel NY Gloves: and btw Tom, let's be open please...
you got me involved in that issue that i strongly believe i deserve some credit for it.
beside the fact that within that conversation last week you offered me something...
 (i'm not sure what you had in mind)
and for sure not to be on the hook because of them...

So please be so considerate and honor our previous arrangements.

Thanks
[5/11/21, 4:55:37 PM] JNS Service Joel NY Gloves: Would you show me a real supplier for that price range for Goods OTG for that price range ?
[5/11/21, 4:56:09 PM] JNS Service Joel NY Gloves: we can supply you now 1 M boxes OTG as soon as you're ready
[5/11/21, 5:10:14 PM] JNS Service Joel NY Gloves: we need to pay someone today for such an amount, so we've an opportunity to use your card.
Are you ready to do it today?
[5/11/21, 5:14:25 PM] Tommy H. Kato: I am not ready to move forward Joel.
[5/11/21, 5:16:13 PM] JNS Service Joel NY Gloves: I'm talking about the cc now, thought you wanna get the cc issue resolved, are we not on the same page?
[5/11/21, 5:22:49 PM] JNS Service Joel NY Gloves: i don't wanna miss this opportunity please
[5/11/21, 5:28:53 PM] JNS Service Joel NY Gloves: So?
[5/11/21, 7:43:32 PM] JNS Service Joel NY Gloves: BTW, my friend ask me if you would be wiling to team up and help him get back his 1 m in viatnam?
[5/12/21, 1:15:09 AM] JNS Service Joel NY Gloves: GM

FYI let me add some food for Thought...
We got the majority of the goods OTG 2nd hand at a higher cost, so really we can't even sell them much cheaper,
still, if you would be committed to anything with a deposit, we would at least gain in the long run on the Volume.
 but here you're looking to pick up based on Credit only without any commitment, i'm looking for some assurance at the back end.
and AFTER-ALL if you keep up buying Steady I'm ready to offer you a rebate to lower your cost.

Sincerley

[5/12/21, 1:46:23 AM] JNS Service Joel NY Gloves: please clarify the following: on Monday 5/12 i've seen your payment of 200k pending but now it's not showing up, was it canceled?
[5/12/21, 1:46:58 AM] JNS Service Joel NY Gloves: now i just see this one pending, hope it will go thru
May 11, 2021
ROCK FINTEK LLC
+$119,475.00
[5/12/21, 1:53:03 AM] JNS Service Joel NY Gloves: also you ask me for my help with your CC, and per your direct request i've spend some time, made several unpleasant calls and finally got a solution for you, this opportunity expires in the morning of Today Wed.
i would really appreciate a better communication.
Thank You
[5/12/21, 4:45:51 AM] Brad: The payment was wired to you for $200,000 and confirmed by you. How could we pull a wire back? I'll asl our accounting area, however this does not make sense.
[5/12/21, 4:54:55 AM] Brad: Regarding the other offers, rebates, etc. we are not interested at this time. We are a buyer at $10.75.

Also, we appreciate the offer of credit and enjoy working with you. The numbers don't work at 11.50 or even 11.00. We are running a business, like you, and the numbers are not working.
[5/12/21, 10:42:31 AM] JNS Service Joel NY Gloves: Invoice_202110_2021-04-29 (1).pdf
• 2 pages <attached: 00000611-Invoice_202110_2021-04-29 (1).pdf>
[5/12/21, 10:42:31 AM] JNS Service Joel NY Gloves: Invoice_202111_2021-04-29 (1).pdf
• 2 pages <attached: 00000612-Invoice_202111_2021-04-29 (1).pdf>
[5/12/21, 10:42:31 AM] JNS Service Joel NY Gloves: Invoice_202113_2021-05-02 (2).pdf
• 2 pages <attached: 00000613-Invoice_202113_2021-05-02 (2).pdf>
[5/12/21, 10:42:53 AM] JNS Service Joel NY Gloves: GM
As per your request kindly see attached
[5/12/21, 10:49:39 AM] Tommy H. Kato: Good Morning,
You're being reimbursed for the Amex payment today.
[5/12/21, 10:52:12 AM] Tommy H. Kato: I understand your position, you understand ours.

When we get paid for the last containers we picked up on credit we will wire you the final funds and this will conclude our business.

Thank you for  your time Joel.
[5/12/21, 10:53:04 AM] JNS Service Joel NY Gloves: PL for Pick-up 2021-05-07.jpeg
<attached: 00000617-PL for Pick-up 2021-05-07.jpg>
[5/12/21, 10:53:04 AM] JNS Service Joel NY Gloves: Invoice_202114_2021-05-14.pdf • 2 pages <attached: 00000618-Invoice_202114_2021-05-14.pdf>
[5/12/21, 10:54:22 AM] JNS Service Joel NY Gloves: Thank You
[5/12/21, 10:54:40 AM] JNS Service Joel NY Gloves: Thanks for your reply
[5/12/21, 11:37:19 AM] Brad: JNS Capital Holdings LLC fed ref# 20210512B6B7HU1R007694
[5/12/21, 11:40:04 AM] JNS Service Joel NY Gloves: How much is this for?
[5/12/21, 11:42:42 AM] JNS Service Joel NY Gloves: Now Pending:

May 12, 2021
Wire transfer deposit US...333139
+$322,550.00
[5/12/21, 11:45:47 AM] Brad: Yes
[5/12/21, 11:46:14 AM] JNS Service Joel NY Gloves: please check with your bank, all
i can tell you it's not in my account
[5/12/21, 11:47:20 AM] JNS Service Joel NY Gloves: Thanks You!
[5/12/21, 11:52:06 AM] Brad: Still checking
[5/12/21, 11:52:14 AM] JNS Service Joel NY Gloves: <attached:
00000628-PHOTO-2021-05-12-11-52-14.jpg>
[5/12/21, 11:54:03 AM] JNS Service Joel NY Gloves: This is a snapshot of my account.

You can see your 3 wires start with the 700k in the bottom, the 119k yesterday, and
the 322k pending today.
However the 200k from Monday is missing
[5/12/21, 11:55:01 AM] JNS Service Joel NY Gloves: Monday it was showing pending the
same as always, yesterday I didn't check until late night when I realized it's
missing
[5/12/21, 12:16:23 PM] JNS Service Joel NY Gloves: Do you have the Fed Ref for the
200k on Monday?
Please ask your bank to trace it.
Thank you
[5/12/21, 12:24:14 PM] JNS Service Joel NY Gloves: FYI, the warehouse just called me
that we will be billed for Friday Overtime
[5/12/21, 1:59:21 PM] JNS Service Joel NY Gloves: Any update?
[5/12/21, 2:35:46 PM] Brad: I'm in a meeting. I have our accounting department
looking into it.
[5/12/21, 2:35:56 PM] Brad: Makes no sense.
[5/12/21, 3:18:36 PM] JNS Service Joel NY Gloves: I agree but I showed you a copy of
my online banking...
Can you show me a copy that it got out of your account?
[5/12/21, 3:18:55 PM] JNS Service Joel NY Gloves: Thanks
When can I expect an update?
[5/12/21, 5:57:13 PM] JNS Service Joel NY Gloves: May I ask for a update?
[5/13/21, 1:36:02 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/13/21, 1:40:02 PM] JNS Service Joel NY Gloves: Thanks for confirming the 200k,
Expecting it latest by Tom.
[5/13/21, 1:41:22 PM] JNS Service Joel NY Gloves: as i said i got a bill for the
overtime last Friday, see my next msg.
Please add to the payment Tom, lmk if you want me to add it in your Invoice.
Thanks
[5/13/21, 1:41:30 PM] JNS Service Joel NY Gloves: <attached:
00000642-PHOTO-2021-05-13-13-41-30.jpg>
[5/13/21, 1:42:28 PM] Brad: A lift truck operator makes $240 an hour?
[5/13/21, 1:42:49 PM] Brad: They only loaded one truck. They were supposed to Load 2
[5/13/21, 1:43:26 PM] Brad: Seems egregious
[5/13/21, 1:47:53 PM] JNS Service Joel NY Gloves: Good Question,
I'm not sure but i believe it was 4 people for 4 hours paid time and half, plus the
manager..
Still please call them and negotiate whatever you can.

Thanks
[5/13/21, 2:21:58 PM] JNS Service Joel NY Gloves: BTW just FYI...
Tom. Friday i won't be available in the afternoon.
Next week we've our holiday on Monday and Tuesday.
[5/13/21, 2:45:17 PM] Tommy H. Kato: Thank you
[5/13/21, 6:15:10 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/13/21, 6:21:06 PM] JNS Service Joel NY Gloves: Brad:
Following my conversation with Tom. we've discussed schedule of payments...
Please confirm the Invoice from last friday will be paid Tomorrow and about when the
200k balance

Btw, have you called Aviro about that bill?
[5/13/21, 6:21:10 PM] JNS Service Joel NY Gloves: Thank You
[5/13/21, 7:16:38 PM] Brad: Noted.

Have not called to discuss bill. Likely won't get to that until next week.
[5/14/21, 9:27:48 AM] JNS Service Joel NY Gloves: GM
[5/14/21, 9:28:27 AM] JNS Service Joel NY Gloves: Please let me know when the
payments is coming.
Thanks
[5/14/21, 9:30:23 AM] JNS Service Joel NY Gloves: FYI I Told Tom I can do a nice
amount on credit...
if you wanna do some more business please let me know early enough.
[5/14/21, 9:32:36 AM] JNS Service Joel NY Gloves: Thank You
[5/19/21, 4:55:51 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/19/21, 5:17:46 PM] JNS Service Joel NY Gloves: Thanks again for your Business.
It was my honor to service you and my pleasure to have the opportunity to extend
credit to you...
Feel free to make a use of it.
[5/19/21, 5:27:03 PM] JNS Service Joel NY Gloves: Please note, I was first said I'll
be paid last week mid-week, than by Friday, and than pushed onedayat a time...
Now I'm sure there's something in the background that I'm not being involved, still
please confirm I'll be paid by Friday the latest.
Thanks
[5/19/21, 5:53:16 PM] Tommy H. Kato: Joel it has been a pleasure to work with so
far.  Yes you will be paid by Friday the latest.
[5/19/21, 6:45:58 PM] JNS Service Joel NY Gloves: Thanks for your reply
[5/20/21, 5:21:46 PM] JNS Service Joel NY Gloves: Hi
wondering what you have to offer in Android devices?
[5/21/21, 10:27:04 AM] JNS Service Joel NY Gloves: GM
[5/21/21, 10:27:17 AM] JNS Service Joel NY Gloves: Wave.pdf • 1 page <attached:
00000664-Wave.pdf>
[5/21/21, 1:46:17 PM] JNS Service Joel NY Gloves: Good Afternoon
[5/21/21, 1:46:29 PM] JNS Service Joel NY Gloves: please update me about the payment
[5/21/21, 1:49:50 PM] JNS Service Joel NY Gloves: Please clarify what's the matter
here, one invoice is from April 30th and the other one is may 7th.
can't be leave you haven't been paid yet...
Please advise
[5/21/21, 4:00:28 PM] JNS Service Joel NY Gloves: BTW, what else are you selling to
these hospitals ?

Maybe we can do more business
[5/21/21, 4:08:04 PM] Tommy H. Kato: Sterilization wraps, needles
[5/21/21, 4:09:40 PM] JNS Service Joel NY Gloves: We've acces to alot of syringes
🖉
Let's follow up on this next week
[5/21/21, 4:10:05 PM] JNS Service Joel NY Gloves: What's the story here 🤔
[5/21/21, 4:45:59 PM] Tommy H. Kato: The issue is Amex returned the charge, but gave us a credit.  We need cash not a credit.  We are expecting a surplus of invoices to be paid by today or Monday the latest and are paying you from that.
[5/21/21, 4:47:09 PM] JNS Service Joel NY Gloves: thanks for your reply, but I'm sorry that's not acceptable and i'll tell you why
[5/21/21, 4:48:12 PM] Tommy H. Kato: With all respect, if I had the funds to send you now I would.  Your funds I don't have.
[5/21/21, 4:48:28 PM] Tommy H. Kato: It will not be later then Monday
[5/21/21, 4:48:50 PM] JNS Service Joel NY Gloves: first of all, the lack of open communication is becoming a serious issue and leads to negative taughts
[5/21/21, 4:49:51 PM] JNS Service Joel NY Gloves: next, it took you till now to come up with this excuse, Please, Come on, we're grown ups...
[5/21/21, 4:50:34 PM] JNS Service Joel NY Gloves: 3rd, i know for a fact that you got cash flow but decided to take advantage from me, it's not fair
[5/21/21, 4:55:13 PM] JNS Service Joel NY Gloves: 4) the CC issue shouldn't be my problem from the begin with,
not in the first point when it was used, and for sure not when it was paid premature.
and after all i was taken for a long ride..
how long still will i be hold hostage?
[5/21/21, 4:56:36 PM] JNS Service Joel NY Gloves: 5) i offered you to take your card or use your card at Adorama
[5/21/21, 5:04:57 PM] Tommy H. Kato: I was saving you the trouble from taking the card
[5/21/21, 5:05:59 PM] JNS Service Joel NY Gloves: i truly appreciate it but i need to get paid.
still i can possibly accept the card thru one of my partners "Project Supplies" a supply company.
i'll try to get a link
[5/21/21, 5:06:52 PM] JNS Service Joel NY Gloves: the main part that bothers me is the miscommunication...
[5/21/21, 5:07:36 PM] JNS Service Joel NY Gloves: I've trust you with over a million dalliers value and i feel mistreated, sorry
[5/21/21, 5:12:12 PM] JNS Service Joel NY Gloves: do you remember when you said: Joel, don't bother with insurance, trust me you'll be paid 48 hours after delivery. Now, 3 weeks later
[5/21/21, 5:13:31 PM] JNS Service Joel NY Gloves: and btw the card was for 300k and you holding 500k, how does this add up?
[5/21/21, 5:14:50 PM] Tommy H. Kato: Unfortunately, There are no additional funds available today.
[5/21/21, 5:16:55 PM] JNS Service Joel NY Gloves: i see it, but it's not fair to use my cash flow to do business with others...
and no excuse for the miscommunication, it's not right
[5/21/21, 5:18:56 PM] Tommy H. Kato: Your funds are with Amex

[5/21/21, 5:19:55 PM] JNS Service Joel NY Gloves: i personally disagree
but if so let me see if you will at least give me the card to charge..
if you give me the numbers i might still try to charge it today.
i won't have a link before Monday or Tuesday next week
[5/21/21, 5:20:34 PM] Tommy H. Kato: You will be paid Monday or Tuesday, otherwise I
can wait forever Amex
[5/21/21, 5:20:41 PM] Tommy H. Kato: Wait for
[5/21/21, 5:21:07 PM] Tommy H. Kato: With all respect, there is no point to discuss
further.
Have a nice weekend
[5/21/21, 5:22:13 PM] JNS Service Joel NY Gloves: seeing is believing, at least you
replied to me now
[5/21/21, 5:22:50 PM] JNS Service Joel NY Gloves: I've commitmends to pay people and
you can't imagine what huge mass this is for me.
[5/21/21, 5:22:59 PM] JNS Service Joel NY Gloves: have a nice weekend!
[5/21/21, 5:57:20 PM] Tommy H. Kato: Have a great weekend also.
[5/24/21, 9:02:53 AM] JNS Service Joel NY Gloves: GM
[5/24/21, 9:03:07 AM] JNS Service Joel NY Gloves: .
[5/24/21, 9:46:11 AM] Brad: Good Morning Joel, Reviewing the POD and Invoice to make
certain we picked up and delivered accurate amount. Should be confirmed shortly and
payment will go out
[5/24/21, 2:01:43 PM] JNS Service Joel NY Gloves: Good Afternoon.
Thanks for your reply Bradley.
[5/24/21, 2:02:00 PM] JNS Service Joel NY Gloves: Where are we up to?
[5/24/21, 2:14:35 PM] Brad: $200,000 wire sent.
[5/24/21, 2:14:46 PM] Brad: Waiting on confirmation number.
[5/24/21, 2:19:09 PM] JNS Service Joel NY Gloves: Thank you
[5/24/21, 2:21:08 PM] JNS Service Joel NY Gloves: Now, how about the rest?
[5/24/21, 2:21:57 PM] JNS Service Joel NY Gloves: ...
[5/24/21, 2:42:19 PM] JNS Service Joel NY Gloves: Please reply
[5/24/21, 2:43:06 PM] Brad: Expecting tomorrow
[5/24/21, 2:45:17 PM] JNS Service Joel NY Gloves: <attached:
00000710-PHOTO-2021-05-24-14-45-17.jpg>
[5/24/21, 2:45:58 PM] JNS Service Joel NY Gloves: This is still pending.
Thank you for this one.
[5/24/21, 2:46:09 PM] JNS Service Joel NY Gloves: Looking forward.
[5/24/21, 2:49:38 PM] JNS Service Joel NY Gloves: BTW are you still interested in
Syringes ✂ ?
[5/24/21, 2:50:05 PM] JNS Service Joel NY Gloves: <attached:
00000714-PHOTO-2021-05-24-14-50-05.jpg>
[5/24/21, 2:50:06 PM] JNS Service Joel NY Gloves: <attached:
00000715-PHOTO-2021-05-24-14-50-06.jpg>
[5/24/21, 2:50:11 PM] JNS Service Joel NY Gloves: In stock
[5/24/21, 2:58:06 PM] Brad: 00524458114
[5/24/21, 2:58:15 PM] Brad: Confirm for $200,000
[5/24/21, 2:58:59 PM] Brad: Need specs on them?
[5/24/21, 2:59:12 PM] Brad: Are the safety needles?
[5/24/21, 3:02:46 PM] JNS Service Joel NY Gloves: PFIZER RECCOEMNDS (1).pdf • 32
pages <attached: 00000721-PFIZER RECCOEMNDS (1).pdf>
[5/25/21, 9:16:25 AM] Brad: How many do you have?

[5/25/21, 11:53:14 AM] JNS Service Joel NY Gloves: Good Morning
[5/25/21, 11:53:50 AM] JNS Service Joel NY Gloves: Syringes?
I guess as many as you need.
[5/25/21, 11:54:10 AM] JNS Service Joel NY Gloves: How many can you take?
[5/25/21, 11:57:01 AM] JNS Service Joel NY Gloves: What about the balance?
[5/25/21, 11:59:09 AM] JNS Service Joel NY Gloves: Also please take care of this as
well.
[5/25/21, 12:15:18 PM] JNS Service Joel NY Gloves: once you give me the Qty you're
looking for we can get you a price
[5/25/21, 12:16:50 PM] Brad: Are they on the ground on United state?
[5/25/21, 12:17:38 PM] JNS Service Joel NY Gloves: yes, my understanding is that
it's in NJ, i'll double check
[5/25/21, 12:18:25 PM] Brad: Very important they are on the ground and available. I
cant discuss until i know.
[5/25/21, 12:20:13 PM] JNS Service Joel NY Gloves: Okay, 2 million in NJ
[5/25/21, 12:42:24 PM] JNS Service Joel NY Gloves: WEGO.pdf • 14 pages <attached:
00000733-WEGO.pdf>
[5/25/21, 12:42:25 PM] JNS Service Joel NY Gloves: <attached:
00000734-PHOTO-2021-05-25-12-42-25.jpg>
[5/25/21, 12:43:15 PM] JNS Service Joel NY Gloves: here is another brand...
[5/25/21, 12:43:44 PM] JNS Service Joel NY Gloves: how many can you use and how much
can you get on them?
[5/25/21, 12:44:35 PM] Brad: Don't know. I'm on the phone
[5/25/21, 12:45:23 PM] JNS Service Joel NY Gloves: ok, please letme know
[5/25/21, 12:45:33 PM] JNS Service Joel NY Gloves: and what about payment?
[5/25/21, 12:45:43 PM] JNS Service Joel NY Gloves: am i getting paid today?
[5/25/21, 12:45:48 PM] JNS Service Joel NY Gloves: Tom?
[5/25/21, 12:46:31 PM] Brad: Some funds were sent today already. Waiting on wire
confirmation
[5/25/21, 12:46:49 PM] Brad: Please check your account
[5/25/21, 12:48:42 PM] JNS Service Joel NY Gloves: that's good news, okay, just
checked, nothing yet, will check again soon
[5/25/21, 1:45:25 PM] JNS Service Joel NY Gloves: <attached:
00000745-PHOTO-2021-05-25-13-45-25.jpg>
[5/25/21, 1:46:21 PM] JNS Service Joel NY Gloves: Thanks for the partial payment.
How about the 200k balance?
[5/25/21, 1:47:19 PM] JNS Service Joel NY Gloves: And please let me know whatever or
not about the Syringes.
[5/25/21, 2:00:19 PM] Brad: JNS CAPITAL HOLDINGS LLC fed ref# 20210525B6B7HU1R009723
[5/25/21, 2:00:35 PM] Brad: $200k expected Thursday
[5/25/21, 2:02:06 PM] JNS Service Joel NY Gloves: thanks for your reply
[5/25/21, 2:03:50 PM] JNS Service Joel NY Gloves: i hope ill at least get some
commissions paid while doing business with my money
[5/25/21, 2:05:58 PM] JNS Service Joel NY Gloves: also i'm waiting to hear back
about the Syringes ...
[5/25/21, 2:07:48 PM] Tommy H. Kato: Joel any more messages from you, I will have to
block you.

No more messages.
DO NOT REPLY

[7/19/21, 6:40:23 AM] Brad: Good Morning Joel.

We have identified the gloves that are failing tests and of poor quality (fake nitrile) are from you. When you approached us in the past to buy these gloves, we specifically said no. How you got these on out trucks and delivered to our client is unacceptable.

Furthermore we have identified these gloves were being offered at $4.80 buy price, to move these fake gloves. Obviously you made a significant amount of margin to sell us these gloves.

We are having a meeting with our client to discuss full return and replacement of these fake nitrile gloves. We need you to find and replace these gloves as they are not what we agreed to buy. We will be orchestrating the return of the goods to you with full credit and replacement immediately.
[7/19/21, 7:26:24 AM] Tommy H. Kato: We also need to know which specific trucks these came from.
[7/19/21, 7:27:26 AM] Tommy H. Kato: The longer it takes to get this information the more severe this will become.
You must for the sake of many people act quickly.
Please help us solve this problem.
[7/19/21, 3:09:28 PM] Brad: <attached: 00000757-PHOTO-2021-07-19-15-09-28.jpg>
[7/20/21, 12:56:24 PM] Brad: Joel, why are you ignoring us?
[7/20/21, 12:56:35 PM] Brad: This is getting ugly and we need support from you.
[7/20/21, 12:58:47 PM] Brad: Please respond with all reports and testing of every single glove we picked up. If the client ramps up anymore pressure this is going legal, and you and JNS are squarely in the middle having sold us these gloves.
[7/20/21, 12:58:56 PM] Brad: Respond immediately
[7/20/21, 6:35:11 PM] Brad: Joel, you going dark on Rock Fintek and complaining to the Adorama and Hershey, etc isn't helping anything. The forensics is being done on where these came from and you, hershey kitchen winners, and Adorama are to blame. Fraud has been committed on Rock Fintek and our client. Sticking your head in the sand is an obvious admission while not cooperating  is unprofessional. The absorbent money spent with you for "MedCare Examination Nitrile Gloves" and receiving anything less is fraud. Start coming up with a solution immediately. Also, hershey's group refusing to document their paperwork will have certain ramifications on the too. They owe Rock Fintek $756,000.00 dollars and are extorting us to pay them further money to receive documentation on the quality of the gloves.