UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KITCHEN WINNERS NY INC.,

                      Plaintiff,

       -v-

ROCK FINTEK LLC,

                  Defendant.

---

ROCK FINTEK LLC,

                Third-Party Plaintiff and
                Counter Claimant,

       -v-

KITCHEN WINNERS NY INC.,

                Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC and ADORAMA, INC.,

                Third-Party Defendants.

---

22 Civ. 5276 (PAE)

<u>ORDER</u>

PAUL A. ENGELMAYER, District Judge:

The Court has received the parties' motions *in limine*, *see* Dkts. 169–70, 172–73, and

oppositions, *see* Dkts. 178–79. The Court hereby directs counsel for all parties to appear at an

in-person conference with the Court on **Thursday, December 12, 2024, at 3 p.m.** in Courtroom

1305 of the Thurgood Marshall U.S. Courthouse, 40 Centre Street, New York, New York 10007.

The Court expects to rule on all pending motions from the bench. Counsel should come

prepared to discuss in detail the joint pretrial order, the forthcoming trial, and the trial schedule.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: December 6, 2024
      New York, New York