UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>ROCK FINTEK LLC, <br><br>　　　　　Defendant, <br><br>ROCK FINTEK LLC, <br><br>　　　　　Counterclaim and Third-Party Plaintiff, <br><br>　　v. <br><br>KITCHEN WINNERS NY INC, <br><br>　　　　　Counterclaim Defendant, <br><br>　　and <br><br>ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br><br>　　　　　Third-Party Defendants. | Civil Action No. 22-cv-05276-PAE |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding, as counsel for Rock Fintek LLC, and requests that copies of all notices and other court papers in this action be served upon the undersigned at the address listed below.

Dated: December 6, 2024
New York, NY

POLLACK SOLOMON DUFFY LLP

/s/ John N. Yokow
John N. Yokow
48 Wall Street, 31st Floor
New York, NY 10005
Telephone: (212) 493-3100
Facsimile: (212) 434-0109
jyokow@psdfirm.com

*Counsel for Rock Fintek LLC*

## Certificate of Service

The undersigned certifies that this document is being served on counsel on all parties via ECF on December 6, 2024.

/s/ John N. Yokow

3