UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br> *Plaintiff*, <br><br> vs. <br><br> ROCK FINTEK LLC, <br> *Defendant*. <br><br> ROCK FINTEK LLC, <br> *Counterclaim and Third-Party Plaintiff*, <br><br> vs. <br><br> KITCHEN WINNERS NY INC, <br> *Counterclaim Defendant*, <br><br> and <br><br> ADORAMA INC., HERSHEY WEINER, JOSEPH MENDLOWITZ, JNS CAPITAL HOLDINGS LLC and JOEL STERN, <br> *Third-Party Defendants*. | Civil Action No. <br> 22-cv-05276-PAE <br><br> **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned proceeding, as counsel for Kitchen Winners NY Inc. and Adorama Inc. and requests that copies of all notices and other court papers in this action be served upon the undersigned at the address listed below.

Dated: Kew Gardens, New York
December 9, 2024

**LIPSIUS-BENHAIM LAW LLP**

By: _____

David BenHaim<br>
80-02 Kew Gardens Road, Suite 1030<br>
Kew Gardens, New York 11415<br>
Telephone: 212-981-8440<br>
Facsimile: 888-442-0284<br>
dbenhaim@lipsiuslaw.com