UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KITCHEN WINNERS NY INC.,

                Plaintiff,

-v-

ROCK FINTEK LLC,

                Defendant.

---

ROCK FINTEK LLC,

                Third-Party Plaintiff and Counter Claimant,

-v-

KITCHEN WINNERS NY INC.,

                Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC and ADORAMA, INC.,

                Third-Party Defendants.

22 Civ. 5276 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 12, 2024, the Court held a pre-trial conference to address the parties' motions *in limine*, pending at Dockets 169, 170, 172, and 173. The Court resolved those motions in the manner and for the reasons stated on the record. The Court also set the following schedule:

- The parties are authorized to file supplemental letters on the discrete issues identified by the Court by **Thursday, December 19, 2024**.

- Any response to those letters is due two weeks later, **Thursday, January 2, 2025**. No replies are authorized.

- The Court set a pretrial conference date for **March 3, 2025, at 2 p.m. in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York 10007**.  The Court expects at that conference to, *inter alia*, resolve any remaining disputes regarding the admissibility of documentary evidence.  As stated at yesterday's conference, the parties are to file on ECF on **February 24, 2025**, a joint letter attaching the exhibits in dispute and, for each, setting out the parties' positions as to admissibility.
- The Court hereby schedules trial for **March 10–18, 2025**.

The Clerk of Court is respectfully directed to close all pending motions.

SO ORDERED.

_____
Paul A. Engelmayer
United States District Judge

Dated: December 13, 2024
      New York, New York