**Rock Fintek**
A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date:
Invoice Number : 283299000000870083

**BILL TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

**SHIP TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

Account Name: **THE RESOURCE GROUP**
Due Date: **Dec 7, 2020**

Sales Order: **Nitrile Gloves**
Purchase Order Number:

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **Nitrile Gloves GL006**<br>FDA 510k, ASTM D6319 Nitrile Gloves | 200000000 | $ 0.185 | $ 37,000,000.00 |

Sub Total: **$ 37,000,000.00**
Tax: $ 0.00
Adjustment: $ 0.00
**Grand Total (Products):** **$ 37,000,000.00**

## Shipping and Handling

Freight Type: Delivery via ocean freight
Freight Cost:

Delivery Date: Deliveries will start end of February, 40,000,000 per month. Delivery via ocean freight.

## Payments

Payment Due On Order (%): 25
Payment Due On Delivery (%): 50

Payment Term Notes:
25% deposit on order - $9,250,000.00
25% due upon glove order completion with manufacturer - $9,250,000.00
50% Final payment due upon delivery - $18,500,000.00

Amount Due On Delivery: **$ 18,500,000.00**

Amount Due on Order: **$ 9,250,000.00**

* Additional Freight will be billed separately

**Paid Amount:** $ 0.00
**Remaining Balance:** $ 37,000,000.00

Bank Account Information: Bank account information is only shared via secure e-mail.

**Disclaimer Warranty**

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

**Limitation of Liability**

**CONFIDENTIAL**                                                                                                                            RF_000960

**Rock Fintek**
A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date: Jun 16, 2021
Invoice Number : 283299000001244052

| BILL TO: | SHIP TO: |
|---|---|
| 3926 Burwood Drive Ste.100 | 3926 Burwood Drive Ste.100 |
| Waukegan | Waukegan |
| IL | IL |
| USA | USA |
| 60085 | 60085 |

| Account Name: | THE RESOURCE GROUP | Sales Order: | NITRILE GLOVES - 8.740 |
|---|---|---|---|
| Due Date: | Jun 16, 2021 | Purchase Order Number: | |

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **Nitrile Gloves GL006** | 8740 | $ 185.00 | $ 1,616,900.00 |
|  | 8740cartons/8,740,000pcs | | | |

|  |  |
|---|---|
| Sub Total | $ 1,616,900.00 |
| Tax | $ 0.00 |
| Adjustment | $ 0.00 |
| **Grand Total (Products)** | **$ 1,616,900.00** |

**Shipping and Handling**

| Freight Type: | | Delivery Date: | 06/15/21 |
|---|---|---|---|
| Freight Cost: | | | |

**Payments**

| Payment Due On Order (%): | 25 | Amount Due On Delivery: | **$ 1,212,675.00** |
|---|---|---|---|
| Payment Due On Delivery (%): | 75 | | |
| Payment Term Notes: | | Amount Due on Order: | **$ 404,225.00** |

* Additional Freight will be billed separately

| Paid Amount: | $ 404,225.00 | Remaining Balance: | $ 1,212,675.00 |
|---|---|---|---|
| Bank Account Information: | Bank account information is only shared via secure e-mail. | | |

## Disclaimer Warranty

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

## Limitation of Liability

ROCK FINTEK LLC AND ITS AFFILIATES, THEIR RESPECTIVE AFFILIATES AND ANY DIRECTORS, OFFICER, EMPLOYEES, AGENTS, CONTRACTORS, SUBCONTRACTORS OR AGENTS OF THE FOREGOING SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, RESULTING FROM THE USE OR INABILITY TO USE THE PRODUCTS, EVEN IF CAUSED BY THE NEGLIGENCE OF ROCK FINTEK LLC OR ITS AFFILIATES OR IF ROCK FINTEK LLC OR ROCK FINTEK LLC'S AUTHORIZED REPRESENTATIVES HAVE BEEN APPRAISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING, OR BOTH. THE TOTAL LIABILITY OF ROCK FINTEK LLC ARISING FROM THE PURCHASE OR USE OF THE PRODUCTS SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT OR PRODUCTS GIVEN RISE TO SUCH DAMAGE. THE ABOVE LIMITATION ON OR EXCLUSION MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW PROHIBITS THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

![Rock Fintek A Trading Company]

**Rock Fintek**

A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date: May 6, 2021
Invoice Number : 283299000001154152

| BILL TO: | SHIP TO: |
|---|---|
| **3926 Burwood Drive Ste.100** | **3926 Burwood Drive Ste.100** |
| Waukegan | Waukegan |
| IL | IL |
| USA | USA |
| 60085 | 60085 |

| Account Name: **THE RESOURCE GROUP** | Sales Order: **Nitrile Gloves - 2896m** |
|---|---|
| Due Date: **May 6, 2021** | Purchase Order Number: **P0019 0000040075** |

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **Nitrile Gloves GL006** | 2982 | $ 185.00 | $ 551,670.00 |
|  | 2983cases signed 2896 only | | | |

|  |  |
|---|---|
| Sub Total | $ 551,670.00 |
| Tax | $ 0.00 |
| Adjustment | $ 0.00 |
| **Grand Total (Products)** | **$ 551,670.00** |

**Shipping and Handling**

| Freight Type: | | Delivery Date: | 05/06/2021 |
|---|---|---|---|
| Freight Cost: | | | |

**Payments**

| Payment Due On Order (%): | 25 | Amount Due On Delivery: | **$ 413,752.50** |
|---|---|---|---|
| Payment Due On Delivery (%): | 75 | | |
| Payment Term Notes: | | **Amount Due on Order:** | **$ 137,917.50** |

* Additional Freight will be billed separately

| **Paid Amount:** | **$ 539,737.50** | **Remaining Balance:** | **$ 11,932.50** |
|---|---|---|---|
| Bank Account Information: | Bank account information is only shared via secure e-mail. | | |

**Disclaimer Warranty**

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

**Limitation of Liability**

ROCK FINTEK LLC AND ITS AFFILIATES, THEIR RESPECTIVE AFFILIATES AND ANY DIRECTORS, OFFICER, EMPLOYEES, AGENTS, CONTRACTORS, SUBCONTRACTORS OR AGENTS OF THE FOREGOING SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, RESULTING FROM THE USE OR INABILITY TO USE THE PRODUCTS, EVEN IF CAUSED BY THE NEGLIGENCE OF ROCK FINTEK LLC OR ITS AFFILIATES OR IF ROCK FINTEK LLC OR ROCK FINTEK LLC'S AUTHORIZED REPRESENTATIVES HAVE BEEN APPRAISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING, OR BOTH. THE TOTAL LIABILITY OF ROCK FINTEK LLC ARISING FROM THE PURCHASE OR USE OF THE PRODUCTS SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT OR PRODUCTS GIVEN RISE TO SUCH DAMAGE. THE ABOVE LIMITATION ON OR EXCLUSION MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW PROHIBITS THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

**CONFIDENTIAL**                                                                                                                              RF_001053

**Rock Fintek**
A Trading Company
1680 Michigan Avenue
Suite 800, Miami Beach
Florida
United States 33139

# Invoice

Invoice Date: Jul 26, 2021
Invoice Number : 283299000001314145

**BILL TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

**SHIP TO:**

**3926 Burwood Drive Ste.100**
Waukegan
IL
USA
60085

| | |
|---|---|
| Account Name: **THE RESOURCE GROUP** | Sales Order: **NITRILE GLOVES - 14376** |
| Due Date: **Jul 27, 2021** | Purchase Order Number: |

| S.No. | Product Details | Qty | List Price | Total |
|---|---|---|---|---|
| 1. | **Nitrile Gloves GL006** | 14376 | $ 185.00 | $ 2,659,560.00 |

Sub Total **$ 2,659,560.00**
Tax $ 0.00
Adjustment $ 0.00

**Grand Total (Products) $ 2,659,560.00**

**Shipping and Handling**

| | |
|---|---|
| Freight Type: | Delivery Date: |
| Freight Cost: | |

**Payments**

| | | | |
|---|---|---|---|
| Payment Due On Order (%): | 25 | Amount Due On Delivery: | **$ 1,994,670.00** |
| Payment Due On Delivery (%): | 75 | | |
| Payment Term Notes: | | **Amount Due on Order:** | **$ 664,890.00** |

* Additional Freight will be billed separately

| | | | |
|---|---|---|---|
| **Paid Amount:** | **$ 664,890.00** | **Remaining Balance:** | **$ 1,994,670.00** |
| Bank Account Information: | Bank account information is only shared via secure e-mail. | | |

## Disclaimer Warranty

The product purchased and sold pursuant to this Purchase Order (the "Products") are sold "as is" and without warranties of any kind, whether express or implied. To the fullest extent permissible pursuant to applicable law, Rock Fintek LLC and its affiliates (collectively, the "Company") each disclaim all warranties, express or implied, including, but not limited to, implied warranties of merchantability and fitness for a particular purpose. The Company does not represent or warrant that the Products will be free from defects in materials or workmanship. Buyers assume any and all risks associated with the use of the Products. Some states do not permit limitations or exclusions on warranties, so the above limitations may not apply to

## Limitation of Liability

ROCK FINTEK LLC AND ITS AFFILIATES, THEIR RESPECTIVE AFFILIATES AND ANY DIRECTORS, OFFICER, EMPLOYEES, AGENTS, CONTRACTORS, SUBCONTRACTORS OR AGENTS OF THE FOREGOING SHALL NOT, UNDER ANY CIRCUMSTANCES, BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, DIRECT, INDIRECT OR SPECIAL DAMAGES, RESULTING FROM THE USE OR INABILITY TO USE THE PRODUCTS, EVEN IF CAUSED BY THE NEGLIGENCE OF ROCK FINTEK LLC OR ITS AFFILIATES OR IF ROCK FINTEK LLC OR ROCK FINTEK LLC'S AUTHORIZED REPRESENTATIVES HAVE BEEN APPRAISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING, OR BOTH. THE TOTAL LIABILITY OF ROCK FINTEK LLC ARISING FROM THE PURCHASE OR USE OF THE PRODUCTS SHALL NOT EXCEED THE PURCHASE PRICE OF THE PRODUCT OR PRODUCTS GIVEN RISE TO SUCH DAMAGE. THE ABOVE LIMITATION ON OR EXCLUSION MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW PROHIBITS THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.