# EXHIBIT 1

 **Gmail**

**Joseph Weiner <hersheyweiner@gmail.com>**

---

## RE: Bol's for loads this week

1 message

---

**Jimmy Esparza** <jimmy@md3pl.com>                                    Sun, May 16, 2021 at 12:24 PM
To: Joseph Weiner <hersheyweiner@gmail.com>

HI Joseph,

While I'm putting together bills shipped on Friday with Uber freight. I ask if you

Can please send an email of the loads that need to be loaded on Wednesday with carrier name and breakdown quantity.


Please make not if small are available for all shipments.


Best regards,


Jimmy Esparza

Director of Operations




821 S. Rockefeller Avenue

Ontario, CA 91761

O. 562-666-2828

F. 562-666-2829

M. 310-493-9257                              AKW000843

WWW.MD3PL.COM

### *"Your Inventory is Our Business*

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Sunday, May 16, 2021 10:21 AM
**To:** Luis Navarro <luisn@md3pl.com>
**Cc:** Jimmy Esparza <jimmy@md3pl.com>; Matt Holker <matth@md3pl.com>
**Subject:** Re: Bol's for loads this week

Thanks,

I am still missing some BOL's please send today.

The following I am missing

Rock Fintek 2 BOL's on 5/13

Uber Freight, I only got 2 BOL's, missing 9. Also, please advise carton count, it doesn't state on the BOL

On Fri, May 14, 2021 at 5:53 PM Luis Navarro <luisn@md3pl.com> wrote:

> Joseph,
>
> Please see attached Bol's that shipped this week. This does not include what has shipped today
>
> Thank you
>
> Louis

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

AKW000844