**EXHIBIT 2**

 **Gmail**                                                                 **Joseph Weiner <hersheyweiner@gmail.com>**

## Re: Bol's for loads this week
1 message

**Joseph Weiner** <hersheyweiner@gmail.com>                                                 Thu, May 20, 2021 at 1:13 AM
To: Luis Navarro <luisn@md3pl.com>
Cc: Jimmy Esparza <jimmy@md3pl.com>, David Dembitzer <davidd@md3pl.com>, Matt Holker <matth@md3pl.com>, Erica Alfaro <erica@md3pl.com>, Mendel Banon <mendelbanon@gmail.com>

So for today there were 6 loads picked up, please send signed BOL's, tomorrow there will be the following pick ups
MC018
MC019
MC020

The above are with Del Express and the breakdown are as today 300/1200/1200/300.

Then we will have 5 loads with Uber as below
MC021
MC022
MC023
MC024
MC025
The breakdown should be 250/1200/1250/300

Note that you will probably need to unload container MATU2555322 in order to have enough size small. So, please make sure to have it all unloaded.
Also, note that after this, on Friday and Monday we will not have any pick ups, I will want an exact count by Tuesday morning.

> On Wed, May 19, 2021 at 7:18 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
>> What company?
>>
>> On Wed, May 19, 2021 at 5:44 PM Luis Navarro <luisn@md3pl.com> wrote:
>>>
>>> Please see 9th driver
>>>
>>> Thank you
>>>
>>> Louis
>>>
>>> ---
>>>
>>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>>> **Sent:** Wednesday, May 19, 2021 4:27 PM
>>> **To:** Luis Navarro <luisn@md3pl.com>
>>> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
>>> **Subject:** Re: Bol's for loads this week
>>>
>>> Attached BOL for MC019

                                                                                            AKW001043

>>> On Wed, May 19, 2021 at 6:25 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

Attached BOL for MC018

On Wed, May 19, 2021 at 5:56 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

> Company?
>
> On Wed, May 19, 2021 at 4:53 PM Luis Navarro <luisn@md3pl.com> wrote:
>
>> Please see 7th and 8th drivers
>>
>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>> **Sent:** Wednesday, May 19, 2021 3:37 PM
>> **To:** Luis Navarro <luisn@md3pl.com>
>> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
>> **Subject:** Re: Bol's for loads this week
>>
>> Ok, attached is for MC016, and 79342 is for MC017
>>
>> On Wed, May 19, 2021 at 5:25 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
>>
>>> ok, checking if I am missing one BL
>>>
>>> On Wed, May 19, 2021 at 4:15 PM Luis Navarro <luisn@md3pl.com> wrote:
>>>
>>>> Joseph,
>>>>
>>>> Attached says MC017
>>>>
>>>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>>>> **Sent:** Wednesday, May 19, 2021 2:54 PM
>>>> **To:** Luis Navarro <luisn@md3pl.com>
>>>> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
>>>> **Subject:** Re: Bol's for loads this week
>>>>
>>>> Please see attached BOL for next load which is MC016
>>>>
>>>> On Wed, May 19, 2021 at 3:36 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:
>>>>
>>>>> ask company name

AKW001044

>>>>> On Wed, May 19, 2021 at 3:42 PM Luis Navarro <luisn@md3pl.com> wrote:

6th driver see attached picture

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Wednesday, May 19, 2021 1:30 PM
**To:** Luis Navarro <luisn@md3pl.com>
**Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
**Subject:** Re: Bol's for loads this week

Attached BOL for MC015

On Wed, May 19, 2021 at 3:28 PM Joseph Weiner <hersheyweiner@gmail.com> wrote:

> Attached BOL for MC014
>
> On Wed, May 19, 2021 at 2:23 PM Luis Navarro <luisn@md3pl.com> wrote:
>
>> 4th driver name is Raj – Mac Trucking
>>
>> 5th driver name is Tyson – AA Auto
>>
>> ---
>>
>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>> **Sent:** Wednesday, May 19, 2021 1:19 PM
>> **To:** Luis Navarro <luisn@md3pl.com>
>> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
>> **Subject:** Re: Bol's for loads this week
>>
>> ask what company
>>
>> On Wed, May 19, 2021 at 2:03 PM Luis Navarro <luisn@md3pl.com> wrote:
>>
>>> Joseph
>>>
>>> 4th driver name is Raj
>>>
>>> 5th driver name is Tyson

AKW001045

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Wednesday, May 19, 2021 12:40 PM
**To:** Luis Navarro <luisn@md3pl.com>
**Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
**Subject:** Re: Bol's for loads this week


Attached is another BOL this is for MC013, please send the drivers info to approve


On Wed, May 19, 2021 at 12:19 PM Luis Navarro <luisn@md3pl.com> wrote:

> Thank you
>
> ---
>
> **From:** Joseph Weiner <hersheyweiner@gmail.com>
> **Sent:** Wednesday, May 19, 2021 11:13 AM
> **To:** Luis Navarro <luisn@md3pl.com>
> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
> **Subject:** Re: Bol's for loads this week
>
>
> its good
>
>
> On Wed, May 19, 2021 at 11:45 AM Luis Navarro <luisn@md3pl.com> wrote:
>
>> Joseph,
>>
>> I'm reviewing the BOL you sent, carrier on BOL is Landstar Ranger INC. The driver that is here for this load MC012 is driving for CR express, is this still approved?
>>
>> ---
>>
>> **From:** Joseph Weiner <hersheyweiner@gmail.com>
>> **Sent:** Wednesday, May 19, 2021 10:16 AM
>> **To:** Luis Navarro <luisn@md3pl.com>
>> **Cc:** Jimmy Esparza <jimmy@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>; Erica Alfaro <erica@md3pl.com>; Mendel Banon <mendelbanon@gmail.com>
>> **Subject:** Re: Bol's for loads this week
>>
>>
>> Approved
>>
>>
>> On Wed, May 19, 2021 at 11:00 AM Luis Navarro <luisn@md3pl.com> wrote:
>>
>>> Joseph,

AKW001046

First driver arrived for MC012, please see picture of driver's license

Please advise if this is approved

Thank you

Louis

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Wednesday, May 19, 2021 9:48 AM
**To:** Jimmy Esparza <jimmy@md3pl.com>; Luis Navarro <luisn@md3pl.com>; David Dembitzer <davidd@md3pl.com>; Matt Holker <matth@md3pl.com>
**Cc:** Mendel Banon <mendelbanon@gmail.com>
**Subject:** Re: Bol's for loads this week

Jimmy,

Please see attached first BOL

Every load for Del Express, before loading, please send me the truckers drivers license along with the BOL, Del Express needs it for approval.

On Wed, May 19, 2021 at 11:15 AM Joseph Weiner <hersheyweiner@gmail.com> wrote:

> Good morning,
>
> Following up on below, today we are arranging 10 loads with the below breakdown
>
> 350 small
>
> 900 medium
>
> 1450 large
>
> 300 XL
>
> 5 loads with Del Express, and 5 loads with another carrier will update you soon. The PO's should continue as MC012, MC013, MC014, MC015, MC016, MC017.
>
> Please double check on the quantities if we have enough small, and please update me on the status of the 3 containers still at port.
>
> AKW001047
>
> ---------- Forwarded message ---------
> From: **Joseph Weiner** <hersheyweiner@gmail.com>

Date: Sun, May 16, 2021 at 1:21 PM
Subject: Re: Bol's for loads this week
To: Jimmy Esparza <jimmy@md3pl.com>
Cc: Mendel Banon <mendelbanon@gmail.com>

Sure,

Hopefully if all 6 containers at port will be unloaded we will have enough small, so we will arrange 10 loads with carrier Del Express . Right now only 8 loads are confirmed but we will up it to 10 loads.

The breakdown is as follows

350 small

900 medium

1450 large

300 XL

On Sun, May 16, 2021 at 11:24 AM Jimmy Esparza <jimmy@md3pl.com> wrote:

> HI Joseph,
>
> While I'm putting together bills shipped on Friday with Uber freight. I ask if you
>
> Can please send an email of the loads that need to be loaded on Wednesday with carrier name and breakdown quantity.
>
> Please make not if small are available for all shipments.
>
> Best regards,
>
> Jimmy Esparza
>
> Director of Operations

AKW001048



821 S. Rockefeller Avenue

Ontario, CA 91761

O. 562-666-2828

F. 562-666-2829

M. 310-493-9257

WWW.MD3PL.COM

*"Your Inventory is Our Business*

---

**From:** Joseph Weiner <hersheyweiner@gmail.com>
**Sent:** Sunday, May 16, 2021 10:21 AM
**To:** Luis Navarro <luisn@md3pl.com>
**Cc:** Jimmy Esparza <jimmy@md3pl.com>; Matt Holker <matth@md3pl.com>
**Subject:** Re: Bol's for loads this week

Thanks,

I am still missing some BOL's please send today.

The following I am missing

Rock Fintek 2 BOL's on 5/13

Uber Freight, I only got 2 BOL's, missing 9. Also, please advise carton count, it doesn't state on the BOL

On Fri, May 14, 2021 at 5:53 PM Luis Navarro <luisn@md3pl.com> wrote:
> Joseph,

AKW001049

Please see attached BoL's that shipped this week. This does not include what has shipped today

Thank you

Louis

This email has been checked for viruses by Avast antivirus software.
www.avast.com

AKW001050