**EXHIBIT 3**

# Bill of Lading
Tonersworld

Page 1 of 1
All pages must be signed

Document Date: 2021-05-14
UF Reference #: UF-3172776367-2
PO #: N/A  MD010

Carrier: J M K TRANSPORT INC
Driver: PRAVEEN KUMAR SHARMA
Equipment Type: Van

SEAL # 29050747

**Pickup**

| Location | Time |
|---|---|
| MD 3PL LLC | May 14, 2021 |
| 821 S Rockefeller Ave | 10:00 AM – 4:30 PM PDT |
| Ontario, CA 91761 | |

Pickup #
n/a

**Dropoff**

| Location | Time |
|---|---|
| ACL America Inc. - Chicago | May 18, 2021 |
| 2475 Touhy Avenue | 10:00 AM – 4:30 PM CDT |
| Elk Grove Village, IL 60007 | |

Dropoff #
n/a

**Customer Order**
Breakdown  S/200  M/1200  L/1048  XL/300  — =2748 cases

| Quantity | Packaging | Commodity | Weight |
|---|---|---|---|
| 24 | Pallet | Medical gloves | 35,000 |

Seal # 29050747
Trailer # 801

Antonio
Shipper Signature

[signature] 5/14/21
Carrier Signature

Consignee Signature

5/14/21
Date

Date

Date

Time in   Time out

Time in   Time out

Arranged by
**Uber Freight**

AKW001277
Sign up with Uber Freight at t.uber.com/shipper-signup