**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- x

KITCHEN WINNERS NY INC.,
Plaintiff,

vs.

ROCK FINTEK LLC,
Defendant.


ROCK FINTEK LLC,
Counterclaim and Third-Party Plaintiff,

vs.

KITCHEN WINNERS NY INC,
Counterclaim Defendant,

and

ADORAMA INC., HERSHEY WEINER, JOSEPH
MENDLOWITZ, JNS CAPITAL HOLDINGS LLC
and JOEL STERN,
Third-Party Defendants.

-------------------------------------------------------------- x

Civil Action No.  1:22-cv-05276-PAE
SDNY

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE**, Avram E. Frisch, Esq. of The Law Office of Avram E.

Frisch LLC hereby appears in this matter, as counsel for Third Party Defendant, Adorama

Inc. and demands that all papers be served to the below address.   Please mark your

records accordingly.

                                  Respectfully submitted,


                           THE LAW OFFICE OF AVRAM E. FRISCH LLC
                           *Attorney for Third Party Defendant, Adorama, Inc.*

1

2

<table>
<tr><td></td><td>By:/s/ Avram E. Frisch_____</td></tr>
<tr><td>Dated: January 29, 2025</td><td>Avram E. Frisch, Esq.</td></tr>
</table>