

February 3, 2025

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**<u>Via Electronic Filing</u>**

Re:     Kitchen Winners NY Inc. v. Rock Fintek LLC, Case No. 22-cv-05276-PAE

Dear Judge Engelmayer:

    I write to explain the notice of appearance that I am filing concurrently with this correspondence, on behalf of Third-Party Defendant, Adorama, Inc.

    After the pre-trial conference, at which the Court inquired as to why Adorama did not have its own counsel, Adorama decided that it would be wise to retain independent counsel to represent its interests at the upcoming trial in this matter.  Due to the time constraints, they retained me due to my familiarity with the matter from having represented the JNS Defendants prior to the resolution of the matter as to the JNS Defendants.

    My appearance in the action will not cause any delay in the matter.  Due to my familiarity with the matter, I am not seeking any delay of the trial, and any questioning on behalf of Adorama is not expected to take additional trial time from the estimates provided by Mr. Sperber at the pre-trial conference.  I have reviewed the transcript from that conference, and am eager to have the trial proceed on March 10.  Furthermore, as the JNS Defendants have fully settled their aspect of the matter, there is no conflict between the interests of the JNS Defendants and Adorama.

Very truly yours,

Avram E. Frisch

Cc: All Counsel