UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KITCHEN WINNERS NY INC., <br><br>      Plaintiff,<br> -v-<br><br>ROCK FINTEK LLC,<br><br>      Defendant. | 22 Civ. 5276<br><br>ORDER |
| ROCK FINTEK LLC,<br><br>      Third-Party Plaintiff and Counter Claimant,<br> -v-<br><br>KITCHEN WINNERS NY INC.,<br><br>      Counterclaim Defendant,<br><br>JNS CAPITAL HOLDINGS LLC and ADORAMA, INC.,<br><br>      Third-Party Defendants. | |

PAUL A. ENGELMAYER, District Judge:

  The Court hereby moves the February 10, 2025 conference 30 minutes earlier, **to 3:30 p.m.**, to accommodate the court reporter. The conference will remain in Courtroom 1305 of the Thurgood Marshall U.S. Courthouse.

2

SO ORDERED.

                                                *Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 6, 2025
       New York, New York