UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KITCHEN WINNERS NY INC.,

                Plaintiff,

-v-

ROCK FINTEK LLC,

                Defendant.

---

ROCK FINTEK LLC,

                Third-Party Plaintiff and Counter Claimant,

-v-

KITCHEN WINNERS NY INC.,

                Counterclaim Defendant,

JNS CAPITAL HOLDINGS LLC and ADORAMA, INC.,

                Third-Party Defendants.

22 Civ. 5276

ORDER

---

PAUL A. ENGELMAYER, District Judge:

As discussed at today's conference, the Court sets the following deadlines:

- A revised Joint Pretrial Order is due **Tuesday, February 18, 2025**.

- The parties' trial exhibit binders, two copies per side, are due **Friday, February 21, 2025**. The binders should be accompanied by a joint letter, filed to ECF, setting out the parties' respective views on each of the disputed exhibits.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 10, 2025
       New York, New York