

February 13, 2025

Hon. Paul A Engelmayer
40 Foley Square, Courtroom 1305, New York, NY 10007

**<u>Via Electronic Filing</u>**

      Re:    Kitchen Winners NY Inc. v. Rock Fintek Et al. [Case Number]

Dear Judge Engelmayer:

This firm represents Adorama Inc. Enclosed with this letter are copies of the consents from JNS and Joel Stern and Adorama Inc. to my representation of Adorama at the trial of this matter.

                                        Very truly yours,

                                        Avram E. Frisch

Cc: Adorama Inc.