# CONFLICT WAIVER AND ACKNOWLEDGMENT

This conflict waiver is between Adorama, Inc. ("Adorama"), and The Law Office of Avram E. Frisch Limited Liability Company and Avram E. Frisch, Esq. (collectively, the "Firm")

Adorama hereby acknowledges that it is retaining the Firm for representation in Kitchen Winners NY Inc. v. Rock Fintek LLC et al., Docket N. 1:22-cv-02576-PAE. Adorama is aware that the Firm represented Joel Stern and JNS Capital Holdings LLC (collectively, "JNS") in this litigation prior to the settlement of the matter by JNS with Rock Fintek. Adorama is hiring the Firm with full awareness of this prior representation, and acknowledges that all potential conflicts have been explained to it, and that it is seeking to proceed with the Firm and Mr. Frisch for the trial of the claims against it, commencing on March 10, 2025.

**Client Signature**
**Adorama Inc.**

_____
Name: Joseph Mendlowitz
Title:

**The Law Office of Avram E. Frisch LLC**

By: _____
Avram E. Frisch
Member