## CONSENT TO SUBSEQUENT REPRESENTATION AND
## ACKNOWLEDGMENT OF TERMINATION OF REPRESENTATION

      This consent is between Joel Stern and JNS Capital Holdings LLC (collectively "JNS"), on the one hand, and The Law Office of Avram E. Frisch Limited Liability Company and Avram E. Frisch, Esq. (collectively, the "Firm"), on the other hand.

      JNS hereby acknowledges that it has consented to the Firm representing Adorama, Inc. as counsel in the action entitled Kitchen Winners NY Inc. v. Rock Fintek LLC et al., Docket No. 1:22-cv-02576-PAE (the "Action"). The firm previously represented JNS in this matter, but JNS understands that the Firm's representation is complete as it has obtained a complete settlement in the matter. Therefore, the Firm's representation of Stern has been terminated. The Firm is not currently representing JNS in any matters either related to the Action or otherwise and no such representation is currently contemplated. Furthermore, JNS understands that Mr. Stern will possibly be called as a witness in the trial of the Action and that he will not be represented by the Firm at said trial. Mr. Stern acknowledges that he will possibly be questioned by Mr. Frisch at trial, and that he will be treated the same as any other witness at the trial.

      JNS also acknowledges that the matter has been explained to it by Mr. Frisch and that there is no conflict between its interests and those of Adorama, Inc.

**Client Signature**
**JNS Capital Holdings LLC**

_____
ID CVrxG5c2WzmoxqBR7F496GLM
Name: Joel Stern
Title: Member

**The Law Office of Avram E. Frisch LLC**

**By:** _____
ID nCij6eoevyHKAKsdWLiqRMbg
Avram E. Frisch
Member

_____
ID CVrxG5c2WzmoxqBR7F496GLM
Joel Stern, in his individual capacity

## eSignature Details

**Signer ID:** CVrxG5c2WzmoxqBR7F496GLM
Signed by: Joel Stern
Sent to email: 9070854@gmail.com
IP Address: 71.167.189.202
Signed at: Feb 12 2025, 9:46 am EST

**Signer ID:** nCij6eoevyHKAKsdWLiqRMbg
Signed by: Avram Frisch
Sent to email: frischa@avifrischlaw.com
IP Address: 74.105.15.149
Signed at: Feb 12 2025, 10:44 am EST