| Ex. | Description | Bates Number (if applicable) | Record Citation (if applicable) | Star | Objection Grounds |
|---|---|---|---|---|---|
| PX 1 | Unredacted Bank Records - Wells Fargo | RF_004424 - 004608 | | * | The parties have conferred and agree to keep working together to narrow disputes over this exhibit to only those portions that Plaintiff and Adorama truly believe are relevant at trial. Rock Fintek objects to the introduction of wholesale unredacted bank records on relevance grounds, under FRE 403 as unduly prejudicial to Rock Fintek and confusing to the jury, and because the introduction of such records is completely irrelevant to the Court's judicial function in this case and would implicate privacy rights of Rock Fintek's various vendors and contractors, as well as its principal member. To be clear, Rock Fintek has no objection to use at trial and public disclosure of those portions of bank records that relate to the transactions at issue in this lawsuit. |
| PX 2 | Unredacted Bank Records - Bank of America | RF_004392 - 004423 | | * | The parties have conferred and agree to keep working together to narrow disputes over this exhibit to only those portions that Plaintiff and Adorama truly believe are relevant at trial. Rock Fintek objects to the introduction of wholesale unredacted bank records on relevance grounds, under FRE 403 as unduly prejudicial to Rock Fintek and confusing to the jury, and because the introduction of such records is completely irrelevant to the Court's judicial function in this case and would implicate privacy rights of Rock Fintek's various vendors and contractors, as well as its principal member. To be clear, Rock Fintek has no objection to use at trial and public disclosure of those portions of bank records that relate to the transactions at issue in this lawsuit. |
| PX 3 | 210401 Letter of Intent | RF_000962-000963 | 240218 Sperber Dec Ex K 141-15 | ** | |
| PX 4 | 210407 Sales and Purchase Agreement | Adorama INC. and Kitchen Winners NY INC.000098-102 | 240218 Sperber Dec Ex K 141-14 | ** | |
| PX 5 | 210513 MD 3PL Invoices | Adorama Inc. & Kitchen Winners NY Inc.000547-559 | 240116 Joint Statement of Undisputed Facts Exh. 7 (135-7) | ** | |
| PX 6 | Ascension Purchase Order | RF_001279-1285 | | ** | |
| PX 10 | JNS Bank Records | | Exhibit J | * | Rock Fintek objects to the introduction at trial of JNS Capital bank records under FRE 401, as confusing to the jury and contrary to the Court's rulings on motions in limine regarding the use of JNS records |
| PX 11 | Chart Summarizing Data in JNS Bank Records | | | | Rock Fintek objects to the introduction at trial of the summary of JNS Capital transactions on relevance grounds, as confusing to the jury and contrary to the Court's rulings on motions in limine regarding the use of JNS records |
| PX 12 | Joint Statement of Undisputed Facts | | | * | Rock Fintek understands that Plaintiff and Adorama do not plan on using the JSUF as an exhibit at trial but reserve the right to object to its use. |
| PX 13 | ACL America Invoices | Adorama Inc. & Kitchen Winners NY Inc.000237-241 | | ** | |
| PX 14 | ACL America Invoices | Adorama Inc. & Kitchen Winners NY Inc.000258-264 | | ** | |

| | | | | | |
|---|---|---|---|---|---|
| PX 15 | Del Express Invoices | Adorama Inc. & Kitchen Winners NY Inc.000242-257 | | ** | |
| PX 16 | Wenzy Invoices | Adorama Inc. & Kitchen Winners NY Inc.000270-319 | | * | Rock Fintek objects to the Wenzy invoices as inadmissible hearsay, as lacking foundation, and reserves the right to object to this exhibit subject to the testimony that Kitchen Winners plans to elicit at trial. |
| PX 17 | Pay Stubs of Kitchen Winners payments to Wenzy Inc. | | | * | Rock Fintek objects to the purported records of Wenzy stubs as inadmissible hearsay and lacking foundation, including because complete Wenzy records were not produced in discovery, and as unduly prejudicial under FRE 403. |
| PX 18 | Chart Summarizing Rock Fintek's Payments to Kitchen Winners | (Underlying documentation is in PX 12 [JSUF ¶ 45], PX 1 and 2) | | ** | |
| PX 19 | Chart Summarizing Ascension's Payments to Rock Fintek | (Underlying documentation is in PX 1 and 2) | | * | Rock Fintek objects to the chart of Ascension payments under FRE 403. |
| PX 20 | Chart Summarizing History of Kitchen Winners' Invoices to Rock Fintek | (Underlying documentation is PX 12 [JSUF ¶¶ 49 - 69]; PX 36, 37, 38) | | ** | |
| PX 21 | Chart Summarizing History of Timeliness of Rock Fintek's Payments | (Underlying documentation is PX 12 [JSUF ¶¶ 49 - 69]; PX 1, 2, 4, 36, 37, 38) | | * | Rock Fintek objects to the argumentative chart of "timeliness" of payments under FRE 403. |
| PX 22 | 210910 Thomas Kato Email | RF_001034-1035 | | * | Rock Fintek objects to this exhibit under FRE 408 because this email exchange constitutes a communication in furtherance of early efforts to resolve disputes between Rock Fintek and Ascension Health in connection with the gloves. |
| PX 24 | Expert Report of William A. Huber, PhD, PSTAT | | | * | Rock Fintek objects to Mr. Huber's expert report under FRE 802 as inadmissible hearsay. |
| PX 25 | Expert Report of John H. Carson Jr., Ph.D | | | * | Rock Fintek objects to Mr. Carson's expert report under FRE 802 as inadmissible hearsay, under FRE 401 and 403. |
| PX 26 | Expert Report of Alan P. Schwartz | | | * | Rock Fintek does not object to the introduction of this exhibit provided that Mr. Schwartz testifies, whether by deposition designations or live, but objects to its introduction as a standalone expert report as inadmissible hearsay. |
| PX 27 | 210219 Ana Grinvald Email | AKW-003067-69 | | ** | Rock Fintek will not object to the introduction of email communications with GTS/Ms. Grinvald provided that the parties are afforded equal treatment at trial regarding these communications. |
| PX 28 | GTS/Kitchen Winners Purchase Order | AKW-004746 | | * | Rock Fintek objects to this exhibit as lacking foundation and under FRE 401 because it is not clear that this invoice relates to the gloves at issue in this lawsuit, but may withdraw its objection depending on foundational testimony at trial. |
| PX 29 | GTS/Kitchen Winners Purchase Order (10/14/2020) | AKW-002080-2081 | | * | Rock Fintek objects to this exhibit as lacking foundation and under FRE 401 because it is not clear that this invoice relates to the gloves at issue in this lawsuit, but may withdraw its objection depending on foundational testimony at trial. |
| PX 30 | Bills of Lading | RF_000578-643 | | ** | |
| PX 31 | Rock Fintek Invoice to Ascension | RF_000960 | | ** | |

| | | | | | |
|---|---|---|---|---|---|
| PX 32 | Rock Fintek Invoice to Ascension | RF_003645 | | * | Rock Fintek objects under FRE 401 and 403. It is unclear what relevance this selected invoice to Ascension has to the claims and defenses. |
| PX 33 | Rock Fintek Invoice to Ascension | RF_001053 | | * | Rock Fintek objects under FRE 401 and 403. It is unclear what relevance this selected invoice to Ascension has to the claims and defenses. |
| PX 34 | Rock Fintek Invoice to Ascension | RF_001052 | | * | Rock Fintek objects under FRE 401 and 403. It is unclear what relevance this selected invoice to Ascension has to the claims and defenses. |
| PX 35 | Kitchen Winners and Adorama's Third Set of Requests for Production of Documents to Rock Fintek LLC, dated October 4, 2023 | | | * | Rock Fintek objects to introduction of a discovery request under FRE 401. Pleadings are not evidence. |
| PX 36 | Kitchen Winners Invoices to Rock Fintek | Adorama Inc. & Kitchen Winners NY Inc. 000456-461 | | ** | |
| PX 37 | Kitchen Winners Invoices to Rock Fintek | Adorama Inc. & Kitchen Winners NY Inc. 000514-516 | | ** | |
| PX 38 | Kitchen Winners Invoices to Rock Fintek | RF_000653 | | ** | |
| PX 39 | JNS IRREVOCABLE CORPORATE PURCHASE ORDER ( ICPO) | | JSUF Exhibit J | * | Rock Fintek objects under FRE 401 and 403. It is unclear what relevance a JSN purchase order has to the claims and defenses in this lawsuit. Furthermore, the implementation and effect of this document was a disputed fact between JNS and Rock Fintek and its introduction will cause confusion to the jury. |
| PX 40 | JNS Invoice | RF_000676 | | * | Rock Fintek objects to the introduction at trial of this JNS Capital invoice under FRE 401, as confusing to the jury and contrary to the Court's rulings on motions in limine regarding the use of JNS records |
| PX 41 | Expert Rebuttal Report of Alan P. Schwartz | | | * | Rock Fintek does not object to the introduction of this exhibit provided that Mr. Schwartz testifies, whether by deposition designations or live, but objects to its introduction as a standalone expert report as inadmissible hearsay. |
| PX 42 | Anna Grinvald Email (11/15/2021) | RF_003718 | | ** | |
| PX 43 | Anna Grinvald Email (9/2/2021) | RF_003753-003754 | | ** | |
| PX 44 | Chat between Rock Fintek and others | RF_004277 | | * | The parties have conferred and agree to narrow before trial specific portions of the lengthy chats that they seek to introduce to the jury. Rock Fintek reserves the right to object to specific portions of the chats at trial. |
| PX 45 | Anna Grinvald Letter (4/13/2021) | RF_004277 -- 00000479-PHOTO-2022-08-02-10-37-46.jpg | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This documents has nothing to do with the gloves at issue. As the author of this document states in the underylying chat where this document is transmitted, more than a year after the transactions at issue, this letter was issued to a different customer of GTS only for the specific lot he received, which was different from the lot numbers "in your stock." |

| | | | | | |
|---|---|---|---|---|---|
| PX 46 | Anna Grinvald Letter (2/19/2022) | RF_004277 -- 00000418-Letter to Bradly and Thomas 19022022.pdf | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This documents has nothing to do with the gloves at issue but describes a potential replacement glove that Rock Fintek was attempting to procure from MedCare several months after the transactions at issue. This is clear from the underylying chat where this document is transmitted. |
| PX 47 | EU Declaration of Conformity | RF_004277 -- 00000427-DoC-ENG-10-2021.pdf | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This documents on its face post dates the transactions at issue by several months and relates to mitigation efforts by Rock Fintek. |
| PX 48 | Anna Grinvald Letter (4/13/2021) | RF_004277 -- 00000308-declaration for boxes(2).docx | | * | To the extent this exhibit is meant to be a testing report included in a chat between Rock Fintek and GTS, Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This documents has nothing to do with the gloves at issue but contans a testing report for a potential replacement glove that Rock Fintek was attempting to procure from MedCare several months after the transactions at issue. This is clear from the underylying chat where this document is transmitted and on the face of the testing report which reflects a glove manufacture date of July 2021, which post-dates the transactions at issue |
| PX 49 | Yosi Atias Email attaching Anna Grinvald Letter (8/17/2021) | RF_003766-003767 | | ** | |
| PX 50 | Anna Grinvald Email (8/9/2021) | RF_003774 | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. |
| PX 51 | Email Chain A. Grinvald and T. Kato (9/2/2021) | RF_003753-003754 | | | Duplicate to be deleted. |
| PX 52 | B. Gilling Email (7/22/2021) | RF_00707 | | ** | Rock Fintek does not object to this exhibit but reserves the right to supplement it under the rule of completeness. |
| PX 53 | Pictures of Glove Inspections | Rock Fintek Production IMG_0246, IMG_0576, IMG_8169, IMG_8170, IMG_8173 | | ** | |
| PX 54 | Medline Emails | Medline 00006-00028 | | ** | |
| PX 55 | Email from The Resource Group about glove testing | TRG000001118 | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This communication has nothing to do with the gloves at issue but discusses testing for a potential replacement glove that Rock Fintek was attempting to procure from MedCare several months after the transactions at issue, which is clear from the content of this email. If the parties agree that all testing reports are admissible, Rock Fintek will withdraw its objection. |
| PX 56 | Emails from the Resource Group | TRG00001418-1423 | | * | Rock Fintek objects under FRE 401, 403 and 802 as inadmissible hearsay. This communication has nothing to do with the gloves at issue but discusses testing for a potential replacement glove that Rock Fintek was attempting to procure from MedCare several months after the transactions at issue, which is clear from the content of this email. If the parties agree that all testing reports are admissible, Rock Fintek will withdraw its objection. |

| | | | | |
|---|---|---|---|---|
| PX 57 | Chart Summarizing Trucking and Shipping Invoices | (Underlying documentation is in PX 5, 13, 14, 15, 16) | | * | Rock Fintek objects to the portion of this chart concerning Wenzy as inadmissible hearsay, as lacking foundation, and reserves the right to object to this exhibit subject to the testimony that Kitchen Winners plans to elicit at trial. |