| Ex. | Description | Bates Number (if applicable) | Record Citation (if applicable) | Star |
|---|---|---|---|---|
| DX 1 | Samples of gloves from pertinent warehouses. | | To be provided to counsel for inspection prior to trial | |
| DX 6 | 210105 Emai Exchange | AKW002728- AKW00272 | 240315 Rakhunov Decl. Exh. 36 (146-36) | * |
| DX 7 | 210218 Email Weiner to GTS | AKW - 003061 | 240315 Rakhunov Decl. Exh. 35 (146-35); Weiner Dep. Exh. 5 | ** |
| DX 8 | 210219 Email Weiner to GTS | AKW-003064 – 003066 | 240315 Rakhunov Decl. Exh. 37 (146-37) | ** |
| DX 9 | 210304 Invoice #1633 to RF | | 240315 Rakhunov Decl. Exh. 48 (146-48) | ** |
| DX 10 | 210322 Weiner to Mendlowits | AKW - 003168-3169 | 240315 Rakhunov Decl. Exh. 16 (146-16); Mendlowitz Dep. Exh. 3 | * |
| DX 11 | 210405 Email Weiner Mendlowits | AKW000650 | 240315 Rakhunov Decl. Exh. 3 (146-3) | ** |
| DX 12 | 210408 Email Mendlowits Weiner | AKW000656 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 13 | 210408 Email Weiner Mendlowits | AKW000657-662 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 14 | 210423 Email Chain Sellino Weiner | | 240315 Rakhunov Decl. Exh. 38 (146-38); Weiner Dep. Exh. 9 | ** |
| DX 15 | 210426 Email Weiner Mendlowits | AKW000693 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 16 | 210427 Email to Weiner PLs | AKW_003340-48 | 240315 Rakhunov Decl. Exh. 46 (146-46); Weiner Dep. Exh. 11 | * |

| | | | | |
|---|---|---|---|---|
| DX 17 | 210427 Email Chain | AKW_003368-3372 | 240315 Rakhunov Decl. Exh. 50 (146-50) | ** |
| DX 18 | 210429 Email Exchange re Adorama LevMed | RF_000443-447 | 240315 Rakhunov Decl. Exh. 17 (146-17) | * |
| DX 19 | 210525 Mendlowits Weiner | Adorama Inc. & Kitchen Winners NY Inc. 000648 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 20 | 210528 Email Weiner Mendlowits | AKW001598-1600 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 21 | 210601 Email Chain attaching BOLs | | 240315 Rakhunov Decl. Exh. 41 (146-41) | |
| DX 22 | 210601 Email Mendlowits Weiner w/attachment | Adorama Inc. & Kitchen Winners NY Inc. 000639-647 | 240315 Rakhunov Decl. Exh. 5 (146-5); Weiner 11/16/23 Tr. Ex. 18 | * |
| DX 23 | 210602 Email Weiner Mendlowits | AKW001744 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 24 | 210604 Email Weiner Mendlowits | AKW001788-90 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 25 | 210611 Email Weiner Mendlowits | AKW001794-1796 | 240315 Rakhunov Decl. Exh. 5 (146-5) | ** |
| DX 26 | 210617 Email Esparza Weiner | AKW_004204-4215 | 240116 Joint Statement of Undisputed Facts Exh. 16 (135-16) | ** |
| DX 27 | 210627 Email Weiner Mendlowits | AKW001909 | 240315 Rakhunov Decl. Exh. 5 (146-5) | * |
| DX 28 | 210708 Email Chain | Adorama INC. and Kitchen Winners NY INC.000076 - 77 | 240315 Rakhunov Decl. Exh. 31 (146-31) | ** |
| DX 29 | 210712 Email Chain | AKW_004373 | 240315 Rakhunov Decl. Exh. 31 (146-31) | ** |
| DX 30 | 210715 Ascension Email Chain | TRG00000262-263 | 240315 Rakhunov Decl. Exh. 30 (146-30) | |

| | | | | |
|---|---|---|---|---|
| DX 31 | 210723 Ascension Email | TRG00000542-543 | Exhibit JNS-Ascension 4 | |
| DX 32 | 210826 Emai Esparza Weiner re KW Inventory | AKW_004537-44 | 240315 Rakhunov Decl. Exh. 54 (146-54) | * |
| DX 34 | 210917 Stock Status Report | AKW_004595 | 240315 Rakhunov Decl. Exh. 56 (146-56) | * |
| DX 35 | 211118 Email Chain (Medline) | MEDLINE_00035-40 | 240315 Rakhunov Decl. Exh. 34 (146-34); Medline Dep. Exh. F | * |
| DX 36 | 211210 Email Moccio to Gilling | RF_000001 - 11 | 240315 Rakhunov Decl. Exh. 33 (146-33) | * |
| DX 37 | Mendel Rock Gloves Chat | | 240315 Rakhunov Decl. Exh. 4 (146-4) | * |
| DX 38 | 160309 FDA Clearance Letter attached to Mendel Rock Gloves Chat | | 240315 Rakhunov Decl. Exh. 25 (146-25) | |
| DX 39 | Compilation of Photographs | | 240315 Rakhunov Decl. Exh. 53 (146-53) | ** |
| DX 40 | Compilation of Photographs Lot #s | | 240315 Rakhunov Decl. Exh. 59 (146-59) | ** |
| DX 41 | Handwritten Lot Nos. | RF_004279-81 | 240315 Rakhunov Decl. Exh. 60 (146-60) | |
| DX 42 | 230724 wenzy inc. Service Attempt | | 240315 Rakhunov Decl. Exh. 7 (146-7) | |
| DX 43 | ARDL/Jason Poulton Expert Report and Testing Reports | | 240315 Rakhunov Decl. Exh. 27 (146-27) | * |
| DX 44 | BILL OF LADING 78731 | | King Exhibit G - 00000164-PHOTO-2021-04-26-08-17-55 | |
| DX 45 | 210611 Vincent Moccio Email | | RF_001524-1535 | ** |
| DX 46 | Compilation of Redacted Bank of America Records | | 240322 Rakhunov Decl. Exhibits N-1 through N-10 | |

| | | | | |
|---|---|---|---|---|
| DX 47 | Compilation of Redacted Wells Fargo Records | | 240322 Rakhunov Decl. Exhibit O | |
| DX 49 | 230609 Email RE: Medcare Gloves - Request for Call (w/Attachment) | | | * |
| DX 50 | 230612 Email RE: Medcare Gloves - Request for Call (w/Attachment) | | | * |
| DX 51 | 230626 Email RE: Medcare Gloves - Request for Call (w/Attachment) | | | * |
| DX 52 | 230627 Email RE: Medcare Gloves - Request for Call (w/Attachment) | | | * |
| DX 53 | 230811 Email RE: Medline Romulus, MI Visit - Medcare Gloves (w/Attachment) | | | * |
| DX54 | 210618 Email Gilling to Weiner | Adorama INC. and Kitchen Winners NY INC.000021 | ECF 173-4 | ** |
| DX55 | 230721 Wenzy Inc. Subpoena | | ECF 173-6 | * |
| DX56 | 231117 Email Sperber to Rakhunov Enc. Wenzy Stubs | | ECF 173-11 | ** |
| DX58 | 210516 Esparza to Weiner | AKW000843 | ECF 193-1 | * |
| DX59 | | AKW001043-001050 | | ** |
| DX60 | | AKW001277 | | * |
| DX61 | March 9 & March 18, 2021 Invoices from KW to RF | n/a Mendel Rock Chat; 00000167-packing slip MATU2723257 | ECF 146-51 | ** |
| DX62 | 210513 MD 3PL Invoice 3771 | Adorama INC. and Kitchen Winners NY INC.000547-550 | ECF 146-51 | ** |
| DX63 | 210421 Email Weiner to Dembitzer et al | AKW000667-668 | ECF 146-51 | ** |
| DX64 | 210428 Email chain Navarro to Weiner | AKW000757-760 | ECF 146-51 | ** |
| DX65 | 210512 Email Holker to Weiner | AKW000809-828 | ECF 146-51 | ** |
| DX66 | 210512 Email Weiner to Holker | AKW000829-832 | ECF 146-51 | ** |
| DX67 | 210307 Email Weiner to kipodsagi | AKW003109-3115 | ECF 146-51 | * |
| DX68 | 210326 Email GTS to Weiner | AKW003170 - 3173 | ECF 146-51 | * |

| DX69 | 210427 Bannon to MD3PL | AKW_003368-3372 | ECF 146-51 | ** |
| DX70 | 210425 Weiner to MD3PL | AKW000684 | ECF 146-51 | ** |